```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION

 3    _____

 4    APPLE, INC., a California
      Corporation,
 5            Plaintiff,
      vs.                                Civil Action. No.
 6                                       11-CV-01846-LHK
      SAMSUNG ELECTRONICS CO., LTD., a
 7    Korean business entity, SAMSUNG
      ELECTRONICS AMERICA, INC., a New
 8    York corporation, and SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
 9    a Delaware limited liability
      company, a California corporation.
10            Defendants.

11

12    SAMSUNG ELECTRONICS CO., LTD., a
      Korean business entity, SAMSUNG
13    ELECTRONICS AMERICA, INC., a New
      York corporation, and SAMSUNG
14    TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability
15    company, a California corporation.
              Counterclaim-Plaintiffs,
16    vs.

17    APPLE, INC., a California
      corporation,
18            Counterclaim-Defendant.
      _____
19

20              *** HIGHLY CONFIDENTIAL ***
                *** ATTORNEYS' EYES ONLY ***
21
                VIDEOTAPED 30(b)(6) DEPOSITION OF:
22                    JAEHWANG SIM

23
                      March 10, 2012
24                    Kim & Chang
                    Seoul, South Korea
25                8:58 a.m. - 8:34 p.m.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

```
 1   APPEARANCES:

 2   For the Plaintiff and Counterclaim-Defendant, Apple,
     Inc.

 3
                  MORRISON FOERSTER, LLP
 4                By:  Erik J. Olson, Esq.
                  755 Page Mill Road
 5                Palo Alto, California 94304-1018
                     (650) 813-5825
 6
     For the Defendants and Counterclaim-Plaintiffs, the
 7   Samsung entities:

 8                QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
                  By:  Jon R. Steiger, Esq.
 9                865 South Figueroa Street
                  Tenth Floor
10                Los Angeles, California  90017
                     (213) 443-0023
11

12   Also present:

13                Albert Kim, Lead Interpreter
                  Ted Kim, Lead Interpreter
14                James Victory, Check Interpreter
                  Samantha Kim, Morrison Foerster
15                Terry L. Musika, Invotex Group
                  James Shin, Samsung
16                Paul Hischier, Videographer
                  Melanie Giamarco, Court Reporter
17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

```
1                    I N D E X
   WITNESS:                                    PAGE
2  JAEHWANG SIM
   By Mr. Olson                                  7
3                   E X H I B I T S

4  NUMBER        DESCRIPTION                    PAGE

5  Exhibit 2440  Spreadsheets                     98
                 SAMNDCA00372946 - 373138
6
   Exhibit 2441  Spreadsheets                     98
7                SAMNDCA00373139 - 373531

8  Exhibit 2442  Spreadsheets                    154
                 S-ITC-007385394 - 7385455
9
   Exhibit 2443  Compilation of documents        157
10               beginning with an e-mail chain
                 dated Wednesday, March 9, 2011
11               8:59 p.m., with attachments
                 SMNDCA10198194 - 10198216 and
12               SMNDCA10198267 - 10198377 and
                 nine pages of non-Bates stamped
13               Korean language documents

14 Exhibit 2444  Document identified as a report  159
                 on the North American lineup by
15               carrier for week 22 of 2011
                 S-ITC-001015866 - S-ITC-001015922
16
   Exhibit 2445  Plaintiff and                   186
17               Counterclaim-Defendant Apple
                 Inc.'s Ninth Rule 30(b)(6) Notice
18
   Exhibit 2446  Apple Inc.'s Tenth Rule 30(b)(6) 185
19               Deposition Notice

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

|          | 1  | P R O C E E D I N G S |
|----------|----|------------------------|
| 08:59:01 | 2  | VIDEOGRAPHER:  My name is Paul Hischier, a |
| 08:59:03 | 3  | videographer with American Realtime Court Reporters in |
| 08:59:06 | 4  | Asia.  Today's date is March 10th, 2012, and the |
| 08:59:10 | 5  | approximate time is 8:58.  This deposition is being |
| 08:59:16 | 6  | held at the office of Kim & Chang located in the |
| 08:59:19 | 7  | Jeongdong Building in Seoul, Korea.  The caption of |
| 08:59:22 | 8  | this case is Apple, Inc., versus Samsung Electronics |
| 08:59:27 | 9  | Company Limited, et al., held in the U.S. District |
| 08:59:29 | 10 | Court for the Northern District of California, San Jose |
| 08:59:33 | 11 | Division, with a Civil Action Number of |
| 08:59:39 | 12 | 11-CV-01846-LHK.  The name of the witness is Jaehwang |
| 08:59:43 | 13 | Sim.  The court reporter today is Melanie Giamarco also |
| 08:59:46 | 14 | with American Realtime Court Reporters/Asia. |
| 08:59:49 | 15 | At this time, I would ask all counsel and |
| 08:59:51 | 16 | interpreters to please state their appearances and whom |
| 08:59:53 | 17 | they represent for the record. |
| 08:59:54 | 18 | MR. OLSON:  Erik Olson of Morrison & |
| 08:59:57 | 19 | Foerster representing Apple, with me is Samantha Kim, |
| 09:00:00 | 20 | also working for Apple. |
| 09:00:02 | 21 | MR. STEIGER:  Jon Steiger from Quinn, |
| 09:00:03 | 22 | Emanuel, representing Samsung and the witness. |
| 09:00:10 | 23 | MR. SHIN:  James Shin of Samsung. |
| 09:00:12 | 24 | LEAD INTERPRETER:  Ted Kim, main |
| 09:00:14 | 25 | interpreter. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

| | | |
|---|---|---|
| 09:00:15 | 1 | CHECK INTERPRETER:  James Victory, check |
| 09:00:17 | 2 | interpreter. |
| 09:00:17 | 3 | MR. OLSON:  And we understand that the court |
| 09:00:20 | 4 | reporter is not authorized to administer oaths in this |
| 09:00:23 | 5 | venue.  Nevertheless, we request that she administer |
| 09:00:26 | 6 | the oath, and we stipulate that we will waive any |
| 09:00:29 | 7 | objection to the validity of the deposition based on |
| 09:00:31 | 8 | oaths. |
| 09:00:32 | 9 | MR. STEIGER:  Stipulated. |
| 09:00:34 | 10 | VIDEOGRAPHER:  All right.  At this time, |
| 09:00:35 | 11 | will our court reporter please swear in the witness and |
| 09:00:37 | 12 | interpreters, and we can proceed. |
| 09:00:54 | 13 | (Interpreters sworn.) |
| | 14 | (Witness sworn.) |
| 09:01:13 | 15 | MR. OLSON:  Mr. Sim, before I begin, I need |
| 09:01:15 | 16 | to make a statement regarding events of last night and |
| 09:01:19 | 17 | today.  We have been asking since December for a series |
| 09:01:23 | 18 | of documents and then moved in January for those |
| 09:01:28 | 19 | documents.  There was an order on January 27th |
| 09:01:31 | 20 | requiring that the documents be produced by |
| 09:01:33 | 21 | February 3rd.  We identified the deficiencies in that |
| 09:01:37 | 22 | production soon thereafter, and objected. |
| 09:01:43 | 23 | We then received new documents on |
| 09:01:48 | 24 | February 28th, less than 24 hours before the deposition |
| 09:01:54 | 25 | of Tim Shepherd.  At the same day, we have moved for |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

09:01:57  1   enforcement by the order and for sanctions, and then

09:02:01  2   yesterday, upon arriving here, I received notice that

09:02:04  3   we had received a new set of materials as well as

09:02:08  4   14,000 pages of new documents as of last night.

09:02:13  5           In addition, during the process of seeking

09:02:16  6   designation of people under our Rule 30(b)(6) notices,

09:02:20  7   we've had the circumstance under which a witness,

09:02:22  8   Mr. Shepherd, was identified, was then withdrawn, was

09:02:26  9   then reidentified.  Mr. Sim was then identified.  And

09:02:32  10  then last night -- Mr. Sim was identified on certain

09:02:36  11  topics, and last night, we received 14 new categories.

09:02:42  12  The then suggestion was made that we put off Mr. Sim's

09:02:45  13  deposition.

09:02:46  14          We had flown, obviously, from the United

09:02:48  15  States.  I've got an expert here who's flown from the

09:02:50  16  United States.  I have court appearances next week.

09:02:54  17  And so for all of those reasons, we are proceeding, but

09:02:58  18  we are proceeding under protest in light of the conduct

09:03:02  19  and the violations of the court orders.

09:03:04  20          That being said, I'm prepared to begin asking

09:03:07  21  my questions.

09:03:09  22          MR. STEIGER:  Just for the record, we're not

09:03:11  23  going to make a speech on the record, but most of what

09:03:14  24  you just talked about has been the subject of numerous

09:03:16  25  communications between counsel.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7

| | | |
|---|---|---|
| 09:03:19 | 1 | LEAD INTERPRETER:  And that colloquy needs |
| 09:03:21 | 2 | to be translated, I suppose, yes? |
| 09:03:22 | 3 | MR. OLSON:  I actually don't think it needs |
| 09:03:25 | 4 | to be translated. |
| 09:03:25 | 5 | MR. STEIGER:  We're okay with that. |
| 09:03:28 | 6 | LEAD INTERPRETER:  Okay. |
| | 7 | JAEHWANG SIM, |
| | 8 | after having been duly sworn by the reporter, pursuant |
| | 9 | to stipulation of counsel, was examined and testified |
| 09:03:30 | 10 | through the interpreter as follows: |
| 09:03:30 | 11 | EXAMINATION |
| 09:03:30 | 12 | BY MR. OLSON: |
| 09:03:30 | 13 | Q.   Mr. Sim, will you state your full name for |
| 09:03:34 | 14 | the record. |
| 09:03:47 | 15 | A.   Jaehwang Sim. |
| 09:03:49 | 16 | Q.   What's your home address, residential |
| 09:03:53 | 17 | address? |
| 09:03:57 | 18 | A.   I live in the City of Suwon. |
| 09:04:02 | 19 | Q.   And what's your address there? |
| 09:04:27 | 20 | A.   Unit 2601, 105 Dong, Noble Class Apartments, |
| 09:04:40 | 21 | Samsung Remian, Ingye-dong, Paldal-gu. |
| 09:04:58 | 22 | Q.   Does the reference to Samsung in that |
| 09:05:00 | 23 | address indicate that the company is providing you |
| 09:05:02 | 24 | housing? |
| 09:05:18 | 25 | MR. STEIGER:  Wait.  Objection, beyond the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:05:21 | 1 | scope.  Mr. Sim is here as a 30(b)(6) corporate |
| 09:05:23 | 2 | witness.  What do these personal questions have to do |
| 09:05:27 | 3 | with the scope of his 30(b)(6) testimony?  I'll allow |
| 09:05:51 | 4 | the answer to this, but if you're going to go further |
| 09:05:53 | 5 | into personal questions, I'd like a proffer of why it's |
| 09:05:56 | 6 | relevant to the 30(b)(6). |
| 09:06:09 | 7 | A.   It's only that the name of the apartment is |
| 09:06:35 | 8 | Samsung.  And it so happens that a Samsung trading |
| 09:06:40 | 9 | company had built the apartments.  And it actually has |
| 09:06:47 | 10 | nothing to do with the company I work for. |
| 09:06:50 | 11 | Q.   (By MR. OLSON)  And what company do you work |
| 09:06:51 | 12 | for? |
| 09:06:52 | 13 | A.   I work for Samsung Electronics Company. |
| 09:06:58 | 14 | Q.   And what's your title? |
| 09:07:00 | 15 | A.   I am a vice president. |
| 09:07:07 | 16 | Q.   Is there anything more to your title? |
| 09:07:30 | 17 | A.   Normally, we call the team that I work in |
| 09:07:35 | 18 | the support team.  We normally understand it as a |
| 09:07:39 | 19 | management or managing -- management support team. |
| 09:07:42 | 20 | Q.   And what is your responsibilities in the |
| 09:07:49 | 21 | management support team, support team? |
| 09:07:53 | 22 | A.   We prepare the documents and records related |
| 09:08:25 | 23 | to our finances for the company, and we also provide |
| 09:08:30 | 24 | support for overall management for the operation of the |
| 09:08:35 | 25 | company. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

| | | |
|---|---|---|
| 09:08:35 | 1 | Q.   To whom do you report? |
| 09:08:45 | 2 | A.   I report to the head of the team. |
| 09:08:49 | 3 | Q.   And what's his name? |
| 09:09:00 | 4 | A.   Hak Gyoo Park. |
| 09:09:06 | 5 | LEAD INTERPRETER:  A common spelling. |
| 09:09:08 | 6 | Q.   What's his title? |
| 09:09:12 | 7 | A.   Senior vice president. |
| 09:09:13 | 8 | Q.   For what? |
| 09:09:25 | 9 | A.   The same team that I just told you.  He's |
| 09:09:27 | 10 | the senior vice president of the team. |
| 09:09:29 | 11 | Q.   For the support team? |
| 09:09:33 | 12 | A.   Yes, that's correct. |
| 09:09:34 | 13 | Q.   To whom does he report? |
| 09:09:45 | 14 | A.   His superior is the head of the business |
| 09:09:50 | 15 | division. |
| 09:09:52 | 16 | Q.   Is that J.K. Shin? |
| 09:09:56 | 17 | A.   Yes, that's correct. |
| 09:09:57 | 18 | Q.   Have you ever been deposed before? |
| 09:10:03 | 19 | A.   This is my first time. |
| 09:10:12 | 20 | Q.   Have you ever given testimony under oath at |
| 09:10:25 | 21 | any time? |
| 09:10:25 | 22 | A.   No. |
| 09:10:26 | 23 | Q.   Have you ever signed under oath any |
| 09:10:29 | 24 | declarations, affidavits or written documents? |
| 09:10:50 | 25 | A.   Not as far as I recall, I believe. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10

| | | |
|---|---|---|
| 09:10:53 | 1 | Q.   So you understand that you've taken an oath |
| 09:10:59 | 2 | to tell the truth? |
| 09:11:12 | 3 | A.   I do. |
| 09:11:12 | 4 | Q.   And do you understand that the testimony |
| 09:11:13 | 5 | that you give can be used in court in the United |
| 09:11:30 | 6 | States? |
| 09:11:30 | 7 | A.   Yes, I understand. |
| 09:11:30 | 8 | Q.   Do you understand that you are here to |
| 09:11:33 | 9 | testify as to certain subject matters on behalf of |
| 09:11:36 | 10 | Samsung? |
| 09:11:53 | 11 | A.   Yes, my understanding is that I am here to |
| 09:11:57 | 12 | testify on the areas of my responsibility. |
| 09:12:01 | 13 | Q.   Do you have any more detailed understanding |
| 09:12:06 | 14 | of what you are here to testify regarding? |
| 09:12:20 | 15 | MR. STEIGER:  Objection, vague and |
| 09:12:22 | 16 | ambiguous.  I would also instruct the witness not to |
| 09:12:25 | 17 | disclose any communications with counsel.  I'd suggest |
| 09:12:28 | 18 | a quicker way to get through this may be to just go |
| 09:12:30 | 19 | ahead and mark the notice and correspondence regarding |
| 09:12:33 | 20 | the subject matters and the areas on which he's been |
| 09:12:38 | 21 | put forth as a designee. |
| 09:12:41 | 22 | But if you can answer that question, go |
| 09:12:42 | 23 | ahead. |
| 09:13:43 | 24 | A.   I do not exactly understand when you say |
| 09:13:50 | 25 | understanding in any more detail.  If you could cite |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:13:53 | 1 | some examples, perhaps I could give you a reply. |
| 09:13:57 | 2 | Q.   (By MR. OLSON)  Well, other than areas under |
| 09:13:59 | 3 | your business responsibility, do you have any |
| 09:14:03 | 4 | recollection of subject matters that you are here to |
| 09:14:06 | 5 | testify on behalf of Samsung? |
| 09:14:27 | 6 | MR. STEIGER:  Objection, vague and |
| 09:14:38 | 7 | ambiguous. |
| 09:14:38 | 8 | A.   So I was asking you to cite some examples |
| 09:14:41 | 9 | for me, which area you are referring to. |
| 09:14:45 | 10 | Q.   (By MR. OLSON)  I understand.  But I'd like |
| 09:14:49 | 11 | to see whether, without my citing examples, you have |
| 09:14:52 | 12 | any further or better understanding, more particular |
| 09:14:57 | 13 | understanding of the subject matters you're here to |
| 09:15:00 | 14 | testify regarding. |
| 09:15:27 | 15 | MR. STEIGER:  Objection, again, vague and |
| 09:15:29 | 16 | ambiguous.  I'd suggest you just ask him about the |
| 09:15:31 | 17 | areas of subject matter, and we'll get through this. |
| 09:15:53 | 18 | A.   Yes, I took an oath and -- but still, I will |
| 09:16:01 | 19 | testify within the limits of my understanding. |
| 09:16:05 | 20 | Q.   (By MR. OLSON)  Do you understand that |
| 09:16:06 | 21 | you're here to testify regarding Samsung's |
| 09:16:10 | 22 | profitability with respect to certain products? |
| 09:16:26 | 23 | MR. STEIGER:  Objection to the extent that |
| 09:16:28 | 24 | misstates the exact scope of the notice and the exact |
| 09:16:32 | 25 | scope of the proffer of Mr. Sim as a designee on that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:16:38 | 1 | subject matter, which is the subject of written |
| 09:16:41 | 2 | communication between counsel. |
| 09:17:16 | 3 | A.   I also agree with the statement of my |
| 09:17:23 | 4 | counsel. |
| 09:17:28 | 5 | Q.   (By MR. OLSON)  Well, do you understand that |
| 09:17:29 | 6 | you are here, yes, no, or I don't know, to testify |
| 09:17:34 | 7 | regarding Samsung's profitability with respect to |
| 09:17:38 | 8 | certain products? |
| 09:17:39 | 9 | MR. STEIGER:  Same -- you might as well |
| 09:17:41 | 10 | translate it at the same time.  Same objections. |
| 09:18:13 | 11 | A.   I do understand why I'm here, but I do not |
| 09:18:18 | 12 | have an understanding that I'm here to answer that |
| 09:18:24 | 13 | question. |
| 09:18:31 | 14 | Q.   (By MR. OLSON)  Does Samsung make a gross |
| 09:18:33 | 15 | profit on the Galaxy line of phones? |
| 09:18:51 | 16 | MR. STEIGER:  Objection, vague and |
| 09:19:10 | 17 | ambiguous. |
| 09:19:10 | 18 | A.   Well, since the products are still being |
| 09:19:13 | 19 | sold, whether it's showing profit or loss, there must |
| 09:19:21 | 20 | be some numbers associated with the sales. |
| 09:19:25 | 21 | Q.   (By MR. OLSON)  Do you know whether to date, |
| 09:19:28 | 22 | Samsung has made a gross profit on the Galaxy line of |
| 09:19:32 | 23 | phones? |
| 09:19:54 | 24 | MR. STEIGER:  Vague and ambiguous. |
| 09:20:14 | 25 | A.   Well, as for the material on that, if you |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:20:17 | 1 | were to take a look at the documents provided or |
| 09:20:19 | 2 | submitted by us, then those documents will exactly list |
| 09:20:23 | 3 | what the -- what that is.  And I just do not happen to |
| 09:20:30 | 4 | know exactly what the exact numbers are. |
| 09:20:33 | 5 | Q.   (By MR. OLSON)  Which documents are you |
| 09:20:34 | 6 | referring to? |
| 09:20:45 | 7 | A.   There must be a spreadsheet that we |
| 09:20:50 | 8 | submitted in connection with the cost. |
| 09:20:54 | 9 | Q.   What spreadsheet would you use? |
| 09:21:12 | 10 | A.   So when you say "what spreadsheet," would |
| 09:21:14 | 11 | you be asking me about Microsoft Excel spreadsheet? |
| 09:21:18 | 12 | CHECK INTERPRETER:  Also, for clarification, |
| 09:21:20 | 13 | Mr. Olson, the numerosity of the spreadsheet is not |
| 09:21:23 | 14 | clear at this point, whether it's a or multiple of |
| 09:21:29 | 15 | spreadsheets. |
| 09:21:30 | 16 | Q.   Are there spreadsheets or a spreadsheet in |
| 09:21:34 | 17 | Microsoft Excel that you would use to determine this |
| 09:21:37 | 18 | question? |
| 09:22:02 | 19 | A.   I did not quite understand that question. |
| 09:22:05 | 20 | Q.   Are there any documents or spreadsheets that |
| 09:22:08 | 21 | you would use to answer the question whether or not |
| 09:22:12 | 22 | Samsung has made a gross profit on the Galaxy line of |
| 09:22:15 | 23 | phones? |
| 09:22:38 | 24 | MR. STEIGER:  Objection, vague and |
| 09:23:10 | 25 | ambiguous. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

| 09:23:10 | 1 | A.   So what I'm telling you is that pursuant to |
| 09:23:15 | 2 | Apple's request, there were some materials and |
| 09:23:22 | 3 | spreadsheet was included in that among those materials, |
| 09:23:30 | 4 | and so in that or those spreadsheets, there should be |
| 09:23:36 | 5 | information relating to sales, profit and loss, those |
| 09:23:42 | 6 | would have been properly organized as to the relevant |
| 09:23:46 | 7 | models, so I think if you were to take a look at that, |
| 09:23:50 | 8 | you'd be able to understand. |
| 09:23:53 | 9 | Q.   (By MR. OLSON)  Did you participate in the |
| 09:23:54 | 10 | preparation of the spreadsheet to which you're |
| 09:23:56 | 11 | referring? |
| 09:24:11 | 12 | A.   Yes. |
| 09:24:11 | 13 | Q.   When did you create it? |
| 09:24:20 | 14 | A.   My recollection is that that was last month, |
| 09:24:35 | 15 | and even you will until last night, it was prepared |
| 09:24:40 | 16 | again.  And finally it was organized and submitted. |
| 09:24:50 | 17 | (Interpreters conferring.) |
| 09:24:57 | 18 | LEAD INTERPRETER:  Correction.  "Until |
| 09:24:59 | 19 | yesterday," not "last night."  Right. |
| 09:25:07 | 20 | MR. OLSON:  Yesterday? |
| 09:25:09 | 21 | LEAD INTERPRETER:  Yesterday. |
| 09:25:15 | 22 | Q.   Who else participated in the preparation of |
| 09:25:18 | 23 | the spreadsheet or spreadsheets? |
| 09:25:21 | 24 | A.   My subordinate or subordinates who work with |
| 09:25:44 | 25 | me participated. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:25:48 | 1 | Q. Which subordinates? |
| 09:25:58 | 2 | A. There is only one employee to whom I gave |
| 09:26:03 | 3 | directions. |
| 09:26:04 | 4 | Q. Who's that? |
| 09:26:05 | 5 | A. Manager Beom Joon Kim. |
| 09:26:18 | 6 | LEAD INTERPRETER: A common spelling. |
| 09:26:19 | 7 | Q. (By MR. OLSON) What role, if any, did GiHo |
| 09:26:24 | 8 | Roh play in the spreadsheet? |
| 09:26:34 | 9 | A. As for that fellow, this is not his area of |
| 09:26:52 | 10 | expertise, that is the finance, so he did not |
| 09:26:57 | 11 | participate in the preparation. |
| 09:27:01 | 12 | Q. Other than Beom Joon Kim and yourself, who |
| 09:27:08 | 13 | worked on the spreadsheets? |
| 09:27:40 | 14 | A. Well, if there were any other subordinate or |
| 09:27:50 | 15 | subordinates below, then I did not give any direct |
| 09:27:55 | 16 | instructions to that level, so I do not know who had |
| 09:28:01 | 17 | participated or even whether anybody else below had |
| 09:28:05 | 18 | participated. And I do not get involved directly to |
| 09:28:11 | 19 | that level. |
| 09:28:11 | 20 | Q. Who asked you to create the spreadsheets? |
| 09:28:24 | 21 | A. You mean who asked me? |
| 09:28:25 | 22 | Q. Yes. |
| 09:28:32 | 23 | A. It was prepared in accordance with the |
| 09:28:37 | 24 | letter requesting it from Apple. |
| 09:28:40 | 25 | Q. You saw a letter from Apple requesting it? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

| | | |
|---|---|---|
| 09:28:52 | 1 | MR. STEIGER:  I would caution the witness |
| 09:28:53 | 2 | not to testify to any communications with legal |
| 09:28:59 | 3 | counsel, either outside counsel or in-house counsel at |
| 09:29:01 | 4 | Samsung.  If you can answer this question without |
| 09:29:04 | 5 | getting into communications with legal counsel, go |
| 09:29:07 | 6 | ahead. |
| 09:29:07 | 7 | MR. OLSON:  Jon, obviously, the question |
| 09:29:09 | 8 | whether he got a letter from Apple, that wouldn't be |
| 09:29:12 | 9 | legal counsel. |
| 09:29:12 | 10 | MR. STEIGER:  And I'm cautioning the witness |
| 09:29:14 | 11 | on the scope of any answer that he may get into. |
| 09:30:33 | 12 | A.   When I looked at the contents of the letter |
| 09:30:38 | 13 | that I received, while I do not know whether this was |
| 09:30:44 | 14 | directly received from Apple or not, I'm not certain of |
| 09:30:52 | 15 | that, with you in any case, if one were to look at the |
| 09:30:58 | 16 | requested materials in that letter, then it's said that |
| 09:31:05 | 17 | Apple was requesting production of such and sufficient |
| 09:31:10 | 18 | things, and so I looked at those contents, and thereby |
| 09:31:18 | 19 | created the materials. |
| 09:31:20 | 20 | Q.   (By MR. OLSON)  Who sent you the letter? |
| 09:31:27 | 21 | MR. STEIGER:  You can answer that. |
| 09:31:40 | 22 | A.   The person who sent it is our in-house |
| 09:31:42 | 23 | counsel. |
| 09:31:42 | 24 | Q.   (By MR. OLSON)  Who's that? |
| 09:31:50 | 25 | THE WITNESS:  Can I volunteer that? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:31:53 | 1 | MR. STEIGER:  You can answer the name.  You |
| 09:31:54 | 2 | may not disclose anything further about communications |
| 09:31:55 | 3 | with in-house counsel. |
| 09:32:15 | 4 | A.   I'm sorry, this is my first participation in |
| 09:32:19 | 5 | a proceeding like this, so I wasn't -- I didn't know. |
| 09:32:22 | 6 | The attorney's name is Seung Mok Lee. |
| 09:32:31 | 7 | LEAD INTERPRETER:  A common spelling. |
| 09:32:37 | 8 | A.   I think he goes by Samuel Lee. |
| 09:32:39 | 9 | Q.   (By MR. OLSON)  Other than Mr. Lee, did |
| 09:32:43 | 10 | anyone else give you any instructions on how to create |
| 09:32:46 | 11 | the spreadsheet? |
| 09:33:09 | 12 | A.   There was nobody who gave me instructions, |
| 09:33:13 | 13 | per se. |
| 09:33:13 | 14 | Q.   How did you know what to include in the |
| 09:33:19 | 15 | spreadsheet? |
| 09:33:30 | 16 | A.   I became aware by looking at the contents of |
| 09:33:34 | 17 | the letter. |
| 09:33:35 | 18 | Q.   Other than the letter, have you received any |
| 09:33:37 | 19 | other information on how to prepare the spreadsheet or |
| 09:33:40 | 20 | spreadsheets? |
| 09:33:58 | 21 | MR. STEIGER:  And I instruct the witness not |
| 09:34:00 | 22 | to answer to the extent you would disclose any |
| 09:34:03 | 23 | communications with in-house or outside legal counsel. |
| 09:34:08 | 24 | If you can provide an answer that does not disclose |
| 09:34:11 | 25 | such communications, you may. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

09:34:35　1　　　　A.　I forgot the question.  Could you ask me the

09:34:38　2　question again?

09:34:40　3　　　　Q.　(By MR. OLSON)  Other than the letter, have

09:34:42　4　you received any other information on how to prepare

09:34:44　5　the spreadsheet or spreadsheets?

09:35:05　6　　　　A.　Not particularly, to my recollection.

09:35:13　7　　　　Q.　Were the spreadsheets of which you are

09:35:19　8　referring specifically prepared for this litigation?

09:35:40　9　　　　MR. STEIGER:  You can answer that yes or no.

09:35:59　10　　　　A.　So were you asking me, this report that was

09:36:06　11　prepared now, was that prepared just for this purpose?

09:36:15　12　　　　Q.　(By MR. OLSON)  Yeah, for the purposes of

09:36:16　13　this litigation.

09:36:32　14　　　　A.　Well, as for the format itself, that was

09:36:36　15　used, or that is how this -- for the purpose of this

09:36:45　16　that it was utilized or used.  But the data, as for the

09:36:51　17　data itself, it had already existed -- it had

09:36:57　18　originally existed.

09:36:58　19　　　　Q.　But the spreadsheet in the format you

09:37:00　20　created was created solely for this litigation?

09:37:04　21　　　　A.　Yes, that's correct.

09:37:22　22　　　　Q.　So as I understand it, you received

09:37:29　23　instructions from an attorney in a letter to prepare

09:37:32　24　the spreadsheet, that's one thing that happened,

09:37:35　25　correct?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:38:15 | 1 | A.   As for my receipt of the letter, I told you |
| 09:38:17 | 2 | already.  And as for some of the explanations or |
| 09:38:24 | 3 | explanations I was given, that was from the in-house |
| 09:38:27 | 4 | counsel, and I was already told not to divulge that |
| 09:38:32 | 5 | here, so I don't think I can talk about that. |
| 09:38:36 | 6 | Q.   Without disclosing the contents of what he |
| 09:38:41 | 7 | said or you said, who was the other person who gave you |
| 09:38:46 | 8 | more instructions? |
| 09:39:11 | 9 | MR. STEIGER:  Objection, assumes facts. |
| 09:39:28 | 10 | A.   Nobody, as far as I know. |
| 09:39:33 | 11 | Q.   (By MR. OLSON)  Did you speak to anyone at |
| 09:39:36 | 12 | Quinn, Emanuel, without disclosing the contents of the |
| 09:39:40 | 13 | communication, regarding the spreadsheet? |
| 09:40:00 | 14 | MR. STEIGER:  Objection, vague and |
| 09:40:01 | 15 | ambiguous, the word "contents." |
| 09:40:14 | 16 | A.   I also think so. |
| 09:40:16 | 17 | Q.   (By MR. OLSON)  Who? |
| 09:40:21 | 18 | A.   No, no, I also think that the question is |
| 09:40:27 | 19 | vague, so by the contents of communication, exactly |
| 09:40:36 | 20 | what do you mean? |
| 09:40:40 | 21 | Q.   I'm not asking you to disclose what you said |
| 09:40:43 | 22 | to Samsung or what they said back to you, but I'm |
| 09:40:47 | 23 | asking you, did you speak to someone at Quinn, Emanuel |
| 09:40:52 | 24 | regarding the spreadsheet? |
| 09:41:28 | 25 | A.   Perhaps our in-house counsel might have |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:41:30 | 1 | spoken to them, but I did not. |
| 09:41:36 | 2 | Q.  Is there anyone other than the single |
| 09:41:39 | 3 | in-house counsel to whom you referred that you've |
| 09:41:42 | 4 | spoken to to receive any instructions regarding the |
| 09:41:49 | 5 | spreadsheet? |
| 09:42:13 | 6 | MR. STEIGER:  Objection, assumes facts, |
| 09:42:14 | 7 | misstates prior testimony. |
| 09:42:29 | 8 | A.  I thought I told you there was nobody else, |
| 09:42:31 | 9 | and you are asking me the same question again. |
| 09:42:34 | 10 | Q.  (By MR. OLSON)  Why did you make the new |
| 09:42:41 | 11 | spreadsheet that you finished yesterday? |
| 09:42:58 | 12 | MR. STEIGER:  I instruct the witness not to |
| 09:42:59 | 13 | disclose the contents of any communications with legal |
| 09:43:03 | 14 | counsel.  If you can answer without doing that, please |
| 09:43:05 | 15 | do. |
| 09:43:32 | 16 | A.  Well, it's because I received communication |
| 09:43:35 | 17 | that I prepare this, and I don't know how to then |
| 09:43:42 | 18 | answer this question if you are saying that. |
| 09:43:48 | 19 | Q.  (By MR. OLSON)  Who told you to make a new |
| 09:43:53 | 20 | version of the spreadsheet? |
| 09:44:05 | 21 | MR. STEIGER:  Objection, assumes facts. |
| 09:44:27 | 22 | A.  There was nobody who gave me an instruction |
| 09:44:34 | 23 | exactly.  It was rather that I, surmising the |
| 09:44:44 | 24 | situation, thought that I needed to make a report -- or |
| 09:44:53 | 25 | make -- prepare one in more detail, and so I did. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

21

| | | |
|---|---|---|
| 09:44:59 | 1 | Q.   (By MR. OLSON)  What was the situation that |
| 09:45:01 | 2 | caused you to do that? |
| 09:45:12 | 3 | MR. STEIGER:  You're not to disclose any |
| 09:45:14 | 4 | communications with legal counsel in your answer. |
| 09:45:40 | 5 | A.   Well, as for that, I don't think I can tell |
| 09:45:42 | 6 | you, because this was a part of my communication with |
| 09:45:49 | 7 | counsel.  But while I was communicating with him or |
| 09:45:56 | 8 | them, just surmising the situation that I caught while |
| 09:46:07 | 9 | talking, I came to my own determination. |
| 09:46:10 | 10 | Q.   (By MR. OLSON)  With whom were you speaking? |
| 09:46:21 | 11 | MR. STEIGER:  You may answer that. |
| 09:46:22 | 12 | A.   Aforementioned Samuel, Counsel Samuel. |
| 09:46:31 | 13 | Q.   (By MR. OLSON)  When did you start work on |
| 09:46:34 | 14 | the new spreadsheet that was finished yesterday? |
| 09:47:01 | 15 | A.   Right now, I do not have a precise |
| 09:47:05 | 16 | recollection, but my recollection would be that I gave |
| 09:47:07 | 17 | instruction or instructions either the evening of |
| 09:47:14 | 18 | last -- Thursday of last week or Friday. |
| 09:47:18 | 19 | Q.   Gave instructions to whom? |
| 09:47:36 | 20 | A.   I told that to the manager Beom Joon -- |
| 09:47:45 | 21 | LEAD INTERPRETER:  B-e-o-m, J-o-o-n. |
| 09:47:50 | 22 | A.   -- Kim that I told you earlier. |
| 09:47:52 | 23 | Q.   What had been said to you that caused you to |
| 09:47:54 | 24 | believe you needed to create a new spreadsheet? |
| 09:48:22 | 25 | MR. STEIGER:  Assumes facts, misstates prior |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:48:24 | 1 | testimony.  I instruct Vice President Sim not to |
| 09:48:28 | 2 | disclose the content of any communication with in-house |
| 09:48:31 | 3 | or outside legal counsel. |
| 09:49:01 | 4 | A.   As I told you earlier, as far as who said |
| 09:49:08 | 5 | what, this entailed my speaking with Attorney Samuel, |
| 09:49:18 | 6 | and so in accordance of the regulations for this |
| 09:49:25 | 7 | proceeding, I don't think I can talk about it. |
| 09:49:33 | 8 | Q.   (By MR. OLSON)  How many drafts of the |
| 09:49:34 | 9 | spreadsheet were created between Thursday or Friday of |
| 09:49:37 | 10 | last week and yesterday? |
| 09:49:52 | 11 | MR. STEIGER:  Assumes facts, vague and |
| 09:50:01 | 12 | ambiguous, the word "drafts." |
| 09:50:14 | 13 | A.   There were no drafts created, as such, so |
| 09:50:34 | 14 | per instruction, one was created right away. |
| 09:50:40 | 15 | Q.   (By MR. OLSON)  When was the first time you |
| 09:50:43 | 16 | saw a new version of the spreadsheet after last |
| 09:50:47 | 17 | Thursday? |
| 09:51:01 | 18 | A.   Yesterday. |
| 09:51:04 | 19 | Q.   Did it take your employee from Thursday |
| 09:51:09 | 20 | until yesterday to create the draft? |
| 09:51:24 | 21 | MR. STEIGER:  No foundation, calls for |
| 09:51:27 | 22 | speculation, misstates prior testimony, and assumes |
| 09:51:29 | 23 | facts. |
| 09:51:43 | 24 | A.   I don't think I can give you a definite or a |
| 09:52:03 | 25 | clear answer on that.  Because of my busy schedule, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:52:08 | 1 | it's just that I only saw it for the first time then. |
| 09:52:13 | 2 | And I don't know if it was then that it was first |
| 09:52:17 | 3 | prepared or it was lastly prepared then. |
| 09:52:23 | 4 | Q.   (By MR. OLSON)  How long did it take your |
| 09:52:27 | 5 | associate to make the new draft? |
| 09:52:40 | 6 | MR. STEIGER:  No foundation, calls for |
| 09:52:42 | 7 | speculation, also misstates prior testimony, and |
| 09:52:44 | 8 | assumes facts. |
| 09:53:21 | 9 | A.   Well, as for the draft that was mentioned |
| 09:53:23 | 10 | earlier and the draft that is being mentioned in this |
| 09:53:27 | 11 | question, I don't know if it's the translation thing, |
| 09:53:34 | 12 | but if it does mean the same wording as far as between |
| 09:53:39 | 13 | the two draft -- quote, draft, end of quote -- then |
| 09:53:45 | 14 | there were no separate draft or drafts prepared, and |
| 09:53:53 | 15 | there were no time expended to make draft, draft or |
| 09:54:01 | 16 | drafts.  But if there had been such time, it would have |
| 09:54:15 | 17 | been two or three minutes to prepare a draft in |
| 09:54:23 | 18 | accordance with my instruction. |
| 09:54:38 | 19 | I told you already that there was no draft |
| 09:54:41 | 20 | that was prepared, so if you want to consider the two, |
| 09:54:50 | 21 | three minutes that it took for me to give instructions |
| 09:54:56 | 22 | to be the time it took to draft, then that may be it, |
| 09:55:13 | 23 | in my head. |
| 09:55:15 | 24 | LEAD INTERPRETER:  "In my head." |
| 09:55:18 | 25 | Q.   So you spoke -- is it Mr. Kim who made the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

24

| | | |
|---|---|---|
| 09:55:26 | 1 | draft, the new version? |
| 09:55:36 | 2 | A.   Yes, that's correct. |
| 09:55:37 | 3 | Q.   So you spoke to him for two or three minutes |
| 09:55:42 | 4 | last Thursday or Friday; is that right? |
| 09:55:51 | 5 | MR. STEIGER:  Objection, misstates prior |
| 09:55:52 | 6 | testimony, assumes facts. |
| 09:56:05 | 7 | A.   No, what I'm saying is the time it took for |
| 09:56:08 | 8 | me to give instruction to create that spreadsheet was |
| 09:56:14 | 9 | two or three minutes. |
| 09:56:15 | 10 | Q.   (By MR. OLSON)  And how long did it take |
| 09:56:17 | 11 | Mr. Kim to actually generate that new version? |
| 09:56:32 | 12 | MR. STEIGER:  Vague and ambiguous, no |
| 09:56:33 | 13 | foundation, calls for speculation. |
| 09:56:51 | 14 | A.   I do not exactly know to the extent of |
| 09:56:54 | 15 | knowing how long that took.  It must be some time, some |
| 09:57:02 | 16 | portion of time within that allotted time. |
| 09:57:08 | 17 | Q.   (By MR. OLSON)  How did Mr. Kim deliver the |
| 09:57:10 | 18 | spreadsheet to you? |
| 09:57:11 | 19 | A.   I was shown a printout. |
| 09:57:33 | 20 | Q.   On paper? |
| 09:57:38 | 21 | A.   Yes. |
| 09:57:39 | 22 | Q.   When? |
| 09:57:40 | 23 | A.   Yesterday morning. |
| 09:57:45 | 24 | Q.   What time? |
| 09:57:46 | 25 | A.   I do not recall the exact time, but, say, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:58:01 | 1 | probably 8:00, between 8:00 and 9:00. |
| 09:58:06 | 2 | Q. Who else, if anyone, reviewed the |
| 09:58:19 | 3 | spreadsheet? |
| 09:58:31 | 4 | MR. STEIGER: No foundation, calls for |
| 09:59:00 | 5 | speculation. |
| 09:59:00 | 6 | A. I reviewed it. As for somebody other than |
| 09:59:05 | 7 | myself, there is no such person, as far as I know. |
| 09:59:13 | 8 | It's possible the in-house counsel might have seen it |
| 09:59:17 | 9 | along with me, but as far as I know, nobody else. |
| 09:59:24 | 10 | Q. (By MR. OLSON) Well, this was yesterday, |
| 09:59:32 | 11 | right? |
| 09:59:36 | 12 | A. Yes. |
| 09:59:36 | 13 | Q. Did in-house counsel review the paper copy |
| 09:59:39 | 14 | of the spreadsheet with you? |
| 09:59:50 | 15 | MR. STEIGER: No foundation, calls for |
| 09:59:52 | 16 | speculation. And you're not to disclose the contents |
| 09:59:53 | 17 | of any meetings or other communications with counsel, |
| 09:59:58 | 18 | if there were any. |
| 10:00:36 | 19 | A. No, my answer to you was that I alone looked |
| 10:00:40 | 20 | at it. And as for this material, it's the counsel who |
| 10:00:47 | 21 | was to receive this, so I'm saying that he might have |
| 10:00:50 | 22 | seen it, he could have seen it. And I think perhaps I |
| 10:00:57 | 23 | do not -- I get -- I'm thinking that you did not get my |
| 10:01:03 | 24 | answer. |
| 10:01:04 | 25 | Q. (By MR. OLSON) That was helpful. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:01:06 | 1 | Who within Samsung, other than yourself and |
| 10:01:13 | 2 | Mr. Kim, has ever looked at this new version of the |
| 10:01:17 | 3 | spreadsheet that came out yesterday? |
| 10:01:39 | 4 | MR. STEIGER:  No foundation, calls for |
| 10:01:55 | 5 | speculation. |
| 10:01:55 | 6 | A.   The attorney who receives the data. |
| 10:02:00 | 7 | Q.   (By MR. OLSON)  Anyone else? |
| 10:02:10 | 8 | A.   Other than that, manager GiHo -- |
| 10:02:19 | 9 | LEAD INTERPRETER:  Gi, H-o, Roh, R-O-H. |
| 10:02:26 | 10 | A.   -- that you mentioned earlier, Mr. Roh, that |
| 10:02:30 | 11 | you mentioned, you mentioned. |
| 10:02:33 | 12 | Q.   When yesterday did Mr. Roh review the |
| 10:02:36 | 13 | document? |
| 10:02:43 | 14 | MR. STEIGER:  No foundation, calls for |
| 10:03:21 | 15 | speculation. |
| 10:03:21 | 16 | A.   Well, as for that fellow, he did not review |
| 10:03:26 | 17 | it, per se.  This is not his area of expertise, so he |
| 10:03:34 | 18 | would not be at a level to be able to review.  And you |
| 10:03:44 | 19 | had told me who the people were who were there along |
| 10:03:50 | 20 | with me, or together, so considering that he had |
| 10:03:54 | 21 | participated in the job overall, so that's why I |
| 10:03:58 | 22 | mentioned his name. |
| 10:04:00 | 23 | Q.   (By MR. OLSON)  How did he participate in |
| 10:04:01 | 24 | the job overall? |
| 10:04:25 | 25 | A.   He is the person who's handling or who is |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:04:29 | 1 | responsible for the litigation with Apple overall at |
| 10:04:40 | 2 | our group or department. |
| 10:04:43 | 3 | Q.   What do you mean when you say he's the |
| 10:04:49 | 4 | person handling the litigation overall for your |
| 10:04:51 | 5 | department? |
| 10:05:08 | 6 | MR. STEIGER:  And I instruct you not to |
| 10:05:09 | 7 | disclose the contents of any communications with inside |
| 10:05:13 | 8 | or outside counsel. |
| 10:06:35 | 9 | A.   At our company, there is a department that |
| 10:06:40 | 10 | handles or who is responsible for patents.  And this |
| 10:06:47 | 11 | particular department would handle all such aspects for |
| 10:06:53 | 12 | the entire Samsung company, whereas, we bought one of |
| 10:07:02 | 13 | the business units, or business divisions, so if there |
| 10:07:06 | 14 | happens to be some related matter between that patent |
| 10:07:14 | 15 | department and our particular business unit or business |
| 10:07:19 | 16 | division, then there would need to be a person who |
| 10:07:24 | 17 | would handle the work between them, that is, the patent |
| 10:07:31 | 18 | department and us, so who would fill in the role of |
| 10:07:35 | 19 | bridging between the two or to find out what type of |
| 10:07:43 | 20 | work needs to be done.  Okay.  That's it. |
| 10:07:59 | 21 | Q.   (By MR. OLSON)  Did you give Mr. Kim a |
| 10:08:03 | 22 | deadline for the creation of this new version of the |
| 10:08:07 | 23 | spreadsheet when you spoke to him last Thursday or |
| 10:08:10 | 24 | Friday? |
| 10:08:40 | 25 | A.   I told him that I'd like to see it by the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

28

| | | |
|---|---|---|
| 10:08:49 | 1 | morning of March 7th. |
| 10:08:54 | 2 | Q.   Did you follow up with him afterwards? |
| 10:09:09 | 3 | A.   I was too busy so that I could not follow |
| 10:09:22 | 4 | up. |
| 10:09:33 | 5 | Q.   Why did you give him the deadline of |
| 10:09:36 | 6 | March 7th? |
| 10:10:02 | 7 | A.   I was told that March 8th was the final |
| 10:10:08 | 8 | deadline to submit to Apple, and I figured perhaps a |
| 10:10:15 | 9 | day would be -- about a day would be needed for review. |
| 10:10:20 | 10 | Q.   Who told you that March 8th was the last |
| 10:10:23 | 11 | day? |
| 10:10:32 | 12 | A.   I heard it from our counsel. |
| 10:10:36 | 13 | Q.   Other than Mr. Lee, your counsel, Mr. Kim |
| 10:10:41 | 14 | who created it, yourself, and perhaps Mr. Roh, is there |
| 10:10:48 | 15 | anyone else inside of Samsung that has ever looked at |
| 10:10:52 | 16 | this new version of the spreadsheet that was created |
| 10:10:54 | 17 | yesterday? |
| 10:11:13 | 18 | MR. STEIGER:  No foundation, calls for |
| 10:11:33 | 19 | speculation. |
| 10:11:33 | 20 | A.   So when you say "looked at," would you mean |
| 10:11:42 | 21 | that the person would have reviewed the data or would |
| 10:11:44 | 22 | you just simply mean looking at it? |
| 10:11:49 | 23 | Q.   (By MR. OLSON)  How about, let's just take |
| 10:11:52 | 24 | looking at it. |
| 10:11:53 | 25 | MR. STEIGER:  Same objections. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

29

| | | |
|---|---|---|
| 10:11:54 | 1 | A.   Not as far as -- none, as far as I know. |
| 10:12:07 | 2 | Q.   (By MR. OLSON)  That also means no one else |
| 10:12:08 | 3 | reviewed the data, correct? |
| 10:12:19 | 4 | MR. STEIGER:  Misstates testimony, assumes |
| 10:12:20 | 5 | facts, no foundation, calls for speculation. |
| 10:12:33 | 6 | A.   Well, within the limits of my understanding, |
| 10:12:36 | 7 | I don't think there is anybody else. |
| 10:12:37 | 8 | Q.   (By MR. OLSON)  How long did you take to |
| 10:12:41 | 9 | review the spreadsheet yesterday? |
| 10:13:00 | 10 | A.   Say, about an hour, briefly.  It didn't take |
| 10:13:04 | 11 | long. |
| 10:13:04 | 12 | Q.   Tell me all the things that you did to |
| 10:13:08 | 13 | determine or verify that the information in the new |
| 10:13:12 | 14 | version of the spreadsheet was accurate. |
| 10:13:37 | 15 | MR. STEIGER:  Vague and ambiguous. |
| 10:13:46 | 16 | A.   So you are asking me to tell you all the |
| 10:13:51 | 17 | activities that I did? |
| 10:13:53 | 18 | Q.   (By MR. OLSON)  Correct. |
| 10:13:55 | 19 | MR. STEIGER:  Same objection. |
| 10:14:04 | 20 | THE WITNESS:  What was the objection? |
| 10:14:05 | 21 | MR. STEIGER:  My objection was vague and |
| 10:14:57 | 22 | ambiguous. |
| 10:14:57 | 23 | A.   For the data itself was originally there, so |
| 10:16:03 | 24 | the originally existing data, some of those are in |
| 10:16:10 | 25 | compressed form, so you'd have to uncompress it, if you |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

30

| | | |
|---|---|---|
| 10:16:21 | 1 | will.  And so it just took some time.  It wasn't all |
| 10:16:30 | 2 | that difficult.  And also, I told you that it was not |
| 10:16:36 | 3 | in the Excel format that we use, and so since it was |
| 10:16:42 | 4 | not in the format that you wanted here, so it was just |
| 10:16:50 | 5 | time-consuming.  It was not a matter of creating some |
| 10:16:57 | 6 | major headache.  And so as far as verification, that |
| 10:17:04 | 7 | verification had to do with how the work was carried |
| 10:17:06 | 8 | out, and the overall data set, how that would be -- how |
| 10:17:17 | 9 | that would correspond to, or how that would be |
| 10:17:23 | 10 | appropriate or correspond to the itemizations, and so I |
| 10:17:30 | 11 | also verified if there was any additional work that had |
| 10:17:34 | 12 | been done.  And that was the end of that. |
| 10:17:39 | 13 | Q.  So I'm not sure I understood your answer, so |
| 10:18:01 | 14 | I'd like to take it in pieces. |
| 10:18:10 | 15 | As to this new spreadsheet that you saw |
| 10:18:13 | 16 | yesterday, do you understand what I'm talking about? |
| 10:18:39 | 17 | A.  So I'm not getting it.  You are saying the |
| 10:18:42 | 18 | new spreadsheet I saw yesterday, and what are you |
| 10:18:46 | 19 | saying about that? |
| 10:18:47 | 20 | Q.  I just want to make sure we're talking about |
| 10:18:49 | 21 | the same thing, the new spreadsheet that you saw |
| 10:18:50 | 22 | yesterday for about an hour. |
| 10:19:01 | 23 | A.  Okay. |
| 10:19:01 | 24 | Q.  So just taking them one at a time, what are |
| 10:19:04 | 25 | all the things that you did to make sure that the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

31

| | | |
|---|---|---|
| 10:19:07 | 1 | information on that document was a complete and |
| 10:19:10 | 2 | accurate record of what was depicted there? |
| 10:19:47 | 3 | MR. STEIGER:  Vague and ambiguous, asked and |
| 10:20:00 | 4 | answered. |
| 10:20:00 | 5 | A.   So are you asking me a question?  You're |
| 10:20:04 | 6 | saying you just want to make sure? |
| 10:20:14 | 7 | Q.   (By MR. OLSON)  I want to understand what |
| 10:20:15 | 8 | you did to make sure that it was complete and accurate. |
| 10:20:30 | 9 | MR. STEIGER:  Vague and ambiguous, not a |
| 10:20:31 | 10 | question. |
| 10:21:09 | 11 | A.   That's right.  I was just telling you what I |
| 10:21:13 | 12 | did yesterday for that purpose.  And as far as the data |
| 10:21:19 | 13 | itself, there was no separate working on it, if you |
| 10:21:25 | 14 | will, or fabrication on it or working with it.  It's |
| 10:21:32 | 15 | just data as existed, so there was no separate work to |
| 10:21:37 | 16 | be done separately for confirmation or what. |
| 10:21:43 | 17 | Q.   (By MR. OLSON)  Did you check any line item |
| 10:21:46 | 18 | to determine that it was an accurate representation of |
| 10:21:49 | 19 | something in some system? |
| 10:22:15 | 20 | MR. STEIGER:  Vague and ambiguous. |
| 10:22:25 | 21 | A.   I did not verify the data in that fashion of |
| 10:22:33 | 22 | line by line. |
| 10:22:34 | 23 | Q.   (By MR. OLSON)  Did you check any line? |
| 10:22:44 | 24 | MR. STEIGER:  Vague and ambiguous. |
| 10:22:54 | 25 | A.   Yes.  As for some portion, I did verify if |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

32

| | | |
|---|---|---|
| 10:22:57 | 1 | the data is correct. |
| 10:22:59 | 2 | Q. (By MR. OLSON) What portion? |
| 10:23:08 | 3 | A. Mainly, the quantity and revenue. |
| 10:23:15 | 4 | Q. How did you check that? |
| 10:23:16 | 5 | A. I checked it versus system report. |
| 10:23:35 | 6 | Q. From what system? |
| 10:23:41 | 7 | A. Our finance ERP system. |
| 10:23:47 | 8 | Q. For how many products did you check the |
| 10:23:53 | 9 | quantity and revenue? |
| 10:23:58 | 10 | A. It's -- I don't know if I can say in terms |
| 10:24:27 | 11 | of how many. I only checked a total of one area. |
| 10:24:37 | 12 | Q. Which area? |
| 10:24:39 | 13 | A. The quantity and revenue or sales, that |
| 10:24:49 | 14 | portion. |
| 10:24:50 | 15 | Q. Did you check that for multiple products or |
| 10:24:57 | 16 | just for the total or for something in between? |
| 10:25:20 | 17 | MR. STEIGER: Compound. |
| 10:25:31 | 18 | A. I looked at it, I looked at it as regards to |
| 10:25:36 | 19 | just one model, one product. |
| 10:25:40 | 20 | Q. (By MR. OLSON) Which product? |
| 10:25:41 | 21 | A. Galaxy S II. |
| 10:25:45 | 22 | Q. Did you check any cells or lines for any |
| 10:25:55 | 23 | costs or expenses? |
| 10:26:13 | 24 | MR. STEIGER: Vague and ambiguous, compound. |
| 10:26:22 | 25 | A. So what are you asking me for? For what |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:26:27 | 1 | purpose?  For what? |
| 10:26:29 | 2 | Q.  (By MR. OLSON)  Let me break it down. |
| 10:26:42 | 3 | A.  So are you asking me to verify whether the |
| 10:26:44 | 4 | data is correct or not and whether it's correct in |
| 10:26:47 | 5 | terms of the system?  Was that what you are asking? |
| 10:26:53 | 6 | Q.  Let me see if I can make a better question. |
| 10:26:54 | 7 | Did the spreadsheet that you saw yesterday |
| 10:26:59 | 8 | have a line item for cost of goods sold? |
| 10:27:15 | 9 | MR. STEIGER:  Vague and ambiguous. |
| 10:27:28 | 10 | A.  So are you asking me whether that particular |
| 10:27:32 | 11 | item is in the spreadsheet or are you asking me whether |
| 10:27:36 | 12 | I checked it or are you asking me whether I saw it? |
| 10:27:39 | 13 | Q.  (By MR. OLSON)  Just for the moment, I'm |
| 10:27:40 | 14 | asking, was it in the spreadsheet that you saw |
| 10:27:42 | 15 | yesterday? |
| 10:27:50 | 16 | A.  Yes, it is. |
| 10:27:51 | 17 | Q.  Did you check any cells or lines for cost of |
| 10:27:59 | 18 | goods sold as to any products in the spreadsheet? |
| 10:28:22 | 19 | MR. STEIGER:  Vague and ambiguous, the word |
| 10:28:24 | 20 | "check." |
| 10:28:29 | 21 | A.  No. |
| 10:28:29 | 22 | Q.  (By MR. OLSON)  How do you know the |
| 10:28:30 | 23 | cost-of-goods-sold lines are correct if you did nothing |
| 10:28:34 | 24 | to check? |
| 10:28:50 | 25 | MR. STEIGER:  Assumes facts, misstates prior |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:28:52 | 1 | testimony. |
| 10:29:00 | 2 |     Q.  (By MR. OLSON)  Actually, let me withdraw. |
| 10:29:02 | 3 |        Are you sure that the cost-of-goods line, |
| 10:29:09 | 4 | cost-of-goods-sold line on the spreadsheet is correct? |
| 10:29:25 | 5 |     MR. STEIGER:  Vague and ambiguous.  While |
| 10:30:48 | 6 | the translator's reviewing his notes, at an appropriate |
| 10:30:50 | 7 | time, we've been going about an hour and a half, you |
| 10:30:52 | 8 | know, when you think it's a good time, sometime soon, |
| 10:30:54 | 9 | though, let's take a break. |
| 10:30:55 | 10 |     MR. OLSON:  Give me a few minutes. |
| 10:31:17 | 11 |     A.  So what was contained in the materials that |
| 10:31:23 | 12 | was submitted are the information that are contained in |
| 10:31:34 | 13 | the settlement of accounts in terms of cost that we |
| 10:31:40 | 14 | routinely or, as an ordinary course of business, we |
| 10:31:43 | 15 | carry out, and also, the data from the database were |
| 10:31:51 | 16 | used as is. |
| 10:31:53 | 17 |        And as for this data itself, this data had |
| 10:31:56 | 18 | been audited by an accountant, and which is also |
| 10:32:05 | 19 | publicly -- or this is announced publicly or to our |
| 10:32:10 | 20 | side and, therefore, which forms the basis of other |
| 10:32:19 | 21 | materials.  And so if you were to say that something is |
| 10:32:24 | 22 | wrong or amiss with that material, that would be |
| 10:32:29 | 23 | tantamount to saying that our work carried in regards |
| 10:32:36 | 24 | to that would be wrong or amiss. |
| 10:32:41 | 25 |        And it's not that I did any further work or |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

35

| | | |
|---|---|---|
| 10:32:45 | 1 | fabrication, if you will, or working on it, per se, on |
| 10:32:54 | 2 | that set of data, and so therefore, I do not think |
| 10:32:57 | 3 | there is any further verification necessary as to |
| 10:33:02 | 4 | verify whether each of those items or lines would be |
| 10:33:07 | 5 | correct here. |
| 10:33:13 | 6 | Q.   (By MR. OLSON)  Is SAP your ERP? |
| 10:33:18 | 7 | A.   Yes, that's correct. |
| 10:33:18 | 8 | Q.   Have all versions of the spreadsheet been |
| 10:33:23 | 9 | taken from SAP? |
| 10:33:36 | 10 | MR. STEIGER:  No foundation, calls for |
| 10:33:42 | 11 | speculation. |
| 10:33:42 | 12 | A.   Yes, that's correct. |
| 10:33:45 | 13 | Q.   (By MR. OLSON)  Do you know of any reason |
| 10:33:50 | 14 | why numbers for cost of goods sold for a spreadsheet |
| 10:33:54 | 15 | from February 3rd for a single product should differ |
| 10:33:59 | 16 | from the spreadsheet of yesterday? |
| 10:34:22 | 17 | MR. STEIGER:  Assumes facts, vague and |
| 10:34:37 | 18 | ambiguous. |
| 10:34:37 | 19 | A.   So you are saying that after looking at |
| 10:34:42 | 20 | yesterday's material? |
| 10:34:49 | 21 | Q.   (By MR. OLSON)  There was an earlier version |
| 10:34:50 | 22 | of the spreadsheet, correct, produced back in February, |
| 10:34:54 | 23 | early February? |
| 10:35:08 | 24 | A.   So I'm going to give you a reply to your |
| 10:35:11 | 25 | earlier question. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

36

| | | |
|---|---|---|
| 10:35:12 | 1 | Q.    Okay. |
| 10:35:19 | 2 | A.    So the originally submitted data had the |
| 10:38:21 | 3 | sales or revenue figures for the sales subsidies in the |
| 10:38:27 | 4 | U.S. which are STA and SEA.  And based -- and along |
| 10:38:37 | 5 | with that data, there was calculation done on the |
| 10:38:51 | 6 | profit and loss of the manufacturing company which |
| 10:38:57 | 7 | supplied these products to those sales corporations, |
| 10:39:05 | 8 | whereas the data that was submitted yesterday is a |
| 10:39:08 | 9 | little more refined in the sense that of the |
| 10:39:15 | 10 | manufacturing companies or corporations, there is the |
| 10:39:21 | 11 | Chinese -- China corporation among our manufacturing |
| 10:39:27 | 12 | corporations or companies, and which has nothing to do |
| 10:39:32 | 13 | with this Apple litigation, nothing to do with the |
| 10:39:36 | 14 | accused products, so I'm referring to the manufacturing |
| 10:39:44 | 15 | companies in the U.S. and in Korea. |
| 10:39:51 | 16 | So what was done here is that the profit and |
| 10:39:59 | 17 | loss calculations were subtracted.  That has occurred |
| 10:40:07 | 18 | in the Chinese corporation.  So as for the method |
| 10:40:16 | 19 | itself, some portion of the profit and loss that |
| 10:40:21 | 20 | occurred in China was added to the cost of goods sold, |
| 10:40:30 | 21 | as a result of which ultimately, the cost of goods sold |
| 10:40:35 | 22 | provided in yesterday's data would be a little -- |
| 10:40:41 | 23 | slightly higher or bigger as compared to the previous |
| 10:40:45 | 24 | data.  And if you have some more questions, I will be |
| 10:40:50 | 25 | glad to answer your questions. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

37

| | | |
|---|---|---|
| 10:40:54 | 1 | MR. STEIGER:  Before we do too many more, |
| 10:40:56 | 2 | let's take a break. |
| 10:40:57 | 3 | MR. OLSON:  Yeah, I'm going -- I've got a |
| 10:40:59 | 4 | couple, just a very small couple on this. |
| 10:41:03 | 5 | MR. STEIGER:  All right. |
| 10:41:03 | 6 | Q.   (By MR. OLSON)  Was yesterday's spreadsheet |
| 10:41:11 | 7 | the first time that those changes had been made? |
| 10:41:45 | 8 | MR. STEIGER:  Foundation, vague and |
| 10:41:52 | 9 | ambiguous. |
| 10:41:52 | 10 | A.   Yes. |
| 10:41:53 | 11 | Q.   (By MR. OLSON)  After you had reviewed the |
| 10:41:55 | 12 | spreadsheet yesterday, to whom did you give it? |
| 10:42:04 | 13 | MR. STEIGER:  Assumes facts. |
| 10:42:11 | 14 | A.   I did not submit it to anybody. |
| 10:42:13 | 15 | Q.   (By MR. OLSON)  Where did it go, to your |
| 10:42:19 | 16 | knowledge? |
| 10:42:19 | 17 | MR. STEIGER:  No foundation, calls for |
| 10:42:22 | 18 | speculation. |
| 10:42:22 | 19 | A.   I told my employee just to send it. |
| 10:42:34 | 20 | Q.   (By MR. OLSON)  To whom? |
| 10:42:35 | 21 | A.   To the attorney. |
| 10:42:38 | 22 | Q.   Mr. Lee? |
| 10:42:45 | 23 | A.   I did not even specify Mr. Lee.  I just said |
| 10:42:52 | 24 | send it.  Naturally, I would think it would have gone |
| 10:42:57 | 25 | to Mr. Lee. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

38

| | | |
|---|---|---|
| 10:42:58 | 1 | MR. OLSON:  Let's take a break. |
| 10:42:59 | 2 | VIDEOGRAPHER:  All right.  I'm going to |
| 10:43:02 | 3 | change tapes here, as well.  This marks the end of |
| 10:43:05 | 4 | Videotape Number 1 in the deposition of Jaehwang Sim. |
| 10:43:10 | 5 | Going off the record.  The time is 10:32. |
| 10:43:13 | 6 | (Recess taken.) |
| 11:05:53 | 7 | VIDEOGRAPHER:  All right.  Back on the |
| 11:06:06 | 8 | record.  This marks the beginning of Videotape Number 2 |
| 11:06:09 | 9 | in the deposition of Jaehwang Sim.  The time is 11:05. |
| 11:06:14 | 10 | MR. OLSON:  It appears that when we were |
| 11:06:15 | 11 | announcing appearances this morning, that either I |
| 11:06:18 | 12 | failed to or failed to create the opportunity for Terry |
| 11:06:22 | 13 | Musika to identify himself, and Terry is here, is from |
| 11:06:27 | 14 | Invotex Group, is a damages expert, and has already |
| 11:06:33 | 15 | been qualified under the order. |
| 11:06:36 | 16 | MR. STEIGER:  And, Mr. Olson, before you |
| 11:06:37 | 17 | resume your questioning, I would like the witness, Vice |
| 11:06:42 | 18 | President Sim, to restate his prior testimony to your |
| 11:06:45 | 19 | earlier questions of this morning, a couple of them, in |
| 11:06:49 | 20 | order to provide a better and clearer translation for |
| 11:06:52 | 21 | the record. |
| 11:06:54 | 22 | MR. OLSON:  Well, I guess I don't -- I don't |
| 11:06:57 | 23 | believe the -- that that's the appropriate process.  If |
| 11:07:02 | 24 | you have redirect at the end of the day, I'm more than |
| 11:07:05 | 25 | happy to take redirect, so -- and your counsel can do |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Time | # | |
|---|---|---|
| 11:07:07 | 1 | so.  So I'd like to continue. |
| 11:07:09 | 2 | MR. SHIN:  No, I'm going to ask the witness |
| 11:07:11 | 3 | to do that because there was a clear -- in my opinion, |
| 11:07:13 | 4 | a mistranslation.  And for the record, we can't |
| 11:07:16 | 5 | continue under that assumption. |
| 11:07:17 | 6 | MR. OLSON:  But you're not a translator |
| 11:07:19 | 7 | here.  You've been neither sworn in as a translator, |
| 11:07:23 | 8 | there's a translator, there's a check translator, and |
| 11:07:27 | 9 | it isn't for you to retranslate answers. |
| 11:07:29 | 10 | MR. SHIN:  I am not -- |
| 11:07:30 | 11 | MR. OLSON:  I'd like to continue with my |
| 11:07:32 | 12 | questions. |
| 11:07:32 | 13 | MR. STEIGER:  Let me -- let me try to get to |
| 11:07:36 | 14 | the bottom of this.  I had a discussion with our check |
| 11:07:38 | 15 | translator at the break.  And I believe that he does |
| 11:07:45 | 16 | feel there was -- there is the need for a better |
| 11:07:49 | 17 | translation of a couple of answers.  And I think based |
| 11:07:52 | 18 | on that input, I think we should, you know, let -- |
| 11:07:55 | 19 | we're not trying to change testimony.  Same answer. |
| 11:07:57 | 20 | It's just a translation issue.  I think we should do it |
| 11:08:00 | 21 | now, because, as you build on your questions, you know, |
| 11:08:03 | 22 | you're going from prior answers.  So why not just get |
| 11:08:05 | 23 | it clarified now.  I think it makes more sense to do it |
| 11:08:09 | 24 | that way. |
| 11:08:09 | 25 | MR. OLSON:  Well, I actually believe there |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

40

| | | |
|---|---|---|
| 11:08:11 | 1 | is an appropriate protocol for purposes of check |
| 11:08:13 | 2 | translation, and that is that as the translation is |
| 11:08:16 | 3 | given, the check translator should make any corrections |
| 11:08:19 | 4 | that are appropriate.  That's the process.  That's the |
| 11:08:22 | 5 | process as it's been used.  And that's the process I'd |
| 11:08:26 | 6 | like to proceed with.  I'd like to proceed with my |
| 11:08:29 | 7 | questions.  If it turns out that there was -- that he |
| 11:08:34 | 8 | has a change to his testimony, and that comes out in my |
| 11:08:37 | 9 | questions, so be it, but otherwise, I do not believe |
| 11:08:40 | 10 | that that's either the appropriate method, and I don't |
| 11:08:43 | 11 | believe that that is the way I'd like to proceed. |
| 11:08:46 | 12 | So let me go forward. |
| 11:08:49 | 13 | MR. STEIGER:  We're going to -- we're going |
| 11:08:51 | 14 | to consult off the record and then we'll tell you what |
| 11:08:56 | 15 | we're going to do. |
| 11:08:57 | 16 | MR. OLSON:  Well, who are you going to |
| 11:09:02 | 17 | consult with?  You can consult with him. |
| 11:09:04 | 18 | MR. STEIGER:  Counsel and I are going to go. |
| 11:09:06 | 19 | MR. OLSON:  Oh, I'm sorry.  Go ahead. |
| 11:09:07 | 20 | VIDEOGRAPHER:  Do you want to stay on the |
| 11:09:08 | 21 | record or go off the record? |
| 11:09:09 | 22 | MR. STEIGER:  You can go off the record. |
| | 23 | (Mr. Steiger and Mr. Shin exit the |
| 11:09:11 | 24 | deposition room.) |
| 11:09:11 | 25 | MR. OLSON:  Actually, I'm not sure |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:09:12 | 1 | whether -- I'd just as well resolve it.  I'd rather |
| 11:09:16 | 2 | stay on the record.  That's fine, we can go off the |
| 11:09:19 | 3 | record.  He wants to go off the record, let's go off |
| 11:09:21 | 4 | the record. |
| 11:09:21 | 5 | VIDEOGRAPHER:  Going off the record.  The |
| 11:09:22 | 6 | time is 11:08. |
| 11:09:25 | 7 | (Recess taken.) |
| 11:10:31 | 8 | VIDEOGRAPHER:  Back on the record.  The time |
| 11:10:38 | 9 | is 11:09. |
| 11:10:41 | 10 | MR. SHIN:  Mr. Olson, I am going to allow |
| 11:10:44 | 11 | you to resume questioning, but I do point out that |
| 11:10:47 | 12 | you've mischaracterized my request to you earlier that |
| 11:10:52 | 13 | I was asking the witness to restate his testimony, not |
| 11:10:54 | 14 | change his answers. |
| 11:10:57 | 15 | MR. OLSON:  I don't need the witness to |
| 11:10:59 | 16 | restate his testimony.  By the way, have you made an |
| 11:11:04 | 17 | appearance in this action? |
| 11:11:06 | 18 | MR. SHIN:  I don't know what you mean by |
| 11:11:07 | 19 | "appearance." |
| 11:11:07 | 20 | MR. OLSON:  All right.  Thank you. |
| 11:11:09 | 21 | LEAD INTERPRETER:  And all that colloquy |
| 11:11:10 | 22 | need not be translated? |
| 11:11:13 | 23 | MR. OLSON:  Okay. |
| 11:11:14 | 24 | MR. SHIN:  So if you want to re-ask that |
| 11:11:15 | 25 | question in a clearer form for me to get a better |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:11:17 | 1 | answer, you can. |
| 11:11:19 | 2 | MR. OLSON:  I don't need to. |
| 11:11:21 | 3 | MR. SHIN:  Okay.  Well, go on.  Stop wasting |
| 11:11:23 | 4 | time. |
| 11:11:23 | 5 | MR. STEIGER:  And I'd -- just so we're |
| 11:11:25 | 6 | clear, what I stated earlier is I think that an |
| 11:11:29 | 7 | answer -- or actually, two answers have had translation |
| 11:11:32 | 8 | errors, and so the record at this point isn't accurate, |
| 11:11:36 | 9 | so I'm just -- just making clear that if you go ahead, |
| 11:11:40 | 10 | you're doing it knowing that there may be incorrectly |
| 11:11:43 | 11 | translated answers earlier.  And that's -- that's your |
| 11:11:46 | 12 | choice, but I just want to make that clear, we're |
| 11:11:49 | 13 | making that offer to try to clarify that and correct |
| 11:11:52 | 14 | that now. |
| 11:11:52 | 15 | MR. OLSON:  The record is what it is.  And |
| 11:11:56 | 16 | if you wish to go back and get a clarification of what |
| 11:11:59 | 17 | was said on redirect, I'm more than happy to have you |
| 11:12:02 | 18 | do so. |
| 11:12:03 | 19 | THE WITNESS:  So what's being said back and |
| 11:12:11 | 20 | forth? |
| 11:12:12 | 21 | MR. OLSON:  It's a question about how to |
| 11:12:13 | 22 | proceed and whether I can proceed with questions. |
| 11:12:44 | 23 | THE WITNESS:  Well, if the check interpreter |
| 11:12:47 | 24 | has some questions as to whether it's -- what I'm |
| 11:12:52 | 25 | saying is properly being translated, then that can be |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

43

| | | |
|---|---|---|
| 11:12:59 | 1 | stated, and I could then state again the testimony. |
| 11:13:09 | 2 | MR. OLSON:  I'd actually just like to |
| 11:13:11 | 3 | proceed. |
| 11:13:12 | 4 | Q.   (By MR. OLSON)  Is there something that you |
| 11:13:13 | 5 | said earlier that you want to change?  Not a |
| 11:13:16 | 6 | translation issue, is there something that you said |
| 11:13:18 | 7 | earlier that you want to change? |
| 11:13:35 | 8 | MR. STEIGER:  Vague and ambiguous.  Do you |
| 11:13:36 | 9 | mean change the answer he gave in Korean or change the |
| 11:13:39 | 10 | resulting translated answer? |
| 11:13:52 | 11 | A.   So what I'm saying is that I don't want to |
| 11:14:05 | 12 | change my testimony in Korean, but I'd like my counsel |
| 11:14:11 | 13 | to check whether what I'm saying is being properly |
| 11:14:19 | 14 | conveyed. |
| 11:14:20 | 15 | MR. OLSON:  And the check interpreter is |
| 11:14:21 | 16 | here.  If you have a change during testimony as it's |
| 11:14:25 | 17 | given, I'd ask you to go ahead and identify that.  Now |
| 11:14:30 | 18 | I'd like to proceed with my questions. |
| 11:14:48 | 19 | A.   Yes, go ahead, please. |
| 11:14:56 | 20 | Q.   (By MR. OLSON)  Before the break you said |
| 11:14:57 | 21 | there was a change made to the spreadsheet yesterday |
| 11:15:01 | 22 | resulting in the cost of goods sold being slightly |
| 11:15:05 | 23 | higher or bigger.  What do you mean by slightly higher |
| 11:15:08 | 24 | or bigger? |
| 11:16:33 | 25 | A.   In the -- as I was saying earlier, in the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:16:37 | 1 | previous material, the profit and loss arising from the |
| 11:16:46 | 2 | Chinese corporation, Chinese company that was |
| 11:16:56 | 3 | supplying -- the corporation in China that was |
| 11:16:57 | 4 | supplying the products to the U.S. were calculated in, |
| 11:17:09 | 5 | and that needed to be taken out.  So basically, the |
| 11:17:15 | 6 | profit and loss needed to be added, or added, or put in |
| 11:17:23 | 7 | as an addition to the cost of goods sold, the ultimate |
| 11:17:30 | 8 | result of which has the effect of the profit and loss |
| 11:17:36 | 9 | for the company in China to become zero. |
| 11:17:41 | 10 | CHECK INTERPRETER:  Checker's rendition: |
| 11:17:43 | 11 | "We have Chinese subsidiaries which provide |
| 11:17:48 | 12 | products to the U.S. subsidiaries, and the version from |
| 11:17:59 | 13 | the data therein had contained the profit and loss |
| 11:18:02 | 14 | information from the Chinese subsidiaries, and it was |
| 11:18:03 | 15 | necessary to erase the profit and loss information from |
| 11:18:08 | 16 | the Chinese subsidiaries and, as such, when we utilized |
| 11:18:13 | 17 | the profit from the Chinese subsidiaries, the COGS had |
| 11:18:19 | 18 | to increase as a result." |
| 11:18:54 | 19 | A.   So therefore, if the Chinese corporation or |
| 11:18:58 | 20 | Chinese subsidiary incurred some loss, then the changed |
| 11:19:08 | 21 | COGS would have become smaller.  And if there had been |
| 11:19:18 | 22 | a profit for the Chinese subsidiary, then the changed |
| 11:19:25 | 23 | COGS would have become greater. |
| 11:19:29 | 24 | CHECK INTERPRETER:  Checker's rendition: |
| 11:19:31 | 25 | "In other words, if the Chinese subsidiary |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:19:33 | 1 | had incurred a loss, then, as a result, the COGS in the |
| 11:19:37 | 2 | new version would reflect that the COGS had been |
| 11:19:42 | 3 | lowered.  And also, if the Chinese subsidiaries had |
| 11:19:52 | 4 | realized profits, then the new version would have COGS |
| 11:19:55 | 5 | which would be higher than before." |
| 11:19:59 | 6 |         Q.   The Chinese subsidiary is a wholly owned |
| 11:20:02 | 7 | subsidiary of Samsung? |
| 11:20:12 | 8 |         A.   Yes.  It is correct that it is a subsidiary. |
| 11:20:32 | 9 | It is not a hundred percent owned or it's not wholly |
| 11:20:36 | 10 | owned, but it is a subsidiary. |
| 11:20:38 | 11 |         CHECK INTERPRETER:  I'm sorry.  Checker's |
| 11:20:39 | 12 | rendition: |
| 11:20:40 | 13 |         "That's correct.  They are our subsidiaries |
| 11:20:46 | 14 | except that one of the subsidiaries is not fully owned |
| 11:20:49 | 15 | by us." |
| 11:20:52 | 16 |         Q.   Who else owns part of one? |
| 11:21:11 | 17 |         A.   Well, there is a joint investment along with |
| 11:21:18 | 18 | some of the Chinese investors. |
| 11:21:21 | 19 |         Q.   How much do the Chinese investors own? |
| 11:21:35 | 20 |         A.    I do not recall the exact percentage, but |
| 11:21:40 | 21 | they are not -- they do not comprise a major portion. |
| 11:21:45 | 22 |         Q.    And in fact, the Chinese subsidiaries had a |
| 11:21:54 | 23 | profit, meaning the new results from Wednesday -- |
| 11:22:01 | 24 | excuse me, the new results from yesterday resulted in a |
| 11:22:05 | 25 | higher cost of goods sold, correct? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

46

| | | |
|---|---|---|
| 11:22:23 | 1 | MR. STEIGER:  Compound, vague and ambiguous. |
| 11:23:11 | 2 | A.   In the case of most of the Chinese |
| 11:23:15 | 3 | corporations or Chinese subsidiaries, because of there |
| 11:23:23 | 4 | having been APA treaties, so a certain portion of |
| 11:23:35 | 5 | profit is to be paid or given out, given.  So in most |
| 11:23:43 | 6 | of the changed version, it would have increased, it |
| 11:23:49 | 7 | would have the effect of increase, although the size of |
| 11:23:53 | 8 | which is not that big. |
| 11:23:55 | 9 | CHECK INTERPRETER:  Checker's rendition: |
| 11:23:56 | 10 | "Well, for most of the Chinese subsidiaries |
| 11:24:02 | 11 | that we have, we have APA agreements with them, and |
| 11:24:07 | 12 | basically, the agreement calls for a structure where |
| 11:24:11 | 13 | there is a certain amount of profit promised to the |
| 11:24:15 | 14 | subsidiary, so in -- in the most cases of the COGS, |
| 11:24:22 | 15 | there would be a profit, but that profit reflected |
| 11:24:26 | 16 | would not be all that much." |
| 11:24:30 | 17 | Q.   And when you say "not all that much," by how |
| 11:24:34 | 18 | much are you talking? |
| 11:24:48 | 19 | A.   Probably in the vicinity of 1 percent. |
| 11:24:52 | 20 | Q.   1 percent of what? |
| 11:25:08 | 21 | A.   Of the sales amount. |
| 11:25:13 | 22 | Q.   Do you know of any reason why the |
| 11:25:28 | 23 | cost-of-sales amount in the -- let me withdraw that. |
| 11:25:36 | 24 | Strike that. |
| 11:25:37 | 25 | Do you know of any reason why the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

47

| | | |
|---|---|---|
| 11:25:40 | 1 | cost-of-goods-sold amount in yesterday's spreadsheet |
| 11:25:46 | 2 | should rise for any particular products by more than 1 |
| 11:25:51 | 3 | to 2 percent? |
| 11:26:21 | 4 | MR. STEIGER:  Compound, vague and ambiguous. |
| 11:28:04 | 5 | A.   I am going to give you an answer within the |
| 11:28:21 | 6 | limits of my understanding.  I have to do another check |
| 11:28:26 | 7 | as to what percentage of profit should be derived |
| 11:28:36 | 8 | according to the current APA agreement.  And based on |
| 11:28:44 | 9 | the report that I was given by the person who prepared |
| 11:28:47 | 10 | it, I was told overall there was a change or a movement |
| 11:28:56 | 11 | of about 1 percent.  So depending on a particular |
| 11:29:02 | 12 | product, it could be plus 5 percent or it could be |
| 11:29:05 | 13 | minus 5 percent. |
| 11:29:08 | 14 | And as for what I heard of 1 percent, what |
| 11:29:11 | 15 | that meant is the overall average to be 1 percent.  And |
| 11:29:19 | 16 | so when we entered into the APA agreements, I think the |
| 11:29:26 | 17 | agreement was to obtain or derive a benefit -- |
| 11:29:31 | 18 | LEAD INTERPRETER:  Correction. |
| 11:29:32 | 19 | A.   -- a profit of 1 to 3 percent.  However, |
| 11:29:35 | 20 | this does not mean for each and every product there |
| 11:29:41 | 21 | needs to be 1 to 2 percent, but as long as the profit |
| 11:29:47 | 22 | rate for the entire subsidiary or the corporation |
| 11:29:52 | 23 | itself, as long as it's within that range, that would |
| 11:30:00 | 24 | suffice.  So therefore, there could be some variances |
| 11:30:05 | 25 | per models. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:30:06 | 1 | CHECK INTERPRETER:  And I'm sorry, let me go |
| 11:30:08 | 2 | ahead and put the checker's rendition on. |
| 11:30:10 | 3 | "I'll speak to what I know.  As far as the |
| 11:30:14 | 4 | percentage of the profit for the subsidiaries, I'm not |
| 11:30:21 | 5 | sure what it calls -- what is called for within the APA |
| 11:30:25 | 6 | agreement, so I would have to check on that to find |
| 11:30:29 | 7 | out, but as far as the bottom line for the document is |
| 11:30:34 | 8 | concerned, according to the preparer of the document, I |
| 11:30:39 | 9 | have heard 1 percent that would be the movement about, |
| 11:30:44 | 10 | approximately, as far as the bottom lines are |
| 11:30:46 | 11 | concerned, but that does not mean that the 1 percent is |
| 11:30:51 | 12 | applicable to all products separately and individually, |
| 11:30:57 | 13 | but per-product basis, 5 percent movement or even minus |
| 11:31:03 | 14 | 5 percent movement is also possible.  So 1 percent is |
| 11:31:07 | 15 | an average out of the whole totality of the numbers. |
| 11:31:16 | 16 | "And as far as I understand, within the APA |
| 11:31:18 | 17 | agreement, there is an agreement for a profit of 1 to 2 |
| 11:31:24 | 18 | percent, something like that, but I don't believe that |
| 11:31:27 | 19 | the percentage is applicable to each individual |
| 11:31:31 | 20 | product, but that would be a profit for the subsidiary |
| 11:31:36 | 21 | as a whole.  So as to your question, it's possible that |
| 11:31:41 | 22 | there could be a larger fluctuation on a per-product |
| 11:31:46 | 23 | basis." |
| 11:31:50 | 24 | Q.   Was Mr. Kim the person who told you that the |
| 11:31:52 | 25 | movement would be about 1 percent? |

| 11:32:03 | 1 | A.   Yes, that is correct. |
| 11:32:05 | 2 | Q.   Did you do anything to check that with |
| 11:32:07 | 3 | respect to yesterday's spreadsheet? |
| 11:32:23 | 4 | A.   There was nothing I checked separately |
| 11:32:44 | 5 | because this was done based on the preexisting data, so |
| 11:32:50 | 6 | I did not feel any particular need to check.  And I'm |
| 11:33:38 | 7 | going to reiterate that this data came up when we were |
| 11:33:50 | 8 | doing the cost, costing or cost or costing work in the |
| 11:33:58 | 9 | routine course of business.  And also, this was based |
| 11:34:05 | 10 | on an accounting standard which is GAAP, so data |
| 11:34:10 | 11 | prepared per GAAP standard as well as this having come |
| 11:34:17 | 12 | from an ERP system which is recognized around the |
| 11:34:24 | 13 | world, so there was no separate need to work on or |
| 11:34:32 | 14 | manipulate that set of data, and so I do not feel a |
| 11:34:37 | 15 | need to check. |
| 11:34:40 | 16 | CHECK INTERPRETER:  And I'm sorry again, let |
| 11:34:42 | 17 | me just go ahead and put the checker's rendition on. |
| 11:34:44 | 18 | "The data which formed the basis of the |
| 11:34:54 | 19 | information so provided are the data that we use in our |
| 11:34:59 | 20 | ordinary course of business in our routine work, and |
| 11:35:03 | 21 | these are costing" -- strike that -- "cost data that we |
| 11:35:11 | 22 | use and accounting practice that we follow is in |
| 11:35:14 | 23 | keeping with the GAAP, and also, the system that we use |
| 11:35:18 | 24 | is ERP which is world-renowned, so I didn't feel that |
| 11:35:24 | 25 | there would be a need to further process or somehow |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

50

| | | |
|---|---|---|
| 11:35:26 | 1 | tweak the numbers." |
| 11:35:30 | 2 | Q.   Is it your understanding that Samsung uses |
| 11:35:33 | 3 | GAAP? |
| 11:36:33 | 4 | A.   So GAAP is an internationally recognized |
| 11:36:43 | 5 | accounting principle, and we carry out all accounting |
| 11:36:49 | 6 | work based on that.  And so what I can tell you in |
| 11:36:57 | 7 | regards to that is that that has been -- that standard |
| 11:37:04 | 8 | has been kept up, and this has been checked on by the |
| 11:37:11 | 9 | outside CPA and audited, and this data comes from the |
| 11:37:20 | 10 | routine course of business, and subsequently, it's |
| 11:37:28 | 11 | audited by outside CPA, and so it's just nothing but |
| 11:37:40 | 12 | the currently existing data that was submitted. |
| 11:37:45 | 13 | Q.   Are you familiar with IFRS? |
| 11:38:03 | 14 | A.   As far as I know, IFRS is yet another |
| 11:38:07 | 15 | standard. |
| 11:38:09 | 16 | Q.   The APA agreements that you referred to are |
| 11:38:16 | 17 | between who and whom? |
| 11:38:44 | 18 | A.   Between whom and whom, I need to verify. |
| 11:38:49 | 19 | I'm not certain whether it's between China and Korea or |
| 11:38:55 | 20 | whether it's between China and U.S.  If need be, I |
| 11:39:04 | 21 | could find out and get back to you. |
| 11:39:09 | 22 | Q.   Are you aware of any other reason why cost |
| 11:39:18 | 23 | of goods sold would change for a product between the |
| 11:39:22 | 24 | prior versions of the spreadsheet and yesterday's |
| 11:39:24 | 25 | version? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:39:33 | 1 | MR. STEIGER:  Compound, vague and ambiguous. |
| 11:39:54 | 2 | You need to pause just a second so if I have an |
| 11:39:56 | 3 | objection, I can state it. |
| 11:39:58 | 4 | THE WITNESS:  (In English) Sorry. |
| 11:40:02 | 5 | A.  (Through the interpreter)  There is no other |
| 11:40:02 | 6 | reason. |
| 11:40:03 | 7 | Q.  (By MR. OLSON)  Are there any other changes |
| 11:40:09 | 8 | in the method used to create yesterday's spreadsheet as |
| 11:40:13 | 9 | compared to prior spreadsheets? |
| 11:40:34 | 10 | MR. STEIGER:  Vague and ambiguous. |
| 11:40:40 | 11 | A.  My understanding is that there is no -- |
| 11:40:42 | 12 | none. |
| 11:40:50 | 13 | Q.  (By MR. OLSON)  How many spreadsheets of |
| 11:40:52 | 14 | this type can you recall your group preparing for |
| 11:40:55 | 15 | purposes of this litigation? |
| 11:41:27 | 16 | A.  So are you asking me, aside from this |
| 11:41:29 | 17 | litigation, whether we have prepared spreadsheets like |
| 11:41:33 | 18 | this for other litigations? |
| 11:41:36 | 19 | Q.  No.  Outside of yesterday's version, how |
| 11:41:40 | 20 | many other versions of the spreadsheet do you recall |
| 11:41:47 | 21 | being involved in preparing? |
| 11:41:50 | 22 | MR. STEIGER:  For this case? |
| 11:41:52 | 23 | MR. OLSON:  For this case. |
| 11:42:38 | 24 | A.  As for that, you must have the number, the |
| 11:42:45 | 25 | number of times that you received versions, because you |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

52

| | | |
|---|---|---|
| 11:42:51 | 1 | would have received them as we did work, and so that |
| 11:43:02 | 2 | would be the number of -- number which would be the |
| 11:43:06 | 3 | number of versions. |
| 11:43:12 | 4 | Q.   (By MR. OLSON)  Sitting here today, do you |
| 11:43:13 | 5 | have any recollection of the number of versions? |
| 11:43:30 | 6 | A.   I do not have a precise recollection how |
| 11:43:34 | 7 | many that is. |
| 11:43:35 | 8 | Q.   Do you have any estimate? |
| 11:43:42 | 9 | MR. STEIGER:  Calls for speculation. |
| 11:43:44 | 10 | A.   Well, my understanding is that we carried |
| 11:44:20 | 11 | out this overall work twice, the two major occasions. |
| 11:44:33 | 12 | The very first data that is excluding yesterday's, and |
| 11:44:44 | 13 | then there was this yesterday's data.  But as far as |
| 11:44:49 | 14 | how many times you might have received, I do not know. |
| 11:44:55 | 15 | CHECK INTERPRETER:  I'm sorry.  Let me just |
| 11:44:56 | 16 | go ahead and put the checker's rendition on. |
| 11:44:58 | 17 | "The major works had been done twice, |
| 11:45:02 | 18 | including the one that we have done for yesterday's |
| 11:45:06 | 19 | version.  And as to how many times you may have |
| 11:45:09 | 20 | received them separately, that, I do not know." |
| 11:45:16 | 21 | Q.   When prior to yesterday's version was the |
| 11:45:18 | 22 | other major work? |
| 11:45:43 | 23 | A.   Although I do not know the exact date, I |
| 11:45:46 | 24 | think that was in February. |
| 11:45:50 | 25 | Q.   Beginning of February or the end of |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

53

| | | |
|---|---|---|
| 11:45:52 | 1 | February? |
| 11:45:57 | 2 | MR. STEIGER:  Objection, calls for |
| 11:45:59 | 3 | speculation in light of his prior answer. |
| 11:46:15 | 4 | A.   Although I do not recall exactly, I don't |
| 11:46:18 | 5 | think it was at the end of February. |
| 11:46:26 | 6 | Q.   (By MR. OLSON)  Who prepared the first |
| 11:46:27 | 7 | version? |
| 11:46:34 | 8 | A.   Again, that was me. |
| 11:46:37 | 9 | Q.   Did you prepare the actual spreadsheet? |
| 11:46:52 | 10 | A.   No, that's not it. |
| 11:46:54 | 11 | Q.   Did Mr. Kim prepare the first spreadsheet? |
| 11:47:03 | 12 | A.   Yes, I instructed him to do that. |
| 11:47:05 | 13 | Q.   Other than yourself and Mr. Kim, who else |
| 11:47:08 | 14 | was involved in preparing the first spreadsheet? |
| 11:47:28 | 15 | A.   I do not know to that extent and nor -- I |
| 11:47:36 | 16 | don't think there is a need for me to know to that |
| 11:47:42 | 17 | extent. |
| 11:47:42 | 18 | Q.   What did you do to review the first |
| 11:47:46 | 19 | spreadsheet? |
| 11:48:06 | 20 | A.   I looked at it to -- only to the level of |
| 11:48:19 | 21 | whether the data was comprised in the format that was |
| 11:48:25 | 22 | desired. |
| 11:48:26 | 23 | Q.   For how -- |
| 11:48:29 | 24 | A.   And also, I only checked whether the work |
| 11:48:39 | 25 | was carried out as was my -- as I had instructed. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

54

| | | |
|---|---|---|
| 11:48:48 | 1 | Q.    How did you receive it the first time? |
| 11:49:08 | 2 | A.    Likewise with my previous answer, I looked |
| 11:49:18 | 3 | at a printed paper. |
| 11:49:18 | 4 | Q.    For how long? |
| 11:49:24 | 5 | A.    I think it would be difficult to say how |
| 11:49:51 | 6 | long.  I don't think it would have been that long.  At |
| 11:49:54 | 7 | most, perhaps an hour. |
| 11:50:06 | 8 | Q.    How did you determine that it had been |
| 11:50:07 | 9 | prepared according to your instructions? |
| 11:50:50 | 10 | A.    As I had related to you earlier, I had the |
| 11:50:55 | 11 | person who I gave instruction to do the work to give me |
| 11:51:02 | 12 | a description or explanation, and I verified whether, |
| 11:51:12 | 13 | by listening to the description, whether that complied |
| 11:51:16 | 14 | with my instructions.  That's how I verified it. |
| 11:51:20 | 15 | Q.    And what instructions were you verifying? |
| 11:51:58 | 16 | A.    So the instruction was to move to the |
| 11:52:08 | 17 | applicable boxes or cells as is the base -- |
| 11:52:17 | 18 | LEAD INTERPRETER:  Correction. |
| 11:52:19 | 19 | A.    -- the data from the database in accordance |
| 11:52:24 | 20 | with the format that has just been provided to you. |
| 11:52:29 | 21 | Q.    When you say the format that had just been |
| 11:52:38 | 22 | provided to us, what do you mean? |
| 11:53:09 | 23 | A.    That format refers to the spreadsheet that |
| 11:53:14 | 24 | you guys at Apple have, so I told him what form that |
| 11:53:29 | 25 | this spreadsheet should be in.  I gave the outline and |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:53:39 | 1 | was verifying whether it was -- it comported with that |
| 11:53:43 | 2 | format. |
| 11:53:45 | 3 | Q.   Were there any other instructions that you |
| 11:53:47 | 4 | verified? |
| 11:53:57 | 5 | MR. STEIGER:  Vague and ambiguous. |
| 11:54:06 | 6 | A.   Well, as to that, well, I don't think there |
| 11:54:08 | 7 | were any other major instructions. |
| 11:54:12 | 8 | Q.   (By MR. OLSON)  Are there any other minor |
| 11:54:14 | 9 | instructions you recall verifying? |
| 11:54:42 | 10 | A.   Well, if you are talking about that, then |
| 11:54:45 | 11 | it'll be something in the line of printed out and bring |
| 11:54:50 | 12 | it to me, not show me -- not just show me on the screen |
| 11:54:55 | 13 | and not send me an e-mail, just have it printed and |
| 11:55:00 | 14 | bring it to me. |
| 11:55:02 | 15 | Q.   Anything else? |
| 11:55:10 | 16 | A.   Other than that, I do not have a |
| 11:55:13 | 17 | particular -- any particular recollection. |
| 11:55:14 | 18 | Q.   Did you approve that first spreadsheet to go |
| 11:55:20 | 19 | on to counsel? |
| 11:55:35 | 20 | A.   Yes. |
| 11:55:36 | 21 | Q.   Did you understand that from there, it was |
| 11:55:45 | 22 | going to be provided to Apple in this case for use in |
| 11:55:48 | 23 | this litigation? |
| 11:56:07 | 24 | MR. STEIGER:  I instruct you not to reveal |
| 11:56:08 | 25 | the contents of any communications you had with |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

56

| | | |
|---|---|---|
| 11:56:11 | 1 | in-house counsel or outside counsel.  I'm not sure how |
| 11:56:14 | 2 | you could answer that question without doing that, but |
| 11:56:17 | 3 | if you -- if there's an answer that doesn't involve |
| 11:56:19 | 4 | communications with counsel, you can give it. |
| 11:56:56 | 5 | A.   I don't think I can give an answer on this |
| 11:57:06 | 6 | because this portion would involve communication with |
| 11:57:09 | 7 | counsel. |
| 11:57:11 | 8 | Q.   (By MR. OLSON)  Is the first spreadsheet |
| 11:57:13 | 9 | that was prepared complete and accurate? |
| 11:57:28 | 10 | MR. STEIGER:  Vague and ambiguous, |
| 11:57:31 | 11 | conclusory. |
| 11:57:44 | 12 | A.   I don't exactly know what complete and |
| 11:57:53 | 13 | accurate would mean, but data as existed were provided. |
| 11:58:01 | 14 | Q.   (By MR. OLSON)  Well, was the data accurate? |
| 11:58:29 | 15 | A.   When you say the data is accurate, all I can |
| 11:58:40 | 16 | say on that is that it is the same as the data that we |
| 11:58:45 | 17 | originally had.  Yeah, that's it. |
| 11:58:51 | 18 | Q.   So why was there ever a need for another |
| 11:58:54 | 19 | spreadsheet? |
| 11:59:04 | 20 | MR. STEIGER:  I instruct you not to reveal |
| 11:59:05 | 21 | the content of any communications with inside or |
| 11:59:08 | 22 | outside legal counsel.  If you can answer that question |
| 11:59:11 | 23 | without revealing any such communications, you may do |
| 11:59:16 | 24 | so. |
| 11:59:35 | 25 | A.   What do you mean by "another spreadsheet"? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:59:37 | 1 | Q.   (By MR. OLSON)  Well, we received more |
| 11:59:42 | 2 | spreadsheets after that first one was delivered.  Why |
| 11:59:45 | 3 | was there a need for more spreadsheets if the first one |
| 11:59:50 | 4 | accurately reflected the data in the system? |
| 12:00:20 | 5 | MR. STEIGER:  And I give you the same |
| 12:00:21 | 6 | instruction, if and to the extent any communications |
| 12:00:23 | 7 | with legal counsel were involved. |
| 12:01:13 | 8 | A.   My understanding is that this, quote, |
| 12:01:18 | 9 | another spreadsheet relates to the same data.  As for |
| 12:01:28 | 10 | the items shown, the requests were put to us to show |
| 12:01:35 | 11 | more and more, and so the items became more detailed. |
| 12:01:44 | 12 | Q.   (By MR. OLSON)  Do you recall being involved |
| 12:01:46 | 13 | in the preparation of a less detailed spreadsheet |
| 12:01:49 | 14 | between the time of the first spreadsheet and |
| 12:01:51 | 15 | yesterday's spreadsheet? |
| 12:02:13 | 16 | MR. STEIGER:  Vague and ambiguous.  Do you |
| 12:02:14 | 17 | mean less detailed than the first spreadsheet? |
| 12:02:15 | 18 | MR. OLSON:  Correct. |
| 12:02:45 | 19 | A.   So the spreadsheet that's less detailed than |
| 12:02:50 | 20 | the first spreadsheet?  Well, are you asking -- are you |
| 12:02:57 | 21 | telling me that you had received in the interim there |
| 12:03:05 | 22 | such spreadsheet that was less detailed? |
| 12:03:08 | 23 | Q.   (By MR. OLSON)  Yes, on February 28th. |
| 12:03:11 | 24 | Do you recall being involved in the |
| 12:03:12 | 25 | preparation of a new version of the spreadsheet on or |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:03:17 | 1 | before February 28th? |
| 12:03:29 | 2 | MR. STEIGER:  Objection, vague and |
| 12:03:30 | 3 | ambiguous, assumes and misstates facts.  The |
| 12:03:34 | 4 | spreadsheet documents that have been produced speak for |
| 12:03:36 | 5 | themselves, including the level of detail as that word |
| 12:03:40 | 6 | has been used in these questions. |
| 12:05:07 | 7 | A.   I do know that I -- I do know about my |
| 12:05:12 | 8 | having received data in the middle or in the interim. |
| 12:05:18 | 9 | I do not understand it being any less detailed than the |
| 12:05:26 | 10 | first spreadsheet.  I do not understand that.  And I |
| 12:05:32 | 11 | was involved in the interim or the middle data, and |
| 12:05:38 | 12 | it's not any different from the first data, it was only |
| 12:05:48 | 13 | that as compared to the very first data whether some |
| 12:05:52 | 14 | items are being compressed or some -- as for some |
| 12:05:59 | 15 | portions being decompressed. |
| 12:06:03 | 16 | Q.   What was your involvement in the preparation |
| 12:06:06 | 17 | of the second version of the spreadsheet on or before |
| 12:06:12 | 18 | February 28th? |
| 12:06:30 | 19 | MR. STEIGER:  Assumes facts, vague and |
| 12:07:27 | 20 | ambiguous. |
| 12:07:27 | 21 | A.   I'm sorry, I do not recall exactly on what |
| 12:07:36 | 22 | dates the versions were provided or submitted.  If |
| 12:07:44 | 23 | there had -- if there had continued to be submissions |
| 12:07:48 | 24 | of different -- or changed versions, those would have |
| 12:07:52 | 25 | been per my instructions, and I would have approved |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:07:57 | 1 | before submission, but it's just that the approved data |
| 12:08:07 | 2 | would not have been separate -- a different format -- |
| 12:08:11 | 3 | or a different version, but rather . . . |
| | 4 | LEAD INTERPRETER:  (Interpreting the |
| | 5 | answer.) |
| 12:08:19 | 6 | A.   I forgot about what I was going to say |
| 12:08:20 | 7 | during the translation. |
| 12:08:36 | 8 | So the difference being, only being what was |
| 12:08:44 | 9 | originally created in detail, so it's a difference |
| 12:08:52 | 10 | between whether it is being submitted in that |
| 12:08:57 | 11 | compressed fashion or whether it is opened or |
| 12:09:04 | 12 | decompressed fashion. |
| 12:09:05 | 13 | CHECK INTERPRETER:  Checker's rendition: |
| 12:09:07 | 14 | "I'm sorry, I do not exactly recall on what |
| 12:09:11 | 15 | dates these different versions were prepared nor |
| 12:09:15 | 16 | submitted.  However, if there had been any interim |
| 12:09:20 | 17 | versions submitted or produced, they would have been |
| 12:09:25 | 18 | according to the instructions that I had given or |
| 12:09:29 | 19 | approvals that I had given.  But what I am really |
| 12:09:33 | 20 | trying to impress upon you is that the underlying data |
| 12:09:37 | 21 | remain the same.  It's a matter of whether the data had |
| 12:09:41 | 22 | been compressed or depressed -- or decompressed." |
| 12:10:18 | 23 | A.   As I was originally saying, that there were |
| 12:10:21 | 24 | two major works done in terms of the spreadsheet, and |
| 12:10:28 | 25 | so even though you may have received the versions |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

60

| | | |
|---|---|---|
| 12:10:34 | 1 | several times, they are based on the original -- the |
| 12:10:42 | 2 | first set of data . . . |
| | 3 | LEAD INTERPRETER: (Interpreting the |
| | 4 | answer.) |
| 12:10:54 | 5 | A. I forgot. |
| 12:10:54 | 6 | Q. Who prepared the version that compresses |
| 12:10:58 | 7 | certain data and decompresses it? |
| 12:11:27 | 8 | MR. STEIGER: Misstates testimony, assumes |
| 12:11:28 | 9 | facts. |
| 12:11:43 | 10 | A. So by that, are you asking me who actually |
| 12:11:46 | 11 | did such a work -- such work or the person who |
| 12:11:51 | 12 | instructed that to be done? |
| 12:11:52 | 13 | Q. (By MR. OLSON) Let's start with the person |
| 12:11:53 | 14 | who did the work. |
| 12:11:58 | 15 | MR. STEIGER: Same objections to the |
| 12:11:59 | 16 | underlying question. |
| 12:12:12 | 17 | A. Manager Beom Joon Kim. |
| 12:12:17 | 18 | Q. (By MR. OLSON) Who gave the instructions? |
| 12:12:23 | 19 | MR. STEIGER: Vague and ambiguous. |
| 12:12:25 | 20 | A. Of course that was me. |
| 12:12:26 | 21 | Q. (By MR. OLSON) Why did you do it? |
| 12:12:31 | 22 | MR. STEIGER: I instruct you not to reveal |
| 12:12:32 | 23 | the content of any communications with inside or |
| 12:12:34 | 24 | outside legal counsel. If you can answer without doing |
| 12:12:37 | 25 | so, please do. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:12:51 | 1 | A.   My opinion is that the data that were shown |
| 12:14:29 | 2 | to you, these financial data are data for internal |
| 12:14:38 | 3 | management purposes, and principally, it is not to be |
| 12:14:46 | 4 | disclosed to outside.  And whereas the data that was |
| 12:14:56 | 5 | requested by Apple were quite a bit more in detail as |
| 12:15:08 | 6 | compared to other litigations, and so I felt that those |
| 12:15:16 | 7 | portions should not be used for other purposes other |
| 12:15:24 | 8 | than the litigation itself.  And if that were to occur, |
| 12:15:30 | 9 | I felt that the damage to our company could be great. |
| 12:15:37 | 10 | And so I had initially thought that such -- all such |
| 12:15:46 | 11 | portions should not all be disclosed or submitted. |
| 12:15:52 | 12 | CHECK INTERPRETER:  Checker's rendition |
| 12:16:03 | 13 | would only differ as to a middle portion where the |
| 12:16:06 | 14 | witness had stated -- I'm sorry.  Let me just start |
| 12:16:09 | 15 | from the top, make it more -- cleaner. |
| 12:16:12 | 16 | "Well, the data that had been provided to you |
| 12:16:18 | 17 | are really the data that we use for internal control, |
| 12:16:22 | 18 | and it is our principle not to disclose such data to |
| 12:16:27 | 19 | the outside, but the data requirements or the request |
| 12:16:30 | 20 | from Apple had been great, and they were looking for |
| 12:16:35 | 21 | very detailed information, and this is a departure from |
| 12:16:40 | 22 | what we had experienced in other litigations.  And I |
| 12:16:44 | 23 | was concerned that should the detailed information have |
| 12:16:48 | 24 | gotten out and used for purposes other than for the |
| 12:16:52 | 25 | litigation, that the damage to the company could be |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:16:56 | 1 | quite immense.  And I was very concerned.  That is why |
| 12:17:03 | 2 | the level of detail had to be controlled, and that |
| 12:17:06 | 3 | initially, I had thought such a great level of detail |
| 12:17:08 | 4 | should not be provided." |
| 12:17:13 | 5 | Q.   Did you review the second spreadsheet before |
| 12:17:15 | 6 | it was provided to counsel? |
| 12:17:46 | 7 | A.   It's not that it was checked on the occasion |
| 12:17:52 | 8 | of the second spreadsheet, but rather, on the occasion |
| 12:17:56 | 9 | of the first spreadsheet, we all checked. |
| 12:18:02 | 10 | Q.   Did you do anything to review or check the |
| 12:18:05 | 11 | second spreadsheet? |
| 12:18:16 | 12 | MR. STEIGER:  Compound, vague and ambiguous. |
| 12:18:26 | 13 | A.   My recollection is that that did not take |
| 12:18:28 | 14 | place. |
| 12:18:28 | 15 | Q.   (By MR. OLSON)  Did anyone else review the |
| 12:18:35 | 16 | second spreadsheet before it went to counsel? |
| 12:18:46 | 17 | MR. STEIGER:  No foundation, calls for |
| 12:19:00 | 18 | speculation. |
| 12:19:00 | 19 | A.   The preparer has seen it. |
| 12:19:03 | 20 | Q.   (By MR. OLSON)  Anyone else? |
| 12:19:03 | 21 | MR. STEIGER:  Same objections. |
| 12:19:08 | 22 | A.   Well, in my recollection, I don't think so. |
| 12:19:19 | 23 | MR. OLSON:  Let's take a break.  My coffee's |
| 12:19:22 | 24 | catching up. |
| 12:19:22 | 25 | VIDEOGRAPHER:  Going off the record.  The |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:19:23 | 1 | time is 12:18. |
| 12:19:27 | 2 | (Luncheon recess taken.) |
| 01:40:16 | 3 | VIDEOGRAPHER:  Back on the record.  The time |
| 01:40:36 | 4 | is 1:39. |
| 01:40:39 | 5 | MR. OLSON:  And I'll note for the benefit of |
| 01:40:41 | 6 | the record that I had requested that we try to keep the |
| 01:40:43 | 7 | break to an hour or less, but we've still got a long |
| 01:40:48 | 8 | day ahead of us, and I'd just ask that we try to make |
| 01:40:51 | 9 | as much progress as we can. |
| 01:40:53 | 10 | Q.   (By MR. OLSON)  Mr. Sim, beyond what we |
| 01:40:57 | 11 | talked about this morning, did Samsung take any other |
| 01:41:01 | 12 | steps to check the spreadsheets before they were |
| 01:41:07 | 13 | delivered to Apple in this case? |
| 01:41:11 | 14 | MR. STEIGER:  Wait -- I'm sorry. |
| 01:41:14 | 15 | LEAD INTERPRETER:  (Interpreting answer.) |
| 01:41:33 | 16 | MR. STEIGER:  Vague and ambiguous, no |
| 01:41:35 | 17 | foundation, calls for speculation as to Samsung. |
| 01:42:07 | 18 | A.   After I checked on it, as far as I know, |
| 01:42:14 | 19 | there is no other person who checked on it in the |
| 01:42:18 | 20 | process of it being delivered. |
| 01:42:23 | 21 | Q.   (By MR. OLSON)  How long did it take for |
| 01:42:28 | 22 | Mr. Kim to prepare the first version of the |
| 01:42:35 | 23 | spreadsheet? |
| 01:42:47 | 24 | MR. STEIGER:  No foundation, calls for |
| 01:42:50 | 25 | speculation, vague and ambiguous. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

64

| | | |
|---|---|---|
| 01:43:37 | 1 | A.   There's no way for me to know how long it |
| 01:43:39 | 2 | would have taken that fellow because, other than this |
| 01:43:43 | 3 | work, he has his own work to do.  I gave him three days |
| 01:43:54 | 4 | to do the work, and considering that this material is |
| 01:44:01 | 5 | not that small in volume, just changing or moving to a |
| 01:44:09 | 6 | new format, that alone would have taken a day or |
| 01:44:17 | 7 | longer, I would think. |
| 01:44:19 | 8 | Q.   (By MR. OLSON)  What role did anyone at STA |
| 01:44:29 | 9 | or SEA play in the preparation of any of the |
| 01:44:33 | 10 | spreadsheets? |
| 01:44:55 | 11 | MR. STEIGER:  Compound, vague and ambiguous. |
| 01:45:49 | 12 | A.   At a working level, it's possible that the |
| 01:46:14 | 13 | data might have been checked whether it's accurate or |
| 01:46:19 | 14 | not, and other than that, as relates to some other |
| 01:46:25 | 15 | aspects, well, I would not be able to give you a |
| 01:46:30 | 16 | definite answer, because that portion would be known to |
| 01:46:36 | 17 | the working-level people. |
| 01:46:41 | 18 | And there are some portions related to STA |
| 01:46:43 | 19 | and SEA, and originally, the people who would prepare |
| 01:46:49 | 20 | those information would be those people at STA and SEA, |
| 01:46:57 | 21 | and as to whether -- as to checking whether those were |
| 01:47:01 | 22 | properly generated or not, that probably would be at |
| 01:47:09 | 23 | the level of the -- working level. |
| 01:47:17 | 24 | Q.   (By MR. OLSON)  Did anyone at STA or SEA |
| 01:47:21 | 25 | actually play any role in preparing or checking the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:47:28 | 1 | spreadsheets before you received them? |
| 01:47:48 | 2 | MR. STEIGER:  Compound, vague and ambiguous. |
| 01:48:43 | 3 | A.    There is no way for me to know who would |
| 01:48:45 | 4 | have checked or who would have been involved in the |
| 01:48:50 | 5 | preparation because that would be a role carried out at |
| 01:48:54 | 6 | the working-level person.  And if they had been |
| 01:49:00 | 7 | involved, they would have been involved in the |
| 01:49:04 | 8 | checking.  They would not have been involved -- there |
| 01:49:11 | 9 | would not have been any need for them to be involved in |
| 01:49:14 | 10 | the preparation because such data are at the |
| 01:49:19 | 11 | headquarters, as well, so hence, we'll be able to look |
| 01:49:24 | 12 | at those ourselves without the assistance of STA. |
| 01:49:30 | 13 | Q.   (By MR. OLSON)  Did anyone outside of |
| 01:49:41 | 14 | Samsung do anything to audit the specific spreadsheets |
| 01:49:49 | 15 | that were created by Mr. Kim? |
| 01:50:07 | 16 | MR. STEIGER:  You're not to disclose the |
| 01:50:10 | 17 | contents of any communications with counsel.  If you |
| 01:50:14 | 18 | can answer that question without doing so, please go |
| 01:50:15 | 19 | ahead. |
| 01:50:31 | 20 | A.    What do you mean when you say "audit" here? |
| 01:50:36 | 21 | Q.   (By MR. OLSON)  Are you familiar with the |
| 01:50:37 | 22 | term "audit" of financial information? |
| 01:50:52 | 23 | A.    Yes, I am. |
| 01:50:54 | 24 | Q.    So did anyone outside of Samsung do anything |
| 01:51:01 | 25 | to audit the particular spreadsheets that Mr. Kim |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:51:06 | 1 | prepared? |
| 01:52:12 | 2 | A.   I believe there is no need to audit this |
| 01:52:22 | 3 | information for this purpose, so I believe such |
| 01:52:30 | 4 | instance did not occur.  And as I was telling you |
| 01:52:34 | 5 | earlier, the information was created as a part of |
| 01:52:47 | 6 | routine accounting work in terms of its generation, and |
| 01:52:51 | 7 | also, they are supposed to get audit from the outside |
| 01:52:57 | 8 | CPA, and this had been going on originally in any case. |
| 01:53:04 | 9 | CHECK INTERPRETER:  Checker's rendition: |
| 01:53:06 | 10 | "As far as the spreadsheet was concerned, |
| 01:53:13 | 11 | there was no need for an audit, as you have, of course, |
| 01:53:19 | 12 | there was no audit carried out.  And as I've related to |
| 01:53:26 | 13 | you earlier, the data are routinely kept as a part of |
| 01:53:33 | 14 | our accounting practice, and the data that you see are |
| 01:53:39 | 15 | the data which are periodically audited, and this is in |
| 01:53:45 | 16 | accordance with our laws.  So the integrity of the data |
| 01:53:49 | 17 | is there." |
| 01:53:52 | 18 | Q.   So apart from an audit of the underlying |
| 01:53:55 | 19 | data, was there any audit by any external party of the |
| 01:54:01 | 20 | spreadsheets that were created by Mr. Kim? |
| 01:54:20 | 21 | MR. STEIGER:  Objection, asked and answered, |
| 01:54:23 | 22 | and misstates his prior testimony. |
| 01:54:36 | 23 | A.   Right.  As I told you previously, my |
| 01:54:40 | 24 | understanding is that there was no such done. |
| 01:54:43 | 25 | Q.   (By MR. OLSON)  Given the concerns that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:54:53 | 1 | caused you to compress the amount of data in the second |
| 01:54:59 | 2 | spreadsheet, why did you expand the amount of detail in |
| 01:55:04 | 3 | the third spreadsheet provided yesterday? |
| 01:55:37 | 4 | MR. STEIGER:  Assumes and misstates facts. |
| 01:55:41 | 5 | Further, you are not to reveal the contents of any |
| 01:55:43 | 6 | communications with inside or outside legal counsel in |
| 01:55:45 | 7 | answering that question.  If you can answer without |
| 01:55:50 | 8 | doing so, you're free to. |
| 01:56:20 | 9 | A.   My understanding is that I'm not able to |
| 01:56:22 | 10 | answer this because this relates to communication with |
| 01:56:28 | 11 | counsel as to this. |
| 01:56:29 | 12 | Q.   (By MR. OLSON)  Why weren't any products |
| 01:56:34 | 13 | added or subtracted from any of the spreadsheets in |
| 01:56:40 | 14 | this process from February to the present? |
| 01:57:04 | 15 | MR. STEIGER:  Compound, assumes and |
| 01:57:07 | 16 | misstates facts.  You are not to reveal the contents of |
| 01:57:10 | 17 | any communications with inside or outside legal |
| 01:57:12 | 18 | counsel.  If you can answer without doing so, then you |
| 01:58:04 | 19 | may answer. |
| 01:58:04 | 20 | A.   As for the Chinese subsidiary corporation, |
| 01:58:12 | 21 | in relation to the changed portions, I've already told |
| 01:58:14 | 22 | you about that.  Other than that, it was discovered |
| 01:58:16 | 23 | that some accessory portions were left out or were |
| 01:58:20 | 24 | missing, so my understanding is that that accessory |
| 01:58:27 | 25 | sales portion has been added. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

68

| | | |
|---|---|---|
| 01:58:31 | 1 | Q.   (By MR. OLSON)  Why were any phones added to |
| 01:58:34 | 2 | the spreadsheets between beginning of February and the |
| 01:58:38 | 3 | present? |
| 01:58:55 | 4 | MR. STEIGER:  Vague and ambiguous, assumes |
| 01:58:56 | 5 | facts.  You're not to reveal the contents of any |
| 01:58:59 | 6 | communications with inside or outside legal counsel. |
| 01:59:03 | 7 | If you can answer without doing so, then you may |
| 01:59:04 | 8 | answer. |
| 01:59:26 | 9 | A.   So were you just saying that any phones were |
| 01:59:33 | 10 | added?  I never told you that. |
| 01:59:38 | 11 | Q.   (By MR. OLSON)  Well, I'm telling you, there |
| 01:59:39 | 12 | were phones added between the beginning of February and |
| 01:59:42 | 13 | yesterday.  Why did that occur? |
| 01:59:59 | 14 | MR. STEIGER:  Assumes facts, vague and |
| 02:00:04 | 15 | ambiguous, and you're not to reveal the contents of any |
| 02:00:06 | 16 | communications with legal counsel.  If you can answer |
| 02:00:09 | 17 | without doing so, then you may answer. |
| 02:00:45 | 18 | A.   I just told you that accessory portions were |
| 02:00:51 | 19 | added, and whereas you told me that you have |
| 02:00:55 | 20 | information that some phones were added in addition, |
| 02:01:01 | 21 | additionally put there, and so if you could show me |
| 02:01:12 | 22 | that, I would appreciate that, because I do not exactly |
| 02:01:15 | 23 | recall that. |
| 02:01:19 | 24 | I will add to that.  Well, I think I related |
| 02:01:59 | 25 | to you as to this earlier, but most of the work is |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 02:02:07 | 1 | carried out by verbal instruction, and they are |
| 02:02:12 | 2 | verbally approved, and I don't know if I can recall as |
| 02:02:18 | 3 | to all of the additional portions, but it's possible |
| 02:02:24 | 4 | that in the original request, there might have been |
| 02:02:29 | 5 | some portion that was left out or missing, which is |
| 02:02:38 | 6 | another reason why I would like to see the data. |
| 02:02:43 | 7 | Q.   (By MR. OLSON)  Do you recall ever giving |
| 02:02:44 | 8 | Mr. Kim instructions to add more phones to the |
| 02:02:47 | 9 | spreadsheets? |
| 02:03:08 | 10 | A.   I do not have a recollection of having come |
| 02:03:12 | 11 | up with such instruction. |
| 02:03:16 | 12 | Q.   Did anyone else give Mr. Kim that |
| 02:03:18 | 13 | instruction? |
| 02:03:25 | 14 | MR. STEIGER:  No foundation, calls for |
| 02:04:00 | 15 | speculation. |
| 02:04:00 | 16 | A.   If there had been such instruction, that |
| 02:04:18 | 17 | would have been pursuant to communication with counsel, |
| 02:04:26 | 18 | and I would think that there would be no other person |
| 02:04:30 | 19 | who would be involved.  And if that also would have |
| 02:04:34 | 20 | been the case, that would have been reported to me. |
| 02:04:38 | 21 | And so it seems to me, there isn't that much |
| 02:04:46 | 22 | possibility of somebody else being involved. |
| 02:04:50 | 23 | Q.   Mr. Sim, what did you do to prepare to |
| 02:04:55 | 24 | testify on Samsung's behalf today? |
| 02:05:06 | 25 | MR. STEIGER:  You're not to reveal the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

70

| | | |
|---|---|---|
| 02:05:08 | 1 | contents of any communications with any inside or |
| 02:05:09 | 2 | outside legal counsel.  Subject to that instruction, |
| 02:05:13 | 3 | you can answer. |
| 02:05:45 | 4 | A.   I did some homework in regards to the |
| 02:05:50 | 5 | procedures of today's deposition, and I briefly looked |
| 02:06:00 | 6 | at the data that we submitted. |
| 02:06:03 | 7 | Q.   (By MR. OLSON)  What homework did you do? |
| 02:06:12 | 8 | LEAD INTERPRETER:  Correction. |
| 02:06:15 | 9 | Interpreter's wrong interpretation. |
| 02:06:16 | 10 | "I tried to familiarize myself with the |
| 02:06:23 | 11 | procedures of today's deposition." |
| 02:06:27 | 12 | Q.   (By MR. OLSON)  What did you do to |
| 02:06:30 | 13 | familiarize yourself with the procedures for a |
| 02:06:31 | 14 | deposition? |
| 02:06:44 | 15 | MR. STEIGER:  You may not reveal the |
| 02:06:45 | 16 | contents of any communications you had orally or in |
| 02:06:49 | 17 | writing with inside or outside legal counsel.  If you |
| 02:06:51 | 18 | can answer without doing so, then you can answer. |
| 02:07:23 | 19 | A.   The person or people who told me about such |
| 02:07:25 | 20 | procedure would only be counsel, and so I don't think I |
| 02:07:33 | 21 | can tell you as to what I have discussed with counsel. |
| 02:07:38 | 22 | Q.   (By MR. OLSON)  For how long did you briefly |
| 02:07:40 | 23 | look at the data? |
| 02:07:43 | 24 | A.   I think it's within an hour. |
| 02:07:59 | 25 | Q.   And what data did you look at? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:08:23 | 1 | A.   Mainly, yesterday's finally submitted data, |
| 02:08:29 | 2 | because that's the portion that was changed, the last |
| 02:08:35 | 3 | final version. |
| 02:08:35 | 4 | Q.   Did you look at any of the prior |
| 02:08:38 | 5 | spreadsheets? |
| 02:09:05 | 6 | A.   I did not look at any previous data, because |
| 02:09:09 | 7 | the last version is the final version. |
| 02:09:11 | 8 | Q.   Did you look at any other documents, data or |
| 02:09:16 | 9 | information? |
| 02:09:26 | 10 | MR. STEIGER:  You are not to reveal the |
| 02:09:27 | 11 | contents of any oral or written communications with |
| 02:09:29 | 12 | legal counsel or any documents you might have been |
| 02:09:33 | 13 | shown by legal counsel, if any.  But if you can answer |
| 02:09:36 | 14 | without doing so, then you may answer. |
| 02:10:07 | 15 | A.   Right.  There is no other related thing that |
| 02:10:14 | 16 | I might have seen save for what I looked at along with |
| 02:10:20 | 17 | counsel. |
| 02:10:21 | 18 | Q.   (By MR. OLSON)  Without revealing -- |
| 02:10:23 | 19 | MR. OLSON:  I'm assuming that if I ask him |
| 02:10:25 | 20 | which documents he reviewed with counsel, you would |
| 02:10:26 | 21 | instruct; is that correct? |
| 02:10:27 | 22 | MR. STEIGER:  I would instruct on that, yes. |
| 02:10:29 | 23 | Q.   (By MR. OLSON)  All right.  Without |
| 02:10:30 | 24 | revealing which documents, how many documents, other |
| 02:10:35 | 25 | than the most recent spreadsheet, did you look at with |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

72

| | | |
|---|---|---|
| 02:10:39 | 1 | counsel? |
| 02:11:11 | 2 | MR. STEIGER:  You can answer that question, |
| 02:11:12 | 3 | although I object that it's vague and ambiguous without |
| 02:11:15 | 4 | more specificity as to "documents." |
| 02:11:35 | 5 | A.  Other than that, there is no -- any other |
| 02:11:45 | 6 | special document other than the documents that we |
| 02:11:51 | 7 | submitted legally. |
| 02:11:57 | 8 | Q.  (By MR. OLSON)  What do you mean when you |
| 02:12:05 | 9 | say the documents that were submitted legally? |
| 02:12:12 | 10 | MR. SHIN:  There's a clear inaccuracy with |
| 02:12:14 | 11 | the translation, and so the witness testified that he |
| 02:12:20 | 12 | submitted documents under the legal process.  These are |
| 02:12:23 | 13 | the type of inaccuracies that I warned you about.  And, |
| 02:12:26 | 14 | you know, your choosing to go about this path is just |
| 02:12:28 | 15 | very inappropriate. |
| 02:12:51 | 16 | Q.  (By MR. OLSON)  Did you mean by your answer |
| 02:12:52 | 17 | that all the other documents were court documents? |
| 02:13:11 | 18 | MR. STEIGER:  Assumes facts, misstates |
| 02:13:12 | 19 | testimony, and I instruct you not to answer as to the |
| 02:13:17 | 20 | identification, description or content of any document |
| 02:13:21 | 21 | you might have reviewed with legal counsel, if any. |
| 02:14:03 | 22 | A.  Well, it's not the legal, per se, but |
| 02:14:06 | 23 | rather, the documents that I submitted.  And other than |
| 02:14:10 | 24 | the documents that I submitted, other than that, there |
| 02:14:14 | 25 | isn't anything else that I can think of. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:14:18 | 1 | Q.   (By MR. OLSON)  And when you say the |
| 02:14:21 | 2 | documents you submitted, are you talking about the |
| 02:14:22 | 3 | spreadsheets Mr. Kim prepared? |
| 02:14:36 | 4 | A.   Yes, that's what I'm talking about. |
| 02:14:39 | 5 | MR. SHIN:  I have to note for the record |
| 02:14:40 | 6 | that the witness stated that he didn't think -- |
| 02:14:43 | 7 | MR. OLSON:  Sir -- |
| 02:14:43 | 8 | MR. SHIN:  You have to let me finish. |
| 02:14:45 | 9 | MR. OLSON:  Now, sir, you are not here as |
| 02:14:46 | 10 | the check translator.  You have a check translator that |
| 02:14:49 | 11 | has been sworn in, and it is not appropriate for you to |
| 02:14:52 | 12 | change the translation. |
| 02:14:54 | 13 | MR. SHIN:  I'm not changing the translation. |
| 02:14:56 | 14 | MR. STEIGER:  He is trying to make a |
| 02:14:57 | 15 | statement on the record. |
| 02:14:57 | 16 | MR. SHIN:  I'm noting for the record, you |
| 02:14:59 | 17 | have a videotape here, I don't know what you're afraid |
| 02:15:01 | 18 | of. |
| 02:15:01 | 19 | MR. OLSON:  I'm not -- |
| 02:15:03 | 20 | MR. SHIN:  If I am saying something that is |
| 02:15:04 | 21 | other than what the witness said, you can challenge |
| 02:15:06 | 22 | that, so you must let me finish and don't interrupt me |
| 02:15:08 | 23 | again. |
| 02:15:08 | 24 | I must state for the record that Vice |
| 02:15:11 | 25 | President Sim just stated in his prior testimony that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

74

| | | |
|---|---|---|
| 02:15:14 | 1 | he didn't think that what he submitted as part of this |
| 02:15:18 | 2 | legal process was just limited to spreadsheets.  This |
| 02:15:21 | 3 | type of accurate pointing out of the record by me |
| 02:15:23 | 4 | should help you in your examination, so please proceed. |
| 02:15:26 | 5 | MR. OLSON:  Sir, you are neither sworn in as |
| 02:15:30 | 6 | a translator nor are you employed here as a translator. |
| 02:15:33 | 7 | If there is a translation problem, there is a |
| 02:15:35 | 8 | translator and there is a check translator.  They are |
| 02:15:39 | 9 | the ones to do the translation.  And so I object to |
| 02:15:43 | 10 | your making a new translation on the record, and I will |
| 02:15:46 | 11 | ask you again not to do it. |
| 02:15:48 | 12 | MR. SHIN:  So I'm going to point out for the |
| 02:15:50 | 13 | record that translations are conducted by humans.  It |
| 02:15:55 | 14 | is prone to error at times, and so I am pointing out |
| 02:15:59 | 15 | for the record, if you have -- if you think that |
| 02:16:02 | 16 | there's a discrepancy between what I'm pointing out for |
| 02:16:04 | 17 | the record in this truth-finding process as we are all |
| 02:16:09 | 18 | being videotaped, then you may make that at a later |
| 02:16:12 | 19 | point in time. |
| 02:16:16 | 20 | MR. OLSON:  Jon, I'm going to ask you that |
| 02:16:19 | 21 | we follow the proper procedure which are these two |
| 02:16:21 | 22 | gentlemen who are here do the translation and the |
| 02:16:24 | 23 | check, and no one else does. |
| 02:16:26 | 24 | MR. STEIGER:  We are following proper |
| 02:16:27 | 25 | procedure.  They are doing the official translation, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:16:31 | 1 | but it is absolutely appropriate for any attorney in |
| 02:16:35 | 2 | attendance to point out something that's incorrect in |
| 02:16:37 | 3 | the record.  I would think, as Mr. Shin indicated, we |
| 02:16:40 | 4 | would all want that so that when we leave here today, |
| 02:16:43 | 5 | we all have the most accurate record possible.  And |
| 02:16:46 | 6 | these are the types of things that can't be cured |
| 02:16:48 | 7 | later.  So it's very much the type of thing that ought |
| 02:16:50 | 8 | to be raised right at the proceeding while there's, you |
| 02:16:54 | 9 | know, opportunity to deal with it.  And I think that's |
| 02:16:56 | 10 | exactly what should be done.  So it is appropriate. |
| 02:16:59 | 11 | And we haven't had any disruptions today.  And I think |
| 02:17:02 | 12 | we should just proceed.  And I think the comments that |
| 02:17:05 | 13 | he made are well taken.  Although I'm not bilingual, so |
| 02:17:09 | 14 | I can't comment on the substance of the translation. |
| 02:17:12 | 15 | MR. OLSON:  I think you actually aren't able |
| 02:17:13 | 16 | to say anything about whether it's right or wrong, |
| 02:17:15 | 17 | neither am I, which is why we have sworn translators. |
| 02:17:18 | 18 | All right.  Let me proceed. |
| 02:17:19 | 19 | Q.   (By MR. OLSON)  Did you review any other |
| 02:17:22 | 20 | Samsung financial information in preparation for this |
| 02:17:26 | 21 | deposition other than the spreadsheets Mr. Kim |
| 02:17:29 | 22 | prepared? |
| 02:18:01 | 23 | A.   My understanding is that I have not reviewed |
| 02:18:03 | 24 | for this purpose as to any other financial information. |
| 02:18:09 | 25 | (Interpreters conferring.) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:18:20 | 1 | THE WITNESS:  (Speaking Korean.) |
| 02:18:23 | 2 | LEAD INTERPRETER:  "Please interpret it if |
| 02:18:24 | 3 | it's something that's amiss." |
| 02:18:31 | 4 | CHECK INTERPRETER:  Just acoustics.  I |
| 02:18:32 | 5 | thought I heard otherwise, so the checker will put |
| 02:18:34 | 6 | in -- put his rendition on. |
| 02:18:36 | 7 | "I can say that I have not reviewed any other |
| 02:18:40 | 8 | financial information for this purpose." |
| 02:18:47 | 9 | Q.   (By MR. OLSON)  When did you meet with |
| 02:18:48 | 10 | counsel to prepare for the deposition? |
| 02:19:02 | 11 | THE WITNESS:  Would it be all right if I |
| 02:19:04 | 12 | talk about that? |
| 02:19:05 | 13 | MR. STEIGER:  Well, not to talk about it. |
| 02:19:08 | 14 | You may answer the question asked which was simply, |
| 02:19:10 | 15 | when did you meet with counsel for purposes of |
| 02:19:13 | 16 | preparing for the deposition, if you did meet with |
| 02:19:16 | 17 | counsel for purposes of preparing for the deposition? |
| 02:19:37 | 18 | But you're to answer only the question asked, and not |
| 02:19:40 | 19 | to discuss the contents of any such meeting. |
| 02:20:05 | 20 | A.   I'm sorry, I didn't know the exact |
| 02:20:10 | 21 | procedure.  I think I met between 9:00 and 10:00. |
| 02:20:15 | 22 | Q.   (By MR. OLSON)  Yesterday? |
| 02:20:19 | 23 | A.   Yes. |
| 02:20:20 | 24 | MR. OLSON:  I think we have to change the |
| 02:20:21 | 25 | tape. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:20:21 | 1 | VIDEOGRAPHER:  This marks the end of |
| 02:20:23 | 2 | Videotape Number 2 in the deposition of Jaehwang Sim. |
| 02:20:27 | 3 | Going off the record.  The time is 2:19. |
| 02:20:30 | 4 | (Recess taken.) |
| 02:41:21 | 5 | VIDEOGRAPHER:  Back on the record.  This |
| 02:41:34 | 6 | marks the beginning of Videotape Number 3 in the |
| 02:41:36 | 7 | deposition of Jaehwang Sim.  The time is 2:40. |
| 02:41:40 | 8 | Q.   (By MR. OLSON)  Without disclosing what |
| 02:41:42 | 9 | anyone said to you, with whom did you meet between 9:00 |
| 02:41:46 | 10 | and 10:00 yesterday to prepare? |
| 02:42:10 | 11 | A.   I met with our counsel. |
| 02:42:11 | 12 | Q.   Who was that? |
| 02:42:13 | 13 | A.   Two attorneys who are present here. |
| 02:42:22 | 14 | Q.   Was anyone else present? |
| 02:42:24 | 15 | A.   So other than that, I told you -- |
| 02:42:37 | 16 | THE WITNESS:  Is it all right for me to talk |
| 02:42:38 | 17 | about this? |
| 02:42:39 | 18 | MR. STEIGER:  You can identify who you met |
| 02:42:41 | 19 | with. |
| 02:42:48 | 20 | A.   Other than that, there was manager Beom Joon |
| 02:42:52 | 21 | Kim and GiHo Roh, manager. |
| 02:43:04 | 22 | Q.   (By MR. OLSON)  Outside of the meeting |
| 02:43:14 | 23 | yesterday and looking at the data we talked about, did |
| 02:43:22 | 24 | you do anything else to prepare? |
| 02:43:41 | 25 | A.   You mean other than yesterday? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:43:43 | 1 | Q.    Correct. |
| 02:43:43 | 2 | A.    There were no preparations other than what |
| 02:43:52 | 3 | I've told you already. |
| 02:44:12 | 4 | Q.    Let me hand you a series of documents, I'm |
| 02:44:15 | 5 | going to start with a document previously marked as |
| 02:44:17 | 6 | Exhibit 1920.  I'm going to hand you a second document |
| 02:44:46 | 7 | that's already been marked as Exhibit 1922, and a |
| 02:45:01 | 8 | document previously marked as Exhibit 1923.  Do you |
| 02:45:26 | 9 | recognize any of Exhibits 1920, 1922 or 1923? |
| 02:45:49 | 10 | A.    I recognize all three. |
| 02:45:50 | 11 | Q.    What's Exhibit 1920? |
| 02:45:53 | 12 | A.    It seems to me, 1920 is the data that was |
| 02:46:09 | 13 | submitted last.  No, all of these three, they all seem |
| 02:46:30 | 14 | to be in the same shape or form, but I don't think it's |
| 02:46:39 | 15 | the final. |
| 02:46:44 | 16 | Q.    What's Exhibit 1922? |
| 02:47:29 | 17 | A.    1922 has SECA missing from 1920.  Let me |
| 02:47:34 | 18 | look at it some more, though.  So SECA is added |
| 02:48:00 | 19 | together with others. |
| 02:48:17 | 20 | Q.    When was Exhibit 1920 prepared? |
| 02:48:30 | 21 | A.    My understanding is that all three were all |
| 02:48:33 | 22 | prepared at once. |
| 02:48:41 | 23 | Q.    When? |
| 02:48:41 | 24 | A.    My recollection is that that was at that |
| 02:48:54 | 25 | time in February when I was alluding to earlier about |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:49:00 | 1 | first major work on it. |
| 02:49:07 | 2 |     Q.   Do you have any understanding as to why |
| 02:49:24 | 3 | Exhibit 1923 was prepared? |
| 02:49:45 | 4 |     MR. STEIGER:  I was just waiting to make |
| 02:49:49 | 5 | sure the translation was done. |
| 02:49:50 | 6 | You're not to reveal the contents of any |
| 02:49:52 | 7 | communications with inside or outside counsel.  If you |
| 02:49:54 | 8 | can answer without doing so, then you may answer. |
| 02:50:12 | 9 |     A.   Is there any particular reason why you are |
| 02:50:15 | 10 | singling out 19 -- Exhibit 1923, only this one? |
| 02:50:21 | 11 |     Q.   (By MR. OLSON)  Yeah, because I'd like to |
| 02:50:27 | 12 | know when that one was prepared. |
| 02:50:31 | 13 |     MR. STEIGER:  Same instruction. |
| 02:50:33 | 14 |     A.   I told you previously that all three were |
| 02:50:39 | 15 | prepared at the same time. |
| 02:50:39 | 16 |     Q.   (By MR. OLSON)  What's the difference in the |
| 02:50:45 | 17 | data that's prepared in Exhibits 1920, 1922 and 1923? |
| 02:51:06 | 18 |     A.   I'm sorry, can I ask you a question? |
| 02:51:09 | 19 |     Q.   Sure. |
| 02:51:19 | 20 |     A.   So as for these data, did you receive the |
| 02:51:23 | 21 | Exhibit 1920 the first time -- the first, and then 1923 |
| 02:51:29 | 22 | the last? |
| 02:51:31 | 23 |     Q.   I received them at different times, and I |
| 02:51:36 | 24 | received 1920 before I received 1922 and -23.  Does |
| 02:51:53 | 25 | that help you to answer the question when 1923 was |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

80

| 02:51:55 | 1 | prepared? |
| 02:51:56 | 2 |     A.   As I told you previously, these data were |
| 02:52:42 | 3 | prepared at the same time from one set of data, and |
| 02:52:52 | 4 | the -- if you are asking me why this Exhibit 1923 seems |
| 02:53:01 | 5 | to have more information or more of a data, then, well, |
| 02:53:06 | 6 | it seems 1923 as well as 1922 seem to be bigger or |
| 02:53:10 | 7 | larger than 1920, so in that case, I could give you an |
| 02:53:15 | 8 | answer. |
| 02:53:15 | 9 |     Q.   Why is that? |
| 02:53:16 | 10 |     A.   As you can see, the Exhibits 1920 and 1922 |
| 02:55:37 | 11 | and 1923 have the same format and they relate to the |
| 02:55:41 | 12 | same data, the differences being that 19 -- Exhibit |
| 02:55:52 | 13 | 1922 relates to data being provided from 2010 on, |
| 02:55:58 | 14 | whereas 19 -- Exhibit 1923 being data from 2007 on. |
| 02:56:08 | 15 | Therefore, this has more data. |
| 02:56:14 | 16 |        And as compared to Exhibit 1922, Exhibit 1923 |
| 02:56:20 | 17 | has more models added to it.  And for example, between |
| 02:56:30 | 18 | the two sides, there were some miscommunications as to |
| 02:56:36 | 19 | accused models, so probably due to that reason, there |
| 02:56:42 | 20 | were some added portions.  And other than the accused |
| 02:56:49 | 21 | models themselves, there was also a request to add |
| 02:56:56 | 22 | practice models, so the models relating to that would |
| 02:57:00 | 23 | have been added.  So therefore, as the duration |
| 02:57:04 | 24 | increased, and also, the models increased, the volume |
| 02:57:12 | 25 | would have increased.  But nonetheless, these still |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

81

| | | |
|---|---|---|
| 02:57:18 | 1 | relate to the same contents of the data. |
| 02:57:27 | 2 |     Q.   What was the miscommunication regarding the |
| 02:57:29 | 3 | accused models? |
| 02:57:39 | 4 |     MR. STEIGER:  You may not testify to the |
| 02:57:40 | 5 | contents of any communications with inside or outside |
| 02:57:42 | 6 | legal counsel.  So if your knowledge or information on |
| 02:57:49 | 7 | that subject came from communications with counsel, |
| 02:57:52 | 8 | then I instruct you not to answer. |
| 02:58:27 | 9 |     THE WITNESS:  It's difficult for me to |
| 02:58:27 | 10 | answer. |
| 02:58:35 | 11 |     MR. STEIGER:  And I would also -- |
| 02:58:37 | 12 |     THE WITNESS:  If you are telling me to |
| 02:58:38 | 13 | exclude the contents of my communication with counsel, |
| 02:58:42 | 14 | then it is difficult for me to answer. |
| 02:58:44 | 15 |     MR. STEIGER:  And I would instruct you not |
| 02:58:45 | 16 | to answer to the extent it could reveal any information |
| 02:58:49 | 17 | received from legal counsel or communications with |
| 02:58:51 | 18 | legal counsel. |
| 02:58:52 | 19 |     If you want me to consult with the witness to |
| 02:58:55 | 20 | see if he can give an answer that doesn't involve |
| 02:59:00 | 21 | intrusion into the privilege, I'm happy to do so, or |
| 02:59:02 | 22 | you can continue.  But I instruct him not to answer |
| 02:59:05 | 23 | that question. |
| 02:59:40 | 24 |     Q.  (By MR. OLSON)  Does the only -- is the only |
| 02:59:44 | 25 | information that you have regarding the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:59:47 | 1 | miscommunication from counsel? |
| 03:00:05 | 2 | A.   Yes, that's correct. |
| 03:00:09 | 3 | Q.   Is Exhibit 1920 an accurate depiction of the |
| 03:00:16 | 4 | information from within SAP regarding the phones that |
| 03:00:22 | 5 | are presented in it? |
| 03:00:50 | 6 | MR. STEIGER:  Vague and ambiguous. |
| 03:00:54 | 7 | A.   Did you ask me whether it was accurately |
| 03:00:57 | 8 | provided from the information from within SAP? |
| 03:01:01 | 9 | Q.   (By MR. OLSON)  Correct, as to Exhibit 1920. |
| 03:01:07 | 10 | A.   Yes, it is the same data that's there. |
| 03:01:16 | 11 | Q.   Is Exhibit 1922 an accurate depiction of the |
| 03:01:24 | 12 | information within SAP regarding the phones that are |
| 03:01:27 | 13 | provided in that exhibit? |
| 03:01:44 | 14 | MR. STEIGER:  Same objections. |
| 03:01:48 | 15 | A.   Yes, that's correct. |
| 03:01:49 | 16 | Q.   (By MR. OLSON)  Is Exhibit 1923 an accurate |
| 03:01:52 | 17 | depiction of the information within SAP regarding the |
| 03:01:59 | 18 | phones that are presented in that exhibit? |
| 03:02:17 | 19 | MR. STEIGER:  Same objection. |
| 03:02:18 | 20 | A.   Yes, that's correct. |
| 03:02:21 | 21 | Q.   (By MR. OLSON)  What is your explanation for |
| 03:02:27 | 22 | why the operating profit for 2011 in Exhibit 1920 does |
| 03:02:38 | 23 | not match the operating profit for 2011 in Exhibit 1922 |
| 03:02:45 | 24 | with respect to the total spreadsheet? |
| 03:03:18 | 25 | MR. STEIGER:  Assumes facts and misstates |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

83

| | | |
|---|---|---|
| 03:03:19 | 1 | the documents. |
| 03:03:48 | 2 | A.   As for this, I don't think I can give you an |
| 03:03:55 | 3 | answer on that now.  I think I would have to check on |
| 03:04:03 | 4 | what was changed out of the total contents. |
| 03:04:12 | 5 | CHECK INTERPRETER:  Checker's rendition: |
| 03:04:14 | 6 | "I don't think I can give you an answer on |
| 03:04:16 | 7 | that right away.  I would have to look at the documents |
| 03:04:24 | 8 | further to see what the differences are." |
| 03:04:49 | 9 | A.   I don't think I can give you an answer all |
| 03:04:56 | 10 | by myself as to this.  I don't think I can give you an |
| 03:05:06 | 11 | answer all by myself. |
| 03:05:10 | 12 | Q.   Let me ask you a different question, |
| 03:05:11 | 13 | Mr. Sim. |
| 03:05:18 | 14 | A.   Well, if you need, then I can verify it and |
| 03:05:23 | 15 | get back to you. |
| 03:05:24 | 16 | Q.   Well, let me ask a different question for |
| 03:05:29 | 17 | right now. |
| 03:05:30 | 18 | Which of Exhibits 1920, 1922 or 1923 have |
| 03:05:40 | 19 | production of the products by the Chinese subsidiaries |
| 03:05:43 | 20 | removed? |
| 03:06:18 | 21 | A.   These data printed out as we provided them |
| 03:06:20 | 22 | to you as they are? |
| 03:06:23 | 23 | Q.   Which of these have the information |
| 03:06:32 | 24 | regarding the Chinese subsidiaries removed? |
| 03:06:52 | 25 | A.   You did not answer my question. |

84

| | | |
|---|---|---|
| 03:06:56 | 1 | Q.   Well, I'd like to understand, if you can |
| 03:07:02 | 2 | answer, which, if any, of these three exhibits have the |
| 03:07:09 | 3 | information regarding the Chinese subsidiaries removed. |
| 03:07:28 | 4 | MR. STEIGER:  Assumes facts and |
| 03:07:29 | 5 | misrepresents the documents.  And I'm sensing the |
| 03:07:34 | 6 | witness may be confused, because he thinks you've given |
| 03:07:38 | 7 | him the most current document that was recently |
| 03:07:41 | 8 | provided to you, and it's not one of these, so I'm |
| 03:07:44 | 9 | just -- I want to make sure there's not some confusion |
| 03:07:48 | 10 | here, because I'm sensing there might be, and you might |
| 03:07:50 | 11 | want to make it clear this does not include the most |
| 03:07:52 | 12 | recent version. |
| 03:08:49 | 13 | A.   It's not that I did not understand the |
| 03:08:51 | 14 | question, but you did not answer my question.  And over |
| 03:08:56 | 15 | here, there is no -- there is -- the most recent |
| 03:09:02 | 16 | version is not here, so that's why I was asking whether |
| 03:09:12 | 17 | this version represents the printout as was provided to |
| 03:09:33 | 18 | you. |
| 03:09:34 | 19 | So if these data represent the versions as |
| 03:09:39 | 20 | provided to you, then there is no exhibit where the |
| 03:09:53 | 21 | profit and loss calculations from the Chinese |
| 03:09:55 | 22 | subsidiary is deducted. |
| 03:10:00 | 23 | Q.   You say there's no exhibit, you mean none of |
| 03:10:03 | 24 | these three? |
| 03:10:06 | 25 | A.   Correct. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:10:06 | 1 | Q.   Before your counsel stated that these were |
| 03:10:16 | 2 | not the most recently produced version, had you |
| 03:10:19 | 3 | recalled that? |
| 03:10:33 | 4 | MR. STEIGER:  Misstates -- misstates the |
| 03:10:35 | 5 | record, argumentative. |
| 03:10:55 | 6 | A.   Prior to my counsel saying something, don't |
| 03:10:57 | 7 | you remember what my question was, which had to do with |
| 03:11:05 | 8 | whether it was printed as provided to you.  Please, if |
| 03:11:11 | 9 | there's -- I would like my check interpreter to render |
| 03:11:19 | 10 | if there was something amiss in terms of the |
| 03:11:22 | 11 | interpretation. |
| 03:11:29 | 12 | Q.   (By MR. OLSON)  Let me hand you what's |
| 03:11:30 | 13 | previously been marked as Exhibit 1921. |
| 03:11:40 | 14 | A.   Yes. |
| 03:11:40 | 15 | Q.   Why does 1921 exist? |
| 03:11:48 | 16 | MR. STEIGER:  Vague and ambiguous.  And to |
| 03:11:52 | 17 | the extent you could otherwise answer that question, |
| 03:11:56 | 18 | you may not do so if it would reveal the contents of |
| 03:12:00 | 19 | any communications with inside or outside legal |
| 03:12:04 | 20 | counsel. |
| 03:12:21 | 21 | A.   I do not understand the meaning behind why |
| 03:12:24 | 22 | you are asking why this exists. |
| 03:12:28 | 23 | Q.   (By MR. OLSON)  Do you have any |
| 03:12:33 | 24 | understanding as to what led to the creation of Exhibit |
| 03:12:36 | 25 | 1921? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:12:50 | 1 | MR. STEIGER:  Vague and ambiguous.  You may |
| 03:12:52 | 2 | only answer the question to the extent your answer |
| 03:12:54 | 3 | would not reveal the contents of any communications |
| 03:12:57 | 4 | with inside or outside legal counsel. |
| 03:13:28 | 5 | A.   If you just show it to me and talk about it, |
| 03:13:35 | 6 | when I have not taken a look at details of the data, |
| 03:13:40 | 7 | then it'll be difficult for me to answer.  My |
| 03:13:53 | 8 | understanding is that this would be a portion of the |
| 03:13:57 | 9 | Exhibit 1920.  If you were to take a look at the |
| 03:14:14 | 10 | products, then, probably, these relate to the models |
| 03:14:21 | 11 | that were originally requested.  So if you were to show |
| 03:14:38 | 12 | me where the costing sheet is shown to be different in |
| 03:14:48 | 13 | terms of product, then I would think that's odd myself |
| 03:14:54 | 14 | and take another look, but . . . |
| 03:15:14 | 15 | And so if you are asking me, just looking at |
| 03:15:18 | 16 | the totals alone, why the totals are different, well, |
| 03:15:22 | 17 | of course, the number of items and other aspects that |
| 03:15:32 | 18 | comprise the total are different and so, you know, to |
| 03:15:35 | 19 | answer such a question, I would have to look through |
| 03:15:37 | 20 | its entirety, and also, not only that, I would have to |
| 03:15:41 | 21 | talk with the working-level person. |
| 03:15:49 | 22 | So I am asking the check interpreter whether |
| 03:15:51 | 23 | that has been properly conveyed, right?  Because I |
| 03:15:54 | 24 | don't speak English. |
| 03:16:00 | 25 | MR. OLSON:  You can respond. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:16:02 | 1 | THE WITNESS:  If you didn't understand, I |
| 03:16:03 | 2 | can do it -- say it again. |
| 03:16:04 | 3 | MR. OLSON:  Did you have any change to the |
| 03:16:05 | 4 | testimony? |
| 03:16:08 | 5 | CHECK INTERPRETER:  Perhaps I should speak |
| 03:16:10 | 6 | on the record as to the roles played by the |
| 03:16:13 | 7 | interpreters.  Both the main interpreter and the check |
| 03:16:16 | 8 | interpreter are officers of the court.  We are neutral |
| 03:16:20 | 9 | parties, and we work together as a team, and we try to |
| 03:16:25 | 10 | help one another to make sure that the record is |
| 03:16:29 | 11 | accurate as possible -- as much as possible. |
| 03:16:34 | 12 | And of course, as human beings, we do make |
| 03:16:36 | 13 | some mistakes, both the main interpreter and the check |
| 03:16:38 | 14 | interpreter.  And the job of the check interpreter is |
| 03:16:42 | 15 | to make sure that the main interpreter does as well as |
| 03:16:47 | 16 | he can.  And there are oftentimes situations where it's |
| 03:16:53 | 17 | a judgment call that we walk a very fine line because |
| 03:16:58 | 18 | linguistics and languages are not science.  We can only |
| 03:17:09 | 19 | do as well as we can as best as we can given whatever |
| 03:17:11 | 20 | the contexts are. |
| 03:17:14 | 21 | So as to the witness' testimony just now, as |
| 03:17:17 | 22 | rendered, I believe were as good as they can be.  To |
| 03:17:27 | 23 | the extent there are any renditions which were outright |
| 03:17:30 | 24 | wrong, I would make sure that, as check interpreter, |
| 03:17:33 | 25 | that I would jump in and put my rendition on.  But if |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:17:36 | 1 | it's a judgment call, and if it's something that could |
| 03:17:39 | 2 | be cleared up in a follow-up question, I usually try to |
| 03:17:42 | 3 | let it go, because otherwise, I would be hindering the |
| 03:17:46 | 4 | process. |
| 03:17:48 | 5 | MR. OLSON:  Appreciate that. |
| 03:17:49 | 6 | MR. STEIGER:  The only thing I would state, |
| 03:17:51 | 7 | really, for all of our benefit, and to both |
| 03:17:53 | 8 | interpreters, is to the extent we're talking about |
| 03:17:55 | 9 | particularly accounting or other things like that, to |
| 03:18:00 | 10 | be on the lookout for and as attentive as possible to |
| 03:18:03 | 11 | any terms of art to make sure that the best possible |
| 03:18:07 | 12 | translation is made of words that could be of a |
| 03:18:10 | 13 | technical nature, accounting nature, things like that. |
| 03:18:30 | 14 | Q.   (By MR. OLSON)  Exhibit 20 comes, the data |
| 03:18:33 | 15 | comes from SAP, correct? |
| 03:18:35 | 16 | A.   (In English)  Yes. |
| 03:18:38 | 17 | (Through interpreter) Yes, that's correct. |
| 03:18:41 | 18 | Q.   And the data is available at the same level |
| 03:18:43 | 19 | of detail as can be presented within SAP, correct? |
| 03:19:13 | 20 | MR. STEIGER:  Vague and ambiguous. |
| 03:19:13 | 21 | A.   What do you mean by "available at the same |
| 03:19:16 | 22 | level of detail"? |
| 03:19:17 | 23 | Q.   (By MR. OLSON)  Is there a chart of accounts |
| 03:19:19 | 24 | inside SAP? |
| 03:19:31 | 25 | A.   There is such a thing as a chart of |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:19:32 | 1 | accounts. |
| 03:19:32 | 2 | Q.   And the data that's presented in Exhibit |
| 03:19:37 | 3 | 1920 is available at the same level of detail as that |
| 03:19:41 | 4 | chart of accounts, correct? |
| 03:20:01 | 5 | MR. STEIGER:  Overly broad, vague and |
| 03:20:10 | 6 | ambiguous. |
| 03:20:10 | 7 | A.   That is a very clear question which I can |
| 03:20:18 | 8 | answer.  First of all, I think it's a question that |
| 03:20:24 | 9 | could be asked by somebody who does not know |
| 03:21:05 | 10 | accounting.  So what is presented as a chart of |
| 03:21:08 | 11 | accounts, a chart of accounts being a listing of |
| 03:21:11 | 12 | accounts, so what you can extract in terms of a chart |
| 03:21:22 | 13 | of accounts would only be at the level -- or it's only |
| 03:21:30 | 14 | in terms of the organizational units.  So for example, |
| 03:21:49 | 15 | the Samsung Electronics Company or the Mobile Business |
| 03:21:54 | 16 | Division, as such, units, business units, so the |
| 03:22:16 | 17 | incorporated companies announce their financial |
| 03:22:26 | 18 | statements on the basis, or on the basis of the chart |
| 03:22:35 | 19 | of accounts. |
| 03:25:11 | 20 | And so there is no data in terms of the |
| 03:25:59 | 21 | organizational units.  And as far as I know, the |
| 03:26:12 | 22 | calculation of the products in terms of costs, it |
| 03:26:18 | 23 | doesn't matter which publicly listed company that is |
| 03:26:24 | 24 | anywhere in the world, there is -- there would be no |
| 03:26:27 | 25 | such company that would be able to control or manage |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:26:32 | 1 | all of the chart of accounts and, at the same time, be |
| 03:26:38 | 2 | able to carry out the calculation of costs. |
| 03:26:43 | 3 | And the types of the chart of accounts could |
| 03:26:47 | 4 | be thousands, even in the case of SAP on ERP, there |
| 03:26:53 | 5 | could be a limit to how much they can manage or |
| 03:26:59 | 6 | control, and the system is limited to managing those at |
| 03:27:09 | 7 | about a hundred, give or take, and this hundred, give |
| 03:27:13 | 8 | or take, would not only include the chart of accounts, |
| 03:27:16 | 9 | but also would include other information, as well. |
| 03:27:24 | 10 | So if you are talking about providing some |
| 03:27:26 | 11 | information per a chart of accounts, that question |
| 03:27:32 | 12 | itself is nonsensical. |
| 03:27:35 | 13 | CHECK INTERPRETER:  Checker's rendition, |
| 03:27:39 | 14 | only from the second paragraph down. |
| 03:27:43 | 15 | "As far as I know, there are no publicly |
| 03:27:48 | 16 | traded companies which would be able to track each |
| 03:27:54 | 17 | product based on a chart of accounts.  Such companies |
| 03:28:00 | 18 | just would not exist.  As far as COGS are concerned, |
| 03:28:08 | 19 | they are not tracked on a per-product basis.  Now, |
| 03:28:17 | 20 | theoretically, for chart of accounts, the number of |
| 03:28:20 | 21 | accounts can be in the multiples of thousands. |
| 03:28:24 | 22 | "So for a system such as SAP, when we look at |
| 03:28:28 | 23 | the ERP, the system only tracks about a hundred, plus |
| 03:28:34 | 24 | or minus, few items, and that's the extent of it.  So |
| 03:28:39 | 25 | even within SAP, the number of the chart of accounts or |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:28:42 | 1 | the accounts within the chart of accounts would be |
| 03:28:47 | 2 | limited, to a certain extent.  So it is not possible to |
| 03:28:51 | 3 | track the COGS per-product basis using chart of |
| 03:28:57 | 4 | accounts, so the question as posed by the counsel is |
| 03:29:00 | 5 | nonsense." |
| 03:29:07 | 6 | Q.   Is it the case that the data presented in |
| 03:29:09 | 7 | Exhibit 1920 can be seen at a substantially lower level |
| 03:29:14 | 8 | of detail by specific accounts that roll up into each |
| 03:29:19 | 9 | of these categories? |
| 03:29:27 | 10 | LEAD INTERPRETER:  Counsel, when you say |
| 03:29:29 | 11 | lower level, meaning, is that finer or less fine? |
| 03:29:31 | 12 | MR. OLSON:  Finer. |
| 03:29:32 | 13 | LEAD INTERPRETER:  Finer, okay. |
| 03:29:59 | 14 | (Interpreting question.) |
| 03:29:59 | 15 | MR. STEIGER:  Overly broad, vague and |
| 03:30:08 | 16 | ambiguous. |
| 03:30:08 | 17 | A.   Can be seen where?  What are you saying it |
| 03:30:12 | 18 | can be seen where? |
| 03:30:15 | 19 | Q.   (By MR. OLSON)  Can be extracted from SAP at |
| 03:30:17 | 20 | that finer level of detail. |
| 03:30:30 | 21 | MR. STEIGER:  Same objections. |
| 03:30:31 | 22 | A.   At the time they are extracted from SAP, |
| 03:30:34 | 23 | right? |
| 03:30:35 | 24 | Q.   (By MR. OLSON)  Correct. |
| 03:30:41 | 25 | A.   Yes, it can go somewhat lower than this.  So |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

92

| | | |
|---|---|---|
| 03:30:56 | 1 | that's why, in the final version, the finer details |
| 03:31:05 | 2 | were provided. |
| 03:31:05 | 3 | Q.   And you can still go -- you can still go |
| 03:31:15 | 4 | finer than what is provided in the final version, as |
| 03:31:16 | 5 | well, correct? |
| 03:31:28 | 6 | MR. STEIGER:  Overly broad, vague and |
| 03:31:42 | 7 | ambiguous. |
| 03:31:42 | 8 | A.   Well, yes, if you want me to say in terms of |
| 03:31:45 | 9 | yes-or-no answer, I will say yes. |
| 03:31:53 | 10 | Q.   (By MR. OLSON)  Exhibit 1920, at the far |
| 03:31:58 | 11 | left, there's a section that says "Manufacturing," do |
| 03:32:06 | 12 | you see that? |
| 03:32:12 | 13 | A.   Yes. |
| 03:32:13 | 14 | Q.   And the third line down in that section is |
| 03:32:20 | 15 | C-O-G-S or COGS, correct? |
| 03:32:28 | 16 | A.   Yes, that's correct. |
| 03:32:28 | 17 | Q.   And below it, there are two items, "Material |
| 03:32:32 | 18 | Cost" and "Manu. Expense," do you see that? |
| 03:32:42 | 19 | A.   Yes, that's correct. |
| 03:32:44 | 20 | Q.   And the two of those together add up to |
| 03:32:48 | 21 | COGS, correct? |
| 03:32:55 | 22 | A.   Yes, that's correct. |
| 03:32:56 | 23 | Q.   Why was that level of detail excluded from |
| 03:32:59 | 24 | every other spreadsheet that's been provided to us? |
| 03:33:22 | 25 | MR. STEIGER:  I instruct you not to answer |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:33:23 | 1 | the question if your answer would reveal the contents |
| 03:33:25 | 2 | of any communications with inside or outside legal |
| 03:33:29 | 3 | counsel. |
| 03:34:49 | 4 | A.   I thought I gave testimony on this once |
| 03:34:53 | 5 | earlier.  I told you that this data is for internal |
| 03:35:01 | 6 | management or control purposes, and the access to this |
| 03:35:10 | 7 | from outside is severely controlled, limited.  And even |
| 03:35:19 | 8 | inside of the company, this would not be available if |
| 03:35:22 | 9 | it's not to management.  And when this was being first |
| 03:35:30 | 10 | prepared, by being the data that Apple had requested, I |
| 03:35:42 | 11 | had initially thought that there was no need for this |
| 03:35:51 | 12 | to be provided, and so it was my decision to combine |
| 03:35:57 | 13 | this portion and submit it. |
| 03:36:04 | 14 | Q.   Why did you originally provide it at that |
| 03:36:07 | 15 | level of detail? |
| 03:36:26 | 16 | MR. STEIGER:  You're not to reveal the |
| 03:36:27 | 17 | contents of any communications with inside or outside |
| 03:36:29 | 18 | counsel in your answer, and you may only answer to that |
| 03:36:32 | 19 | extent. |
| 03:37:57 | 20 | A.   One could look at that being a case of |
| 03:38:03 | 21 | miscommunication between the instruction given |
| 03:38:06 | 22 | internally and the person who actually did the work. |
| 03:38:15 | 23 | And conversely, to put it another way, in a different |
| 03:38:20 | 24 | light, you could also say that this is another evidence |
| 03:38:27 | 25 | that this data had not been separately worked or |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Time | Line | Text |
|------|------|------|
| 03:38:33 | 1 | manipulated on, because the work involved combining |
| 03:38:44 | 2 | work with the original database, and you can see that |
| 03:38:50 | 3 | as for this portion, it remains -- remained as is |
| 03:38:56 | 4 | without them being combined. |
| 03:39:03 | 5 | Q.   (By MR. OLSON)  Is the data presented in |
| 03:39:13 | 6 | material cost based on standard costs, and does it |
| 03:39:23 | 7 | include -- well, let me stop there.  Is it based on |
| 03:39:26 | 8 | standard costs? |
| 03:39:42 | 9 | MR. STEIGER:  Assumes facts, vague and |
| 03:40:27 | 10 | ambiguous. |
| 03:40:27 | 11 | A.   I'd like clarification from my counsel as |
| 03:40:32 | 12 | well on this.  What was -- the way this data is |
| 03:40:37 | 13 | provided or submitted, it is not the final report, and |
| 03:40:44 | 14 | the final -- and also, the final report would have some |
| 03:41:02 | 15 | even more combinations.  So on that aspect, I'd like |
| 03:41:08 | 16 | clarification. |
| 03:41:10 | 17 | MR. STEIGER:  So, Vice President Sim, you |
| 03:41:16 | 18 | may answer the question as posed subject to the |
| 03:41:18 | 19 | instructions I've given you before about privilege. |
| 03:41:21 | 20 | You are being questioned about a document that's not |
| 03:41:23 | 21 | the final.  It's up to opposing counsel to choose which |
| 03:41:28 | 22 | exhibit to question you on, and if he's choosing not to |
| 03:41:32 | 23 | ask you about the final schedule, you know, that is his |
| 03:41:34 | 24 | prerogative and, you know, you're free in your answer, |
| 03:41:38 | 25 | to the extent that makes a difference, to point that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

95

| | | |
|---|---|---|
| 03:41:40 | 1 | out.  But, you know, he is questioning you about this |
| 03:41:43 | 2 | document even though, as you've previously testified, |
| 03:41:46 | 3 | it's not the final one.  So subject to that, if you can |
| 03:41:50 | 4 | answer his question, you know, I can't instruct you not |
| 03:41:53 | 5 | to answer it.  Is that helpful? |
| 03:43:12 | 6 | A.  So in that case, I'd like to confer with my |
| 03:43:15 | 7 | counsel a little. |
| 03:43:16 | 8 | Q.  (By MR. OLSON)  Well, let me ask the |
| 03:43:17 | 9 | question again, see if you can answer it. |
| 03:43:22 | 10 | The material cost line item on Exhibit 1920 |
| 03:43:27 | 11 | that appears, is that based on standard costs? |
| 03:43:50 | 12 | A.  It's not that I did not understand the |
| 03:43:51 | 13 | meaning of the question that I'm trying to ask |
| 03:43:57 | 14 | questions, all I'm saying is that it's because the |
| 03:44:13 | 15 | contents relating to this is serious, and so I'd like |
| 03:44:18 | 16 | to confer with my counsel whether I should talk about |
| 03:44:20 | 17 | it or not. |
| 03:44:21 | 18 | MR. STEIGER:  Yeah, I understand there's a |
| 03:44:24 | 19 | concern about sensitivity of this information, and I |
| 03:44:26 | 20 | think, in light of his concern about that, I'd want to |
| 03:44:29 | 21 | speak with him before he gives any further answers if |
| 03:44:32 | 22 | you're going to continue on this. |
| 03:44:33 | 23 | MR. OLSON:  Let me ask a different question, |
| 03:44:37 | 24 | and then you can confer at the next break. |
| 03:44:39 | 25 | Q.  (By MR. OLSON)  Does the information in |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:44:41 | 1 | material costs include variances to reflect actual |
| 03:44:44 | 2 | costs? |
| 03:45:41 | 3 | A.   It's the same question, it's the same |
| 03:45:43 | 4 | question, it's only that the format of the question is |
| 03:45:46 | 5 | different.  Perhaps you're taking me for a fool? |
| 03:45:53 | 6 | Q.   No, definitely not, sir. |
| 03:45:57 | 7 | What's included in nonmanufacturing -- what's |
| 03:46:01 | 8 | included in manufacturing expense, that line item? |
| 03:46:24 | 9 | A.   As I told you previously, if you were to |
| 03:46:26 | 10 | look at the final version, there's only the COGS.  If |
| 03:46:36 | 11 | you were to ask me questions on COGS, then I could |
| 03:46:39 | 12 | answer such questions.  But if you are asking me about |
| 03:46:43 | 13 | those two, then, as of now, I cannot provide you with |
| 03:46:50 | 14 | answers.  This question was, again, like the other |
| 03:47:00 | 15 | questions. |
| 03:47:00 | 16 | Q.   Mr. Sim, who decided what line items at the |
| 03:47:09 | 17 | left to include in Exhibit 1920? |
| 03:47:31 | 18 | A.   Myself. |
| 03:47:33 | 19 | Q.   And who decided what line items to include |
| 03:47:37 | 20 | in Exhibit 1922? |
| 03:47:49 | 21 | MR. STEIGER:  You're not to reveal the |
| 03:47:50 | 22 | content of any communications with legal counsel.  If |
| 03:47:53 | 23 | you can answer without doing so, you may answer. |
| 03:47:55 | 24 | A.   Myself. |
| 03:48:04 | 25 | Q.   (By MR. OLSON)  Is the same true of Exhibit |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

97

| | | |
|---|---|---|
| 03:48:06 | 1 | 1923? |
| 03:48:06 | 2 | A.   Yes, you can say that it was me. |
| 03:48:15 | 3 | Q.   And who decided what line items to include |
| 03:48:19 | 4 | in the spreadsheet that was delivered yesterday? |
| 03:48:32 | 5 | MR. STEIGER:  Same instruction. |
| 03:48:33 | 6 | A.   Once again there, that was decided based on |
| 03:48:46 | 7 | my final determination. |
| 03:48:48 | 8 | Q.   (By MR. OLSON)  And did anyone else provide |
| 03:48:51 | 9 | any input regarding what line items should be included |
| 03:48:56 | 10 | in Exhibit 1920, Exhibit 1922, Exhibit 1923 and/or the |
| 03:49:04 | 11 | exhibit that you prepared -- the spreadsheet that you |
| 03:49:08 | 12 | prepared yesterday? |
| 03:49:38 | 13 | MR. STEIGER:  You may not answer to the |
| 03:49:39 | 14 | extent your answer would reveal the contents of any |
| 03:49:42 | 15 | communications to or from inside or outside legal |
| 03:49:45 | 16 | counsel.  Subject to that limitation, you may answer. |
| 03:50:10 | 17 | A.   Right.  There was no other person.  I made |
| 03:50:11 | 18 | the decision. |
| 03:50:13 | 19 | Q.   (By MR. OLSON)  And you alone? |
| 03:50:19 | 20 | A.   That decision was reached with me being |
| 03:50:29 | 21 | responsible for it, and I made an oral report to my |
| 03:50:43 | 22 | superior, my boss. |
| 03:50:47 | 23 | Q.   Did he give you any feedback? |
| 03:51:12 | 24 | A.   Considering that that person did not get |
| 03:51:16 | 25 | involved in this portion in detail, there was no |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:51:22 | 1 | special or particular feedback provided. |
| 03:51:25 | 2 | Q.   Did he approve the categories that you |
| 03:51:32 | 3 | included? |
| 03:51:38 | 4 | MR. STEIGER:  Vague and ambiguous. |
| 03:51:45 | 5 | A.   I also think it's vague and ambiguous. |
| 03:51:57 | 6 | Rather than to characterize it as me having obtained |
| 03:52:04 | 7 | approval, it's simply the case that I made an oral |
| 03:52:11 | 8 | report. |
| 03:52:11 | 9 | Q.   (By MR. OLSON)  Why did you make an oral |
| 03:52:14 | 10 | report on that to him? |
| 03:52:29 | 11 | A.   I felt that this was at a level -- this was |
| 03:52:38 | 12 | work at a level in which I could make a determination |
| 03:52:43 | 13 | on. |
| 03:52:43 | 14 | Q.   But why did you bring it up with him? |
| 03:53:02 | 15 | A.   That's natural, isn't it?  He's my boss. |
| 03:53:07 | 16 | MR. OLSON:  Let's take a break. |
| 03:53:08 | 17 | VIDEOGRAPHER:  Going off the record.  The |
| 03:53:09 | 18 | time is 3:52. |
| 03:53:11 | 19 | (Recess taken.) |
| 04:17:00 | 20 | VIDEOGRAPHER:  Back on the record.  The time |
| 04:17:06 | 21 | is 4:16. |
| | 22 | (Exhibit 2440 and Exhibit 2441 were marked |
| 04:17:08 | 23 | for identification.) |
| 04:17:08 | 24 | MR. OLSON:  There are a couple of |
| 04:17:10 | 25 | housekeeping matters we need to take care of, the first |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:17:12 | 1 | of which is I have asked Mr. Albert Kim to step in as |
| 04:17:18 | 2 | the main translator given the hour and the extent of |
| 04:17:24 | 3 | the day so as to give Ted Kim a break.  And so before |
| 04:17:28 | 4 | we proceed, I need the court reporter to swear in |
| 04:17:31 | 5 | Mr. Kim as to his translation. |
| 04:17:36 | 6 | MR. ALBERT KIM:  Everybody has to be sworn |
| 04:17:38 | 7 | in -- has been sworn in?  Anybody making comments on |
| 04:17:41 | 8 | the record? |
| 04:17:42 | 9 | MR. OLSON:  Correct. |
| 04:17:54 | 10 | (Whereupon, Albert S. Kim was sworn in as |
| 04:17:58 | 11 | the lead interpreter in the place of Ted Kim.) |
| 04:17:58 | 12 | MR. OLSON:  And you have no objection to the |
| 04:17:59 | 13 | use of that . . . |
| 04:18:00 | 14 | MR. STEIGER:  No, no objection. |
| 04:18:01 | 15 | MR. OLSON:  The second thing is, while we |
| 04:18:03 | 16 | were off the record, it's my understanding that counsel |
| 04:18:09 | 17 | for Samsung had stated that Mr. Sim will not be |
| 04:18:14 | 18 | permitted to answer any questions regarding the |
| 04:18:19 | 19 | breakdown of material cost and manufacturing expense as |
| 04:18:23 | 20 | presented in Exhibit 1920 or any more detail regarding |
| 04:18:26 | 21 | those items; is that accurate? |
| 04:18:29 | 22 | MR. STEIGER:  Yes, that's correct.  And I |
| 04:18:31 | 23 | won't make a long statement on the record other than to |
| 04:18:33 | 24 | say that 1920, of course, was the first version of this |
| 04:18:39 | 25 | spreadsheet, it was superseded by later versions, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:18:42 | 1 | including the latest version yesterday.  He is, of |
| 04:18:46 | 2 | course, here as a 30(b)(6) witness on behalf of |
| 04:18:47 | 3 | Samsung.  He's prepared to speak in detail about the |
| 04:18:52 | 4 | current version of the spreadsheet, but as you |
| 04:18:54 | 5 | indicated, he's not going to be permitted to talk about |
| 04:18:57 | 6 | the items that you just mentioned in the older |
| 04:19:00 | 7 | spreadsheet. |
| 04:19:01 | 8 | MR. OLSON:  And is that the complete basis |
| 04:19:02 | 9 | for your instructions? |
| 04:19:04 | 10 | MR. STEIGER:  I'm not going to get into |
| 04:19:06 | 11 | further discussion on the record. |
| 04:19:08 | 12 | MR. OLSON:  Well, is there any other -- I |
| 04:19:10 | 13 | assume if I ask him questions regarding those items, |
| 04:19:12 | 14 | you would instruct him not to answer; is that correct? |
| 04:19:14 | 15 | MR. STEIGER:  The information is exceedingly |
| 04:19:17 | 16 | confidential and sensitive and is not necessary for the |
| 04:19:22 | 17 | purposes of this litigation and is not within the scope |
| 04:19:27 | 18 | of his 30(b)(6) testimony that he's here to present, |
| 04:19:30 | 19 | that is, to talk about an older superseded spreadsheet. |
| 04:19:34 | 20 | So for all those reasons. |
| 04:19:37 | 21 | MR. OLSON:  But just so we're -- so there |
| 04:19:39 | 22 | isn't any ambiguity, if I were to ask those questions, |
| 04:19:42 | 23 | would you instruct him? |
| 04:19:43 | 24 | MR. STEIGER:  Oh, yeah, yeah, to be clear, |
| 04:19:44 | 25 | that's right. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

101

| | | |
|---|---|---|
| 04:19:45 | 1 | LEAD INTERPRETER:  May the interpreter |
| 04:19:46 | 2 | forego the colloquy, please? |
| 04:19:48 | 3 | MR. OLSON:  Yes. |
| 04:19:48 | 4 | LEAD INTERPRETER:  Thank you. |
| 04:19:55 | 5 | Q.   (By MR. OLSON)  Let me hand you what's been |
| 04:19:57 | 6 | marked during the break as Exhibit 2440 and also what's |
| 04:20:05 | 7 | been marked as 2441. |
| 04:20:12 | 8 | A.   So are we done with the former one, the last |
| 04:20:16 | 9 | one? |
| 04:20:16 | 10 | Q.   I'd just like him to leave those there. |
| 04:20:21 | 11 | A.   All right. |
| 04:20:28 | 12 | MR. OLSON:  For the benefit of the record, |
| 04:20:29 | 13 | Exhibit 2440 is marked as SAMNDCA00372946 through |
| 04:20:43 | 14 | 373138, and Exhibit 2441 is SAMNDCA00373139 through |
| 04:21:05 | 15 | 373531. |
| 04:21:16 | 16 | MR. STEIGER:  Just quick, Mr. Olson, I |
| 04:21:18 | 17 | remembered, we also talked off the record about one |
| 04:21:22 | 18 | clarification or correction he wanted to make to a |
| 04:21:24 | 19 | prior answer.  I thought we'd want to do that before |
| 04:21:27 | 20 | getting into another subject matter. |
| 04:21:28 | 21 | MR. OLSON:  Let me just get these identified |
| 04:21:30 | 22 | and authenticated, and then we can do that. |
| 04:21:34 | 23 | MR. STEIGER:  Okay. |
| 04:21:35 | 24 | Q.   (By MR. OLSON)  What is Exhibit 2440? |
| 04:21:52 | 25 | A.   One moment, please. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

102

| | | |
|---|---|---|
| 04:22:00 | 1 | LEAD INTERPRETER:  May the interpreter ask |
| 04:22:01 | 2 | the gentleman to speak up? |
| 04:22:05 | 3 | THE WITNESS:  Yes. |
| 04:22:07 | 4 | A.   I understand this to be the final version as |
| 04:22:11 | 5 | provided. |
| 04:22:14 | 6 | Q.   This was the one provided yesterday? |
| 04:22:18 | 7 | A.   That appears to be the case. |
| 04:22:21 | 8 | Q.   And what is Exhibit 2441? |
| 04:22:55 | 9 | A.   Well, first of all, I do not know if things |
| 04:22:57 | 10 | were split up in this way in terms of their production, |
| 04:23:01 | 11 | meaning split into two.  Basically, what I'm talking |
| 04:23:05 | 12 | about is how one appears to stem from 2010 on, and the |
| 04:23:09 | 13 | other from 2007 on, at least the way it seems to me. |
| 04:23:13 | 14 | And as such, the one would appear to be encompassing |
| 04:23:17 | 15 | accused models only; whereas, the other one seems to |
| 04:23:20 | 16 | include up to and including the practicing models, as |
| 04:23:23 | 17 | well. |
| 04:23:23 | 18 | Q.   Which one is the accused models? |
| 04:23:28 | 19 | A.   I think the smaller one looks like that. |
| 04:23:32 | 20 | Q.   It's Exhibit 2440? |
| 04:23:37 | 21 | A.   Yes, that's correct. |
| 04:23:38 | 22 | Q.   And the one with the practicing models is |
| 04:23:40 | 23 | Exhibit 2441? |
| 04:23:41 | 24 | A.   Yes, I think so. |
| 04:23:48 | 25 | Q.   And Exhibit 2440, is this -- does this |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

103

| | | |
|---|---|---|
| 04:23:56 | 1 | exclude the information from the Chinese subsidiaries |
| 04:24:01 | 2 | that you referred to earlier in the day? |
| 04:24:02 | 3 | A.   That is correct. |
| 04:24:18 | 4 | Q.   And does Exhibit 2441 exclude the |
| 04:24:21 | 5 | information from the Chinese subsidiaries that you |
| 04:24:24 | 6 | referred to earlier in the day? |
| 04:24:25 | 7 | A.   Yes, I think that is correct. |
| 04:24:44 | 8 | Q.   I just want to understand, when you say, "I |
| 04:24:47 | 9 | think," are you uncertain as to Exhibit 2441? |
| 04:25:05 | 10 | A.   Well, I have not, at the end of the day, |
| 04:25:09 | 11 | essentially ascertained the things visually, but I have |
| 04:25:12 | 12 | been furnished with a report to such effect. |
| 04:25:15 | 13 | Q.   By whom? |
| 04:25:17 | 14 | A.   From manager Beom Joon Kim. |
| 04:25:22 | 15 | Q.   Earlier, I asked you what you had done to |
| 04:25:30 | 16 | verify the information that's in the spreadsheet that |
| 04:25:35 | 17 | was prepared yesterday.  Did you verify the information |
| 04:25:39 | 18 | from Exhibit 2440 or from Exhibit 2441? |
| 04:25:57 | 19 | A.   Sir, the material that I had gotten to look |
| 04:27:21 | 20 | at was basically in a bigger format.  As I mentioned, |
| 04:27:24 | 21 | it was an A4 -- twice the size as an A4; whereas, what |
| 04:27:28 | 22 | we have here before us is, in fact, an A4, it's a |
| 04:27:31 | 23 | difference in terms of the thickness and so forth. |
| 04:27:33 | 24 | But anyhow, with respect to the salient |
| 04:27:36 | 25 | details in terms of the data, I told you that there was |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:27:38 | 1 | no need on my part to take a look at those things.  And |
| 04:27:43 | 2 | I never said that I looked at those things, in other |
| 04:27:46 | 3 | words, okay.  But anyway, what I had ascertained |
| 04:27:52 | 4 | visually yesterday was different from what we have |
| 04:27:53 | 5 | here.  But in terms of the overall format, what I got |
| 04:27:56 | 6 | to see yesterday was in terms of the changed format, |
| 04:28:02 | 7 | okay. |
| 04:28:02 | 8 | Now, going back to why I did not need to |
| 04:28:05 | 9 | bother looking at any of the data is because, as I |
| 04:28:08 | 10 | stated before, when it comes to this data, this is |
| 04:28:10 | 11 | something pursuant to our routine accounting |
| 04:28:13 | 12 | procedures.  These are data culled from that that have |
| 04:28:17 | 13 | been compiled in accordance with GAAP.  They have |
| 04:28:22 | 14 | further been subject to outside CPA's audit on a |
| 04:28:29 | 15 | regular basis, and so the reliability of the data |
| 04:28:32 | 16 | thereof is not in question at all. |
| 04:28:35 | 17 | Q.   Was either of Exhibit 2440 or Exhibit 2441 |
| 04:28:43 | 18 | ever reviewed, these documents, by external auditors? |
| 04:29:04 | 19 | A.   What, are you talking about these printouts |
| 04:29:06 | 20 | as have been prepared like this? |
| 04:29:08 | 21 | Q.   Correct. |
| 04:29:11 | 22 | A.   No. |
| 04:29:11 | 23 | Q.   I've got a number of more questions about |
| 04:29:15 | 24 | 2440 and 2441, but at the break, I told your counsel |
| 04:29:18 | 25 | that I'd stop, because my understanding is that there |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:29:23 | 1 | was something about your prior testimony that you |
| 04:29:25 | 2 | wanted to clarify.  Is there something that you want to |
| 04:29:28 | 3 | clarify? |
| 04:29:50 | 4 | MR. STEIGER:  More specifically, because |
| 04:29:53 | 5 | we've spent a lot of time talking about that other |
| 04:29:55 | 6 | issue, just to direct his attention to what he had |
| 04:29:59 | 7 | mentioned, I think it had to do with the timing of the |
| 04:30:05 | 8 | exhibits you were showing this morning, 1920, -21, -22 |
| 04:30:10 | 9 | and -23, and whether they were all created at the same |
| 04:30:15 | 10 | time or what you meant in that series of questions and |
| 04:30:19 | 11 | answers. |
| 04:30:19 | 12 | MR. OLSON:  Let me see if I can ask a |
| 04:30:20 | 13 | question that goes to it. |
| 04:30:54 | 14 | Q.   (By MR. OLSON)  Is there something that you |
| 04:30:55 | 15 | want to clarify or correct about your statements |
| 04:30:59 | 16 | regarding when Exhibits 1920, -21, -22 and -23 were |
| 04:31:04 | 17 | prepared? |
| 04:31:23 | 18 | A.   Yes, let me speak.  Going back to my former |
| 04:32:32 | 19 | answer, with respect to how, I think, I stated that the |
| 04:32:37 | 20 | four documents as you referenced were created basically |
| 04:32:41 | 21 | in the same time frame.  What I was alluding to was |
| 04:32:44 | 22 | this:  As you will recall, before, I told you that one |
| 04:32:48 | 23 | of the two major production instances involved, in the |
| 04:32:53 | 24 | first instance, there was the one major instance, and |
| 04:32:57 | 25 | then the second one entailed this 2440, 2441 which |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
106

| | | |
|---|---|---|
| 04:33:01 | 1 | constitutes the second and final major such effort. |
| 04:33:06 | 2 | Now, in terms of the former effort thereof, |
| 04:33:09 | 3 | what I meant was that the documents were put together |
| 04:33:12 | 4 | based upon the same database which is what I meant by |
| 04:33:15 | 5 | those having been created at the same time.  And in the |
| 04:33:20 | 6 | latter instances, they basically were requested, and |
| 04:33:27 | 7 | some of the material came to be created based upon or |
| 04:33:34 | 8 | with respect to the respective timing of request. |
| 04:33:37 | 9 | And I just want to impress upon everybody |
| 04:33:39 | 10 | that I did not mean to suggest that everything was |
| 04:33:44 | 11 | created necessarily in one fell swoop all at the same |
| 04:33:48 | 12 | time, okay.  I just want to absolutely make sure that |
| 04:33:51 | 13 | there's no misunderstanding in that regard. |
| 04:33:53 | 14 | Q.   How far apart from one another were Exhibits |
| 04:34:00 | 15 | 1920, 1921, 1922 and 1923 prepared? |
| 04:34:19 | 16 | MR. STEIGER:  Compound, vague and ambiguous. |
| 04:34:42 | 17 | A.   Now, with respect to the exact timing |
| 04:34:43 | 18 | thereof, again, the hands-on folks did the actual work, |
| 04:34:47 | 19 | so I would not know.  But in the first instance, that |
| 04:34:51 | 20 | included major activities, so that took considerably |
| 04:34:55 | 21 | longer.  The second and third wave thereafter, those |
| 04:35:00 | 22 | were based on the previous work, so they took |
| 04:35:02 | 23 | relatively shorter to create. |
| 04:35:06 | 24 | Q.   (By MR. OLSON)  What's your best |
| 04:35:10 | 25 | understanding -- |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
107

| | | |
|---|---|---|

04:35:12  1    CHECK INTERPRETER:  I'm sorry, the checker's
04:35:14  2  rendition of what's been rendered as "create" would be
04:35:17  3  "prepare."
04:35:19  4    Q.  What's your best understanding regarding
04:35:22  5  when Exhibits 1922 and 1923 were prepared?
04:35:39  6    MR. STEIGER:  Compound, calls for
04:35:41  7  speculation in light of his prior answer.
04:35:51  8    A.  I'm not sure if I quite understand the
04:35:53  9  question, to begin with.  What do you mean to -- when
04:35:56  10  you ask if -- as to what my best understanding is?
04:35:58  11    Q.  (By MR. OLSON)  What's the best recollection
04:36:03  12  or information you have regarding when Exhibits 1922
04:36:07  13  and 1923 were prepared?
04:36:25  14    MR. STEIGER:  Same objections.
04:36:33  15    THE WITNESS:  Likewise, could you just
04:36:35  16  repeat that to me?  Yes, Mr. Interpreter, I'm just
04:36:38  17  talking about you.  Can you just repeat the
04:36:40  18  interpretation?
04:36:42  19    LEAD INTERPRETER:  (Speaking Korean.)
04:37:12  20    A.  Well, so there was a request for production,
04:37:17  21  so we worked on it, and then there came another
04:37:20  22  production, and so we worked on it.  So as such, there
04:37:22  23  was a sort of a time lag in the meantime, but I don't
04:37:27  24  know how much of a time difference there was.  But in
04:37:29  25  terms of the actual work, the time we expended in terms

| | | |
|---|---|---|
| 04:37:33 | 1 | of the actual work, it didn't take that long. |
| 04:37:35 | 2 | Q.   (By MR. OLSON)  How long after the |
| 04:37:40 | 3 | production of 1920 was it before 1922 and 1923 were |
| 04:37:47 | 4 | prepared? |
| 04:37:59 | 5 | MR. STEIGER:  Compound, calls for |
| 04:38:01 | 6 | speculation in light of his prior testimony. |
| 04:38:02 | 7 | A.   Now, that I, at this moment, do not exactly |
| 04:38:12 | 8 | recall. |
| 04:38:13 | 9 | Q.   (By MR. OLSON)  Exhibit 1920, -21, -22, -23 |
| 04:38:23 | 10 | and Exhibits 2440 and 2441 in a number of cases use the |
| 04:38:30 | 11 | same terms down the left side with respect to the |
| 04:38:35 | 12 | spreadsheets. |
| 04:38:54 | 13 | A.   Yes. |
| 04:38:54 | 14 | MR. STEIGER:  Is that a question or a |
| 04:38:55 | 15 | statement? |
| 04:38:57 | 16 | Q.   (By MR. OLSON)  Is that correct? |
| 04:39:02 | 17 | A.   They're almost the same. |
| 04:39:03 | 18 | Q.   Well, let me take as an example, |
| 04:39:16 | 19 | "Consolidate" appears in all of them. |
| 04:39:22 | 20 | A.   Yes. |
| 04:39:22 | 21 | Q.   Does this mean the same thing in all of |
| 04:39:24 | 22 | them? |
| 04:39:29 | 23 | A.   It does. |
| 04:39:29 | 24 | Q.   And in a number of places, there's "QTY" or |
| 04:39:38 | 25 | quantity, correct? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:39:39 | 1 | A.   Yes. |
| 04:39:41 | 2 | Q.   And is it the same thing in all of the |
| 04:39:46 | 3 | spreadsheets? |
| 04:39:50 | 4 | A.   Yes. |
| 04:39:50 | 5 | Q.   And it means quantity in units, correct? |
| 04:39:52 | 6 | A.   Yes. |
| 04:39:58 | 7 | Q.   And there are other terms that are repeated |
| 04:40:01 | 8 | over again:  "Sales," "COGS," "Expense" and others. |
| 04:40:07 | 9 | Are they all referring to the same thing in each of the |
| 04:40:11 | 10 | spreadsheets? |
| 04:40:26 | 11 | A.   Yes, they are the same. |
| 04:40:27 | 12 | Q.   And we talked earlier about how the |
| 04:40:31 | 13 | manufacturing line, COGS, in Exhibit 2440 and 2441 |
| 04:40:41 | 14 | includes the adjustments about the Chinese |
| 04:41:03 | 15 | subsidiaries. |
| 04:41:04 | 16 | A.   Yes. |
| 04:41:04 | 17 | Q.   Other than that difference, is there any |
| 04:41:06 | 18 | difference in the way any other line item was prepared |
| 04:41:12 | 19 | as between Exhibit 1920, -21, -22, -23, 2440 and 2441? |
| 04:41:42 | 20 | MR. STEIGER:  Compound, overly broad, vague |
| 04:41:45 | 21 | and ambiguous. |
| 04:41:45 | 22 | A.   And you are talking about these categories |
| 04:41:48 | 23 | over here, sir; are you not? |
| 04:41:51 | 24 | Q.   (By MR. OLSON)  Correct. |
| 04:41:52 | 25 | A.   These categories, I mean. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

110

| | | |
|---|---|---|
| 04:41:53 | 1 | Q. Correct, the categories that are between |
| 04:42:00 | 2 | C -- |
| 04:42:00 | 3 | A. Starting with C through D -- |
| 04:42:07 | 4 | LEAD INTERPRETER: Strike. |
| 04:42:09 | 5 | A. -- E, yeah, they are the same. |
| 04:42:14 | 6 | Q. Then looking at Exhibit 2440, to what does |
| 04:42:22 | 7 | "Consolidate" refer? |
| 04:42:27 | 8 | A. First of all, with respect to this |
| 04:42:36 | 9 | particular term, I think the correct term should be |
| 04:42:40 | 10 | noted as being not consolidated, but combined. And the |
| 04:43:38 | 11 | reason why I pointed out that fact is because in the |
| 04:43:42 | 12 | process of manufacturing the product, this whole thing |
| 04:43:48 | 13 | entails more than one company, meaning it goes from the |
| 04:43:51 | 14 | one company to another to another and yet another and |
| 04:43:56 | 15 | so forth and so on. And what we have here before us is |
| 04:43:59 | 16 | all the statuses pertaining to all of those companies |
| 04:44:02 | 17 | shown here in one spreadsheet as to the respective P&Ls |
| 04:44:10 | 18 | and, therefore, when you look at this under |
| 04:44:13 | 19 | "Consolidated," it, for instance, talks about the type |
| 04:44:18 | 20 | of company, whether it's a sales entity, whether it's a |
| 04:44:20 | 21 | manufacturing entity, and then the respective names, |
| 04:44:22 | 22 | say, STA, for instance. |
| 04:44:24 | 23 | And again, this is not something that goes to |
| 04:44:26 | 24 | just one company, but it is about many companies, as |
| 04:44:30 | 25 | such. And in the truest sense here, it is not a |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:44:37 | 1 | consolidation, it is an amalgamation, it's an addition, |
| 04:44:40 | 2 | therefore, the proper term is "combined." |
| 04:44:45 | 3 | CHECK INTERPRETER:  I'm sorry, checker's |
| 04:44:46 | 4 | rendition as what's been rendered as "manufacturing the |
| 04:44:49 | 5 | product" would be "manufacturing the product and |
| 04:44:54 | 6 | finally selling the product." |
| 04:44:58 | 7 | LEAD INTERPRETER:  This interpreter did not |
| 04:44:59 | 8 | hear the "finally selling the product part," but . . . |
| 04:45:03 | 9 | CHECK INTERPRETER:  That's fine.  I |
| 04:45:05 | 10 | understand. |
| 04:45:06 | 11 | LEAD INTERPRETER:  Thank you. |
| 04:45:08 | 12 | Q.   Do the amounts in the consolidated lines |
| 04:45:16 | 13 | incorporate any part of the information that's in the |
| 04:45:19 | 14 | lines marked with "Manufacturing" from 47 to 64 in |
| 04:45:27 | 15 | 2440? |
| 04:45:55 | 16 | A.   One second, please. |
| 04:46:20 | 17 | Okay.  So we're talking about the ones that |
| 04:46:22 | 18 | appear here in this consolidated portion, right? |
| 04:46:26 | 19 | Q.   Correct, between lines 6 and 8. |
| 04:46:31 | 20 | A.   Okay.  Speaking with respect to this |
| 04:46:49 | 21 | portion, this entails those details as to the final |
| 04:46:53 | 22 | sale from our sales entity vis-a-vis our customers in |
| 04:46:57 | 23 | that it does not entail anything about the |
| 04:46:59 | 24 | manufacturing and sales in that regard. |
| 04:47:02 | 25 | Q.   Does the "Consolidate" line items eliminate |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:47:07 | 1 | intercompany transactions? |
| 04:47:17 | 2 | MR. STEIGER:  Vague and ambiguous. |
| 04:47:22 | 3 | A.   Yes, it would be the same thing in meaning. |
| 04:47:28 | 4 | If you want to look at this in a simpler fashion, sir, |
| 04:47:40 | 5 | if you'll regard this as being something that excludes |
| 04:47:43 | 6 | manufacturing details and includes only the revenue on |
| 04:47:48 | 7 | the part of the sales entity, sir. |
| 04:47:55 | 8 | Q.   (By MR. OLSON)  Why do the quantity and |
| 04:47:57 | 9 | sales items at lines 47 and 48 of the spreadsheet not |
| 04:48:05 | 10 | match to the consolidated numbers found at 6 to 8? |
| 04:48:23 | 11 | MR. STEIGER:  Assumes facts, misstates the |
| 04:48:24 | 12 | document. |
| 04:48:25 | 13 | A.   Well, based upon your question, sir, I |
| 04:48:37 | 14 | earlier thought that you were with me, that you |
| 04:48:40 | 15 | understood things.  I see that that's not the case. |
| 04:48:50 | 16 | Lines 47, 48, denote revenue as have been recorded on |
| 04:48:55 | 17 | the manufacturing side.  So excluding those portions, |
| 04:49:03 | 18 | if you add up the rest, then it'll pan out.  It'll be |
| 04:49:10 | 19 | correct. |
| 04:49:10 | 20 | Q.   (By MR. OLSON)  When you say, "on the |
| 04:49:15 | 21 | manufacturing side," what do you mean? |
| 04:49:28 | 22 | A.   These denote internal sales, in other words, |
| 04:49:33 | 23 | sales from our manufacturing entity vis-a-vis our |
| 04:49:35 | 24 | internal sales entity. |
| 04:49:37 | 25 | Q.   That is sales to STA or SEA or SCEA -- SECA? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

113

| | | |
|---|---|---|
| 04:49:55 | 1 | A.   Yes, and the others, too. |
| 04:49:57 | 2 | Q.   And the sales line at line 48 reflects the |
| 04:50:06 | 3 | transfer price as to the sale between SEC and the other |
| 04:50:15 | 4 | sales entities? |
| 04:50:31 | 5 | A.   Right.  To be more exact, the sales revenue |
| 04:50:36 | 6 | figures in terms -- from -- on the part of these |
| 04:50:39 | 7 | manufacturing entities within Samsung Electronics |
| 04:50:42 | 8 | Limited, those sales entities. |
| 04:50:44 | 9 | Q.   Is there a separate set of subsidiaries that |
| 04:50:48 | 10 | do the manufacturing? |
| 04:50:59 | 11 | A.   Yes. |
| 04:50:59 | 12 | Q.   What's the name used for those subsidiaries? |
| 04:51:10 | 13 | MR. STEIGER:  Compound, assumes facts. |
| 04:51:13 | 14 | A.   Well, the names are -- you know, these are, |
| 04:51:33 | 15 | mind you, Samsung subsidiaries, manufacturing |
| 04:51:39 | 16 | subsidiaries, and they go by something like SEHZ, S in |
| 04:51:43 | 17 | the front denotes Samsung. |
| 04:51:45 | 18 | Q.   (By MR. OLSON)  How many of them are there? |
| 04:51:51 | 19 | LEAD INTERPRETER:  Madam Reporter, this |
| 04:51:53 | 20 | interpreter thought he heard SEHZ.  We will verify. |
| 04:52:13 | 21 | A.   By that question, do you mean to ask as to |
| 04:52:15 | 22 | the entire number of companies engaged in the |
| 04:52:17 | 23 | manufacture of mobile products or, from amongst them, |
| 04:52:23 | 24 | only those who sell product to SEA, SEA America -- or |
| 04:52:32 | 25 | to America? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:52:34 | 1 | Q.    Which companies are included in the numbers |
| 04:52:37 | 2 | that are provided under the manufacturing entry? |
| 04:52:58 | 3 | A.    There are about three. |
| 04:53:00 | 4 | Q.    What are they? |
| 04:53:05 | 5 | A.    SEC Korea, SEHZ, TSTC, and all companies are |
| 04:53:19 | 6 | Samsung subsidiaries. |
| 04:53:20 | 7 | Q.    And what are the names of the Chinese |
| 04:53:24 | 8 | subsidiaries that are being excluded? |
| 04:53:37 | 9 | A.    Those two companies, SEHZ and TSTC, those |
| 04:53:41 | 10 | are the Chinese entities. |
| 04:53:43 | 11 | Q.    That are being excluded? |
| 04:53:47 | 12 | A.    In terms of the data excluded, I told you |
| 04:53:53 | 13 | that it was only with respect to profit and loss, the |
| 04:54:03 | 14 | bottom line only -- |
| 04:54:04 | 15 | LEAD INTERPRETER:  Strike. |
| 04:54:05 | 16 | A.    -- in terms of the bottom line there only. |
| 04:54:07 | 17 | Q.    What data from each of those entries is |
| 04:54:09 | 18 | being included in the line items between 47 and 64 as |
| 04:54:17 | 19 | it would be reflected on 2440? |
| 04:54:38 | 20 | A.    All items, all categories are included.  If |
| 04:54:56 | 21 | I may further elaborate? |
| 04:54:57 | 22 | Q.    Sure. |
| 04:56:21 | 23 | A.    If, perchance, a China-based entity were to |
| 04:56:26 | 24 | have manufactured, let's say, 1,000 pieces of product, |
| 04:56:31 | 25 | they sold it at $1 million, their cost was $990,000, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:56:38 | 1 | then that would mean they turned a profit of $10,000, |
| 04:56:41 | 2 | right?  And leaving alone all the work that we did, |
| 04:56:49 | 3 | basically, we essentially added that $10,000 of P&L, |
| 04:56:56 | 4 | well, profit, to the COGS to basically bring up the |
| 04:57:03 | 5 | $990,000 to $1 million.  And as it were, we have |
| 04:57:07 | 6 | essentially wiped out the profit, thus, neutralizing |
| 04:57:11 | 7 | things. |
| 04:57:11 | 8 | If we were to have done away with everything |
| 04:57:14 | 9 | else, as well, then that would have created a confusion |
| 04:57:18 | 10 | in terms of how you view the data. |
| 04:57:22 | 11 | So put another way, if, perchance, all the |
| 04:57:26 | 12 | data pertaining to the Chinese, say, supply entity were |
| 04:57:31 | 13 | to be wiped out, then the upshot of that would be that, |
| 04:57:36 | 14 | curiously, there would have been a sale of $1 million, |
| 04:57:39 | 15 | but only a supply of 50,000 units. |
| 04:57:42 | 16 | Does that make sense? |
| 04:57:45 | 17 | Q.   Not sure yet, but we've got to change the |
| 04:57:48 | 18 | tape. |
| 04:57:48 | 19 | VIDEOGRAPHER:  This marks the end of |
| 04:57:50 | 20 | Videotape Number 3 in the deposition of Jaehwang Sim. |
| 04:57:54 | 21 | Going off the record.  The time is 4:57. |
| 04:58:02 | 22 | (Recess taken.) |
| 05:20:57 | 23 | VIDEOGRAPHER:  Back on the record.  This |
| 05:21:42 | 24 | marks the beginning of Videotape Number 4 in the |
| 05:21:44 | 25 | deposition of Jaehwang Sim.  The time is 5:21. |

| | | |
|---|---|---|
| 05:21:51 | 1 | MR. STEIGER:  And before beginning the |
| 05:21:52 | 2 | questioning, I just wanted to confirm, we had an |
| 05:21:54 | 3 | off-the-record discussion where I indicated that it |
| 05:21:57 | 4 | would be possible to ask some questions about the |
| 05:22:03 | 5 | C-O-G-S or COGS category, and I didn't want my |
| 05:22:06 | 6 | statement earlier to be interpreted as an instruction |
| 05:22:08 | 7 | that no questions on that category would be answered |
| 05:22:12 | 8 | because, in fact, I think it is possible for Vice |
| 05:22:16 | 9 | President Sim to answer some questions about the |
| 05:22:18 | 10 | components and breakdown of that category. |
| 05:23:07 | 11 | LEAD INTERPRETER:  And correction by the |
| 05:23:11 | 12 | interpreter of record as to one of the last portions of |
| 05:23:14 | 13 | the former answer.  If the interpreter may just -- |
| 05:23:16 | 14 | rather than go through the whole question, Madam |
| 05:23:19 | 15 | Reporter, there, you will see "1 million dollars," that |
| 05:23:22 | 16 | should read "1 million units."  And with that, the |
| 05:23:26 | 17 | parties should understand as to what the testimony was. |
| 05:23:30 | 18 | Q.   (By MR. OLSON)  The amounts stated in |
| 05:23:31 | 19 | Exhibits -- well, in all of the exhibits that we've |
| 05:23:37 | 20 | gone over are stated in U.S. dollars, correct? |
| 05:23:53 | 21 | A.   Yes, that is correct. |
| 05:23:53 | 22 | Q.   And how is the translation made from other |
| 05:23:56 | 23 | currencies into U.S. dollars? |
| 05:24:14 | 24 | A.   The foreign exchange rate as is actually |
| 05:24:20 | 25 | used in, say, the open society in international circles |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

117

| | | |
|---|---|---|
| 05:24:29 | 1 | is used precisely as is. |
| 05:24:30 | 2 | Q.   How often is that updated? |
| 05:24:39 | 3 | A.   Well, it all depends on the situation.  For |
| 05:25:16 | 4 | instance, if dollar is the -- or if the dollar happens |
| 05:25:21 | 5 | to be the bookkeeping currency, then for each and every |
| 05:25:24 | 6 | transaction, whenever there be such, it is going to be |
| 05:25:27 | 7 | converted into dollars.  And if otherwise, say, for |
| 05:25:31 | 8 | instance, if you are doing the conversion for |
| 05:25:34 | 9 | consolidation purposes, then you do that at least once |
| 05:25:36 | 10 | a month. |
| 05:25:37 | 11 | Q.   So is the foreign exchange rate done as of |
| 05:25:54 | 12 | the date of each period or just one to convert all of |
| 05:26:01 | 13 | the SAP balances? |
| 05:26:28 | 14 | MR. STEIGER:  Compound, assumes facts. |
| 05:26:35 | 15 | A.   Your question is unclear to me. |
| 05:26:38 | 16 | Q.   (By MR. OLSON)  In order to determine the |
| 05:26:46 | 17 | profit that is made by all of the Samsung entities |
| 05:26:50 | 18 | collectively on a consolidated basis, do I need to |
| 05:26:58 | 19 | combine any of the categories that are stated in the |
| 05:27:06 | 20 | various spreadsheets? |
| 05:27:38 | 21 | MR. STEIGER:  Assumes facts, misstates the |
| 05:27:40 | 22 | document. |
| 05:27:44 | 23 | A.   Well, if you intend to combine, or rather, |
| 05:27:53 | 24 | consolidate things, then you do need to convert all the |
| 05:27:56 | 25 | figures into one currency. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:27:58 | 1 | Q.   (By MR. OLSON)  I don't mean for currency |
| 05:28:01 | 2 | purposes here.  What I mean is that there are various |
| 05:28:13 | 3 | segments in each of these spreadsheets:  consolidate, |
| 05:28:18 | 4 | sales, HQ direct sales, and manufacturing. |
| 05:28:35 | 5 | A.   Yes. |
| 05:28:35 | 6 | Q.   In order to determine the profit for all |
| 05:28:38 | 7 | Samsung entities together, do I need to combine any of |
| 05:28:41 | 8 | those categories? |
| 05:29:06 | 9 | A.   And by the "Samsung entities," you are |
| 05:29:08 | 10 | talking about the Samsung Electronics Company Limited |
| 05:29:12 | 11 | subsidiaries, right? |
| 05:29:15 | 12 | Q.   All the subsidiaries reflected on each of |
| 05:29:18 | 13 | these spreadsheets. |
| 05:29:27 | 14 | A.   Yes, you have to do that. |
| 05:29:28 | 15 | Q.   Which ones do I have to combine? |
| 05:29:29 | 16 | A.   All items.  All categories. |
| 05:29:44 | 17 | Q.   So let me try to be as specific as possible. |
| 05:29:59 | 18 | Would I need to combine line 24, line 40, and |
| 05:30:16 | 19 | line 63 of Exhibit 2440? |
| 05:30:29 | 20 | A.   Yes, that's correct, that is, if you want to |
| 05:30:35 | 21 | have a look at the entire P&L status, then you must |
| 05:30:39 | 22 | combine those three categories, that is, the entire -- |
| 05:30:49 | 23 | Mr. Interpreter, not P&L, per se, but the entire |
| 05:30:51 | 24 | operating income. |
| 05:30:55 | 25 | Q.   And if I wanted to determine the gross |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

119

| | | |
|---|---|---|
| 05:31:02 | 1 | margin, meaning sales minus cost of goods sold, for the |
| 05:31:12 | 2 | whole of the companies together, would I take line 10 |
| 05:31:21 | 3 | and subtract from it line 49 as reflected in Exhibit |
| 05:31:31 | 4 | 2440? |
| 05:32:03 | 5 | A.   One second, please.  By that, you mean to |
| 05:32:19 | 6 | ask if we can obtain that by subtracting from the |
| 05:32:25 | 7 | revenue on the part of the sales entity, the COGS, cost |
| 05:32:31 | 8 | of goods on the manufacturing side, right? |
| 05:32:34 | 9 | Q.   Correct. |
| 05:32:36 | 10 | A.   That is, indeed, the general way of doing |
| 05:32:38 | 11 | things. |
| 05:32:38 | 12 | Q.   What is included in HQ direct sales? |
| 05:33:26 | 13 | A.   When it comes to SEC Korea, it is both a |
| 05:33:29 | 14 | manufacturing concern as well as, in certain instances |
| 05:33:34 | 15 | and with respect certain regions, a sales entity in the |
| 05:33:39 | 16 | sense that it sometimes sales directly unto customers |
| 05:33:42 | 17 | which in this case is denoted as being HQ direct sales. |
| 05:33:48 | 18 | Q.   Do any of the HQ direct sales go to the |
| 05:33:49 | 19 | United States? |
| 05:33:50 | 20 | A.   None.  If I may further elaborate. |
| 05:34:01 | 21 | Q.   Yes. |
| 05:34:02 | 22 | A.   These HQ direct sales take place in those |
| 05:34:23 | 23 | instances where there exists no local sales entity, for |
| 05:34:27 | 24 | instance, for those regions or countries for which the |
| 05:34:30 | 25 | company does not have a separate sales entity, the |

120

| 05:34:33 | 1 | factory, that is, the company, sells directly to those |
|---|---|---|

05:34:33    1   factory, that is, the company, sells directly to those
05:34:35    2   regions.  In the case of the United States, for
05:34:38    3   instance, there's a separate sales entity there, so the
05:34:40    4   sales would be by them.
05:34:41    5       Q.   And the sales entities are STA and SEA?
05:34:45    6       A.   Yes, that's correct.
05:34:50    7       Q.   If you'll turn to -- in Exhibit 2440, I
05:35:07    8   marked a page for the Epic 4G.
05:35:15    9       A.   Yes.
05:35:15   10       Q.   And that starts at page 372984, correct?
05:35:26   11       A.   Yes.
05:35:27   12       Q.   And on this page, from lines 12 to 23, there
05:35:37   13   are a series of categories for operating expense.
05:35:49   14       A.   Yes.
05:35:49   15       Q.   How are these categories of operating
05:35:52   16   expense allocated to the Epic 4G?
05:35:54   17       A.   Are you asking me to explain as to each and
05:36:10   18   every one of them?
05:36:11   19       Q.   Yes.
05:36:14   20           MR. STEIGER:  Compound.
05:36:15   21       A.   Well, why don't you ask me one by one, and
05:36:24   22   then maybe we can handle it that way.
05:36:26   23       Q.   (By MR. OLSON)  How are the G&A items from
05:36:28   24   lines 12 to 16 allocated to the Epic 4G?
05:36:43   25           MR. STEIGER:  Compound.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

121

05:36:45  1          A.   I think I am going to be able to answer

05:36:47  2   that.  First of all, where it reads "G&A" expenses,

05:36:58  3   that means general and administration costs of

05:37:06  4   expenses.  And that is in reference to the indirect

05:37:10  5   departments for each of the entities that are expensed

05:37:15  6   here.  And generally, the allocation of such costs

05:37:34  7   vis-a-vis each of the models at the end of the day are

05:37:37  8   generally allocated in terms of the respective

05:37:41  9   proportions in comparison to the sales figures.

05:37:44  10         Q.   (By MR. OLSON)  The revenue figures?

05:37:48  11         A.   Yes.

05:37:48  12         Q.   And which of those G&A costs are variable?

05:38:11  13         A.   When you ask as to variable costs, what do

05:38:14  14   you mean?  Oh, are you asking as to costs that tend to

05:38:21  15   increase the rate of the revenue out?

05:38:25  16         Q.   Yeah, if you had another 100,000 unit sales,

05:38:31  17   isn't it the case that these would effectively be

05:38:34  18   fixed?

05:38:48  19              MR. STEIGER:  Vague and ambiguous.

05:38:48  20         A.   Well, even if those costs were to be fixed

05:39:03  21   on an accrual basis, it is difficult to fix them with

05:39:08  22   respect to models.

05:39:14  23         Q.   (By MR. OLSON)  But isn't it the case that

05:39:16  24   these costs at STA would not likely change due to the

05:39:22  25   sale of another 100,000 units?

| | | |
|---|---|---|
| 05:39:37 | 1 | A.   Let me cite you an example.  If it were such |
| 05:39:46 | 2 | that this were the only model we were selling, and if |
| 05:39:57 | 3 | we further assume that the G&A costs from this month as |
| 05:40:02 | 4 | well as last month were the same, all right, last |
| 05:40:04 | 5 | month, we sold 100,000 units, this month, we sold |
| 05:40:09 | 6 | 50,000 units, should the G&A costs for each of those |
| 05:40:21 | 7 | two months be the same? |
| 05:40:26 | 8 | Q.   Well, I'm asking him. |
| 05:40:33 | 9 | A.   Okay.  Maybe I cited you the wrong example. |
| 05:40:35 | 10 | We sold two models every day, okay.  Every day, okay. |
| 05:40:46 | 11 | A model, B model.  The first month, we sold 100,000 |
| 05:40:51 | 12 | each.  Now, in the second month, we sold one of model A |
| 05:41:05 | 13 | and one million of model B.  Now, in the prior month, |
| 05:41:13 | 14 | things would have been allocated 50/50.  Do you mean to |
| 05:41:20 | 15 | suggest that even in the present month, it ought to be |
| 05:41:24 | 16 | viewed as being 50/50?  In other words, do we assume |
| 05:41:30 | 17 | that the one unit as sold this month is to be |
| 05:41:33 | 18 | attributed 50 percent of the cost? |
| 05:41:36 | 19 | Q.   So I think I understand where we're |
| 05:41:39 | 20 | misconnecting. |
| 05:41:47 | 21 | So in the Epic 4G example -- |
| 05:41:56 | 22 | A.   Yes. |
| 05:41:57 | 23 | Q.   -- we took a total of labor costs for the |
| 05:42:02 | 24 | G&A group and allocated it by revenue to the Epic 4G. |
| 05:42:23 | 25 | If I sold 100,000 more units, would the total labor |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

123

| | | |
|---|---|---|
| 05:42:28 | 1 | cost changes, holding aside how it's allocated? |
| 05:42:47 | 2 | MR. STEIGER:  Improper and incomplete |
| 05:42:50 | 3 | hypothetical, calls for speculation. |
| 05:43:14 | 4 | A.   Again, the costs are allocated based upon or |
| 05:43:16 | 5 | as a ratio of the overall revenue figure, so if during |
| 05:43:21 | 6 | the present period this model happened to constitute a |
| 05:43:26 | 7 | larger part of the overall revenue pie, then more costs |
| 05:43:28 | 8 | could be attributed to this model. |
| 05:43:33 | 9 | Q.   (By MR. OLSON)  But would the total amount |
| 05:43:34 | 10 | of costs increase? |
| 05:43:46 | 11 | MR. STEIGER:  Same objections. |
| 05:43:47 | 12 | A.   When it comes to that, I think it's a little |
| 05:43:59 | 13 | ambiguous to answer.  The reason for that is, here, |
| 05:44:12 | 14 | we're literally talking about indirect costs as has |
| 05:44:17 | 15 | arisen within departments.  Now, of course, new did get |
| 05:44:24 | 16 | to make extra sales, then maybe that means you may have |
| 05:44:31 | 17 | been paying more attention to things on that side.  And |
| 05:44:39 | 18 | if that be the case, then I don't necessarily think it |
| 05:44:42 | 19 | ought to be the same. |
| 05:44:48 | 20 | Q.   (By MR. OLSON)  Would depreciation expense |
| 05:44:52 | 21 | change?  And by that, I mean depreciation expense in |
| 05:44:58 | 22 | total. |
| 05:45:01 | 23 | MR. STEIGER:  Improper and incomplete |
| 05:45:03 | 24 | hypothetical, calls for speculation. |
| 05:45:11 | 25 | A.   Well, when it comes to depreciation, unless |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

124

| | | |
|---|---|---|
| 05:45:14 | 1 | you make further investments, I don't think that would |
| 05:45:17 | 2 | change. |
| 05:45:17 | 3 | Q.   (By MR. OLSON)  Are there things in the |
| 05:45:24 | 4 | "Others" category of G&A that would not change? |
| 05:45:35 | 5 | MR. STEIGER:  Compound, overly broad, vague |
| 05:45:55 | 6 | and ambiguous. |
| 05:45:55 | 7 | A.   Well, in all actuality, when you look at |
| 05:45:57 | 8 | each of the months, I don't really think you're going |
| 05:45:59 | 9 | to see anything that really comes in the same for each |
| 05:46:04 | 10 | and every month because -- and I'm talking about for |
| 05:46:08 | 11 | each respective account category. |
| 05:46:12 | 12 | Q.   (By MR. OLSON)  I understand it fluctuates. |
| 05:46:14 | 13 | My question is, would the amount -- are any of the |
| 05:46:18 | 14 | amounts in "Others" an amount that would stay the same |
| 05:46:23 | 15 | even if STA sold another 100,000 units? |
| 05:47:00 | 16 | A.   Well, I don't think, first of all, the |
| 05:47:02 | 17 | notion of "staying the same" is quite appropriate as an |
| 05:47:05 | 18 | expression.  But to answer you, just because you have |
| 05:47:10 | 19 | extra sales, things don't increase proportionately, |
| 05:47:14 | 20 | hence, the term "indirect expenses." |
| 05:47:21 | 21 | Q.   The fact that they're indirect expenses |
| 05:47:24 | 22 | means they don't necessarily increase proportionately? |
| 05:47:45 | 23 | A.   Well, I don't mean that they're, therefore, |
| 05:47:47 | 24 | indirect expenses from that perspective; rather, they |
| 05:47:50 | 25 | are not variable expenses from that perspective is what |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

125

| | | |
|---|---|---|
| 05:47:52 | 1 | I'm saying, really. |
| 05:47:53 | 2 | Q.   The next set of categories are under heading |
| 05:48:00 | 3 | "Sales Expense." |
| 05:48:04 | 4 | A.   Yes. |
| 05:48:04 | 5 | Q.   How are these allocated to individual |
| 05:48:08 | 6 | products? |
| 05:48:14 | 7 | MR. STEIGER:  Compound, overly broad, vague |
| 05:48:17 | 8 | and ambiguous. |
| 05:48:17 | 9 | A.   Yes, could you, like, split them up? |
| 05:48:25 | 10 | Q.   (By MR. OLSON)  Okay.  How is logistics cost |
| 05:48:28 | 11 | allocated to individual products? |
| 05:49:01 | 12 | A.   Well, the overall basic concept in that |
| 05:49:03 | 13 | regard is that things are allocated in terms of the |
| 05:49:05 | 14 | overall extent of goods moved, that is, the volume. |
| 05:49:11 | 15 | Q.   By unit? |
| 05:49:12 | 16 | A.   No, no, cubic meters. |
| 05:49:24 | 17 | Q.   Did Samsung -- well, let me first come back |
| 05:49:35 | 18 | to this. |
| 05:49:36 | 19 | How are paid commissions allocated to |
| 05:49:38 | 20 | products? |
| 05:50:00 | 21 | A.   If there should happen to be some special |
| 05:50:04 | 22 | amounts paid with respect to a particular product, then |
| 05:50:07 | 23 | that would be directly attributed to said product.  But |
| 05:50:10 | 24 | otherwise, then it's as I spoke about earlier in that |
| 05:50:14 | 25 | it's a proportion of the revenue. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

126

| | | |
|---|---|---|
| 05:50:18 | 1 | Q.   What proportion of paid commissions are |
| 05:50:22 | 2 | indirect versus direct? |
| 05:50:24 | 3 | A.   What are the proportions?  Well, it's not |
| 05:50:58 | 4 | like they're preset or anything.  Again, it depends on |
| 05:51:02 | 5 | the expenses as have actually been recorded for each |
| 05:51:06 | 6 | and every instance.  Again, if there was something that |
| 05:51:09 | 7 | directly arose, then that would be directly attributed |
| 05:51:13 | 8 | to whatever product, and others, it would be |
| 05:51:15 | 9 | proportionately distributed and -- |
| | 10 | Q.   And would -- |
| 05:51:22 | 11 | A.   I'm sorry.  And that's the same for |
| 05:51:26 | 12 | marketing costs, too, by the way. |
| 05:51:27 | 13 | Q.   Would you need more detail on the paid |
| 05:51:29 | 14 | commission accounts to be able to determine which are |
| 05:51:31 | 15 | direct and which are indirect? |
| 05:51:44 | 16 | MR. STEIGER:  Overly broad, vague and |
| 05:51:45 | 17 | ambiguous. |
| 05:51:45 | 18 | A.   Now, if that's what you're asking about, |
| 05:52:08 | 19 | that would strike me as being something that's really |
| 05:52:10 | 20 | line-level oriented, meaning hands-on-level work, say, |
| 05:52:13 | 21 | on the part of those who handle the budget and on the |
| 05:52:17 | 22 | part of STA and such.  That's too detailed a level, in |
| 05:52:23 | 23 | other words, for me to possibly have any, say, role in. |
| 05:52:42 | 24 | I am here, sir, after all, hoping to explain |
| 05:52:45 | 25 | to you the overall principles and procedures as apply |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:52:49 | 1 | in these matters.  I am not here in order to provide |
| 05:52:51 | 2 | you with the various nitty-gritty details in terms of |
| 05:52:55 | 3 | the generation of certain numbers of the individual |
| 05:52:57 | 4 | particular items.  I'm not here as a clerk. |
| 05:53:02 | 5 | Q.   How is -- do paid commissions change with |
| 05:53:10 | 6 | each new unit sold? |
| 05:53:25 | 7 | A.   Ah, it would seem to me that I think we need |
| 05:53:27 | 8 | to be on the same page in terms of what this particular |
| 05:53:30 | 9 | term means.  Here, where it reads "Paid Commissions," |
| 05:53:38 | 10 | this is not in reference to sales commissions.  We're |
| 05:53:43 | 11 | not talking about rebates or sales commissions.  First |
| 05:53:48 | 12 | of all, there are expenses that are used by our regular |
| 05:53:53 | 13 | employees, and with respect to some of the work |
| 05:54:01 | 14 | involved, we outsource it into, let's say, agents or |
| 05:54:05 | 15 | whatever.  We engage third parties.  And these are |
| 05:54:12 | 16 | essentially contract costs to whom we've outsourced |
| 05:54:15 | 17 | work.  And in Korean parlance, this is, hmm, paid |
| 05:54:24 | 18 | commissions, literally. |
| 05:54:27 | 19 | LEAD INTERPRETER:  Quote-unquote. |
| 05:54:29 | 20 | THE WITNESS:  So, Mr. Interpreter, I suppose |
| 05:54:31 | 21 | you are capable of explaining to them that this does |
| 05:54:32 | 22 | not constitute sales commissions, right? |
| 05:54:35 | 23 | Q.   The -- |
| 05:54:37 | 24 | LEAD INTERPRETER:  Interjection, |
| 05:54:38 | 25 | interjection, the interpreter will note, and I'm sure |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

05:54:42  1   my good colleague that the Korean, as referenced by the

05:54:44  2   gentleman, is literally something that reads "paid

05:54:48  3   commissions."  The interpreter will preserve the

05:54:51  4   spelling on the record just to be safe, j-i, g-e-u-p,

05:55:00  5   s-u, s-u, r-y-o.

05:55:01  6          Q.   So paid commissions is compensation to human

05:55:15  7   beings?

05:55:15  8          A.   Well, it includes remunerations to people as

05:55:26  9   well as expenses as used by -- incurred by said

05:55:29  10  individuals or assets as may have been provided by such

05:55:36  11  individuals.  If -- should I cite an example?

05:55:48  12         Q.   That's okay.  I've got another question.

05:55:51  13              Are the commissions paid at certain levels

05:55:53  14  for individuals?

05:56:03  15              MR. STEIGER:  Vague and ambiguous, improper

05:56:05  16  and incomplete hypothetical.

05:56:15  17         A.   I do not believe I quite understand what you

05:56:17  18  mean when you say "certain levels."

05:56:19  19         Q.   When a salesperson sells in excess of a

05:56:22  20  certain threshold amount, he might get a commission,

05:56:24  21  but if he doesn't, you know, from zero to that amount,

05:56:27  22  he wouldn't get a commission?

05:56:51  23         A.   Well, sir, I just told you, I think, that

05:56:55  24  these are not sales commissions, but your question kind

05:56:57  25  of suggests to me that you are still understanding

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:56:59 | 1 | these to be a type of sales commissions. |
| 05:57:02 | 2 | Q.   Let me go to insurance.  How is insurance |
| 05:57:04 | 3 | allocated to the products? |
| 05:57:11 | 4 | A.   Mostly as a proportion of the revenue. |
| 05:57:14 | 5 | CHECK INTERPRETER:  Also, Mr. Olson, if I |
| 05:57:17 | 6 | may jump in.  Yeah, I had to mull over that "paid |
| 05:57:21 | 7 | commission" word, and I agree with the main interpreter |
| 05:57:24 | 8 | that it literally, it does mean "commission."  An |
| 05:57:31 | 9 | alternative translation might be "fees," and that seems |
| 05:57:36 | 10 | to make more sense. |
| 05:57:37 | 11 | LEAD INTERPRETER:  Well, if I may note for |
| 05:57:39 | 12 | the record, "ji-geup su-su-ryo" as preserved on the |
| 05:57:43 | 13 | record literally means -- "ji-geup su-su-ryo" -- |
| 05:57:47 | 14 | "commissions," and that is where this -- |
| 05:57:52 | 15 | CHECK INTERPRETER:  Agreed. |
| 05:57:53 | 16 | Q.   Would the total amount of insurance change |
| 05:57:59 | 17 | with a new 100,000 unit? |
| 05:58:10 | 18 | MR. STEIGER:  Improper and incomplete |
| 05:58:12 | 19 | hypothetical, vague and ambiguous. |
| 05:58:23 | 20 | A.   It is true that it is somewhat vague and |
| 05:58:32 | 21 | ambiguous.  It may or may or may not. |
| 05:58:34 | 22 | Q.   (By MR. OLSON)  What's included in the |
| 05:58:36 | 23 | "Others" category? |
| 05:58:56 | 24 | A.   That entails those small miscellaneous types |
| 05:59:04 | 25 | of amounts that we spoke -- from the chart of accounts |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

130

| | | |
|---|---|---|
| 05:59:05 | 1 | that we spoke about earlier, meaning things that have |
| 05:59:10 | 2 | been accrued throughout all the categories.  Now, on |
| 05:59:22 | 3 | occasion, sometimes the sum under the "Others" can |
| 05:59:27 | 4 | actually exceed the amounts that were distinguished up |
| 05:59:31 | 5 | front here, and the reason is because that is, after |
| 05:59:38 | 6 | all, a sum total of actually quite a few categories. |
| 05:59:48 | 7 | Q.   And are they directly allocated or |
| 05:59:51 | 8 | indirectly allocated? |
| 05:59:58 | 9 | MR. STEIGER:  Compound, overly broad. |
| 05:59:59 | 10 | A.   Well, for the most part, to say that they |
| 06:00:08 | 11 | get allocated at all means that they are indirect. |
| 06:00:17 | 12 | Q.   (By MR. OLSON)  And just a moment ago, were |
| 06:00:19 | 13 | you saying "charter accounts" or "chart of accounts"? |
| 06:00:29 | 14 | A.   COA, chart of accounts. |
| 06:00:46 | 15 | Q.   Are there any royalty payments included in |
| 06:00:48 | 16 | paid commissions? |
| 06:01:00 | 17 | A.   No, there are not. |
| 06:01:01 | 18 | Q.   Where do royalties appear? |
| 06:01:12 | 19 | A.   Royalties are included within COGS. |
| 06:01:31 | 20 | Q.   In the "Others" category, are these direct |
| 06:01:36 | 21 | or indirect costs? |
| 06:01:42 | 22 | MR. STEIGER:  Compound, vague and ambiguous. |
| 06:01:43 | 23 | A.   They're mostly indirect. |
| 06:01:52 | 24 | Q.   (By MR. OLSON)  Turning, then, to line 49. |
| 06:02:05 | 25 | A.   Of the respective model, right? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

131

| | | |
|---|---|---|
| 06:02:08 | 1 | Q. Either way will work. |
| 06:02:13 | 2 | A. All right. |
| 06:02:13 | 3 | Q. That's cost of goods sold at the |
| 06:02:16 | 4 | manufacturing entity, correct? |
| 06:02:17 | 5 | A. Yes, that's correct. |
| 06:02:28 | 6 | Q. And does that include both material costs |
| 06:02:30 | 7 | and manufacturing costs? |
| 06:02:32 | 8 | A. Yes, that's correct. |
| 06:02:38 | 9 | Q. And are the material costs calculated based |
| 06:02:41 | 10 | on the use of standard costs? |
| 06:02:52 | 11 | MR. STEIGER: And I believe your question |
| 06:02:53 | 12 | now is intruding into the area that we had outlined |
| 06:02:57 | 13 | earlier. |
| 06:03:04 | 14 | MR. OLSON: And so if I ask the same set of |
| 06:03:06 | 15 | questions, we get the same instructions, right? |
| 06:03:08 | 16 | MR. STEIGER: If you ask the questions that |
| 06:03:09 | 17 | way. If you want to ask him about what the various |
| 06:03:17 | 18 | components of cost of goods sold are, such as royalties |
| 06:03:20 | 19 | you asked about, I mean, you can ask him about other |
| 06:03:23 | 20 | components. |
| 06:03:29 | 21 | A. Okay. Let me answer you. I do not |
| 06:03:35 | 22 | understand as to why you need to ask this particular |
| 06:03:37 | 23 | question, but the way you calculate the material costs |
| 06:03:46 | 24 | are as follows. There, on the one hand, is a way to do |
| 06:03:52 | 25 | it based upon actual costs, and another way to do it is |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

132

| | | |
|---|---|---|
| 06:04:01 | 1 | to use standard costs and to adjust as to the |
| 06:04:05 | 2 | difference thereof.  And those are both generally |
| 06:04:13 | 3 | acceptable under accounting principles.  And I will |
| 06:04:20 | 4 | simply tell you that we employ one of those methods. |
| 06:04:26 | 5 | Q.   But not which one? |
| 06:04:30 | 6 | A.   Right, I don't think I'm required to tell |
| 06:04:38 | 7 | that. |
| 06:04:38 | 8 | MR. OLSON:  I assume you're instructing on |
| 06:04:39 | 9 | it. |
| 06:04:39 | 10 | MR. STEIGER:  Yes. |
| 06:04:47 | 11 | Q.   (By MR. OLSON)  What else other -- |
| 06:04:48 | 12 | THE WITNESS:  You are instructing me on |
| 06:04:49 | 13 | that? |
| 06:04:50 | 14 | MR. STEIGER:  Yes. |
| 06:04:51 | 15 | Q.   (By MR. OLSON)  What else other than |
| 06:04:52 | 16 | material costs and manufacturing costs are included in |
| 06:04:55 | 17 | cost of goods sold in line item 49? |
| 06:05:11 | 18 | A.   Nothing. |
| 06:05:12 | 19 | Q.   Are any of the manufacturing costs indirect? |
| 06:05:26 | 20 | A.   Yes. |
| 06:05:27 | 21 | Q.   Which ones? |
| 06:05:28 | 22 | A.   All the costs associated with the supporting |
| 06:05:37 | 23 | staff associated with the factory, those are all |
| 06:05:39 | 24 | indirect costs. |
| 06:05:39 | 25 | Q.   What proportion of cost of goods sold does |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:05:43 | 1 | that make up? |
| 06:05:55 | 2 | A.   Right now, I don't recall and, as such, I am |
| 06:05:59 | 3 | not going to be able to tell you what proportion it |
| 06:06:01 | 4 | amounts to. |
| 06:06:01 | 5 | Q.   Would you be able to tell that by looking -- |
| 06:06:04 | 6 | LEAD INTERPRETER:  "Proportion it amounts |
| 06:06:05 | 7 | to." |
| 06:06:05 | 8 | Q.   Would you be able to tell that by looking at |
| 06:06:07 | 9 | the data at the level of the chart of accounts? |
| 06:06:20 | 10 | MR. STEIGER:  Vague and ambiguous. |
| 06:06:28 | 11 | A.   Well, if I were to further look into it, I |
| 06:06:30 | 12 | suppose I might be able to tell you about that, but I'm |
| 06:06:33 | 13 | not too sure if that's really something that I need to |
| 06:06:36 | 14 | answer. |
| 06:06:36 | 15 | Q.   (By MR. OLSON)  You would need more detail |
| 06:06:39 | 16 | about the information that makes up the amount in order |
| 06:06:44 | 17 | to determine which -- what's the amount, what |
| 06:06:47 | 18 | proportion is indirect? |
| 06:07:09 | 19 | A.   Yes. |
| 06:07:10 | 20 | Q.   Did Samsung build any new facilities to |
| 06:07:14 | 21 | accomplish the sales that are reflected in 2010 and |
| 06:07:18 | 22 | 2011 in Exhibit 2440? |
| 06:07:39 | 23 | MR. STEIGER:  Vague and ambiguous. |
| 06:07:41 | 24 | A.   Well, if you're asking as to new facilities, |
| 06:07:53 | 25 | we're putting in new facilities every year, every |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:07:55 | 1 | instance. |
| 06:07:59 | 2 | Q.   (By MR. OLSON)  Were there any facilities |
| 06:08:00 | 3 | specifically added in order to make the sales that are |
| 06:08:04 | 4 | reflected in Exhibit 2440? |
| 06:08:24 | 5 | MR. STEIGER:  Overly broad, compound, vague |
| 06:08:36 | 6 | and ambiguous. |
| 06:08:36 | 7 | A.   Well, sir, you'd have to assume that, for |
| 06:08:38 | 8 | the most part, all facilities are sales-related |
| 06:08:44 | 9 | facilities and investments.  In fact, you would be |
| 06:08:48 | 10 | hard-pressed to find something that wasn't. |
| 06:08:51 | 11 | Q.   (By MR. OLSON)  If you look at lines 50 to |
| 06:08:54 | 12 | 53, do these refer to the same things that they refer |
| 06:09:01 | 13 | to above at lines 13 to 15?  Or maybe it's 14 to 16. |
| 06:09:26 | 14 | A.   Yes, indeed, they are talking about the same |
| 06:09:28 | 15 | kinds of things, but pertaining to a different entity. |
| 06:09:29 | 16 | Q.   To the manufacturing entity? |
| 06:09:31 | 17 | A.   Well, no, this time they are talking about |
| 06:09:40 | 18 | the manufacturing entity.  Earlier, we were looking at |
| 06:09:42 | 19 | a sales entity. |
| 06:09:42 | 20 | Q.   And are all of them allocated based on |
| 06:09:53 | 21 | revenue? |
| 06:09:53 | 22 | A.   Well, a lot of them are like that, but not |
| 06:10:01 | 23 | with respect to everything. |
| 06:10:04 | 24 | Q.   And which items inside of lines 51 to 53 are |
| 06:10:10 | 25 | not allocated based on revenue? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

135

| | | |
|---|---|---|
| 06:10:16 | 1 | LEAD INTERPRETER:  Did Counsel say 50 |
| 06:10:17 | 2 | through 53?  With that understanding, thank you. |
| 06:10:30 | 3 | MR. STEIGER:  Compound. |
| 06:10:37 | 4 | A.   There is a misnomer about your question. |
| 06:10:53 | 5 | With respect to these categories here, this is the way |
| 06:10:56 | 6 | you store the results of calculations when you want to |
| 06:11:00 | 7 | store them in a compressed form.  The original costs, |
| 06:11:22 | 8 | expenses, arise with respect to each of the account |
| 06:11:24 | 9 | categories under the chart of accounts as we talked |
| 06:11:27 | 10 | about earlier and within each of the departments. |
| 06:11:57 | 11 | And in terms of the allocation of such |
| 06:11:58 | 12 | expenses, you go about defining the purpose as to such |
| 06:12:04 | 13 | usages with respect to each of those categories, those |
| 06:12:08 | 14 | departments, and you set those allocation standards to |
| 06:12:15 | 15 | be different from one another and do so further with |
| 06:12:19 | 16 | respect to each of the -- or down to the model level. |
| 06:12:33 | 17 | And in reaching down to the model level in |
| 06:12:36 | 18 | allocating these costs, sometimes you can do it in one |
| 06:12:41 | 19 | level, meaning in one fell swoop, or sometimes you |
| 06:12:43 | 20 | might do that in successive steps ultimately reaching |
| 06:12:47 | 21 | down to the model level. |
| 06:13:03 | 22 | And the fact of the matter is, therefore, |
| 06:13:06 | 23 | what we see here as recorded here happened to be the |
| 06:13:09 | 24 | final compressed results of the calculations and, |
| 06:13:13 | 25 | therefore, if you ask me as to the criteria involved in |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:13:17 | 1 | the allocation of such costs, I can only say that it |
| 06:13:21 | 2 | includes many different criteria. |
| 06:13:23 | 3 | Q.   Does it ultimately, as to these costs for |
| 06:13:27 | 4 | G&A expense, involve a final allocation by revenue? |
| 06:13:50 | 5 | A.   That is right.  Finally, at the final end, a |
| 06:13:56 | 6 | lot of them, I would say for the most part, they are |
| 06:13:58 | 7 | allocated by revenue, yes. |
| 06:14:03 | 8 | Q.   Look at line 55, it says "Marketing" under |
| 06:14:09 | 9 | "Manufacturing." |
| 06:14:11 | 10 | A.   Yes. |
| 06:14:14 | 11 | Q.   How is marketing allocated to specific |
| 06:14:16 | 12 | products? |
| 06:14:17 | 13 | A.   Well, for starters -- well, you know, at the |
| 06:14:35 | 14 | end of the day, it is correct that they are allocated |
| 06:14:39 | 15 | on a revenue basis when going towards in terms of |
| 06:14:48 | 16 | models.  But if that particular model -- and by the |
| 06:14:54 | 17 | way, it's not that costs get attributed to the overall |
| 06:15:00 | 18 | model, for instance, what I'm getting at is this, if |
| 06:15:12 | 19 | there is a regional marketing, say, arm that is in |
| 06:15:17 | 20 | charge of handling China, then those costs will all be |
| 06:15:31 | 21 | added up and be attributed only to those sales that |
| 06:15:37 | 22 | were made vis-a-vis China.  And U.S.-related costs and |
| 06:15:48 | 23 | expenses will be attributable only to U.S.-related |
| 06:15:52 | 24 | revenue.  Worldwide-related costs will be allocated on |
| 06:16:00 | 25 | a worldwide basis. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

137

| | | |
|---|---|---|
| 06:16:08 | 1 | But, for the most part, with the rest, that |
| 06:16:13 | 2 | is with respect to most of the models, it is correct |
| 06:16:15 | 3 | that expenses are allocated based upon the revenue. |
| 06:16:21 | 4 | Q.   And what proportion, if any, of the |
| 06:16:25 | 5 | marketing costs vary with the sale of another 100,000 |
| 06:16:31 | 6 | units? |
| 06:16:49 | 7 | MR. STEIGER:  Improper and incomplete |
| 06:16:50 | 8 | hypothetical, vague and ambiguous, calls for |
| 06:17:06 | 9 | speculation. |
| 06:17:06 | 10 | A.   As I mentioned earlier, these things in |
| 06:17:08 | 11 | terms of proportions between indirect versus direct |
| 06:17:12 | 12 | expenses, those aren't things that I have, you know, at |
| 06:17:17 | 13 | the tip of my tongue.  I don't happen to know these by |
| 06:17:21 | 14 | heart. |
| 06:17:21 | 15 | Q.   (By MR. OLSON)  You need more detail on |
| 06:17:28 | 16 | what's adding up? |
| 06:17:42 | 17 | A.   No, no, even if I had further detail as to |
| 06:17:47 | 18 | these various costs and what have you, I would not be |
| 06:17:49 | 19 | able to know, because you actually need to get down to |
| 06:17:53 | 20 | each of the respective, say, aspects when actually |
| 06:17:59 | 21 | doing this work and putting this together and then go |
| 06:18:02 | 22 | back and sort of extrapolate and so forth. |
| 06:18:04 | 23 | Q.   Do "Paid Commissions," "Insurance" and |
| 06:18:07 | 24 | "Others" refer to the same things that they refer to |
| 06:18:11 | 25 | above with STA? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

138

06:18:20    1        A.   Yes, that's correct.

06:18:21    2             CHECK INTERPRETER:  And I'm sorry,

06:18:23    3   Mr. Olson, as to the prior rendition, the checker's

06:18:26    4   rendition of what's been rendered as "extrapolate"

06:18:30    5   would be "drill further" or "done further"

06:18:46    6   meaning . . .

06:18:48    7             (Interpreters conferring.)

06:19:08    8             MR. OLSON:  I'm actually okay with

06:19:13    9   having them both on the record.

06:19:14   10        Q.   The R&D expense line, it's broken down into

06:19:22   11   three categories then, correct?

06:19:24   12        A.   Yes.

06:19:26   13        Q.   And is labor costs what is paid to Samsung's

06:19:30   14   various engineers?

06:19:44   15        A.   Well, it's labor costs for the particular

06:19:47   16   individuals who belong to the particular respective

06:19:49   17   department.

06:19:50   18        Q.   The department being research and

06:19:53   19   development?

06:19:54   20        A.   Yes.

06:19:54   21        Q.   What's included in "Other" under R&D

06:20:01   22   expense?

06:20:14   23        A.   Those would now be the actual R&D-related

06:20:19   24   expenses sans the labor costs and depreciation costs.

06:20:24   25        Q.   Sans meaning eliminating?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

139

| | | |
|---|---|---|
| 06:20:29 | 1 | LEAD INTERPRETER:  Less.  Less than, yes, by |
| 06:20:31 | 2 | the interpreter. |
| 06:20:42 | 3 | Q.   How are the labor costs allocated to the |
| 06:20:47 | 4 | products? |
| 06:21:16 | 5 | A.   Well, there are definitions with respect to |
| 06:21:21 | 6 | each product in terms of the allocation to be made, |
| 06:21:28 | 7 | allocations to be made, meaning each of those is |
| 06:21:32 | 8 | defined.  But at the end of the day, the allocation is |
| 06:21:38 | 9 | done on a revenue basis. |
| 06:21:39 | 10 | Q.   And are all of the R&D costs indirect costs? |
| 06:21:47 | 11 | A.   They're actually direct costs, but they are |
| 06:22:00 | 12 | treated as though they were indirect costs.  The reason |
| 06:22:08 | 13 | for that is because you end up incurring the |
| 06:22:19 | 14 | development costs during advanced development work |
| 06:22:21 | 15 | prior to the actual making of the product meaning, |
| 06:22:31 | 16 | while you're going through the expenditure of those |
| 06:22:34 | 17 | development expenses, you're not presently |
| 06:22:37 | 18 | manufacturing the respective model.  Therefore, to |
| 06:22:51 | 19 | essentially hold things without expensifying and then |
| 06:22:59 | 20 | later on allocating those things in terms of the |
| 06:23:02 | 21 | revenue, that is something that goes against GAAP |
| 06:23:07 | 22 | principles. |
| 06:23:09 | 23 | CHECK INTERPRETER:  I'm sorry.  Before you |
| 06:23:10 | 24 | go on, the checker's rendition of what's been rendered |
| 06:23:12 | 25 | as "advanced development work" would be "advance of |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

140

| | | |
|---|---|---|
| 06:23:19 | 1 | manufacture." |
| 06:23:21 | 2 | MR. OLSON:  As in advance of manufacture? |
| 06:23:25 | 3 | CHECK INTERPRETER:  Right, as in the |
| 06:23:26 | 4 | research and development would be before the |
| 06:23:28 | 5 | manufacturing takes place. |
| 06:23:31 | 6 | Q.   (By MR. OLSON)  So for purposes of the |
| 06:23:33 | 7 | allocations to the products that are reflected here, is |
| 06:23:36 | 8 | it the case that the total R&D costs for all projects, |
| 06:23:42 | 9 | including those that are coming in the future and those |
| 06:23:47 | 10 | that exist presently, are allocated across all the |
| 06:23:51 | 11 | products based on revenue? |
| 06:24:22 | 12 | A.   When you say those coming in the future, |
| 06:24:37 | 13 | what do you mean? |
| 06:24:39 | 14 | Q.   Well, let me see if I can simplify it. |
| 06:24:41 | 15 | For purposes of the allocation that's done in |
| 06:24:48 | 16 | Exhibit 2440 of R&D costs to individual products, does |
| 06:24:56 | 17 | this reflect an allocation of all R&D costs incurred |
| 06:25:05 | 18 | then allocated based on revenue? |
| 06:25:09 | 19 | A.   The answer is no if by that you mean to ask |
| 06:25:33 | 20 | if all R&D costs are allocated with respect to all |
| 06:25:37 | 21 | revenue figures, but under GAAP principles, any |
| 06:25:52 | 22 | expenses as accrued must be attributed, that is, must |
| 06:25:55 | 23 | be allocated to -- must be allocated.  Must be |
| 06:26:06 | 24 | allocated. |
| 06:26:26 | 25 | And it so happens that the time of when those |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

141

| | | |
|---|---|---|
| 06:26:28 | 1 | costs were accrued, that is, when the costs were |
| 06:26:32 | 2 | incurred versus the time of manufacture or sales, they |
| 06:26:37 | 3 | differ, right?  And therefore, you only have the choice |
| 06:26:39 | 4 | of attributing such expenses to different models from a |
| 06:26:46 | 5 | different time period, right. |
| 06:26:53 | 6 |     Q.   So Samsung expenses its R&D cost as it |
| 06:26:55 | 7 | incurs it, correct? |
| 06:27:06 | 8 |           CHECK INTERPRETER:  And I'm sorry, before |
| 06:27:08 | 9 | the answer comes out, just so that the record is clear, |
| 06:27:14 | 10 | checker believes what's been rendered as -- towards the |
| 06:27:20 | 11 | end of the prior rendition, it says that, "such |
| 06:27:24 | 12 | expenses to different models," and the checker believes |
| 06:27:28 | 13 | that it should be rendered as "such expenses to a |
| 06:27:33 | 14 | different time period," so thus not having that phrase |
| 06:27:39 | 15 | "different models" in there. |
| 06:27:41 | 16 |           LEAD INTERPRETER:  You misread, "different |
| 06:27:43 | 17 | models from a different time period," so it was there, |
| 06:27:45 | 18 | actually. |
| 06:27:46 | 19 |           CHECK INTERPRETER:  Right, I understand. |
| 06:27:47 | 20 | I'm just concerned that it would come out as if the |
| 06:27:53 | 21 | attribution is made as to different models. |
| 06:27:55 | 22 |     Q.   Let me try restating my question. |
| 06:27:57 | 23 |           Samsung expenses its R&D cost as it incurs |
| 06:28:03 | 24 | it; is that correct? |
| 06:28:14 | 25 |     A.   Mostly, that is the case. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:28:16 | 1 | Q. And so if Samsung were today working on a |
| 06:28:23 | 2 | Galaxy III phone, it would expense that as it's |
| 06:28:27 | 3 | incurring it in the present period? |
| 06:28:42 | 4 | MR. STEIGER: Improper and incomplete |
| 06:28:46 | 5 | hypothetical, vague and ambiguous. |
| 06:28:51 | 6 | A. Well, that's pretty correct, right, because |
| 06:29:02 | 7 | if people were working on that right now, in the here |
| 06:29:06 | 8 | and now, then you're incurring labor costs, right. |
| 06:29:10 | 9 | Q. (By MR. OLSON) And then those labor costs |
| 06:29:12 | 10 | would be allocated among all the products that are |
| 06:29:14 | 11 | currently being sold? |
| 06:29:28 | 12 | A. Yes, that's correct. |
| 06:29:42 | 13 | LEAD INTERPRETER: Could we take a short |
| 06:29:43 | 14 | coffee break, please? |
| 06:29:44 | 15 | MR. OLSON: Yeah, let's do that. |
| 06:29:46 | 16 | LEAD INTERPRETER: Thank you. |
| 06:29:46 | 17 | VIDEOGRAPHER: Going off the record. The |
| 06:29:47 | 18 | time is 6:29. |
| 06:29:49 | 19 | (Recess taken.) |
| 06:43:22 | 20 | VIDEOGRAPHER: Back on the record. The time |
| 06:43:37 | 21 | is 6:42. |
| 06:43:41 | 22 | Q. (By MR. OLSON) Mr. Sim, earlier I was |
| 06:43:43 | 23 | asking you a question about HQ direct sales that appear |
| 06:43:52 | 24 | on line 46. |
| 06:43:54 | 25 | A. Yes. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

143

| | | |
|---|---|---|
| 06:43:54 | 1 | Q.   Where is the cost of goods sold that's |
| 06:44:00 | 2 | associated with those sales? |
| 06:44:01 | 3 | A.   Sir, if you look at this, you'll see either |
| 06:44:20 | 4 | SECA, S-E-C-A, or others or -- SECA, others, and HQ |
| 06:44:30 | 5 | direct sales, right?  These represent sales vis-a-vis |
| 06:44:46 | 6 | sales other than the United States, therefore, they |
| 06:44:48 | 7 | don't pertain to the U.S., so we did not bother |
| 06:44:53 | 8 | reflecting things here. |
| 06:44:57 | 9 | Q.   Where do the manufacturing costs associated |
| 06:45:00 | 10 | with those sales appear? |
| 06:45:10 | 11 | MR. STEIGER:  Assumes facts. |
| 06:45:11 | 12 | A.   They are not reflected here. |
| 06:45:21 | 13 | Q.   (By MR. OLSON)  When you said they're not |
| 06:45:23 | 14 | reflected here, they're not anywhere in these |
| 06:45:26 | 15 | spreadsheets? |
| 06:45:32 | 16 | A.   That is correct.  And just to further |
| 06:45:54 | 17 | elaborate, to speak in terms of the sales entities, |
| 06:45:58 | 18 | when it comes to SEA and STA, there are COGS figures |
| 06:46:03 | 19 | reflected; however, with respect to these over here, |
| 06:46:07 | 20 | there are none. |
| 06:46:10 | 21 | Q.   When you say, "with respect to these, there |
| 06:46:13 | 22 | are none," what do you mean? |
| 06:46:14 | 23 | A.   By that, I'm talking about how things |
| 06:46:27 | 24 | pertaining to the HQ direct sales here, starting with |
| 06:46:31 | 25 | the very top STA and all that, those all pertain to the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

144

| | | |
|---|---|---|
| 06:46:36 | 1 | sales entities.  So when you look at the other sales |
| 06:46:41 | 2 | entities, you will see things in terms of COGS and |
| 06:46:47 | 3 | other things, particularly expenses.  But for SECA, |
| 06:46:59 | 4 | others, and HQ direct sales, we only reflected |
| 06:47:03 | 5 | quantities and revenue figures.  Therefore, looking at |
| 06:47:12 | 6 | it from that perspective, the COGS and operating |
| 06:47:17 | 7 | expenses that you would see -- that we see in terms of |
| 06:47:21 | 8 | the sales entities, those types of things have not been |
| 06:47:30 | 9 | reflected with respect to these over here is what I |
| 06:47:32 | 10 | mean. |
| 06:47:33 | 11 | Q.   So are there no costs associated with those |
| 06:47:40 | 12 | sales incorporated into the manufacturing section that |
| 06:47:44 | 13 | follows below it? |
| 06:47:45 | 14 | A.   My understanding is that it is included in |
| 06:48:15 | 15 | terms of things on the supply side, that is, in terms |
| 06:48:18 | 16 | of the manufacturing entities as are the quantities |
| 06:48:25 | 17 | also included, for instance. |
| 06:48:31 | 18 | Q.   So is it correct that the line items from 50 |
| 06:48:38 | 19 | to 62 in the manufacturing section incorporate costs |
| 06:48:53 | 20 | that are associated with the SECA, others, and HQ |
| 06:48:59 | 21 | direct sales items? |
| 06:49:19 | 22 | MR. STEIGER:  Compound, overly broad, vague |
| 06:49:21 | 23 | and ambiguous. |
| 06:49:21 | 24 | A.   In order to confirm that for certain, I |
| 06:49:32 | 25 | think I'd have to basically look into this one more |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:49:34 | 1 | time.  But within the extent of my understanding, since |
| 06:50:05 | 2 | these three also constitute sales entities, and since |
| 06:50:09 | 3 | manufacturing does provide product to them, the point |
| 06:50:13 | 4 | is that quantity, sales, COGS, and operating expenses |
| 06:50:16 | 5 | are all included.  It is not to say that only COGS |
| 06:50:20 | 6 | would be included. |
| 06:50:20 | 7 | Q.   (By MR. OLSON)  Did you find something on |
| 06:50:51 | 8 | Exhibit 1920 that helps to answer that question? |
| 06:50:58 | 9 | A.   Well, I mean, they are all the same reports, |
| 06:51:01 | 10 | but this is a little wider, so it's easier on the eye. |
| 06:51:04 | 11 | Q.   All I'm asking is, did looking at 1920 help |
| 06:51:08 | 12 | you to come to an answer on that question? |
| 06:51:14 | 13 | A.   Yes. |
| 06:51:17 | 14 | Q.   And does it change your answer in any way? |
| 06:51:19 | 15 | A.   No, my answer, the one I just gave you, is |
| 06:51:27 | 16 | correct. |
| 06:51:28 | 17 | Q.   If you'll look at Exhibit 2440. |
| 06:51:37 | 18 | A.   All right. |
| 06:51:38 | 19 | Q.   And actually, this may be -- I think it |
| 06:51:41 | 20 | appears the same way in 1920, and it may be easier to |
| 06:51:44 | 21 | read that way, so . . . |
| 06:51:58 | 22 | A.   Well, indeed, this is a little more |
| 06:52:00 | 23 | detailed, and one page is split up into various, you |
| 06:52:02 | 24 | know, subpages, so it's a little trickier to make |
| 06:52:05 | 25 | through.  And the question that you just asked is not |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

146

| | | |
|---|---|---|
| 06:52:13 | 1 | with respect to some detailed level things, it's sort |
| 06:52:16 | 2 | of an overall thing, so this one over here is easier to |
| 06:52:24 | 3 | read, in other words. |
| 06:52:25 | 4 | Q.   Right.  And so if you look at the Epic 4G |
| 06:52:30 | 5 | tab . . . |
| 06:52:36 | 6 | MR. STEIGER:  Of which -- what are we |
| 06:52:37 | 7 | looking at, 1920? |
| 06:52:38 | 8 | MR. OLSON:  At Exhibit 1920. |
| 06:52:47 | 9 | MR. STEIGER:  What page? |
| 06:52:48 | 10 | A.   Okay.  I'm looking at it. |
| 06:52:53 | 11 | MR. STEIGER:  What page is that? |
| 06:52:54 | 12 | MR. OLSON:  It doesn't have a page number on |
| 06:52:55 | 13 | it, it just says "Epic 4G" at the top. |
| 06:52:57 | 14 | MR. STEIGER:  Okay.  I got it. |
| 06:53:00 | 15 | THE WITNESS:  It's the fourth page. |
| 06:53:01 | 16 | MR. STEIGER:  Got it. |
| 06:53:06 | 17 | Q.   (By MR. OLSON)  Mr. Sim, if you'll look at |
| 06:53:08 | 18 | August and September of 2011. |
| 06:53:18 | 19 | A.   All right. |
| 06:53:18 | 20 | Q.   Do you see that it includes negative sales |
| 06:53:22 | 21 | at STA in both of those periods? |
| 06:53:32 | 22 | A.   Yes. |
| 06:53:33 | 23 | Q.   And it includes nothing in the manufacturing |
| 06:53:35 | 24 | section? |
| 06:53:41 | 25 | A.   Yes. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

147

06:53:41   1        Q.   Why does it include nothing in the

06:53:43   2   manufacturing section?

06:53:43   3        A.   Well, while I would not ultimately know as

06:54:07   4   to the real meaning, the real reason why that is the

06:54:10   5   case, just judging from the way the spreadsheet reads,

06:54:16   6   it would seem to suggest that it's because there was no

06:54:19   7   manufacturing taking place.

06:54:26   8             And further, when you look at the sales

06:54:30   9   records, the quantity pales by comparison to, say,

06:54:35   10  let's say, July, it's but a small quantity that they

06:54:38   11  sold, and you'd see negative sales amounts.  And what

06:54:55   12  that means is that in comparison to whatever you

06:54:57   13  actually manage to sell, you tend to have, say, more

06:55:01   14  returns or basically reverses as to figures.  And it

06:55:11   15  would appear that maybe two months hence, they start

06:55:14   16  reporting more sales.

06:55:17   17       Q.   And do you know the real reason why there's

06:55:20   18  no information in the manufacturing section or why

06:55:26   19  there appears to be no sales in August or September?

06:55:41   20            MR. STEIGER:  Objection, compound, vague and

06:55:44   21  ambiguous, misstates prior testimony.

06:55:51   22       A.   No, that, I'd have to look into.

06:55:54   23       Q.   (By MR. OLSON)  I want to go back to the

06:56:05   24  question about gross margin for a moment.

06:56:11   25       A.   All right.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

148

| | | |
|---|---|---|
| 06:56:12 | 1 | Q.   And if we to use the first quarter of 2011 |
| 06:56:20 | 2 | for this purpose, do you see that the quantity in the |
| 06:56:29 | 3 | first quarter is different in the STA section than it |
| 06:56:35 | 4 | is in the manufacturing section? |
| 06:56:57 | 5 | A.   When you say they're different, what do you |
| 06:56:58 | 6 | mean? |
| 06:57:00 | 7 | Q.   Well, one is 367414, do you see that? |
| 06:57:09 | 8 | A.   Yes. |
| 06:57:10 | 9 | Q.   And in the manufacturing section, it's |
| 06:57:15 | 10 | 338210. |
| 06:57:17 | 11 | A.   Yes. |
| 06:57:17 | 12 | Q.   Given that difference, is it still correct |
| 06:57:24 | 13 | that you can calculate the gross margin by taking the |
| 06:57:27 | 14 | sales number of 178949187 and subtracting the COGS |
| 06:57:33 | 15 | number of 95481777? |
| 06:58:11 | 16 | A.   Well, it depends on to what use, to what end |
| 06:58:14 | 17 | you intend to do that. |
| 06:58:18 | 18 | Q.   In order to determine what the gross margin |
| 06:58:20 | 19 | was for all of the Samsung entities together with |
| 06:58:26 | 20 | respect to the sales made in the first quarter at STA. |
| 06:59:07 | 21 | A.   The answer is basically yes, but your -- the |
| 06:59:12 | 22 | thrust of your question is a little unclear to me, so |
| 06:59:14 | 23 | let me ask you back something. |
| 06:59:15 | 24 |      Let's say the overall sales amount is greater |
| 06:59:18 | 25 | than the manufactured amount, okay? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:59:29 | 1 | Q.   Okay. |
| 06:59:30 | 2 | A.   So the sales quantities exceed the |
| 06:59:33 | 3 | manufactured quantities, and that being the case, if |
| 06:59:50 | 4 | you were to simply subtract the COGS figure from the |
| 06:59:54 | 5 | sales figure, then the per-unit gross margin would tend |
| 06:59:56 | 6 | to look greater, right? |
| 06:59:59 | 7 | Q.   Okay. |
| 07:00:09 | 8 | A.   But now, the opposite situation in which the |
| 07:00:11 | 9 | sales quantities are smaller and the manufactured |
| 07:00:15 | 10 | quantities are greater, if you were to deduct the COGS |
| 07:00:27 | 11 | figure from the manufacturing costs from the sales |
| 07:00:33 | 12 | figure, then the amount could reach into the negative, |
| 07:00:36 | 13 | right?  And that is notwithstanding the fact that there |
| 07:00:46 | 14 | is a gross margin with respect to each unit, right? |
| 07:00:51 | 15 | Q.   I think you're right, which is why I have |
| 07:00:52 | 16 | the question:  How can I use the information that's |
| 07:00:56 | 17 | presented in the spreadsheet to determine what the |
| 07:00:59 | 18 | accurate gross margin is for sales by STA in the first |
| 07:01:06 | 19 | quarter? |
| 07:01:43 | 20 | A.   Well, to do things in the normal way, you |
| 07:01:45 | 21 | would want to reflect only the sales on the part of the |
| 07:01:48 | 22 | sales entity, and you would want to add together for |
| 07:01:57 | 23 | the COGS figures the COGS figures for both the sales |
| 07:02:01 | 24 | entity as well as the manufacturing entity, and you |
| 07:02:11 | 25 | would then want to deduct from the COGS figures the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

150

| | | |
|---|---|---|
| 07:02:16 | 1 | sales amounts, you would want to deduct sales amounts |
| 07:02:29 | 2 | belonging to the manufacturing entity from the COGS |
| 07:02:34 | 3 | figure, then you would get the gross margin. |
| 07:02:38 | 4 | Q.   And how can I do that with the information |
| 07:02:41 | 5 | that's presented here? |
| 07:02:51 | 6 | A.   Okay.  Then let me use the one here with the |
| 07:02:54 | 7 | column numbers using the same Epic 4G, all right?  So |
| 07:03:04 | 8 | here in line item 10 would be the sales amount.  Oh, |
| 07:03:17 | 9 | actually, here, you can do things simply by just adding |
| 07:03:20 | 10 | the sales amounts as shown in line 10 and line 26 |
| 07:03:24 | 11 | together, or you can just use line item 7 because |
| 07:03:32 | 12 | that's the line that indicates the sum total of the |
| 07:03:36 | 13 | sales on the part of the entities, sales entities, all |
| 07:03:40 | 14 | right? |
| 07:03:40 | 15 | Q.   And how do I deal with the cost of goods |
| 07:03:43 | 16 | sold? |
| 07:03:43 | 17 | A.   Now, as for the COGS figures, you add 11 and |
| 07:03:51 | 18 | 27.  Okay.  Here, so you add 27 and then what's the |
| 07:04:28 | 19 | number for the sales category for manufacturing?  Oh, |
| 07:04:31 | 20 | okay, it's line 10 and then you add, let's see, line |
| 07:04:38 | 21 | 48 -- no, no, line 49, yeah, line 49 and you deduct |
| 07:04:48 | 22 | line 48 from COGS. |
| 07:04:57 | 23 | Q.   And you can do all of that even though the |
| 07:04:58 | 24 | quantities aren't the same? |
| 07:05:12 | 25 | A.   Well, when you do that, you do obtain the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 07:05:17 | 1 | combined gross margin, but you do not obtain the |
| 07:05:20 | 2 | consolidated gross margin. |
| 07:05:23 | 3 | Q.   Is it -- |
| 07:05:24 | 4 | A.   In order to obtain the consolidated gross |
| 07:05:29 | 5 | margin, the difference between the manufactured |
| 07:05:38 | 6 | quantities versus the sold quantities constitute your |
| 07:05:41 | 7 | stock and trade, your inventory.  Therefore, in order |
| 07:05:51 | 8 | to come up with the consolidated gross margin, you need |
| 07:05:55 | 9 | to look at the manufacturing entity's profit with |
| 07:06:00 | 10 | respect to the stock and trade on the part of the sales |
| 07:06:03 | 11 | entity.  You need to basically go about eliminating |
| 07:06:08 | 12 | that amount; however, we do not perform that on a |
| 07:06:16 | 13 | per-model basis.  And to my understanding, if I |
| 07:06:25 | 14 | understand correctly, none of the other, say, entities |
| 07:06:31 | 15 | do it on a per-model basis, either. |
| 07:06:34 | 16 | Q.   Can it be done -- |
| 07:06:35 | 17 | A.   For the most part. |
| 07:06:36 | 18 | Q.   -- based on the information that's been |
| 07:06:37 | 19 | provided in 2440? |
| 07:06:39 | 20 | A.   Well, had you asked us to show things with |
| 07:07:06 | 21 | respect to U.S. models only, then we would have been |
| 07:07:10 | 22 | able to surmise that based upon this spreadsheet.  But |
| 07:07:24 | 23 | in the case -- with respect to some of the models, some |
| 07:07:28 | 24 | of the models are sold on a worldwide basis, so . . . |
| 07:07:38 | 25 | LEAD INTERPRETER:  And may the interpreter |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

152

| | | |
|---|---|---|
| 07:07:39 | 1 | re-elicit the last part?  (Speaking Korean.) |
| 07:08:20 | 2 | A.   And basically, the fact of the matter is, |
| 07:08:22 | 3 | with respect to the manufacturing entity -- well, some |
| 07:08:27 | 4 | product models go to the U.S. only, and some models, |
| 07:08:31 | 5 | though they be under the same name, are sold on a |
| 07:08:33 | 6 | worldwide basis.  And originally, one would assume that |
| 07:08:38 | 7 | you should have requested things with respect to U.S. |
| 07:08:41 | 8 | models only because the accused products are U.S. |
| 07:08:45 | 9 | models only, but you happened to ask us to present you |
| 07:08:49 | 10 | with things on worldwide models, you know, including |
| 07:08:52 | 11 | everything, basically.  So that being the case, we |
| 07:08:55 | 12 | probably would not be able to figure things out. |
| 07:08:59 | 13 | Q.   The Epic 4G is only sold in the U.S., |
| 07:09:01 | 14 | correct? |
| 07:09:01 | 15 | A.   Okay.  That, we can. |
| 07:09:04 | 16 | Q.   So why didn't you do that? |
| 07:09:05 | 17 | A.   There was no request that we do that.  And |
| 07:09:14 | 18 | we don't track those things, track that.  We don't have |
| 07:09:20 | 19 | that kind of data within our database. |
| 07:09:28 | 20 | Q.   But it's possible for you to do a |
| 07:09:30 | 21 | consolidated number for the Epic 4G since it's sold |
| 07:09:34 | 22 | only in the U.S., correct? |
| 07:09:53 | 23 | A.   Not simply as-is, though.  You'd need to |
| 07:09:59 | 24 | have a few givens, make some assumptions. |
| 07:10:01 | 25 | Q.   What changes?  What assumptions? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

153

| | | |
|---|---|---|
| 07:10:04 | 1 | A.   Well, for instance, it's not the case that |
| 07:10:14 | 2 | one model gets supplied only by one factory.  And that |
| 07:10:23 | 3 | model, further, will be sold into other regions.  So in |
| 07:10:42 | 4 | order to do this, you would need to ignore those |
| 07:10:45 | 5 | differences in terms of the manufacturing costs. |
| 07:10:47 | 6 | By the way, you cannot track things on a |
| 07:10:51 | 7 | model-by-model basis as to where each of them go.  You |
| 07:10:54 | 8 | don't get to do that.  So if, with respect to those |
| 07:11:03 | 9 | aspects, you do things based upon a standard cost |
| 07:11:09 | 10 | basis, then you would probably be able to infer |
| 07:11:12 | 11 | something. |
| 07:11:15 | 12 | (Interpreters conferring.) |
| 07:11:16 | 13 | LEAD INTERPRETER:  I'm sorry.  That's right. |
| 07:11:17 | 14 | You're right.  It's getting late.  So backtrack just a |
| 07:11:21 | 15 | little bit. |
| 07:11:21 | 16 | "So if, with respect to those aspects, you |
| 07:11:29 | 17 | were to do things on an average basis, then you would |
| 07:11:32 | 18 | probably be able to infer something." |
| 07:11:34 | 19 | Q.   Mr. Sim, does Samsung prepare documents that |
| 07:11:41 | 20 | reflect all of the costs in the bill of materials for |
| 07:11:47 | 21 | any specific product? |
| 07:12:04 | 22 | MR. STEIGER:  Compound, vague and ambiguous, |
| 07:12:05 | 23 | overly broad. |
| 07:12:05 | 24 | A.   Yeah, that's, you know, too vague. |
| 07:12:13 | 25 | MR. OLSON:  Let me show you what I'm having |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

154

| | | |
|---|---|---|
| 07:12:14 | 1 | marked as Exhibit 2442 which is S-ITC 7385394 to |
| 07:12:28 | 2 | 7385455. |
| 07:12:30 | 3 | (Exhibit 2442 was marked for |
| 07:12:55 | 4 | identification.) |
| 07:12:55 | 5 | Q. (By MR. OLSON) My question for you, |
| 07:12:57 | 6 | Mr. Sim, is, does this Exhibit 2442 reflect a bill of |
| 07:13:02 | 7 | materials and the associated cost of all of the items |
| 07:13:08 | 8 | for a phone? |
| 07:13:30 | 9 | A. Who prepared this and how did you obtain |
| 07:13:32 | 10 | this? |
| 07:13:33 | 11 | Q. I obtained it through your counsel. |
| 07:13:43 | 12 | A. Now, this will remain under wraps, |
| 07:13:48 | 13 | basically, as for the confidentiality of this |
| 07:13:51 | 14 | information, yes? |
| 07:13:52 | 15 | Q. The document's been marked confidential, |
| 07:13:55 | 16 | yes. |
| 07:14:04 | 17 | A. Well, looking at the format in which this |
| 07:14:13 | 18 | appears here, it does seem to entail some information |
| 07:14:17 | 19 | as to the costs of the components that get incorporated |
| 07:14:23 | 20 | into a product. |
| 07:14:25 | 21 | Q. And does Samsung prepare a document like |
| 07:14:28 | 22 | this with respect to each of its products, each of its |
| 07:14:32 | 23 | phones? |
| 07:14:33 | 24 | A. That, I don't quite know about. I think, if |
| 07:14:50 | 25 | necessary, the company could put something like this |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

155

| 07:14:53 | 1 | together, but I don't know that the company does have |
| 07:14:54 | 2 | something like this prepared and is on hand. |
| 07:15:00 | 3 | Q.   Do you know whether these reflect actual or |
| 07:15:02 | 4 | standard costs? |
| 07:15:11 | 5 | MR. STEIGER:  I believe that question is off |
| 07:15:12 | 6 | limits per the limitation -- |
| 07:15:17 | 7 | A.   No, I can talk about that. |
| 07:15:18 | 8 | MR. STEIGER:  Okay.  Then, if he can -- if |
| 07:15:19 | 9 | he says he can, that's fine. |
| 07:15:21 | 10 | A.   First of all, I had not previously seen this |
| 07:15:26 | 11 | information, that's why I asked as to who put this |
| 07:15:31 | 12 | together.  And I certainly, for that reason, do not |
| 07:15:37 | 13 | know on what basis the unit costs as embodied within |
| 07:15:41 | 14 | these pages have been set forth. |
| 07:15:49 | 15 | Q.   (By MR. OLSON)  For how many of the accused |
| 07:15:52 | 16 | products does an analysis of this type exist? |
| 07:16:05 | 17 | MR. STEIGER:  Overly broad, no foundation, |
| 07:16:09 | 18 | calls for speculation. |
| 07:16:14 | 19 | A.   I just told you that this is the first time |
| 07:16:16 | 20 | I'm seeing this.  Perhaps you didn't hear me. |
| 07:16:18 | 21 | Q.   (By MR. OLSON)  Does that mean you don't |
| 07:16:20 | 22 | know? |
| 07:16:20 | 23 | A.   Right. |
| 07:16:36 | 24 | THE WITNESS:  I'd like to confer with |
| 07:16:39 | 25 | Counsel briefly. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 07:16:41 | 1 | MR. OLSON:  Actually, I'm going to go to a |
| 07:16:42 | 2 | different subject matter. |
| 07:16:45 | 3 | THE WITNESS:  Still, I think it's necessary. |
| 07:16:47 | 4 | MR. OLSON:  Okay. |
| 07:16:47 | 5 | VIDEOGRAPHER:  I'm going to change tapes |
| 07:16:52 | 6 | here.  This marks the end of Videotape Number 4 in the |
| 07:16:54 | 7 | deposition of Jaehwang Sim.  Going off the record.  The |
| 07:16:56 | 8 | time is 7:16. |
| 07:16:58 | 9 | (Recess taken.) |
| 07:27:24 | 10 | VIDEOGRAPHER:  Back on the record.  This |
| 07:27:31 | 11 | begins -- this marks the beginning of Videotape Number |
| 07:27:34 | 12 | 5 in the deposition of Jaehwang Sim.  The time is 7:26. |
| 07:27:38 | 13 | MR. STEIGER:  Before we go any further, I |
| 07:27:40 | 14 | want to make clear on the record with respect to |
| 07:27:43 | 15 | Exhibit 2442, it appears this was produced in the ITC |
| 07:27:48 | 16 | case and then cross-produced into this case.  The ITC |
| 07:27:51 | 17 | protective order provides that the confidential |
| 07:27:55 | 18 | business information, which is what this is labeled, is |
| 07:27:58 | 19 | produced only on an outside counsel -- |
| 07:28:01 | 20 | outside-counsel-only basis.  I recall that we stated at |
| 07:28:05 | 21 | the beginning of this deposition that the entire |
| 07:28:07 | 22 | transcript, and that would include all exhibits, will |
| 07:28:10 | 23 | be on an outside-counsel-only basis.  I want to |
| 07:28:14 | 24 | reconfirm that. |
| 07:28:14 | 25 | MR. OLSON:  That's my understanding is you |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

157

| | | |
|---|---|---|
| 07:28:17 | 1 | are seeking to designate it at that level, yes. |
| 07:28:20 | 2 | MR. STEIGER: All right. And we certainly |
| 07:28:22 | 3 | designate it at that level. And I want to just |
| 07:28:24 | 4 | reiterate that this is exceedingly confidential |
| 07:28:26 | 5 | business information of the most sensitive possible |
| 07:28:28 | 6 | type. And we cannot overemphasize the need for |
| 07:28:33 | 7 | adherence to that protective order, both in the ITC |
| 07:28:36 | 8 | case and in this case. |
| 07:28:39 | 9 | MR. OLSON: No objection to your statement. |
| 07:28:40 | 10 | If there's something more that needs to be done with |
| 07:28:42 | 11 | respect to marking that document, I'd encourage you in |
| 07:28:44 | 12 | terms of -- if it needs to be reproduced or whatever |
| 07:28:48 | 13 | else. |
| 07:28:48 | 14 | MR. STEIGER: And we'll consider that or |
| 07:28:49 | 15 | whatever else that might need to be done. |
| 07:28:52 | 16 | MR. OLSON: I'm not seeking to do anything |
| 07:28:53 | 17 | with it other than behave according to the order. |
| 07:28:55 | 18 | MR. STEIGER: I just want to make clear how |
| 07:28:57 | 19 | seriously we take that with respect to this kind of |
| 07:28:59 | 20 | information. |
| 07:28:59 | 21 | LEAD INTERPRETER: May the interpreter |
| 07:29:01 | 22 | forego the colloquy? |
| 07:29:01 | 23 | MR. OLSON: Yes. |
| 07:29:04 | 24 | (Exhibit 2443 was marked for |
| 07:29:04 | 25 | identification.) |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

158

| | | |
|---|---|---|
| 07:29:04 | 1 | Q.    (By MR. OLSON)  Mr. Sim, I'm going to hand |
| 07:29:06 | 2 | you what's been marked as Exhibit 2443 which is a copy |
| 07:29:10 | 3 | of an e-mail and a number of exhibits attached to it. |
| 07:29:17 | 4 | And my question to you is going to be, is this a copy |
| 07:29:23 | 5 | of the second quarter 2011 North American sales "pumi"? |
| 07:29:52 | 6 | A.    Yes, I think that is correct. |
| 07:29:53 | 7 | Q.    And is there a separate "pumi" prepared for |
| 07:29:57 | 8 | the North American sales operations every quarter? |
| 07:30:21 | 9 | A.    Well, I don't know if there is something for |
| 07:30:25 | 10 | everything, but this, say, form changes from time to |
| 07:30:38 | 11 | time.  Sometimes these "pumis" or requests are made on |
| 07:30:41 | 12 | a regional basis.  Or sometimes they do this on a |
| 07:30:52 | 13 | transmission mode, you know, GSM, GSM, CDMA, CDMA, that |
| 07:30:58 | 14 | way.  And if that be the case, then it's possible that |
| 07:31:06 | 15 | maybe there won't exist a "pumi"-type request dedicated |
| 07:31:11 | 16 | solely towards the U.S. |
| 07:31:16 | 17 | Q.    Do you have an understanding, one way or |
| 07:31:18 | 18 | another, whether or not there is, every quarter, a |
| 07:31:21 | 19 | North American sales "pumi"? |
| 07:31:30 | 20 | A.    Yes, I do. |
| 07:31:31 | 21 | Q.    And what's the answer? |
| 07:31:35 | 22 | A.    I do know that there is something -- some |
| 07:31:46 | 23 | data in the form of this. |
| 07:31:48 | 24 | Q.    Are those retained by Samsung? |
| 07:31:58 | 25 | MR. STEIGER:  Foundation. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 07:32:06 | 1 | A.   Well, I would not know as to how long |
| 07:32:11 | 2 | they're retained, how long of a period, that is. |
| 07:32:13 | 3 | (Exhibit 2444 was marked for |
| 07:32:14 | 4 | identification.) |
| 07:32:14 | 5 | Q.   I hand you what's been marked as Exhibit |
| 07:32:16 | 6 | 2444.  Is Exhibit 2444 a report on the North American |
| 07:32:34 | 7 | lineup by carrier for week 22 of 2004 -- 2011? |
| 07:33:04 | 8 | A.   Well, you ask if it's for the 22nd week. |
| 07:33:07 | 9 | I'm not so sure I'd know what the significance of week |
| 07:33:11 | 10 | 22 here would be in this regard, but it is correct as |
| 07:33:14 | 11 | being about the lineup for North American carriers. |
| 07:33:20 | 12 | Q.   If you look at the second page of the |
| 07:33:21 | 13 | document you're looking at, there's an entry for Droid |
| 07:33:24 | 14 | charge. |
| 07:33:30 | 15 | A.   Yes, I do. |
| 07:33:30 | 16 | Q.   There's a category, it says "WS." |
| 07:33:42 | 17 | A.   Where does it say "WS"? |
| 07:33:45 | 18 | Q.   Right next to Droid, right after the "D." |
| 07:33:48 | 19 | A.   Oh, okay. |
| 07:33:50 | 20 | Q.   Is that the wholesale price? |
| 07:33:57 | 21 | A.   Yes, it looks like it. |
| 07:33:58 | 22 | Q.   And RP -- R/P, is that the retail price? |
| 07:34:06 | 23 | A.   Yes, I think so. |
| 07:34:07 | 24 | Q.   And M/C, is that the material cost? |
| 07:34:17 | 25 | A.   Now, that, I don't exactly know. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

160

| | | |
|---|---|---|
| 07:34:19 | 1 | Q.   Below that is a series of Korean characters, |
| 07:34:25 | 2 | is that profit and loss ratio? |
| 07:34:33 | 3 | A.   Yes, that's correct. |
| 07:34:34 | 4 | Q.   It says 12.4 percent? |
| 07:34:38 | 5 | A.   Yes, that's correct. |
| 07:34:39 | 6 | Q.   How is that 12.4 percent calculated? |
| 07:34:52 | 7 | A.   Why would you be asking me this?  It's not a |
| 07:34:54 | 8 | report that I put together. |
| 07:34:55 | 9 | Q.   Well, you've been designated on profit and |
| 07:34:58 | 10 | loss for the accused products, and Droid charge is one |
| 07:35:02 | 11 | of the accused products. |
| 07:35:12 | 12 | MR. STEIGER:  You're asking him about a |
| 07:35:14 | 13 | certain document that I think he indicated didn't come |
| 07:35:17 | 14 | from his area, so that -- just so I'm clear, so that |
| 07:35:31 | 15 | last question is argumentative because he's not |
| 07:35:32 | 16 | testifying inconsistent with his designation. |
| 07:36:07 | 17 | A.   Well, on the one hand, it does -- while it |
| 07:36:09 | 18 | does appear that it speaks as to some profit and loss |
| 07:36:13 | 19 | ratio, if you are asking as to the methodology, the |
| 07:36:17 | 20 | manner of calculation, it's not like -- I mean, as part |
| 07:36:20 | 21 | of our evaluation, there is some sort of calculation |
| 07:36:23 | 22 | that we provide, but I don't even know if that's what |
| 07:36:27 | 23 | this is. |
| 07:36:29 | 24 | Q.   (By MR. OLSON)  When you say "we provide," |
| 07:36:31 | 25 | what are you referring to? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 07:36:41 | 1 | A.    I'm talking about those under me -- so work |
| 07:36:44 | 2 | done by my department. |
| 07:36:45 | 3 | Q.    And how do the people in your department |
| 07:36:48 | 4 | prepare a profit/loss ratio for the phones? |
| 07:36:59 | 5 | MR. STEIGER:  Vague and ambiguous, compound, |
| 07:37:02 | 6 | assumes facts. |
| 07:37:40 | 7 | A.    As for that, there is going to be the |
| 07:37:44 | 8 | cost-related information, right?  The actual cost |
| 07:37:47 | 9 | basis.  And the actual cost-related information with |
| 07:37:54 | 10 | respect to things going forward in terms of our |
| 07:37:56 | 11 | business plan, right?  So we indicate what each of |
| 07:38:03 | 12 | those costs would be as targeted, and you would deduct |
| 07:38:08 | 13 | those figures from the sales price in order to derive |
| 07:38:12 | 14 | the profit and loss, one would suppose. |
| 07:38:18 | 15 | Q.    (By MR. OLSON)  What costs are deducted from |
| 07:38:20 | 16 | the price to reach the profit/loss figure? |
| 07:38:37 | 17 | A.    Almost the same as the costing sheet that we |
| 07:38:39 | 18 | looked at.  Not that it goes into that level of detail. |
| 07:38:43 | 19 | Q.    When you say the costing sheet, are you |
| 07:38:45 | 20 | referring to Exhibit -- |
| 07:38:46 | 21 | A.    Like this one.  Like this one. |
| 07:38:48 | 22 | Q.    How -- |
| 07:38:49 | 23 | A.    So there are the material costs -- so in |
| 07:38:53 | 24 | other words, you'd deduct the COGS figures, and then |
| 07:39:05 | 25 | you'd deduct the G&A, the operating expenses, you know, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

162

| | | |
|---|---|---|
| 07:39:08 | 1 | such things. |
| 07:39:08 | 2 | Q.   And how does the method that you use |
| 07:39:11 | 3 | internally with your group differ from what's presented |
| 07:39:13 | 4 | in Exhibit 2440? |
| 07:39:28 | 5 | LEAD INTERPRETER:  Counsel said 40 or 44? |
| 07:39:30 | 6 | This one? |
| 07:39:31 | 7 | MR. OLSON:  Four-zero. |
| 07:39:37 | 8 | MR. STEIGER:  Assumes facts, misstates |
| 07:39:39 | 9 | facts, and mischaracterizes the document and his prior |
| 07:39:41 | 10 | testimony. |
| 07:40:07 | 11 | A.   Well, the method that we employ is not an |
| 07:40:09 | 12 | actual cost basis, it's a simulation.  So it does not |
| 07:40:20 | 13 | strike me that it is incumbent upon me to go into real |
| 07:40:23 | 14 | detail as to those simulations. |
| 07:40:25 | 15 | Q.   (By MR. OLSON)  Is it the type of simulation |
| 07:40:26 | 16 | that's included they back of Exhibit 2443? |
| 07:40:35 | 17 | A.   When you say towards the back, where are we |
| 07:40:37 | 18 | talking about? |
| 07:40:49 | 19 | Q.   Right there? |
| 07:40:52 | 20 | MR. STEIGER:  You're talking about the |
| 07:40:53 | 21 | spreadsheet that reads horizontally?  It looks like |
| 07:40:56 | 22 | several documents are clipped together here. |
| 07:40:57 | 23 | MR. OLSON:  Correct.  They were produced |
| 07:40:59 | 24 | together. |
| 07:41:05 | 25 | A.   Yes, that's correct.  I think this is the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

163

| | | |
|---|---|---|
| 07:41:19 | 1 | portion that reflects the simulations. |
| 07:41:23 | 2 | Q.   (By MR. OLSON)   How often do you prepare the |
| 07:41:24 | 3 | simulations? |
| 07:41:29 | 4 | A.   We do it whenever necessary. |
| 07:41:40 | 5 | Q.   At least every quarter? |
| 07:41:43 | 6 | A.   Yeah, that's the case with respect to this |
| 07:41:47 | 7 | kind of data. |
| 07:41:50 | 8 | Q.   Exhibit 2444, how often are these prepared? |
| 07:42:07 | 9 | MR. STEIGER:   Objection, no foundation, |
| 07:42:08 | 10 | calls for speculation in light of his prior testimony. |
| 07:42:22 | 11 | A.   That remains unclear to me myself, but in |
| 07:42:29 | 12 | any event, whenever we work on the sales price thing |
| 07:42:34 | 13 | each quarter, I get to see it on those occasions. |
| 07:42:37 | 14 | Q.   (By MR. OLSON)   You can put that aside. |
| 07:42:47 | 15 | A.   All right. |
| 07:42:47 | 16 | Q.   Has Samsung experienced any constraint on |
| 07:42:54 | 17 | its ability to make any of the practicing products |
| 07:43:04 | 18 | between 2007 and 2011? |
| 07:43:25 | 19 | MR. STEIGER:   Overly broad, vague and |
| 07:43:30 | 20 | ambiguous. |
| 07:43:30 | 21 | A.   In its ability to make?  What do you mean by |
| 07:43:32 | 22 | that?  Come again, please. |
| 07:43:33 | 23 | Q.   (By MR. OLSON)   The ability to manufacture |
| 07:43:35 | 24 | and distribute any of the practicing products? |
| 07:43:48 | 25 | MR. STEIGER:   Compound, overly broad, vague |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

164

| | | |
|---|---|---|
| 07:43:58 | 1 | and ambiguous. |
| 07:43:58 | 2 | A.   Could you further compress?  Could you go -- |
| 07:44:01 | 3 | be a little more specific, please? |
| 07:44:03 | 4 | Q.   (By MR. OLSON)  Are you aware of any |
| 07:44:05 | 5 | circumstances, one way or another, in which Samsung |
| 07:44:09 | 6 | wanted to make more of a product but was -- a mobile |
| 07:44:15 | 7 | phone product but was unable to do so? |
| 07:44:24 | 8 | MR. STEIGER:  Vague and ambiguous. |
| 07:44:35 | 9 | A.   So what are we talking about?  Are you |
| 07:44:38 | 10 | talking about the overall manufacturing capacities on |
| 07:44:41 | 11 | the part of, say, the manufacturing factory, the |
| 07:44:43 | 12 | manufacturing entity or . . . |
| 07:44:44 | 13 | Q.   (By MR. OLSON)  Manufacturing, part |
| 07:44:46 | 14 | shortages, anything that kept you from being able to |
| 07:44:48 | 15 | make more product. |
| 07:45:00 | 16 | MR. STEIGER:  Overly broad, vague and |
| 07:45:01 | 17 | ambiguous. |
| 07:45:01 | 18 | A.   So when you ask as to whether there were any |
| 07:45:10 | 19 | constraints, to what extent would something be a |
| 07:45:14 | 20 | constraint, according to your understanding? |
| 07:45:17 | 21 | Q.   (By MR. OLSON)  Do you have any information |
| 07:45:19 | 22 | regarding what constraints Samsung has experienced on |
| 07:45:25 | 23 | its ability to make any of the practicing products? |
| 07:45:44 | 24 | MR. STEIGER:  Assumes facts, overly broad, |
| 07:45:46 | 25 | vague and ambiguous. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

165

| | | |
|---|---|---|
| 07:45:46 | 1 | A.   I happen to be in agreement.  I mean, you |
| 07:45:58 | 2 | know, there can be -- there can always be certain |
| 07:46:01 | 3 | constraints, but you have to define for me as to at |
| 07:46:11 | 4 | what level it becomes the kind of constraint that you |
| 07:46:13 | 5 | have in mind in order for me to answer you. |
| 07:46:14 | 6 | Q.   (By MR. OLSON)  Before coming -- do you |
| 07:46:17 | 7 | understand that you were designated to testify on |
| 07:46:19 | 8 | Samsung's behalf regarding its capacity to make |
| 07:46:22 | 9 | products? |
| 07:46:37 | 10 | MR. STEIGER:  And for the record, the scope |
| 07:46:38 | 11 | of the designation speaks for itself. |
| 07:46:50 | 12 | THE WITNESS:  I'm sorry, what did my counsel |
| 07:46:51 | 13 | say? |
| 07:46:52 | 14 | MR. STEIGER:  And I said that the scope of |
| 07:46:55 | 15 | the designation we made speaks for itself.  I'm just |
| 07:46:57 | 16 | saying that whatever you have to say about that doesn't |
| 07:46:59 | 17 | change what we did on behalf of Samsung by way of a |
| 07:47:03 | 18 | designation.  To be clear, I think Counsel is just |
| 07:47:17 | 19 | asking for the witness's understanding of whether he |
| 07:47:19 | 20 | came to offer any testimony on that subject area. |
| 07:47:39 | 21 | A.   Well, I'm not quite understanding things |
| 07:47:40 | 22 | here, but that is something, if you -- depending on how |
| 07:48:00 | 23 | you look at things, that -- it's something that I've |
| 07:48:04 | 24 | spoken about with my attorney so -- |
| 07:48:06 | 25 | MR. STEIGER:  You're not to get into the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

166

| 07:48:08 | 1 | substance of communications with counsel, just, for the |
| 07:48:11 | 2 | record -- |
| 07:48:17 | 3 | A.   That's exactly so.  I think I understand |
| 07:48:24 | 4 | well as to why you're asking the question, but the |
| 07:48:26 | 5 | question is, and of itself, sort of a little nebulous, |
| 07:48:35 | 6 | so that's why I was asking you. |
| 07:48:36 | 7 | Q.   (By MR. OLSON)  Well, let me ask you, before |
| 07:48:39 | 8 | coming today, did you look at any it analysis, reports |
| 07:48:46 | 9 | documents regarding Samsung's capacity to sell more |
| 07:48:50 | 10 | products between 2007 and 2011? |
| 07:49:12 | 11 | A.   Yes. |
| 07:49:12 | 12 | MR. STEIGER:  Okay.  Let me just get an |
| 07:49:13 | 13 | objection on for the record.  Assumes facts, compound, |
| 07:49:17 | 14 | overly broad, vague and ambiguous. |
| 07:49:23 | 15 | A.   Yes, you could say that I did. |
| 07:49:25 | 16 | Q.   (By MR. OLSON)  What documents? |
| 07:49:32 | 17 | A.   It's not that I saw something separately on |
| 07:49:33 | 18 | this occasion, but I am basically in the know when it |
| 07:49:41 | 19 | comes to information concerning capacity, in a broader |
| 07:49:47 | 20 | sense. |
| 07:49:48 | 21 | Q.   On what -- is there any document or analysis |
| 07:49:54 | 22 | regarding Samsung's capacity to sell additional |
| 07:50:00 | 23 | products for any part of the period between 2007 and |
| 07:50:03 | 24 | 2011? |
| 07:50:22 | 25 | MR. STEIGER:  Compound, vague and ambiguous. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 07:50:24 | 1 | A.    Yes. |
| 07:50:28 | 2 | Q.    (By MR. OLSON)  What documents? |
| 07:50:30 | 3 | A.    We do conduct analysis as to our capacity, |
| 07:50:54 | 4 | capacity versus the overall sales amounts, in other |
| 07:51:00 | 5 | words whether we can, capacity-wise, cover all the |
| 07:51:02 | 6 | sales that we are able to make. |
| 07:51:04 | 7 | Q.    Have those documents been produced in this |
| 07:51:06 | 8 | case? |
| 07:51:10 | 9 | MR. STEIGER:  No foundation, calls for |
| 07:51:12 | 10 | speculation. |
| 07:51:12 | 11 | A.    The I wouldn't know.  I haven't produced |
| 07:51:19 | 12 | them. |
| 07:51:21 | 13 | Q.    (By MR. OLSON)  Did you review any of them |
| 07:51:25 | 14 | in preparation for your testimony today? |
| 07:51:36 | 15 | A.    No. |
| 07:51:38 | 16 | Q.    What are the documents called? |
| 07:51:53 | 17 | A.    What are they called?  Capacity analysis |
| 07:51:57 | 18 | document. |
| 07:51:58 | 19 | Q.    Who keeps them? |
| 07:52:10 | 20 | A.    That is probably there on the part of the |
| 07:52:14 | 21 | department that is responsible for running the factory. |
| 07:52:17 | 22 | Q.    Who? |
| 07:52:21 | 23 | A.    I do not know as to the name.  It's not |
| 07:52:23 | 24 | entirely clear. |
| 07:52:24 | 25 | Q.    From whom do you get the reports? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 07:52:39 | 1 | A.   Well, when that department increases their |
| 07:52:44 | 2 | capacity, manufacturing capacity, then they need to |
| 07:52:46 | 3 | obtain investment approval from our department. |
| 07:52:51 | 4 | Q.   Is that the only way in which you receive |
| 07:52:53 | 5 | the information? |
| 07:53:05 | 6 | A.   Mostly, yeah, that is the case. |
| 07:53:14 | 7 | Q.   How often? |
| 07:53:20 | 8 | A.   Once or twice a year. |
| 07:53:22 | 9 | Q.   What is the request called? |
| 07:53:28 | 10 | A.   What request? |
| 07:53:37 | 11 | Q.   The request to increase capacity that you |
| 07:53:39 | 12 | were talking about. |
| 07:53:46 | 13 | A.   I'd say that's an approval request. |
| 07:53:50 | 14 | Q.   Have you provided any of those that you have |
| 07:53:52 | 15 | received to your counsel? |
| 07:54:06 | 16 | MR. STEIGER:  You can answer that yes or no. |
| 07:54:08 | 17 | A.   I haven't. |
| 07:54:09 | 18 | Q.   (By MR. OLSON)  Before coming to the |
| 07:54:11 | 19 | deposition today, did you speak to anyone other than |
| 07:54:16 | 20 | counsel -- and I'm not looking for anything you said to |
| 07:54:17 | 21 | counsel or they said to you -- about Samsung's capacity |
| 07:54:22 | 22 | to make more products between 2007 and 2011? |
| 07:54:55 | 23 | A.   No, I did not. |
| 07:54:55 | 24 | Q.   And is there anything that you were told by |
| 07:54:57 | 25 | counsel regarding capacity that you would intend to |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

169

| | | |
|---|---|---|
| 07:55:02 | 1 | rely on to answer questions regarding whether Samsung |
| 07:55:07 | 2 | had capacity to make more products during 2007 to 2011? |
| 07:55:14 | 3 | MR. STEIGER:  Go ahead and translate. |
| 07:55:15 | 4 | LEAD INTERPRETER:  You're going to object -- |
| 07:55:17 | 5 | MR. STEIGER:  No, I know.  And I can see you |
| 07:55:18 | 6 | waiting for me, but I have to remember the right |
| 07:55:20 | 7 | sequence.  And I think the sequence is, you translate, |
| 07:55:23 | 8 | then I object. |
| 07:55:24 | 9 | MR. OLSON:  If you're going to instruct, I'm |
| 07:55:25 | 10 | fine to have you instruct -- |
| 07:55:27 | 11 | MR. STEIGER:  I'm not necessarily going to |
| 07:55:27 | 12 | instruct, so -- |
| 07:55:28 | 13 | LEAD INTERPRETER:  Okay.  Here we go.  Okay. |
| 07:55:44 | 14 | (Speaking Korean.) |
| 07:56:00 | 15 | MR. STEIGER:  Now, I'm going to give an |
| 07:56:03 | 16 | instruction to the witness, which isn't necessarily an |
| 07:56:05 | 17 | instruction not to answer. |
| 07:56:07 | 18 | This is a difficult area, because as a |
| 07:56:13 | 19 | 30(b)(6) representative witness for Samsung, you could |
| 07:56:16 | 20 | obtain information from different sources, and that |
| 07:56:19 | 21 | could be counsel.  And if counsel gave you factual |
| 07:56:22 | 22 | information, like in response to this question, if |
| 07:56:26 | 23 | someone, whether a lawyer or not, gave you facts about |
| 07:56:32 | 24 | capacity so that you could come in and testify about |
| 07:56:34 | 25 | capacity, you could answer to that extent.  You're not |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

170

| | | |
|---|---|---|
| 07:56:40 | 1 | to testify to any confidential communications with |
| 07:56:43 | 2 | counsel. |
| 07:56:44 | 3 | And so I would suggest the first thing ought |
| 07:56:46 | 4 | to be a yes or no, did you get any factual information |
| 07:56:49 | 5 | from counsel to enable you to testify about capacity? |
| 07:56:55 | 6 | If that answer's yes, then we take the next step; if |
| 07:57:00 | 7 | it's no, we're done. |
| 07:58:18 | 8 | A.    This is tough. |
| 07:58:21 | 9 | MR. STEIGER:  Do you want to consult? |
| 07:58:32 | 10 | A.    Anything that I've discussed with counsel, I |
| 07:58:34 | 11 | mean, one way or another, I'm told I need not discuss, |
| 07:58:36 | 12 | so I shall not, and -- why don't we try it this way. |
| 07:58:49 | 13 | Ask me what you want to know, and if I can't answer |
| 07:58:52 | 14 | that, then we'll deal with it as we go. |
| 07:58:57 | 15 | Q.    (By MR. OLSON)  What factual information do |
| 07:59:01 | 16 | you have regarding Samsung's capacity to build more |
| 07:59:06 | 17 | products in 2011? |
| 07:59:29 | 18 | MR. STEIGER:  Vague and ambiguous, overly |
| 07:59:31 | 19 | broad. |
| 07:59:32 | 20 | A.    So is the interpretation correct here right |
| 07:59:40 | 21 | now?  Are you asking if there is any information of |
| 07:59:45 | 22 | which I am aware? |
| 07:59:48 | 23 | Q.    (By MR. OLSON)  Sure. |
| 07:59:50 | 24 | A.    And so you are asking me to tell you if |
| 07:59:51 | 25 | there be such, right? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

171

07:59:53    1          Q.    I'd like that, yes.

08:00:05    2          A.    Yes, I do happen to know of some such

08:00:07    3    information because, as I mentioned earlier, when

08:00:10    4    people want to make an investment, that information has

08:00:12    5    to be -- that has to come my way, and I need to grant

08:00:18    6    approval on that.

08:00:19    7          Q.    And people ask your approval because they

08:00:25    8    need to build more capacity, correct?

08:00:37    9          MR. STEIGER:  Assumes facts, overly broad,

08:00:39    10    vague and ambiguous, no foundation.

08:00:45    11          A.    Well, that, too, is one reason.

08:00:50    12          Q.    (By MR. OLSON)  During what period did

08:00:53    13    Samsung experience a constraint in its ability to make

08:00:56    14    new products such that they had to ask for a new

08:01:00    15    investment?

08:01:22    16          MR. STEIGER:  Misstates his prior testimony,

08:01:24    17    assumes and misstates evidence.

08:01:26    18          A.    You know, the question's a little off.  We

08:01:42    19    do demand forecasting.  And at least six months in

08:01:51    20    advance, we do this kind of capacity forecasting.  And

08:02:03    21    upon there being an approval granted, typically, within

08:02:06    22    two months' type, we're done with the increase in

08:02:11    23    capacity.  And so we don't undertake those kinds of

08:02:20    24    activities after we experience a diminished capacity,

08:02:26    25    rather, if somehow we tend to see things that portend

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

172

| | | |
|---|---|---|
| 08:02:36 | 1 | such, you know, problems circumstances months down the |
| 08:02:39 | 2 | line, then six months ahead of that, we already start |
| 08:02:42 | 3 | making preparations to increase capacities. |
| 08:02:45 | 4 | Q.   (By MR. OLSON)  Has Samsung experienced a |
| 08:02:46 | 5 | circumstance it in which the demand outstripped the |
| 08:02:51 | 6 | forecast and they were not able to make as many phones |
| 08:02:54 | 7 | as they wished in light of the actual demand? |
| 08:03:17 | 8 | MR. STEIGER:  Vague and ambiguous, overly |
| 08:03:18 | 9 | broad. |
| 08:03:18 | 10 | A.   Well, I would suppose that that might be |
| 08:03:26 | 11 | possible on the part of other companies, but when you |
| 08:03:30 | 12 | do forecasting, there's a certain range.  There's |
| 08:03:34 | 13 | maximum forecasting and minimum forecasting.  And for |
| 08:03:42 | 14 | those of us charged with having to prepare for |
| 08:03:54 | 15 | capacity, you typically prepare your capacities based |
| 08:03:59 | 16 | upon the maximum peak demand.  So unless the market |
| 08:04:09 | 17 | outstrips us by two-fold in comparison to what we |
| 08:04:14 | 18 | figured we would grow, we are always able to respond. |
| 08:04:19 | 19 | Q.   (By MR. OLSON)  Has Samsung experienced at |
| 08:04:25 | 20 | all in the last five years a circumstances in which the |
| 08:04:28 | 21 | demand exceeded even the maximum forecast? |
| 08:04:45 | 22 | MR. STEIGER:  Vague and ambiguous, overly |
| 08:04:46 | 23 | broad. |
| 08:04:46 | 24 | A.   Now, that I think I'd have to look at the |
| 08:05:00 | 25 | data, but to my understanding, I don't think it really |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 08:05:04 | 1 | went over to that extent, ever. |
| 08:05:07 | 2 | MR. STEIGER:  Could we -- before you -- oh, |
| 08:05:09 | 3 | I don't know if you're getting into another area, I |
| 08:05:11 | 4 | mean, we're after 8:00, I try not to be too hard line |
| 08:05:14 | 5 | about the end date -- end time for a deposition, but I |
| 08:05:16 | 6 | just did want -- sometimes we forget about the times |
| 08:05:20 | 7 | time, so I just want to remind everybody, it is after |
| 08:05:22 | 8 | 8:00, and he's been here over 11 hours so, you know, we |
| 08:05:25 | 9 | ought to try to wrap up soon, I mean, I'm not going to |
| 08:05:30 | 10 | cut it off at 8:00, but . . . |
| 08:05:32 | 11 | MR. OLSON:  Well, I have a handful of other |
| 08:05:35 | 12 | questions, I'd like to try to answer those.  I don't |
| 08:05:39 | 13 | know that I will say one way or another that that will |
| 08:05:40 | 14 | be the end of the line, but I'm not going to try to |
| 08:05:43 | 15 | keep us much longer.  I mean, I do recognize the time, |
| 08:05:46 | 16 | and you had said 8:00.  If you wish to stop at 8:00 -- |
| 08:05:50 | 17 | MR. STEIGER:  We're already past 8:00 and I |
| 08:05:51 | 18 | didn't stop it, so I'm trying to be reasonable -- |
| 08:05:53 | 19 | MR. OLSON:  I mean, do you -- no, what I am |
| 08:05:55 | 20 | saying is if you want to stop, you tell me when you |
| 08:05:57 | 21 | want to stop. |
| 08:05:58 | 22 | MR. STEIGER:  Well, when you say -- the |
| 08:05:59 | 23 | problem is, you know, I know as a lawyer, you know, |
| 08:06:01 | 24 | sometimes things can just keep going when you say a |
| 08:06:03 | 25 | handful of questions.  Can you give us some idea of |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

174

| | | |
|---|---|---|
| 08:06:06 | 1 | what you have in mind so we can try to -- |
| 08:06:08 | 2 | MR. OLSON:  I'm not for our purposes |
| 08:06:09 | 3 | planning on going past -- it takes a little longer with |
| 08:06:13 | 4 | translation. |
| 08:06:14 | 5 | MR. STEIGER:  Sure. |
| 08:06:14 | 6 | MR. OLSON:  And so I lose on that front and |
| 08:06:17 | 7 | I'm not as good at estimating. |
| 08:06:19 | 8 | MR. STEIGER:  Right. |
| 08:06:19 | 9 | MR. OLSON:  But my guess is that I would |
| 08:06:21 | 10 | plan on wrapping up by 8:30, I can't guarantee that, |
| 08:06:24 | 11 | but I would plan to.  It's not five minutes. |
| 08:06:28 | 12 | MR. STEIGER:  But you're thinking it's in |
| 08:06:29 | 13 | the 20-minute range. |
| 08:06:30 | 14 | MR. OLSON:  That's -- yeah, I'm estimating |
| 08:06:32 | 15 | in that range. |
| 08:06:33 | 16 | MR. STEIGER:  How do you feel? |
| 08:06:37 | 17 | THE WITNESS:  Yeah, let's push through. |
| 08:06:47 | 18 | MR. STEIGER:  Okay. |
| 08:06:48 | 19 | Q.   (By MR. OLSON)  Has there been a |
| 08:06:49 | 20 | circumstance in which STA has requested more of a |
| 08:06:52 | 21 | product from SEC or the manufacturing entities, and you |
| 08:06:58 | 22 | were unable to supply it? |
| 08:07:15 | 23 | MR. STEIGER:  Vague and ambiguous, overly |
| 08:07:16 | 24 | broad. |
| 08:07:36 | 25 | A.   I don't know that STA has ever done that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

175

| | | |
|---|---|---|
| 08:07:40 | 1 | over, say, other regions.  Mind you, by the way, we |
| 08:07:43 | 2 | don't manufacture just for STA. |
| 08:07:46 | 3 | Q.   (By MR. OLSON)  Right.  But what I'm |
| 08:07:47 | 4 | speaking about is a circumstance in which STA has asked |
| 08:07:51 | 5 | for product and was unable to get it. |
| 08:08:01 | 6 | A.   Not as far as my understanding goes. |
| 08:08:03 | 7 | Q.   Who would know the answer to that? |
| 08:08:09 | 8 | MR. STEIGER:  No foundation, calls for |
| 08:08:15 | 9 | speculation. |
| 08:08:15 | 10 | A.   Who would know?  That's -- hmm.  Who knows? |
| 08:08:27 | 11 | I would suppose, for starters, that the SPA -- |
| 08:08:33 | 12 | LEAD INTERPRETER:  Strike. |
| 08:08:34 | 13 | A.   -- STA person would know best about that, |
| 08:08:37 | 14 | but . . . |
| 08:08:41 | 15 | Q.   Is there anyone inside -- |
| 08:08:42 | 16 | A.   But -- I'm sorry, let me just further |
| 08:08:45 | 17 | elaborate.  Our factory deals with all these worldwide |
| 08:08:57 | 18 | sales entities, and most of the manufacturing lines are |
| 08:09:07 | 19 | thus commonly shared, if you will.  So even if, say, |
| 08:09:17 | 20 | demand on the part of STA were to increase a bit, if |
| 08:09:25 | 21 | the demand from other regions happened to go down, then |
| 08:09:28 | 22 | the guys over there can supply for here and, you know, |
| 08:09:40 | 23 | and if there's a greater demand for some premium |
| 08:09:47 | 24 | products, then even at the cost of manufacturing fewer |
| 08:09:55 | 25 | or less, rather, less of the lower-cost products, we |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

176

08:10:01   1   might drive things that a way.  And most of the

08:10:10   2   products that are included here are smartphones.

08:10:12   3        Q.   You had a number of ifs in that statement.

08:10:18   4        A.   But if I -- can I go on further, please?

08:10:20   5        Q.   Well, let me ask you first.  No, go ahead.

08:10:24   6        MR. STEIGER:  The witness is not finished

08:10:27   7   with his answer, it's not clear to me.

08:10:35   8        A.   But speaking of smartphones, they don't

08:10:37   9   quite constitute, say, even 30 percent of all the

08:10:40   10   products that we manufacture.

08:10:43   11        Q.   (By MR. OLSON)  And my question is you had a

08:10:46   12   number ifs, if this, if this.  Are you aware of an

08:10:50   13   actual circumstance in which that happened?

08:10:51   14        A.   Well, and what I'm saying -- or the reason

08:11:18   15   why I'm trying to elaborate on my answer is because, to

08:11:22   16   my recollection, we never have experienced any, say,

08:11:24   17   problem in terms of our lacking in enough capacity to

08:11:29   18   supply SEA with.

08:11:36   19        LEAD INTERPRETER:  Sic.

08:11:37   20        Q.   Are you the person most knowledge and about

08:11:40   21   Samsung's ability to supply STA with the product that

08:11:46   22   they have asked for?

08:12:02   23        MR. STEIGER:  No foundation, calls for

08:12:04   24   speculation, vague and ambiguous, and that's not his

08:12:07   25   designation.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

177

| | | |
|---|---|---|
| 08:12:27 | 1 | A.   Well, of course, I would not be able to say |
| 08:12:32 | 2 | that I am not the most knowledgeable person in that |
| 08:12:36 | 3 | regard because that's not my main job. |
| 08:12:39 | 4 | Q.   (By MR. OLSON)  Which Samsung products |
| 08:12:40 | 5 | compete with the iPhone 3GS? |
| 08:12:55 | 6 | A.   Well, it would mostly be the Galaxy phone, |
| 08:13:00 | 7 | which I think you're probably well aware of. |
| 08:13:02 | 8 | Q.   Any others? |
| 08:13:19 | 9 | A.   Well, as for the rest, the names kind of |
| 08:13:23 | 10 | differ a little bit here, a little bit there, and the |
| 08:13:27 | 11 | same thing with the specs, and I don't think it's all |
| 08:13:31 | 12 | that critical, if you'll assume it mostly to be the |
| 08:13:34 | 13 | Galaxy phones. |
| 08:13:34 | 14 | Q.   And are you including the Galaxy S II phone |
| 08:13:37 | 15 | when you say the Galaxy phone? |
| 08:13:43 | 16 | A.   Yes, that's correct. |
| 08:13:43 | 17 | Q.   Would you include other Samsung phones that |
| 08:13:46 | 18 | use the Android operating system? |
| 08:13:54 | 19 | MR. STEIGER:  Vague and ambiguous, compound. |
| 08:14:06 | 20 | A.   You cannot include all of them. |
| 08:14:07 | 21 | Q.   (By MR. OLSON)  Which once would you |
| 08:14:09 | 22 | exclude? |
| 08:14:09 | 23 | MR. STEIGER:  Vague and ambiguous, compound. |
| 08:14:10 | 24 | A.   I am not going to be able to give you an |
| 08:14:15 | 25 | exact answer on that. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

08:14:22   1       Q.   (By MR. OLSON)  Can you give me any that you

08:14:23   2  would exclude?

08:14:27   3         MR. STEIGER:  Vague and ambiguous,

08:14:28   4  generally, to this line of questioning with respect to

08:14:32   5  the word "competitive" or "competition."

08:14:39   6       A.   I would suppose that you must have heard an

08:14:45   7  answer on something like that during your deposition of

08:14:48   8  some of the marketing guys, but, you know, for me, I

08:14:51   9  don't quite know.

08:14:53  10       Q.   (By MR. OLSON)  Would your answer regarding

08:14:55  11  the competitive phones be the same as to the iPhone 4?

08:14:58  12       A.   Yes.

08:15:06  13       Q.   And would it be the same as to the iPhone

08:15:12  14  4S?

08:15:17  15       A.   Right.  You know, when it comes to that, I

08:15:19  16  don't think I'm going to give you an exact answer.

08:15:23  17       Q.   Why are you unable to give me an answer

08:15:25  18  about the 4S?

08:15:30  19       A.   No, it's not just in terms of the 4S, I mean

08:15:33  20  to say that with respect to even the 4 and 3G.

08:15:38  21       Q.   All right.  I'm not understanding what

08:15:42  22  you're trying to tell me.

08:15:56  23       A.   That's precisely what I mean, be it 4S or

08:15:58  24  the 4 or 3G, if you ask me as to what phone of ours

08:16:02  25  amounts to those phones, I would not quite be able to

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

179

| | | |
|---|---|---|
| 08:16:05 | 1 | answer. |
| 08:16:05 | 2 | Q.   Are you meaning to withdraw your testimony |
| 08:16:10 | 3 | regarding the Galaxy phones and the Galaxy S 2 phones? |
| 08:16:20 | 4 | A.   Yes, let us do it that way, please. |
| 08:16:26 | 5 | Q.   Does SEC prepare an annual business plan? |
| 08:16:42 | 6 | A.   Business plan?  Yeah, we come up with |
| 08:16:46 | 7 | business plans, yes. |
| 08:16:48 | 8 | Q.   Is there a business plan for the Mobile |
| 08:16:51 | 9 | Communications Division? |
| 08:16:59 | 10 | A.   Well, I'm not quite sure if we ought to call |
| 08:17:11 | 11 | this a business plan, but, I guess, yeah, from a |
| 08:17:13 | 12 | broader perspective, we do forecasting. |
| 08:17:18 | 13 | Q.   Do you -- let's make sure we're talking |
| 08:17:20 | 14 | about the same division.  I'm trying to talk about the |
| 08:17:22 | 15 | division that J.K. Shin leads? |
| 08:17:33 | 16 | A.   Yes, that's correct. |
| 08:17:34 | 17 | Q.   Is there an annual forecast that's prepared? |
| 08:17:44 | 18 | A.   Yes, there is. |
| 08:17:46 | 19 | Q.   Does it include amounts for the |
| 08:17:51 | 20 | manufacturing of the phones? |
| 08:17:53 | 21 | A.   Amounts associated with manufacturing? |
| 08:18:05 | 22 | Q.   Correct, costs and expenses? |
| 08:18:12 | 23 | A.   Well, you protect such parts, yeah. |
| 08:18:16 | 24 | Q.   What is the annual plan called? |
| 08:18:18 | 25 | A.   It's called the annual plan. |

180

| | | |
|---|---|---|
| 08:18:22 | 1 | Q.   Have you given it to counsel? |
| 08:18:26 | 2 | MR. STEIGER:  Has he personally given it to |
| 08:18:28 | 3 | counsel? |
| 08:18:30 | 4 | Q.   (By MR. OLSON)  Let me ask more broadly. |
| 08:18:32 | 5 | Are you aware whether the 2012 annual plan |
| 08:18:35 | 6 | has been given to counsel in this case? |
| 08:18:45 | 7 | MR. STEIGER:  You're not to testify to the |
| 08:18:47 | 8 | contents of any communications with inside or outside |
| 08:18:49 | 9 | legal counsel. |
| 08:19:04 | 10 | A.   My understanding is that in the material |
| 08:19:08 | 11 | produced to you, your way, I do believe it to include |
| 08:19:12 | 12 | annual plans, but I don't know if that would be for |
| 08:19:14 | 13 | 2012. |
| 08:19:15 | 14 | Q.   And you believe it includes the annual plan |
| 08:19:19 | 15 | for this SEC mobile phone group? |
| 08:19:34 | 16 | MR. STEIGER:  Foundation, someplace. |
| 08:19:39 | 17 | A.   What, in the annual plan that we create, do |
| 08:19:42 | 18 | you mean?  Not the one that's produced, necessarily, |
| 08:19:45 | 19 | right? |
| 08:19:49 | 20 | Q.   (By MR. OLSON)  I'm looking for the -- your |
| 08:19:50 | 21 | group prepares an annual plan, correct? |
| 08:19:58 | 22 | A.   Yes. |
| 08:19:58 | 23 | Q.   And was the 2011 annual plan prepared by |
| 08:20:02 | 24 | your group produced in this litigation? |
| 08:20:12 | 25 | MR. STEIGER:  No foundation, calls for |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

181

| | | |
|---|---|---|
| 08:20:17 | 1 | speculation, and you're not to -- |
| 08:20:18 | 2 | A.   You say 2011? |
| 08:20:20 | 3 | Q.   (By MR. OLSON)  Yes. |
| 08:20:22 | 4 | MR. STEIGER:  No foundation, calls for |
| 08:20:26 | 5 | speculation, and you're not to testify to the contents |
| 08:20:29 | 6 | of communications with counsel. |
| 08:20:44 | 7 | A.   Again, I know that business plans have been |
| 08:20:49 | 8 | produced, but my understanding is that something, you |
| 08:21:00 | 9 | know, having to do with STA has been produced.  No, no, |
| 08:21:11 | 10 | no, my understanding is that something having to do |
| 08:21:14 | 11 | with STA has been produced.  Oh, that's the right |
| 08:21:22 | 12 | thing?  Oh, okay. |
| 08:21:23 | 13 | Q.   (By MR. OLSON)  But has the plan for the |
| 08:21:25 | 14 | Mobile Phone Division that your group prepares been |
| 08:21:27 | 15 | produced? |
| 08:21:38 | 16 | MR. STEIGER:  No foundation, calls for |
| 08:21:41 | 17 | speculation, and you're not to testify to any |
| 08:21:42 | 18 | communications with counsel. |
| 08:21:55 | 19 | A.   To my understanding, I think perhaps not, |
| 08:21:57 | 20 | but I think that needs to be verified. |
| 08:22:01 | 21 | Q.   (By MR. OLSON)  Has your group already |
| 08:22:04 | 22 | prepared an annual plan for 2012? |
| 08:22:15 | 23 | A.   Yes. |
| 08:22:15 | 24 | Q.   Has it been produced? |
| 08:22:19 | 25 | MR. STEIGER:  No foundation, calls for |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

08:22:22   1   speculation, you're not to testify to communications

08:22:24   2   with counsel.

08:22:28   3        A.   I thought I just told you that I need to

08:22:32   4   further verify as to whether that has or has not been.

08:22:37   5   Can I just say, if you happen to have something on

08:22:39   6   hand, I would actually rather you show that to me.

08:22:41   7        Q.   (By MR. OLSON)  I don't, and that's why I'm

08:22:43   8   asking whether there's a 2012 plan that's been

08:22:45   9   produced.

08:22:54  10        A.   Did you receive a 2011?

08:22:57  11        Q.   Not to my knowledge for the Mobile Phone

08:22:59  12   Division.

08:22:59  13        A.   But for elsewhere, you did?

08:23:10  14        Q.   It's late, and I'm trying to finish this up.

08:23:35  15             CHECK INTERPRETER:  Checker's rendition:

08:23:37  16             "Yeah, in my recollection, I don't believe I

08:23:39  17   provided such."

08:23:45  18        Q.   How often is the annual plan updated during

08:23:49  19   the year?

08:23:56  20             LEAD INTERPRETER:  Quick question left out

08:24:00  21   from my colleague's answers.  "Why is everybody

08:24:03  22   laughing?"  Okay.  Going back.

08:24:13  23        A.   You create an annual plan once a year.

08:24:15  24        Q.   Is it updated or revised every quarter?

08:24:25  25        A.   No, that is not the case.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

08:24:26    1          Q.   Is a separate quarterly plan prepared every

08:24:30    2    quarter?

08:24:30    3          A.   That there is, yes.

08:24:40    4          Q.   Has the plan for the second quarter of 2012

08:24:44    5    been prepared yet?

08:24:44    6          A.   I don't think we're quite into the second

08:24:57    7    quarter yet, right?

08:25:01    8          Q.   Right.  We're -- we're in March, the second

08:25:03    9    quarter would begin in April.

08:25:09   10          A.   I suppose it would be created sometime

08:25:11   11    around the end of March.

08:25:12   12          Q.   Is the most recent plan for the Mobile Phone

08:25:24   13    Division the first quarter of 2012?

08:25:36   14          A.   Yes.

08:26:06   15          Q.   Why do you believe that it was necessary or

08:26:12   16    appropriate to exclude the profit at the Chinese

08:26:17   17    subsidiaries from the analysis in Exhibit 2440?

08:26:39   18               MR. STEIGER:  You're not to testify to any

08:26:41   19    communications to or from inside or outside legal

08:26:43   20    counsel.

08:27:03   21          A.   I actually talked about that earlier in that

08:27:07   22    the China-based entities are not subject to the present

08:27:11   23    litigation.  And lest any, say, distorted information

08:27:26   24    being included based upon entities that are not part of

08:27:31   25    the suit, you know, that's why we excluded those.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

184

| | | |
|---|---|---|
| 08:27:33 | 1 | Q.   (By MR. OLSON)  When you say they're not |
| 08:27:35 | 2 | part of the litigation, do you mean they're not |
| 08:27:36 | 3 | identified as a defendant? |
| 08:27:45 | 4 | MR. STEIGER:  And again, you're not to |
| 08:27:47 | 5 | testify to any information that you have as a result of |
| 08:27:51 | 6 | communications with legal counsel.  If you're basing -- |
| 08:27:54 | 7 | if you can base an answer on information you know from |
| 08:27:58 | 8 | the course of your job, you can answer to that extent. |
| 08:29:24 | 9 | A.   Again, the China-based entities are not part |
| 08:29:28 | 10 | of the suit.  They are not part of the reason.  You |
| 08:29:34 | 11 | know, it's supposed to be that we're supposed to leave |
| 08:29:36 | 12 | out anything and everything about them, but some |
| 08:29:39 | 13 | aspects such as the P&L aspects have been included |
| 08:29:44 | 14 | which we necessarily had to neutralize for that reason. |
| 08:29:48 | 15 | By that, I'm talking about how we, in order to ensure |
| 08:29:58 | 16 | that there be no distorted image presented, kind of |
| 08:30:00 | 17 | like the way we talked about the SECA and others |
| 08:30:02 | 18 | earlier, remember?  You will recall how only revenue |
| 08:30:07 | 19 | figures for those were included. |
| 08:30:09 | 20 | And the reason why that was such was because |
| 08:30:13 | 21 | although those are also not subject to the present |
| 08:30:16 | 22 | lawsuit, you had effectively requested that we show you |
| 08:30:19 | 23 | something about the worldwide manufacturing figures, so |
| 08:30:21 | 24 | in order to show that we did show -- include a minimal |
| 08:30:26 | 25 | amount of information, but in order to, again, mitigate |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

185

| | | |
|---|---|---|
| 08:30:29 | 1 | any distortion as to the overall picture, we needed to |
| 08:30:34 | 2 | so neutralize and treat the data that way. |
| 08:30:42 | 3 | MR. OLSON:  So I, subject to the objections |
| 08:30:46 | 4 | and reservations that I stated at the beginning of the |
| 08:30:49 | 5 | deposition, I would pass the witness.  If you're going |
| 08:30:51 | 6 | to pass him back, I would like to only mark and |
| 08:30:54 | 7 | incorporate into the record the notices for the |
| 08:30:56 | 8 | 30(b)(6) depositions and just say that the |
| 08:30:59 | 9 | correspondence between the parties will identify those |
| 08:31:02 | 10 | topics on which he was identified, but I'd like to have |
| 08:31:07 | 11 | them included as part of the record. |
| 08:31:34 | 12 | MR. STEIGER:  Okay.  We have no questions |
| 08:31:36 | 13 | and pass the witness. |
| 08:31:36 | 14 | MR. OLSON:  All right.  So let me, for the |
| 08:31:39 | 15 | benefit of the record, place Exhibit 1918, which is a |
| 08:31:45 | 16 | copy of the Seventh Rule 30(b)(6) Notice, to mark as |
| 08:32:02 | 17 | Exhibit 2445 the Ninth Rule 30(b)(6) Notice, and to |
| 08:32:22 | 18 | mark as Exhibit 2446 the Tenth Rule 30(b)(6) Deposition |
| 08:32:30 | 19 | Notice. |
| 08:32:30 | 20 | (Exhibit 2445 was and Exhibit 2446 marked |
| 08:32:31 | 21 | for identification.) |
| 08:32:31 | 22 | MR. STEIGER:  Before we get too far ahead, |
| 08:32:32 | 23 | I've got three copies of the ninth, but I don't have |
| 08:32:34 | 24 | the other one.  No, I have three ninths, so I need a |
| 08:32:48 | 25 | seventh. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 08:33:07 | 1 | MR. OLSON:  So there should be three. |
| 08:33:08 | 2 | MR. STEIGER:  Right. |
| 08:33:09 | 3 | MR. OLSON:  Exhibit 1918, which is |
| 08:33:11 | 4 | previously marked as the seventh, 2445 is the ninth, |
| 08:33:19 | 5 | and 2446 is the tenth. |
| 08:33:27 | 6 | As stated earlier, and without repeating the |
| 08:33:29 | 7 | statements I made at the beginning regarding our belief |
| 08:33:31 | 8 | regarding violations of the court order prior to the |
| 08:33:34 | 9 | deposition in terms of production of things, we will |
| 08:33:36 | 10 | reserve all our rights, including, if necessary, |
| 08:33:40 | 11 | bringing back a 30(b)(6) witness, but I have already |
| 08:33:45 | 12 | passed, and passed back, and have no other comments. |
| 08:34:22 | 13 | THE WITNESS:  So that's all I need to know, |
| 08:34:23 | 14 | right? |
| 08:34:24 | 15 | MR. STEIGER:  The only thing I want to say |
| 08:34:25 | 16 | before closing the record is it's likely that we will |
| 08:34:31 | 17 | send you a withdrawal of the designation on topic 1 |
| 08:34:36 | 18 | from -- I believe it's the ninth notice, yeah.  So I'll |
| 08:34:41 | 19 | just make that clear right now. |
| 08:34:53 | 20 | MR. OLSON:  And all I'd say is, if you |
| 08:34:56 | 21 | withdraw them, I just ask that you identify the |
| 08:34:59 | 22 | witnesses who are responsible thereafter. |
| 08:35:00 | 23 | MR. STEIGER:  I'm just giving you notice |
| 08:35:01 | 24 | that it's likely that we'll be sending you a |
| 08:35:07 | 25 | withdrawal.  But that will be the subject of another |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

187

| | | |
|---|---|---|
| 08:35:09 | 1 | communication, right? |
| 08:35:11 | 2 | MR. OLSON:  Understood. |
| 08:35:12 | 3 | VIDEOGRAPHER:  Anyone else?  All right. |
| 08:35:13 | 4 | That concludes the deposition of Jaehwang Shin.  Going |
| 08:35:16 | 5 | off the record.  The time is 8:34. |
| 08:35:19 | 6 | (Time noted:  8:34 p.m.) |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

188

```
1    (Counsel representing this witness should arrange for
     reading and signing and thereafter distribute copies of
2    the signed Errata sheet to opposing counsel without
     involvement of the court reporter.)
3
     STYLE OF CASE:     Apple v. Samsung (NDCAL)
4    DEPOSITION OF:     JAEHWANG SIM
     DATE TAKEN:        March 10, 2012
5                       E R R A T A   S H E E T
       Line Change              Reason
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
     I hereby certify that I have read my deposition and
23   that it is true and correct subject to any changes in
     form or substance entered here.
24   _____        _____
     Date                      JAEHWANG SIM
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

189

```
1                    C E R T I F I C A T E

2    SEOUL              )
                        )
3    SOUTH KOREA        )

4            I, Melanie L. Giamarco, Registered
     Professional Reporter and Certified Realtime Reporter,
5    do hereby certify that the aforementioned witness was
     first duly sworn by me pursuant to stipulation of
6    counsel to testify to the truth; that I was authorized
     to and did report said deposition in stenotype; and
7    that the foregoing pages are a true and correct
     transcription of my shorthand notes of said deposition.

8
             I further certify that said deposition was
9    taken at the time and place hereinabove set forth and
     that the taking of said deposition was commenced and
10   completed as hereinabove set out.

11           I further certify that I am not attorney or
     counsel of any of the parties, nor am I a relative or
12   employee of any attorney or counsel of any party
     connected with the action, nor am I financially
13   interested in the action.

14           The foregoing certification of this
     transcript does not apply to any reproduction of the
15   same by any means unless under the direct control
     and/or direction of the certifying reporter.

16

17
             IN WITNESS WHEREOF, I have hereunto set my
18   hand this 12th day of March, 2012.

19

20   _____
     Melanie L. Giamarco
21   Certified Realtime Reporter
     Registered Professional Reporter
22   Certified Shorthand Reporter

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## A

**A4** 103:21,22

**ability** 163:17,21, 164:23 171:13 176:21

**absolutely** 75:1 106:12

**acceptable** 132:3

**access** 93:6

**accessory** 67:23,24 68:18

**accomplish** 133:21

**accordance** 15:23 22:6 23:18 54:19 66:16 104:13

**account** 124:11 135:8

**accountant** 34:18

**accounting** 49:10, 22 50:5 66:6,14 88:9, 13 89:10 104:11 132:3

**accounts** 34:13 88:23 89:1,4,11,12, 13,19 90:1,3,8,11,17, 20,21,25 91:1,4,8 126:14 129:25 130:13,14 135:9

**accrual** 121:21

**accrued** 130:2 140:22 141:1

**accurate** 29:14 31:2, 8,18 42:8 56:9,13,14, 15 64:13 74:3 75:5 82:3,11,16 87:11 99:21 149:18

**accurately** 57:4 82:7

**accused** 36:14 80:19,20 81:3 102:15,18 152:8 155:15 160:10,11

**acoustics** 76:4

**action** 4:11 41:17

**activities** 29:17 106:20 171:24

**actual** 53:9 96:1 106:18 107:25 108:1 131:25 138:23 139:15 155:3 161:8,9 162:12 172:7 176:13

**actuality** 124:7

**add** 68:24 69:8 80:21 92:20 112:18 149:22 150:17,18,20

**added** 36:20 44:6 67:13,25 68:1,10,12, 19,20 78:18 80:17, 20,23 134:3 136:21

**adding** 137:16 150:9

**addition** 6:5 44:7 68:20 111:1

**additional** 30:11 69:3 166:22

**additionally** 68:21

**address** 7:16,17,19, 23

**adherence** 157:7

**adjust** 132:1

**adjustments** 109:14

**administer** 5:4,5

**administration** 121:3

**advance** 139:25 140:2 171:20

**advanced** 139:14,25

**affidavits** 9:24

**Aforementioned** 21:12

**afraid** 73:17

**agents** 127:14

**agree** 12:3 129:7

**Agreed** 129:15

**agreement** 46:12 47:8,17 48:6,17 165:1

**agreements** 46:11

**50:16**

**ahead** 10:19,23 16:6 40:19 42:9 43:17,19 48:2 49:17 52:16 63:8 65:19 169:3 172:2 176:5 185:22

**Albert** 99:1,6,10

**allocated** 120:16,24 121:8 122:14,24 123:1,4 125:5,11,13, 19 129:3 130:7,8,11 134:20,25 136:7,11, 14,24 139:3 140:10, 18,20,23,24 142:10

**allocating** 135:18 139:20

**allocation** 121:6 135:11,14 136:1,4 139:6,8 140:15,17

**allocations** 140:7

**allotted** 24:16

**alluding** 78:25 105:21

**alternative** 129:9

**amalgamation** 111:1

**ambiguity** 100:22

**ambiguous** 10:16 11:7,16 12:17,24 13:25 19:15 24:12 29:15,22 31:3,9,20, 32:24 33:9,19 34:5 35:18 37:9 43:8 46:1 47:4 51:1,10 55:5 56:10 57:16 58:3,20 60:19 62:12 63:16,25 64:11 65:2 68:4,15 72:3 82:6 85:16 86:1 88:20 89:6 91:16 92:7 94:10 98:4,5 106:16 109:21 112:2 121:19 123:13 124:6 125:8 126:17 128:15 129:19,21 130:22 133:10,23 134:6 137:8 142:5 144:23 147:21 153:22 161:5 163:20 164:1,8,17,25 166:14,25 170:18

**171:10 172:8,22 174:23 176:24 177:19,23 178:3**

**America** 113:24,25

**American** 4:14 158:5,8,19 159:6,11

**amiss** 34:22,24 76:3 85:10

**amount** 46:13,21,23 67:1,2 123:9 124:13, 14 128:20,21 133:16, 17 148:24,25 149:12 150:8 151:12 184:25

**amounts** 111:12 116:18 124:14 125:22 129:25 133:4, 6 147:11 150:1,10 167:4 178:25 179:19, 21

**analysis** 155:16 166:8,21 167:3, 183:17

**Android** 177:18

**announce** 89:17

**announced** 34:19

**announcing** 38:11

**annual** 179:5,17,24, 25 180:5,12,14,17, 21,23 181:22 182:18, 23

**answer's** 170:6

**answering** 67:7

**answers** 39:9,17,22 41:14 42:7,11 95:21 96:14 105:11 182:21

**APA** 46:4,11 47:8,16 48:5, 50:16

**apartment** 8:7

**apartments** 7:20 8:9

**appearance** 41:17, 19

**appearances** 6:16 38:11

**appears** 38:10 95:11 102:7,12 108:19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

145:20 147:19 154:18 156:15

**Apple** 4:8,19,20 15:24,25 16:8,14,17 27:1 28:8 36:13 54:24 55:22 61:5,20 63:13 93:10

**Apple's** 14:2

**applicable** 48:12,19 54:17

**apply** 126:25

**approval** 98:7 168:3, 13 171:6,7,21

**approvals** 59:19

**approve** 55:18 98:2

**approved** 58:25 59:1 69:2

**approximate** 4:5

**approximately** 48:10

**April** 183:9

**area** 15:9 26:17 32:11, 131:12 160:14 165:20 169:18 173:3

**areas** 10:12,20 11:2, 17

**argumentative** 85:5 160:15

**arise** 135:8

**arisen** 123:15

**arising** 44:1

**arm** 136:19

**arose** 126:7

**arriving** 6:2

**art** 88:11

**ascertained** 103:11 104:3

**Asia** 4:4,14

**aspect** 94:15

**aspects** 27:11 64:15 86:17 137:20 153:9, 16 184:13

**assets** 128:10

**assistance** 65:12

**associate** 23:5

**assume** 100:13 122:3,16 132:8 134:7 152:6 177:12

**assumes** 19:9 20:6, 21 21:25 22:11,22 23:8 24:6 29:4 33:25 35:17 37:13 58:3,19 60:8 67:4,15 68:4,14 72:18 82:25 84:4 94:9 112:11 113:13 117:14,21 143:11 161:6 162:8 164:24 166:13 171:9,17

**assuming** 71:19

**assumption** 39:5

**assumptions** 152:24,25

**attached** 158:3

**attendance** 75:2

**attention** 105:6 123:17

**attentive** 88:10

**attorney** 18:23 22:5 26:6 37:21 75:1 165:24

**attorney's** 17:6

**attorneys** 77:13

**attributable** 136:23

**attributed** 122:18 123:8 125:23 126:7 136:17,21 140:22

**attributing** 141:4

**attribution** 141:21

**audit** 65:14,20,22,25 66:2,7,11,12,18,19 104:14

**audited** 34:18 50:9, 11 66:15

**auditors** 104:18

**August** 146:18 147:19

**authenticated** 101:22

**authorized** 5:4

**average** 48:15 153:17

**aware** 17:16 50:22 164:4 170:22 176:12 177:7 180:5

———————

**B**

**back** 35:22 38:7 41:8 42:16,19 50:21 63:3 77:5 83:15 98:20 104:8 105:18 115:23 125:17 137:22 142:20 148:23 156:10 162:16,17 182:22 185:6 186:11, 12

**backtrack** 153:14

**balances** 117:13

**base** 54:17 184:7

**based** 5:7 36:4 39:17 47:8 49:5,9 50:6 60:1 90:17 94:6,7 95:11 97:6 106:4,7,22 112:13 114:23 123:4 131:9,25 134:20,25 137:3 140:11, 151:18,22 153:9 172:15 183:22,24 184:9

**basic** 125:12

**basically** 44:5 46:12 102:11 105:20 106:6 115:3,4 144:25 147:14 148:21 151:11 152:2,11 154:13 166:18

**basing** 184:6

**basis** 34:20 48:13,23 89:18 90:19 91:3 100:8 104:15 117:18 121:21 136:15,25 139:9 151:13,15,24 152:6 153:7,10,17 155:13 156:20,23 158:12 161:9 162:12

**begin** 5:15 6:20 183:9

**beginning** 38:8 52:25 68:2,12 77:6 115:24 116:1 156:11, 21 185:4 186:7

**begins** 156:11

**behalf** 10:9 11:5 69:24 100:2 165:8,17

**behave** 157:17

**beings** 87:12 128:7

**belief** 186:7

**believes** 141:10,12

**belong** 138:16

**belonging** 150:2

**benefit** 47:17 63:5 88:7 101:12 185:15

**Beom** 15:5,12 21:20 60:17 77:20 103:14

**big** 46:8

**bigger** 43:23,24 80:6 103:20

**bilingual** 75:13

**bill** 153:20 154:6

**bit** 61:5 153:15 175:20 177:10

**bookkeeping** 117:5

**boss** 97:22 98:15

**bother** 104:9 143:7

**bottom** 39:14 48:7, 10 114:14,16

**bought** 27:12

**boxes** 54:17

**break** 33:2 34:9 37:2 38:1 39:15 43:20 62:23 63:7 95:24 98:16 99:3 101:6 104:24 142:14

**breakdown** 99:19 116:10

**bridging** 27:19

**briefly** 29:10 70:5,22

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

155:25

**bring** 55:11, 98:14
115:4

**bringing** 186:11

**broad** 89:5 91:15
92:6 109:20 124:5
125:7 126:16 130:9
134:5 144:22 153:23
155:17 163:19,25
164:16,24 166:14
170:19 172:9,23
174:24

**broader** 166:19
179:12

**broadly** 180:4

**broken** 138:10

**budget** 126:21

**build** 39:21 133:20
170:16 171:8

**Building** 4:7

**built** 8:9

**business** 9:14 11:3
27:13,15 34:14 49:9,
20 50:10 89:15,16
156:18 157:5 161:11
179:5,6,7,8,11 181:7

**busy** 22:25 28:3

———————

**C**

———————

**calculate** 131:23
148:13

**calculated** 44:4
131:9 160:6

**calculation** 36:5
89:22 90:2 160:20,21

**calculations** 36:17
84:21 135:6,24

**California** 4:10

**call** 87:17 88:1
179:10

**called** 48:5 167:16,
17 168:9 179:24,25

**calls** 22:21 23:6
24:13 25:4,15 26:4,

14 28:18 29:5 35:10
37:17 46:12 48:5
52:9 53:2 63:17,24
69:14 107:6 108:5
123:3,24 137:8
155:18 163:10 167:9
175:8 176:23 180:25
181:4,16,25

**capable** 127:21

**capacities** 164:10
172:3,15

**capacity** 165:8
166:9,19,22 167:3,4,
5,17 168:2,11,21,25
169:2,24,25 170:5,16
171:8,20,23,24
172:15 176:17

**caption** 4:7

**care** 98:25

**carried** 30:7 34:23
52:10 53:25 65:5
66:12 69:1

**carrier** 159:7

**carriers** 159:11

**carry** 34:15 50:5 90:2

**case** 4:8 16:15 46:2
51:22,23 55:22 63:13
66:8 69:20 80:7 90:4
91:6 93:20 95:6
102:7 112:15 119:17
120:2 121:17,23
123:18 140:8 141:25
147:5 149:3 151:23
152:11 153:1 156:16
157:8 158:14 163:6
167:8 180:6 182:25

**cases** 46:14 108:10

**catching** 62:24

**categories** 6:11 91:9
98:2 109:22,25 110:1
114:20 117:19 118:8,
16,22 120:13,15
130:2,6 135:5,9,13
138:11

**category** 116:5,7,10
124:4,11 129:23
130:20 150:19
159:16

**caught** 21:8

**caused** 21:2,23 67:1

**caution** 16:1

**cautioning** 16:10

**CDMA** 158:13

**cells** 32:22 54:17

**challenge** 73:21

**Chang** 4:6

**change** 38:3 39:19
40:8 41:14 43:5,7,9,
12,16,21 47:10 50:23
73:12 76:24 87:3
115:17 121:24
123:21 124:2,4 127:5
129:16 145:14 156:5
165:17

**changed** 44:20,22
46:6 58:24 67:21
71:2 83:4 104:6

**changing** 64:5 73:13

**characterize** 98:6

**characters** 160:1

**charge** 136:20
159:14 160:10

**charged** 172:14

**chart** 88:23,25 89:4,
10,11,12,18 90:1,3,8,
11,17,20,25 91:1,3
129:25 130:13,14
135:9

**charter** 130:13

**check** 5:1 13:12
31:17,23 32:4,8,15,
22 33:17,20,24 39:8,
14 40:1,3 42:23
43:13,15 44:10,24
45:11 46:9 47:6 48:1,
6 49:2,6,15,16 52:15
59:13 61:12 62:10
63:12 66:9 73:10
74:8,23 76:4 83:3,5
85:9 86:22 87:5,7,13,
14,24 90:13 107:1
111:3,9 129:5,15
138:2 139:23 140:3
141:8,19 182:15

**checked** 32:5,11
33:12 49:4 50:8
53:24 62:7,9 63:18,
19 64:13 65:4

**checker** 76:5 141:10,
12

**checker's** 44:10,24
45:11 46:9 48:2
49:17 52:16 59:13
61:12 66:9 83:5
90:13 107:1 138:3
139:24 182:15

**checking** 64:21,25
65:8

**China** 36:11,20 44:3,
9 50:19,20 114:23
136:20, 183:22 184:9

**Chinese** 36:11,18
44:2,11,14,16,17,19,
20,22,25 45:3,6,18,
19,22 46:2,3,10
67:20 83:19,24 84:3,
21 103:1,5 109:14
114:7,10 115:12
183:16

**choice** 42:12 141:3

**choose** 94:21

**choosing** 72:14
94:22

**circles** 116:25

**circumstance** 6:7
172:5 174:20 175:4
176:13

**circumstances**
164:5 172:1,20

**cite** 10:25 11:8 122:1
128:11

**cited** 122:9

**citing** 11:11

**City** 7:18

**Civil** 4:11

**clarification** 13:12
42:16 94:11,16
101:18

**clarified** 39:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**clarify** 42:13 105:2,3, 15

**Class** 7:20

**cleaner** 61:15

**clear** 13:14 22:25 39:3 42:6,9,12 72:10 84:11 89:7 100:24 141:9 156:14 157:18 160:14 165:18 167:24 176:7 186:19

**cleared** 88:2

**clearer** 38:20 41:25

**clerk** 127:4

**clipped** 162:22

**closing** 186:16

**COA** 130:14

**coffee** 142:14

**coffee's** 62:23

**COGS** 44:17,21,23 45:1,2,4 46:14 90:18 91:3 92:15,21 96:10, 11 109:8,13 115:4 116:5 119:7 130:19 143:18 144:2,6 145:4,5 148:14 149:4,10,23,25 150:2,17,22 161:24

**colleague** 128:1

**colleague's** 182:21

**collectively** 117:18

**colloquy** 7:1 41:21 101:2 157:22

**column** 150:7

**combinations** 94:15

**combine** 93:12 117:19,23 118:7,15, 18,22

**combined** 94:4 110:10 111:2 151:1

**combining** 94:1

**comment** 75:14

**comments** 75:12 99:7 186:12

**commission** 126:14 128:20,22 129:7,8

**commissions** 125:19 126:1 127:5, 9,10,11,18,22 128:3, 6,13,24 129:1,14 130:16 137:23

**common** 9:5 15:6 17:7

**commonly** 175:19

**communicating** 21:7

**communication** 12:2 19:13,19 20:16 21:6 22:2 56:6 67:10 69:17 81:13

**communications** 6:25 10:17 16:2,5 17:2,23,25 20:13 21:4 25:17 27:7 55:25 56:4,21,23 57:6 60:23 65:17 67:6,17 68:6,16 70:1, 16 71:11 79:7 81:5,7, 17 85:19 86:3 93:2, 17 96:22 97:15 170:1 179:9 180:8 181:6,18 182:1 183:19 184:6

**companies** 36:10, 12,15 89:17 90:16,17 110:16,24 113:22 114:1,5,9 119:2 172:11

**company** 4:9 7:23 8:9,10,11,13,23,25 27:9,12 36:6 44:2, 61:9,25 89:15,23,25 93:8 110:13,14,20,24 118:10 119:25 120:1 154:25 155:1

**compared** 36:23 51:9 58:13 61:6 80:16

**comparison** 147:9, 12 172:17

**compensation** 128:6

**compete** 177:5

**competition** 178:5

**competitive** 178:5, 11

**compiled** 104:13

**complete** 31:1,8 56:9,12 100:8

**complied** 54:13

**components** 116:10 131:18,20 154:19

**comported** 55:1

**compound** 32:17,24 46:1 47:4 51:1 62:12 64:11 65:2 67:15 106:16 107:6 108:5 109:20 113:13 117:14 120:20,25 124:5 125:7 130:9,22 134:5 135:3 144:22 147:20 153:22 161:5 163:25 166:13,25 177:19,23

**compress** 67:1 164:2

**compressed** 29:25 58:14 59:11,22 135:7,24

**compresses** 60:6

**comprise** 45:21 86:18

**comprised** 53:21

**concept** 125:12

**concern** 95:19,20 119:14

**concerned** 48:8,11 61:23 62:1 66:10 90:18 141:20

**concerns** 66:25

**conclusory** 56:11

**conduct** 6:18 167:3

**conducted** 74:13

**confer** 95:6,16, 155:24

**conferring** 14:17 75:25 138:7 153:12

**confidential** 100:16 154:15 156:17 157:4

170:1

**confidentiality** 154:13

**confirm** 116:2 144:24

**confirmation** 31:16

**confused** 84:6

**confusion** 115:9

**connection** 13:8

**considerably** 106:20

**consolidate** 108:19 110:7 111:25 117:24 118:3

**consolidated** 110:10,19 111:12,18 112:10 117:18 151:2, 4,8 152:21

**consolidation** 111:1 117:9

**constitute** 123:6 127:22 145:2 151:6 176:9

**constitutes** 106:1

**constraint** 163:16 164:20 165:4 171:13

**constraints** 164:19, 22 165:3

**consult** 40:14,17 81:19 170:9

**consuming** 30:5

**contained** 34:11,12 44:13

**content** 22:2 56:21 60:23 72:20 96:22

**contents** 16:12,18 17:16 19:6,12,15,19 20:13 25:16 27:7 55:25 65:17 67:5,16 68:5,15 70:1,16 71:11 76:19 79:6 81:1,5,13 83:4 85:18 86:3 93:1,17 95:15 97:14 180:8 181:5

**contexts** 87:20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**continue** 39:1,5,11 95:22

**continued** 58:23

**contract** 127:16

**control** 61:17 89:25 93:6

**controlled** 62:2 93:7

**conversely** 93:23

**conversion** 117:8

**convert** 117:12,24

**converted** 117:7

**conveyed** 43:14 86:23

**copies** 185:23

**copy** 25:13 158:2,4 185:16

**corporate** 8:1

**corporation** 36:11, 18 44:2,3,19 47:22 67:20

**corporations** 36:7, 10,12 46:3

**correct** 9:12,17 18:21,25 24:2 29:3, 18 32:1 33:4,23 34:4 35:5,7,12,22 42:13 45:8,13,25 49:1 57:18 71:21 78:1 82:2,9,15,20 84:25 88:15,17,19 89:4 91:24 92:5,15,16,19, 21,22 99:9,22 100:14 102:21 103:3,7 104:21 105:15 108:16,25 109:5,24 110:1,9 112:19 116:20,21 118:20 119:9 120:6,10 131:4,5,8 136:14 137:2 138:1,11 141:7,24 142:6,12 143:16 144:18 145:16 148:12 152:14,22 158:6 159:10 160:3,5 162:23,25 170:20 171:8 179:16,22 180:21

**correction** 54:18 70:8 101:18 116:11

**corrections** 40:3

**correctly** 151:14

**correspond** 30:9,10

**correspondence** 10:19 185:9

**cost** 33:8,17,23 34:3, 4,13 35:14 36:20,21 43:22 44:7 45:25 46:23 47:1 49:8,21 50:22 92:18 94:6 95:10 99:19 114:25 119:1,7 122:18 123:1 125:10 131:3,18 132:17,25 141:6,23 143:1 150:15 153:9 154:7 159:24 161:8,9 162:12 175:24,25

**costing** 49:8,21 86:12 161:17,19

**costs** 32:23 89:22 90:2 94:6,8 95:11 96:1,2 121:3,6,12,13, 14,20,24 122:3,6,23 123:4,7,10,14 126:12 127:16 130:21 131:6, 7,9,10,23,25 132:1, 16,19,22,24 135:7,18 136:1,3,17,20,22,24 137:5,18 138:13,15, 24 139:3,10,11,12,14 140:8,16,17,20 141:1 142:8, 143:9 144:11, 19 149:11 153:5,20 154:19 155:4,13 161:12,15,23 179:22

**counsel** 4:15 6:25 7:9 10:17 12:2,4 16:3,5,9,23 17:3,23 19:4,25 20:3,14 21:4, 7,12 22:3 25:8,13,17, 20 27:8 28:12,13 38:25 40:18 43:12 55:19 56:1,4,7,22 57:7 60:24 62:6,16 65:17 67:6,11,18 68:6,16 69:17 70:2, 17,20,21 71:12,13, 17,20 72:1,21 76:10, 15,17 77:11 79:7

81:6,7,13,17,18 85:1, 6,20 91:4,10 93:3,18 94:11,21 95:7,16 96:22 99:16 104:24 135:1 154:11 155:25 156:19,20,23 162:5 165:12,18 166:1 168:15,20,21,25 169:21 170:2,5,10 180:1,3,6,9 181:6,18 182:2 183:20 184:6

**countries** 119:24

**couple** 37:4 38:19 39:17 98:24

**court** 4:10,13,14 5:3, 11 6:16,19 10:5 72:17 87:8 99:4 186:8

**cover** 167:5

**CPA** 50:9,11 66:8

**CPA'S** 104:14

**create** 14:13 15:20 17:10 21:24 22:20 24:8 38:12 51:8 106:23 107:2 180:17 182:23

**created** 16:19 18:20 22:9,13, 28:14,16 59:9 65:15 66:5,20 105:9,20 106:5,7,11 115:9 183:10

**creating** 30:5

**creation** 27:22 85:24

**criteria** 135:25 136:2

**critical** 177:12

**cross** 156:16

**cubic** 125:16

**culled** 104:12

**cured** 75:6

**curiously** 115:14

**currencies** 116:23

**currency** 117:5,25 118:1

**current** 47:8 84:7 100:4

**customers** 111:22 119:16

**cut** 173:10

**CV** 4:12

———————

**D**

———————

**damage** 61:9,25

**damages** 38:14

**data** 18:16,17 26:6 28:21 29:3,23,24 30:8 31:12,15,21 32:1 33:4 34:15,17 36:2,5,8,22,24 44:13 49:5,7,10,14,18,19, 21 50:9, 52:12,13 53:21 54:19 56:13, 14,15,16 57:4,9 58:8, 11,12,13 59:1,20,21 60:2,7 61:1,2,4,16, 17,18,19 64:13 65:10 66:13,14,15,16,19 67:1 70:6,23,25 71:1, 6,8 77:23 78:12 79:17,20 80:2,3,5,12, 13,14,15 81:1 82:10 83:21 84:19 86:6 88:14,18 89:2,20 91:6 93:5,10,25 94:5, 12 103:25 104:9,10, 12,15 114:12,17 115:10,12 133:9 152:19 158:23 163:7 172:25 185:2

**database** 34:15 54:19 94:2 106:4 152:19

**date** 4:4 12:21 52:23 117:12 173:5

**dates** 58:22 59:15

**day** 5:25 28:9,11 38:24 63:8 64:6 99:3 103:2,6,10 121:7 122:10 136:14 139:8

**days** 64:3

**deadline** 27:22 28:5, 8

**deal** 75:9 150:15 170:14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Index: deals..due

**deals** 175:17

**December** 5:17

**decided** 96:16,19 97:3,6

**decision** 93:12 97:18,20

**declarations** 9:24

**decompressed** 58:15 59:12,22

**decompresses** 60:7

**dedicated** 158:15

**deduct** 149:10,25 150:1,21 161:12,24, 25

**deducted** 84:22 161:15

**defendant** 184:3

**deficiencies** 5:21

**define** 165:3

**defined** 139:8

**defining** 135:12

**definite** 22:24 64:16

**definitions** 139:5

**deliver** 24:17

**delivered** 57:2 63:13,20 97:4

**demand** 171:19 172:5,7,16,21 175:20,21,23

**denote** 112:16,22

**denoted** 119:17

**denotes** 113:17

**department** 27:2,5, 9,11,15,18 138:17,18 161:2,3 167:21 168:1,3

**departments** 121:5 123:15 135:10,14

**departure** 61:21

**depending** 47:11 165:22

**depends** 117:3 126:4 148:16

**depicted** 31:2

**depiction** 82:3,11,17

**deposed** 9:18

**deposition** 4:5 5:7, 24 6:13 38:4,9 40:24 70:5,11,14 75:21 76:10,16,17 77:2,7 115:20,25 156:7,12, 21 168:19 173:5 178:7 185:5,18 186:9

**depositions** 185:8

**depreciation** 123:20,21,25 138:24

**depressed** 59:22

**derive** 47:17 161:13

**derived** 47:7

**description** 54:12, 13 72:20

**designate** 157:1,3

**designated** 160:9 165:7

**designation** 6:6 160:16 165:11,15,18 176:25 186:17

**designee** 10:21 11:25

**desired** 53:22

**detail** 20:25 58:5 59:9 61:5 62:2,3 67:2 88:19,22 89:3 91:8, 20 92:23 93:15 97:25 99:20 100:3 126:13 137:15,17 161:18 162:14

**detailed** 10:13 57:11, 13,17,19,22 58:9 61:21,23 126:22 145:23 146:1

**details** 86:6 92:1 103:25 111:21 112:6 127:2

**determination** 21:9 97:7 98:12

**determine** 13:17 29:13 31:18 54:8 117:16 118:6,25 126:14 133:17 148:18 149:17

**development** 138:19 139:14,17,25 140:4

**differ** 35:15 61:13 162:3 177:10

**difference** 59:8,9 79:16 94:25 103:23 107:24 109:17,18 132:2 148:12 151:5

**differences** 80:12 83:8 153:5

**difficult** 30:2 54:5 81:9,14 86:7 121:21 169:18

**diminished** 171:24

**direct** 15:15 105:6 118:4 119:12,17,18, 22 126:2,15 130:20 139:11 142:23 143:5, 24 144:4,21

**directions** 15:3

**directly** 15:18 16:14 119:16 120:1 125:23 130:7

**disclose** 10:17 17:2, 22,24 19:21 20:13 21:3 22:2 25:16 27:7 61:18 65:16

**disclosed** 61:4,11

**disclosing** 19:6,12 77:8

**discovered** 67:22

**discrepancy** 74:16

**discuss** 76:19 170:11

**discussed** 70:21 170:10

**discussion** 39:14 100:11 116:3

**disruptions** 75:11

**distinguished** 130:4

**distorted** 183:23 184:16

**distortion** 185:1

**distribute** 163:24

**distributed** 126:9

**District** 4:9,10

**division** 4:11 9:15 89:16 179:9,14,15 181:14 182:12 183:13

**divisions** 27:13

**divulge** 19:4

**document** 26:13 31:1 48:7,8 72:6,20 78:5,6,8 84:7 94:20 95:2 112:12 117:22 154:21 157:11 160:13 162:9 166:21 167:18

**document's** 154:15

**documents** 5:18,19, 20,23 6:4 8:22 9:24 13:1,2,5,20 58:4 71:8,12,20,24 72:4,6, 9,12,17,23,24 73:2 78:4 83:1,7 84:5 104:18 105:20 106:3 153:19 162:22 166:9, 16 167:2,7,16

**dollar** 117:4

**dollars** 116:15,20,23 117:7

**dong** 7:20,21

**draft** 22:20 23:5,9,10, 13,14,15,17,19,22 24:1

**drafts** 22:8,12,13 23:14,16

**drill** 138:5

**drive** 176:1

**Droid** 159:13,18 160:10

**due** 80:19 121:24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Index: duly..expenses

**duly** 7:8

**duration** 80:23

---

**E**

**earlier** 21:22 22:4 26:10 35:21,25 38:19 41:12 42:6,11 43:5,7, 25 54:10 66:5,13 78:25 93:5 103:2,6, 15 109:12 112:14 116:6 125:24 130:1 131:13 134:18 137:10 142:22 171:3 183:21 184:18 186:6

**early** 35:23

**easier** 145:10,20 146:2

**effect** 44:8 46:7 103:12

**effectively** 121:17 184:22

**effort** 106:1,2

**elaborate** 114:21 119:20 175:17 176:15

**Electronics** 4:8 8:13 89:15 113:7 118:10

**elicit** 152:1

**eliminate** 111:25

**eliminating** 138:25 151:11

**Emanuel** 4:22 19:12, 23

**embodied** 155:13

**employ** 132:4 162:11

**employed** 74:6

**employee** 15:2 37:19

**employees** 127:13

**enable** 170:5

**encompassing** 102:14

**encourage** 157:11

**end** 23:13 30:12 38:3, 24 52:25 53:5 77:1 103:10 115:19 121:7 136:5,14 139:8,13 141:11 148:16 156:6 173:5,14 183:11

**enforcement** 6:1

**engage** 127:15

**engaged** 113:22

**engineers** 138:14

**English** 51:4 86:24 88:16

**ensure** 184:15

**entail** 111:23 154:18

**entailed** 22:5 105:25

**entails** 110:13 111:21 129:24

**entered** 47:16

**entire** 27:12 113:22 118:21,22,23 156:21

**entirety** 86:20

**entities** 113:4,7,8 114:10 117:17 118:7, 9 121:5 143:17 144:1,2,8,16 145:2 148:19 150:13 151:14 174:21 175:18 183:22,24 184:9

**entity** 110:20,21 111:22 112:7,23,24 114:23 115:12 119:7, 15,23,25 120:3 131:4 134:15,16,18,19 149:22,24 150:2 151:11 152:3 164:12

**entity's** 151:9

**entries** 114:17

**entry** 114:2 159:13

**Epic** 120:8,16,24 122:21,24 146:4,13 150:7 152:13,21

**erase** 44:15

**Erik** 4:18

**ERP** 32:7 35:6 49:12, 24 90:4,23

**error** 74:14

**errors** 42:8

**essentially** 103:11 115:3,6 127:16 139:19

**estimate** 52:8

**estimating** 174:7,14

**evaluation** 160:21

**evening** 21:17

**event** 163:12

**events** 5:16

**evidence** 93:24 171:17

**exact** 11:24 13:4 24:25 45:20 52:23 76:20 106:17 113:5 177:25 178:16

**examination** 7:11 74:4

**examined** 7:9

**examples** 11:1,8,11

**exceed** 130:4 149:2

**exceeded** 172:21

**exceedingly** 100:15 157:4

**Excel** 13:11,17 30:3

**excess** 128:19

**exchange** 116:24 117:11

**exclude** 81:13 103:1, 4 177:22 178:2 183:16

**excluded** 92:23 114:8,11,12 183:25

**excludes** 112:5

**excluding** 52:12 112:17

**excuse** 45:24

**exhibit** 78:6,7,8,11, 16,20 79:3,10,21

**exhibits** 78:9 79:17 80:10 83:18 84:2 105:8,16 106:14 107:5,12 108:10 116:19 156:22 158:3

80:4,12,14,16 82:3,9, 11,13,16,18,22,23 84:20,23 85:13,24 86:9 88:14 89:2 91:7 92:10 94:22 95:10 96:17,20,25 97:10,11 98:22 99:20 101:6, 13,14,24 102:8,20, 23,25 103:4,9,18 104:17 108:9 109:13, 19 110:6 118:19 119:3 120:7 133:22 134:4 140:16 145:8, 17 146:8 154:1,3,6 156:15 157:24 158:2 159:3,5,6 161:20 162:4,16 163:8 183:17 185:15,17,18, 20 186:3

**exhibits** 78:9 79:17 80:10 83:18 84:2 105:8,16 106:14 107:5,12 108:10 116:19 156:22 158:3

**exist** 85:15 90:18 140:10 155:16 158:15

**existed** 18:17,18 31:15 56:13

**existing** 29:24 50:12

**exists** 85:22 119:23

**exit** 40:23

**expand** 67:2

**expended** 23:15 107:25

**expenditure** 139:16

**expense** 92:18 96:8 99:19 109:8 120:13, 16 123:20,21 125:3 136:4 138:10,22 142:2

**expensed** 121:5

**expenses** 32:23 121:2,4 124:20,21, 24,25 126:5 127:12 128:9 135:8,12 136:23 137:3,12 138:24 139:17 140:22 141:4,6,12,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Index: expensifying..generally

13,23 144:3,7 145:4
161:25 179:22

**expensifying**
139:19

**experience** 171:13,
24

**experienced** 61:22
163:16 164:22 172:4,
19 176:16

**expert** 6:15 38:14

**expertise** 15:10
26:17

**explain** 120:17
126:24

**explaining** 127:21

**explanation** 54:12
82:21

**explanations** 19:2,3

**expression** 124:18

**extent** 11:23 17:22
24:14 53:15,17 57:6
81:16 85:17 86:2
87:23 88:8 90:24
91:2 93:19 94:25
97:14 99:2 125:14
145:1 164:19 169:25
173:1 184:8

**external** 66:19
104:18

**extra** 123:16 124:19

**extract** 89:12

**extracted** 91:19,22

**extrapolate** 137:22
138:4

**eye** 145:10

————————
            **F**
————————

**fabrication** 31:14
35:1

**facilities** 133:20,24,
25 134:2,8,9

**fact** 103:22 110:11
116:8 124:21 134:9
135:22 149:13 152:2

**factory** 120:1 132:23
153:2 164:11 167:21
175:17

**facts** 19:9 20:6,21
21:25 22:11,23 23:8
24:6 29:5 33:25
35:17 37:13 58:3,19
60:9 67:4,16 68:5,14
72:18 82:25 84:4
94:9 112:11 113:13
117:14,21 143:11
161:6 162:8,9 164:24
166:13 169:23 171:9

**factual** 169:21 170:4,
15

**failed** 38:12

**familiar** 50:13 65:21

**familiarize** 70:10,13

**fashion** 31:21 59:11,
12 112:4

**February** 5:21,24
35:15,22,23 52:24,25
53:1,5 57:23 58:1,18
67:14 68:2,12 78:25

**feedback** 97:23 98:1

**feel** 39:16 49:6,14,24
174:16

**fees** 129:9

**fell** 106:11 135:19

**fellow** 15:9 26:16
64:2

**felt** 61:6,9 98:11

**fewer** 175:24

**figure** 123:5 149:4,5,
11,12 150:3 152:12
161:16

**figured** 28:8 172:18

**figures** 36:3 113:6
117:25 121:9,10
140:21 143:18 144:5
147:14 149:23,25
150:17 161:13,24
184:19,23

**fill** 27:18

**final** 28:7 71:3,7
78:15 92:1,4 94:13,

14,21,23 95:3 96:10
97:7 102:4 106:1
111:21 135:24 136:4,
5

**finally** 14:16 71:1
111:6,8 136:5

**finance** 15:10 32:7

**finances** 8:23

**financial** 61:2 65:22
75:20,24 76:8 89:17

**find** 27:19 48:6 50:21
134:10 145:7

**finding** 74:17

**fine** 41:2 87:17 91:11
155:9 169:10

**finer** 91:11,12,13,20
92:1,4

**finish** 73:8,22 182:14

**finished** 20:11 21:14
176:6

**fix** 121:21

**fixed** 121:18,20

**flown** 6:14,15

**fluctuates** 124:12

**fluctuation** 48:22

**Foerster** 4:19

**fold** 172:17

**folks** 106:18

**follow** 28:2,3 49:22
74:21 88:2

**fool** 96:5

**forecast** 172:6,21
179:17

**forecasting** 171:19,
20 172:12,13 179:12

**forego** 101:2 157:22

**foreign** 116:24
117:11

**forget** 173:6

**forgot** 18:1 59:6 60:5

**form** 41:25 54:24
78:14 135:7 158:10,

23

**format** 18:14,19
30:3,4 53:21 54:20,
21,23 59:2 64:6
80:11 96:4 103:20
104:5,6 154:17

**formed** 49:18

**forms** 34:20

**forward** 40:12
161:10

**found** 112:10

**foundation** 22:21
23:6 24:13 25:4,15
26:4,14 28:18 29:5
35:10 37:8, 63:17,24
69:14 155:17 158:25
167:9 171:10 175:8
176:23 180:16,25
181:4,16,25

**fourth** 146:15

**frame** 105:21

**free** 67:8 94:24

**Friday** 21:18 22:9
24:4 27:24

**front** 113:17 130:5
174:6

**full** 7:13

**fully** 45:14

**furnished** 103:12

**future** 140:9,12

————————
            **G**
————————

**GAAP** 49:10,11,23
50:3,4 104:13 140:21

**Galaxy** 12:15, 13:22
32:21 142:2 177:6,
13,14,15 179:3

**gave** 15:2 17:12 19:7
20:22 21:16,19 43:9
54:11,25 60:18 64:3
93:4 145:15 169:21,
23

**general** 119:10 121:3

**generally** 121:6,8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

132:2 178:4

**generate** 24:11

**generated** 64:22

**generation** 66:6
127:3

**gentleman** 128:2

**gentlemen** 74:22

**geup** 129:12,13

**Gi** 26:9

**Giamarco** 4:13

**Giho** 15:7 26:8 77:21

**give** 10:5 11:1 15:15
17:10 22:24 23:21
24:8 27:21 28:5
34:10 35:24 37:12
47:5 54:11 56:4, 57:5
64:15 69:12 80:7
81:20 83:2,6,9,10
90:7 97:23 99:3
169:15 173:25
177:24 178:1,16,17

**givens** 152:24

**giving** 69:7

**glad** 36:25

**good** 34:8 87:22
128:1 174:7

**goods** 33:8,18,23
34:3,4 35:14 36:20,
21 43:22 44:7 45:25
47:1 50:23 119:1,8
125:14 131:3,18
132:17,25 143:1
150:15

**grant** 171:5

**granted** 171:21

**great** 61:9,20 62:3

**greater** 44:23 148:24
149:6,10 175:23

**gritty** 127:2

**gross** 12:14, 13:22
118:25 147:24
148:13,18 149:5,14,
18 150:3 151:1,2,4,8

**group** 27:2 51:14

122:24 162:3 180:15,
21,24 181:14,21

**grow** 172:18

**GSM** 158:13

**gu** 7:21

**guarantee** 174:10

**guess** 38:22 174:9
179:11

**guys** 54:24 175:22
178:8

**Gyoo** 9:4

---

**H**

**Hak** 9:4

**half** 34:7

**hand** 78:4,6 85:12
101:5 131:24 155:2
158:1 159:5 160:17
182:6

**handful** 173:11,25

**handle** 27:11,17
120:22 126:21

**handles** 27:10

**handling** 26:25 27:4
136:20

**hands** 106:18 126:20

**happen** 13:3 125:21
137:13 165:1 171:2
182:5

**happened** 18:24
123:6 135:23 152:9
175:21 176:13

**happy** 38:25 42:17
81:21

**hard** 134:10 173:4

**head** 9:2,14 23:23,24

**headache** 30:6

**heading** 125:2

**headquarters** 65:11

**hear** 111:8 155:20

**heard** 28:12 47:14

48:9 76:5 113:20
178:6

**heart** 137:14

**held** 4:6,9

**helpful** 25:25 95:5

**helps** 145:8

**higher** 43:23 45:5,25

**hindering** 88:3

**hmm** 127:17 175:10

**hold** 139:19

**holding** 123:1

**home** 7:16

**homework** 70:4,7

**hoping** 126:24

**horizontally** 162:21

**hour** 29:10 30:22
63:7 70:24 99:2

**hours** 5:24 173:8

**house** 16:3,22 17:3,
23 19:3,25 20:3 22:2
25:8,13 56:1

**housekeeping**
98:25

**housing** 7:24

**HQ** 118:4 119:12,17,
18,22 142:23 143:4,
24 144:4,20

**human** 87:12 128:6

**humans** 74:13

**hundred** 45:9 90:7,
23

**hypothetical** 123:3,
24 128:16 129:19
137:8 142:5

---

**I**

**idea** 173:25

**identification** 72:20
98:23 154:4 157:25
159:4 185:21

**identified** 5:21 6:8,9,

10 101:21 184:3
185:10

**identify** 38:13 43:17
77:18 185:9 186:21

**IFRS** 50:13,14

**ifs** 176:3,12

**ignore** 153:4

**II** 32:21 177:14

**III** 142:2

**image** 184:16

**immense** 62:1

**impress** 59:20 106:9

**improper** 123:2,23
128:15 129:18 137:7
142:4

**inaccuracies** 72:13

**inaccuracy** 72:10

**inappropriate** 72:15

**include** 17:14 84:11
90:8,9 94:7 96:1,17,
19 97:3 102:16 131:6
147:1 156:22 177:17,
20 179:19 180:11
184:24

**included** 14:3 96:7,8
97:9 98:3 106:20
114:1,18,20 119:12
129:22 130:15,19
132:16 138:21
144:14,17 145:5,6
162:16 176:2 183:24
184:13,19 185:11

**includes** 109:14
112:6 128:8 136:2
146:20,23 180:14

**including** 52:18 58:5
100:1 102:16 140:9
152:10 177:14
186:10

**income** 118:24

**incomplete** 123:2,23
128:16 129:18 137:7
142:4

**inconsistent** 160:16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Index: incorporate..James

**incorporate** 111:13 144:19 185:7

**incorporated** 89:17 144:12 154:19

**incorrect** 75:2

**incorrectly** 42:10

**increase** 44:18 46:7 121:15 123:10 124:19,22 168:11 171:22 172:3 175:20

**increased** 46:6 80:24,25

**increases** 168:1

**incumbent** 162:13

**incurred** 44:20 45:1 128:9 140:17 141:2

**incurring** 139:13 142:3,8

**incurs** 141:7,23

**indirect** 121:4 123:14 124:20,21,24 126:2,15 130:11,21, 23 132:19,24 133:18 137:11 139:10,12

**indirectly** 130:8

**individual** 48:19 125:5,11 127:3 140:16

**individually** 48:12

**individuals** 128:10, 11,14 138:16

**infer** 153:10,18

**information** 14:5 17:19 18:4 29:13 31:1 34:12 44:14,15 49:19 61:21,23 64:20 65:22 66:3,5 68:20 71:9 75:20,24 76:8 80:5 81:6,16,25 82:4, 8,12,17 83:23 84:3 90:9,11 95:19,25 100:15 103:1,5,16,17 107:12 111:13 133:16 147:18 149:16 150:4 151:18 154:14,18 155:11 156:18 157:5,20

**Ingye** 7:21

**initially** 61:10 62:3 93:11

**input** 39:18 97:9

**inside** 27:7 28:15 56:21 60:23 67:6,17 68:6 70:1,17 79:7 81:5 85:19 86:4 88:24 93:2,8,17 97:15 134:24 175:15 180:8 183:19

**instance** 66:4 105:24 110:19,22 117:4,8 119:24 120:3 126:6 134:1 136:18 144:17 153:1

**instances** 105:23 106:6 119:14,23

**instruct** 10:16 17:21 20:12 22:1 27:6 55:24 56:20 60:22 71:21,22 72:19 81:8, 15,22 92:25 95:4 100:14,23 169:9,10, 12

**instructed** 53:12,25 60:12

**instructing** 132:8,12

**instruction** 20:22 21:17 22:14 23:18 24:8 54:11,16 57:6 69:1,11,13,16 70:2 79:13 93:21 97:5 116:6 169:16,17

**instructions** 15:16 17:10,12 18:23 19:8 20:4 21:17,19 23:21 54:9,14,15 55:3,7,9 58:25 60:18 69:8 94:19 100:9 131:15

**insurance** 129:2,16 137:23

**integrity** 66:16

**intend** 117:23 148:17 168:25

**intercompany** 112:1

**interim** 57:21 58:8, 11 59:16

**interjection** 127:24, 25

**internal** 61:2,17 93:5 112:22,24

**internally** 93:22 162:3

**international** 116:25

**internationally** 50:4

**interpret** 76:2

**interpretation** 70:9 85:11 107:18 170:20

**interpreted** 116:6

**interpreter** 4:24,25 5:1,2 7:1,6,10 9:5 13:12 14:18,21 15:6 17:7 21:21 23:24 26:9 41:21 42:23 43:15 44:10,24 45:11 46:9 47:18 48:1 49:16 51:5 52:15 54:18 59:4,13 60:3 61:12 63:15 66:9 70:8 76:2,4 83:5 85:9 86:22 87:5,7,8,13,14, 15,24 88:17 90:13 91:10,13 99:11 101:1,4 107:1,16,19 110:4 111:3,7,9,11 113:19,20 114:15 116:11,12,13 118:23 127:19,20,24,25 128:3 129:5,7,11,15 133:6 135:1 138:2 139:1,2,23 140:3 141:8,16,19 142:13, 16 151:25 153:13 157:21 162:5 169:4, 13 175:12 176:19 182:15,20

**Interpreter's** 70:9

**interpreters** 4:16 5:12,13 14:17 75:25 87:7 88:8 138:7 153:12

**Interpreting** 59:4 60:3 63:15 91:14

**interrupt** 73:22

**intruding** 131:12

**intrusion** 81:21

**inventory** 151:7

**investment** 45:17 168:3 171:4,15

**investments** 124:1 134:9

**investors** 45:18,19

**involve** 56:3,6 81:20 136:4

**involved** 15:18 51:21 53:14 57:7,12,24 58:11 65:4,7,8,9 69:19,22 94:1 97:25 105:23 127:14 135:25

**involvement** 58:16

**Invotex** 38:14

**iphone** 177:5 178:11, 13

**issue** 39:20 105:6

**ITC** 154:1 156:15,16 157:7

**item** 31:17 33:8,11 95:10 96:8 109:18 132:17 150:8,11

**itemizations** 30:10

**items** 35:4 57:10,11 58:14 86:17 90:24 92:17 96:16,19 97:3, 9 99:21 100:6,13 111:25 112:9 114:18, 20 118:16 120:23 127:4 134:24 144:18, 21 154:7

---

**J**

---

**Jaehwang** 4:12 7:7, 15 38:4,9 77:2,7 115:20,25 156:7,12

**James** 4:23 5:1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Index: January..made

**January** 5:18,19

**Jeongdong** 4:7

**ji** 129:12,13

**job** 26:21,24 87:14
177:3 184:8

**joint** 45:17

**Jon** 4:21 16:7 74:20

**Joon** 15:5,12 21:20
60:17 77:20 103:14

**Jose** 4:10

**judging** 147:5

**judgment** 87:17 88:1

**July** 147:10

**jump** 87:25 129:6

**K**

**keeping** 49:23

**Kim** 4:6,19,24 15:5,
12 21:22 23:25
24:11,17 26:2 27:21
28:13 48:24 53:11,13
60:17 63:22 65:15,25
66:20 69:8,12 73:3
77:21 99:1,3,5,6,10,
11 103:14

**kind** 128:24 157:19
163:7 165:4 171:20
177:9 184:16

**kinds** 134:15 171:23

**knowing** 24:15 42:10

**knowledge** 37:16
81:6 176:20 182:11

**knowledgeable**
177:2

**Korea** 4:7 36:15
50:19 114:5 119:13

**Korean** 43:9,12 76:1
107:19 127:17 160:1
169:14

**L**

**labeled** 156:18

**labor** 122:23,25
138:13,15,24 139:3
142:8,9

**lacking** 176:17

**lag** 107:23

**languages** 87:18

**larger** 48:22 123:7

**lastly** 23:3

**late** 182:14

**latest** 100:1

**laughing** 182:22

**laws** 66:16

**lawsuit** 184:22

**lawyer** 173:23

**lead** 4:24 7:1,6 9:5
14:18,21 15:6 17:7
21:21 23:24 26:9
41:21 54:18 59:4
60:3 63:15 70:8 76:2
91:10,13 99:11
101:1,4 102:1 107:19
110:4 111:7,11
113:19 114:15
116:11 127:19,24
129:11 133:6 139:1
141:16 142:13,16
151:25 153:13
157:21 162:5 169:4,
13 175:12 176:19
182:20

**leads** 179:15

**leave** 75:4 101:10
184:11

**leaving** 115:2

**led** 85:24

**Lee** 17:6,8,9 28:13
37:22,23,25

**left** 67:23 69:5 92:11
96:17 108:11 182:20

**legal** 16:2,5,9 17:23
20:13 21:4 22:3
56:22 57:7 60:24
67:6,17 68:6,16 70:2,
17 71:12,13 72:12,
21,22 74:2 81:6,17,
18 85:19 86:4 93:2

**96:22 97:15 180:9
183:19 184:6

**legally** 72:7,9

**letter** 15:24,25 16:8,
12,16,20 17:17,18
18:3,23 19:1

**level** 15:16,19 26:18
53:20 58:5 62:2,3
64:12,17,23 65:6
86:21 88:18,22 89:3,
13 91:7,11,20 92:23
93:15 98:11,12
126:20,22 133:9
135:16,17,19,21
157:1,3 161:18 165:4

**levels** 128:13,18

**LHK** 4:12

**light** 6:18 53:3 93:24
95:20 107:7 108:6
163:10 172:7

**Likewise** 54:2
107:15

**limit** 90:5

**limitation** 97:16
155:6

**limited** 4:9 74:2 90:6
91:2 93:7 113:8
118:10

**limits** 11:19 155:6

**lines** 32:22 33:17,23
35:4 48:10 111:12,
14,19 112:9,16
120:12,24 134:11,13,
24 175:18

**lineup** 159:7,11

**linguistics** 87:18

**list** 13:2

**listed** 89:23

**listening** 54:13

**listing** 89:11

**literally** 123:14
127:18 128:2 129:8,
13

**litigation** 18:8,13,20
27:1,4 36:13 51:15,

**17 55:23 61:8,25
100:17 180:24
183:23 184:2

**litigations** 51:18
61:6,22

**live** 7:18

**local** 119:23

**located** 4:6

**logistics** 125:10

**long** 23:4 24:10,15
29:8,11 47:21,23
54:4,6 63:7,21 64:1
70:22 99:23 108:1,2
159:1,2

**longer** 64:7 106:21
173:15 174:3

**looked** 16:12,18
25:19 26:2 28:15,20
32:18 53:20 54:2
70:5 71:16 104:2
161:18

**lookout** 88:10

**lose** 174:6

**loss** 12:19 14:5 36:6,
17,19 44:1,6,8,13,15,
20 45:1 84:21 114:13
160:2,10,18 161:4,
14,16

**lot** 105:5 134:22
136:6

**lower** 91:7,11,
175:25

**lowered** 45:3

**Ls** 110:17

**Luncheon** 63:2

**M**

**Madam** 113:19
116:14

**made** 6:12 13:22
23:25 37:7 41:16
43:21 75:13 88:12
97:17,21 98:7 116:22
117:17 136:22 139:6,
7 141:21 148:20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

158:11 165:15 186:7

**mail** 55:13 158:3

**main** 4:24 87:7,13,15 99:2 129:7 177:3

**major** 30:6 45:21 52:11,17,22 55:7 59:24 79:1 105:23,24 106:1,20

**make** 5:16 6:23 12:14 20:10,19,24,25 23:5, 15 30:20,25 31:6,8 33:6 40:3 42:12 61:15 63:8 73:14 74:18 79:4 84:9,11 87:10,12,15,24 88:11 98:9,12 99:23 101:18 106:12 123:16 124:1 129:10 133:1 134:3 152:24 156:14 157:18 163:17,21 164:6,15,23 165:8 167:6 168:22 169:2 171:4,13 172:6 179:13 186:19

**makes** 39:23 94:25 133:16

**making** 42:9,13 74:10 99:7 139:15 172:3

**manage** 89:25 90:5 147:13

**management** 8:19, 21,24 61:3 93:6,9

**manager** 15:5 21:20 26:8 60:17 77:20,21 103:14

**managing** 8:19 90:6

**manipulate** 49:14

**manipulated** 94:1

**manner** 160:20

**Manu** 92:18

**manufacture** 113:23 140:1, 141:2 163:23 175:2 176:10

**manufactured** 114:24 148:25 149:3, 9 151:5

**manufacturing** 36:6,10,11,14 92:11 96:8 99:19 109:13 110:12,21 111:4,5, 14,24 112:6,17,21,23 113:7,10,15 114:2 118:4 119:8,14 131:4,7 132:16,19 134:16,18 136:9 139:18 140:5 143:9 144:12,16,19 145:3 146:23 147:2,7,18 148:4,9 149:11,24 150:2,19 151:9 152:3 153:5 164:10,11,12, 13 168:2 174:21 175:18,24 179:20,21 184:23

**March** 4:4 28:1,6,7, 10 183:8,11

**margin** 119:1 147:24 148:13,18 149:5,14, 18 150:3 151:1,2,5,8

**mark** 10:19 185:6,16, 18

**marked** 78:5,7,8 85:13 98:22 101:6,7, 13 111:14 120:8 154:1,3,15 157:24 158:2 159:3,5 185:20 186:4

**market** 172:16

**marketing** 126:12 136:8,11,19 137:5 178:8

**marking** 157:11

**marks** 38:3,8 77:1,6 115:19,24 156:6,11

**match** 82:23 112:10

**material** 12:25 25:20 34:22 35:20 44:1 64:4 92:17 94:6 95:10 96:1 103:19 106:7 131:6,9,23 132:16 159:24 161:23 180:10

**materials** 6:3 14:2,3 16:16,19 34:11,21 153:20 154:7

**matter** 11:17 12:1 27:14 30:5 59:21 89:23 101:20 135:22 156:2

**matters** 10:9,20 11:4,13 98:25 127:1

**maximum** 172:13, 16,21

**meaning** 45:23 85:21 91:11 95:13 102:11 110:13 112:3 119:1 126:20 130:1 135:19 138:6,25 139:7,15 147:4 179:2

**means** 29:2 109:5 121:3 123:16 124:22 127:9 129:13 130:11 147:12

**meant** 47:15 105:10 106:3,4

**meantime** 107:23

**meet** 76:9,15,16 77:9

**meeting** 76:19 77:22

**meetings** 25:17

**Melanie** 4:13

**mentioned** 23:9, 26:10,11,22 100:6 103:20 105:7 137:10 171:3

**met** 76:21 77:11,18

**meters** 125:16

**method** 36:18 40:10 51:8 162:2,11

**methodology** 160:19

**methods** 132:4

**Microsoft** 13:11,17

**middle** 58:8,11 61:13

**million** 114:25 115:5, 14 116:15,16 122:13

**mind** 113:15 165:5 175:1

**minimal** 184:24

**minimum** 172:13

**minor** 55:8

**minus** 48:13 90:24 119:1

**minute** 174:13

**minutes** 23:17,21 24:3,9 34:10 174:11

**miscellaneous** 129:24

**mischaracterized** 41:12

**mischaracterizes** 162:9

**miscommunication** 81:2 82:1 93:21

**miscommunications** 80:18

**misconnecting** 122:20

**misnomer** 135:4

**misread** 141:16

**misrepresents** 84:5

**missing** 67:24 69:5 78:17

**misstates** 11:24 20:7 21:25 22:22 23:7 24:5 29:4 33:25 58:3 60:8 66:22 67:4, 16 72:18 82:25 85:4 112:11 147:21 162:8 171:16,17

**mistakes** 87:13

**mistranslation** 39:4

**misunderstanding** 106:13

**mitigate** 184:25

**mobile** 89:15 113:23 164:6 179:8 180:15 181:14 182:11 183:12

**mode** 158:13

**model** 32:19 122:2, 11,12,13 123:6,8 130:25 135:16,17,21 136:16, 139:18 151:13,15 153:2,3,7

**models** 14:7 47:25
80:17,19,21,22,24
81:3 86:10 102:15,
16,18,22 121:7,22
122:10 136:16 137:2
141:4,12,15,17,
151:21,23,24 152:4,
8,9,10

**Mok** 17:6

**moment** 33:13
101:25 108:7 130:12
147:24

**month** 14:14 117:10
122:3,4,5,11,12,13,
15,17 124:10

**months** 122:7 124:8
147:15 171:19 172:1,
2

**months'** 171:22

**morning** 24:23 28:1
38:11,19 63:11 105:8

**Morrison** 4:18

**move** 54:16

**moved** 5:18,25
125:14

**movement** 47:10
48:9,13,14,25

**moving** 64:5

**mull** 129:6

**multiple** 13:14 32:15

**multiples** 90:21

**Musika** 38:13

———————

**N**

———————

**names** 110:21
113:14 114:7 177:9

**natural** 98:15

**Naturally** 37:24

**nature** 88:13

**nebulous** 166:5

**necessarily** 106:11
123:18 124:22
169:11,16 180:18

184:14

**needed** 21:24 28:9
44:5,6 185:1

**negative** 146:20
147:11 149:12

**neutral** 87:8

**neutralize** 184:14
185:2

**neutralizing** 115:6

**night** 5:16 6:4,10,11
14:15,19

**ninth** 185:17,23
186:4,18

**ninths** 185:24

**nitty** 127:2

**Noble** 7:20

**nonetheless** 80:25

**nonmanufacturing**
96:7

**nonsense** 91:5

**nonsensical** 90:12

**normal** 149:20

**North** 158:5,8,19
159:6,11

**Northern** 4:10

**note** 73:5 127:25
129:11

**noted** 110:10

**notes** 34:6

**notice** 6:2 10:19
11:24 185:16,17,19
186:18

**notices** 6:6 185:7

**noting** 73:16

**notion** 124:17

**notwithstanding**
149:13

**number** 4:11 38:4,8
51:24,25 52:2,3,5
77:2,6 86:17 90:20,
25 104:23 108:10,24
113:22 115:20,24

146:12 148:14,15
150:19 152:21 156:6,
11 176:3,12

**numbers** 12:20 13:4
35:14 48:15 50:1
112:10 114:1 127:3
150:7

**numerosity** 13:13

**numerous** 6:24

———————

**O**

———————

**oath** 5:6 9:20,23 10:1
11:18

**oaths** 5:4,8

**object** 72:3 74:9
169:4,8

**objected** 5:22

**objection** 5:7 7:25
10:15 11:6,15,23
12:16 13:24 19:9,14
20:6,21 24:5 29:19,
20,21 51:3 58:2
66:21 82:19 99:12,14
147:20 163:9 166:13

**objections** 12:10
28:25 60:15 62:21
82:14 91:21 107:14
123:11 185:3

**obtain** 47:17 119:6
150:25 151:1,4 154:9
168:3 169:20

**obtained** 98:6
154:11

**occasion** 62:7,8
130:3 166:18

**occasions** 52:11
163:13

**occur** 61:8 66:4
68:13

**occurred** 36:17,20

**odd** 86:13

**offer** 42:13 165:20

**office** 4:6

**officers** 87:8

**official** 74:25

**oftentimes** 87:16

**older** 100:6,19

**Olson** 4:18 5:3,15
7:3,12 8:11 11:2,10,
20 12:5,14,21 13:5,
13 14:9,20 16:7,20,
24 17:9 18:3,12
19:11,17 20:10,19
21:1,10,13 22:8,15
23:4 24:10,17 25:10,
25 26:7,23 27:21
28:23 29:2,8,18 31:7,
17,23 32:2,20 33:2,
13,22 34:2,10 35:6,
13,21 37:3,6,11,15,
20 38:1,10,16,22
39:6,11,25 40:16,19,
25 41:10,15,20,23
42:2,15,21 43:2,4,15,
20 51:7,13,23 52:4
53:6 56:8,14 57:1,12,
18,23 60:13,18,21
62:15,20,23 63:5,10,
21 64:8,24 65:13,21
66:25 67:12 68:1,11
70:7,12,22 71:18,19,
23 72:8,16 73:1,7,9,
19 74:5,20 75:15,19
76:9,22,24 77:8,22
79:11,16 81:24 82:9,
16,21 85:12,23 86:25
87:3 88:5,14,23
91:12,19,24 92:10
94:5 95:8,23, 96:25
97:8,19 98:9,16,24
99:9,12,15 100:8,12,
21 101:3,5,12,16,21,
24 105:12,14 106:24
107:11 108:2,9,16
109:24 112:8,20
116:18 117:16 118:1
120:23 121:10,23
123:9,20 124:3,12
125:10 129:5,22
130:12,24 131:14
132:8,11, 133:15
134:2,11 137:15
138:3,8 140:2,6
142:9,15,22 143:13
145:7 146:8,12,17
147:23 153:25 154:5
155:15,21 156:1,4,25
157:9,16,23 158:1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

160:24 161:15 162:7, 15,23 163:2,14,23 164:4,13,21 165:6 166:7,16 167:2,13 168:18 169:9 170:15, 23 171:12 172:4,19 173:11,19 174:2,6,9, 14,19 175:3 176:11 177:4,21 178:1,10 180:4,20 181:3,13,21 182:7 184:1 185:3,14 186:1,3,20

**open** 116:25

**opened** 59:11

**operating** 82:22,23 118:24 120:13,15 144:6 145:4 161:25 177:18

**operation** 8:24

**operations** 158:8

**opinion** 39:3 61:1

**opportunity** 38:12 75:9

**opposing** 94:21

**opposite** 149:8

**oral** 71:11 97:21 98:7,9

**orally** 70:16

**order** 5:19 6:1 38:15, 20 117:16 118:6 127:1 133:16 134:3 144:24 148:18 151:4, 7 153:4 156:17 157:7,17 161:13 165:5 184:15,24,25 186:8

**orders** 6:19

**ordinary** 34:14 49:20

**organizational** 89:14,21

**organized** 14:6,16

**oriented** 126:20

**original** 60:1 69:4 94:2 135:7

**originally** 18:18 29:23,24 36:2 56:17

59:9,23 64:19 66:8 86:11 93:14 152:6

**outline** 54:25

**outlined** 131:12

**outright** 87:23

**outsource** 127:14

**outsourced** 127:16

**outstripped** 172:5

**outstrips** 172:17

**overemphasize** 157:6

**overly** 89:5 91:15 92:6 109:20 124:5 125:7 126:16 130:9 134:5 144:22 153:23 155:17 163:19,25 164:16,24 166:14 170:18 171:9 172:8, 22 174:23

**owned** 45:6,9,10,14

**owns** 45:16

————————

**P**

————————

**pages** 6:4 155:14

**paid** 46:5 125:19,22 126:1,13 127:5,9,17 128:2,6,13 129:6 130:16 137:23 138:13

**Paldal** 7:21

**pales** 147:9

**pan** 112:18

**paper** 24:20 25:13 54:3

**paragraph** 90:14

**Park** 9:4

**parlance** 127:17

**part** 21:6 45:16 66:5, 13 104:1 111:8,13 112:7 113:6 123:7 126:21,22 130:10 134:8 136:6 137:1 149:21 150:13

151:10,17 152:1 160:20 164:11,13 166:23 167:20 172:11 175:20 183:24 184:2,9,10 185:11

**participate** 14:9 15:11 26:23

**participated** 14:22, 25 15:17,18 26:21

**participation** 17:4

**parties** 87:9 116:17 127:15 185:9

**parts** 179:23

**party** 66:19

**pass** 185:5,6,13

**passed** 186:12

**past** 173:17 174:3

**patent** 27:14,17

**patents** 27:10

**path** 72:14

**pause** 51:2

**paying** 123:17

**payments** 130:15

**peak** 172:16

**people** 6:6 26:19 64:17,19,20 70:19 128:8 142:7 161:3 171:4,7

**percent** 45:9 46:19, 20 47:3,11,12,13,14, 15,19,21 48:9,11,13, 14,18,25 122:18 160:4,6 176:9

**percentage** 45:20 47:7 48:4,19

**perchance** 114:23 115:11

**perform** 151:12

**period** 117:12 123:6 141:5,14,17 142:3 159:2 166:23 171:12

**periodically** 66:15

**periods** 146:21

**permitted** 99:18 100:5

**person** 16:22 25:7 26:25 27:4,16 28:21 47:9 48:24 60:11,13 63:19 65:6 69:18 70:19 86:21 93:22 97:17,24 175:13 176:20 177:2

**personal** 8:2,5

**personally** 180:2

**perspective** 124:24, 25 144:6 179:12

**pertain** 143:7,25

**pertaining** 110:16 115:12 134:15 143:24

**phone** 142:2 154:8 164:7 177:6,14,15 178:24 180:15 181:14 182:11 183:12

**phones** 12:15, 13:23 68:1,9,12,20 69:8 82:4,12,18 154:23 161:4 172:6 177:13, 17 178:11,25 179:3, 20

**phrase** 141:14

**picture** 185:1

**pie** 123:7

**pieces** 30:14 114:24

**place** 62:14 99:11 119:22 140:5 147:7 185:15

**places** 108:24

**plan** 161:11 174:10, 11 179:5,6,8,11,24, 25 180:5,14,17,21,23 181:13,22 182:8,18, 23 183:1,4,12

**planning** 174:3

**plans** 179:7 180:12 181:7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

play 15:8 64:9,25

played 87:6

point 13:14 41:11
42:8 74:12,19 75:2
94:25 145:3

pointed 110:11

pointing 74:3,14,16

portend 171:25

portion 24:16 31:25
32:2,14 36:19 45:21
46:4 56:6 61:13
64:16 67:25 69:5
71:2 86:8 93:13 94:3
97:25 111:18,21
163:1

portions 58:15 61:7,
11 64:18 67:21,23
68:18 69:3 80:20
112:17 116:12

posed 91:4 94:18

possibility 69:22

possibly 126:23

practice 49:22 66:14
80:22

practicing 102:16,22
163:17,24 164:23

precise 21:15 52:6

precisely 117:1
178:23

preexisting 49:5

premium 175:23

preparation 14:10,
22 15:11 57:13,25
58:16 64:9 65:5,10
75:20 167:14

preparations 78:2
172:3

prepare 8:22 17:19
18:4,23 20:17,25
23:17 53:9,11 63:22
64:19 69:23 77:10,24
107:3 153:19 154:21
161:4 163:2 172:14,
15 179:5

prepared 6:20 14:15

15:23 18:8,11 23:3,
14,20 47:9 49:11
51:17 53:6 56:9
59:15 60:6 66:1 73:3
75:22 78:20,22 79:3,
12,15,17 80:1,3
93:10 97:11,12 100:3
103:17 104:20
105:17 106:15 107:5,
13 108:4 109:18
154:9 155:2 158:7
163:8 179:17 180:23
181:22 183:1,5

preparer 48:8 62:19

prepares 180:21
181:14

preparing 51:14,21
53:14 64:25 76:16,17

prerogative 94:24

present 67:14 68:3
77:13,14 100:18
122:15 123:6 142:3
152:9 183:22 184:21

presented 82:5,18
88:19 89:2,10 91:6
94:5 99:20 149:17
150:5 162:3 184:16

presently 139:17
140:10

preserve 128:3

preserved 129:12

preset 126:4

president 8:15 9:7,
10 22:1 38:18 73:25
94:17 116:9

pressed 134:10

pretty 142:6

previous 36:23 44:1
54:2 71:6 106:22

previously 66:23
78:5,8 79:14 80:2
85:13 95:2 96:9
155:10 186:4

price 113:3 159:20,
22 161:13,16 163:12

principally 61:3

principle 50:5 61:18

principles 126:25
132:3 139:22 140:21

printed 54:3 55:11,
13 83:21 85:8

printout 24:19 84:17

printouts 104:19

prior 20:7 21:25
22:22 23:7 24:5
33:25 38:18 39:22
50:24 51:9 52:21
53:3 66:22 71:4
73:25 85:6 101:19
105:1 107:7 108:6
122:13 138:3 139:15
141:11 147:21 162:9
163:10 171:16 186:8

privilege 81:21
94:19

problem 74:7 173:23
176:17

problems 172:1

procedure 70:20
74:21,25 76:21

procedures 70:5,11,
13 104:12 126:25

proceed 5:12 40:6,
11 42:22 43:3,18
74:4 75:12,18 99:4

proceeding 6:17,18
17:5 22:7 75:8

process 6:5 38:23
40:4,5 49:25 63:20
67:14 72:12 74:2,17
88:4 110:12

produced 5:20 35:22
58:4 59:17 85:2
156:15,16,19 162:23
167:7, 180:11,18,24
181:8,9,11,15,24
182:9

product 32:19,20
35:15 47:12,20
48:13,20,22 50:23
86:13 90:17,19 91:3
110:12 111:5,6,8
114:24 125:22,23
126:8 139:6,15 145:3

152:4 153:21 154:20
164:6,7,15 174:21
175:5 176:21

production 5:22
16:17 83:19 102:10
105:23 107:20,22
108:3 186:9

products 11:22 12:8,
18 32:8,15 33:18
36:7,14 44:4,12 47:2
67:12 83:19 86:10
89:22 113:23 125:6,
11,20 129:3 136:12
139:4 140:7,11,16
142:10 152:8 154:22
155:16 160:10,11
163:17,24 164:23
165:9 166:10,23
168:22 169:2 170:17
171:14 175:24,25
176:2,10 177:4

proffer 8:5 11:25

profit 12:15,19, 13:22
14:5 36:6,16,19 44:1,
6,8,13,15,17,22
45:23 46:5,13,15
47:7,19,21 48:4,17,
20 82:22,23 84:21
114:13 115:1,4,6
117:17 118:6 151:9
160:2,9,18 161:4,14,
183:16

profitability 11:22
12:7

profits 45:4

progress 63:9

projects 140:8

promised 46:13

prone 74:14

proper 74:21,24
111:2

properly 14:6 42:25
43:13 64:22 86:23

proportion 125:25
126:1 129:4 132:25
133:3,6,18 137:4

proportionately
124:19,22 126:9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**proportions** 121:9
126:3 137:11

**protect** 179:23

**protective** 156:17
157:7

**protest** 6:18

**protocol** 40:1

**provide** 8:23 17:24
38:20 44:11 93:14
96:13 97:8 127:1
145:3 160:22,24

**provided** 13:1 36:22
49:19 54:20, 55:22
56:13 58:22 61:16
62:4,6 67:3 80:13
82:8,13 83:21 84:8,
17,20 85:8 92:2,4,24
93:12 94:13 98:1
102:5,6 114:2 128:10
151:19 168:14
182:17

**providing** 7:23 90:10

**publicly** 34:19 89:23
90:15

**pumi** 158:5,7,15,19

**pumis** 158:11

**purpose** 18:11,15
31:12 33:1 66:3
75:24 76:8 135:12
148:2

**purposes** 18:12 40:1
51:15 61:3,7,24
76:15,17 93:6 100:17
117:9 118:2 140:6,15
174:2

**pursuant** 7:8 14:1
69:17 104:11

**push** 174:17

**put** 6:12 10:21 44:6
48:2 49:17 52:16
57:10 68:21 76:5,6
87:25 93:23 106:3
115:11 154:25
155:11 160:8 163:14

**putting** 133:25
137:21

**Q**

**QTY** 108:24

**qualified** 38:15

**quantities** 144:5,16
149:2,3,9,10 150:24
151:6

**quantity** 32:3,9,13
108:25 109:5 112:8
145:4 147:9,10 148:2

**quarter** 148:1,3,20
149:19 158:5,8,18
163:5,13 182:24
183:2,4,7,9,13

**quarterly** 183:1

**question** 10:22
12:13 13:18,19,21
16:4,7 18:1,2 19:18
20:9,18 23:11 31:5,
10 33:6 41:25 48:21
56:2,22 60:16 65:18
67:7 72:2 76:14,
79:18,25 81:23
83:12,16,25 84:14
85:7,17 86:2,19 88:2
89:7,8 90:11 91:4,14
93:1 94:18,22 95:4,9,
13,23 96:3,4,14
104:16 105:13 107:9
108:14 112:13
113:21 116:14
117:15 124:13
128:12,24 131:11,23
135:4 141:22 142:23
145:8,12,25 147:24
148:22 149:16 155:5
158:4 160:15 166:4,5
169:22 176:11
182:20

**question's** 171:18

**questioned** 94:20

**questioning** 38:17
41:11 95:1 116:2
178:4

**questions** 6:21 8:2,5
36:24,25 38:19
39:12,21 40:7,9
42:22,24 43:18 58:6
95:14 96:11,12,15

99:18 100:13,22
104:23 105:10 116:4,
7,9 131:15,16 169:1
173:12,25 185:12

**quick** 101:16 182:20

**quicker** 10:18

**Quinn** 4:21 19:12,23

**quote** 23:13 57:8
127:19

**R**

**raised** 75:8

**range** 47:23 172:12
174:13,15

**rate** 47:22 116:24
117:11 121:15

**ratio** 123:5 160:2,19
161:4

**reach** 149:12 161:16

**reached** 97:20

**reaching** 135:17,20

**read** 116:16 145:21
146:3

**reads** 121:2 127:9
128:2 147:5 162:21

**real** 147:4,17 162:13

**realized** 45:4

**Realtime** 4:14

**reason** 35:13 46:22,
25 50:22 69:6 79:9
80:19 110:11 123:13
130:5 139:12 147:4,
17 155:12 171:11
176:14 184:10,14,20

**reasonable** 173:18

**reasons** 6:17 100:20

**rebates** 127:11

**recall** 24:25 45:20
51:14,20 53:4 55:9
57:12,24 58:21 59:14
68:23 69:2,7 105:22
108:8 133:2 156:20
184:18

**recalled** 85:3

**receipt** 19:1

**receive** 20:4 25:21
54:1 79:20 168:4
182:10

**received** 5:23 6:2,3,
11 16:13,14 17:18
18:4,22 20:16 51:25
52:1,14,20 57:1,21
58:8 59:25 65:1
79:23,24 81:17
168:15

**receives** 26:6

**recent** 71:25 84:12,
15 183:12

**recently** 84:7 85:2

**recess** 38:6 41:7
63:2 77:4 98:19
115:22 142:19 156:9

**recognize** 78:9,10
173:15

**recognized** 49:12
50:4

**recollection** 11:4
14:14 18:6 21:16
52:5,6 55:17 62:13,
22 69:10 78:24
107:11 182:16

**reconfirm** 156:24

**record** 4:17 6:22,23
7:14 31:2 38:5,8,21
39:4 40:14,21,22
41:2,3,4,5, 42:8,15
62:25 63:3,6 73:5,15,
16,24 74:3,10,13,15,
17 75:3,5 77:3, 85:5
87:6,10 98:17,20
99:8,16,23 100:11
101:12,17 115:21,23
116:3,12 128:4
129:12,13 141:9
142:17,20 156:7,10,
14 165:10 166:2,13
185:7,11,15 186:16

**recorded** 112:16
126:5 135:23

**records** 8:22 147:9

**redirect** 38:24,25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

42:17

**refer** 110:7 134:12
137:24

**reference** 7:22 121:4
127:10

**referenced** 105:20
128:1

**referred** 20:3 50:16
103:2,6

**referring** 11:9 13:6
14:11 18:8 36:14
109:9 160:25 161:20

**refers** 54:23

**refined** 36:9

**reflect** 45:2 96:1
140:17 149:21
153:20 154:6 155:3

**reflected** 46:15 57:4
114:19 118:12 119:3
133:21 134:4 140:7
143:12,14,19 144:4,9

**reflecting** 143:8

**reflects** 113:2 163:1

**regard** 106:13
111:24 112:5 125:13
159:10 177:3

**regional** 136:19
158:12

**regions** 119:15,24
120:2 153:13 175:1,21

**regular** 104:15
127:12

**regulations** 22:6

**reidentified** 6:9

**reiterate** 49:7 157:4

**relate** 80:11 81:1
86:10

**related** 8:22 27:14
54:10 64:18 66:12
68:24 71:15 134:8
136:22,23,24 138:23
161:8,9

**relates** 57:9 64:14
67:10 80:13

**relating** 14:5 80:22
95:15

**relation** 67:21

**relevant** 14:6

**reliability** 104:15

**rely** 169:1

**remain** 59:21 154:12

**remained** 94:3

**remains** 94:3 163:11

**remember** 85:7
169:6 184:18

**remembered** 101:17

**Remian** 7:21

**remind** 173:7

**removed** 83:20,24
84:3

**remunerations**
128:8

**render** 85:9

**rendered** 87:22
107:2 138:4 139:24
141:10,13

**rendition** 44:10,24
45:12 46:9 48:2
49:17 52:16 59:13
61:12 66:9 76:6 83:5
87:25 90:13 107:2
111:4 138:3,4 139:24
141:11 182:15

**renditions** 87:23

**renowned** 49:24

**repeat** 107:16,17

**repeated** 109:7

**repeating** 186:6

**reply** 11:1 35:24

**report** 9:1,2,13 18:10
20:24 32:5 47:9
94:13,14 97:21 98:8,
10 103:12 159:6
160:8

**reported** 69:20

**reporter** 4:13 5:4,11
7:8 99:4 113:19

116:15

**Reporters** 4:14

**reporting** 147:16

**reports** 145:9 166:8
167:25

**represent** 4:17 84:19
143:5

**representation**
31:18

**representative**
169:19

**representing** 4:19,
22

**represents** 84:17

**reproduced** 157:12

**request** 5:5 14:2
41:12 61:19 69:4
80:21 106:8 107:20
152:17 158:15 168:9,
10,11,13

**requested** 16:16
61:5 63:6 86:11
93:10 106:6 152:7
174:20 184:22

**requesting** 15:24,25
16:17

**requests** 57:10
158:11

**required** 132:6

**requirements** 61:19

**requiring** 5:20

**research** 138:18
140:4

**reservations** 185:4

**reserve** 186:10

**residential** 7:16

**resolve** 41:1

**respect** 11:22 12:7
49:3 103:24 105:19
106:8,17 108:11
110:8 111:20 114:13
119:15 125:22
127:13 134:23 135:5,
8,13,16 137:2 139:5

140:20 143:19,21
144:9 146:1 148:20
149:14 151:10,21,23
152:3,7 153:8,16
154:22 156:14
157:11,19 161:10
163:6 178:4,20

**respective** 106:8
110:17,21 121:8
124:11 130:25
137:20 138:16
139:18

**respond** 86:25
172:18

**response** 169:22

**responsibilities**
8:20

**responsibility** 10:12
11:3

**responsible** 27:1,10
167:21 186:22

**rest** 112:18 137:1
177:9

**restate** 38:18 41:13,
16

**restating** 141:22

**result** 36:21 44:8,18
45:1 184:5

**resulted** 45:24

**resulting** 43:10,22

**results** 45:23,24
135:6,24

**resume** 38:17 41:11

**retail** 159:22

**retained** 158:24
159:2

**retranslate** 39:9

**returns** 147:14

**reveal** 55:24 56:20
60:22 67:5,16 68:5,
15 69:25 70:15 71:10
79:6 81:16 85:18
86:3 93:1,16 96:21
97:14

**revealing** 56:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

71:18,24

**revenue** 32:3,9,13
36:3 112:6,16 113:5
119:7 121:10,15
122:24 123:5,7
125:25 129:4 134:21,
25 136:4,7,15,24
137:3 139:9,21
140:11,18,21 144:5
184:18

**reverses** 147:14

**review** 25:13 26:12,
16,18 29:9 53:18
62:5,10,15 75:19
167:13

**reviewed** 25:2,6
28:21 29:3 37:11
71:20 72:21 75:23
76:7 104:18

**reviewing** 34:6

**revised** 182:24

**rights** 186:10

**rise** 47:2

**Roh** 15:8 26:9,10,12
28:14 77:21

**role** 15:7 27:18 64:8,
25 65:5 126:23

**roles** 87:6

**roll** 91:8

**room** 40:24

**routine** 49:9,20
50:10 66:6 104:11

**routinely** 34:14
66:13

**royalties** 130:18,19
131:18

**royalty** 130:15

**RP** 159:22

**Rule** 6:6 185:16,17,
18

**running** 167:21

**ryo** 129:12,13

———————
**S**
———————

**safe** 128:4

**sale** 111:22 113:3
115:14 121:25 137:5

**sales** 12:20 14:5
32:13 36:3,7 46:21,
23 67:25 109:8
110:20 111:22,24
112:7,9,22,23,24,25
113:2,4,5,8 118:4
119:1,7,12,15,16,17,
18,22,23,25 120:3,4,
5 121:9, 123:16
124:19 125:3 127:10,
11,22 128:24 129:1
133:21 134:3,8,19
136:21 141:2 142:23
143:2,5,6,10,17,24
144:1,4,8,12,21
145:2,4 146:20
147:8,11,16,19
148:14,20,24 149:2,
5,9,11,18,21,22,23
150:1,8,10,13,19
151:10 158:5,8,19
161:13 163:12 167:4,
6 175:18

**salesperson** 128:19

**salient** 103:24

**Samantha** 4:19

**SAMNDCA00372946**
101:13

**SAMNDCA00373139**
101:14

**Samsung** 4:8,22,23
7:21,22 8:8,13 10:10
11:5 12:14, 13:22
16:4 19:22 26:1
27:12 28:15 45:7
50:2 63:11,17 65:14,
24 75:20 89:15 99:17
100:3 113:7,15,17
114:6 117:17 118:7,
9,10 125:17 133:20
141:6,23 142:1
153:19 154:21
158:24 163:16 164:5,
22 165:17 169:1,19
171:13 172:4,19

177:4,17

**Samsung's** 11:21
12:7 69:24 138:13
165:8 166:9,22
168:21 170:16
176:21

**Samuel** 17:8 21:12
22:5

**San** 4:10

**sanctions** 6:1

**sans** 138:24,25

**SAP** 35:6,9 82:4,8,12,
17 88:15,19,24 90:4,
22,25 91:19,22
117:13

**save** 71:16

**SCEA** 112:25

**schedule** 22:25
94:23

**science** 87:18

**scope** 8:1,3 11:24,25
16:11 100:17 165:10,
14

**screen** 55:12

**SEA** 36:4 64:9,19,20,
24 112:25 113:24
120:5 176:18

**SEC** 113:3 114:5
119:13 174:21 179:5
180:15

**SECA** 78:17,18
112:25 143:4 144:3,
20 184:17

**section** 92:11,14
144:12,19 146:24
147:2,18 148:3,4,9

**seeking** 6:5 157:1,16

**segments** 118:3

**SEHZ** 113:16,20
114:5,9

**sell** 113:24 147:13
166:9,22

**selling** 111:6,8 122:2

**sells** 120:1 128:19

**send** 37:19,24 55:13
186:17

**senior** 9:7,10

**sense** 36:9 39:23
110:25 119:16
129:10 166:20

**sensing** 84:5,10

**sensitive** 100:16
157:5

**sensitivity** 95:19

**Seoul** 4:7

**separate** 23:14
31:13,15 49:13 59:2
113:9 119:25 120:3
158:7 183:1

**separately** 31:16
48:12 49:4 52:20
93:25 166:17

**September** 146:18
147:19

**sequence** 169:7

**series** 5:17 78:4
105:10 120:13 160:1

**set** 6:3 30:8 35:2
49:14 60:2 80:3
113:9 125:2 155:14

**settlement** 34:13

**Seung** 17:6

**seventh** 185:16,25
186:4

**severely** 93:7

**shape** 78:14

**shared** 175:19

**sheet** 86:12 161:17,
19

**Shepherd** 5:25 6:8

**Shin** 4:23 9:16 39:2,
10 40:23 41:10,18,24
42:3 72:10 73:5,8,13,
16,20 74:12 75:3
179:15

**short** 142:13

**shortages** 164:14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**shorter** 106:23

**show** 55:12 57:10 68:21 86:5,11 151:20 153:25 182:6 184:22, 24

**showing** 12:19 105:8

**shown** 24:19 57:10 61:1 71:13 86:12 110:17 150:10

**Sic** 176:19

**side** 34:20 108:11 112:17,21 119:8 123:17 144:15

**sides** 80:18

**signed** 9:23

**significance** 159:9

**Sim** 4:13 5:15 6:9,10 7:7,13,15 8:1 11:25 22:1 38:4,9,18 63:10 69:23 73:25 77:2,7 83:13 94:17 96:16 99:17 115:20,25 116:9 142:22 146:17 153:19 154:6 156:7, 12 158:1

**Sim's** 6:12

**simpler** 112:4

**simplify** 140:14

**simply** 28:22 76:14 98:7 149:4 150:9 152:23

**simulation** 162:12, 15

**simulations** 162:14 163:1,3

**single** 20:2 35:15

**singling** 79:10

**sir** 73:7,9 74:5 96:6 103:19 109:23 112:4, 7,13 126:24 128:23 134:7 143:3

**Sitting** 52:4

**situation** 20:24 21:1, 8 117:3 149:8

**situations** 87:16

**size** 46:7 103:21

**slightly** 36:23 43:22, 23

**small** 37:4 64:5 129:24 147:10

**smaller** 44:21 102:19 149:9

**smartphones** 176:2, 8

**society** 116:25

**sold** 12:19 33:8,18,23 34:4 35:14 36:20,21 43:22 44:7 45:25 47:1 50:23 114:25 119:1 122:5,10,11, 12,17,25 124:15 127:6 131:3,18 132:17,25 142:11 143:1 147:11 150:16 151:6,24 152:5,13,21 153:3

**solely** 18:20 158:16

**someplace** 180:16

**sort** 107:23 137:22 146:1 160:21 166:5

**sources** 169:20

**SPA** 175:11

**speak** 19:11,23 48:3 58:4 86:24 87:5 95:21 100:3 102:2 105:18 143:17 168:19

**speaking** 21:10 22:5 76:1 107:19 111:20 152:1 169:14 175:4 176:8

**speaks** 160:18 165:11,15

**special** 72:6 98:1 125:21

**specific** 65:14 91:8 118:17 136:11 153:21 164:3

**specifically** 18:8 105:4 134:3

**specificity** 72:4

**specs** 177:11

**speculation** 22:22 23:7 24:13 25:5,16 26:5,15 28:19 29:5 35:11 37:18 52:9 53:3 62:18 63:17,25 69:15 107:7 108:6 123:3,24 137:9 155:18 167:10 175:9 176:24 181:1,5,17 182:1

**speech** 6:23

**spelling** 9:5 15:6 17:7 128:4

**spent** 105:5

**split** 102:10,11 125:9 145:23

**spoke** 23:25 24:3 27:23 125:24 129:25 130:1

**spoken** 20:1,4 165:24

**spreadsheet** 13:7,9, 10,11,13,16 14:3,10, 23 15:8 17:11,15,19 18:5,19,24 19:13,24 20:5,11,20 21:14,24 22:9,16 24:8,18 25:3, 14 26:3 27:23 28:16 29:9,14 30:15,18,21 33:7,11,14,18 34:4 35:8,14,16,22 37:6, 12 43:21 47:1 49:3 50:24 51:8,20 53:9, 11,14,19 54:23,25 55:18 56:8,19,25 57:9,13,14,15,17,19, 20,22,25 58:4,10,17 59:24 62:5,8,9,11,16 63:23 66:10 67:2,3 71:25 92:24 97:4,11 99:25 100:4,7,19 103:16 110:17 112:9 147:5 149:17 151:22 162:21

**spreadsheets** 13:15,16,20 14:4,23 15:13, 17:20 18:5,7 51:9,13,17 57:2,3

**specificity** 63:12 64:10 65:1,14, 25 66:20 67:13 68:2 69:9 71:5 73:3 74:2 75:21 108:12 109:3, 10 117:20 118:3,13 143:15

**STA** 36:4 64:8,18,20, 24 65:12 110:22 112:25 120:5 121:24 124:15 126:22 137:25 143:18,25 146:21 148:3,20 149:18 174:20,25 175:2,4,13,20 176:21 181:9,11

**staff** 132:23

**standard** 49:10,11 50:7,15 94:6,8 95:11 131:10 132:1 153:9 155:4

**standards** 135:14

**start** 60:13 61:14 78:5 147:15 172:2

**starters** 136:13 175:11

**starting** 110:3 143:24

**starts** 120:10

**state** 4:16 7:13 43:1 51:3 73:24 88:6

**stated** 42:6 43:1 61:14 73:6,25 85:1 99:17 104:10 105:19 116:18,20 117:19 156:20 185:4 186:6

**statement** 5:16 12:3 73:15 99:23 108:15 116:6 157:9 176:3

**statements** 89:18 105:15 186:7

**States** 6:15,16 10:6 119:19 120:2 143:6

**status** 118:21

**statuses** 110:16

**stay** 40:20 41:2 124:14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**staying** 124:17

**Steiger** 4:21 5:9 6:22 7:5,25 10:15 11:6,15, 23 12:9,16, 13:24 16:1,10,21 17:1,21 19:9,14 20:6,12,21 21:3,11,25 22:11,21 23:6 24:5,12 25:4,15 26:4,14 27:6 28:18, 25 29:4,15,19,21 31:3,9,20,24 32:17, 24 33:9,19,25 34:5 35:10,17 37:1,5,8,13, 17 38:16 40:13,18, 22,23 42:5 43:8 46:1 47:4 51:1,10,22 52:9 53:2 55:5,24 56:10, 20 57:5,16 58:2,19 60:8,15,19,22 62:12, 17,21 63:14,16,24 64:11 65:2,16 66:21 67:4,15 68:4, 69:14, 25 70:15 71:10,22 72:2,18 73:14 74:24 76:13 77:18 79:4,13 81:4,11,15 82:6,14, 19,25 85:4,16 86:1 88:6,20 89:5 91:15, 21 92:6,25 93:16 94:9,17 95:18 96:21 97:5,13 98:4 99:14, 22 100:10,15,24 101:16,23 105:4 106:16 107:6,14 108:5,14 109:20 112:2,11 113:13 116:1 117:14,21 120:20,25 121:19 123:2,11,23 124:5 125:7 126:16 128:15 129:18 130:9,22 131:11,16 132:10,14 133:10,23 134:5 135:3 137:7 142:4 143:11 144:22 146:6, 9,11,14,16 147:20 153:22 155:5,8,17 156:13 157:2,14,18 158:25 160:12 161:5 162:8,20 163:9,19,25 164:8,16,24 165:10, 14,25 166:12,25 167:9 168:16 169:3, 5,11,15 170:9,18 171:9,16 172:8,22

173:2,17,22 174:5,8, 12,16,18,23 175:8 176:6,23 177:19,23 178:3 180:2,7,16,25 181:4,16,25 183:18 184:4 185:12,22 186:2,15

**stem** 102:12

**step** 99:1 170:6

**steps** 63:12 135:20

**stipulate** 5:6

**Stipulated** 5:9

**stipulation** 7:9

**stock** 151:7,10

**stop** 42:3 94:7 104:25 173:16,18,20, 21

**store** 135:6,7

**strike** 46:24 49:21 110:4 114:15 126:19 162:13 175:12

**structure** 46:12

**su** 129:12,13

**subject** 6:24 10:9,20 11:4,13,17 12:1 70:2 81:7 94:18 95:3 97:16 101:20 104:14 156:2 165:20 183:22 184:21 185:3

**submission** 59:1

**submissions** 58:23

**submit** 28:8 37:14 93:13

**submitted** 13:2,8 14:16 34:12 36:2,8 50:12 58:22 59:10, 16,17 61:11 70:6 71:1 72:7,9,12,23,24 73:2 74:1 94:13

**subordinate** 14:24 15:14

**subordinates** 14:24 15:1,15

**subpages** 145:24

**subsequently** 50:10

**subsidiaries** 44:11, 12,14,16,17 45:3,13, 14,22 46:3,10 48:4 83:19,24 84:3 103:1, 5 109:15 113:9,12, 15,16 114:6,8 118:11,12 183:17

**subsidiary** 44:20,22, 25 45:6,7,8,10 46:14 47:22 67:20 84:22

**subsidies** 36:3

**substance** 75:14 166:1

**substantially** 91:7

**subtract** 119:3 149:4

**subtracted** 36:17 67:13

**subtracting** 119:6 148:14

**successive** 135:20

**suffice** 47:24

**sufficient** 16:17

**suggest** 10:17 11:16 106:10 122:15 147:6 170:3

**suggestion** 6:12

**suggests** 128:25

**suit** 183:25 184:10

**sum** 130:3,6 150:12

**superior** 9:14 97:22

**superseded** 99:25 100:19

**supplied** 36:7 153:2

**supply** 115:12, 144:15 175:22 176:18,21

**supplying** 44:3,4

**support** 8:18,19,21, 24 9:11

**supporting** 132:22

**suppose** 7:2 127:20 133:12 161:14

172:10 175:11 178:6 183:10

**supposed** 66:7 184:11

**surmise** 151:22

**surmising** 20:23 21:8

**Suwon** 7:18

**swear** 5:11 99:4

**swoop** 106:11 135:19

**sworn** 5:13,14 7:8 39:7 73:11 74:5 75:17 99:6,7,10

**system** 31:19 32:5,6, 7 33:5 49:12,23 57:4 90:6,22,23 177:18

———————

**T**

**tab** 146:5

**takes** 140:5 174:3

**taking** 30:24 96:5 147:7 148:13

**talk** 19:5 22:7 76:12, 13 77:16 86:5,21 95:16 100:5,19 155:7 179:14

**talked** 6:24 63:11 77:23 101:17 109:12 135:9 183:21 184:17

**talking** 21:9 30:16,20 46:18 55:10 73:2,4 88:8 90:10 102:11 104:19 105:5 107:17 109:22 111:17 118:10 123:14 124:10 127:11 134:14,17 143:23 161:1 162:18,20 164:9,10 168:12 179:13 184:15

**talks** 110:19

**tantamount** 34:23

**tape** 76:25 115:18

**tapes** 38:3 156:5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**targeted** 161:12

**team** 8:17,18,19,21 9:2,9,10,11 87:9

**technical** 88:13

**Ted** 4:24 99:3,11

**telling** 14:1 31:11 57:21 66:4 68:11 81:12

**tend** 121:14 147:13 149:5 171:25

**tenth** 185:18 186:5

**term** 65:22 110:9 111:2 124:20 127:9

**terms** 32:10 33:5 34:13 59:24 66:6 85:10 86:13 88:11 89:12,14,20,22 92:8 102:10 103:23,25 104:5,6 106:2 107:25 108:11 109:7 113:6 114:12,16 115:10 121:8 125:13 127:2,8 135:11 136:15 137:11 139:6,20 143:17 144:2,7,15 153:5 157:12 161:10 176:17 178:19 186:9

**Terry** 38:12,13

**testified** 7:9 72:11 95:2

**testify** 10:9,12,14 11:5,14,19,21 12:6 16:2 69:24 81:4 165:7 169:24 170:1,5 180:7 181:5,17 182:1 183:18 184:5

**testifying** 160:16

**testimony** 8:3 9:20 10:4 20:7 22:1,22 23:7 24:6 29:4 34:1 38:18 39:19 40:8 41:13,16 43:1,12,16 60:8 66:22 72:19 73:25 87:4,21 93:4 100:18 105:1 108:6 116:17 147:21 163:10 165:20 167:14 171:16 179:2

**theoretically** 90:20

**thereof** 104:16 106:2,18 132:2

**thickness** 103:23

**thing** 18:24 23:11 30:21 71:15 75:7 88:6,25 99:15 108:21 109:2,9 110:12 112:3 146:2 163:12 170:3 177:11 181:12 186:15

**things** 16:18 29:12 30:25 75:6 88:9,13 102:9 103:11 104:1,2 112:15 115:7 117:24 119:11 122:14 123:17 124:3,19 125:13 130:1 134:12, 15 137:10,12,24 139:19,20 143:8,23 144:2,3,8,15 146:1 149:20 150:9 151:20 152:7,10,12,18 153:6,9,17 161:10 162:1 165:21,23 171:25 173:24 176:1 186:9

**thinking** 25:23 174:12

**thinks** 84:6

**thought** 20:8,24 61:10 62:3 76:5 93:4, 11 101:19 112:14 113:20 182:3

**thousands** 90:4,21

**threshold** 128:20

**thrust** 148:22

**Thursday** 21:18 22:9,17,19 24:4 27:23

**Tim** 5:25

**time** 4:5,15 5:10 9:19, 21 12:10 22:15 23:1, 15,16,22 24:7,15,16, 24,25 30:1,5,24 34:7, 8 37:7 38:5,9 41:6,8 42:4 54:1 57:14 63:1, 3 74:19 77:3,7 78:25 79:15,21 80:3 90:1

**91:22 98:18,20 105:5,10,21 106:5,12 107:23,24,25 115:21, 25 134:17 140:25 141:2,5,14,17 142:18,20 145:1 155:19 156:8,12 158:10,11 173:5,7,15**

**times** 51:25 52:14,19 60:1 74:14 79:23 173:6

**timing** 105:7 106:8, 17

**tip** 137:13

**title** 8:14,16 9:6

**today** 4:13 5:17 52:4 69:24 75:4,11 142:1 166:8 167:14 168:19

**today's** 4:4 70:5,11

**told** 9:9 19:1,4 20:8, 19 21:20,22 22:4 26:19 27:25 28:7,10 30:2 37:19 47:10 54:24 66:23 67:21 68:10,18, 70:19 77:15 78:3 79:14 80:2 93:5 96:9 103:25 104:24 105:22 114:12 128:23 155:19 168:24 170:11 182:3

**tongue** 137:13

**top** 61:15 143:25 146:13

**topic** 186:17

**topics** 6:11 185:10

**total** 32:11,16 82:24 83:4 86:18 122:23,25 123:9,22 129:16 130:6 140:8 150:12

**totality** 48:15

**totals** 86:16

**tough** 170:8

**track** 90:16 91:3 152:18 153:6

**tracked** 90:19

**tracks** 90:23

**trade** 151:7,10

**traded** 90:16

**trading** 8:8

**transaction** 117:6

**transactions** 112:1

**transcript** 156:22

**transfer** 113:3

**translate** 12:10 169:3,7

**translated** 7:2,4 41:22 42:11,25 43:10

**translation** 23:11 38:20 39:17,20 40:2 42:7 43:6 59:7 72:11 73:12,13 74:7,9,10, 22,25 75:14 79:5 88:12 99:5 116:22 129:9 174:4

**translations** 74:13

**translator** 39:6,7,8, 15 40:3 73:10 74:6,8 99:2

**translator's** 34:6

**translators** 75:17

**transmission** 158:13

**treat** 185:2

**treated** 139:12

**treaties** 46:4

**trickier** 145:24

**true** 96:25 129:20

**truest** 110:25

**truth** 10:2 74:17

**TSTC** 114:5,9

**turn** 120:7

**turned** 115:1

**Turning** 130:24

**turns** 40:7

**tweak** 50:1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**type** 27:19 51:14 72:13 74:3 75:7 110:19 129:1 155:16 157:6 162:15 171:22

**types** 75:6 90:3 129:24 144:8

**typically** 171:21 172:15

_____

**U**

**ultimate** 44:7

**ultimately** 36:21 135:20 147:3

**unable** 164:7 174:22 175:5 178:17

**uncertain** 103:9

**unclear** 117:15 148:22 163:11

**uncompress** 29:25

**underlying** 59:20 60:16 66:18

**understand** 5:3 8:18 10:1,4,7,8,24 11:10, 20 12:5,11 13:19 14:8 18:22 30:16 31:7 48:16 55:21 58:9,10 84:1,13 85:21 87:1 95:12,18 102:4 107:8 111:10 116:17 122:19 124:12 128:17 131:22 141:19 151:14 165:7 166:3

**understanding** 10:11,13,25 11:12, 13,19 12:12 47:6 50:2 51:11 52:10 57:8 66:24 67:9,24 75:23 78:21 79:2 85:24 86:8 99:16 106:25 107:4,10 128:25 135:2 144:14 145:1 151:13 156:25 158:17 164:20 165:19,21 172:25 175:6 178:21 180:10 181:8,10,19

**understood** 30:13

112:15

**undertake** 171:23

**unit** 7:20 27:15 121:16 122:17 125:15 127:6 129:17 149:5,14 155:13

**United** 6:14,16 10:5 119:19 120:2 143:6

**units** 27:13 89:14,16, 21 109:5 115:15 116:16 121:25 122:5, 6,25 124:15 137:6

**unquote** 127:19

**updated** 117:2 182:18,24

**upshot** 115:13

**usages** 135:13

**utilized** 44:16

_____

**V**

**vague** 10:15 11:6,15 12:16, 13:24 19:14, 22 22:11 24:12 29:15,21 31:3,9,20, 32:24 33:9,19 34:5 35:17 43:8 46:1 47:4 51:1,10 55:5 56:10 57:16 58:2, 60:19 62:12 63:16,25 64:11 65:2 68:4,14 72:3 82:6 85:16 86:1 88:20 89:5 91:15 92:6 94:9 98:4,5 106:16 109:20 112:2 121:19 124:5 125:7 126:16 128:15 129:19,20 130:22 133:10,23 134:5 137:8 142:5 144:22 147:20 153:22,24 161:5 163:19,25 164:8,16,25 166:14, 25 170:18 171:10 172:8,22 174:23 176:24 177:19,23 178:3

**validity** 5:7

**variable** 121:12,13

124:25

**variances** 47:24 96:1

**vary** 137:5

**venue** 5:5

**verbal** 69:1

**verbally** 69:2

**verification** 30:6,7 35:3

**verified** 30:11 54:12, 14 55:4 181:20

**verify** 29:13 31:21,25 33:3 35:4 50:18 83:14 103:16,17 113:20 182:4

**verifying** 54:15 55:1, 9

**version** 20:20 22:16 24:1,11 26:2 27:22 28:16 29:14 35:21 44:12 45:2,4 46:6 50:25 52:19,21 53:7 57:25 58:17 59:3 60:6 63:22 71:3,7 84:12,16,17 85:2 92:1,4 96:10 99:24 100:1, 102:4

**versions** 35:8 50:24 51:20,25 52:3,5 58:22,24 59:15,17,25 84:19 99:25

**versus** 4:8 32:5 126:2 137:11 141:2 151:6 167:4

**vice** 8:15 9:7,10 22:1 38:17 73:24 94:17 116:8

**vicinity** 46:19

**Victory** 5:1

**videotape** 38:4,8 73:17 77:2,6 115:20, 24 156:6,11

**view** 115:10

**viewed** 122:16

**violations** 6:19 186:8

**vis** 111:22 112:23 121:7 136:22 143:5

**visually** 103:11 104:4

**volume** 64:5 80:24 125:14

**volunteer** 16:25

_____

**W**

**Wait** 7:25 63:14

**waiting** 79:4 169:6

**waive** 5:6

**walk** 87:17

**wanted** 30:4 101:18 116:2 118:25 164:6

**warned** 72:13

**wasting** 42:3

**wave** 106:21

**Wednesday** 45:23

**week** 6:16 21:18 22:10 159:7,8,9

**wholesale** 159:20

**wholly** 45:6,9

**wider** 145:10

**wiped** 115:6,13

**wise** 167:5

**wished** 172:7

**withdraw** 34:2 46:23 179:2 186:21

**withdrawal** 186:17

**withdrawn** 6:8

**witness'** 87:21

**witness's** 165:19

**witnesses** 186:22

**word** 19:15 22:12 33:19 58:5 129:7 178:5

**wording** 23:12

**words** 44:25 88:12 104:3 112:22 122:16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

126:23 146:3 161:24
167:5

**work**  8:10,11,13,17
14:24 21:13 27:17,20
30:7,11 31:15 34:23,
25 49:8,13,20 50:6
52:1,11,22 53:24
60:11,14 64:3,4 66:6
68:25 79:1 87:9
93:22 94:1,2 98:12
106:18,22 107:25
108:1 115:2 126:20
127:13,17 131:1
137:21 139:14,25
161:1 163:12

**worked**  15:13 93:25
107:21,22

**working**  4:20 31:13,
14 35:1 64:12,17,23
65:6 86:21 142:1,7

**works**  52:17 59:24

**world**  49:13, 89:24

**worldwide**  136:24,
25 151:24 152:6,10
175:17 184:23

**wrap**  173:9

**wrapping**  174:10

**wraps**  154:12

**writing**  70:17

**written**  9:24 12:1
71:11

**wrong**  34:22,24 70:9
75:16 87:24 122:9

**WS**  159:16,17

_____
        **Y**
_____

**year**  133:25 168:8
182:19,23

**years**  172:20

**yesterday**  6:2 14:19,
20,21 20:11 21:14
22:10,18,20 24:23
25:10 26:3,12 28:17
29:9 30:16,18,22
31:12 33:7,15 35:16
36:8 37:12 43:21

45:24 67:3 68:13
76:22 77:10,23,25
97:4,12 100:1 102:6
103:17 104:4,6

**yesterday's**  35:20
36:22 37:6 47:1 49:3
50:24 51:8,19 52:12,
13,18,21 57:15 71:1