Highly Confidential - Attorneys Eyes Only

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

   APPLE, INC., a California
5  corporation,

6

7                        Plaintiff,

8

       -vs-                        No. 11-CV-01846-LHK
9

   SAMSUNG ELECTRONICS CO., LTD.,
10 a Korean business entity; et al.,

11                       Defendants.
                                    /
12

13 VIDEOTAPED DEPOSITION OF TIMOTHY SHEPPARD - 30(b)(6)

14    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15           SAN FRANCISCO, CALIFORNIA

16          WEDNESDAY, FEBRUARY 29, 2012

17

18

19

20

21 Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575

22           Certified LiveNote Reporter

23

24

25 JOB NO: 47031

Highly Confidential - Attorneys Eyes Only

1

2                           WEDNESDAY, FEBRUARY 29, 2012

3                           1:26 p.m.

4

5

6

7       Deposition of TIMOTHY SHEPPARD,

8    held at the offices of Morrison & Foerster, 425 Market

9    Street, San Francisco, California, before Louise Marie

10   Sousoures, a Certified Shorthand Reporter and a

11   Certified LiveNote Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

1                    A P P E A R A N C E S

2

3      FOR THE PLAINTIFF:

4              MORRISON & FOERSTER

5              755 Page Mill Road

6              Palo Alto, CA  94304

7              BY:  ERIK J. OLSON

8              ejolson@mofo.com

9

10

11     AND

12             WILMERHALE

13             950 Page Mill Road

14             Palo Alto, CA  94304

15             BY: MARK D. SELWYN

16                 mark.selwyn@wilmerhale.com

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

```
 1           A P P E A R A N C E S  (CONTINUED)

 2

 3

 4    FOR THE DEFENDANT:

 5           QUINN EMANUEL URQUHART & SULLIVAN

 6           865 South Figueroa Street

 7           Los Angeles, CA  90017

 8           BY:  ANTHONY P. ALDEN

 9               anthonyalden@quinnemanuel.com

10

11

12

13

14    THE VIDEOGRAPHER:

15           ALINE MAYER

16

17    ALSO PRESENT:

18           JULIE J. HAN

19           SENIOR LITIGATION COUNSEL, SAMSUNG

20

21

22

23

24

25
```

Highly Confidential - Attorneys Eyes Only

1

2

3           IT IS HEREBY STIPULATED AND AGREED

4    by and between the attorneys for the

5    respective parties herein, that filing and

6    sealing be and the same are hereby waived.

7           IT IS FURTHER STIPULATED AND AGREED

8    that all objections, except as to the form

9    of the question, shall be reserved to the

10   time of the trial.

11          IT IS FURTHER STIPULATED AND AGREED

12   that the within deposition may be sworn to

13   and signed before any officer authorized

14   to administer an oath, with the same

15   force and effect as if signed and sworn

16   to before the Court.

17

18

19

20                    - oOo -

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 6

1              P R O C E E D I N G S

2                    -oOo-

3        (Exhibit Nos. 1918 and 1919 were marked.)      13:26

4        THE VIDEOGRAPHER:  Good afternoon.  Here        13:26

5   marks the beginning of the deposition for Tim        13:26

6   Sheppard, 30(b)(6) in the matter of Apple,           13:26

7   Incorporated versus Samsung Electronics Company,     13:26

8   Limited et al., in the United States District Court, 13:26

9   Northern District of California, San Jose Division,  13:26

10  case 11-CV-01846-LHK.                                13:26

11       Deposition is being held at 425 Market Street   13:26

12  in San Francisco, California on February 29th, 2012 at 13:26

13  approximately 1:26.                                  13:26

14       I am Aline Mayer, a legal video specialist      13:26

15  from TSG Reporting, headquartered at 747 Third Avenue, 13:26

16  New York, New York, and our court reporter is Louise 13:26

17  in association with TSG Reporting.                   13:26

18       Counsel, please introduce yourselves and        13:26

19  state who you represent for the record.              13:27

20       MR. OLSON:  Eric Olson from Morrison &          13:27

21  Foerster representing Apple.                         13:27

22       MR. SELWYN:  Mark Selwyn from WilmerHale also   13:27

23  on behalf of Apple.                                  13:27

24       MR. ALDEN:  Anthony Alden on behalf of Quinn    13:27

25  Emanuel for Samsung and the witness, Tim Sheppard.   13:27

Highly Confidential - Attorneys Eyes Only

Page 7

1          MS. HAN:  Julie Han from Samsung.          13:27

2          THE VIDEOGRAPHER:  The court reporter will          13:27

3     now please swear in the witness.          13:27

4                    --oOo--

5          TIMOTHY SHEPPARD,

6          having been first duly sworn by the

7          Certified Shorthand Reporter to tell

8          the truth, the whole truth, and nothing

9          but the truth, testified as follows:

10          EXAMINATION BY MR. OLSON:

11     Q.  Mr. Sheppard, you have been deposed in this          13:27

12     case before, correct?          13:27

13     A.  Correct.          13:27

14     Q.  And have your job responsibilities changed in          13:27

15     a material way since your deposition in January of          13:27

16     this year?          13:27

17     A.  No.          13:27

18     Q.  And is it correct that you are responsible          13:27

19     for accounting functions at Samsung Technology --          13:27

20     excuse me, Telecommunications America?          13:27

21     A.  Yes.          13:27

22     Q.  And if I refer to that as STA, you would          13:27

23     understand what I was referring to?          13:27

24     A.  Yes.          13:28

25     Q.  Do you have any role in the accounting at          13:28

Highly Confidential - Attorneys Eyes Only

Page 8

1   Samsung Electronics America?                              13:28

2       A.  No.                                               13:28

3       Q.  Are you here to testify on behalf of Samsung      13:28

4   with respect to any topics under a Rule 30(b)(6)          13:28

5   notice?                                                   13:28

6       A.  I believe so.                                     13:28

7       Q.  Are you here to testify on behalf of Samsung      13:28

8   Telecommunications America?                               13:28

9       A.  You mean STA?                                     13:28

10      Q.  Yes.                                              13:28

11      A.  Yes.                                              13:28

12      Q.  Did I say it wrong?                               13:28

13      A.  No.  I thought you previously said you were       13:28

14  going to refer to it as STA.                              13:28

15      Q.  I meant if I do refer to it, we will know         13:28

16  what I was talking about.                                 13:28

17      A.  Yes.                                              13:28

18      Q.  And just given that, let me make sure the         13:28

19  record is clear.                                          13:28

20          You are here to testify on behalf of STA or       13:28

21  Samsung Telecommunications America with respect to the    13:28

22  notice?                                                   13:28

23      A.  Yes.                                              13:28

24      Q.  And are you here to testify on behalf of          13:28

25  Samsung Electronics America with respect to the           13:28

Highly Confidential - Attorneys Eyes Only

Page 9

1    notice?                                              13:28

2        A.  Yes.                                         13:28

3        Q.  And are you here to testify on behalf of    13:28

4    Samsung Electronics Corporation, the Korean parent in  13:28

5    any way?                                             13:29

6        A.  No.                                          13:29

7        Q.  Let me hand you what I've had the court     13:29

8    reporter mark as Exhibit 1918 and also what I've had  13:29

9    her mark as Exhibit 1919.                            13:29

10           Starting with Exhibit 1918, can you tell me  13:29

11   what that is?                                        13:29

12       A.  Reading the front cover appears to be a     13:29

13   deposition notice.                                   13:29

14       Q.  Have you ever seen Exhibit 1918 before?     13:29

15       A.  It's possible.  I'm not --                   13:29

16       Q.  Did you see any list of topics you were being  13:30

17   designated to respond to before you came to the      13:30

18   deposition today?                                    13:30

19       A.  Yes.                                         13:30

20       Q.  In what form did you see that?              13:30

21       A.  In the form of a Word document.             13:30

22       Q.  From whom?                                   13:30

23           MR. ALDEN:  Well, let me just state, caution  13:30

24   you to the extent that counsel sent you a document in  13:30

25   connection with the preparation of the deposition I'll  13:30

Highly Confidential - Attorneys Eyes Only

Page 10

1    instruct you not to answer that question.           13:30

2    BY MR. OLSON:                                        13:30

3        Q.  Let me ask it -- well, can you answer my     13:30

4    question?                                            13:30

5        A.  Can you repeat your question?                13:30

6        Q.  From whom was the Word document?             13:30

7        A.  Can you repeat your advice?                  13:30

8            MR. ALDEN:  Sure.  You can answer yes or no  13:30

9    if you know the answer to that question.             13:30

10           THE WITNESS:  Yes.                            13:30

11   BY MR. OLSON:                                         13:30

12       Q.  The answer was from whom.                     13:30

13           MR. ALDEN:  You can identify the party who    13:30

14   sent it to you if you know the answer to the question. 13:31

15           THE WITNESS:  Counsel sent me the             13:31

16   information.                                          13:31

17   BY MR. OLSON:                                         13:31

18       Q.  In the form of a Word document?               13:31

19       A.  Yes.                                          13:31

20       Q.  And what was in the Word document?            13:31

21           MR. ALDEN:  Objection, calls for              13:31

22   attorney-client privilege, instruct the witness not to 13:31

23   answer that question.                                 13:31

24   BY MR. OLSON:                                         13:31

25       Q.  Was there any other way in which you ever saw 13:31

Highly Confidential - Attorneys Eyes Only

Page 11

1   the list or items on which you were being identified   13:31

2   to testify?   13:31

3       A.  No.   13:31

4       Q.  So the sole information that you have as to   13:31

5   the subject matters which you've been designated to   13:31

6   testify is this Word document you received from   13:31

7   counsel?   13:31

8       A.  Yes.   13:31

9       Q.  And did you receive it from Mr. Alden?   13:31

10      A.  No.   13:31

11      Q.  From whom did you receive it?   13:31

12      A.  Samsung counsel.   13:31

13      Q.  Which Samsung counsel?   13:31

14      A.  In-house counsel.   13:31

15      Q.  Which person?   13:31

16      A.  I believe a paralegal in our Dallas office.   13:32

17      Q.  What is her name or his name?   13:32

18      A.  I believe the name is Johnda Crites.   13:32

19      Q.  Okay.  Please turn to page 9 of the notice.   13:32

20          Do you see at page 9 there's a list that   13:32

21   begins at the top with topics and then with a heading   13:32

22   damages-related information.   13:32

23          Do you see that?   13:32

24      A.  Yes.   13:32

25      Q.  Can you identify for me which topics from   13:32

Highly Confidential - Attorneys Eyes Only

Page 12

1   what's listed there you're here to testify on          13:32

2   Apple's -- excuse me, Samsung's, STA's behalf?          13:32

3         MR. ALDEN:  Let me intercede an objection and     13:32

4   state for the record that Mr. Sheppard is being        13:32

5   designated on behalf of STA and SEA.                    13:32

6         As to those topics that are identified in my      13:33

7   letter to Mark Pernick dated February 24, 2012, those   13:33

8   are topics 1, 6 as to sales plans, 7, 13, 14, 17, 22,   13:33

9   26 as to sales plans, 27 as to sales plans and 30       13:33

10  subject to the objections stated in Samsung's          13:33

11  objections and responses to the notice itself.          13:33

12        So hopefully that will clarify what he has         13:33

13  been and is being designated to testify on.             13:33

14  BY MR. OLSON:                                            13:33

15    Q.  Are you able to tell me, using the notice,        13:33

16  which topics you are here to testify on?                13:33

17    A.  I haven't memorized which topics.                 13:33

18    Q.  Well, are you able to look at this notice and     13:34

19  tell me which topics you believe you're here to         13:34

20  testify on?                                             13:34

21        MR. ALDEN:  Objection, relevance.                 13:34

22        I've just stated which topics he is here to       13:34

23  testify.                                                13:34

24        You can answer the question if you're able        13:34

25  to.                                                     13:34

Highly Confidential - Attorneys Eyes Only

Page 13

1      THE WITNESS:  I have not made an attempt to     13:34

2  sit and memorize each topic in the way you've       13:34

3  described them in this list.                         13:34

4  BY MR. OLSON:                                        13:34

5      Q.  Do you understand that you're here to testify  13:34

6  on behalf of STA and SEA as to the unit and net sales  13:34

7  of products that are at some way at issue in this    13:34

8  case?                                                13:34

9      A.  Yes.                                         13:34

10     Q.  Do you understand you're here to testify on  13:34

11  STA and SEA's behalf as to market share of products  13:34

12  that are at issue in this case?                     13:34

13     A.  Yes.                                         13:34

14     Q.  Do you understand that you're here to testify  13:34

15  regarding business plans or sales plans on behalf of  13:34

16  STA and SEA?                                        13:34

17     A.  Yes.                                         13:34

18     Q.  Do you understand that you're here to testify  13:34

19  as to other items that Samsung sells, that is Samsung  13:35

20  STA and SEA, sells in conjunction with the sale of  13:35

21  products that are at issue in this case?            13:35

22     A.  Yes.                                         13:35

23     Q.  Do you understand that you are here to       13:35

24  testify regarding Samsung's accounting and financial  13:35

25  methods and conventions related to the manner in which  13:35

Highly Confidential - Attorneys Eyes Only

Page 14

1   costs are tracked?                                    13:35

2       A.  Yes.                                          13:35

3       Q.  Are you here to testify regarding Samsung's   13:35

4   expenses for research and development including the   13:35

5   cost incurred to develop the products at issue or     13:35

6   other Samsung practicing products?                    13:35

7       A.  Can you repeat that question?                 13:35

8       Q.  Sure.  Are you here to testify on Samsung's   13:35

9   behalf as to any research and development expenses in 13:35

10  any way?                                              13:36

11      MR. ALDEN:  Restate the objection as to all       13:36

12  prior line of questioning.  Mr. Sheppard is not an    13:36

13  attorney, he is being designated clearly on the topics 13:36

14  identified in my letter dated February 24, 2012 to    13:36

15  Mr. Pernick.                                          13:36

16      I see this, frankly, as a pointless exercise      13:36

17  given that it's in black and white, but you can       13:36

18  continue to ask the questions if you so want.         13:36

19      MR. OLSON:  Can you read back my question?        13:36

20      (The record was read by the Reporter.)            13:36

21      THE WITNESS:  How are -- this is not your         13:36

22  question, this is for him, how are you defining       13:36

23  Samsung in that question?                             13:36

24  BY MR. OLSON:                                         13:36

25      Q.  Sure.  Let me ask it -- does it make a        13:36

Highly Confidential - Attorneys Eyes Only

Page 15

| | | |
|---|---|---|
| 1 | difference to your answer? | 13:36 |
| 2 | A.  Yes. | 13:36 |
| 3 | Q.  How does it make a difference? | 13:36 |
| 4 | A.  I don't know what you mean by Samsung. | 13:36 |
| 5 | Samsung's a large, multi-national corporation. | 13:36 |
| 6 | Q.  Are you here to testify on behalf of any | 13:36 |
| 7 | Samsung entity with respect to research and | 13:37 |
| 8 | development expenses in any way? | 13:37 |
| 9 | A.  Yes. | 13:37 |
| 10 | Q.  All right.  In what way are you here to | 13:37 |
| 11 | testify on behalf? | 13:37 |
| 12 | MR. ALDEN:  Objection, vague and ambiguous. | 13:37 |
| 13 | THE WITNESS:  We started earlier discussing | 13:37 |
| 14 | STA and so I think I answered that I'm prepared to | 13:37 |
| 15 | discuss STA's financial information. | 13:37 |
| 16 | So if you're asking about R&D, I can explain | 13:37 |
| 17 | STA. | 13:37 |
| 18 | BY MR. OLSON: | 13:37 |
| 19 | Q.  Okay.  Are you able to speak as to SEA in any | 13:37 |
| 20 | way? | 13:37 |
| 21 | A.  Yes. | 13:37 |
| 22 | Q.  Are you able to speak on behalf of SEC in any | 13:37 |
| 23 | way? | 13:37 |
| 24 | A.  No. | 13:37 |
| 25 | Q.  Are you here to testify regarding the manner | 13:37 |

Highly Confidential - Attorneys Eyes Only

Page 16

1    and amount as to which Samsung U.S. entities transfer    13:37

2    products between the U.S. and the Korean entity?    13:38

3    Transfer profits.  I think I said products.    13:38

4        A.  You said products.    13:38

5        Q.  I didn't mean to.  Let me rephrase it.    13:38

6        Are you here to testify regarding the manner    13:38

7    in which any Samsung U.S. entities transfer profits    13:38

8    between the U.S. and Korean entities?    13:38

9        MR. ALDEN:  Objection to the extent the    13:38

10   question as stated does not track the topic that is    13:38

11   included in the notice and I object, again, that the    13:38

12   topics to which Mr. Sheppard is testifying are laid    13:38

13   out in my letter dated January 24 to Mr. Pernick and    13:38

14   counsel can put that letter in front of Mr. Sheppard    13:38

15   and show him exactly what he is being designated to    13:38

16   testify on.    13:38

17       With that said, feel free to answer the    13:38

18   question.    13:38

19       THE WITNESS:  Can you repeat the question,    13:38

20   please?    13:38

21       MR. OLSON:  Have it read back, please.    13:38

22       (The record was read by the Reporter.)    13:39

23       THE WITNESS:  I'm not here to testify on any    13:39

24   Samsung entities, but I think I've stated previously I    13:39

25   can discuss STA and SEA.    13:39

Highly Confidential - Attorneys Eyes Only

Page 17

1    BY MR. OLSON:                                        13:39

2        Q.  Are you here to testify regarding how STA    13:39

3    transfers profits as between STA and the Korean entity  13:39

4    SEC?                                                 13:39

5        A.  Yes.                                         13:39

6        Q.  Are you here to testify as to how SEA       13:39

7    transfers products [sic] as between SEA in the U.S.  13:39

8    and SEC in Korea?                                    13:39

9            MR. ALDEN:  Objection, vague and ambiguous.  13:39

10           THE WITNESS:  I think you said in your      13:39

11   question between SEA and U.S.?                       13:39

12   BY MR. OLSON:                                        13:39

13       Q.  No, SEA and Korea.                           13:39

14       A.  Yes.                                         13:39

15       Q.  Before -- so if you turn to page 3 of the   13:39

16   notice, which is Exhibit 1918, it actually says 2 at  13:40

17   the bottom, the third page which would be, since it's  13:40

18   double-sided, the first page for you?                13:40

19       A.  This page?                                   13:40

20       Q.  It's page 2 at the bottom so I think you have  13:40

21   it there.                                            13:40

22       A.  Okay.                                        13:40

23       Q.  Do you see there's a paragraph 3 it says    13:40

24   "Products at issue"?                                 13:40

25       A.  Yes.                                         13:40

Highly Confidential - Attorneys Eyes Only

Page 18

1    Q.  And before the deposition began, I gave this    13:40

2    to your counsel, that specific exhibit, and had him    13:40

3    identify the phones, the products about which you are    13:40

4    here -- products, phones or -- let me start that whole    13:40

5    question again, strike it.    13:40

6         Before the deposition began today, I handed    13:40

7    this to your counsel and as to this paragraph, I asked    13:40

8    him to identify the phones or tablets, products that    13:40

9    you're here to testify regarding.    13:40

10        With that being said, is it correct that you    13:41

11   are solely here as to testify with respect to the    13:41

12   notice that you are holding as to the products that    13:41

13   are named and not crossed out in that notice?    13:41

14        MR. ALDEN:  Objection.  Let me state for the    13:41

15   record Mr. Sheppard is here to testify as to the    13:41

16   topics designated and identified in my letter dated    13:41

17   February 27 to Mr. Pernick subject to Samsung's    13:41

18   objections and its responses and objections.    13:41

19        When I arrived at the deposition, counsel for    13:41

20   Samsung -- for Apple, Mr. Olson, presented me with a    13:41

21   document and asked me to look at that document and    13:41

22   identify any products to which Mr. Sheppard was not    13:41

23   testifying.    13:41

24        I attempted to do so and mark that on what    13:41

25   has been marked as Exhibit 1918.    13:41

Highly Confidential - Attorneys Eyes Only

1       Given that it was presented with a list on       13:41

2    the spot, I gave it my best shot, but have not had the   13:41

3    opportunity to either consult my files or consider   13:41

4    this issue in detail.                                13:42

5       So while I believe that the markings on the      13:42

6    exhibit are accurate, I reserve the right to         13:42

7    supplement it should I need to later on.             13:42

8       With that said, you can answer the question      13:42

9    if you can.                                          13:42

10   BY MR. OLSON:                                        13:42

11      Q.  Let me reask it.                              13:42

12      Do you understand that you're here to testify     13:42

13   as to any product that is not listed in paragraph 3   13:42

14   taking that the things that are struck out are things   13:42

15   you're not to testify about?                         13:42

16      MR. ALDEN:  Same objections.                      13:42

17      THE WITNESS:  Let me understand.  You just        13:42

18   said am I here to testify for any product not listed   13:42

19   in paragraph 3?                                      13:42

20   BY MR. OLSON:                                        13:42

21      Q.  Correct.                                      13:42

22      A.  So any product that -- and maybe I'm hearing   13:42

23   the double negative there.                           13:42

24      Q.  Let me see if we can try to get it clearer.   13:42

25      I'm interested, because we're going to have       13:42

Highly Confidential - Attorneys Eyes Only

Page 20

| | | |
|---|---|---|
| 1 | questions that go to the products that -- the notice | 13:42 |
| 2 | talks about products at issue and I'm going to have | 13:43 |
| 3 | questions about unit sales regarding products and | 13:43 |
| 4 | revenue sales regarding products that have been | 13:43 |
| 5 | accused in the case. | 13:43 |
| 6 | I'm interested in knowing whether you believe | 13:43 |
| 7 | you're here to testify -- let's take units and sales, | 13:43 |
| 8 | for example. | 13:43 |
| 9 | Are you here to testify about units and | 13:43 |
| 10 | revenue or net sales with respect to any products that | 13:43 |
| 11 | are not listed on paragraph 3 taking that where things | 13:43 |
| 12 | have been struck out your counsel has said you're not | 13:43 |
| 13 | here to testify about? | 13:43 |
| 14 | MR. ALDEN:  I'll object to the extent you've | 13:43 |
| 15 | marked as Exhibit 1919 a list of products that I | 13:43 |
| 16 | believe you represented to me represent -- that you | 13:43 |
| 17 | believe represent the practicing products referred to | 13:43 |
| 18 | in the notice. | 13:43 |
| 19 | So the question is misleading to the extent | 13:43 |
| 20 | that you're implying that he is only here to | 13:43 |
| 21 | designate -- to testify as to the products that are | 13:43 |
| 22 | identified in paragraph 3 of the notice. | 13:43 |
| 23 | MR. OLSON:  Okay.  Let me just ask you, | 13:44 |
| 24 | Mr. Alden, is he here to testify as to any products | 13:44 |
| 25 | that are accused in this case that are not identified | 13:44 |

Highly Confidential - Attorneys Eyes Only

Page 21

1    on Exhibit 1918 paragraph 3 as you've already marked        13:44

2    it.                                                          13:44

3         MR. ALDEN:  In terms of the accused products,          13:44

4    I believe that is correct, subject to what I stated         13:44

5    before.                                                      13:44

6    BY MR. OLSON:                                                13:44

7       Q.  Okay.  If you'll look at Exhibit 1919,               13:44

8    Mr. Sheppard --                                              13:44

9       A.  Are you finished with this document?                 13:44

10      Q.  You can put it aside.  I don't think we are          13:44

11   completely finished, but we are for the moment.             13:44

12          This is a list of products that, with two            13:44

13   modifications, were identified and included in a prior      13:44

14   interrogatory response by Samsung and the two changes       13:44

15   are, if you look at page 2 of the document --               13:44

16      A.  Okay.                                                 13:45

17      Q.  -- you see how it's been revised to say              13:45

18   Galaxy S (I9000).                                            13:45

19          Do you see that?                                      13:45

20      A.  Yes.                                                  13:45

21      Q.  And next to it you see it says Gravity T.            13:45

22          Do you see that?                                      13:45

23      A.  Yes.                                                  13:45

24      Q.  Are you here prepared to testify regarding           13:45

25   subject matters of units, sales and market share            13:45

Highly Confidential - Attorneys Eyes Only

Page 22

1   related to the top -- the phones or products that are          13:45

2   listed on Exhibit 1919?                                        13:45

3          MR. ALDEN:  Object on the same basis.                   13:45

4          THE WITNESS:  Can we talk for a second                  13:45

5   outside?                                                       13:45

6          MR. ALDEN:  Sure, but I can clarify for the             13:45

7   record that Mr. Sheppard has been designated to               13:45

8   testify on behalf of Samsung as to the topics that are         13:45

9   identified in my letter of February 24, 2012.                  13:45

10         When I arrived at the deposition, I was                 13:46

11  presented with a document that has now been marked as          13:46

12  Exhibit 1919 and asked to confirm that those -- the            13:46

13  models that are identified on that document correspond         13:46

14  to those which Samsung has identified previously as            13:46

15  products practicing the Samsung patents in suit.               13:46

16         I attempted to do so in the time that I had             13:46

17  and, therefore, I'll state on the record that                  13:46

18  Mr. Sheppard can testify, prepared to testify as to            13:46

19  those products to the extent that they meet the                13:46

20  definition of practicing products contained in the            13:46

21  notice subject to the objections that are in the              13:46

22  notice and subject to the understanding he has                13:46

23  testifying solely on behalf of STA and SEA.                    13:46

24         MR. OLSON:  With that background, are you               13:47

25  here and prepared to testify regarding the products           13:47

Highly Confidential - Attorneys Eyes Only

Page 23

1    that are listed in Exhibit 1919.                      13:47

2        THE WITNESS:  I'd like to confer with my          13:47

3    counsel for a moment, please.                         13:47

4    BY MR. OLSON:                                         13:47

5        Q.  Is it a matter of privilege or a matter of    13:47

6    not understanding my question?                        13:47

7        A.  Privilege.                                     13:47

8        MR. OLSON:  All right.  Then let's -- let me       13:47

9    say I'm not seeking --                                 13:47

10   BY MR. OLSON:                                          13:47

11       Q.  Are you able to answer my question, because I  13:47

12   don't think it calls for a communication with counsel, 13:47

13   that I know of, are you able to answer my question     13:47

14   without consulting counsel?                            13:47

15       A.  Well, can I decide if it's required rather     13:47

16   than you, the permission I seek from my point of view? 13:47

17       MR. ALDEN:  Let me say this, you know, just        13:47

18   to try and short circuit all of this.                  13:47

19       I don't think there is any dispute right now       13:47

20   that Mr. Sheppard can testify as to these products     13:47

21   that are listed in Exhibit 1919 subject to the         13:48

22   qualifications in my letter of February 24 and the     13:48

23   objections in the deposition notice.                   13:48

24   BY MR. OLSON:                                          13:48

25       Q.  Is your counsel's statement accurate?          13:48

Highly Confidential - Attorneys Eyes Only

Page 24

1    MR. ALDEN:  If you'd like to discuss it --    13:48

2    THE WITNESS:  I think he knows what he is    13:48

3  talking about, but I would still like to talk with him  13:48

4  for one moment.    13:48

5    MR. OLSON:  I understand he is a good lawyer.    13:48

6  BY MR. OLSON:    13:48

7    Q.  I'm asking is his statement accurate?    13:48

8    A.  I would like -- we need to stop and I need to    13:48

9  go talk with Mr. Alden.    13:48

10    MR. OLSON:  Okay.    13:48

11    THE VIDEOGRAPHER:  Off the record, 1:48.    13:48

12    (Recess taken.)    13:48

13    THE VIDEOGRAPHER:  We are back on the record,    13:49

14  it's 1:49.    13:49

15  BY MR. OLSON:    13:49

16    Q.  Are you able to give me an answer?    13:49

17    A.  I'm sorry to ask you to do this.  Can you    13:49

18  repeat the question, please?    13:49

19    Q.  Sure.  I'm not going to repeat the very last    13:49

20  one because I think that question was whether your    13:49

21  counsel's statement was accurate and you may not    13:49

22  remember all of his statement.    13:49

23    Let me ask it this way:  Are you here to    13:49

24  testify regarding the phones that are listed on    13:50

25  Exhibit 1919?    13:50

Highly Confidential - Attorneys Eyes Only

Page 25

1    A.  Yes.                                          13:50

2    Q.  And are you here to testify regarding the     13:50

3    tablets that are listed on Exhibit 1919?          13:50

4    A.  Yes.                                          13:50

5    Q.  So if during the deposition I refer to        13:50

6    Samsung's practicing products, what I mean is the 13:50

7    phones that are identified on Exhibit 1919.       13:50

8    A.  Okay.                                         13:50

9    Q.  What did you do to prepare to testify on the  13:50

10   topics that you've been designated on Samsung's   13:50

11   behalf?                                           13:50

12   A.  As you and I know, this is not my first       13:50

13   deposition so I assume you're aware I am limited in 13:50

14   what I can discuss inasmuch as to the extent I've  13:50

15   discussed with my attorney, I can't disclose that. 13:51

16   Q.  Okay.  Let me ask the question.  Other than   13:51

17   talking to Mr. Alden, did you do anything to prepare 13:51

18   for the deposition today?                         13:51

19   A.  Yes.                                          13:51

20   Q.  What did you do?                              13:51

21   A.  I had spoken with the lady I previously       13:51

22   discussed about the potential topics that would be 13:51

23   discussed.                                        13:51

24   Q.  Anything else?                                13:51

25   A.  I discussed -- let me rephrase this.          13:51

Highly Confidential - Attorneys Eyes Only

Page 26

| | | |
|---|---|---|
| 1 | I did talk with my accounting staff prior to | 13:51 |
| 2 | the meeting. | 13:51 |
| 3 | Q.  Prior to the deposition -- | 13:51 |
| 4 | A.  Prior to the deposition. | 13:51 |
| 5 | Q.  Is there some other meeting you're talking | 13:51 |
| 6 | about? | 13:51 |
| 7 | A.  No, sorry, prior to the deposition. | 13:51 |
| 8 | Q.  All right.  Who on your accounting staff did | 13:52 |
| 9 | you talk to? | 13:52 |
| 10 | A.  My general ledger accounting manager. | 13:52 |
| 11 | Q.  Who is that? | 13:52 |
| 12 | A.  A lady called Christina Shin. | 13:52 |
| 13 | Q.  Who else? | 13:52 |
| 14 | A.  I spoke to SCA tax director. | 13:52 |
| 15 | Q.  Who is that? | 13:52 |
| 16 | A.  First name's Nancy, second name I get | 13:52 |
| 17 | confused with a certain other lady. | 13:52 |
| 18 | It will come to me. | 13:52 |
| 19 | Q.  Okay.  Did you talk to her about transfer | 13:52 |
| 20 | pricing issues? | 13:52 |
| 21 | A.  Yes. | 13:52 |
| 22 | Q.  Who else did you speak to? | 13:52 |
| 23 | A.  I spoke to an SEC financial manager. | 13:52 |
| 24 | Q.  Who was that? | 13:53 |
| 25 | A.  Giho Ro. | 13:53 |

Highly Confidential - Attorneys Eyes Only

Page 27

1    Q.  I'm sure that's going to need to be spelled    13:53
2    so might as well do that now.    13:53
3    A.  G-I-H-O is the first name, R-O is the second    13:53
4    name.    13:53
5    Q.  Is that a man or a woman?    13:53
6    A.  It's a man.    13:53
7    Q.  What did you talk to him about?    13:53
8        MR. ALDEN:  I'll object.  To the extent that    13:53
9    conversation occurred in the presence of counsel, I'll    13:53
10   instruct you not to answer that question.    13:53
11       If it did not, you can go ahead and answer.    13:53
12       THE WITNESS:  Yes, I believe it all occurred    13:53
13   in front of counsel, presence of counsel.    13:53
14   BY MR. OLSON:    13:53
15   Q.  What broadly was the purpose of talking to    13:53
16   Mr. Ro?    13:53
17   A.  Can I answer that?    13:54
18       MR. ALDEN:  Actually, no.  I'll instruct you    13:54
19   not to answer that question.    13:54
20   BY MR. OLSON:    13:54
21   Q.  Are you able to state in any way what    13:54
22   information you were seeking from SEC that would be    13:54
23   responsive to your -- for your testimony here today?    13:54
24       MR. ALDEN:  Same objection, I'll instruct you    13:54
25   not to answer on the basis of privilege to the extent    13:54

Highly Confidential - Attorneys Eyes Only

Page 28

1    that the conversations occurred in the presence of        13:54

2    counsel.  If they did not, you may answer the             13:54

3    question.                                                 13:54

4         THE WITNESS:  I'm sorry, I can't answer.  I          13:54

5    cannot answer that question.                              13:54

6    BY MR. OLSON:                                             13:54

7         Q.  You cannot answer that question; is that what    13:54

8    you said?                                                 13:54

9         A.  On the advice of my counsel.                     13:54

10        Q.  Who else did you speak to?                        13:54

11        A.  Another gentleman in my accounting               13:54

12   department.                                               13:55

13        Q.  Who is that?                                      13:55

14        A.  Christopher Park.                                 13:55

15        Q.  What did you talk to him about?                   13:55

16        MR. ALDEN:  Same objection.                           13:55

17        THE WITNESS:  Sorry.                                  13:55

18   BY MR. OLSON:                                             13:55

19        Q.  What did you talk to him about?                   13:55

20        A.  I cannot answer that question.                    13:55

21        Q.  Because an attorney was present?                  13:55

22        A.  Yes.                                              13:55

23        Q.  Let me ask you as to Mr. Ro, are you able to     13:55

24   identify what topic you were seeking information with     13:55

25   respect to in any way?                                    13:55

Highly Confidential - Attorneys Eyes Only

Page 29

1    MR. ALDEN:  Same objection, instruct you not    13:55

2    to answer to the extent that the conversation occurred    13:55

3    in the presence of counsel.    13:55

4    Otherwise, you may answer.    13:55

5    THE WITNESS:  Sorry.    13:55

6    BY MR. OLSON:    13:55

7    Q.  Okay.  Sorry meaning you can't answer that;    13:55

8    is that correct?    13:55

9    A.  Correct.    13:55

10    Q.  Did you have any conversation with Mr. Ro    13:55

11    that wasn't in the presence of counsel?    13:55

12    A.  No.    13:55

13    Q.  Who else other than the people we've already    13:55

14    talked about?    13:55

15    A.  I believe that's it.    13:56

16    Q.  How long was your conversation with Mr. Ro?    13:56

17    A.  15 minutes, maybe.    13:56

18    Q.  Did you review any documents to prepare    13:56

19    yourself to testify on Samsung's behalf in this    13:56

20    deposition?    13:56

21    A.  Only documents with counsel.    13:56

22    Q.  What documents did you review to prepare    13:56

23    yourself to testify regarding topics in this    13:56

24    deposition?    13:56

25    MR. ALDEN:  Object to the question on the    13:56

Highly Confidential - Attorneys Eyes Only

Page 30

1    basis of the attorney-client privilege and attorney      13:56

2    work product.                                            13:56

3          To the extent that you reviewed documents          13:56

4    with counsel that refreshed your recollection, you may   13:56

5    answer the question.                                     13:56

6          To the extent those documents did not refresh      13:56

7    your recollection, I'll instruct you not to answer the   13:56

8    question.                                                13:56

9          THE WITNESS:  Can you repeat your question,        13:57

10   please?                                                  13:57

11   BY MR. OLSON:                                            13:57

12     Q.  Let me start with this question.  Did you          13:57

13   review any documents in preparation for the deposition   13:57

14   that refreshed your memory about any subject matter?     13:57

15     A.  No.                                                13:57

16     Q.  Have you memorized the unit and net sales of       13:57

17   the products that are in Exhibit 1919?                   13:57

18     A.  No.                                                13:57

19     Q.  Do you intend to rely on some document to          13:57

20   give testimony with respect to that subject matter       13:57

21   today?                                                   13:57

22          MR. ALDEN:  Objection, vague and ambiguous.       13:57

23          THE WITNESS:  It's a very interesting             13:57

24   question.                                                13:57

25          The answer is yes.                                13:57

Highly Confidential - Attorneys Eyes Only

Page 31

| | | |
|---|---|---|
| 1 | BY MR. OLSON: | 13:57 |
| 2 | Q.  What documents? | 13:57 |
| 3 | A.  I'm expecting you to produce something. | 13:57 |
| 4 | Q.  So did you review any documents to be able to | 13:57 |
| 5 | put yourself in a position to answer that question? | 13:57 |
| 6 | MR. ALDEN:  Objection, vague and ambiguous. | 13:58 |
| 7 | THE WITNESS:  The answer is yes. | 13:58 |
| 8 | BY MR. OLSON: | 13:58 |
| 9 | Q.  What documents? | 13:58 |
| 10 | A.  I can't tell you. | 13:58 |
| 11 | Q.  You can't tell me? | 13:58 |
| 12 | A.  No. | 13:58 |
| 13 | Q.  Why not? | 13:58 |
| 14 | A.  Because I reviewed documents in the presence | 13:58 |
| 15 | of my attorney. | 13:58 |
| 16 | Q.  And so let me ask it this way and to make | 13:58 |
| 17 | sure I'm clear. | 13:58 |
| 18 | Do you have any documents that you are able | 13:58 |
| 19 | to identify to me as to -- that would be an | 13:58 |
| 20 | authoritative source on units and sales for the | 13:58 |
| 21 | products that are in Exhibit 1919? | 13:58 |
| 22 | MR. ALDEN:  Objection, vague and ambiguous. | 13:58 |
| 23 | THE WITNESS:  Let me understand this.  Can | 13:59 |
| 24 | you repeat that question? | 13:59 |
| 25 | BY MR. OLSON: | 13:59 |

Highly Confidential - Attorneys Eyes Only

Page 32

1    Q.  Yes, are you able to identify any documents        13:59

2    that would be an authoritative source on STA and SEA's   13:59

3    sales of the products that are identified in             13:59

4    Exhibit 1919?                                            13:59

5        MR. ALDEN:  Same objection.                         13:59

6        If you'd like to show him some documents, I'm       13:59

7    sure he can testify about them, but to ask him as to     13:59

8    the entire scope of the documents I think is a little    13:59

9    unfair, but to the extent you can answer, feel free to   13:59

10   do so.                                                   13:59

11       THE WITNESS:  I find the question slightly           13:59

12   odd, so let me answer it this way:  As is common         13:59

13   practice in most large multi-national companies, we      13:59

14   keep financial databases that house company records.     13:59

15       We don't keep documents.                            13:59

16   BY MR. OLSON:                                            13:59

17   Q.  Did you review any -- are you able to                14:00

18   identify any printout, any subset, any report out of     14:00

19   that database that you would identify as an              14:00

20   authoritative statement of what the sales are in units   14:00

21   or revenue for the products that are on Exhibit 1919?    14:00

22       MR. ALDEN:  Same objection.                         14:00

23       THE WITNESS:  The system of record is the           14:00

24   database.  It is not anything produced out of the        14:00

25   database.                                                14:00

Highly Confidential - Attorneys Eyes Only

Page 33

1   BY MR. OLSON:                                        14:00

2       Q.  Did you -- have you identified any           14:00

3   authoritative report from the system of record that  14:00

4   you would use to testify regarding that subject matter  14:00

5   today?                                               14:00

6           MR. ALDEN:  Objection, vague and ambiguous.  14:00

7           THE WITNESS:  I'm not quite sure where you're  14:00

8   trying to go with the question.                      14:00

9   BY MR. OLSON:                                        14:00

10      Q.  I'm not trying to go anywhere except to ask  14:01

11  the question.                                        14:01

12          MR. ALDEN:  I think the witness is asking for  14:01

13  clarification of the question.                       14:01

14          MR. OLSON:  Why don't we have it read back   14:01

15  and see if you can answer.                           14:01

16          (The record was read by the Reporter.)       14:01

17          MR. ALDEN:  Same objections.                 14:01

18          THE WITNESS:  Let me think how to answer this  14:01

19  question.                                            14:01

20          Such a broad, strange question, that I'm     14:01

21  struggling to give you a meaningful answer.          14:01

22          Inasmuch as I think I've explained to you    14:01

23  before when we met last time, you know financial     14:01

24  systems are kept in a database and I'm not quite sure  14:02

25  what it is you're trying to ask me other than to ask  14:02

Highly Confidential - Attorneys Eyes Only

Page 34

1    me to repeat that the system of record is the          14:02

2    database.                                              14:02

3    BY MR. OLSON:                                          14:02

4        Q.  Have you ever seen a report from the system    14:02

5    of record that provides unit and sales data for the   14:02

6    products that are on Exhibit 1919?                     14:02

7        A.  I can say that I have seen system reports      14:02

8    from SAP that will list product information that will  14:02

9    include sales and quantity data.                       14:02

10       Q.  Have you seen any as to the products on        14:02

11   Exhibit 1919?                                          14:02

12       A.  I believe that it's possible that there was    14:02

13   such a report.  I can't -- I haven't memorized this    14:03

14   report and I haven't memorized other documents to know 14:03

15   if they a hundred percent match.                       14:03

16          Are there such documents that exist that        14:03

17   would list sales and quantity, I'm sure there are.     14:03

18       Q.  Have you, any time in the last month, seen a   14:03

19   document that provides that information?               14:03

20       A.  So let me -- let me put it this way, that I    14:03

21   believe such a document may exist.  I can't -- let me  14:03

22   step back for a second.                                14:03

23          This list I haven't memorized and I don't       14:03

24   know if this is all inclusive or matches anything else 14:04

25   I've seen before this moment.                          14:04

Highly Confidential - Attorneys Eyes Only

Page 35

1    To say categorically on the record a hundred    14:04

2    percent guaranteed have I seen a report that lists    14:04

3    everything on here, I don't know, I haven't validated    14:04

4    this report to anything else.  I only have seen this    14:04

5    half an hour before this meeting, before this    14:04

6    deposition.    14:04

7        Q.  Have you seen a report in the last 30 days    14:04

8    for unit and revenue data on any of the products or    14:04

9    any substantial subset of the products on    14:04

10   Exhibit 1919?    14:04

11       MR. ALDEN:  Objection, vague and ambiguous.    14:04

12       THE WITNESS:  I do recall seeing a product    14:04

13   with the -- with the product name Acclaim on it and I    14:04

14   do recall seeing a product -- a report with a    14:04

15   Continuum included and I believe that report may have    14:04

16   also included the Fascinate, but I don't remember all    14:04

17   the names.    14:05

18   BY MR. OLSON:    14:05

19       Q.  Was that a document that was prepared in the    14:05

20   ordinary course of business at STA?    14:05

21       MR. ALDEN:  Objection, vague and ambiguous.    14:05

22       THE WITNESS:  No, it was not.    14:05

23   BY MR. OLSON:    14:05

24       Q.  Was it a document that was prepared    14:05

25   specifically for this litigation?    14:05

Highly Confidential - Attorneys Eyes Only

Page 36

1    A.  To the best of my knowledge.                     14:05

2    Q.  Is there anything else other than reviewing      14:05

3    documents with your counsel and talking to the people  14:05

4    that we've already identified that you did to prepare  14:05

5    to testify on Samsung's behalf today?                14:05

6    A.  Yes.                                             14:05

7    Q.  What?                                            14:05

8    A.  The document -- there was a document that you    14:05

9    referred to or you implied that was -- had been      14:06

10   prepared for this -- for this litigation that I asked  14:06

11   for validation of the underlying data.               14:06

12   Q.  From whom did you ask for validation?            14:06

13   A.  From my staff.                                   14:06

14   Q.  Who on your staff?                               14:06

15   A.  Christopher Park.                                14:06

16   Q.  When did you ask for that validation?            14:06

17   A.  Yesterday.                                       14:06

18   Q.  And what was -- what was his response?           14:06

19       MR. ALDEN:  Let me object to the extent that     14:06

20   if you were asking at the direction of or on behest of  14:06

21   counsel, object on the basis of the attorney-client  14:06

22   privilege and instruct you not to answer that        14:06

23   question.                                            14:06

24   BY MR. OLSON:                                        14:06

25   Q.  Are you able to answer?                          14:06

Highly Confidential - Attorneys Eyes Only

Page 37

1    A.  No.                                                  14:06

2    Q.  Were you ultimately able to validate whether        14:06

3    the report you were looking at was accurate?            14:07

4    A.  Yes.                                                 14:07

5    Q.  And was it accurate?                                 14:07

6    A.  Yes.                                                 14:07

7         MR. ALDEN:  Objection, asked and answered.          14:07

8         THE WITNESS:  Yes.                                  14:07

9         MR. OLSON:  I'm going to mark as the first          14:07

10   exhibit in order -- the next exhibit in order,           14:07

11   Exhibit 1920, a document that has been printed from a    14:07

12   native spreadsheet that was given to us on February      14:07

13   3rd and the Bates number of the document as it came to   14:07

14   us was SAMNDCA 323946.                                   14:07

15        I have placed that Bates number on the              14:07

16   document as well on the first page, an indication it     14:07

17   was marked highly confidential.                          14:07

18        (Exhibit No. 1920 was marked.)                      14:08

19   BY MR. OLSON:                                            14:08

20   Q.  Mr. Sheppard, while you take a look at that,         14:08

21   I'm going to have marked as the next exhibit in order    14:08

22   Exhibit 1921 a document that is SAMNDCA 3259495 to       14:08

23   503.                                                     14:08

24        MR. ALDEN:  Let me state for the record as          14:08

25   discussed with counsel prior to the deposition there     14:08

Highly Confidential - Attorneys Eyes Only

Page 38

1    have been some additional spreadsheets produced which    14:08

2    I believe would supersede Exhibits 1920 and 1921.    14:08

3        (Exhibit No. 1921 was marked.)    14:08

4        MR. OLSON:  So are you representing 1920 and    14:08

5    1921 are incomplete or inaccurate?    14:08

6        MR. ALDEN:  No, I believe that most of the    14:09

7    data in the new spreadsheets is the same as the data    14:09

8    in the old spreadsheets, but my understanding is that    14:09

9    they -- the new spreadsheets are intended to replace    14:09

10   the old ones and consolidate the two spreadsheets    14:09

11   you've marked as Exhibit 1920 and 1921.    14:09

12       MR. OLSON:  So let me ask and have you    14:09

13   represent it for the benefit of the record.  Is it the    14:09

14   case, then, the new document solely combines what is    14:09

15   Exhibit 1920 and 1921?    14:09

16       MR. ALDEN:  I am not in a position to make    14:09

17   that representation.    14:09

18   BY MR. OLSON:    14:09

19     Q.  Mr. Sheppard, have you ever seen Exhibit 1920    14:09

20   before?    14:09

21     A.  Yes.    14:09

22     Q.  When did you see it?    14:09

23       MR. ALDEN:  Again, I'll object and instruct    14:10

24   you not to answer on the basis of the attorney-client    14:10

25   privilege to the extent you saw it during the meeting    14:10

Highly Confidential - Attorneys Eyes Only

Page 39

1   with counsel.  If you otherwise saw it, you can answer    14:10

2   the question.    14:10

3   BY MR. OLSON:    14:10

4       Q.  Have you ever seen Exhibit 1920 other than in    14:10

5   the presence of counsel?    14:10

6       A.  No.    14:10

7       Q.  Do you understand Exhibit 1920 to have been    14:10

8   solely prepared for the purposes of this litigation?    14:10

9       A.  Yes, my understanding.    14:10

10      Q.  Was any part of it prepared in the ordinary    14:10

11  course of business on behalf of STA?    14:10

12          MR. ALDEN:  Objection, vague and ambiguous.    14:10

13  BY MR. OLSON:    14:10

14      Q.  Let me ask a better question.    14:10

15          Was any document in the format of    14:10

16  Exhibit 1920 prepared at STA in the ordinary course of    14:10

17  business?    14:10

18      A.  No.    14:10

19      Q.  Was any document in the format of    14:10

20  Exhibit 1920 prepared in the ordinary course of    14:10

21  business at SEA?    14:11

22      A.  No.    14:11

23      Q.  Was any document in the format of    14:11

24  Exhibit 1920 prepared in the ordinary course of    14:11

25  business at SEC?    14:11

Highly Confidential - Attorneys Eyes Only

Page 40

1      MR. ALDEN:  Objection, beyond the scope.      14:11

2      THE WITNESS:  I have no personal knowledge of    14:11

3  what's prepared at SEC.                            14:11

4  BY MR. OLSON:                                      14:11

5     Q.  Do you know who prepared Exhibit 1920?      14:11

6     A.  I do not.                                    14:11

7     Q.  Do you have any information on where the    14:11

8  information prepared in 1920 comes from?           14:11

9     A.  I know where the data for STA and SEA comes  14:11

10  from.                                              14:11

11    Q.  All right.  Is it your understanding that    14:11

12  Exhibit 1920 was prepared at the instructions of   14:11

13  counsel?                                           14:12

14      MR. ALDEN:  Objection, to the extent that      14:12

15  your knowledge would -- comes from discussions with 14:12

16  counsel, I'll instruct you not to answer that      14:12

17  question.                                          14:12

18      If otherwise, you can answer that question.    14:12

19      THE WITNESS:  I think I explained earlier I    14:12

20  don't know who prepared this document.             14:12

21  BY MR. OLSON:                                      14:12

22    Q.  Do you know whether it's a member of your    14:12

23  staff that prepared it?                            14:12

24    A.  I don't know means I don't know.             14:12

25    Q.  Are your answers the same as to Exhibit 1921? 14:12

Highly Confidential - Attorneys Eyes Only

Page 41

1    A.  Yes.                                            14:12

2    Q.  Do you know if there are any errors in          14:12

3    Exhibit 1920?                                       14:12

4    A.  Can you define error?  What is that standard    14:13

5    you're applying when you say the word "error"?      14:13

6    Q.  Let's start with is there anything inaccurate   14:13

7    in Exhibit 1920?                                    14:13

8        MR. ALDEN:  Objection.  Would you like him to   14:13

9    review every cell in the spreadsheet?               14:13

10   BY MR. OLSON:                                        14:13

11   Q.  No.  Are you aware, based on whatever           14:13

12   information you have without reviewing every cell in 14:13

13   the spreadsheet -- I take it -- let me start.        14:13

14       Mr. Sheppard, you wouldn't have memorized the   14:13

15   data as to every cell in the spreadsheet, would you? 14:13

16   A.  No.  It's not my habit to memorize              14:13

17   spreadsheets.                                        14:13

18   Q.  In fact, you would need to rely on a document   14:13

19   in order to have information about unit sales or      14:13

20   revenue, for example, correct?                      14:13

21       MR. ALDEN:  Objection, vague and ambiguous.     14:14

22       THE WITNESS:  I would have to rely on the       14:14

23   document?                                           14:14

24   BY MR. OLSON:                                        14:14

25   Q.  You would have to rely on a document,           14:14

Highly Confidential - Attorneys Eyes Only

Page 42

1    correct?                                              14:14

2         MR. ALDEN:  Objection, vague and ambiguous,      14:14

3    beyond the scope.                                     14:14

4         THE WITNESS:  Typically, I rely on the SAP       14:14

5    database as a system.                                 14:14

6    BY MR. OLSON:                                         14:14

7      Q.  Are you aware of -- outside of looking at the   14:14

8    document and every cell, are you aware of anything    14:14

9    that's inaccurate about Exhibit 1920?                 14:14

10     A.  Well, we didn't agree on a standard             14:14

11   definition of inaccuracy, but -- so I'm not sure we're 14:14

12   using the same word in the same way, but I believe    14:14

13   this is an accurate -- by my definition, this is      14:14

14   accurate.                                             14:14

15     Q.  Is accurate or is not?                          14:14

16     A.  Is.                                             14:14

17     Q.  Is Exhibit 1920 incomplete in any way?          14:14

18        MR. ALDEN:  Objection, vague and ambiguous.      14:15

19        THE WITNESS:  Well, we didn't agree on           14:15

20   accurate, we didn't agree, therefore, I'm not sure I  14:15

21   can answer for completeness either.                   14:15

22   BY MR. OLSON:                                         14:15

23     Q.  Do you have any understanding as to why         14:15

24   Exhibit 1920 has been superseded, in your counsel's   14:15

25   words?                                                14:15

Highly Confidential - Attorneys Eyes Only

Page 43

1    A.  The only knowledge I have of this document I    14:15

2    received in the presence of my attorney.    14:15

3    Q.  All the information you have about 1920 came    14:15

4    from your attorney?    14:15

5         MR. ALDEN:  Objection, mischaracterizes his    14:15

6    testimony.    14:15

7         THE WITNESS:  I think I explained earlier    14:15

8    that I can testify about STA and SEC, that this    14:15

9    document appears to discuss many other elements, which    14:15

10   I'm not prepared to testify.    14:16

11   BY MR. OLSON:    14:16

12   Q.  My question, I think, is simpler.    14:16

13        Do you have any information about    14:16

14   Exhibit 1920 that you did not receive from counsel?    14:16

15   A.  I think I already answered that question,    14:16

16   that I validated the data with some data in this    14:16

17   document.    14:16

18        So you asked me --    14:16

19   Q.  I don't think I understand your response.    14:16

20   Can you explain it?    14:16

21   A.  Do you remember what your question was?  Your    14:16

22   question was --    14:16

23   Q.  Yes, my question was:  Do you have any    14:16

24   information about that document that didn't come from    14:16

25   counsel?    14:16

Highly Confidential - Attorneys Eyes Only

Page 44

1    A.  So in the context of answering the question      14:16

2    do I have any information about this document that     14:16

3    didn't come from counsel, the answer is no.           14:16

4        MR. OLSON:  Let me have marked as the next        14:17

5    exhibit in order, Exhibit 1922, a document marked      14:17

6    Bates numbered SAMNDCA 354292 to 354385 and I'll       14:17

7    represent for the record this was received yesterday   14:17

8    at approximately 3 p.m.                                14:17

9        (Exhibit No. 1922 was marked.)                    14:17

10   BY MR. OLSON:                                          14:17

11   Q.  Let me first ask you, Mr. Sheppard, have you       14:18

12   ever seen Exhibit 1922 other than in the presence of   14:18

13   counsel?                                               14:18

14   A.  No.                                                14:18

15   Q.  Is it your understanding that Exhibit 1922         14:18

16   was prepared solely for purposes of this litigation?   14:18

17   A.  That is my understanding.                          14:18

18   Q.  Do you have any understanding as to how            14:18

19   Exhibit 1922 differs from Exhibit 1920 and 1921?       14:19

20   A.  Yes, I have some understanding.                    14:19

21   Q.  What's your understanding?                         14:19

22   A.  Let me just validate one moment.                   14:19

23       My understanding is the individual pages at       14:20

24   the product level are the same in both reports, but    14:20

25   the products in this I believe is a different list     14:20

Highly Confidential - Attorneys Eyes Only

Page 45

1   than in the earlier report.                              14:20

2        So the total pages would show a different          14:20

3   result.                                                  14:20

4    Q.   All right.  So there were a lot of thises and     14:20

5   thats and the record won't be clear so let me see if I  14:20

6   can get clear.                                           14:20

7        When you say Exhibit -- so the question here       14:20

8   is how Exhibit 1922 differs from Exhibit 1920 and       14:20

9   1921.                                                    14:20

10       And first, let me see if I understand your         14:20

11  response.                                                14:20

12       Are the products that are included different       14:20

13  between what is in Exhibit 1922 and what's              14:20

14  collectively in 1920 and 21?                            14:20

15   A.   That is my understanding.                         14:20

16   Q.   How do they differ?                               14:21

17   A.   That I can't explain.                             14:21

18   Q.   You don't know?                                   14:21

19   A.   I don't know.                                     14:21

20   Q.   You gave an answer you understood the             14:21

21  individual pages at the product level are the same in   14:21

22  both reports.                                            14:21

23       By both reports I understood you to be             14:21

24  talking about Exhibit 1922 as compared to the           14:21

25  collection of 1920 and 21.                              14:21

Highly Confidential - Attorneys Eyes Only

Page 46

1    Let me say -- when you say both reports; is    14:21
2  that correct?    14:21
3    A.  So I was really ignoring 1921 in my answer.    14:21
4    So if I need to rephrase that, I can, but I    14:21
5  compared the report for the product that you've listed    14:21
6  on Exhibit 1919 as Acclaim which is on this report    14:21
7  listed as the product Acclaim brackets SCH-R8880,    14:21
8  close parenthesis, and the data appears to be the    14:21
9  same.    14:22
10    So if I look at the STA operating profit for    14:22
11  June 2010, it has a number in Exhibit 1920 as 631,562.    14:22
12    If I go to the report, 1922, I will look for    14:22
13  the same information for the period of June --    14:22
14  operating profit for STA was 631,562.    14:22
15    Based on that, I believe at the product level    14:22
16  the two reports are the same.    14:22
17    Q.  Let me ask you so I have you on the same    14:22
18  frame.    14:22
19    What I'm asking is how 1922 differs from the    14:22
20  collection of information that's in 1920 and 21.    14:22
21    Do you know the answer to that question?    14:22
22    MR. ALDEN:  Objection, asked and answered.    14:22
23    THE WITNESS:  I think I'd have to give you    14:22
24  the same answer.  I don't know.    14:22
25  BY MR. OLSON:    14:22

Highly Confidential - Attorneys Eyes Only

Page 47

1    Q.  Do you know whether or not 1922 includes more    14:22

2    products than is collectively shown in 1920 and 21?    14:23

3    A.  I do not.    14:23

4    Q.  Do you know whether the totals are the same    14:23

5    in 1922 versus 1920 and 21 together?    14:23

6    A.  When you say totals are the same -- so are    14:23

7    you -- clarify that question.    14:23

8    Q.  Sure.  I don't want you to do the math, I can    14:23

9    do the math.    14:23

10    I'm asking you, based on your experience, do    14:23

11    you have any knowledge as to whether or not if I added    14:23

12    all the numbers in 1920 together with all the numbers    14:23

13    in 1921, would I get 1922?    14:23

14    A.  I don't know.    14:23

15    Q.  What's your understanding as to why 1922    14:23

16    exists?    14:23

17    A.  1920 exists or 1922?    14:23

18    Q.  1922.    14:24

19    MR. ALDEN:  I'll object to the extent it    14:24

20    calls for attorney-client communication.    14:24

21    To the extent your answer comes from    14:24

22    discussions with counsel, I'll instruct you not to    14:24

23    answer.    14:24

24    To the extent it doesn't, go ahead and    14:24

25    answer.    14:24

Highly Confidential - Attorneys Eyes Only

Page 48

1        THE WITNESS:  I've only reviewed this        14:24

2   document in the presence of counsel.             14:24

3        So I don't think I can give you an answer.  14:24

4   BY MR. OLSON:                                     14:24

5   Q.  What, if anything, have you done to validate 14:24

6   whether the data that's contained in Exhibit 1922 is 14:24

7   accurate?                                         14:24

8   A.  I selected one product and I reran SAP data  14:24

9   to confirm that it matches the data in this report. 14:24

10  Q.  Which product was that?                       14:24

11  A.  The I500.                                      14:24

12  Q.  The I500?                                      14:25

13  A.  Yes.                                           14:25

14  Q.  Does that product also have another name?     14:25

15  A.  Not to me.                                     14:25

16  Q.  And did you only seek to validate unit sales  14:25

17  and revenue or did you validate any other lines?  14:25

18  A.  I validated all five lines.                   14:25

19  Q.  And by the five lines, you mean the five      14:25

20  lines that are listed under STA quantity, sales, COGS, 14:25

21  expense and operating profit?                     14:25

22  A.  Correct.                                       14:25

23  Q.  Did you seek to validate any of the           14:25

24  information in the SEC category -- excuse me, SEA 14:25

25  category?                                          14:25

Highly Confidential - Attorneys Eyes Only

Page 49

1     A.  Yes.                                          14:25

2     Q.  What did you do in that regard?              14:25

3     A.  I think I had discussions with the colleague 14:26

4  I mentioned before at SEC, Giho Ro.                 14:26

5     Q.  And Mr. Ro gave you information on the SEA   14:26

6  category?                                           14:26

7     A.  Yes.                                          14:26

8     Q.  What information did he give you to validate 14:26

9  that the information regarding SEA was valid?       14:26

10    A.  He confirmed that the data is -- is a pure   14:26

11 extract from an SAP system.                         14:26

12    Q.  Was he the one who extracted it?             14:26

13    A.  I do not know.                               14:26

14    Q.  How did he validate that's true?            14:26

15    A.  I don't know.  I didn't ask him to validate  14:26

16 in that sense.                                      14:26

17        When you say validate it's true, what's true 14:26

18 are you referring to?                               14:27

19    Q.  How did he validate that the information     14:27

20 that's contained in Exhibit 1922 is from the SAP    14:27

21 database on behalf of SEA?                          14:27

22    A.  Oh, okay.                                    14:27

23        In that case, I have to actually say he did  14:27

24 send me a confirmation e-mail that explained which  14:27

25 fields he had extracted from SEA, from the SAP system. 14:27

Highly Confidential - Attorneys Eyes Only

Page 50

1    Q.  When did he send this e-mail to you?        14:27

2    A.  Last night.                                 14:27

3    Q.  And which fields did he say were extracted  14:27

4    from the SAP database?                          14:27

5    A.  I don't recall the fields.                  14:27

6    Q.  There's only five fields there, correct?    14:27

7    A.  Yes, there are five lines, but that doesn't 14:27

8    represent five fields in SAP.                   14:27

9    Q.  Do you know which lines he validated that are 14:28

10   under SEA?                                      14:28

11   A.  He validated all five lines on the          14:28

12   spreadsheet.                                    14:28

13   Q.  And what's your understanding as to how he  14:28

14   did that?                                       14:28

15   A.  So have you read the spreadsheet?           14:28

16   Q.  I have.                                      14:28

17   A.  Okay, good.                                 14:28

18       So as you can tell, the summary page here   14:28

19   appears to be a list of the many pages behind it. 14:28

20       Would you agree with that?                  14:28

21   Q.  Actually, in the case of 1920, it wasn't.   14:28

22       So I haven't been able to do the math since 14:28

23   yesterday at seven when I got this.             14:28

24       Are you able to tell me that's true?        14:28

25   A.  I thought you got this at three.            14:28

Highly Confidential - Attorneys Eyes Only

Page 51

| | | |
|---|---|---|
| 1 | Q.  It was sent to us at three. | 14:28 |
| 2 | A.  Okay. | 14:29 |
| 3 | Q.  Are you able to tell me whether or not the | 14:29 |
| 4 | totals on the first five pages are, in fact, the | 14:29 |
| 5 | addition of all of the material that's behind it? | 14:29 |
| 6 | A.  I cannot tell you that I -- I can tell you I | 14:29 |
| 7 | have not validated that calculation on the | 14:29 |
| 8 | spreadsheet. | 14:29 |
| 9 | Q.  You don't know? | 14:29 |
| 10 | A.  I don't know. | 14:29 |
| 11 | Q.  Do you know whether that's true of the unit | 14:29 |
| 12 | sales data? | 14:29 |
| 13 | A.  Well, I haven't established, I don't know.  I | 14:29 |
| 14 | think you can ask this question a hundred ways and | 14:29 |
| 15 | I'll still have to give you the same answer. | 14:29 |
| 16 | Q.  The same as to any line item? | 14:29 |
| 17 | A.  Yes. | 14:29 |
| 18 | Q.  How did -- who was the gentleman in your | 14:29 |
| 19 | general accounting department that you spoke to about | 14:29 |
| 20 | this document?  I've forgotten his name. | 14:29 |
| 21 | A.  Christopher Park. | 14:29 |
| 22 | Q.  Yes.  How did Mr. Park validate the | 14:29 |
| 23 | information around the I500? | 14:29 |
| 24 | A.  He was able to run a report out of SAP for | 14:30 |
| 25 | that particular model. | 14:30 |

Highly Confidential - Attorneys Eyes Only

Page 52

1    Q.  And does the report only include the five        14:30

2  lines that are listed under STA?                       14:30

3    A.  The report he ran contained more than five       14:30

4  lines.                                                  14:30

5    Q.  Other than checking the I500, have you done      14:30

6  anything else to determine whether or not the data     14:30

7  that's in Exhibit 1922 is valid?                       14:30

8    A.  Yes.                                              14:31

9    Q.  What?                                             14:31

10   A.  The data for the STA was prepared by STA         14:31

11 staff.                                                  14:31

12   Q.  Who prepared the data?                            14:31

13   A.  So Jaehee -- what's the last name, I forgot       14:31

14 her last name, J-A-E-H-E-E, I forgot the last name for 14:31

15 the moment.                                             14:32

16   Q.  To whom -- is that a male or female?             14:32

17   A.  Female.                                           14:32

18   Q.  To whom did she give the data?                   14:32

19   A.  I do not know.                                    14:32

20   Q.  How did it get from her to being included in     14:32

21 Exhibit 1922?                                           14:32

22   A.  I think I said before I don't know who           14:32

23 prepared this report.                                   14:32

24   Q.  How do you know that her work -- this            14:32

25 document is an accurate reflection of her work?        14:32

Highly Confidential - Attorneys Eyes Only

Page 53

1    A.  So two answers to that.                          14:32

2        One, the conversation I had in counsel's        14:32

3    presence with SEC staff that I referred to earlier and  14:32

4    more importantly he was validating it by validation  14:33

5    with Christopher Park.                               14:33

6    Q.  With respect to the one product?                14:33

7    A.  Yes.                                             14:33

8    Q.  What is it about the conversation you had       14:33

9    with the person from SEC that causes you to believe  14:33

10   her work is accurately reflected in Exhibit 1922?   14:33

11   A.  Because he told me because -- it was accurate   14:33

12   as reflected in this report.                        14:33

13   Q.  How did he know?                                14:33

14   A.  I don't know.                                   14:33

15   Q.  Was he involved in the preparation of          14:33

16   Exhibit 1922?                                       14:33

17   A.  I don't know who prepared Exhibit 1922.        14:33

18   Q.  I didn't ask that question.                    14:33

19       Was this gentleman involved in the            14:33

20   preparation of Exhibit 1922 in any way?            14:33

21   A.  I don't know who prepared the Exhibit 1922.   14:34

22   It's very hard for me to then speculate as to who may  14:34

23   have been involved in the preparation of document  14:34

24   1922.                                              14:34

25   Q.  What's your understanding as to how he knew   14:34

Highly Confidential - Attorneys Eyes Only

Page 54

1   that the information was -- that's in Exhibit 1922 is   14:34

2   an accurate representation of what's in STA's system?   14:34

3       A.  Can you repeat that question?   14:34

4       Q.  Right.  What -- see if I can rephrase it in a   14:34

5   way that may be easier for you to understand.   14:34

6           What did he tell you that caused you to   14:34

7   believe that Exhibit 1922 is an accurate reflection of   14:34

8   information that's in STA's system of record?   14:34

9       A.  He told me that no one at SEC had prepared   14:34

10  any data for STA and the data had been prepared by STA   14:35

11  staff.   14:35

12      Q.  Did he identify who?   14:35

13      A.  Yes, I just named the person.   14:35

14      Q.  Mr. Park?   14:35

15      A.  No, Giho.   14:35

16      Q.  Did he identify anybody else?   14:35

17      A.  No.   14:35

18      Q.  Did he identify anything else he had done to   14:35

19  validate the data in any way as to STA?   14:35

20      A.  No.   14:35

21      Q.  Are you able to say on behalf of Samsung on   14:35

22  the record whether or not this document is a -- 1922   14:35

23  is a complete and authoritative and accurate statement   14:35

24  of the quantity of each of the products that are   14:35

25  listed -- quantity sold by period of each of the   14:35

Highly Confidential - Attorneys Eyes Only

Page 55

1    products that are listed on Exhibit 1922?                    14:35

2         MR. ALDEN:  Objection, vague and ambiguous            14:35

3    and Mr. Sheppard is designated on behalf of STA and       14:35

4    SEA only so his answers can only be on behalf of those    14:35

5    entities.                                                  14:36

6         THE WITNESS:  Do you want to --                       14:36

7    BY MR. OLSON:                                              14:36

8      Q.  Sure.  Let me see if I can correct it in a           14:36

9    way that you can answer.                                   14:36

10        On behalf of STA and SEA, are you able to say         14:36

11   whether Exhibit 1922 is an authoritative and accurate      14:36

12   statement of the unit sales of each of the products        14:36

13   that are listed under the category STA and SEA in          14:36

14   Exhibit 1922?                                              14:36

15     A.  Yes.                                                 14:36

16        MR. ALDEN:  Objection, vague and ambiguous.           14:36

17        THE WITNESS:  Authoritative -- so best of my          14:36

18   knowledge based on the analysis I've done I believe        14:36

19   these are accurate -- these spreadsheets contain           14:36

20   accurate data about the sales of the units listed in       14:36

21   this document.                                             14:36

22   BY MR. OLSON:                                              14:36

23     Q.  All right.  Not quite my question.                   14:36

24        Are you able to state one way or the other,           14:36

25   yes or no, whether this document Exhibit 1922 is an        14:37

Highly Confidential - Attorneys Eyes Only

Page 56

1    authoritative and accurate statement of the unit sales    14:37

2    of each of the products that are listed as it relates    14:37

3    to the category STA and SEA on the spreadsheet?    14:37

4         MR. ALDEN:  Same objection.    14:37

5         THE WITNESS:  I'm not familiar with the term    14:37

6    authoritative in the accounting context.    14:37

7         So what I can say is that I believe this data    14:37

8    is an accurate reflection of what is contained in our    14:37

9    SAP database for STA and SEA.    14:37

10   BY MR. OLSON:    14:37

11      Q.  And other than speaking to Mr. Park and    14:37

12   Mr. Ro, what other analysis or information do you have    14:37

13   that causes you to believe that?    14:37

14      A.  That that's it.    14:38

15         MR. OLSON:  Let me have marked as the next    14:38

16   exhibit in order, Exhibit 1923, a document that is    14:38

17   SAMNDCA 354386 through 354600.    14:38

18         (Exhibit No. 1923 was marked.)    14:38

19   BY MR. OLSON:    14:38

20      Q.  Mr. Sheppard, let me ask you first:  Have you    14:39

21   ever seen Exhibit 1923 before other than in the    14:39

22   presence of counsel?    14:39

23      A.  Give me a second and try to figure out what    14:40

24   this is.    14:40

25         I'd have to say no, I've not.    14:40

Highly Confidential - Attorneys Eyes Only

Page 57

1    Q.  Have you ever seen Exhibit 1923 before?      14:40

2    A.  I do recall seeing a document in the presence  14:41

3    of counsel that includes the year 2007.  I did not  14:41

4    memorize which products were included in the report.  14:41

5    Q.  Did you see it in hard copy or Excel        14:41

6    spreadsheet?                                      14:41

7    A.  Hard copy.                                   14:41

8    Q.  Did you do anything -- let me start with this  14:41

9    question.                                         14:41

10       Are you able to say whether or not          14:41

11   Exhibit 1923 is an accurate and complete record of the  14:41

12   unit sales for STA for the products that are listed in  14:41

13   it?                                               14:41

14   A.  Just one moment.                             14:41

15       I believe so.  I believe this is accurate.  14:42

16   Q.  Is it complete?                              14:42

17       MR. ALDEN:  Objection, vague and ambiguous.  14:42

18       THE WITNESS:  Can you define complete for me?  14:42

19   BY MR. OLSON:                                     14:42

20   Q.  Sure.  Is there any unit sales that have not  14:42

21   been incorporated?  Is there any part of the sales  14:42

22   that haven't been included in any way?            14:43

23   A.  To the best of my knowledge, I believe it's  14:43

24   complete.                                         14:43

25   Q.  And did you -- is the information that's in  14:43

Highly Confidential - Attorneys Eyes Only

Page 58

1    Exhibit 1923 accurate and complete as to the sales    14:43

2    data for the STA products?    14:43

3        A.   For 1923?    14:43

4        Q.   Correct.    14:43

5        A.   Yes, I believe so.    14:43

6        Q.   Did you do anything to validate that that    14:43

7    would be different -- did you do anything to validate    14:43

8    that as to Exhibit 1923?    14:43

9        A.   Yes.  I think you were about to ask me this    14:44

10   question, but the same process as for the other    14:44

11   exhibits.    14:44

12       Q.   Did you do anything else, anything in    14:44

13   addition to what you've already testified to regarding    14:44

14   Exhibit 1922?    14:44

15       A.   No.    14:44

16       Q.   And is it correct that the information that's    14:44

17   in Exhibit 1922, regarding STA sales, sales in dollars    14:44

18   is accurate and complete?    14:44

19       A.   Yes, I believe so.    14:44

20       Q.   Did you do anything different to validate    14:44

21   that information other than what we've talked about    14:44

22   already with respect to unit sales?    14:44

23       A.   No.    14:44

24       Q.   How did Samsung decide what to include in    14:44

25   Exhibit 1923 as compared to 1922?    14:44

Highly Confidential - Attorneys Eyes Only

Page 59

1          MR. ALDEN:  Object as to beyond the scope.        14:44

2          To the extent that your knowledge comes from    14:44

3   discussions with counsel, I'll instruct you not to     14:45

4   answer.                                                 14:45

5          If you know outside of that, feel free to       14:45

6   answer.                                                 14:45

7          THE WITNESS:  I do not know.                     14:45

8   BY MR. OLSON:                                           14:45

9     Q.  Is the only information you know as to the        14:45

10  products that are included in 1923 from counsel?        14:45

11    A.  Yes.                                               14:45

12    Q.  Is the only information you know regarding         14:45

13  the products that are in Exhibit 1922 from counsel?     14:45

14    A.  Yes.                                               14:45

15    Q.  Using Exhibit 1922 for a second, is the           14:45

16  information contained in Exhibit 1922 an accurate and   14:45

17  complete reflection of all of SEA's sales in quantity   14:45

18  and dollars?                                            14:45

19    A.  Yes.                                               14:45

20    Q.  Did you do anything to validate that other        14:45

21  than what we've already talked about before?           14:46

22    A.  No.                                                14:46

23    Q.  And with respect to Exhibit 1923, is the          14:46

24  information contained in 1923 accurate and complete as  14:46

25  to SEA's quantity and sales?                            14:46

Highly Confidential - Attorneys Eyes Only

Page 60

1    A.  1923?                                              14:46

2    Q.  Yes.                                               14:46

3    A.  To the best of my knowledge, it does not          14:46

4  contain any SEA data.                                    14:46

5    Q.  Looking back at Exhibit 1922, the information      14:46

6  under the category COGS under STA, do you see that?      14:46

7    A.  Yes, I do.                                          14:46

8    Q.  That is the transfer price that gets paid by       14:46

9  STA to SEC; is that correct?                             14:46

10   A.  It's included in that.                             14:46

11   Q.  Is that the primary item that's in there?          14:46

12   A.  It's the primary item.                             14:46

13   Q.  Under STA, there's a category line item            14:47

14 expense.                                                 14:47

15        Do you see that?                                  14:47

16   A.  I do.                                              14:47

17   Q.  Do you have an understanding as to how the         14:47

18 expense items were allocated to individual phones in     14:47

19 1922?                                                    14:47

20   A.  Yes.                                               14:47

21   Q.  How?                                               14:47

22   A.  There is a -- there is a two-step allocation       14:47

23 process to allocate -- I should say three-step           14:47

24 process.                                                 14:47

25        The first step is the costs directly              14:47

Highly Confidential - Attorneys Eyes Only

Page 61

1    associated with the device billed to that device.          14:47

2         The second step is to take common costs, for          14:47

3    example, the lease of a building, and that is             14:47

4    allocated to various cost centers.                        14:48

5         The third step is to then take common cost            14:48

6    centers, for example, the HR department or the            14:48

7    accounting group and allocate those costs across          14:48

8    devices.                                                  14:48

9    Q.  How is the last category allocated across             14:48

10   devices?                                                  14:48

11   A.  So let me get back.                                   14:48

12        Step two, the allocation of rent, for                 14:48

13   example, is based on a usage basis.                       14:48

14        So the allocation is based on square footage          14:48

15   of individual departments used inside different           14:48

16   buildings across STA in America -- well, the U.S.         14:48

17        The last step is to allocate based on                 14:48

18   revenue, revenue contribution.                            14:48

19   Q.  Is there any other way that expenses are              14:48

20   allocated to be incorporated per product in that line     14:48

21   item?                                                     14:48

22   A.  Those are the primary methods.                        14:49

23        The three things, if you can directly                 14:49

24   allocate, you will.                                       14:49

25        If you can allocate on a usage basis where it         14:49

Highly Confidential - Attorneys Eyes Only

Page 62

1    makes more sense than revenue, then you will do that.    14:49

2    Rent is a perfect example.    14:49

3          The last one is you allocate based on    14:49

4    revenue.    14:49

5      Q.   And which expenses are allocated on a direct    14:49

6    basis?    14:49

7      A.   So an example would be a program where you    14:49

8    are offering an incentive to a carrier customer to    14:49

9    sell more of that product.    14:49

10         So that would be, for example, if you -- if    14:49

11   you wished a carrier to sell a product at a discount    14:49

12   or encourage them to sell their program -- the device    14:49

13   to the consumer at a discount, the costs associated    14:49

14   with that program you could directly associate with    14:50

15   that device and you would be able to directly allocate    14:50

16   it straight to that device.    14:50

17     Q.   Anything else that's directly allocated other    14:50

18   than advertising or marketing dollars specific to a    14:50

19   device?    14:50

20     A.   Costs of -- trying to think.    14:50

21         So costs associated with moving product,    14:50

22   freight costs, can be associated directly with the    14:50

23   shipment, you can allocate those directly.    14:50

24     Q.   When you say you could, you do or --    14:50

25     A.   So wherever there's activity directly related    14:50

Highly Confidential - Attorneys Eyes Only

Page 63

1    to a specific product it gets allocated.          14:50

2          I gave you two very specific examples.       14:50

3    Q.  Are you able to say what the other examples    14:50

4    are?                                               14:50

5    A.  It would take a long time.  I would have to    14:50

6    go through thousands of transactions.              14:50

7    Q.  Are you able to identify other categories      14:50

8    that are directly allocated?                       14:50

9    A.  The costs associated with -- well, we talked   14:50

10   about that type of marketing program you referred to,  14:51

11   cost of specifically supporting or doing some kind of  14:51

12   repair to a device, if there's value added work,   14:51

13   perhaps an example would be refurbishing a product on  14:51

14   behalf of a carrier if they asked us to do some kind  14:51

15   of repair, we track that information at the device  14:51

16   level.                                             14:51

17   Q.  And would all those be in expense items as     14:51

18   compared to cost of goods sold?                    14:51

19   A.  Yes.                                           14:51

20   Q.  Any others that are directly allocated?        14:51

21   A.  I'm sure there are others, but those are the   14:51

22   kind of big examples I can think of at this moment.  14:51

23   Q.  Does Samsung internally prepare any reports    14:52

24   using these allocations of profitability by phone?  14:52

25          MR. ALDEN:  Sorry, could you repeat that    14:52

Highly Confidential - Attorneys Eyes Only

Page 64

1    question?                                          14:52

2           (The record was read by the Reporter.)      14:52

3           MR. ALDEN:  Objection, vague and ambiguous,  14:52

4    beyond the scope.                                  14:52

5    BY MR. OLSON:                                      14:52

6       Q.  Let me see if I can make the question better.  14:52

7           Does Samsung prepare any -- does STA prepare  14:52

8    any reports on profitability using the allocations  14:52

9    that you just identified?                          14:52

10          MR. ALDEN:  Objection, vague and ambiguous.  14:52

11          THE WITNESS:  No.                            14:52

12   BY MR. OLSON:                                      14:52

13      Q.  Were the allocations that you just identified  14:52

14   done solely for purposes of this document for this  14:52

15   litigation?                                        14:52

16      A.  No.                                          14:52

17      Q.  Does Samsung prepare any reports that make    14:52

18   use of those allocations for delivery to management in  14:53

19   the ordinary course?                              14:53

20          MR. ALDEN:  Same objection.                  14:53

21          THE WITNESS:  So you go back and forth        14:53

22   between STA and Samsung.  So I can only testify about  14:53

23   STA or SEA.                                        14:53

24          So if you refer to Samsung to mean only those  14:53

25   two, I can give you the answer that no, the analysis  14:53

Highly Confidential - Attorneys Eyes Only

Page 65

1   is not done on profitability at the product level        14:53

2   inside those entities.                                    14:53

3   BY MR. OLSON:                                             14:53

4       Q.  Let me make sure, I'll use Samsung in the         14:53

5   manner you described, STA and SEA.                        14:53

6           Does Samsung prepare any reports internally       14:53

7   that make use of the data that's prepared as a result    14:53

8   of the allocations you just identified?                   14:53

9       A.  No.                                               14:53

10      Q.  Does Samsung do anything in the ordinary          14:53

11  course to validate those allocations?                     14:54

12      A.  What do you mean by "validate"?                   14:54

13      Q.  To make sure that they're being done             14:54

14  correctly, make sure they're accurately reflecting        14:54

15  what the methods that are being described.                14:54

16      A.  As part of the close process -- let me            14:54

17  rephrase this.                                            14:54

18          As part of the standard close process these       14:54

19  allocations is one of the last steps in the process      14:54

20  after the books are closed, it's the last activity        14:54

21  before we book tax entries.                               14:54

22      Q.  Let me see if I can get a better question.        14:54

23          How internally does Samsung make use of these     14:54

24  allocations for purposes of any financial reporting       14:54

25  either to management or to anyone else?                   14:54

Highly Confidential - Attorneys Eyes Only

Page 66

1          MR. ALDEN:  Objection, beyond the scope.          14:54

2          You can answer the question.          14:54

3          THE WITNESS:  Let me think.          14:55

4          There's part of this allocation that we          14:55

5     haven't -- there's a step as part of this allocation          14:55

6     to ensure that a part of this that the -- we're in          14:55

7     compliance with the APA agreement.          14:55

8          Part of the allocation process is also to          14:55

9     ensure we're booking the entries that are required to          14:55

10    be complied with the APA.          14:55

11    BY MR. OLSON:          14:55

12       Q.  How, other than that, does Samsung make any          14:55

13    use of the allocations that you described?          14:55

14       A.  We don't.          14:55

15       Q.  And do you not report for purposes of the APA          14:55

16    a total profitability number for all of STA to the          14:55

17    federal government?          14:55

18       A.  We do, but not on a monthly basis.          14:55

19       Q.  Why are the allocations needed for purposes          14:56

20    of reporting to the IRS?          14:56

21       A.  Part of the allocation process is to ensure          14:56

22    we've recorded the entries that record where, as part          14:56

23    of our APA agreement, we've recorded the R&D cost plus          14:56

24    basis back to HQ.          14:56

25          And we've also ensured that we've recorded          14:56

Highly Confidential - Attorneys Eyes Only

Page 67

1    that our marketing expenses are reimbursed from HQ.        14:56

2        Q.   How are marketing expenses reimbursed by HQ?      14:56

3        A.   How?  They're physically sent as money.           14:57

4        Q.   For all of them?                                  14:57

5        A.   For marketing expenses.                           14:57

6        Q.   For all marketing expenses?                       14:57

7        A.   For STA, yes.                                     14:57

8        Q.   Is the same true of SEA?                          14:57

9        A.   No.                                               14:57

10       Q.   Does SEA receive any payment from HQ for          14:57

11   purposes of -- for R&D expenses?                           14:57

12       A.   For R&D, yes.                                     14:57

13       Q.   But not for marketing?                            14:57

14       A.   Not for marketing.                                14:57

15       Q.   Are the allocations that STA or SEA uses          14:57

16   subject to any audit?                                      14:57

17       A.   The allocations?                                  14:57

18       Q.   Correct.                                          14:57

19       A.   Well, audit is a very broad term.                14:57

20            What do you mean by "audit"?                      14:57

21       Q.   Is there any manner in which they're audited?     14:57

22            MR. ALDEN:  Objection, vague and ambiguous.       14:57

23            THE WITNESS:  As with many large companies,       14:57

24   we have many types of audits.                              14:58

25   BY MR. OLSON:                                              14:58

Highly Confidential - Attorneys Eyes Only

Page 68

1   Q.  So let's start with are they subject to any      14:58

2   review by external auditors, independent auditors?   14:58

3   A.  Yes.                                              14:58

4   Q.  How is that done?                                14:58

5   A.  Actually, our audit firm doesn't like me to      14:58

6   know how they actually perform their audit.  That    14:58

7   would be bad for me, bad for them to know.           14:58

8   Q.  Do you know that they actually -- your           14:58

9   independent firm, that they actually review the      14:58

10  allocations?                                         14:58

11  A.  It's pretty standard practice for an audit       14:58

12  firm not to disclose their exact audit technique.    14:58

13  Q.  That wasn't my question, but do you know         14:58

14  whether your independent audit firm reviews the      14:58

15  allocations in any way?                              14:58

16  A.  Our audit firm has to validate that our          14:59

17  financial statements are in compliance with the IFRS 14:59

18  and Samsung's -- in this case, SEC's standard        14:59

19  accounting policies.                                 14:59

20      So they have to ensure that we have followed     14:59

21  our rules.                                           14:59

22      As to how they perform those tests, they         14:59

23  don't have to tell me.                               14:59

24  Q.  Are the allocations audited on an internal       14:59

25  audit basis?                                         14:59

Highly Confidential - Attorneys Eyes Only

Page 69

1        MR. ALDEN:  Objection, vague and ambiguous.   14:59

2        THE WITNESS:  We have -- SEC requires all   14:59

3  subsidiaries to undergo audits of both operational and  14:59

4  financial matters on a regular basis.   14:59

5  BY MR. OLSON:   14:59

6    Q.  Have you ever seen a report from anyone in   14:59

7  internal audit either at SEC, STA or SEA on the   14:59

8  allocations that you just described to various   14:59

9  products?   15:00

10        MR. ALDEN:  Objection, vague and ambiguous.   15:00

11        THE WITNESS:  Have I ever seen an audit or a   15:00

12  document?   15:00

13  BY MR. OLSON:   15:00

14    Q.  Have you ever seen any report from an   15:00

15  internal audit of that work?   15:00

16        MR. ALDEN:  Objection, vague and ambiguous.   15:00

17        THE WITNESS:  I do not recall that there has   15:00

18  never been a specific audit solely just on   15:00

19  allocations.   15:00

20  BY MR. OLSON:   15:00

21    Q.  I don't think I understood your response,   15:00

22  there was a double negative in there.   15:00

23    A.  I'm not aware of any specific audit report on   15:00

24  allocations.   15:00

25        MR. OLSON:  Why don't we take a break.   15:00

Highly Confidential - Attorneys Eyes Only

Page 70

1        THE VIDEOGRAPHER:  Here marks the end of tape          15:00

2    1 in today's deposition, we're off the record, it's        15:00

3    3:00 o'clock.                                               15:00

4        (Recess taken.)                                         15:00

5        THE VIDEOGRAPHER:  Here marks the beginning            15:14

6    of tape 2 in the deposition of Mr. Sheppard.                15:14

7        We are back on the record, the time is 3:15.           15:14

8    BY MR. OLSON:                                               15:14

9    Q.  Mr. Sheppard, did you have anyone on your              15:14

10   staff check any of the information as to any of the         15:14

11   products that are included in Exhibit 1923?                 15:14

12   A.  No.                                                     15:14

13   Q.  Did you ask anybody at SEA or SEC's staff to           15:14

14   check the information as to any of the products that        15:14

15   are in Exhibit 1923?                                        15:14

16   A.  No, but 1923 doesn't contain any SEA data.             15:15

17   Q.  So obviously, then, you didn't do it as to             15:15

18   SEA.                                                        15:15

19   Did you ask anybody at SEC to validate any of              15:15

20   the information as to a specific product like you did       15:15

21   with Mr. Park in any of the products in Exhibit 1923?       15:15

22   A.  No.  Once I had established how the data was           15:15

23   extracted from SAP, and I was available to validate        15:15

24   the point that Mr. Ro had made to me, I was quite           15:15

25   comfortable these were actual reflections what is in       15:15

Highly Confidential - Attorneys Eyes Only

Page 71

1    SAP.                                                    15:15

2        Q.  Did you see Mr. Ro?                             15:15

3        A.  Yes, remember I said earlier I had spoken to    15:15

4    Mr. Ro at SEC.                                          15:15

5        Q.  I thought I heard Rowland so I wanted to make   15:15

6    sure.                                                   15:15

7        A.  It's R-O, not a common name.                    15:15

8        Q.  And what is your understanding as to how the    15:15

9    data that's included on Exhibit 1922 and 1923 was      15:16

10   extracted?                                              15:16

11       A.  1922 and 1923, oh -- so ignoring the summary    15:16

12   page which I believe this just represents a             15:16

13   spreadsheet, but if you actually go to --               15:16

14       Q.  Let me pause you there.  When you say           15:16

15   'spreadsheet,' the addition of the other items?        15:16

16       A.  So I -- in my mind, the front -- so in native   15:16

17   form you would see this, I think, as a -- I would      15:16

18   imagine you would see this, I haven't seen this in     15:16

19   native form -- at least I don't think so -- in the     15:16

20   first page this would be the first tab of a            15:16

21   spreadsheet.                                            15:16

22           After that, you then see a tab for each --      15:16

23   each product.                                           15:16

24           And by validating the data back to SAP for      15:16

25   the I500, I'm confident each tab then represents just   15:17

Highly Confidential - Attorneys Eyes Only

Page 72

1    a straight extract from SAP and summarized in this        15:17
2    spreadsheet format.                                        15:17
3        Q.  And how did you -- how did you come to the         15:17
4    understanding that this was an extract from SAP?           15:17
5        A.  Because that's our system of record.               15:17
6        Q.  But did someone tell you that or did you know      15:17
7    that the minute you saw it?                                15:17
8        A.  I suspected that the minute I saw it, but I        15:17
9    validated it with a discussion with Mr. Ro.                15:17
10           Then I asked one of my -- Mr. Park to              15:17
11   actually reperform the extract to validate it was          15:17
12   accurately done.                                           15:17
13       Q.  With respect to the I500, did Mr. Park do it       15:17
14   just for one period of time or for all periods of          15:17
15   time?                                                      15:17
16       A.  He did it for all the periods that were in --     15:17
17   let me see which one did he do.                            15:17
18           He did it for the periods 2010, 2011.             15:17
19           So I didn't want him to just do it an extract     15:18
20   for one month.  I wanted to see a broader validation.      15:18
21           I wanted to be very confident this was            15:18
22   complete data and I knew where it came from.               15:18
23       Q.  If you'll grab Exhibit 1922, please, if           15:18
24   you'll first turn to the page that's marked at the top     15:18
25   Acclaim and at the bottom 354296.                          15:18

Highly Confidential - Attorneys Eyes Only

Page 73

1     A.   Okay.                                         15:18

2     Q.   You see that has to do with the product      15:18

3  identified as Acclaim at the top?                     15:18

4     A.   Yes.                                          15:18

5     Q.   Then, if you'll turn to the next page, see    15:18

6  how the data continues for Acclaim on 2011; is that   15:18

7  correct?                                              15:18

8     A.   Yes.  You're looking at page 4297?           15:18

9     Q.   Correct.                                       15:19

10    A.   Yes.                                          15:19

11    Q.   And it continues on to 4298.                 15:19

12         Do you see that?                              15:19

13    A.   It does.                                      15:19

14    Q.   Do you see that there's no data for May under 15:19

15 column X of page 4297?                                15:19

16    A.   May 2011?                                     15:19

17    Q.   Yes.                                          15:19

18    A.   Yes.                                          15:19

19    Q.   And then there's negative information on     15:19

20 quantity from STA for June.                           15:19

21         Do you see that?                              15:19

22    A.   Yes, I do see that.                           15:19

23    Q.   And there's positive information on quantity 15:19

24 and on sales for --                                   15:19

25    A.   Column Z.                                     15:19

Highly Confidential - Attorneys Eyes Only

Page 74

1    Q.  Yes.                                          15:19

2    A.  Yes.                                          15:19

3    Q.  And if you turn to the next page --           15:19

4    A.  The column Z is the period April, May and     15:19

5    June.  So if you look to column W, the -- that's why  15:19

6    you had a reasonable sales quantity of almost 14,000  15:19

7    units in April.                                   15:19

8        Nothing in May and then June, I think just   15:20

9    some devices came back returned which is why you had  15:20

10   negative transactions.                            15:20

11       And column Z represents the sum for the      15:20

12   90-day period ending second quarter.              15:20

13   Q.  Can you explain the data that's in AA, AB and  15:20

14   AC and continuing on to the next page, AD and AE   15:20

15   including why it turns both negative and positive?  15:20

16   A.  So if we actually step back to page 4296, I    15:20

17   believe this product would have been launched in the  15:20

18   June 2010 time frame.                             15:20

19       And the life cycle for one of these products  15:20

20   is typically about a year.                        15:20

21       So if you go from June to, in this case, I    15:20

22   would say just shy of June, April 2011, the product  15:20

23   was close to end of life.                         15:20

24       So the sales quantities were significantly    15:20

25   reduced in that last four months of sales which I  15:21

Highly Confidential - Attorneys Eyes Only

Page 75

1    think was April.                                    15:21

2          And the impact -- if you actually go back to   15:21

3    4296 you can see in June the sales were about 35,000,  15:21

4    72,000 in July 2010, then they drop to about 30,000 a  15:21

5    month.                                               15:21

6          And then going forward, they just got lower    15:21

7    and lower and lower until you ended up with a small   15:21

8    spike in March 2011 and April 2011.                  15:21

9          So the normal cycle is you sell a lot upfront  15:21

10   and then the sales of quantity goes down over time.   15:21

11         And then just towards the end of life this     15:21

12   normal discussion between the carrier and STA to      15:21

13   figure out how do we push through the last remaining  15:21

14   units, either turn preordered components into finished  15:21

15   products to push those through to sale.              15:21

16         That's the last activity you see in March and  15:22

17   April 2011.                                          15:22

18         And then what activity you see after that is   15:22

19   returns of units that may have been defective at      15:22

20   manufacturer, called dead on arrival units, typically  15:22

21   DOA is the common term and those are typically        15:22

22   returned back to STA.                                15:22

23         So when you see, for example, July 2011, you   15:22

24   can see five units coming back, when units are coming  15:22

25   back, you reverse sales, you reverse cost of goods    15:22

Highly Confidential - Attorneys Eyes Only

Page 76

1   sold and you end up with negative contribution in that      15:22

2   month.                                                      15:22

3       Q.   Why is October positive?                          15:22

4       A.   It's possible we may have been able to ship       15:22

5   back a small number of units in that last -- in the        15:22

6   last transaction.                                          15:22

7            Without pulling the end of line transactions,     15:22

8   I don't know for sure.  This kind of positive and          15:22

9   minus very small volumes, very common right at the end     15:23

10  of life of a product.                                      15:23

11      Q.   Are you aware of any circumstance that would      15:23

12  explain why a product would go negative and then have      15:23

13  a spike of a substantial number of positive sales          15:23

14  afterwards?  By that, substantial number, I mean           15:23

15  numbers in excess of 10,000 --                             15:23

16      A.   So if we go back to the January, February         15:23

17  time frame, 2011, you can see that -- actually, go         15:23

18  back a little further, you can see in Q4, the sales        15:23

19  numbers were ten to 16,000.                                15:23

20           In January and February, they dropped to         15:23

21  almost zero, 3,000 in January and then a hundred units     15:23

22  in February.                                               15:23

23           And then they picked up for March and April.     15:23

24           So the main sales activity ran through the       15:23

25  end of the year Q4, 2010.                                  15:23

Highly Confidential - Attorneys Eyes Only

Page 77

1    In the Q1 period and early Q2, that would        15:23

2  have been -- that's typically in the life cycle where   15:23

3  you see an attempt to push through and convert any   15:24

4  material still in the sales channels for raw materials  15:24

5  suppliers and remaining inventory anywhere in the    15:24

6  process and push them through to final sales.        15:24

7    Normally you see a small spike at end of life     15:24

8  and drops down to zero.                              15:24

9    Q.  Can you explain why February shows a hundred  15:24

10  units sold but no revenue?                           15:24

11    A.  It's possible -- it's possible those were     15:24

12  units that were acquired for seed stock.  There's a  15:24

13  requirement in our carrier contracts to provide a    15:24

14  certain number of units at no cost to the carriers   15:24

15  they use for replacement.                            15:24

16    So if, for example, you were a consumer and       15:24

17  went into the store said my phone doesn't work, I need  15:24

18  a replacement, the carriers will give you one and that  15:24

19  comes out of what typically is referred to as a seed   15:24

20  pool.                                                15:25

21    The contractual requirement is a certain          15:25

22  percentage of units sold.  For each unit sold         15:25

23  typically of a hundred, maybe one to three percent are  15:25

24  also provided additionally at no revenue to the      15:25

25  carrier so they can put in their seed pool.          15:25

Highly Confidential - Attorneys Eyes Only

Page 78

1    Q.  Is that speculation as to what that is in        15:25

2  February or is that something you actually know as to  15:25

3  this product for February?                             15:25

4    A.  I'm speculating that's what that is for          15:25

5  February, but that would -- that would be -- that      15:25

6  would be commonly a good reason why you would see that 15:25

7  kind of transaction.                                   15:25

8    Q.  Do you have any -- other than the speculation    15:25

9  you've given, do you have any actual information as to  15:25

10  why there were a hundred units that were nonrevenue in 15:25

11  February as between two months in which there was      15:25

12  3,000 units sold and 13,000 units sold?                15:25

13    A.  No, I don't have the underlying data for that    15:25

14  transaction for that period, but I'm quite confident   15:26

15  we can extract from SAP and validate the entries.      15:26

16    Q.  Did you make any effort to check?               15:26

17    A.  For this specific product?  For that time       15:26

18  period, the February 2011?                            15:26

19    Q.  Did you make any effort to check on any         15:26

20  product in there for any time period other than the   15:26

21  I500?                                                  15:26

22      MR. ALDEN:  Objection, asked and answered.        15:26

23      THE WITNESS:  No.                                 15:26

24  BY MR. OLSON:                                          15:26

25    Q.  Save us a lot of questions later.               15:26

Highly Confidential - Attorneys Eyes Only

Page 79

1        Why don't you turn, see if we can find it,        15:26

2    there's a tab for Nexus S.                            15:26

3        I believe you can find it at -- beginning at      15:26

4    354351.                                               15:26

5    A.  Okay.                                             15:27

6    Q.  If you look at -- let's orient ourselves.         15:27

7        You'll see as to STA, the quantity and sales      15:27

8    items are at lines 9 and 10.                          15:27

9        Do you see that?                                  15:27

10   A.  Yes, I do.                                        15:27

11   Q.  So if you turn to the next page, and looking      15:27

12   at lines 9 and 10, looking across at the months of    15:27

13   April, May and June, do you see how there's three     15:27

14   units, negative one unit, negative three units for    15:27

15   April, May and June.                                  15:27

16       Do you see that?                                  15:27

17   A.  Yes.                                              15:28

18   Q.  Correspondingly, there's 1419 in revenue, a       15:28

19   negative 305,979 and negative 1,318,008.              15:28

20       Do you see that?                                  15:28

21   A.  I do.                                             15:28

22   Q.  And that the combined total for that quarter      15:28

23   is a negative one units.                              15:28

24       Do you see that?                                  15:28

25   A.  Yes.                                              15:28

Highly Confidential - Attorneys Eyes Only

Page 80

1    Q.   And then if you go to the next -- for July      15:28

2    there's 16,000 units?                                15:28

3    A.   Uh-huh.                                         15:28

4    Q.   And August there's 4,279 units and then         15:28

5    September there's 6,050 units.                       15:28

6         Do you see that?                                15:28

7    A.   I do.                                           15:28

8    Q.   Do you have any information as to why it is     15:28

9    that you recorded negative 1 unit sales for the second   15:28

10   quarter of 2011 and a negative 1.6 million in revenue    15:28

11   in that quarter and then resumed in the next quarter     15:28

12   with sales of 26,000 units and 7.3 or 7.2 million?       15:29

13   A.   This product follows the typical profile I     15:29

14   described for the Acclaim.                           15:29

15        Product was launched in 2010, Q4, 2010.        15:29

16        It was a lead device, first gingerbread        15:29

17   device globally for Google and in the U.S. market it    15:29

18   was sold to T-Mobile, marketed through T-Mobile.    15:29

19        The pattern here is pretty typical.            15:29

20        As for the values and specific numbers in      15:29

21   that time period, it's following the same pattern as    15:29

22   Acclaim.                                             15:29

23        In terms of the negative revenue, this         15:29

24   product -- this product would have had some specific    15:30

25   sales activities through T-Mobile and so the negative   15:30

Highly Confidential - Attorneys Eyes Only

Page 81

1   revenue is most likely to be associated with what we        15:30

2   would call CDE programs that would have had -- would        15:30

3   have recorded the then reduction in revenue in the          15:30

4   time period outside of when the units were actually         15:30

5   sold into the carrier.                                      15:30

6        So if I clarify that point, column 9 -- row           15:30

7   9, rather, represents sales into the carrier's              15:30

8   channel.                                                    15:30

9        We offer many CDE marketing-type programs to          15:30

10  carriers to push product through to the end consumer        15:30

11  and the timing of when that happens would actually          15:30

12  result in a reduction of revenue for us at that point,      15:30

13  not necessarily when we sold the initial device in.         15:30

14       So you will end up with this -- if you had a          15:31

15  steady state of selling the same volume of units all        15:31

16  the time, you would have a pretty consistent ASP and        15:31

17  positive revenue number.                                    15:31

18       If you have -- if you don't sell consistently         15:31

19  the same volume every month and stop and start, what        15:31

20  happens is your marketing programs then cause you to        15:31

21  have reductions in revenue or negative revenue and          15:31

22  potentially in the period or month where you didn't         15:31

23  actually sell anything.                                     15:31

24     Q.  Do you book the CDE as negative revenue in          15:31

25  the period you pay it?                                      15:31

Highly Confidential - Attorneys Eyes Only

Page 82

1    A.   The accounting practice is to actually record    15:31
2    it based on when you think it will be earned.    15:31
3         So you accrue that reduction in revenue in    15:31
4    the period you think it will be earned.    15:31
5         If, however, you find out later the program    15:31
6    is more successful or less successful than you    15:31
7    originally thought you may have to make adjustment and    15:32
8    you true that up when the carrier sends you the    15:32
9    invoice and you can make a final adjustment.    15:32
10        So the answer is both.    15:32
11        Typically you accrue it when you think it's    15:32
12   going to be incurred or earned by the carrier.    15:32
13        When you actually make the final payment you    15:32
14   have to true up to what really happened and the    15:32
15   adjustment may be positive or negative or may have a    15:32
16   negative impact on revenue.    15:32
17   Q.   CDE is consistently booked inside STA as    15:32
18   negative revenue?    15:32
19   A.   Yes, that's standard -- that was standard    15:32
20   practice under both IFRS and U.S. GAAP.    15:32
21   Q.   You described this as following a fairly    15:32
22   typical pattern; is that correct?    15:32
23   A.   Yes.    15:32
24   Q.   Help me understand how this pattern is    15:32
25   typical in the first quarter of 2011, STA sold 44 --    15:32

Highly Confidential - Attorneys Eyes Only

Page 83

1    approximately 44,000 phones, it then sold a negative 1    15:32

2    in the second quarter, it sold a positive 26,000    15:32

3    phones in the third quarter and then a positive 6500    15:33

4    phones or 6600 phones in the fourth quarter.    15:33

5         How is that typically?    15:33

6    A.   When I say typically, I wasn't considering    15:33

7    the calendar timeline but considering the timeline    15:33

8    from launch.    15:33

9         If you launch in a Q4 period, normally the    15:33

10   first three to four months are the peak sales, then    15:33

11   they drop off fairly quickly and there's a quiet    15:33

12   period and there's a peak towards the end of life as    15:33

13   you move through any remaining components or devices    15:33

14   that need to be cleared through the distribution    15:33

15   channel -- the entire manufacturing supply chain.    15:33

16   Q.   Do you consider the information on sales that    15:33

17   are presented in the Nexus S in this document to be    15:33

18   typical?    15:33

19   A.   I do.    15:33

20       So I'm referring back to the time period that    15:33

21   if I go from December through March, that was the    15:33

22   initial peak selling period for this product.    15:34

23       Then, it was quiet for 60, 90 days.    15:34

24       And then in July through August; September,    15:34

25   there was a last-minute sales activity.    15:34

Page 84

1    So you had that second smaller spike of          15:34
2  activity and then it dropped back down to zero or in   15:34
3  this case there was a very last-minute transaction in  15:34
4  November 2011.                                          15:34
5    So that cycle of peak initial burst, very          15:34
6  quiet activity and second smaller amount of activity,  15:34
7  pretty typical of a life of a product.                 15:34
8    Q.  And have you done anything with respect to     15:34
9  the Nexus S to check and determine whether or not what 15:34
10 you have said, in fact, explains the items that are    15:34
11 here under quantity and sales?                         15:34
12    MR. ALDEN:  Objection, asked and answered.        15:34
13    THE WITNESS:  As I said, I validated the         15:34
14 information that was brought from SAP, I'm quite       15:34
15 confident our SAP records are accurate.                15:35
16    I sit in weekly sales meetings with sales        15:35
17 management and this is a fairly common profile that    15:35
18 I've see with my years in STA.                         15:35
19 BY MR. OLSON:                                          15:35
20    Q.  Is it common you have as many -- nearly as    15:35
21 many sales at the back end as you have at the first    15:35
22 quarter?                                               15:35
23    A.  This is much lower volume.                    15:35
24    So if you look at the first period, we were      15:35
25 talking 100,000 units from Q4 and Q1.                  15:35

Highly Confidential - Attorneys Eyes Only

Page 85

1     And then in Q3 in that last spike it was only     15:35

2  about 26,000, only a quarter to a third of the number     15:35

3  of the initial cycle.     15:35

4     Q.  Aren't the last two quarters collectively     15:35

5  32,000 units?     15:35

6     A.  Still only a third of a hundred thousand.     15:35

7     So I'm looking -- so let me clarify.     15:35

8     I'm thinking the initial part of Q4 plus Q1     15:35

9  is almost a hundred thousand.     15:35

10     So 56 plus 44,000.     15:35

11     Then I was looking at the Q3 period and I     15:36

12  guess we could add in the November period would be     15:36

13  about 32,000.     15:36

14     So it's definitely, in my opinion at least,     15:36

15  quite a big difference between those two selling     15:36

16  periods.     15:36

17     Q.  Do you have any understanding as to -- why     15:36

18  don't you turn to the next product --     15:36

19     A.  Sure.     15:36

20     Q.  -- which is the Nexus 4G.     15:36

21     Do you see that?     15:36

22     A.  I do.     15:36

23     Q.  Let me turn your attention to August and     15:36

24  September and August, September and October of 2011.     15:36

25     A.  Yeah.     15:36

Highly Confidential - Attorneys Eyes Only

Page 86

1    Q.  Do you have any understanding as to why --    15:36

2    let's take September of 2011, there are zero products    15:36

3    identified and $8 million in negative revenue?    15:37

4    A.  If I recall correctly, we had a very specific    15:37

5    marketing program around this device, which was    15:37

6    recorded in Q3, 2011.    15:37

7         I think I remember actually having a    15:37

8    discussion with the Sprint CFO about this program.    15:37

9         There were a number of programs we were    15:37

10   putting together in that time frame.    15:37

11        This was included and there were other    15:37

12   programs for other products at this time to push    15:37

13   through sales.    15:37

14   Q.  So between August, September, October and    15:37

15   December, they all show negative revenue.    15:37

16        Do you see that?    15:37

17   A.  I do.    15:37

18   Q.  And collectively, that negative revenue is    15:37

19   more than -- looks like more than $20 million?    15:37

20   A.  About 15, I think.  Unless you're adding -- I    15:38

21   make it 15 so I'm adding August of 29, September of 8    15:38

22   plus October of 5.    15:38

23   Q.  I'm adding December.    15:38

24   A.  You're adding December?  Okay, I didn't see    15:38

25   that.    15:38

Highly Confidential - Attorneys Eyes Only

Page 87

1        So it would be about 23 million.              15:38

2    Q.   Do you recall paying someone $23 million with   15:38

3    respect to taking units of this product?           15:38

4        MR. ALDEN:   Objection, vague and ambiguous.   15:38

5        THE WITNESS:   I do recall specific           15:38

6    discussions and programs about this device and having   15:38

7    some large marketing programs.                     15:39

8        I don't recall the exact numbers off the top   15:39

9    of my head, but 8 million or 20 or 30 million doesn't   15:39

10   seem completely unreasonable or unusual for this   15:39

11   product -- for this type of product.               15:39

12   BY MR. OLSON:                                       15:39

13   Q.   So you wouldn't consider the payment of some   15:39

14   other party of $23 million to be an unusual expense   15:39

15   for STA?                                            15:39

16   A.   No, absolutely not.                           15:39

17       So in the context of revenue of -- so let's   15:39

18   say our annual revenue is about 9 billion, eight and a   15:39

19   half to 9 billion, we would typically spend about ten   15:39

20   percent on marketing or supporting programs with   15:39

21   carriers to give discounts to end consumers.       15:39

22       So ten percent of that would be approximately   15:40

23   a billion a year.                                   15:40

24       So 20, 30 million out of a billion is not a   15:40

25   big number.                                         15:40

Highly Confidential - Attorneys Eyes Only

Page 88

1    Q.  In this case if you look at the next page it        15:40

2    shows what your total sales were, right?                15:40

3    A.  193.                                                15:40

4    Q.  23 million out of 193 unusual?                      15:40

5    A.  Using that ratio of about 10 percent it's in        15:40

6    the right ballpark.                                     15:40

7         This number is net of whatever the number          15:40

8    was.                                                    15:40

9         Yes, this sounds about right.                      15:40

10   Q.  Do you have any understanding as to why there       15:40

11   is no information in the category manufacturing below   15:40

12   with respect to the months August, September and        15:40

13   December?                                               15:40

14   A.  This is the SEC part of the document.               15:40

15        I don't know how they prepared this.  I can        15:40

16   only speculate they would -- no manufacturing occurred  15:40

17   in that period.                                         15:41

18   Q.  Do you have any understanding as to why             15:41

19   there's nothing in the category COGS or expense for     15:41

20   STA in September of 2011?                               15:41

21   A.  If we hadn't sold any units we wouldn't have        15:41

22   any COGS entries to book.                               15:41

23        So we would have to have sold some products        15:41

24   through to be able to record an entry there or had to   15:41

25   receive DOA units back to record a reverse entry.       15:41

Highly Confidential - Attorneys Eyes Only

Page 89

1    Q.  Well, in December, you've got negative units    15:41
2  but you've got COGS.                                  15:41
3    A.  But I think you said September there were no     15:41
4  units.  So if there was no units, there would be      15:41
5  nothing to record.                                    15:41
6    Q.  So why are there no expenses?                    15:41
7    A.  So the allocation for expenses would have        15:41
8  been based on revenue whereas but a reduction of      15:42
9  revenue would have been an activity -- when I said we 15:42
10 directly allocate based on certain activity, so let's 15:42
11 go back to the allocation methodology kind of the     15:42
12 three steps.                                          15:42
13       So the first step is allocate directly to a     15:42
14 product if there's an activity.                       15:42
15       So if there was a CDE program, that would be    15:42
16 an example of the kind of class 1 allocation, you book 15:42
17 directly to that product.                             15:42
18       If there's no actual sales there's nothing to   15:42
19 allocate a share of STA's activity to because nothing 15:42
20 happened.                                             15:42
21       So --                                           15:42
22    Q.  Let me break that down with you for a second.  15:42
23       You said that one of the things you try to      15:42
24 directly allocate is marketing items like CDE, right? 15:42
25    A.  Yes.                                           15:42

Highly Confidential - Attorneys Eyes Only

Page 90

1    Q.  And those aren't in expenses, right?        15:42

2    A.  CDE is not an expense because that's a      15:42

3    reduction of revenue.                           15:42

4    Q.  That's here in the sales category?          15:42

5    A.  As a reduction in revenue.                  15:42

6    Q.  Correct?                                     15:42

7    A.  Correct.                                     15:42

8    Q.  So the expense item, expense line item under 15:42

9    STA is not including the CDE then, correct?      15:43

10   A.  Correct, it doesn't.                         15:43

11   Q.  That's true all the way across this, right?  15:43

12   A.  Yeah, I think I -- you use the word          15:43

13   marketing, let me clarify the word marketing because 15:43

14   there's a important definition here.             15:43

15        There's two types of marketing activity.    15:43

16        If there's marketing activity to reduce the 15:43

17   price of an item or of a device, under the accounting 15:43

18   rules you book that as reduction of revenue.     15:43

19        So a program where, for example, you        15:43

20   encourage a carrier to sell through inventory they 15:43

21   have, you may give them five or $10 a handset to do 15:43

22   so.  That's typically recorded as reduction in   15:43

23   revenue.                                         15:43

24        While you could classify that from a        15:43

25   nontelecommunication point of view as just that's a 15:43

Highly Confidential - Attorneys Eyes Only

Page 91

1    marketing activity, from a accounting point of view     15:43

2    you actually record the reduction in revenue.          15:43

3         If you're doing a marketing program where         15:43

4    you're trying to promote the brand, that would         15:44

5    typically fall under expense.                          15:44

6         However, for STA purposes, that expense is        15:44

7    actually reimbursed by HQ and shows up as zero.        15:44

8         There's nothing to allocate to a product.         15:44

9         Does that make sense?                             15:44

10   Q.  I think so, but let me track you a little          15:44

11   farther.                                               15:44

12        When we were talking earlier about how            15:44

13   expenses are allocated and what I want to focus on is  15:44

14   anything that would be incorporated specifically in    15:44

15   the line item expense.                                 15:44

16        So the -- there is no marketing that's being      15:44

17   included because it's either reimbursed by HQ or it's  15:44

18   negative revenue, correct?                             15:44

19   A.  Correct.                                           15:44

20   Q.  So there's no part of the expense line item        15:44

21   that reflects some direct allocation of marketing      15:44

22   dollars?                                               15:44

23   A.  In the STA numbers, correct.                       15:44

24   Q.  That's what you're here to testify about?          15:44

25   A.  That's what I'm here to testify.  You have to      15:44

Highly Confidential - Attorneys Eyes Only

Page 92

1    talk to someone else about whether it shows up in the        15:44

2    spreadsheet.                                                 15:45

3        Q.  And so another thing you talked about was            15:45

4    that there are allocations that are made based on            15:45

5    square footage or rents, correct?                            15:45

6        A.  Correct.                                             15:45

7        Q.  And there's nothing here in September of 2011        15:45

8    with respect to that, correct?                               15:45

9        A.  Correct.                                             15:45

10        So let me --                                            15:45

11       Q.  Let --                                               15:45

12       A.  Go ahead.  Work your thought through first.          15:45

13       Q.  Why don't you explain to me why it is you            15:45

14   think there's nothing in the expense item here despite       15:45

15   the fact that you believe certain expenses are being         15:45

16   allocated based on square footage.                           15:45

17       A.  So let me -- this case, this was a Nexus S           15:45

18   4G, wonderful catchy name, also known as the D720.           15:46

19        That product was sold to Sprint and there is            15:46

20   a Sprint sales team and the way that -- so they shared       15:46

21   some common costs so they share a building with the          15:46

22   Sprint network sales team that's selling and                 15:46

23   implementing -- that's actually implementing Sprint's        15:46

24   4G network right now.                                        15:46

25        They could share a common building.  So the            15:46

Highly Confidential - Attorneys Eyes Only

Page 93

1   part of that cost that's rent is allocated to the        15:46

2   sales team, that's the second allocation step I talked   15:46

3   about.                                                    15:46

4        The third step after that is then take all          15:46

5   those sales costs including their allocation of rent     15:46

6   and allocation that came from the Richardson             15:46

7   headquarters of the back office people like myself and   15:46

8   the HR team and payroll team, et cetera.                 15:46

9        Then all those costs after are allocated out        15:46

10  to the first cost center for the Sprint sales team is    15:46

11  then subsequently allocated out by revenue.              15:46

12       If there's no revenue, even that common rent        15:47

13  doesn't get allocated because there's no product to      15:47

14  allocate it to.                                           15:47

15    Q.  When you talked about the steps here, there        15:47

16  are -- first there is some allocation to a cost          15:47

17  center?                                                   15:47

18    A.  Correct.                                            15:47

19    Q.  And then there is after that an allocation by      15:47

20  revenue to a product?                                     15:47

21    A.  To a product.                                       15:47

22    Q.  So let me ask a question and make sure I           15:47

23  understand.                                               15:47

24       Accordingly, the only way something ends up         15:47

25  in the expense line item is because it is being          15:47

Highly Confidential - Attorneys Eyes Only

Page 94

1    allocated based on revenue?  And when I say the        15:47

2    expense line item, I mean the item STA expense.        15:47

3            MR. ALDEN:  Objection, misstates his           15:47

4    testimony.                                             15:47

5            THE WITNESS:  Let me clarify, because this is  15:47

6    a very good point.                                     15:47

7            If I'm the head of the sales team for Sprint,  15:47

8    I want to know what's happening for my cost center and 15:47

9    what's going on.                                       15:47

10           So I would get a monthly report that shows     15:47

11   all my costs and I can see before it's allocated to a  15:47

12   product level.                                         15:47

13           So I want to know okay, I'm in this building,  15:47

14   I want to know what's my allocation of rent and I want 15:48

15   to know what's my G and A overhead allocation, what I  15:48

16   spent on travel for my team.                           15:48

17           So you'll end up -- the guy would head up,     15:48

18   head of that team would end up with some information   15:48

19   that enables him to look at his cost center, see what  15:48

20   costs are allocated.                                   15:48

21           This report is actually taking the whole       15:48

22   thing to the next level that says if I was to take all 15:48

23   those costs and allocate it to a product level, the    15:48

24   allocation for the product is based on the revenue.    15:48

25           If I'm looking at the allocation based on a    15:48

Highly Confidential - Attorneys Eyes Only

Page 95

1    cost center, that's taking the step before that        15:48

2    process.                                               15:48

3          So there's kind of two different ways to look    15:48

4    at the information.                                    15:48

5    BY MR. OLSON:                                          15:48

6      Q.  In order to have gotten in that line item       15:48

7    expense on Exhibit 1922 and the same thing is true of  15:48

8    1923, the only way it gets there is an allocation      15:48

9    based on revenue, correct?                             15:48

10         MR. ALDEN:  Objection, vague and ambiguous as    15:48

11   to rent or other expenses.                             15:48

12         THE WITNESS:  So as you step down -- if          15:49

13   you're trying to allocate just to the product level    15:49

14   ultimately you go through these series of steps.       15:49

15         The first is to allocate correctly, the         15:49

16   second one is you allocate to a cost center and then   15:49

17   that cost center is allocated to a specific product,   15:49

18   but it's based on -- exactly based on the revenue.     15:49

19         If you have no activity, there's nothing to     15:49

20   allocate for that period.                              15:49

21   BY MR. OLSON:                                          15:49

22     Q.  And when we talked before about the             15:49

23   allocations -- for any other report that Samsung       15:49

24   prepares internally, does it do this allocation by     15:49

25   revenue to product?                                    15:49

Highly Confidential - Attorneys Eyes Only

Page 96

1    A.  So as I said, so if I'm looking at a report        15:49

2    that's looking at cost centers only and stopping at   15:49

3    that level, the allocation may or may not be based on  15:49

4    revenue because I'm just looking at activity at the    15:50

5    cost center level.                                      15:50

6        My allocation of rent isn't based on revenue,      15:50

7    it's based on how much space am I using.                15:50

8    Q.  But I'm trying to talk about that last --          15:50

9    this last step we're talking about in your cascade     15:50

10   which is the allocation of the expenses --             15:50

11   A.  The allocation of all expenses.                    15:50

12   Q.  All the expenses ultimately to a product           15:50

13   which was being done here based on revenue, right?     15:50

14   A.  Yes.                                                15:50

15   Q.  Is that step done for any purpose internally       15:50

16   at Samsung?                                             15:50

17   A.  So as part -- so the best way I can answer         15:50

18   that is STA doesn't use this analysis at this level.   15:50

19       But SEC requires it as part of our close           15:50

20   process to do this analysis or to make -- I should     15:50

21   rephrase that.                                          15:50

22       Not to make an analysis, but to make that          15:50

23   allocation.                                             15:50

24       So there's a methodology required to be            15:50

25   followed.                                               15:51

Highly Confidential - Attorneys Eyes Only

Page 97

1    Q.  And that's done for a product-by-product        15:51

2    basis?                                              15:51

3    A.  Yeah, to the best of my knowledge.  I mean      15:51

4    all I can testify to is the STA process and the SEA 15:51

5    process.                                            15:51

6         So both subsidiaries follow the same           15:51

7    methodology.                                        15:51

8    Q.  And what's the name of the report that          15:51

9    Samsung -- STA and SEA delivers to SEC for using that 15:51

10   method?                                             15:51

11   A.  Well, there's no formal report.                 15:51

12        What happens is, as we go through the close    15:51

13   process, that's just one of the steps we follow and 15:51

14   the same as booking revenue, making accruals,       15:51

15   recording expense, booking tax entries.             15:51

16        When we finish with our process, we then       15:51

17   formally notify SEC and say we are finished closing 15:51

18   our books.                                          15:51

19        As to what they do and how they pull data, I   15:51

20   don't know.                                         15:52

21   Q.  Do you have an understanding as to whether      15:52

22   different cost centers are allocated differently with 15:52

23   respect to revenue?                                 15:52

24        MR. ALDEN:  Objection, vague and ambiguous.    15:52

25        THE WITNESS:  Are you referring to at the      15:52

Highly Confidential - Attorneys Eyes Only

Page 98

1   product level?                                          15:52

2   BY MR. OLSON:                                           15:52

3        Q.  Yes.                                           15:52

4        A.  To the best of my knowledge, the process is   15:52

5   consistently applied.                                   15:52

6            So it's a standard monthly close process to   15:52

7   allocate consistently.                                  15:52

8        Q.  Ask it this way, talking about the expense    15:52

9   item, expense line on this, if you take all the costs  15:52

10  you incur in a period and you subtract out those       15:52

11  things that are directly allocated such as CDE or      15:52

12  other marketing expenses for which you get             15:53

13  reimbursements so it's zeroes?                          15:53

14       A.  Right.                                         15:53

15       Q.  And those items we just talked about, they go 15:53

16  into negative revenue, right?                           15:53

17       A.  (Witness moves head up and down.)             15:53

18       Q.  Correct?                                       15:53

19       A.  Right.                                         15:53

20       Q.  Then you take all the rest of the expenses    15:53

21  and cost centers, do you know whether or not those all 15:53

22  get allocated based on revenue or whether one cost     15:53

23  center gets allocated based on a certain set of        15:53

24  revenue and another cost center gets allocated based   15:53

25  on another set?                                         15:53

Highly Confidential - Attorneys Eyes Only

Page 99

1        MR. ALDEN:  Objection, vague and ambiguous.        15:53

2        THE WITNESS:  I think I understand your        15:53

3    question.        15:53

4        For example, the general back office        15:53

5    functions that I'm a part of would get allocated        15:53

6    across all products.        15:53

7        To the extent you have a team focused on a        15:53

8    specific set of products, for example, the sales team        15:53

9    associated with Sprint should be allocated across the        15:53

10    products they're supporting.        15:54

11        So they don't support every product, but they        15:54

12    support a certain set of products.        15:54

13        Yes, there's an attempt to be as fair and        15:54

14    reasonable in allocating these costs as possible.        15:54

15    BY MR. OLSON:        15:54

16    Q.  If you'll turn near the end of this document        15:54

17    to a tab that says Galaxy Tab 7.0, I believe that you        15:54

18    can find it at --        15:54

19    A.  377?        15:54

20    Q.  I think so.  Actually, let me back you up to        15:54

21    4375.        15:55

22    A.  Okay.        15:55

23    Q.  Which product is being depicted starting at        15:55

24    that page?        15:55

25    A.  It says Galaxy Tab 7.0, the code name is        15:55

Highly Confidential - Attorneys Eyes Only

Page 100

1   GT -- the SKU number is GTP6210.                           15:55

2        Q.   When was Galaxy Tab 7.0 launched?                15:55

3        A.   This one was launched in 2011.                   15:55

4        Q.   Was there a Galaxy Tab that was on sale in       15:56

5   2010?                                                      15:56

6        A.   Yeah, I think that was the page you were         15:56

7   referring to before, the 377.                             15:56

8             It's a little confusing, the 375 says Galaxy     15:56

9   Tab 7.0 and page 377 has the same name but in brackets     15:56

10  there's a different number.                                15:56

11       Q.   Let me ask you, it would appear that Galaxy      15:56

12  Tab was previously excluded from Exhibit 1920 and          15:56

13  included -- the latter one you just referred to on         15:56

14  Exhibit 1922.                                              15:56

15            Do you know why that change was made?            15:56

16            MR. ALDEN:   Objection, mischaracterizes the     15:56

17  document.                                                  15:56

18            THE WITNESS:   I don't.                          15:56

19            Do you --                                        15:56

20  BY MR. OLSON:                                              15:56

21       Q.   My question had been derived from the fact       15:56

22  the prior one hadn't shown no sales in 2010 and I take     15:56

23  it that your answer to that is the sales would be          15:57

24  available at -- starting at page --                        15:57

25       A.   375.                                             15:57

Highly Confidential - Attorneys Eyes Only

Page 101

1      Q.  Excuse me, I guess wouldn't it be 377?        15:57

2      A.  I'm sorry, 377, but these are actually two    15:57

3  different devices.                                    15:57

4      Q.  How do they differ?                           15:57

5      A.  The P1 was the first generation tablet and I  15:57

6  believe the P6210 is a new generation of 7-inch --    15:57

7  happens to be a 7-inch design.                        15:57

8      Q.  You can put that aside for the moment.        15:57

9      A.  Okay.                                         15:57

10         MR. ALDEN:  Counsel, do you mind if we take a 15:57

11 very short break?  My water is catching up to me.     15:57

12         MR. OLSON:  Okay.  Sure.                      15:57

13         THE VIDEOGRAPHER:  Off the record, 3:57.      15:57

14         (Recess taken.)                               15:57

15         THE VIDEOGRAPHER:  We are back on the record, 16:04

16 time is 4:04.                                         16:04

17 BY MR. OLSON:                                         16:04

18     Q.  Mr. Sheppard, does Samsung have an official   16:04

19 sales plan for 2012?                                  16:04

20     A.  Yes.                                          16:05

21     Q.  And is that incorporated into STA's 2012      16:05

22 business plan?                                        16:05

23     A.  Yes.                                          16:05

24     Q.  Have you given -- has that plan been          16:05

25 finalized for 2012?                                   16:05

Highly Confidential - Attorneys Eyes Only

Page 102

1        A.   I believe so.                                16:05

2        Q.   Have you given that to your counsel?         16:05

3        A.   Let me think.                                16:05

4             I have, yes.                                 16:05

5        Q.   Do you know of any reason yourself why it    16:05

6   couldn't be produced?                                  16:05

7             MR. ALDEN:   Objection on the basis of       16:05

8   attorney-client privilege, to the extent that your     16:05

9   knowledge comes from discussions with counsel, if you  16:05

10  know.                                                   16:05

11            Otherwise, feel free to answer.               16:05

12            By counsel, I mean both in-house and outside  16:05

13  counsel.                                                16:05

14            THE WITNESS:   The production of documents    16:05

15  goes through a series of approvals before release.      16:06

16            Beyond that, I can't really describe anything 16:06

17  more.                                                   16:06

18  BY MR. OLSON:                                           16:06

19       Q.   Is there another document that reflects the   16:06

20  2012 business plan or this 2012 sales plan inside of    16:06

21  STA?                                                    16:06

22            MR. ALDEN:   Objection, vague and ambiguous.  16:06

23            THE WITNESS:   There is a -- there's really   16:06

24  one document that represents the formal management      16:06

25  plan for STA.                                           16:06

Highly Confidential - Attorneys Eyes Only

Page 103

1    BY MR. OLSON:                                            16:06

2        Q.   That's the business plan?                      16:06

3        A.   That's the business plan, yeah.                16:06

4        Q.   Mr. Sheppard, what does Samsung consider to    16:06

5    be the best available information on market share of    16:06

6    its products as compared to other company's products?   16:07

7             MR. ALDEN:  Objection, beyond the scope,       16:07

8    vague and ambiguous.                                    16:07

9             THE WITNESS:  Best market share?               16:07

10   BY MR. OLSON:                                            16:07

11       Q.   The best information on market share.          16:07

12            MR. ALDEN:  Same objections.                   16:07

13            THE WITNESS:  The -- I'll give you -- there's   16:07

14   a two-part answer to this, I think.                     16:07

15            The first answer is that for handsets, there   16:07

16   is a quarterly published report by strategy analytics   16:07

17   which we consider the best independently produced       16:07

18   analysis of market share for the U.S. market.           16:07

19   BY MR. OLSON:                                            16:07

20       Q.   Are there any other reports that Samsung       16:07

21   considers as being authoritative or accurate            16:07

22   reflections of market share data?                       16:08

23            MR. ALDEN:  Objection, vague and ambiguous     16:08

24   and beyond the scope.                                   16:08

25   BY MR. OLSON:                                            16:08

Highly Confidential - Attorneys Eyes Only

Page 104

1    Q.  For handsets?                                    16:08
2    A.  For handsets, no, I think that's the one we      16:08
3  consider the authoritative or the most reliable        16:08
4  report.                                                16:08
5    Q.  Does Samsung prepare an internal weekly          16:08
6  report on market share?                                16:08
7    A.  Yes.                                             16:08
8    Q.  And is that an accurate reflection of            16:08
9  Samsung's market share inside the marketplace?         16:08
10     MR. ALDEN:  Objection, beyond the scope,           16:08
11  vague and ambiguous.                                  16:08
12     THE WITNESS:  To the best of my knowledge,         16:08
13  I've never actually personally compared the estimates 16:08
14  and the weekly report to the final data from Strategy 16:08
15  Analytics.                                            16:08
16     I'm not sure how accurate it is, but it            16:08
17  certainly uses an internal reference point to indicate 16:08
18  best assumptions as to what trends are in the market  16:09
19  and relative positions of all the major players in the 16:09
20  North America -- well, the U.S. marketplace.          16:09
21  BY MR. OLSON:                                         16:09
22     Q.  And management uses that report for purposes   16:09
23  of -- for those purposes?                             16:09
24     MR. ALDEN:  Objection, beyond the scope,           16:09
25  vague and ambiguous.                                  16:09

Highly Confidential - Attorneys Eyes Only

Page 105

1          THE WITNESS:  There's -- Samsung -- I can't      16:09

2    say globally, this is public information, that Samsung   16:09

3    as a company is very interested in relative market      16:09

4    share for all product categories in all markets.        16:09

5          And STA is following HQ's guidance as to the      16:09

6    requirement to request to follow and understand what's  16:09

7    happening in the market to the best of our ability.     16:09

8    BY MR. OLSON:                                           16:09

9      Q.  And STA's management uses the weekly sales        16:09

10   report for that purpose, correct?                       16:09

11         MR. ALDEN:  Objection, beyond the scope.          16:10

12         THE WITNESS:  Well, looking at market share       16:10

13   isn't a sales report per se.                            16:10

14         It's -- it's an estimate of what other            16:10

15   people's -- what we think -- first, the issue is to     16:10

16   define what you think the total market is and then      16:10

17   within that try and estimate how other OEMs including   16:10

18   ourself have sold -- how many units have been sold in   16:10

19   whatever period we're looking at.                       16:10

20         You've got two fundamental guesses you have       16:10

21   to make.  One is how big is the market in the first     16:10

22   place and secondly who is selling what into the         16:10

23   market.                                                 16:10

24   BY MR. OLSON:                                           16:10

25     Q.  Let me show you what --                           16:10

Highly Confidential - Attorneys Eyes Only

Page 106

1          MR. OLSON:  Let me have marked as the next          16:10

2    exhibit in order a U.S. market weekly sales report for    16:10

3    week 51.                                                   16:10

4          (Exhibit No. 1924 was marked.)                      16:11

5    BY MR. OLSON:                                              16:11

6      Q.  What is Exhibit 1924?                               16:11

7      A.  It's a report titled "U.S. market weekly            16:11

8    sales report week 51."                                     16:11

9      Q.  Is that a weekly sales report prepared              16:11

10   internal at STA for use in January of 2011?               16:11

11     A.  Yes.                                                 16:11

12     Q.  And incorporated in the report is information       16:11

13   on market share, correct?                                  16:12

14     A.  Correct.                                             16:12

15     Q.  And this information on market share is used        16:12

16   internally by management at STA in managing its           16:12

17   business, correct?                                         16:12

18          MR. ALDEN:  Objection, vague and ambiguous,        16:12

19   beyond the scope.                                          16:12

20          THE WITNESS:  It is used to understand --          16:12

21   it's used to understand our relative performance in       16:12

22   the marketplace.                                           16:12

23   BY MR. OLSON:                                              16:12

24     Q.  Its your market share compared to others?           16:12

25     A.  Yes.                                                 16:12

Highly Confidential - Attorneys Eyes Only

Page 107

1    Q.  And it's considered reliable for that          16:12

2    purpose?                                            16:12

3    A.  It's considered a reasonable indicator.         16:12

4    Reliable, I think, is probably too strong a word, but 16:12

5    I think it gives a reasonable indicator of relative  16:13

6    performance of the different OEMs.                   16:13

7    Q.  Do you know of any -- so if you look at page     16:13

8    2 of the document, literally marked at page 2 at the 16:13

9    bottom right-hand corner, you see that's a depiction 16:13

10   of U.S. carrier in-house share, correct?            16:13

11   A.  Yes.                                             16:13

12   Q.  And market share of Samsung versus other        16:13

13   companies within various carriers, the four carriers 16:13

14   here on the page being Verizon, AT&T, T-Mobile and  16:13

15   Sprint?                                             16:13

16   A.  Yes, I can see that.                            16:13

17   Q.  Are you aware -- is Samsung aware of any more    16:13

18   reliable data on U.S. carrier in-house share?        16:13

19       MR. ALDEN:  Objection, beyond the scope,        16:13

20   vague and ambiguous.                                 16:13

21       THE WITNESS:  More reliable?                     16:13

22   BY MR. OLSON:                                        16:13

23   Q.  Yes.                                             16:14

24   A.  Let's go back.  My points about reliability      16:14

25   are really based on -- go back to the page before,   16:14

Highly Confidential - Attorneys Eyes Only

Page 108

1   page 1 versus numbered page 1 in the bottom          16:14

2   right-hand -- bottom right-hand corner, the top       16:14

3   left-hand side that says weekly market share, those   16:14

4   represent and the chart next represents sales volume. 16:14

5        The most accurate third party data we get is     16:14

6   from Strategy Analytics that enables us to understand 16:14

7   the market at this level.                             16:14

8        The two diagrams in the top page of 1 is the     16:14

9   only data we can independently validate against a     16:14

10  third party.                                          16:14

11       All the data on page 2 is just purely an         16:14

12  internal guess of what is actually happening inside   16:14

13  the carrier.                                          16:14

14       There's no way to actually validate any of       16:14

15  this information.                                     16:14

16   Q.  Are you aware of any data, understanding you     16:14

17  can't validate this data through a third party, but   16:14

18  are you aware of any third party or other data that's 16:14

19  better than the information provided in the weekly    16:14

20  sales reports on in-house share?                      16:15

21       MR. ALDEN:  Objection, vague and ambiguous,      16:15

22  beyond the scope.                                     16:15

23       THE WITNESS:  The -- because we can't            16:15

24  validate this against any other source, and I don't   16:15

25  know who else would actually prepare such data, I     16:15

Highly Confidential - Attorneys Eyes Only

Page 109

1    don't know if there is better data available.          16:15

2        If there was and we can buy it, obtain it          16:15

3    from a third party consulting company, I'm sure we      16:15

4    would.                                                  16:15

5        So this purely represents our own internal          16:15

6    best guess of what we think is happening.               16:15

7    BY MR. OLSON:                                           16:15

8      Q.  And this is the only data that you know of        16:15

9    that Samsung has on that question?                      16:15

10       MR. ALDEN:  Objection, vague and ambiguous,         16:15

11   beyond the scope.                                       16:15

12       THE WITNESS:  Yeah, I mean this represents          16:15

13   multiple people's inside STA's opinion of what they     16:15

14   think is happening.                                     16:15

15       So this would include sales activity, our           16:15

16   understanding of what we think is happening on          16:16

17   promotions that the carriers are running for competing  16:16

18   brands and devices and what we think we're sensing      16:16

19   when we go visit stores of the carriers and ask them    16:16

20   what is selling and what is not.                        16:16

21       So there's a number of points where we can          16:16

22   try and get a sense from talking to different parts of  16:16

23   the carriers' supply chain what we think is happening,  16:16

24   but it just represents a small sample of activity and   16:16

25   our best attempt to interpret what signals we're        16:16

Highly Confidential - Attorneys Eyes Only

Page 110

1    getting.                                                    16:16

2    BY MR. OLSON:                                               16:16

3        Q.  And the weekly reports seek to summarize to        16:16

4    the best ability possible all of the information           16:16

5    Samsung has from those sources you identified?             16:16

6            MR. ALDEN:  Same objections.                       16:16

7            THE WITNESS:  Yeah, actually clarify one            16:16

8    point.                                                     16:16

9            This first page point one represents the           16:16

10   entire U.S. market from our point of view.                 16:16

11           This page here only represents the top four        16:17

12   carriers.                                                  16:17

13           If you were to take the regional carriers,         16:17

14   the tier 2 and tier 3 carriers, they represent as much     16:17

15   activity in the U.S. market as any one of these four       16:17

16   by themselves.                                             16:17

17           If you took all regional carriers, they're as      16:17

18   big as Verizon.                                            16:17

19           If you took all the regional carriers,             16:17

20   they're at least as big as AT&T.                           16:17

21           This a subset of what's happening for the          16:17

22   four major accounts.                                       16:17

23       Q.  For the moment I'm trying to focus in on the       16:17

24   information Samsung has on share inside of carriers.        16:17

25       A.  Yeah, so this -- to answer the question            16:17

Highly Confidential - Attorneys Eyes Only

Page 111

1   again, this just represents best estimate based on          16:17

2   different parts of STA's organization talking with          16:17

3   their counterpoints inside each carrier and saying          16:17

4   what you do think is happening.                             16:17

5       Q.  Beyond the weekly sales reports is there            16:17

6   another document that Samsung prepares or receives          16:17

7   internally that is better than this?                        16:17

8           MR. ALDEN:  Objection, vague and ambiguous,         16:17

9   beyond the scope.                                           16:17

10          THE WITNESS:  As I said, as far as I                16:17

11  understand, this represents accumulation of multiple        16:18

12  touch points inside a carrier to say what do you think      16:18

13  is happening.                                               16:18

14          To the best of my knowledge, there isn't            16:18

15  another document that's produced by someone else that       16:18

16  says here's an even better analysis.                        16:18

17  BY MR. OLSON:                                               16:18

18      Q.  You're not aware of any third party data on         16:18

19  that point; is that correct?                                16:18

20      A.  From this point of view, no.                        16:18

21          The only thing is Strategy Analytics makes an       16:18

22  attempt to publish their view of this picture.              16:18

23      Q.  Third party data on market share overall?           16:18

24      A.  Overall on the U.S. market, but not -- to the       16:18

25  best of my knowledge, not at the individual carrier         16:18

Highly Confidential - Attorneys Eyes Only

Page 112

1    level.                                                16:18

2        Q.  Does Samsung have any opinion regarding the    16:18

3    reliability of IDC data on the market overall, market  16:18

4    share?                                                 16:18

5        MR. ALDEN:  Objection, beyond the scope,           16:18

6    vague and ambiguous.                                   16:18

7        THE WITNESS:  Two years ago, I had a               16:18

8    discussion with my colleagues about IDC and there was  16:18

9    a view that their data was less accurate than Strategy 16:18

10   Analytics.                                             16:19

11       I believe IDC is looking at this from a            16:19

12   different point of view.                               16:19

13       I believe Strategy Analytics focuses on the        16:19

14   sell end and IDC looks at sell through and we believe  16:19

15   that data is less reliable.                            16:19

16       So we've not used it as a point of reference.      16:19

17   BY MR. OLSON:                                          16:19

18       Q.  And do you -- ask this question --             16:19

19       A.  I believe that's the distinction between the   16:19

20   two companies.                                         16:19

21       Q.  Are you the right person to tell me whether    16:19

22   or not, just speaking on behalf of Samsung, whether or 16:19

23   not Strategy Analytics versus IDC versus Gartner Data  16:19

24   is better than one another?                            16:19

25       MR. ALDEN:  Objection, vague and ambiguous,        16:19

Highly Confidential - Attorneys Eyes Only

Page 113

1    beyond the scope.                                    16:19

2         THE WITNESS:  I'm not the right person.  I      16:19

3    don't deal with those companies on a regular basis.  16:19

4    BY MR. OLSON:                                        16:19

5      Q.  The weekly sales reports are prepared by       16:19

6    people in Brian Rosenburg's group; is that correct?  16:19

7      A.  Yes, though actually he is no longer with the  16:20

8    company.                                             16:20

9      Q.  Brian isn't?                                   16:20

10     A.  Brian is no longer with the company.           16:20

11     Q.  Who replaced him?                              16:20

12     A.  At this point, the position is vacant.         16:20

13     Q.  Is it your understanding that Corey            16:20

14   Kerstetter prepares the weekly sales reports?        16:20

15     A.  His team does.                                 16:20

16     Q.  Is there any other weekly report on sales      16:20

17   that's delivered to management at STA other than the 16:20

18   document here marked as the weekly sales report or   16:20

19   documents in this format?                            16:20

20        MR. ALDEN:  Objection, vague and ambiguous,     16:20

21   beyond the scope.                                    16:20

22        THE WITNESS:  So this report is from 2011.  I   16:20

23   believe the report is now published in the spreadsheet 16:20

24   version of this.                                     16:20

25        I don't believe the PowerPoint is published    16:20

Highly Confidential - Attorneys Eyes Only

Page 114

1   weekly now, but I believe it's been replaced by a          16:20

2   spreadsheet version.                                        16:20

3   BY MR. OLSON:                                               16:20

4       Q.  When was it replaced?                               16:20

5       A.  I don't recall.  I just recall that I see it        16:20

6   in spreadsheet format.  It's the same data, just           16:21

7   spreadsheet.                                                16:21

8       Q.  I'm going to hand you and get copies to             16:21

9   everybody else in a second, a document previously          16:21

10  marked Exhibit 1246, from January 3rd, 2012, U.S.           16:21

11  market weekly sales report week 51 and my question is      16:21

12  going to be whether or not that affects in any way          16:21

13  what you said just a moment ago about whether the          16:21

14  material is still prepared as a PowerPoint.                 16:21

15      A.  Ah hah, okay.                                       16:21

16          Apparently it is.                                   16:21

17          MR. ALDEN:  Could I have a copy, please,            16:21

18  Counsel?                                                    16:21

19          MR. OLSON:  Let me grab it in a second.             16:21

20          MR. ALDEN:  Can I see it before he answers          16:21

21  the question, please?                                       16:21

22          MR. OLSON:  Sure.                                   16:21

23          I'm not sure where my other copies are so let       16:22

24  me ask this question because it's the only question        16:22

25  I'm going to have.                                          16:22

Highly Confidential - Attorneys Eyes Only

Page 115

1        MR. ALDEN:  One moment.  Can I have a look at        16:22

2   the document, please?                                    16:22

3        THE WITNESS:  Sure.                                  16:22

4   BY MR. OLSON:                                             16:22

5     Q.  Does looking at Exhibit 1246 -- 1246, does         16:22

6   looking at Exhibit 1246 refresh your recollection that   16:22

7   the weekly sales report is still circulated as a         16:22

8   PowerPoint?                                              16:23

9     A.  Well, I can -- I'm pretty confident I can say      16:23

10  I don't get this report in this format anymore.          16:23

11       I do get a spreadsheet that contains market         16:23

12  share data.                                              16:23

13    Q.  When you say a spreadsheet, like an Excel          16:23

14  file?                                                    16:23

15    A.  An Excel file that shows -- it just has --         16:23

16  just lists the same form of data, just lists carriers    16:23

17  and OEMs first kind of this data, it shows the           16:23

18  relative OEM forecast and break it down to something     16:23

19  that looks something like this to show what is the       16:23

20  relative market share within each carrier by each OEM.   16:23

21       The format now circulated, to the best of my        16:23

22  knowledge, is the spreadsheet rather than the            16:23

23  PowerPoint.                                              16:23

24    Q.  Do you have a recollection for how long you        16:23

25  received the spreadsheet?                                16:23

Highly Confidential - Attorneys Eyes Only

Page 116

1    A.   I'm speculating, maybe six months.          16:24

2         So I'm not sure when the transition went from   16:24

3    publishing this to publishing the spreadsheet.    16:24

4         Essentially it was the same day it was       16:24

5    circulated whether it was in the format of spreadsheet   16:24

6    or PowerPoint.                                    16:24

7    Q.   Your best recollection is somewhere around   16:24

8    six months?                                       16:24

9    A.   Best recollection, yeah.                     16:24

10   Q.   Does Samsung prepare any reports on market   16:24

11   share on a product-by-product basis?             16:24

12        MR. ALDEN:  Objection, beyond the scope.     16:24

13        THE WITNESS:  I believe the -- I believe     16:24

14   there's some analysis done by the weekly sales -- by   16:24

15   each carrier team to understand which are the top   16:24

16   selling models in their respective marketplaces.  16:24

17        But I don't recall if it's more very specific   16:24

18   about relative market share.                      16:25

19        It's much more about, I think, relative      16:25

20   performance.                                      16:25

21   BY MR. OLSON:                                     16:25

22   Q.   Other than the weekly sales report does      16:25

23   Samsung prepare any reports on tablet market share?   16:25

24        MR. ALDEN:  Same objection.                  16:25

25        THE WITNESS:  The SEA team attempts to create   16:25

Highly Confidential - Attorneys Eyes Only

Page 117

1   some data on market share for tablets, but that's a      16:25

2   significantly harder process to understand the total     16:25

3   market share.                                             16:25

4         So as I said earlier, the challenge for            16:25

5   market share is understanding the total addressable       16:25

6   market and trying to understand what you think is         16:25

7   happening by each OEM inside that space.                  16:25

8         So if a handset -- Strategy Analytics               16:25

9   provides some guidance as to what the big picture         16:25

10  number is on a regular basis so you can validate back     16:26

11  with your model and okay, it's either working or not.     16:26

12        For the tablets because the tablet market is        16:26

13  a combination of carrier and wi-fi there isn't any        16:26

14  reliable data that we have yet discovered that            16:26

15  actually can give a reliable macro level picture of       16:26

16  the market.                                               16:26

17  BY MR. OLSON:                                             16:26

18    Q.  What do you understand to present, if               16:26

19  anything, the best available data?                        16:26

20        MR. ALDEN:  Objection, beyond the scope,            16:26

21  vague and ambiguous.                                      16:26

22        THE WITNESS:  I believe there is no reliable        16:26

23  method I'm aware of yet to figure out what the total      16:26

24  addressable market is and relative performance of         16:26

25  people.                                                   16:26

Highly Confidential - Attorneys Eyes Only

Page 118

1    The challenge of retail, retail companies      16:26

2    don't publish data in the same way that the carriers    16:26

3    do.                                            16:26

4    The carriers are required as part of their     16:26

5    fundamental operating model to explain how many    16:26

6    subscribers they've added, the key metric and their    16:27

7    churn rate.                                     16:27

8    They help Strategy Analytics and ourselves     16:27

9    understand that market.                         16:27

10   The retail, they don't have to explain the     16:27

11   units they've sold in the same way.  Their key metric    16:27

12   is year-over-year sales as opposed to volume of    16:27

13   specific products pushed at their stores.       16:27

14   That analysis of that market is very           16:27

15   difficult.                                      16:27

16   BY MR. OLSON:                                   16:27

17   Q.  So if you'll grab Exhibit 1919, so what is    16:27

18   market share of each of the products on Exhibit 1919?    16:28

19   A.  For each of them?                           16:28

20   Q.  Yes.                                        16:28

21   A.  I have no idea individual market share.     16:28

22   Q.  Does Samsung have market share information    16:28

23   for any of the products on Exhibit 1919?        16:28

24   MR. ALDEN:  Objection, beyond the scope.       16:28

25   THE WITNESS:  Well, I think we've already      16:28

Highly Confidential - Attorneys Eyes Only

Page 119

1    implied that in these documents here, there's a volume    16:28

2    number on market share information.    16:28

3         So to the extent that there's an estimate of    16:28

4    the total market size and we know from our SAP system    16:28

5    how many units we've sold, that would imply this data    16:29

6    available to calculate the market share number for an    16:29

7    individual unit that would be -- if this total market    16:29

8    share was whatever this number adds up to be, it would    16:29

9    be easy to take the volume sold here and divide it by    16:29

10   the total market for a period and say here's what the    16:29

11   market share is for the moment.    16:29

12        The data is available to do that.    16:29

13   BY MR. OLSON:    16:29

14     Q.  Has Samsung ever done that, to your    16:29

15   knowledge?    16:29

16        MR. ALDEN:  Objection, beyond the scope.    16:29

17        THE WITNESS:  At individual product level,    16:29

18   not that I recall.    16:29

19   BY MR. OLSON:    16:29

20     Q.  Are you aware of any other information by    16:29

21   which to calculate the individual market share for any    16:29

22   individual product on Exhibit 1919?    16:29

23        MR. ALDEN:  Same objection.    16:29

24        THE WITNESS:  Not to the best of my    16:29

25   knowledge.    16:29

Highly Confidential - Attorneys Eyes Only

Page 120

1   BY MR. OLSON:    16:29

2     Q.  And is Samsung aware of any --    16:29

3     A.  Let me rephrase that.    16:30

4     I mean to the extent that on page 2, there's    16:30

5   performance at the individual carrier, in order to    16:30

6   build this up, it would have to be an aggregate of    16:30

7   individual products sold to that carrier.    16:30

8     So in terms of calculating the Samsung    16:30

9   number, there must be underlying supporting sales data    16:30

10   to add up to whatever this market share was for that    16:30

11   carrier.    16:30

12     So does it exist to calculate this number, I    16:30

13   believe so, but I don't know that I'm aware it's    16:30

14   actually looked at individual -- at an individual    16:30

15   product level.    16:30

16     Q.  Are you aware of any third party sources or    16:30

17   any other sources of information by which to calculate    16:30

18   market share for any individual products on    16:30

19   Exhibit 1919?    16:30

20     A.  Which one is 1919 -- this one.    16:30

21     No, not that I'm aware of.    16:30

22     Q.  And when you say that the individual    16:30

23   information is in the spreadsheets, is this in the    16:30

24   spreadsheet you're talking about that you get or is    16:30

25   this something else you're thinking of?    16:31

Highly Confidential - Attorneys Eyes Only

Page 121

1    MR. ALDEN:  Objection, mischaracterizes the          16:31

2    testimony.                                            16:31

3    THE WITNESS:  Well, when I was referring              16:31

4    to -- both these documents are very similar.  In order  16:31

5    to calculate this point, let's say this one is        16:31

6    Verizon, you'd have to know what the units sold to     16:31

7    Verizon for -- this goes through -- this is the week   16:31

8    51 report, you have to know the activity for week 51   16:31

9    to know how the Samsung number was calculated.         16:31

10   By taking the underlying data you could                16:31

11   individually calculate the market share for those      16:31

12   products.                                              16:31

13   BY MR. OLSON:                                          16:31

14   Q.  When you say "the underlying data," talking        16:31

15   about the spreadsheet used to create the chart?        16:31

16   A.  We talked a lot about these reports here and       16:31

17   they're just extracts from SAP.                        16:31

18   So you take the same SAP data and say okay,            16:31

19   the numbers for product X, Y and Z, sold one, two,     16:31

20   three, four units and put them in these calculations   16:31

21   to then say the relative volumes sold for that period  16:31

22   is X, but you think the total sales for that period    16:31

23   was whatever was based on what your best sensing was.   16:32

24   Based on that math you could work out what             16:32

25   you think your relative performance was of individual   16:32

Highly Confidential - Attorneys Eyes Only

Page 122

1  SKU.                                                     16:32

2     Q.  Certainly the information on page 2 is not        16:32

3  all coming out of SAP, correct?                          16:32

4     A.  The Samsung data has to be, because that's        16:32

5  the part you know is true.  You can validate that.       16:32

6     Q.  All the other data is coming from something       16:32

7  else?                                                    16:32

8     A.  All the other data is coming from something       16:32

9  else.                                                    16:32

10        The part you do know about, the Samsung piece     16:32

11  which is what's on page 1919, you could infer market    16:32

12  share performance for a very specific period by         16:32

13  pulling the SAP data and divide it by whatever your     16:32

14  best guess of market size you're comparing it, whether  16:32

15  it was within a carrier or looking across the whole     16:32

16  U.S. market.                                            16:32

17        You could do that calculation, you know one       16:32

18  thing for sure you could pull from SAP and say what's   16:32

19  the answer.                                             16:32

20        Everything else your denominator is a guess.      16:32

21     Q.  And where are the numbers for the                16:32

22  denominator, where would those be found?                16:33

23     A.  For these market share analysis?                 16:33

24     Q.  For the market share analysis that's in          16:33

25  Exhibit -- the two weekly sales reports before you.     16:33

Highly Confidential - Attorneys Eyes Only

Page 123

1    A.  To the best of my knowledge, they are kept in      16:33

2    a spreadsheet, but I don't know for sure.               16:33

3        If you have a better suggestion, we're very         16:33

4    interested.                                             16:33

5    Q.  How much profit did STA transfer to SEC in          16:33

6    2010 through the transfer pricing mechanism?            16:33

7        MR. ALDEN:  Objection, assumes facts not in         16:34

8    evidence.                                               16:34

9        THE WITNESS:  I don't know off the top of my        16:34

10   head.                                                   16:34

11       2010, we had revenues at eight and a half to        16:34

12   9 billion and our APA requirement was to have about     16:34

13   one percent, just over one percent as profit to be      16:34

14   taxed on.                                               16:34

15       But I'm not sure, I'd have to go look at the        16:34

16   financials to figure out how much was actually          16:34

17   transferred to SEC and how much was expenses incurred   16:34

18   locally that got us to that right answer.               16:34

19   BY MR. OLSON:                                           16:34

20   Q.  So the plan was to try to allocate 99 percent       16:34

21   of the profit to SEC?                                   16:34

22   A.  No.  No, no.                                        16:34

23       If you start off, let's say, revenue is a           16:34

24   hundred, under the Berry ratio in the APA agreement,    16:34

25   the net answer is you have to have an operating margin  16:34

Highly Confidential - Attorneys Eyes Only

Page 124

1    of approximately one percent.  That's the way the math     16:35

2    works out.                                                 16:35

3         So to get from a hundred down to 99, you have         16:35

4    to deduct local expenses which would be my expense, my     16:35

5    salary, and a number of different activities, local        16:35

6    rents and offices and all the employee work force and      16:35

7    then you deduct the cost of the -- of the inventory        16:35

8    that SEC sold to us which we sold on to carriers.          16:35

9    Q.  Let me see if I'm understanding it.                    16:35

10        The one percent is the amount of the                  16:35

11   projected or planned operating margin for STA; is that     16:35

12   right?                                                     16:35

13   A.  Well, I simplify for this discussion that              16:35

14   under the APA agreement it works out because of our        16:35

15   Berry ratio target we're supposed to hit it would          16:35

16   approximate one to one and a half percent operating        16:35

17   margin.                                                    16:35

18   Q.  Whatever other profits are made in margin on           16:36

19   a consolidated basis you were making 20 percent            16:36

20   operating profit, that 18 and a half to 19 percent         16:36

21   would be transferred to SEC; is that correct?              16:36

22        MR. ALDEN:  Objection, vague and ambiguous,           16:36

23   assumes facts not in evidence.                             16:36

24        THE WITNESS:  Well, supply chain is                   16:36

25   complicated and spans multiple countries.                  16:36

Page 125

1    I don't know where profit is earned in the          16:36

2    whole entire supply chain.                           16:36

3        So if manufacturing is -- supplies are in        16:36

4    multiple countries, I don't know where their         16:36

5    individual relative profits lie in the entire supply 16:36

6    chain.                                               16:36

7        So it could be China, could be the U.S., if      16:36

8    we have supplies in the U.S., making profit that are 16:36

9    selling to Samsung, there's a lot of people involved 16:36

10   in manufacturing handsets.                           16:36

11   BY MR. OLSON:                                        16:36

12   Q.  So in the hypothetical situation in which on     16:36

13   a consolidated basis from STA all the way up through 16:36

14   all the subsidiaries, Samsung collectively is making 16:36

15   20 percent, the plan by means of the APA is to       16:37

16   transfer between 18 and a half and 19 percent to     16:37

17   entities outside of the United States?               16:37

18       MR. ALDEN:  Objection, assumes facts not in      16:37

19   evidence, vague and ambiguous.                       16:37

20       THE WITNESS:  Well, firstly, I don't know        16:37

21   what the actual total consolidated profit is so I    16:37

22   don't know if it's 20 percent.  Sounds like a        16:37

23   wonderful number to get to, but I don't know what the 16:37

24   reality is.                                          16:37

25       In terms of attempting to move profit, I         16:37

Highly Confidential - Attorneys Eyes Only

Page 126

1    don't think that's the way it works.              16:37

2          So the negotiation for the APA is really a   16:37

3    three-party negotiation between the Korean IRS, the  16:37

4    U.S. IRS and Samsung to say based on our economic    16:37

5    activity, they hire economists, we hire economists,  16:37

6    the Korean government hires economists and says based 16:37

7    on the activity STA does, this is a fair and          16:37

8    reasonable amount of profit that reflects the activity 16:38

9    that STA is doing.                                    16:38

10         Based on that, that's how the tax is paid.    16:38

11         So the tax is paid no matter whether STA's    16:38

12   having a good or bad year, guaranteed income to the  16:38

13   U.S. government.                                      16:38

14   BY MR. OLSON:                                         16:38

15      Q.  What I'm trying to understand is the          16:38

16   guarantee is limited to by virtue of the Berry ratio  16:38

17   ultimately approximately one to one and a half        16:38

18   percent; is that correct?                             16:38

19      A.  Yeah, but it's guaranteed no matter what.      16:38

20         There's no risk from the U.S. government        16:38

21   point of view.  They're in a good position.           16:38

22      Q.  Any other profits go to other entities and    16:38

23   would be paid taxes elsewhere outside the United      16:38

24   States, correct?                                      16:38

25      A.  I don't know if there are profits.  You're    16:38

Highly Confidential - Attorneys Eyes Only

Page 127

1    assuming there are profits.                              16:38

2          I don't know if there are.                         16:38

3          From a U.S. government point of view, the          16:38

4    negotiation is to say there will be profits paid based   16:38

5    on the activity no matter what, rather, there will be    16:38

6    income tax paid no matter what the result of the         16:38

7    activity is being performed.                             16:38

8          For other tax jurisdictions, they don't have       16:39

9    that benefit.  There may be profits, may not be          16:39

10   profits.                                                 16:39

11         They have a much higher risk and reward            16:39

12   situation to deal with this.                             16:39

13         They may get no tax, may get much more tax.         16:39

14   Q.  If there are profits, taxes are all paid on          16:39

15   those profits somewhere outside the United States?       16:39

16   A.  Taxes paid on profits in the U.S. guaranteed         16:39

17   and probably, I don't know for sure, there may be        16:39

18   taxes paid in other jurisdictions.                       16:39

19   Q.  And the amount paid in the U.S. is                   16:39

20   approximately a one to one and a half percent of         16:39

21   revenue for STA?                                         16:39

22         MR. ALDEN:  Objection, assumes facts not in        16:39

23   evidence.                                                16:39

24         THE WITNESS:  No, the operating margin is          16:39

25   about one and a half percent and the tax rate is         16:39

Highly Confidential - Attorneys Eyes Only

Page 128

1   whatever the normal federal tax rate is on that one      16:39

2   percent.      16:39

3   BY MR. OLSON:      16:39

4       Q.   I just meant that the one to one and a half      16:39

5   percent is of revenue?      16:39

6       A.   Yeah.   So let me just clarify this, this is      16:39

7   an important economic point.      16:39

8           If, for example, the Samsung's factories were      16:39

9   in the U.S., the risk and reward of production will be      16:40

10  based on that economic activity.      16:40

11          In an economic downturn there will be no tax      16:40

12  to pay whatsoever.      16:40

13          And if the profits were good, you'd pay more      16:40

14  tax, but over the long run you would end up with this      16:40

15  huge economic boom and bust cycle, which is -- which      16:40

16  is how it would work if Samsung was only based and did      16:40

17  all the operations in U.S. market.      16:40

18          What Samsung has done, which is very common      16:40

19  with other international companies, is to try and      16:40

20  negotiate transfer pricing with governments to lock in      16:40

21  and understand what's -- what a reasonable and planned      16:40

22  tax rate could be.      16:40

23          So what Samsung has done is common, and I've      16:40

24  done this in three other companies, is go and      16:40

25  negotiate, hire economics -- economists to understand      16:40

Highly Confidential - Attorneys Eyes Only

Page 129

1    what is a reasonable transfer rate and put those          16:41

2    agreements in place.                                       16:41

3            This is very, very common practice.  All          16:41

4    large multi-nationals do this, or at least I highly        16:41

5    recommend they do if they don't do it today.               16:41

6        Q.  So let me ask you for SEA and STA, when in         16:41

7    Exhibit 1922 and 1923 it lists a category operating        16:41

8    profit, that number is being determined based on these     16:41

9    negotiations with the IRS, correct?                        16:41

10       A.  Correct, you're exactly correct.                   16:41

11           So we were talking earlier about the expense       16:41

12   line what is in and out.                                   16:41

13           The expense line excludes the R&D because          16:41

14   that's negotiated under the APA.                           16:41

15           So there's economic activity there.                16:41

16           Warranty costs for repairing devices is            16:41

17   excluded and talked about the marketing piece.             16:41

18       Q.  How much did STA expend in research and            16:42

19   development cost to develop the products that are in        16:42

20   Exhibit 1919?                                              16:42

21       A.  So I can only -- my challenge here is I don't      16:42

22   know the answer to that because the R&D functions are      16:42

23   across multiple countries, some of which were in STA       16:42

24   and most of which would have been in SEC or other          16:42

25   subsidiaries of Samsung.                                   16:43

Highly Confidential - Attorneys Eyes Only

Page 130

1    Q.  Do you know how much STA spent in R&D cost or    16:43

2    expenditures to develop any of the products in    16:43

3    Exhibit 1919?    16:43

4    A.  I do not.    16:43

5    Q.  Does STA have an answer to that question?    16:43

6    A.  STA?    16:43

7    Q.  Yes.    16:43

8    A.  Would STA know the R&D cost for each of these    16:43

9    products?  Let me think about that.    16:43

10        So the way the R&D function works at STA,    16:43

11   there's kind of two elements to it.    16:43

12        There's a very long-term group at STA that's    16:44

13   part of the group called the DTL.    16:44

14        Those guys perform very long-term R&D work    16:44

15   but still under the direct guidance of SEC.    16:44

16        So a good example is they're building 5G    16:44

17   technology now and earning the patents on that work,    16:44

18   that's what they're working on.    16:44

19        Then, in the U.S. market, there are certain    16:44

20   activities that we split into two pieces.    16:44

21        One is there's an R&D function that works    16:44

22   with the carriers to get the products through the    16:44

23   labs.  So there's costs associated with that which we    16:44

24   could identify.    16:44

25        It's not included in these reports because    16:44

Highly Confidential - Attorneys Eyes Only

Page 131

1    it's reimbursed by HQ, but I could certainly get you      16:44

2    that data and a reasonable way to allocate that across    16:44

3    products.                                                 16:44

4         Then there's a group that also works on             16:45

5    carrier customizations for the U.S. market and, again,   16:45

6    I can get you that data.                                  16:45

7         Then, actually now that I remember it,              16:45

8    there's one other group which works next to Google in    16:45

9    San Jose which does global certification for handsets.   16:45

10        And they spend about a third of their time          16:45

11   supporting U.S. market handsets, getting the Google      16:45

12   software, understanding it and making last minute --     16:45

13   last minute is not the right word, I guess.              16:45

14        I don't know how familiar you are with             16:45

15   software, but typically if you have a core operating     16:45

16   system you still have to tell the operating system       16:45

17   what physical hardware it's running on.                  16:45

18        There's a process when you turn on a phone it       16:45

19   has to know what it is, that's the first step it does,   16:45

20   what am I when you turn it on and it has to go look       16:45

21   for an operating system.                                 16:45

22        The process of becoming alive and alert has         16:45

23   to be done typically by the hardware manufacturer to     16:45

24   say here is what I am, go look for the operating         16:46

25   system, here is where you should find it.  When you've   16:46

Highly Confidential - Attorneys Eyes Only

Page 132

1    got that, then it can become the device you're          16:46

2    familiar with.                                          16:46

3         Q.  Does STA have a number as to how much it has   16:46

4    expended to or incurred to develop any of the products  16:46

5    in Exhibit 1919?                                        16:46

6         MR. ALDEN:  Objection, asked and answered.         16:46

7         THE WITNESS:  I can tell you what we spent in      16:46

8    all those activities, over any period of time and then  16:46

9    we could -- then I'd have to go back and look --        16:46

10   BY MR. OLSON:                                           16:46

11        Q.  Mr. Sheppard, I'm not looking for what you     16:46

12   could do.                                               16:46

13        I'm asking you whether STA does have a number      16:46

14   reflecting the amount of R&D that it incurred to        16:46

15   develop any of the products in Exhibit 1919.            16:46

16        A.  To the best of my knowledge, there isn't a     16:47

17   standard report we run today that tries to allocate     16:47

18   the R&D activity to these devices.                      16:47

19        Q.  Is there --                                    16:47

20        A.  Inside STA.                                    16:47

21        Q.  Is there any report?                           16:47

22        A.  I think if you refer back to these documents,  16:47

23   number 1923, the bottom row here talks about            16:47

24   manufacturing and R&D expense.                          16:47

25        So someone other than myself has taken R&D         16:47

Highly Confidential - Attorneys Eyes Only

Page 133

1   expenses and put it -- applied it to products here.          16:47

2        I haven't done that work, but somebody has.             16:47

3   Q.  And is that STA data that's in the bottom?               16:47

4   A.  As I said, the APA part of this document, the            16:47

5   top -- because this is based on the STA, the R&D             16:47

6   expense is incurred in the U.S. but reimbursed by HQ         16:47

7   and not included in these numbers.                           16:48

8        So my assumption is they are included in the            16:48

9   R&D expense line 32 on here.                                 16:48

10   Q.  Is that anything other than speculation and             16:48

11   assumption?                                                 16:48

12   A.  It is, because I don't know who prepared this           16:48

13   report and I don't know how they brought the data, at       16:48

14   least for the bottom part here.                             16:48

15        For the top part I'm confident it comes from           16:48

16   SAP.                                                        16:48

17   Q.  So I can get it clear, does STA have any                16:48

18   report on that question?                                    16:48

19        MR. ALDEN:  Objection, vague and ambiguous,            16:48

20   asked and answered.                                        16:48

21        THE WITNESS:  No.  As of today, no, there is           16:48

22   no report.                                                 16:48

23        MR. OLSON:  Why don't we take a break.                 16:48

24        THE VIDEOGRAPHER:  Here marks the end of tape          16:48

25   2 in the deposition for Mr. Sheppard.                       16:48

Highly Confidential - Attorneys Eyes Only

Page 134

| | | |
|---|---|---|
| 1 | We are off the record, time is 4:48. | 16:48 |
| 2 | (Recess taken.) | 16:48 |
| 3 | THE VIDEOGRAPHER:  Here marks the beginning | 17:00 |
| 4 | of tape 3 in the deposition for Mr. Sheppard. | 17:00 |
| 5 | We are back on the record, it's 5:00 o'clock. | 17:00 |
| 6 | BY MR. OLSON: | 17:00 |
| 7 | Q.  If you look at Exhibit 1922 and 1923, and | 17:00 |
| 8 | they both use the same number for this purpose, at | 17:00 |
| 9 | line 20, there's an item that says others and a number | 17:00 |
| 10 | of more going down to line 34. | 17:00 |
| 11 | Do you see that? | 17:00 |
| 12 | A.  Yeah, one of them stops at 33 and one of them | 17:00 |
| 13 | goes to 34, yeah. | 17:00 |
| 14 | Q.  Is it correct you are not here to speak on | 17:00 |
| 15 | behalf of any Samsung entity with respect to the | 17:00 |
| 16 | information that is found in those lines as to these | 17:00 |
| 17 | spreadsheets? | 17:00 |
| 18 | A.  That is correct. | 17:00 |
| 19 | Q.  With respect to the information that's found | 17:00 |
| 20 | in lines 9 -- under STA, quantity, sales, cost of | 17:01 |
| 21 | goods sold and expense? | 17:01 |
| 22 | A.  Yes. | 17:01 |
| 23 | Q.  Particularly cost of goods sold and expense? | 17:01 |
| 24 | A.  Yes. | 17:01 |
| 25 | Q.  Focusing on that, is any part of the | 17:01 |

Highly Confidential - Attorneys Eyes Only

Page 135

1   information the costs that are identified there        17:01

2   royalties?                                             17:01

3       A.  When you say royalties, you mean royalties to  17:01

4   third parties?                                         17:01

5       Q.  Correct.                                       17:01

6       A.  So STA makes no direct payments for royalties  17:01

7   to any third parties.                                  17:01

8           All those would be handled by SEC.  So cost    17:01

9   of goods sold would probably include some element of   17:01

10  that, but I don't know how much.                       17:01

11      Q.  Are those included at STA's books or included  17:01

12  at SEC's books?                                        17:02

13      A.  All payments of royalties are handled at       17:02

14  SEC's level.                                           17:02

15      Q.  Those line items are all at STA's level?       17:02

16      A.  Correct.  The cost of goods number should      17:02

17  include all the cost of manufacturing and everything   17:02

18  to get to that point which would include any royalties  17:02

19  or any other costs implied in the manufacturing of     17:02

20  that device.                                           17:02

21          But how much of that is royalty and to whom,   17:02

22  I have no idea.  SEC handles all those arrangements.   17:02

23      Q.  But the cost of goods sold in connection with  17:02

24  the STA line item, does it or does it not include any  17:02

25  separate amount for royalties?                         17:02

Highly Confidential - Attorneys Eyes Only

Page 136

1      A.  It does not include any separate amount.      17:02

2          To be very clear, to clarify that, so the     17:02

3  transfer price includes all the costs of manufacturing  17:02

4  the product and transferring it to STA, which would    17:02

5  include that, but there's no separate line item for    17:02

6  those costs inside STA.                                17:02

7          STA has no responsibility for those           17:02

8  arrangements or payments to any third parties.         17:02

9      Q.  Outside of third party royalties, does        17:03

10  Samsung -- does STA pay any royalties to related      17:03

11  parties, to internal parties?                         17:03

12      A.  No.                                           17:03

13          MR. OLSON:  Let me mark as the next exhibit   17:03

14  in order 1925 a --                                    17:03

15          THE WITNESS:  Let me come back, that's an     17:03

16  important part of the APA and why the transfer price  17:03

17  is low.                                               17:03

18          MR. OLSON:  Mr. Sheppard, I appreciate it,    17:03

19  but I am trying to preserve time.                     17:03

20          THE WITNESS:  Okay.                           17:03

21          MR. OLSON:  Let me mark as the next exhibit   17:03

22  in order 1925 a document that's S-ITC 500030711 to    17:03

23  714.                                                  17:03

24          (Exhibit No. 1925 was marked.)                17:04

25  BY MR. OLSON:                                          17:04

Highly Confidential - Attorneys Eyes Only

Page 137

1    Q.  What is Exhibit 1925?                          17:04

2         MR. ALDEN:  Could I have a moment to look at  17:04

3    the document, please?                              17:04

4    BY MR. OLSON:                                      17:04

5    Q.  Given the interruption, I'll ask, for the      17:05

6    benefit of the record, what is Exhibit 1925?       17:05

7         MR. ALDEN:  Sorry, one moment, please.        17:05

8         I want to confirm there are no privilege      17:05

9    issues with this document.                         17:05

10        I would like to have a moment with            17:05

11   Mr. Sheppard.                                      17:05

12        MR. OLSON:  Let me ask one question to that.  17:05

13   BY MR. OLSON:                                      17:05

14   Q.  Mr. Sheppard, looking at the people on the     17:05

15   e-mails on the first page, are any of those people 17:05

16   lawyers?                                           17:05

17        MR. ALDEN:  Or work in a legal department.    17:05

18        THE WITNESS:  It's possible some of them are, 17:05

19   actually.                                          17:05

20   BY MR. OLSON:                                      17:05

21   Q.  Do you know any of them to be lawyers?         17:05

22   A.  I'm not sure about all the U.S. -- the PWC is  17:05

23   probably not, but I'm not sure about one of the    17:05

24   Samsung individuals.                               17:06

25   Q.  Which individual is that?                      17:06

Highly Confidential - Attorneys Eyes Only

Page 138

1    A.   Gunho Park.                                    17:06

2         MR. ALDEN:  Can we put this aside and I'll     17:06

3    try and determine in the time that you are questioning  17:06

4    whether that individual is, in fact, an attorney?   17:06

5         MR. OLSON:  Why don't we take a break and let  17:06

6    you at least make the first call so somebody is     17:06

7    working on it while we're waiting.                  17:06

8         MR. ALDEN:  That's fine.                       17:06

9         THE VIDEOGRAPHER:  Off the record, 5:06 p.m.   17:06

10        (Recess taken.)                                17:06

11        THE VIDEOGRAPHER:  We are now back on the      17:12

12   record, it's 5:12.                                  17:12

13   BY MR. OLSON:                                       17:12

14     Q.   Mr. Sheppard, what is Exhibit 1925?          17:13

15        MR. ALDEN:  So let me just state for the       17:13

16   record what counsel and I just discussed, that there 17:13

17   are two names on the e-mail that are in Korean and we 17:13

18   have not been able to determine whether, right now,  17:13

19   whether those names represent individuals -- lawyers 17:13

20   or legal personnel and thus implicate privilege issues 17:13

21   on Exhibit 1247.                                    17:13

22        Rather than disrupt the deposition further     17:13

23   and potentially have to bring Mr. Sheppard back to  17:13

24   answer questions on this document, we've agreed to  17:13

25   allow counsel to mark the document as an exhibit and 17:13

Highly Confidential - Attorneys Eyes Only

Page 139

1    ask questions on it subject to Samsung's right to claw    17:13

2    back the document and strike the testimony should it    17:13

3    be determined that those individuals are lawyers and    17:13

4    that it is covered by the attorney-client privilege.    17:13

5        And I would like counsel for Apple to agree    17:13

6    that pursuing this cost does not constitute a waiver    17:13

7    of the attorney-client privilege with respect to this    17:14

8    document.    17:14

9        Should it subsequently be discovered that the    17:14

10   document is privileged, whatever other arguments Apple    17:14

11   may have as to either the privileged nature of the    17:14

12   document or waiver of the privilege.    17:14

13       MR. OLSON:  And I won't argue that continuing    17:14

14   right now is a waiver, but we reserve our rights both    17:14

15   about the document and the testimony.    17:14

16       MR. ALDEN:  Fine.    17:14

17   BY MR. OLSON:    17:14

18       Q.  Mr. Sheppard, what is Exhibit 1925?    17:14

19       A.  The top part is an e-mail from Christina Shin    17:14

20   who works for me to myself and the assistant    17:14

21   controller, indicating that STA's moving forward with    17:14

22   APA renewal with the IRS.    17:14

23       Q.  And what is the attachment that's found in    17:14

24   the last two pages?    17:15

25       A.  The attachment -- there's two parts to it.    17:15

Highly Confidential - Attorneys Eyes Only

Page 140

1    The first part appears to be STA's consolidated      17:15

2    revenue and operating expense under the first APA    17:15

3    agreement which went from 2005 to 2010, I think that's   17:15

4    right.                                               17:15

5         And the second part is a confirmation of       17:15

6    the -- take that back.                               17:15

7         Yeah, I'm sorry, the second part is            17:15

8    confirmation of the five-year Berry ratio period from   17:15

9    2006 to 2010 and the confirmation that we complied   17:15

10   with the R&D cost plus agreement that was also part of   17:15

11   the APA for the R&D work that STA performed in that   17:15

12   period.                                              17:16

13      Q.  Is the difference between the operating      17:16

14   income shown in the first spreadsheet and the second   17:16

15   spreadsheet the R&D reimbursement issue?             17:16

16         MR. ALDEN:  Objection, vague and ambiguous.   17:16

17         THE WITNESS:  I don't have a calculator with   17:16

18   me, so it's pretty hard to do the math.              17:16

19         It appears to be.                              17:16

20   BY MR. OLSON:                                        17:16

21      Q.  You can set that aside.                       17:16

22         In the connection with the preparation of any   17:17

23   financial statements, does Samsung conduct any       17:17

24   valuation of Samsung's patents?                      17:17

25         MR. ALDEN:  Objection, beyond the scope.       17:17

Highly Confidential - Attorneys Eyes Only

Page 141

1        THE WITNESS:  Samsung's what?  Sorry.        17:17

2    BY MR. OLSON:                                     17:17

3        Q.  Samsung's patents.                        17:17

4        A.  Patents?                                  17:17

5        Q.  Correct.                                  17:17

6        A.  So when we -- this definition would be    17:17

7    talking STA and SEA, does STA and SEA do any      17:17

8    evaluation of patents?                            17:17

9        Q.  Let's start there.  Does STA or SEA do any 17:17

10   evaluation of Samsung's patents?                  17:17

11       A.  No.                                        17:17

12       MR. ALDEN:  Objection, beyond the scope.       17:17

13       THE WITNESS:  Sorry.                           17:17

14       No.                                            17:17

15   BY MR. OLSON:                                      17:17

16       Q.  Does SEC do any evaluation of any patents, to 17:17

17   your knowledge?                                    17:17

18       MR. ALDEN:  Same objection.                    17:17

19       THE WITNESS:  I have no knowledge of that.     17:17

20   BY MR. OLSON:                                      17:17

21       Q.  Does SEA or STA pay any intercompany       17:17

22   royalties to SEC for any Samsung patents?          17:18

23       A.  The only intercompany -- well, no is the   17:18

24   short answer, no.                                  17:18

25       Q.  Okay.                                      17:18

Highly Confidential - Attorneys Eyes Only

Page 142

1          MR. OLSON:  Let me have marked as the next        17:18

2     exhibit in order 1926 a document that's identified as   17:18

3     S-ITC 500028870 to 28895 and labeled on the front as    17:18

4     part of a global consolidation package system.          17:18

5          (Exhibit No. 1926 was marked.)                     17:18

6          THE WITNESS:  Okay.                                 17:20

7     BY MR. OLSON:                                            17:20

8     Q.  What is Exhibit 1926?                                17:20

9     A.  It's an example of a global consolidation           17:20

10    package system report.                                  17:20

11    Q.  And is this provided by STA to SEC every            17:20

12    month?                                                  17:20

13    A.  Yes.                                                 17:20

14    Q.  And does it reflect information on STA's            17:20

15    financial results as of the end of a fiscal period?    17:20

16    A.  It does.                                             17:20

17    Q.  And in this case, it's February 2010,              17:20

18    correct?                                                17:20

19    A.  Correct.                                             17:20

20    Q.  And one of these is prepared for every month?      17:20

21    A.  Yes.                                                 17:20

22    Q.  If you'll turn to the section that starts at       17:20

23    the top income statement, is this a detailed statement 17:20

24    of the accounts and their balances or amounts for that 17:21

25    period of February 2010 -- February 28th, 2010 from    17:21

Highly Confidential - Attorneys Eyes Only

Page 143

1    STA?                                                    17:21

2         MR. ALDEN:  Objection, vague and ambiguous.        17:21

3         THE WITNESS:  So running from left to right,       17:21

4    the left-hand column represents the account GL code     17:21

5    from the standard global chart of accounts.             17:21

6         The account name is the name used globally.        17:21

7         February 2010, the third column represents         17:21

8    activity for the month of February 2010 and the next    17:21

9    column represents activity for the month of February    17:21

10   2011.                                                   17:21

11        And all this -- it says top right-hand corner      17:21

12   local currency.  All these numbers are U.S. dollars.    17:21

13   BY MR. OLSON:                                           17:21

14    Q.  So if you look at the first section it says        17:22

15   sales and it goes down to a new item that says cost of  17:22

16   goods sold.                                             17:22

17        Do you see that?                                   17:22

18    A.  Yes.                                               17:22

19    Q.  Looking at Exhibit 1922 and 1923 where it          17:22

20   says STA sales, would it be -- would that information   17:22

21   that's presented there be available in the detail that  17:22

22   is provided in -- on this page?                         17:22

23    A.  So let's -- the short answer is yes, but let       17:22

24   me qualify that because this could get a little         17:22

25   confusing.                                              17:22

Highly Confidential - Attorneys Eyes Only

Page 144

1    So this activity here represents all activity    17:22
2    for businesses for STA which includes network, handset    17:22
3    sales, represent accessory sales, represent all    17:22
4    activity, whereas this report is looking at specific    17:22
5    products.    17:22
6    So if I take -- so this would include    17:22
7    activity for selling parts to add warranty, repair    17:22
8    fenders, it would include the revenue for R&D that's    17:23
9    required to be booked under the APA agreement.    17:23
10    This activity here contains a lot more than    17:23
11    just on this document.    17:23
12    Q.  Understood.  Is the information that's in    17:23
13    1922 and 1923 in that sales line available at this    17:23
14    level of detail?    17:23
15    MR. ALDEN:  Objection, vague and ambiguous.    17:23
16    THE WITNESS:  Yes, it is.    17:23
17    Both of these are just pure extracts straight    17:23
18    from SAP.    17:23
19    BY MR. OLSON:    17:23
20    Q.  And the same then would be true as to -- that    17:23
21    the cost of goods line, COGS line is available in the    17:23
22    degree of detail that's available under cost of goods    17:23
23    sold on Exhibit 1926, correct?    17:23
24    MR. ALDEN:  Same objection.    17:23
25    THE WITNESS:  I'm sorry.  Yes.    17:23

Highly Confidential - Attorneys Eyes Only

Page 145

1        The account code on the left is the lowest        17:23

2   level in the GL that you can extract account level     17:23

3   information at the general ledger.                      17:24

4        I don't know how familiar you are with SAP,       17:24

5   there are other modules you can get to a finer level    17:24

6   of granularity, depending on what data you want to      17:24

7   look at, but from a general ledger point of view, this  17:24

8   is as low as you go from an account code point of       17:24

9   view.                                                   17:24

10  BY MR. OLSON:                                           17:24

11     Q.  Let me simplify the need to go through any of    17:24

12  these.                                                  17:24

13        All of the line items in sales COGS expense       17:24

14  are available from the GL at this level of detail as    17:24

15  presented in page -- Exhibit 1926?                      17:24

16     A.  Correct, and when I referred earlier that I      17:24

17  validated the data, when I pulled the data for the      17:24

18  I500, I went to this level of detail to confirm that    17:24

19  this data was exactly matching.                         17:24

20     Q.  When you said "this level of detail," that's     17:24

21  the level of detail in Exhibit 1926?                    17:24

22     A.  This is -- yes, exactly.                         17:24

23        So the thing about SAP, you can extract the       17:25

24  data and say show me at the sales COGS operating, show  17:25

25  me those four lines because you can pull it at that     17:25

Highly Confidential - Attorneys Eyes Only

Page 146

1   level or you can say show me at this line and pull       17:25

2   every single line item.                                   17:25

3         You pull it either way it's an extraction          17:25

4   from the same database the same way.                      17:25

5         It's a question of whether you want a              17:25

6   spreadsheet with 400 lines or you want it with five      17:25

7   lines.                                                    17:25

8         The answer is going to be the same either          17:25

9   way.                                                      17:25

10    Q.   From your understanding how you understand        17:25

11  the material in Exhibit 1922 and 1923 to have been        17:25

12  prepared, that as to the information in either of         17:25

13  those, anything under R&D would ultimately be zero?       17:25

14    A.   Correct, it would, it would.                       17:25

15        Let me rephrase that.                               17:26

16        To the extent I'm testifying about SEA and          17:26

17  STA, the R&D loans would be zero in that part.  We        17:26

18  talked earlier it could be in the lower part that SEC     17:26

19  has repaired.                                             17:26

20    Q.   I'm talking about in the SEA and STA part.         17:26

21    A.   Just want to be sure we're talking about the       17:26

22  same thing.                                               17:26

23    Q.   In the line that says expense under SEA and        17:26

24  STA in 1922 and 1923, does it incorporate what is         17:26

25  labeled as I4 and I5 or is it just one of them?           17:26

Highly Confidential - Attorneys Eyes Only

Page 147

1    A.   It would be both I4 and I5.                    17:26

2         So the expense -- very good question.          17:26

3         The revenue part would tie in with this sales  17:26

4    section here, the cost of goods section would be all 17:26

5    these lines here and the R&D would be zero, but -- and 17:26

6    then everything else on this list would roll up onto 17:26

7    the expense piece.                                   17:27

8         As I said, to the extent that HQ is            17:27

9    reimbursed the marketing and the R&D costs would then 17:27

10   show up not under STA but elsewhere.                 17:27

11   Q.   Looking at I4 and I5, which of the line items   17:27

12   incorporated there would change with the sale of an  17:27

13   additional 100,000 units of one of the products listed 17:27

14   in Exhibit 1919?                                     17:27

15   A.   Which one is 1919?  Oh, this one, okay.         17:27

16        In theory it depends on how the transaction    17:27

17   was carried out.                                     17:28

18        So if the transaction involved someone having  17:28

19   a meal with a carrier, a lunch and said we would     17:28

20   really like you to buy a hundred thousand dollars, it 17:28

21   would be an incremental expense activity for that    17:28

22   lunch.                                               17:28

23        If the sale happened without any incremental   17:28

24   effort there would be no additional expense.         17:28

25   Q.   Which --                                        17:29

Highly Confidential - Attorneys Eyes Only

Page 148

1    A.  So it really depends how the sale is carried        17:29

2    out as to whether there will be incremental expense or   17:29

3    not.                                                     17:29

4         Another way to look at it is if the hundred        17:29

5    thousand makes the difference between meeting a bonus    17:29

6    number and not meeting a number, then in the section     17:29

7    that starts on page 25, the bonus numbers may vary.      17:29

8    Q.  May I ask you if there are any of the                17:29

9    expenses identified in I4 and I5 fixed in relationship   17:29

10   to the sale of a new -- 100,000 units?                   17:29

11        MR. ALDEN:  Objection, vague and ambiguous          17:29

12   and compound.                                            17:29

13        THE WITNESS:  So I think this is one of the         17:29

14   reasons why we do the allocation method we do, because   17:29

15   it's very unlikely that we could actually associate an   17:29

16   individual sale of a hundred thousand units in the       17:29

17   picture of selling 50 to 60 million units to then say    17:30

18   this activity caused that specific sale, because our     17:30

19   process doesn't work that way.                           17:30

20   BY MR. OLSON:                                            17:30

21   Q.  Does Samsung have any position on whether or         17:30

22   not the items in I4 and I5 are fixed or variable with    17:30

23   respect to the sale of new -- a new quantity of          17:30

24   products under Exhibit 1919?                             17:30

25        MR. ALDEN:  Objection, beyond the scope,            17:30

Highly Confidential - Attorneys Eyes Only

Page 149

1   compound, vague and ambiguous.                          17:30

2        THE WITNESS:  The allocation methodology we        17:30

3   follow makes the broad assumption that these are        17:30

4   incremental costs and you associate it with a product   17:30

5   which is why the allocation method at the product       17:30

6   level is carried out the way we've described it         17:30

7   earlier or I've described it earlier.                   17:30

8        So in that context, there's an assumption          17:30

9   that there is a relationship between incremental sales  17:30

10  or sales in general and sales activity at a unit        17:31

11  level.                                                  17:31

12  BY MR. OLSON:                                           17:31

13     Q.  And the assumption is made that they are all     17:31

14  incremental; is that correct?                           17:31

15     A.  Not exactly.  As I said earlier on, if I take    17:31

16  on the bottom section of 26, there's you can see the    17:31

17  rent part of the cost here, rent and lease building,    17:31

18  machinery, vehicle, which is like four or five rows up  17:31

19  from the bottom.                                        17:31

20       Those are allocated based on the usage             17:31

21  activity.                                               17:31

22       Based on that usage activity you allocate          17:31

23  based on the activity performed at a unit level.        17:31

24       So you may have a building that one part of        17:31

25  the building is doing a good job in selling a lot of    17:31

Highly Confidential - Attorneys Eyes Only

Page 150

1  activity and you may have a group in the same building    17:31

2  that's selling only a few units.    17:31

3       So their relative rent per sale will be much    17:31

4  higher than the team that's selling a lot using the    17:31

5  square footage in the building.    17:32

6       It's not a quick straightforward one-to-one    17:32

7  ratio of one unit means one incremental cost.    17:32

8       We try to be more sophisticated than that in    17:32

9  allocating out these costs.    17:32

10  Q.  Any other items in I4 or I5 for which there    17:32

11  is an assumption that they are not -- they don't    17:32

12  change incrementally with new sales?    17:32

13       MR. ALDEN:  Same objections.    17:32

14       THE WITNESS:  Well, for example, things like    17:32

15  property tax kind of follows the same rule as the    17:32

16  rent.    17:32

17       So things associated with fixed assets, you    17:32

18  wouldn't -- you would take a more sophisticated    17:32

19  approach to allocation, the same as the rent.    17:32

20       For bonuses and salaries that are associated    17:32

21  to specific teams involved with selling, to the extent    17:32

22  you can identify with the team that's directly    17:32

23  involved with specific sales you would allocate that    17:32

24  team only to that activity.    17:33

25       To the extent you have a broad management    17:33

Highly Confidential - Attorneys Eyes Only

Page 151

1    team, you allocate to broad activity across the whole        17:33

2    company.                                                      17:33

3          So what's not in this document is to show you          17:33

4    how this breaks out by cost center because then you          17:33

5    could take a view cost center by cost center as to           17:33

6    what would be easier to explain from that point of           17:33

7    view.                                                         17:33

8    BY MR. OLSON:                                                 17:33

9      Q.  Is there a document inside of Samsung that             17:33

10   describes how these costs are allocated ultimately to        17:33

11   what procedures are used to allocate it to a product?        17:33

12         MR. ALDEN:  Objection, beyond the scope.               17:33

13         THE WITNESS:  Well, I described in the                 17:33

14   broadest sense to you already.                               17:33

15   BY MR. OLSON:                                                 17:33

16     Q.  Mr. Sheppard, my question is about a                   17:33

17   document.                                                     17:33

18         Is there a document at STA or a procedure              17:33

19   manual, something available on the web as a procedure        17:33

20   that describes how it's done?                                17:33

21     A.  Please go ahead.                                       17:33

22         MR. ALDEN:  Objection.  Please let the                 17:33

23   witness finish his answers before you interrupt him.         17:34

24         THE WITNESS:  There is not, to the best of my          17:34

25   knowledge, a single document that describes the              17:34

Highly Confidential - Attorneys Eyes Only

Page 152

1    specific allocation method.                          17:34

2         There are documented entries for each journal    17:34

3    entry where the allocation has been made each month to 17:34

4    describe what method was used for that period.         17:34

5    BY MR. OLSON:                                          17:34

6         Q.  Are those with each GL entry or there's a    17:34

7    summary report that reflects that?                     17:34

8         A.  With each GL entry there's documentation to  17:34

9    say why the allocation was done for that period.       17:34

10        Q.  Does Samsung, STA or SEA have any procedure  17:34

11   manual that describes how it should be done?           17:34

12        MR. ALDEN:  Objection, beyond the scope.         17:34

13        THE WITNESS:  Let me think.  I believe at a      17:34

14   very general level there's an accounting manual that   17:34

15   says the allocation method -- there should be an       17:34

16   allocation entry made.                                 17:34

17   BY MR. OLSON:                                          17:34

18        Q.  Other than -- does it say anything more as to 17:34

19   how that should occur or is it just that broad?        17:35

20        A.  I believe it's relatively broad.             17:35

21        For example, the rent -- outside of the          17:35

22   finance team, one of the organizations that reports to 17:35

23   me is responsible for facilities in the U.S. market.   17:35

24        And the methodology they use and how they        17:35

25   calculate that is up to them to define, though we've   17:35

Highly Confidential - Attorneys Eyes Only

Page 153

1  given them guidance as to how it should be done and        17:35

2  they provide that information once a quarter to the        17:35

3  finance team and the allocations are made.                 17:35

4     Q.  Are the methods recorded anywhere?                  17:35

5     A.  Yes, as part of the general ledger, part of         17:35

6  the GL entries.                                            17:35

7     Q.  Other than inside the entries themselves?           17:35

8     A.  Not to the best of my knowledge.                    17:35

9        Only, as I said, in the very broadest sense,         17:35

10 there's a broad direction.                                 17:35

11       There's not a document that says step one do         17:35

12 this, step two do this, step three do this.                17:35

13       You go from the broad concept this is what           17:35

14 you should do to the actual journal entry where you        17:35

15 can review what was actually done.                         17:36

16    MR. OLSON:  Let's mark as the next exhibit in           17:36

17 order Exhibit 1927, S-ITC 3362010 to 2045.                 17:36

18       (Exhibit No. 1927 was marked.)                       17:36

19 BY MR. OLSON:                                              17:36

20    Q.  My questions to you on this document are            17:36

21 going to be very general including whether this is a       17:36

22 monthly closing report and whether it's prepared every     17:36

23 month by STA in connection with closing its books.         17:36

24       So let's start there, please look at whatever        17:36

25 you need to in order to be able to answer the question     17:36

Highly Confidential - Attorneys Eyes Only

Page 154

1    at that level, but I don't think I'm going to go down    17:36
2    to much more of the detail.    17:36
3        A.   Okay.    17:36
4        Q.   Is Exhibit 1927 a monthly closing report for    17:36
5    March 2011 for STA?    17:37
6        A.   Yes, it's one of -- one of several reports    17:37
7    produced during the close process.    17:37
8        Q.   And is an equivalent document prepared every    17:37
9    month?    17:37
10        A.   Yes.    17:37
11        Q.   And is there also a March forecasting report    17:37
12    that's prepared every month?  Is there -- not a March    17:37
13    forecasting report.    17:37
14            Is there a monthly forecasting report that's    17:37
15    prepared every month?    17:37
16        A.   Yes.    17:37
17        Q.   And is there a third document of some type    17:37
18    that's prepared as part of the monthly close?    17:37
19        A.   There's several reports prepared.    17:37
20            So as the close process happens, the    17:37
21    accounting group sends out what we call a flash report    17:37
22    that shows the status of the close and some of the key    17:37
23    metrics.    17:37
24            So that's done like minus two days, one day    17:37
25    and then up to two days after the close process.    17:37

Highly Confidential - Attorneys Eyes Only

Page 155

1    Q.  Are the monthly closing reports, then, kept    17:37

2    by Samsung?    17:38

3         MR. ALDEN:  Objection, beyond the scope.    17:38

4         THE WITNESS:  We have a basic document    17:38

5    retention policy that we keep documents for multiple    17:38

6    years.    17:38

7         So these are prepared and kept.    17:38

8    BY MR. OLSON:    17:38

9    Q.  Are they prepared as an Excel spreadsheet?    17:38

10   A.  Yes.    17:38

11   Q.  If you'll turn just to the last I guess it's    17:38

12   four pages but it's got at the top 11 Korean    17:38

13   characters and a WT --    17:38

14   A.  I'm sorry, which page?    17:38

15   Q.  2042.    17:38

16   A.  Got it.    17:38

17   Q.  And is this a P&L for the wireless terminals    17:38

18   division for this month?  I guess this month and the    17:38

19   periods identified there.    17:38

20   A.  Let me just check, sorry.    17:38

21        This was March, right, so -- I don't think    17:39

22   it's the handset, I don't think it's wireless    17:41

23   terminals, the numbers look too low.    17:41

24   Q.  Let me ask you a different question.    17:41

25   A.  Yeah.    17:41

Highly Confidential - Attorneys Eyes Only

Page 156

1    Q.  Does the multiple closing report typically      17:41
2    include a P&L?                                        17:41
3    A.  So actually no, typically this report shows      17:41
4    you the big picture of sales.                        17:41
5        So there's a second report -- third report --    17:41
6    there's one report just doing the close from the     17:41
7    accounting group that says here is what the status is 17:41
8    in finalizing the number and has key metrics.        17:41
9        This one is the first analysis to show really    17:41
10   revenue and that's really the primary purpose of this 17:42
11   report, to show revenue versus forecast.             17:42
12       Then there's a third report that actually --     17:42
13   not the closing report, actually a monthly report that 17:42
14   shows more detail that also includes analysis of the  17:42
15   Berry ratio to say are we on track for the Berry ratio 17:42
16   or not.                                               17:42
17   Q.  What's that third report called?                 17:42
18   A.  Not closing report, I think it's called          17:42
19   monthly financial report or something like that.     17:42
20   Q.  Just --                                           17:42
21   A.  These numbers really focus much more on sales    17:42
22   and sales to plan.                                    17:42
23   Q.  And does the monthly closing report typically    17:42
24   have the type of executive summary that's identified 17:42
25   on the second page commenting on what happened with  17:42

Highly Confidential - Attorneys Eyes Only

Page 157

1    respect to sales versus target?                           17:42

2        A.  Yes.  This is primarily where people go to        17:42

3    look at and see what was the key assumptions in the       17:42

4    forecast versus this.                                     17:42

5            This was produced by the financial team and       17:42

6    the sales team have to go make the same explanations.     17:42

7        Q.  Let me ask at the item 11 where we were, just     17:43

8    looking at the items on the left, is that just a          17:43

9    different level of summary of the same accounts that      17:43

10   are identified in Exhibit 1926?                           17:43

11       A.  Yeah.  So the 1926 categories is too much for     17:43

12   most people.                                              17:43

13           So you can pull SAP reports to summarize at       17:43

14   multiple levels depending on the audience.                17:43

15           So the one in Exhibit 1923 is a very high         17:43

16   level, but these are standard definitions within SAP.     17:43

17           The one in Exhibit 1927 has -- is more            17:43

18   granular than the ultimate level of granularity that      17:43

19   is in the report 1926, but all are standard predefined    17:43

20   inside of SAP.                                            17:43

21           If you want to pull data you can pull at          17:43

22   whatever level you needed to.                             17:43

23       Q.  What products, if any, does STA and SEA sell      17:43

24   will that work as a single functional unit with the       17:44

25   products that are listed in Exhibit 1919?                 17:44

Highly Confidential - Attorneys Eyes Only

Page 158

1    MR. ALDEN:  Objection, vague and ambiguous,    17:44

2  calls for a legal conclusion.    17:44

3    THE WITNESS:  Can you re -- did you say --    17:44

4  not redefine, can you repeat that, work as a single    17:44

5  unit?    17:44

6  BY MR. OLSON:    17:44

7    Q.  Yeah, work as a single functional unit.    17:44

8    MR. ALDEN:  Same objection.    17:44

9    THE WITNESS:  All the products -- to the best    17:44

10  of my knowledge, all the products on 1919 all work    17:44

11  independently of anything else.    17:44

12    So to that extent, you don't need to purchase    17:44

13  anything beyond these products to enable them to be    17:44

14  able to operate and be used in a normal way.    17:44

15  BY MR. OLSON:    17:44

16    Q.  Does STA or SEA sell any products that are    17:45

17  designed to work or whose sole function is to work as    17:45

18  a single functional unit with any of the items in    17:45

19  Exhibit 1919?    17:45

20    MR. ALDEN:  Same objection.    17:45

21    THE WITNESS:  Well, if you mean -- if you    17:45

22  mean functional unit or like an accessory to enhance    17:45

23  the experience of using a device, those things exist.    17:45

24  BY MR. OLSON:    17:45

25    Q.  Are any of the accessories designed so they    17:45

Highly Confidential - Attorneys Eyes Only

Page 159

1    work solely with a specific item in 1919?           17:45

2        A.   That's a complicated answer.               17:45

3             In some cases yes, some cases no.           17:45

4        Q.   Which products are sold so they work solely  17:45

5    with a product on Exhibit 1919?                      17:45

6        A.   So let me give you kind of a slightly more   17:46

7    complicated answer there.                            17:46

8             So if I go back to the Behold or Behold II,  17:46

9    if I recall correctly, those had a somewhat of a     17:46

10   proprietary power socket or -- on the device for     17:46

11   charging them.                                       17:46

12            At that point, Samsung designed products that 17:46

13   had generally a very proprietary-type jack for       17:46

14   charging and you needed a very specific power adapter 17:46

15   to be able to charge the device.                     17:46

16            Over time, the jack has become standardized  17:46

17   to what is commonly referred to as mini USB port.    17:46

18            Now, you can buy charging devices that will  17:47

19   support many devices.                                17:47

20            If you bought a car charger for a device it  17:47

21   can probably be used in multiple Samsung products and 17:47

22   potentially in other OEM products, too.  I believe   17:47

23   RIM's USB port is very similar to Samsung's, for     17:47

24   example.                                             17:47

25       Q.   Are there any other products that Samsung   17:47

Highly Confidential - Attorneys Eyes Only

Page 160

1    sells that work solely with one or more of the items       17:47

2    on Exhibit 1919?                                           17:47

3        A.  Yes, for example on tablets, a popular item        17:47

4    is bluetooth keyboard to enable people to connect and      17:47

5    use their devices with a keyboard if they want to use      17:47

6    a tablet and still have the familiarity of a keyboard      17:47

7    for making data input.                                     17:47

8        Q.  Does it work solely with Samsung's tablets?        17:47

9        A.  That's a great question.                           17:47

10       I've not personally tried to use a bluetooth           17:47

11   device with another tablet that was a Samsung              17:48

12   bluetooth.                                                 17:48

13       I have done the other way around, in general           17:48

14   bluetooth devices will work with almost any bluetooth      17:48

15   or bluetooth keyboards will work with any bluetooth        17:48

16   device.                                                    17:48

17       Bluetooth is a very common standard.                   17:48

18       Q.  So you don't know -- the answer is you don't       17:48

19   know whether or not the bluetooth keyboard works           17:48

20   solely with a Samsung tablet?                              17:48

21       A.  Yeah, I've not personally validated to the         17:48

22   see whether it can work in other things.                   17:48

23       Q.  What other products, if any, does Samsung          17:48

24   sell that work solely with one of the items in             17:48

25   Exhibit 1919?                                              17:48

Highly Confidential - Attorneys Eyes Only

Page 161

1   A.  Talk about -- probably easiest one to look      17:48

2   at, actually have it listed on the bottom 1919, three  17:48

3   tab devices.                                           17:48

4        I'm not sure, when you say Galaxy Tab on          17:49

5   here, I'm not sure what size device you were referring 17:49

6   to.                                                    17:49

7        If we were to say that was a 7-inch device        17:49

8   and the Galaxy Tab 10.1 is a 10.1-inch device there is 17:49

9   a keyboard docking station which you can plug your     17:49

10  device into that allows you to make data input,       17:49

11  enables you to charge the device at the same time.     17:49

12       Because these devices are different sizes the     17:49

13  dock and the keyboard is a different size to           17:49

14  accommodate the different size shape of the tabs.      17:49

15  Q.  Are there any other products that fit that         17:49

16  description?                                           17:49

17  A.  There are cases which are designed -- many         17:49

18  people like to have a case around their design --      17:49

19  around -- whether it's a phone or a tablet.            17:49

20       So those have are specific to each external       17:49

21  physical size of a phone or tablet.                    17:49

22       Depending on the design, the keys or the          17:50

23  socket for the headphone may be in a different place.  17:50

24       It's very likely that the case is very unique     17:50

25  for each individual device.                            17:50

Highly Confidential - Attorneys Eyes Only

Page 162

1    Q.  Any others?                                    17:50

2    A.  Bluetooth is very actually not as popular as    17:50

3    they once were, but many people like to have a      17:50

4    bluetooth accessory to make hands-free calls on their 17:50

5    device.                                             17:50

6         Generally, those can be used across multiple   17:50

7    devices.                                            17:50

8    Q.  Just looking for things that work solely with   17:50

9    the device, Samsung device, that STA and SEA sells. 17:50

10   A.  Off the top of my head, to the best of my       17:50

11   knowledge, those are the key ones I can think of.   17:50

12   Q.  Does Samsung separately report in some form     17:50

13   of report its --                                    17:50

14   A.  One other, I guess a popular one is USB         17:50

15   adapter, that's -- the tablets also enable people to 17:51

16   connect USB devices to them.                        17:51

17   Q.  Any others?                                     17:51

18   A.  That's probably it, I think.                    17:51

19   Q.  Does Samsung prepare any financial report for   17:51

20   its accessories separate from what it reports in sales 17:51

21   for the phones?                                     17:51

22   A.  Yes.                                            17:51

23   Q.  What's that report called?                      17:51

24   A.  Probably in here, but I didn't check, but       17:51

25   probably find it in this report.                    17:51

Highly Confidential - Attorneys Eyes Only

Page 163

| | | |
|---|---|---|
| 1 | Q.  And -- | 17:51 |
| 2 | A.  1927. | 17:51 |
| 3 | I hope we can after I said that. | 17:51 |
| 4 | Yeah, so if I go to page -- page ending 030, | 17:51 |
| 5 | 030, there are some data here on accessory sales on | 17:52 |
| 6 | row 30. | 17:52 |
| 7 | It's a very, very small part of the business. | 17:52 |
| 8 | Q.  And that just shows the amount of sales, | 17:52 |
| 9 | correct, in that category? | 17:52 |
| 10 | A.  Correct, yeah. | 17:52 |
| 11 | Q.  Is there any report on profitability for | 17:52 |
| 12 | those products? | 17:52 |
| 13 | MR. ALDEN:  Objection, vague, beyond the | 17:52 |
| 14 | scope. | 17:52 |
| 15 | BY MR. OLSON: | 17:52 |
| 16 | Q.  I should be clear on those products. | 17:52 |
| 17 | Is there any report on the profitability of | 17:52 |
| 18 | Samsung's accessories generally? | 17:52 |
| 19 | MR. ALDEN:  Objection, vague, beyond the | 17:53 |
| 20 | scope. | 17:53 |
| 21 | THE WITNESS:  So within STA, we would have | 17:53 |
| 22 | the same kind of analysis as we've already discussed | 17:53 |
| 23 | as we have for the handsets. | 17:53 |
| 24 | So at SEC level, there may be something.  At | 17:53 |
| 25 | STA level, no, we don't have that information. | 17:53 |

Highly Confidential - Attorneys Eyes Only

Page 164

1      MR. OLSON:  Mark as the next exhibit in order    17:53

2   1928 S-ITC 500018418 through 18467.                   17:53

3      (Exhibit No. 1928 was marked.)                     17:53

4   BY MR. OLSON:                                         17:53

5      Q.  I'm going to have very few questions for you,  17:53

6   Mr. Sheppard.                                         17:54

7      Based on what's in the document, I think what     17:54

8   you're looking at may come from 2009, but I'm first   17:54

9   just looking for whether you have seen or have any    17:54

10  understanding of what Exhibit 1928 is.                17:54

11     A.  I haven't seen, but I'm familiar with many of 17:54

12  the product names here.                               17:54

13     Q.  Apart from familiarity with the product       17:54

14  names, do you know what that report is?               17:54

15     A.  Unfortunately, I do not know if this is a      17:55

16  sales report or forecast report.                      17:55

17     Q.  Put that aside.                                17:55

18     A.  Okay.                                          17:55

19     MR. OLSON:  Why don't we take a break for a        17:55

20  couple minutes.                                       17:55

21     THE VIDEOGRAPHER:  Off the record, 5:55.           17:55

22     (Recess taken.)                                    17:55

23     THE VIDEOGRAPHER:  We are back on the record,      18:01

24  it's 6:01.                                            18:01

25     (Exhibit No. 1929 was marked.)                     18:01

Highly Confidential - Attorneys Eyes Only

Page 165

1  BY MR. OLSON:                                        18:01

2     Q.  At the break, I had the court reporter mark   18:01

3  as Exhibit 1929 a document that is a spreadsheet and 18:01

4  identified as SAMNDCA 11172582 through 590.          18:01

5        Mr. Sheppard, if you look at Exhibit 1292, my  18:02

6  first question to you --                             18:02

7     A.  I'm sorry.                                     18:02

8        MR. ALDEN:  1929.                               18:02

9        THE WITNESS:  1929?                             18:02

10 BY MR. OLSON:                                         18:02

11    Q.  Correct.  Let me rephrase that.               18:02

12       If you look at Exhibit 1929, there is at the    18:02

13 center under P of the first page a statement that     18:02

14 identifies HQ PUMI, P-U-M-I.                          18:02

15       And at your prior deposition, you talked        18:02

16 about PUMI reports or PUMI information that comes from 18:02

17 SEC and my understanding is PUMI refers to approval or 18:03

18 something like that; is that correct?                 18:03

19    A.  Yes, in general terms, PUMI refers to an       18:03

20 internal approval, but it could be for anything.      18:03

21    Q.  And in this document, what is the section HQ   18:03

22 PUMI intended to convey?                              18:03

23       MR. ALDEN:  Objection, lack of foundation.      18:03

24       THE WITNESS:  Unfortunately, I haven't seen     18:03

25 this document before.                                 18:03

Highly Confidential - Attorneys Eyes Only

Page 166

1       So I don't know if it's relevant or not, but      18:03

2   this product actually is talking about future products  18:04

3   that haven't been released yet.                        18:04

4       So I don't know if that's an issue.                18:04

5       MR. ALDEN:  Where does it refer to that,           18:04

6   Mr. Sheppard?                                          18:04

7       THE WITNESS:  Galaxy Nexus 16, the I515, two       18:04

8   versions here, 16 gig and 32 gig which is the          18:04

9   implication in column D.                               18:04

10       I don't believe the 16 version has been           18:04

11   released yet.                                         18:04

12       The Galaxy Nexus+, L700 for Sprint, I don't       18:04

13   believe that's been released yet.                     18:04

14       MR. ALDEN:  I'm going to claw back the            18:04

15   document to the extent that it refers to unreleased    18:04

16   products and provide a redacted version of the         18:04

17   document.                                             18:04

18       I don't intend to hold up questioning on it       18:04

19   other than I will object and instruct to any questions  18:04

20   as to unreleased products.                            18:04

21       MR. OLSON:  And so let me return back to          18:04

22   my --                                                18:04

23   BY MR. OLSON:                                         18:04

24   Q.  First ask you:  Is this a document, for           18:04

25   example, from the back page that reflects information  18:05

Highly Confidential - Attorneys Eyes Only

Page 167

1    on plans for 2012?                                    18:05

2           MR. ALDEN:  Objection, lack of foundation.    18:05

3           THE WITNESS:  So this represents actually     18:05

4    three points of view of the sales plan for Q1, 2012. 18:05

5    BY MR. OLSON:                                         18:05

6       Q.  And turning back to the first page and not    18:05

7    asking questions specifically about products you     18:05

8    identified, but what is HQ PUMI intended to          18:05

9    communicate?                                         18:05

10          MR. ALDEN:  Objection, lack of foundation.    18:05

11          THE WITNESS:  So this document is -- so this  18:05

12   document actually is an evolution of the PUMI process 18:05

13   I described before.                                   18:06

14          So this actually now includes two targets     18:06

15   from HQ, one called BHAG and a second one called     18:06

16   stretch.                                              18:06

17   BY MR. OLSON:                                         18:06

18      Q.  What does BHAG stand for?                      18:06

19      A.  Big hairy audacious goal.                      18:06

20      Q.  And what does MP reflect on the last page?     18:06

21      A.  Management plan.                               18:06

22      Q.  What does stretch reflect?                     18:06

23      A.  That would have been historically the stretch 18:06

24   plan that would have become the PUMI plan for the    18:06

25   quarter.                                              18:06

Highly Confidential - Attorneys Eyes Only

Page 168

1      Now, there's essentially two variations on      18:06
2  that, the BHAG and the stretch, new for 2012.      18:06
3      Q.  On page 1 is HQ PUMI supposed to identify the   18:06
4  plan that headquarters has approved or set forth?    18:06
5      MR. ALDEN:  Objection, lack of foundation.      18:06
6      THE WITNESS:  I believe page 1 has including    18:06
7  both the stretch and the HQ PUMI target and then the   18:07
8  columns U through X are showing the difference between  18:07
9  the two.      18:07
10  BY MR. OLSON:      18:07
11      Q.  What is HQ PUMI supposed to reflect?      18:07
12      A.  I believe it represents the BHAG goal.      18:07
13      Q.  You can put that aside.      18:07
14      Actually, let me ask you a question.      18:07
15      Is it your understanding that a document like   18:07
16  this will be prepared every quarter going forward?   18:07
17      MR. ALDEN:  Objection, vague and ambiguous,    18:07
18  beyond the scope.      18:07
19      THE WITNESS:  That's really beyond my      18:07
20  knowledge to know what the HQ sales team and STA   18:07
21  management, sales management want -- how they want to  18:07
22  plan quarters.      18:07
23      I have no idea.      18:07
24  BY MR. OLSON:      18:07
25      Q.  How often -- let me withdraw the question.   18:07

Highly Confidential - Attorneys Eyes Only

Page 169

1          You can put that aside.                          18:07

2          Do you have any explanation as to why            18:07

3    Exhibits 1922 and 1923 do not include all of the       18:08

4    products identified on 1919?                           18:08

5          MR. ALDEN:  Objection, assumes facts not in      18:08

6    evidence.                                              18:08

7          To the extent that you can answer without        18:08

8    referring to the advice or discussions with counsel,   18:08

9    you can answer the question.                           18:08

10         Otherwise, I instruct you not to answer.         18:08

11         THE WITNESS:  I do not know.  I cannot           18:08

12    answer.                                               18:08

13   BY MR. OLSON:                                          18:08

14      Q.  I need to differentiate between those.          18:08

15         You know something and can't answer or is it     18:08

16   you don't know?                                        18:08

17      A.  I do not know.                                  18:08

18      Q.  So we're clear, does it mean that you are not   18:08

19   excluding from your testimony something that you have  18:08

20   learned about why something is missing because of the  18:08

21   instruction of your counsel?                           18:08

22         MR. ALDEN:  Objection, assumes facts not in      18:08

23   evidence.                                              18:08

24         You can answer the question.                     18:08

25         THE WITNESS:  I -- I --                          18:08

Highly Confidential - Attorneys Eyes Only

Page 170

1    BY MR. OLSON:                                          18:08

2        Q.   Let me try to ask it as cleanly as possible.  18:09

3             Do you have any knowledge or information as   18:09

4    to why 1922 and 1923 together don't have all the       18:09

5    products that are in the list on 1919?                 18:09

6        MR. ALDEN:  Same objections, but you can           18:09

7    answer the question.                                   18:09

8             THE WITNESS:  I do not know why.              18:09

9        MR. OLSON:  I don't have any further               18:09

10   questions.  I will say -- let me go to you for         18:09

11   redirect if you want, I'll have some saying at the     18:09

12   end.                                                   18:09

13       MR. ALDEN:  Okay.  I just have one question.       18:09

14             EXAMINATION BY MR. ALDEN:                    18:09

15       Q.  I believe when we were referring to            18:09

16   Exhibit 1246, you may want to take that out --         18:09

17       A.  I don't think I have a 1246.  They all begin   18:10

18   19.                                                    18:10

19       Q.  Reference to a previously marked exhibit or    18:10

20   have I got it wrong?                                   18:10

21       A.  You're right, there is a 1246.  Weekly sales   18:10

22   report, 2012.                                          18:10

23            This is the one that we had the one copy that 18:10

24   we shared.                                             18:10

25       Q.  Okay.  I believe Mr. Olson asked you some      18:10

Highly Confidential - Attorneys Eyes Only

Page 171

1    questions about that document and I think it was with        18:10

2    respect to that document, but I may be wrong, but            18:10

3    asked you whether royalties are included in -- the           18:10

4    payment of royalties by STA or SEA are included in           18:10

5    Exhibits 1922 or 1923 and you started to provide an          18:11

6    explanation and Mr. Olson cut you off.                       18:11

7         Did you want to continue that explanation or            18:11

8    are you happy to -- with the answer that you already         18:11

9    provided?                                                    18:11

10   A.  I think it's worth clarifying.                           18:11

11        So what I was trying to get to with these               18:11

12   documents and actually it's easier to go back to the         18:11

13   version 1926 that we were looking at earlier, if we go       18:11

14   to page 24, the cost of goods sold section, we can see       18:11

15   on that page that the largest component of the cost of       18:11

16   goods sold is the line domestic cost of goods sold           18:11

17   number.                                                      18:11

18        What I was really trying to clarify was that            18:11

19   inside that transfer pricing number is implied any           18:11

20   royalty that HQ or anyone else would have to pay.            18:12

21        STA by itself doesn't own any IP to the                 18:12

22   products and would not have a requirement to pay IP          18:12

23   royalties to anybody.                                        18:12

24        So that was the point I was starting to make            18:12

25   in that area.                                                18:12

Highly Confidential - Attorneys Eyes Only

Page 172

1        MR. ALDEN:  That's all the questions that I        18:12

2    have.                                                   18:12

3            FURTHER EXAMINATION BY MR. OLSON:               18:12

4        Q.  I have one very quick question on               18:12

5    Exhibit 1926, that you just referred to --              18:12

6        A.  Yes.                                            18:12

7        Q.  -- the first line item under I2, that's the     18:12

8    transfer price?                                         18:12

9        A.  That should be the transfer price.              18:12

10           So when we were talking about COGS cost and     18:12

11   comparing these two reports, I should be clear that     18:12

12   the cost of goods sold here is the same as this cost    18:12

13   of goods sold number here.                              18:12

14           Only this is just pulling for specific          18:12

15   products.                                               18:12

16           So these two reports, in my view, are           18:12

17   identical extracts from SAP.                            18:12

18           Inasmuch as if this was just for the product    18:13

19   you would have the same data as you pull here, if that  18:13

20   helps.                                                  18:13

21       Q.  Have the same total?                            18:13

22       A.  Same total.                                     18:13

23           MR. OLSON:  That's all -- I don't have any      18:13

24   further follow-up.                                      18:13

25           MR. ALDEN:  Okay.  The only thing I wanted to   18:13

Highly Confidential - Attorneys Eyes Only

Page 173

1    do was mark the entire transcript as highly         18:13

2    confidential attorneys' eyes only under the protective   18:13

3    order.                                               18:13

4         MR. OLSON:  All right.                          18:13

5         MR. ALDEN:  I should say and all the exhibits   18:13

6    attached to the transcript.                          18:13

7         MR. OLSON:  No objection to that.               18:13

8         We -- handful of things.                        18:13

9         One, I do not feel we're in a position to       18:13

10   close this deposition in part because of the late    18:13

11   production of documents in violation of a court order,   18:13

12   in fact, I believe in violation of two court orders.   18:13

13        And believe that in certain categories,         18:13

14   Mr. Sheppard was not adequately prepared, but with   18:13

15   that reservation, I don't have any questions and don't   18:13

16   have any objection to the marking of the transcript   18:14

17   confidential.                                        18:14

18        MR. ALDEN:  I'll just say that we disagree      18:14

19   with counsel's position that the deposition is not   18:14

20   closed or that Mr. Sheppard hasn't been adequately   18:14

21   prepared.                                            18:14

22        This is Mr. Sheppard's fourth deposition in     18:14

23   connection with Samsung-Apple matters, his second    18:14

24   deposition in the Northern District of California.  I   18:14

25   believe his life has been sufficiently interrupted and   18:14

Highly Confidential - Attorneys Eyes Only

Page 174

1    consider the deposition closed.                        18:14

2         I have nothing further, though.                  18:14

3         THE VIDEOGRAPHER:  Here marks the end of         18:14

4    today's deposition of Tim Sheppard, total number of   18:14

5    tapes used is three.  We are off the record, it's     18:14

6    6:14.                                                  18:14

7

8

9         (Whereupon, at 6:14 p.m. the deposition of

10   TIMOTHY SHEPPARD was adjourned.)

11

12

13

14

15                      TIMOTHY SHEPPARD

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 175

1          I, LOUISE MARIE SOUSOURES, duly

2     authorized to administer oaths pursuant to Section

3     2093(b) of the California Code of Civil Procedure, do

4     hereby certify: That the witness in the foregoing

5     deposition was by me duly sworn to testify the truth

6     in the within-entitled cause; that said deposition was

7     taken at the time and place therein cited; that the

8     testimony of the said witness was reported by me and

9     was hereafter transcribed under my direction into

10    typewriting; that the foregoing is a complete and

11    accurate record of said testimony; and that the

12    witness was given an opportunity to read and correct

13    said deposition and to subscribe the same.

14       Should the signature of the witness not be affixed

15    to the deposition, the witness shall not have availed

16    himself or herself of the opportunity to sign or the

17    signature has been waived.

18       I further certify that I am not of counsel, nor

19    attorney for any of the parties in the foregoing

20    deposition and caption named, nor in any way

21    interested in the outcome of the cause named in said

22    caption.

23    DATE: 3-1-2012

24              LOUISE MARIE SOUSOURES, CSR. #3575

25

Highly Confidential - Attorneys Eyes Only

Page 176

1

2                    INDEX OF EXAMINATIONS

3                                              PAGE

4    BY MR. OLSON                           7, 172

5    BY MR. ALDEN                              170

6

7

8

9

10                   INDEX OF EXHIBITS

11

12   NUMBER        DESCRIPTION                 PAGE

13   Exhibit 1918 Apple, Inc.'s seventh rule of    6

14                30(b)(6) deposition notice

15   Exhibit 1919 Document showing product names   6

16   Exhibit 1920 Document production Nos.        37

17                SAMNDCA 00323946

18   Exhibit 1921 Document production Nos.        38

19                SAMNDCA 00325459 to 503

20   Exhibit 1922 Document production Nos.        44

21                SAMNDCA 00354292 to 385

22   Exhibit 1923 Document production Nos.        56

23                SAMNDCA 00354386 to 4600

24   Exhibit 1924 Document production Nos.       106

25                SAMNDCA 00280457 to 465

Highly Confidential - Attorneys Eyes Only

1                    I N D E X  (CONTINUED)

2        NUMBER          DESCRIPTION                        PAGE

3        Exhibit 1925 Document production Nos.              136

4                       S-ITC 500030711 to 714

5        Exhibit 1926 Document production Nos.              142

6                       S-ITC 500028870 to 895

7        Exhibit 1927 Document production Nos.              153

8                       S-ITC 003362010 to 045

9        Exhibit 1928 Document production Nos.              164

10                      S-ITC 500018418 to 467

11       Exhibit 1929 Document production Nos.              164

12                      SAMNDCA 11172582 to 590

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 178

1           ERRATA SHEET FOR THE TRANSCRIPT OF:

2   Case Name: Apple Inc v. Samsung Electronics Company Limited

3   Dep. Date: Wednesday, February 29, 2012

4   Deponent: TIMOTHY SHEPPARD

5   CORRECTIONS:

6    Pg. Ln. Now Reads        Should Read       Reason

7    ___ ___ _____ _____ _____

8    ___ ___ _____ _____ _____

9    ___ ___ _____ _____ _____

10   ___ ___ _____ _____ _____

11   ___ ___ _____ _____ _____

12   ___ ___ _____ _____ _____

13   ___ ___ _____ _____ _____

14   ___ ___ _____ _____ _____

15   ___ ___ _____ _____ _____

16   ___ ___ _____ _____ _____

17   ___ ___ _____ _____ _____

18   _____

19   Signature of Deponent

20   SUBSCRIBED AND SWORN BEFORE ME

     THIS____DAY OF_____, 2011.

21

     _____

22   (Notary Public) MY COMMISSION EXPIRES:_____

23

                 TIMOTHY SHEPPARD

24

25