1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                    UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

21 | APPLE INC., a California corporation, | |
22 | Plaintiff, | CASE NO. 11-cv-01846-LHK |
23 | vs. | **MANUAL FILING NOTIFICATION FOR EXHIBIT K TO THE DECLARATION OF CHRISTOPHER PRICE IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL RESPONSE TO APPLE'S CORRECTED REPLY IN SUPPORT OF ITS MOTION FOR RULE 37(B)(2) SANCTIONS** |
24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
25 | | |
26 | | |
27 | Defendant. | |
28 | | |

**MANUAL FILING NOTIFICATION**

Regarding:  Exhibit K to the Declaration of Christopher Price in Support of Samsung's Supplemental Response to Apple's Corrected Reply in Support of its Motion for Rule 37(b)(2) Sanctions.

A paper form of this document is already in the Court's files and is being maintained in the Clerk's office.  (*See* Dkt. No. 857.)  Samsung requests that the document be made part of the public record pursuant to the Court's February 1, 2013 Order.  (*See* Dkt. No. 2222.)

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

__X__   Voluminous Document

_____   Unable to Scan Documents

_____   Physical Object (description):

_____   Non Graphical/Textual Computer File

_____   Item Under Seal

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (description): _____

DATED:  February 20, 2013                    Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  *Victoria F. Maroulis*
    Victoria F. Maroulis
    Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC