QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BEOMJOON KIM IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL RESPONSE TO APPLE'S CORRECTED REPLY IN SUPPORT OF RULE 37(b)(2) MOTION RE: SAMSUNG'S ALLEGED VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date: April 9, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

**FILED UNDER SEAL**

02198.51855/4693092.1

Case No. 11-cv-01846-LHK
DECLARATION OF BEOMJOON KIM IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL RESPONSE

I, Beomjoon Kim, declare:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to the facts stated herein. This declaration is made in support of Samsung's Surreply to Apple's Rule 37(b)(2) Motion Re Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order.

2. I am a Manager in the Management Support Team of Samsung Electronics Co., Ltd. ("SEC"). I report directly to Jaehwang Sim, a Vice President in the Management Support Team. I am responsible for preparing the initial draft of the monthly closing, and for creating the SAP database, which I discuss below, in accordance with each monthly closing. I have had these responsibilities for three years, and have held accounting positions with the Management Support Team for Samsung's Mobile Division for ten years. My educational degree is in accounting.

3. It is my understanding that Apple has alleged that the financial spreadsheets that Samsung has produced in this case are inaccurate, and the product of minimal effort and essentially no review. As the individual who personally prepared each of the spreadsheets, I can unequivocally say that this is untrue.

4. Samsung, in the ordinary course of business, does not generate sales and financial reports with the information Apple seeks on a per-model basis for the accused and practicing products. Specifically, Samsung does not generate documents in the ordinary course of business which show quantity of units sold, net revenue, cost of goods sold, operating expense, and operating profit on a per-model basis for the products at issue in this case. Therefore, the information Apple requested had to be pulled from our system of record (the SAP database), and placed into spreadsheets. This was done by me personally for the SEC, Samsung Electronics America ("SEA") and Samsung Telecommunications America ("STA") data contained in each spreadsheet with assistance from STA personnel for the STA data. With respect to STA data, I also requested that this information also be double-checked and validated by employees in STA's Finance Department. I then included the data in the spreadsheets.

1          5.      With respect to the February 3, 2012 Spreadsheet, it took me approximately five
2  full days to prepare and validate.   This included two full days spent gathering and inserting the
3  data from SAP into the Spreadsheet, and three full days spent checking it to ensure that it was
4  accurate.   The checking process included comparing each and every piece of data in the
5  Spreadsheet with the data in Samsung's SAP database for each and every product included in the
6  Spreadsheet.   It also included sending the Spreadsheet to two employees in STA's Finance
7  Department, JaeHee Yoo and Y.W. Kim, and asking them to double-check and validate that the
8  STA data was accurate, which they told me they did.

9          6.      I understand that Apple has asked why the data in the "Total" worksheet of the
10 Spreadsheet did not equal the sum of the data in the worksheets for each individual product.   The
11 reason is that additional non-accused products were originally inadvertently included in the
12 Spreadsheet.   However, when these products were removed, the "Total" worksheet was
13 inadvertently not updated.   As soon as I became aware of this issue, I corrected it, which is
14 reflected in the revised spreadsheet produced on February 28, 2012.   Other than this minor
15 computational error, the data contained in the February 3, 2012 Spreadsheet is accurate and
16 reflects the data maintained by Samsung in its SAP database in the ordinary course of its business.

17         7.      After I finished preparing the February 3, 2012 Spreadsheet, I spoke to Vice
18 President Sim and reported to him that I had properly transferred the requested data from
19 Samsung's SAP database to the Spreadsheet in accordance with his instructions.

20         8.      I engaged in the same five-day compilation and validation process described above
21 in order to prepare the Practicing Products Spreadsheet, produced on February 28, 2012.   In other
22 words, I personally gathered the SEC, SEA, and STA data from Samsung's SAP database, with
23 assistance from STA personnel, and inserted it into the Spreadsheet.   I also had the STA data
24 double-checked and validated by STA's Finance Team.   I then spent approximately three full
25 days checking each piece of data in the Spreadsheet against the data in the SAP database to ensure
26 it was accurate, and confirmed with JaeHee Yoo and Y.W. Kim of STA that the STA data was
27 also accurate.
28

9.     I also personally prepared and validated each subsequent spreadsheet produced by Samsung in this action.    Because these subsequent spreadsheets were largely revisions of the February 3, 2012 Spreadsheet and the Practicing Products Spreadsheet, they did not take me as long to prepare and validate.    Generally, it took me half a day to prepare each revised version and half a day to validate each one.    Again, for each revised version, the STA data was double-checked and validated by STA personnel.

10.    Having personally spent many days preparing and validating Samsung's spreadsheets, I can say with confidence that Apple's assertions that they are inaccurate and are the product of minimal effort and no review are incorrect.    The spreadsheets were prepared with the utmost care, thoroughly checked, and reflect data maintained in Samsung's SAP database in the ordinary course of its business.    To the extent there were any minor errors in the spreadsheets, they were inadvertent and corrected when discovered.    For example, I recently discovered that there were several minor errors in the spreadsheets produced on March 8, 2012.    These errors pertained only to STA data, only to six products out of 70 in total, and only to certain figures in the G&A, Sales Expense and Operating Expense categories.    Rather, than trying to hide them, I immediately set about correcting these errors – which were due to the misapplication of a summing formula – and I understand that Samsung's counsel promptly notified Apple's counsel. Contrary to Apple's assertion, at no point in this process have I or anyone at Samsung attempted to hide, manipulate, or "massage" data.    To the contrary, as this example illustrates, whenever a minor error was discovered, we informed Apple and produced a revised spreadsheet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of March, 2012, at Suwon, Korea.

1
2
3  By _____
4     Beomjoon Kim
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28