# Watson Declaration

# EXHIBIT 32

# Filed Under Seal

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
        CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
 1            UNITED STATES INTERNATIONAL TRADE COMMISSION
                           WASHINGTON, D.C.
 2
      _____
 3
      In the Matter of:
 4
      CERTAIN ELECTRONIC DIGITAL              Case No.:
 5
      MEDIA DEVICES AND COMPONENTS            337-TA-796
 6
      THEREOF
 7
      _____
 8

 9           *** CONFIDENTIAL BUSINESS INFORMATION ***
                    SUBJECT TO PROTECTIVE ORDER
10

11       VIDEOTAPED 30(b)(6) AND PERSONAL DEPOSITION OF:

12

13                           KYUHYUK LEE

14

15

16                        February 10, 2012

17                           Kim & Chang

18                        Seoul, South Korea

19                       9:09 a.m. - 7:31 p.m.

20

21

22

23

24

25
```

### Page 6

```
 1              P R O C E E D I N G S
 2         Deposition Exhibits 1, 2, 3, and 4 were
 3         premarked.)
 4              THE VIDEOGRAPHER:  My name is RJ Buckler, a
 5   certified legal video specialist with American
 6   Realtime Court Reporters in Asia.  The date today is
 7   February 10th, 2012.  The time is approximately
 8   9:09 a.m.
 9              This deposition is being held in the office
10   of Kim & Chang located at their Jeongdong office on
11   the 16th floor in Seoul, South Korea.
12              The caption of this case is In the Matter of
13   Certain Electronic Digital Media Devices and
14   Components Thereof, held before the International
15   Trade Commission with a case number of 337-TA-796.
16   The name of the witness is Kyuhyuk Lee, testifying in
17   his capacity as a 30(b)(6) witness and in his personal
18   capacity.  The court reporter today is Lisa Knight,
19   also with American Realtime Court Reporters in Asia.
20              At this time, I would ask all counsel and
21   interpreters to please state their appearances and
22   whom they represent for the record.
23              MR. BUSEY:  Yes.  Brian Busey of the firm of
24   Morrison & Foerster representing Complainant Apple in
25   this case.  Along with me today is Sun Park.
```

### Page 7

```
 1              MR. ROGOYSKI:  Robert Rogoyski from Quinn,
 2   Emanuel, Urquhart & Sullivan.  Along with me today is
 3   Jae-Il Park from Samsung.
 4              LEAD INTERPRETER:  Jeesoo Jung, main
 5   interpreter.
 6              CHECK INTERPRETER:  Sue Mi Jones, serving as
 7   check interpreter.
 8              THE VIDEOGRAPHER:  At this time, will
 9   counsel please state any stipulations for the record.
10              MR. BUSEY:  Yes.
11              The court reporter has asked us to read into
12   the record the following:  We understand the court
13   reporter is not authorized to administer oaths in this
14   venue.  Nevertheless, we request that she administer
15   the oath.  And we stipulate that we waive any
16   objection to the validity of the deposition based on
17   the oaths.
18              And my understanding is that both parties
19   have agreed to that.
20              MR. ROGOYSKI:  Yes.
21              MR. BUSEY:  Okay.
22              THE VIDEOGRAPHER:  At this time, our court
23   reporter will swear in the witness and the
24   interpreters, and then we may proceed.
25              (Interpreters sworn.)
```

### Page 8

```
 1              KYUHYUK LEE,
 2    having been first duly sworn to state the whole truth
 3   testified as follows:
 4                    EXAMINATION
 5    BY MR. BUSEY:
 6         Q.   Anyong-haseyo, Mr. Lee.
 7         A.   Good morning.
 8         Q.   Have you ever been deposed before in a
 9   deposition?
10         A.   This is the first time.
11         Q.   I'm sure your counsel, Mr. Rogoyski, has
12   explained the process to you.  Is that correct?
13         A.   Yes, that is correct.
14         Q.   Let me just review a couple of aspects of the
15   process so that we have the same understanding.  Do you
16   understand that I will be asking questions on behalf of my
17   client Apple in this case, and I will expect that you
18   answer the question unless your counsel instructs you not
19   to answer.
20              If my question is unclear, you can ask me to
21   rephrase it or clarify it.  Otherwise, I will assume you
22   understand it.  Do you understand that?
23         A.   Yes, I understand.
24         Q.   If you need a break at any time during the
25   deposition, please just ask your counsel or me for one and
```

### Page 9

```
 1   we will take a break.
 2         A.   Yes.  Understood.
 3         Q.   Do you understand that you are under oath to
 4   give truthful answers?
 5         A.   Yes, I do.
 6         Q.   Is there any reason today why you cannot give
 7   truthful answers to the best of your knowledge?
 8         A.   No, there isn't.
 9         Q.   You're not under any medication or other
10   disability that would prevent you from giving truthful
11   answers?
12         A.   I caught a cold, so I took cold medicine, but I
13   don't believe it to affect my testimony.
14         Q.   Thank you for your completeness.
15              Can you state your full name and business
16   address for the record, please.
17         A.   My name is Kyuhyuk Lee.  My company is Samsung
18   Electronics.  And its address is 416, Maetan-dong,
19   Yeongtong-gu, Suwon City, Gyeonggi Province.
20         Q.   We've asked the court reporter to put in front
21   of you the first few exhibits in the case which are the
22   notice of deposition issued to Samsung Electronics in this
23   case, which is Exhibit 1; the notice issued to Samsung
24   Electronics America, Exhibit 2; and the notice to Samsung
25   Telecommunications America, Exhibit 3; as well as the
```

Page 162

1  most e-mails. However, generally speaking, most employees
2  are using My Single.
3  BY MR. BUSEY:
4      Q.   And I believe your testimony earlier today,
5  Mr. Lee, was that My Single deletes -- automatically
6  deletes e-mail after two weeks; is that correct?
7      A.   The system automatically deletes them.
8      Q.   Is there any place in Samsung -- strike that.
9           Does Samsung back up its e-mail in any fashion
10 before that deletion process occurs?
11     A.   Basically the server is composed --
12          LEAD INTERPRETER:  Strike that.
13     A.   Basically that server is double-layered server,
14 so the same content is backed up in another server.
15          CHECK INTERPRETER:  Maybe "The server is set
16 up as duplication server."
17 BY MR. BUSEY:
18     Q.   So, Mr. Lee, are the e-mails which are
19 automatically deleted using the My Single IT system after
20 two weeks, is it possible to retrieve those from a backup
21 server or other source?
22          MR. ROGOYSKI:  Objection, vague.
23 BY MR. BUSEY:
24     Q.   Do you understand the question, Mr. Lee?
25     A.   Would you repeat your question?

Page 163

1      Q.   Sure.
2           Is there -- my understanding, again, based on
3  your testimony, is that the My Single IT system
4  automatically deletes e-mails after two weeks. Is there
5  -- is there any way to retrieve those e-mails from another
6  backup system?
7           MR. ROGOYSKI:  Objection, vague.
8      A.   Yes, there is a way.
9  BY MR. BUSEY:
10     Q.   And what is that method?
11     A.   If there are e-mails that need to be stored for
12 a longer period of time, you can move that kind of data to
13 your personal hardware drive disk; or if you receive
14 permission from the head of each division and from the
15 system management department, you can install an Outlook
16 system which is synchronized with My Single.
17          CHECK INTERPRETER:  "Which can be linked to
18 My Single."
19 BY MR. BUSEY:
20     Q.   Is there any other way -- strike that.
21          Is the e-mail that's automatically deleted
22 after two weeks, is it backed up or stored in any part of
23 Samsung's IT system?
24          MR. ROGOYSKI:  Objection, vague.
25 ///

Page 164

1  BY MR. BUSEY:
2      Q.   Do you understand what I'm asking, Mr. Lee?
3      A.   Yes.
4           According to my understanding, there is no
5  system that automatically stores such information.
6           CHECK INTERPRETER:  I don't think it's --
7  according to my understanding --
8           (A discussion was had off the record between
9  Lead Interpreter and Check Interpreter in Korean.)
10     A.   Would you repeat your question?
11     Q.   Yes.
12          I'm asking whether the e-mail that's
13 automatically deleted by the My Single system after two
14 weeks is backed up or stored in any other part of
15 Samsung's IT system.
16          MR. ROGOYSKI:  Same objection.
17     A.   It's not stored.
18 BY MR. BUSEY:
19     Q.   In order for an employee to store e-mail to
20 avoid having the e-mail automatically deleted after two
21 weeks, the employee has to obtain permission from the head
22 of his or her department to use the Outlook system; is
23 that correct?
24     A.   When it comes to storage --
25          LEAD INTERPRETER:  Strike that.

Page 165

1      A.   If you want to store that kind of information,
2  you've got to get permission to link the --
3           LEAD INTERPRETER:  Strike that.
4      A.   In order to install an Outlook linked to My
5  Single, you have to get permission, but even though you
6  don't use the Outlook system, you can separately store
7  that kind of information on your personal hardware drive.
8           CHECK INTERPRETER:  Just a minor correction.
9  "Store that kind of e-mail" instead of "information."
10 BY MR. BUSEY:
11     Q.   How many employees have their -- have linked
12 Outlook -- the -- have linked an Outlook account to their
13 My Single?
14     A.   Since I'm not a part of the information system
15 management department, I don't know as to how many people
16 are using the Outlook system.
17     Q.   Do you have any understanding as to -- strike
18 that.
19          Is it my understanding that Outlook is not
20 automatically given to each employee of Samsung?
21     A.   Yes, that is correct.
22     Q.   I just have a couple of questions on the
23 collection topic, collection of documents, Mr. Lee.  I
24 believe you identified earlier today a Mr. Sang-Hoon Jin
25 within the IP center as a person who -- one of the people

Page 166

1  who coordinated collection; is that correct?
2       A.    What do you mean by "coordinated collection"?
3       Q.    I'm just trying to get a better understanding
4  of who was involved in collecting responsive documents.
5       A.    The guidelines were given by the counsel from
6  the IP legal team with regard to the documents collection.
7  And there was sufficient explanations on the significance
8  and method of document collection through the notices
9  given to people who are responsible for collecting
10 documents.  Therefore, those people are not playing a role
11 of coordination.  Rather than that, they just collect
12 documents.
13      Q.    So is it my understanding, Mr. Lee, that each
14 individual person who received the notice was supposed to
15 -- was responsible for collecting the documents?
16           MR. ROGOYSKI:  Objection, lack of
17 foundation.
18      A.    Would you repeat your question, please?
19 BY MR. BUSEY:
20      Q.    Yes.
21           My understanding was you were saying that there
22 wasn't -- there weren't -- strike that.
23           Were there individuals who served a
24 coordinating role in collection of documents within the
25 company?

Page 167

1       A.    Would you explain to me what kind of actions
2  you are referring to when you say "coordination"?
3       Q.    Yes.  Did certain individuals contact others in
4  their business unit or team to collect documents in
5  response to the request for documents?
6       A.    The counsel from the IP legal team has sent out
7  notices for document retention.  And for the convenience
8  --
9            LEAD INTERPRETER:  Strike that.
10      A.    For the convenience of collecting documents,
11 some departments concerned designated a person to collect
12 documents or each individual collected their documents and
13 submitted them directly to the counsel.
14      Q.    So my understanding, Mr. Lee, is in some cases,
15 there was -- departments designated someone to be a
16 coordinator to collect the documents, and in other cases,
17 individuals collected their own documents.  Is that right?
18      A.    Yes.  There can be many ways.
19      Q.    Okay.
20           MR. BUSEY:  Let's go off the record.  Let me
21 see if I can wrap this up.
22           THE VIDEOGRAPHER:  The time is 7:24.  We're
23 going off the record.  It's the end of Tape 8.
24           (Recess taken.)
25           THE VIDEOGRAPHER:  The time is 7:29.  We're

Page 168

1  back on the record at the beginning of Tape 9.
2            MR. BUSEY:  Mr. Lee, at this time, I have no
3  further questions.  I want to thank you for your
4  patience, given it's been a very long day, I'm sure,
5  for you.
6            Do you want to translate that?
7            (Translation.)
8            MR. BUSEY:  I will state --
9            THE WITNESS:  Thank you.
10           MR. BUSEY:  Thank you, Mr. Lee.
11           I will state for the record that it has
12 nothing to do with Mr. Lee, but we consider this
13 deposition open because there are a number of topics,
14 for a number of reasons, one, because we've not had
15 complete production of documents in the case; two,
16 there have been a number of objections on scope which
17 I believe are now before the Administrative Law Judge
18 Pender.  And I think we reserve the right to pursue
19 the topics that -- which we've gotten incomplete
20 information here.  Anyway, thank you, again.
21           MR. ROGOYSKI:  And we consider this
22 deposition closed.
23           THE VIDEOGRAPHER:  So the time is 7:31.
24 We're off the record at the end of Tape 9.
25           (Time noted:  7:31 p.m.)

Page 169

1  (Counsel representing this witness should arrange for
   reading and signing and thereafter distribute copies
2  of the signed Errata sheet to opposing counsel without
   involvement of the court reporter.)
3
   STYLE OF CASE:    Certain Electronic Digital Media
4                    Devices and Components Thereof
5  DEPOSITION OF:    KYUHYUK LEE
6  DATE TAKEN:       February 10, 2012
7                E R R A T A   S H E E T
8  Page    LineChange          Reason
9   ___    ___  _____
10  ___    ___  _____
11  ___    ___  _____
12  ___    ___  _____
13  ___    ___  _____
14  ___    ___  _____
15  ___    ___  _____
16  ___    ___  _____
17  ___    ___  _____
18  ___    ___  _____
19  ___    ___  _____
20  ___    ___  _____
21  ___    ___  _____
22
   I hereby certify that I have read my deposition and that
23 it is true and correct subject to any changes in form or
   substance entered here.
24  _____           _____
    Date                      KYUHYUK LEE
25