# Watson Declaration

# EXHIBIT 33

# Filed Under Seal

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S THIRD SUPPLEMENTAL AND AMENDED IDENTIFICATION OF CUSTODIANS, LITIGATION HOLD NOTICES AND SEARCH TERMS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| Defendants. | **MAY 26, 2012** |

Pursuant to the Court's September 28, 2011 Order, Defendants and Counterclaimants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby serve the following identifications of custodians, litigation hold notices and discovery search terms.    Disclosure of the below document collection information and the attached exhibits pursuant to the Court's Order does not constitute waiver of attorney client, work product, or any other applicable privilege.

## LITIGATION HOLD NOTICES

SEC Litigation Hold Notices

| Litigation Notice (see exhibit) | Language | Date of Litigation Notice | Date(s) Sent | Recipients |
|---|---|---|---|---|
| A | English | 8-23-2010 | 9-3-2010 | See Exhibit T |
| B | Korean | 9-03-2010 | | |
| C | English | 4-21-2011 | 4-22-2011; 4-28-2011; 4-29-2011; 5-2-2011; 5-3-2011; 5-4-2011; 5-9-2011; 5-11-2011; 5-12-2011; 5-20-2011; 5-24-2011; 5-27-2011; 5-30-2011; 8-23-2011; 10-10-2011 | See Exhibit X |
| D | Korean | | | |
| E | English | 5-11-2011 | 5-12-2011; 6-16-2011; 10-10-2011 | See Exhibit Y |
| F | Korean | | | |
| G | English | 7-11-2011 | 10-10-2011 | See Exhibit Z |
| H | Korean | 7-12-2011 | | |
| I | Korean | 5-18-2011 | 5-24-2011 | See Exhibit S |
| J | Korean | 7-18-2011 | 7-19-2011 | See Exhibit S |
| V | English | 7-13-2011 | 7-13-2011 | See Exhibit AA |

| W | Korean | | 8-8-2011;<br>11-11-2011;<br>11-14-2011;<br>11-15-2011;<br>12-12-2011;<br>12-21-2011;<br>1-20-2012;<br>1-25-2012;<br>1-26-2012;<br>3-2-2012<br>3-5-2012 | |

STA Litigation Hold Notices (all notices sent on date of litigation notice, except where indicated)

| Litigation Notice (see exhibit) | Date of Litigation Notice | Language | Recipients |
|---|---|---|---|
| K | 4-20-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |
| L | 4-25-2011 (sent on 4-26-2011) | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |
| M | 7-8-2011 (sent on 7-11-2011) | English | See Exhibit U |
| N | 5-25-2011 | English | All STA personnel including contractors and dispatchers (approximately 2,243 individuals) |

SEA Litigation Hold Notices (all notices sent on date of litigation notice)

| Litigation Notice (see exhibit) | Date of Litigation Notice | Language | Recipients |
|---|---|---|---|
| O | 4-21-2011 | English | All SEA personnel (approximately 850 individuals) |
| P | 4-21-2011 | Korean | All SEA personnel (approximately 850 individuals) |
| Q | 6-20-2011 | English | All SEA personnel (approximately 850 individuals) |
| R | 7-8-2011 | English | All SEA personnel (approximately 850 individuals) |

1

2  **SEARCH TERMS USED IN DISCOVERY**

3

4

| Custodian | Search Terms Applied | Date Filter |
|---|---|---|
| Ahyoung Kim | apple;애플; a 사; a 社; 이페드; 아이폰; ipod;   iphone; ipad; grid; array; rows; Columns; telephone/s icon; telephone /s metaphor; phone /s icon; phone /s metaphor; flower /s photo; flower /s photograph; flower /s picture; flower /s icon; flower /s metaphor; cd /s icon; cd /s metaphor; music icon; music metaphor; starburst /s icon; starburst /s metaphor; sunburst /s icon; sunburst /s metaphor; note /s icon; note /s metaphor; notepad /s icon; notepad /s metaphor; memo /s icon; memo /s metaphor; sticky /s icon; sticky /s metaphor; post-it /s icon; post-it /s metaphor; text /s icon/metaphor; text /s metaphor; IM /s icon/metaphor; IM /s metaphor; message /s icon; message /s metaphor; bubble /s icon; bubble /s metaphor; gear /s icon; gear /s metaphor; settings /s icon; settings /s metaphor; contact /s icon; contact /s metaphor; address icon; address metaphor; book /s metaphor; book /s icon; round /5 rectangle; round /5 square; dock; constant row; stationary row; constant icon; dot /s row; dot /s screen; dot /s orient; concept /s page; friendly; target; intent; intend; copy; copies; copied; 627,790; 617,334; 604,305; 627790; 617334; 604305; Anzures; Chaudhri; 3,470,983; 3,886,196; 3,889,642; 3,886,200; 3,889,685; 3,886,169; 3,886,197; 2,935,038; 3470983; 3886196; 3889642; 3886200; 3889685; 3886197; 2935038; 85/041,463 | 1/1/07 to 4/15/11 |
| Beyeon Wook Kim | bounce; bouncing back; spring back; springing back; snapping back; snap back; list scrolling; rubber band; rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display; 7469381; 7,469,381; 11/956,969; "Ording;" apple; 애플; A 사 ; A 社; iPhone; 아이폰; iPad; 아이패드 | none |
| Bo-Ra Kim | Apple; 애플; A 사; A 社; A4; A Company; iPhone; 아이폰; iPad; 아이패드; Infuse; Dempsey; Galaxy; Behold; Vibrant; Droid Charge;    Stealth; P4; P5; ipod; corner; radius; radii; spline; front /5 smooth; front /5 flat; front /5 black; surface /5 smooth; surface /5 flat; surface /5 black; speaker; earpiece; slot; bezel; border; look; feel; ornament; minimal; simple; calm; balance; friendly; thin; slim; sleek; light; concept; target; intent; intend; copy; copies; copied; 504,889; 593,087; 618,677; 622,270; 504889; 593087; 618677; 622270; Andre; Coster; Iuliis; Howarth; Ive; Jobs; Kerr; Nishibori; Rohrbach; Satzger;Seid; Stringer; Whang; Zorkendorfer; 3,470,983; 3,457,218; 3,475,327; 3470983; 3457218; 3475327; 77/921,838; 77/921,829; 77/921,869; 85/299,118 | none |
| Cheolwoo Ahn | Manual | none |
| Don Ju Lee | iPhone; 아이폰; iPad; 아이패드; redesign; 재디자인; design; 디자인; 변경; 디자인; P3; P4 | 1/1/10 to 3/2/11 |
|  | Tab; Apple; A Company; 애플; A 사; A 社 | 1/1/10 to 3/31/11 |
|  | iPhone; 아이폰 ; iPad; 아이패드 ; redesign; 재디자인 ; | 3/2/11 to |

| | | "design change" ; "디자인 변경" ; Galaxy Tab ; design or 디자인 ; P3; P4 | 3/31/11 |
|---|---|---|---|
| 2 | Dooju Byun | Apple;애플; a 사; a 社; A 사; A 社; iPhone ; 아이폰; iPad; 아이패드  and ; bounce ;  바운스 ; apple; bouncing back; spring back; springing back; snap back; snapping back; list scrolling; rubber band; rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display; 7469381; 7,469,381; 11/956,969; "Ording" | none |
| | Eun Pyeoung | Apple;애플; a 사; a 社; A 사; A 社; 이패드; 아이폰; iphone; ipad | none |
| | Eun Yoon | Apple;애플; a 사; a 社; A 사; A 社; 이패드; 아이폰; iphone; ipad | 1/01/07 or later |
| | GiYoung Lee | Apple; 애플 ; A 사 ; A 社 ; A 4 ; A Company; iPhone; 아이폰 ; iPad; ;  아이패드; Galaxy; Aries; Behold; Vibrant; Fascinate; Atlas; Mesmerize; Showcase; ipod; intend; speaker; slot; radius; corner; look; target; simple; concept; light; border; thin; spline; intent; feel; minimal; slim; balance; calm; sleek; friendly; ornament; surface n/5 smooth; surface n/5 flat; surface n/5 black; front n/5 black; front n/5 flat; front n/5 smooth; radii; bezel; earpiece; Stringer; Andre; Seid; Whang; Jobs; Kerr; Coster; Iuliis; Howarth; Nishibori; Rohrbach; Satzger; Zorkendorfer; "Ive"; 504889; 504889; 593087; 618677; 622270; 593087; 618677; 622270; 3470983; 3457218; 3475327; 3470983; 3457218; 3475327; 77/921,838; 77/921838; 77/921,829; 77/921829; 77/921,869; 77/921869; 85/299,118; 85/299118 | none |
| | | Emails were also searched for: Infuse; Dempsey; Stealth; P4; P5 | none |
| | Gert-Jan Vanlieshout | WG1; WG2; 25.322; 25.212; 25.213; 25.214 | none |
| | Hangil Song | Apple ; 애플 ; A 사 ; A 社 ; iPhone; 아이폰 ; iPad; 아이패드; prevail; vino; ipod; intend; speaker; slot; radius; corner; look; target; simple; concept; light; border; thin; spline; intent; feel; minimal; slim; balance; calm; sleek; friendly; ornament; surface n/5 smooth; surface n/5 flat; surface n/5 black; front n/5 black; front n/5 flat; front n/5 smooth; radii; bezel; earpiece; Stringer; Andre; Seid; Whang; Jobs; Kerr; Coster; Iuliis; Howarth; Nishibori; Rohrbach; Satzger; Zorkendorfer; "Ive"; 504889; 504889; 593087; 618677; 622270; 593087; 618677; 622270; 3470983; 3457218; 3475327; 3470983; 3457218; 3475327; 77/921,838; 77/921,838; 77/921,829; 77/921829; 77/921,869; 77/921869; 85/299,118; 85/299118 | none |
| | Hanil Yu | Manual | none |
| | Hansoo Jung | Apple;애플; a 사; a 社; A 사; A 社; 이패드; 아이폰; iphone; ipad | none |
| | Hanyong Uhm | Manual | none |
| | Heonseok Lee | Apple; 애플; A 사; A 社 ; A Company; iPhone; 아이폰 ; iPad; 아이패드; Touch screen panel; touchscreen panel; Iljin; SMAC; Jtouch; Drive trace; Drive electrode; Sense trace; Drive electrode; Mutual method; Mutual capacitance; Ground shield; Filtering; Flooded x; flooded-x; Caterpillar;    "X and Y"; Qmatrix; Two layer; Mxt1386; QTAN0032; QTAN0054; Capacitive coupling; Multipoint Touchscreen; mutual | none |

Samsung's Third Supplemental and Amended Identification of Custodians, Litigation Hold Notices, and Search Terms

| | | | |
|---|---|---|---|
| | | capacitance; mutual capacitive; capacitive touchscreen; transparent touchscreen; mutual capacitance; ITO traces; transparent traces; capacitive sensing; multiple touches; multiple fingers; ellipse-fitting; ellipse fitting; centroid-fitting; centroid fitting; pixel groups; unitary transformation; group covariance matrix; segment the proximity image; segmenting the proximity image; segment a proximity image; segmenting a proximity image;   producing a proximity image;   produce a proximity image; producing a series of proximity images; produce a series of proximity images; time-sequenced series of proximity images; plurality of proximity images; plurality of successive proximity images; Double-sided touch-sensitive panel with shield and drive combined layer; Atmel mXT224; ellipse parameters; ;eccentricity; 10/840,862; 10/840862; 7812828; 7,812,828; 11/677,958; 7920129; 11/650,182; Hotelling; Strickon; Huppi; Westerman; Elias; "brian land" | |
| | Hyoung Shin Park | Manual | |
| | Himke Vandervelde | WG1; WG2; 25.322; 25.212; 25.213; 25.214 | none |
| | Hong Moon Chung | Apple;  애플;  A 사;  A 社 ; iPhone;  아이폰; iPad;  아이패드 | none |
| | Hyung Jung Kim | Apple;  애플;  A 사;  A 社 ; iPhone;  아이폰; iPad;  아이패드 | 1/1/07 or later |
| | Ilseok Jang | Manual | none |
| | Indong Kang | Manual | none |
| | INPRO Server | Manual | none |
| | Inwon Jong | Apple;  애플;  A 사;  A 社 ; iPhone;  아이폰; iPad;  아이패드 | 1/1/07 or later |
| | Ioi Lam | Apple;애플;  a 사;  a 社;  A 사;  A 社;  이패드;  아이폰; ipod; iphone; ipad, Bounce; bouncing back; spring back; springing back; snapping back; snap back; list scrolling; rubber band; rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display; 7469381; 7,469,381; 11/956.969; "Ording;" | none |
| | JaeHyoung Kim | Manual | none |
| | Jaegwan Shin | Apple;애플;  a 사;  a 社;  A 사;  A 社;  이패드;  아이폰; ipod; iphone; ipad, Bounce; bouncing back; spring back; springing back; snapping back; snap back; list scrolling; rubber band; rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display; 7469381; 7,469,381; 11/956.969; "Ording;" | none |
| | Jeahun Han | Manual | none |
| | Jeeyeun Wang | iPhone;  아이폰; iPad;  아이패드; bounce; bounce back; bouncing back; spring back; springing back; snap back; snapping back; list scrolling; rubber band; rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display; 7469381; 7,469,381; 11/956,969; "Ording" grid; array; rows; columns; (telephone or telephones or phone or phones or flower or flowers or "cd" or "cds" or music or starburst or starbursts or note or notes or notepad or notepads or memo or memos or sticky or stickys or post-it or post-its or text | 1/1/07 or later |

| | | or texts or "IM" or "IMs" or message or messages or gear or gears or setting or settings or contact or contacts or address or book or books) n2 (icon or metaphor); round n/5 rectangle; round n/5 square; dock; constant row; stationary row; constant icon; dot row; dots row; dot screen; dots screen; dot orient; dots orient; concept page; concepts page; friendly; target; intent; intend; 627,790; 617,334; 604,305; 627790; 617334; 604305; Anzures;   Chaudhri; 3,470,983; 3,886,196; 3,889,642; 3,886,200; 3,889,685; 3,886,169; 3,886,197; 2,935,038; 3470983; 3886196; 3889642; 3886200; 3889685; 3886169; 3886197; 2935038; 85/041,463 | |
| | | (apple; a company; 애플; A 사 ; A 社) n/10 (copy; copied; similar; like; comparable; akin; imitate; emulate; reproduce; replicate; try; mimic; plagiarize; steal; duplicate; replicate) | 1/1/07 or later |
| Jinna Yoon | Apple; 애플; A 사 ; A 社 iPhone; 아이폰; iPad; 아이패드 ; Infuse; Galaxy ; Droid Charge; Tab 10.1 | none |
| JinSoo Kim | Apple; 애플; A 사 ; A 社; A4; A Company; iPhone; 아이폰 ; iPad; 아이패드; Ace; Galaxy; Tab; P1; P4; P5; ipod; corner; radius; radii; spline; front /5 smooth; front /5 flat; front /5 black; surface /5 smooth; surface /5 flat; surface /5 black; speaker; earpiece; slot; bezel; border; look; feel; ornament; minimal; simple; calm; balance; friendly; thin; slim; sleek; light; concept; target ; intent; intend; copy; copies; copied; 504,889; 593,087; 618,677; 622,270; 504889; 593087; 618677; 622270; Andre; Coster; Iuliis; Howarth; "Ive"; Jobs; Kerr; Nishibori; Rohrbach; Satzger; Seid; Stringer; Whang; Zorkendorfer; 3,470,983; 3,457,218; 3,475,327; 3470983; 3457218; 3475327; 77/921,838; 77/921,829; 77/921,869; 85/299,118 | none |
| | Emails were also searched for: Infuse; Dempsey; Behold; Vibrant; Droid Charge; Stealth | none |
| Ji-Suk Nam | Manual | none |
| Jongsun Park | Manual | none |
| Ju Ho Lee | WG1; WG2; 25.322; 25.212; 25.213; 25.214 | none |
| Juneseok Kim | Apple; 애플; A 사; A 社 ; iPhone; 아이폰; iPad; 아이패드 | 1/1/07 or later |
| Junho Park | (Apple; a 사; a 社; A 사  ; A 社) n/10 (copy; similar; like; comparable; akin; imitate; emulate; reproduce; replicate; try ;mimic; plagiarize; steal; duplicate; replicate); 애플; (Stealth or "max" or galaxy or atlas or garnet or fascinate or "droid charge" n5 ("phone"); "galaxy tab"; Continuum;    "Gem";   "P1" n/20 (tab or project); "P4" n/20 (tab or project); 아이패드; 아이폰 | 1/1/07 to 4/15/11 |
| | Ipad; iphone; O-Bowl; Bowl; Vessel; F700; Merit; Neonode | none |
| Junki Min | Apple; 애플; A 사; A 社 ; iPhone; 아이폰; iPad; 아이패드 | 1/1/07 or later |
| Junwon Lee | (fair or reasonable) n/10 (offer or license or term) Apple n/3 (negotiat* or licens* or meet*) nondiscriminatory (Intel or qualcomm) n/3 licens! essential n/5 (standard or patent) (mouse or mice) n/3 (declar* or essential) (FRAND or ETSI) n/3 (declar* or essential) HSUPA; 25.212; 25.213; 25.214; 25.322; Sewell; Jobs; Lutton; apple.com; iphone; ipad | none |
| Kihyung | Apple;애플; a 社; a 社; A 사; A 社; iPhone; 아이폰; iPad; | none |

| Nam | 아이패드; bounce; 바운스; apple; bouncing back; spring back; springing back; snap back; snapping back; list scrolling; rubber band; or rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display; 7469381; 7,469,381; 11/956,969; "Ording" | |
| Kyoungweon Na | Manual | none |
| KyungSeok Lee | Manual | none |
| Mia Oh | Apple; 애플; A 사; A 社 ; iPhone; 아이폰; iPad; 아이패드 | 1/1/07 or later |
| Minhkyung Kim | Apple; 애플; A 사; A 社; A Company; iPhone; 아이폰; iPad; 아이패드; (grid or array or rows or columns or target or friendly or intent or intend or friendly or telephone or telephones or phone or phones or flower or flowers or "cd" or "cds" or music or starburst or starbursts or note or notes or notepad or notepads or memo or memos or sticky or stickys or post-it or post-its or text or texts or "IM" or "IMs" or message or messages or gear or gears or setting or settings or contact or contacts or address or book or books) n2 (icon or metaphor); round n/5 rectangle; round n/5 square; dock; constant row; stationary row; constant icon; dot row; dots row; dot screen; dots screen; dot orient; dots orient; concept page; concepts page; 627,790; 617,334; 604,305; 627790; 617334; 604305; Anzures; Chaudhri; 3,470,983; 3,886,196; 3,889,642; 3,886,200; 3,889,685; 3,886,169; 3,886,197; 2,935,038; 3470983; 3886196; 3889642; 3886200; 3889685; 3886169; 3886197; 2935038; 85/041,463 | 1/1/09 or later |
| Minhyouk Lee | Apple or 애플 or A 사 or A 社 or iPhone or 아이폰 or iPad or 아이패드; ipod; grid; array; rows; columns; telephone/s icon; telephone /s metaphor; phone /s icon; phone /s metaphor; flower /s photo; flower /s photograph; flower /s picture; flower /s icon; flower /s metaphor; cd /s icon; cd /s metaphor; music icon; music metaphor; starburst /s icon; starburst /s metaphor; sunburst /s icon; sunburst /s metaphor; note /s icon; note /s metaphor; notepad /s icon; notepad /s metaphor; memo /s icon; memo /s metaphor; sticky /s icon; sticky /s metaphor; post-it /s icon; post-it /s metaphor; text /s icon/metaphor; text /s metaphor; IM /s icon/metaphor; IM /s metaphor; message /s icon; message /s metaphor; bubble /s icon; bubble /s metaphor; gear /s icon; gear /s metaphor; settings /s icon; settings /s metaphor; contact /s icon; contact /s metaphor; address icon; address metaphor; book /s metaphor; book /s icon; round /5 rectangle; round /5 square; dock; constant row; stationary row; constant icon; dot /s row; dot /s screen; dot /s orient; concept /s page; friendly; target; intent; intend; copy; copies; copied; 627,790; 617,334; 604,305; 627790; 617334; 604305; Anzures; Chaudhri; 3,470,983; 3,886,196; 3,889,642; 3,886,200; 3,889,685; 3,886,169; 3,886,197; 2,935,038; 3470983; 3886196; 3889642; 3886200; 3889685; 3886169; 3886197; 2935038; 85/041,463 | none |
| Nara Cho | Apple; 애플; a 사; A 사; A 社; 아이패드; 아이폰; iphone; ipad; Galaxy; Tab*; Fascinate; Continuum; Droid Charge; Gem; Atlas; Garnet; Stealth; "Max"; "P1" n/50 (tab or project); "P4" n/50 (tab or project)" | 1/1/07 or later |
| | Q-Bowl; Bowl; Vessel; F700; Merit; Neonode | none |

| | | |
|---|---|---|
| Neuneun Kang | Apple;애플; a 社; a 社; A 社; A 社; 이페드; 아이폰; iphone; ipad | 1/1/07 or later |
| Qi Ling | Apple;애플; a 社; a 社; A 社; A 社; 이페드; 아이폰; ipod; iphone; ipad, Bounce; bouncing back; spring back; springing back; snapping back; snap back; list scrolling; rubber band; rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen ; Display; 7469381; 7,469,381; 11/956.969; "Ording;" | none |
| PLM Server | Manual | none |
| Sang Ho Lee | Apple; 애플; A 社; A 社 ; iPhone; 아이폰; iPad; 아이페드 | none |
| Sangyong Park | Manual | none |
| Saungheon Kim | Apple; 애플; A 社; A 社 ; iPhone; 아이폰; iPad; 아이페드 | 1/1/07 or later |
| Seongwoo Kim | (fair or reasonable) n/10 (offer or license or term)<br>Apple n/3 (negotiat* or licens* or meet*)<br>nondiscriminatory<br>(Intel or qualcomm) n/3 licens!<br>essential n/5 (standard or patent)<br>(mouse or mice) n/3 (declar* or essential)<br>(FRAND or ETSI) n/3 (declar* or essential)<br>HSUPA; 25.212; 25.213; 25.214; 25.322; Sewell; Jobs; Lutton; apple.com; iphone; ipad | none |
| Seog Geun Kim | Apple ;애플 ;A 社 ; A 社; A4; A Company; iPhone; 아이폰 ; iPad; 아이페드; ipod | 1/1/07 or later |
| | corner n5 (radi or round or sharp); balanc n5 (feel or look or design or border or impression); (intend or target) n5 (audience or customer or user); (simple or concept or light or thin or calm or friendly or ornament or sleek or slim or minimal) n5 (design or form or factor);<br>(surface or front) n5 (smooth or flat or black); spline; bezel; earpiece; speaker; slot; Andre; Coster; Iuliis; Howarth; "Ive"; Jobs; Kerr; Nishibori; Rohrbach; Satzger; Seid; Stringer; Whang; Zordendorfer; Stringer; 504889; 593087; 622270; 618677; 504,889; 593,087; 622,270; 618,6777; 3470983; 3457218; 3475327; 3,470,983; 3,457,218; 3,475,327; 77/921,838; 77/921,829; 77/921,869; 85/299,118; 77/921838; 77/921829; 77/921869; 85/299118 | 1/1/09 or later |
| Seung Eun Lee | Apple; 애플; A 社; A 社 ; A Company; iPhone; 아이폰 ; iPad; 아이페드 | none |
| Seung Hun Yoo | Apple; 애플; A 社; A 社 iPhone or 아이폰 or iPad or 아이페드 | none |
| SeongHo Choi | (fair or reasonable) n/10 (offer or license or term)<br>Apple n/3 (negotiat* or licens* or meet*)<br>nondiscriminatory<br>(Intel or qualcomm) n/3 licens!<br>essential n/5 (standard or patent)<br>(mouse or mice) n/3 (declar* or essential)<br>(FRAND or ETSI) n/3 (declar* or essential)<br>HSUPA; 25.212; 25.213; 25.214; 25.322; Sewell; Jobs; Lutton; apple.com; iphone; ipad | none |
| | (grid or array or rows or columns or telephone or telephones or phone or phones or flower or flowers or "cd" or "cds" or music or starburst or starbursts or note or notes or notepad or notepads | 1/1/09 or later |

Samsung's Third Supplemental and Amended Identification of Custodians, Litigation Hold Notices, and Search Terms

| | | |
|---|---|---|
| | or memo or memos or sticky or stickys or post-it or post-its or text or texts or "IM" or "IMs" or message or messages or gear or gears or setting or settings or contact or contacts or address or book or books) n2 (icon or metaphor); round n/5 rectangle; round n/5 square; dock; constant row; stationary row; constant icon; dot row; dots row; dot screen; dots screen; dot orient; dots orient; concept page; concepts page; friendly; target; intent; intend; 627,790; 617,334; 604,305; 627790; 617334; 604305; Anzures; Chaudhri; 3,470,983; 3,886,196; 3,889,642; 3,886,200; 3,889,685; 3,886,169; 3,886,197; 2,935,038; 3470983; 3886196; 3889642; 3886200; 3889685; 3886169; 3886197; 2935038; 85/041,463 | |
| Sungchul Yang | Manual | none |
| Sung Hee Hwang | Apple; 애플; A 사; A 社 ; iPhone; 아이폰; iPad; 아이패드 | 1/1/07 or later |
| Sunghoon Kim | WG1; WG2; 25.322; 25.212; 25.213; 25.214 | none |
| Sungwook Kwon | Apple; 애플; A 사; A 社 iPhone; 아이폰; iPad; 아이패드 ; Infuse; Galaxy; Droid Charge; Tab 10.1 | none |
| Suveul Lee | Manual | none |
| Wookyun Kho | bounce; apple; ipod; ipad 애플; a 사; a 社; A 사; A 社; 아이패드; 아이폰 bouncing back; spring back; springing back; snap back; snapping back; snapped back; list scrolling; rubber band; rubberband; List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display; 7469381; 7,469,381; 11/956,969; "Ording" | none |
| | (bounc; spring; snap; scroll; rubber; 7,469,381; 11/956,969; Ording) and (sangwook; (sang and wook); seungmin; (seung and min); bounc; rubberband; elastic; glow; light; Apple; P1) | none |
| Yongseok Bang | Apple; 애플 ; 사 ; A 社 ; A4; A Company; iPhone; 아이폰 ; iPad; 아이패드; Infuse; Dempsey; Galaxy; Seine; ipod; corner; radius; radii; spline; front /5 smooth; front /5 flat; front /5 black; surface /5 smooth; surface /5 flat; surface /5 black; speaker; earpiece; slot; bezel; border; look; feel; ornament; minimal; simple; calm; balance; friendly; thin; slim; sleek; light; concept; target; intent; intend; 504,889; 593,087; 618,677; 622,270; 504889; 593087; 618677; 622270; Andre; Coster; Iuliis; Howarth; "Ive"; Jobs; Kerr; Nishibori; Rohrbach; Satzger; Seid; Stringer; Whang; Zorkendorfer; 3,470,983; 3,457,218; 3,475,327; 3470983; 3457218; 3475327; 77/921,838; 77/921,829; 77/921,869; 85/299,118 | none |
| | Emails were also searched for: Behold; Vibrant; Droid Charge; Stealth; P1; P4; P5 | none |
| YoungBum Kim | WG1; WG2; 25.322; 25.212; 25.213; 25.214 | none |
| YoungJin Kwon | Manual | none |
| YoungSoon Lee | (fair or reasonable) n/10 (offer or license or term) Apple n/3 (negotiat* or licens* or meet*) nondiscriminatory (Intel or qualcomm) n/3 licens! essential n/5 (standard or patent) (mouse or mice) n/3 (declar* or essential) | none |

| | | |
|---|---|---|
| | (FRAND or ETSI) n/3 (declar* or essential) HSUPA; 25.212; 25.213; 25.214; 25.322; Sewell; Jobs; Lutton; apple.com; iphone; ipad | |
| Yung Min Yeo | Apple; 애플; A 사; A 社; A4; a company; iphone; 아이폰; ipad; 아이패드; (Galaxy or "Ace" or "tab" or "P1" or "P4" or "P5") n/10 (project or "tab" or phone); ipod; corner; radius; radii; spline; front n/5 smooth; front n/5 flat; front n/5 black; surface n/5 smooth; surface n/5 flat; surface n/5 black; speaker; earpiece; slot; bezel; border; look and feel; ornament; minimal; simple; calm; balance; friendly; thin; slim; sleek; light; concept; target ; 504,889; 593,087; 618,677 ; 622,270; 504889; 593087; 618677; 622270; Andre; Coster; Iuliis; Howarth; "Ive"; Jobs; Kerr; Nishibori; Rohrbach; Satzger; Seid; Stringer; Whang; Zorkendorfer; 3,470,983; 3,457,218; 3,475,327; 3470983; 3457218; 3475327; 77/921,838; 77/921,829; 77/921,869; 85/299,118 | 1/1/07 to 4/15/11 |
| | Emails were also searched for: Infuse; Dempsey; Galaxy; Behold; Vibrant; Droid Charge; Stealth; P1; P4; P5 | none |
| Yunjung Lee | Apple; 애플; A 사 ; A 社 ; A4 ; A Company; iPhone; 아이폰; iPad; 아이패드;(Infuse or Dempsey) n/10 (phone or project); Ipod n20 ("copy" or "similar" or "like" or compar "or akin" or "imitate" or "emulate" or "reproduce" or "replicate" or "try" or "mimic" or "plagiarize" or "steal" or "duplicate" or "replicate") corner n5 (radi or round or sharp); balanc n5 (feel or look or design or border or impression); (intend or target) n5 (audience or customer or user); (simple or concept or light or thin or calm or friendly or ornament or sleek or slim or minimal) n5 (design or form or factor) (surface or front) n5 (smooth or flat or black); spline; bezel; earpiece; speaker; slot; Stringer; andre; seid; whang; jobs; kerr; coster; iuliis; howarth; nishibori; rohrbach; satzger; zorkendorfer; "Ive"; 504889; 504889; 593087; 618677; 622270; 593087; 618677; 622270; 3470983; 3457218; 3475327; 3470983; 3457218; 3475327; 77/921,838; 77/921838; 77/921,829; 77/921829; 77/921,869; 77/921869; 85/299,118; 85/299118 | 1/1/09 or later |
| | Emails were also searched for: Infuse; Dempsey; Galaxy; Behold; Vibrant; Droid Charge; Stealth; P1; P4; P5 | none |
| Tim Sheppard Brian | (Apple) n/10 (copy, copied, similar, like, comparable, akin, imitate, emulate, reproduce, replicate, try, mimic, plagiarize, steal, duplicate, replicate); A Company; iPhone; 아이폰; iPad; 아이패드 | 1/1/07 |

| | | |
|---|---|---|
| Rosenberg<br><br>Justin<br>Denison | ((Tab or    project) and (p1 or p4 or    p5))    n/20 (market; sale; profit; revenue)<br>(Vibrant; Fascinate; Mesmerize; Showcase; Ace; Acclaim; Captivate; Continuum; Droid; Epic; Exhibit; Prevail; Gem; Gravity; Indulge; Infuse; Intercept; Nexus; Replenish; Sidekick; Transform; Infobowl; Kepler; Garnet; Stealth; Hawk; Victory; Max; Cooper; Vino; Aries; Behold3; Joyce; Forte; Dempsey; Vins; Atlas; Crespo; Rant3; Vital) n/20 (market; sale; profit; revenue) | 1/1/09 |
| Todd<br>Pendleton<br><br>Tim Benner<br><br>Sang Hung | Apple; iPhone; iPad; iPod; 애플; A 사 ; A 社; 아이폰; 아이패드; Galaxy; Tab; Vibrant; Fascinate; Mesmerize; Showcase; Ace; Acclaim; Captivate; Continuum; Droid; Epic; Exhibit; Prevail; Gem; Gravity; Indulge; Infuse; Intercept; Nexus; Replenish; Sidekick; Transform; Infobowl; Kepler; Garnet; Stealth; Hawk; Victory; Max; Cooper; Vino; Aries; Behold3; Joyce; Forte; Dempsey; Vins; Atlas; Crespo; Rant3; Vital; Seine; P1; P4; P5 | none |
| Bong Hee<br>Kim<br><br>Eun Pyeong<br>Min<br><br>Han Soo<br>Jung<br><br>Sun Hee Kim<br><br>Hyun Ho<br>Shin<br><br>Sun Young<br>Lee<br><br>Sunhee Kim | Apple; 애플; A 사; A 社 ; iPhone; 아이폰; iPad; 아이패드 | none |
| Chang-Soo<br>Park<br><br>Joong-Ho<br>Jeong<br><br>Hyeon-Woo<br>Lee | "transport block concatenation" or "frame concatenation" or "input data frame concatenation" or "turbo coding of superframe" or "turbo encoder for superframe" or "channel coding section for turbo code" or "Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS" or "6,928,604" or "6928604" or "282851" or "282,851" or "1998-11380" or "98-11380" or 393784 | 8/9/02<br>or<br>earlier |
| Se-Hyoung<br>Kim<br><br>Min-Goo<br>Kim<br><br>Beong-Jo | "uplink transmitting device" or "bit separator" or "bit separation" or "bit separation" or "interleaving rule" or "interleaved stream" or "interleaved symbols" or "radio frame segmenter" or "radio frame segmentation" or "parity stream" or "parity symbol" or "parity bit stream" or "TSG-RAN Working Group1" or "TSGR1" or "410 patent" or "7050410" or "7,050,410," "613068" or "613,068" or "99-027407" or "1999-27407" or "99- | 5/23/06<br>or<br>earlier |

Samsung's Third Supplemental and Amended Identification of Custodians, Litigation Hold Notices, and Search Terms

| | | |
|---|---|---|
| Kim<br><br>Soon-Jae Choi | 030095" or "1999-30095" or "99-037496" or "1999-37496" or "Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System" | |
| Hun-Kee Jim<br><br>Gin-Kyu Choi<br><br>Jae-Seung Yoon<br><br>Noh-Sun Kim<br><br>Jun-Sung Lee<br><br>Yong-Suk Moon | 인터리버 or (interleaver and "systematic bits") or (interleaver and "parity bits") or SMP or "symbol mapping" or "Interleaving apparatus and method for symbol mapping in an HSDPA mobile communication system" or "7,200,792" or "7200792" or "324,215" or "324215" or "10-2001-0083064" | 4/3/07 or earlier |
| Jae-Yoel Kim<br><br>Hee-Won Kang<br><br>Kunpo-shi | "primary scrambling code" or "secondary scrambling code" or "m-sequence generator" or "((K-1)*M+K+1)" or "downlink scrambling code generator or "mask function" or "masking function" or "I-channel component" or "Q-channel component" or "generator polynomial of degree 18" or "((K-1)*M+K+1)" or "downlink scrambling code generator or "mask function" or "masking function" or "1999-27279" or "7362867" or "7,362,867" or "611,518" or "611518" | 4/22/08 or earlier |
| Youn-Hyoung Heo<br><br>Ju-Ho Lee<br><br>Joon-Young Cho<br><br>Young-Bum Kim<br><br>Yong-Jun Kwak | "7,447,516" or "7447516" or "Hybrid Automatic Retransmission Request" or ("HARQ" and "power") or "maximum allowable transmit power" or "transmit power factor" or "Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service" or "148,181" or "141181" or "10-2004-0042300" or "10-2004-0062190" or "10-2004-0073552" or "10-2004-0093947" or "10-2005-0029192" | 11/4/08 or earlier |
| Seong-Hun Kim<br><br>Gert-Jan Van Lieshout<br><br>Himke Van Der Velde | "protocol data unit header" or "PDU header" or "radio link control PDU" or "RLC protocol data unit" or "length indicator" or "extension bit" or "e-bit" or "417219" or "417,219" or "941" or "7675941" or "7,675,941" or "Method and Apparatus for Transmitting/Receiving Packet Data Using Pre-Defined Length Indicator in a Mobile Communication System" or "10-2005-0037774" | 5/9/10 or earlier |

| | | |
|---|---|---|
| Jae-Min Kim<br><br>Jeong-Seok Oh<br><br>Sang-Ryul Park | "digital image processing" or "reproduction mode" or "Portable Composite Communication Terminal for Transmitting/Receiving and Images, and Operation Method and Communication System Thereof" or "7577460" or "7,577,460" or "11/493,754" or "493,754" or "493754" or "7139014" or "7,139,014" or "7,526,323" or "7526323" or "540830" or "540,830" or "003,222" or "003222" or "1999-11179" | 8/18/09 or earlier |
| Moon-Sang Jeong | "audio processor unit" or (indication and "music file") or "music background play object" or ("application module" and "applet") or "interface for music play" or ("portable terminal" and MP3) or "Multi-tasking apparatus and method in portable terminal" or "MP3BGM" or "7,698,711" or 7698711 or 778466    or "778,466" or "10-2005-0079921" | 4/13/10 or earlier |
| Byuk-soo Son<br><br>Sung-ho Eun | "digital image processing" or ("index value" and image) or "digital signal processor" or "mobile visual phone" or "Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method" or "11/167851" or "10-2005-0021335" or "7456893" or "7,456,893" | 11/25/08 or earlier |
| Beong-Jo Kim<br><br>Se-Hyoung Kim<br><br>Min-Goo Kim<br><br>Soon-Jae Choi<br><br>Young-Hwan Lee | "radio frame matchers" or "radio frame segmenter" or "transmission time intervals" or "TTI" or "physical channel frame" or "filler bits" or "TSG-RAN Working Group1" or "TSGR1" or "001 patent" or "7386001" or "7,386,001" or "603062" or "603,062" or "Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System" or "1999-26221" or "1999-27163" | 6/10/08 or earlier |
| STA Marketing Department Central Files<br><br>STARS database | Apple<br>iPhone<br>iPad<br>iPod | none |

*"Manual" indicates that only a manual search was performed.    Where search terms are listed, manual searches may also have been performed.

**CUSTODIANS**

1     A list of custodians is has been provided along with each of Samsung's document

2 productions.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



Samsung Electronics Co., Ltd.
IP Center
IP Legal Team
Suwon, Korea

August 23, 2010

Dear Colleagues:

Litigants have a duty to preserve evidence that may be relevant to anticipated litigation. This principle is clearly sacrosanct, and though the courts are not in complete agreement as to the scope of the duty or in deciding when exactly this duty arises, it is the violation of this duty that can give rise to a finding of spoliation, or the wrongful destruction of evidence. The key issue that courts consider in determining whether or not a duty to preserve exists centers on whether the party had notice of the relevance of the evidence in question to anticipated litigation. This notice can arise from many different things, including prior lawsuits, pre-litigation communications, or any preparatory steps and efforts undertaken for the anticipated litigation.

In light of the recent discussions between Samsung Electronics Co., Ltd. ("Samsung") and Apple Inc. ("Apple"), there is a reasonable likelihood of future patent litigation between Samsung and Apple unless a business resolution can be reached.   If Apple initiates patent litigation against Samsung, Samsung may be required to produce documents responsive to discovery requests served by Apple.   According to the applicable discovery rules, documents include tangible items of any kind that contain information, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, electronic files and e-mails.

The purpose of this e-mail is to request that you preserve any and all such documents that may be relevant to the issues in a potential litigation between Samsung and Apple until it is fully resolved. Please be aware that the above-mentioned exemplary list of documents is not exhaustive and the categories of documents may well be even broader. For this reason, **if you have any doubt** as to whether you should preserve particular documents, **you are instructed to retain them**. Please distribute this message to anyone else who may have any such relevant documents.

Although it is impossible to predict every type of document that Apple may request in a potential litigation, you should nevertheless retain and preserve all documents that relate to:

1.   Apple or any of Apple's patents that could potentially impact Samsung's relevant

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

business units (e.g., Digital Media & Communications, Device Solutions, etc.);

2.  the design, development, testing, manufacturing, reverse engineering, distribution and sale of any Samsung product that Apple would likely accuse of infringing one or more of Apple's patents;

3.  the market for any such products;

4.  licensing or valuation of any such products;

5.  Apple's products incorporating any of Samsung's products;

6.  any internal analysis, assessments (including any efforts by Samsung to design around Apple's patents) and/or reports concerning either Apple's patents or Samsung's patents that are currently the subject of the discussions between Apple and Samsung;

7.  any internal communications and/or reports concerning activities involving the Apple/Samsung licensing discussions;

8.  any third party communications concerning any of the patents involved in the discussions and any internal communications and/or reports regarding the same;

9.  any communications to third parties (e.g., for analysis purposes to third party vendors or law firms) concerning any of the Apple patents; and

10. any communications with anyone relating to any Apple patent and/or Apple patent claim against Samsung.

This obligation to retain relevant documents applies generally to all employees and outside consultants or agents of Samsung, but in particular to employees of Samsung possessing documents relating to the above-mentioned information. Further, Samsung's obligations to maintain and preserve relevant documents include any such documents stored in long term record retention, as well as documents in your office computer or any central files. Please ensure that any scheduled disposal of such relevant documents (if any) is immediately suspended.

Due to future changes in circumstances, modification or expansion of the categories of documents to be retained may be required.   Although we will try to minimize any resulting burden, it is important that you do not destroy or discard any potentially responsive documents **AND PRESERVE ANY SUCH RELEVANT DOCUMENTS** until the likelihood of litigation relating to these issues has been sufficiently attenuated, or until otherwise notified by Samsung's Legal or IP teams.

To the extent the need to retrieve copies of potentially relevant documents arises, representatives of Samsung's IP Legal Team will be contacting you. In the meantime, if you have any questions, please call the personnel of the IP Legal Team. Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT B

**SAMSUNG**

**ELECTRONICS**

Samsung Electronics Co., Ltd.
IP Center
IP Legal Team
Suwon, Korea

9/3/2010

각 수신처 제위:

진행 중이거나 예상되는 소송에 대하여 회사 및 임직원은 해당 소송과 관련이 있는 증거자료를 보존할 의무가 있습니다. 이와 같은 증거자료 보존에 대한 원칙은 매우 중요한 사항이지만 증거자료 보존의 범위나 언제 보존의 의무가 시작되는지에 대해서는 법원의 의견 일치가 완벽하게 이루어진 것은 아닙니다. 하지만 문서 보존의 의무의 위반 시, 이는 증거자료 파기 행위로 법정에서 배심원들에게 이 사실이 공지될 수 있기 때문에 소송 당사자는 소송과 관련된 자료를 모두 보존해야 합니다. 법원은 이러한 자료 보존의 의무가 존재하는지 여부에 대한 판단 시, 진행 중이거나 예상되는 소송과 관련하여 증거자료에 대한 공지가 있었는지를 살피게 됩니다. 이러한 공지는 과거 소송, 소송전 교신, 소장 접수, 증거자료 개시 요청, 증거자료 개시 명령 등을 통해 발생 합니다.

삼성전자(이하 "삼성")와 Apple Inc. (이하 " Apple 사")간 최근의 회의 결과, 양사가 비즈니스 측면에서 해결책을 찾지 못하면 향후 미래에 특허 분쟁이 발생할 가능성이 있을 것으로 예상 되고 있습니다. 만약 Apple 사가 삼성을 상대로 특허 소송을 제기한다면 삼성은 증거개시절차 중 법원의 명령에 의해 Apple 사가 요구하는

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

'문서'를 증거개시용으로 제출하게 될 것입니다. 미국소송 증거개시 원칙에 따르면, 상기 '문서'란 정보를 가지고 있는 모든 종류의 물건으로 종이서류뿐만 아니라 보고서, 서신, 프레젠테이션 파일, 도면, 수기 노트, 업무용 다이어리, 기타 전자 문서와 이메일을 포함합니다.

본 서신의 목적은 향후 발생할 수 있는 소송이 완전히 해결될 때까지 관련될 수 있는 모든 문서를 보존해 주시기를 요청하기 위함입니다. 상기 문서 종류는 보존해야 할 문서의 예이며 실제 보존대상문서의 범위는 더 광범위 할 수 있습니다. 따라서 특정 문서를 보존해야 하는지에 대하여 확신이 없다면, 해당 문서를 모두 보존하는 것이 좋습니다. 본 서신을 받으시는 분들께서는 소속 부서원 중 관련이 있는 부서원에게 재전송하시어 자료 파기 금지 및 향후 발생하는 자료를 보관토록 통지하여 주시기 바랍니다.

물론 Apple 사가 어떤 문서를 증거개시용 자료로서 요구할지를 완벽하게 예측할 수는 없지만, 하기의 카테고리와 관련된 모든 '문서'는 파기를 금지하고 보관하셔야 합니다.

1. 삼성 제품 또는 사업에 영향을 줄 수 있는 Apple 사 또는 Apple 사의 특허 관련 자료

2. Apple 사에 의해 특허 침해 주장이 제기될 가능성이 있는 삼성제품과 관련

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

된 디자인, 개발, 테스트, 제조, reverse engineering, 판매를 위한 분배 및

판매 관련 자료

3. 관련 제품의 시장 자료

4. 관련 제품에 대한 라이센싱 또는 평가 자료

5. 삼성의 제품을 사용한 Apple 사 제품 관련 자료

6. Apple 사 특허와 관련된 내부 분석, 회피설계, 평가 자료, 양사가 논의중인

Apple 사와 삼성 특허에 대한 보고서

7. 삼성과 Apple 사 라이센스 협의와 관련된 내부 교신이나 보고

8. 상기 협의와 관련된 특허에 대한 제 3 자와의 교신이나 내부 교신 및 보고

9. Apple 사 특허에 대한 제 3 자와의 교신 (예: 분석을 목적으로한 로펌 등

제 3 자와의 교신)

10. 삼성에 클레임 제기한 Apple 사 특허 혹은 어떠한 Apple 특허와 관련된

교신

본 관련문서 보존의무는 당사의 모든 임직원과 외부자문인 또는 대리인에게

적용되고, 특히 상기 언급된 제품과 관련 있는 문서를 보유한 임직원들에게 적용

됩니다. 또한 당사의 보존의무는 장기 보관 중인 문서와 업무용 컴퓨터 및 중앙

파일 서버를 포함 합니다. 만약 정기적으로 관련 문서를 파기하는 작업이 있다면

즉시 중지시켜주시기 바랍니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

향후 사정변경에 따라 보존대상문서의 범위가 변경되거나 확대될 수 있으며, 이로 인해 야기될 수 있는 부담을 최소화하도록 노력할 것이나, 관련 임직원께서는 본 건과 관련된 모든 소송이 해결되거나 IP 법무팀에서 별도의 공지가 있을 때까지 관련문서를 파기하지 않고 보존하는 것이 중요합니다.

관련문서를 제출할 필요가 발생했을 경우, IP 법무팀 담당자가 별도 요청할 것입니다.

관련 임직원 여러분의 이해와 협조를 요청드립니다. 감사합니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT C



Samsung Electronics Co., Ltd.
IP Center
IP Legal Team
Suwon, Korea

April 21, 2011

Dear Colleagues:

On April 15, 2011, Apple filed a lawsuit against SEC, Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") in the United States District Court for the Northern District of California ("Apple's Northern District Action"). Apple's Northern District Action alleges that Samsung's Galaxy line of smart phones and computer tablets infringe: (i) the trade dress of Apple's iPhone, iPod touch, and iPad in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a); (ii) the federal trade dress registrations for the design and configuration of the iPhone in violation of 15 U.S.C. 1114; (iii) the federal trademark registrations for the application icons used in the user interface for the iPhone, iPod touch, and iPad and the federal trademark for the logo for Apple's iTunes on-line music service in violation of 15 U.S.C. 1114; and (iv) the federal trademark registrations for the application icons used in the user interface for the iPhone, iPod touch, and iPad and the iTunes application icon in violation of Apple's common law trademark rights ("Apple's Trademark and Trade Dress Claims"). Also, Apple's Northern District Action alleges that these Samsung acts constitute fraudulent and unlawful business practices as defined by California Business and Professions Code Section 17200, *et seq*. Apple's Northern District Action further alleges that, as a result of Samsung's alleged conduct, Samsung has been unjustly enriched to Apple's detriment. Apple's Northern District Action alleges infringement of ten U.S. Patents ("Apple's Asserted Patents") identified below by one or more of the "Samsung Accused Products" (defined below) by the "Relevant Technical Features" (defined below):

| Patent No. | Patent Title | Inventors |
|---|---|---|
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | Bas Ording |
| 7,8536,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri and Bas Ording |

03498.51845/4103892.1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer and Scott Herz |
|---|---|---|
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, and Erik Wang |
| 7,669,134 | Method and Apparatus for Displaying Information During An Instant Messaging Session | Gregory N. Christie, Peter T. Westen, Stephen O. Lemay, and Jens Alfkeas |
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman and John G. Elias |
| D627,790 | Graphical User Interface for a Display Screen or Portion Thereof | Imran Chaudhri |
| D602,016 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |

The Samsung Accused Products include, but may not be limited to, the Samsung Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase, Fascinate, Nexus S, Gem, Transform, Intercept, and Acclaim smart phones and the Samsung Galaxy Tab tablet. Samsung Accused Products include all past, current, anticipated and future smart phones and computer tablets in the Galaxy line.

The Relevant Technical Features include, but may not be limited to, user interface features such as the display of status and control functions for a number of different application programs, the display of electronic documents on a touch-screen, the display of windows in a user interface, and the display of an exchange of messages during a communication session.

03498.51845/4103892.1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The Relevant Technical Features also include, but may not be limited to, the use and design of cantilevered push buttons, the ornamental design of a smart phone and/or tablet, and the ornamental design of the graphical user interface for a display screen on a smart phone and/or tablet.

According to the applicable discovery rules, documents include all written, graphic or otherwise recorded material, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, calendars, tapes, agreements, drafts, phone logs, electronic files and electronically stored information regardless of the form of storage medium, e-mails, voice messages, and instant messages.

The purpose of this e-mail is to request that you preserve any and all such documents that may be relevant to the issues in Apple's Northern District Action until all litigations are fully resolved. Please be aware that the above-mentioned exemplary list of documents is not exhaustive and the categories of documents may well be even broader. For this reason, **if you have any doubt** as to whether you should preserve particular documents, **you are instructed to retain them**. Please distribute this message to anyone else who may have any such relevant documents.

Although it is impossible to predict every type of document that Apple may request in a potential litigation, you should nevertheless retain and preserve all documents that relate to:

1. Apple, Apple's iPhone, iPad, and iPod touch, Apple's Northern District Action, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, or any of Apple's patents, trademarks, or trade dresses that could potentially impact Samsung's relevant business units (e.g., Digital Media & Communications, Device Solutions, etc.);
2. the design, development, testing, manufacturing, reverse engineering, distribution, importation, and sale of any Samsung Accused Products, any Samsung products related to the Relevant Technical Features, and any Samsung product that Apple would likely accuse of infringing one or more of Apple's patents, trademarks, or trade dresses;
3. contractual relationships, agreements, or other communications relating to the development, creation, implementation, launch and operation of any such products;
4. the market for any such products;
5. licensing or valuation of any such products;
6. any business plans, strategic plans or business strategy documents related to such products;
7. any indemnification agreement provided to Samsung by any third party relating to

03498.51845/4103892.1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

such products or the Relevant Technical Features;

8.  Apple's products, including its iPhone, iPad, and iPod touch, incorporating any of Samsung's products;

9.  technical documents (including patents, patent applications and related documents) relating to Relevant Technical Features, including development, operation, manufacture, structure, design, architecture, testing, implementation and Samsung specification documents;

10. marketing materials, including product packaging and documentation, pertaining to the Samsung Accused Products and any Samsung product that Apple would likely accuse of infringing one or more of Apple's patents, trademarks, or trade dresses;

11. any internal analysis, assessments (including any efforts by Samsung to design around Apple's Asserted Patents or any other Apple patents) and/or reports concerning either Apple's Asserted Patents, other Apple patents, or Samsung's patents that are currently the subject of litigation, litigation preparations, or discussions between Apple and Samsung;

12. any internal communications and/or reports concerning activities involving the Apple/Samsung licensing discussions;

13. any third party communications concerning any of the patents involved in the discussions and/or litigations and any internal communications and/or reports regarding the same;

14. any communications to third parties (e.g., for analysis purposes to third party vendors or law firms) concerning Apple's Northern District Action, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, and/or any other Apple patent, trademark or trade dress; and

15. any communications with anyone relating to Apple's Northern District Action, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, and/or any other Apple patent, trademark or trade dress, and/or Apple patent, trademark, or trade dress claim against Samsung.

This obligation to retain relevant documents applies generally to all employees and outside consultants or agents of Samsung, but in particular to employees of Samsung possessing documents relating to the above-mentioned information. Further, Samsung's obligations to maintain and preserve relevant documents include any such documents stored in long term record retention, as well as documents in your office computer or any central files.

Due to future changes in circumstances, modification or expansion of the categories of documents to be retained may be required.   Although we will try to minimize any resulting burden, it is important that you do not destroy or discard any potentially responsive documents **AND PRESERVE ANY SUCH RELEVANT DOCUMENTS** until the all

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

litigation relating to these issues has been sufficiently attenuated, or until otherwise notified by Samsung's Legal or IP teams.

To the extent the need to retrieve copies of potentially relevant documents arises, representatives of Samsung's IP Legal Team will be contacting you.    In the meantime, if you have any questions, please call the personnel of the IP Legal Team.   Thank you for your understanding, and we sincerely appreciate your assistance.

03498.51845/4103892.1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT D



Samsung Electronics Co., Ltd.
IP Center
IP Legal Team
Suwon, Korea

4/21/2011

각 수신처 제위:

지난 4 월 15 일 Apple 사는 미국 캘리포니아주 북부 연방법원에(United States District Court for the Northern District of California) 삼성 전자 (Samsung Electronics Co., Ltd), Samsung Electronics America, Inc. ("SEA"), 및 Samsung Telecommunications America, LLC ("STA") (통칭하여, "삼성")을 제소하였습니다 ("Apple 소송"). Apple 사는 삼성의 갤럭시 라인의 스마트폰과 태블릿 컴퓨터 제품들이 (i) 미연방법 the Lanham Act, 15 U.S.C. 1125 의 Section 43(a)을 위반하여 Apple 사의 iPhone, iPod touch, 및 iPad 의 trade dress 를 침해 (ii) 미연방법 15 U.S.C. 1114 을 위반하여 iPhone 의 의장과 형태를 등록한 연방 trade dress 를 침해 (iii) 미연방법 15 U.S.C. 1114 을 위반하여 iPhone, iPod touch, 및 iPad 의 user interface 에 쓰이는 application icon 에 대한 미 연방 상표권 및 Apple 사의 iTunes 온라인 음악 서비스의 로고에 대한 상표권을 침해 (iv) Apple 사의 관습법 상표권(Common Law trademark right)을 위반하여 iPhone, iPod touch, 및 iPad 의 user interface 에 쓰이는 application icon 에 대한 미 연방 상표권 및 Apple 사의 iTunes 온라인 음악 서비스의 로고에 대한 상표권을 침해했다고 주장하고 있습니다. 더하여, Apple 사는 삼성의 이런 행동이 캘리포니아주 상법(California Business and Professions Code Section 17200, *et seq.*)을 위반하는 부당하고 불법적인 상관습(business practice)이라고 주장하고 있습니다. 또한 Apple 사는 삼성의 이런 행동으로 인해 삼성이 Apple 사의 손상을 초래하며 부당이득을 얻었다고 주장하고 있습니다. Apple 사는 또한 '삼성 제소제품'(아래 정의된)들의 "관련된 기술 특성"(아래 정의된)이 하기 Apple 사의 특허 열(10)건을 (이하 "Apple 제소특허") 침해한다고 주장하고 있습니다.

| 특허번호. | 특허명 | 발명자 |
|---|---|---|
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling, and Rotation on | Bas Ording |

| | a Touch-Screen Display | |
|---|---|---|
| 7,8536,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri and Bas Ording |
| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer and Scott Herz |
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, and Erik Wang |
| 7,669,134 | Method and Apparatus for Displaying Information During An Instant Messaging Session | Gregory N. Christie, Peter T. Westen, Stephen O. Lemay, and Jens Alfkeas |
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman and John G. Elias |
| D627,790 | Graphical User Interface for a Display Screen or Portion Thereof | Imran Chaudhri |
| D602,016 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Whang, | Rico |
| | | Zorkendorfer | |

제소제품은 삼성의 스마트 폰인 Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase, Fascinate, Nexus S, Gem, Transform, Intercept, 및 Acclaim 모델들과 삼성 갤럭시 탭을 포함하고 있으나 이에 한정되지는 않으며, Apple 사는 소송이 진행되면서 추가적인 제품에 대한 침해 주장을 할 수 있습니다. 삼성제소제품은 또한 이전, 현재, 그리고 앞으로 출시되리라 예측되는 미래의 모든 갤럭시 라인의 스마트 폰과 태블릿 컴퓨터를 포함할 수 있습니다.

관련된 기술 특성은 (1)다수의 application program 의 status 와 control function 의 display, (2) 전자문서를 터치 스크린에 display, (3) 유저 인터페이스에 window 를 display, (4) 통신세션당 메시지들의 교환을 display 하는 방법 등, 유저 인터페이스의 특성을 포함하고 있으나 이에 한정되지는 않습니다. 관련된 기술 특성은 또한, 외팔보(cantilever)식 push 버튼의 디자인과 사용, 스마트 폰 또는 태블릿 컴퓨터의 의장, 그리고 스마트 폰 또는 태블릿 컴퓨터의 화면의 graphical 유저 인터페이스의 의장 등을 포함할 수 있으나 이에 한정되지는 않습니다.

미국소송 증거개시 원칙에 따르면, 상기 '문서'란 정보를 가지고 있는 문자화, 도형화 또는 다르게 기록된 모든 종류의 물건으로 종이서류뿐만 아니라 보고서, 서신, 프레젠테이션 파일, 도면, 수기 노트, 업무용 다이어리, 달력, 테이프, 계약서, 전화 기록, 전화 메시지, instant 메시지 등 기타 전자 문서와 이메일을 포함합니다.

본 서신의 목적은 Apple 소송이 완전히 해결될 때까지 관련될 수 있는 모든 문서를 보존해 주시기를 요청하기 위함입니다. 상기 문서 종류는 보존 해야 할 문서의 예이며 실제 보존대상문서의 범위는 더 광범위 할 수 있습니다. 따라서 특정 문서를 보존해야 하는지에 대하여 확신이 없다면, 해당 문서를 모두 보존하는 것이 좋습니다. 본 서신을 받으시는 분들께서는 소속 부서원 중 관련이 있는 부서원에게 재전송하시어 자료 파기 금지 및 향후 발생하는 자료를 보관토록 통지하여 주시기 바랍니다.

물론 Apple 사가 어떤 문서를 증거개시용 자료로서 요구할지를 완벽하게 예측할 수는 없지만, 하기의 카테고리와 관련된 모든 '문서'는 파기를 금지하고 보관하셔야 합니다.

    1.  Apple 사, Apple 의 iPhone, iPad, 및 iPod touch, Apple 소송, Apple 사의

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

상표권 및 Trade Dress 주장, Apple 제소특허, 그리고 삼성의 관련된 제품 또는 사업(예: Digital Media & Communications and Device Solution 등)에 영향을 줄 수 있는 Apple 사 또는 Apple 사의 특허, 상표, 및 Trade Dress 관련 자료

2. (1)삼성제소제품 (2)관련된 기술 특성에 연관된 삼성 제품 그리고 (3)Apple 사가 Apple 사의 특허, 상표, 또는 Trade Dress 의 침해 주장이 제기될 가능성이 있는 모든 삼성제품들과 관련된 설계, 개발, 테스트, 제조, reverse engineering, distribution, 수입, 마케팅, 광고 또는 영업 자료

3. 2 번에 명시된 제품들의 개발, 창작, 실행, 출시, 그리고 작동에 관련된 계약 관계, 계약서 및 다른 교신.

4. 상기 제품들의 시장 자료

5. 상기 제품에 대한 라이센싱 또는 평가 자료

6. 상기 제품에 대한 사업 계획, 전략 계획, 또는 사업 전략 문서

7. 상기 제품이나 관련된 기술 특성에 관련된 삼성의 제 3 자와의 면책계약

8. iPhone, iPad, 및 iPad 와 같이 삼성의 제품을 사용한 Apple 사 제품 관련 자료

9. 관련된 기술 특성에 관련된 (개발, 작동, 제조, 구조, 디자인, 설계, 테스팅, 실행, 삼성 사양서 등) 기술 문서 (특허, 특허 출원서 및 관련된 문서)

10. 삼성제소제품 및 Apple 사가 Apple 사의 특허, 상표, 또는 Trade Dress 의 침해 주장이 제기될 가능성이 있는 모든 삼성의 제품에 관련된 마케팅 자료 (제품 포장과 문서를 포함)

11. Apple 사 제소 특허 또는 그 외의 Apple 사 소유특허와 관련된 내부 분석 자료 (회피 설계 관련 내용 포함)

12. Apple 사와의 라이선스 협상 관련 내부 교신이나 보고자료

13. Apple 사와의 소송 및 협상 특허와 관련된 제 3 자와의 교신이나 Apple 사와의 소송 및 특허와 관련된 내부교신, 논의 또는 보고자료

14. Apple 소송 및 Apple 사의 상표, 특허, 또는 Trade Dress 침해 주장과 관련된 제 3 자와의 (예: 분석 목적을 두고 외부업체 또는 로펌과 가진) 교신

15. Apple 소송 및 Apple 사의 상표, 특허, 또는 Trade Dress 침해 주장 또는 Apple 제소특허에 관련된 교신

본 관련문서 보존의무는 당사의 모든 임직원과 외부자문인 또는 대리인에게 적용되고, 특히 상기 언급된 제품과 관련 있는 문서를 보유한 임직원들에게 적용됩니다. 또한 당사의 보존의무는 장기 보관 중인 문서와 업무용 컴퓨터 및 중앙 파일 서버를 포함 합니다.

향후 사정변경에 따라 보존대상문서의 범위가 변경되거나 확대될 수 있으며, 이로 인해 야기될 수 있는 부담을 최소화하도록 노력할 것이나, 관련 임직원께서는 본건과 관련된 모든 소송이 해결되거나 IP 법무팀에서 별도의 공지가 있을 때까

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

지 관련문서를 파기하지 않고 보존하는 것이 중요합니다.

관련문서를 제출할 필요가 발생했을 경우, IP 법무팀 담당자가 별도 요청할 것입니다.

관련 임직원 여러분의 이해와 협조를 요청 드립니다. 감사합니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT E



Samsung Electronics Co., Ltd.

IP Legal Team

DMC R&D Center (R2) 4th Fl.

416, Maetan 3-Dong, Yeongtong-gu

Suwon, Gyeonggi-do, Korea 443-742

**DOCUMENT PRESERVATION NOTICE FOR APPLE LITIGATION**

May 11, 2011

Dear Colleagues:

I write this letter to request that you preserve all documents that may be relevant to a recently filed patent litigation case against Apple, Inc. ("Apple").   This preservation of documents is in place until the litigation and any related litigation is fully resolved.

On April 27, 2011, Samsung Electronics Co., LTD. and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a lawsuit against Apple in the United States District Court of the Northern District of California.   Samsung's suit alleges that several of Apple's products, including the Apple iPhone 3G, the Apple iPhone 3GS, the Apple iPhone 4, the iPod Touch, the iPad, the iPad 3G, the iPad2, and the iPad 2 3G, infringe on ten U.S. Patents ("Samsung Asserted Patents") identified below.   The Samsung Asserted Patents are related to increasing reliability, capacity, efficiency, compatibility, and functioning of mobile devices in W-CDMA and UMTS networks, and features relating to the user-interface of mobile devices, such as generating and displaying time, keyboard function, and viewing of images on mobile devices (the "Relevant Technical Features").

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
|---|---|---|
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee |
| 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| 6,928,604 | Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |
| 6,292,179 | Software Keyboard System Using Trace of Stylus on a Touch Screen and Method for Recognizing Key Code Using the Same | Jin-chul Lee |
| 7,009,626 | Systems and Methods for Generating Visual Representations of Graphical Data and Digital Document Processing | Majid Anwar |
| 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |

Although it is impossible to predict every type of document that Apple may request in these litigations, you should nevertheless **retain and preserve all documents** that relate to all of the below categories.

(1) Samsung Asserted Patents, any patents related to the Samsung Asserted Patents, and the named inventors, listed above;

(2) the preparation of each of the patent applications of the Samsung Asserted Patents and the prosecution of those applications;

(3) conception and reduction to practice of the Samsung Asserted Patents including any design, testing, experimental use or prototypes associated with this conception or reduction to practice;

(4) the product, process, device, prototype, apparatus that embodies any technology disclosed in any of Samsung Asserted Patents;

(5) the design, development, testing, manufacturing, reverse engineering, distribution,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

marketing, advertising or sale of any products embodying the Samsung Asserted Patents;

(6)   any written description, use, sale, offer for sale, license, or offer to license prior to the filing date of each of the patent applications that issued as the Samsung Asserted Patents, of what is claimed in the Samsung Asserted Patents;

(7)   any patentability, infringement, or validity opinions related to the Asserted Patents and/or the Relevant Technical Features;

(8)   the marking of any product embodying the Samsung Asserted Patents;

(9)   the market share or market analysis of any product embodying the Samsung Asserted Patents;

(10)  the licensing or valuation of any product embodying the Samsung Asserted Patents;

(11)  the fabrication, manufacture, design, features or functions of the Apple iPhone 3G, the Apple iPhone 3GS, the Apple iPhone 4, the iPod Touch, the iPad, the iPad 3G, the iPad2, and the iPad 2 3G;

(12)  the damages to Samsung from Apple's alleged infringement of Samsung Asserted Patents;

(13)  any internal communications and/or reports concerning activities involving the licenses, license discussions, or other discussions between Apple and Samsung;

(14)  any third party communications concerning any of the Samsung Asserted Patents and/or the Relevant Technical Features, and any internal communications and/or reports regarding the same;

(15)  any third party communications concerning any of the licensing discussions or agreements with Apple and any internal communications and/or reports regarding the same; and

(16)  any communications to third parties (*e.g.*, indemnification requests or notices) concerning any of the Samsung Asserted Patents, the Relevant Technical Features, or this litigation.

Documents, according to the applicable discovery rules, include all written, graphic or otherwise recorded material, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, calendars, tapes, agreements, drafts, phone logs, electronic files and electronically stored information regardless of the form of storage medium, emails, voices messages and instant messages.

Please be aware that the above exemplary list of documents and categories is **non-exhaustive** and as such, if there is any doubt as to whether a document should be preserved, **you are instructed to retain them**.

This obligation to retain relevant documents applies generally to all employees and outside

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

consultants or agents of Samsung, but in particular to employees possessing documents relating to the above described categories.   Further, Samsung's obligations to maintain and preserve relevant documents include any such documents stored in long term record retention, as well as documents in your office computer or any central files.

As the litigation progresses, future changes in circumstances may require modification or expansion of the categories of documents to be retained.   Although we will try to minimize any resulting burden, it is important that you **do not destroy or discard** any potentially responsive documents until the litigation has been resolved, or until otherwise notified by the IP Legal Team.

Samsung's IP Legal Team will contact you when a need arises to retrieve copies of the preserved relevant documents.   If you have any questions, please contact the personnel of the IP Legal Team.   Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT F



Samsung Electronics Co., Ltd.

IP Center

IP Legal Team

Suwon, Korea

5/11/2011

각 수신처 제위:

최근 Apple Inc. ("Apple")을 상대로 당사가 제기한 소송과 관련하여 자료보존 요청을 드리고자 이 요청서를 송부합니다. 본 서신의 목적은 Apple 소송이 완전히 해결될 때까지 소송과 관련된 모든 문서를 보존해 주시기를 요청하기 위함입니다.

2011 년 4 월 27 일 삼성 전자 (Samsung Electronics Co., Ltd)와 Samsung Telecommunications America, LLC ("STA") (통칭하여, "삼성" 또는 "당사")는 Apple 을 상대로 특허 소송을 미국 캘리포니아주 북부 연방법원에 (United States District Court for the Northern District of California) 제소하였습니다 ("Apple 소송"). Apple 소송에서 당사는 Apple 의 iPhone 3G, iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad 2, iPad 2 3G 등의 제품들이 하기 10 개의 삼성 특허를 ("삼성 제소 특허" 또는 "제소 특허") 침해 한다는 주장을 펴고 있습니다. 제소 특허들은 무선 기기의 WCDMA 와 UMTS 네트워크 상에서의 신뢰성, 효율성, 호환성 및 수용성을 증대시키는데 관련이 있으며 user-interface 관련으로는 시간을 생성하고 display 하는 방법, 키보드 기능 및 무선 기기에서의 image viewing 방법 등이 있습니다 ("제소 특허 관련 기술 특성").

| U.S. PATENT No. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |
| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Communication System | Choi, Young-Hwan Lee |
|---|---|---|---|
| | 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| | 6,928,604 | Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |
| | 6,292,179 | Software Keyboard System Using Trace of Stylus on a Touch Screen and Method for Recognizing Key Code Using the Same | Jin-chul Lee |
| | 7,009,626 | Systems and Methods for Generating Visual Representations of Graphical Data and Digital Document Processing | Majid Anwar |
| | 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |

물론 Apple 사가 어떤 문서를 증거게시용 자료로서 요구할지를 완벽하게 예측할 수는 없으나 하기의 목록과 관련된 모든 '문서'는 파기를 금지하고 보관 하셔야 합니다.

1. 삼성 제소특허, 제소특허에 관련된 당사 특허 및 상기 표기 되어있는 제소 특허 발명자 관련 자료;

2. 삼성 제소특허 출원 준비 및 출원 관련 자료;

3. 삼성 제소특허에 관한 디자인, testing, 실험 사용 등을 포함한 발명, 창안, 구상 관련 자료;

4. 제소 특허 관련 기술 특성을 구현하고 내포할 수 있는 제품, 방법, 기기, prototype 및 설비 관련 자료;

5. 제소 특허 관련 기술 특성을 구현하고 내포할 수 있는 기기에 관련된 설계, 개발, 테스트, 제조, reverse engineering, distribution, 마케팅, 광고 또는 영업 자료;

6. 삼성 제소 특허 청구 항에 명시되어 있는 발명 관련 출원 제출 이전에 이루어진 서면 설명, 사용, 판매, 라이센스 및 라이센스 제의 관련 자료;

7. 삼성 제소 특허 및 제소 특허 관련 기술 특성에 관한 특허자격, 침해여부, 유효성여부를 서술한 의견 및 견해서 관련 자료;

8. 삼성 제소 특허를 구현하고 있는 제품에 대한 marking (특허 표기)관련 자료;

9. 삼성 제소 특허를 구현하고 있는 제품에 대한 시장 점유율 또는 시장 조사 관련 자료;

10. 삼성 제소 특허를 구현하고 있는 제품에 대한 라이센싱 또는 가치 평가 관련 자료;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11. Apple 사의 iPhone 3G, iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad 2, iPad 2 3G 에 관한 제작, 제조, 설계, 기능 및 동작 관련 자료;

12. Apple 사의 삼성 제소 특허 침해관련 손해배상 비용 관련 자료;

13. Apple 사와의 라이센스 협상 관련 내부 교신이나 보고 자료;

14. 삼성 제소 특허 및 제소 특허 관련 기술 특성에 관련된 제 3 자와의 교신이나 이에 관한 내부교신, 논의 또는 보고자료;

15. Apple 사의 라이센싱이나 계약에 관련된 제 3 자와의 교신, 또 이에 관한 내부교신, 논의 또는 보고자료;

16. 삼성 제소 특허, 본 소송 및 제소 특허 관련 기술 특성에 관련된 제 3 자와의 교신 (예: indemnification – 배상 요구 및 통지서).

미국소송 증거게시 원칙에 따르면, 상기 '문서'란 정보를 가지고 있는 문자화, 도형화 또는 다른형태로 기록된 모든 종류의 물건으로, 종이서류뿐만 아니라 보고서, 서신, 프레젠테이션 파일, 도면, 수기 노트, 업무용 다이어리, 달력, 테이프, 계약서, 전화 기록, 전화 메시지, instant 메시지 등 기타 전자 문서와 이메일을 포함합니다.

상기 문서 종류는 보존 해야 할 문서의 예이며 실제 보존대상문서의 범위는 더 광범위 할 수 있습니다. 따라서 특정 문서를 보존해야 하는지에 대하여 확신이 없다면, 해당 문서를 모두 보존하는 것이 좋습니다.

본 관련문서 보존의무는 당사의 모든 임직원과 외부 자문인 또는 대리인에게 적용되고, 특히 상기 언급된 제품과 관련 있는 문서를 보유한 임직원들에게 적용됩니다. 또한 당사의 보존의무는 장기 보관 중인 문서와 업무용 컴퓨터 및 중앙 파일 서버를 포함 합니다.

향후 사정변경에 따라 보존대상문서의 범위가 변경되거나 확대될 수 있으며, 이로 인해 야기될 수 있는 부담을 최소화하도록 노력할 것이나, 관련 임직원께서는 본건과 관련된 모든 소송이 해결되거나 IP 법무팀에서 별도의 공지가 있을 때까지 관련문서를 파기하지 않고 보존하는 것이 중요합니다.

관련문서를 제출할 필요가 발생했을 경우, IP 법무팀 담당자가 별도 요청할 것입니다.

관련 임직원 여러분의 이해와 협조를 요청 드립니다. 감사합니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT G



Samsung Electronics Co., Ltd.
IP Legal Team
DMC R&D Center (R2) 4th Fl.
416, Maetan 3-Dong, Yeongtong-gu
Suwon, Gyeonggi-do, Korea 443-742

**REVISED DOCUMENT PRESERVATION NOTICE FOR APPLE LITIGATIONS**

July 11, 2011

Dear Colleagues:

This is an update to two previously distributed litigation hold notices from April 22, 2011 and May 11, 2011.   The purpose of this notice is to identify documents that you and others at Samsung must preserve until further instruction by Samsung's Legal Team.

<u>**Background**</u>

In the previous litigation hold notices, we informed you that Apple Inc. ("Apple") filed a lawsuit against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc, and Samsung Telecommunications America, LLC (collectively "Samsung") in the United States District Court for the Northern District of California.   We also informed you that Samsung had filed a lawsuit against Apple in the same court.   We requested that you preserve any and all such documents that may be relevant to the issues in the lawsuits between Samsung and Apple until they are fully resolved.

On June 16, 2011, Apple amended its lawsuit against Samsung, alleging that many of Samsung's phones and the Galaxy line of tablet computers (see list of accused products below) (i) unfairly compete and falsely designate their origin by mimicking Apple's trade dress in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (ii) infringe Apple's trade dress and federal trademarks in violation of 15 U.S.C. § 1114(a) and common law trademark rights; (iii) dilute Apple's trade dress in violation of 15 U.S.C. § 1125(c); (iv) unfairly compete in violation of California Business and Professional Code § 17200; (v) unjustly enrich Samsung to Apple's detriment; and (vi) infringe eight of Apple's utility patents and seven of Apple's design patents, identified below.

On June 30, 2011, Samsung dismissed without prejudice its lawsuit against Apple in the Northern District of California, and asserted several of the same patents as counterclaims against Apple in its case against Samsung.   Specifically, Samsung alleges that the iPhone 3G,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad 2, and iPad 2 3G ("Accused Apple Products") infringe twelve of Samsung's utility patents.

Both Apple and Samsung have recently initiated other litigation for which documents need to be preserved.   On June 28, 2011, Samsung filed a complaint with the International Trade Commission alleging that the Accused Apple Products infringe five additional Samsung utility patents.   On June 29, 2011 Samsung also filed a lawsuit in the United States District for the District of Delaware seeking damages for infringement of the same patents at issue in Samsung's ITC complaint.   On July 5, 2011, Apple filed its own complaint with the International Trade Commission alleging infringement of five utility patents and two design patents by the Samsung Galaxy S 4G, Fascinate, Transform, Intercept, Captivate, Infuse 4G, Galaxy Tab and Tab 10.1.

## Documents That Must Be Preserved

Although it is impossible to predict every type of document that may be relevant to the litigations between Samsung and Apple, you should nevertheless retain and preserve all documents that relate to: (1) the **Apple Asserted Patents**, (2) the **Samsung Asserted Patents**, (3) the **Accused Samsung Products**, (4) the **Accused Apple Products** and (5) the **Relevant Technical Features**.   These categories of documents are defined below.   Documents relating to these categories that must be retained include technical documents (including design, development, and manufacturing documents), marketing documents (including product packaging and documentation), financial documents (including cost, profit, and sales documents), licensing documents, internal communications, and communications third-parties (including carriers, suppliers and Apple) relating to the categories of documents listed above. Documents include tangible items of any kind that contain information, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, electronic files and e-mails.

Please be aware that the above list of documents and categories is **non-exhaustive** and as such, if there is any doubt as to whether a document should be preserved, **you are instructed to retain them**.   Please ensure that any scheduled disposal of such relevant documents (if any) is immediately suspended.

## Definitions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The **Apple Asserted Patents** include:

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman, John G. Elias |
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display | Bas Ording |
| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer, Scott Herz |
| 7,853,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri, Bas Ording |
| 7,663,607 | Multipoint Touchscreen | Steve Hotelling, Joshua A. Strickon |
| 7,864,163 | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents | Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, Marcel Van Os |
| 7,920,129 | Double-Sided Touch-Sensitive Panel with Shield and Drive Combined Layer | Steve Porter Hotelling, Brian Richards Land |
| D627,790 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D617,334 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D604,305 | Graphical User Interface For a Display Screen or Portion Thereof | Freddy Anzures, Imran Chaudhri |
| D593,087 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  |  | Zorkendorfer |
|---|---|---|
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D622,270 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D504,889 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| 7,479,949 | Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics | Steve Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott king, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, Henri C. Lamiraux |
| Re 41,922 | Method and Apparatus for | Michael L. Gough, Joseph J. |

| {6,072,489} | Providing Translucent Images on a Computer Display | MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., Abhay Oswal |
|---|---|---|
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, Erik Wang |
| 7,789,697 | Plug Detection Mechanism | Hugo Fiennes |
| 7,912,501 | Audio I/O Headset Plug and Plug Detection Circuitry | Timothy Johnson, Achim Pantfoerder |
| D558,757 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,678 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |

The **Samsung Asserted Patents** include:

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 6,928,604 | Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |
| 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |
| 7,079,871 | Portable Telephone and Method of | Pyung-soo Kim |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Displaying Data Thereof | |
|---|---|---|
| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |
| 7,456,893 | Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method | Hyuk-soo Son, Sung-ho Eun |
| 7,577,460 | Portable Composite Communication Terminal for Transmitting/Receiving and Images, and Operation Method and Communication System Thereof | Jae-Min Kim, Jeong-Seok Oh, Sang-Ryul Park |
| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |
| 7,698,711 | Multi-Tasking Apparatus and method in Portable Terminal | Moon-Sang Jeong |
| 7,706,348 | Apparatus and Method for Encoding/Decoding Transport Format Combination Indicator in CDMA Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,486,644 | Method and Apparatus for Transmitting and Receiving Data with High Reliability in a Mobile | Young-Bum Kim, Yujian Zhang, Ju-Ho Lee, Yong-Jun Kwak, Youn-Hyoung Heo, Joon-Young Cho |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  | Communication System Supporting Packet Data Transmission |  |
|---|---|---|
| 6,771,980 | Method of Dialing in a Smart Phone | Jeong-Kyu Moon |
| 6,879,843 | Device and Method for Storing and Reproducing Digital Audio Data in a Mobile Terminal | Dong-Woo Kim |
| 7,450,114 | User Interface Systems and Methods for Manipulating and Viewing Digital Documents | Majid Anwar |

The **Accused Samsung Products** include:

| Acclaim | Captivate | Continuum | Droid Charge |
|---|---|---|---|
| Exhibit 4G | Epic 4G | Fascinate | Gem |
| Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) | Galaxy S 4G |
| Gravity | Indulge | Infuse 4G | Intercept |
| Mesmerize | Nexus S | Nexus S 4G | Replenish |
| Showcase i500 | Showcase Galaxy S | Sidekick | Transform |
| Vibrant | Galaxy Tab | Galaxy Tab 10.1 | Galaxy Tab 8.9 |

The **Accused Apple Products** include:

| iPhone | iPad | iPod touch |  |
|---|---|---|---|

The **Relevant Technical Features** include:

- Ellipse fitting for multi-touch surfaces
- Status and control bar display
- "Bounce" or "rubberband" effect to denote the end of a scroll or pan region
- Multi-touch capacitive touchscreen using two conductive layers and mutual capacitance measurements,
- Multi-touch system to distinguish different user inputs typing, handwriting
- Application programming interface for scrolling operations
- Displaying a window for a user interface
- Smart Zoom interface feature and cover flow navigation feature
- Capacitive touchscreen with shielding using drive traces substantially wider than sense traces
- Touch screen control using heuristics to determine gesture commands including vertical scrolling, two-dimensional translation, and next item selection
- Plug detection mechanism for identifying when a plug is inserted into a receptacle

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REMINDER DOCUMENT PRESERVATION NOTICE

- Push button with fulcrums and the ability to press down both sides simultaneously
- Plug detection circuitry that determines whether a headset or headphones plugged into an audio jack contains a microphone
- Translucent windows over other windows on a screen and method for controlling both
- Interleaving/turbo coding
- Rate matching
- Scrambling codes
- Protocol (HARQ power scale-down)
- Protocol (pre-defined length indicators)
- World clock on an electronic device
- Split-screen display for text message composition and incoming text/incoming call/search function
- Camera playback mode that remembers and displays the last image viewed
- E-mailing photographs using a camera-phone
- MP3 player that plays music while in standby mode
- Dialing a phone number that is selected during operation of the phone as a PDA
- Playing MP3s on a phone
- Scrolling manipulation of a document based on velocity vector (inertia)
- Error correction (channel coding) in HSUPA standard
- Transport Format Combination Indicator encoding/decoding scheme
- The ornamental design of a smart phone and/or tablet, and the ornamental design of the graphical user interface for a display screen on a smart phone and/or tablet
- User interface features such as the display of status and control functions for a number of different application programs
- The display of electronic documents on a touch-screen
- The display of windows in a user interface
- The display of an exchange of messages during a communication session
- The design of cantilevered push buttons

If you have any questions, please call the personnel of the IP Legal Team. Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT H



Samsung Electronics Co., Ltd.
IP Center
IP Legal Team
Suwon, Korea

**애플 소송 관련 자료 보존 요청서**

7/12/2011

각 수신처 제위:

지난 4 월 22 일자 자료 보존 요청 서신과 5 월 11 일자 자료 보존 요청 서신에 추가 사항이 있어 통보 드립니다. 본 서신의 목적은 수신자 여러분과 다른 삼성 임직원들이 삼성 법무팀의 추가 공지사항이 있을 때까지 보존해 주셔야 하는 문서를 특정 및 공지하기 위함입니다.

<u>배경</u>

이전의 자료 보존 요청 시 당 팀에서는 Apple Inc. (이하 " Apple 사")가 미국 캘리포니아주 북부 연방법원에(United States District Court for the Northern District of California) 삼성 전자 (Samsung Electronics Co., Ltd), Samsung Electronics America, Inc. ("SEA"), 및 Samsung Telecommunications America, LLC ("STA") (통칭하여, "삼성")을 제소하였고, 삼성 또한 동 법원에서 Apple 사를 제소하였으며, 삼성과 Apple 사 간 소송이 완전히 해결될 때까지 관련될 수 있는 모든 문서를 보존해 주시기를 요청드렸습니다.

지난 6 월 16 일, Apple 사는 소장을 수정하여 제소제품의 범위 및 삼성 제품들에 관한 침해 주장의 범위를 넓혔습니다. Apple 사는 삼성의 갤럭시 라인의 스마트폰과 태블릿 컴퓨터 제품들이 (하기 제소제품 목록 참조) (i) Apple 사의 trade dress 를 모방하여 미 연방법 the Lanham Act, 15 U.S.C. §1125(a)의 Section 43(a)을 위반하는 불공정거래 및 원산지허위표시등의 불법행위; (ii) 미연방법 15 U.S.C. §1114(a)를 위반하는 Apple 사의 trade dress 및 연방 상표권 침해 및 관습법 상표권(Common Law trademark right) 침해; (iii) 미연방법 15 U.S.C. §1125(c)을 위반하는 Apple 사의 trade dress 희석(dilution) 행위; (iv) 캘리포니아주 상법(California Business and Professions Code Section 17200, *et seq.*)을 위반하는 불공정거래 행위; (v) Apple 사의 손실을 통한 삼성의 부당이득 취득; 및 (vi) 하기 명시된 Apple 사의 실용특허 8 건과 디자인 특허 7 건의 침해 등을 주장하고 있습니다.

지난 6 월 30 일, 삼성은 캘리포니아주 북부 연방법원에 Apple 사를 상대로 제소

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

했던 소송을 취하하고 (dismissal without prejudice), 취하한 소송의 제소특허 중 대부분의 특허를 근거로 Apple 사가 삼성을 상대로 제소한 소송에서 역제소 (counterclaim)하였습니다.  구체적으로, 삼성은 Apple 사의 iPhone 3G, iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad2, 및 iPad 2 3G (이하 "Apple 피소제품")들이 삼성의 실용특허 12 건을 침해한다고 주장할 것입니다.

또한 Apple 사와 삼성은 최근 자료 보존을 요구하는 다른 소송들도 제소하였습니다.  2011 년 6 월 28 일, 삼성은 Apple 피소제품들이 삼성의 실용특허 5 건을 더 침해하고 있다고 미국 국제 무역 위원회 (International Trade Commission, "ITC")에 제소하였고, 그 다음날인 29 일에 ITC 에 제소한 5 건의 실용특허 침해에 대한 손해보상 소송을 델라웨어주 연방법원에 제소하였습니다.  또한 7 월 5 일에는 Apple 사도 삼성의 Galaxy S 4G, Fascinate, Transform, Intercept, Captivate, Infuse 4G, Galaxy Tab 및 Tab 10.1 제품들이 자사의 실용특허 5 건과 디자인특허 2 건을 침해한다고 ITC 에 제소하였습니다.

## 보존대상 문서

삼성과 Apple 사간의 소송에 관련된 문서를 완벽하게 예측할 수는 없지만, (1) "**Apple 제소특허**", (2) "**삼성제소특허**", (3) "**삼성피소제품**", (4) "**Apple 피소제품**", (5) "**관련된 기술특성**" 등과 관련된 모든 '문서'는 파기를 금지하고 보관하셔야 합니다.  상기 카테고리는 아래에 정의돼 있습니다. 상기 카테고리에 관련된 보존이 필요한 문서들은 기술문서 (디자인, 개발, 제조 문서 포함), 마케팅 문서 (제품 포장 및 설명서 등 포함), 재무 문서 (비용, 이익, 및 판매 관련 문서 포함), 라이센싱 문서, 상기 카테고리에 관한 내부 교신 및 제 3 자와의 교신 (통신사, 공급업체 및 Apple 사 포함)등이 포함됩니다.  상기 '문서'란 정보를 가지고 있는 문자화, 도형화 또는 다르게 기록된 모든 종류의 물건으로 종이서류뿐만 아니라 보고서, 서신, 메모, 수기 노트, 도면 및 그림, 프레젠테이션 파일, 업무용 다이어리, 전화 기록, 전화 메시지, instant 메시지 등 기타 전자 문서와 이메일을 포함합니다.

상기 카테고리 및 문서 종류 목록은 보존 해야 할 문서의 예이며 실제 보존대상 문서의 범위는 더 광범위 할 수 있습니다. 따라서 특정 문서를 보존해야 하는지에 대하여 확신이 없다면, 해당 문서를 모두 보존할 의무가 있음을 알려드립니다. 해당 문서에 대한 예정된 파기 처분 계획은 (그런 계획이 있다면) 즉각 중지시켜 주십시오.

## 정의

"Apple 제소특허"는 하기 특허를 포함합니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 특허번호 | 특허명 | 발명자 |
|---|---|---|
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman, John G. Elias |
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display | Bas Ording |
| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer, Scott Herz |
| 7,853,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri, Bas Ording |
| 7,663,607 | Multipoint Touchscreen | Steve Hotelling, Joshua A. Strickon |
| 7,864,163 | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents | Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, Marcel Van Os |
| 7,920,129 | Double-Sided Touch-Sensitive Panel with Shield and Drive Combined Layer | Steve Porter Hotelling, Brian Richards Land |
| D627,790 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D617,334 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D604,305 | Graphical User Interface For a Display Screen or Portion Thereof | Freddy Anzures, Imran Chaudhri |
| D593,087 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D622,270 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Eugene Antony Whang, Rico Zorkendorfer |
|---|---|---|
| D504,889 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| 7,479,949 | Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics | Steve Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott king, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, Henri C. Lamiraux |
| Re 41,922 {6,072,489} | Method and Apparatus for Providing Translucent Images on a Computer Display | Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., Abhay Oswal |
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, Erik Wang |
| 7,789,697 | Plug Detection Mechanism | Hugo Fiennes |
| 7,912,501 | Audio I/O Headset Plug and Plug Detection Circuitry | Timothy Johnson, Achim Pantfoerder |
| D558,757 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,678 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |

"삼성제소특허"는 하기 특허를 포함합니다.

| 특허번호 | 특허명 | 발명자 |
|---|---|---|
| 6,928,604 | Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |
| 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |
| 7,079,871 | Portable Telephone and Method of Displaying Data Thereof | Pyung-soo Kim |
| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |
| 7,456,893 | Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method | Hyuk-soo Son, Sung-ho Eun |
| 7,577,460 | Portable Composite Communication Terminal for Transmitting/Receiving and Images, and Operation Method and Communication System Thereof | Jae-Min Kim, Jeong-Seok Oh, Sang-Ryul Park |
| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |
| 7,698,711 | Multi-Tasking Apparatus and method in Portable Terminal | Moon-Sang Jeong |
| 7,706,348 | Apparatus and Method for Encoding/Decoding Transport Format Combination Indicator in CDMA Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,486,644 | Method and Apparatus for Transmitting and Receiving Data with High Reliability in a Mobile | Young-Bum Kim, Yujian Zhang, Ju-Ho Lee, Yong-Jun Kwak, Youn-Hyoung Heo, Joon-Young Cho |

| | Communication System Supporting Packet Data Transmission | |
|---|---|---|
| 6,771,980 | Method of Dialing in a Smart Phone | Jeong-Kyu Moon |
| 6,879,843 | Device and Method for Storing and Reproducing Digital Audio Data in a Mobile Terminal | Dong-Woo Kim |
| 7,450,114 | User Interface Systems and Methods for Manipulating and Viewing Digital Documents | Majid Anwar |

"삼성피소제품"은 하기 제품을 포함합니다.

| Acclaim | Captivate | Continuum | Droid Charge |
|---|---|---|---|
| Exhibit 4G | Epic 4G | Fascinate | Gem |
| Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) | Galaxy S 4G |
| Gravity | Indulge | Infuse 4G | Intercept |
| Mesmerize | Nexus S | Nexus S 4G | Replenish |
| Showcase i500 | Showcase Galaxy S | Sidekick | Transform |
| Vibrant | Galaxy Tab | Galaxy Tab 10.1 | Galaxy Tab 8.9 |

"Apple 피소제품"은 하기 제품을 포함합니다.

| iPhone | iPad | iPod touch | |
|---|---|---|---|

"관련된 기술 특성"은 하기 요소들을 포함합니다.

- Ellipse fitting for multi-touch surfaces (멀티 터치 표면상의 타원 영역 맞춤),
- Status and control bar display (상태 bar 및 제어 bar 의 표시),
- "Bounce" or "rubberband" effect to denote the end of a scroll or pan region (화면이동이나 팬하는 부분의 끝을 표시하기 위한 바운스나 고무줄 효과),
- Multi-touch capacitive touchscreen using two conductive layers and mutual capacitance measurements (두개의 전도성 층(conductive layer)과 양층 간의 정전용량 치수를 이용하는 멀티 터치 정전식 터치 스크린),
- Multi-touch system to distinguish different user inputs typing, handwriting (다른 사용자의 타이핑 및 필기 입력을 식별하는 멀티 터치 시스템)
- Application programming interface for scrolling operations (화면이동 작동을 위한 애플리케이션 프로그래밍 인터페이스)
- Displaying a window for a user interface (사용자 인터페이스 창(window)을 표시하는 방법 및 장치)
- Smart Zoom interface feature and cover flow navigation feature (스마트

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

줌 인터페이스 특성과 커버 플로우 네비게이션 특성)

- Capacitive touchscreen with shielding using drive traces substantially wider than sense traces (출력 선(sense trace)보다 상당히 넓은 전원공급 선(drive trace)을 사용하는 실딩이 있는 정전식 터치 스크린)

- Touch screen control using heuristics to determine gesture commands including vertical scrolling, two-dimensional translation, and next item selection (휴리스틱스(Heuristics)를 사용해 수직 화면이동, 이차원 변형 및 다음 항목 선택등의 제스쳐를 결정하는 터치 스크린 콘트롤)

- Plug detection mechanism for identifying when a plug is inserted into a receptacle (플러그가 소켓에 삽입됐는지 식별하기 위한 플러그 인식 기계 장치)

- Push button with fulcrums and the ability to press down both sides simultaneously (다수의 받침점(fulcrums)과 양끝을 동시에 누를 수 있는 기능이 있는 누름 단추)

- Plug detection circuitry that determines whether a headset or headphones plugged into an audio jack contains a microphone (오디오 잭에 플러그된 헤드세트나 헤드폰에 마이크를 포함하고 있는지 판단하는 플러그 인식 전기 회로망)

- Translucent windows over other windows on a screen and method for controlling both (스크린 상 타 윈도우 위에 겹쳐진 반투명 윈도우와 두 윈도우를 제어하는 방법)

- Interleaving/turbo coding (인터리빙/터보 코딩)

- Rate matching (속도 매칭)

- Scrambling codes (부호 스크램블링)

- Protocol (HARQ power scale-down) (프로토콜 (HARQ power scale-down))

- Protocol (pre-defined length indicators) (프로토콜 (선 정의된 길이의 지표))

- World clock on an electronic device (전자 기기에 포함된 세계 시계)

- Split-screen display for text message composition and incoming text/incoming call/search function (문자 메시지 작성과 도착하는 문자/도착하는 전화/검색 기능 등을 분할스크린에 표시)

- Camera playback mode that remembers and displays the last image viewed (마지막으로 봤던 이미지를 기억해 표시해주는 카메라 재생 모드)

- E-mailing photographs using a camera-phone (카메라 폰을 이용해 사진을 이메일하는 방법 또는 장치)

- MP3 player that plays music while in standby mode (스탠드바이 모드에서 음악을 재생하는 MP3 플레이어)

- Dialing a phone number that is selected during operation of the phone

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

as a PDA (전화기로 PDA 기능에서 선택된 전화번호를 거는 방법)

- Playing MP3s on a phone (전화기에서 MP3를 재생하는 법)
- Scrolling manipulation of a document based on velocity vector (inertia) (속도 벡터에 기반을 둔 문서의 스크롤링 조작법)
- Error correction (channel coding) in HSUPA standard (HSUPA 표준에서의 오류 정정 (채널 코딩))
- Transport Format Combination Indicator encoding/decoding scheme (전송포맷 조합 표시기 인코딩/디코딩 체계)
- The ornamental design of a smart phone and/or tablet, and the ornamental design of the graphical user interface for a display screen on a smart phone and/or tablet (스마트 폰 및 태블릿 PC의 장식적인 디자인과 스마트 폰 및 태블릿 PC의 디스플레이 화면에 쓰이는 그래픽 기반 사용자 환경의 장식적인 디자인)
- User interface features such as the display of status and control functions for a number of different application programs (다수의 응용 프로그램에 쓰이는 상태 및 제어표시 기능 등의 사용자 인터페이스 특성)
- The display of electronic documents on a touch-screen (터치 스크린상의 전자 문서 표시)
- The display of windows in a user interface (사용자 인터페이스 상의 윈도우 표시)
- The display of an exchange of messages during a communication session (통신 세션 중 문자 교환의 표시)
- The design of cantilevered push buttons (외팔보(cantilever)식 누름 버튼의 디자인)

문의 사항이 있을 시 주저말고 IP 법무팀에 연락 주시길 부탁드립니다.
관련 임직원 여러분의 이해와 협조에 감사드립니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT I

Confidential and Privileged
Attorney-Client Work Product

# 애플 소송 관련 자료보존 요청

2011.05.18
IP 법무팀

□ 요청배경

- 당사는 현재 미국의 애플사와 특허소송을 진행 중이며, 미국법
  에 의하면 소송관련 자료를 임직원들이 보존할 의무가 있음

- 따라서 소송에 필요한 자료를 보존하실 것을 요청코자 함

### 양사간 진행중인 소송현황

| | |
|---|---|
| - 제소일: 2011. 4. 15일<br>- 법원 : 산호세 법원<br>- 대상제품: 갤럭시S/탭<br>- 제소내용:<br>　. 특허 7件에 대한 침해주장,<br>　. 상표(Trademark 7件, Trade<br>　　dress 3件) 침해 주장<br>- 요구사항: 판매금지 및 손해배상 | - 제소일: 2011. 4. 27일<br>- 법원 : 산호세 법원<br>- 대상제품: iPhone, iPad, iPod<br>- 제소내용:<br>　. 특허 10件에 대한 침해주장<br>- 요구사항: 판매금지 및 손해배상 |

□ 보존해야 할 자료의 범위

- 기술자료, 마케팅, 판매, 홍보, 디자인, 설계, 개발, 생산 등
  소송과 관련성이 있는 사내 모든 자료

□ 요청사항

- 업무 과정에서 발생되는 자료에 대해 소송과 관련이 있다고
  판단되면 자료를 보존해 주시기 바랍니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

별첨 1) 당사가 애플을 제소한 특허 내용

| 특허번호<br>(우선일) | 특허 개요 | 비 고 |
|---|---|---|
| 7,675,941<br>('05.05.04) | | |
| 7,362,867<br>('99.07.07) | | |
| 7,447,516<br>('04.06.09) | | |
| 7,200,792<br>('01.12.21) | | |
| 7,386,001<br>('99.06.25) | REDACTED | |
| 7,050,410<br>('99.07.08) | | |
| 6,928,604<br>('00.07.08) | | |
| 6,292,179<br>('98.05.12) | | |
| 7,009,626<br>('00.04.14) | | |
| 7,069,055<br>('06.06.27) | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

## 별첨2 ) 애플이 당사를 제소한 특허 내용

| 특허번호 | 특허 개요 | 비 고 |
|---|---|---|
| 7,812,828<br>('98.01.26) | | |
| 7,669,134<br>('03.05.02) | | |
| 6,493,002<br>('94.09.30) | | |
| 7,469,381<br>('07.01.07) | REDACTED | |
| 7,844,915<br>(07.01.07) | | |
| 7,853,891<br>('02.07.10) | | |
| 7,863,533<br>('08.06.07) | | |

# EXHIBIT J

Confidential and Privileged
Attorney-Client Work Product

# 애플 소송 관련 자료보존 요청

2011.07.18
IP 법무팀

□ 요청배경

- 7/5일, 애플이 산호세 법원(4/15일 제소)에 이어 ITC에 제소함

- 미국법에 의하면 소송관련 자료를 임직원들이 보존할 의무가 있으며, 소송에서 애플측이 이를 확인할 것으로 예상됨

- 따라서 소송에 필요한 자료를 보존하실 것을 요청코자 함

### 양사간 진행중인 소송현황

| | |
|---|---|
| - 법원 : 산호세 법원 (4/15일)　　　ITC (7/5일) | - 법원 : 산호세 법원(4/27일)　　　ITC (6/23일) |
| - 대상제품: 갤럭시 시리즈/탭 | - 대상제품: iPhone, iPad, iPod |
| - 제소내용: | - 제소내용: |
| . 애플 특허에 대한 침해주장, | . 당사특허에 대한 침해주장 |
| . 상표, Trade dress 침해 주장 | |
| - 요구사항: 판매금지 및 손해배상 | - 요구사항: 판매금지 및 손해배상 |

□ 보존해야 할 자료의 범위

- 기술자료, 마케팅, 판매, 홍보, 디자인, 설계, 개발, 생산 등 소송과 관련성이 있는 사내 모든 자료

□ 요청사항

- 업무 과정에서 발생되는 자료에 대해 소송과 관련이 있다고 판단되면 자료를 보존하시거나 보관토록 조치 바랍니다.

※ 별첨: 애플이 당사를 제소한 제소특허 내용

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

※ 별첨 1 : 애플이 ITC에서 제소한 특허내용 (7건)

□ ITC 제소특허 개요

| 특허번호 | 특허 개요 | 旣 제소여부 |
|---|---|---|
| US 7479949 ('06.9.6) | | |
| US RE41922 ('93.5.10) | | |
| US 7863533 ('08.6.7) | | |
| US 7789697 (''07.6.11) | | |
| US 7912501 ('08.7.10) | REDACTED | |
| D 558757 ('07.1.5) | | |
| D 618678 ('07.1.5) | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

# 애플의 ITC 제소 특허 상세 내용

## ■ US 7479949 (한국)

| 특허번호 | US 7479949 | 우선일 | '06.09.06 | 등록일 | '10.03.25 |
|---|---|---|---|---|---|
| 출원인 | Apple Inc. | | | 등록국 | US,EP KR,CN |
| 특허명칭 | 휴리스틱스를 적용하여 명령을 판단하기 위한 터치 스크린 장치, 방법 및 그래픽 사용자 인터페이스 | | | | |

REDACTED

[

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

■ US RE41,922

| 특허번호 | US RE41,922 | 우선일 | '93.5.10 | 등록일 | '10.11.9 |
|---|---|---|---|---|---|
| 출원인 | Apple Inc. | | | 등록국 | US |
| 특허명칭 | Method and apparatus for providing translucent images on a computer display | | | | |

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

■ US 7,863,533

| 특허번호 | US 7,863,533 | 우선일 | '08.06.07 | 등록일 | '11.01.04 |
|---|---|---|---|---|---|
| 출원인 | Appl Inc. | | | 등록국 | US |
| 특허명칭 | Cantilevered push button having multiple contacts and fulcrums | | | | |

REDACTED

Confidential and Privileged
Attorney-Client Work Product

■ US 7,789,697 (미국)

| 특허번호 | US 7,789,697 | 우선일 | '07.06.11 | 등록일 | '10.09.07 |
|---|---|---|---|---|---|
| 출원인 | Apple Inc. | | | 등록국 | US |
| 특허명칭 | Plug detection mechanisms | | | | |

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

■ US 7,912,501 (미국)

| 특허번호 | US 7,912,501 | 우선일 | '07.01.05 | 등록일 | '11.03.22 |
|---|---|---|---|---|---|
| 출원인 | Apple Inc. | | | 등록국 | US,CN |
| 특허명칭 | Audio I/O headset plug and plug detection circuitry | | | | |

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

■ US D 558757 (미국)

| 특허번호 | D 558757 | 우선일 | '07.01.05 | 등록일 | '08. 1. 1 |
|---|---|---|---|---|---|
| 출원인 | Apple Inc. | | | 등록국 | 미국 |
| 특허명칭 | Electronic Device | | | | |

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

■ US D 618678 (미국)

| 특허번호 | D 618678 | 우선일 | '07.01.05 | 등록일 | '10.6.29 |
|---|---|---|---|---|---|
| 출원인 | Apple Inc. | | | 등록국 | 미국 |
| 특허명칭 | Electronic Device | | | | |

REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Confidential and Privileged
Attorney-Client Work Product

# 별첨 2) 애플이 산호세 법원에서 제소한 특허

[기능 특허 내용]

| 특허번호 | 특허 개요 | 비 고 |
|---|---|---|
| 7,812,828 ('98.01.26) | | |
| 6,493,002 ('94.09.30) | | |
| 7,469,381 ('07.01.07) | | |
| 7,844,915 (07.01.07) | | |
| 7,853,891 ('02.07.10) | REDACTED | |
| 7,663,607 ('04.05.06) | | |
| 7,864,163 ('06.09.06) | | |
| 7,920,129 ('07.01.03) | | |
| 7,669,134 ('03.05.02) | | |
| 7,863,533 ('08.06.07) | | |

Confidential and Privileged
Attorney-Client Work Product

[디자인 특허(7건)]

| 디자인번호 | 디자인 내용 | 비고 |
|---|---|---|
| D627,790 | | |
| D618,677 | REDACTED | |
| D617,334 | | |
| D604,305 | | |
| D593,087 | | |

Confidential and Privileged
Attorney-Client Work Product



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT K

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

# Memorandum

**FIRST NOTICE**

| | |
|---|---|
| **To:** | **Custodians of Records** |
| **From:** | **STA Legal** |
| **Date:** | **April 20, 2011** |
| **Re:** | **Apple, Inc. v. SEC, SEA and STA** |

---

The purpose of this memorandum is to request that you preserve all documents that may be responsive to the issues in the above-referenced matter until the matter is fully resolved.

STA must preserve documents and records – both paper and electronic – that may later be relevant in any way to potential legal proceedings. You have been identified as an individual who may have relevant documents or data, and STA requires your assistance to preserve all information related to this matter. Additionally, IT personnel will assist in this endeavor.

## I.  Overview of Relevant Subject Matter

On April 15, 2011, Apple, Inc. filed a Complaint for patent infringement against SEC, SEA and STA, alleging trade dress, trademark, design patent claims, and unfair competition against Samsung.

## II.  Your Duties in Assisting STA in Preserving Documents/Records

As noted, STA has a duty to preserve all documents or records (referred to herein as "Legal Hold Notice") that are relevant or potentially relevant to this matter. The purpose of this Legal Hold Notice is to inform you that **you must preserve all documents or records that are relevant or potentially relevant to this matter until it is fully resolved.** Compliance with this Legal Hold Notice is **mandatory**, and it is critical that you do **NOT** delete, destroy, revise, alter, overwrite or hide, inadvertently or otherwise, any documents or records that are relevant or potentially relevant to this matter.

The terms "documents" and "records" are to be construed broadly and include, but are not limited to, the following:

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

- All relevant or potentially relevant paper (e.g., documents, presentations, notes, day planners, logs, lists, agendas, correspondence, photographs, facsimiles, computer printouts, etc.);

- Electronic mail ("e-mail") and any attachments;

- Instant messages;

- Electronic records of any kind (e.g., electronically generated word processing documents, PowerPoint presentations, spreadsheets, PDF and TIFF image files, databases, etc.);

- Audio or visual records (e.g., voicemail, video tapes).

The Legal Hold Notice applies to:

- All relevant or potentially relevant corporate records located within an individual's office, home, or any other location, as well as any records maintained centrally by the company or department;

- All potentially relevant e-mail and electronic records located on any personal computers, laptops, computer discs, PDA's, Smart Phones, BlackBerry's, servers, flash drives, or back-up systems.

You must undertake diligent and reasonable efforts to ensure the preservation of all documents or records, as defined above, that are **connected or related or relevant in any way to the Samsung Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase, Fascinate, Nexus S, Gem, Transform, Intercept, and Acclaim smart phones, and the Samsung Galaxy Tab tablet.**

In the case of paper records, you should ensure that any relevant or potentially relevant paper records in your immediate work area (e.g., office, cubicle, desk, filing area) are appropriately preserved in their current form.  In the case of relevant e-mail, you should ensure that all relevant or potentially relevant e-mail (and their associated attachments and links) are not deleted or altered, and are saved regularly.  As to electronic records, you should ensure that any relevant or potentially relevant electronic documents located within personal computers, laptops, computer discs, servers, PDA's, BlackBerry's, under your control are preserved.  Do not modify, delete, erase or overwrite any electronic files, discs, tapes, cartridges, etc. unless steps have been taken to assure that an exact copy will be preserved in its electronic form and is accessible.

## III.   <u>Additional Information & Questions</u>

We understand that the subject of this Legal Hold Notice is extremely broad.  At this time, however, STA must ensure that <u>all</u> documents of potential relevance are preserved.  In that regard, please take note of the following points.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

<u>Assume Everything is Relevant</u>:  Please do not attempt to determine on your own if any document, letter, email, etc. is relevant – assume they are all relevant.  Any documents, correspondence, emails, etc. will be reviewed by an attorney for relevancy and privilege if necessary in the future.

<u>Please Do Not Discuss this Matter Unless Directed By the Legal Department</u>:  Finally, we ask that employees refrain from discussing or otherwise communicating about this matter except if expressly asked to respond to requests from the Samsung in-house or outside counsel legal teams.  This will help us to gather accurate factual information, avoid distractions in our workplace, and prevent the inadvertent waiver of attorney-client and other important legal privileges, as well as preserve the confidentiality of proprietary and other sensitive information.

<u>Questions</u>: Please direct any questions you may have regarding the foregoing to **Cindi Moreland and/or Lynda Mane, STA Legal**.  In addition, if you believe that anyone else in your department may have important related material that should be notified of this Legal Hold Notice, please contact the Legal Department before discussing this memorandum with that person.

Thank you for your understanding, and we sincerely appreciate your assistance.

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT L

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

# Memorandum

**FIRST NOTICE**

| | |
|---|---|
| **To:** | **Custodians of Records** |
| **From:** | **STA Legal** |
| **Date:** | **April 25, 2011** *(Revised)* |
| **Re:** | **Apple, Inc. v. SEC, SEA and STA** |

---

The purpose of this memorandum is to request that you preserve all documents that may be responsive to the issues in the above-referenced matter until the matter is fully resolved.

STA must preserve documents and records – both paper and electronic – that may later be relevant in any way to potential legal proceedings. You have been identified as an individual who may have relevant documents or data, and STA requires your assistance to preserve all information related to this matter. Additionally, IT personnel will assist in this endeavor.

## I.      Overview of Relevant Subject Matter

On April 15, 2011, Apple, Inc. filed a Complaint for patent infringement against SEC, SEA and STA, alleging trade dress, trademark, design patent claims, and unfair competition against Samsung.

## II.      Your Duties in Assisting STA in Preserving Documents/Records

As noted, STA has a duty to preserve all documents or records (referred to herein as "Legal Hold Notice") that are relevant or potentially relevant to this matter. The purpose of this Legal Hold Notice is to inform you that **you must preserve all documents or records that are relevant or potentially relevant to this matter until it is fully resolved.** Compliance with this Legal Hold Notice is **mandatory**, and it is critical that you do **NOT** delete, destroy, revise, alter, overwrite or hide, inadvertently or otherwise, any documents or records that are relevant or potentially relevant to this matter.

The terms "documents" and "records" are to be construed broadly and include, but are not limited to, the following:

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

- All relevant or potentially relevant paper (e.g., documents, presentations, notes, day planners, logs, lists, agendas, correspondence, photographs, facsimiles, computer printouts, etc.);

- Electronic mail ("e-mail") and any attachments;

- Instant messages;

- Electronic records of any kind (e.g., electronically generated word processing documents, PowerPoint presentations, spreadsheets, PDF and TIFF image files, databases, etc.);

- Audio or visual records (e.g., voicemail, video tapes).

The Legal Hold Notice applies to:

- All relevant or potentially relevant corporate records located within an individual's office, home, or any other location, as well as any records maintained centrally by the company or department;

- All potentially relevant e-mail and electronic records located on any personal computers, laptops, computer discs, PDA's, Smart Phones, BlackBerry's, servers, flash drives, or back-up systems.

You must undertake diligent and reasonable efforts to ensure the preservation of all documents or records, as defined above, that are **connected or related or relevant in any way to the Samsung Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase, Fascinate, Nexus S, Gem, Transform, Intercept, Galaxy S II/2, Infuse 4G, Droid Charge and Acclaim smart phones, and** *all* **Samsung Galaxy Tabs, including the 8.9 and 10.1.**

In the case of paper records, you should ensure that any relevant or potentially relevant paper records in your immediate work area (e.g., office, cubicle, desk, filing area) are appropriately preserved in their current form. In the case of relevant e-mail, you should ensure that all relevant or potentially relevant e-mail (and their associated attachments and links) are not deleted or altered, and are saved regularly. As to electronic records, you should ensure that any relevant or potentially relevant electronic documents located within personal computers, laptops, computer discs, servers, PDA's, BlackBerry's, under your control are preserved. Do not modify, delete, erase or overwrite any electronic files, discs, tapes, cartridges, etc. unless steps have been taken to assure that an exact copy will be preserved in its electronic form and is accessible.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

### III.    Additional Information & Questions

We understand that the subject of this Legal Hold Notice is extremely broad.  At this time, however, STA must ensure that <u>all</u> documents of potential relevance are preserved.  In that regard, please take note of the following points.

Assume Everything is Relevant:  Please do not attempt to determine on your own if any document, letter, email, etc. is relevant – assume they are all relevant. Any documents, correspondence, emails, etc. will be reviewed by an attorney for relevancy and privilege if necessary in the future.

Please Do Not Discuss this Matter Unless Directed By the Legal Department:  Finally, we ask that employees refrain from discussing or otherwise communicating about this matter except if expressly asked to respond to requests from the Samsung in-house or outside counsel legal teams.  This will help us to gather accurate factual information, avoid distractions in our workplace, and prevent the inadvertent waiver of attorney-client and other important legal privileges, as well as preserve the confidentiality of proprietary and other sensitive information.

Questions: Please direct any questions you may have regarding the foregoing to **Cindi Moreland and/or Lynda Mane, STA Legal**.  In addition, if you believe that anyone else in your department may have important related material that should be notified of this Legal Hold Notice, please contact the Legal Department before discussing this memorandum with that person.

Thank you for your understanding, and we sincerely appreciate your assistance.

3

# EXHIBIT M

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

# Memorandum

**To:**       **Custodians of Records**
**From:**   **STA Legal**
**Date:**    **July 8, 2011**
**Re:**       **Apple, Inc. v. SEC, SEA and STA**
              **(Update to Litigation Hold Notices dated 4/20/11, 4/26/11 and 5/25/11)**

---

The purpose of this memorandum is to request that you preserve all documents that may be responsive to the issues in the above-referenced matter until the matter is fully resolved.

STA must preserve documents and records – both paper and electronic – that may later be relevant in any way to potential legal proceedings. You have been identified as an individual who may have relevant documents or data, and STA requires your assistance to preserve all information related to this matter. Additionally, IT personnel will assist in this endeavor.

## I.   Overview of Relevant Subject Matter

### MULTIPLE LAWSUITS BY AND AGAINST APPLE:

- *Apple v. Samsung (N.D. California)*. On April 15, 2011, Apple, Inc. filed a Complaint for patent infringement against SEC, SEA and STA, alleging trade dress, trademark, design patent claims, and unfair competition against Samsung. On June 16, 2011, Apple amended its lawsuit against Samsung, alleging that many of Samsung's phones and the Galaxy line of tablet computers (i) unfairly compete and falsely designate their origin by mimicking Apple's trade dress; (ii) infringe Apple's trade dress and federal trademarks and common law trademark rights; (iii) dilute Apple's trade dress; (iv) unfairly compete in violation of California Business and Professional Code § 17200; (v) unjustly enrich Samsung to Apple's detriment; and (vi) infringe eight of Apple's utility patents and seven of Apple's design patents.

- *Samsung v. Apple (N.D. California)*. On April 27, 2011, SEC and STA filed a Complaint for patent infringement against Apple, Inc. On June 30, 2011, Samsung dismissed without prejudice its lawsuit against Apple in the Northern District of California, and asserted several of the same patents as counterclaims against Apple in its case against Samsung. Specifically, Samsung alleges that the iPhone 3G, iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad 2, and iPad 2 3G ("Accused Apple Products") infringe twelve of Samsung's utility patents.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

- ***Samsung v. Apple (ITC)***.  On June 28, 2011, Samsung filed a complaint with the International Trade Commission alleging that the Accused Apple Products infringe five additional Samsung utility patents.

- ***Samsung v. Apple (Delaware)***.  On June 29, 2011 Samsung also filed a lawsuit in the United States District for the District of Delaware seeking damages for infringement of the same patents at issue in Samsung's ITC complaint.

- ***Apple v. Samsung (ITC)***.  On July 5, 2011, Apple filed its own complaint with the International Trade Commission alleging infringement of five utility patents and two design patents by the Samsung Galaxy S 4G, Fascinate, Transform, Intercept, Captivate, Infuse 4G, Galaxy Tab and Tab 10.1.

## II.   <u>Your Duties in Assisting STA in Preserving Documents/Records</u>

As noted, STA has a duty to preserve all documents or records (referred to herein as "Legal Hold Notice") that are relevant or potentially relevant to this matter.  The purpose of this Legal Hold Notice is to inform you that **you must preserve all documents or records that are relevant or potentially relevant to this matter until it is fully resolved.**  Compliance with this Legal Hold Notice is **mandatory**, and it is critical that you do **NOT** <u>delete</u>, <u>destroy</u>, <u>revise</u>, <u>alter</u>, <u>overwrite</u> or <u>hide</u>, inadvertently or otherwise, any documents or records that are relevant or potentially relevant to this matter.

The terms "documents" and "records" are to be construed broadly and include, but are not limited to, the following:

- All relevant or potentially relevant paper (e.g., documents, presentations, notes, day planners, logs, lists, agendas, correspondence, photographs, facsimiles, computer printouts, etc.);

- Electronic mail ("e-mail") and any attachments;

- Instant messages;

- Electronic records of any kind (e.g., electronically generated word processing documents, PowerPoint presentations, spreadsheets, PDF and TIFF image files, databases, etc.);

- Audio or visual records (e.g., voicemail, video tapes).

The Legal Hold Notice applies to:

- All relevant or potentially relevant corporate records located within an individual's office, home, or any other location, as well as any records maintained centrally by the company or department;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

- All potentially relevant e-mail and electronic records located on any personal computers, laptops, computer discs, PDA's, Smart Phones, BlackBerry's, servers, flash drives, or back-up systems.

You must undertake diligent and reasonable efforts to ensure the preservation of all documents or records, as defined above, that are **connected or related or relevant in any way to the Samsung Acclaim, Captivate, Continuum, Droid Charge, Exhibit 4G, Epic 4G, Fascinate, Gem, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II/2, Gravity, Indulge, Infuse 4G, Intercept, Mesmerize, Nexus S, Nexus S 4G, Replenish, Showcase i500, Showcase Galaxy S, Sidekick, Transform, Vibrant smart phones, and *all* Samsung Galaxy Tabs, including the 8.9 and 10.1, as well as, the iPhone or iPad.**

In the case of paper records, you should ensure that any relevant or potentially relevant paper records in your immediate work area (e.g., office, cubicle, desk, filing area) are appropriately preserved in their current form.  In the case of relevant e-mail, you should ensure that all relevant or potentially relevant e-mail (and their associated attachments and links) are not deleted or altered, and are saved regularly.  As to electronic records, you should ensure that any relevant or potentially relevant electronic documents located within personal computers, laptops, computer discs, servers, PDA's, BlackBerry's, under your control are preserved.  Do not modify, delete, erase or overwrite any electronic files, discs, tapes, cartridges, etc. unless steps have been taken to assure that an exact copy will be preserved in its electronic form and is accessible.

## III.     Additional Information & Questions

We understand that the subject of this Legal Hold Notice is extremely broad.  At this time, however, STA must ensure that <u>all</u> documents of potential relevance are preserved.  In that regard, please take note of the following points.

<u>Assume Everything is Relevant</u>:  Please do not attempt to determine on your own if any document, letter, email, etc. is relevant – assume they are all relevant.  Any documents, correspondence, emails, etc. will be reviewed by an attorney for relevancy and privilege if necessary in the future.

<u>Please Do Not Discuss this Matter Unless Directed By the Legal Department</u>:  Finally, we ask that employees refrain from discussing or otherwise communicating about this matter except if expressly asked to respond to requests from the Samsung in-house or outside counsel legal teams.  This will help us to gather accurate factual information, avoid distractions in our workplace, and prevent the inadvertent waiver of attorney-client and other important legal privileges, as well as preserve the confidentiality of proprietary and other sensitive information.

<u>Questions</u>: Please direct any questions you may have regarding the foregoing to **Cindi Moreland and/or Lynda Mane, STA Legal**.  In addition, if you believe that anyone else in your department may have important related material that should be notified of this Legal Hold Notice, please contact the Legal Department before discussing this memorandum with that person.

Thank you for your understanding, and we sincerely appreciate your assistance.

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT N

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

# Memorandum

**THIRD  NOTICE**

| | |
|---|---|
| **To:** | **Custodians of Records** |
| **From:** | **STA Legal** |
| **Date:** | **May 25, 2011** |
| **Re:** | **Apple, Inc. v. SEC, SEA and STA** |

The purpose of this memorandum is to request that you preserve all documents that may be responsive to the issues in the above-referenced matter until the matter is fully resolved.

STA must preserve documents and records – both paper and electronic – that may later be relevant in any way to potential legal proceedings.  You have been identified as an individual who may have relevant documents or data, and STA requires your assistance to preserve all information related to this matter.  Additionally, IT personnel will assist in this endeavor.

## I.    Overview of Relevant Subject Matter

On April 15, 2011, Apple, Inc. filed a Complaint for patent infringement against SEC, SEA and STA, alleging trade dress, trademark, design patent claims, and unfair competition against Samsung.  On April 27, 2011, SEC and STA filed a Complaint for patent infringement against Apple, Inc.

## II.    Your Duties in Assisting STA in Preserving Documents/Records

As noted, STA has a duty to preserve all documents or records (referred to herein as "Legal Hold Notice") that are relevant or potentially relevant to this matter.  The purpose of this Legal Hold Notice is to inform you that **you must preserve all documents or records that are relevant or potentially relevant to this matter until it is fully resolved.**  Compliance with this Legal Hold Notice is **mandatory**, and it is critical that you do **NOT** delete, destroy, revise, alter, overwrite or hide, inadvertently or otherwise, any documents or records that are relevant or potentially relevant to this matter.

The terms "documents" and "records" are to be construed broadly and include, but are not limited to, the following:

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

- All relevant or potentially relevant paper (e.g., documents, presentations, notes, day planners, logs, lists, agendas, correspondence, photographs, facsimiles, computer printouts, etc.);

- Electronic mail ("e-mail") and any attachments;

- Instant messages;

- Electronic records of any kind (e.g., electronically generated word processing documents, PowerPoint presentations, spreadsheets, PDF and TIFF image files, databases, etc.);

- Audio or visual records (e.g., voicemail, video tapes).

The Legal Hold Notice applies to:

- All relevant or potentially relevant corporate records located within an individual's office, home, or any other location, as well as any records maintained centrally by the company or department;

- All potentially relevant e-mail and electronic records located on any personal computers, laptops, computer discs, PDA's, Smart Phones, BlackBerry's, servers, flash drives, or back-up systems.

   You must undertake diligent and reasonable efforts to ensure the preservation of all documents or records, as defined above, that are **connected or related or relevant in any way to the Samsung Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase, Fascinate, Nexus S, Gem, Transform, Intercept, Galaxy S II/2, Infuse 4G, Droid Charge and Acclaim smart phones, and *all* Samsung Galaxy Tabs, including the 8.9 and 10.1, as well as, the iPhone or iPad.**

   In the case of paper records, you should ensure that any relevant or potentially relevant paper records in your immediate work area (e.g., office, cubicle, desk, filing area) are appropriately preserved in their current form.  In the case of relevant e-mail, you should ensure that all relevant or potentially relevant e-mail (and their associated attachments and links) are not deleted or altered, and are saved regularly.  As to electronic records, you should ensure that any relevant or potentially relevant electronic documents located within personal computers, laptops, computer discs, servers, PDA's, BlackBerry's, under your control are preserved.  Do not modify, delete, erase or overwrite any electronic files, discs, tapes, cartridges, etc. unless steps have been taken to assure that an exact copy will be preserved in its electronic form and is accessible.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

## III.   Additional Information & Questions

We understand that the subject of this Legal Hold Notice is extremely broad.  At this time, however, STA must ensure that <u>all</u> documents of potential relevance are preserved.  In that regard, please take note of the following points.

<u>Assume Everything is Relevant</u>:  Please do not attempt to determine on your own if any document, letter, email, etc. is relevant – assume they are all relevant. Any documents, correspondence, emails, etc. will be reviewed by an attorney for relevancy and privilege if necessary in the future.

<u>Please Do Not Discuss this Matter Unless Directed By the Legal Department</u>:  Finally, we ask that employees refrain from discussing or otherwise communicating about this matter except if expressly asked to respond to requests from the Samsung in-house or outside counsel legal teams.  This will help us to gather accurate factual information, avoid distractions in our workplace, and prevent the inadvertent waiver of attorney-client and other important legal privileges, as well as preserve the confidentiality of proprietary and other sensitive information.

<u>Questions</u>: Please direct any questions you may have regarding the foregoing to **Cindi Moreland and/or Lynda Mane, STA Legal**.  In addition, if you believe that anyone else in your department may have important related material that should be notified of this Legal Hold Notice, please contact the Legal Department before discussing this memorandum with that person.

Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT O



Samsung Electronics Co., Ltd.
IP Center
IP Legal Team
Suwon, Korea

April 21, 2011

Dear Colleagues:

On April 15, 2011, Apple filed a lawsuit against SEC, Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") in the United States District Court for the Northern District of California ("Apple's Northern District Action").   Apple's Northern District Action alleges that Samsung's Galaxy line of smart phones and computer tablets infringe: (i) the trade dress of Apple's iPhone, iPod touch, and iPad in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a); (ii) the federal trade dress registrations for the design and configuration of the iPhone in violation of 15 U.S.C. 1114; (iii) the federal trademark registrations for the application icons used in the user interface for the iPhone, iPod touch, and iPad and the federal trademark for the logo for Apple's iTunes on-line music service in violation of 15 U.S.C. 1114; and (iv) the federal trademark registrations for the application icons used in the user interface for the iPhone, iPod touch, and iPad and the iTunes application icon in violation of Apple's common law trademark rights ("Apple's Trademark and Trade Dress Claims").   Also, Apple's Northern District Action alleges that these Samsung acts constitute fraudulent and unlawful business practices as defined by California Business and Professions Code Section 17200, *et seq*. Apple's Northern District Action further alleges that, as a result of Samsung's alleged conduct, Samsung has been unjustly enriched to Apple's detriment.   Apple's Northern District Action alleges infringement of ten U.S. Patents ("Apple's Asserted Patents") identified below by one or more of the "Samsung Accused Products" (defined below) by the "Relevant Technical Features" (defined below):

| Patent No. | Patent Title | Inventors |
|---|---|---|
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | Bas Ording |
| 7,8536,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri and Bas Ording |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer and Scott Herz |
|---|---|---|
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, and Erik Wang |
| 7,669,134 | Method and Apparatus for Displaying Information During An Instant Messaging Session | Gregory N. Christie, Peter T. Westen, Stephen O. Lemay, and Jens Alfkeas |
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman and John G. Elias |
| D627,790 | Graphical User Interface for a Display Screen or Portion Thereof | Imran Chaudhri |
| D602,016 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |

The Samsung Accused Products include, but may not be limited to, the Samsung Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase, Fascinate, Nexus S, Gem, Transform, Intercept, and Acclaim smart phones and the Samsung Galaxy Tab tablet. Samsung Accused Products include all past, current, anticipated and future smart phones and computer tablets in the Galaxy line.

The Relevant Technical Features include, but may not be limited to, user interface features such as the display of status and control functions for a number of different application programs, the display of electronic documents on a touch-screen, the display of windows in a user interface, and the display of an exchange of messages during a communication session.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The Relevant Technical Features also include, but may not be limited to, the use and design of cantilevered push buttons, the ornamental design of a smart phone and/or tablet, and the ornamental design of the graphical user interface for a display screen on a smart phone and/or tablet.

Apple and/or Samsung have initiated additional litigations against each other outside of the United States and may initiate additional litigations worldwide (the "Additional Actions"). Samsung may be required to produce documents responsive to discovery requests served by Apple in Apple's Northern District Action or in the Additional Actions.   According to the applicable discovery rules, documents include all written, graphic or otherwise recorded material, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, calendars, tapes, agreements, drafts, phone logs, electronic files and electronically stored information regardless of the form of storage medium, e-mails, voice messages, and instant messages.

The purpose of this e-mail is to request that you preserve any and all such documents that may be relevant to the issues in Apple's Northern District Action and the Additional Actions between Samsung and Apple until all litigations are fully resolved. Please be aware that the above-mentioned exemplary list of documents is not exhaustive and the categories of documents may well be even broader. For this reason, **if you have any doubt** as to whether you should preserve particular documents, **you are instructed to retain them**. Please distribute this message to anyone else who may have any such relevant documents.

Although it is impossible to predict every type of document that Apple may request in a potential litigation, you should nevertheless retain and preserve all documents that relate to:

1. Apple, Apple's iPhone, iPad, and iPod touch, Apple's Northern District Action, Apple and Samsung's Additional Actions, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, or any of Apple's patents, trademarks, or trade dresses that could potentially impact Samsung's relevant business units (e.g., Digital Media & Communications, Device Solutions, etc.);
2. the design, development, testing, manufacturing, reverse engineering, distribution, importation, and sale of any Samsung Accused Products, any Samsung products related to the Relevant Technical Features, and any Samsung product that Apple would likely accuse of infringing one or more of Apple's patents, trademarks, or trade dresses;
3. contractual relationships, agreements, or other communications relating to the development, creation, implementation, launch and operation of any such products;
4. the market for any such products;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5.  licensing or valuation of any such products;

6.  any business plans, strategic plans or business strategy documents related to such products;

7.  any indemnification agreement provided to Samsung by any third party relating to such products or the Relevant Technical Features;

8.  Apple's products, including its iPhone, iPad, and iPod touch, incorporating any of Samsung's products;

9.  technical documents (including patents, patent applications and related documents) relating to Relevant Technical Features, including development, operation, manufacture, structure, design, architecture, testing, implementation and Samsung specification documents;

10.  marketing materials, including product packaging and documentation, pertaining to the Samsung Accused Products and any Samsung product that Apple would likely accuse of infringing one or more of Apple's patents, trademarks, or trade dresses;

11.  any internal analysis, assessments (including any efforts by Samsung to design around Apple's Asserted Patents or any other Apple patents) and/or reports concerning either Apple's Asserted Patents, other Apple patents, or Samsung's patents that are currently the subject of litigation, litigation preparations, or discussions between Apple and Samsung;

12.  any internal communications and/or reports concerning activities involving the Apple/Samsung licensing discussions;

13.  any third party communications concerning any of the patents involved in the discussions and/or litigations and any internal communications and/or reports regarding the same;

14.  any communications to third parties (e.g., for analysis purposes to third party vendors or law firms) concerning Apple's Northern District Action, Additional Actions between Samsung and Apple, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, and/or any other Apple patent, trademark or trade dress; and

15.  any communications with anyone relating to Apple's Northern District Action, Additional Actions between Samsung and Apple, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, and/or any other Apple patent, trademark or trade dress, and/or Apple patent, trademark, or trade dress claim against Samsung.

This obligation to retain relevant documents applies generally to all employees and outside consultants or agents of Samsung, but in particular to employees of Samsung possessing documents relating to the above-mentioned information. Further, Samsung's obligations to maintain and preserve relevant documents include any such documents stored in long term record retention, as well as documents in your office computer or any central files.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Due to future changes in circumstances, modification or expansion of the categories of documents to be retained may be required.   Although we will try to minimize any resulting burden, it is important that you do not destroy or discard any potentially responsive documents **AND PRESERVE ANY SUCH RELEVANT DOCUMENTS** until the all litigation relating to these issues has been sufficiently attenuated, or until otherwise notified by Samsung's Legal or IP teams.

To the extent the need to retrieve copies of potentially relevant documents arises, representatives of Samsung's IP Legal Team will be contacting you.   In the meantime, if you have any questions, please call the personnel of the IP Legal Team.   Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT P



Samsung Electronics Co., Ltd.

IP Center

IP Legal Team

Suwon, Korea

4/21/2011

각 수신처 제위:

지난 4 월 15 일 Apple 사는 미국 캘리포니아주 북부 연방법원에(United States District Court for the Northern District of California) 삼성 전자 (Samsung Electronics Co., Ltd), Samsung Electronics America, Inc. ("SEA"), 및 Samsung Telecommunications America, LLC ("STA") (통칭하여, "삼성")을 제소하였습니다 ("Apple 소송").   Apple 사는 삼성의 갤럭시 라인의 스마트폰과 태블릿 컴퓨터 제품들이 (i) 미연방법 the Lanham Act, 15 U.S.C. 1125 의 Section 43(a)을 위반하여 Apple 사의 iPhone, iPod touch, 및 iPad 의 trade dress 를 침해 (ii) 미연방법 15 U.S.C. 1114 을 위반하여 iPhone 의 의장과 형태를 등록한 연방 trade dress 를 침해 (iii) 미연방법 15 U.S.C. 1114 을 위반하여 iPhone, iPod touch, 및 iPad 의 user interface 에 쓰이는 application icon 에 대한 미 연방 상표권 및 Apple 사의 iTunes 온라인 음악 서비스의 로고에 대한 상표권을 침해 (iv) Apple 사의 관습법 상표권

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

(Common Law trademark right)을 위반하여 iPhone, iPod touch, 및 iPad 의 user interface 에 쓰이는 application icon 에 대한 미 연방 상표권 및 Apple 사의 iTunes 온라인 음악 서비스의 로고에 대한 상표권을 침해했다고 주장하고 있습니다.   더하여, Apple 사는 삼성의 이런 행동이 캘리포니아주 상법(California Business and Professions Code Section 17200, *et seq.*)을 위반하는 부당하고 불법적인 상관습 (business practice)이라고 주장하고 있습니다. 또한 Apple 사는 삼성의 이런 행동으로 인해 삼성이 Apple 사의 손상을 초래하며 부당이득을 얻었다고 주장하고 있습니다.   Apple 사는 또한 '삼성 제소제품'(아래 정의된)들의 "관련된 기술 특성"(아래 정의된)이 하기 Apple 사의 특허 열(10)건을 (이하 "Apple 제소특허") 침해한다고 주장하고 있습니다.

| 특허번호. | 특허명 | 발명자 |
|---|---|---|
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display | Bas Ording |
| 7,8536,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri and Bas Ording |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer and Scott Herz |
|---|---|---|
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, and Erik Wang |
| 7,669,134 | Method and Apparatus for Displaying Information During An Instant Messaging Session | Gregory N. Christie, Peter T. Westen, Stephen O. Lemay, and Jens Alfkeas |
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman and John G. Elias |
| D627,790 | Graphical User Interface for a Display Screen or Portion Thereof | Imran Chaudhri |
| D602,016 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
|---|---|---|

삼성제소제품은 삼성의 스마트 폰인 Captivate, Continuum, Vibrant, Galaxy S 4G, Epic 4G, Indulge, Mesmerize, Showcase, Fascinate, Nexus S, Gem, Transform, Intercept, 및 Acclaim 모델들과 삼성 갤럭시 탭을 포함하고 있으나 이에 한정되지는 않으며, Apple 사는 소송이 진행되면서 추가적인 제품에 대한 침해 주장을 할 수 있습니다, 삼성제소제품은 또한 이전, 현재, 그리고 앞으로 출시되리라 예측되는 미래의 모든 갤럭시 라인의 스마트 폰과 태블릿 컴퓨터를 포함할 수 있습니다.

관련된 기술 특성은 (1)다수의 application program 의 status 와 control function 의 display, (2) 전자문서를 터치 스크린에 display, (3) 유저 인터페이스에 window 를 display, (4) 통신세션당 메시지들의 교환을 display 하는 방법 등, 유저 인터페이스의 특성을 포함하고 있으나 이에 한정되지는 않습니다.  관련된 기술 특성은 또한, 외팔보(cantilever)식 push 버튼의 디자인과 사용, 스마트 폰 또는 태블릿 컴퓨터의 의장, 그리고 스마트 폰 또는 태블릿 컴퓨터의 화면의 graphical 유저 인터페이스의 의장 등을 포함할 수 있으나 이에 한정되지는 않습니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

미국소송 증거개시 원칙에 따르면, 상기 '문서'란 정보를 가지고 있는 문자화, 도형화 또는 다르게 기록된 모든 종류의 물건으로 종이서류뿐만 아니라 보고서, 서신, 프레젠테이션 파일, 도면, 수기 노트, 업무용 다이어리, 달력, 테이프, 계약서, 전화 기록, 전화 메시지, instant 메시지 등 기타 전자 문서와 이메일을 포함합니다.

본 서신의 목적은 Apple 소송이 완전히 해결될 때까지 관련될 수 있는 모든 문서를 보존해 주시기를 요청하기 위함입니다. 상기 문서 종류는 보존 해야 할 문서의 예이며 실제 보존대상문서의 범위는 더 광범위 할 수 있습니다. 따라서 특정 문서를 보존해야 하는지에 대하여 확신이 없다면, 해당 문서를 모두 보존하는 것이 좋습니다.

물론 Apple 사가 어떤 문서를 증거개시용 자료로서 요구할지를 완벽하게 예측할 수는 없지만, 하기의 카테고리와 관련된 모든 '문서'는 파기를 금지하고 보관하셔야 합니다.

1. Apple 사, Apple 의 iPhone, iPad, 및 iPod touch, Apple 소송, Apple 사의 상표권 및 Trade Dress 주장, Apple 제소특허, 그리고 삼성의 관련된 제품 또는 사업(예: Digital Media & Communications and Device Solution 등)에 영향을 줄 수 있는 Apple 사 또는 Apple 사의 특허, 상표, 및 Trade Dress 관련 자료

2. (1)삼성제소제품 (2)관련된 기술 특성에 연관된 삼성 제품 그리고 (3)Apple 사가 Apple 사의 특허, 상표, 또는 Trade Dress 의 침해 주장이 제기될 가능성이 있는 모든 삼성제품들과 관련된 설계, 개발, 테스트, 제조, reverse engineering, distribution, 수입, 마케팅, 광고 또는 영업 자료

3. 2 번에 명시된 제품들의 개발, 창작, 실행, 출시, 그리고 작동에 관련된 계약 관계, 계약서 및 다른 교신.

4. 상기 제품들의 시장 자료

5. 상기 제품에 대한 라이센싱 또는 평가 자료

6. 상기 제품에 대한 사업 계획, 전략 계획, 또는 사업 전략 문서

7. 상기 제품이나 관련된 기술 특성에 관련된 삼성의 제 3 자와의 면책계약

8. iPhone, iPad, 및 iPad 와 같이 삼성의 제품을 사용한 Apple 사 제품 관련 자료

9. 관련된 기술 특성에 관련된 (개발, 작동, 제조, 구조, 디자인, 설계, 테스팅, 실행, 삼성 사양서 등) 기술 문서 (특허, 특허 출원서 및 관련된 문서)

10. 삼성제소제품 및 Apple 사가 Apple 사의 특허, 상표, 또는 Trade Dress 의 침해 주장이 제기될 가능성이 있는 모든 삼성의 제품에 관련된 마케팅 자료 (제품 포장과 문서들 포함)

11. Apple 사 제소 특허 또는 그 외의 Apple 사 소유특허와 관련된 내부 분석 자료 (회피 설계 관련 내용 포함)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12. Apple 사와의 라이선스 협상 관련 내부 교신이나 보고자료

13. Apple 사와의 소송 및 협상 특허와 관련된 제 3 자와의 교신이나 Apple 사

   와의 소송 및 특허와 관련된 내부교신, 논의 또는 보고자료

14. Apple 소송 및 Apple 사의 상표, 특허, 또는 Trade Dress 침해 주장과 관련

   된 제 3 자와의 (예: 분석 목적을 두고 외부업체 또는 로펌과 가진) 교신

15. Apple 소송 및 Apple 사의 상표, 특허, 또는 Trade Dress 침해 주장 또는

   Apple 제소특허에 관련된 교신

본 관련문서 보존의무는 당사의 모든 임직원과 외부자문인 또는 대리인에게 적용되고, 특히 상기 언급된 제품과 관련 있는 문서를 보유한 임직원들에게 적용됩니다. 또한 당사의 보존의무는 장기 보관 중인 문서와 업무용 컴퓨터 및 중앙 파일 서버를 포함 합니다. 만약 정기적으로 관련 문서를 파기하는 작업이 있다면 즉시 중지시켜주시기 바랍니다.

향후 사정변경에 따라 보존대상문서의 범위가 변경되거나 확대될 수 있으며, 이로 인해 야기될 수 있는 부담을 최소화하도록 노력할 것이나, 관련 임직원께서는 본 건과 관련된 모든 소송이 해결되거나 IP 법무팀에서 별도의 공지가 있을 때까지 관련문서를 파기하지 않고 보존하는 것이 중요합니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

관련문서를 제출할 필요가 발생했을 경우, IP 법무팀 담당자가 별도 요청할 것입

니다.


관련 임직원 여러분의 이해와 협조를 요청 드립니다. 감사합니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT Q



**Legal Department**
**Samsung Electronics America, Inc.**

**PRIVLEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**
**ATTORNEY WORK PRODUCT**

# Memorandum

**SECOND NOTICE**

**To:**    **Custodians of Records**
**From:** **Legal Department**
**Date:**  **June 20, 2011**
**Re:**    **Samsung v. Apple, Inc.**

---

Dear Colleagues:

On April 27, 2011, Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC (collectively "Samsung") filed a lawsuit against Apple in the United States District Court of the Northern District of California.   Samsung's suit alleges that several of Apple's products, including the Apple iPhone 3G, the Apple iPhone 3GS, the Apple iPhone 4, the iPod Touch, the iPad, the iPad 3G, the iPad2, and the iPad 2 3G infringe on ten U.S. patents ("Samsung Asserted Patents") identified below.   The Samsung asserted Patents are related to increasing reliability, capacity, efficiency, compatibility, and functioning of mobile devices in W-CDMA and UMTS networks, and features relating to the user-interface of mobile devices, such as generating and displaying time, keyboard function, and viewing of images on mobile devices (the "Relevant Technical Features").

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |
| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee |
| 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in  a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| 6,928,604 | Turbo Encoding/Decoding Device and Method for | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | Processing Frame Data According to QOS | |
| 6,292,179 | Software Keyboard System Using Trace of Stylus on a Touch Screen and Method for Recognizing Key Code Using the Same | Jin-chul Lee |
| 7,009,626 | Systems and Methods for Generating Visual Representations of Graphical Data and Digital Document Processing | Majid Anwar |
| 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |

Although it is impossible to predict every type of document that Apple may request in these litigations, you should nevertheless **retain and preserve all documents** that relate to all of the below categories.

(1) Samsung Asserted Patents, any patents related to the Samsung Asserted Patents, and the named inventors, listed above;

(2) the preparation of each of the patent applications of the Samsung Asserted Patents and the prosecution of those applications;

(3) conception and reduction to practice of the Samsung Asserted Patents including any design, testing, experimental use or prototypes associated with this conception or reduction to practice;

(4) the product, process, device, prototype, apparatus that embodies any technology disclosed in any of Samsung Asserted Patents;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

(5) the design, development, testing, manufacturing, reverse engineering, distribution, marketing, advertising or sale of any products embodying the Samsung Asserted Patents;

(6) any written description, use, sale, offer for sale, license, or offer to license prior to the filing date of each of the patent applications that issued as the Samsung Asserted Patents, of what is claimed in the Samsung Asserted Patents;

(7) any patentability, infringement, or validity opinions related to the Asserted Patents and/or the Relevant Technical Features;

(8) the marking of any product embodying the Samsung Asserted Patents;

(9) the market share or market analysis of any product embodying the Samsung Asserted Patents;

(10) the licensing or valuation of any product embodying the Samsung Asserted Patents;

(11) the fabrication, manufacture, design, features or functions of the Apple iPhone 3G, the Apple iPhone 3GS, the Apple iPhone 4, the iPod Touch, the iPad, the iPad 3G, the iPad2, and the iPad 2 3G;

(12) the damages to Samsung from Apple's alleged infringement of Samsung Asserted Patents;

(13) any internal communications and/or reports concerning activities involving the licenses, license discussions, or other discussions between Apple and Samsung;

(14) any third party communications concerning any of the Samsung Asserted Patents and/or the Relevant Technical Features, and any internal communications and/or reports regarding the same;

(15) any third party communications concerning any of the licensing discussions or agreements with Apple and any internal communications and/or reports regarding the same; and

(16) any communications to third parties (*e.g.*, indemnification requests or notices) concerning any of the Samsung Asserted Patents, the Relevant Technical Features, or this litigation.

Documents, according to the applicable discovery rules, include all written, graphic or otherwise recorded material, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, calendars, tapes, agreements, drafts, phone logs, electronic files and electronically stored information regardless of the form of storage medium, emails, voices messages and instant messages.

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Please be aware that the above exemplary list of documents and categories is **non-exhaustive** and as such, if there is any doubt as to whether a document should be preserved, **you are instructed to retain them**.

This obligation to retain relevant documents applies generally to all employees and outside consultants or agents of Samsung, but in particular to employees possessing documents relating to the above described categories. Further, Samsung's obligations to maintain and preserve relevant documents include any such documents stored in long term record retention, as well as documents in your office computer or any central files.

As the litigation progresses, future changes in circumstances may require modification or expansion of the categories of documents to be retained. Although we will try to minimize any resulting burden, it is important that you **do not destroy or discard** any potentially responsive documents until the litigation has been resolved, or until otherwise notified by the IP Legal Team.

Samsung's IP Legal Team will contact you when a need arises to retrieve copies of the preserved relevant documents. If you have any questions, please contact the personnel of the IP Legal Team. Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT R



**REVISED DOCUMENT PRESERVATION NOTICE FOR APPLE LITIGATION**

July 8, 2011

Dear Colleagues:

This is an update to two previously distributed litigation hold notices from April 27, 2011 and June 20, 2011.

In the previous litigation hold notices, we informed you that Apple Inc. ("Apple") filed a lawsuit against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc, and Samsung Telecommunications America, LLC (collectively "Samsung") in the United States District Court for the Northern District of California.    We also informed you that Samsung had filed a lawsuit against Apple in the same court.    We requested that you preserve any and all such documents that may be relevant to the issues in a potential litigation between Samsung and Apple until it is fully resolved.    Litigants have a duty to preserve evidence that may be relevant to an anticipated or on-going litigation. This principle is clearly sacrosanct, and it is the violation of this duty that can give rise to a finding of spoliation, or the wrongful destruction of evidence.

On June 16, 2011, Apple amended its lawsuit against Samsung, alleging that many of Samsung's phones and the Galaxy line of tablet computers (see list of accused products below) (i) unfairly compete and falsely designate their origin by mimicking Apple's trade dress in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (ii) infringe Apple's trade dress and federal trademarks in violation of 15 U.S.C. § 1114(a) and common law trademark rights; (iii) dilute Apple's trade dress in violation of 15 U.S.C. § 1125(c); (iv) unfairly compete in violation of California Business and Professional Code § 17200; (v) unjustly enrich Samsung to Apple's detriment; and (vi) infringe eight of Apple's utility patents and seven of Apple's design patents, identified below.

On June 30, 2011, Samsung dismissed without prejudice its lawsuit against Apple in the Northern District of California, and asserted several of the same patents as counterclaims against Apple in its case against Samsung.    Specifically, Samsung alleges that the iPhone 3G,

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad 2, and iPad 2 3G ("Accused Apple Products") infringe twelve of Samsung's utility patents.

Both Apple and Samsung have recently initiated other litigation for which documents need to be preserved.   On June 28, 2011, Samsung filed a complaint with the International Trade Commission alleging that the Accused Apple Products infringe five additional Samsung utility patents.   On June 29, 2011 Samsung also filed a lawsuit in the United States District for the District of Delaware seeking damages for infringement of the same patents at issue in Samsung's ITC complaint.   On July 5, 2011, Apple filed its own complaint with the International Trade Commission alleging infringement of five utility patents and two design patents by the Samsung Galaxy S 4G, Fascinate, Transform, Intercept, Captivate, Infuse 4G, Galaxy Tab and Tab 10.1.

**Apple Asserted Patents**

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman, John G. Elias |
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display | Bas Ording |
| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer, Scott Herz |
| 7,853,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri, Bas Ording |
| 7,663,607 | Multipoint Touchscreen | Steve Hotelling, Joshua A. Strickon |
| 7,864,163 | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents | Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, Marcel Van Os |
| 7,920,129 | Double-Sided Touch-Sensitive Panel with Shield and Drive Combined Layer | Steve Porter Hotelling, Brian Richards Land |
| D627,790 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D617,334 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D604,305 | Graphical User Interface For a Display | Freddy Anzures, Imran Chaudhri |

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Screen or Portion Thereof | |
|---|---|---|
| D593,087 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D622,270 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D504,889 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| 7,479,949 | Touch Screen Device, Method, and Graphical User Interface for | Steve Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott |

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Determining Commands by Applying Heuristics | Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott king, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, Henri C. Lamiraux |
|---|---|---|
| Re 41,922 {6,072,489} | Method and Apparatus for Providing Translucent Images on a Computer Display | Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., Abhay Oswal |
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, Erik Wang |
| 7,789,697 | Plug Detection Mechanism | Hugo Fiennes |
| 7,912,501 | Audio I/O Headset Plug and Plug Detection Circuitry | Timothy Johnson, Achim Pantfoerder |
| D558,757 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,678 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Rico Zorkendorfer |
|---|---|---|

**Samsung Asserted Patents**

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 6,928,604 | Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |
| 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |
| 7,079,871 | Portable Telephone and Method of Displaying Data Thereof | Pyung-soo Kim |
| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |
| 7,456,893 | Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method | Hyuk-soo Son, Sung-ho Eun |
| 7,577,460 | Portable Composite Communication Terminal for Transmitting/Receiving and Images, and Operation Method and Communication System Thereof | Jae-Min Kim, Jeong-Seok Oh, Sang-Ryul Park |

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |
|---|---|---|
| 7,698,711 | Multi-Tasking Apparatus and method in Portable Terminal | Moon-Sang Jeong |
| 7,706,348 | Apparatus and Method for Encoding/Decoding Transport Format Combination Indicator in CDMA Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,486,644 | Method and Apparatus for Transmitting and Receiving Data with High Reliability in a Mobile Communication System Supporting Packet Data Transmission | Young-Bum Kim, Yujian Zhang, Ju-Ho Lee, Yong-Jun Kwak, Youn-Hyoung Heo, Joon-Young Cho |
| 6,771,980 | Method of Dialing in a Smart Phone | Jeong-Kyu Moon |
| 6,879,843 | Device and Method for Storing and Reproducing Digital Audio Data in a Mobile Terminal | Dong-Woo Kim |
| 7,450,114 | User Interface Systems and Methods for Manipulating and Viewing Digital Documents | Majid Anwar |

The Accused Samsung Products include, but may not be limited to:

| Acclaim | Captivate | Continuum | Droid Charge |
|---|---|---|---|
| Exhibit 4G | Epic 4G | Fascinate | Gem |
| Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) | Galaxy S 4G |
| Gravity | Indulge | Infuse 4G | Intercept |
| Mesmerize | Nexus S | Nexus S 4G | Replenish |
| Showcase i500 | Showcase Galaxy S | Sidekick | Transform |
| Vibrant | Galaxy Tab | Galaxy Tab 10.1 | Galaxy Tab 8.9 |

The Relevant Technical Features include, but may not be limited to:

- Ellipse fitting for multi-touch surfaces
- Status and control bar display
- "Bounce" or "rubberband" effect to denote the end of a scroll or pan region
- Multi-touch capacitive touchscreen using two conductive layers and mutual capacitance measurements,

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Multi-touch system to distinguish different user inputs typing, handwriting
- Application programming interface for scrolling operations
- Displaying a window for a user interface
- Smart Zoom interface feature and cover flow navigation feature
- Capacitive touchscreen with shielding using drive traces substantially wider than sense traces
- Touch screen control using heuristics to determine gesture commands including vertical scrolling, two-dimensional translation, and next item selection
- Plug detection mechanism for identifying when a plug is inserted into a receptacle
- Push button with fulcrums and the ability to press down both sides simultaneously
- Plug detection circuitry that determines whether a headset or headphones plugged into an audio jack contains a microphone
- Translucent windows over other windows on a screen and method for controlling both
- Interleaving/turbo coding
- Rate matching
- Interleaving/turbo coding
- Scrambling codes
- Protocol (HARQ power scale-down)
- Protocol (pre-defined length indicators)
- World clock on an electronic device
- Split-screen display for text message composition and incoming text/incoming call/search function
- Camera playback mode that remembers and displays the last image viewed
- E-mailing photographs using a camera-phone
- MP3 player that plays music while in standby mode
- Dialing a phone number that is selected during operation of the phone as a PDA
- Playing MP3s on a phone
- Scrolling manipulation of a document based on velocity vector (inertia)
- Error correction (channel coding) in HSUPA standard
- Transport Format Combination Indicator encoding/decoding scheme
- the ornamental design of a smart phone and/or tablet, and the ornamental design of the graphical user interface for a display screen on a smart phone and/or tablet
- user interface features such as the display of status and control functions for a number of different application programs
- the display of electronic documents on a touch-screen
- the display of windows in a user interface
- the display of an exchange of messages during a communication session
- use and design of cantilevered push buttons

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REMINDER - DOCUMENT PRESERVATION NOTICE

Samsung may be required to produce documents responsive to discovery requests served by Apple in the current actions or in the Anticipated Actions.   (Apple and/or Samsung may initiate additional litigations against each other (the "Anticipated Action(s)").)   According to the applicable discovery rules, documents include tangible items of any kind that contain information, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, electronic files and e-mails.

The purpose of this e-mail is to request that you preserve any and all such documents that may be relevant to the issues in the current actions and the Anticipated Actions between Samsung and Apple until all litigations are fully resolved. Please be aware that the above-mentioned exemplary list of documents is not exhaustive and the categories of documents may well be even broader. For this reason, **if you have any doubt** as to whether you should preserve particular documents, **you are instructed to retain them**. Please distribute this message to anyone else who may have any such relevant documents.

Although it is impossible to predict every type of document that Apple may request in these litigations, you should nevertheless **retain and preserve all documents** that relate to all of the below categories:

1. Apple, Apple's iPhone, iPad, and iPod touch, Apple's and Samsung's actions in the Northern District of California and ITC, Apple and Samsung's Additional Actions, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, or any of Apple's patents, trademarks, or trade dresses that could potentially impact Samsung's relevant business units (e.g., Digital Media & Communications, Device Solutions, etc.);
2. the design, development, testing, manufacturing, reverse engineering, distribution, importation, and sale of any Samsung Accused Products, any Samsung products related to the Relevant Technical Features, and any Samsung product that Apple would likely accuse of infringing one or more of Apple's patents, trademarks, or trade dresses;
3. the market for any such products;
4. licensing or valuation of any such products;
5. any business plans, strategic plans or business strategy documents related to such products;
6. any indemnification agreement provided to Samsung by any third party relating to such products or the Relevant Technical Features;
7. Apple's products, including its iPhone, iPad, and iPod touch, incorporating any of Samsung's products;
8. technical documents (including patents, patent applications and related documents)

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

relating to Relevant Technical Features, including development, operation, manufacture, structure, design, architecture, testing, implementation and Samsung specification documents;

9. marketing materials, including product packaging and documentation, pertaining to the Samsung Accused Products and any Samsung product that Apple would likely accuse of infringing one or more of Apple's patents, trademarks, or trade dresses;

10. any internal analysis, assessments (including any efforts by Samsung to design around Apple's Asserted Patents or any other Apple patents) and/or reports concerning either Apple's Asserted Patents, other Apple patents, or Samsung's patents that are currently the subject of litigation, litigation preparations, or discussions between Apple and Samsung;

11. any internal communications and/or reports concerning activities involving the Apple/Samsung licensing discussions;

12. any third party communications concerning any of the patents involved in the discussions and/or litigations and any internal communications and/or reports regarding the same;

13. any communications to third parties (e.g., for analysis purposes to third party vendors or law firms) concerning Apple's Northern District Action, Additional Actions between Samsung and Apple, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, and/or any other Apple patent, trademark or trade dress;

14. any communications with anyone relating to the current actions, Additional Actions between Samsung and Apple, Apple's Trademark and Trade Dress Claims, Apple's Asserted Patents, and/or any other Apple patent, trademark or trade dress, and/or Apple patent, trademark, or trade dress claim against Samsung;

15. Samsung Asserted Patents, any patents related to the Samsung Asserted Patents, and the named inventors, listed above;

16. the preparation of each of the patent applications of the Samsung Asserted Patents and the prosecution of those applications;

17. conception and reduction to practice of the Samsung Asserted Patents including any design, testing, experimental use or prototypes associated with this conception or reduction to practice;

18. the product, process, device, prototype, apparatus that embodies any technology disclosed in any of Samsung Asserted Patents;

19. the design, development, testing, manufacturing, reverse engineering, distribution, marketing, advertising or sale of any products embodying the Samsung Asserted Patents;

20. any written description, use, sale, offer for sale, license, or offer to license prior to the filing date of each of the patent applications that issued as the Samsung Asserted Patents, of what is claimed in the Samsung Asserted Patents; patentability,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

infringement, or validity opinions related to the Asserted Patents and/or the Relevant Technical Features;

21. the marking of any product embodying the Samsung Asserted Patents;

22. the market share or market analysis of any product embodying the Samsung Asserted Patents;

23. the licensing or valuation of any product embodying the Samsung Asserted Patents;

24. the fabrication, manufacture, design, features or functions of the Apple iPhone 3G, the Apple iPhone 3GS, the Apple iPhone 4, the iPod Touch, the iPad, the iPad 3G, the iPad2, and the iPad 2 3G;

25. the damages to Samsung from Apple's alleged infringement of Samsung Asserted Patents;

26. any internal communications and/or reports concerning activities involving the licenses, license discussions, or other discussions between Apple and Samsung;

27. any third party communications concerning any of the Samsung Asserted Patents and/or the Relevant Technical Features, and any internal communications and/or reports regarding the same;

28. any third party communications concerning any of the licensing discussions or agreements with Apple and any internal communications and/or reports regarding the same; and

29. any communications to third parties (*e.g.*, indemnification requests or notices) concerning any the Samsung Asserted Patents, the Relevant Technical Features, or this litigation.

Documents, according to the applicable discovery rules, include all written, graphic or otherwise recorded material, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, calendars, tapes, agreements, drafts, phone logs, electronic files and electronically stored information regardless of the form of storage medium, emails, voices messages and instant messages.

Please be aware that the above exemplary list of documents and categories is **non-exhaustive** and as such, if there is any doubt as to whether a document should be preserved, **you are instructed to retain them**.

This obligation to retain relevant documents applies generally to all employees and outside consultants or agents of Samsung, but in particular to employees of Samsung possessing documents relating to the above-mentioned information. Further, Samsung's obligations to maintain and preserve relevant documents include any such documents stored in long term record retention, as well as documents in your office computer or any central files. Please ensure that any scheduled disposal of such relevant documents (if any) is immediately

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

suspended.

Due to future changes in circumstances, modification or expansion of the categories of documents to be retained may be required.   Although we will try to minimize any resulting burden, it is important that you **do not destroy or discard** any potentially responsive documents **AND PRESERVE ANY SUCH RELEVANT DOCUMENTS** until the likelihood of litigation relating to these issues has been sufficiently attenuated, or until otherwise notified by Samsung's Legal or IP teams.

To the extent the need to retrieve copies of potentially relevant documents arises, representatives of Samsung's IP Legal Team will be contacting you. In the meantime, if you have any questions, please call the personnel of the IP Legal Team. Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT S

**Recipients of Exhibit I**

| Date Sent | Names of Recipients |
|---|---|
| 5/24/2011 | 신종균; 이철환; 노태문; 조승환; 최재구; 김병환; 이상업; 장창원; 황정욱; 최진호; 조중연; 허문기; 장동훈; 이성식; 김석근; 이민혁; 황창환; 정지홍; 홍원표; 윤한길; 이돈주; 변성호; 이상룡; 안승호; 이용일 |
| Translation of Above | Jongkyun Shin; Chulwhan Lee; Taemoon Roh; Seunghwan Cho; Jaegoo Choi; Byunghwan Kim; Sangup Lee; Changwon Jang; Jungwook Hwang; Jinho Choi; Joongyeon Cho; Moonki Huh; Donghoon Chang; Sungsik Lee; Seogguen Kim; Minhyouk Lee; Changhwan Hwang; Jihong Jeung; Wonpyo Hong; Hangil Yoon; Donjoo Lee; Sungho Byun; Sangryong Lee; Seungho Ahn; Yongill Lee |

**Recipients of Exhibit J**

| Date Sent | Names of Recipients |
|---|---|
| 7/19/2011 | 신종균; 이철환; 노태문; 조승환; 최재구; 김병환; 이상업; 장창원; 황정욱; 최진호; 조중연; 허문기; 장동훈; 이성식; 김석근; 이민혁; 황창환; 정지홍; 홍원표; 윤한길; 이돈주; 변성호; 이상룡; 안승호; 이용일 |
| Translation of Above | Jongkyun Shin; Chulwhan Lee; Taemoon Roh; Seunghwan Cho; Jaegoo Choi; Byunghwan Kim; Sangup Lee; Changwon Jang; Jungwook Hwang; Jinho Choi; Joongyeon Cho; Moonki Huh; Donghoon Chang; Sungsik Lee; Seogguen Kim; Minhyouk Lee; Changhwan Hwang; Jihong Jeung; Wonpyo Hong; Hangil Yoon; Donjoo Lee; Sungho Byun; Sangryong Lee; Seungho Ahn; Yongill Lee |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXHIBIT T

**Recipients of Exhibits A and B**

| Date Sent | Names of Recipients |
|---|---|
| 9/3/2010 | 김동훈; 박대우; 문태균; 김봉규; 박현민; 양경훈; 이귀호; 이유희; 문지영; 김종석; 문준기; 정미란; 유성식; 조준원; 김응도; 김봉규; 부좌영; 이지훈; 정기; 이용석; 우선형; 김광현; 서현수; 고우균; 정인욱; 최혁승; 송재연; 주재숙 |
| Translation of Above | Donghoon Kim; Daewoo Park; Taegyun Moon; Bonggyu Kim; Hyunmin Park; Kyunghoon Yang; Guiho Lee; Yuhui Lee; Jiyoung Moon; Jongseok Kim; Joonki Moon; Miran Jung; Sungshik Yoo; Joonwon Cho; Eungdo Kim; Bonggyu Kim; Jwatiybg Boo; Jihoon Lee; Ki Jung; Yong Seok Lee; Sunhyung Woo; Gwanghyun Kim; Hyunsoo Seo; Woogyun Koh; Inwook Jung; Hyukseung Choi; Jaeyeon Song; Jaesook Joo |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXHIBIT U

Recipients of the STA 7-8-2011 Litigation Hold Notice:

Joseph (Joonkyo) Cheong; Dale Sohn; Desiree Standridge; Catherine Nullan; Gary Hays; Lynda Mane; Chris Low; Cindi Moreland; David Roberts; Jaine Montanez; Cody Fisher; Amy York; Brian Atwood; Stephen Voehl; Theresa Armstrong; Edith Casco; Elizabeth Field; Jean Chen; Pamela Pham; Judy Silvestre; Emma Johnson-Miller; Terry Wilcox; Judy Cha; Wendy Wang; Kaneshia Andrews; Rachel Jung; John Davenport; John Park; Ronetta Campbell; Benjamin Lee; Esther Lee; Victor Martinez; Lynn Rodriguez; April Kuo-l Ma; Elle Chang; Christina (Eun Young) Shin; Amy Lopez; Mark Avera; Maggie Ouyang; Tim Sheppard; Suzette Washington; Vincent Upperman; May Yang; Paul Gang Xiao; Farrah Blakely; Travis Premprajaks; Minn Aung; Ruben Mesa; Nam Doan; Katrina Salvador; Alice Chen; George Ellington; Sean Diaz; Lisa Loredo; Hope Fouts; Claire Wei; Seol Hong; Paul Kim; Renzo Villavicencio; Patrick McAleer; Minsup Shim; Juan Ramirez; Suwon Kim; Andrew Kim; Sean Lin; Hunter Park; Charles Saeng Oh; Young-Wan Kim; Justin (Jong Hyeon) Lee; Charles (Woochul) Kim; Autumn Kim; Janet Lee; Christopher Park; Jaehee Yoo; Gloria Kim; Seong Yong Lee; Jerimy Loyd; Clay Lockhart; Jinwoo Kang; David S. Kim; Clark Pollock; Thomas Jasny; Victor Stemberger; Jay Coyle; Ina Choi; David So; Liliana Franco; June (Young Jun) Kim; James Brunson; Paul Gilliland; Peter O'Donnell; Amit Deshmukh; Ki Yang; Ranjith Weeresinghe; John Khoa Doan; Cuong Kevin To; Kevin Song; Min Yi; Richard Jette; Mario Monteiro; David Vu; Matt Wu; Robin Nguyen; Yo-Han Song; Alex Chin; Chinwon So; Jayshree Bharatia; Phil Nguyen; Ray Yuhanna; Jayvee Roco; Richard Lodwig; Il Whan Kim; Yong Shin Cho; Jin Su Lee; Sang Boh Yun; Kwang Hee Lee; Kae Sun; Gregory Steele; Nivi Thadasina; Gerald Smith; Roger Torres; Parth Thakkar; Glenn Morrow; Vinay Mahendra; Abdul Khalid; Chi Hwan Kim; John Jubin; Richard Cheng; Rajasimann Vijayasimman; Tom Bengel; Roger Conn; Deepak Parikh; Sanjay Kodali; Jeffery Hammond; Sameer Marwadi; Jinu James; Colin Bowdery; Shivani Sahi; Bhumin Pathak; Ji-Ung Park; Carolyn Jackman; Lisa Irvin; Mary Ann Martin; Ken Rosselli; Andy Lee; Cindy Chang; Todd Pendleton; Maureen Mcdonald; Kendrick Mason; Stephanie Vance; James Jeffcoat; Cosmin Ghiurau; Tia Burch; Timothy Benner; Joanne Lovato; Kim Titus; Ryder Meehan; Christopher Bero; Paul Golden; Trevor Lloyd Lambert; Khristine Anderson; Smith Pharis; Philip Berne; Brian Hammer; Lindsey Seulki Choi; Moana Tupas; Nikki Dellamora; Shay Langley; Jason Wilds; Synthia Barber; Lee Miller; A. Wilcox; Abraham Chu; M. Hines; Ashley Dennis; Veronica Hradecky; Kelly Fosen; David Tompkins; Reuben Araujo; Lori Tretner; Kristine Rothe; Amie Brooks-Bartlett; Kent Boyse; Wendy Kay Virtue; Joy McBeth; Melissa McNutt; Stacie David; Stacey Portnoy; Poorvi Mody; Petey Mcknight; Kelly Phillips; Tania Kolios; Terrence Hunter; Nicole Neal Hahn; Pete Saladino; Shawn Gunderson; Byunghee Choi; Ava Lockhart; Amit Srivastava; Stanley Huang; Jasmine Blackman; Richard Schrader; Corey Kerstetter; David Moran; Helen Lim; Shin Kim; Eric Rhee; Reza Rahman; Stacey Counce; Kara Showers; Kunal L. Varia; Sam Song; Kihoon Park; James Hall; Christine Harmon; Jiyeon Kim; Violet Long; Scott Higgins; Yolanda Massey; Norma Bustos; Matthew C. Tabisz; Martin Lodovico; Albert Dawson; Arop Ngor Juach; Reginald Williams; James F. Hahn; Andrew David Pleimling; Lee Bednar; Kim Kans; Renee Cansler; Matt Peters; Teri Phillips; Dale Booso; Cynthia Lampkin; Samuel Hope; Jennifer Brock; Margie Flowers; Mika Jaaskelainen; Tanya A. Martinez; Gordon Canty; Nandakumar Ramachandran; Justin R. Denison; Thomas Chun; John Jun; Chris Martinez (Strategy); Joshua Mason; Julien Blin; Khurram Rafique; YK Yongki Min; Margo Diaz; Alex Kwon; Sang Kyun Kim; Fred Zimbric; Shoneel Kolhatkar; Silviu Moraru; Nicholas Dicarlo; Drew Blackard; Tejaswi Javagal-Narayana;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Gunveet Chawla; Ryan Bidan; Hanna Tong; Steve Stolakis; Quam Erogbogbo; Wayne Carlisle; Deborah Hampton; Carol Hurtig; Charles Banks; James Botello; David Jensen; Patrick Milton; Pat Salvador; Wendy Berkeley; Tim Rowden; Kendra Green; Dan Thornton; Sean Peacock; Steven D. Hamilton; Gavin Kim; Ray Vinson; Kenneth F. Daniels; Scott Meyer; Rajendra Pallapothu; Brian R. Doherty; Asokan Thiyagarajan; Byoung Ha (Chris) Jo; Lillian Dewberry; Tristan Sooyoung Uh; Todd Grisar; Suzanne De Silva; Brad Kania; Christopher Tanquary; Amit Bhatnagar; Michael Buonomo; Matthew Olszewski; John Eckert; Ravikanth Ekanthalingam; Philip Kramer; Timothy Wagner; Peter T. Miner; M. Callahan; Dusty Hough; James Lake; David Lowe; Brent (Byung Gil) Yoo; Kim Bridges; Brian Rosenberg; Seunghyun Choi; Michael Keogh; William Noteboom; Mary White; Matt Wilson; Michael Pennington; Glenn Krupa; Heidi Swanson; Darren Cohen; J Conner; Kirk Douglas; Deborah Williams; Chris Pickering; Abdul Hamid; Mike Howell; Yukti Tiwari; Jon McDonald; Sean Truesdale; Jihoon Lee; Brian S. Woods; Larry Meyer; James Carr; MJ Geis; Linda Greenwood; Dina Felix; Peter Doyle; Chuck Sperrick; Moses Lee; Paul Chapple; Tamara Arnold; George Guerra; Tim Sartain; Christopher J. Belter; Travis Warren; Stephanie Baker; Ante Kovacevic; Ishtiaque Ahmed; Hany Abouelseaoud; James Zerbe; Sam Choi; Faith Flores; Cyrus Yun; Jinwoo You; Nancy Byun; Sangsun Andrew Shim; Christopher Staley; John Carrara; Andrew Eliot; Leslie Webster; Jennifer Cadiz; Cheryl Milana; Peter Uhniat; Junie Lee; Kevin Geklinsky; Laura Smoller; Trisha Cooper; Gary Alicandri; Andrew Sivak; David Daugherty; Jorge Gateno; R. Pontious; M. Reasoinger; Thomas Austin Lerner; Steven Schultz; Matthew Turtell; Minesh Lad; Sachin Patel; George Fry; Sonia Estévez; Ketuman Desai; Kirit Kale; Gabriel H. Huh; Damian T.; Bing Qiu; Nancy Kwan; Sharmila Narula; Scott Lee; Zafar Masood; David Hwang; Sheen Xiao; Kyunghwan Cha; Julie Krische; Jim Daley; Johnny Hart; David Pan; Christian Borjon; Amanda Woods; Margaret Reddy; Wilbur Satterfield; Brian Charity; Frank Gutowski; Hank West; Guy Dugas; Scott Long; Michael Sak; Casey Ryan; Julie Tischer; Dena Rees; Ellen Canfield; Jack Seeley; Joanna (Yung Chang) Kim; Pete Alvarado; Daniel Durig; Kue-Jin Hwang; Afzal Islam; J. Atterbury; Jeff Sandoval; Michael Albin; Terra E. Siebert; Brie K. Ditirro; Matt Ware; Hyoungtaek Chang; Lisa Helm Jagoda; Aubrie Lewis; Michael Bardeau; Ryan Fournier; Paul LaFace; Michael Clark; Jeff Byle; Bruce Parkhurst; Brad Meyer; Laura Long; Stephen Morris; Ryan Miller; Phil P; Chen Tsu; Bob Etherton; Tao Li; Andy Edmonds; Thomas Menichino; Aston Cole; Weiqiang Wu; Julie Paek; Paul Marzolf; Steven Cistulli; Edward Campbell; Todd Allen; Loretta Hong; Jason Arif; Sameer Nathani; Jody Monson; Nina Park; Anshul Raizada; Christine Heimer; Jason E. Adams; Pamela Norris; Susan Krouse; Gaylon Dick; Blake Willison; Jason Bissell; Lyn Graley; Rigo Ferrer; Karen York; Chris Martinez; Mijin Kim; Matthew Baker; Eric Ankenbrand; Mark Williams; Michael Monsour; Jason (Jang Hoon) Lee; Derek Burnett; Chris Wylie; Jaci Bjornson; Susana Cristobal; Michael Verdes; Christopher Saunders; Robert Moore; Scott Genthner; Brian Darnell; Celia S; Joshua Brawley; Erica Garza; Randhir Singh; Todd Greene; Alex Menefee; Eric Mbari; Aaron Burnett; Rickey Cortijo; Mark Graham; Henry Navaroli; Barclay Jones; Vimal Subra; Pavan Gupta; John Reno; Philip Sohn; Sandeep Shukla; Zbigniew Tyrlik; Don Hull; A. Warhadkar; Thomas Meyers; Paul Grunwald; Michael J. Halliday; Rick Svensson; Rick Madsen; Paul Thurneysen; Kenneth Walter Berg; Robin Jepson; Keith Bullock; Dan Borisov; Scott Walker; Daniel Hyun Sim; David Silva; Kevin Leverett; Chloe Walker; Sherman Harris; Michell    Chung; Crystal Cooper; Kalishar Mitchell; Eric Mays; Keesung Nam; Sunyong Park; Sung Bum Park; Kyu Yeon; Seong Gu Kim; Doo Jang; Yoon Jeong Ha; Kwang Lee; Hee Sang Seo; Manho Han; Jin Seon Kim; Yeong Choi; Shamik Shah; Chanakya Bandyopadhyay; Mohan Kakumani; Kiran Kumar Yalavarthi; Jayanth Raghavendra;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Randhir Agarwal; Asghar Meraj; Thad Lowe; Karthick Varadharajan; Max Lin; Sankugopal Saha; Praseeth Sreedharan; Sreedharan Sreejith; Prashanth Md; Intekhaab Siddiquee; Rajeev Bhat; Tarique Mosharraf; Bill Bloomingdale; Ankit Kumar Patel; Sailesh Raju; Kartikeya Fotedar; Jeff Brand; Pratima Sharma; Alex Araujo Freitas; David Schmidt; Vazrik Hovsepian; JoAnn Zellman; Julia Riatti; Conrad Edwards; David Townsend; Jerry Prado; Sang Hung; Nibha Jain; Sarena Yang; Ian Anderson; James Vandenheuvel; Catherine Schneider; Kitae Kim; David Crozier; Mike Hall; John Heath; John Choi; Curtis Matson.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Samsung Electronics Co., Ltd.
IP Legal Team
DMC R&D Center (R2) 4th Fl.
416, Maetan 3-Dong, Yeongtong-gu
Suwon, Gyeonggi-do, Korea 443-742

**REVISED DOCUMENT PRESERVATION NOTICE FOR APPLE LITIGATIONS**

July 13, 2011

Dear Colleagues:

This is an update to two previously distributed litigation hold notices from April 22, 2011 and May 11, 2011.   The purpose of this notice is to identify documents that you and others at Samsung must preserve until further instruction by Samsung's Legal Team.

<u>**Background**</u>

In the previous litigation hold notices, we informed you that Apple Inc. ("Apple") filed a lawsuit against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc, and Samsung Telecommunications America, LLC (collectively "Samsung") in the United States District Court for the Northern District of California.   We also informed you that Samsung had filed a lawsuit against Apple in the same court.   We requested that you preserve any and all such documents that may be relevant to the issues in the lawsuits between Samsung and Apple until they are fully resolved.

On June 16, 2011, Apple amended its lawsuit against Samsung, alleging that many of Samsung's phones and the Galaxy line of tablet computers (see list of accused products below) (i) unfairly compete and falsely designate their origin by mimicking Apple's trade dress in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (ii) infringe Apple's trade dress and federal trademarks in violation of 15 U.S.C. § 1114(a) and common law trademark rights; (iii) dilute Apple's trade dress in violation of 15 U.S.C. § 1125(c); (iv) unfairly compete in violation of California Business and Professional Code § 17200; (v) unjustly enrich Samsung to Apple's detriment; and (vi) infringe eight of Apple's utility patents and seven of Apple's design patents, identified below.

On June 30, 2011, Samsung dismissed without prejudice its lawsuit against Apple in the Northern District of California, and asserted several of the same patents as counterclaims against Apple in its case against Samsung.   Specifically, Samsung alleges that the iPhone 3G,

02198.51855/4241956.1                                                        1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad 2, and iPad 2 3G ("Accused Apple Products") infringe twelve of Samsung's utility patents.

Both Apple and Samsung have recently initiated other litigation for which documents need to be preserved.    On June 28, 2011, Samsung filed a complaint with the International Trade Commission alleging that the Accused Apple Products infringe five additional Samsung utility patents.    On June 29, 2011 Samsung also filed a lawsuit in the United States District for the District of Delaware seeking damages for infringement of the same patents at issue in Samsung's ITC complaint.    On July 5, 2011, Apple filed its own complaint with the International Trade Commission alleging infringement of five utility patents and two design patents by the Samsung Galaxy S 4G, Fascinate, Transform, Intercept, Captivate, Infuse 4G, Galaxy Tab and Tab 10.1.

## Documents That Must Be Preserved

Although it is impossible to predict every type of document that may be relevant to the litigations between Samsung and Apple, you should nevertheless retain and preserve all documents that relate to: (1) the **Apple Asserted Patents**, (2) the **Samsung Asserted Patents**, (3) the **Accused Samsung Products**, (4) the **Accused Apple Products** and (5) the **Relevant Technical Features**.    These categories of documents are defined below.    Documents relating to these categories that must be retained include technical documents (including design, development, and manufacturing documents), marketing documents (including product packaging and documentation), financial documents (including cost, profit, and sales documents), licensing documents, internal communications, and communications third-parties (including carriers, suppliers and Apple) relating to the categories of documents listed above. Documents include tangible items of any kind that contain information, including for example paper documents, correspondence, memoranda, handwritten notes, drawings, presentation slides, business diaries, electronic files and e-mails.

Please be aware that the above list of documents and categories is **non-exhaustive** and as such, if there is any doubt as to whether a document should be preserved, **you are instructed to retain them**.    Please ensure that any scheduled disposal of such relevant documents (if any) is immediately suspended.

## Definitions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The **Apple Asserted Patents** include:

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
|---|---|---|
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman, John G. Elias |
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display | Bas Ording |
| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer, Scott Herz |
| 7,853,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri, Bas Ording |
| 7,663,607 | Multipoint Touchscreen | Steve Hotelling, Joshua A. Strickon |
| 7,864,163 | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents | Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, Marcel Van Os |
| 7,920,129 | Double-Sided Touch-Sensitive Panel with Shield and Drive Combined Layer | Steve Porter Hotelling, Brian Richards Land |
| D627,790 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D617,334 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D604,305 | Graphical User Interface For a Display Screen or Portion Thereof | Freddy Anzures, Imran Chaudhri |
| D593,087 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | Zorkendorfer |
|---|---|---|
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D622,270 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D504,889 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| 7,479,949 | Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics | Steve Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott king, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, Henri C. Lamiraux |
| Re 41,922 | Method and Apparatus for | Michael L. Gough, Joseph J. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| {6,072,489} | Providing Translucent Images on a Computer Display | MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., Abhay Oswal |
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, Erik Wang |
| 7,789,697 | Plug Detection Mechanism | Hugo Fiennes |
| 7,912,501 | Audio I/O Headset Plug and Plug Detection Circuitry | Timothy Johnson, Achim Pantfoerder |
| D558,757 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,678 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |

The **Samsung Asserted Patents** include:

| PATENT NO. | PATENT TITLE | INVENTOR(S) |
| --- | --- | --- |
| 6,928,604 | Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |
| 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |
| 7,079,871 | Portable Telephone and Method of | Pyung-soo Kim |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|  | Displaying Data Thereof |  |
|---|---|---|
| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |
| 7,456,893 | Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method | Hyuk-soo Son, Sung-ho Eun |
| 7,577,460 | Portable Composite Communication Terminal for Transmitting/Receiving and Images, and Operation Method and Communication System Thereof | Jae-Min Kim, Jeong-Seok Oh, Sang-Ryul Park |
| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |
| 7,698,711 | Multi-Tasking Apparatus and method in Portable Terminal | Moon-Sang Jeong |
| 7,706,348 | Apparatus and Method for Encoding/Decoding Transport Format Combination Indicator in CDMA Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,486,644 | Method and Apparatus for Transmitting and Receiving Data with High Reliability in a Mobile | Young-Bum Kim, Yujian Zhang, Ju-Ho Lee, Yong-Jun Kwak, Youn-Hyoung Heo, Joon-Young Cho |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Communication System Supporting Packet Data Transmission | |
|---|---|---|
| 6,771,980 | Method of Dialing in a Smart Phone | Jeong-Kyu Moon |
| 6,879,843 | Device and Method for Storing and Reproducing Digital Audio Data in a Mobile Terminal | Dong-Woo Kim |
| 7,450,114 | User Interface Systems and Methods for Manipulating and Viewing Digital Documents | Majid Anwar |

The **Accused Samsung Products** include:

| | | | |
|---|---|---|---|
| Acclaim | Captivate | Continuum | Droid Charge |
| Exhibit 4G | Epic 4G | Fascinate | Gem |
| Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) | Galaxy S 4G |
| Gravity | Indulge | Infuse 4G | Intercept |
| Mesmerize | Nexus S | Nexus S 4G | Replenish |
| Showcase i500 | Showcase Galaxy S | Sidekick | Transform |
| Vibrant | Galaxy Tab | Galaxy Tab 10.1 | Galaxy Tab 8.9 |

The **Accused Apple Products** include:

| | | | |
|---|---|---|---|
| iPhone | iPad | iPod touch | |

The **Relevant Technical Features** include:

- Ellipse fitting for multi-touch surfaces
- Status and control bar display
- "Bounce" or "rubberband" effect to denote the end of a scroll or pan region
- Multi-touch capacitive touchscreen using two conductive layers and mutual capacitance measurements,
- Multi-touch system to distinguish different user inputs typing, handwriting
- Application programming interface for scrolling operations
- Displaying a window for a user interface
- Smart Zoom interface feature and cover flow navigation feature
- Capacitive touchscreen with shielding using drive traces substantially wider than sense traces
- Touch screen control using heuristics to determine gesture commands including vertical scrolling, two-dimensional translation, and next item selection
- Plug detection mechanism for identifying when a plug is inserted into a receptacle

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Push button with fulcrums and the ability to press down both sides simultaneously
- Plug detection circuitry that determines whether a headset or headphones plugged into an audio jack contains a microphone
- Translucent windows over other windows on a screen and method for controlling both
- Interleaving/turbo coding
- Rate matching
- Scrambling codes
- Protocol (HARQ power scale-down)
- Protocol (pre-defined length indicators)
- World clock on an electronic device
- Split-screen display for text message composition and incoming text/incoming call/search function
- Camera playback mode that remembers and displays the last image viewed
- E-mailing photographs using a camera-phone
- MP3 player that plays music while in standby mode
- Dialing a phone number that is selected during operation of the phone as a PDA
- Playing MP3s on a phone
- Scrolling manipulation of a document based on velocity vector (inertia)
- Error correction (channel coding) in HSUPA standard
- Transport Format Combination Indicator encoding/decoding scheme
- The ornamental design of a smart phone and/or tablet, and the ornamental design of the graphical user interface for a display screen on a smart phone and/or tablet
- User interface features such as the display of status and control functions for a number of different application programs
- The display of electronic documents on a touch-screen
- The display of windows in a user interface
- The display of an exchange of messages during a communication session
- The design of cantilevered push buttons

If you have any questions, please call the personnel of the IP Legal Team. Thank you for your understanding, and we sincerely appreciate your assistance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Samsung Electronics Co., Ltd.
IP Center
IP Legal Team
Suwon, Korea

**애플 소송 관련 자료 보존 요청서**

7/13/2011

각 수신처 제위:

지난 4 월 22 일자 자료 보존 요청 서신과 5 월 11 일자 자료 보존 요청 서신에 추가 사항이 있어 통보 드립니다. 본 서신의 목적은 수신자 여러분과 다른 삼성 임직원들이 삼성 법무팀의 추가 공지사항이 있을 때까지 보존해 주셔야 하는 문서를 특정 및 공지하기 위함입니다.

<u>배경</u>

이전의 자료 보존 요청 시 당 팀에서는 Apple Inc. (이하 " Apple 사")가 미국 캘리포니아주 북부 연방법원에(United States District Court for the Northern District of California) 삼성 전자 (Samsung Electronics Co., Ltd), Samsung Electronics America, Inc. ("SEA"), 및 Samsung Telecommunications America, LLC ("STA") (통칭하여, "삼성")을 제소하였고, 삼성 또한 동 법원에서 Apple 사를 제소하였으며, 삼성과 Apple 사 간 소송이 완전히 해결될 때까지 관련될 수 있는 모든 문서를 보존해 주시기를 요청드렸습니다.

지난 6 월 16 일, Apple 사는 소장을 수정하여 제소제품의 범위 및 삼성 제품들에 관한 침해 주장의 범위를 넓혔습니다. Apple 사는 삼성의 갤럭시 라인의 스마트폰과 태블릿 컴퓨터 제품들이 (하기 제소제품 목록 참조) (i) Apple 사의 trade dress 를 모방하여 미 연방법 the Lanham Act, 15 U.S.C. §1125(a)의 Section 43(a)을 위반하는 불공정거래 및 원산지허위표시등의 불법행위; (ii) 미연방법 15 U.S.C. §1114(a)를 위반하는 Apple 사의 trade dress 및 연방 상표권 침해 및 관습법 상표권(Common Law trademark right) 침해; (iii) 미연방법 15 U.S.C. §1125(c)을 위반하는 Apple 사의 trade dress 희석(dilution) 행위; (iv) 캘리포니아주 상법(California Business and Professions Code Section 17200, *et seq.*)을 위반하는 불공정거래 행위; (v) Apple 사의 손실을 통한 삼성의 부당이득 취득; 및 (vi) 하기 명시된 Apple 사의 실용특허 8 건과 디자인 특허 7 건의 침해 등을 주장하고 있습니다.

지난 6 월 30 일, 삼성은 캘리포니아주 북부 연방법원에 Apple 사를 상대로 제소

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

했던 소송을 취하하고 (dismissal without prejudice), 취하한 소송의 제소특허 중 대부분의 특허를 근거로 Apple 사가 삼성을 상대로 제소한 소송에서 역제소 (counterclaim)하였습니다.  구체적으로, 삼성은 Apple 사의 iPhone 3G, iPhone 3GS, iPhone 4, iPod Touch, iPad, iPad 3G, iPad2, 및 iPad 2 3G (이하 "Apple 피소제품")들이 삼성의 실용특허 12 건을 침해한다고 주장할 것입니다.

또한 Apple 사와 삼성은 최근 자료 보존을 요구하는 다른 소송들도 제소하였습니다.  2011 년 6 월 28 일, 삼성은 Apple 피소제품들이 삼성의 실용특허 5 건을 더 침해하고 있다고 미국 국제 무역 위원회 (International Trade Commission, "ITC")에 제소하였고, 그 다음날인 29 일에 ITC 에 제소한 5 건의 실용특허 침해 에 대한 손해보상 소송을 델라웨어주 연방법원에 제소하였습니다.  또한 7 월 5 일에는 Apple 사도 삼성의 Galaxy S 4G, Fascinate, Transform, Intercept, Captivate, Infuse 4G, Galaxy Tab 및 Tab 10.1 제품들이 자사의 실용특허 5 건과 디자인특허 2 건을 침해한다고 ITC 에 제소하였습니다.

## 보존대상 문서

삼성과 Apple 사간의 소송에 관련된 문서를 완벽하게 예측할 수는 없지만, (1) "**Apple 제소특허**", (2) "**삼성제소특허**", (3) "**삼성피소제품**", (4) "**Apple 피소제품**", (5) "**관련된 기술특성**" 등과 관련된 모든 '문서'는 파기를 금지하고 보관하서야 합 니다.  상기 카테고리는 아래에 정의돼 있습니다. 상기 카테고리에 관련된 보존이 필요한 문서들은 기술문서 (디자인, 개발, 제조 문서 포함), 마케팅 문서 (제품 포 장 및 설명서 등 포함), 재무 문서 (비용, 이익, 및 판매 관련 문서 포함), 라이센 싱 문서, 상기 카테고리에 관한 내부 교신 및 제 3 자와의 교신 (통신사, 공급업체 및 Apple 사 포함)등이 포함됩니다.  상기 '문서'란 정보를 가지고 있는 문자화, 도형화 또는 다르게 기록된 모든 종류의 물건으로 종이서류뿐만 아니라 보고서, 서신, 메모, 수기 노트, 도면 및 그림, 프레젠테이션 파일, 업무용 다이어리, 전화 기록, 전화 메시지, instant 메시지 등 기타 전자 문서와 이메일을 포함합니다.

상기 카테고리 및 문서 종류 목록은 보존 해야 할 문서의 예이며 실제 보존대상 문서의 범위는 더 광범위 할 수 있습니다. 따라서 특정 문서를 보존해야 하는지 에 대하여 확신이 없다면, 해당 문서를 모두 보존할 의무가 있음을 알려드립니다. 해당 문서에 대한 예정된 파기 처분 계획은 (그런 계획이 있다면) 즉각 중지시켜 주십시오.

## 정의

"Apple 제소특허"는 하기 특허를 포함합니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 특허번호 | 특허명 | 발명자 |
|---|---|---|
| 7,812,828 | Ellipse Fitting for Multi-Touch Surfaces | Wayne Westerman, John G. Elias |
| 6,493,002 | Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System | Steven W. Christensen |
| 7,469,381 | List Scrolling and Document Translation, Scaling and Rotation on a Touch-Screen Display | Bas Ording |
| 7,844,915 | Application Programming Interfaces for Scrolling Operations | Andrew Platzer, Scott Herz |
| 7,853,891 | Method and Apparatus for Displaying a Window for a User Interface | Imran Chaudhri, Bas Ording |
| 7,663,607 | Multipoint Touchscreen | Steve Hotelling, Joshua A. Strickon |
| 7,864,163 | Portable Electronic Device, Method, and Graphical User Interface for Displaying Structured Electronic Documents | Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, Marcel Van Os |
| 7,920,129 | Double-Sided Touch-Sensitive Panel with Shield and Drive Combined Layer | Steve Porter Hotelling, Brian Richards Land |
| D627,790 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D617,334 | Graphical User Interface For a Display Screen or Portion Thereof | Imran Chaudhri |
| D604,305 | Graphical User Interface For a Display Screen or Portion Thereof | Freddy Anzures, Imran Chaudhri |
| D593,087 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,677 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D622,270 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | | Eugene Antony Whang, Rico Zorkendorfer |
| D504,889 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| 7,479,949 | Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics | Steve Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott king, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, Henri C. Lamiraux |
| Re 41,922 {6,072,489} | Method and Apparatus for Providing Translucent Images on a Computer Display | Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., Abhay Oswal |
| 7,863,533 | Cantilevered Push Button Having Multiple Contacts and Fulcrums | Bradley J. Hamel, Tang Yew Tan, Erik Wang |
| 7,789,697 | Plug Detection Mechanism | Hugo Fiennes |
| 7,912,501 | Audio I/O Headset Plug and Plug Detection Circuitry | Timothy Johnson, Achim Pantfoerder |
| D558,757 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |
| D618,678 | Electronic Device | Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Noshibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, Rico Zorkendorfer |

"삼성제소특허"는 하기 특허를 포함합니다.

| 특허번호 | 특허명 | 발명자 |
|---|---|---|
| 6,928,604 | Turbo Encoding/Decoding Device and Method for Processing Frame Data According to QOS | Chang-Soo Park, Joong-Ho Jeong, Hyeon-Woo Lee |
| 7,050,410 | Apparatus and Method for Controlling a Demultiplexer and a Multiplexer Used for Rate Matching in a Mobile Communication System | Se-Hyoung Kim, Min-Goo Kim, Beong-Jo Kim, Soon-Jae Choi |
| 7,069,055 | Mobile Telephone Capable of Displaying World Time and Methods for Controlling the Same | Hye-Young Lee |
| 7,079,871 | Portable Telephone and Method of Displaying Data Thereof | Pyung-soo Kim |
| 7,200,792 | Interleaving Apparatus and Method for Symbol Mapping in an HSPDA Mobile Communication System | Hun-Kee Kim, Gin-Kyu Choi, Jae-Seung Yoon, Noh-Sun Kim, Jun-Sung Lee, Yong-Suk Moon |
| 7,362,867 | Apparatus and Method for Generating Scrambling Code in UMTS Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,386,001 | Apparatus and Method for Channel Coding and Multiplexing in CDMA Communication System | Beong-Jo Kim, Se-Hyoung Kim, Min-Goo Kim, Soon-Jae Choi, Young-Hwan Lee |
| 7,447,516 | Method and Apparatus for Data Transmission in a Mobile Telecommunication System Supporting Enhanced Uplink Service | Youn-Hyoung Heo, Ju-Ho Lee, Joon-Young Cho, Young-Bum Kim, Yong-Jun Kwak |
| 7,456,893 | Method of Controlling Digital Image Processing Apparatus for Efficient Reproduction and Digital Image Processing Apparatus Using the Method | Hyuk-soo Son, Sung-ho Eun |
| 7,577,460 | Portable Composite Communication Terminal for Transmitting/Receiving and Images, and Operation Method and Communication System Thereof | Jae-Min Kim, Jeong-Seok Oh, Sang-Ryul Park |
| 7,675,941 | Method and Apparatus for Transmitting/Receiving Packet Data using Pre-Defined Length Indicator in a Mobile Communication System | Soeng-Hun Kim, Gert-Jan Van Lieshout, Himke Van Der Velde |
| 7,698,711 | Multi-Tasking Apparatus and method in Portable Terminal | Moon-Sang Jeong |
| 7,706,348 | Apparatus and Method for Encoding/Decoding Transport Format Combination Indicator in CDMA Mobile Communication System | Jae-Yoel Kim, Hee-Won Kang |
| 7,486,644 | Method and Apparatus for Transmitting and Receiving Data with High Reliability in a Mobile | Young-Bum Kim, Yujian Zhang, Ju-Ho Lee, Yong-Jun Kwak, Youn-Hyoung Heo, Joon-Young Cho |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | Communication System Supporting Packet Data Transmission | |
|---|---|---|
| 6,771,980 | Method of Dialing in a Smart Phone | Jeong-Kyu Moon |
| 6,879,843 | Device and Method for Storing and Reproducing Digital Audio Data in a Mobile Terminal | Dong-Woo Kim |
| 7,450,114 | User Interface Systems and Methods for Manipulating and Viewing Digital Documents | Majid Anwar |

"삼성피소제품"은 하기 제품을 포함합니다.

| Acclaim | Captivate | Continuum | Droid Charge |
|---|---|---|---|
| Exhibit 4G | Epic 4G | Fascinate | Gem |
| Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) | Galaxy S 4G |
| Gravity | Indulge | Infuse 4G | Intercept |
| Mesmerize | Nexus S | Nexus S 4G | Replenish |
| Showcase i500 | Showcase Galaxy S | Sidekick | Transform |
| Vibrant | Galaxy Tab | Galaxy Tab 10.1 | Galaxy Tab 8.9 |

"Apple 피소제품"은 하기 제품을 포함합니다.

| iPhone | iPad | iPod touch | |
|---|---|---|---|

"관련된 기술 특성"은 하기 요소들을 포함합니다.

- Ellipse fitting for multi-touch surfaces (멀티 터치 표면상의 타원 영역 맞춤),
- Status and control bar display (상태 bar 및 제어 bar 의 표시),
- "Bounce" or "rubberband" effect to denote the end of a scroll or pan region (화면이동이나 팬하는 부분의 끝을 표시하기 위한 바운스나 고무줄 효과),
- Multi-touch capacitive touchscreen using two conductive layers and mutual capacitance measurements (두개의 전도성 층(conductive layer)과 양층 간의 정전용량 치수를 이용하는 멀티 터치 정전식 터치 스크린),
- Multi-touch system to distinguish different user inputs typing, handwriting (다른 사용자의 타이핑 및 필기 입력을 식별하는 멀티 터치 시스템)
- Application programming interface for scrolling operations (화면이동 작동을 위한 애플리케이션 프로그래밍 인터페이스),
- Displaying a window for a user interface (사용자 인터페이스 창(window)을 표시하는 방법 및 장치)
- Smart Zoom interface feature and cover flow navigation feature (스마트

줌 인터페이스 특성과 커버 플로우 네비게이션 특성)

- Capacitive touchscreen with shielding using drive traces substantially wider than sense traces (출력 선(sense trace)보다 상당히 넓은 전원공급 선(drive trace)을 사용하는 실딩이 있는 정전식 터치 스크린)

- Touch screen control using heuristics to determine gesture commands including vertical scrolling, two-dimensional translation, and next item selection (휴리스틱스(Heuristics)를 사용해 수직 화면이동, 이차원 변형 및 다음 항목 선택등의 제스쳐를 결정하는 터치 스크린 콘트롤)

- Plug detection mechanism for identifying when a plug is inserted into a receptacle (플러그가 소켓에 삽입됐는지 식별하기 위한 플러그 인식 기계 장치)

- Push button with fulcrums and the ability to press down both sides simultaneously (다수의 받침점(fulcrums)과 양끝을 동시에 누를 수 있는 기능이 있는 누름 단추)

- Plug detection circuitry that determines whether a headset or headphones plugged into an audio jack contains a microphone (오디오 잭에 플러그된 헤드세트나 헤드폰에 마이크를 포함하고 있는지 판단하는 플러그 인식 전기 회로망)

- Translucent windows over other windows on a screen and method for controlling both (스크린 상 타 윈도우 위에 겹쳐진 반투명 윈도우와 두 윈도우를 제어하는 방법)

- Interleaving/turbo coding (인터리빙/터보 코딩)

- Rate matching (속도 매칭)

- Scrambling codes (부호 스크램블링)

- Protocol (HARQ power scale-down) (프로토콜 (HARQ power scale-down))

- Protocol (pre-defined length indicators) (프로토콜 (선 정의된 길이의 지표))

- World clock on an electronic device (전자 기기에 포함된 세계 시계)

- Split-screen display for text message composition and incoming text/incoming call/search function (문자 메시지 작성과 도착하는 문자/도착하는 전화/검색 기능 등을 분할스크린에 표시)

- Camera playback mode that remembers and displays the last image viewed (마지막으로 봤던 이미지를 기억해 표시해주는 카메라 재생 모드)

- E-mailing photographs using a camera-phone (카메라 폰을 이용해 사진을 이메일하는 방법 또는 장치)

- MP3 player that plays music while in standby mode (스탠드바이 모드에서 음악을 재생하는 MP3 플레이어)

- Dialing a phone number that is selected during operation of the phone

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

as a PDA (전화기로 PDA 기능에서 선택된 전화번호를 거는 방법)

- Playing MP3s on a phone (전화기에서 MP3 를 재생하는 법)
- Scrolling manipulation of a document based on velocity vector (inertia) (속도 벡터에 기반을 둔 문서의 스크롤링 조작법)
- Error correction (channel coding) in HSUPA standard (HSUPA 표준에서 의 오류 정정 (채널 코딩))
- Transport Format Combination Indicator encoding/decoding scheme (전 송포맷 조합 표시기 인코딩/디코딩 체계)
- The ornamental design of a smart phone and/or tablet, and the ornamental design of the graphical user interface for a display screen on a smart phone and/or tablet (스마트 폰 및 태블릿 PC 의 장식적인 디 자인과 스마트 폰 및 태블릿 PC 의 디스플레이 화면에 쓰이는 그래픽 기반 사용자 환경의 장식적인 디자인)
- User interface features such as the display of status and control functions for a number of different application programs (다수의 응용 프 로그램에 쓰이는 상태 및 제어표시 기능 등의 사용자 인터페이스 특성)
- The display of electronic documents on a touch-screen (터치 스크린상 의 전자 문서 표시)
- The display of windows in a user interface (사용자 인터페이스 상의 윈도 우 표시)
- The display of an exchange of messages during a communication session (통신 세션 중 문자 교환의 표시)
- The design of cantilevered push buttons (외팔보(cantilever)식 누름 버튼 의 디자인)

문의 사항이 있을 시 주저말고 IP 법무팀에 연락 주시길 부탁드립니다.
관련 임직원 여러분의 이해와 협조에 감사드립니다.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT X

**Recipients of Exhibits C and D**

| Date Sent | Names of Recipients |
|---|---|
| 4/22/2011 | 김우선; 김성윤; 김기현; 김도형; 김세열; 김정식; 김진태; 남궁균; 명세영; 박건영; 박병화; 박우찬; 방효식; 서재원; 서호수; 손동현; 손호성; 송수림; 송준일; 양준용; 우정오; 이용석; 장재영; 전성원; 전종남; 정어진; 정원배; 조규일; 차광식; 차명식; 황선령; 김태호; 남승욱; 김대원; 김영희; 강한길; 심우섭; 임영조; 이경석; 이수진; 강윤희; 이준원; 김성우; 박종선; 이규혁; 이재혁; 김종희; 오승균 |
| Translation of Above | Woosun Kim; Sungyoon Kim; Kihyun Kim; Dohyung Kim; Seyeol Kim; Jungshik Kim; Jintae Kim; Goonggyun Nam; Seyoung Myung; Gunyoung Paek; Byunghwa Park; Woochan Park; Hyoshik Bang; Jaewon Seo; Hosoo Seo; Donghyun Sohn; Hosung Seong; Soorim Song; Joonil Song; Joonyong Yang; Jungoh Woo; Yongseok Lee; Jaeyoung Jang; Sungwon Jun; Jongnam Jun; Eojin Jung; Wonbae Jung; Gyuil Jo; Gwangshik Cha; Myungshik Cha; Sunryeong Hwang; Taeho Kim; Seungwook Nam; Daewon Kim; Younghee Kim; Hankil Kang; Woosub Shim; Youngjo Lim; Kyungseok Lee; Soojin Lee; Yoonhee Kang; Joonwon Lee; Sungwoo Kim; Jongsun Park; Gyuhyuk Lee; Jaehyuk Lee; Jonghee Kim; Seunggyun Oh |
| 4/28/2011 | 김동훈; 박대우; 문태균; 박현민; 양경훈; 이귀호; 이유희; 문지영; 김종석; 문준기; 유성식; 조준원; 김응도; 부좌영; 이지훈; 정기; 이용석; 우선형; 김광현; 서현수; 고우균; 정인욱; 최혁승; 송재연; 주재숙; 강한길; 김우선; 임영조; 이수진; 강윤희; 이준원; 김성우; 박종선; 이규혁; 이재혁; 김종희; 오승균; 박재현 |
| Translation of Above | Woosub Shim; Sungyoon Kim; Donghoon Kim; Daewoo Park; Taegyun Moon; Hyunmin Park; Kyunghoon Yang; Guiho Lee; Yoohee Lee; Jiyoung Moon; Jongseok Kim; Joonki Moon; Seongshik Yoo; Joonwon Jo; Eungdo Kim; Jwayoung Boo; Jihoon Lee; Ki Jung; Yongseok Lee; Sunhyung Woo; Kwanghyun Kim; Hyunsoo Seo; Woogyun Koh; Inwook Jung; Hyukseung Choi; Jaeyeon Song; Jaesook Joo; Hankil Kang; Woosun Kim; Youngjo Lim; Soojin Lee; Yoonhee Kang; Joonwon Lee; Sungwoo Kim; Jongsun Park; Gyuhyuk Lee; Jaehyuk Lee; Jonghee Kim; Seunggyun Oh; Jaehyun Park |
| 4/29/2011 | 김동훈; 박대우; 문태균; 박현민; 양경훈; 이귀호; 이유희; 문지영; 김종석; 문준기; 유성식; 조준원; 김응도; 부좌영; 이지훈; 정기; 이용석; 우선형; 김광현; 서현수; 고우균; 정인욱; 최혁승; 송재연; 주재숙; 강한길; 김우선; 임영조; 이수진; 강윤희; 이준원; 김성우; 박종선; 이규혁; 이재혁; 김종희; 오승균; 박재현 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| Translation of Above | Donghoon Kim; Daewoo Park; Taegyun Mun; Hyunmin Park; Junghoon Yang; Guiho Lee; Yoohee Lee; Jiyoung Moon; Jongseok Kim; Joonki Moon; Sungsik Yoo; Joonwon Cho; Eungdo Kim; Jwayoung Boo; Jihoon Lee; Ki Jung; Yongseok Lee; Sunhyung Woo; Kwanghyun Kim; Hyunsoo Seo; Wookyun Ko; Inwook Jung; Hyukseung Choi; Jaeyeon Song; Jaesook Joo; Hankil Kang; Woosun Kim; Youngjo Lim; Soojin Lee; Yoonhee Kang; Joonwon Lee; Seongwoo Kim; Jongsun Park; Kyuhyuk Lee; Jaehyuk Lee; Jonghee Kim; Seungkyun Oh; Jaehyun Park |
| 5/2/2011 | 심우섭; 김성윤; 이헌석; 김동섭; 김학상; 이상연; 구한준; 정지홍; 김영식; 박재훈; 김병환; 한승환; 홍태기; 변두주; 이석규; 김종우; 우정오; 권희철; 박동민; 최주현; 윤용권; 이영진; 조기호; 박우찬; 김민경; 이은정; 박동일; 박미아; 이준성; 정덕환; 고용기; 윤영식; 구본웅; 모상윤; 김용; 임휘영; 손위정; 최현진; 이정태; 이종규; 이상진; 이두희; 최석규; 조민식; 박남수; 박재돈; 이현섭; 이동목; 남재후; 조규훈; 이환호; 양정모; 정문식; 정덕원; 김수정; 이동준; 현경훈; 최정현; 신경수; 정기환; 김형곤; 강승호; 강상훈; 최영재; 손동균; 오승영; 하태호; 최은석; 김태근; 박승우; 이상헌; 김웅준; 이성주; 정철호; 손호성; 유성식; 김윤주; 최보미; 부좌영; 박만영; 조준원; 양준용; 정주영; 김효정; 윤병한; 하헌석; 민미화; 이강석; 이효식; 한종대; 유병희; 김진호; 권원호; 박보환; 강한길; 김우선; 에드워드김; 김장각; 임영조 |
| Translation of Above | Woosub Shim; Sungyoon Kim; Hunseok Lee; Dongsub Kim; Haksang Kim; Sangyeon Lee; Hanjoon Koo; Jihong Jung; Youngshik Kim; Jaehoon Park; Byunghwan Kim; Seunghwan Han; Taegi Hong; Dooju Byun; Seokgyu Lee; Jongwoo Kim; Jungoh Woo; Huichul Kwon; Dongmin Park; Joohyun Choi; Yongkwon Yoon; Youngjin Lee; Kiho Jo; Woochan Park; Minhkyung Kim; Eunjung Lee; Dongil Park; Mia Park; Joonsung Lee; Dukhwan Jung; Yongki Koh; Youngshik Yoon; Bonwoon Koo; Sangyoon Mo; Yong Kim; Hwiyoung Lim; Wonjung Sohn; Hyunjin Choi; Jungtae Lee; Jongkyu Lee; Sangjin Lee;Doohee Lee; Seokgyu Choi; Minshik Jo; Namsoo Park; Jaedon Park; Hyunsub Lee; Dongmok Lee; Jaehoo Nam; Gyunhoon Jo; Hwanho Lee; Jungmo Yang; Moonshik Jung; Dukwon Jung; Soojung Kim; Dongjoon Lee; Kyunghoon Hyun; Junghyun Choi; Kyungsoo Shin; Kihwan Jung; Hyunggon Kim; Seungho Kang; Sanghoon Kang; Youngjae Choi; Donggyun Sohn; Seungyoung Oh; Taeho Ha; Eunseok Choi; Taegeun Kim; Seungwoo Park; Sanghun Lee; Woonjun Kim; Sungjoo Lee; Chulho Jung; Hosung Sohn; Sungshik Yoo; Yoonjoo Kim; Bomi Choi; Jwanyoung Boo; Manyoung Park; Joonwon Jo; Joonyong Yang; Jooyoung Jung; Hyojung Kim; Byunghan Yoon; Hunseok Ha; Mihwa Min; Kangseok Lee; Hyoshik Lee; Jongdae Han; Byeonghee Yoo; Jinho Kim; Wonho Kwon; Bohwan Park; Hankil Kang; Woosun Kim; Edward Kim; Janggak Kim; Youngjo Lim |
| 5/3/2011 | 신용헌 ; 김종필; 조상원; 박상준; 신아름; 정재훈; 최용진; 이지혜; 손창완; 안정민; 정고운; 전환수; 강슬기; 구동호; 강명숙; 김정수; 허청만; 김봉훈; 양쥬리; 전병환; 이창주; 정인석; 김서정; 박선주; 방준호; 남기형; 채명훈; 안성진; 황다인; 오민택; 김일섭; 안형준; 배상민; 비노드; 김경아; 박정훈; 김재동; 허운행; 김병욱; 김철진; 주보; 박대섭; 배병재; 김명수; 고민석; 이재규; 백용수; 김병승; 이순정; 한정호; 이강규; 양광성; 양성진; 도경태; |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

서한신; 윤은진; 오세영; 정성훈; 엄태일; 김태진; 박혁찬; 안은정; 김휘진; 이정훈; 박성은; 김규웅; 김승환; 이준경; 이경하; 김영학; 장재환; 박민경; 송태익; 김정은; Marcin Oldziejewski; Antoni Jakubiak; Prakash Rastogi; Ashish Khariwal; 이명훈; 조철민; 정경헌; 전봉구; 김유신; 안치훈; 문용운; 이진호; 김다정; 황인영; 정명자; 이민지; 오정민; 전효근; 황지영; 임태훈; 박성준; 이승민; 송원근; 심상혁; 박주형; 김기범; 채희준; 정율권; 이정인; 김석환; 김노선 주황균; 김병삼; 배장군; 김동현; 정명환; 도신희; 문상준; 최운택; 배신은; 최융혜; 이의범; 이성규; 오동인; 최종호; 홍일성; 서연원; 이정희; 박원병; 윤상철; 정재석; 윤상혁; 김유경; 신사성; 김일환; 신기선; 이우준; 신계중; 구명우; 이승윤; 주성정; 이대룡; 최태화; 배수경; 김민성; 백준석; 송석한; 류영환; 정충교; 이윤우; 권력범; 이황준; 조경문; 천재웅; 민기홍; 서재호; 류철승; 부좌영; 조병준; 강창규; 박남수; 김미선; 박재성; 최정권; 조순제; 서경필; 오현동; 이창영; 김대열; 고두환; 김승원; 정남용; 이태우; 조민식; 유성엽; 권원호; 태성웅; 서완우; 김정하; 박근주; 유동훈; 이장부; 김정훈; 도종대; 이정택; 정종보; 곽영진; 강상기; 장성운; 김경엽; 조준래; 장주희; 허승윤; 한두영; 황영도; 김형룡; 남승현; 김소선; 김영희; Izzat Bakhadyrov; Adrian Salido; Thirumalarao Voonna; Mohana Sundaram; Arnald Samthambi; Kalyan Desineni; Vladimir Oksman; Srini Guda; 손인준; 유지혁; 이승범; 이양수; 최원정; 양재용; 최융하; 김지은; 허진; 곽동훈; 노태권; 정기웅; 박경혜; 박현재; 변두주; 임성빈; 김지연; 한현규; 김영호; 이삭; 오상현; 김석원; 김지현; 장철상; 박성철; 민승기; 오혜경; 정영란; 현준호; 박재훈; 권은선; 이효진; 권용진; 유수종; 송지훤; 김도형; 이영순; 전용현; 구인석; 이종주; 한승환; 김형수; 임명은; 고명우; 박태수; 야렉; 바이텔리; 김명철; 명대운; 김태완; 김민오; 김미선; 오강완; 박진춘; 주희로; 이진주; 김상현; 조현천; 정호진; 강연구; 장동재; 기현식; 김흥모; 김학수; 손경오; 이용희; 윤영석; 박광규; 정주환; 이재경; 손희수; 전용기; 박가희; 박수진; 권범준; 강준원; 김동현; 김은동; 엄현진; 이수용; 주재숙; 김은정; 유덕인; 장인환; 황미아; 유성훈; 이원길; 안톤; 강지광; 이상철; 엄준봉; 윤아름; 강명수; 이병일; 정영관; 남지환; 김수진; 정호준; 김현만; 금의수; 김재현; 염태선; 하미드; 이상우; 김민아; 정용남; 김효정; 이유진; 윤성목; 박정은; 이재명; 이상엽; 최민석; 권용석; 김대영; 오준형; 이은주; 이상혁; 양진우; 송세준; 심재석; 이근섭; 조상훔; 유형진; 진충희; 최진율; 조치현; 이은정; 조기동; 김태옥; 윤해주; 노노올; 정한수; 이현수; 성준경; 김상훈; 남윤성; 홍태기; 김인수; 박현배; 김영식; 이우용; 장재원; 성정식; 최수진; 김현선; 김중완; 상지형; 신성지; 임영석; 문정규; 구남숙; 주재호; 이현승; 반형진; 정석원; 아담; 지현; 김미숙; 허남조; 김두옥; 설재훈; 고우균; 주승화; 최진우; 하승태; 김치환; 차정석; 김다정; 김창수; 김선용; 서재완; 정정아; 장종익; 이준범; 권혜진; 김선옥; 박명수; 김준하; 강민구; 정일; 한나웅; 김규현; 김성은; 황현진; 김융관; 김연섭; 김형일; 홍덕기; 박영범; 조정식; 최준영; 이형일; 김영집; 임범택; 최영진; 이종필; 유승훈; 이상훈; 채수황; 김세훈; 서영배; 김문영; 배영규; 김요화; 조시준; 공선준; 정재훈; 김경문;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

최창림; 유석만; 박성호; 박현진; 황태근; 전경석; 곽동훈; 하재무; 이인철; 피승훈; 현진호; 김태욱; 엄윤성; 정태진; 문준기; 나다나; 정영빈; 김태영; 박혜지; 박현민; 윤용권; 박영택; 조영진; 김은영; 신재영; 김용욱; 성상봉; 박성권; 고길수; 이우람; 김기현; 박세호; 이경우; 박성범; 김홍권; 이영근; Aniruddh Bajirao; Julia Rabina; 박준길; Thendral Arasu Panneer Selvam; Song Wei; Sudhakar Menakuru; Mohan Redd Duggi; Vani Budhati; Jinhui Zhou; Fan Zhang Xuefei Wei; Balasubrahman Gattu Shibu Baby; Vishnupriya Balasubramaniam; 윤성욱; Paul Hatfield Scherf; Shu Wang; Niranjan Niranjan; 이승연; 김영출; 안연정; 김용학; 이재민; 아심; 알렉산더; 미카일; 정재은; 하유진; 임혜미; 정희영; 박상기; 남천종; 최경화; 강명진; 오경진; 조항천; 박현수; 김성엽; 정지은; 강재현; 김상원; 이규승; 이승은; 김충걸; 김민규; 목인영; 허근창; 박슬한; 김형권; 송진영; 이재욱; 전창민; 유은미; 안다래; 홍성윤; 이유영; 윤한기; 현은정; 피동희; 김수진; 이연옥; 임진희; 최승주; 김민정; 오준석; 오수병; 유종선; 이웅; 비슈쿠마르; 오영일; 김현준; 배정국; 권순홍; 하정현; 윤인회; 정진호; 김광훈; 김준희; 정우철; 김석영; 김영규; 오준석; 이은정; 황종수; 조준완; 이인성; 강준; 이창수; 정재욱; 이승헌; 이승헌; 정완석; 김형태; 박찬수; 신원철; 이미란; 배윤규; 장진우; 정병진; 조상호; 김재철; 최소라; 강석형; 권우일; 최재영; 김동준; 박호상; 최수정; 윤태현; 오창조의불; 유동희; 서재원; 현윤석; 이동준; 백승협; 박준성; 이유경; 이주미; 박선영; 김병덕; 박우찬; 우종수; 이성주; 안재현; 안희석; 차은미; 조성훈; 김봉곤; 김경수; 강승호; 강상훈; 황영하; 이유진; 이상헌; 최민욱; 김범집; 김도형; 김태근; 박승우; 안대훈; 공재희; 손동균; 강혜진; 오승엽; 하태호; 김진영; 임수범; 정철호; 김진태; 아넌타; 정지현; 방찬영; 김관미; 이대수; 최규철; 박지현; 권준식; 김인숙; 김도형; 김재빈; 송수림; 최삼열; 김민정; 신인식; 배종훈; 임새미; 강달오; 최은석; 이성희; 양정원; 노승문; 김주안; 배창준; 채지혜; 하준호; 허유리; 장한국; 강희현; 이강현; 조민근; 정우준; 강동한; 김정훈; 서경석; 정용수; 홍영주; 정홍석; 엄창근; 양홍석; 문범석; 김용수; 임성준; 최영근; 홍승호; 최영업; 이현구; 이재호; 이영범; 이승환; 안정훈; 곽민정; 박근형; 고동현; 김광진; 배경진; 장호진; 김세훈; 김명호; 박주영; 이창호; 정승민; 최홍석; 임인철; 최재원; 홍지선; 김지현; 허괴; 김형준; 류진불; 류성룡; 유보현; 이광주; 라자; 이연희; 김현주; 박윤선; 황미진; 김광욱; 전진수; 유성준; 우현жел 이수익; 감두열; 김지연; 안승욱; 이재청; 송선하; 이후민; 최낙현; 김근하; 구도훈; 김용준; 이준호; 천동석; 정지욱; 임선웅; 최근하; 유; 상; 민정호; 이택기; 최현철; 박상덕; 이기택; 박지윤; 이광주; 박종민; 송준일; 조성우; 명세영; 미카일; 김영주; 최용철; 한정훈; 신수정; 연정현; 이성영; 전보슬; 이주환; 이정은; 유상민; 이은택; 이순화; 김진욱; 안재성; 김병욱; 안기모; 조나래; 김용신; 이신아; 서경숙; 이자영; 정효진; 전진영; 박준영; 이성규; 최우진; 김진언; 김정배; 박상현; 박성재; 김광석; 이남준; 이한덕; 정성식; 신용준; 황재순; 김종환; 김종우; 권형진; 이해권; 문재홍; 박재운; 이정훈; 하현훈; 김보람; 임희철; 이도규; 조장현; 홍종석; 정성환; 유상우; 이형철; 좌경윤;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| |
|---|
| 송철민; 최성은; 박창환; 김세원; 리화치앙; 신혜선; 손주형; 정두영; 최윤필; 이창규; 박하나; 박지호; 이승재; 김유미; 서창환; 한영은; 김화경; 유선엽; 김광현; 김원석; 황성희; 왕태웅; 조형주; 임세영; 알렉산더; 라케쉬; 임임삼; 김승업; 황혜경; 최영재; 심정섭; 김영현; 에트람; 신영섭; 김동인; 신청호; 박재혁; 박나리; 스리드하; 김세중; 전승운; 이석재; 이현우; 이헌우; 염애리; 김무중; 김숙동; 이동열; 안한용; 신현주; 박준영; 원성호; 조남주; 이제민; 마지호; 송민규; 임성근; 김보경; 하태진; 임정민; 신주호; 최성학정어진; 김정식; 김남광; 신영욱; 김대웅; 문지영; 변영식; 성정필; 김영훈; 박범선; 김현우; 이민철; 신승화; 박희경; 김준태; 정국환; 조기호; 최구영 ;이소연; 권문형; 김중현; 정기환; 최치호; 김현균; 유동균; 최성준; 김형곤; 김현일; 조성학; 최재원; 고혜용; 공병권; 전종남; 한규환; 최규원; 조세환; 김현석; 김미진; 김남형; 이용석; 이종환; 임창식; 황나영; 김정우; 최윤성; 김정근; 윤창현; 김성진; 김천식; 한병곤; 김석원; 송상훈; 조규일; 조세현; 김민석; 윤경식; 이민주; 성학제; 김형건; 김태훈; 전민환; 진병찬; 장창원; 손호성; 조준원; 노동섭; 배상우; 김병철; 오종기; 김정현; 이승민; 오문현; 김만섭; 안성찬; 이민석; 안용희; 윤형익; 신기용; 김태우; 신현호; 김대현; 송병렬; 김주영; 이승민; 박중석; 김제rö2; 손승환; 이재진; 정철융; 최병근; 김경호; 서효수; 허영; 최진호; 정기; 장지상; 강동석; 김병훈; 최재승; 김은희; 손동현; 고용기; 안혜림; 장대웅; 박미영; 문우곤; 구본웅; 김동진; 윤서희; 지형주; 김민지; 탁승영; 이주열; 권기범; 류선하; 김철주; 전재춘; 김진홍; 김윤영; 김진곤; 문태균; 엔젤라얍; 장덕모; 정재동; 김현주; 정선영; 윤예지; 우용하; 산가마나스; 서영민; 강매희; 이현석; 이승현; 이강석; 황인천; 이동선; 허성민; 변준호; 박세현; 강경균; 이희준; 임병만; 정의철; 이동현; 조영준; 김동환; 류정균; 최동욱; 천재봉; 김해연; 황순호; 박규복; 이상하; 김승환; 고경배; 김경구; 박정호; 김연우; 최성민; 임형주; 김민정; 이우翻; 권오현; 이정선; 최주현; 배숙향; 박천규; 이종훈; 김윤주; 강준택; 백상진; 김형중; 이종규; 강진규; 정석원; 명정용; 권민영; 김경원; 전종화; 노기봉; 김진구; 안부휘; 이환호; 김의곤; 조재식; 조규훈; 이호식; 김성일; 안덕상; 김송영; 정태근; 차영만; 우종구; 배경호; 김환진; 이기영; 김진수; 송봉규; 김남미; 김남수; 여정민; 손현주; 이예랑; 김선희; 김보라; 이윤정; 김유근; 김준; 유현주; 김은석; 정재환; 김영선; 구지강; 최용진; 김대현; 오태근; 박응규; 정도영; 김동관; 최광용; 윤영식; 이하림; 최상옥; 채규민; 한웅; 임연균; 최용; 조항진; 김건우; 원진희; 서동환; 김윤주; 정대웅; 천소웅; 최정기; 정두훈; 이승진; 박정훈; 김대광; 김진우; 정상철; 이승재; 최은희; 김희성; 김성현; 우진아; 이유선; 현병배; 이한준; 김진수; 박용준; 이찬원; 최재준; 허용; 조규식; 박지용; 신영철; 박정근; 박민호; 이우섭; 김시내; 정다운; 최익성; 전정환; 김일진; 이수현; 신현석; 서정훈; 김철희; 강도행; 김정철; 천홍문; 백승창; 김상근; 송남식; 신호순; 최성남; 오승택; 박승화; 김대석; 정병철; 박신영; 이재용; 이태헌; 황동현; 이윤희; 조정환; 김선미; 조효재; 김용; 김주효; 신윤수; 손원정; 이효식; 김은현; 김정범; 심규준; 김용진; 장승국; 박상길; 이정태; 노기상; |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

이왕연; 김종선; 민미화; 김진흥; 서영술; 박후식; 구자옥; 이후승; 오승제;
김종환; 정도용; 이범우; 백종은; 장재식; 박원종; 양준용; 김한수; 박경두;
이승현; 엄승현; 바딤; 서정식; 박홍표; 방효식; 정현아; 임병희; 최세영;
김민주; 이종범; 김유나; 정다혜; 서재우; 현세영; 정수진; 임영균; 서혜연;
서정현; 김광현; 김영중; 오승찬; 최봉구; 황희석; 박용진; 이홍규; 문민주;
신진섭; 김영주; 천경안; 정창웅; 송태성; 이다솜; 백경여; 박희관; 조용환;
이대국; 권오덕; 김태호; 이귀호; 성현규; 김나영; 김동훈; 김장욱; 박선영;
박준호; 신일용; 제갈병직; 박주연; 서기환; 권희철; 민규홍; 함유식; 임준석;
류시호; 이은진; 강원도; 박홍준; 한상범; 이주현; 박상준; 박선준; 황혜연;
엄상용; 노태문; 윤경철; 하정민; 김성은; 강대석; 하태영; 김호준; 박정민;
김현석; 김중형; 박현구; 지이근; 이광섭; 남승수; 정성배; 한윤희; 윤철은;
신권승; 신동재; 정다운; 이성구; 김연부; 주민호; 정찬웅; 홍성현; 심혜리;
일야; 김상섭; 정수연; 김상인; 김영돈; 김철우; 박세진; 은상아; 이용석;
김민성; 이건재; 박미희; 김양선; 김뢰관; 손동현; 이주하; 염창도; 구인회;
이재일; 구융민; 박형진; 정준영; 김지현; 김태형; 김동환; 조은희; 이국희;
박철성; 이의항; 이진호; 모규석; 임정규; 공팡일; 이수정; 정영주; 김응도;
김무영; 조성대; 김정희; 정지은; 이민형; 이주형; 제성민; 박현옥; 이기만;
정명준; 정혜영; 황수민; 신태규; 박정욱; 노은선; 나윤주; 임수경; 이미정;
권재환; 고민정; 김광태; 김혜경; 김갑열; 김동호; 강주혁; 홍승욱; 김효윤;
이상철; 이규재; 차순현; 주창현; 홍창현; 이경준; 윤경식; 장원남; 방지영;
윤정일; 박대희; 박민석; 허재민; 한상범; 한윤정; 남승훈; 현수명; 강경문;
Gopi R; Ravish Mahajan; Sailesh Sharma; Kollol Das; Vijay Kumar Mishra;
Narasimha Murthy Hassan Raju; K Vamshidhar; Amit Sarma; Rajesh R D;
Prasoon Mishra; Saurav Khandelwal; Kishor Kumar Kamble; Varun Venkatesh;
Shantanu Chandra; Pallv Shatheesh Reddy; Prabhuraj V Sonnad; Kaushal Prakash
Sharma; Ajay Singh Rajawat; Sukhdeep Singh Kharbanda; Shantharam N; Vikas
Singh; Pitambar Sahoo; Sandip Pal; Sivaram Komaravolu; Kusuma K.S Kuber;
Durga Narasimharao Thota; Swetha Mysore Jagadeesha; Vinny Korah; Gaurav
Srivastava; Dheeraj Bhati; Paritosh Debnath; Jith Thomas Thelleerethu; Prasanna
Sankaranarayanan; Muthu Nachiappan; Arjun B T; Kveg Murthy; Veera Venkata
Basava Raju Matcha; Rajasekhar Reddy Sudidhala; Kaleomkar; Manoj Gupta;
Kapil Bhardwaj; Ravi Shankar Voora; Kundan Kumar Singh; Suresh Vakkalanka;
Nitin Narayan Shelar; Rachna Dalpati; Ankur Nigam; Seshagiri Rao G; Mayank
Mittal; Azad Naik; Saikat Sengupta; Shashi Shekhar Surothiya; Arshdeep Singh
Arora; Bineet Mishra; Mohammad Umair; Soundarya Pendyala; Vamsi Krishna
Potti; Narendran Vijayan; Praveen Kumar Bairi; Arunkumar Nagarajan;
Chidambar Joshi; Sundeep D Costa; Venkateswara Rao Manepalli; Jayesh Patel;
Rahul Dwivedi; Subhasish Karmakar; Dibyajyoti Pati; Arijit Sen; Sumit Verma;
Lokesh Kumar Singh; Tarun Kumar Mittal; Neha Sharma; Manjunatha K; Shweta
Harwalkar; Manasi E; Mallikarjun Shivappa; Danish Ehsan Hashmi; Prakash N;
Ajay Kumar Boddu; Anand R; Venugopal V K; Prasanna K B; Kartikeswarath,
Kartikeswarath; Ganesh Prasad Prabhakar; Jagadishchandra Rai; Rishi Franklin;
Parikshit Pareek; Arun Mahajan; Shouvik Guha; Sital Prasad Kedia; Radhika
Tripuraneni; Suneel Kumar Parmeshwar Diggi; Venkata Sunil Kumar; Ranjith

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Kumar; Balaji V Ramalingam; Sreevatsa D B; Giridhar Jakki; Deepak Deepak; Varun Bharadwaj; Pavan Kumar Devarayanigari; A K Santosh Kumar; Debasis Patra; Raghavendra M K; Ajay Kumar Kabadi; C M Mahesh; Ganesh Kamma; Prakash Rao; Rishi Gupta; Saravanan Kalimuthu; Shankar Jayaraman; Manish Dass; Naresh Gundu; Lipsa Shrabani Rout; Ashish Kak; Sandesh Srivastava; Harshavardhan Nalajala; Abitha S; Sathish Kumar Reddy Nalla; Nagarjuna Thottempudi; Abhinav Singla; Arun Pravin Paneer Selvam; Uzzal Majumder; Lalatendu Das; Saketh Vejendla; Sadashiva Rao P V; Anantha Padmanabha Sharma; Suresh Kumar Gudla; Ragava Mysore Veera; Raju Dixit; Jayendran Chandran; Harsha Narayan Reddy; Jayati Sahu; Ravi Karan Sharma; Jainendra Kumar; Gajula Kiran; Surjyakanta Mohapatra; Ankit Kumar; Siva Naga Kumar A V; Mahammadrafi Maniyar; Sumanth Kn; Kiran Sheelavant; Anish Kumar; Vikram Shrirang Bidkar; Jayantha Gowda Sarapanahalli; Ajith Kamath; Kavitha Begepally Krishnappa; Gurumani Lakshmi Praneeth Juturu; Aravind Gokina; Renju C Nair; Shailendra Jain; Lakshmi Ganesh Banda; Pritesh Kumar Singh; Muthukumaran Vijayalakshmi Natarajan; Rajesh Tiwari; Mahipal Baid; Kushal Verma; Siddartha Kavilipati; Kumar Mohan Behera; Praveen Kumar Volam; Gopalakrishnan N; Abinash Prusty; Krishnakumar P; Sujay Udupa; Lokesh Gaur; Santhosh Jayanna; Ajay Vijayvargiya; Sambit Sarkar; Shweta Sharma; Naveen D B; Ramjee Yadav; Sanath Kumar Moguluri; Vishnu Pratap Singh; Rajeev Verma; Jyothi Pustakala; Gururaj Patil; Bavya Badrinath; Praveen Kumar B N; Manjunath Belgod Lokanath; Riyaz Mohammed Ibrahim; Anuradha Kanukotla; 박영대; 추상진; 권준오; 최진철; 이정호; Parthiv Rawal; 양영석; Praveen Kumar; Amit Lalwani; Prasanta Paul; Nitesh Goyal; Jaideep Vishwakarma; Amit Bansal; Vuggu Srinivas; Abhishek Sahoo; Sandeep Bhadauria; Saubhagya Das; Pitchai R; Amitabh Thapliyal; Shikha Agarwal; Abhish Goyal; Mohit Prasad; Keshabananda Taid; Vijay Solanki; Chandan Kumar; Sachin Mittal; Sagar Aggarwal; Akshay Mathur; Aakash Manik; Gaurav Goel; Giripal Rawat; Niraj Kumar; Manish Srivastava; Jayanth Gande; Kumar Saurabh; Bollepalli Kiran; Durgesh Chandra; Prince Gupta; Sanjeev Bhatt; Surendar Baid; Nitin Goel; Vivek Varun; Kumar Saurabh; 김봉규; 임대현; Marco Starace; Zamir Alam; Sajid Hafeez; 김영석; 허기범; 전미현; 김성진; 홍승미; 이희원; 이학범; 이상아; 정홍주; 김규희; 박경현; 윤정석; 허훈; 김민범; 강희정; 이미란; 전동기; 김소영; 김재희; 우선형; 김진아; 임효진; 정재우; 박상익; 장현식; 김대중; 최지민; 신동식; 곽종섭; 윤형모; 김종석; 김종석; 사현진; 전형준; 송예진; 刘振武; 宋西朋; 郑喜枝; 孙志强; Pabba Prakash; Kaushik Sur; Seshu Tummala; 권태호; 장금주; 하윤민; 김재희; 김현수; 김기훈; 권용수; 김상헌; 정진우; 김선조; 조승무; 박동하; 김정윤; 최인혁; 이장복; 김준혁; 최종무; 김일호; 임준학; 강대준; 정용재; 서병훈; 이기원; 이희승; 이주아; 배문교; 양혜영; 김재균; 김현리; 현보라; 김문수; 정준엽; 문진명; 김수현; 임태우; 고윤섭; 김웅준; 정우철; 안동혁; 윤성은; 이형석; 최재훈; 곽요섭; 오세완; 김한; 박성운; 도경태; 윤성재; 남동하; 박호연; 주상영; 정지손; 한의범; 유형수; 김학관; 이주섭; 정동석; 강정돈; 박은희; 서근종; 김중현; 김민현; 최지원; 마브리; 김영태; 허윤도; 김인; 남재후; 이동목; 박재돈; 전성근; 김명훈; 조지현; 이현섭;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

전현국; 이우영; 손창범; 박상원; 윤주영; 강성민; 김학주; 윤창호; 권홍기;
신효범; 최현철; 정봉현; 최승두; 정경애; 박기덕; 김재영; 박제우; 정승철;
이재용; 김병주; 김지현; 황정옥; 정원배; 장형욱; 장영미; 선정민; 서성인;
조영상; 장영균; 조상준; 고진영; 김선영; 강지완; 이동영; 김정훈; 김원섭;
임호영; 이소영; 황순열; 이정인; 임성준; 이옥호; 최대한; 조인환; 한정우;
홍영준; 이승우; 이상업; 차명식; 윤여문; 박대우; 정재오; 홍신기; 김기용;
박태웅; 장창원; 이종인; 서원주; 이정우; 이원석; 하현정; 유효석; 주우찬;
노장환; 이영선; 이재룡; 임종혁; 이유희; 김창온; 정재천; 이형민; 최종우;
장규재; 허원형; 민정식; 조대영; 송수호; 우정오; 김희성; 최경진; 이현우;
이희성; 김민국; 임영섭; 박병화; 오동협; 최현호; 원종익; 이정우; 강장균;
김세열; 김성수; 우영광; 안세웅; 전재훈; 남궁균; 김형욱; 김형준; 손동일;
백민철; 김경태; 김홍지; 손석철; 김정한; 김영재; 이병무; 김호수; 김용규;
오정은; 심유섭; 강성일; 박영문; 김종두; 이정균; 신동민; 정보현; 권규진;
김일영; 오제승; 정상혁; 이승현; 이웅; 박해성; 황성규; 채성진; 심진용;
장현석; 류민정; 이영진; 정덕원; 방현진; 제희철; 이완형; 최정현; 하호종;
신경수; 김봉도; 박재용; 정채열; 전희수; 박기남; 지영배; 강재호; 백종선;
최상규; 변동현; 한윤재; 윤창식; 최충일; 정수용; 신종철; 안영진; 김영철;
김현은; 박충범; 배철호; 김현중; 박민우; 강승모; 황은선; 곽호선; 김정한;
권영욱; 차광환; 임승우; 김석; 이승훈; 정은정; 이병수; 강영민; 조범래;
김성규; 김영오; 신은성; 김준태; 김진우; 김태원; 정영준; 곽기환; 김훈재;
장준원; 권경업; 이대근; 최석규; 박해운; 유병희; 김남곤; 이상진; 송득수;
이성기; 최재혼; 권민성; 김주창; 송인욱; 류현우; 김익환; 손영익; 박승호;
정주영; 장혜미; 정순빈; 김민경; 문찬호; 이도연; 조윤미; 조정범; 남세모;
김강수; 박귀님; 김선미; 정영현; 윤성희; 김혜선; 김경민; 최세민; 이병철;
김은영; 박미아; 장재화; 이진옥; 신혜경; 양재영; 최국태; 유재기; 박세훈;
정원석; 양경준; 조미현; 문지웅; 김봉미; 이임순; 홍유미; 김경필; 이용혁;
김민희; 서현수; 최상인; 김인식; 이정교; 백동성; 노정근; 이상욱; 박길상;
박찬옥; 김은중; 허정환; 원혜지; 최병석; 오세형; 장왈운; 전기현; 박광수;
김덕수; 박승호; 장재동; 최창영; 이창목; 함재준; 김치준; 김창환; 박진형;
김창한; 남진호; 김정한; 민경태; 고상범; 나영권; 김기동; 김형태; 변창흠;
임동언; 김재국; 김근범; 강태석; 강정현; 백승철; 전용우; 조재명; 왕희석;
봉광섭; 박재영; 이정훈; 이재량; 임창옥; 김동희; 하선우; 이문광; 이종규;
김효리; 이주범; 이상휘; 유승환; 양정석; 나원호; 박규준; 이명기; 지형선;
민경록; 한승우; 선승원; 이재갑; 김진호; 하상렬; 장석영; 김승진; 안희태;
김민규; 김대경; 김보영; 장진태; 김종민; 강승범; 홍성헌; 김아린; 류동석;
정문식; 이지원; 김호; 안성연; 김대원; 이혜정; 김형중; 박주연; 김민경;
김규성; 이용구; 홍효정; 이정미; 송현정; 김근영; 조민경; 김영미; 김준석;
윤중삼; 이주현; 원성준; 주민지; 박미정; 강일동; 황보상무; 김미라; 박현아;
서영미; 이정완; 정창원; 김희택; 강민수; 김기태; 박정식; 김문규; 임태묵;
강동기; 정재훈; 최희찬; 이준성; 백설야; 박동일; 전진우; 박준우; 이지혜;
김길남; 이희형; 류영민; 윤병한; 김효정; 이준성; 한송이; 이준수; 고은;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| | 김민수; 손상욱; 장민희; 김형식; 오성조; 안종현; 주재석; Nirlesh Kumar Koshta; Rajib Basu; Bishal Saha; Srinivasa Rao Kola; Akhil Madan Panchabhai; Lakshmi Narayana Kavuri; Yogesh Kumar Kandpal; Venkata Ramana D; Shekhar Agarwal; Mohan Rao Naga Santha Goli; 장태용; 전은하; 이제택; 장형택; 박창화; 김낙균; 박성배; 차경환; Rajendra Pallapothu; Ravikanth Ekanthalingam; 박현호; 김경훈; 김학열; 이강호; 경문현; 박상준; 유우종; 민정환; 김민호; 이도규; 박항규; 이슬기; 김태홍; 박경배; 김민송; 윤경호; 조순용; 박종철; 황두현; 이정우; 김수련; 김민수; 오영근; 드미트리; 드미트리; 김민석; 김주광; 하치정; 김정호; 임성택; 김민성; 양정승; 강철; 양순봉; 심인석; 손홍민; 김동식; 조석윤; 이호선; 이동학; 윤성환; 박선미; 오형주; 정관희; 성진모; 박규태; 김동욱; 허경탁; 김욱; 박영진; 이나나; 서영규; 배종진; 김승구; 김종윤; 김근영; 김형균; 강의석; 김우진; 윤상호; 김익근; 서미희; 민준기; 최재균; 김상문; 오성교; 마동철; 변치웅; 이상수; 조동현 |
| Translation of above | Yonghun Shin; Jongpil Kim; Sangwon Cho; Sangjun Park; Ahreum Shin; Jaehoon Jung; Yongjin Choi; Jihye Lee; Changwan Sohn; Jeonmin Ahn; Gohwoon Jeong; Hwansu Jeon; Seulki Kang; Dongho Koo; Myungsook Kang; Jungsoo Kim; Cheongman Hur; Bonghoon Kim; Jyuri Yang; Byunghwan Jeon; Changjoo Lee; Inseok Jeong; Seojeong Kim; Sunjoo Park; Joonho Bang; Kihyung Nam; Myunghoon Chae; Sungjin Ahn; Dain Hwang; Mintaek Oh; Youngbum Park; Jungsik Cho; Junyoung Choi; Hyungill Lee; Youngjib Kim; Bumtaek Lim; Youngjin Choi; Jongpil Lee; Seunghoon Yoo; Sanghoon Lee; Suhwang Chae; Sehun Kim; Youngbae Suh; Moonyoung Kim; Youngkyu Bae; Yohwa Kim; Sijun Cho; Sunjune Kong; Jaehoon Jung; Kyungmoon Kim; Changlim Choi; Seokman Yoo; Sungho Park; Hyunjin Park; Taekeun Hwang; Kyungseok Jeon; Donghoon Kwak; Jaemu Ha; Inchul Lee; Seunghoon Pi; Jinho Hyun; Taewook Kim; Yoonsung Eom; Taejin Chung; Junki Moon; Dana Na; Youngbin Jung; Taeyoung Kim; Haeji Park; Hyunmin Park; Yongkwon Yoon; Youngtaik Park; Youngjin Cho; Eunyoung Kim; Jaeyoung Shin; Yongwook Kim; Sangbong Sung; Sungkweon Park; Kilsoo Ko; Wooram Lee; Kihyun Kim; Seho Park; Kyungwoo Lee; Sungbeom Park; Honggwon Kim; Younggeun Lee; Joongil Park; Thendral Arasu Panneer Selvam; Sudhakar Menakuru; Mohan Redd Duggi; Vani Budhati; Jinhui Zhou; Fan Zhang; Xuefei Wei; Balasubrahman Gattu; Shibu Baby; Vishnupriya Balasubramaniam; Sungwook Yun; Paul Hatfield Scherf; Shu Wang; Niranjan Niranjan; Seungyun Lee; Youngchool Kim; Younjung Ahn; Euisoo Kum; Jaehoun Kim; Taesun Yeoum; Hamid Mukhtar; Sangwoo Lee; Mina Kim; Yongnam Jung; Hyojung Kim; Yujin Lee; Sungmok Yun; Jungeun Park; Jaemyeong Lee; Sangyup Lee; Minseok Choi; Yongsuk Kwon; Daeyoung Kim; Junhyeong Oh; Eunju Lee; Sanghyeok Lee; Jinwoo Yang; Sejun Song; Jaeseok Shim; Keunsub Lee; Sangheum Cho; Hyungjin Yoo; Choonghee Jin; Jinyul Choi; Chihyun Cho; Eunjung Lee; Kidong Cho; Taeuk Kim; Haeju Yun; Noeul Noh; Hansoo Jung; Hyunsoo Lee; Junkyung Sung; Sanghoon Kim; Yoonsung Nam; Taeki Hong; Insoo Kim; Hyunbae Park; Youngsik Kim; Wooyong Lee; Jaewon Jang; Jungsik Sung; Soojin Choi; Hyeonseon Kim; Joongwan Kim; Jihyung Sahng; Sungji Shin; Youngseok Lim; Jungkyu Moon; Namsuk Ku; Jaeho Ju; |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Jaeho Joo; Heonseung Lee; Hyongjin Ban; Seokwon Jung; Adam; Jihyeon; Misook Kim; Namjo Heo; Doowook Kim; Jaihoon Seol; Wookyun Kho; Seunghwa Ju; Jinwoo Choi; Seungtae Ha; Chihwan Kim; Jungseok Cha; Dajung Kim; Changsoo Kim; Sunyong Kim; Jaewan Seo; Jungah Jung; Jongik Jang; Jongik Chang; Junbeom Lee; Hejin Kwon; Sunok Kim; Myungsoo Park; Junha Kim; Mingu Kang; Il Jung; Nawoong Han; Kyuhyeon Kim; Sungeun Kim; Hyunjin Hwang; Yoongkwan Kim; Yeonseop Kim; Hyungil Kim; Deokki Hong; Donghoon Kwak; Taekwon Noh; Giung Jung; Kyunghae Park; Hyunjae Park; Dooju Byun; Sungbin Yim; Jiyeon Kim; Hyunkyu Han; Youngho Kim; Sag Lee; Sanghyun Oh; Seokwon Kim; Jihyun Kim; Chulsang Chang; Sungcheol Park; Seungki Min; Hyekyeong Oh; Youngran Jung; Junho Hyun; Jaehoon Park; Eunseon Kwon; Hyojin Lee; Yongjin Kwon; Soojong Yoo; Jihwon Song; Dohyung Kim; Youngsoon Lee; Yonghyeon Jeon; Inseog Ku; Jongju Lee; Seunghwan Han; Hyungsoo Kim; Myungeun Lim; Myungwoo Ko; Taisoo Park; Yarek; Bitali; Myungchul Kim; Daewoon Myoung; Taewan Kim; Mino Kim; Misun Kim; Kanghwan Oh; Jinchun Park; Heejin Ju; Jinju Lee; Sanghyun Kim; Hyuncheon Jo; Hojin Jeong; Yeongu Kang; Dongjae Jang; Hyunsik Ki; Hongmo Kim; Haksoo Kim; Kyungoh Shon; Yonghee Lee; Youngseok Yoon; Kwangkyu Park; Juhwan Jeong; Jaekyung Lee; Heesoo Son; Yonggi Jeon; Gahee Park; Soojin Park; Beomjun Kwon; Junwon Kang; Donghyun Kim; Eundong Kim; Hyunjin Um; Sooyong Lee; Jaesook Joo; Eunjung Kim; Deokin Lyu; Inhwan Jang; Mia Hwang; Sunghoon Yoo; Wongil Lee; Anton; Jikwang Kang; Sangchul Lee; Joonbong Eom; Ahreum Youn; Myungsoo Kang; Byungil Lee; Youngkwan Chung; Jihwan Nam; Soojin Kim; Hojoon Jung; Hynman Kim; Yonwon Seo; Junghee Lee; Wonbyeong Park; Sangchul Yun; Jaeseok Jung; Sanghyuk Yun; Yookyung Kim; Sasung Shin; Ilhwan Kim; Kisun Shin; Woojun Lee; Kaejoong Shin; Myungwoo Koo; Seungyoon Lee; Sungjung Joo; Daeryong Lee; Taehwa Choi; Sukyoung Bae; Minsung Kim; Joonsuk Paik; Seokhan Song; Younghwan Ryu; Choongkyo jung; Yunu Lee; Hyeokbeom Kwon; Hwangjoon Lee; Kyungmoon Cho; Jaewoong Chun; Kihong Min; Jaeho Seo; Chulseung Ryu; Jwayoung Bu; Byungjoon Cho; Changkyu Kang; Namsu Park; Miseon Kim; Jaesung Park; Jungkwon Choi; Soonjae Cho; Kyungpil Seo; Hyungdong Oh; Changyoung Lee; Daeyeol Kim; Doohwan Ko; Seungwon Kim; Namyong Jung; Taewoo Lee; Minsik Cho; Sungyeop Yoo; Wonho Kwon; Sungwoon Tae; Wanwoo Seo; Jungha Kim; Kunjoo Park; Donghoon Yu; Jangboo Lee; Junghun Kim; Jongdae Do; Jungtaek Lee; Jongbo Jung; Youngjin Kwak; Sanki Kang; Sungwoon Jang; Kyungyeop Kim; Joonrae Cho; Juhee Jang; Seungyoon Heo; Dooyoung Han; Youngdo Hwang; Hyungryong Kim; Seunghyun Nam; Sosun Kim; Younghee Kim; Izzat Bakhadyrov; Adrian Salido; Thirumalarao Voonna; Mohana Sundaram; Arnald Samthambi; Kalyan Desineni; Vladimir Oksman; Srini Guda; Injoon Son; Jihyuk Yu; Seungbeom Lee; Yangsoo Lee; Wonjung Choi; Jaeyong Yang; Yongha Choi; Jieun Kim; Jinn Heo; Ilsup Kim; Hyungjun Ahn; Sangmin Bae; Vinod; Kyunga Kim; Junghoon Park; Jaedong Kim; Woonhaeng Hur; Byungwook Kim; Chuljin Kim; Bo Ju; Daesop Park; Byungjae Bae; Myungsoo Kim; Minsuk Ko; Jaekyu Lee; Yongsoo Baek; Byungseung Kim; Soonjung Lee; Jungho Han; Kanggyu Lee; Kwangsung Yang; Sungjin Yang;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Kyeongtae Do; Hanshin Seo; Eunjin Youn; Seyoung Oh; Sunghoon Jeong; Taeil Eom; Tajin Kim; Hyukchan Park; Eunjeong Ahn; Wheejin Kim; Jeonghoon Lee; Sungeun Park; Kyuwoong Kim; Seunghwan Kim; Junkyung Lee; Kyungha Lee; Younghak Kim; Jaehwan Chang; Minkyoung Park; Taeik Song; Jungeun Kim; Marcin Oldziejewski; Antoni Jakubiak; Prakash Rastogi; Ashish Khariwal; Myunghoon Lee; Chulmin Jo; Kyoungheon Jung; Bonggoo Jeon; Yooshin Kim; Chihoon Ahn; Yongwoon Moon; Jinho Lee; Dajung Kim; Inyung Hwang; Myungja Cheong; Minjii Lee; Jungmin Oh; Hyokeun Jeon; Jiyoung Hwang; Taehoon Lim; Sungjoon Park; Seungmin Lee; Wongeun Song; Sanghyuk Sim; Joohyung Park; Gibeom Kim; Heejoon Chae; Yoolkwon Jeon; Jungin Lee; Sukhwan Kim; Nosun Kim; Hwangkyun Joo; Byungsam Kim; Janggoon Bae; Donghyun Kim; Myunghwan Jung; Shinhee Do; Sangjoon Moon; Untaek Choi; Shineun Bae; Yonghae Choi; Euybum Lee; Sungkyu Lee; Dongin Oh; Jongho Choi; Ilsung Hong; Taeho Kwon; Keumju Jang; Yoonmin Ha; Jaehee Kim; Hyunsoo Kim; Kihun Kim; Yongsoo Kwon; Sangheon Kim; Jinwoo Jeong; Sunjo Kim; Seungmoo Cho; Dongha Park; Jungyoon Kim; Inhyuk Choi; Jangbok Lee; Junhyuck Kim; Jongmu Choi; Ilho Kim; Junhak Lim; Daejun Kang; Yongjae Jung; Byunghoon Seo; Kiwon Lee; Heeseung Lee; Juah Lee; Monngyo Pae; Hyeyoung Yang; Jaekyun Kim; Hyunri Kim; Bora Hyun; Moonsu Kim; Junyeop Jung; Jinmyoung Moon; Suhyun Kim; Taewoo Rhim; Yunseob Ko; Ungjun Kim; Wuchul Jeong; Donghyuk An; Sungeun Yoon; Hyungseok Lee; Jaehoon Choi; Yoseob Kwak; Sewan Oh; Han Kim; Seungun Park; Hyungtae Doh; Sungjae Yoon; Dongha Nam; Hoyeon Park; Sangyoung Joo; Jieun Jung; Euibeon Han; Hyungseoung Yoo; Hakkwan Kim; Jusung Lee; Dongseok Jung; Jungdon Kang; Eunhee Park; Keunjong Seo; Joonghyun Kim; Minhyun Kim; Jiwon Choi; Mavuri; Youngtae Kim; Yundo Heo; In Kim; Jaehoo Nam; Dongmok Lee; Jaedon Park; Sunggeun Jeon; Myunghoon Kim; Jihyun Cho; Hyunsub Lee; Hyungook Jun; Wooyoung Lee; Changbum Son; Sangwon Park; Jooyoung Yoon; Sungmin Kang; Hakjoo Kim; Changho Yoon; Hongki Kwon; Hyobum Shin; Hyunchul Choi; Bonghyun Jung; Seungdoo Choi; Kyeoungae Jung; Kiduk Park; Jaeyoung Kim; Youngdae Park; Sangjin Park; Joono Kwon; Jinchul Choi; Jungho Lee; Parthiv Rawal; Youngsuk Yang; Praveen Kumar; Amit Lalwani; Prasanta Paul; Nitesh Goyal; Jaideep Vishwakarma; Amit Bansal; Vuggu Srinivas; Abhishek Sahoo; Sandeep Bhadauria; Saubhagya Das;  Pitchai R; Amitabh Thapliyal; Shikha Agarwal; Abhish Goyal; Mohit Prasad; Keshabananda Taid; Vijay Solanki; Chandan Kumar; Sachin Mittal; Sagar Aggarwal; Akshay Mathur; Aakash Manik; Gaurav Goel; Giripal Rawat; Niraj Kumar; Manish Srivastava; Jayanth Gande; Kumar Saurabh; Bollepalli Kiran; Durgesh Chandra; Prince Gupta; Sanjeev Bhatt; Surendar Baid; Nitin Goel; Vivek Varun; Kumar Saurabh; Bongkyu Kim; Daehyung Lim; Marco Starace; Zamir Alam; Sajid Hafeez; Youngseok Kim; Kibeon Heo; Mihyun Jeon; Sungjin Kim; Seungmi Hong; Heewon Lee; Hakbum Lee; Sanga Lee; Hongju Jung; Kyuhee Kim; Kyunghyun Park; Jungsuk Yun; Hoon Heo; Minbum Kim; Heejung Kang; Miran Lee; Dongki Chun; Soyoung Kim; Jaehee Kim; Sunhyung Woo; Jina Kim; Hyojin Lim; Jaewoo Jung; Sanghee Park; Hyungsik Chang; Daejoong Kimg; Jimin Choi; Donik Shin; Jongsub Kwak; Hyungmo Yun; Jongseok Kim; Jongseok Kim; Hyunjin Sa; Hyungjoon Chun;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Yejin Song; Zhenwu Liu; Xipeng Song; Xizhi Zheng; Zhiqiang Sun; Pabba Prakash; Kaushik Sur; Seshu Tummala; Radhika Tripuraneni; Suneel Kumar; Parmeshwar Diggi; Venkata Sunil Kumar; Ranjith Kumar; Balaji V Ramalingam; Sreevatsa D B; Giridhar Jakki; Varun Bharadwaj; Pavan Kumar Devarayanigari; A K Santosh Kumar; Debasis Patra; Raghavendra M K; Ajay Kumar Kabadi; C M Mahesh; Ganesh Kamma; Prakash Rao; Rishi Gupta; Saravanan Kalimuthu; Shankar Jayaraman; Manish Dass; Naresh Gundu; Lipsa Shrabani Rout; Ashish Kak; Sandesh Srivastava; Harshavardhan Nalajala; Abitha S; Sathish Kumar Reddy Nalla; Nagarjuna Thottempudi; Abhinav Singla; Arun Pravin Paneer Selvam; Uzzal Majumder; Lalatendu Das; Saketh Vejendla; Sadashiva Rao P V; Anantha Padmanabha Sharma; Suresh Kumar Gudla; Ragava Mysore Veera; Raju Dixit; Jayendran Chandran; Harsha Narayan Reddy; Jayati Sahu; Ravi Karan Sharma; Jainendra Kumar; Gajula Kiran; Surjyakanta Mohapatra; Ankit Kumar; Siva Naga Kumar A V; Mahammadrafi Maniyar; Sumanth Kn; Kiran Sheelavant; Anish Kumar; Vikram Shrirang Bidkar; Jayantha Gowda Sarapanahalli; Ajith Kamath; Kavitha Begepally Krishnappa; Gurumani Lakshmi Praneeth Juturu; Aravind Gokina; Renju C Nair; Shailendra Jain; Lakshmi Ganesh Banda; Pritesh Kumar Singh; Muthukumaran Vijayalakshmi Natarajan; Rajesh Tiwari; Mahipal Baid; Kushal Verma; Siddartha Kavilipati; Kumar Mohan Behera; Praveen Kumar Volam; Gopalakrishnan N; Abinash Prusty; Krishnakumar P; Sujay Udupa; Lokesh Gaur; Santhosh Jayanna; Ajay Vijayvargiya; Sambit Sarkar; Shweta Sharma; Naveen D B; Ramjee Yadav; Sanath Kumar Moguluri; Vishnu Pratap Singh; Rajeev Verma; Jyothi Pustakala; Gururaj Patil; Bavya Badrinath; Praveen Kumar B N; Manjunath Belgod Lokanath; Riyaz Mohammed Ibrahim; Anuradha Kanukotla; Gopi R; Ravish Mahajan; Sailesh Sharma; Kollol Das; Vijay Kumar Mishra; Narasimha Murthy Hassan Raju; K Vamshidhar; Amit Sarma; Rajesh R D; Prasoon Mishra; Saurav Khandelwal; Kishor Kumar Manik; Varun Venkatesh; Shantanu Chandra; Pallv Shatheesh Reddy; Prabhuraj V Sonnad; Kaushal Prakash Sharma; Ajay Singh Rajawat; Sukhdeep Singh Kharbanda; Shantharam N; Vikas Singh; Pitambar Sahoo; Sandip Pal; Sivaram Komaravolu; Kusuma K.S Kuber; Durga Narasimharao Thota; Swetha Mysore Jagadeesha; Vinny Korah; \Gaurav Srivastava; Dheeraj Bhati; Paritosh Debnath; Jith Thomas Thelleerethu; Prasanna Sankaranarayanan; Muthu Nachiappan; Arjun B T; Kveg Murthy; Veera Venkata Basava Raju Matcha; Rajasekhar Reddy Sudidhala; Kaleomkar; Manoj Gupta; Kapil Bhardwaj; Ravi Shankar Voora; Kundan Kumar Singh; Suresh Vakkalanka; Nitin Narayan Shelar; Rachna Dalpati; Ankur Nigam; Seshagiri Rao G; Mayank Mittal; Azad Naik; Saikat Sengupta; Shashi Shekhar Surothiya; Arshdeep Singh Arora; Bineet Mishra; Mohammad Umair; Soundarya Pendyala; Vamsi Krishna Potti; Narendran Vijayan; Praveen Kumar Bairi; Arunkumar Nagarajan; Chidambar Joshi; Sundeep D Costa; Venkateswara Rao Manepalli; Jayesh Patel; Rahul Dwivedi; Subhasish Karmakar; Dibyajyoti Pati; Arijit Sen; Sumit Verma; Lokesh Kumar Singh; Tarun Kumar Mittal; Neha Sharma; Manjunatha K; Shweta Harwalkar; Manasi E; Mallikarjun Shivappa; Danish Ehsan Hashmi; Prakash N; Ajay Kumar Boddu; Anand R; Venugopal V K; Prasanna K B; Kartikeswarath, Kartikeswarath; Ganesh Prasad Prabhakar; Jagadishchandra Rai; Rishi Franklin; Parikshit Pareek; Arun Mahajan; Shouvik Guha; Sital Prasad Kedia; Nirlesh

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Kumar Koshta; Rajib Basu; Bishal Saha; Srinivasa Rao Kola; Akhil Madan
Panchabhai; Lakshmi Narayana Kavuri; Yogesh Kumar Kandpal; Venkata
Ramana D; Shekhar Agarwal; Mohan Rao; Naga Santha Goli; Taeyong Jang;
Eunha Jun; Jetaek Lee; Hyungtaek Chang; Changhwa Park; Nakkyun Kim;
Sungbae Park; Kyunghwan Cha; Rajendra Pallapothu; Ravikanth Ekanthalingam;
Hyunho Park; Kyunghoon Kim; Hakyeol Kim; Kangho Lee; Moonhyun Kyung;
Sangjoon Park; Woojong Yoo; Junghwan Min; Minho Kim; Dokyou Lee;
Hangkyu Park; Seulki Lee; Taehong Kim; Kyungbae Park; Minsong Kim;
Kyungho Yun; Soonyong Cho; Jongchul Park; Doohyun Hwang; Jungwoo Lee;
Sooryun Kim; Minsu Kim; Youngkeun Oh; Dmitri Spichanok; Dmitri Moskvitin;
Minseok Kim; Jookwang Kim; Chijung Ha; Jungho Kim; Sungtaek Lim; Minsung
Kim; Jungseung Yang; Chul Kang; Unbong Yang; Inseok Shim; Hongmin Son;
Dongsik Kim; Seokyun Jo; Hosun Lee; Donghak Lee; Sunghwan Yun; Sunmi
Park; Hyungjoo Oh; Kwanhee Jung; Jinmo Sung; Gyutae Park; Dongwook Kim;
Kyungtak Hur; Wook Kim; Youngjin Park; Nina Lee; Youngkyu Seo; Jongjin
Bae; Seungku Kim; Jongyoon Kim; Geunyoung Kim; Hyunggyun Kim; Euisuk
Kang; Woojin Kim; Sangho Yoon; Ikken Kim; Mihee Seo; Junki Min; Jaegyun
Choi; Sangmoon Kim; Sungkyo Oh; Dongchul Ma; Chiwoong Byun; Sangsoo
Lee; Donghyun Cho; Moonkwang Lee; Jongkyu Lee; Hokyu Kim; Joobum Lee;
Sangwi Lee; Seunghwan Yoo; Jungseok Yang; Wonho Na; Gyujoon Park;
Myungki Lee; Hyoungsun Ji; Gyoungrok Min; Seungwoo Han; Seungwon Seun;
Jaegap Lee; Jinho Kim; Sangryul Ha; Sukyoung Jang; Seungjin Kim; Heetae Ahn;
Mingyu Kim; Daekyung Kim; Boyoung Kim; Jintae Jang; Jongmin Kim;
Seungbum Kang; Sunghun Hong; Ahrin Kim; Dongseok Ryu; Moonsik Jung;
Jeewon Lee; Ho Kim; Sungyoun Ahn; Daewon Kim; Hyejung Lee; Hyungjoong
Kim; Jooyeon Park; Minkyung Kim; Kyusung Kim; Yonggu Lee; Hyojung Hong;
Jungmi Lee; Hyunjung Song; Geunyoung Kim; Minkyung Cho; Youngmi Kim;
Joonseok Kim; Joongsam Yun; Joohyun Lee; Sungjoon Won; Minji Jou; Mijung
Park; Ildong Kang; Bosangmu Hwang; Mira Kim; Hyuna Park; Youngmi Seo;
Jungwan Lee; Changwon Jung; Huitaek Kim; Minsoo Kang; Kitae Kim; Jungsik
Park; Moonkyu Kim; Taekmook Yim; Dongki Kang; Jehun Jong; Heechan Choi;
Joonsung Lee; Sulya Baek; Dongil Park; Jinwoo Jeon; Joonwoo Bahk; Jihye Lee;
Kilnam Kim; Heehyung Lee; Youngmin Ryu; Byunghan Yoon; Hyojung Kim;
Junsung Yi; Songyi Han; Joonsoo Lee; Eun Ko; Minsoo Kim; Sangwook Son;
Minhee Jang; Hyungsik Kim; Sungjo Oh; Jonghyun An; Jaeseok Joo; Youngik
Son; Seungho Park; Juyoung Jung; Hyemi Chang; Soonbin Jung; Minkyung Kim;
Chanho Mun; Doyeon Lee; Yoonmi Jo; Jeongbeom Cho; Semo Nam; Kangsoo
Kim; Kwinim Park; Sunmi Kim; Younghyun Jung; Sunghee Yoon; Hyesun Kim;
Kyungmin Kim; Semin Choi; Byeongchul Lee; Eunyoung Kim; Mia Park; Jaehwa
Jang; Jinok Lee; Hyekyung Shin; Jaeyoung Yang; Kooktae Choi; Jaeki You;
Saehoon Park; Wonseok Jung; Kyunghoon Yang; Mihyun Cho; Jiwoong Moon;
Bongmi Kim; Imsoon Lee; Yumi Hong; Kyungphil Kim; Yonghyuk Lee; Minhee
Kim; Hyunsu Seo; Sangin Choi; Insik Kim; Jungkyo Lee; Dongsung Paik;
Junggeun No; Sangwook Lee; Gilsang Park; Chanwook Park; Eunjoong Kim;
Junghwan Heo; Hyeji Won; Byungseok Choi; Sehyung Oh; Walwoon Jang;
Kihyun Jun; Kihyun Jeon; Gwangsoo Park; Ducksu Kim; Seungho Park; Jeadong

Jang; Changyoung Choi; Changmok Lee; Jaejoon Ham; Chihoon Kim; Changhwan Kim; Jinhyung Park; Changhan Kim; Jinho Nam; Junghan Kim; Kyungtae Min; Gyungtae Min; Sangbum Ko; Younggwon Na; Youngkwon Na; Kidong Kim; Hyungtae Kim; Changheum Byon; Dongeon Lim; Jaekook Kim; Geunbum Kim; Taeseok Kang; Junghyun Kang; Seungcheol Baek; Yongwoo Jeon; Jaemyung Cho; Heeseok Wang; Kwangseop Bong; Jaeyoung Park; Junghoon Lee; Jaeryang Lee; Changok Lim; Donghee Kim; Sunwoo Ha; Hosu Kim; Yongkyu Kim; Jungeun Oh; Yousub Shim; Sungil Kang; Youngmoon Park; Chongdu Kim; Jungkyun Lee; Jungkyoon Lee; Dongmin Shin; Bohyun Jung; Gyujin Kwon; Ilyoung Kim; Jaeseung Oh; Sanghyuck Chung; Seunghyun Lee; Woong Lee; Haesung Park; Sungkyu Hwang; Sungjin Chae; Jinyong Shim; Hyunseok Chang; Minjueon Lyu; Youngjin Yi; Dukwon Jung; Hyunjin Bang; Heechul Je; Wanhyung Lee; Junghyun Choi; Hojong Ha; Kyongsu Shin; Bongdo Kim; Jaeyong Park; Chaeyeol Jung; Heuisoo Jeon; Ginam Park; Youngbae Ji; Jaeho Kang; Jongsun Baek; Sanggyou Choi; Donghyun Byun; Yunjae Han; Changsik Yoon ; Choongil Choi; Sooyong Jung; Jongchul Shin; Youngjin An; Youngcheol Kim; Hyunjoon Kim; Hongbum Park; Hongbeom Park; Chulho Bae; Hyunjoong Kim; Minwoo Park; Seungmo Kang; Eunseon Hwang; Hoseon Kwak; Junghan Kim; Youngwook Kwon; Kwanghan Cha; Seungwoo Lim; Suk Kim; Seunghoon Lee; Eunjung Jung; Byungsoo Lee; Youngmin Kang; Beomlae Cho; Seunggyu Kim; Youngoh Kim; Eunsung Shin; Joontae Kim; Jinwoo Kim; Taewon Kim; Youngjun Jung; Kihwan Kwak; Hoonjae Kim; Joonwon Jang; Gyungup Kwon; Daegeun Yi; Seokkyu Choi; Haewun Park; Byunghee Yoo; Byonghee Yoo; Namgon Kim; Sangjin Lee; Duksoo Song; Sungki Lee; Jaehoon Choi; Minsung Kwon; Joochang Kim; Inwook Song; Hyeonu Yu; Ikhwan Kim; Jewoo Park; Seungchul Chung; Jaeyong Lee; Byongjoo Kim; Jihyun Kim; Jungwook Hwang; Wonbae Jung; Hyungwook Jang; Youngmi Jang; Jungmin Sun; Sungin Seo; Youngsang Cho; Youngkyun Jang; Sangjune Cho; Jinyoung Goh; Sunyoung Kim; Jiwan Kang; Dongyoung Lee; Junghoon Kim; Wonseop Kim; Hoyoung Im; Soyoung Lee; Soonyeol Hwang; Jeongin Lee; Sungjoon Lim; Ukho Yi; Daehan Choi; Inhwan Cho; Jeongwoo Han; Youngjoon Hong; Seungwoo Lee; Sangup Lee; Myungsik Cha; Yeomoon Yoon; Daewoo Park; Jaeoh Jung; Sinki Hong; Kiyong Kim; Taewoong Park; Changwon Jang; Jongin Lee; Wonjoo Seo; Jungwoo Lee; Wonseok Lee; Hyunjung Ha; Hyosuk Yoo; Woochan Joo; Janghwan Noh; Youngsun Lee; Jaeryong Lee; Jonghyuck Im; Jonghyeok Im; Yoohee Lee; Changon Kim; Jaechon Jeong; Hyungmin Lee; Jongwoo Choi; Gyujae Jang; Wonhyung Heo; Jungsik Min; Daeyoung Jo; Sooho Song; Jungoh Woo; Heesung Kim; Kyungjin Choi; Hyunwoo Lee; Heesung Lee; Minkuk Kim; Youngseob Lim; Byunghwa Park; Donghyeob Oh; Hyeonho Choi; Jongik Won; Jungwoo Lee; Changkyun Kang; eyeol Kim; Sungsoo Kim; Youngkwang Woo; Saewoong Ahn; Jaehoon Jeon; Goongkyun Nam; Hyungwook Kim; Hyungjoon Kim; Dongil Son; Mincheol Paik; Kyungtae Kim; Hongji Kim; Seokcheol Son; Junghan Kim; Yungjae Kim; Byungmoo Lee; Youngsik Byun; Jungpil Sung; Younghoon Kim; Bumsun Park; Hyeonwoo Kim; Mincheol Lee; Seunghwa Shin; Heekyung Park; Juntae Kim; Kukhwan Jung; Giho Cho; Kuyoung Choi; Soyeon Lee; Moonhyung Kwon; Joonghyun Kim; Kihwan Jung; Chiho Choi; Hyungyun

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Kim; Dongkyun Yu; Sungjun Choi; Hyunggon Kim; Hyunyil Kim; Seonghak Jo; Jaewon Choi; Hyeyong Go; Byongkwon Kong; Jongnam Jun; Kyuhwan Han; Kyuwon Choi; Sehwan Cho; Hyunseok Kim; Mijin Kim; Namhyung Kim; Yongseok Lee; Jonghwan Lee; Changsik Lim; Nayoung Hwang; Jungwoo Kim; Yoonsung Choi; Junggeun Kim; Changhyun Yoon; Sungjin Kim; Chonsik Kim; Byonggon Han; Seokweon Kim; Sanghoon Song; Gyouil Cho; Saehyun Cho; Minseok Kim; Kyungsik Yoon; Minju Lee; Hakjae Sung; Hyunggun Kim; Taehun Kim; Minhwan Jeon; Byungchan Jin; Changwon Jang; Hosung Son; Joonwon Cho; Dongsub Roh; Sangwoo Bae; Byeongcheol Kim; Jongki Oh; Junghyun Kim; Seungmin Lee; Munhyun Oh; Manseob Kim; Sungchan An; Minseok Lee; Yonghee An; Hyungik Yun; Kiyong Sin; Taewoo Kim; Hyunho Shin; Daehyeon Kim; Byeongryul Song; Jooyoung Kim; Seungmin Lee; Joongseok Park; Jephil Shin; Seunghwan Son; Jaejin Lee; Chulyoon Chung; Byunggeun Choi; Kyungho Kim; Hoesoo Seo; Young Heo; Jinho Choi; Gi Chung; Gi Jung; Jisang Jang; Namjoon Lee; Handug Lee; Sungsik Jung; Yongjoon Shin; Jaesoon Hwang; Jonghwan Kim; Jongwoo Kim; Hyungjin Kwon; Haekwon Lee; Jaehong Mun; Jaewoon Park; Junghoon Lee; Hyunhoon Ha; Boram Kim; Heechul Lim; Dokyoo Lee; Janghyun Jo; Jongseok Hong; Sunghwan Chong; Sangwoo Ryu; Hyungcheol Lee; Gyungyoon Jwah; Cheolmin Song; Sungeun Choi; Changhwan Park; Sewon Kim; Huwaqiang Li; Hyesun Shin; Juhyoung Son; Dooyoung Jeong; Younpil Choi; Changkyu Lee; Hana Park; Jiho Park; Seungjae Lee; Youme Kim; Changhwan Seo; Youngeun Han; Hwakyung Kim; Sunyeop Yoo; Kwanghyun Kim; Wonseok Kim; Sunghee Hwang; Taewoong Wang; Hyungjoo Cho; Seyoung Lim; Alex Veprik; Rakesh Gohel; Imsam Lim; Seungeop Kim; Hyekyung Hwang; Youngjae Choi; Jungsub Sim; Younghyun Kim; Etlam Prem; Youngsub Shin; Dongin Kim; Chungho Shin; Jaehyuk Park; Nari Park; Sridhar; Sejoong Kim; Seungun Jeon; Sukjae Lee; Hyunwoo Lee; Heonoo Lee; Aeri Yeom; Moojoong Kim; Sukdong Kim; Dongyoel Lee; Hanyong Ahn; Hyunjoo Shin; Joonyoung Park; Seong-ho Won; Namju Cho; Jemin Lee; Jiho Ma; Minkyu Song; Sunggeun Yim; Bokyung Kim; Taijin Ha; Jungmin Lim; Juho Shin; Sunghak Choy; Uhjin Jung; Jungsik Kim; Namkwang Kim; Youngwook Shin; Daewoong Kim; Jiyoung Mun; Kenhyung Park; Donghyun Ko; Kwangjin Kim; Kyungjin Bae; Hojin Jang; Sehun Kim; Myungho Kim; Jooyoung Park; Changho Lee; Seungmin Chung; Hongseok Choi; Inchul Im; Jaewon Choi; Jisun Hong; Juhyun Kim; Hwan Heo; Hyungjoon Kim; Jinbong Ryu; Sungryong Ryu; Bohyun Yu; Kwangjoo Lee; Raja; Yeonhee Lee; Hyunjoo Kim; Yoonsun Park; Mijin Hwang; Gwangwook Kim; Jinsoo Jeon; Sungjoon Yoo; Hyunchul Woo; Suik Lee; Dooyeol Kam; Jiyeon Kim; Seungwook An; Jaechung Lee; Seonha Song; Hoomin Lee; Nakhyeon Choi; Keunha Kim; Dohun Koo; Youngjun Kim; Junhoo Lee; Dongsuk Chun; Jiuk Jeong; Sunwoong Im; Keunha Choi; Gyusang Yoo; Jungho Min; Taeckki Lee; Hyunchul Choi; Sangduk Park; Kitaek Lee; Jiyoon Park; Kwangjoo Lee; Jongmin Park; Joonil Song; Sungwoo Cho; Saeyoung Myeong; Michael Kazaev; Youngju Kim; Yongcheol Choi; Junghoon Han; Soojung Shin; Junghyun Yeon; Sungyoung Lee; Boseul Jeon; Juhwan Lee; Jungeun Lee; Sangmin Yu; Euntaik Lee; Soonhwa Lee; Jinwook Kim; Jaesung Ahn; Byeongwook Kim; Kimo An; Narae Jo; Yongshin Kim; Shina Lee; Kyoungsook Seo; Jayoung Lee; Hyojin Jung; Jinyoung

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Chon; Junyeong Bak; Sunggyu Lee; Woojin Choi; Jinun Kim; Jungbae Kim; Sanghyun Park; Seungjae Park; Kwangseok Kim; Jaewon Seo; Yunseok Hyun; Dongjoon Lee; Seunghyup Baik; Joonseong Park; Yookyung Lee; Jumi Lee; Sunyoung Park; Byungdeok Kim; Woochan Park; Jongsoo Woo; Sungjoo Lee; Jaehyun Ahn; Heeseok Ahn; Eunmi Cha; Seonghun Cho; Bonggon Kim; Kyungsoo Kim; Seungho Kang; Sanghoon Kang; Youngha Hwang; Yoojin Lee; Sanghun Lee; Minwook Choi; Bumjib Kim; Dohyoung Kim; Taegun Kim; Seungwoo Park; Daehun An; Jaehee Gong; Dongkyun Sohn; Haejin Kang; Seungyoung Oh; Taeho Ha; Jinyoung Kim; Soobum Yim; Chulho Jeong; Jintae Kim; Ananta Pandey; Jihyun Chung; Chanyoung Bang; Kwanmi Kim; Daesu Lee; Kyuchul Choi; Jihyun Park; Junsik Kwon; Insook Kim; Dohyung Kim; Jaebin Kim; Soolim Song; Samyeol Choi; Minjung Kim; Insik Shin; Jonghoon Bae; Saemee Yim; Daloh Kang; Eunsuk Choi; Sunghee Lee; Jungwon Yang; Seungmoon Roh; Jooan Kim; Changjoon Bae; Jihae Chae; Junho Ha; Yooli Heo; Hankook Jang; Heehyeon Kang; Ganghyeon Lee; Mingun Cho; Woojoon Chung; Donghan Kang; Junghoon Kim; Kyungseok Seo; Yongsu Chung; Youngjoo Hong; Hongseok Chung; Hongseok Jeong; Changgun Um; Hongsuk Yang; Bumsuk Moon; Yongsoo Kim; Sungjun Lim; Younggun Choi; Seungho Hong; Youngup Choi; Hyungoo Lee; Jaeho Lee; Youngbum Lee; Seunghwan Lee; Junghoon Ahn; Minjung Kwak; Yonghak Kim; Jaemin Lee; Asim Rasheed; Alexander; Michael Nikitin; Jaeeun Jung; Eujin Ha; Hyemi Im; Heeyoung Jeong; Sangki Park; Chounjong Nam; Kyounghwa Choi; Myungjin Kang; Kyungjin Oh; Kyeongjin Oh; Hangchon Cho; Hyonsu Park; Seungyeop Kim; Seungyup Kim; Jieun Chung; Jaehyun Kang; Sangwon Kim; Kyuseung Lee; Seungeun Lee; Chunggeol Kim; Minkyu Kim; Inyoung Mok; Geunchang Huh; Seulhan Park; Hyungkwon Kim; Jinyoung Song; Jaewook Lee; Changmin Chon; Changmin Jeon; Eunmi Yoo; Darae Ahn; Sungyoon Hong; Seungyoon Hong; Uyoung Lee; Hanki Yoon; Eunjung Hyun; Donghee Pi; Soojin Kim; Yeonok Yi; Jinhee Lim; Seungjoo Choe; Minjung Kim; Junseok Oh; Subyeong Oh; Jongsun You; Woong Lee; Kumar Vishu; Youngil Oh; Hyunjun Kim; Hyeonjun Kim; Junggook bae; Soonhong Kwon; Junghyun Ha; Inhee Yoon; Jinho Chung; Kwanghoon Kim; Joonhee Kim; Woocheol Jung; Seokyoung Kim; Sukyoung Kim; Youngkyu Kim; Joonseok Oh; Joonsuk Oh; Eunjeung Lee; Jongsu Hwang; Junwan Cho; Insung Lee; Joon Kang; Changsoo Lee; Jaewook Chung; Seungheon Lee; Seungheon Lee; Wansuk Jung; Hyungtae Kim; Chansoo Park; Wonchul Shin; Miran Lee; Yungyu Bae; Jinwoo Chang; Byungjin Chung; Sangho Cho; Jaecheol Kim; Sora Choi; Seokhyung Kang; Wooup Kwon; Jaeyoung Choi; Dongjoon Kim; Hosang Park; Soojung Choi; Taehyon Yun; Taehyeon Yun; Changjouebool Oh; Donghee Yoo; Kwonseung Shin; Dongjae Shin; Dawoon Jung; Seunggoo Lee; Yeonbu Kim; Minho Ju; Chanyong Jung; Sunghyun Hong; Hyeri Shim; Ilya Starov; Sangseob Kim; Suyeon Jeong; Sangin Kim; Youngdon Kim; Chulwoo Kim; Sejin Park; Sanga Eun; Yongsuk Lee; Minsung Kim; Gunjae Lee; Mihee Park; Yangseon Kim; Raekwan Kim; Donghyun Son; Jooha Lee; Changdo Yeom; Inhwae Koo; Jaeil Lee; Yongmin Koo; Hyungjin Park; Joonyoung Jung; Jihyeon Kim; Taehyung Kim; Donghwan Kim; Eunhee Cho; Gookhee Lee; Cheolsung Park; Uihang Lee; Jinho Lee; Kyusuk Mo; Jeongkyu Lim; Kwangil Kong; Soojung Lee;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Youngjoo Jung; Eungdo Kim; Mooyoung Kim; Sungdae Cho; Junghi Kim; Jieun Jung; Minhyung Lee; Joohyung Lee; Sungmin Jae; Hyeonwook Park; Kimann Lee; Myungjoon Jung; Haeyoung Jung; Sumin Hwang; Taekyu Shin; Jungwook Park; Eunseon Noh; Yoonjoo Na; Sukyeong Lim; Mijung Lee; Jaehwan Kwon; aehwan Gwon; Minjeong Ko; Kwangtai Kim; Haekyung Kim; Kapyoul Kim; Dongho Kim; Joohyeok Kang; Seungwook Hong; Hyoyoon Kim; Sangchul Lee; Kyujae Lee; Soonhyun Cha; Changhyeon Ju; Changhyeon Hong; Changhyun Hong; Kyungjoon Lee; Kyungsik Yoon; Wonnam Jang; Jiyoung Bang; Jungil Yoon; Daehee Park; Minseok Park; Jaemin Heo; Sangbum Han; Yunjung Han; Seunghoon Nam; Soomyung Hyun; Kyungmoon Kang; Jonghwan Kim; Doyong Jeong; Bumwoo Lee; Jongeun Baek; Jaesik Chang; Wonjong Park; Juneyong Yang; Hansoo Kim; Kyungdoo Park; Seunghyun Lee; Seunghyun Um; Vadim Volkov; Jungsik Seo; Hongpyo Park; Hyosik Bang; Hyuna Jung; Byounghui Lim; Saeyoung Choi; Minju Kim; Jongbeom Lee; Yoonaa Kim; Dahye Jeong; Jaewoo Suh; Seyoung Hyun; Sujin Jung; Younggyun Im; Haeyeon Suh; Junghyun Suh; Kwanghyun Kim; Youngjoong Kim; Seungchan Oh; Bonggu Choi; Heeseok Hwang; Yongjin Park; Honggyu Lee; Minjoo Moon; Jinsup Shin; Youngjoo Kim; Kyungan Cheon; Changwoong Jeong; Taesung Song; Dasom Lee; Kyungyeoh Bak; Heegwan Park; Yonghwan Cho; Daegook Lee; Odoc Kwon; Taeho Kim; Guiho Lee; Hyungyu Sung; Nayoung Kim; Donghoon Kim; Jangwook Kim; Sonyoung Park; Junho Park; Ilyong Shin; Byungjik Jaegal; Jooyeon Park; Kihwan Suh; Heechul Kwon; Kyuhong Min; Yoonsik Ham; Junseok Yim; Siho Ryu; Eunjin Lee; Wondo Kang; Hongjoon Park; Sangbum Han; Joohyun Lee; Sangjoon Park; Seonjoon Park; Hyeyeon Hwang; Sangyong Eom; Taemoon Roh; Kyungcheol Yoon; Jungmin Ha; Seongeun Kim; Daesuk Kang; Taeyoung Ha; Hojun Kim; Jungmin Park; Hyeonseok Kim; Joonghyung Kim; Hyungu Park; Yikeun Ji; Kwangseop Lee; Seungsoo Nam; Sungbae Jeong; Yoonhui Han; Chuleun Yun; Harim Lee; Sangwook Choi; Kyumin Chae; Woong Han; Yeonkyun Lim; Yong Choi; Hangjin Cho; Gunwoo Kim; Jinhi Won; Dongwhan Seo; Younju Kim; Daeung Jeong; Sooung Chun; Jungki Choi; Duhoon Jung; Seungjin Lee; Junghun Park; Daekwang Kim; Jinwoo Kim; Sangcheol Chung; Suengjae Lee; Eunhee Choi; Heesung Kim; Sunghyun Kim; Sunghyeon Kim; Jina Woo; Yousun Lee; Byongbae Hyun; Hanjoon Lee; Jinsoo Kim; Yongjoon Park; Chanwon Lee; Jaejoon Choi; Yong Heo; Gyusik Cho; Jiyong Park; Youngchul Shin; Jungkeun Park; Minho Park; Wooseop Lee; Sinai Kim; Dawoon Chung; Iksung Choi; Jungwhan Jeon; Iljin Kim; Soohyun Lee; Hyunseok Shin; Jeonghun Seo; Cheolhee Kim; Dohaeng Kang; Jungcheol Kim; Hongmoon Cheon; Seungchang Baek; Sanggeun Kim; Namshik Song; Hosoon Shin; Sungnam Choi; Seungtaek Oh; Seunghwa Park; Daeseok Kim; Byungchul Jung; Shinyoung Park; Jaeyong Lee; Taihun Lee; Donghyun Hwang; Yoonhee Lee; Junghwan Jo; Sunmi Kim; Hyojae Cho; Yong Kim; Juhyo Kim; Yoonsoo Shin; Wonjung Son; Hyosig Lee; Eunhyun Kim; Jungboum Kim; Kyujune Shim; Yongjin Kim; Seunggook Jang; Sanggil Park; Jeongtae Lee; Gisang No; Wangyoun Lee; Jongseon Kim; Mihwa Min; Jinheung Kim; Youngsool Suh; Hooshik Park; Jaok Koo; Huseung Lee; Seungje Oh; Hyunseok Lee; Seunghyun Lee; Seunghyeon Lee; Gangseok Lee; Inchon Hwang; Dongsun Lee; Sungmin Huh; Joonho Byon; Sehyun Park;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| | Kyungkyun Kang; Heejun Lee; Byongman Lim; Uicheol Chung; Donghyun Lee; Youngjun Cho; Dongwhan Kim; Jungkyun Ryu; Dongwook Choi; Jaebong Chon; Haeyeon Kim; Soonho Hwang;  Gyubok Park; Sangha Lee; Seunghwan Kim; Kyungbae Ko; Kyunggu Kim; Jungho Park; Yeonwoo Kim; Seungmin Choi; Hyungjoo Yim; Minjung Kim; Woocheol Lee; Ohhun Kwon; Jungsun Lee; Joohyeon Choi; Sughyang Bae; Cheongyu Bae; Jonghoon Lee; Yoonjoo Kim; Joontaek Kang; Sangjin Baek; Hyeongjoong Kim; Jonggyu Lee; Jinkyu Kang; Seokwon Jeong; Jungyong Myoung; Minyoung Kwon; Kyungwon Kim; Jongwha Jeon; Gibong Roh; Jinku Kim; Boohui Ahn; Hwanho Lee; Uigon Kim; Jaesik Cho; Gyuhun Cho; Hosik Lee; Seongil Kim; Songyoung Kim; Taegeun Chung; Youngman Cha; Jonggoo Woo; Kyungho Bae; Hwanjin Kim; Giyoung Lee; Jinsoo Kim; Bongkyu Song; Nammi Kim; Namsu Kim; Jungmin Yeo; Hyunjoo Son; Yaerang Lee; Seonhee Kim; Bora Kim; Yunjung Lee; Yuguen Kim; Jun Kim; Hyeonjoo Yoo; Eunseok Kim; Jaehwan Chung; Youngsun Kim; Jigang Koo; Yongjin Choi; Daehyeon Kim; Taegun Oh; Woonggyu Park; Doyoung Jung; Donggwan Kim; Kwangyong Choi; Youngsik Yoon; Dongseok Kang; Byonghoon Kim; Jaeseung Choi; Eunhee Kim; Donghyun Son; Yongki Koh; Hyerim An; Daewoong Jang; Miyoung Park; Wugon Moon; Bonwoong Ku; Dongjin Kim; Suhee Yoon; Hyongju Chi; Minji Kim; Seungyoung Tak; Jooyeol Lee; Kibum Kwon; Sunha Rew; Chuljoo Kim; Jaechoon Chon; Jinhong Kim; Yoonyoung Kim; Jingon Kim; Taekyun Moon; Angela Yap; Dukmo Chang; Jaedong Jung; Hyunjoo Kim; Sunyoung Jung; Yeji Yoon; Yongha Woo; Sangam Swamy; Youngmin Seo; Maehee Kang; Goeun Lee; Yunki Kang; Soobong Yi; Soojin Lee |
| 5/4/2011 | 이종걸 |
| Translation of Above | Jonggul Lee |
| 5/9/2011 | 강한길; 김성윤; 강윤희; 이수진; 김장각; 김우선; 심우섭; 에드워드김; 임덕신; 이민혁; 손현주; 한우승; 신현호; 박영석; 배동환; 이민경; 김광우; 이형민; 김민석; 하정미; 권민수; 박형신; 김진수 |
| Translation of Above | Hangil Kang; Sung Yoon Kim; Yoon Hee Kang; Soo Jin Lee; Jang Gak Kim; Woo Sun Kim; Woo Sub Shim; Edward Kim; Duk Shin Lim; Min Hyuk Lee; Hyun Joo Sohn; Woo Seung Han; Hyun Ho Shin; Young Suk Park; Dong Hwan Bae; Min Kyung Lee; Kwang Woo Kim; Hyung Min Lee; Min Suk Kim; Jung Mi Ha; Min Soo Kwon; Hyung Shin Park; Jin Soo Kim |
| 5/11/2011 | 박석균; 엄은송; 정광수; 김보근; 이기상; 김양욱; 박성택; 박진; 김용호; 김정희; 김응도; 김한수; 안정훈; 유재원 ; 전홍준; 왕정환 ; 전용우; 김두룡; 김정호 ; 안희석; Sanjeev Bhatt; Jaideep Vishwakarma; 정도용; 이범우; 백종은; 최태화; 하유진; 김경문; 김종환; 강경문; 남승훈; 강주혁; 이상철; 이규재; 박슬한; 이재욱; 전창민 ; 정혜영; 박정욱; 이유영; 윤한기; 김민성; 정지은; 김철우; 박세진; 이용석; 김민성; 이건재; 박미희; 손동현; 이주하; 정준영; 김지현; 김동환; 조은희; 이국희; 모규석; 임정규; 정영주; 김무영; 이재호; 조성대; 임진희; 한승우; 이웅; 권순홍; 윤인희; 정진호; 김광훈; 김준희; 김영규; 백준석; 이은정; 황종수; 조준완; 강준; 이창수; 송석한; 김형태; 류영환; 신원철; 이미란; 장진우; 정병진; 최재영; 김동준; 정수연; 조정환 ; |

| | |
|---|---|
| | 김상인; 권우업; 김영돈; 박호상; 최수정; 오창조의불; 강한길; 김우선; 에드워드김; 박준호; 조형성; 문병인; 김민주; 김민수; 이윤우; 김소정; 김경환; 박종서; 이태수; 정성륜; 박지환; 최용훈; 이희재; 김종윤; 이지영; 김유승; 이근행; 양철우; 정지연; 황인범; 정영주; 정재훈; 방용석; 문지영; 성혜원; 김기범; 권병진; 권창미; 김형석; 이재혁; 임희도; 서경철; 김기원; 강선희; 김명섭; 김도훈; 김대영; 김근호; 강민석; 김정훈; 김정우; 김익현; 김은지; 김원구; 박기병; 민혜인; 문병기; 도영미; 나세경; 백현정; 박진석; 박지혜; 박지은; 이승준; 이민규; 퍼라그; 최준혁; 최신용; 장동호; 임진호; 이은경; 이승협; 윤재윤; 윤이경; 옥병욱; 엄진섭; 안일용; 신우진; 송재호; 박정실; 박유진; 박경민; 류승호; 남기철; 김형훈; 김형석; 김지구; 김주환; 김정수; 김일우; 김성희; 김그린; 홍영수; 홍성민; 한혜진; 하혜민; 최은정; 진연기; 조홍범; 정지순; 정영우; 정미란; 전혜은; 이홍근; 이진규; 이주홍; 이종현; 이정식; 이용희; 이용제; 이민권; 송현근; 송교선; 서창진; 봉균태; 범정윤; 박종훈; 박원영; 김현호; 김현학; 김현종; 김지연; 강두석; 나보연; 권승주; 강지혜; 알렉스; 강장훈; 김미향; 신경태; 오병주; 최윤성; 이다현; 윤성원; 신호승; 김병수; 현상훈; 백승협; 안병도; 양인승; 김정한; 장세환; 장웅전; 문희철; 이재호; 김봉화; 최환석; 오종성; 이용태; |
| Translation of Above | Seokgyun Park; Eunsong Eom; Kwangsoo Jung; Bogeun Kim; Gisang Lee; Yangwook Kim; Sungtaek Park; Jin Park; Yongho Kim; Woosub Shim; Sungyoon Kim; Taehoon Kim Dongmok Lee; Hongki Kwon; Taekyung Nam; Taegyu Kim; Sungbae Park; Younghee Yoon; Yonggu Kim; Anjin Nam; Junghee Kim; Eungdo Kim; Hansoo Kim; Junghoon Ahn; Jaewon Yoo; Hongjoon Jun; Junghwan Wang; Yongwoo Jun; Dooryong Kim; Jungho Kim; Heeseok Ahn; Sanjeev Bhatt; Jaideep Vishwakarma; Doyong Jung; Bumwoo Lee; Jongeun Baek; Taehwa Choi; Yoojin Ha; Kyungmoon Kim; Jonghwan Kim; Kyungmoon Kang; Seunghoon Nam; Joohyuk Kang; Sangchul Lee; Kyujae Lee; Seulhan Park; Jaewook Lee; Changmin Jun; Hyeyoung Jung; Jungwook Park; Yooyoung Lee; Hanki Yoon; Minsung Kim; Jieun Jung; Chulwoo Kim; Sejin Park; Yongseok Lee; Minsung Kim; Gunjae Lee; Mihee Park; Donghyun Sohn; Jooha Lee; Joonyoung Jung; Jihyun Kim; Donghwan Kim; Eunhee Jo; Kookhee Lee; Kyuseok Mo; Junggyu Lim; Youngjoo Jung; Mooyoung Kim; Jaeho Lee; Sungdae Cho; Jinhee Lim; Seungwoo Han; Woong Lee; Soonhong Kwon; Inhee Yoon; Jinho Jung; Kwanghoon Kim; Joonhee Kim; Younggyu Kim; Joonseok Baek; Eunjung Lee; Jongsoo Hwang; Joonwan Jo; Joon Kang; Changsoo Lee; Seokhan Song; Joonho Park; Hyungsung Cho; Byungin Mun; Minju Kim; Minsu Kim; Yoonwoo Lee; Sojung Kim; Kyunghwan Kim; Jongseo Park; Taesoo Lee; Sunglyun Jung; Jeehwan Park; Younghoon Choi; Huijae Lee; Jongyoon Kim; Jiyoung Lee; Yuseung Kim; Gunheng Lee; Chulwoo Yang; Jiyoun Chung; Inbum Hwang; Youngjoo Jeong; Jaehoon Jung; Yongseok Bang; Jiyoung Moon; Haewon Sung; Gibum Kim; Byungjin Kwon; Changmi Kwon; Hyungsuk Kim; Jaehyuk Lee; Heedo Lim; Gyeongcheol Seo; Kiwon Kim; Sunhee Kang; Myeongsub Kim; Dohoon Kim; Daeyoung Kim; Keunho Kim; Minseok Kang; Junghoon Kim; Jungwoo Kim; Ikhyun Kim; Eunji Kim; Wongu Kim; Gibyeong Park; Hyein Min; Byunggi Moon; Youngmi Do; Sejeong Na; Hyungjung Baek; Jinseok Park; Jihae Park; Jieun Park; Seungjoon Lee; Minkyu |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| | Lee; Purague; Joonhyuk Choi; Sinyong Choi; Dongho Jang; Jinho Lim; Eunkyoung Lee; Seunghyup Lee; Jaeyoon Yoon; Igyeong Yun; Byeongwook Ok; Jinseob Eom; Ilyong Ahn; Woojin Shin; Jaeho Song; Jungsil Park; Yujin Park; Kyungmin Park; Seungho Ryu; Gicheol Nam; Hyunghoon Kim; Hyungseok Kim; Jigoo Kim; Joohwan Kim; Jungsoo Kim; Ilwoo Kim; Sunghee Kim; Green Kim; Youngsoo Hong; Hyejin Han; Hyemin Ha; Eunjung Choi; Yeongi Jin; Hongbum Cho; Jisoon Jeong; Youngwoo Jung; Miran Jung; Hyeeun Jeon; Honggeun Lee; Jinkyu Lee; Juhong Lee; Jonghyun Lee; Jungsik Lee; Yonghee Lee; Yongjae Lee; Minkwon Lee; Hyeongeun Song; Kyosun Song; Changjin Seo; Kyuntae Bong; Jungyoon Bum; Jonghoon Park; Wonyoung Park; Hyeongo Kim; Hyeonhak Kim; Hyeongjong Kim; Jiyeon Kim; Dooseok Kang; Boyeon Na; Seungjoo Kwon; Jihye Kang; Alex; Janghoon Kang; Mihyang Kim; Kyoungtae Shin; Byoungjoo Oh; Yoonsung Choi; Dahyun Lee; Sungwoon Yoon; Hoseung Shin; Byungsoo Kim; Sanghoon Hyun; Seunghyeop Baek; Byungdo Ahn; Inseung Yang; Junghan Kim; Sehwan Chang; Woongjun Jang; Heecheol Moon; Jaeho Lee; Bonghwa Kim; Hwanseok Choi; Jongsung Oh; Yongtae Lee |
| 5/12/2011 | 정규일 |
| Translation of Above | Gyuil Chung |
| 5/20/2011 | 박성택;이문주;곽세진;이형옥;김영옥;나경원;이준원;강봉준;구선기;김은경;이양운;이재환;장영규;정희원;조순미;이홍모;이규혁;김민철;김재훈;김진용;모형영;박재열;박형관;손제훈;오정엽;우현구;이영교;이희영;장시학;장재혁;김미영;박수현;박용성;박진아;배상희;배효진;윤혜미;장동훈;장민영;한지영 |
| Translation of Above | Sungtaek Park; Moonjoo Lee; Saejin Kwak; Hyungwook Lee; Youngok Kim; Kyungwon Na; Joonwon Lee; Bongjoon Kang; Sungi Goo; Eunkyung Kim; Yangwoon Lee; Jaehwan Lee; Youngkyu Jang; Heewon Jung; Soonmi Cho; Heungmo Lee; Kyuhyuk Lee; Mincheol Kim; Jaehoon Kim; Jinyong Kim; Hyunyoung Mo; Jaeyeol Park; Hyunggwan Park; Jaehoon Sohn; Jungyeop Oh; Hyungoo Woo; Younggyo Lee; Heeyoung Lee; Sihak Jang; Jaehyuk Jang; Miyoung Kim; Woohyun Park; Yongsung Park; Jina Park; Sanghee Bae; Hyojin Bae; Haemi Yoon; Donghoon Chang; Minyoung Jang; Jiyoung Han |
| 5/24/2011 | 이지은; 권용; 김효영; 나석희; 박영석; 양희철; 왕지연; 육형민; 이상기; 이선영; 이승명; 이자미; 임동회; 임완수; 임혜원; 전희경; 정민화; 제갈윤; 지성욱; 최규욱; 황호익; 강철훈; 권중현; 김도형; 김미연; 김민석; 김선호; 김승훈; 김영림; 김은선; 김준석; 김형중; 나수현; 박보은; 박선영; 박예지; 박의정; 심정화; 유승혜; 이민선; 이민희; 이승룡; 이요한; 임소연; 임승원; 정은폐; 주종성; 진형주; 최은선; 태은주; 허승혁; 허은정; 강민희; 권진희; 김민혁; 김민혜; 김보아; 김보원; 김완규; 김재원; 김현정; 김현정; 남성국; 노윤성; 문지혜; 민영재; 박민규; 배수정; 서현석; 성진하; 신형우; 심상원; 안가람; 양지은; 엄지현; 육승주; 윤서영; 윤영민; 이봄이; 이숙경; 정용채; 정유신; 최가영; 최봉학; 최윤정; 한우정; 동잉; 고은정; 박재현; 황병철; 고주현; 김봉희; 김유란; 김지은; 김현경; 김희운; 박주훈; 박현미; 변인식; 신동준; 신영선; 윤경식; 이봉원; 이치훈; 임춘수; 장광현; 전진영; 최명환; 최용호; 황재준; 강민구; 강지영; 김경민; 김경화; 김경희; 김유식; 김태연; |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| | 명지혜; 박경대; 박성호; 송민승; 안유미; 안은지; 안지현; 양창모; 오세기; 유석현; 이보란; 이보영; 이은혜; 이재명; 장시학; 전하영; 종인원; 최형민; 한경훈; 홍혜미; 고상혁; 김선화; 김소라; 박혜빈; 양구현; 이지나; 이채경; 이혜미; 정재연; 이은주 |
| Translation of Above | Jieun Lee; Yong Kwon; Hyoyoung Kim; Seokhee Na; Youngseok Park; Heechul Yang; Jeeyeon Wang; Hyungmin Yook; Sangki Lee; Sunyoung Yi; Seungmyung Lee; Jami Lee; Donghoe Lim; Wansoo Lim; Haewon Im; Heekyung Jeon; Minhwa Jung; Yun Jegal; Sungwook Ji; Kyuok Choi; Hoik Hwang; Chulhoon Kang; Joonghun Kwon; Dohyung Kim; Miyeon Kim; Minseok Kim; Sunho Kim; Seunghoon Kim; Youngrim Kim; Eunsun Kim; Joonseok Kim; Hyungjoong Kim; Soohyun Na; Park; Sunyoung Park; Yeji Park; Euijung Park; Junghwa Shim; Seunghae Yoo; Minsun Lee; Minhee Lee; Seungryong Lee; Yohan Lee; Soyeon Lim; Seungwon Lim; Eunhye Jung; Jongsung Joo; Hyungjoo Jin; Eunsun Choi; Eunjoo Tae; Seunghyuk Heo; Eunjung Heo; Minhee Kang; Jinhee Kwon; Minhyuk Kim; Minhye Kim; Boa Kim; Bowon Kim; Wankyu Kim; Jaewon Kim; Hyunjung Kim; Hyunjung Kim; Sungkook Nam; Yunseong Rho; Jihye Moon; Youngjae Min; Minkyu Park; Soojung Bae; Hyunseok Seo; Jinha Sung; Hyungwoo Shin; Sangwon Shim; Garam Ahn; Jieun Yang; Jihyun Eom; Seungjoo Yook; Seoyoung Yoon; Youngmin Yoon; Bomyi Lee; Sookkyung Lee; Yongchae Jung; Yushin Jung; Gayoung Choi; Bonghak Choi; Yoonjung Choi; Woojung Han; Ing Dong; Eunjung Ko; Jaehyun Park; Byungchul Hwang; Joohyun Ko; Bonghui Kim; Yuran Kim; Jieun Kim; Hyunkyung Kim; Huiwoon Kim; Joohoon Park; Hyunmi Park; Unshik Byun; Dongjoon Shin; Youngsun Shin; Kyungshik Yoon; Bongwon Lee; Chihoon Lee; Choonsoo Lim; Kwanghyun Jang; Jinyoung Jun; Myunghwan Choi; Yongho Choi; Jaejoon Hwang; Mingu Kang; Jiyoung Kang; Kyungmin Kim; Kyunghwa Kim; Kyunghee Kim; Yushik Kim; Taeyeon Kim; Jihye Myung; Kyungdae Park; Sungho Park; Minseung Song; Yumi Ahn; Eunji Ahn; Jihyun Ahn; Changmo Yang; Segi Oh; Seokhyun Yoo; Boran Lee; Boyoung Lee; Eunhye Lee; Jaemyung Lee; Shihak Jang; Hayoung Jun; Inwon Jong; Hyungmin Choi; Kyunghoon Han; Hyemi Hong; Sanghyuk Ko; Sunhwa Kim; Sora Kim; Hyebin Park; Guhyun Yang; Jina Lee; Chaekyung Lee; Hyemi Lee; Jaeyeon Jeong; Eunjoo Lee |
| 5/27/2011 | 이경호; 엄수황; 조성활 |
| Translation of Above | Kyungho Lee; Soohwang Eom; Sunghwal Cho |
| 5/30/2011 | 최재훈; 박형준 |
| Translation of Above | Jaehoon Choi; Hyungjoon Park |
| 8/23/2011 | Daejin Jeon |
| 10/10/2011 | 김승연 |
| Translation of Above | Seungyeon Kim |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXHIBIT Y

**Recipients of Exhibits E and F**

| Date Sent | Names of Recipients |
|---|---|
| 5/12/2011 | 박창수; 박상환; 유한일; 가희돈; 박재현; 박정훈; 김세형; 김민구; 김헌기; 윤재승; 김노선; 이준성; 문용석; 박영수; 이성호; 김재열; 강희원; 이재혁; 정재호; 이주호; 조준영; 김영범; 곽용준; 김성훈; Himke Van Der Velde; Gert-Jan Van Lieshout; 이희정; 이상호; 윤석기; 이종원; 박창훈; 박영일; 이용찬; 김익수; 이재환; 정세진; 장영규; 강민정; 진정규; 이양운; 곽세진; 박종선; 강창택; 박석균; 이문주; 이용찬 |
| Translation of Above | Changsoo Park; Sanghwan Park; Hanil Yoo; Heedon Ga; Jaehyun Park; Junghoon Park; Sehyung Kim; Mingu Kim; Hunki Kim; Jaeseung Yoon; Nosun Kim; Joonsung Lee; Yongseok Moon; Youngsoo Park; Seongho Lee; Jaeyeol Kim; Heewon Kang; Jaehyuk Lee; Jaeho Jung; Jooho Lee; Joonyoung Cho; Youngbum Kim; Yongjoon Kwak; Sunghoon Kim; Himke Van Der Velde; Gert-Jan Van Lieshout; Heejung Lee; Sangho Lee; Seokgi Yoon; Jongwon Lee; Changhoon Park; Youngil Park; Yongchan Lee; Iksoo Kim; Jaehwan Lee; Sejin Chung; Younggyu Chang; Minjung Kang; Junggyu Jin; Yangwoon Lee; Sejin Kwak; Jongsun Park; Changtaek Kang; Seokkyun Park; Moonjoo Lee; MJ Kwon |
| 6/16/2011 | 김병식; 장영규; 정세진 |
| Translation of Above | Byungsik Kim; Youngkyu Chang; Sejin Chung |
| 10/10/2011 | 김승연 |
| Translation of Above | Seungyeon Kim |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXHIBIT Z

**Recipient of Exhibits G and H**

| Date Sent | Name of Recipient |
|---|---|
| 10/10/2011 | 김승연 |
| Translation of Above | Seungyeon Kim |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXHIBIT AA

**Recipients of Exhibits V and W**

| Date Sent | Names of Recipients |
|---|---|
| 7/13/2011 | Ankit Agarwal; Ankur Agrawal; Aniruddh Bajirao; Abhishek Errabelli; Himanshu Arya; Antoni Jakubiak; Mudit Aggarwal; Pooja Arora; Rakesh Araju; Riyaz Mohammed Ibrahim; Sagar Aggarwal; Adrian Salido; A Sampath; Abhinav Singla; Aakash Manik; Abhilash Bellamkonda; Abhinav Holkar; Abhinav Sansi; Abhish Goyal; Abhishek Jain; Abhishek Srivastava; Abhishek Srivastava; 아비쉑; Abhishek Sharma; Abinash Prusty; Abitha S; Abraham Ekka; 신형우; 금의수; 서아람; Achala Sharma; 김세준; 강달오; Aditya Sarda; 염애리; 김남곤; Manish Agrawal; 김아린; 박미정; 최용진; Ajith Kamath; Ajan Daniel Kutty; Ajay Kumar Boddu; Ajay Kumawat; Ajay Singh Rajawat; Ajay Tayal; Ajay Vijayvargiya; Ajay Kumar Kabadi; Akash Bhatia; Akhil Gupta; Akhil Madan Panchabhai; Akshay Mathur; 이창목; 알렉스; 알렉산더; 신사성; 강명진; 박승호; Aman Arora; Aman Sachan; Ambika Khare; Amit Arora; Amitjaiswal Jaiswal; Amit Jha; Amit Kumar; Amit Lalwani; Amit Sivaprasad; Amit Sarma; Amit Tewari; Amit Kumar Verma; Amitabh Chauhan; Amitabh Thapliyal; Amitesh Abhay; Amod Ashok Chourasia; 안종현; 아난드; Anand R; Anantha Padmanabha Sharma; 아넌타; 안병도; 구인회; 박영석; Andrzej Kuropatwinski; 엔젤라얍; 김태형; Anish Kumar; 남안진; 안기모; Ankit Agarwal; Ankit Anand; Ankit Chauhan; Ankit Gupta; Ankit Kumar; Ankit Singh; Ankit Srivastava; Ankita Dixit; Ankur Agarwal; Ankur Jain; Ankur Kalra; Ankur Nigam; Ankur Dey Tarafder; Anoob Kodankandath; Anshul Jain; 안톤; Anugrah Solanki; Anupriya Dua; Anurag Srivastava; 김기현; Apurva Kumar; 김선미; 윤아름; Aravind Gokina; 정아름; 김동현; Arijit Sen; Arjun B T; Arnald Samthambi; 권순홍; Aroopi Samaiya; Arpit Dugar; Arpit Pradhan; Arshi Mittal; 윤태현; Arti Mangal; Arun Pravin Paneer Selvam; Arun Mahajan; Arungeeth Ps; Arshdeep Singh Arora; Asem Gope; 이정희; Ashish Jain; Ashish Kumar; Ashish Khariwal; Ashish Kak; Ashish Kalra; Ashok Das; 서창환; Ashutosh Tripathi; 아심; 김인수; 김정범; 김영식; Atanu Bera; Atul Gangwal; Atul Singh; Aviral Gupta; Aviral Shrivastava; 강창택; Azad Naik; 알렉산더; Amit Bansal; Bhimuni Anilkumar; Chetan C Bhadrashette; Balasubrahman Gattu; Berna Gedik; 주보; Mahesh Budharam; Pankaj Bharadiya; Praveen Badsheshi; Sandeep Bhadauria; Shital Bhatiya; Siddhartha Bishnoi; Balakrishnan Unnithan; Vikrant Baluni; 김보영; 김성엽; 김보아; Baba Abinash; 배철호; Praveen Kumar Bairi; 바이텔리; Balaji V Ramalingam; 바파; 박주훈; 손동현; 양창용; Basutkar G; Bavya Badrinath; 현병배; 최봉학; 부현철; 정병철; 이병철; 박보은; 김재훈; 조홍범; 박범준; 전봉구; 김봉곤; 최병근; 김병훈; 정보현; Bharat Kumar Nayyar; |

Bhiutras Meher; Bhupendra Gupta; Bhupesh Pandey; Bhushan Joshi; Bhuvnesh Kumar; 이병일; 이종주; 강민정; 문병인; Bineet Mishra; Bishal Saha; Biswajeet Mohanty; 권범준; 배병재; 김병주; 배정수; 공병권; 김보근; Lakshmi Ganesh Banda; 이형석; 임병만; 김보근; 박보환; 유보현; 김보경; 최보미; 이봄이; 최봉구; 김봉화; 송봉규; 장현봉; 이봉원; 배동환; 김성현; 김봉도; 안부휘; 현보라; 김보람; 이보란; 전보슬; 나보연; 송병렬; 정세진; 김보라; 정원석; Braj Raj Singh; Veera Venkata Basava Raju Matcha; 이상철; 한상범; 차경환; 천재봉; 우영광; 김성윤; 강지훈; 박주형; 라자; 조병설; 최병석; 김병승; 김병삼; 이범용; 김범집; 문범석; 박범선; 임범택; 장동재; 김보원; 이범우; 구본웅; 옥병욱; 이병모; 임병희; 김병덕; 전병희; 문병기; 김병식; Chitranshi Bansal; 체탄; 신청호; 강창규; Chandramouli Kollipara; Chittaranjan Nayak; Rahul Alamin Choudhury; Sushil Chand Pant; 손창범; 염창도; 윤철은; 엄창근; 김철겸; 이주현; 이창호; 주창현; 윤창호; 김철희; 김치환; 홍창현; 김치훈; 채규민; 이재일; Chandan Kumar; Chander Maithreyi; 이창규; 윤창식; 강철훈; 오창학; 이창호; 박창훈; 권창미; 양창모; 임창옥; 임창식; 김창수; 문찬호; 이찬원; 이형철; 조치현; 천홍문; Vinod Cherian Joseph; Chetna Ahuja; 박제욱; Chhavi Shukla; Chidambar Joshi; 최치호; 이치훈; 안치훈; Chipparthi Nagaraju; Chirag Bansal; 김철주; 조기호; 조범래; 노기상; 조정범; 김종두; 진충희; 권영재; 조세현; 남천종; 최창영; 이정훈; 김정식; 정철호; 윤철효; 장철상; 김철우; 전정엽; 김충걸; 이춘재; Chunky Gupta; 윤창현; 최충일; 임종혁; 서창진; 배창진; 최진호; 김철진; 장재식; 오창조의불; 강창균; 유중근; 정충교; 이채경; 최경진; 김중완; 박길상; 조철민; 김창은; 안재성; 박경민; 황혜경; 김유신; 김동환; 박창환; 이혜권; 김용구; 배창석; 이창수; 김천식; 박찬수; 조순제; 박철성; 김규웅; 양철우; 장창원; 장창원; 정창웅; 정찬용; 정채열; 박형진; 방찬영; 경문현; 이동철; Deo Ishwar; Deepak Deepak; 정도용; Jitendra Dogra; Deepak Joshi; Deepak Khatri; 이동목; 드미트리; Pavan Kumar Devarayanigari; 드미트리; 안대회; 강대준; 김대광; 박대섭; 이대수; 강대석; 정대웅; 김대열; 이대룡; 조대영; 정다혜; 이다현; 최동욱; 나다나; Danish Ehsan Hashmi; 안다래; 박종현; 이다솜; 조효재; 이준수; 박석균; 정다운; 마동철; 임동언; Debasis Patra; 이동준; Deepak Gour; Deepak Mittal; Deepak Sehjpal; Deepak Kumar Sahu; Deepthi Shivakumar; 홍승욱; 최창림; 안덕상; 장동훈; 조동현; 곽동훈; 김도한; 이동학; 김도훈; 김대현; 황두현; 김도형; 황동현; 정대훈; 이동현; 유동희; 정덕환; 강도형; 김도형; 최대한; 김동현; 박동하; Dheeraj Bhati; 장동호; 오동협; 손동현; 김동훈; 변동현; 유덕인; 박동일; Dibyajyoti Pati; 권용석; Diksha Diksha; Dinendra Pandey; Dipesh Kumar Kalyani; 김다정; 이도연; 김동진; 김다정; 신동재;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

김동준; 전동기; 마브리; 홍덕기; 김대경; 이도규; 최동길; Dilip Kumar Mohapatra; 장덕모; 신동민; 구도훈; 이도규; 김영돈; 김동철; 김동관; 남동하; 강동한; 이동환; 피동희; 임동회; 곽동훈; 유동훈; 김동호; 김동현; 고동현; 손동일; 오동인; 김동인; 신동재; 손동균; 유동균; 박동민; 류동석; 김동식; 노동섭; 천동석; 나동욱; 이동열; 신동익; 이재호; 고두환; 변두주; 김두룡; 이승환; 김두옥; 임덕신; 최용; 송득수; 정동석; 김대석; 강동석; 강두석; 김현종; 김덕수; 정두훈; 정덕원; 김영주; Durga Narasimharao Thota; Durgesh Chandra; Umang Dutta; Venkata Ramana D; 명대운; 정다운; 권동욱; 김동욱; 김대웅; 문대원; 김대원; 박대우; 정도영; 정두영; 김대영; 박용진; 박재현; 김익수; 이상혁; 김대영; 김은동; 한의범; 유석현; 이동영; 전은하; 김은현; 허은정; 현은정; 정은정; 김은정; 최은정; 안은지; 이은경; 박승민; 김민석; 정병진; 이대근; 박병화; 고창한; 황은선; 김은석; 김은선; 장주희; 신은성; 강선희; 전진수; 에트랍; 장승국; 강의석; 하유진; 이은영; 고은; 이은택; 안은철; 김응도; 박은희; 최은희; 김은희; 조은희; 안은정; 이은정; 김은지; 윤은진; 태은주; 이은주; 이은정; 이은주; 차은미; 유은미; 권은선; 노은선; 엄은송; 최은석; 안은우; 이의범; 이재혁; 곽용준; 김은영; 김은영; 김은영; Fabiana Florentin; Fan Zhang; 정봉현; 박승화; Frank Lin; 이병화; 정기; Ashish Gupta; Gaurav Bhatnagar; Guoxin Guoxin Fan; Gaurav Gagrani; 전고원; Mohit Dhingra; Priyanka Gupta; Vijay Gupta; Amit Gupta; 신현호; Gagan Gagan; Gagandeep Singh Virk; 박가희; Gandla Harinath; Ganesan Saravanan; Ganesh Kamma; Ganesh Prasad Prabhakar; 정순빈; 안가람; 양성철; 최가영; Gaurav Dudeja; Gaurav Goel; Gaurav Jain; Gaurav Khera; Gaurav Pratap; Gaurav Dutt Sharma; Gaurav Srivastava; Gaurav Gaurav; Gaurav Saxena; Kumar Gautam; Gautam Midha; Gautam Seth; 박기병; 김기범; 이고은; 이은진; 배장군; Gert-Jan Van Lieshout; 윤근혁; 노기봉; 김성일; 박기남; 이진옥; Saridegirija; Giripal Rawat; Girish Valluru; 이기상; 정기웅; 안기영; 권규진; 김동희; Gautam Nand Sinha; 박선미; Nitin Goel; 한병훈; 이상཯; Gopi R; Seshagiri Rao G; Gowri Deepthi; 김그린; 박현진; 김남광; Grishma K; 전경석; 박규태; 김광욱; 유규상; 양구현; 김형건; 이근행; Akhil Gupta; Ravi Gupta; Gurpratap Thiara; 김대현; 김건우; 조규일; 이기영; 민경록; 박규복; 조규훈; 박규준; 권경업; 하현정; 호세인; 하미드; Himanshu Yadav; 장현식; 김현정; 하치정; 박해지; 윤해주; 윤혜미; 성해원; 박해운; 김해연; 서혜연; 이학범; 함충균; 이혜미; 허하나; 박하나; 김한; 이한덕; 조항진; 박항규; 김한진; 윤한기; 장한국; 최환석; 이재한; 윤병한; 서한신; 정한수; 김한수; 김명섭; 박상준; 김하람; 정어진; 이하림; 김학상; Harpreet Singh; 조중연; 양경훈; Harsh Kumar; Harshavardhan Nalajala; Harsha Narayan Reddy; Shweta Harwalkar; 정현아; 전하영; 권혁범; 박홍범;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

황병철; 신효범; 최현철; 조현천; 조항천; 신홍철; 차현창; 한두영; 최파찬; 문희철; 제희철; 권희철; 임희철; 서희진; 이희준; 전희경; 안희석; 김희성; 안희태; 이희원; 정희원; 김희운; 황성희; 정희영; 문정규; Hemant Arora; Hemant Kumar Rai; 이헌우; 김지은; 임희도; 전희수; 이홍모; 이현구; 김형균; 김형균; 박희관; 김홍권; 김형곤; 박현호; 이희형; 김현학; 김영중; 박정민; 김병수; 서미희; Himke Van Der Velde; 유한일; 박현재; 장효정; 구한준; 김환진; 정호준; 주희진; 이혜정; 박홍준; 유현주; 김현준; 황현진; 정호진; 사현진; 강희정; 최현진; 신현주; 오형주; 김형준; 김현중; 임효진; 유형진; 이효진; 권혜진; 전홍준; 채희준; 권형진; 김현준; 이한준; 한현규; 박희경; 김학관; 김혜경; 송현근; 김형권; 민현기; 김현경; 강희원; 이형민; 윤형모; 최형민; 육형민; 장현석; 강호; 김호; 황호익; 김호진; 장호진; 하호종; 김호준; 김호규; 양홍석; 이홍근; 이홍규; 김홍지; 정홍주; 손홍민; 김홍모; 박홍표; 최홍석; 김현호; 이후민; 오준우; 박재훈; 김준재; 송상훈; 심후식; 김호수; 임호영; 김현리; 김형룡; 하현석; 신현석; 손희수; 김형석; 이희성; 김형식; 서현석; 김현석; 박호상; 김형수; 황희석; 이현섭; 정홍석; 김희성; 신혜선; 이현수; 신호순; 왕희석; 김현석; 이희승; 권혁성; 박혜성; 김현수; 조형성; 박형신; 이헌승; 김형훈; 손호성; 장형택; 김형태; 리화치앙; 박성호; 양희철; 이희재; 서희정; 김희택; 조희원; 임휘영; 한정훈; 김헌기; 이후승; 임혜원; 김형욱; 김현우; 박현옥; 김형우; 유현웅; 이현우; 이형욱; 최현우; 장형욱; 김화경; 이황준; 이환호; 이현우; 모현영; 이희영; 박호연; 정혜영; 양혜영; 신혜경; 박혜빈; 전혜은; 민혜인; 원혜지; 한혜진; 오혜경; 장혜미; 홍혜미; 임혜미; 하혜민; 송혜민; 지현; 김형중; 최현호; 류현우; 심혜리; 안혜림; 황혜연; 고혜용; 김효영; 양효은; 배효진; 정효진; 홍효정; 최혁승; 전효근; 반형진; 지형주; 박현수; 이효식; 유효석; 지형선; 김효윤; 김형석; 정상혁; 박혁찬; 이문현; 박현미; 박현아; 김현덕; 윤형익; 조형주; 진형주; 임형주; 안형준; 박형관; 우현구; 전현국; 유형승; 김형태; 박현구; 하현훈; 엄현진; 손현주; 김현주; 김현주; 백현정; 김현정; 류현각; 김현만; 박현민; 김현수; 기현식; 서현수; 김현일; Izzat Bakhadyrov; 최명환; 장영규; 신성철; 강일동; 김도형; 최종호; 김일호; 장인환; 이호선; 손인준; 정지현; 김익환; 김익근; 김승준; 안일용; 홍일성; 김일섭; 김일우; 김일환; 송민승; 이임순; 황인범; 황인천; 임인철; 이인철; 박인곤; 윤인희; 조인환; 최인혁; 나영권; 구인석; 양인승; 신인식; 정인식; 김인숙; 박종철; 정인욱; 종인원; 목인영; 황인영; 도신희; 강혜진; 김근영; 심인석; 이인성; 최영근; 백일섭; 이재용; Isha Sharma; Ishan Patnaik; 최인수; 안동혁; 동잉; 송인욱; 김중현; 신일용; 김일영; Jagteshwar Bakshi; 채지혜; 이재갑; Gaurav Juneja; Giridhar Jakki; 현진호; 한정훈; 야렉; 김주광; 문준기; Julia Rabina; 상지형; Shailendra Jain; Jinhui Zhou; 이지나; 서재원; 조준원;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

강준; 장재원; 김정훈; 이지영; 양지은; 김학주; 박재일; 이재청;
박재돈; 양재은; 제갈병직; 최재균; 이재혁; 김재희; 강재호; 서재호;
이재호; 문재홍; 전재훈; 장재환; 김재현; 박재혁; 이재진; 함재준;
황재준; 유재기; 김재국; 이재규; 허재민; 하재무; 정재오; 이재량;
심재석; 주재숙; 서재완; 최재원; 서재우; 박재우; 박재열; 양재용;
윤재윤; 여재영; Jagadeeswara Reddy S; Jagadishchandra Rai; Jaideep
Vishwakarma; 설재훈; Neeraj Jain; Jainendra Kumar; Jaiprakash Singh;
Ravi Jaiswal; Richa Jalan; 차정석; 윤정석; 이자미; 하정미; 박경두;
김정호; 이정우; 노장환; 이장복; 이장부; 장재영; 김장욱; 구자옥;
김효정; 오병주; Jaspinder Gujral; 이두희; Jatin K; 강희현; 성학제;
Jaychandran T; Jayanth Gande; Jayantha Gowda Sarapanahalli; Jayati
Sahu; Jayendran Chandran; Jayesh Patel; 안한용; 이자영; 김재원;
엄준봉; 오정엽; 이준범; 김정배; 정종보; 전재춘; 위종천; 김재철;
최진철; 김정철; 도종대; 정재동; 이종덕; 장대웅; 안준언; 오재승;
정재은; 박정은; 장재동; 박지환; 윤지현; 임지선; 이지원; 황정욱;
이제걸; 정재훈; 이제민; 이상혁; 전윤정; 전용우; 이정인; 정동;
오정훈; 강재현; 서정훈; 임정규; 이정태; 한정우; 신제필; 이정은;
Jerald Philip; 주황균; 이제택; 김정은; 박제우; 노정근; 배정국;
손제훈; 이주현; 공재희; 권재환; 권진희; 김정훈; 이재홍; 김진홍;
안지현; 정재호; 최재훈; 임진호; 정재훈; 장재화; 허정환; 김정훈;
김정훈; 박정훈; 조지현; 최준혁; 이재환; 강주혁; 강장훈; 김중형;
정재훈; 정재훈; 안재현; 이정훈; 조재형; 이종훈; 왕정환; 김정현;
이진형; 현준호; 김주현; 김진홍; 민정환; 박종훈; 김정한; 하정현;
김정한; 강재현; 임정현; 배종훈; 엄지현; Alok Jha; 김지현; 김재희;
이정훈; 하주현; 송재호; 김지혜; 조장현; 민정호; 이진호; 최재훈;
박정호; 김정훈; 정재훈; 이주형; 서정현; 박재현; 한지영; 김지웅;
정지연; 최지아; 崔? 杰; 박지은; 정지은; 김지은; 정지은; 이지은;
김지구; 문지혜; 박지혜; 마지호; 박지호; 정지홍; 이지훈; 기지훈;
남지환; 송지원; 명지혜; 이지혜; 김지현; 유지혁; 박지현; 구지강;
우진아; 김진아; 박진아; 류진봉; 박진춘; Deepshikha Jindal; 박진형;
김진곤; 성진하; 원진호; 남진호; 이진호; 김진호; 김진구; 이진규;
김진규; 이진모; 문진명; 허진; 박진; 임진희; 박진석; 엄진섭;
김진수; 김진수; 우진선; 신진섭; 김진태; 최진우; 서진원; 전진우;
김진영; 최수진; 심진용; 전진영; 최진율; 장지상; Jith Thomas
Thelleerethu; 정지욱; 강지완; 김지연; 김지연; 김지연; 방지영;
황지영; 정진호; 배효정; 최재준; 정진우; 정준영; 류정균; 이정균;
이재경; 박정근; 성준경; 강진규; 이종걸; 김재균; 최정권; 선정민;
최지민; 박정민; 이정미; 이재명; 김종민; 조재명; 이재명; 김재민;
오정민; 박종민; 정명환; 임정민; 하정민; 장민희; 이재민; 전종남;
김진우; ? 志强; 임종경; 최정현; 김종환; 정재환; 이종원; 강정현;
조재식; 정우준; 이종범; 신종철; 한종대; 백종은; 전종화; 김종환;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

이종현; 원종익; 배종진; 오종기; 우종구; 이종규; 백종민; 최종무; 홍종석; 우종수; 황종수; 백종선; 박종선; 유종선; 오종성; Jonnala Anudeep; 김주영; 김주환; 변준호; 권중헌; 이중호; 박준길; 윤중삼; 원준호; 송준일; 권준오; 백준석; 김준서; 장준원; 박준우; 조준영; 박주연; 윤주영; 장종익; 엄윤성; 이종필; 김재필; 이재룡; 조준래; 오재림; 윤종석; 박종서; 박중석; 이정선; 박준성; 김종석; 박재성; 박정식; 김진상; 박종성; 곽종섭; 정지순; 오준석; 정재석; 서정식; 황재순; 최재승; 홍지선; 오정석; 조정식; 양정석; 김도형; 이준성; 이준성; 성정식; 윤재승; 김준태; 장진태; 김진태; 강준택; 김진욱; 김진언; 이주아; 이주범; 박주흔; 신주호; 이주호; 이주홍; 정주환; 이주환; 김주효; 손주형; 고주현; 이진주; Julius Dsouza; 이주미; 이상호; 김준; 윤형준; 김준희; 양준용; 邱俊峰; 정정아; 오정은; 연정현; 김정한; 김정희; 한정호; 박정훈; 김정훈; 박정훈; 심정화; 조정환; 윤정일; 최정기; 이정교; 여정민; 우정오; 백정린; 양정승; 민정식; 박정실; 김정수; 정수용; 김정우; 범정윤; 김준하; 임준학; 이준호; 하준호; 박준호; 오준형; 김준혁; 민준기; 오준석; 임준석; 권준식; 이준성; 김준태; 조준완; 강준원; 박준영; 정준엽; 최준영; 이주성; 정주영; 유재원; 최재원; 문지웅; 양진우; 최지원; 이정원; 김종우; 최종욱; 이정우; 정재욱; 박재운; 김정우; 양정원; 천재웅; 장진우; 최종우; 박정욱; 김진우; 서재우; 이재욱; 고진영; 김종윤; 명정용; 부좌영; 왕지연; 양재영; 이주열; 김재영; 최재영; 이지연; 박준영; 김정윤; 박재용; 박주영; 박재영; 문지영; 전진영; 박주연; 송재연; 강지혜; 정재연; 홍정연; 이재용; Jyothi Pustakala; Jyotsna Sharma; 문지영; 신재영; Akhilesh Kumar; Anuradha Kanukotla; Kiran Bollam; Kalyan Desineni; 김경문; Nandeeshwar B K; Rajesha Kumar; Saravanan Kalimuthu; Saurabh Kumar; 손경오; Sivaram Komaravolu; 스리드하; Keshabananda Taid; Vikas Singh; 김경환; 길용석; 천경안; 전형준; 정성배; Kalgesh Singh; 주재석; Kalyan Srinivas; Kamaljeet Singh; 감두열; 강귀열; 이강규; Kapil Bhardwaj; Kapil Sharma; 김갑열; Karanam Vineeth; Kartikeswarath, Kartikeswarath; Kashish Marwaha; Kaushal Maurya; Kaushal Prakash Sharma; Kaushik Sur; Kavitha Begepally Krishnappa; 박경배; 박광복; 김기범; 김병환; 서경철; 윤경철; 김기동; 김동현; 김동환; 김동우; 설기환; 박기혁; 박준호; 조영진; 박근형; 이귀호; 손원정; 김근호; Ketki Garg; 장금주; 최근하; 김근하; 서근종; 양근수; 류철승; 김근범; 차광환; 김광훈; 김광현; 박경혜; 곽기환; 배경호; 한경훈; 이경환; 김경호; 김기현; 조강현; 김규현; 오강현; 현경훈; 김경훈; 박경현; 김혜선; 김광현; 김기원; 허기범; 권기범; 남기철; 박기덕; 조기동; 이기한; 민기홍; 김기훈; 정기환; 서기환; 전기현; 김은중; 김정하; 김의곤; 김석; 이기만; 김병준; 김동섭; 김재열; 김정아; 김성훈; 김성훈; 김양선; Kiran B; Bollepalli Kiran; Gajula Kiran; 김승환; Kishor Kumar Manik;

정기수; 신기선; 이기택; 정은혜; 황기웅; 김기원; 이기원; 김기용; 신경훈; 조경진; 이광주; 이경준; 김주안; 김재빈; 김광진; 김종희; 김정훈; 오경진; 김정수; 강경균; 박광규; 이유경; 김기현; 김민석; 김경민; 김경필; 윤경민; 박경민; 강경문; 김길남; 이현석; 김노선; 고병렬; 고은정; 권오헌; 고길수; Srinivasa Rao Kola; Kollol Das; 강상욱; 박기훈; Kranthi Kumar; Krishnakumar P; Gopalakrishnan N; Kriti Maurya; Kritika Prasad; 리테시; 김경수; 이근섭; 신권승; 김광석; 윤경식; 봉광섭; 고상범; 차광식; 강승호; 이광섭; 김선미; 강철; 김승원; 양광성; 봉균태; 허경탁; 김기태; 김경태; 신경태; 민경태; 최국태; 김경업; 정국환; Arun Kumar; Kumar Mohan Behera; Vikas Kumar; Kumar Vishal; 비슈쿠마르; Kunal Dhir; 박근주; Kushal Ahuja; Kushal Verma; Kusuma K.S Kuber; 최구영; 하기웅; 김경원; 이광우; 최규원; 허관; 윤광후; 공광일; 최광식; 정광수; 김광태; 한관희; 김관미; 권홍기; 김광우; 최광용; 김규영; 이근용; 백경여; 김영출; 도경태; 정경애; 권영진; 고용기; 김경엽; 박광수; 오성교; 신경수; 송교선; 나경원; 정경헌; 윤경호; 최경화; 서경숙; 박건영; 강선영; 김용규; 최규철; 임규성; 김규희; 민규호; 한규환; 이규형; 장규재; 이규재; 심규준; 남궁균; 고경배; 김경구; 장경호; 안경진; 배경진; 김경민; 조경문; 서경필; 서경석; 윤경식; 도경태; 이경우; 조규옥; 최규옥; 이규승; 모규석; 김규성; Lewis Chan; Larry Leung; Lahar Gupta; Lakshmi Narayana Kavuri; Lalatendu Das; Lalat Keshari Mohanty; 이석규; 이병수; 이창영; 이주현; 이종환; 이대국; 이종규; 이희정; 이승범; 이성기; 김형준; 남승훈; 강지광; 김현선; 이준경; 이국희; 임대현; 임승우; 강지영; Lipsa Shrabani Rout; 이주하; 이정우; 이강호; Lohith Vrushabendrappa; Lokesh Gaur; Lokesh Kumar Singh; 이정인; 윤여문; 이상진; 이상수; 이소영; 임영석; 김세중; 박영진; 변영식; 이원석; Akash Makhija; Akshay Mahajan; Mohammad Aslam; Avinash Madhukar; Deeksha Mehta; Mohit Dhingra; Mohan Redd Duggi; Mike Falkner; 아담; Max Karlin; 미카일; Mico Lubura; Marcin Oldziejewski; Pratik Mittal; Rahul Mohapatra; M Shankar; Mayank Singal; Vaibhav Mishra; Venugopal Muruganathan; Vikas Mittal; 박미라; 유성준; 강매희; Ranjan Mahajan; Mahak Garg; C M Mahesh; Mahipal Baid; 허근창; Mallikarjun Shivappa; Manasa Lakshmi Tadikamalla; Manasi E; Mani Kumar; Manik Gupta; Maninder Singh; Manish Dass; Manish Hira; Manish Pandey; Manish Srivastava; Manish Singh; Manisha Meena; Mahammadrafi Maniyar; Manjunath Belgod Lokanath; Manjul Saini; Manjunatha K; Manmohan Aseri; Manoj Gupta; Manoj Kumar; Manpreet Arora; 김만섭; Marco Starace; 박경대; 김학수; 이강현; 정철윤; 박미희; Mayank Agarwal; Mayank Mittal; 김준석; 백민철; 이민철; 김민철; 김명철; 고명득; Mohammad Umair; 임명은; 조규식; Meera Vohra; 김형일; 최영재; 조미현; 곽명훈; 권문형; 김민현; 이명훈; 김명훈; 김명호; 이민형; 전민환; 김미향;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

전미현; 김민혁; 박미영; 황미아; 오미아; 박미아; 송철민; Mihira
Rath; 이민희; 차미지; 김미진; 이미정; 미카일; 윤경식; 김봉희;
김미아; 김민범; 권민영; 김민구; 강민구; 김민규; 김민혜; 김민희;
박민호; 김민호; 주민호; 박민호; 정민화; 이민혁; 강민희; 주민지;
고민정; 류민정; 김민주; 이민주; 김민주; 김민정; 김민정; 김민국;
박민경; 김민규; 이민지; 김민오; 박민호; 박민석; 김민석; 조민식;
권민수; 강민수; 김민수; 고민석; 김민수; 이민선; 권민성; 김미라;
이미란; 서미란; 이미란; 정미란; 김미선; 김미숙; Atul Mittal; 김봉미;
권미정; 정명자; 곽민정; 정명준; 김민지; 이문주; 김민정; 윤미진;
황미진; 김민정; 이민규; 이민경; 박민기; 정명균; 이명기;
조민근; 김민경; 이문광; 박민규; 송민규; 강민구; 조민경; 민미화;
문민주; 김인식; Mohana Sundaram; Mohan Rao Naga Santha Goli;
Farhad Ansari; Mohd Shariq; Mohit Prasad; Monika Gupta; Monika
Kumari; 김무영; 김무중; 배문교; 김문규; 김문수; 정문상; 정문식;
김문영; 성현규; 이승현; 강민석; Mradul Sharma; 황보상무; 홍승호;
장재혁; 이광주; 권병진; 김민송; 김미선; 박명수; 김민성; 강명수;
최민석; 강민수; 김민성; 오문현; Munindra Kumar; Kveg Murthy;
Muthukumaran Vijayalakshmi Natarajan; Muthu Nachiappan; 구명우;
박민우; 김민욱; 최민욱; 최민욱; 장민영; 김미영; 안정훈; 김미연;
이명로; 차명식; 김명수; 고명우; Arunkumar Nagarajan; Nishi Gupta;
Niranjan Niranjan; Nalinakshya Sahoo; Nagaraj Perumalla; Nagaraju
Patil; Nagarjuna Thottempudi; 남승현; 김낙균; 김남수; 김민수;
정남기; 남재후; 김남형; 이남일; 허남조; 이남준; 조남주; 김남규;
Namarta K; 송남식; 구남숙; 정남용; 김창환; 조나래; Narasimha
Murthy Hassan Raju; Narendar Choudhary; Narendra Babu; Narendra
Meher; Narendran Vijayan; Naresh Gundu; 가희돈; Naveen D B;
Naveen Singh; Naveen Singh; Nawnil Kumar Jaiswal; 한나웅; 최낙청;
Neeraj Kapoor; Neha Batwara; Neha Sharma; Neha Raina; 김근영;
최주현; 정재우; 최낙현; 김효정; 김윤식; Nidhi Agarwal; Nidhi Batra;
Nilim Chandra Sarma; Nimit Manglick; 이니나; Niraj Kumar; Nirmal
Pandey; Nishant Verma; Nitesh Goyal; Nitesh Pushpak Shah; Nitin
Setia; Nitin Narayan Shelar; Nitin Singla; Nirlesh Kumar Koshta;
김남미; 방효식; 노노을; 김승구; 곽호선; 박나리; 이광용; 황나영;
김나영; 권오덕; 오현동; 권오민; Kaleomkar; 김일진; 이강석; 오성조;
퍼라그; Prashanth Doba; P Kishor Reddy; Kuldeep Prakash; Mayank
Prakash; Parikshit Pareek; Prasanta Paul; Parthiv Rawal; Sachin Papneja;
Paul Hatfield Scherf; Shailesh Pandey; Prannay Singla; 송석한; Vamsi
Krishna Potti; Vishnu Patekar; 박성호; Pabba Prakash; Palanisamy
Ayyasamy; Pankaj Adhikari; Pankaj Singh; Pankaj Singh; 김정근;
Paramesh Bingi; Paritosh Debnath; 박영일; 박찬욱; 박창수; 박현배;
박후식; Parul Khurana; Gururaj Patil; 박영수; Dharmavarapupavan;
Payal Payal; 김진용; 장광현; 조병준; 김봉규; 성정필; Pitambar

Sahoo; Pitchai R; 이정호; 박만영; 김진규; 정일; 김종선; Prabhuraj V Sonnad; Prachi Bodke; Pradeep Gottumukkala; Pradeep Singh; Pradeep Kumar S K; Pradeepta Pradhan; Prajeet Thakur; Prakash N; Pramesh Dahiya; Pran Krishna Deka; Gurumani Lakshmi Praneeth Juturu; Neha Prasad; Prasanna K B; Prasant Kumar Behera; Prashant Kumar Nayak; Prashanth Ostwal; Prasoon Mishra; Prateek Srivastava; Praveen Diwakar; Praveen Kumar; Praveen Kumar B N; Praveen Kumar Volam; Preeti Sagar; Prince Gupta; Pritesh Kumar Singh; Prithviraj Sengupta; Priya Pandey; Priyanka Aggarwal; 백동성; 박순옥; Puneet Dhar; Pushpak Rai; Puspak Kumar Nayak; 박귀님; 장석영; 문경훈; Rahul Garg; K Ravindranath Guptha; Rachhpal Kular; Rahul Mahale; Rogerio Marchi; Raghavendra Padanad; Rajendra Pallapothu; Prayag Rawat; Ravinder Ravinder; Raghavendra Thodime; 윤라경; Rachna Dalpati; 정지은; Radhika Singla; 전창민; Ragava Mysore Veera; Raghavendra M K; Rahul Dwivedi; 김주창; Rajasekhar Reddy Sudidhala; Rajat Kumar; Rajendra Bajpai; Rajesh Gande; Rajesh Tiwari; Rajesh Poonia; Rajesh R D; Rajib Basu; Rajkar Singh; Rajkumar Chegaraddi; Raju Dixit; Rajeev Verma; Rakesh Adhikari; 라케쉬; 박영범; Ram Chauhan; Rambhau Rote; Ramesh V; Ramjee Yadav; 정관희; Ranjeet Kumar; Ranjesh Verma; Ranjith Kumar; Rashi Goyal; Pradeep Rathee; Ravi Karan Sharma; Ravi Sharma; Ravi Shankar Voora; Ravi Yadav; Ravikanth Ekanthalingam; Ravish Mahajan; 김성은; 김윤주; 이형일; Rekha Agarwal; Renju C Nair; 이영근; Rishi Franklin; Rishi Gupta; Ritesh Dhingra; 한승환; Ritu Raj; 김뢰관; 윤석기; Robin Gupta; 박남수; Rogeria Cristina Ferraresso Lona Bordin; Rohit Rampa; 진병찬; Roopali Goyal; Dasroshan Bharath; 이승준; Prakash Rao; 허훈; 박천규; Amandeep Singh; Shibu Baby; Surendar Baid; Gurinder Pal Singh; Gyanendra Singh; Javed Siddiqui; Kapil Sharma; Kiran Sheelavant; Kumar Saurabh; 홍성민; Mandeep Singh; Sudhakar Menakuru; Mohammad Siddiqui; Prasanna Sankaranarayanan; Sunil Rathour; Rohit Singhal; Samuel Sequeira; Sanat Sharma; Shivam Singhal; Shobhit Srivastava; Shweta Sharma; Satpreet Singh; 이솔; Varun Sharma; 한승우; Song Wei; 윤서영; 윤성욱; Sandeep Sangwan; 홍성현; 이승헌; 신성수; 박성; Sachin Mittal; Sadashiva Rao P V; 오세기; 임새미; 이삭; Saikat Sengupta; Sailesh Sharma; Sajid Hafeez; Saketh Vejendla; Bhansakhshi; Sakshi Chauhan; Sakshi Vijay; Salil Kotnala; Sambit Panda; Sambit Sarkar; Samit Kumar Mohanty; Sampangi Sharada; Sampath Gopathi; 정재천; Sanath Kumar Moguluri; Sandeep Kumar; 산딥; Sandeep Yadav; Sandesh Srivastava; Sandip Pal; 이상원; 은상아; 이상아; 산가마나스; Sangeet Asthana; Sangeet Kumar; 김상근; 최상규; Sangharsh Thakur; 김상헌; 조상흠; 이상호; 이상휘; 고상혁; 오상현; 최상인; 김상인; 백상진; 조상준; 강상기; 이상기; 박상기; 배상민; 김상문; 나상식; 이상수; 이상업; 심상원;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

이상욱; Sangwuk Cho; 이상연; 모상윤; 이상엽; Sanjay Razdan; Sanjeev Bhatt; Santhosh Jayanna; A K Santosh Kumar; Santosh Sahu; Sathish Kumar Reddy Nalla; Patakokila Satish Babu; Saubhagya Das; Kumar Saurabh; Saurabh Shrivastava; Saurav Khandelwal; 성상봉; 임성빈; 박성범; 강승범; 한상범; 이수봉; 박성배; 정상철; 박성철; 백승창; 백승철; 윤상철; 박상춘; 정승철; 안성찬; 박상덕; 최승두; 조성대; 김대중; 남세모; 박성은; 이승은; 박세현; 정승민; 현상훈; 박세호; 김세훈; 김세준; 장세환; 조세환; 김세형; 오세형; 나세정; 곽세진; 박세진; 윤세종; 송세준; 최세민; 손석철; 나석희; 이민석; 윤석일; 유석만; 장석민; 김석원; 정석원; 조석윤; 서동환; 최성은; 김성은; 조성학; 조성훈; 김성일; 박성운; 선승원; 송선하; 김선화; 홍서연; 서병훈; Seshu Babu Songa; Seshu Tummala; Pulkit Sethi; 박슬한; 오승찬; 김승업; 박승호; 주승화; 유승혜; 허승혁; 엄승현; 백승협; 오승제; 홍승미; 이승민; 조승무; 남승수; 하승태; 전승운; 이승우; 안승욱; 이승연; 오세완; 김세원; 오세영; 현세영; 박상길; 이성규; 김수곤; 강성근; 남성국; 전성근; 김성규; 구선기; 이수헌; 정성환; 피승훈; 윤상호; 윤상혁; 이상헌; 정성훈; 박상현; 원성호; 조상호; 이상하; 양승훈; 이승훈; 윤성희; 이순화; 신승화; 이승현; 백승협; 윤서희; 박상희; 심상혁; 이승협; 김성희; 유승헌; 최승훈; 김상훈; Shafi Ullah Khan; 신계중; Shankar Jayaraman; Shantanu Chandra; 샨따누; Shantharam N; Sharan Kumar Allur; Mohd Sharik Aftab; Aman Sharma; Shashank Gupta; 배상희; Shekhar Agarwal; Shashi Shekhar Surothiya; Shikha Agarwal; Shilpi Gupta; Shilpi Nayak; 신성지; 이신아; 신동준; 강석형; 배신은; 신호승; 김소정; 유성훈; 강상훈; 김승환; 이승현; Shouvik Guha; 류승호; 유승훈; Shoyeb Irfan; Shresthav Shresthav; 서호수; 나수현; Shu Wang; 최익성; 손승환; 홍성헌; Shyambeer Singh; 쉬주몬; 박수현; 김상현; 김선일; Siddartha Kavilipati; 장시학; 류시호; 김시현; 조시준; 심정섭; 신시내; 김시내; Alok Singh; Anish Singh; Gaurav Singh; Kundan Kumar Singh; Rahul Singh; Manish Singhal; 홍신기; 신기용; 최신용; Srinivas Palavarapu; 서성인; Sital Prasad Kedia; Siva Naga Kumar A V; N Sivakumar; 최승주; 주성정; 윤수정; 김수진; 윤성재; 육승주; 추상진; 배수정; 이승진; 권승주; 김성진; 박상준; 박성재; 이승재; 신수정; 최수정; 문상준; 김승진; 김성진; 양성진; 유수종; 백승진; 이순정; 이성주; 박성준; 박선준; 원성준; 최성준; 민승기; 이성규; 이숙경; 이숙경; 이성구; 김석환; 석근용; 임임삼; 김수련; 황선령; 제성민; 이승민; 강성민; 허성민; 강승모; 노승문; 이승명; 류성룡; 이승민; 이호식; Sneha Kelwa; 김소영; 임소연; 주재호; 송광순; Somil Jaiswal; Somya Gupta; 한송이; 송현정; 김송영; Soni Sahu; 박선영; 한승수; 임춘수; 임수범; 송수호; 김수정; 김강수; 이수진; 김수진; 박수진; 이수정; 현수명; 류순영; 황순호; 차순현; 조순익; 윤순노; 조순용; 천소웅;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

박상률; 김소라; 김소선; Soumyajit Das; Soundarya Pendyala; Sourabh Inani; Sowjanya Kamma; 이소연; 김창한; Srinivas Yeleswarapu; Pallv Shatheesh Reddy; Sreevatsa D B; Srikant Aggarwal; Srikanth G N; Srini Guda; Srinivas Vurrinkala; 송수림; 이승룡; 전성수; 김상섭; 정성식; 김선희; 최소라; 지상태; 오승택; 황영도; 일야; 박선영; 유승환; 유성식; 임성택; 남승욱; Subhasish Karmakar; Subhav Jain; Subhransu Prusty; 오수병; Suchand Ghosh; Sudarshan Srinivasan; Sudhansu Pangrahy; Sudheer Vavilapalli; Sudhi Pathak; 이승재; 임성준; 배숙향; 김수현; 이수익; Sujay Udupa; 정수진; 정수진; Sujit Saha; 김숙동; Sukhdeep Singh Kharbanda; 이석재; Sukrit Kumar Mehra; 임수경; 배수경; 백설야; 좌경윤; Sumanth Kn; 황수민; Sumit Gupta; Sumit Kumar; Sumit Mundhada; Sumit Sindhu; Sumit Verma; 최은선; 박순영; 정선영; 이선영; 김선옥; 순다; Sundeep D Costa; Suneel Kumar Parmeshwar Diggi; Suneel Kumar Surimani; 이성호; 윤성은; 임성근; 최성학; 이성희; 이승헌; 은성호; 경성호; 윤성환; 허성혜; 강성일; 채성진; 임성준; 우성정; 박성권; 황성규; 정성륜; 윤성목; 최성남; 김성수; 지성욱; 홍성윤; 안성연; 류선하; 김선호; 우선형; Venkata Sunil Kumar; 김선조; 이선주; 공선준; 심성근; 박성택; 남선우; 임선웅; 유선엽; 김선용; Suparna Pathak; Suresh Babu; Suresh Kumar Gudla; Suresh Chandra Paliwal; Suresh Pal; Suresh Vakkalanka; 김용; Surjyakanta Mohapatra; Sushant Rastogi; Vobbilisetty Sushant; 채수황; 정수연; 김석원; 태성응; 임승원; 배상우; 윤성원; 전성원; 하선우; 조성우; 이상우; 박상원; 안세웅; 박승우; 손상욱; 장성운; 김상원; Swapnil Chhajer; Swati Goel; Swetha Mysore Jagadeesha; 정석원; 김선우; 유상우; 최상욱; 명세영; 김석영; 이승윤; 박선영; 임세영; 하상렬; 유성엽; 김선영; 최삼열; 박신영; 조성열; 허승윤; 이성영; 황순열; 최세영; 김세열; 엄상용; 오승영; 윤이경; 이수용; 탁승영; 서영술; Thendral Arasu Panneer Selvam; Radhika Tripuraneni; Thirumalarao Voonna; 이택기; 장태하; 김태호; 하태호; 김태홍; 김태훈; 최태화; 박태진; 이정택; 황태근; 홍태기; 김태규; 신태규; 이태수; 염태선; 송태성; 김태원; 임태우; 장태용; 이태헌; 하태진; 박태수; Tarun Kumar Mittal; 김태연; Bhanu Teja Pulluri; 김태우; 주종성; 권태호; 김형중; 장지훈; 임태훈; 이동선; 엄태일; 송태익; 이슬기; 정태진; 김태진; 최석규; 문태균; 노태권; 김태근; 남태경; 김인; 오태근; 임태묵; 노태문; 유상민; 정영우; 이건재; 김기동; 이성식; 김정한; 김재동; 최성민; 강태석; 박세훈; 김태욱; 왕태웅; 박태웅; 김태욱; 김태완; 김태우; 이태우; 김태영; 하태영; Uzzal Majumder; 정의철; 변언식; 이의항; 박의정; 한우정; 신영욱; 이욱호; 양운봉; 김웅준; 김민성; 최운택; 박창화; Maddi Reddy Upendra; 이유영; Amit Verma; Vishnupriya Balasubramaniam; Vani Budhati; V Nisheeth; Vladimir Oksman; Vijay Solanki; 바딤; K Vamshidhar; Varun

Bharadwaj; Varun Tangri; Varun Venkatesh; Ved Prakash; Venkat Ande; Venkateswara Rao Manepalli; Venkatram Aurva; Venu Gajwel; Venugopal V K; Abhishek Verma; 박정훈; 김지현; Vijay Dwivedi; Vijay G; Vijayanand Kumar; Vijay Kumar Mishra; Vijay Kumar Panwar; Vijayakumar S; Vijendar Mukunda; Vikas Bansal; Vikas Verma; Vikram Shrirang Bidkar; Vikrant Upadhayay; Vinay Ahuja; Vinay Singh; Vincent Lee; Vineet Chandna; Vinny Korah; 이병무; Vinod Kumar Desu; Vinod Reddy Narra; Vipul Sisodia; Vishakha Parvatikar; Vishal Munka; Vishnu Pratap Singh; Vishu Gupta; Vivek Varun; Manish Vohra; Vuggu Srinivas; 이우철; 김욱; 이왕연; 이완형; 김완규; 임완수; 정완석; 서완우; 박원병; 정원배; 정우찬; 신원철; 정우철; 박우찬; 송원근; 이원길; 김휘진; 허운행; 변창훔; 권원호; 김지훈; 신우진; 서원주; 최우진; 고우균; 구원모; 장원남; 이원; 정창원; 강원도; 김원구; 나원호; 허원형; 박원종; 최원정; 이원섭; 주우찬; 김병욱; 우현철; 김우진; 유우종; 이우준; 김병욱; 변치웅; 이웅; 이웅; 박웅규; 한웅; 장웅전; 이우람; 한우승; 권우업; 이우영; 강정돈; 이우섭; 김원섭; 김원석; 정우철; 문우곤; 장왈운; 박영문; 박원영; 이우용; 박상환; 서신윤; 김종윤; 宋西朋; ? 喜枝; 정태근; Xuefei Wei; 서영민; 김영훈; 오영근; 조영상; Srinivasarao Yerragunta; 김영오; 최용집; 이양수; 김양욱; Yash Raj Shrestha; Yatharth Pandey; Yatindra Mungre; 방용석; 최용철; 김영철; 신영철; 정용채; 이용찬; 박영대; 박예지; 윤예지; 송예진; Yen Jung Kim; Yennaram Raghavendar; 윤여일; 김연부; 윤영희; 진연기; 강연구; 이연희; 임연균; 김연섭; 이예랑; 전용기; 임영균; 안용희; 김양호; 김영호; 이용혁; 조용환; 도영현; 최용해; 이윤희; 김영희; 이용희; 류영환; 최용하; 김영현; 전용현; 정영현; 김용학; 이유희; 황영하; 이용훈; 진정규; 지이근; 최영진; 홍영준; 윤여진; 김영재; 나윤주; 신용준; 정윤정; 권용진; 홍영주; 최윤정; 정용재; 민영재; 조영준; 김용진; 양정모; 정영주; 정영주; 김영주; 정영준; 박용준; 김용관; 배영규; 윤용권; 김유경; 김영규; 이경하; 정율권; 서영규; 박영기; 정영관; 도영미; 서영미; 차영만; 강영민; 하윤민; 김영미; 류영민; 최용훈; 이요한; 이연옥; Yogesh Srivastava; 요게쉬; 김요화; 박지용; 허용; 최용호; 권용; 이용구; 우용하; 이용희; 김용호; 이용제; 김용준; 유용준; 구용민; 정용남; 이용석; 김용신; 백용수; 김용수; 정용수; 권용석; 서연원; 유병희; 이유진; 허유리; 김유나; 함윤식; 남윤성; 곽요섭; 최병열; 김유미; 허영; 한영은; 지영배; 서영배; 정영빈; 김영범; 이영범; 김영학; 손영익; 오영일; 안영진; 이영진; 이영교; 장영균; 장영미; 주영민; 정영란; 홍영수; 김영선; 박영택; 김윤주; 안연정; 조윤미; 최윤필; 이유선; 심유섭; 김영림; 박용수; 박윤선; 신영섭; 박용성; 윤영석; 권용수; 최윤성; 신영선; 신윤수; 윤영식; 전용섭; 임영섭; 이상훈; 이용석; 김영석; 문용석; 박윤선; 양영석; 김영태; 이용태; 이양운; 김유근; 이유진; 박유진; 홍유미;

| | |
|---|---|
| | 안유미; 제갈윤; 최윤성; 강윤철; 허윤도; 배윤규; 오윤호; 한윤희; 한윤재; 한윤정; 이윤정; 강윤기; 고윤섭; 현윤석; 노윤성; 이윤우; 김유란; 주상영; 김유승; 김유식; 정유신; 조순미; 박영욱; 권영욱; 이윤우; 김연우; 문용운; 김윤영; 윤영민; 박정원; Zamir Alam; 박지윤; 김종석; 김지현; 김용욱; 이영선; 이영순; ? 振武; 김중현; 김영집; 이현석; 이종인; 이민권 |
| Translation of Above | Aniruddh Bajirao; Antoni Jakubiak; Riyaz Mohammed Ibrahim; Sagar Aggarwal; Adrian Salido; Abhinav Singla; Aakash Manik; Abhishek Goyal; Abhishek Sahoo; Abinash Prusty; Abitha S; Euisoo Kum; Dalo Kang; Aeri Yeom; Nam Gon Kim; Ahirene Kim; Mijung Park; Yongjin Choi; Ajith Kamath; Ajay Kumar Boddu; Ajay Singh Rajawat; Ajay Vijayvargiya; Ajaykumar Kabadi; Akhil Madanpanchabhai; Akshay Mathur; Albert Lee; Alexander Veprik; Alexy Shin; Allan Kang; Seoungho Park; Amit Lalwani; Amit Sarma; Amitabh Thapliyal; Jonghyun An; Anand R; Ananthapadmanabha Sharma; Ananta Pandey; Inhoi Koo; Angela Yap; Taihyung Kim; Anish Kumar; Kimo An; Ankit Kumar; Ankur Nigam; Anton Rogozin; Seonmi Kim; Ah-Reum Yoon; Aravind Gokina; Arijit Sen; Arjun Bt; Arnald Samthambi; Soonhong Kwon; Tae-Hyun Yun; Arun Pravin Paneer Selvam; Arun Mahajan; Arshdeep Singh Arora; Jeonghee Lee; Ashish Khariwal; Ashish Kak; Changhwan Seo; Rao Asim Rasheed; Insoo Kim; Jungbum Kim; Youngsik Kim; Azad Naik; Alexander Blokhin; Amit Bansal; Balasubrahman Gattu; Bo Ju; Sandeep Bhadauria; Boyoung Kim; Sungyup Kim; Chulho Bae; Praveen Kumar Bairi; Bakhatnur Baityeli; Balaji Vramalingam; Dong Hyoun Son; Bavya Badrinath; Byeong-Bae Hyeon; Byounghcul Kim; Byung-Chul Jung; Byung Cheol Lee; Bong-Goo Jeon; Bonggon Kim; Byunggun Choi; Byung-Hoon Kim; Bo-Hyun Jung; Byungil Lee; Jong-Ju Lee; Bineet Mishra; Bishal Saha; Beomjoon Kwon; Byoung-Jae Bae; Byoungju Kim; Byung-Kwon Kong; Lakshmi Ganesh Banda; Hyungsuk Lee; Hyungsuk Lee; Byungman Lim; Bohyun Yu; Bokyung Kim; Bonggu Choi; Bongkyu Song; Sunghyun Kim; Bongdo Kim; Boohwi Ahn; Bora Hyun; Bora Hyun; Boram Kim; Boseul Jeon; Byoung-Ryoul Song; Bo-Ra Kim; Wonsuk Jung; Veera Venkata Basava Raju Matcha; Sang-Cheol Lee; Sang Beom Han; Kyunghwan Cha; Brian Cheon; Young-Kwang Woo; Joohyung  Park; Shekarbollam Raja; Byeongseok Choi; Byungseung Kim; Byungsam Kim; Beom-Jip Kim; Bumsuk Moon; Bum-Sun Park; Bum-Taek Lim; Dongjae Jang; Bumwoo Lee; Bonwoong Ku; Byounghui Lim; Harry Byungdeok Kim; Chungho Shin; Changkyu Kang; Chang-Bum Son; Chang-Bum Son; Changdo Yeom; Chuleun Yun; Changgun Um; Chang-Ho Lee; Changhyun Joo; Chang-Ho Yoon; Chang-Ho Yoon; Cheolhee Kim; Chihwan Kim; Chang-Hyun Hong; Chi-Hoon Kim; Kyumin Chae; Jaeil Lee; Chandan Kumar; Changkyu Lee; Chang Shik Yoon; Changok Lim; Changseek Lim; Changsoo Kim; Chanho Mun; Chanwon Lee; Hyungchul Lee; Changhan Lee; Harris Cho; Hongmoon Cheon; Vinod Cherian Joseph; Chidambar Joshi; Chi-Ho Choi; Chihun Ahn; Cheolju |

Kim; Kiho Cho; Bumlai Cho; Gi-Sang Noh; Jeongbeom Cho; Chongdu Kim; Choong Hee Jin; Se-Hyun Cho; Cj Nam; Changyoung Choi; Jungsik Kim; Cheolho Jeong; Chul-Sang Chang; Chulwoo Kim; Chung-Geol Kim; Changhyun Yoon; Chungil Choi; Jong-Hyeok Im; Changjun Bae; Jinho Choi; Chuljin Kim; Jaesik Chang; Changjouibull Oh; Changkyun Kang; Choongkyo Jung; Kyeongjin Choi; Jungwan Kim; Kilsang Park; Chulmin Jo; Changon Kim; Jaesung Ahn; Hyekyoung Hwang; Yushin Kim; Douglas Kim; Changhwan Park; Haekwon Lee; Changsoo Lee; Cheonshik Kim; Chan-Soo Park; Sunjei Cho; Chulsung Park; Kyouwoong Kim; Changweon Jang; Cj Jang; Chang Woong Jeong; Chanyong Jung; Chae-Yeol Jung; Hyeongjin Park; Chanyoung Bang; Moonhyun Kyung; Deepak Deepak; Doyong Jeong; Dong.Mok Lee; Dong.Mok Lee; Dmitriy Moskvitin; Pavan Kumar Devarayanigari; Dzmitry Spichanok; Dae-Hee Park; Dae-Hun An; Dae-Jun Kang; Dae-Jun Kang; DaeKwang Kim; Daesop Park; Dae-Su Lee; Dae-Suk Kang; DaeUng Jeong; daeyeol kim; Dae-Yong Lee; Dae Young Jo; Da-Hye Jeong; Dong-Uk Choi.; Dana Na; Danishehsan Hashmi; Darae Ahn; Da-Som Lee; Hyojae Cho; David Lee; Dawoon Chung; DongChul Ma; Dong-Eon Lim; Debasis Patra; Dong-Jun Lee; Seung-Wook Hong; Chang-Lim Choi; DeokSang Ahn; Deokyang Jin; Dong Hyun Cho; Kwak Donghun; Donghak Lee; Dae Hyun Kim; Doo-Hyun Hwang; Dohyoung Kim; DongHyun Hwang; Lee Dong Hyun; Donghee Yoo; Doheang Kang; Daehan Choi; Jake Park; Jake Park; Dheeraj Bhati; donghyeob oh; DongHyoun Son; DongHoon Kim; Dong-Hyun Byun; Dug-In Lyu; dongil park; Dibyajyoti Pati; Dajeong Kim; Do Yeon Lee; Dong-Jin Kim; Pauline Kim; dongjae shin; Dong-Jun Kim; Alvin Chun; Durgakalyan Mavuri; Durgakalyan Mavuri; Duk-Ki Hong; Dae-Kyung Kim; Dokyu Lee; Deog-Moh Chang; Dongmin Shin; DoHun Koo; Dokyou Lee; YoungDon Kim; Dong-Gwan Kim; Dong-Ha Nam; Dong-Ha Nam; Dong_Han Kang; Anna Pi; Donghoon Kwak; DongHoon YU; DongHo Kim; Dong-Hyun Kim; Dong-Hyun Ko; Dong-Il Son; Dong-In Kim; Dongkyun Son; Donggyun Yu; Dongseok Ryu; Dong-Sik Kim; D.S. Roh; Dongsuk Chun; DongYul Lee; Dongik Shin; Jae-Ho Lee; Doohwan Ko; Dooju Byun; Sunghwan Lee; Doowook Kim; Yong Choi; deshou song; Dongsuk Jung; Dongsuk Jung; Dae-Seok Kim; DongSuk Kang; DuckSu Kim; Du-Hoon Jung; Dukwon Jung; Youngju Kim; Durga Narasimharao Thota; Durgesh Chandra Mishra; Venkata Ramana; Daewoon Myoung; Da-Woon Jung; Dong-Wook Kim; Daewoong Kim; Daewon Kim; Daewoo Park; Doyoung Jung; Duyeong Jeong; Daeyoung Kim; Yongjin Park; Eun-Dong Kim; Euibum Han; Euibum Han; Dongyoung Lee; Eunha Jun; Eun-Hyun Kim; Eunjung Hyun; Eunjung Jung; Eun-Jeong Kim; Minseok Kim; Byungjin Jung; Dae-Geun Lee; Byunghwa Park; Eunsun Hwang; Eunseok Kim; Juhee Chang; Eun-Sung Shin; Jinsoo Jeon; Etlam Premkumar; Seungkook Jang; Euisuk Kang; Eujin Ha; Eun Ko; Euntaik Lee; Eungdo Kim; Eun-Hee Park; Eun-Hee Park; Eunhee Choi; Eunhee Kim; Eunhee Cho; Eun-Jeong Ahn;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

EunJeung Lee; Eunjin Youn; Eun Ju Lee; Eun-Jung Lee; Eunmi Cha;
Eun-Mi Yoo; Eunseon Kwon; Eunseon Noh; Eunsuk Choi; Euybeom
Lee; Eunyoung Kim; Eunyoung Kim; Fan Zhang; Bonghyoun Jung;
Bonghyoun Jung; Seung-Hwa Park; Key Jeong; Hyun-Ho Shin; Gahee
Park; Ganesh Kamma; Ganesh Prasad Prabhakar; Shunbin Zheng;
Gaurav Goel; Gaurav Srivastava; Gibeom Kim; Eunjin Lee; Janggun
Bae; Gibong Roh; Sungil Kim; Gi-Nam Park; Jinok Lee; Giripal Rawat;
Giung Jung; Gyujin Kwon; Donghee Kim; Sunmi Park; Nitin Goel;
Byunggon Han; Sangcheol Lee; Gopi R; Seshagiri Rao; Hyunjin Park;
John Nam-Kwang Kim; Andrew Jeon; Gyu-Tae Park; Kwang-Uk Kim;
Kyusang Ryu; Hyung-Kun Kim; Daehyun Kim; Geonwoo Kim; Gyouil
Cho; Giyoung Lee; Kyung-Rok Min; Gyu-Bok Park; Gyu-Hun Cho;
Gyujoon Park; Gyung-Up Kwon; Hyeonjeong Ha; Hamid Mukhtar;
Hyunsik Chang; Chijung Ha; Haeji Park; Haeju Yun; Haewun Park;
Haeyeon Lee; Haeyeon Suh; Hak-Beom Lee; Hana Park; Han Kim; Han
Kim; Handug Lee; Hangjin Cho; Hangkyu Park; Han-Ki Yoon; Hankook
Jang; Hans Yun; Hanshin Seo; Han-Soo Jung; Hansoo Kim; Sangjun
Park; Oujin Joung; Harim Lee; Harry Yang; Harshavardhan Nalajala;
Harsha Narayan Reddy; Shweta Harwalkar; Hyeonah Jung; Hyuk-Beom
Kwon; Hong-Bum Park; Hyobum Shin; Hyobum Shin; Hyeoncheol
Choe; Hyeoncheol Choe; HyunChul Choi; HyeonCheon Jo; Hang-Cheon
Jo; Duyoung Han; Hee-Chan Choi; Hee Chul JE; Heechul Kwon;
Heechul Lim; Shawn Lee; Heeseok Ahn; Heesung Kim; Heetae Ahn;
Hee-Won Lee; Marie-Sol H.; Tony Jeong; Jeongkyu Moon; HeonWoo
Lee; Heuisoo Jeon; Hyeongu Lee; Hyunggyun Kim; Hyungyoon Kim;
Heegwan Park; Hong-Kwon Kim; Hyunggon Kim; Hyunho Park;
Huihyeong Lee; Youngjoong Chris Kim; Mi-Hee Seo; Hyeonjae Bak;
Hwan Jin Kim; Hojun Jung; Hee-Jin Ju; Hyejung Lee; Alex Hongjoon
Park; Hyunjoo Yoo; Hyunjun Kim; Hyunjin Hwang; Jeong Hojin;
Hyunjin Bang; Hyunjin Sa; Heejeong Kang; Elizabeth Shin; Hyungjoon
Kim; HyunJung Kim; Hyo-Jin Lim; Hyoung Jin Yoo; Hyojin Lee;
HyeJin Kwon; Brandon Heejoon Chae; HyungJin Kwon; HyunJun Kim;
Hanjun Yi; Hyunq Han; Hee-Kyoung Park; Hakkwan Kim; Hakkwan
Kim; Hyekyung Kim; Hyoung-Kwon Kim; Hyungmin Lee; Hyungmo
Yun; Hyun-Seok Chang; Ho Kim; Ho-Jin Jang; Hojong Ha; Hojun Kim;
Hokyu Kim; Hongseok Yang; Honggyu Lee; Hong Ji Kim; Hong-Ju
Jung; Hong-Min Son; Hongmo Kim; Hongpyo Park; Hongseok Choi;
HooMin Lee; Jae-Hoon Park; Hun-Jae Kim; Sang-hoon Song; Hosu
Kim; Ho-Young Im; Hakryoul Kim; Hyunry Kim; Hyunry Kim;
Hyungryong Kim; Hyunsuk Shin; Hee-Soo Son; Heesung Lee; Hyoung-
Sik Kim; Hyun-Seok Kim; Hosang Park; Hyoung-Su Kim; Heeseok
Hwang; Hyunsub Lee; Hyunsub Lee; Hongseok Jeong; Heesung Kim;
Hye-Sun Shin; Hyunsoo Lee; Hosoon Shin; Heesuk Wang; Hyunsuk
Kim; Hee-Seung Lee; Hee-Seung Lee; Haesung Park; Hyeonsoo Kim;
Hyeonsoo Kim; Hyeon-Seung Lee; Hosung Son; Hyoungtaek Chang;
Hyoung-Tae Kim; Huaqiang Li; Huitaek Kim; Shwan Lee; Hyung-Wook

Kim; Hyun-Woo Kim; Hyunwook Park; Hyunwoo Lee; Hyung-Wook Jang; Hwakyung Kim; Hwangjoon Lee; Hwanho Lee; Hyunwoo Lee; Hoyeon Park; Hoyeon Park; Heayoung Jung; Hyeyeong Yang; Hyeyeong Yang; Hyekyoung Shin; Hyeji Won; Hye-Kyeong Oh; Hey Mi Jang; Hye-Mi Im; Hyeon Ji; Hyeongjung Kim; Hyeonho Choi; Hyeonu  Ryu; Hyeri Shim; Hyerim An; Hye-Yeon Hwang; Hyeyong Go; Hyojin Jung; Hyojung Hong; Hayden Jeon; Hyong-Jin Ban; Hyong Ju Chi; Hyun-Su Park; Hyosig Lee; Hyosuk Yoo; Hyoung-Sun Ji; HyoYoon Kim; Sanghyuck Jung; Hyuk-Chan Park; Hyun-Ah Park; Hyungik Yoon; Hyung-Joo Cho; Hyungjoo Yim; Hyung-Jun Ahn; Hyungook Jun; Hyungook Jun; Hyung Seoung Yoo; Hyung Seoung Yoo; Hyung Tae Kim; Hyungu Park; Hyunhoon Ha; Hyun-Jin Um; Hyunjoo Son; Hyun-Joo Kim; Hyunjoo Kim; Hyunman Kim; Harry Park; Hyunsik Ki; Hyunsu Seo; Hyun-Yil Kim; Izzat Bakhadyrov; Ildong Kang; Xenon Kim; Ihlho Kim; Ihlho Kim; Inhwan Jang; Hosun Lee; Ihn-Jun Son; Ji-Hyun Jung; Ik-Hwan Kim; Ik Keun Kim; Il-Sup Kim; Ilhwan Kim; Imsoon Lee; In-Chon Hwang; In-Chul Im; Inchul Lee; Inhee Yoon; In-Hwan Cho; In-Hyuk Choi; In-Hyuk Choi; Youngkweon Na; In-Seog Ku; In-Shik Shin; Insook Kim; Jongcheol Park; In-Young Mok; Inyung Hwang; Shinhee Do; HyeJin Kang; KeunYoung Kim; InSeok Shim; Insung Lee; Isaac Choe; Jae-Yong Lee; DongHyuk An; DongHyuk An; inwook song; Jung-Hyun Kim; Jung-Hyun Kim; Ilyong Shin; Il-Young Kim; Jihye Chae; Jaekab Lee; Giridhar Jakki; Jinho Hyeon; Jung-Hoon Han; Krol Jarek; Jk Kim; Jun Moon; Julia Rabina; J Sahng; Shailendra Jain; Jinhui Zhou; Jaewon Seo; Joonwon Cho; Joon Kang; Jaewon Jang; Hag-Ju Kim; Hag-Ju Kim; Jaechung Lee; Jae-Don Park; Jae-Don Park; Byungjik Jaegal; Jaegyun Choi; Jaehee Kim; Jaehee Kim; Jaeho Kang; Jaeho Seo; Jae-Hong Mun; Jaehoon Jeon; Jaehwan Chang; Jaehyoun Kim; Jaehyrk Park; Jae-Jin Lee; Geoffrey Ham; Jae-Ki You; Jae-Kook Kim; Jaekyu Lee; Jae-Min Heo; Jaemu Ha; Jaeoh Jung; Jaeryang Lee; Jaeseok Shim; Jae-Sook Joo; Jaewan Seo; Jaewon Choi; Jae-Yong Yang; Jagadishchandra Rai; Jaideep Vishwakarma; Jaihoon Seol; Jainendra Kumar; James Cha; Jeongseok Yun; Kd Park; Jeremy Kim; Jung Woo Lee; Brian Noh; Jayden Lee; Jayden Lee; Jangboo Lee; Jay  Kim; Jaok Koo; Hyojung Kim; Heehyun Kang; Hakjea Sung; Jayanth Gande; Jayantha Gowda Sarapanahalli; Jayati Sahu; Jayendran C; Jayesh Patel; Hanyong Ahn; JaYoung Lee; JunBong Eom; JunBum Lee; JungBae Kim; Jongbo Jung; JaeChoon Jeon; JaeChul Kim; JinChurl Choi; Kim Jungchul; jongdae Do; Jaedong Jung; daewoong jang; JeSeung Oh; Jai-Eun Jung; JungEun Park; JD Jang; Jee Won Lee; J.W. Hwang; jehun Jong; Jemin Lee; Sanghyuk Lee; Yongwoo Jeon; Ernesto Lee; Jeonghoon Lee; Jeonghun Seo; Jeong-Kyu Lim; Jeongtae Lee; Jeong-Woo Han; JePhil Shin; JoungEun Lee; Jerry Joo; Jetaek Lee; JeongEun Kim; Jewoo Park; JoungGen NO; JeongGook Bae; Yohan Lee; Jaehee Kong; Hayden Kwon; Jung-Hoon Kim; JinHong Kim; JaeHoon Choi; JaeHoon Choi;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Jeong-Hwan Jeon; Jaehwa Jang; Junghwan Heo; Jeonghoon Kim; Jihyun Cho; Jihyun Cho; JooHyuk Kang; Junghyung Kim; JaeHoon Jung; Jae-Hyun Ahn; JungHoon Lee; Jonghoon Lee; Jung-Hyun Kim; James Hyun; JinHeung Kim; Jeong-Hwan Min; Jung-Han Kim; JeongHyun Ha; Kang JaeHyeon; Jonghun Bae; JiHyun Kim; JaeHee Kim; Jeonghoon Lee; Joe JH Jo; JungHo Min; Jinho Lee; jaehoon Choi; Jung-Ho Park; Joo-Hyoung Lee; Jung Hyun Suh; JiEun Chung; jieun kim; Jieun Jung; Ji-Ho Ma; JiHo Park; Ji-Hwan Nam; Ji-Hwon Song; Ji-Hye Lee; Ji-Hyon Kim; Jihyuk Yu; JiHyun Park; Ji Kang Koo; Jina Woo; Jina Kim; Jinbong Ryu; Jin-Chun Park; Jin Hyeong Park; Jin-Gon Kim; Jinhee Won; Jinho Nam; Jinho Lee; Jinho Kim; Kim Jinku; Jinmyoung Moon; Jinmyoung Moon; Jin Heo; Jiyoung Lee; Jin-Hee Lim; Jinsoo Kim; Jin-Su Kim; Jinsup Shin; Jintae Kim; Jinwoo Choi; Jinwoo Jeon; Jinyoung Kim; Sujin Choi; Jinyong Shim; Jinyoung Chon; Jinyul Choi; Jisang Jang; Jith Thomas Thelleerethu; Jiuk Jeong; Jiwan Kang; Jiyeon Kim; Clair Kim; Daisy Bang; JiYoung Hwang; JinHo Jung; JaeJoon Choi; jinwoo jung; jinwoo jung; JoonYoung Jung; Jeong-Gyun Ryu; Jung-Kyun Lee; JaeKyung Lee; JungKeun Park; Joon-Kyong Soung; Jordan Kang; Jaekyun Kim; Jaekyun Kim; Jungkwon Choi; Jungmin Sun; Ji-Min Choi; Jung-Min Park; Jinmo Sung; Jungmi Lee; Jong-Min Kim; Cho Jae-Myung; Jaemyoung Lee; Jung-Min Oh; Jeremy Park; Myounghwan Jung; Jungmin Lim; Jeongmin Ha; Minhee Jang; Jaemin Lee; Jongnam Jun; Jinwoo Kim; Choi Jeonghyun; Jonghwan Kim; Jaehwan Jung; Jung Hyun Kang; Jaesik Jo; Woojun Jung; Jongbeom Lee; Jongchul Shin; Jongeun Baek; Jonghwa Jeon; John Kim; Jongik Won; Jong-Jin Bae; Jonggi Oh; Jk Woo; Jongkyu Lee; Jong-Mu Choi; Jong-Mu Choi; Jongseok Hong; woo jongsoo; Jongsu Hwang; Jongsun Baek; Jongsun You; jooyoung kim; Joonho Byun; JoonGil Park; Josh Youn; Joonil Song; June-O Kwon; Joons Paik; JoonWon Chang; Joonwoo Bahk; Joo Yeon Park; jooyoung Yun; jooyoung Yun; JongIk Jang; Joshua Eom; Dennis Yi; JaeRyong Lee; Joon-rae Cho; JungSuck Park; JungSun Lee; JunSeong Park; Jongseok Kim; Jason Park; Jungsik Park; Jongseob Kwak; Junseok Oh; Jae-Seok Jung; Jae-Soon Hwang; Jay Choi; Ji-Seon Hong; Jeongsik Cho; Jeong-Seok Yang; Do-Hyung Kim; JunSeong Lee; JungSik Sung; JunTae Kim; Jin-Tae Jang; JunTaek Kang; JinUg Kim; Jinun Kim; Ju-Ah Lee; Ju-Ah Lee; Jubeam Lee; Ju-Ho Shin; JuHwan Jeong; Juhwan Lee; Juhyo Kim; Juhyoung Son; Jinju Lee; Ju Mi Lee; Jun Kim; June He Kim; Juneyong Young; Jungah Jung; Jungeun Oh; Yeon Junghyun; Jung-Han Kim; Jung-Hee Kim; Jung Ho Han; Jung-Hoon Park; Junghun Kim; Junghwan Jo; Jung-il Yoon; Jung-Ki Choi; junggyo lee; jungmin yeo; jungoh woo; Jungseung Yang; Jung Sik Min; Suyong Jung; Junha Kim; Jun-Hak Lim; Jun-Hak Lim; JunHo Lee; Joe Ha; Junho Park; jun hyeong oh; JunHyuck Kim; JunHyuck Kim; Junki Min; Jun-Seok Oh; Jun Yim; JunSik Kwon; Jun-Sung Lee; JunTae Kim; Junwan Cho; Jun-Won Kang; Junyeong Bak; Jun-Yeop Jung; Jun-Yeop Jung; JunYoung Choe; JuSung Lee; JuSung Lee; Juyoung Jung; Jaewon

Choi; Jiwoong Moon; Jinwoo Yang; Jiwon Choi; Jiwon Choi; Jungwan Lee; Jong-Woo Kim; Jung Woo Lee; Jaewook Jung; Park Jaewoon; Jung Woo Kim; Jeongwon Yang; Jae-Woong Chun; Jinwoo Jang; Jong-Woo Choi; Jungwook Park; Jin-Woo Kim; Jae-Woo Suh; Jaewook Lee; Jin-Young Goh; JeongYong Myoung; Jayden Jwa Young Poo; Jae-Young Yang; Ju Yeoul Lee; Jaeyoung Kim; Jaeyoung Kim; Jaeyoung Choi; Jun-Young Park; Jeong-Yun Kim; Jeong-Yun Kim; Jaeyong Park; Juyoung Park; Jae-Young Park; Joan Park; Jaeyong Lee; Jyothi Pustakala; Jiyoung Mun; Jaeyoung Shin; Jin-Young Song; Anuradha Kanukotla; Kalyan Desineni; Kyung-Moon Kim; Saravanan Kalimuthu; Kyoungoh Shon; Sivaram Komaravolu; Sridhar K; Keshabananda Taid; Vikas Singh; Kyoungahn Cheon; Hyungjun Jeon; Seong-Bae Jeong; Jaeseok Joo; Dooyoel Kam; Dongki Kang; Kanggyu Lee; Kapil Bhardwaj; Kapyoul Kim; Kartikeswarath Kartikeswarath; Kaushal Prakash Sharma; Kavitha Begepally Krishnappa; Kyungbae Park; Kyeongcheol Yoon; Gidong Kim; Donghyeon Kim; Donghwan Kim; Kenneth Cho; Ken-Hyung Park; Kenneth Lee; Weonjung Son; Keum-Ju Jang; Keum-Ju Jang; Keun-Ha Choi; Keunha Kim; Keun-Jong Seo; Keun-Jong Seo; Kevin Ryu; Geunbeom Kim; Kwanghwan Cha; Kwang Hun Kim; Kwanghyun Kim; Kyonghye Park; Kihwan Kwak; Kyoungho Bae; Kyoungho Kim; Kyuhyun Kim; Kanghwan O; Kyounghoon Kim; Kyunghyun Park; Hye-Sun Kim; Harrison Kim; Ki-Beom Heo; Kibum Kwon; Kiduk Park; Kiduk Park; Ki-Dong Cho; Kihong Min; Kihun Kim; Kihun Kim; Kihwan Jung; Ki-Hwan Suh; Paul Jeon; Eunjoong Kim; Jungha Kim; Euigon Kim; Suk Kim; Kiman Lee; Kyoung A Kim; Yangsun Kim; Kiran Bollepalli; Kiran Gajula; Seunghwan Kim; Kishor Kumar Manik; Ki-Sun Shin; Kitaek Lee; Kiwon Lee; Kiwon Lee; Ki-Yong Kim; Kwangju Lee; Kyung-Jun Lee; Jooan Kim; Jaebin Kim; Gwang-Jin Kim; Kyungjin Oh; Kyung-Kyun Kang; Kwangkyu Park; You-Kyung Lee; Kihyun Kim; Kyoungmin Kim; Kyungphil Kim; Kyung-Moon Kang; Kilnam Kim; Nohsun Kim; Oheon Kwon; Kilsoo Ko; Srinivasarao Kola; Kollol Das; Krishnakumar P; Gopalakrishnan N; KyongSu Kim; Kuen-Seob Lee; Kwonseung Shin; KwangSeok Kim; kyungsik yoon; KwangSub Bong; Sangbeom Ko; seoungho Kang; Kwangsub Lee; sunmi kim; Chul Kang; Seungwon Kim; Kangsung Yang; Kyungtak Hur; Kitae Kim; Kyoung-Tae Kim; Kyungtae Min; Kooktae Choi; Kukhwan Jung; Kumar Mohan Behera; Vishu Kumar; Kun Joo Park; Kushal Verma; Kusuma K.S; Kuyoung Choi; Kyoungwon Kim; Kyuwon Choi; Kwan Heo; John Kong; Kwang-Tai Kim; Kwanmi Kim; Hong-Ki Kwon; Hong-Ki Kwon; Kwangyong Choi; Kyoung-Yeo Baek; YoungChool Kim; Kyeong-Tae Do; Kyeoung-Ae Jung; Kyeoung-Ae Jung; Yongki Ko; Kyung-yeup Kim; Kyle Park; Kyo Oh; KyongSu Shin; KyoungHeon Jeong; KyoungHo Yun; Kyoung-Hwa Choi; Kyoung-Sook Seo; youngkyu kim; kyuchul Choi; Kyu-Hee Kim; KyuHong Min; Kelvin Han; KyuJae Jang; Kyu-Jae Lee; Kyujune Shim; Kyun Namkung; Kyung-Bae Ko; Kyunggu Kim; Kyung-Jin Bae;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Kyeong Mun Jo; Kyung-Pil Seo; Kyungseok Seo; Kyung-Sik Yoon; Kyungtae Doh; Kyungtae Doh; Kyungwoo Lee; KyuSeung Lee; KyuSuk Mo; Kyu-Sung Kim; Lakshminarayana Kavuri; Lalatendu Das; Byoungsoo Lee; Changyoung Lee; Louis J. Lee; Jong-Hwan Lee; Daegoog Lee; Jonggyu Lee; Seungbum Lee; Sungki Lee; Hyung-Joon Kim; Seung-Hoon Nam; Jikwang Kang; Leslie Kim; Jun Kyoung Lee; Gukhee Lee; Daehyun Lim; Seungwoo Lim; Lipsa Shrabani Rout; Jooha Lee; Jeong-Woo Lee; Kang-Ho Lee; Lokesh Gaur; Lokeshkumar Singh; Jungin Lee; Yeomoon Yoon; Sangjin Lee; Soyoung Lee; Youngseok Lim; Sejoong Kim; Young-Jin Park; YoungSik Byun; Wonseok Lee; Mohan Reddy Duggi; Miradham Kamilov; Mikhail Kazaev; Marcin Oldziejewski; Sungjun Yoo; Maehee Kang; Cm Mahesh; Mahipal Baid; Keunchang Hur; Mallikarjun Shivappa Bidari; Manasi E; Manish Dass; Manish Srivastava; Mahammadrafi Maniyar; Manjunath Belgod Lokanath; Manjunatha K; Manoj Gupta; Martin Kim; Marco Starace; Haksoo Kim; Brian Lee; Matthew Chung; May Park; Mayank Mittal; June-Seok Kim; Min-Chull Paik; Minchul Lee; Myeongcheol Kim; Mohammad Umair; Myungeun Lim; Kyu-Sik Cho; Miso Kim; Youngjae Choi; Cho Mihyun; Moon-Hyung Kwon; Min-Hyun Kim; Min-Hyun Kim; Myunghoon Lee; Myonghun Kim; Myonghun Kim; James Kim; Min-Hyoung Lee; Jeon Min-Hwan; Jessica Jeon; Miyeong Park; Mia Hwang; Mia Park; Michael Song; Mijin Kim; Mijung Lee; Mikhail Nikitin; Mina Kim; Minbum Kim; Min Young Kwon; Min-Gu Kang; Min-Gyu Kim; Minhee Kim; Minho Park; Min-Ho Kim; Min-Ho Ju; Minjee Jou; MinJeong Ko; Min-Jeong Lyu; MinJu Kim; MinJu Lee; Min-Jung Kim; Min-Jung Kim; Minkuk Kim; Min Kyoung Park; Min-Kyu Kim; Minji Lee; Mino Kim; Min-Seok Park; Minseok Kim; Min-Sik Cho; Minsu Kim; Min-Suk Ko; Minsung Kwon; Mira Kim; Miran Lee; Miran Lee; Mi-Seon Kim; Misook Kim; Miya Kim; Myeong-Ja Cheong; Min-Jeong Kwak; Myoungjoon Jeong; Minji Kim; Mijin Hwang; Minjung Kim; Minkyung Kim; Myung-Ki Lee; Minkeun Cho; Minkyung Kim; Moon-Kwang Lee; Min-Kyu Song; Min Kyung Cho; Mihwa Min; Minju Moon; Insic Kim; Mohana Sundaram; Mohan Rao Goli; Mohit Prasad; Moo-Young Kim; Moojoong Kim; Moongyo Bae; Moongyo Bae; Moonkyu Kim; Moonsoo Kim; Moonsoo Kim; Moonsik Chung; Moonyoung Kim; Moses Sung; Seung Hyun LEE; S.M. HwangBo; Stewart Hong; Jervis Lee; Minsong Kim; Misun Kim; Myoung-Su Park; Min-Sung Kim; Myungsu Kang; Minsheok Choi; Minsoo Kang; Minsung Kim; Munhyun Oh; Kveg Murthy; Muthukumaran V N; Muthu Nachiappan; Bono Koo; Min-Woo Park; Min-Wook Choi; Junghoon Ahn; Myoungsik Cha; Myungsoo Kim; Myungwoo Ko; Arunkumar Nagarajan; Niranjan Niranjan; Nagarjuna Thottempudi; Seung Hyun Nahm; Nakkyun Kim; Namsu Kim; Minsu Kim; Jaehu Nam; Jaehu Nam; Namhyung Kim; Namjo Heo; Nam-Joon Lee; Namju Cho; Nam-Shik Song; Namsuk Koo; Namyong Jung; Changhwan Kim; Narae Cho; Narasimhamurthy Hassanraju; Narendran

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Vijayan; Naresh Gundu; Naveen D B; Nawoong Han; Neha Sharma; Geunyoung Kim; Ryan Choi; Jaewoo Jeong; Nackhyun Choi; Hyo-Jung Kim; Nina Lee; Niraj Kumar; Nitesh Goyal; Nitin Shelar; Nirleshkumar Koshta; Nammi Kim; Peter Bang; No-Eul Noh; Seunggoo Kim; Ho Sun Kwak; Nari Park; Nayoung Hwang; Irene Kim; Kwon Odoc; Hyundong Oh; Omkar Kale; Iljin Kim; Gangsuk Lee; Sj Oh; Parikshit Pareek; Prasanta Paul; Parthiv Rawal; Paul Hatfield Scherf; Patrick Song; Vamsi Krishna Potti; Sungho Park; Jungkun Kim; Paritosh Debnath; Chan-Ook Park; Hyunbae Park; Hoosig Park; Gururaj Patil; Peter Cho; Paul Kim; Jungpil Sung; Pitambar Sahoo; Pitchai R; Jeongho Lee; Il Jung; Jongsun Kim; Prabhuraj Sonnad; Prakash N; Prakash Rastogi; Gurumani Lakshmi Praneeth Juturu; Prasanna K B; Prasoon Mishra; Praveen Kumar; Praveen Kumarbn; Praveenkumar Volam; Prince Gupta; Pritesh Kumar Singh; Dongsung Baek; Kyi Nim Park; Seok-Young Jang; Raj Pallapothu; Rachna Dalpati; Summer Jung; Summer Jung; Chang-Min Jeon; Ragavamysore Veera; Raghavendra Mk; Rahul Dwivedi; Iris Kim; Rajasekhar Reddy Sudidhala; Rajesh Tiwari; Rajesh Rd; Rajib Basu; Raju Dixit; Rajeev Verma; Rakesh Gohel; Youngbeom Pak; Ramjee Yadav; Ranjith Kumar; Ravi Karan Sharma; Ravi Shankar Voora; Ravikanth Ekanthalingam; Ravish Mahajan; Sungeun Kim; Regina Kim; Hyungil Lee; Renju Cnair; Youngkeun Lee; Rishi Franklin; Rishi Gupta; Seung Hwan Han; Roekwan Kim; Namsu Park; Byung Chan Jin; Prakash Rao; Hoon Heo; Shibu Baby; Surendar Baid; Kiran Sheelavant; Kumar Saurabh; Sudhakar Reddymenakuru; Prasanna Sankaranarayanan; Shweta Sharma; Seungwoo Han; Song Wei; Seongwook Yun; Sunghyun Hong; Seungheon Lee; Sachin Mittal; Sadashivarao Pv; Saemee Yim; Sag Lee; Saikat Sengupta; Sailesh Sharma; Sajid Hafeez; Saketh Vejendla; Sambit Sarkar; Jae-Chun Chung; Sanathkumar Moguluri; Sandesh Srivastava; Sandip Pal; Sang-A Eun; Sang-A Lee; Sangamanatha Swamy; Sanggeun Kim; Sanggyou Choi; Sangheon Kim; Sangheon Kim; Sangheum Cho; Sang-Hwi Lee; Sang-Hyun Oh; Sang-In Choi; Sangin Kim; Sang-Jin Baek; Sangjune Cho; Sangki Kang; Sang-Ki Park; Sangmin Bae; Sangmin Hyun; Sang-Moon Kim; Tyler Lee; Sangup Lee; Sangwook Lee; Sangyup Lee; Sanjeev Bhatt; Santhosh Jayanna; Santosh Kumar A K; Sathish Kumar Reddy Nalla; Saubhagya Das; Kumar Saurabh; Saurav Khandelwal; Sangbong Sung; Sung-Bin Yim; Sung-Bum Park; Seung-Bum Kang; Sang-Bum Han; Sean Park; Sang-Chul Jung; Sung-Chul Park; Seung-Chang Baek; Seung-Chul Baek; Sang-Chul Yun; Seung-Chul Chung; Sungchan An; Sang-Duck Park; Seungdoo Choi; SeungDoo Choi; Sung Dae Cho; Dae-Jung Kim; SeMo Nam; SungEun Park; Sseung; Sehyun Park; Seungmin Chung; Se Ho Park; Se-Hun Kim; Sehun Kim; Sehwan Cho; Se-Hyung Oh; Sejin Park; Sejun Song; Semin Choi; Seokcheol Son; Min-Seok Lee; Seok-Man Yoo; Seokweon Kim; Seokwon Jeong; Seokyun Jo; Donghwan Seo; Seongeun Choi; Seongeun Kim; Seonghak Jo; Seonghun Cho; Seongun Park; Seongun Park; Seoungwon Sun; Seonha Song; Byunghoon Seo;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Byunghoon Seo; Seshu Tummala; Seul-Han Park; Seungchan Oh; Seungeop Kim; Seungho Park; Seunghwa Ju; Seung-Hyun Um; Seunghyup Baik; Seungje Oh; Seung-Mi Hong; Seungmin Lee; Seungmoo Cho; Seungmoo Cho; Seung-Soo Nam; Seungtae Ha; Seungun Jeon; Seung-Woo Lee; Seung-Wook An; Seungyun Lee; Sewan Oh; Sewan Oh; Sewon Kim; Seyoung Oh; SeYoung Hyun; Sang-Gil Park; SungGyu Lee; Sunggeun Jeon; Sunggeun Jeon; Sung-Kyu Kim; SooHyun Lee; SungHwan Chung; SeungHun Pi; Sang-Ho Yoon; Sang-Hyeok Yun; Sang-Heon Lee; SeongHoon Jeong; SangHyun Park; Seong-Ho Won; SangHo Cho; SangHa Lee; Seung-Hoon Lee; SungHee Yoon; SoonHwa Lee; Seung-Hwa Shin; SeungHyun Lee; Seohee Yoon; Sanghee Park; Sang-Hyeok Sim; Sang-Hun Kim; Shagrow Shin; Shankar Jayaraman; Shantanu Chandra; Shantharam N; Shekhar Agarwal; Shashi Shekhar Surothiya; Shikha Agarwal; Seongji Shin; Shina Lee; Sukhyung Kang; Shin Eun Bae; Sunghoon Yoo; Sang-Hoon Kang; Steve Kim; Seung-Hyun Lee; Shouvik Guha; Seunghun Yoo; Hosoo Seo; Shu Wang; Icksung Choe; Seunghwan Son; Seungheun Hong; Sanghyun Kim; Siddartha Kavilipati; Siho Ryu; Sijun Cho; Jungsub Shim; Si Nai Kim; Kundan Kumar Singh; Sinki Hong; Kiyong Shin; Sungin Seo; Sital Prasad Kedia; Siva  Atmakuri; Rosa Choe; Seong-Jeong Ju; Sophia Kim; Sungjae Yoon; Sungjae Yoon; Sangjin Choo; Seung-Jin Lee; Sungjin Kim; Sang-Jun Park; Seongjae Park; Seungjae Lee; Soo-Jung Shin; Soo-Jung Choi; Sang-Jun Mun; Seung-Jin Kim; Sung-Jin Kim; Seong-Jin Yang; Su-Jong Yoo; Soon-Jung Lee; Seongju Lee; Sungjuhn Park; Seon Joon Park; Sungjoon Steve Won; Sungjun Choi; Seung-Ki Min; Sung-Kyu Lee; Sung-Koo Lee; Seok-Hwan Kim; Limsam Lim; Soo-Lyun Kim; Seong-Min Je; Seungmin Lee; Sungmin Kang; Sungmin Kang; Sungmin Her; Seungmo Kang; Seungmun Rho; Thomas Ryu; Seungmin Lee; Ho Sig Lee; Soyoung Kim; Jae Ho Ju; Song-Yee Han; Clair Hyunjung Song; Song-Young Kim; Son-Young Park; Su-Beom Im; Sooho Song; Gangsoo Kim; Soojin Kim; SuJin Park; Soo-Jung Lee; Soo-Myung Hyun; Soonho Hwang; Soon-Hyun Cha; SoonYong Cho; So-Oung Chun; Sosun Kim; Soundarya Pendyala; Soyeon Lee; Changhan Kim; Palle Shatheeshreddy; Sreevatsa D B; Srini Guda; Soorim Song; Sangsup Kim; Sung-Sik Jung; Sunhee Kim; Sora Choi; Seungtaek Oh; Youngdo Hwang; Ilya Starovoytov; Seunghwan Yoo; Sung-Taek Lim; Subhasish Karmakar; Soobyoung Oh; Suengjae Lee; Sungjoon Lim; Sughyang Bae; Suhyun Kim; Suhyun Kim; Sooick Lee; Sujay Udupa; Sujin Jung; Sukdong Kim; Sukhdeep Kharbanda; Sukjae Lee; Sukyeong Lim; Sukyoung Bae; Sulya Baek; Gyungyun Chwa; Sumanth Kn; Su-Min Hwang; Sumit Verma; Sunyoung Jung; Sunok Kim; Sundeep Dcosta; Suneelkumar  Diggi; Sung-Eun Yoon; Sung-Eun Yoon; Sunggeun Yim; Sung-Hak Choy; Sunghee Lee; Evan S.H. Lee; Seonghwan Yoon; Sungil Kang; Sungjin Chae; Sungjun Lim; Sung-Kweon Park; Sungkyu Hwang; Sung-Mok Yun; Sungnam Choi; Sung-Soo Kim; Sungyoon Hong; Sungyoun Ahn; Sunha Rew; Sunhyung Woo;

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Venkata Sunilkumar; Sunjo Kim; Sunjo Kim; Sun-June Kong;
Sunwoong Im; Sunyeop Yoo; Sunyong Kim; Sureshkumar Gudla;
Suresh Vakkalanka; Yong Kim; Surjyakanta Mohapatra; Suwhang Chae;
Suyeon Jeong; Seokwon Kim; Sungwoong Tae; Sangwoo Bae; Seon-
Woo Ha; Sungwoo Cho; Sangwoo Lee; Sangwon Park; Sangwon Park;
Sewoong Ahn; Seungwoo Park; Sang-Wook Son; Sungwoon Jang;
Sangwon Kim; Swetha Mysore Jagadeesha; Seokwon Jeong; Sangwoo
Ryu; Sangwook Choi; Seyeong Myeong; Seokyoung Kim; Seung-Yoon
Lee; Sern-Young Park; Seyoung Lim; Sangyoul Ha; Sungyeob Yoo;
Sunyoung Kim; Sam Yeoul Choi; Sin-Young Park; Seungyoon Heo;
Sungyoung Lee; Soon-Yeol Hwang; Se-Young Choi; Seyeol Kim;
Sangyong Eom; Seungyoung Oh; Sooyong Lee; Seungyoung Tak;
Yeongsool Seo; Thendral Arasu Panneer Selvam; Radhika Tripuraneni;
Thirumalarao Voonna; Taeck Ki Lee; Taeho Ha; Taehong Kim; Taehun
Kim; Taehwa Choi; Jung-Taek Lee; Taekeun Hwang; Taeki Hong;
Taekyu Shin; Taesun Yeoum; Taesung Song; Taewon Kim; Tae-Woo
Rhim; Tae-Woo Rhim; Tae-Yong Jang; Lee Taihun; Taejin Ha; Taisoo
Park; Tarun Kumarmittal; Teo Kim; Taeho Kwon; Taeho Kwon; Thomas
Kim; Taehun Lim; Dong-Sun Lee; Tae-Il Eom; Taeik Song; Seulki Lee;
Jimmy Chung; Taejin Kim; Seokgyu Choi; Taikuin Mun; Taekwon Noh;
Tae-Keun Kim; In Kim; In Kim; Taekeun Oh; Taemuk Yim; Tae Moon
Roh; Tolly Yu; Tomas Lee; Jeong-Han Kim; Jai-Dong Kim; Sungmin
Choi; Taeseuk Kang; Park Thomas; David Kim; Tae-Woong Wang;
Taewoong Park; Tae-Wook Kim; Taewan Kim; Tae-Woo Kim; Tae-
Woo Lee; Taeyoung Kim; Taeyoung Ha; Uzzal Majumder; Uichul
Jeong; Ui-Hang Lee; Youngwook Shin; Uk-Ho Lee; Unbong Yang;
Ungjun Kim; Ungjun Kim; Min Sung Kim; Untaek Choi; Changhwa
Park; Yu-Young Lee; Vishnupriya Balasubramaniam; Vani Budhati;
Vladimir Oksman; Vijay Solanki; Vadim Volkov; K Vamshidhar; Varun
Bharadwaj; Varun Venkatesh; Venkateswararao Manepalli; Venugopal
Vk; Jeonghoon Park; Jihyun Kim; Vijay Kumar Mishra; Vikram
Shrirangbidkar; Vinny Korah; Byoungmoo Lee; Vishnu Pratap Singh;
Vivek Varun; Vuggu Srinivas; Charles Lee; Uk Kim; Wangyoun Lee;
Wan-Hyoung Lee; Wansuk Jung; Wan-Woo Seo; Sheldon Park; Wonbae
Jung; Wonchul Shin; Woocheol Jung; Woochan Park; Won-Geun Song;
Wongil Lee; Brian Kim; Woonhaing Hur; Charly Byun; Wonho Kwon;
Won-Ju Seo; Woojin Choi; Wookyun Kho; Won-Nam Jang; Chang-Won
Jung; Wondo Kang; Wonho Na; Wonhyung Heo; Wonjong Park; Won-
Jung Choi; Woochan Joo; Byungwook Kim; Hyunchul Woo; Woo-Jin
Kim; Woojong Yoo; Woojun Lee; Byung Wook Kim; Chi-Woong Byun;
Woong Lee; Ares Lee; Woonggyu Park; Kurt Han; Wooram Lee; Wooup
Kwon; Wooyoung Lee; Wooyoung Lee; Jayd Kang; Jayd Kang; Woosup
Lee; Won-Seob Kim; Josh Won Seok Kim; Woo-Chul Jeong; Woo-Chul
Jeong; Wugon Moon; Wal Woon Jang; Youngmoon Park; Wooyong
Lee; Jongyoun Kim; Taekeun Jung; Xuefei Wei; Youngmin Seo; Young-
Hoon Kim; Youngkeun Oh; Youngsang Cho; Yeongoh Kim; Youngup

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| | Choi; Yangsoo Lee; Yongchul Choi; Kim Youngchul; Young-Dae Park; Yeji Yoon; Yejin Song; Yeonbu Kim; Yeongu Kang; Younhee Lee; Yeonkyun Lim; Yeonseop Kim; Yerang Lee; Yong-Gi Jeon; Younggyun Im; Yonghee An; Yeongho Kim; Yonghyeok Lee; Yonghwan Cho; Yonghae Choi; Yoon-Hee Lee; Young-Hee Kim; Young-Hwan Ryu; Yongha Choi; Young Kim; Yong-Hyun Jeon; Younghyun Jung; Yonghak Kim; Youhee Rhee; Youngha Hwang; Yikeun Ji; Young-Jin Choi; Youngjune Hong; Young-Jin Kwak; Young-Jae Kim; Yoonjoo Na; Yongjun Shin; Yongjin Kwon; Young-Joo Hong; Yong-Jae Jung; Yong-Jae Jung; Ryan Cho; Yongjin Kim; Youngjoo Jung; Youngju Kim; Youngjun Jung; Yongjun Park; Yung-Kwan Kim; Youngkyu Bae; Chris Yoon; Yukyung Kim; Rex Kim; Kyungha Lee; Yul-Kwon Jeong; Youngkyu Seo; Young-Kwan Chung; Youngmi Seo; Youngman Cha; Youngmin Kang; Yunmin Ha; Yunmin Ha; Youngmi Kim; Young-Min Ryu; Yeonok Yi; Yogesh Kandpal; Yohwa Kim; Ji Yong Park; Yong Heo; Yong-Gu Lee; Yong-Ha Woo; Yonghee Lee; Yongjun Kim; Yong Min Koo; Irene Jung; Yongsuk Lee; Yongshin Kim; Yongsoo Baek; Yongsoo Kim; Yong-Su Chung; Yongsuk Kwon; Yonwon Seo; Byunghee Yoo; Yoojin Lee; Yooli Heo; Yoona Kim; Nathan Ham; Yoonsung Nam; Yo-Seob Kwak; Yo-Seob Kwak; Yumi Kim; Young Heo; Irene Han; Yb Ji; Young-Bae Suh; Simon Jung; Youngbum Lee; Younghak Kim; Young Ik Son; Youngil Oh; Youngjin An; Youngjin Yi; Young-Kyun Jang; Young-Mi Jang; Young-Ran Jung; Youngsun Kim; Youngtaik Park; Youn Ju Kim; Youn-Jung Ahn; Younmi Jo; Younpil Choi; Yuseon Lee; You-Sub Shim; Yoonsun Park; Young-Sup Shin; Young-Suk Yoon; Yong Soo Kwon; Yong Soo Kwon; Yoon-Sung Choi; Yun-Soo Shin; Young-Sik Yoon; Yeong-Seob Lim; Sanghun Yi; YS Lee; Youngsuk Kim; Youngseog Yang; Youngtae Kim; Youngtae Kim; Yuguen Kim; Yujin Lee; Yu Mi Hong; Yundo Heo; Yundo Heo; Yungyu Bae; Yunhui Han; Yun-Jae Han; Yun-Jung Han; Yunjung Lee; Yunseob Ko; Yunseob Ko; Yun-Seok Hyun; Yun Woo Lee; Sangyoung Ju; Sangyoung Ju; Youngwook Kwon; Yeonwoo Kim; Yongwoon Moon; Yoonyoung Kim; Zamir Alam; Ji-Yoon Park; Jongseok Kim; Ji-Hyun Kim; Zephyr Kim; Young-Sun Lee; Zeros Y. Lee; Junghyun Kim; Youngjip Kim; Hyun-Suk Lee; Jong In Le |
| 8/8/2011 | 김진수; 김정순; 김다훤; 박상식; 박준상; 박형신; 송한길; 신승우; 임중혁; 정재웅; 최지연; 현준성; 홍관의; 홍성훈; 김동균; 김선영; 박소영; 엄태원; 이정택; 정종보; 최두영; 김윤진; 신선호; 황지수; 황지웅; 권기환; 김남미; 김현섭; 하라타; 김국환; 김남수; 김태우; 김태중; 김태호; 김한; 류연희; 박범수; 방용석; 손현근; 송준용; 윤준기; 이상수; 이시연; 이지영; 최혁수; 강지은; 김동헌; 김민수; 김영수; 김윤영; 박민영; 성원규; 여인영; 이기언; 이기영; 이성호; 최정현; 하도형; 김필원; 박선근; 서용; 여정민; 이다현; 이세희; 이진후; 정유철; 주용현; 크리스틴오; 고민아 |
| Translation | Jin-Soo Kim; Da-Hwon Kim; Joon-Sang Park; Hangil Song; Jung-Hyeok |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| of Above | Im; Ji-Yeon Choi; Kwan-Ui Hong; Dong-Kyun Kim; So-Yeong Park; Jung-Taek Lee; Doo-Young Choi; Sun-Ho Shin; Ji-Woong Hwang; Nam-Mi Kim; Harata; Nam-Su Kim; Tae-Joong Kim; Han Kim; Bum-Su Park; Hyun-Geun Son; Jun-Ki Yoon; Si-Yeon Lee; Hyuk-Soo Choi; Dong-Hun Kim; Young-Soo Kim; Min-Young Park; In-Young Yeo; Gi-Young Lee; Jung-Hyun Choi; Pil-Won Kim; Yong Seo; Da-Hyun Lee; Jin-Hu Lee; Yong-Hyeon Joo; Min-A Koh; Chang-Hwan Hwang; Min-Hyeok Lee; Han-Gil Kang; Won Lee; Si-Nae Shin; Jung-Soon Kim; Sang-Sik Park; Hyung-Shin Park; Seung-Woo Shin; Jae-Woong Jung; Jun-Sung Hyeon; Sung-Hoon Hong; Sun-Yeong Kim; Tae-Won Eom; Jong-Bo Jung; Yoon-Jin Kim; Ji-Soo Hwang; Ki-Hwan Kwon; Hyun-Seob Kim; Guk-Hwan Kim; Tae-Woo Kim; Tae-Ho Kim; Yeon-Hee Ryu; Yong-Seok Bang; Joon-Yong Song; Sang-Soo Lee; Ji-Yeong Lee; Ji-Eun Kang; Min-Soo Kim; Yoon-Young Kim; Won-Kyu Sung; Gi-Eon Lee; Sung-Ho Lee; Do-Hyung Ha; Sun-Geun Park; Jung-Min Yeo; Se-Hee Lee; Yu-Chul Jung; Christine Oh; Dong-Hoon Chang; Seog-Geun Kim; Jang-Soo Han; In-Gon Park; Myeong-Ro Lee; Ji-Hyeon Yoon |
| 11/11/2011 | 정의철; 유근수; 권성욱; 윤진나 |
| Translation of Above | Euichul Chung; Geunsoo Yoo; Sungwook Kwon; Jinna Yoon |
| 11/14/2011 | 이명로; 강한길; 박인곤; 윤수정; 원준호; 이상연; 김경택; 이은수; 조일행; 권오채; 강능은; 윤이은; 김자영; 김민경; 이선영; 왕지연; 김호; 허은정; 임덕신; 김영미; 전희경; 서애정; 이지은; 이자미; 이승룡; 유승헌; 송현정; 김아영; 하정미; 임완수; 배동환; 나석희; 임동회; 이주형; 임유진; 황호익 |
| Translation of Above | Hankil Kang; Ingon Park; Myeongroh Lee; Myungro Lee; Soojung Yoon; Joonho Won; Sangyeon Lee; Kyungtaek Kim; Eunsoo Lee; Ilhaeng Cho; Ohchae Kwon; Neungeun Kang; Yieun Yoon; Jayoung Kim;  Minkyung Kim; Sunyoung Yi; Jiyeon Wang; Ho Kim; Eunjung Heo; Dukshin Im; Youngmi Kim; Heekyung Chun; Aejung Seo; Jieun Lee; Jami Lee; Seungryong Lee; Seunghun Yoo; Hyunjung Song; Ahyoung Kim; Jungmi Ha; Wansoo Im; Donghwan Bae; Seokhee Na; Donghoe Im; Joohyung Lee; Yoojin Im; Hoik Hwang; |
| 11/15/2011 | 배동환; 이민경; 권민수; 최은선; 이민선; 이형민; 김재원; 김광우; 안가람; 김보아; 권진희; 강민희; 강소지; 임완수; 정원희; 서경화 |
| Translation of Above | Donghwan Bae; Minkyung Lee; Minsoo Kwon; Eunsun Choi; Minsun Lee; Hyungmin Lee; Jaewon Kim; Kwangwoo Kim; Garam Ahn; Boa Kim; Jinhee Kwon; Minhee Kang; Soji Kang; Wansoo Im; Wonhee Chung; Kyunghwa Seo |
| 12/12/2011 | 진덕양; 이창한; 현상민; 이지영 |
| Translation of Above | Deokyang Jin; Chang Han Lee; Sangmin Hyun; Jiyoung Lee |
| 12/21/2011 | Joonil Choi; Yeona Yi; Dean D. H. Seo |
| 1/20/2012 | Jaewan Chi; Minhyung Chung; Kenneth Korea; Seongwoo Kim; 이상은; |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| | 윤성원; 박수진; 김광현; Kun Ro; 이재호; 차동우 |
| Translation of Above | Jaewan Chi; Minhyung Chung; Kenneth Korea; Seongwoo Kim; Sangeun Lee; Sungwon Yoon; Soojin Park; Kwanghyun Kim; Kun Ro; Jaeho Lee; Dongwoo Cha |
| 1/25/2012 | Seunggun Park |
| 1/26/2012 | Inho Kim; In-Ho Kim; Younghee Lee; Young Hoon Eom |
| 2/13/2012 | Jong Dae Park |
| 3/2/2012 | 최원석; 황지원; 하도형; 강한길; 이기영; 민병건; 김국환; 여인영; 정재웅 |
| Translation of Above | Wonseok Choi; Jiwon Hwang; Dohyung Ha; Hankil Kang; Kiyoung Lee; Byunggun Min; Kookhwan Kim; Inyoung Yeo; Jaewoong Chung |
| 3/5/2012 | Kihyung Nam |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY