# EXHIBIT 1
# FILED UNDER SEAL

.

| | |
|---|---|
| **From:** | 채원철 <woncheol.chai@samsung.com> |
| **Sent:** | Sunday, March 06, 2011 3:07 AM |
| **To:** | 김희덕 |
| **Cc:** | 이철환; 고동진; 김헌배; 이동창; 조용필; 최준일; 김종인; 김창한 |
| **Subject:** | Re: 대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록 배포 |
| **Attachments:** | 201103062006273_BEI0XT4N.jpg; 대표이사 주관 점검회의 회의록_110305.gul |

김희덕전무님

회의록에는 빠져있습니다만
부회장님 말씀하신 GB OS Upgrade 시 SKT 로부터 버젼을 승인 받은후에
삼성 Home screen 등 화면 (가입자 유인책)을 추가시켜
삼성 서버에서 OS Upgrade 서비스를 제공할수 있는 방안을 검토하셔서 실장님께 보고 해주시기 부탁드립니다.

 - 부회장님 의도는 종국적으로 SKT 와 상관없이 별도로 우리가 소비자들에게 우리 Appl 등 서비스를
   독자적으로 제공하자는 것으로 이해되나, 초기에는 Home screen 등이 대안이라고 생각됩니다.

필요하시면 상품기획, MSC 와 협의할수 있는 자리를 만들도록 하겠읍니다.


채원철드림

------- Original Message -------
Sender : 최준일<joonil.choi@samsung.com> G5(과장)/담당과장/개발관리그룹(무선)/삼성전자
Date : 2011-03-05 19:44 (GMT+09:00)
Title : 대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록 배포

❏ 수 신 : 수신처 제위
❏ 발 신 : 개발관리그룹
❏ 제 목 : 대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록 배포


안녕하십니까?
개발관리그룹 최준일 입니다.

금일 진행된
대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록을 하기 및 첨부와 같이
배포하오니, 업무에 참조하여 주시기 바랍니다.


## [ 회 의 록 ]


❏ 일 시 : 3월 5일(토)
        13:30 ~ 15:00

1

**Highly Confidential - Attorneys' Eyes Only**                    SAMNDCA11560890

▢ 장 소 : R3 27 층 Board Room

▢ 주요 의사 결정 사항
　– Tablet Series 개발 방안 정립

| P3 | – 두께를 8.78t 로 낮추되 SRA 4/15 로 꿜히 단축하여 개발할 것.<br>(T20 은 그대로 사용) |
| P5 | – AP Chipset 변경(T20 → OMAP4430)하고 두께를 8.8t 이하로<br>개선할 것<br>– P5 는 Touch Only 와 Touch + Qwerty 를 모두 진행할 것. |
| P7 | – AP Chipset 변경(T20 → OMAP4430)하고 두께를 8.8t 이하로<br>개선할 것 |

　– 국내 Galaxy Series Gingerbread upgrade 일정 조정
　　　· Galaxy S GB 업그레이드 목표 : 3/18
　　　　Galaxy A GB 업그레이드 목표 : 4/21
　　　　→ Galaxy S 를 목표대로 개발하되 출시 일정을 다소 늦추더라도
　　　　　시장에서의 Galaxy A 와의 업그레이드 일정 간격을 1 주일 이내로 맞출것.

　– Bada 단말에 대해 Mid / Low Seg 를 공략하기 위한 HVGA 는 도입하지 말것
　　(3rd Party 개발 업체가 다양한 Resolution 에 맞춰 개발하기 힘듦)


Action Item 및 기타 자세한 사항은 첨부 참조 바랍니다.


감사합니다.


※ 첨부 : 대표이사 주관 점검회의 회의록(110305)


최준일(JOON IL, CHOI)
과장(Manager)
개발관리그룹(R&D Management Group)
Mobile & Communication Division
Telecommunication Network
SAMSUNG ELECTRONICS CO.,LTD.

Office : +82-31-301-6948
Mobile : +82-10-7260-6948
E-Mail : joonil.choi@samsung.com

Highly Confidential - Attorneys' Eyes Only　　　　SAMNDCA11560891

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여
관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에
포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개,배포 복사 또는 사용하는 것은 엄격히 금지됩니다.
본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology
or privileged and confidential information otherwise protected under applicable law including the Unfair
Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying
or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.

Highly Confidential - Attorneys' Eyes Only            SAMNDCA11560892

# EXHIBIT 2
# FILED UNDER SEAL

1
WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com

2
WILMER CUTLER PICKERING
HALE AND DORR LLP

3
60 State Street
Boston, Massachusetts 02109

4
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

5

6
MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com

7
WILMER CUTLER PICKERING
HALE AND DORR LLP

8
950 Page Mill Road
Palo Alto, California 94304

9
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

10
Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

11

12
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

13

14
APPLE INC., a California corporation,

15
       Plaintiff,

    vs.

16

17
SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New

18
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,

19
LLC, a Delaware limited liability company,

20
       Defendants.

21

22
SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New

23
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,

24
LLC, a Delaware limited liability company, a
California corporation,

25

26
       Counterclaim-Plaintiffs,

    v.

27
APPLE INC., a California corporation,

28
       Counterclaim-Defendant.

Case No. 11-CV-01846-LHK

**APPLE INC.'S SUPPLEMENTAL
IDENTIFICATION OF CUSTODIANS,
SEARCH TERMS, AND DOCUMENT
RETENTION NOTICES**

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

Plaintiff and Counterclaim-defendant Apple Inc. ("Apple") hereby supplements its prior disclosures (served on October 7, 2011 and November 7, 2011) of custodians, search terms, and document retention notices.  This disclosure does not constitute a waiver of attorney-client, work product, or any other applicable privilege or doctrine.

**SUPPLEMENTAL IDENTIFICATION OF CUSTODIANS & SEARCH TERMS**

A list of custodians from whom documents were collected and the search terms applied to each custodians' documents is provided below:

| Custodian | Search Terms |
|---|---|
| Dicker, George | Exhibit I ('055 patent) |
| Grainger, Morgan | Exhibit I ('055 patent) |
| Alsina, Thomas | Exhibit C ('711 patent) |
| Chapman, Greg | Exhibit C ('711 patent) |
| Eguiluz, Hernan | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Kim, Emilie | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Salinas, Carlos | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Wilkinson, Ian | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Santamaria, Justin | Exhibit F ('871 patent) |
| Hieta, Saku | "PMB8878" or "PMB9801" or "8878" or "9801" or "Intel AND Chip" or "Intel AND Chipset" or "Intel AND Processor" or "Intel AND Baseband" or "Intel AND America" or "iPhone AND PMB" or "iPad AND PMB" or "MDM6610" or "6610" or "MDM" or "iPhone AND MDM" or "Qualcomm AND Chip" or "Qualcomm AND Chipset" or "Qualcomm AND Processor" or "Qualcomm AND Baseband" |
| Lancaster, Chuck | Exhibit M |
| Allen, Andy | Exhibit M |
| Joswiak, Greg | Exhibit M |
| Lutton, Chip | Exhibit N |
| Mavrakakis, Tom | Exhibit N |
| Workman, Helene Plotka | Exhibit N |

| | |
|---|---|
| Singer, David | Exhibit N |
| Teksler, Boris | Exhibit N |
| Buckley, Mark | N/A (targeted production) |
| Dimpflmaier, Ron | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Faheem, Faraz | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Manning, Billy | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Mishra, Puneet | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Muresan, TB | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Narang, Mohit | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |

| | |
|---|---|
| Sanguinetti, Louie | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Schell, Stephan | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Shi, Jason | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Sorensen, Robert | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Stewart, Cole | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Agile, iPhone_BOMs | N/A (non-human custodian) |
| Agile_K48_iPad_BOM Server | N/A (non-human custodian) |
| Server, hutch.apple.com | N/A (non-human custodian) |
| Specs_N3, iPhone_Specs | N/A (non-human custodian) |
| MRD, MRD | N/A (non-human custodian) |
| Server, Agile_iBook_MLB | N/A (non-human custodian) |
| Server, Agile_iSight_MLB | N/A (non-human custodian) |

1

## SUPPLEMENTAL DISCLOSURE OF DOCUMENT RETENTION NOTICES

2

| Exhibit | Date Notice Was Sent to Recipient | List of Recipients |
|---------|-----------------------------------|--------------------|
| O | May 17, 2011 | *See* Exhibit FF |
| P | June 2, 2011 | *See* Exhibit FF |
| Q | June 28, 2011 | *See* Exhibit FF |
| R | August 1, 2011 | *See* Exhibit FF |
| S | August 1, 2011 | *See* Exhibit FF |
| T | August 2, 2011 | *See* Exhibit FF |
| U | August 22, 2011 | *See* Exhibit FF |
| V | August 23, 2011 | *See* Exhibit FF |
| W | August 31, 2011 | *See* Exhibit FF |
| X | September 16, 2011 | *See* Exhibit FF |
| Y | September 26, 2011 | *See* Exhibit FF |
| Z | September 30, 2011 | *See* Exhibit FF |
| AA | November 11, 2011 | *See* Exhibit FF |
| BB | January 30, 2012 | *See* Exhibit FF |
| CC | February 8, 2012 | *See* Exhibit FF |
| DD | February 14, 2012 | *See* Exhibit FF |
| EE | February 16, 2012 | *See* Exhibit FF |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on February 22, 2012 by e-mail upon the following:

4

5

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)

6

Quinn Emanuel Urquhart & Sullivan LLP

7

50 California Street, 22nd Floor
San Francisco, California 94111

8

Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

9

10

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)

11

Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)

12

Quinn Emanuel Urquhart & Sullivan LLP

13

555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065

14

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

15

16

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)

17

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor

18

New York, New York 10010
Telephone: (212) 849-7000

19

Facsimile: (212) 849-7100

20

Michael T. Zeller (Cal. Bar No. 196417)

21

(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP

22

865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

23

Telephone: (213) 443-3000
Facsimile: (213) 443-3100

24

25

26

*/s/ Mark D. Selwyn*

27

Mark D. Selwyn

28

# EXHIBIT FF

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Aaron | Ackerman |
| Exhibit O | Andre | Boule |
| Exhibit O | Andrew | Platzer |
| Exhibit O | Alan | Wang |
| Exhibit O | Anh | Luong |
| Exhibit O | Ana | Lin |
| Exhibit O | Anand | Sethuraman |
| Exhibit O | Karthik | Anantharaman |
| Exhibit O | Andy | Allen |
| Exhibit O | Art | Rangel |
| Exhibit O | Abhishek | Sen |
| Exhibit O | Brett | Alten |
| Exhibit O | Bharath | Narasimha Rao |
| Exhibit O | Billy | Leung |
| Exhibit O | Bill | Noellert |
| Exhibit O | Thomas | Boger |
| Exhibit O | Greg | Bolsinga |
| Exhibit O | Brad | Moore |
| Exhibit O | Brian | Whitaker |
| Exhibit O | Tim | Brinegar |
| Exhibit O | Bhaskar | Vadathavoor |
| Exhibit O | Wes | Calidonna |
| Exhibit O | Cameron | Rogers |
| Exhibit O | Frank | Casanova |
| Exhibit O | Chris | Becherer |
| Exhibit O | Chris | Blumenberg |
| Exhibit O | Christi | Wilkerson |
| Exhibit O | Chris | Huber |
| Exhibit O | Chuck | Pisula |
| Exhibit O | Chinmay | Maru |
| Exhibit O | Kim | Cooper |
| Exhibit O | Cole | Stewart |
| Exhibit O | David | Tom |
| Exhibit O | David | Kilzer |
| Exhibit O | David | Kong |
| Exhibit O | David | Moody |
| Exhibit O | Eyan | Al-Shemali |
| Exhibit O | Ed | Scott |
| Exhibit O | Efrain | Villasenor |
| Exhibit O | Velu | Elangovan |
| Exhibit O | Eric | Jue |
| Exhibit O | Faraz | Faheem |
| Exhibit O | Leslie | Fithian |
| Exhibit O | Scott | Forstall |
| Exhibit O | Linda Frager | Taylor |
| Exhibit O | Nitin | Ganatra |
| Exhibit O | Garwood | Kotite |
| Exhibit O | George | Dicker |
| Exhibit O | Gordie | Freedman |
| Exhibit O | Jared | Gosler |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Greg | Wallace |
| Exhibit O | Scott | Herz |
| Exhibit O | James | Imahiro |
| Exhibit O | Jim | Yang |
| Exhibit O | Cherif | Jazra |
| Exhibit O | Joyce | Chow |
| Exhibit O | Jai | Dhar |
| Exhibit O | Jennifer | Henry |
| Exhibit O | Jesse | Yu |
| Exhibit O | Jinku | Kim |
| Exhibit O | Jorge | Rivera Espinoza |
| Exhibit O | Gregory | Joswiak |
| Exhibit O | Jeremy | Sandmel |
| Exhibit O | John | Harper |
| Exhibit O | Jason | Shi |
| Exhibit O | Jayna | Whitt |
| Exhibit O | Kaiann | Drance |
| Exhibit O | Ken | Bridges |
| Exhibit O | Ken | Kocienda |
| Exhibit O | Mazen | Laimon |
| Exhibit O | Henri | Lamiraux |
| Exhibit O | Chuck | Lancaster |
| Exhibit O | Lauren | Black |
| Exhibit O | Larry | Lowe |
| Exhibit O | Laura | Metz |
| Exhibit O | Louie | Sanguinetti |
| Exhibit O | Li | Su |
| Exhibit O | Michael | Lewis |
| Exhibit O | Madhusudan | Chaudhary |
| Exhibit O | Shivesh | Makharia |
| Exhibit O | Jeff | Maranhas |
| Exhibit O | Tom | Mavrakakis |
| Exhibit O | Mark | Buckley |
| Exhibit O | Mike | Chen |
| Exhibit O | Michael | Miramontes |
| Exhibit O | Monica | Tran |
| Exhibit O | Natalie | Kerris |
| Exhibit O | Naveen | Rawat |
| Exhibit O | Nghiep | Bui |
| Exhibit O | Dan | Dion |
| Exhibit O | Peggy | Nguyen |
| Exhibit O | Nhan | Nguyen |
| Exhibit O | Nick | Lum |
| Exhibit O | Nima | Parivar |
| Exhibit O | Vijay | Parpia |
| Exhibit O | Ping | Toh |
| Exhibit O | Helene | Workman |
| Exhibit O | Paul | Marcos |
| Exhibit O | Barbara | Poyer |
| Exhibit O | Prashant | Vashi |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Qishan | Yu |
| Exhibit O | Qin | Zhang |
| Exhibit O | Rati | Agrawal |
| Exhibit O | Ron | Dimpflmaier |
| Exhibit O | Richard | Edwards |
| Exhibit O | Richard | Williamson |
| Exhibit O | Rebecca | Ling |
| Exhibit O | Chip | Lutton |
| Exhibit O | Robert | Scritzky |
| Exhibit O | Chris | Roberts |
| Exhibit O | Rodrigo | Quinteros Soria |
| Exhibit O | Rob | Sorensen |
| Exhibit O | Robert | Ulrich |
| Exhibit O | Sachin | Sane |
| Exhibit O | SangHo | Baek |
| Exhibit O | Swaminathan | Balakrishnan |
| Exhibit O | Johnson | Sebeni |
| Exhibit O | Seejo | Pylappan |
| Exhibit O | Shawn | Ellis |
| Exhibit O | Serena | Chang |
| Exhibit O | Tahir | Shamim |
| Exhibit O | Evelyn | Shimazaki |
| Exhibit O | Meriko | Borogove |
| Exhibit O | Steve | Hotelling |
| Exhibit O | Sindhu | Sivasankaran Nair |
| Exhibit O | Sissie | Twiggs |
| Exhibit O | Lacey | Li |
| Exhibit O | Doug | Smith |
| Exhibit O | Srini | Nimmala |
| Exhibit O | Michael | Stallman |
| Exhibit O | Stan | Ng |
| Exhibit O | John | Stauffer |
| Exhibit O | Steve | Sinclair |
| Exhibit O | Dan | Strengier |
| Exhibit O | Supriya | Gujral |
| Exhibit O | Sree | Vallath |
| Exhibit O | Sarma | Vangala |
| Exhibit O | Srini | Vasudevan |
| Exhibit O | Davina | Takeda |
| Exhibit O | Tamara | Whiteside |
| Exhibit O | Todd | Benjamin |
| Exhibit O | Michael | Tchao |
| Exhibit O | Tracey | Chavers |
| Exhibit O | Boris | Teksler |
| Exhibit O | Tom | Gee |
| Exhibit O | TB | Muresan |
| Exhibit O | Tong | Liu |
| Exhibit O | Romain | Trilling |
| Exhibit O | Rick | von Wohld |
| Exhibit O | Wanping | Zhang |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Wade | Barnes |
| Exhibit O | Jay | Welshofer |
| Exhibit O | Billy | Manning |
| Exhibit O | Wesley | Lilienthal |
| Exhibit O | Wayne | Westerman |
| Exhibit O | Longda | Xing |
| Exhibit O | Yu-Lin | Wang |
| Exhibit P | Paul | Baker |
| Exhibit P | Daniel | Borges |
| Exhibit P | Chris | Hartman |
| Exhibit P | Shuvo | Chatterjee |
| Exhibit P | Imran | Chaudhri |
| Exhibit P | Tito | Thomas |
| Exhibit P | Kapil | Chhabra |
| Exhibit P | Charles | Dominguez |
| Exhibit P | Tashbeeb | Haque |
| Exhibit P | Pierre | Vandwalle |
| Exhibit P | Andreas | Wolf |
| Exhibit P | Arun | Mathias |
| Exhibit P | Ben | Juang |
| Exhibit P | Tech | Yang Lee |
| Exhibit P | Haining | Zhang |
| Exhibit P | Alex | Ho |
| Exhibit P | Chaithanya | Chikkur Dattatraya |
| Exhibit P | Ron | Huang |
| Exhibit P | Rob | Mayor |
| Exhibit P | Aon | Mujtaba |
| Exhibit P | Xiaowen | Wang |
| Exhibit P | Kee-Bong | Song |
| Exhibit P | Sundar | Shiva |
| Exhibit Q | Dallas | De Atley |
| Exhibit Q | Paul | Chinn |
| Exhibit Q | Curtis | Galloway |
| Exhibit Q | Adi | Masputra |
| Exhibit Q | Josh | Graessley |
| Exhibit Q | Michael | Brouwer |
| Exhibit Q | Dan | Wilson |
| Exhibit Q | Bala | Bhat |
| Exhibit Q | Allan | Nathanson |
| Exhibit Q | Toby | Paterson |
| Exhibit Q | Josh | Shaffer |
| Exhibit Q | David | Carson |
| Exhibit Q | Steve | Swales |
| Exhibit Q | Stan | Jirman |
| Exhibit Q | Assana | Fard |
| Exhibit Q | Derek | Clegg |
| Exhibit Q | Morgan | Grainger |
| Exhibit Q | Antti | Koivisto |
| Exhibit Q | Yasuo | Kida |
| Exhibit R | Scott | Forstall |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Henri | Lamiraux |
| Exhibit R | Ken | Kocienda |
| Exhibit R | Nitin | Ganatra |
| Exhibit R | Richard | Williamson |
| Exhibit R | Toby | Paterson |
| Exhibit R | Scott | Herz |
| Exhibit R | Paul | Marcos |
| Exhibit R | Stan | Jirman |
| Exhibit R | Chuck | Pisula |
| Exhibit R | Chris | Blumenberg |
| Exhibit R | George | Dicker |
| Exhibit R | David | Carson |
| Exhibit R | Steve | Swales |
| Exhibit R | Brad | Moore |
| Exhibit R | Seejo | Pylappan |
| Exhibit R | Greg | Bolsinga |
| Exhibit R | Shuvo | Chatterjee |
| Exhibit R | David | Kilzer |
| Exhibit R | Andre | Boule |
| Exhibit R | Gordie | Freedman |
| Exhibit R | Andrew | Platzer |
| Exhibit R | Josh | Shaffer |
| Exhibit R | Jason | Shi |
| Exhibit R | Eyad | Al-Shemali |
| Exhibit R | Madhusudan | Chaudhary |
| Exhibit R | Karthik | Anantharaman |
| Exhibit R | Velu | Elangovan |
| Exhibit R | Cherif | Jazra |
| Exhibit R | Tong | Liu |
| Exhibit R | Bharath | Narasimha Rao |
| Exhibit R | Abhishek | Sen |
| Exhibit R | Faraz | Faheem |
| Exhibit R | SangHo | Baek |
| Exhibit R | Swaminathan | Balakrishnan |
| Exhibit R | Mazen | Laimon |
| Exhibit R | Lacey | Li |
| Exhibit R | Rebecca | Ling |
| Exhibit R | Shivesh | Makharia |
| Exhibit R | Naveen | Rawat |
| Exhibit R | Sachin | Sane |
| Exhibit R | Tahir | Shamim |
| Exhibit R | Sindhu | Sivasankaran Nair |
| Exhibit R | Sree | Vallath |
| Exhibit R | Sarma | Vangala |
| Exhibit R | Prashant | Vashi |
| Exhibit R | Srini | Vasudevan |
| Exhibit R | Wanping | Zhang |
| Exhibit R | Srini | Nimmala |
| Exhibit R | Johnson | Sebeni |
| Exhibit R | Rati | Agrawal |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Romain | Trilling |
| Exhibit R | Yu-Lin | Wang |
| Exhibit R | Li | Su |
| Exhibit R | Longda | Xing |
| Exhibit R | Qin | Zhang |
| Exhibit R | Cole | Stewart |
| Exhibit R | Tito | Thomas |
| Exhibit R | Kapil | Chhabra |
| Exhibit R | Charles | Dominguez |
| Exhibit R | Tashbeeb | Haque |
| Exhibit R | Pierre | Vandwalle |
| Exhibit R | Andreas | Wolf |
| Exhibit R | Arun | Mathias |
| Exhibit R | Ben | Juang |
| Exhibit R | Teck | Yang Lee |
| Exhibit R | Haining | Zhang |
| Exhibit R | Alex | Ho |
| Exhibit R | Chaithanya | Chikkur Dattatraya |
| Exhibit R | Ron | Huang |
| Exhibit R | Rob | Mayor |
| Exhibit R | Aon | Mujtaba |
| Exhibit R | Xiaowen | Wang |
| Exhibit R | Kee-Bong | Song |
| Exhibit R | Morgan | Grainger |
| Exhibit R | Louie | Sanguinetti |
| Exhibit R | Nghiep | Bui |
| Exhibit R | Ron | Dimpflmaier |
| Exhibit R | Billy | Leung |
| Exhibit R | Wesley | Lilienthal |
| Exhibit R | Anh | Luong |
| Exhibit R | Bill | Noellert |
| Exhibit R | Rodrigo | Quinteros Soria |
| Exhibit R | Rob | Sorensen |
| Exhibit R | Efrain | Villasenor |
| Exhibit R | Brian | Whitaker |
| Exhibit R | Jim | Yang |
| Exhibit R | Wade | Barnes |
| Exhibit R | Chris | Huber |
| Exhibit R | Nick | Lum |
| Exhibit R | Jesse | Yu |
| Exhibit R | Jai | Dhar |
| Exhibit R | Wes | Calidonna |
| Exhibit R | Tracey | Chavers |
| Exhibit R | Tom | Gee |
| Exhibit R | Jinku | Kim |
| Exhibit R | Jorge | Rivera Espinoza |
| Exhibit R | Daniel | Kong |
| Exhibit R | Nhan | Nguyen |
| Exhibit R | Dan | Strengier |
| Exhibit R | Ping | Toh |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Bhaskar | Vadathavoor |
| Exhibit R | Chinmay | Maru |
| Exhibit R | Vijay | Parpia |
| Exhibit R | Michael | Stallman |
| Exhibit R | Qishan | Yu |
| Exhibit R | TB | Muresan |
| Exhibit R | Billy | Manning |
| Exhibit R | Nima | Parivar |
| Exhibit R | Wayne | Westerman |
| Exhibit R | Daniel | Borges |
| Exhibit R | Chris | Hartman |
| Exhibit R | Steve | Hotelling |
| Exhibit R | John | Stauffer |
| Exhibit R | Meriko | Borogove |
| Exhibit R | Sundar | Shiva |
| Exhibit R | Jeremy | Sandmel |
| Exhibit R | Assana | Fard |
| Exhibit R | Derek | Clegg |
| Exhibit R | John | Harper |
| Exhibit R | Robert | Scritzky |
| Exhibit R | Greg | Wallace |
| Exhibit R | Robert | Ulrich |
| Exhibit R | Dallas | De Atley |
| Exhibit R | Paul | Chinn |
| Exhibit R | Curtis | Galloway |
| Exhibit R | Adi | Masputra |
| Exhibit R | Josh | Graessley |
| Exhibit R | Michael | Brouwer |
| Exhibit R | Dan | Wilson |
| Exhibit R | Bala | Bhat |
| Exhibit R | Allan | Nathanson |
| Exhibit R | Antti | Koivisto |
| Exhibit R | Yasuo | Kida |
| Exhibit R | Paul | Baker |
| Exhibit R | Imran | Chaudhri |
| Exhibit R | Garwood | Kotite |
| Exhibit R | Mike | Chen |
| Exhibit R | Chris | Roberts |
| Exhibit R | Dan | Dion |
| Exhibit R | Doug | Smith |
| Exhibit R | Ana | Lin |
| Exhibit R | Barbara | Poyer |
| Exhibit R | Davina | Takeda |
| Exhibit R | Andy | Allen |
| Exhibit R | Alan | Wang |
| Exhibit R | Chuck | Lancaster |
| Exhibit R | Mark | Buckley |
| Exhibit R | Peggy | Nguyen |
| Exhibit R | David | Moody |
| Exhibit R | Todd | Benjamin |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Linda Frager | Taylor |
| Exhibit R | Thomas | Boger |
| Exhibit R | Laura | Metz |
| Exhibit R | Cameron | Rogers |
| Exhibit R | Jay | Welshofer |
| Exhibit R | Michael | Tchao |
| Exhibit R | Gregory | Joswiak |
| Exhibit R | Lauren | Black |
| Exhibit R | Chris | Becherer |
| Exhibit R | Frank | Casanova |
| Exhibit R | Supriya | Gujral |
| Exhibit R | Stan | Ng |
| Exhibit R | Tim | Brinegar |
| Exhibit R | Eric | Jue |
| Exhibit R | Steve | Sinclair |
| Exhibit R | Kaiann | Drance |
| Exhibit R | Jeff | Maranhas |
| Exhibit R | Monica | Tran |
| Exhibit R | Christi | Wilkerson |
| Exhibit R | Arthur | Rangel |
| Exhibit R | James | Imahiro |
| Exhibit R | Natalie | Kerris |
| Exhibit R | Jared | Gosler |
| Exhibit R | Sissie | Twiggs |
| Exhibit R | Aaron | Ackerman |
| Exhibit R | Michael | Lewis |
| Exhibit R | Jennifer | Henry |
| Exhibit R | Tamara | Whiteside |
| Exhibit R | Kim | Cooper |
| Exhibit R | Richard | Edwards |
| Exhibit R | Larry | Lowe |
| Exhibit R | Michael | Miramontes |
| Exhibit R | Evelyn | Shimazaki |
| Exhibit R | David | Tom |
| Exhibit R | Leslie | Fithian |
| Exhibit R | Joyce | Chow |
| Exhibit R | Chip | Lutton |
| Exhibit R | Boris | Teksler |
| Exhibit R | Ed | Scott |
| Exhibit R | Helene | Plotka Workman |
| Exhibit R | Brett | Alten |
| Exhibit R | Anand | Sethuraman |
| Exhibit R | Rick | von Wohld |
| Exhibit R | Jayna | Whitt |
| Exhibit R | Ken | Bridges |
| Exhibit R | Tom | Mavrakakis |
| Exhibit S | Prasanna | Kalkura |
| Exhibit S | Michael | O'Dwyer |
| Exhibit S | Stanley | Kuo |
| Exhibit S | Sapna | Mittal |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit S | Roger | Pantos |
| Exhibit S | David | Singer |
| Exhibit S | Indranil | Sen |
| Exhibit T | Kelly | Altick |
| Exhibit U | Thomas | Alsina |
| Exhibit U | Greg | Chapman |
| Exhibit V | Michael | O'Sullivan |
| Exhibit V | Cathy | Kearney |
| Exhibit V | Erik | Stannow |
| Exhibit V | Stefano | Liotta |
| Exhibit V | Eshwar | Vangala |
| Exhibit V | Alistair | McFarlane |
| Exhibit V | Enzo | Biagini |
| Exhibit V | Marco | Bossi |
| Exhibit V | Mauro | Cardaio |
| Exhibit W | William | Stewart |
| Exhibit W | Eric | Allamanche |
| Exhibit W | Barry | Haskell |
| Exhibit W | Sassan | Ahmadi |
| Exhibit W | Xiangying | Yang |
| Exhibit W | Li | Li |
| Exhibit W | Kevin | McLaughlin |
| Exhibit W | Audra | Liu |
| Exhibit W | Benjamin | Vigier |
| Exhibit W | David | Haggerty |
| Exhibit W | Matt | Mow |
| Exhibit W | Stephan | Schell |
| Exhibit W | Naushad | Zaveri |
| Exhibit W | Jerry | Hauck |
| Exhibit W | Justin | Santamaria |
| Exhibit X | Mohit | Narang |
| Exhibit X | Puneet | Mishra |
| Exhibit Y | Hernan | Eguiluz |
| Exhibit Y | Emilie | Kim |
| Exhibit Y | Carlos | Salinas |
| Exhibit Y | Ian | Wilkinson |
| Exhibit Y | Greg | Novick |
| Exhibit Z | John | Elias |
| Exhibit Z | Greg | Christie |
| Exhibit Z | Alexei | Kosut |
| Exhibit Z | Andrew | Platzer |
| Exhibit Z | Sean | Kelly |
| Exhibit Z | Jeff | Robbin |
| Exhibit AA | Olivier | Bonnet |
| Exhibit BB | Alex | Ho |
| Exhibit BB | Andreas | Wolf |
| Exhibit BB | Arun | Mathias |
| Exhibit BB | Ben-Heng | Juang |
| Exhibit BB | Chaithanya | Chikkur Dattatraya |
| Exhibit BB | Charles | Dominguez |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Christiaan | Hartman |
| Exhibit BB | Daniel | Borges |
| Exhibit BB | Haining | Zhang |
| Exhibit BB | imran | Chaudhri |
| Exhibit BB | Kapil | Chhabra |
| Exhibit BB | Kee-Bong | Song |
| Exhibit BB | Paul | Baker |
| Exhibit BB | Pierre | Vandwalle |
| Exhibit BB | Robert | Mayor |
| Exhibit BB | Ron | Huang |
| Exhibit BB | Sundararaman | Shiva |
| Exhibit BB | Syed | Mujtaba |
| Exhibit BB | Tashbeeb | Haque |
| Exhibit BB | Teck | Yang Lee |
| Exhibit BB | Tito | Thomas |
| Exhibit BB | Xiaowen | Wang |
| Exhibit BB | Allan | Nathanson |
| Exhibit BB | Assana | Fard |
| Exhibit BB | Balasubramanya | Bhat |
| Exhibit BB | Cahya | Masputra |
| Exhibit BB | Curtis | Galloway |
| Exhibit BB | Dallas | De Atley |
| Exhibit BB | Daniel | Wilson |
| Exhibit BB | David | Carson |
| Exhibit BB | Derek | Clegg |
| Exhibit BB | Joshua | Graessley |
| Exhibit BB | Joshua | Shaffer |
| Exhibit BB | Michael | Brouwer |
| Exhibit BB | Morgan | Grainger |
| Exhibit BB | Paul | Chinn |
| Exhibit BB | Stephen | Swales |
| Exhibit BB | Toby | Paterson |
| Exhibit BB | Yasuo | Kida |
| Exhibit BB | David | Singer |
| Exhibit BB | Indranil | Sen |
| Exhibit BB | Michael | O'Dwyer |
| Exhibit BB | Prasanna | Kalkura |
| Exhibit BB | Roger | Pantos |
| Exhibit BB | Sapna | Mittal |
| Exhibit BB | Kelly | Altick |
| Exhibit BB | Gregory | Chapman |
| Exhibit BB | Thomas | Alsina |
| Exhibit BB | Alistair | McFarlane |
| Exhibit BB | Cathy | Kearney |
| Exhibit BB | Enzo | Biagini |
| Exhibit BB | Erik | Stannow |
| Exhibit BB | Marco | Bossi |
| Exhibit BB | Mauro | Cardaio |
| Exhibit BB | Michael | O'Sullivan |
| Exhibit BB | Stefano | Liotta |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Subrahmanyeshwar | Vangala |
| Exhibit BB | Audra | Liu |
| Exhibit BB | Barry | Haskell |
| Exhibit BB | David | Haggerty |
| Exhibit BB | Eric | Allamanche |
| Exhibit BB | Jerrold | Hauck |
| Exhibit BB | Justin | Santamaria |
| Exhibit BB | Kevin | McLaughlin |
| Exhibit BB | Li | Li |
| Exhibit BB | Matthew | Mow |
| Exhibit BB | Naushad | Zaveri |
| Exhibit BB | Stephan | Schell |
| Exhibit BB | William | Stewart |
| Exhibit BB | Xiangying | Yang |
| Exhibit BB | Mohit | Narang |
| Exhibit BB | Puneet | Mishra |
| Exhibit BB | Alexei | Kosut |
| Exhibit BB | Andrew | Platzer |
| Exhibit BB | Gregory | Christie |
| Exhibit BB | Jeffrey | Robbin |
| Exhibit BB | Sean | Kelly |
| Exhibit BB | Aaron | Ackermann |
| Exhibit BB | Abhishek | Sen |
| Exhibit BB | Anand | Sethuraman |
| Exhibit BB | Andre | Boule |
| Exhibit BB | Andrew | Allen |
| Exhibit BB | Anh | Luong |
| Exhibit BB | Arthur | Rangel |
| Exhibit BB | Bharath | Narasimha Rao |
| Exhibit BB | Bhaskar | Vadathavoor |
| Exhibit BB | Billy | Leung |
| Exhibit BB | Boris | Teksler |
| Exhibit BB | Bradford | Moore |
| Exhibit BB | Brett | Alten |
| Exhibit BB | Brian | Whitaker |
| Exhibit BB | Cameron | Rogers |
| Exhibit BB | Charles | Lancaster |
| Exhibit BB | Cherif | Jazra |
| Exhibit BB | Chinmay | Maru |
| Exhibit BB | Christopher | Blumenberg |
| Exhibit BB | Christopher | Huber |
| Exhibit BB | Christopher | Becherer |
| Exhibit BB | Christopher | Roberts |
| Exhibit BB | Cole | Stewart |
| Exhibit BB | Daniel | Dion |
| Exhibit BB | Daniel | Kong |
| Exhibit BB | David | Moody |
| Exhibit BB | David | Kilzer |
| Exhibit BB | David | Tom |
| Exhibit BB | Davina | Takeda |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Douglas | Smith |
| Exhibit BB | Edward | Scott |
| Exhibit BB | Eric | Jue |
| Exhibit BB | Evelyn | Shimazaki |
| Exhibit BB | Faraz | Faheem |
| Exhibit BB | Frank | Casanova |
| Exhibit BB | Garwood | Kotite |
| Exhibit BB | George | Dicker |
| Exhibit BB | Gordon | Freedman |
| Exhibit BB | Greg | Joswiak |
| Exhibit BB | Gregory | Bolsinga |
| Exhibit BB | Gregory | Wallace |
| Exhibit BB | Helene | Workman |
| Exhibit BB | Hsiang-Yin | Lin |
| Exhibit BB | Jai | Dhar |
| Exhibit BB | James | Imahiro |
| Exhibit BB | Olivier | Bonnet |
| Exhibit BB | Emilie | Kim |
| Exhibit BB | Gregory | Novick |
| Exhibit BB | James | Yang |
| Exhibit BB | Jared | Gosler |
| Exhibit BB | Jeffrey | Maranhas |
| Exhibit BB | Jennifer | Henry |
| Exhibit BB | Jeremy | Sandmel |
| Exhibit BB | Jesse | Yu |
| Exhibit BB | Jianxiong | Shi |
| Exhibit BB | Jinghua | Ling |
| Exhibit BB | Jinku | Kim |
| Exhibit BB | John | Welshofer |
| Exhibit BB | John | Harper |
| Exhibit BB | John | Stauffer |
| Exhibit BB | Johnson | Sebeni |
| Exhibit BB | Jorge | Rivera Espinoza |
| Exhibit BB | Joyce | Chow |
| Exhibit BB | Kaiann | Drance |
| Exhibit BB | Karthik | Anantharaman |
| Exhibit BB | Kenneth | Kocienda |
| Exhibit BB | Kim | Cooper |
| Exhibit BB | Larry | Lowe |
| Exhibit BB | Laura | Metz |
| Exhibit BB | Lauren | Black |
| Exhibit BB | Leslie | Fithian |
| Exhibit BB | Li | Su |
| Exhibit BB | Linda | Taylor |
| Exhibit BB | Longda | Xing |
| Exhibit BB | Louie | Sanguinetti |
| Exhibit BB | Madhusudan | Chaudhary |
| Exhibit BB | Mark | Buckley |
| Exhibit BB | Mary | Twiggs |
| Exhibit BB | Mazen | Laimon |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | meriko | borogove |
| Exhibit BB | Merri | Wilkerson |
| Exhibit BB | Michael | Tchao |
| Exhibit BB | Michael | Miramontes |
| Exhibit BB | Michael | Stallman |
| Exhibit BB | Michael | Lewis |
| Exhibit BB | Michael | Chen |
| Exhibit BB | Monica | Tran |
| Exhibit BB | Natalie | Kerris |
| Exhibit BB | Naveen | Rawat |
| Exhibit BB | Nghiep | Bui |
| Exhibit BB | Nhan | Nguyen |
| Exhibit BB | Nicholas | Lum |
| Exhibit BB | Nima | Parivar |
| Exhibit BB | Paul | Marcos |
| Exhibit BB | Peggy | Nguyen |
| Exhibit BB | Prashant | Vashi |
| Exhibit BB | Qin | Zhang |
| Exhibit BB | Qishan | Yu |
| Exhibit BB | Rati | Agrawal |
| Exhibit BB | Richard | Williamson |
| Exhibit BB | Richard | von Wohld |
| Exhibit BB | Richard | Edwards |
| Exhibit BB | Robert | Ulrich |
| Exhibit BB | Robert | Scritzky |
| Exhibit BB | Robert | Sorensen |
| Exhibit BB | Ronald | Dimpflmaier |
| Exhibit BB | Sachin | Sane |
| Exhibit BB | SangHo | Baek |
| Exhibit BB | Sarma | Vangala |
| Exhibit BB | Scott | Forstall |
| Exhibit BB | Scott | Herz |
| Exhibit BB | Seejo | Pylappan |
| Exhibit BB | Shivesh | Makharia |
| Exhibit BB | Si | Li |
| Exhibit BB | Sindhu | Sivasankaran Nair |
| Exhibit BB | Sreevalsan | Vallath |
| Exhibit BB | Srinivasan | Vasudevan |
| Exhibit BB | Srinivasan | Nimmala |
| Exhibit BB | Stanley | Ng |
| Exhibit BB | Steven | Hotelling |
| Exhibit BB | Steven | Sinclair |
| Exhibit BB | Supriya | Gujral |
| Exhibit BB | Swaminathan | Balakrishnan |
| Exhibit BB | Tahir | Shamim |
| Exhibit BB | Tamara | Whiteside |
| Exhibit BB | Thanigaivelu | Elangovan |
| Exhibit BB | Thomas | Boger |
| Exhibit BB | Thomas | Gee |
| Exhibit BB | Tiberiu | Muresan |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Tom | Mavrakakis |
| Exhibit BB | Tong | Liu |
| Exhibit BB | Tracey | Chavers |
| Exhibit BB | Vijay | Parpia |
| Exhibit BB | Wanping | Zhang |
| Exhibit BB | Wayne | Westerman |
| Exhibit BB | Wei | Wang |
| Exhibit BB | Wesley | Calidonna |
| Exhibit BB | William | Noellert |
| Exhibit BB | Yu-Lin | Wang |
| Exhibit BB | Yuping | Toh |
| Exhibit BB | Antti | Koivisto |
| Exhibit BB | Michael | Culbert |
| Exhibit BB | Daniel | Rosckes |
| Exhibit BB | Saku | Hieta |
| Exhibit BB | Daniel | Gobera Rubalcava |
| Exhibit BB | Michael | Engber |
| Exhibit BB | David | Falkenburg |
| Exhibit BB | Beth | Kellermann |
| Exhibit BB | Benjamin | Vigier |
| Exhibit BB | Sassan | Ahmadi |
| Exhibit BB | John | Elias |
| Exhibit BB | Barbara | Poyer |
| Exhibit BB | Charles | Pisula |
| Exhibit BB | Daniel | Strengier |
| Exhibit BB | Eyad | Al-Shemali |
| Exhibit BB | Henri | Lamiraux |
| Exhibit BB | Jayna | Whitt |
| Exhibit BB | Todd | Benjamin |
| Exhibit BB | William | Manning |
| Exhibit CC | Tony | Blevins |
| Exhibit DD | Lucas | Newman |
| Exhibit EE | Jeffrey | Terlizzi |

# EXHIBIT 3
# FILED UNDER SEAL

Apple Inc.
Amended Document Retention Notice Distribution

*Apple v. Samsung* (Offensive Case)
Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)
337-TA-796 (ITC)

| Recipient | Date(s) Legal Hold Notice Issued |
|---|---|
| Jody Akana | 9/30/11 |
| Andy Allen | 4/29/11, 6/28/11, 7/29/11 |
| Thomas Alsina | 9/27/11 |
| Kelly Altick | 8/1/11 |
| Bartley "Bart" Andre | 4/29/11, 6/28/11, 7/29/11 |
| Freddy Anzures | 6/28/11, 7/29/11 |
| Bill Bachman | 1/11/12 |
| Jeremy Batalliou | 9/30/11 |
| Jason Beaver | 9/30/11 |
| Chris Becherer | 4/29/11, 6/28/11, 7/29/11 |
| Todd Benjamin | 4/29/11, 6/28/11, 7/29/11 |
| Lauren Black | 4/29/11, 6/28/11, 7/29/11 |
| Chris Blumenberg | 6/28/11, 7/29/11 |
| Tom Boger | 4/29/11, 6/28/11, 7/29/11 |
| Andre Boule | 7/29/11 |
| Tim Brinegar | 4/29/11, 6/28/11, 7/29/11 |
| John Brown | 9/27/11 |
| Mark Buckley | 4/29/11, 6/28/11, 7/29/11 |
| Frank Casanova | 4/29/11, 6/28/11, 7/29/11 |
| Imran Chaudhri | 4/29/11, 6/28/11, 7/29/11 |
| Mike "Finance" Chen | 4/29/11, 6/28/11, 7/29/11 |
| Wei Chen | 12/5/11 |
| Greg Christie | 4/29/11, 6/28/11, 7/29/11 |
| Amy Chuang | 1/25/12 |
| Jai Chulani | 4/29/11, 6/28/11, 7/29/11 |
| Patrick Lee Coffman | 7/29/11 |
| Tim Cook | 7/29/11 |
| Daniel Coster | 4/29/11, 6/28/11, 7/29/11 |
| Caroline Cranfill | 9/30/11 |
| Daniele De Iuliis | 4/29/11, 6/28/11, 7/29/11 |
| Allen Denison II | 4/29/11, 6/28/11, 7/29/11 |
| George Dicker | 9/27/11 |
| Richard Dinh | 1/11/12 |
| Dan Dion | 4/29/11, 6/28/11, 7/29/11 |
| Kaiann Drance | 4/29/11, 6/28/11, 7/29/11 |
| John Elias | 4/29/11, 6/28/11, 7/29/11 |
| Matt Evans | 9/30/11 |
| Scott Forstall | 6/28/11, 7/29/11 |
| Nitin Ganatra | 7/29/11 |

Apple Inc.
Amended Document Retention Notice Distribution

*Apple v. Samsung* (Offensive Case)
Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)
337-TA-796 (ITC)

| Recipient | Date(s) Legal Hold Notice Issued |
|---|---|
| Jared Gosler | 1/11/12 |
| Morgan Grainger | 1/11/12 |
| Martin Grunthaner | 9/27/11 |
| Supriya Gujral | 4/29/11, 6/28/11, 7/29/11 |
| Harry (Haitao) Guo | 9/27/11 |
| Myra Haggerty | 1/11/12 |
| Bradley J. "BJ" Hamel | 4/29/11, 6/28/11, 7/29/11 |
| Evans Hankey | 4/29/11, 6/28/11, 7/29/11 |
| Chris Harris | 1/11/12 |
| Emily Harrold | 2/3/12 |
| David Heller | 9/30/11, 1/11/12 |
| Scott Herz | 4/29/11, 6/28/11, 7/29/11 |
| Phil Hobson | 1/11/12 |
| Quin Hoellwarth | 4/29/11, 6/28/11, 7/29/11 |
| Chris Hood | 1/11/12 |
| Natalie Hood | 4/29/11, 6/28/11, 7/29/11 |
| Steve Hotelling | 6/28/11, 7/29/11 |
| Richard Howarth | 4/29/11, 6/28/11, 7/29/11 |
| Brian Huppi | 2/23/12 |
| James Imahiro | 12/5/11 |
| Jonathan Ive | 4/29/11, 6/28/11, 7/29/11 |
| Timothy Johnson | 7/29/11 |
| Greg Joswiak | 4/29/11, 6/28/11, 7/29/11, 9/27/11 |
| Eric Jue | 4/29/11, 6/28/11, 7/29/11 |
| Zack Kamen | 1/11/12 |
| Duncan Kerr | 4/29/11, 6/28/11, 7/29/11 |
| Kurt Knight | 4/29/11, 6/28/11, 7/29/11 |
| Jo-Anne Knysh | 4/29/11, 6/28/11, 7/29/11 |
| Kenneth Kocienda | 7/29/11 |
| Garwood Kotite | 4/29/11, 6/28/11, 7/29/11 |
| Chris Krah | 12/5/11 |
| Noreen Krall | 4/29/11, 6/28/11, 7/29/11 |
| Yuta Kuboyama | 9/27/11 |
| Henri Lamiraux | 7/29/11 |
| Chuck Lancaster | 4/29/11, 6/28/11, 7/29/11 |
| Brian Land | 6/28/11, 7/29/11 |
| Tom LaPerle | 4/29/11, 6/28/11, 7/29/11 |
| Aidan Lawlor | 1/11/12 |
| Mark Lee | 1/11/12 |

Apple Inc.
Amended Document Retention Notice Distribution

*Apple v. Samsung* (Offensive Case)
Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)
337-TA-796 (ITC)

| Recipient | Date(s) Legal Hold Notice Issued |
|---|---|
| Steve Lemay | 4/29/11, 6/28/11, 7/29/11 |
| Ana Lin | 4/29/11, 6/28/11, 7/29/11 |
| Suzanne Lindbergh | 1/11/12 |
| Chip Lutton | 4/29/11, 6/28/11, 7/29/11 |
| Jeff Maranhas | 4/29/11, 6/28/11, 7/29/11 |
| Paul Marcos | 7/29/11 |
| Natalia Maric | 2/1/12 |
| Timothy Martin | 9/30/11 |
| David Moody | 4/29/11, 6/28/11, 7/29/11 |
| Stan Ng | 4/29/11, 6/28/11, 7/29/11 |
| Peggy Nguyen | 4/29/11, 6/28/11, 7/29/11 |
| Shin Nishibori | 4/29/11, 6/28/11, 7/29/11 |
| Gregory Novick | 7/29/11 |
| Bas Ording | 4/29/11, 6/28/11, 7/29/11 |
| Achim Pantfoerder | 7/29/11 |
| Chuck Pisula | 7/29/11 |
| Andrew Platzer | 4/29/11, 6/28/11, 7/29/11 |
| Chris Prest | 1/11/12 |
| Barbara Poyer | 4/29/11, 6/28/11, 7/29/11 |
| Arthur Rangel | 9/27/11 |
| Monique Relova | 9/27/11 |
| Jeff Robbin | 9/30/11, 1/11/12 |
| Chris Roberts | 4/29/11, 6/28/11, 7/29/11 |
| Matthew Rohrbach | 4/29/11, 6/28/11, 7/29/11 |
| Fletcher Rothkopf | 1/11/12 |
| Peter Russell-Clarke | 4/29/11, 6/28/11, 7/29/11 |
| Melinda Sammons | 4/29/11, 6/28/11, 7/29/11 |
| Justin Santamaria | 9/27/11 |
| Phil Schiller | 9/27/11 |
| Raymond Sepulveda | 9/30/11 |
| Bruce Sewell | 7/29/11 |
| Mike Shebanek | 12/5/11 |
| Fred Simon | 1/11/12 |
| Steve Sinclair | 4/29/11, 6/28/11, 7/29/11 |
| Christopher Stringer | 4/29/11, 6/28/11, 7/29/11 |
| Davina Takeda | 4/29/11, 6/28/11, 7/29/11 |
| Tang Yew Tan | 4/29/11, 6/28/11, 7/29/11 |
| Michael Tchao | 9/27/11 |
| Boris Teksler | 4/29/11, 6/28/11, 7/29/11 |

Apple Inc.
Amended Document Retention Notice Distribution

*Apple v. Samsung* (Offensive Case)
Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)
337-TA-796 (ITC)

| Recipient | Date(s) Legal Hold Notice Issued |
| --- | --- |
| Monica Tran | 4/29/11, 6/28/11, 7/29/11 |
| Sissie Twiggs | 7/29/11 |
| Marcel Van Os | 6/28/11, 7/29/11 |
| Aaron Von Minden | 1/11/12 |
| Alan Wang | 4/29/11, 6/28/11, 7/29/11 |
| Erik Wang | 4/29/11, 6/28/11, 7/29/11 |
| BJ Watrous | 1/11/12 |
| Wayne Westerman | 4/29/11, 6/28/11, 7/29/11 |
| Eugene Whang | 4/29/11, 6/28/11, 7/29/11 |
| Cyndi Wheeler | 4/29/11, 6/28/11, 7/29/11 |
| Tamara Whiteside | 12/5/11 |
| Jayna Whitt | 4/29/11, 6/28/11, 7/29/11 |
| Lisa Widup | 4/29/11, 6/28/11, 7/29/11 |
| Richard Williamson | 6/28/11, 7/29/11 |
| Chris Wysocki | 1/11/12 |
| Stephen Zadesky | 1/11/12 |
| Rico Zorkendorfer | 4/29/11, 6/28/11, 7/29/11 |

**CONFIDENTIAL AND PRIVILEGED**

**April 29, 2011**

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.) – Document Retention Notice

Apple has sued Samsung and related entities in the United States District Court for the Northern District of California, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPhone and iPad.  Apple alleges that Samsung infringes by copying both the design and certain functional features of the iPhone and iPad.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.   Any of the following U.S. patents, each of which is owned by Apple, and the inventors named on these patents:
     a.   U.S. Patent No. 6,493,002, "Method and Apparatus for Displaying and Accessing Control and Status Information in a computer System," to inventors Steven W. Christensen, filed March 20, 1997 and issued on December 10, 2002.
     b.   U.S. Patent No. 7,469,381, "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Ben Ording, filed December 14, 2007 and issued on December 23, 2008.
     c.   U.S. Patent No. 7,669,134, "Method and Apparatus for Displaying Information During an Instant Messaging Session," to inventors Gregory N. Christie, Peter Western, Steven Lemay, Jens Alfke, filed May 2, 2003 and issued on February 23, 2010.
     d.   U.S. Patent No. 7,812,828, "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman, John Elias, filed February 22, 2007 and issued on October 12, 2010.
     e.   U.S. Patent No. 7,844,915, "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer, Scott Herz, filed January 7, 2007 and issued on November 30, 2010.
     f.   U.S. Patent No. 7,853,891, "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri, Bas Ording, filed February 1, 2008 and issued on December 14, 2010.
     g.   U.S. Patent No. 7,863,533, "Cantilevered Push Button Having Multiple Contacts and Fulcrums," to inventors Bradley Hamel, Tang Yew Tan, Erik Wang, filed September 26, 2008 and issued on January 4, 2011.
     h.   U.S. Patent No. D627,790, "Graphical User Interface for a Display Sfreen or Portion Thereof," to inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.
     i.   U.S. Patent No. D602,016, "Electronic Device," to inventors Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jonathan Ive, Steve Jobs, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Peter Russell-Clarke, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, filed June 6, 2008 and issued on October 13, 2009.
     j.   U.S. Patent No. D618,677, "Electronic Device," to inventors Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jonathan Ive, Steve Jobs, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Calvin Seid, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, filed Nov. 18, 2008 and

issued on June 29, 2010.

2. Conception, development and implementation of the inventions described in the Patents listed in category 1.
3. The filing, prosecution, review or issuance of the Patents listed in category 1.
4. Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in Category 1.
5. The filing, maintenance, and/or ownership of the following trademark registrations and applications:
    a. U.S. Registration No. 3,470,983
    b. U.S. Registration No. 3,457,218
    c. U.S. Registration No. 3,457,327
    d. U.S. Registration No. 3,886.196
    e. U.S. Registration No. 3,889,642
    f. U.S. Registration No. 3,866,200
    g. U.S. Registration No. 3,889,685
    h. U.S. Registration No. 3,886,197
    i. U.S. Registration No. 2,935,038
    j. U.S. Application Serial No. 85/041,463
6. Packaging materials for the iPhone, iPod touch, and iPad products.
7. Marketing materials for the iPhone, iPod touch, and iPad products.
8. Development of the designs for the iPhone, iPod touch, and iPad products.
9. Development, selection, protection and clearance of icons for the iPhone, iPod touch, and iPad products.
10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).
11. Communications with Samsung, including any negotiations or agreements.
12. Samsung's products, icons, product packaging and marketing materials.
13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.
14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.
15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.
16. Any competitive analyses of Samsung.
17. Licenses or agreements that convey patent rights.
18. Financial information relating to the iPhone, iPod touch, and iPad products.
19. The lawsuit between Apple and Samsung, including communications with Legal.

This Notice applies both to documents already in existence and to documents that may be created or received in the future. "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects. "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above. These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping

deletion of backups.  Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to.  If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved.  In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it.  This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer.  Don't assume that a document's author or recipient will retain a copy.  If the document is in your possession, you should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact **Maya Kumar** (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact **Maya Kumar**.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

**Maya Kumar**
Legal Specialist
**(408) 862-8106**
**maya_kumar@apple.com**

**CONFIDENTIAL AND PRIVILEGED**

June 28, 2011

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.) – Document Retention Notice

Apple has sued Samsung and related entities in the United States District Court for the Northern District of California, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPhone and iPad.  Apple alleges that Samsung infringes by copying both the design and certain functional features of the iPhone and iPad.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.   Any of the following U.S. patents, each of which is owned by Apple:

    a.   U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System," to inventor Steven W. Christensen, filed on March 20, 1997 and issued on December 10, 2002.

    b.   U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Bas Ording, filed on December 14, 2007 and issued on December 23, 2008.

    c.   U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A. Strickon, and Brian Q. Huppi, filed on May 6, 2004 and issued on February 16, 2010.

    d.   U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman and John Elias, filed on February 22, 2007 and issued on October 12, 2010.

    e.   U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer and Scott Herz, filed on January 7, 2007 and issued on November 30, 2010.

    f.   U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri and Bas Ording, filed on February 1, 2008 and issued on December 14, 2010.

    g.   U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed on September 4, 2007 and issued on January 4, 2011.

    h.   U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed on January 3, 2007and issued on April 5, 2011.

    i.   U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

and Rico Zorkendorfer, filed on March 17, 2004 and issued on May 10, 2005.

    j.   U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed on July 30, 2007 and issued on May 26, 2009.

    k.   U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventors Freddy Anzures and Imran Chaudhri, filed on June 23, 2007 and issued on November 17, 2009.

    l.   U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed on July 15, 2008 and issued on June 8, 2010.

    m.  U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed on November 18, 2008 and issued on June 29, 2010.

    n.   U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed on October 1, 2009 and issued on August 24, 2010.

    o.   U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed on August 20, 2007 and issued on November 23, 2010.

2.   Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.   The filing, prosecution, review, or issuance of the patents listed in category 1.

4.   Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.   The filing, maintenance, and/or ownership of the following trademark registrations and applications:

    a.   U.S. Registration No. 2,935,038

    b.   U.S. Registration No. 3,457,218

    c.   U.S. Registration No. 3,457,327

    d.   U.S. Registration No. 3,470,983

    e.   U.S. Registration No. 3,886,169

    f.   U.S. Registration No. 3,886,196

    g.   U.S. Registration No. 3,886,197

    h.   U.S. Registration No. 3,866,200

    i.   U.S. Registration No. 3,889,642

      j.   U.S. Registration No. 3,889,685

      k.   U.S. Application Serial No. 77/921,829

      l.   U.S. Application Serial No. 77/921,838

      m.   U.S. Application Serial No. 77/921,869

      n.   U.S. Application Serial No. 85/041,463

      o.   U.S. Application Serial No. 85/299,118

6.  Packaging materials for the iPhone, iPod touch, and iPad products.

7.  Marketing materials for the iPhone, iPod touch, and iPad products.

8.  Development of the designs for the iPhone, iPod touch, and iPad products.

9.  Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10.  Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).

11.  Samsung, including any negotiations or agreements between Samsung and Apple.

12.  Samsung's products, icons, product packaging, and marketing materials.

13.  Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.

14.  Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.

15.  Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16.  Any competitive analyses of Samsung.

17.  Licenses or agreements that convey patent rights.

18.  Financial information relating to the iPhone, iPod touch, and iPad products.

19.  The lawsuit between Apple and Samsung, including communications with Legal.


This Notice applies both to documents already in existence and to documents that may be created or received in the future.  "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects.  "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above.  These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups.  Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to.  If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved.  In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it.  This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer.  Don't assume that a document's author or recipient will retain a copy.  If the document is in your possession, you should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact Maya Kumar (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact Maya Kumar.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

Maya Kumar
Legal Specialist
(408) 862-8106
maya_kumar@apple.com

**CONFIDENTIAL AND PRIVILEGED**

Attached is a revised document retention notice ("DRN") for the Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") matter.  The attached DRN amends and adds certain categories of documents you need to retain.  Please review the attached DRN carefully.

If you have any questions, please contact Maya Kumar (contact information below).

Thank you for your help.

Noreen Krall
Senior Director, IP Law and Litigation

Contact for questions:
Maya Kumar
Legal Specialist
(408) 862-8106
maya_kumar@apple.com

**CONFIDENTIAL AND PRIVILEGED**

June 28, 2011

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.) – Document Retention Notice

Apple has sued Samsung and related entities in the United States District Court for the Northern District of California, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPhone and iPad.  Apple alleges that Samsung infringes by copying both the design and certain functional features of the iPhone and iPad.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.  Any of the following U.S. patents, each of which is owned by Apple:

    a.  U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System," to inventor Steven W. Christensen, filed on March 20, 1997 and issued on December 10, 2002.

    b.  U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Bas Ording, filed on December 14, 2007 and issued on December 23, 2008.

    c.  U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A. Strickon, and Brian Q. Huppi, filed on May 6, 2004 and issued on February 16, 2010.

    d.  U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman and John Elias, filed on February 22, 2007 and issued on October 12, 2010.

    e.  U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer and Scott Herz, filed on January 7, 2007 and issued on November 30, 2010.

    f.  U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri and Bas Ording, filed on February 1, 2008 and issued on December 14, 2010.

    g.  U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed on September 4, 2007 and issued on January 4, 2011.

    h.  U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed on January 3, 2007 and issued on April 5, 2011.

    i.  U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

and Rico Zorkendorfer, filed on March 17, 2004 and issued on May 10, 2005.

j.  U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed on July 30, 2007 and issued on May 26, 2009.

k.  U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventors Freddy Anzures and Imran Chaudhri, filed on June 23, 2007 and issued on November 17, 2009.

l.  U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed on July 15, 2008 and issued on June 8, 2010.

m.  U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed on November 18, 2008 and issued on June 29, 2010.

n.  U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed on October 1, 2009 and issued on August 24, 2010.

o.  U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed on August 20, 2007 and issued on November 23, 2010.

2.  Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.  The filing, prosecution, review, or issuance of the patents listed in category 1.

4.  Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.  The filing, maintenance, and/or ownership of the following trademark registrations and applications:

a.  U.S. Registration No. 2,935,038

b.  U.S. Registration No. 3,457,218

c.  U.S. Registration No. 3,457,327

d.  U.S. Registration No. 3,470,983

e.  U.S. Registration No. 3,886,169

f.  U.S. Registration No. 3,886,196

g.  U.S. Registration No. 3,886,197

h.  U.S. Registration No. 3,866,200

i.  U.S. Registration No. 3,889,642

      j.   U.S. Registration No. 3,889,685

      k.   U.S. Application Serial No. 77/921,829

      l.   U.S. Application Serial No. 77/921,838

      m.  U.S. Application Serial No. 77/921,869

      n.   U.S. Application Serial No. 85/041,463

      o.   U.S. Application Serial No. 85/299,118

6.  Packaging materials for the iPhone, iPod touch, and iPad products.

7.  Marketing materials for the iPhone, iPod touch, and iPad products.

8.  Development of the designs for the iPhone, iPod touch, and iPad products.

9.  Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.


This Notice applies both to documents already in existence and to documents that may be created or received in the future.  "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects.  "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above.  These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups.  Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to.  If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved.  In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it.  This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer.  Don't assume that a document's author or recipient will retain a copy.  If the document is in your possession, you should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact Maya Kumar (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact Maya Kumar.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

Maya Kumar
Legal Specialist
(408) 862-8106
maya_kumar@apple.com

**CONFIDENTIAL AND PRIVILEGED**

Attached is a revised document retention notice ("DRN") for the Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and In the Matter of Certain Electronic Digital Media Devices and Components Thereof matters.  The attached DRN amends and adds certain categories of documents you need to retain.  Please review the attached DRN carefully.

If you have any questions, please contact Maya Kumar (contact information below).

Thank you for your help.

Noreen Krall
Senior Director, IP Law and Litigation

Contact for questions:
Maya Kumar
Legal Specialist
(408) 862-8106
maya_kumar@apple.com

**CONFIDENTIAL AND PRIVILEGED**

July 29, 2011

Re:    *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.); and

*In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-_____ (ITC)

Apple has filed complaints against Samsung and related entities in the United States District Court for the Northern District of California and with the International Trade Commission, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPod touch, iPhone, and iPad.  Apple alleges that Samsung's infringing products copy both the design and certain functional features of these products (all generations), including those provided by the iOS software.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.    Any of the following U.S. patents, each of which is owned by Apple:

    a.    U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System," to inventor Steven W. Christensen, filed March 20, 1997 and issued on December 10, 2002.

    b.    U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Bas Ording, filed December 14, 2007 and issued on December 23, 2008.

    c.    U.S. Patent No. 7,479,949 C1, entitled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," to inventors Steven P. Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott King, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, and Henri C. Lamiraux, filed April 11, 2008 and issued on January 20, 2009.

    d.    U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A. Strickon, and Brian Q. Huppi, filed May 6, 2004 and issued on February 16, 2010.

    e.    U.S. Patent No. 7,789,697 B2, entitled "Plug Detection Mechanisms," filed May 29, 2008 and issued on September 7, 2010, to inventor Hugo Fiennes.

    f.    U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman and John Elias, filed February 22, 2007 and issued on October 12, 2010.

    g.    U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer and Scott Herz, filed January 7, 2007 and issued on November 30, 2010.

h.  U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri and Bas Ording, filed February 1, 2008 and issued on December 14, 2010.

i.  U.S. Patent No. 7,863,533, entitled "Cantilevered Push Button Having Multiple Contacts and Fulcrums," filed September 26, 2008 and issued on January 4, 2011, to inventors Bradley J. Hamel, Tang Yew Tan, and Erik Wang.

j.  U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed September 4, 2007 and issued on January 4, 2011.

k.  U.S. Patent No. 7,912,501 B2, entitled "Audio I/O Headset Plug and Plug Detection Circuitry," to inventors Timothy Johnson and Achim Pantfoerder, filed January 5, 2007 and issued on March 22, 2011.

l.  U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed January 3, 2007and issued on April 5, 2011.

m.  U.S. Patent No. Re 41,922, a reissue of U.S. Patent No. 6,072,489, entitled "Method and Apparatus for Providing Translucent Images on a Computer Display," to inventors Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., and Abhay Oswal, filed June 5, 2002 and issued on November 9, 2010.

n.  U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed March 17, 2004 and issued on May 10, 2005.

o.  U.S. Patent No. D558,757, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed January 5, 2007 and issued on January 1, 2008.

p.  U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed July 30, 2007 and issued on May 26, 2009.

q.  U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventors Freddy Anzures and Imran Chaudhri, filed June 23, 2007 and issued on November 17, 2009.

r.  U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed July 15, 2008 and issued on June 8, 2010.

s.  U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

and Rico Zorkendorfer, filed November 18, 2008 and issued on June 29, 2010.

    t.   U.S. Patent No. D618,678 S, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed February 23, 2009 and issued on June 29, 2010.

    u.   U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed October 1, 2009 and issued on August 24, 2010.

    v.   U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.

2.   Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.   The filing, prosecution, review, or issuance of the patents listed in category 1.

4.   Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.   The filing, maintenance, and/or ownership of the following trademark registrations and applications:

    a.   U.S. Registration No. 2,935,038

    b.   U.S. Registration No. 3,457,218

    c.   U.S. Registration No. 3,457,327

    d.   U.S. Registration No. 3,470,983

    e.   U.S. Registration No. 3,886,169

    f.   U.S. Registration No. 3,886,196

    g.   U.S. Registration No. 3,886,197

    h.   U.S. Registration No. 3,866,200

    i.   U.S. Registration No. 3,889,642

    j.   U.S. Registration No. 3,889,685

    k.   U.S. Application Serial No. 77/921,829

    l.   U.S. Application Serial No. 77/921,838

    m.   U.S. Application Serial No. 77/921,869

    n.   U.S. Application Serial No. 85/041,463

    o.   U.S. Application Serial No. 85/299,118

6.   Packaging materials for the iPhone, iPod touch, and iPad products.

7.   Marketing materials for the iPhone, iPod touch, and iPad products.

8.   Development of the designs for the iPhone, iPod touch, and iPad products.

9. Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.

This Notice applies both to documents already in existence and to documents that may be created or received in the future.  "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects.  "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above.  These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups.  Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to.  If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved.  In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it.  This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer.  Don't assume that a document's author or recipient will retain a copy.  If the document is in your possession, you

should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact **Maya Kumar** (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact **Maya Kumar**.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

**Maya Kumar**
Legal Specialist
**(408) 862-8106**
**maya_kumar@apple.com**

**CONFIDENTIAL AND PRIVILEGED**

July 29, 2011

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.); and

*In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-_____ (ITC)

Apple has filed complaints against Samsung and related entities in the United States District Court for the Northern District of California and with the International Trade Commission, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPod touch, iPhone, and iPad.  Apple alleges that Samsung's infringing products copy both the design and certain functional features of these products (all generations), including those provided by the iOS software.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.   Any of the following U.S. patents, each of which is owned by Apple:

    a.   U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System," to inventor Steven W. Christensen, filed March 20, 1997 and issued on December 10, 2002.

    b.   U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Bas Ording, filed December 14, 2007 and issued on December 23, 2008.

    c.   U.S. Patent No. 7,479,949 C1, entitled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," to inventors Steven P. Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott King, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, and Henri C. Lamiraux, filed April 11, 2008 and issued on January 20, 2009.

    d.   U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A. Strickon, and Brian Q. Huppi, filed May 6, 2004 and issued on February 16, 2010.

    e.   U.S. Patent No. 7,789,697 B2, entitled "Plug Detection Mechanisms," filed May 29, 2008 and issued on September 7, 2010, to inventor Hugo Fiennes.

    f.   U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman and John Elias, filed February 22, 2007 and issued on October 12, 2010.

    g.   U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer and Scott Herz, filed January 7, 2007 and issued on November 30, 2010.

h.   U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri and Bas Ording, filed February 1, 2008 and issued on December 14, 2010.

i.   U.S. Patent No. 7,863,533, entitled "Cantilevered Push Button Having Multiple Contacts and Fulcrums," filed September 26, 2008 and issued on January 4, 2011, to inventors Bradley J. Hamel, Tang Yew Tan, and Erik Wang.

j.   U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed September 4, 2007 and issued on January 4, 2011.

k.   U.S. Patent No. 7,912,501 B2, entitled "Audio I/O Headset Plug and Plug Detection Circuitry," to inventors Timothy Johnson and Achim Pantfoerder, filed January 5, 2007 and issued on March 22, 2011.

l.   U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed January 3, 2007and issued on April 5, 2011.

m.   U.S. Patent No. Re 41,922, a reissue of U.S. Patent No. 6,072,489, entitled "Method and Apparatus for Providing Translucent Images on a Computer Display," to inventors Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., and Abhay Oswal, filed June 5, 2002 and issued on November 9, 2010.

n.   U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed March 17, 2004 and issued on May 10, 2005.

o.   U.S. Patent No. D558,757, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed January 5, 2007 and issued on January 1, 2008.

p.   U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed July 30, 2007 and issued on May 26, 2009.

q.   U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventors Freddy Anzures and Imran Chaudhri, filed June 23, 2007 and issued on November 17, 2009.

r.   U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed July 15, 2008 and issued on June 8, 2010.

s.   U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

and Rico Zorkendorfer, filed November 18, 2008 and issued on June 29, 2010.

    t.  U.S. Patent No. D618,678 S, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed February 23, 2009 and issued on June 29, 2010.

    u.  U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed October 1, 2009 and issued on August 24, 2010.

    v.  U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.

2. Conception, development, and implementation of the inventions described in the patents listed in category 1.

3. The filing, prosecution, review, or issuance of the patents listed in category 1.

4. Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5. The filing, maintenance, and/or ownership of the following trademark registrations and applications:

    a.  U.S. Registration No. 2,935,038

    b.  U.S. Registration No. 3,457,218

    c.  U.S. Registration No. 3,457,327

    d.  U.S. Registration No. 3,470,983

    e.  U.S. Registration No. 3,886,169

    f.  U.S. Registration No. 3,886,196

    g.  U.S. Registration No. 3,886,197

    h.  U.S. Registration No. 3,866,200

    i.  U.S. Registration No. 3,889,642

    j.  U.S. Registration No. 3,889,685

    k.  U.S. Application Serial No. 77/921,829

    l.  U.S. Application Serial No. 77/921,838

    m.  U.S. Application Serial No. 77/921,869

    n.  U.S. Application Serial No. 85/041,463

    o.  U.S. Application Serial No. 85/299,118

6. Packaging materials for the iPhone, iPod touch, and iPad products.

7. Marketing materials for the iPhone, iPod touch, and iPad products.

8. Development of the designs for the iPhone, iPod touch, and iPad products.

9. Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.


This Notice applies both to documents already in existence and to documents that may be created or received in the future. "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects. "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above. These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups. Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to. If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved. In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it. This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer. Don't assume that a document's author or recipient will retain a copy. If the document is in your possession, you

should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact **Maya Kumar** (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact **Maya Kumar**.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

**Maya Kumar**
Legal Specialist
**(408) 862-8106**
**maya_kumar@apple.com**

**CONFIDENTIAL AND PRIVILEGED**

August 1, 2011

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.); and

*In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-_____ (ITC)

Apple has filed complaints against Samsung and related entities in the United States District Court for the Northern District of California and with the International Trade Commission, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPod touch, iPhone, and iPad.  Apple alleges that Samsung's infringing products copy both the design and certain functional features of these products (all generations), including those provided by the iOS software.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.   Any of the following U.S. patents, each of which is owned by Apple:

   a.   U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System," to inventor Steven W. Christensen, filed March 20, 1997 and issued on December 10, 2002.

   b.   U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Bas Ording, filed December 14, 2007 and issued on December 23, 2008.

   c.   U.S. Patent No. 7,479,949 C1, entitled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," to inventors Steven P. Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott King, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, and Henri C. Lamiraux, filed April 11, 2008 and issued on January 20, 2009.

   d.   U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A. Strickon, and Brian Q. Huppi, filed May 6, 2004 and issued on February 16, 2010.

   e.   U.S. Patent No. 7,789,697 B2, entitled "Plug Detection Mechanisms," filed May 29, 2008 and issued on September 7, 2010, to inventor Hugo Fiennes.

   f.   U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman and John Elias, filed February 22, 2007 and issued on October 12, 2010.

   g.   U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer and Scott Herz, filed January 7, 2007 and issued on November 30, 2010.

h.  U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri and Bas Ording, filed February 1, 2008 and issued on December 14, 2010.

i.  U.S. Patent No. 7,863,533, entitled "Cantilevered Push Button Having Multiple Contacts and Fulcrums," filed September 26, 2008 and issued on January 4, 2011, to inventors Bradley J. Hamel, Tang Yew Tan, and Erik Wang.

j.  U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed September 4, 2007 and issued on January 4, 2011.

k.  U.S. Patent No. 7,912,501 B2, entitled "Audio I/O Headset Plug and Plug Detection Circuitry," to inventors Timothy Johnson and Achim Pantfoerder, filed January 5, 2007 and issued on March 22, 2011.

l.  U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed January 3, 2007and issued on April 5, 2011.

m.  U.S. Patent No. Re 41,922, a reissue of U.S. Patent No. 6,072,489, entitled "Method and Apparatus for Providing Translucent Images on a Computer Display," to inventors Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., and Abhay Oswal, filed June 5, 2002 and issued on November 9, 2010.

n.  U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed March 17, 2004 and issued on May 10, 2005.

o.  U.S. Patent No. D558,757, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed January 5, 2007 and issued on January 1, 2008.

p.  U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed July 30, 2007 and issued on May 26, 2009.

q.  U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventors Freddy Anzures and Imran Chaudhri, filed June 23, 2007 and issued on November 17, 2009.

r.  U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed July 15, 2008 and issued on June 8, 2010.

s.  U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

and Rico Zorkendorfer, filed November 18, 2008 and issued on June 29, 2010.

t.  U.S. Patent No. D618,678 S, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed February 23, 2009 and issued on June 29, 2010.

u.  U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed October 1, 2009 and issued on August 24, 2010.

v.  U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.

2.  Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.  The filing, prosecution, review, or issuance of the patents listed in category 1.

4.  Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.  The filing, maintenance, and/or ownership of the following trademark registrations and applications:

   a.  U.S. Registration No. 2,935,038

   b.  U.S. Registration No. 3,457,218

   c.  U.S. Registration No. 3,457,327

   d.  U.S. Registration No. 3,470,983

   e.  U.S. Registration No. 3,886,169

   f.  U.S. Registration No. 3,886,196

   g.  U.S. Registration No. 3,886,197

   h.  U.S. Registration No. 3,866,200

   i.  U.S. Registration No. 3,889,642

   j.  U.S. Registration No. 3,889,685

   k.  U.S. Application Serial No. 77/921,829

   l.  U.S. Application Serial No. 77/921,838

   m.  U.S. Application Serial No. 77/921,869

   n.  U.S. Application Serial No. 85/041,463

   o.  U.S. Application Serial No. 85/299,118

6.  Packaging materials for the iPhone, iPod touch, and iPad products.

7.  Marketing materials for the iPhone, iPod touch, and iPad products.

8.  Development of the designs for the iPhone, iPod touch, and iPad products.

9. Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.

This Notice applies both to documents already in existence and to documents that may be created or received in the future.  "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects.  "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above.  These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups.  Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL).  When you forward, please state what matter you believe each message refers to.  If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved.  In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it.  This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer.  Don't assume that a document's author or recipient will retain a copy.  If the document is in your possession, you

should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact **Maya Kumar** (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact **Maya Kumar**.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

**Maya Kumar**
Legal Specialist
**(408) 862-8106**
**maya_kumar@apple.com**

**CONFIDENTIAL AND PRIVILEGED**

September 27, 2011


Re:    *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.); and

       *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-_____ (ITC)


Apple has filed complaints against Samsung and related entities in the United States District Court for the Northern District of California and with the International Trade Commission, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPod touch, iPhone, and iPad.  Apple alleges that Samsung's infringing products copy both the design and certain functional features of these products (all generations), including those provided by the iOS software.


Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.    Any of the following U.S. patents, each of which is owned by Apple:

    a.    U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System," to inventor Steven W. Christensen, filed March 20, 1997 and issued on December 10, 2002.

    b.    U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Bas Ording, filed December 14, 2007 and issued on December 23, 2008.

    c.    U.S. Patent No. 7,479,949 C1, entitled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," to inventors Steven P. Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott King, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, and Henri C. Lamiraux, filed April 11, 2008 and issued on January 20, 2009.

    d.    U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A. Strickon, and Brian Q. Huppi, filed May 6, 2004 and issued on February 16, 2010.

    e.    U.S. Patent No. 7,789,697 B2, entitled "Plug Detection Mechanisms," filed May 29, 2008 and issued on September 7, 2010, to inventor Hugo Fiennes.

    f.    U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman and John Elias, filed February 22, 2007 and issued on October 12, 2010.

    g.    U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer and Scott Herz, filed January 7, 2007 and issued on November 30, 2010.

h.   U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri and Bas Ording, filed February 1, 2008 and issued on December 14, 2010.

i.   U.S. Patent No. 7,863,533, entitled "Cantilevered Push Button Having Multiple Contacts and Fulcrums," filed September 26, 2008 and issued on January 4, 2011, to inventors Bradley J. Hamel, Tang Yew Tan, and Erik Wang.

j.   U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed September 4, 2007 and issued on January 4, 2011.

k.   U.S. Patent No. 7,912,501 B2, entitled "Audio I/O Headset Plug and Plug Detection Circuitry," to inventors Timothy Johnson and Achim Pantfoerder, filed January 5, 2007 and issued on March 22, 2011.

l.   U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed January 3, 2007 and issued on April 5, 2011.

m.   U.S. Patent No. Re 41,922, a reissue of U.S. Patent No. 6,072,489, entitled "Method and Apparatus for Providing Translucent Images on a Computer Display," to inventors Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., and Abhay Oswal, filed June 5, 2002 and issued on November 9, 2010.

n.   U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed March 17, 2004 and issued on May 10, 2005.

o.   U.S. Patent No. D558,757, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed January 5, 2007 and issued on January 1, 2008.

p.   U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed July 30, 2007 and issued on May 26, 2009.

q.   U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventors Freddy Anzures and Imran Chaudhri, filed June 23, 2007 and issued on November 17, 2009.

r.   U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed July 15, 2008 and issued on June 8, 2010.

s.   U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

and Rico Zorkendorfer, filed November 18, 2008 and issued on June 29, 2010.

t.   U.S. Patent No. D618,678 S, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed February 23, 2009 and issued on June 29, 2010.

u.   U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed October 1, 2009 and issued on August 24, 2010.

v.   U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.

2.   Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.   The filing, prosecution, review, or issuance of the patents listed in category 1.

4.   Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.   The filing, maintenance, and/or ownership of the following trademark registrations and applications:

   a.   U.S. Registration No. 2,935,038

   b.   U.S. Registration No. 3,457,218

   c.   U.S. Registration No. 3,457,327

   d.   U.S. Registration No. 3,470,983

   e.   U.S. Registration No. 3,886,169

   f.   U.S. Registration No. 3,886,196

   g.   U.S. Registration No. 3,886,197

   h.   U.S. Registration No. 3,866,200

   i.   U.S. Registration No. 3,889,642

   j.   U.S. Registration No. 3,889,685

   k.   U.S. Application Serial No. 77/921,829

   l.   U.S. Application Serial No. 77/921,838

   m.   U.S. Application Serial No. 77/921,869

   n.   U.S. Application Serial No. 85/041,463

   o.   U.S. Application Serial No. 85/299,118

6.   Packaging materials for the iPhone, iPod touch, and iPad products.

7.   Marketing materials for the iPhone, iPod touch, and iPad products.

8.   Development of the designs for the iPhone, iPod touch, and iPad products.

9. Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.


This Notice applies both to documents already in existence and to documents that may be created or received in the future.  "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects.  "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above.  These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups.  Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to.  If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved.  In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it.  This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer.  Don't assume that a document's author or recipient will retain a copy.  If the document is in your possession, you

should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact **Maya Kumar** (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact **Maya Kumar**.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

**Maya Kumar**
Legal Specialist
**(408) 862-8106**
**maya_kumar@apple.com**

**CONFIDENTIAL AND PRIVILEGED**

September 30, 2011

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.); and

   *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-_____ (ITC)

Apple has filed complaints against Samsung and related entities in the United States District Court for the Northern District of California and with the International Trade Commission, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPod touch, iPhone, and iPad.  Apple alleges that Samsung's infringing products copy both the design and certain functional features of these products (all generations), including those provided by the iOS software.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

1.   Any of the following U.S. patents, each of which is owned by Apple:

   a.   U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control and Status Information in a Computer System," to inventor Steven W. Christensen, filed March 20, 1997 and issued on December 10, 2002.

   b.   U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation on a Touch-Screen Display," to inventor Bas Ording, filed December 14, 2007 and issued on December 23, 2008.

   c.   U.S. Patent No. 7,479,949 C1, entitled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," to inventors Steven P. Jobs, Scott Forstall, Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C. Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott King, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J. Boule, and Henri C. Lamiraux, filed April 11, 2008 and issued on January 20, 2009.

   d.   U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A. Strickon, and Brian Q. Huppi, filed May 6, 2004 and issued on February 16, 2010.

   e.   U.S. Patent No. 7,789,697 B2, entitled "Plug Detection Mechanisms," filed May 29, 2008 and issued on September 7, 2010, to inventor Hugo Fiennes.

   f.   U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne Westerman and John Elias, filed February 22, 2007 and issued on October 12, 2010.

   g.   U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations," to inventors Andrew Platzer and Scott Herz, filed January 7, 2007 and issued on November 30, 2010.

h.   U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User Interface," to inventors Imran Chaudhri and Bas Ording, filed February 1, 2008 and issued on December 14, 2010.

i.   U.S. Patent No. 7,863,533, entitled "Cantilevered Push Button Having Multiple Contacts and Fulcrums," filed September 26, 2008 and issued on January 4, 2011, to inventors Bradley J. Hamel, Tang Yew Tan, and Erik Wang.

j.   U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed September 4, 2007 and issued on January 4, 2011.

k.   U.S. Patent No. 7,912,501 B2, entitled "Audio I/O Headset Plug and Plug Detection Circuitry," to inventors Timothy Johnson and Achim Pantfoerder, filed January 5, 2007 and issued on March 22, 2011.

l.   U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed January 3, 2007and issued on April 5, 2011.

m.   U.S. Patent No. Re 41,922, a reissue of U.S. Patent No. 6,072,489, entitled "Method and Apparatus for Providing Translucent Images on a Computer Display," to inventors Michael L. Gough, Joseph J. MacDougald, Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., and Abhay Oswal, filed June 5, 2002 and issued on November 9, 2010.

n.   U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed March 17, 2004 and issued on May 10, 2005.

o.   U.S. Patent No. D558,757, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed January 5, 2007 and issued on January 1, 2008.

p.   U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed July 30, 2007 and issued on May 26, 2009.

q.   U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventors Freddy Anzures and Imran Chaudhri, filed June 23, 2007 and issued on November 17, 2009.

r.   U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed July 15, 2008 and issued on June 8, 2010.

s.   U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

and Rico Zorkendorfer, filed November 18, 2008 and issued on June 29, 2010.

t.  U.S. Patent No. D618,678 S, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang, and Rico Zorkendorfer, filed February 23, 2009 and issued on June 29, 2010.

u.  U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid, Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed October 1, 2009 and issued on August 24, 2010.

v.  U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.

2.  Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.  The filing, prosecution, review, or issuance of the patents listed in category 1.

4.  Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.  The filing, maintenance, and/or ownership of the following trademark registrations and applications:

   a.  U.S. Registration No. 2,935,038

   b.  U.S. Registration No. 3,457,218

   c.  U.S. Registration No. 3,457,327

   d.  U.S. Registration No. 3,470,983

   e.  U.S. Registration No. 3,886,169

   f.  U.S. Registration No. 3,886,196

   g.  U.S. Registration No. 3,886,197

   h.  U.S. Registration No. 3,866,200

   i.  U.S. Registration No. 3,889,642

   j.  U.S. Registration No. 3,889,685

   k.  U.S. Application Serial No. 77/921,829

   l.  U.S. Application Serial No. 77/921,838

   m.  U.S. Application Serial No. 77/921,869

   n.  U.S. Application Serial No. 85/041,463

   o.  U.S. Application Serial No. 85/299,118

6.  Packaging materials for the iPhone, iPod touch, and iPad products.

7.  Marketing materials for the iPhone, iPod touch, and iPad products.

8.  Development of the designs for the iPhone, iPod touch, and iPad products.

9.  Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.

This Notice applies both to documents already in existence and to documents that may be created or received in the future. "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects. "Document" also includes all forms of electronic data such as e-mails and attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above. These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups. Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to. If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved. In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it. This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer. Don't assume that a document's author or recipient will retain a copy. If the document is in your possession, you

should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact **Maya Kumar** (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact **Maya Kumar**.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

**Maya Kumar**
Legal Specialist
**(408) 862-8106**
**maya_kumar@apple.com**

Subject: Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC - Document Retention Notice

REDACTED

**CONFIDENTIAL AND PRIVILEGED**

December 5, 2011

Re:     *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.); and

        *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-_____ (ITC)

Apple has filed complaints against Samsung and related entities in the United States District Court for the Northern District of California and with the International Trade Commission, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPod touch, iPhone, and iPad.  Apple alleges that Samsung's infringing products copy both the design and certain functional features of these products (all generations), including those provided by the iOS software.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

    1.  Any of the following U.S. patents, each of which is owned by Apple:
        a. U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control
            and Status Information in a Computer System," to inventor Steven W. Christensen, filed March 20,
            1997 and issued on December 10, 2002.
        b. U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation
            on a Touch-Screen Display," to inventor Bas Ording, filed December 14, 2007 and issued on
            December 23, 2008.
        c. U.S. Patent No. 7,479,949 C1, entitled "Touch Screen Device, Method, and Graphical User Interface
            for Determining Commands by Applying Heuristics," to inventors Steven P. Jobs, Scott Forstall,
            Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C.
            Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen
            Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott
            King, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J.

Boule, and Henri C.

Lamiraux, filed April 11, 2008 and issued on January 20, 2009.

d. U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A.

Strickon, and Brian Q. Huppi, filed May 6, 2004 and issued on February 16, 2010.

e. U.S. Patent No. 7,789,697 B2, entitled "Plug Detection Mechanisms," filed May 29, 2008 and issued

on September 7, 2010, to inventor Hugo Fiennes.

f. U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne

Westerman and John Elias, filed February 22, 2007 and issued on October 12, 2010.

g. U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations,"

to inventors Andrew Platzer and Scott Herz, filed January 7, 2007 and issued on November 30, 2010.

h. U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User

Interface," to inventors Imran Chaudhri and Bas Ording, filed February 1, 2008 and issued on

December 14, 2010.

i. U.S. Patent No. 7,863,533, entitled "Cantilevered Push Button Having Multiple Contacts and Fulcrums,"

filed September 26, 2008 and issued on January 4, 2011, to inventors Bradley J. Hamel, Tang Yew Tan,

and Erik Wang.

j. U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface

for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie,

Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed

September 4, 2007 and issued on January 4, 2011.

k. U.S. Patent No. 7,912,501 B2, entitled "Audio I/O Headset Plug and Plug Detection Circuitry," to inventors

Timothy Johnson and Achim Pantfoerder, filed January 5, 2007 and issued on March 22, 2011.

l. U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined

Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed January 3, 2007and issued

on April 5, 2011.

m.U.S. Patent No. Re 41,922, a reissue of U.S. Patent No. 6,072,489, entitled "Method and Apparatus for

Providing Translucent Images on a Computer Display," to inventors Michael L. Gough, Joseph J. MacDougald,

Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., and Abhay Oswal, filed

June 5, 2002 and issued on November 9, 2010.

n. U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster,

Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert

Kerr, Shin Nishibori,
　　　　Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer,
Eugene A. Whang,
　　　　and Rico Zorkendorfer, filed March 17, 2004 and issued on May 10, 2005.
　　　o. U.S. Patent No. D558,757, entitled "Electronic Device," to inventors Bartley K. Andre,
Daniel J. Coster,
　　　　Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert
Kerr, Shin Nishibori,
　　　　Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer,
Eugene Antony
　　　　Whang, and Rico Zorkendorfer, filed January 5, 2007 and issued on January 1, 2008.
　　　p. U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre,
Daniel J. Coster,
　　　　Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert
Kerr, Shin Nishibori,
　　　　Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer,
Eugene A. Whang,
　　　　and Rico Zorkendorfer, filed July 30, 2007 and issued on May 26, 2009.
　　　q. U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or
Portion Thereof," to
　　　　inventors Freddy Anzures and Imran Chaudhri, filed June 23, 2007 and issued on
November 17, 2009.
　　　r.  U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or
Portion Thereof,"
　　　　to inventor Imran Chaudhri, filed July 15, 2008 and issued on June 8, 2010.
　　　s. U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre,
Daniel Coster,
　　　　Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert
Kerr, Shin Nishibori,
　　　　Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer,
Eugene A. Whang,
　　　　and Rico Zorkendorfer, filed November 18, 2008 and issued on June 29, 2010.
　　　t.  U.S. Patent No. D618,678 S, entitled "Electronic Device," to inventors Bartley K.
Andre, Daniel J. Coster,
　　　　Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert
Kerr, Shin Nishibori,
　　　　Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer,
Eugene Antony Whang,
　　　　and Rico Zorkendorfer, filed February 23, 2009 and issued on June 29, 2010.
　　　u. U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre,
Daniel J. Coster,
　　　　Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert
Kerr, Shin Nishibori,
　　　　Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid,
Vincent Keane Seid,
　　　　Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed October 1,
2009 and issued on
　　　　August 24, 2010.
　　　v. U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or
Portion Thereof," to
　　　　inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.

2.  Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.  The filing, prosecution, review, or issuance of the patents listed in category 1.

4.  Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.  The filing, maintenance, and/or ownership of the following trademark registrations and applications:

    a.  U.S. Registration No. 2,935,038
    b.  U.S. Registration No. 3,457,218
    c.  U.S. Registration No. 3,457,327
    d.  U.S. Registration No. 3,470,983
    e.  U.S. Registration No. 3,886,169
    f.  U.S. Registration No. 3,886,196
    g.  U.S. Registration No. 3,886,197
    h.  U.S. Registration No. 3,866,200
    i.  U.S. Registration No. 3,889,642
    j.  U.S. Registration No. 3,889,685
    k.  U.S. Application Serial No. 77/921,829
    l.  U.S. Application Serial No. 77/921,838
    m. U.S. Application Serial No. 77/921,869
    n.  U.S. Application Serial No. 85/041,463
    o.  U.S. Application Serial No. 85/299,118

6.  Packaging materials for the iPhone, iPod touch, and iPad products.

7.  Marketing materials for the iPhone, iPod touch, and iPad products.

8.  Development of the designs for the iPhone, iPod touch, and iPad products.

9.  Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the
    release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the
    iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based
    mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based
    mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.


This Notice applies both to documents already in existence and to documents that may be created or received in the future.  "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects.  "Document" also includes all forms of electronic data such as e-mails and

attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above. These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups. Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to. If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved. In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it. This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer. Don't assume that a document's author or recipient will retain a copy. If the document is in your possession, you should retain it. A failure to comply could have adverse consequences for Apple and may result in disciplinary action. We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact **Maya Kumar** (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact **Maya Kumar**. This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Senior Director, IP Law and Litigation


Contact for questions:

**Maya Kumar**
Legal Specialist
**(408) 862-8106**

**maya_kumar@apple.com**

Subject: **Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC - Document Retention Notice**

REDACTED

**CONFIDENTIAL AND PRIVILEGED**

January 11, 2012

Re:     *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* (collectively "Samsung"), Case No. CV11-1846 (N.D. Cal.); and

          *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-_____ (ITC)

Apple has filed complaints against Samsung and related entities in the United States District Court for the Northern District of California and with the International Trade Commission, alleging that Samsung is infringing Apple's trademarks, trade dress, design patents, and utility patents relating to the iPod touch, iPhone, and iPad.  Apple alleges that Samsung's infringing products copy both the design and certain functional features of these products (all generations), including those provided by the iOS software.

Apple is taking steps to preserve relevant documents and other materials.  Regardless of whether documents have been collected from you before, please preserve all documents relating to:

  1.  Any of the following U.S. patents, each of which is owned by Apple:
      a. U.S. Patent No. 6,493,002, entitled "Method and Apparatus for Displaying and Accessing Control
          and Status Information in a Computer System," to inventor Steven W. Christensen, filed March 20,
          1997 and issued on December 10, 2002.
      b. U.S. Patent No. 7,469,381, entitled "List Scrolling and Document Translation, Scaling, and Rotation
          on a Touch-Screen Display," to inventor Bas Ording, filed December 14, 2007 and issued on
          December 23, 2008.
      c. U.S. Patent No. 7,479,949 C1, entitled "Touch Screen Device, Method, and Graphical User Interface
          for Determining Commands by Applying Heuristics," to inventors Steven P. Jobs, Scott Forstall,
          Greg Christie, Stephen O. Lemay, Scott Herz, Marcel van Os, Bas Ording, Gregory Novick, Wayne C.
          Westerman, Imran Chaudhri, Patrick Lee Coffman, Kenneth Kocienda, Nitin K. Ganatra, Freddy Allen
          Anzures, Jeremy A. Wyld, Jeffrey Bush, Michael Matas, Paul D. Marcos, Charles J. Pisula, Virgil Scott
          King, Chris Blumenberg, Francisco Ryan Tolmasky, Richard Williamson, Andre M. J.

Boule, and Henri C.

    Lamiraux, filed April 11, 2008 and issued on January 20, 2009.

    d. U.S. Patent No. 7,663,607, entitled "Multipoint Touchscreen," to inventors Steve Hotelling, Joshua A.

    Strickon, and Brian Q. Huppi, filed May 6, 2004 and issued on February 16, 2010.

    e. U.S. Patent No. 7,789,697 B2, entitled "Plug Detection Mechanisms," filed May 29, 2008 and issued

    on September 7, 2010, to inventor Hugo Fiennes.

    f. U.S. Patent No. 7,812,828, entitled "Ellipse Fitting for Multi-Touch Surfaces," to inventors Wayne

    Westerman and John Elias, filed February 22, 2007 and issued on October 12, 2010.

    g. U.S. Patent No. 7,844,915, entitled "Application Programming Interfaces for Scrolling Operations,"

    to inventors Andrew Platzer and Scott Herz, filed January 7, 2007 and issued on November 30, 2010.

    h. U.S. Patent No. 7,853,891, entitled "Method and Apparatus for Displaying a Window for a User

    Interface," to inventors Imran Chaudhri and Bas Ording, filed February 1, 2008 and issued on

    December 14, 2010.

    i. U.S. Patent No. 7,863,533, entitled "Cantilevered Push Button Having Multiple Contacts and Fulcrums,"

    filed September 26, 2008 and issued on January 4, 2011, to inventors Bradley J. Hamel, Tang Yew Tan,

    and Erik Wang.

    j. U.S. Patent No. 7,864,163, entitled "Portable Electronic Device, Method and Graphical User Interface

    for Displaying Structured Electronic Documents," to inventors Bas Ording, Scott Forstall, Greg Christie,

    Stephen O. Lemay, Imran Chaudri, Richard Williamson, Chris Blumenberg, and Marcel Van Os, filed

    September 4, 2007 and issued on January 4, 2011.

    k. U.S. Patent No. 7,912,501 B2, entitled "Audio I/O Headset Plug and Plug Detection Circuitry," to inventors

    Timothy Johnson and Achim Pantfoerder, filed January 5, 2007 and issued on March 22, 2011.

    l. U.S. Patent No. 7,920,129, entitled "Double-Sided Touch-Sensitive Panel With Shield and Drive Combined

    Layer," to inventors Steve Porter Hotelling and Brian Richards Land, filed January 3, 2007and issued

    on April 5, 2011.

    m.U.S. Patent No. Re 41,922, a reissue of U.S. Patent No. 6,072,489, entitled "Method and Apparatus for

    Providing Translucent Images on a Computer Display," to inventors Michael L. Gough, Joseph J. MacDougald,

    Gina D. Venolia, Thomas S. Gilley, Greg M. Robbins, Daniel J. Hansen, Jr., and Abhay Oswal, filed

    June 5, 2002 and issued on November 9, 2010.

    n. U.S. Patent No. D504,889, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster,

    Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert

Kerr, Shin Nishibori,

  Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

  and Rico Zorkendorfer, filed March 17, 2004 and issued on May 10, 2005.

  o. U.S. Patent No. D558,757, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster,

  Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori,

  Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony

  Whang, and Rico Zorkendorfer, filed January 5, 2007 and issued on January 1, 2008.

  p. U.S. Patent No. D593,087, entitled "Electronic Device," to inventor Bartley K. Andre, Daniel J. Coster,

  Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori,

  Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

  and Rico Zorkendorfer, filed July 30, 2007 and issued on May 26, 2009.

  q. U.S. Patent No. D604,305, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to

  inventors Freddy Anzures and Imran Chaudhri, filed June 23, 2007 and issued on November 17, 2009.

  r.  U.S. Patent No. D617,334, entitled "Graphical User Interface for a Display Screen or Portion Thereof,"

  to inventor Imran Chaudhri, filed July 15, 2008 and issued on June 8, 2010.

  s. U.S. Patent No. D618,677, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel Coster,

  Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori,

  Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene A. Whang,

  and Rico Zorkendorfer, filed November 18, 2008 and issued on June 29, 2010.

  t.  U.S. Patent No. D618,678 S, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster,

  Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori,

  Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Antony Whang,

  and Rico Zorkendorfer, filed February 23, 2009 and issued on June 29, 2010.

  u. U.S. Patent No. D622,270, entitled "Electronic Device," to inventors Bartley K. Andre, Daniel J. Coster,

  Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori,

  Matthew Dean Rohrbach, Peter Russell-Clarke, Douglas B. Satzger, Calvin Q. Seid, Vincent Keane Seid,

  Christopher J. Stringer, Eugene A. Whang, and Rico Zorkendorfer, filed October 1, 2009 and issued on

  August 24, 2010.

  v. U.S. Patent No. D627,790, entitled "Graphical User Interface for a Display Screen or Portion Thereof," to

  inventor Imran Chaudhri, filed August 20, 2007 and issued on November 23, 2010.

2.  Conception, development, and implementation of the inventions described in the patents listed in category 1.

3.  The filing, prosecution, review, or issuance of the patents listed in category 1.

4.  Communications (including but not limited to emails, letters, notes, and/or memoranda) relating to the patents in category 1.

5.  The filing, maintenance, and/or ownership of the following trademark registrations and applications:

    a.  U.S. Registration No. 2,935,038
    b.  U.S. Registration No. 3,457,218
    c.  U.S. Registration No. 3,457,327
    d.  U.S. Registration No. 3,470,983
    e.  U.S. Registration No. 3,886,169
    f.  U.S. Registration No. 3,886,196
    g.  U.S. Registration No. 3,886,197
    h.  U.S. Registration No. 3,866,200
    i.  U.S. Registration No. 3,889,642
    j.  U.S. Registration No. 3,889,685
    k.  U.S. Application Serial No. 77/921,829
    l.  U.S. Application Serial No. 77/921,838
    m. U.S. Application Serial No. 77/921,869
    n.  U.S. Application Serial No. 85/041,463
    o.  U.S. Application Serial No. 85/299,118

6.  Packaging materials for the iPhone, iPod touch, and iPad products.

7.  Marketing materials for the iPhone, iPod touch, and iPad products.

8.  Development of the designs for the iPhone, iPod touch, and iPad products.

9.  Development, selection, protection, and clearance of icons for the iPhone, iPod touch, and iPad products.

10. Documents and physical samples evidencing non-Apple designs of mobile phones created before the
    release of the iPhone (June 2007) and non-Apple tablet computers created before the release of the
    iPad (April 2010).

11. Samsung, including any negotiations or agreements between Samsung and Apple.

12. Samsung's products, icons, product packaging, and marketing materials.

13. Customer inquiries or complaints regarding Samsung products, including but not limited to the Android-based
    mobile phones and tablets.

14. Reports of customer confusion relating to Samsung products, including but not limited to the Android-based
    mobile phones and tablets.

15. Evaluation of Samsung's products, including but not limited to the Android-based mobile phones and tablets.

16. Any competitive analyses of Samsung.

17. Licenses or agreements that convey patent rights.

18. Financial information relating to the iPhone, iPod touch, and iPad products.

19. The lawsuit between Apple and Samsung, including communications with Legal.


This Notice applies both to documents already in existence and to documents that may be created or received in the future.  "Document" includes but is not limited to hard copies (whether handwritten, printed, draft or final), notes, images, videotapes, packaging and other tangible objects.  "Document" also includes all forms of electronic data such as e-mails and

attachments, iChat, voicemail, spreadsheets, diagrams, CAD files, .wav and html files, whether stored on a hard drive, server, network, legacy system, CD, iPod, iPhone, iPad, PDA, or other storage device or media.

Effective immediately, please suspend applicable document destruction/deletion procedures and take affirmative steps to retain all documents described above.  These steps may include keeping relevant email and other documents in designated files that are safe from deletion; modifying email filters, preferences or AppleScripts to prevent automatic deletion (including setting preferences so that SENT emails are retained and not automatically deleted); and stopping deletion of backups.  Each electronic document should be preserved in its existing form to preserve metadata.

Please forward all relevant voicemails, both past and future, to extension 2-5345 (or 2-LEGL). When you forward, please state what matter you believe each message refers to.  If you have configured your voicemail messages to be sent to your email in-box, please retain all relevant voicemails, both past and future, by copying or moving such email to designated files that are safe from deletion.

If you plan to change computers or hard drives for any reason, please ensure that the documents described above are preserved.  In the event that you experience a loss of data or hard drive failure, please notify Legal immediately.

If you have any doubt about whether to preserve a document, please retain it.  This Notice applies to files of current and former employees as well as to documents stored on Apple-owned and personal equipment, such as your own portable or home computer.  Don't assume that a document's author or recipient will retain a copy.  If the document is in your possession, you should retain it.  A failure to comply could have adverse consequences for Apple and may result in disciplinary action.  We will notify you when you no longer need to retain the documents.

If you know of other persons who may have relevant information, please contact Maya Kumar (contact information below).

**Please notify Legal if you would like assistance in preserving data.**

If you have any questions or you believe any document described above is not being retained, please contact Maya Kumar.  This lawsuit should not be discussed unless someone from Legal is present.

Thank you.


Noreen Krall
Vice President, Litigation


Contact for questions:

Maya Kumar
Legal Specialist
(408) 862-8106

maya_kumar@apple.com