CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HAN-YEOL RYU IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>**Date:   June 26, 2012<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal** |

# DECLARATION OF HAN-YEOL RYU

I, Han-Yeol Ryu, declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am the Director of Corporate IT Strategy for Samsung Electronics Co., Ltd ("SEC"). I have been employed by SEC since 1994. As Director of Corporate IT Strategy, I am responsible for overseeing SEC's IT infrastructure and ensuring security of various electronic information kept within SEC's custody and control. In discharging those responsibilities I am familiar with the operation of the mySingle email interface that SEC employees use to access their SEC email accounts. I am familiar also with the Microsoft Outlook email client software as it is installed on the desktop or laptop computers of SEC's employees and with the rationale for SEC's use of the mySingle email system, which retains email in a user's inbox and 'sent' folders, for 14 days. I am also generally familiar with the security measures SEC undertakes to protect its confidential business information.

3. SEC uses an email system known as mySingle to maintain the email accounts of SEC employees, and provide SEC employees with an interface to access their SEC email accounts. SEC has used the mySingle system since 2001. The mySingle email interface used by SEC employees is web-based. Emails in a user's inbox and 'sent' folders are retained by the mySingle email system for 14 days. SEC has had the 14-day email retention policy in place since 2001.

4. For the protection of SEC's confidential business information, emails stored in a mySingle user's inbox and 'sent' folders are not automatically downloaded to the hard drive on the user's laptop or desktop computer. This security measure is in place to avoid misappropriation of valuable information in the event an SEC employee's computer is lost or stolen.

1   5.   The mySingle email interface allows for an SEC employee to save all email in their

2   inbox, as well as in their 'sent' folders, to the local hard drive on his or her desktop or laptop

3   computer, by clicking a "Save All" button.   An SEC employee who uses this "Save All" button

4   every two weeks could save all of his or her email to his or her local hard drive.   The "Help"

5   page in mySingle explains in both English and Korean how to use the "Save All" function

6   6.   An SEC employee can also save individual emails or groups of individual emails to

7   his or her local hard drive through the mySingle email interface.   An SEC employee can do this

8   by selecting the email or emails to be saved and then clicking a button to save the emails to his or

9   her local hard drive.   The 14-day email retention period for the mySingle system does not apply

10   to the emails an employee saves on the local hard drive of the employee's laptop or desktop.   The

11   "Help" page in mySingle explains in both English and Korean how to save individual emails or

12   groups of emails.

13   7.   SEC employees may also have the Microsoft Outlook email client software

14   installed on their laptop or desktop computer.   SEC does not require employees to obtain a

15   special authorization in order to have the Microsoft Outlook email client installed on their SEC

16   laptop or desktop computer workstation.   SEC employees who have the Microsoft Outlook email

17   client installed on their laptop or desktop computer can use Outlook to view email, and to archive

18   email, on their local hard drive.   However, for security reasons, SEC requires employees to

19   obtain special authorization in order to use the Microsoft Outlook email client to send email.

20   8.   When an SEC employee uses the Microsoft Outlook email client installed on their

21   laptop or desktop to view and archive email, Microsoft Outlook downloads copies of the

22   employee's email from the mySingle servers and saves the copies on the hard drive in the

23   employee's laptop or desktop.   The 14-day email retention period is administered on the

24   mySingle system servers; therefore, when SEC employees have the Microsoft Outlook email

25   client installed on their laptop or desktop, the 14-day email retention period for the mySingle

26   system does not apply to the emails archived using Microsoft Outlook on the local hard drive of

27   the employee's laptop or desktop.   The Microsoft Outlook email client can be configured to

28

-2-   Case No. 11-cv-01846-LHK
HAN-YEOL RYU DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

1  retain indefinitely the email downloaded from the mySingle server.   SEC does not restrict the
2  ability of SEC employees to configure the Microsoft Outlook email client to retain indefinitely the
3  email downloaded from the mySingle server.

4       9.    SEC operates its mySingle email system subject to its obligations to comply with
5  the letter and spirit of both the Korean Constitution and Korean laws that protect rights to
6  correspondence and privacy as they apply to employee correspondence.

7       10.    SEC has 175,486 employees.   In order to maintain an email system for such a
8  large workforce enterprise, SEC incurs an expense of more than 3,331,777,196 Korean Won per
9  month.   The cost of maintaining the mySingle email system is directly related to the length of
10 time for which the system retains emails.   Thus, for example, if SEC was to increase the 14-day
11 retention period for email to a 30-day retention period, that action would more than double SEC's
12 cost per user, per month, i.e., from the current per user cost of more than 18,986 Korean Won per
13 month, to a per user cost of more than 37,972 Korean Won.   This would result in an overall cost
14 increase per year of approximately 39,981,326,352 Korean Won.

15      11.    SEC develops and manufactures products in a wide variety of highly competitive
16 industries, including semiconductor, LCD, mobile communications, and computer businesses.
17 SEC invests significant resources to develop competitive, cutting-edge products.   For example,
18 SEC has more than 42,000 employees who work on research and development.   If such
19 confidential development plans and research were subject to being inadvertently disclosed or
20 stolen, SEC's business would be exposed to serious and material harm.   Consequently, SEC takes
21 extensive steps to prevent such a disclosure or theft.   One such measure is the 14-day retention
22 period for the mySingle email client, which reduces the amount of information that could be
23 inadvertently disclosed through misdirected email, or stolen through unauthorized access to an
24 employee's email account.

25      12.    In addition to the security measures SEC takes with regard to its email system, SEC
26 takes the following security measures to protect its confidential business information.   SEC
27 directs employees to keep hard copies of SEC business documents in secure locations in their
28

PURSUANT TO PROTECTIVE ORDER

1  offices, such as a locked drawer.  SEC periodically checks employees offices to confirm that hard copy documents in employees' offices are being stored in secure locations.  Employees sometimes refer to these as "security checks."  If during a "security check" unsecured hard copy documents are found that the employee needs to retain, such as for an ongoing project or pursuant to a litigation hold notice, the employee is directed to store the documents in a secured location.  Employees are not directed to destroy hard copy documents that they need to retain for an ongoing project or pursuant to a litigation hold notice.

13. Private security forces monitor the security of SEC's facilities 24 hours a day. Each employee must walk through a metal detector when exiting the premises, and all bags, briefcases, and purses are checked through an x-ray machine.  Any unauthorized memory devices or electronic devices having memory functionality (e.g., USB drives, hard drives, CD/DVDs, cell phones, MP3 players) are strictly prohibited from being taken out of the premises.

14. All cell phones and MP3 players must also be registered, and each device must either have cameras taped with tamper-proof tape or the device must have special software that disables the cameras.  The Mobile Communications Business Unit even uses special paper that is capable of triggering the metal detectors, if a print out is carried outside the premises.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on the 24 of May, 2012, in Seoul, Republic of Korea.

_____
Han-Yeol Ryu