1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

                    UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG) <br><br>**DECLARATION OF IOI LAM IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS** <br><br>Date: <br>Time:　　10:00 a.m. <br>Place:　　Courtroom 5, 4th Floor <br>Judge:　　Hon. Paul S. Grewal <br><br>FILED UNDER SEAL |

02198.51855/4776929.1

Case No. 11-cv-01846-LHK (PSG)
LAM DECLARATION

## DECLARATION OF IOI LAM

1. I make this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

2. I was Principal Engineer in the Mobile Communications Lab at Samsung Telecommunications America ("STA"). My last day working for STA was April 27, 2012. I left Samsung to pursue other employment opportunities.

3. I was deposed for this case in San Francisco, California on March 8, 2012.

4. I received many litigation hold notices while I was employed at STA related to different law suits. Because I regularly received litigation hold notices, I saved documents that were relevant to my work.

5. As an employee at STA, I used Outlook for my email. Using Outlook, I saved emails that were relevant to my work. My emails were not automatically deleted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 28th of May, 2012, in San Jose, California.

_____
Ioi Lam