CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***DECLARATION OF JONG DAE PARK*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 25, 2012

_____
Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JONG-DAE PARK IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:    **June 26, 2012**<br>Time:   **10:00 a.m.**<br>Place:  **Courtroom 5, 4th Floor**<br>Judge:  **Hon. Paul S. Grewal** |

**FILED UNDER SEAL**

Case No. 11-cv-01846-LHK
JONG-DAE PARK DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

PURSUANT TO PROTECTIVE ORDER

# DECLARATION OF JONG-DAE PARK

I, Jong-Dae Park (박종대), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am an Engineer at Samsung Electronics Co. My business address is 416 Maetan-dong, Yeongtong-gu, Suwon-si, KOREA 442-742.

3. I was deposed for this case in Seoul, Korea, on March 8, 2012.

4. I received a litigation hold notice on February 13, 2012. After receiving the notification from the legal team, I have preserved my documents and emails in accordance with the instructions that I received

5. I have used Outlook since April, 2009 until last summer. Since summer 2011, I save all my e-mails using "Save All" function in mySingle. In the normal course of my work, I rarely send and receive emails relating to the subject matter of Ex. 6 and Ex. 7 of Apple's motion. Most of our work is done via phone or at in-person meetings.

6. As part of my duties at Samsung, I was charged with communicating with Atmel, a Samsung vendor, related to the accused Samsung touchscreen integrated circuit. The final approval to use Atmel's integrated circuit touchscreen for the Galaxy Tab 10.1, which is the only product accused of infringing the '607 patent released after the start of this lawsuit, occurred on February 25, 2011.

7  At no time did I ever intentionally delete any evidence that may have been relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 25 of May, 2012, in Suwon-Si, Republic of Korea.

박 종 대

Jong-Dae Park (박종대)

-1-  
Case No. 11-cv-01846-LHK  
JONG-DAE PARK DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

PURSUANT TO PROTECTIVE ORDER

미연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인,<br><br>원고,<br><br>대<br><br>삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어 유한책임회사,<br><br>피고. | 사건번호. 11-cv-01846-LHK<br><br>**삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기**<br><br>날짜: 2012 년 6월 26일<br>시간: 오전 10시<br>장소: 4층 5호실 법정<br>판사: 폴그리윌(Paul S. Grewal) 판사님 |

봉인된 비공개 제출

박종대(JONG-DAE PARK) 진술인의 진술서

본인 박종대는 다음과 같이 진술합니다.

1.  본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를 제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2.  본인은 삼성전자㈜ 소속 사원입니다. 제 근무지 주소는 대한민국 경기도 수원시 영통구 매탄동 416 (우) 442-742 입니다.

3.  본인은 2012 년 3월 8일 한국 서울에서 선서 증언을 했습니다.

4.  본인은 2011 년 5 월 24 일 본건 소송과 관련하여 문서보존통보를

PURSUANT TO PROTECTIVE ORDER

받았습니다. 법무팀으로부터 통보를 받은 후, 제가 받은 그 지시사항에 따라 제 문서와 이메일과 보존해왔습니다.

5.  본인은 2009 년 4 월부터 작년 여름까지 아웃룩을 사용해왔습니다. 정규 업무 수행 과정에서, 본인은 애플측 신청서(motion)의 제 6 호증 및 7 호증의 주제와 관련하여 이메일을 발송/수신하는 경우는 매우 드뭅니다. 저희들이 수행하는 대부분의 업무는 전화나 회의를 통해서 이루어집니다.

6.  삼성에서 본인 담당 업무의 일부로서, 본인은 피제소 삼성 터치스크린 집적회로(IC)와 관련하여 삼성의 공급업체인 Atmel 사와 커뮤니케이션 하는 업무를 맡았습니다. '607 특허 침해 클레임이 걸려있는 제품으로서는 유일하게 본건 소송 시작 이후에 출시된 제품인 Atmel 사의 캘럭시탭 10.1 용 집적회로 터치스크린의 최종 사용 승인은 2011 년 2 월 25 일에 이루어졌습니다.

7.  연관성이 있을 수도 있는 증거를 고의로 삭제한 적은, 어느 시점에서든지, 단 한 번도 없었습니다.

저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다. 2012 년 5 월 25일 대한민국 수원시에서 작성함.

박종대(Jong-Dae Park)

-3-  Case No. 11-cv-01846-LHK
'S DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS