Contains Highly Confidential – Attorneys' Eyes Only Information
Pursuant To Protective Order

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***DECLARATION OF JOO HYUK KANG*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 25, 2012

_____

Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOO HYUK KANG IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:     June 26, 2012<br>Time:    10:00 a.m.<br>Place:   **Courtroom 5, 4th Floor**<br>Judge:   Hon. Paul S. Grewal |

**FILED UNDER SEAL**

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

# DECLARATION OF JOO HYUK KANG

I, Joo Hyuk Kang (강주혁), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am an Engineer in the Advanced Software Development Group at Samsung Electronics Company Limited. My business address is 416, Maetan 3-Dong, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do 443-742, Korea.

3. I was deposed in Seoul Korea on February 6, 2012 for the case between Samsung and Apple pending in the International Trade Commission.

4. I received a document retention notice from the Samsung legal team in connection with this case on May 3, 2011. After receiving the notification from the legal team, I have preserved my documents and emails in accordance with the instructions that I received. (Joo Hyuk Kang Dep. Tr. 14:11-16:12)

5. I had been using Outlook to backup all of my work email prior to the time I received the document retention notice. (Joo Hyuk Kang Dep. Tr. at 15:18-16:12)

6. At no time did I ever intentionally delete any evidence that may have been relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 25 of May, 2012, in Suwon City, Republic of Korea.

_____
Joo Hyuk Kang (강주혁)

-1-   Case No. 11-cv-01846-LHK
JOO HYUK KANG DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

미 연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인,<br><br>원고,<br><br>대.<br><br>삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어<br>유한책임회사,<br><br>피고. | 사건번호. 11-cv-01846-LHK<br><br>**삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기**<br><br>날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정<br>판사: 폴그리월(Paul S. Grewal) 판사님 |

**봉인된 비공개 제출**

**강주혁(JOO HYUK KANG)의 진술서**

본인 강주혁(Joo Hyuk Kang)은 다음과 같이 진술합니다.

1. 본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의제기를 지원하여 이 진술서를제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2. 본인은 삼성전자(주) 선행소프트웨어개발그룹 소속 선임연구원입니다. 제

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

근무지 주소는 대한민국 경기도 수원시 영통구 매탄 3 동 416 (우) 443-742 입니다.

3. 저는 삼성과 애플 간에 국제무역위원회 (ITC)에 계류중인 소송사건과 관련하여 2012 년 2 월 6 일 한국 서울에서 선서 증언을 했습니다.

4. 본인은 2011 년 5 월초 또는 그 이전에 본건과 관련해 삼성법무팀으로부터 문서보존통보서를 받았습니다. 법무팀으로부터 이 통보서를 받은 후 본인은 통지받은 지시사항에 따라 제 문서와 이메일을 보존했습니다. (강주혁 선서증언 녹취록 14:11-16:12)

5. 본인은 문서보존통보서를 받기 전에는 아웃룩을 이용해서 모든 업무 관련 이메일을 백업했습니다. ( 강주혁 선서증언 녹취록 15:18-16:12)

6. 연관성이 있을 수도 있는 증거를 고의로 삭제한 적은, 어느 시점에서든지, 단 한번도 없었습니다.

저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.   2012 년 5 월 25 일 한국 수원시에서 작성함.

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOO HYUK KANG IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:    June 26, 2012<br>Time:   10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

**FILED UNDER SEAL**

# DECLARATION OF JOO HYUK KANG

I, Joo Hyuk Kang (강주혁), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am an Engineer in the Next Generation Software Development Group at Samsung Electronics Company Limited. My business address is 416, Maetan 3-Dong, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do 443-742, Korea.

3. I was deposed in Seoul Korea on February 6, 2012 for the case between Samsung and Apple pending in the International Trade Commission.

4. I received a document retention notice from the Samsung legal team in connection with this case on May 3, 2011. After receiving the notification from the legal team, I have preserved my documents and emails in accordance with the instructions that I received. (Joo Hyuk Kang Dep. Tr. 14:11-16:12)

5. I had been using Outlook to backup all of my work email prior to the time I received the document retention notice. (Joo Hyuk Kang Dep. Tr. at 15:18-16:12)

6. At no time did I ever intentionally delete any evidence that may have been relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the ___ of May, 2012, in Suwon-Si, Republic of Korea.

Joo Hyuk Kang (강주혁)

-1-  Case No. 11-cv-01846-LHK
JOO HYUK KANG DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

미 연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인, | 사건번호. 11-cv-01846-LHK |
| 원고, | **삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기** |
| 대. | |
| 삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어 유한책임회사, | 날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정<br>판사: 폴그리월(Paul S. Grewal) 판사님 |
| 피고. | |

**봉인된 비공개 제출**

**강주혁(JOO HYUK KANG)의 진술서**

본인 강주혁(Joo Hyuk Kang)은 다음과 같이 진술합니다.

    1. 본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의제기를 지원하여 이 진술서를제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

    2. 본인은 삼성전자(주) 차세대 S/W 개발그룹 소속 선임연구원입니다.

PURSUANT TO PROTECTIVE ORDER

제 근무지 주소는 대한민국 경기도 수원시 영통구 매탄 3 동 416 (우) 443-742 입니다.

3. 저는 삼성과 애플 간에 국제무역위원회 (ITC)에 계류중인 소송사건과 관련하여 2012 년 2 월 6 일 한국 서울에서 선서 증언을 했습니다.

4. 본인은 2011 년 5 월초 또는 그 이전에 본건과 관련해 삼성법무팀으로부터 문서보존통보서를 받았습니다. 법무팀으로부터 이 통보서를 받은 후 본인은 통지받은 지시사항에 따라 제 문서와 이메일을 보존했습니다. (강주혁 선서증언 녹취록 14:11-16:12)

5. 본인은 문서보존통보서를 받기 전에는 아웃룩을 이용해서 모든 업무 관련 이메일을 백업했습니다. ( 강주혁 선서증언 녹취록 15:18-16:12)

6. 연관성이 있을 수도 있는 증거를 고의로 삭제한 적은, 어느 시점에서든지, 단 한번도 없었습니다.

저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.   2012 년 5 월 26 일 한국 수원시에서 작성함.



_____
강주혁

-3-   Case No. 11-
___ 'S DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INS_