CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled
***DECLARATION OF KANG HYUN LEE*** is an accurate and complete rendering of the
contents of the source document to the best of my knowledge and ability. I further certify
that I am a qualified professional translator familiar with both languages with more than
twenty years of experience in Korean to English translation of various legal, technical or
business documents including a number of legal evidentiary documents submitted to
various courts in the United States.

Date: May 28, 2012

Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

    Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

    Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KANG HYUN LEE IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>**Date:    June 26, 2012**<br>**Time:    10:00 a.m.**<br>**Place:    Courtroom 5, 4th Floor**<br>**Judge:  Hon. Paul S. Grewal** |

**FILED UNDER SEAL**

# DECLARATION OF KANG HYUN LEE

I, Kang Hyun Lee (이강현), hereby declare as follows:

1.     I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.   I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2.     I am a Senior Engineer in the Next Generation Software Development Group at Samsung Electronics Company Limited.   My business address is 416, Maetan 3-Dong, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do 443-742, Korea.

3.     I was deposed in Seoul Korea on February 3, 2012 for the case between Samsung and Apple pending in the International Trade Commission.

4.     I received a document retention notice from the Samsung legal team in connection with this case on or before early May 2011.   After receiving the notification from the legal team, I have preserved my documents and emails in accordance with the instructions that I received.

5.     In 2010, I began using Outlook to backup all of my work email.   (Kang Hyun Lee Dep. Tr. at 15:15-16:17.)

6.     At no time did I ever intentionally delete any evidence that may have been relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on the ___ of May, 2012, in Suwon-Si, Republic of Korea.

 

 

 

Kang Hyun Lee (이강현)

미 연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인,<br><br>       원고,<br><br>    대.<br><br>삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어<br>유한책임회사,<br><br>       피고. | 사건번호. 11-cv-01846-LHK<br><br>**삼성측의 증거인멸을 이유로 애플측에서<br>신청한 바의 삼성에 불리한 추론적<br>지시사항을 배심원단에 하는 데에 대한<br>삼성측의 이의 제기**<br><br>날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정<br>판사: 폴그리월(Paul S. Grewal) 판사님 |

**봉인된 비공개 제출**

**이강현(KANG HYUN LEE) 진술인의 진술서**

본인 이강현(Kang Hyun Lee)은 다음과 같이 진술합니다.

   1.    본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를 제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

   2.    본인은 삼성전자(주) 차세대 S/W 개발그룹 소속 책임연구원입니다. 제

PURSUANT TO PROTECTIVE ORDER

1  근무지 주소는 대한민국 경기도 수원시 영통구 매탄 3 동 416 (우) 443-742 입니다.

2       3.    저는 삼성과 애플 간에 국제무역위원회 (ITC)에 계류중인 소송사건과

3
4  관련하여 2012 년 2 월 3 일 한국 서울에서 선서 증언을 했습니다.

       4.    본인은 2011 년 5 월초 또는 그 전에 본건과 관련해 삼성법무팀으로부터
5
6  문서보존통보서를 받았습니다. 법무팀으로부터 이 통보서를 받은 후 본인은 통지받은

7  지시사항에 따라 제 문서와 이메일을 보존했습니다.

8       5.    2010 년부터 아웃룩을 사용해서 제 업무관련 이메일을 백업하기
9
10 시작했습니다.(이강현 선서증언 녹취록 15:15-16:17.)

11      6.  연관성이 있을 수도 있는 증거를 고의로 삭제한 적은, 어느 시점에서든지,
12
13 단 한번도 없었습니다.

14

15      저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고
16
17 정확함을 진술합니다.   2012 년 5 월 25 일 대한민국 수원시에서 작성함.

18
19
20
21                        이강현 (Kang Hyun Lee)