Contains Highly Confidential – Attorneys' Eyes Only Information
Pursuant To Protective Order

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***DECLARATION OF MIN CHEOL SCHIN*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 28, 2012

\_\_\_\_ *[signature]* _____

Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MIN CHEOL SCHIN IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:    June 26, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**FILED UNDER SEAL**

# DECLARATION OF MIN CHEOL SCHIN

I, Min Cheol Schin (신민철), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am a Vice President in the Android Research & Development Group 1 at Samsung Electronics Co., Ltd. ("SEC").

3. I was deposed for this case in Seoul, Korea, on March 2, 2012.

4. In April, 2011 I attended a meeting conducted by Young-jo Lim, a Director in IP Legal Team, at SEC's Suwon campus in Suwon, Korea, regarding the obligation to preserve documents. At the meeting I attended, instructions were given that all persons with potentially relevant documents should take steps to preserve the documents. After being informed of the obligation to preserve documents at this meeting, I have preserved my documents and emails in accordance with the instructions that I received.

5. I have used Outlook to save emails since January, 2011. I have used Outlook to save potentially relevant emails in accordance with the instructions that I received.

6. At no time did I ever intentionally delete any evidence that may have been relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 28 of May, 2012, in Suwon-Si, Republic of Korea.

/S/
Min Cheol Schin (신민철)

-1-   Case No. 11-cv-01846-LHK
MIN CHEOL SHIN DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

미 연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인,<br><br>원고,<br><br>대.<br><br>삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어<br>유한책임회사,<br><br>피고. | 사건번호. 11-cv-01846-LHK<br><br>**삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기**<br><br>날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정<br>판사: 폴그리월(Paul S. Grewal) 판사님 |

**봉인된 비공개 제출**

**신민철(MIN CHEOL SCHIN) 진술인의 진술서**

본인 신민철(Min Cheol Schin)은 다음과 같이 진술합니다.

1. 본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를 제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2.	본인은 삼성전자(주) 안드로이드 개발 1 그룹 소속 상무입니다.

3.	본인은 2012 년 3 월 2 일 한국 서울에서 본건과 관련하여 선서증언을 했습니다.

4.	본인은 2011 년 4 월달에 수원에 있는 삼성전자 수원 사업장에서 IP 법무팀 임영조 수석이 주관한 문서보존 관련 회의에 참석했습니다. 제가 참석한 그 회의에서, 연관성이 있을 수도 있는 문건을 가지고 있는 모든 사람들은 문서보존 조치를 취해야한다는 지시사항을 시달 받았습니다. 그와같이 문서보존 의무를 통보받은 후, 제가 받은 그 지시사항에 따라 제 문서와 이메일을 보존해왔습니다.

5.	본인은 2011 년 1 월부터 아웃룩을 사용하여 이멜을 저장해왔습니다. 본인은 상기와 같이 통보받은 지시사항에 따라, 연관성이 있을 수도 이메일들은 아웃룩을 사용하여 저장해왔습니다.

6.	연관성이 있을 수도 있는 증거를 고의로 삭제한 적은, 어느 시점에서든지, 단 한번도 없었습니다.

저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.  2012 년 5 월 28 일 대한민국 수원시에서 작성함.

신민철(Min Cheol Schin)