CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***DECLARATION OF NARA CHO*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 29, 2012

_____

Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

   Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF NARA CHO IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:    June 26, 2012<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

**FILED UNDER SEAL**

PURSUANT TO PROTECTIVE ORDER

# DECLARATION OF NARA CHO

I, Nara Cho (조나라), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am a Senior Manager in the Product Strategy Group of the Mobile Communications Division at Samsung Electronics Company Limited. My business address is 416, Maetan 3-Dong, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do 443-742, Korea.

3. I was deposed for this case in San Francisco, California on January 14, 2012.

4. In the fall of 2011 attorneys from the IP Legal Team informed me of the obligation to preserve documents. After being informed of the obligation to preserve documents by the legal team, I have preserved my documents and emails in accordance with the instructions that I received.

5. In my role in the Product Strategy Group, I work on developing the initial set hardware and software features for new products in consultation with the engineering teams, which are responsible for the actual design and development of those features. Among the products that I have worked on is the Galaxy Tab 10.1. My work on the Galaxy Tab 10.1 took place during the second quarter of 2011 and earlier. During that time, I recall that I would generally send one or more emails regarding the Galaxy Tab 10.1 each week.

6. At no time did I ever intentionally delete any evidence that may have been relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 29 of May, 2012, in Suwon-Si, Republic of Korea.

Nara Cho (조나라)

PURSUANT TO PROTECTIVE ORDER

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

d

미 연방법원

북가주 지원, 새너제이 지부 법정

| 애플사, 캘리포니아 법인, | 사건번호. 11-cv-01846-LHK |
|---|---|
| 원고, | **삼성측의 증거인멸을 이유로 애플측에서** |

-2-　Case No. 11-cv-01846-LHK
'S DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| 대.<br><br>삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어 유한책임회사,<br><br>피고. | **신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기**<br><br>날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정<br>판사: 폴그리월(Paul S. Grewal) 판사님 |

**봉인된 비공개 제출**

**조나라(NARA CHO) 진술인의 진술서**

본인 조나라(Nara Cho)는 다음과 같이 진술합니다.

1.   본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를 제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2.   본인은 삼성전자(주) 무선사업부 제품전략그룹 소속 부장입니다. 제 근무지 주소는 대한민국 경기도 수원시 영통구 매탄 3 동 416 (우) 443-742 입니다.

3.   본인은 2012 년 1 월 14 일 캘리포니아 샌프란시스코에서 본건과 관련하여 선서증언을 했습니다.

4.   본인은 2011 년 가을에 IP 법무팀 소속 변호사들로부터 문서보존통보서를 받았습니다. 법무팀으로부터 통보를 받은 후, 제가 받은 그 지시사항에 따라 제

문서와 이메일을 보존해왔습니다.

5. 품질전략 부서에서 제가 담당한 역할은 개발팀과 협의하여 신제품의 하드웨어 및 소프트웨어와 관련된 일련의 초기 특성을 개발하는것입니다. 본인이 작업한 제품들중에는 갤럭시탭 10.1 이 포함되어 있습니다. 갤럭시탭 10.1 과 관련된 제 작업은 2011 년 2 분기 및 그 이전의 시점에 이루어졌습니다. 이 기간 동안에 본인은 갤럭시탭 10.1 과 관련해 매주 한통 이상의 이메일을 발송한 것으로 기억합니다.

6. 연관성이 있을 수도 있는 증거를 고의로 삭제한 적은, 어느 시점에서든지, 단 한번도 없었습니다.

저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.   2012 년 5 월 29 일 대한민국 수원시에서 작성함.

_____
조나라 (Nara Cho)