CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF WON PYO HONG IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:      **June 26, 2012**<br>Time:     **10:00 a.m.**<br>Place:    **Courtroom 5, 4th Floor**<br>Judge:   **Hon. Paul S. Grewal** |

**FILED UNDER SEAL**

PURSUANT TO PROTECTIVE ORDER

**DECLARATION OF WON PYO HONG**

I, Won Pyo Hong (홍원표), hereby declare as follows:

1.      I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.   I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2.      I am an Executive Vice President in the Global Product Strategy Department at Samsung Electronics Company Limited.   My business address is 416, Maetan 3-Dong, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do 443-742, Korea.

3.      I was deposed for this case in Seoul, Korea on April 19, 2012.

4.      I first joined Samsung in the infrastructure group in February 2007 as a lateral from Korea Telecom.   My work in the infrastructure group was completely unrelated to smartphones and unrelated to any product planning or strategy of smartphones.   In March 2008, I moved to the Mobile Communications Division as head of product planning as an Executive Vice President. In that role, I am not a designer and am not directly involved in any product designs at a technical level.

5.      At the time of the KFTC investigation in March of 2011, Mr. Jong In Kim did report to me.   However, I was not aware of nor involved in any of the actions taken by Mr. Kim as described in the KFTC press release.   Although I subsequently received notice from Mr. Kim about his actions, I had no other involvement in anything related to the KFTC investigation. Moreover, it is my understanding that the deleted files related to issues and products exclusively involving the Korean market and were therefore not relevant to any actions in the United States.

6.      At no time did I ever intentionally delete any evidence that may have been relevant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on the 29 of May, 2012, in Suwon-Si, Republic of Korea.

_____
Won Pyo Hong (홍원표)

-1-                                    Case No. 11-cv-01846-LHK
WON PYO HONG DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

PURSUANT TO PROTECTIVE ORDER



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-                    Case No. 11-cv-01846-LHK
WON PYO HONG DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS