Contains Highly Confidential – Attorneys' Eyes Only Information
Pursuant To Protective Order

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***DECLARATION OF WOOUP KWON*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 25, 2012

_____
Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF WOOUP KWON IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:     June 26, 2012<br>Time:     10:00 a.m.<br>Place:    **Courtroom 5, 4th Floor**<br>Judge:    **Hon. Paul S. Grewal** |

**FILED UNDER SEAL**

**DECLARATION OF WOOUP KWON**

I, Wooup Kwon (권우업), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am an Engineer in the North America Software Development Group 2 at Samsung Electronics Company Limited. My business address is 416, Maetan 3-Dong, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do 443-742, Korea.

3. I was deposed in New York, New York on April 11, 2012 for the case between Samsung and Apple pending in the International Trade Commission.

4. During my deposition, I was asked by counsel for Apple questions about when I first heard about this litigation through a communication from Samsung. In response, I testified that I heard about this litigation approximately three weeks earlier when I was asked to collect documents for this case. (Wooup Kwon Dep. Tr. at 11:16-12:16.) I was not asked whether I received instructions to retain and preserve documents.

5. In fact, I received a document retention notice from the Samsung legal team on May 3, 2011, and July 13, 2011. While the request to collect documents and to appear for deposition for this case was the first time I was specifically told about the case, I had been previously contacted by the legal team to preserve documents last year. After receiving the notification from the legal team, I have preserved my documents and emails in accordance with the instructions that I received.

6. I have also used Outlook to save emails since joining Samsung in 2008. I was not asked whether I used Outlook during my deposition.

7. At no time did I ever intentionally delete any evidence that may have been relevant.

/ / /

/ / /

/ / /

1  / / /

2  I declare under penalty of perjury under the laws of the United States of America that the

3  foregoing is true and correct.   Executed on the _25th_ of May, 2012, in Suwon-Si, Republic of

4  Korea.

_____
Wooup Kwon (권우업)

미 연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인, | 사건번호. 11-cv-01846-LHK |
| 원고, | **삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기** |
| 대. | |
| 삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어 유한책임회사, | 날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정<br>판사: 폴그리월(Paul S. Grewal) 판사님 |
| 피고. | |

**봉인된 비공개 제출**

**권우업(Wooup Kwon) 진술인의 진술서**

본인 권우업(Wooup Kwon)은 다음과 같이 진술합니다.

1. 본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를 제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2. 본인은 삼성전자(주) 북미 소프트웨어 개발 2 그룹 소속 선임연구원입니다. 제 근무지 주소는 한국 경기도 수원시 영통구 매탄 3 동 416 (우)

443-742 입니다.

3.     본인은 삼성과 애플 간에 국제무역위원회(ITC)에 계류중인 소송사건에 관련하여 2012 년 4 월 11 일 미국 뉴욕시에서 선서증언을 했습니다.

4.     제 선서증언중 본인은 애플사의 변호인으로부터 제가 회사측의 통지사항을 통하여 언제 맨처음 본건 소송에 관해 들아봤는지에 관한 질문을 받았습니다. 그 질문에 대한 답변으로, 본인은 본건 관련 문서를 찾아서 취합해달라는 요청을 받았던 시점, 즉 3 주전쯤에 본건 소송에 관하여 들어봤다고 증언했습니다 (권우업 증언녹취록 11:16-12:16). 본인은 문서를 보관하거나 보존하라는 지시를 받았는지 여부에 관해서는 질문을 받지 않았습니다.

5.     실제로 2011 년 5 월 3 일과 2011 년 7 월 13 일에 본인은 삼성 법무팀으로부터 문서보존 통보서를 받았습니다. 본건과 관련하여 문서보존 및 선서증언 출두요청을 받은 것이 제가 특별히 본건 소송에 관하여 구체적으로 처음 들어보게 된 경우였지만, 본인은 작년에도 법무팀으로부터 문서를 보존하라는 연락을 받은 적은 있습니다. 법무팀으로부터 통보를 받은 후 본인은 주어진 지시에 따라 문서와 이메일을 보존해 왔습니다.

6.     본인은 또한 2008 년 삼성에 입사한 이래 아웃룩으로 이메일을 사용했습니다. 제 선서증언중 본인은 아웃룩을 사용하는지에 대한 질문은 받지 않았습니다.

7.     연관성이 있을 수도 있는 증거를 고의로 삭제한 적은, 어느 시점이든지, 단 한번도 없었습니다.

본인은 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.   2012 년 5 월 _25_ 일 대한민국 수원시에서 작성함.

_____

권우업  (Wooup Kwon)