CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
        charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

    Kevin P.B. Johnson (Bar No. 177129)
        kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
        victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

    Michael T. Zeller (Bar No. 196417)
        michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF YOUNG-JO LIM IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

PURSUANT TO PROTECTIVE ORDER

# DECLARATION OF YOUNG-JO LIM

I, Young-jo Lim, declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. My position is Director, IP Legal Team in the Intellectual Property Center at Samsung Electronics Co., Ltd. ("SEC"). I have been employed by SEC since June 1990. Since that time I have been involved in a wide range of litigation activities relating to patent disputes and other intellectual property issues, including in the semi-conductor and telecommunications areas. To further my education in intellectual property law, I obtained an LLM degree at Wake Forest University in the United States, and was subsequently admitted to the New York State Bar in 2006.

3. Without waiving any privileges, the following describes in general terms the efforts SEC has undertaken to preserve documents pursuant to litigation hold notices.

4. I was aware that Apple Inc. had filed the action against SEC, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC in the United States District Court for the Northern District of California on April 15, 2011. I am familiar with U.S. litigation and in 2011, and as part of my duties at the IP Legal Team, I met in person with many executives and non-executive managers who could have documents relevant to the litigation in this patent dispute between SEC and Apple.

5. Accordingly, on four occasions in April 2011, I met with groups of executives and non-executive managers in relevant divisions of SEC. These meetings occurred on April 27, 28, and 29, 2011. Each meeting lasted for approximately one hour.

6. On each occasion, the topics covered included United States litigation procedures, the system of discovery in U.S. litigation, each type of discovery mechanism, including document production, interrogatories, and depositions; the nature of e-discovery, and the need for document preservation on the SEC computer systems. The topics also included the issuance of litigation hold notices and the obligation of each person with information pertaining to the subjects in the

PURSUANT TO PROTECTIVE ORDER

litigation hold notice to actively save emails and other electronic documents, and that the mySingle and Microsoft Outlook email systems enable users to select emails and save them. Instructions were given that employees should contact the IP legal Team if they had any questions about how to do so.

7. The April 27, 2011 meeting took place at SEC's Suwon campus in Suwon, Korea. All executives of the Mobile Communications Business Unit were asked to attend. Two sessions were held on that day, one in the morning and a second in the afternoon. Each lasted approximately one hour. There were 39 executives, or director level employees, in attendance, from a wide range of departments of the Mobile Unit, including UX Design, Development Strategy, Software Development, Hardware Development, Acquisition, Product Planning, Quality Testing, Advanced R&D, HR, and others. In these meetings clear instructions were given that every executive should provide a directive to their junior managers that all persons with potentially relevant documents should take steps to comply in the manner described in the litigation hold notices, and that anyone with questions should contact the IP Legal Team for guidance.

8. The April 28, 2011 meeting took place at SEC's Suwon campus in the Diva Hall located in the R3 Building. The attendees were 166 non-executives who report to the executives who attended the April 27, 2011 meetings. These employees include project leaders, who manage projects on a day-to-day basis, leaders of product development and marketing teams, principal engineers and senior engineers, all of whom are below executive level in seniority. These are the employees who would receive directives from the executives I met with the day before.

9. The April 29, 2011 meeting took place at SEC's Gumi manufacturing facility for Samsung's mobile telephones and devices. There were 112 employees in attendance, including a mix of executives and mid-level employees involved in manufacturing projects, with an emphasis on technical issues.

/ / /

/ / /

-2-   Case No. 11-cv-01846-LHK
YOUNG-JO LIM DECL. ISO OPP. TO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS

PURSUANT TO PROTECTIVE ORDER

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.   Executed on the 24th of May, 2012, in ⸻Suwon⸻, Republic of
3   Korea.

_____
Young-jo Lim