1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 21             Plaintiff, | **CORRECTED SUPPLEMENTAL DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT REPORTS** |
| 22          vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| 26             Defendants. | **UNDER SEAL** |

28

Case No. 11-cv-01846-LHK (PSG)
CORRECTED SUPPLEMENTAL PRICE DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE

**CORRECTED SUPPLEMENTAL DECLARATION OF CHRISTOPHER E. PRICE**

I, Christopher E. Price, declare as follows:

1. I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this corrected supplemental declaration in support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories. I have personal knowledge of the facts set forth in this supplemental declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. On May 21, 2012, five days after Samsung filed its Motion to Strike – which seeks in part to strike portions of the reports of Apple's damages expert due to Apple's deficient, incomplete, belated, and contradictory production of licensing information – Apple produced for the first time five more patent license agreements. All five patent license agreements are listed on Apple's most recent licensing chart, Bates numbered APLNDCY0000236371-R through APLNDC-Y0000236405-R (Exhibit M to the Declaration of Christopher E. Price in Support of Samsung's Motion to Strike, Dkt. No 936.) The five patent license agreements are:

    (a)   Document Bates numbered APLNDC-WH0000728094-8131, a true and correct copy of which is attached as Exhibit 1;

    (b)   Document Bates numbered APLNDC-WH0000728132-8141, a true and correct copy of which is attached as Exhibit 2;

    (c)   Document Bates numbered APLNDC-WH0000728142-8152, a true and correct copy of which is attached as Exhibit 3;

    (d)   Document Bates numbered APNDC-WH0000728071-8093, a true and correct copy of which is attached as Exhibit 4; and

    (e)   Documents Bates numbered APNDC-WH0000728062-8070, a true and correct copy of which is attached as Exhibit 5.

3. Apple's Rule 30(b)(6) witness on certain licensing issues was deposed on February 23, 2012. Fact discovery in this case closed on March 8, 2012. Samsung served its

1  opening and rebuttal damages reports on March 22 and April 16, 2012, respectively.  Obviously,
2  these newly produced license agreements – as well as the other agreements discussed in my
3  original declaration – were not available to Samsung or its experts to formulate Samsung's
4  damages theories or respond to Apple's.

5      4.    My Supplemental Declaration in Support of Samsung's Motion to Strike Expert
6  Reports incorrectly states in paragraph two that Apple produced the five patent license
7  agreements discussed in that paragraph on "April 21, 2012."  In fact, Apple produced those
8  agreements on May 21, 2012.

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct.
12  Executed on May 30, 2012, at Los Angeles, California.

Christopher E. Price

-2-    Case No. 11-cv-01846-LHK (PSG)
CORRECTED SUPPLEMENTAL PRICE DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE