# EXHIBIT A

# FILED UNDER SEAL

# WILMERHALE

**HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

May 31, 2012

**By E-mail**

Peter J. Kolovos

+1 617 526 6493(t)
+1 617 526 5000(f)
peter.kolovos@wilmerhale.com

Diane C. Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
dianehutnyan@quinnemanuel.com

Re: Apple v. Samsung, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Diane:

I write in further response to Samsung's letters of May 11 and April 29 regarding Apple's production of licenses, and Samsung's requests for the production of additional license agreements. Apple has produced a license agreement with Digitude Innovations, Bates stamped APLNDC-WH0000728153. Also included in this production were three additional license agreements with Multi-Format, Inc. (Bates No. APLNDC-WH0000728185); Typhoon Touch Technologies, Inc. and Raymond Tellini (Bates No. APLNDC-WH0000728174); and Affinity Labs of Texas, LLC (Bates No. APLNDC-WH0000728193).

Best regards,

*/s/ Peter J. Kolovos*

Peter J. Kolovos