1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 21         Plaintiff, | **DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES** |
| 22         vs. | |
| 23 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | Date: June 26, 2012 |
| 25 | Time: 10:00 a.m. Place: Courtroom 5, 4th Floor |
| 26         Defendants. | Judge: Hon. Paul S. Grewal |
| 27 | **UNDER SEAL** |

28

# DECLARATION OF CHRISTOPHER E. PRICE

I, Christopher E. Price, declare as follows:

1. I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Apple has produced eight versions of "licensing charts," purporting to show (a) Apple's payments pursuant to licenses related to its iPhone, iPad, and iPod products, (b) the identity of licensors, and (c) brief descriptions of the technology involved. Apple's first two charts, produced on February 5 and 16, 2012, respectively, were similar but contained no information about the iPod. The February 5 chart was Bates numbered APLNDC0001772330-2340 and the February 16 chart was Bates numbered APLNDC-Y000051350-1356. This was the version of the licensing chart available to Samsung when it deposed Apple's Rule 30(b)(6) witness on certain licensing issues, Mark Buckley, on February 23, 2012. Attached as Exhibit A is a true and correct copy of Samsung's Amended Rule 30(b)(6) Deposition Notice to Apple, Inc. (Damages Topics).

3. At the time Samsung deposed Mark Buckley on February 23, 2012, Apple had not produced most of the licenses identified in its licensing charts. Apple has taken the position that it need only produce the patent license agreements identified in the charts. Even so, Apple failed to produce the majority of the patent license agreements relied on by Terry Musika in his April 16, 2012 rebuttal report until after Mr. Buckley's deposition.

4. Samsung repeatedly requested that Apple produce all documents underlying its licensing charts and all patent licensing agreements. Samsung has also asked that Apple make Mr. Buckley available for another session of deposition to address Apple's late produced documents, but Apple has not done so. Attached as Exhibit B is a true and correct copy of a

-1-  Case No. 11-cv-01846-LHK (PSG)
PRICE DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE

1  March 2, 2012 letter from Diane C. Hutnyan, counsel for Samsung, to Mia Mazza, counsel for
2  Apple.  Attached as Exhibit C is a true and correct copy of a March 7, 2012 letter from Diane C.
3  Hutnyan to Mia Mazza.  Attached as Exhibit D is a true and correct copy of a March 12, 2012
4  letter from Diane C. Hutnyan to Mia Mazza.  Attached as Exhibit E is a true and correct copy of
5  a March 13, 2012 letter from Diane C. Hutnyan to Jason Bartlett, counsel for Apple, and Mia
6  Mazza.  Attached as Exhibit F is a March 18, 2012 letter from Diane C. Hutnyan to Mia Mazza.

7       5.     On March 8, 2012, the day fact discovery closed, Apple produced a different
8  series of licensing charts, Bates numbered APLNDC-Y0000232396-2340, which more than
9  doubled the number of licensors, added hundreds of millions of dollars in payments for 2011Q2
10 through 2012Q1, added hundreds of millions of dollars in iPhone and iPad payments for the
11 same time periods covered by the earlier versions, and added licensing and royalty information
12 for the iPod.

13      6.     On March 13, 2012, eight days before opening expert reports were due, Apple
14 clawed back all of its licensing charts, claiming privilege and third-party confidentiality.
15 Attached as Exhibit G is a true and correct copy of a March 13, 2012 letter from Mia Mazza to
16 Sara Jenkins, counsel for Samsung.  Thereafter, Apple produced yet another series of licensing
17 charts one week before Samsung's opening reports were due, on March 15, 2012, Bates
18 numbered APLNDC-Y0000232449-2454.  Attached as Exhibit H is a true and correct copy of a
19 March 15, 2012 letter from Mia Mazza to Sara Jenkins, counsel for Samsung.  Apple then, on
20 the evening of March 21, 2012—the night before opening expert reports were due—produced
21 yet another series of replacement charts, Bates numbered APLNDC-Y0000236371-6405, that it
22 claimed superseded the March 15 replacement charts.  Attached as Exhibit I is a true and correct
23 copy of the March 21, 2012 letter from Mia Mazza to Diane C. Hutnyan.

24      7.     On April 11, 2012, Apple clawed back the March 21 charts and produced yet
25 another series of licensing charts—weeks after Samsung deposed Apple's Rule 30(b)(6) witness
26 on licensing, and three weeks after Samsung served its opening expert report on damages.  That
27 same day, Apple served, for the first time, a privilege log for the clawed back licensing charts,
28 despite its obligation under the Protective Order to do so within five days of clawing back

-2-     Case No. 11-cv-01846-LHK (PSG)
PRICE DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE

documents. PO, ¶ 16(c). Attached as Exhibit N is a true and correct copy of the privilege log served by Apple on April 11, 2012. Attached as Exhibit J is a true and correct copy of the April 11, 2012 email from Mia Mazza, concerning Apple's production of the following three documents:

(a) Document Bates numbered APLNDC00001772330-R-2336-R, a purported replacement for clawed back document Bates numbered APLNDC0001772330-APLND0001772340 (produced February 5, 2012), and a true and correct copy of this document is attached as Exhibit K;

(b) Document Bates numbered APLNDC-Y0000051350-R-1356-R, a purported replacement for clawed back document Bates numbered APLNDC-Y0000051350-1356 (produced February 16, 2012), and a true and correct copy of this document is attached as Exhibit L; and,

(c) Document Bates numbered APLNDC-Y0000236371-R-6405-R, a purported replacement for clawed back document Bates numbered APLNDC-Y0000232396-2430 (produced March 8, 2012) and APLNDC-Y0000236371-6405 (produced March 15, 2012), and a true and correct copy of Document Bates numbered APLNDC-Y0000236371-R-6405-R is attached as Exhibit M.

8. Attached as Exhibit O is a true and correct copy of relevant excerpts from the transcript of the April 20, 2012 deposition of Dr. Vincent O'Brien.

9. On May 9, 2012, Apple produced for the first time in this proceeding, three additional patent license agreements, true and correct copies of which are attached hereto as Exhibits P (APLNDC-WH0000726437-6474), Q (APLNDC-WH0000726475-6491), and R (APLNDC-WH0000725320-5352).

10. On May 11, 2012, Apple produced another patent license agreement for the first time in this matter, Bates numbered APLNDC-WH-A0000031569-616, a true and correct copy of which is attached as Exhibit S.

11. On May 15, 2012, Apple produced six additional patent license agreements also listed on Apple's licensing charts but previously unproduced, true and correct copies of which

1  are attached hereto as Exhibits Y (APLNDC-WH0000726492-6505), Z (APLNDC-
2  WH0000726506-22), AA (APLNDC-WH0000726523-6533), BB (APLNDC-WH0000726534-
3  6541), CC (APLNDC-WH0000726542-6555), and DD (APLNDC-WH0000726556-6566).

4      12.    On May 11, 2012, counsel for Samsung wrote counsel for Apple, requesting that
5  Apple produce all patent licensing agreements related to the Accused Products and identify all of
6  the patent licensing agreements it has produced.  Attached as Exhibit T is a true and correct copy
7  of the May 11, 2012 letter from Diane C. Hutnyan to Peter J. Kolovos, counsel for Apple.  On
8  May 15, 2012, Mr. Kolovos responded to Ms. Hutnyan's May 11, 2012 letter.  Attached as
9  Exhibit X is a true and correct copy of Mr. Kolovos' letter.

10      13.    Attached as Exhibit U is a June 2011 email chain regarding a patent licensing
11  agreement between Apple and Digitude, produced by Apple in an ITC proceeding and Bates
12  numbered APL7940018045111-5113.  Attached as Exhibit V is a draft "Assignment of License
13  Agreement" with Digitude, produced by Apple in an ITC proceeding and Bates numbered
14  APL7940018045114-5125.

15      14.    Attached as Exhibit W is a draft of an agreement between University of Southern
16  California and Apple, produced by Apple in an ITC proceeding and Bates numbered
17  APL7940018046927-6940.

18      15.    Attached as Exhibit EE is a true and correct of relevant excerpts from the
19  transcript of the February 23, 2012 deposition of Mark Buckley.

20      16.    Attached as Exhibit FF is a true and correct copy of a document Apple produced
21  in this matter, Bates numbered APLNDC-Y0000148459-8473.

1    17.    Attached as Exhibit GG is a true and correct copy of a document Apple produced in this matter, Bates numbered APLNDC-Y0000148474-8478.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2012, at Los Angeles, California.

_____
Christopher E. Price