# EXHIBIT N

# FILED UNDER SEAL

Case 5:11-cv-01846-LHK   Document 2248-2   Filed 02/20/13   Page 2 of 2

Apple v. Samsung, Case No. 11-cv-01846-LHK (ND Cal)    Royalties Spreadsheet    Highly Confidential - Attorneys' Eyes Only
Privilege Log

| Original BegBates | Original EndBates | Description | Advice From | Advice Provided to | Date | Privilege(s) |
|---|---|---|---|---|---|---|
| APLNDC0001772330 | APLNDC0001772340 | Spreadsheet redacted to remove information concerning contracts, agreements, and related legal obligations, allocations, accruals, and deferrals, reflecting attorney work product and legal advice provided in the course of attorney-client communications.  **Replaced by APLNDC0001772330-R through APLNDC0001772340-R.** | Apple Legal Department | Apple Finance Department | February 2012 | Attorney Work Product; Attorney-Client Communications |
| APLNDC-Y0000051350 | APLNDC-Y0000051356 | Spreadsheet redacted to remove valuation information reflecting attorney work product and legal advice provided in the course of attorney-client communications.  **Replaced by APLNDC-Y0000051350-R through APLNDC-Y0000051356-R.** | Apple Legal Department | Apple Finance Department | February 2012 | Attorney Work Product; Attorney-Client Communications |
| APLNDC-Y0000232396 | APLNDC-Y0000232430 | Spreadsheet redacted to remove valuation information reflecting attorney work product and legal advice provided in the course of attorney-client communications.  **Replaced by APLNDC-Y0000236371-R through APLNDC-Y0000236405-R.** | Apple Legal Department | Apple Finance Department | March 2012 | Attorney Work Product; Attorney-Client Communications |
| APLNDC-Y0000232449 | APLNDC-Y0000232454 | Erroneous replacement for APLNDC-Y0000232396-430, clawed back to avoid confusion. | N/A | N/A | N/A | N/A |
| APLNDC-Y0000236371 | APLNDC-Y0000236405 | Corrected replacement for APLNDC-Y0000232396-430, clawed back due to formatting errors that prevented full redaction of privileged information.  **Replaced by APLNDC-Y0000236371-R through APLNDC-Y0000236405-R.** | Apple Legal Department | Apple Finance Department | March 2012 | Attorney Work Product; Attorney-Client Communications |