# EXHIBIT O

# FILED UNDER SEAL

# In The Matter Of:

## APPLE, INC
## VS.
## SAMSUNG ELECTRONICS CO., Ltd

### VINCENT O'BRIEN, DBA - Vol. 1
*April 20, 2012*

## *HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---oOo---

APPLE, INC.,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., Ltd.,
SAMSUNG ELECTRONICS AMERICA,
Inc., SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC.,

    Defendants.

Case No.
11-cv-01846-LHK

/

VIDEOTAPED DEPOSITION OF

VINCENT O'BRIEN, DBA

Friday, April 20, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: RACHEL FERRIER, CSR 6948

(3-442940)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 6

|  |  |  |
|---|---|---|
|  | 1 | MR. PRICE: Chris Price -- Quinn, Emanuel -- |
|  | 2 | for Samsung. |
|  | 3 | MR. DAY: Peter Day -- Morrison & Foerster -- |
|  | 4 | for Apple. |
| 09:06:04 | 5 | THE VIDEOGRAPHER: Very good. |
|  | 6 | Rachel, could you please swear the witness in. |
|  | 7 | ---o0o--- |
|  | 8 | VINCENT O'BRIEN, DBA |
|  | 9 | _____ |
| 09:27:22 | 10 | called as a witness, having been first duly |
|  | 11 | sworn, was examined and testified as follows: |
|  | 12 | ---o0o--- |
|  | 13 | THE VIDEOGRAPHER: Please proceed. |
|  | 14 | EXAMINATION |
| 09:06:15 | 15 | BY MR. HEYISON: |
|  | 16 | Q   Good morning, Dr. O'Brien. |
|  | 17 | My name is Mike Heyison. I'm one of the |
|  | 18 | lawyers for Apple. I'm going to be taking your |
|  | 19 | deposition today. |
| 09:06:23 | 20 | If at any time you don't understand one of my |
|  | 21 | questions, please let me know. I'll try to rephrase it; |
|  | 22 | make sure we understand each other. |
|  | 23 | If you would like to take a break, we will |
|  | 24 | accommodate that. The only thing I'd ask is that if I |
| 09:06:35 | 25 | have a question pending, that you provide an answer to |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 169

|  |  |  |
|---|---|---|
|  | 1 | A   This is -- |
|  | 2 | Q   -- who drafted paragraph 61? |
|  | 3 |     MR. PRICE:  Objection; vague. |
|  | 4 |     THE WITNESS:  This would have been Mr. Kidder |
| 14:47:27 | 5 | on that paragraph. |
|  | 6 | BY MR. HEYISON: |
|  | 7 | Q   And did you discuss with Mr. Kidder before |
|  | 8 | submitting this report any of the deposition testimony |
|  | 9 | concerning the subject matter of the slides we just |
| 14:47:56 | 10 | looked at? |
|  | 11 | A   No, I did not. |
|  | 12 | Q   Now, how many -- how many patent licenses for |
|  | 13 | the iPhone, iPad, and iPod did Apple produce in this |
|  | 14 | case? |
| 14:48:25 | 15 | A   You know, I've got the numbers in here.  I |
|  | 16 | think 50-some. |
|  | 17 | Q   Okay.  And how many of those 50-some |
|  | 18 | licenses -- how many of them were lump sums and how many |
|  | 19 | of them were running royalties? |
| 14:48:41 | 20 | A   I didn't tabulate that. |
|  | 21 | Q   Would you agree with me that the -- there's a |
|  | 22 | large majority of those licenses that are lump sums? |
|  | 23 | A   There are a large number that are lump sum, and |
|  | 24 | then looking at the royalty reports, there's also a |
| 14:48:58 | 25 | large number that are running royalty. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 170

| | | |
|---|---|---|
| | 1 | Q   And you understand that the -- the -- that of |
| | 2 | the licenses that were produced -- I want to focus on |
| | 3 | those -- that a large majority are lump sum? |
| | 4 | A   Yeah, in the ones that were produced, but we |
| 14:49:18 | 5 | know it's not a complete set, so, yeah. |
| | 6 | Q   Well, why do you say it's not a complete set? |
| | 7 | A   Because there are licenses that were given on |
| | 8 | the various royalty reports that the data -- the royalty |
| | 9 | is actually paid that those licenses were not produced. |
| 14:49:32 | 10 | Q   What types of licenses are the licenses that |
| | 11 | were not produced? |
| | 12 | A   There are a variety of types. |
| | 13 | Q   What are they? |
| | 14 | A   Well, one is Premiere.  I mean, the problem I |
| 14:49:44 | 15 | have is all I can read is the short description that's |
| | 16 | on those reports.  And if you read them, there are a |
| | 17 | number of them that appear to be relevant to the iPhone, |
| | 18 | iPad, or iPod Touch that were not produced. |
| | 19 | Q   Well, you are aware that Apple has informed |
| 14:50:00 | 20 | Samsung that the licenses that were not produced are |
| | 21 | licenses that consist of software licenses, copyright |
| | 22 | licenses, technology licenses? |
| | 23 | A   Well, first of all, software license shouldn't |
| | 24 | exclude it from this, because it could -- a software |
| 14:50:23 | 25 | license could enable a feature on a phone as well. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 171

| | | |
|---|---|---|
| | 1 | Secondly, I know that's not correct because |
| | 2 | there's -- for example, Premiere is a good example. |
| | 3 | It's actually given under one of the products but |
| | 4 | redacted under another product. So, clearly, that one |
| 14:50:41 | 5 | should have been produced and it hasn't been produced. |
| | 6 | Q   Well, is that a patent license? |
| | 7 | A   It's -- if -- if -- if it's represented in one |
| | 8 | chart as being responsive to the request, then it -- |
| | 9 | yeah, it should have been produced. |
| 14:50:57 | 10 | Q   Well, the -- the -- the chart provides royalty |
| | 11 | information concerning the iPod, iPad, and iPod Touch; |
| | 12 | correct? |
| | 13 | A   With -- with, purportedly, nonresponsive |
| | 14 | license data redacted. |
| 14:51:16 | 15 | Q   Well, whatever the redactions are -- |
| | 16 | A   Well, that's the issue. |
| | 17 | Q   -- do you -- do you have any information that |
| | 18 | Apple has not produced the patent licenses that are |
| | 19 | referenced in the royalty report? |
| 14:51:35 | 20 | A   Yes. Look at the royalty reports and you will |
| | 21 | see that there are, clearly, patent licenses that |
| | 22 | haven't been produced. |
| | 23 | Q   Okay. Identify them for me. |
| | 24 | A   Well, I don't have the report. |
| 14:51:46 | 25 | Q   Well -- |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 176

|  |  |  |
|---|---|---|
|  | 1 | also went on the -- where we had the name to the number |
|  | 2 | of the company's sites.  We reviewed what they said |
|  | 3 | their technology was, and it looked like it was right on |
|  | 4 | point. |
| 14:58:20 | 5 | Q    But that doesn't tell you whether it's a patent |
|  | 6 | license.  Could be a software license; correct? |
|  | 7 | A    Several of these were patent licensing firms. |
|  | 8 | Q    So identify those for me. |
|  | 9 | A    Oh, I would have to go back and do it.  If you |
| 14:58:32 | 10 | want, I can prepare a table for you. |
|  | 11 | Q    Well -- |
|  | 12 | A    But, you know, it's really your burden to |
|  | 13 | produce the documents, not the expert's burden to tell |
|  | 14 | you what you haven't produced.  I'm just telling you, |
| 14:58:43 | 15 | from what I see and all the various productions, there's |
|  | 16 | clearly not a complete production here. |
|  | 17 | Q    And so you have reviewed at least, what, 56 or |
|  | 18 | so licenses? |
|  | 19 | A    Somewhere in that range, yes. |
| 14:59:03 | 20 | Q    And of those, you found one license -- patent |
|  | 21 | license that's -- you think is comparable, the Klausner |
|  | 22 | license? |
|  | 23 | A    Close enough, yes. |
|  | 24 | Q    And if you -- if Apple produced additional |
| 14:59:21 | 25 | licenses -- all right? -- what difference would that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 177

|  |  |
|---|---|
|  | 1   make to your opinion? |
|  | 2       A   Well, if I had what I thought was a complete |
|  | 3   production of licenses and royalty rates, I would review |
|  | 4   them to see if I -- if there were other comparables on |
| 14:59:38 | 5   there and whether that would affect my -- my analysis. |
|  | 6       Q   Okay.  Let -- for example, if -- if there were |
|  | 7   additional licenses -- and I'm not saying that there |
|  | 8   are.  In fact, Apple has told you they produced all the |
|  | 9   patent licenses on the royalty report -- |
| 14:59:54 | 10          MR. PRICE:  Objection; lacks foundation. |
|  | 11  BY MR. HEYISON: |
|  | 12      Q   -- but what if -- what if there were a license |
|  | 13  for a patent and you decided that they were comparable |
|  | 14  to the '893 and it was for $250,000 lump sum; how would |
| 15:00:06 | 15  that affect your opinion? |
|  | 16          MR. PRICE:  Objection; incomplete hypothetical. |
|  | 17          THE WITNESS:  I mean, I would have to take a |
|  | 18  look at that license and see why it -- and try to figure |
|  | 19  out why it disagreed with the number I calculated, and, |
| 15:00:17 | 20  you know, if it -- if it to me seemed -- well, I |
|  | 21  might -- I might decide that that is the appropriate |
|  | 22  license, depending on what my analysis showed. |
|  | 23  BY MR. HEYISON: |
|  | 24      Q   Okay.  What would satisfy you as far as license |
| 15:00:32 | 25  production, Doctor? |

Merrill Corporation - Boston
617-542-0039                                    www.merrillcorp.com/law

a7ba4609-677d-45bf-865d-d3b918541bf8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 178

|  |  |  |
|---|---|---|
|  | 1 | MR. PRICE: Objection; vague. |
|  | 2 | THE WITNESS: I would rather see more licenses |
|  | 3 | that are needed under the discovery rules than less.  I |
|  | 4 | would want -- I would want enough confidence that I -- |
| 15:00:52 | 5 | quite frankly, at this point, I would just like to see a |
|  | 6 | special master produced that -- used that would go |
|  | 7 | through all the licenses and decide which ought to be |
|  | 8 | produced, at this point. |
|  | 9 | BY MR. HEYISON: |
| 15:00:58 | 10 | Q    And would that apply to both parties, Samsung |
|  | 11 | and Apple? |
|  | 12 | A    I'm afraid I would say both parties ought to |
|  | 13 | produce everything. |
|  | 14 | Q    Okay.  Now -- |
| 15:01:14 | 15 | A    By the way, again, Samsung's production doesn't |
|  | 16 | affect me, but I would say, you know, as an expert who |
|  | 17 | does this, I would prefer both sides produce as many as |
|  | 18 | they can and maybe overproduce licenses. |
|  | 19 | Q    And why doesn't Samsung's production of |
| 15:01:27 | 20 | licenses affect you? |
|  | 21 | A    Because it's my understanding there are no |
|  | 22 | individual licenses for these patents.  They are all |
|  | 23 | cross-licenses. |
|  | 24 | Q    And what about if there are patent licenses |
| 15:01:39 | 25 | that Samsung has for technologies that are comparable to |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 230

1           CERTIFICATE OF REPORTER

2           I, RACHEL FERRIER, a Certified Shorthand

3   Reporter, hereby certify that the witness in the

4   foregoing deposition was by me duly sworn to tell the

5   truth, the whole truth, and nothing but the truth in the

6   within-entitled cause;

7           That said deposition was taken down in

8   shorthand by me, a disinterested person, at the time and

9   place therein stated, and that the testimony was

10  thereafter reduced to typewriting by computer under my

11  direction and supervision and is a true record of the

12  testimony given by the witness;

13          That before completion of the deposition,

14  review of the transcript [X] was [ ] was not requested.

15  If requested, any changes made by the deponent (and

16  provided to the reporter) during the period allowed are

17  appended hereto.

18          I further certify that I am not of counsel or

19  attorney for either or any of the parties to the said

20  deposition, nor in any way interested in the event of

21  this cause, and that I am not related to any of the

22  parties thereto.

23          DATED:

24

25          RACHEL FERRIER, CSR No. 6948