# EXHIBIT K
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1         UNITED STATES DISTRICT COURT
2     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3
4
5   APPLE INC., a California corporation,  )
6                            PLAINTIFF, )CASE NO.
7         VS.                            )11-CV-01846LHK
8   SAMSUNG ELECTRONICS CO., LTD., a Korean)
9   business entity; SAMSUNG ELECTRONICS   )
10  AMERICA, INC., a New York corporation; )
11  SAMSUNG TELECOMMUNICATIONS AMERICA,    )
12  LLC, a Delaware limited liability      )
13  company,                               )
14                            DEFENDANTS. )
15  _____)
16
17
18       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19            DEPOSITION OF SANJAY SOOD, Ph.D.
20               LOS ANGELES, CALIFORNIA
21                FRIDAY, APRIL 20, 2012
22
23  REPORTED BY:
24  CHRISTY CANNARIATO, CSR #7954, RPR, CRR
25  JOB NO.: 48726

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 155

1   the overall experience.
2        Q.    So do you interpret this line item
3   "attractive appearance and design" is capturing
4   whether people thought it was an attractive-looking
5   phone or good-looking phone?                                    02:05
6        A.    That I would say it captures for sure.
7   And depending on how people interpret the word
8   "design," it could cover, you know, the design
9   elements of, you know, once you turn the phone on, how
10  it looks, and how easy the apps are to navigate, that           02:05
11  kind of thing.  But certainly attractive appearance
12  for sure.
13            (Recess.)
14       Q.    But you have no -- I mean, we have no way
15  of ascertaining whether respondents within this sample          02:05
16  were thinking of a particular design characteristic of
17  the iPhone in answering this question?
18       A.    That's right.  So that's one of the
19  challenges I think when I was going through the
20  different surveys and how they ask the question.                02:05
21  Sometimes it's design color.  Sometimes it's design
22  style.  Sometimes it's attractive appearance and
23  design.  So all of those are going to have slightly
24  different meetings to a respondent.
25       Q.    And so the form of the question is really           02:05

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 156

1  very important in terms of formulating a survey?
2      A.   Definitely.  That's what I struggle with
3  all the time when I'm designing surveys.
4      Q.   So can you turn to page 36202.  Do you see                02:05
5  that this slide is basically looking at the issue of
6  overall satisfaction with iPhone?
7      A.   Yes.
8      Q.   And you see the US part there.  There are
9  percentages ranging from 86 percent to 94 percent?
10     A.   Yes.                                                       02:05
11     Q.   Would you consider that a high level of
12 satisfaction?
13     A.   Yes.
14     Q.   And we agreed that consumers think that
15 the functionalities that we talked about earlier, the                02:06
16 web browsing and checking one's e-mail, that those
17 functions are important to consumers.
18     A.   Absolutely.
19          MR. PLUNKETT:  Objection.
20 Mischaracterizes.  Vague?                                            02:06
21     A.   I think that people make decisions based
22 on multiple components of the product.  So functional
23 features are going to be important.  Design is going
24 to be important.  Price is going to be important.
25 Carrier is going to be important.  All of those things               02:06

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 165

1     A.    Yes.

2     Q.    -- while there's a possibility of under
3 reporting of design as a factor in purchasing
4 decisions, do you generally think that those studies
5 are accurate?    02:25

6     A.    I think they attempt to be accurate. So
7 you know, what I'm finding in my academic research is
8 that people are not consciously aware or people don't
9 like to admit. So when you ask a question directly
10 the way that these surveys do, that's why I think that    02:25
11 there's general under reporting, because a direct
12 question leads to a different response than an
13 indirect question.

14     Q.    And so if there is under reporting, then
15 you would expect to see some shifting in terms of the    02:26
16 results that are set forth in these slide
17 presentations. Is that fair?

18     A.    And the Apple surveys.

19     Q.    And the Apple surveys. Yeah.

20     A.    Yes.    02:26

21     Q.    Can you quantify how much under reporting
22 you would expect was left out of these surveys?

23     A.    That would be difficult for me to
24 quantify, because again, the way that a question is
25 asked will lead to a different type of response. So I    02:26

Page 166

1  did not ask the question about design in my surveys in
2  the same way that Apple is here.  So even if you say
3  design/style, design/color, physical appearance and
4  design, those all lead to different interpretations.
5  So it's hard for me to speculate about how much                02:26
6  underweighting there is.
7       Q.    But Apple is a successful company; right?
8       A.    I would think so.  Yeah.
9       Q.    They know their business, you would think?
10      A.    Yes.                                                 02:27
11      Q.    And they've obviously put a lot of work.
12  Whether they've hired somebody or done it in-house,
13  they've done a lot of work to try to determine why
14  people buy their products.  Is that fair?
15      A.    Yes.                                                 02:27
16      Q.    Is that consistent with what you've
17  learned throughout your experience in this case; that
18  they have an interest in getting that information?
19      A.    Yes.
20      Q.    And that they're relatively adept in                 02:27
21  getting the answers that they need to run an effective
22  business?
23      A.    Well, I would say that they are using
24  their marketing research to try and inform their
25  strategic decisions.  But, you know, without knowing           02:27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 167

1  more about the methodology in the actual way they
2  conduct surveys, it would be hard for me to say how
3  accurate or inaccurate, you know, their particular
4  surveys are.
5      Q.    But you wouldn't be trying to run away                02:27
6  from those surveys in providing your expert report?
7      A.    No.  I mean, I use the information that I
8  had, and, you know, to the extent that it's reliable,
9  that's what I used.
10     Q.    And you believe generally that it's a                 02:28
11 reliable subject to some under reporting based on this
12 phenomenon that you've witnessed?
13     A.    Yes.
14     Q.    But that under reporting -- is it fair to
15 say that that under reporting is not so material that           02:28
16 you are questioning the value of these surveys?
17     A.    I wouldn't question the value of the
18 surveys.  Again, it's more about when you see
19 different design taking on different importance
20 weights, what I like to do is to look at the way that           02:28
21 the question was phrased, who they ask, what context
22 was it asked in, so that I can better understand the
23 differences of why it may be moving up or down.
24     Q.    You can see why I'm curious about those
25 questionnaires.                                                 02:28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 168

1    A.    Yes.

2    Q.    So any luck in getting the questionnaires?

3    A.    Not yet.

4    MR. PLUNKETT: So I will just note that

5    counsel had the opportunity ask for the questionnaires    02:28

6    before this deposition. Presumably you knew before

7    today that you had questions about the questionnaires

8    and that they weren't there. Right?

9    MS. HUTNYAN: Well, presumably you knew in

10   furnishing Dr. Sood's report the dictates of Rule 26    02:29

11   which require all the bases and conclusions to be

12   included with the report. So that I'm supposed to

13   catch you and identify the things that are missing

14   before I've gotten a chance to depose Dr. Sood really

15   isn't a very good answer to the question.    02:29

16   MR. PLUNKETT: Counsel, you can meet and

17   confer before a deposition if there's documents that

18   you need and don't have. So it's not the witness's

19   responsibility today, and you've made several comments

20   on the record about it, to have brought those with    02:29

21   him. It's an issue between counsel. And you did not

22   meet and confer on it prior to this deposition, and

23   you had the opportunity to. That's the point I'm

24   making.

25   MS. HUTNYAN: I have never once said    02:29