# EXHIBIT M
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1         UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

     ----------------------------------x
5    APPLE INC., a California          )
     corporation,                      )
6                                      )
                      Plaintiff,       )
7                                      )
            vs.                        )
8                                      )No. 11-CV-01846LHK
     SAMSUNG ELECTRONICS CO., LTD.,    )
9    a Korean entity; SAMSUNG          )
     ELECTRONICS AMERICA, INC., a      )
10   New York corporation; SAMSUNG     )
     TELECOMMUNICATIONS AMERICA, LLC,  )
11   a Delaware limited liability      )
     Company,                          )
12                                     )
                      Defendants.      )
13   ----------------------------------x

14

15

16

17      VIDEOTAPED DEPOSITION OF TONY GIVARGIS, PH.D.

18              Los Angeles, California

19             Tuesday, December 6, 2011

20

21       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

23   Reported by:

24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25   JOB NO. 44330

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 2

1          Tuesday, December 6, 2011

2              8:56 a.m.

3

4    VIDEOTAPED DEPOSITION OF TONY GIVARGIS,

5    PH.D., taken by Defendants, at the offices

6    of Quinn, Emanuel, Urquhart & Sullivan,

7    865 South Figueroa Street, Los Angeles,

8    California, before Susan A. Sullivan, CSR,

9    RPR, CRR, State of California.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 3

```
 1                A P P E A R A N C E S:
 2
 3   WILMERHALE
 4        Attorneys For the Plaintiff Apple, Inc. and the
 5        witness
 6        1875 Pennsylvania Avenue, NW
 7        Washington, D.C. 20006
 8   BY:  ALI H. SHAH, ESQ.
 9            -and-
10   MORRISON & FOERSTER
11        755 Page Mill Road
12        Palo Alto, California 94304
13   (Not Present)
14
15   QUINN EMANUEL URQUHART & SULLIVAN
16        Attorneys for the Defendant Samsung entities
17        555 Twin Dolphin Drive
18        Redwood Shores, California 94065
19   BY:  VICTORIA F. MAROULIS, ESQ.
20        AUSTIN D. TARANGO, ESQ.
21
22   VIDEOGRAPHER:
23        COURTNEY BATES
24
25
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 21

1     Q    Are there computer languages that you don't
2 necessarily code in but are familiar with to the
3 extent of being able to discuss them?
4     A    Yes.  For example, Objective-C would be a
5 language that I'm familiar with in terms of being
6 able to review and understand it.
7     Q    Have you ever served as an expert witness
8 in a litigation before?
9     A    No.
10     Q    How did you become to be -- strike that.
11     How did you come to be an expert in this
12 litigation?
13     MR. SHAH:  I will just caution the witness not
14 to reveal privileged communications but to the
15 extent that you can answer without reviewing those
16 communications, go ahead.
17     THE WITNESS:  I was contacted by Ali Shah and
18 asked if I would be willing to --
19     MR. SHAH:  Just caution you about the content.
20     THE WITNESS:  I will stop at that.
21     Q    BY MS. MAROULIS:  When were you contacted
22 by Mr. Shah?
23     A    It was approximately the, towards the end
24 of summer.
25     Q    End of August or end of September?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 22

1    A    I am not a hundred percent sure, but it
2  could have been August.
3    Q    And Mr. Shah is an attorney for Apple with
4  WilmerHale, correct?
5    A    That is correct.
6    Q    Have you done any work for WilmerHale
7  before?
8    A    No.
9    Q    What was the scope your assignment when you
10  got retained by Apple?
11    A    At the beginning I was of course told
12  that --
13    MR. SHAH:  Just again, sorry, just to caution
14  about any substantive communications from the
15  attorneys, but go ahead to the extent that you can
16  answer without revealing those communications.
17    THE WITNESS:  So I was asked to review the '711
18  patent.
19    THE VIDEOGRAPHER:  Sorry to interrupt.
20  Somebody's cell phone is making a lot of noise.  If
21  you could just keep them as far away from the
22  microphone wires as possible.
23    MR. SHAH:  I have a BlackBerry on silent.
24    THE VIDEOGRAPHER:  Thank you.
25    Q    BY MS. MAROULIS:  Was it your understanding