# EXHIBIT R
# FILED UNDER SEAL

1          IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4   APPLE, INC., a California Corporation

5   vs.                              CN:11-CV-01846-LHK

6   SAMSUNG ELECTRONICS COMPANY,

7   LTD, a Korean business entity; SAMSUNG

8   ELECTRONICS AMERICA, INC., a New

9   York Corporation; SAMSUNG

10  TELECOMMUNICATIONS AMERICA, LLC,

11  a Delaware Limited Liability Company.

12  _____/

13

14

15       The videorecorded deposition of RAVIN

16  BALAKRISHNAN, PH.D., was held on Friday, April 20,

17  2012, commencing at 9:07 A.M., at the Law Offices of

18  Quinn Emanuel, 1299 Pennsylvania Avenue, N.W., Suite

19  825, Washington, D.C., before Ronda J. Thomas, a

20  Notary Public.

21

22

23  REPORTED BY:

24  Ronda J. Thomas, RPR, CLR

25  JOB NO. 48807

| | | |
|---|---|---|
| 1 | the same version of software, same device, would | 10:00 |
| 2 | infringe. | 10:00 |
| 3 | But if there was something else that had | 10:00 |
| 4 | the same name but had a different software on it, and I | 10:00 |
| 5 | haven't looked at it, then I make no representation as | 10:00 |
| 6 | to that other devices. | 10:00 |
| 7 | Q    And what you have done to ascertain whether | 10:00 |
| 8 | there are Samsung phones with different versions of | 10:00 |
| 9 | software on it and whether those other versions of | 10:00 |
| 10 | software infringe the '381 patent? | 10:00 |
| 11 | A    I have not looked at other versions beyond | 10:00 |
| 12 | the ones we -- I'm accusing. | 10:00 |
| 13 | Q    You're not looking at other phones beyond | 10:00 |
| 14 | the ones that you're accusing in your report? | 10:00 |
| 15 | MR. BUSEY:  Objection.  Misstates the | 10:00 |
| 16 | witness' testimony.  Ambiguous. | 10:00 |
| 17 | A    I think the question was whether I | 10:00 |
| 18 | ascertained there were different versions of the same | 10:00 |
| 19 | phone.  I did not do that analysis. | 10:00 |
| 20 | Q    For the Gallery application in the phones | 10:01 |
| 21 | that are listed in paragraph 37, is the source code | 10:01 |
| 22 | stock Android source code? | 10:01 |
| 23 | MR. BUSEY:  Objection as to form. | 10:01 |
| 24 | A    When you say stock, as in unmodified | 10:01 |
| 25 | Android source code? | 10:01 |

Page 42

| | | |
|---|---|---|
| 1 | Q    Right. | 10:01 |
| 2 | (Witness reading.) | 10:01 |
| 3 | A    I do not believe I've made that | 10:02 |
| 4 | determination as to whether it's stock or not for the | 10:02 |
| 5 | purposes of the Gallery in this report. | 10:02 |
| 6 | Q    Is the source code for the Contacts | 10:02 |
| 7 | applications in the phones that are listed in paragraph | 10:02 |
| 8 | 37 stock Android code? | 10:02 |
| 9 | A    I would give the same answer I gave before. | 10:02 |
| 10 | Q    That you don't know? | 10:02 |
| 11 | A    That I haven't made the determination. | 10:02 |
| 12 | Q    Have you made the determination as to | 10:02 |
| 13 | whether it's stock Android source code for the Browser | 10:02 |
| 14 | and ThinkFree Office applications? | 10:02 |
| 15 | A    With respect to this functionality, we're | 10:02 |
| 16 | accusing for the '381, I have not made the | 10:02 |
| 17 | determination. | 10:03 |
| 18 | But I do know there are differences based | 10:03 |
| 19 | on looking at the Browser code for other, for purposes | 10:03 |
| 20 | of other functionality. | 10:03 |
| 21 | Q    Okay.  Can you tell me which source code | 10:03 |
| 22 | did Mr. Abdul Sowayan look at? | 10:03 |
| 23 | A    For all of this? | 10:03 |
| 24 | Q    Yeah.  I think you said something to the | 10:03 |
| 25 | effect that he looked at source codes that had been | 10:03 |