# EXHIBIT T
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.11-cv-01846-LHK<br><br>**EXPERT REPORT OF TERRY L. MUSIKA, CPA** |

**SUBJECT TO PROTECTIVE ORDER**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

license of any single item of intellectual property contained in the asserted design patents, trade dress, and trademarks.

177. I examined other license agreements produced by Apple in this litigation. Given their scope, their timing, the relationship between Apple and Samsung, and the specific intellectual property being asserted by Apple, I concluded that none provide a comparable arrangement to the license that Samsung would need to take for the specific utility patents, design patents and other design rights that are being asserted by Apple in the present case. I state no opinions regarding whether and to what degree that they may be comparable or useful in evaluating any reasonable royalty that Samsung seeks for the patents that it has asserted against Apple.

178. <u>Samsung</u>- Based on my review of the evidence produced in this case I have identified the following sources that relate specifically to Samsung's licensing activities.

179. I have reviewed the licenses that Samsung has produced in this litigation. Given their scope, their timing, the relationship between Apple and Samsung, and the specific intellectual property being asserted by Apple, I concluded that none provide a comparable arrangement to the license that Samsung would need to take for the specific utility patents, design patents and other design rights that are being asserted by Apple in the present case. I state no opinions regarding whether and to what degree they may be comparable or useful in evaluating any reasonable royalty that Samsung seeks for the patents that it has asserted against Apple.

180. I understand Samsung made an offer to Apple prior to the commencement of this litigation. According to Mr. Lutton, Samsung gave a presentation to Apple on November 2, 2010 as part of the on-going licensing discussion between the parties.[168] The presentation identifies a 1 percent royalty rate for both Apple and Samsung under the assumption that "the patent positions for both Apple and Samsung are equal."[169] As the presentation suggests, this offer would have resulted in Apple making a balance payment of $234 million.[170] Mr. Lutton described the circumstances as such, "Samsung took a strange turn of talking about its own intellectual property, and -- and had a view that -- that

---

[168] Deposition of Chip Lutton, Jr., July 26, 2011, p. 332.
[169] Deposition of Chip Lutton, Jr., July 26, 2011, Exhibit 23: Apple-Samsung Licensing Discussion, p. 5.
[170] Deposition of Chip Lutton, Jr., July 26, 2011, Exhibit 23: Apple-Samsung Licensing Discussion, p. 5.

S. PROFESSIONAL ARRANGEMENT

265. My work for expert services provided in this matter is charged at a standard billing rate of $550 per hour and is in no way contingent on the outcome of this matter. In addition, I will be reimbursed for all reasonable out-of-pocket expenses incurred in connection with my analyses and testimony in this case.

March 22, 2012

Terry L. Musika, CPA

Case 5:11-cv-01846-LHK Document 2248-13 Filed 02/20/13 Page 5 of 5

EXHIBIT 3

Apple Inc. v. Samsung Electronics Co., LTD., et al.
Documents Considered List

| Bates Beg. | Bates End | Documents Description |
|---|---|---|
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 10. |
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 2. |
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 4. |
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 5. |
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 6. |
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 7. |
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 8. |
| | | Deposition of Eric Jue, February 24, 2012, Exhibit 9. |
| | | Deposition of Eric Jue, February 24, 2012. |
| | | Deposition of Eric Jue, February 24, 2012. |
| | | Deposition of George Dicker, March 8, 2012. |
| | | Deposition of Greg Joswiak, February 23, 2012. |
| | | Deposition of Greg Joswiak, February 23, 2012. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 32. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 33. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 34. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 35. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 36. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 37. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 38. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 39. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 40. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 41. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 42. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 43. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 44. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 45. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 46. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 47. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 48. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 49. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 50. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 51. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 52. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 53. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 54. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 55. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 56. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 57. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 58. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 59. |
| | | Deposition of Greg Joswiak, February 24, 2012, Exhibit 60. |
| | | Deposition of Greg Joswiak, February 24, 2012. |
| | | Deposition of Greg Joswiak, February 24, 2012. |
| | | Deposition of Jaehwang Sim, March 10, 2012, Exhibit 2440. |
| | | Deposition of Jaehwang Sim, March 10, 2012, Exhibit 2441. |
| | | Deposition of Jaehwang Sim, March 10, 2012, Exhibit 2442. |
| | | Deposition of Jaehwang Sim, March 10, 2012, Exhibit 2443. |
| | | Deposition of Jaehwang Sim, March 10, 2012, Exhibit 2444. |
| | | Deposition of Jaehwang Sim, March 10, 2012, Exhibit 2445. |
| | | Deposition of Jaehwang Sim, March 10, 2012, Exhibit 2446. |
| | | Deposition of Jaehwang Sim, March 10, 2012. |
| | | Deposition of Jaehwang Sim, March 10, 2012. |
| | | Deposition of Jaehwang Sim, March 10, 2012. |
| | | Deposition of Jun Won Lee, March 5, 2012. |
| | | Deposition of Jun Won Lee, March 5, 2012. |
| | | Deposition of Jun Won Lee, March 5, 2012. |
| | | Deposition of Jun Won Lee, March 6, 2012. |
| | | Deposition of Jun Won Lee, March 6, 2012. |
| | | Deposition of Jun Won Lee, March 6, 2012. |
| | | Deposition of Junho Park, January 14, 2012. |
| | | Deposition of Junho Park, January 14, 2012. |
| | | Deposition of Justin Denison, December 16, 2011, Exhibit 1. |
| | | Deposition of Justin Denison, December 16, 2011, Exhibit 2. |
| | | Deposition of Justin Denison, December 16, 2011. |
| | | Deposition of Justin Denison, December 16, 2011. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1254. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1255. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1256. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1257. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1258. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1259. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1260. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1273. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1274. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1275. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1276. |
| | | Deposition of Justin Denison, January 25, 2012, Exhibit 1277. |
| | | Deposition of Justin Denison, January 25, 2012. |
| | | Deposition of Justin Denison, January 25, 2012. |
| | | Deposition of Mark Buckley, December 22, 2011, Exhibit 1. |
| | | Deposition of Mark Buckley, December 22, 2011, Exhibit 11. |
| | | Deposition of Mark Buckley, December 22, 2011, Exhibit 2. |
| | | Deposition of Mark Buckley, December 22, 2011, Exhibit 4. |
| | | Deposition of Mark Buckley, December 22, 2011, Exhibit 5. |
| | | Deposition of Mark Buckley, December 22, 2011. |
| | | Deposition of Mark Buckley, February 23, 2012, Exhibit 1. |
| | | Deposition of Mark Buckley, February 23, 2012, Exhibit 11. |
| | | Deposition of Mark Buckley, February 23, 2012, Exhibit 15. |
| | | Deposition of Mark Buckley, February 23, 2012, Exhibit 16. |
| | | Deposition of Mark Buckley, February 23, 2012, Exhibit 17. |
| | | Deposition of Mark Buckley, February 23, 2012, Exhibit 18. |
| | | Deposition of Mark Buckley, February 23, 2012, Exhibit 19. |