# EXHIBIT V
# FILED UNDER SEAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16          C O N F I D E N T I A L
17       A T T O R N E Y S   E Y E S   O N L Y
18
19      VIDEOTAPED DEPOSITION OF MARK BUCKLEY
20           SAN FRANCISCO, CALIFORNIA
21          THURSDAY, FEBRUARY 23, 2012
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 46609
```

Confidential Attorneys' Eyes Only

Page 2

1        THURSDAY, FEBRUARY 23, 2012
2             10:04 a.m.
3
4
5
6     VIDEOTAPED DEPOSITION OF MARK BUCKLEY,
7     taken at QUINN EMANUEL URQUHART & SULLIVAN
8     555 Twin Dolphin Drive, Suite 500,
9     Redwood Shores, California, pursuant to
10    Notice, before me, ANDREA M. IGNACIO HOWARD,
11    CLR, CCRR, RPR, CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 3

```
 1    A P P E A R A N C E S:

 2

 3           FOR APPLE INC.:

 4           MORRISON & FOERSTER

 5           By:  ERIK OLSON, Esq.

 6           455 Page Mill Road

 7           Palo Alto, California 94304

 8

 9

10

11           WILMERHALE

12           By:  MICHAEL R. HEYISON, Esq.

13           60 State Street

14           Boston, Massachusetts 02109

15

16

17

18

19           FOR SAMSUNG ELECTRONICS CO. LTD:

20           QUINN EMANUEL URQUHART & SULLIVAN

21           By:  ANTHONY ALDEN, Esq.

22           555 Twin Dolphin Drive

23           Redwood Shores, California  94065

24

25
```

Confidential Attorneys' Eyes Only

Page 4

1    A P P E A R A N C E S    (Continued.)
2
3
            ALSO PRESENT:    Gary Brewer, Videographer
4
                             Gregory A. Pinsonneault
5
                             Terry L. Musika
6
7
                         ---oOo---
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 179

1   what you mean by -- Samsung litigation, the --                15:41
2          MR. ALDEN:  Q.  Let's say Samsung litigation.          15:41
3      A   Yes.                                                   15:41
4      Q   Okay.  And who created the document?                   15:41
5      A   Operation finance -- I'm sorry -- operations           15:41
6   team.                                                         15:41
7      Q   And they gave the document to you either last          15:41
8   night or the night before; correct?                           15:41
9      A   That's correct.                                        15:41
10     Q   And when did you give it to counsel?                   15:41
11     A   It would be at that same time.                         15:41
12     Q   And generally speaking, what does this                 15:41
13  document show?                                                15:41
14     A   Generally, it would show -- it shows how much          15:41
15  product was built, how much product we had the                15:41
16  capacity to build, how much product was sold to               15:42
17  customers, and some calculations based off those              15:42
18  numbers.                                                      15:42
19     Q   And were -- are these quantities reported in           15:42
20  units?                                                        15:42
21     A   That's correct, units.                                 15:42
22     Q   By product?                                            15:42
23     A   Yes, by product -- define "product"; how               15:42
24  would you define product?                                     15:42
25     Q   Well, let's take the most granular.  By model          15:42

Confidential Attorneys' Eyes Only

Page 198

| | | |
|---|---|---|
| 1 | kept it at a six-day workweek. | 16:35 |
| 2 | Q   How many hours a day did you assume that | 16:35 |
| 3 | workers would be working on building additional iPads? | 16:35 |
| 4 | A   I don't know that answer. | 16:35 |
| 5 | Q   Did it assume that additional suppliers would | 16:35 |
| 6 | be needed in order to reach the increased capacity? | 16:35 |
| 7 | A   Not in the numbers here. | 16:35 |
| 8 | Q   Okay. | 16:35 |
| 9 | A   But could -- if there was increased demand, | 16:35 |
| 10 | could we have added new lines in existing plants or | 16:36 |
| 11 | built new plants?  Yes, that could have been done. | 16:36 |
| 12 | Q   In creating this document, did Mr. Sexton or | 16:36 |
| 13 | anyone on his team speak to the manufacturers? | 16:36 |
| 14 | A   I don't know. | 16:36 |
| 15 | Q   So this document is based, to the best of | 16:36 |
| 16 | your knowledge, on documents from the operations team; | 16:36 |
| 17 | is that correct? | 16:36 |
| 18 | A   Documents and expertise. | 16:36 |
| 19 | Q   If -- if Apple -- bear with me.  I'm going to | 16:36 |
| 20 | try and articulate this question. | 16:36 |
| 21 | If Apple thought it could build more units, | 16:36 |
| 22 | say, 10,000 additional units of the iPad 1, and | 16:36 |
| 23 | attempted to build those units, but only built, let's | 16:36 |
| 24 | say, 8,000, would -- let's say due to manufacturing | 16:37 |
| 25 | problems, what would be reflected on this document? | 16:37 |