# Exhibit C
# Filed Under Seal

# In The Matter Of:

*APPLE INC., a California corporation,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD, et al.*

_____

*JOONYOUNG CHO, Ph.D. - Vol. 1*
*November 30, 2011*

_____

# *HIGHLY CONFIDENTIAL*
# *ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 13

| | | |
|---|---|---|
| 09:28:48 | 1 | A.  In 1993 I obtained a bachelor's degree in |
| 09:28:53 | 2 | electrical engineering from POSTECH, Pohang -- |
| 09:28:58 | 3 | POSTECH, Pohang Engineering School.  P-O-S-T-E-C-H, |
| 09:29:05 | 4 | all in caps. |
| 09:29:13 | 5 | POSTECH stands for Pohang University of |
| 09:29:17 | 6 | Science and Technology. |
| 09:29:20 | 7 | Q.  Okay.  Did you do any postgraduate work? |
| 09:29:28 | 8 | A.  Yes, I did. |
| 09:29:29 | 9 | Q.  Can you describe that? |
| 09:29:51 | 10 | A.  In 1995 I obtained a master's degree in the |
| 09:29:55 | 11 | same field of electrical engineering from POSTECH. |
| 09:30:12 | 12 | And thereafter I obtained a Ph.D. degree, |
| 09:30:16 | 13 | in 2003, in electrical engineering from POSTECH. |
| 09:30:25 | 14 | Q.  Did you have a particular area of |
| 09:30:28 | 15 | specialization on your Ph.D. program at POSTECH? |
| 09:30:44 | 16 | A.  Yes. |
| 09:30:44 | 17 | Q.  What was it? |
| 09:30:50 | 18 | A.  I specialized in wireless communications. |
| 09:31:02 | 19 | Q.  And is that all of your postgraduate |
| 09:31:04 | 20 | education? |
| 09:31:18 | 21 | A.  Yes, that's correct. |
| 09:31:18 | 22 | Q.  Okay.  Can you describe for us your work |
| 09:31:22 | 23 | history? |
| 09:31:30 | 24 | A.  Yes. |
| 09:31:42 | 25 | After completing my master's course, I |

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 14

| | | |
|---|---|---|
| 09:31:44 | 1 | worked at SK Telecom in South Korea for three years. |
| 09:32:01 | 2 | And after that period, in the following year I |
| 09:32:05 | 3 | worked at POSTECH as a researcher for one year.  And |
| 09:32:21 | 4 | after obtaining my Ph.D. degree in 2003, I joined |
| 09:32:27 | 5 | Samsung Electronics, in September of 2003. |
| 09:32:34 | 6 | Q.  And have you been continuously employed at |
| 09:32:37 | 7 | Samsung since that time? |
| 09:32:43 | 8 | A.  Yes, that's correct. |
| 09:32:44 | 9 | Q.  Okay.  What is your current title at |
| 09:32:48 | 10 | Samsung? |
| 09:32:56 | 11 | A.  I'm principal engineer. |
| 09:33:02 | 12 | Q.  And which part of the organization are you |
| 09:33:04 | 13 | in? |
| 09:33:09 | 14 | MR. MACK:  Objection; vague. |
| 09:33:14 | 15 | THE WITNESS:  I'm with the standardization |
| 09:33:19 | 16 | group. |
| 09:33:26 | 17 | BY MR. FLANAGAN: |
| 09:33:26 | 18 | Q.  What do you do in the standardization |
| 09:33:28 | 19 | group? |
| 09:33:44 | 20 | A.  I'm involved in the development -- research |
| 09:33:49 | 21 | and development of the technology related to the |
| 09:33:54 | 22 | standardization concerning wireless communication. |
| 09:34:05 | 23 | Q.  Within wireless communications do you have |
| 09:34:09 | 24 | a focus; for example, cellular communications? |
| 09:34:30 | 25 | A.  Yes.  I am primarily focusing on cellular |

Merrill Corporation - Boston
617-542-0039                         www.merrillcorp.com/law

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 15

| | | |
|---|---|---|
| 09:34:35 | 1 | communication. |
| 09:34:38 | 2 | Q.  Are you currently working on any cellular |
| 09:34:41 | 3 | communications standards? |
| 09:34:48 | 4 | MR. MACK:  Objection; vague. |
| 09:35:00 | 5 | THE WITNESS:  Yes, I could say that I am. |
| 09:35:05 | 6 | BY MR. FLANAGAN: |
| 09:35:06 | 7 | Q.  Can you describe that? |
| 09:35:29 | 8 | A.  Currently I am charged with developing the |
| 09:35:37 | 9 | technologies related to the LT, which stands for |
| 09:35:41 | 10 | Long Term Evolution standards. |
| 09:35:46 | 11 | THE CHECK INTERPRETER:  LTE. |
| 09:35:48 | 12 | THE WITNESS:  LT -- LTE.  That stands for |
| 09:35:51 | 13 | Long Term Evolution. |
| | 14 | BY MR. FLANAGAN: |
| | 15 | Q.  Okay. |
| 09:36:01 | 16 | A.  In 3GPP. |
| 09:36:04 | 17 | (Discussion off the record.) |
| 09:36:05 | 18 | THE INTERPRETER:  "In 3GPP." |
| 09:36:06 | 19 | BY MR. FLANAGAN: |
| 09:36:06 | 20 | Q.  Now, you mentioned that within the |
| 09:36:13 | 21 | standardization group, your work is research and |
| | 22 | development -- |
| | 23 | (Discussion off the record.) |
| 09:36:15 | 24 | MR. FLANAGAN:  Yes. |
| 09:36:15 | 25 | Q.  You mentioned that within the |

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 78

| | | |
|---|---|---|
| 13:08:52 | 1 | a yes or no. |
| 13:08:52 | 2 | Yes or no, do figure 6 and figure 5 both |
| 13:08:56 | 3 | show simultaneous transmission of the E-DPDCH and |
| 13:09:00 | 4 | the DPDCH? |
| 13:09:12 | 5 | MR. MACK:  Objection; calls for a legal |
| 13:09:14 | 6 | conclusion.  I'd just like to remind the witness, |
| 13:09:16 | 7 | he's not limited to answer yes or no.  Answer as |
| 13:09:18 | 8 | much as you need to give a complete and accurate |
| 13:09:20 | 9 | answer. |
| | 10 | BY MR. FLANAGAN: |
| 13:09:21 | 11 | Q.  Okay.  I'm going to remind the witness that |
| 13:09:23 | 12 | if you can answer the question yes or no, you must |
| 13:09:25 | 13 | do so. |
| 13:09:58 | 14 | THE WITNESS:  Before answering the question |
| 13:10:00 | 15 | yes-or-no form, I would like to clarify one thing. |
| 13:10:03 | 16 | Can I add assumption in my answer of yes or no to |
| 13:10:08 | 17 | the question? |
| 13:10:08 | 18 | BY MR. FLANAGAN: |
| 13:10:09 | 19 | Q.  If you need to answer -- if you need to |
| 13:10:11 | 20 | include an assumption in your answer, then go ahead. |
| 13:10:35 | 21 | A.  Based upon the definition of the physical |
| 13:10:39 | 22 | channels that are assumed by figures 5 and 6 and |
| 13:10:43 | 23 | also by -- based on the scenarios of operation |
| 13:10:47 | 24 | thereof in figures 5 and 6, it is my personal |
| 13:11:13 | 25 | judgment that -- with the assumption I just listed, |

Merrill Corporation - Boston

617-542-0039                      www.merrillcorp.com/law

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 79

| 13:11:17 | 1 | that the figures 5 and 6 show the simultaneous |
|---|---|---|

13:11:17    1    that the figures 5 and 6 show the simultaneous

13:11:22    2    transmission of E-DPDCH, DPDCH, and DPCCH.

13:11:28    3            MR. FLANAGAN:  Okay.  Well, that was fun.

13:11:31    4            Why don't we take a break.

13:11:33    5            THE VIDEOGRAPHER:  This is the end of

13:11:34    6    volume I, videotape number 2 in the deposition of

13:11:37    7    Dr. Joonyoung Cho.  We're going off the record.  The

13:11:41    8    time's 1:11.

            9            (Whereupon, a lunch recess was taken.)

           10

14:03:47   11                    AFTERNOON PROCEEDINGS

14:03:52   12            THE VIDEOGRAPHER:  We're back on the

14:03:55   13    record.  This is the beginning of volume I,

14:03:56   14    videotape number 3 in the deposition of

14:03:59   15    Dr. Joonyoung Cho.  The time is 2:04.

14:04:04   16    BY MR. FLANAGAN:

14:04:05   17        Q.  Okay.  I want to ask you some questions

14:04:11   18    that have nothing to do with figure 5 or figure 6.

14:04:18   19            At some point, Dr. Cho, did you receive a

14:04:22   20    notice, a request, to collect documents relating to

14:04:26   21    the '516 patent?

14:04:39   22        A.  Yes.

14:04:39   23        Q.  And were you also asked to look for

14:04:43   24    documents relating to your participation in the 3GPP

14:04:47   25    working group?

Merrill Corporation - Boston

617-542-0039                         www.merrillcorp.com/law

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 80

| | | |
|---|---|---|
| 14:05:00 | 1 | A.   No, I did not receive any such request. |
| 14:05:11 | 2 | Q.   And did you do a search for documents |
| 14:05:13 | 3 | relating to the '516 patent? |
| 14:05:48 | 4 | A.   First of all, I received a request as to |
| 14:05:52 | 5 | search for documents related to '516 patent, so I -- |
| 14:05:59 | 6 | in compliance with the request, I searched for the |
| 14:06:01 | 7 | said documents.  And after that, I also received a |
| 14:06:06 | 8 | list of keywords to search for. |
| 14:06:10 | 9 | Q.   Okay.  And so what did you do to search for |
| 14:06:14 | 10 | documents related to the '516 patent? |
| 14:06:58 | 11 | A.   I first searched for documents before and |
| 14:07:07 | 12 | after the date of the application of this '516 |
| 14:07:10 | 13 | patent by looking in the Outlook emails and |
| 14:07:20 | 14 | thereafter looked for our -- the contributions |
| 14:07:25 | 15 | submitted to the standards meeting. |
| 14:07:49 | 16 | And I also searched my personal files, to |
| 14:07:57 | 17 | see if I have any internal document that would |
| 14:08:00 | 18 | reflect the internal technical discussions or the |
| 14:08:04 | 19 | ideas that may be recorded related to the patent. |
| 14:08:11 | 20 | Q.   All right.  Well, let me take this one at a |
| 14:08:14 | 21 | time.  So you did a -- you conducted a search in |
| 14:08:16 | 22 | Outlook? |
| 14:08:23 | 23 | Yes? |
| 14:08:24 | 24 | A.   Yes. |
| 14:08:25 | 25 | Q.   And then you -- you said you searched your |

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 81

```
14:08:27    1    personal files for internal technical discussions

14:08:29    2    that related to the subject matter of the '516

14:08:32    3    patent; is that right?

14:08:48    4         A.   Yes.

14:08:48    5         Q.   Okay.  And where were those personal files

14:08:51    6    located?

14:08:58    7         A.   On my personal laptop computer.

14:09:00    8         Q.   Okay.  Do you ever store documents on a

14:09:05    9    company server?

14:09:23   10         A.   I don't think I do.

14:09:24   11         Q.   Okay.  So I take it you didn't do a search

14:09:28   12    for documents in any company servers, correct?

14:09:49   13         A.   To my understanding, I don't think there's

14:09:54   14    a separate server that stores the employees' files

14:09:59   15    separately.

14:10:00   16         Q.   So you didn't do a search of servers,

14:10:02   17    correct?

14:10:18   18         A.   Correct.  My personal files were not --

14:10:25   19    that are stored in my laptop computer were not

14:10:28   20    stored in the server.

14:10:29   21         Q.   Okay.  And those -- that's -- so the only

14:10:31   22    place you looked was on your hard drive, right?

14:10:35   23         A.   Whether or not such server exists or not.

14:10:46   24              Correct.

14:10:48   25         Q.   Did you search for any hard-copy documents?
```

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 82

| | | |
|---|---|---|
| 14:10:57 | 1 | A.  Yes. |
| 14:10:57 | 2 | Q.  Okay.  Where are those stored? |
| 14:11:14 | 3 | A.  In one of the drawers of my desk and also |
| 14:11:20 | 4 | little -- a container that looks like a bookshelf, |
| 14:11:26 | 5 | attached to my desk. |
| 14:11:28 | 6 | Q.  Okay.  Did you find any hard-copy documents |
| 14:11:32 | 7 | that were responsive? |
| 14:11:42 | 8 | MR. MACK:  Objection; vague. |
| 14:11:49 | 9 | THE WITNESS:  Not that I could find, no. |
| 14:11:51 | 10 | BY MR. FLANAGAN: |
| 14:11:52 | 11 | Q.  Okay.  And did you find any files on your |
| 14:11:55 | 12 | personal laptop that were responsive? |
| 14:12:05 | 13 | MR. MACK:  Objection; vague. |
| 14:12:18 | 14 | THE WITNESS:  I was able to find one, in |
| 14:12:23 | 15 | the course of searching the Outlook email. |
| 14:12:25 | 16 | BY MR. FLANAGAN: |
| 14:12:25 | 17 | Q.  Okay.  So you just found one document, and |
| 14:12:30 | 18 | that was contained in the Outlook files? |
| 14:12:40 | 19 | A.  Yes.  That was found in the Outlook file as |
| 14:12:44 | 20 | an attachment. |
| 14:12:45 | 21 | Q.  Okay.  And when you were looking for |
| 14:12:51 | 22 | responsive -- you know, documents that related to |
| 14:12:53 | 23 | the subject matter of the '516 patent, how did you |
| 14:12:57 | 24 | know what to look for? |
| 14:13:08 | 25 | MR. MACK:  I'll just caution the witness |

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 83

| Time | Line | Text |
|---|---|---|
| 14:13:10 | 1 | not to reveal the contents of any attorney-client |
| 14:13:49 | 2 | privileged communications. |
| 14:13:49 | 3 | THE WITNESS:  In the course of my searching |
| 14:13:52 | 4 | my personal laptop computer, I searched for files |
| 14:13:57 | 5 | and folders that included the responsive technology |
| 14:14:03 | 6 | or relevant subject matters, such as power scaling, |
| 14:14:07 | 7 | like I mentioned before.  And I knew to look for |
| 14:14:13 | 8 | those based on my review of the title and abstract |
| 14:14:16 | 9 | of the patent '516. |
| 14:14:20 | 10 | BY MR. FLANAGAN: |
| 14:14:20 | 11 | Q.  Okay.  Who asked you to look for the |
| 14:14:23 | 12 | documents? |
| 14:14:36 | 13 | A.  I received the request from our legal team. |
| 14:14:39 | 14 | Q.  Those were Samsung in-house legal team? |
| 14:14:47 | 15 | A.  Yes. |
| 14:14:48 | 16 | Q.  Do you remember who? |
| 14:14:49 | 17 | A.  In-house legal team, correct. |
| 14:14:59 | 18 | I remember one of the names, at least. |
| 14:15:03 | 19 | Q.  Which was what? |
| 14:15:05 | 20 | A.  Engineer by the name of Young Jae Joo. |
| 14:15:22 | 21 | Q.  And then you also described that somebody |
| 14:15:24 | 22 | provided you with keywords to do a search with; is |
| 14:15:27 | 23 | that correct? |
| 14:15:38 | 24 | A.  Yes.  That's right. |
| 14:15:38 | 25 | Q.  Was that a separate process, apart from |

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 84

| | | |
|---|---|---|
| 14:15:41 | 1 | what you just previously described, in terms of |
| 14:15:42 | 2 | looking for documents that related to the subject |
| 14:15:45 | 3 | matter of the '516 patent? |
| 14:16:00 | 4 | MR. MACK:  Objection; vague. |
| 14:16:49 | 5 | THE WITNESS:  There's some time gap between |
| 14:16:52 | 6 | those two requests.  At some point, which I don't |
| 14:16:56 | 7 | quite recall when it was, I received a request to |
| 14:16:59 | 8 | search for documents related to '516 patent, and |
| 14:17:04 | 9 | sometime thereafter, and I believe it would have |
| 14:17:06 | 10 | been one or two months from -- ago from now, |
| 14:17:09 | 11 | approximately, I was provided with a list of |
| 14:17:13 | 12 | keywords to search for documents with, to look for |
| 14:17:18 | 13 | all the documents using those keywords. |
| 14:17:21 | 14 | BY MR. FLANAGAN: |
| 14:17:21 | 15 | Q.  Okay.  And did you do that search? |
| 14:17:27 | 16 | A.  Yes, I did. |
| 14:17:27 | 17 | Q.  What universe of files did you apply those |
| 14:17:30 | 18 | keywords to? |
| 14:17:39 | 19 | MR. MACK:  Objection; vague. |
| 14:18:29 | 20 | THE WITNESS:  According to the files that I |
| 14:18:34 | 21 | was able to find included MS Word, PowerPoint |
| 14:18:40 | 22 | document, and PDF, and the method was not restricted |
| 14:18:48 | 23 | to any certain type, but by using the MS Explorer or |
| 14:18:55 | 24 | window, there's a search window that you can use as |
| 14:19:01 | 25 | a tool for the search.  And so regardless of the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 85

| | | |
|---|---|---|
| 14:19:05 | 1 | types of files that you're searching, by filling in |
| 14:19:11 | 2 | the file title and the contents, it just gets all |
| 14:19:15 | 3 | searched by that means. |
| 14:19:18 | 4 | BY MR. FLANAGAN: |
| 14:19:18 | 5 | Q. So -- and this was all on your laptop? |
| 14:19:26 | 6 | A. That's correct. |
| 14:19:26 | 7 | Q. And the tool that you used was -- was |
| 14:19:28 | 8 | Windows Explorer? |
| 14:19:33 | 9 | A. Yes, that's correct. |
| 14:19:34 | 10 | Q. And did that yield any documents? |
| 14:19:43 | 11 | A. Yes, it did. |
| 14:19:44 | 12 | Q. Okay. And what did you do with those |
| 14:19:46 | 13 | documents? |
| 14:19:54 | 14 | A. I provided those to the legal team. |
| 14:19:57 | 15 | Q. And that was what -- that was how long ago? |
| 14:20:14 | 16 | A. As I recall, it would have been around |
| 14:20:17 | 17 | three weeks ago. But I'm not too certain about |
| 14:20:20 | 18 | that. |
| 14:20:26 | 19 | Q. Okay. And the -- the documents that you |
| 14:20:30 | 20 | got as a result of just searching your files without |
| 14:20:34 | 21 | using the keywords, when did you provide those |
| 14:20:37 | 22 | documents to Samsung legal team? |
| 14:21:09 | 23 | A. That may have been two or three months ago. |
| 14:21:12 | 24 | But since this has been quite some time now, this |
| 14:21:16 | 25 | may not be an accurate recollection. |

f5f8963e-3c45-4d85-9215-cdf717a48865

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JOONYOUNG  CHO, Ph.D. - 11/30/2011

Page 86

| | | |
|---|---|---|
| 14:21:18 | 1 | Q.  Okay.  When did you come to the United |
| 14:21:21 | 2 | States for the deposition? |
| 14:21:40 | 3 | A.  I was here initially for a different |
| 14:21:45 | 4 | business when I came to the U.S., so the date of |
| 14:21:49 | 5 | arrival was approximately 19 days ago. |
| 14:21:55 | 6 | Q.  And how -- how far in advance of you flying |
| 14:21:59 | 7 | to the United States did you provide the documents |
| 14:22:01 | 8 | to the Samsung legal team? |
| 14:22:17 | 9 | A.  You mean the documents that were searched |
| 14:22:19 | 10 | by way of keywords, or a different set? |
| 14:22:22 | 11 | Q.  The keywords. |
| 14:22:45 | 12 | A.  The documents that were searched by way of |
| 14:22:47 | 13 | keywords were provided approximately seven or eight |
| 14:22:53 | 14 | days after my arrival in the U.S. |
| 14:23:07 | 15 | Q.  When were you asked to look for them? |
| 14:23:29 | 16 | A.  As I recall, I think it's been more than a |
| 14:23:34 | 17 | month since I was provided with the keyword list. |
| 14:23:39 | 18 | Q.  Is there any reason why you waited several |
| 14:23:42 | 19 | weeks to do the search? |
| 14:23:49 | 20 | A.  Yes. |
| 14:23:50 | 21 | Q.  What was it? |
| 14:24:06 | 22 | A.  Well, the initial purpose of my trip to the |
| 14:24:11 | 23 | U.S., the first week of my trip in the U.S., was to |
| 14:24:16 | 24 | attend the 3GPP standards meeting, so I was busy |
| 14:24:22 | 25 | preparing for my attendance in the meeting. |

Merrill Corporation - Boston
617-542-0039                              www.merrillcorp.com/law

f5f8963e-3c45-4d85-9215-cdf717a48865