# Exhibit E

# Filed Under Seal

# In The Matter Of:

*APPLE, INC.,*
*v.*
*SAMSUNG ELECTRONICS CO., LTD.*

_____

## *JUHO LEE, Ph.D. - Vol. 1*
### *December 3, 2011*

_____

# *HIGHLY CONFIDENTIAL*
# *ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 70

| | | |
|---|---|---|
| 12:10:07 | 1 | So if I will base my answer to be the |
| 12:10:12 | 2 | scope of my understanding that I have at current |
| 12:10:14 | 3 | time.  I don't think I can give you any scope of the |
| 12:10:38 | 4 | portion that I had proposed in terms of technology |
| 12:10:43 | 5 | that is reflected in figure 6.  But what I can tell |
| 12:10:48 | 6 | you, though, is that the people who are listed on |
| 12:10:56 | 7 | the first page, on this page, would have jointly |
| 12:11:11 | 8 | developed by way of conducting discussions. |
| 12:11:21 | 9 | Q.   And you can't identify any individual |
| 12:11:24 | 10 | contribution you would have made to those |
| 12:11:26 | 11 | discussions. |
| 12:11:27 | 12 | Correct? |
| 12:11:39 | 13 | A.   Correct.  I don't think I could identify |
| 12:11:42 | 14 | that. |
| 12:11:58 | 15 | Q.   Can you identify any individual |
| 12:12:00 | 16 | contribution any of the other individuals named as |
| 12:12:02 | 17 | an inventor made? |
| 12:12:24 | 18 | A.   I don't think I could identify that |
| 12:12:26 | 19 | either. |
| 12:12:29 | 20 | Q.   That's fine.  So were you asked to collect |
| 12:12:36 | 21 | documents in preparation for today's deposition? |
| 12:12:45 | 22 | A.   Yes. |
| 12:12:48 | 23 | Q.   When were you first asked to collect |
| 12:12:49 | 24 | documents? |

Merrill Corporation - Boston

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 71

| | | |
|---|---|---|
| 12:12:59 | 1 | A.   I don't exactly recall, but maybe one |
| 12:13:01 | 2 | month ago or two months ago.  I don't quite recall. |
| 12:13:07 | 3 | Q.   When did you collect documents? |
| 12:13:26 | 4 | A.   I think that would have been around two, |
| 12:13:28 | 5 | three weeks ago.  Oh, strike two.  Three weeks ago. |
| 12:13:36 | 6 | Two to three weeks ago, I'm not really |
| 12:13:38 | 7 | sure. |
| 12:13:39 | 8 | Q.   Please describe for me the steps you took |
| 12:13:42 | 9 | to collect documents. |
| 12:13:52 | 10 | MR. MACK:  Caution the witness not the |
| 12:13:53 | 11 | reveal attorney-client privileged communications. |
| 12:14:09 | 12 | THE WITNESS:  I searched for relevant |
| 12:14:10 | 13 | documents by way of searching the Windows server. |
| 12:14:17 | 14 | Windows Explorer, not server. |
| 12:14:22 | 15 | BY MS. HERRIOT: |
| 12:14:23 | 16 | Q.   How did you identify the relevant |
| 12:14:25 | 17 | documents? |
| 12:14:36 | 18 | A.   By way of punching a few keywords. |
| 12:14:45 | 19 | Q.   How did you identify the keywords? |
| 12:15:04 | 20 | A.   I was informed of the keywords from this |
| 12:15:08 | 21 | deposition handling personnel.  Strike that. |
| 12:15:16 | 22 | I was informed of the keywords from the |
| 12:15:20 | 23 | legal affairs handling person related to this |
| 12:15:24 | 24 | deposition. |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 72

| | | |
|---|---|---|
| 12:15:27 | 1 | Q.   So when you searched using Windows |
| 12:15:30 | 2 | Explorer, does that mean that you searched for |
| 12:15:33 | 3 | documents located on your hard disk? |
| 12:15:46 | 4 | A.   That's correct. |
| 12:15:47 | 5 | Q.   Did you also search for documents located |
| 12:15:48 | 6 | on a server? |
| 12:16:01 | 7 | A.   I did not, because our company does not |
| 12:16:03 | 8 | operate the -- a server. |
| 12:16:05 | 9 | Q.   Did you search for documents or relevant |
| 12:16:10 | 10 | e-mails in your e-mail system? |
| 12:16:19 | 11 | A.   Yes, I did. |
| 12:16:20 | 12 | Q.   Using those same keywords? |
| 12:16:32 | 13 | A.   Well, I believe I was doing that. |
| 12:16:34 | 14 | Q.   Did you search for documents at any other |
| 12:16:37 | 15 | location? |
| 12:16:49 | 16 | CHECK INTERPRETER:  (Korean rendering). |
| 12:16:53 | 17 | THE INTERPRETER:  I believed.  I believed |
| 12:16:53 | 18 | I was doing. |
| 12:16:55 | 19 | CHECK INTERPRETER:  I thought I was doing |
| 12:16:57 | 20 | so. |
| 12:17:01 | 21 | THE WITNESS:  So did you ask me whether I |
| 12:17:03 | 22 | searched any other place? |
| 12:17:07 | 23 | MS. HERRIOT:  Yes, I did. |
| 12:17:19 | 24 | THE WITNESS:  I also searched to see if |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 105

14:56:35    1        internal review as much as possible.

14:56:41    2                BY MS. HERRIOT:

14:56:42    3            Q.   Can you describe that internal review

14:56:43    4        process to me?

14:57:03    5            A.   The person who is charged with preparing

14:57:06    6        the contribution in a certain given field drafts a

14:57:12    7        contribution and circulates that to team members.

14:57:30    8        In such event, the team members provide the

14:57:33    9        feedbacks of their opinions as to those, that

14:57:40   10        distributed draft either by e-mail or orally.

14:57:56   11                And the person who is charged with that

14:57:59   12        contribution will collect those opinions, make

14:58:02   13        corrections thereafter, and finally submit it.

14:58:12   14            Q.   And did you supervise the reviewing, this

14:58:15   15        internal review process?

14:58:26   16            A.   Yes, I do supervise within the scope

14:58:31   17        possible.

14:58:31   18            Q.   What do you mean by within the scope

14:58:33   19        possible?

14:58:56   20            A.   Sometimes I will be too busy with other

14:58:59   21        different workloads to concentrate on a review of

14:59:03   22        such a contribution, at which time I would rely on

14:59:06   23        other team member who is charged with -- also

14:59:11   24        charged with a contribution to prepare, complete,

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 106

| | | |
|---|---|---|
| 14:59:14 | 1 | and submit. |
| 14:59:18 | 2 | Q.   You have mentioned team member, team |
| 14:59:19 | 3 | members.   Who are these team members? |
| 14:59:42 | 4 | A.   Those are people in the RAN field who work |
| 14:59:47 | 5 | together with me in Korea, and those are ones that |
| 14:59:51 | 6 | are with the R&D center overseas. |
| 15:00:01 | 7 | Q.   When you say people in the RAN field, do |
| 15:00:03 | 8 | you mean other Samsung employees who are also |
| 15:00:05 | 9 | delegates to the 3GPP? |
| 15:00:23 | 10 | A.   Yes, that's right.   Those are people who |
| 15:00:39 | 11 | carry out the standards related work affairs. |
| 15:00:43 | 12 | But when I was referring to the technical |
| 15:00:46 | 13 | reviews and per people who were involved in |
| 15:00:49 | 14 | technical reviews, I was referring to RAN working |
| 15:00:53 | 15 | group 1, WG1 people. |
| 15:01:03 | 16 | Q.   What is the R&D center overseas? |
| 15:01:10 | 17 | CHECK INTERPRETER:  It could be plural, |
| 15:01:10 | 18 | because Korean doesn't distinguish singular from |
| 15:01:14 | 19 | plural. |
| 15:01:15 | 20 | MS. HERRIOT:  Okay.  Thank you. |
| 15:01:41 | 21 | THE WITNESS:  The colleagues that I work |
| 15:01:42 | 22 | with who are at overseas research and development |
| 15:01:48 | 23 | centers are the ones in Dallas U.S., Beijing, China, |
| 15:01:57 | 24 | London in Great Britain, and the Netherlands.   And |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -   ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 107

| | | |
|---|---|---|
| 15:02:03 | 1 | some in India as well. |
| 15:02:11 | 2 | BY MS. HERRIOT: |
| 15:02:11 | 3 | Q.   And what role do these colleagues play in |
| 15:02:13 | 4 | the review process? |
| 15:02:21 | 5 | MR. MACK:  Objection, vague. |
| 15:02:36 | 6 | THE WITNESS:  What I'm about to explain is |
| 15:02:37 | 7 | not confined to HSUPA, but it refers to overall |
| 15:02:43 | 8 | company, what's being done within the company.  The |
| 15:02:57 | 9 | people who are with the overseas R&D center for |
| 15:03:01 | 10 | Samsung are jointly involved in the developmental |
| 15:03:06 | 11 | work with the employees at Samsung in Korea.  And |
| 15:03:24 | 12 | the personnel who are stationed in Korea, to get |
| 15:03:28 | 13 | there with the personnel overseas, they exchange |
| 15:03:33 | 14 | technological views and opinions. |
| 15:03:39 | 15 | BY MS. HERRIOT: |
| 15:03:39 | 16 | Q.   What is the name of the research center in |
| 15:03:41 | 17 | each of those five countries you mentioned? |
| 15:03:56 | 18 | A.   We typically use acronyms for those |
| 15:03:59 | 19 | centers.  And for Dallas U.S., the name is DTL, and |
| 15:04:09 | 20 | BST for Beijing, China SERI, and the one in London, |
| 15:04:22 | 21 | Great Britain, is called SERI, S-E-R-I.  And the |
| 15:04:38 | 22 | manpower stationed in Netherlands are working there |
| 15:04:46 | 23 | as a home office personnel, and they do not have any |
| 15:04:52 | 24 | separate office.  And they belong to SERI Center. |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -   ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 108

| | | |
|---|---|---|
| 15:05:11 | 1 | I need to correct myself.  They are not |
| 15:05:13 | 2 | like home office personnel.  They do have a small |
| 15:05:16 | 3 | office space, and I think there may be two or three |
| 15:05:21 | 4 | people who work at that office.  And the one that is |
| 15:05:31 | 5 | in India is called SISO, S-I-S-O. |
| 15:05:39 | 6 | Q.   Is there an R&D center in Korea? |
| 15:05:41 | 7 | A.   Yes, there is. |
| 15:05:42 | 8 | Q.   And what is that called? |
| 15:05:48 | 9 | A.   It's called DMC R&D center. |
| 15:05:52 | 10 | Q.   What does that stand for? |
| 15:05:58 | 11 | A.   DMC stands for Digital Multimedia |
| 15:06:00 | 12 | Communications. |
| 15:06:05 | 13 | Q.   Are you familiar with the |
| 15:06:05 | 14 | telecommunications R&D center? |
| 15:06:24 | 15 | A.   The team that I am with was called |
| 15:06:28 | 16 | telecommunications R&D center in the past.  And when |
| 15:06:50 | 17 | the company recently underwent reorganization |
| 15:06:52 | 18 | process, the digital media and telecommunications |
| 15:07:00 | 19 | merged and turned into DMC. |
| 15:07:06 | 20 | Q.   So you work for the DMC R&D center? |
| 15:07:10 | 21 | A.   Yes, I am.  Yes, I do. |
| 15:07:13 | 22 | Q.   Who is in charge of the DMC R&D center? |
| 15:07:23 | 23 | A.   Executive vice-president named Ki Ho Kim. |
| 15:07:28 | 24 | Q.   Could we get that name spelled correctly |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -   ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 109

| | | |
|---|---|---|
| 15:07:30 | 1 | for the record? |
| 15:07:33 | 2 | THE INTERPRETER:  Interpreter's spelling |
| 15:07:35 | 3 | subject to later verification, K-i H-o K-i-m. |
| 15:07:47 | 4 | THE WITNESS:  That is correct, exactly. |
| 15:07:48 | 5 | BY MS. HERRIOT: |
| 15:07:48 | 6 | Q.   Thank you. |
| 15:08:03 | 7 | So when your team is reviewing proposals |
| 15:08:05 | 8 | for the 3GPP working group, do you ever remember |
| 15:08:07 | 9 | whether certain proposals were rejected and there |
| 15:08:09 | 10 | was a decision made not to propose them to 3GPP? |
| 15:08:34 | 11 | MR. MACK:  Objection, vague, calls for |
| 15:08:35 | 12 | speculation. |
| 15:08:47 | 13 | THE WITNESS:  I don't think I can pinpoint |
| 15:08:48 | 14 | my answer to a specific timeframe or to a specific |
| 15:08:59 | 15 | item.  What the general practice is irrespective of |
| 15:09:22 | 16 | the type of issues, if in the course of internal |
| 15:09:27 | 17 | review when it is determined that a certain proposal |
| 15:09:31 | 18 | is inappropriate or does not need to be submitted to |
| 15:09:37 | 19 | 3GPP, that can at any time be rejected and it can be |
| 15:09:44 | 20 | decided upon that such proposal not be submitted to |
| 15:09:49 | 21 | 3GPP. |
| 15:09:50 | 22 | BY MS. HERRIOT: |
| 15:09:53 | 23 | Q.   Why would a proposal be determined to be |
| 15:09:54 | 24 | inappropriate? |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 110

| | | |
|---|---|---|
| 15:10:06 | 1 | A.   There may be different reasons.  The most |
| 15:10:17 | 2 | important reason will be when it is determined that |
| 15:10:27 | 3 | a proposal doesn't bear any technical merits. |
| 15:10:37 | 4 | Q.   During this internal review process, do |
| 15:10:39 | 5 | you recall whether there was ever any discussion |
| 15:10:43 | 6 | relating to whether Samsung has a patent where that |
| 15:10:48 | 7 | relates to the proposal? |
| 15:11:04 | 8 | MR. MACK:  Objection, vague.  And I'll |
| 15:11:05 | 9 | just caution the witness not to reveal any |
| 15:11:07 | 10 | attorney-client privileged communications. |
| 15:11:23 | 11 | THE WITNESS:  Likewise, I cannot pinpoint |
| 15:11:25 | 12 | as to any specific timeframe or specific item.  But |
| 15:11:40 | 13 | the general method that could be utilized is that it |
| 15:11:46 | 14 | is possible -- although it is possible that the |
| 15:11:53 | 15 | checking of whether there is a certain patent that |
| 15:11:57 | 16 | exists can be made. |
| 15:12:12 | 17 | However, that will not be a major factor |
| 15:12:16 | 18 | that determines whether a technological contribution |
| 15:12:20 | 19 | will be made or not. |
| 15:12:33 | 20 | The most important consideration and the |
| 15:12:39 | 21 | factor to be considered is always to see whether the |
| 15:12:44 | 22 | technology has any technological merits or it is -- |
| 15:12:55 | 23 | has compelling, convincing elements, technological. |
| 15:13:05 | 24 | BY MS. HERRIOT: |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 111

| 15:13:05 | 1 | Q.   Is there ever any discussion as to whether |
| 15:13:08 | 2 | or not Samsung should seek a patent that covers the |
| 15:13:11 | 3 | proposal? |
| 15:13:23 | 4 | MR. MACK:  Objection, vague.  And I'll |
| 15:13:25 | 5 | just caution the witness not to reveal the contents |
| 15:13:27 | 6 | again of any attorney-client or privileged |
| 15:13:30 | 7 | communications. |
| 15:13:52 | 8 | THE WITNESS:  It's my comments as simple |
| 15:13:54 | 9 | understanding that whenever anyone develops a |
| 15:13:58 | 10 | technology that you would want to seek a patent to |
| 15:14:05 | 11 | protect the rights concerning that technology |
| 15:14:09 | 12 | developed.  Obviously that could only happen when |
| 15:14:27 | 13 | there is sufficient capability of supporting such |
| 15:14:33 | 14 | activity or such intention. |
| 15:14:38 | 15 | But I understand that to be a general |
| 15:14:42 | 16 | process of coming up with the technical development, |
| 15:14:45 | 17 | that it is based upon such aspect and perspective |
| 15:15:11 | 18 | that a patent is written in the course of |
| 15:15:14 | 19 | technological development. |
| 15:15:20 | 20 | BY MS. HERRIOT: |
| 15:15:20 | 21 | Q.   Is there ever any discussion of filing the |
| 15:15:22 | 22 | patent application before you submit the proposal to |
| 15:15:24 | 23 | 3GPP? |
| 15:15:39 | 24 | MR. MACK:  And again, I'll just caution |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 112

| | | |
|---|---|---|
| 15:15:40 | 1 | the witness not to reveal the contents of any |
| 15:15:44 | 2 | attorney-client privileged communications. |
| 15:15:51 | 3 | THE WITNESS:  I don't have any |
| 15:15:52 | 4 | understanding as to the legal implication for the -- |
| 15:16:00 | 5 | for -- for various countries. |
| 15:16:17 | 6 | But in order to protect the rights of a |
| 15:16:22 | 7 | certain technology, I believe that the technological |
| 15:16:28 | 8 | patent or patent covering the technology should be |
| 15:16:32 | 9 | made by way of contributions. |
| 15:16:56 | 10 | In other words, there has to be patent in |
| 15:16:57 | 11 | place first, and thereafter technical contributions. |
| 15:17:05 | 12 | In many cases that is my understanding. |
| 15:17:12 | 13 | BY MS. HERRIOT: |
| 15:17:14 | 14 | Q.   Does Samsung have any written policies |
| 15:17:16 | 15 | relating to participation at 3GPP? |
| 15:17:31 | 16 | A.   Not that I have personally seen that I |
| 15:17:33 | 17 | recall. |
| 15:17:34 | 18 | Q.   Does Samsung have any training for |
| 15:17:37 | 19 | individuals before they begin attending 3GPP? |
| 15:17:54 | 20 | A.   Nothing in particular. |
| 15:17:56 | 21 | Q.   Does Samsung have an IPR policy? |
| 15:18:02 | 22 | MR. MACK:  Objection, calls for |
| 15:18:03 | 23 | speculation.  I'll also caution the witness not to |
| 15:18:05 | 24 | reveal the substance of any attorney-client |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 113

| | | |
|---|---|---|
| 15:18:07 | 1 | privileged communications. |
| 15:18:15 | 2 | THE WITNESS: To my understanding, IPR has |
| 15:18:18 | 3 | a legal meaning, and therefore I don't have any |
| 15:18:24 | 4 | understanding at all about that area. |
| 15:18:29 | 5 | BY MS. HERRIOT: |
| 15:18:29 | 6 | Q. Does Samsung have a policy relating to |
| 15:18:32 | 7 | patents? |
| 15:18:39 | 8 | A. Likewise I don't have any understanding |
| 15:18:42 | 9 | related to that. |
| 15:18:44 | 10 | Q. So you do not know whether Samsung has a |
| 15:18:47 | 11 | policy relating to patents? |
| 15:18:54 | 12 | MR. MACK: Objection, asked and answered, |
| 15:18:55 | 13 | calls for speculation. Again, I'll caution the |
| 15:18:57 | 14 | witness not to reveal the contents of any |
| 15:18:59 | 15 | attorney-client privileged communications. |
| 15:19:13 | 16 | THE WITNESS: Again, I am an engineer |
| 15:19:14 | 17 | involved in technical research and development. |
| 15:19:18 | 18 | Therefore I have not paid any particular attention |
| 15:19:22 | 19 | to that field, nor have I been informed of anything |
| 15:19:25 | 20 | in that regard from anyone. |
| 15:19:42 | 21 | MS. HERRIOT: Like to introduce my next |
| 15:19:43 | 22 | exhibit. |
| 15:19:44 | 23 | (Whereupon, Exhibit 6 was marked |
| 15:19:46 | 24 | for identification) |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 141

| | | |
|---|---|---|
| 16:34:18 | 1 | group 1 of 3GPP RAN.  But as to other areas than |
| 16:34:30 | 2 | that, I am only involved in the overall directions |
| 16:34:34 | 3 | in that regard. |
| 16:34:39 | 4 | Q.   Only involved in the overall directions of |
| 16:34:41 | 5 | what? |
| 16:34:45 | 6 | A.   I was referring to other fields outside of |
| 16:34:49 | 7 | RAN 1 field. |
| 16:34:51 | 8 | Q.   Other 3GPP fields, you mean? |
| 16:35:00 | 9 | A.   I was referring to RAN, 3GPP RAN, and |
| 16:35:04 | 10 | within RAN there is RAN 1 and other.  When I was |
| 16:35:19 | 11 | referring to giving overall directions, I was |
| 16:35:22 | 12 | referring to my involvement in the other RAN working |
| 16:35:26 | 13 | groups than RAN 1. |
| 16:35:30 | 14 | Q.   Do you do any work for the DMC R&D center |
| 16:35:34 | 15 | that is not related to technical development with |
| 16:35:38 | 16 | the 3GPP working groups? |
| 16:35:52 | 17 | MR. MACK:  Objection, vague. |
| 16:36:02 | 18 | THE WITNESS:  There is nothing else that I |
| 16:36:03 | 19 | am involved other than my involvement with 3GPP. |
| 16:36:18 | 20 | BY MS. HERRIOT: |
| 16:36:18 | 21 | Q.   Do you know how Samsung determines which |
| 16:36:20 | 22 | patent or patents applications to declare to ETSI? |
| 16:36:37 | 23 | MR. MACK:  Just caution the witness not to |
| 16:36:38 | 24 | reveal the substance of any attorney-client |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 142

| | | |
|---|---|---|
| 16:36:40 | 1 | privileged communications. |
| 16:36:44 | 2 | THE WITNESS:  I have no knowledge in that |
| 16:36:45 | 3 | regard. |
| 16:36:46 | 4 | BY MS. HERRIOT: |
| 16:36:48 | 5 | Q.   Just to change direction briefly, is the |
| 16:36:50 | 6 | DMC R&D center the same as the standardization group |
| 16:36:54 | 7 | you mentioned at the time beginning of this |
| 16:36:56 | 8 | deposition? |
| 16:37:08 | 9 | A.   The standardization group is within the |
| 16:37:12 | 10 | DMC R&D center. |
| 16:37:17 | 11 | Q.   And are you in charge of the |
| 16:37:19 | 12 | standardization group within the DMC R&D center? |
| 16:37:36 | 13 | A.   I am in charge of the 3GPP RAN field |
| 16:37:39 | 14 | within the standardization group. |
| 16:37:42 | 15 | Q.   Who is in charge of the standardization |
| 16:37:43 | 16 | group? |
| 16:37:57 | 17 | A.   Senior vice-president of Joon Ho Park. |
| 16:38:09 | 18 | Q.   Can you spell that? |
| 16:38:15 | 19 | THE INTERPRETER:  It's J-o-o-n, H-o, |
| 16:38:18 | 20 | P-a-r-k. |
| 16:38:21 | 21 | BY MS. HERRIOT: |
| 16:38:22 | 22 | Q.   What other groups are there within the DMC |
| 16:38:24 | 23 | R&D center? |
| 16:38:33 | 24 | A.   I don't recall them all. |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 143

| | | |
|---|---|---|
| 16:38:34 | 1 | Q.   Can you name the ones you recall? |
| 16:38:46 | 2 | A.   There is patent application group within |
| 16:38:49 | 3 | the DMC R&D center. |
| 16:38:54 | 4 | CHECK INTERPRETER:  Patent prosecution. |
| 16:38:59 | 5 | THE WITNESS:  Patent prosecution group. |
| 16:39:02 | 6 | BY MS. HERRIOT: |
| 16:39:02 | 7 | Q.   Do you recall any other groups? |
| 16:39:12 | 8 | A.   I can't come up with the exact names of |
| 16:39:14 | 9 | other groups because I don't have much contact with |
| 16:39:16 | 10 | them. |
| 16:39:19 | 11 | Q.   Do you have much contact with the patent |
| 16:39:20 | 12 | prosecution group? |
| 16:39:29 | 13 | MR. MACK:  Objection, vague. |
| 16:39:41 | 14 | THE WITNESS:  The patent prosecution gets |
| 16:39:45 | 15 | to be included in the process of technical |
| 16:39:49 | 16 | development.  So in the course of my work, I get to |
| 16:39:52 | 17 | contact them, the people who are with that side. |
| 16:39:56 | 18 | BY MS. HERRIOT: |
| 16:39:57 | 19 | Q.   Is the patent prosecution group involved |
| 16:39:59 | 20 | in reviewing technical submissions to 3GPP? |
| 16:40:15 | 21 | MR. MACK:  Objection, vague, calls for |
| 16:40:16 | 22 | speculation.  Caution the witness not to reveal the |
| 16:40:19 | 23 | substance of any attorney-client privileged |
| 16:40:21 | 24 | communications. |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 154

| | | |
|---|---|---|
| 17:00:09 | 1 | having heard. |
| 17:00:11 | 2 | Q.   So you have no personal understanding of |
| 17:00:13 | 3 | what the term "essential" means in the context of |
| 17:00:15 | 4 | patents or IPR? |
| 17:00:29 | 5 | MR. MACK:  I'll just caution the witness |
| 17:00:30 | 6 | not to reveal the substance of any attorney-client |
| 17:00:31 | 7 | privileged communications. |
| 17:00:35 | 8 | THE WITNESS:  Correct, I do not. |
| 17:00:38 | 9 | BY MS. HERRIOT: |
| 17:00:38 | 10 | Q.   You are not aware of any disclosure of the |
| 17:00:41 | 11 | '516 patent to ETSI or 3GPP prior to May 2006. |
| 17:00:44 | 12 | Correct? |
| 17:00:58 | 13 | MR. MACK:  Objection, calls for |
| 17:00:58 | 14 | speculation. |
| 17:01:01 | 15 | THE WITNESS:  Not at all. |
| 17:01:09 | 16 | MS. HERRIOT:  Counsel, I'd like to go off |
| 17:01:10 | 17 | the record briefly. |
| 17:01:11 | 18 | THE VIDEOGRAPHER:  Off the record, the |
| 17:01:12 | 19 | time is 5:01. |
| 17:01:14 | 20 | (Whereupon, a recess was taken |
| 17:01:14 | 21 | commencing at 5:01 P.M. and |
| 17:01:14 | 22 | concluding at 5:07 P.M.) |
| 17:07:24 | 23 | THE VIDEOGRAPHER:  We are back on the |
| 17:07:24 | 24 | record.  The time is 5:07. |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 155

| 17:07:30 | 1 | MS. HERRIOT:  Due to the untimely |
| 17:07:31 | 2 | submission of 147 of Mr. Lee's documents on Thursday |
| 17:07:35 | 3 | evening, I'd like to formally hold this deposition |
| 17:07:37 | 4 | open. |
| 17:07:38 | 5 | However, I am done for today unless you |
| 17:07:40 | 6 | have questions, counsel. |
| 17:07:51 | 7 | MR. MACK:  Just a couple questions. |
| 17:07:54 | 8 | EXAMINATION |
| 17:08:00 | 9 | BY MR. MACK: |
| 17:08:03 | 10 | Q.   Dr. Lee, you remember your testimony |
| 17:08:05 | 11 | earlier about your search for documents. |
| 17:08:07 | 12 | Right? |
| 17:08:16 | 13 | A.   Yes. |
| 17:08:16 | 14 | Q.   And did you perform a more recent search |
| 17:08:18 | 15 | for documents at any point? |
| 17:08:32 | 16 | A.   Yes, last Wednesday I did. |
| 17:08:35 | 17 | Q.   And why did you perform that more recent |
| 17:08:37 | 18 | search? |
| 17:08:55 | 19 | A.   In the course of discussion with counsel |
| 17:08:59 | 20 | on Wednesday, I found that I had not properly |
| 17:09:04 | 21 | searched my e-mails during my search for documents. |
| 17:09:14 | 22 | I originally thought I was doing the search by |
| 17:09:19 | 23 | keywords, the list of keywords.  I thought I had |
| 17:09:27 | 24 | done all the e-mail search as well in the course of |

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 156

| | | |
|---|---|---|
| 17:09:30 | 1 | the search. |
| 17:09:39 | 2 | However, I think there would have been |
| 17:09:42 | 3 | some technical issue or glitch in the Windows |
| 17:09:47 | 4 | Explorer.  I don't think it located all the |
| 17:09:51 | 5 | documents that I was searching for. |
| 17:09:54 | 6 | Q.   And this technical issue or glitch, this |
| 17:09:56 | 7 | was only discovered on your first day of your |
| 17:09:58 | 8 | meeting with counsel this past Wednesday. |
| 17:10:00 | 9 | Isn't that right? |
| 17:10:09 | 10 | A.   That's right.  That's the first time I |
| 17:10:11 | 11 | learned about it. |
| 17:10:12 | 12 | Q.   And were all your e-mails searched in |
| 17:10:14 | 13 | response to learning about this technical glitch? |
| 17:10:32 | 14 | A.   At that time I turned over all the e-mails |
| 17:10:35 | 15 | dating from 2003 through 2008 to counsel. |
| 17:10:39 | 16 | Q.   And do you know approximately how large |
| 17:10:43 | 17 | those documents were? |
| 17:10:52 | 18 | A.   I am not sure.  Scores of gigabytes.  Very |
| 17:10:58 | 19 | large. |
| 17:11:00 | 20 | MR. MACK:  And we have no further |
| 17:11:01 | 21 | questions. |
| 17:11:03 | 22 | MS. HERRIOT:  No further questions for |
| 17:11:04 | 23 | today.  But I am formally keeping it open. |
| 17:11:07 | 24 | MR. MACK:  That's fine. |

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a

HIGHLY CONFIDENTIAL -  ATTORNEYS' EYES ONLY
JUHO LEE, Ph.D. - 12/3/2011

Page 157

17:11:08    1        Just for the record, we'd like to mark the

17:11:10    2    transcript as "Highly Confidential, Attorneys' Eyes

17:11:12    3    Only," and reserve the right for the witness to

17:11:14    4    review and sign the transcript before filing.

17:11:33    5        THE VIDEOGRAPHER:  This is the end of

17:11:34    6    volume one, videotape number four in the deposition

17:11:35    7    of Dr. Juho Lee.  We are going off the record.  The

17:11:41    8    time is 5:11.

            9        (Whereupon, the deposition was

          10         adjourned at 5:11 P.M.)

          11            --oOo--

          12        I declare under penalty of perjury the

          13    foregoing is true and correct.  Subscribed at

          14    _____, California, this ____ day

          15    of _____ 2011.

          16          _____

          17          JUHO LEE, PH.D.

          18

          19

          20

          21

          22

          23

          24

b57f16d6-6549-4e33-9b9b-cf20a7fbb04a