# Exhibit F
# Filed Under Seal

# In The Matter Of: 

### APPLE INC., et al.
### v.
### SAMSUNG ELECTRONICS CO., LTD.,

---

## GERT-JAN VAN LIESHOUT – Vol. 1
### November 4, 2011

---

# HIGHLY CONFIDENTIAL
# ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

| | | |
|---|---|---|
| 1 | appreciates it as well. | 09:40:30 |
| 2 | (Record read as requested.) | 09:40:31 |
| 3 | MR. MACK:  Again, I'll instruct you | 09:40:52 |
| 4 | to answer yes or no if you've had training, | 09:40:54 |
| 5 | not to reveal the contents of any | 09:40:56 |
| 6 | conversations with any attorneys, Samsung | 09:41:00 |
| 7 | attorneys. | 09:41:01 |
| 8 | A.    No. | 09:41:01 |
| 9 | Q.    Have you ever seen any written | 09:41:02 |
| 10 | documents that set forth any procedures or | 09:41:03 |
| 11 | policies that have been adopted by Samsung in | 09:41:06 |
| 12 | terms of under what circumstances it should | 09:41:10 |
| 13 | declare IPR that might or is standards | 09:41:13 |
| 14 | essential? | 09:41:18 |
| 15 | MR. MACK:  And again -- first, | 09:41:19 |
| 16 | objection; compound.  But as the question | 09:41:21 |
| 17 | is phrased it's okay, it calls for a yes or | 09:41:22 |
| 18 | no answer.  But just answer yes or no. | 09:41:25 |
| 19 | A.    Could you repeat the question? | 09:41:27 |
| 20 | Q.    I'm going to ask him to repeat it. | 09:41:29 |
| 21 | I'll never get it straight again. | 09:41:31 |
| 22 | (Record read as requested.) | 09:41:52 |
| 23 | A.    No. | 09:41:53 |
| 24 | Q.    Have you ever, sir, in any of the | 09:41:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

| | | |
|---|---|---|
| 1 | nine years that you have been participating for | 09:41:55 |
| 2 | Samsung in the RAN 2 working group, gone back to | 09:41:57 |
| 3 | anyone at Samsung and said hey, we have a | 09:42:00 |
| 4 | responsibility to disclose either IPR that is or | 09:42:03 |
| 5 | may become standards essential? | 09:42:09 |
| 6 | MR. MACK:  Objection; form, | 09:42:11 |
| 7 | compound, incomplete hypothetical. | 09:42:12 |
| 8 | A.    So I will help.  We have a process. | 09:42:15 |
| 9 | I have not seen that in written form.  But we | 09:42:17 |
| 10 | have a process. | 09:42:19 |
| 11 | Q.    But can you answer my question? | 09:42:20 |
| 12 | A.    Please repeat.  It will take a long | 09:42:21 |
| 13 | time. | 09:42:24 |
| 14 | Q.    But you got -- one thing that is | 09:42:25 |
| 15 | really important, is you got to listen to my | 09:42:27 |
| 16 | question and answer that question. | 09:42:30 |
| 17 | (Record read as requested.) | 09:42:32 |
| 18 | A.    So this is not how it works.  We | 09:42:54 |
| 19 | have a meeting after roughly one year, and then | 09:42:57 |
| 20 | we go through what happened to our patents with | 09:42:59 |
| 21 | respect to the standard with a patent engineer. | 09:43:01 |
| 22 | That's the process.  And then -- then from | 09:43:05 |
| 23 | there, there it stops for the standards | 09:43:09 |
| 24 | engineer.  So the rest of the declaration is in | 09:43:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 52

| | | |
|---|---|---|
| 1 | the hands of the team, the patent team. | 09:43:14 |
| 2 | Q.    And are there documents that set | 09:43:16 |
| 3 | forth that policy that you've just expressed to | 09:43:18 |
| 4 | me? | 09:43:20 |
| 5 | A.    I've never seen these documents, so | 09:43:20 |
| 6 | that's why I answered no. | 09:43:26 |
| 7 | Q.    Okay.  So let me make sure I | 09:43:26 |
| 8 | understand what you've just told me.  That on a | 09:43:27 |
| 9 | yearly basis, once a year, there is a meeting | 09:43:29 |
| 10 | with a broader group of people at Samsung that | 09:43:33 |
| 11 | you as a standards engineer participate in; is | 09:43:36 |
| 12 | that right? | 09:43:39 |
| 13 | MR. MACK:  Objection to form; | 09:43:39 |
| 14 | misstates prior testimony. | 09:43:40 |
| 15 | A.    So once a year, roughly once a year | 09:43:41 |
| 16 | there will be one patent engineer coming who is | 09:43:43 |
| 17 | a bit knowledgeable in the area, and you go | 09:43:45 |
| 18 | through what happened to your patents from the | 09:43:47 |
| 19 | last year. | 09:43:49 |
| 20 | DIR  Q.    Okay.  And when you say you go | 09:43:49 |
| 21 | through what happened to your patents for the | 09:43:51 |
| 22 | last year, what do you mean? | 09:43:52 |
| 23 | MR. MACK:  I'll instruct you not to | 09:43:53 |
| 24 | answer that question.  The patent engineer | 09:43:54 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

| | | |
|---|---|---|
| 1 | that he's communicating with is a member of | 09:43:57 |
| 2 | the legal team at Samsung. | 09:44:00 |
| 3 | MR. GUNTHER:  How do you know that? | 09:44:01 |
| 4 | MR. MACK:  Because I'm his counsel. | 09:44:03 |
| 5 | We've gone over this. | 09:44:05 |
| 6 | Q.    Let me ask you a couple of | 09:44:07 |
| 7 | questions.  Who comes -- is it somebody that | 09:44:08 |
| 8 | comes from Korea? | 09:44:11 |
| 9 | THE WITNESS:  Can I answer that? | 09:44:13 |
| 10 | MR. MACK:  Sure, yes.  Yes or no. | 09:44:14 |
| 11 | A.    Yes. | 09:44:16 |
| 12 | Q.    Okay.  Is it the same person that | 09:44:16 |
| 13 | comes every year? | 09:44:18 |
| 14 | A.    No. | 09:44:20 |
| 15 | Q.    Okay.  Is it a different person | 09:44:20 |
| 16 | every year? | 09:44:22 |
| 17 | A.    I have been in a few -- it can be a | 09:44:24 |
| 18 | different person.  Or the same. | 09:44:29 |
| 19 | Q.    Do you know -- I mean, do you get | 09:44:31 |
| 20 | familiar with these people over time? | 09:44:33 |
| 21 | A.    Not really.  They are sometimes in | 09:44:35 |
| 22 | the work group, but they don't speak, so. | 09:44:39 |
| 23 | Q.    All right. | 09:44:40 |
| 24 | Now, sir, in 2004, do you know | 09:44:41 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT – 11/4/2011

Page 72

| | | |
|---|---|---|
| 1 | worked for, don't bring in IPRs before they have | 09:59:43 |
| 2 | been declared, accepted in the standard. | 09:59:46 |
| 3 | Q.     Samsung doesn't do that? | 09:59:48 |
| 4 | MR. MACK:  Objection to form; calls | 09:59:49 |
| 5 | for speculation. | 09:59:50 |
| 6 | A.     I'm not involved in the declaration | 09:59:51 |
| 7 | process.  But given the process, that part I am | 09:59:52 |
| 8 | involved, I would assume that Samsung does not | 09:59:56 |
| 9 | do that.  But neither does any company I know | 09:59:58 |
| 10 | of. | 10:00:00 |
| 11 | Q.     Now, sir, I'm not asking about | 10:00:00 |
| 12 | anybody else.  You've got to answer my question. | 10:00:02 |
| 13 | I'm not asking about Erickson or anybody else. | 10:00:03 |
| 14 | I'm asking about Samsung, the company that | 10:00:06 |
| 15 | you've worked with -- you've worked for since | 10:00:07 |
| 16 | 2003. | 10:00:10 |
| 17 | And my question, sir, is based on | 10:00:11 |
| 18 | your experience, as somebody who's filed, you | 10:00:13 |
| 19 | know, hundreds of patent applications on behalf | 10:00:15 |
| 20 | of the work that you've done as a standards | 10:00:18 |
| 21 | engineer at Samsung, I'm asking you, sir, are | 10:00:21 |
| 22 | you aware of any instance in any of those | 10:00:23 |
| 23 | hundreds of patent applications where Samsung | 10:00:26 |
| 24 | declared a particular patent application, | 10:00:29 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 73

| 1 | according to the call for IPR, as something that | 10:00:33 |
| 2 | was likely to become essential with respect to | 10:00:38 |
| 3 | the work of the standard? | 10:00:41 |
| 4 | MR. MACK:  Objection; asked and | 10:00:42 |
| 5 | answered, form, compound, misstates prior | 10:00:44 |
| 6 | testimony. | 10:00:47 |
| 7 | A.     So in general I'm not aware of when | 10:00:48 |
| 8 | Samsung declares.  I already indicate that.  I'm | 10:00:50 |
| 9 | not allowed to say anything else, right, you | 10:00:54 |
| 10 | only want the answer. | 10:00:56 |
| 11 | Q.     Well, sir, I guess I'm asking you | 10:00:56 |
| 12 | are you aware with respect to any of your | 10:00:58 |
| 13 | hundreds of Samsung patent applications that | 10:01:00 |
| 14 | have been filed in your name while you've been | 10:01:03 |
| 15 | working for Samsung, can you give me any | 10:01:05 |
| 16 | instance in which there was one of those patent | 10:01:07 |
| 17 | applications has been declared as something that | 10:01:09 |
| 18 | is likely to become essential to the standard as | 10:01:12 |
| 19 | opposed to having actually become essential to | 10:01:15 |
| 20 | the standard? | 10:01:18 |
| 21 | MR. MACK:  Objection to form; | 10:01:18 |
| 22 | compound, calls for speculation, calls for | 10:01:20 |
| 23 | a legal opinion. | 10:01:22 |
| 24 | A.     I'm not aware of any of my IPRs | 10:01:22 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT – 11/4/2011

Page 74

| | | |
|---|---|---|
| 1 | being declared to any SDO. | 10:01:25 |
| 2 | Q.      At all? | 10:01:26 |
| 3 | A.      I'm not involved in that process. | 10:01:28 |
| 4 | Q.      Okay, all right. | 10:01:30 |
| 5 | So you don't have any involvement | 10:01:32 |
| 6 | in that process whatsoever? | 10:01:39 |
| 7 | A.      No involvement. | 10:01:41 |
| 8 | Q.      Okay.  So if you have no | 10:01:42 |
| 9 | involvement in that process -- well, let me just | 10:01:44 |
| 10 | ask you this:  Is it your experience in terms of | 10:01:48 |
| 11 | the delegates that you've worked with on the RAN | 10:01:51 |
| 12 | 2 working group, do any of them get involved in | 10:01:53 |
| 13 | that, in declaring IPR? | 10:01:56 |
| 14 | MR. MACK:  Objection to form; calls | 10:01:57 |
| 15 | for speculation. | 10:01:59 |
| 16 | Q.      That you're aware of. | 10:01:59 |
| 17 | A.      In what I tried to say before, in | 10:02:01 |
| 18 | neither companies that I've worked before, the | 10:02:03 |
| 19 | delegates are not involved in that. | 10:02:06 |
| 20 | Q.      Not involved. | 10:02:08 |
| 21 | So why are the delegates then told | 10:02:08 |
| 22 | about the call for IPR if they are not involved | 10:02:10 |
| 23 | in that? | 10:02:13 |
| 24 | MR. MACK:  Objection; calls for | 10:02:14 |

| | | |
|---|---|---|
| 1 | speculation. | 10:02:15 |
| 2 | A.   I speculate.  I assume the | 10:02:15 |
| 3 | declaration was there because there may be small | 10:02:18 |
| 4 | companies not familiar with the process that at | 10:02:18 |
| 5 | some point you should declare.  So this is a | 10:02:20 |
| 6 | general reminder for these new entrants or these | 10:02:21 |
| 7 | smaller companies. | 10:02:23 |
| 8 | Q.   Do you know that for a fact? | 10:02:24 |
| 9 | A.   No, no.  I don't.  Speculation. | 10:02:25 |
| 10 | Q.   Speculation, okay, fair enough. | 10:02:26 |
| 11 | And I appreciate the fact that you're candid | 10:02:29 |
| 12 | about it being speculation. | 10:02:31 |
| 13 | Do you have any knowledge as to why | 10:02:32 |
| 14 | the call for IPR is placed in -- as something | 10:02:34 |
| 15 | that's made at the -- towards the beginning of | 10:02:39 |
| 16 | every working group meeting? | 10:02:42 |
| 17 | MR. MACK:  Objection; foundation, | 10:02:43 |
| 18 | calls for speculation. | 10:02:44 |
| 19 | A.   I can guess. | 10:02:46 |
| 20 | Q.   You don't know? | 10:02:47 |
| 21 | A.   No, I don't. | 10:02:48 |
| 22 | Q.   And, sir, that's not something as | 10:02:48 |
| 23 | chairman of the RAN 2 working group that you | 10:02:50 |
| 24 | ever tried to determine? | 10:02:52 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 84

| | | |
|---|---|---|
| 1 | MR. MACK:  Objection; calls for | 10:27:34 |
| 2 | speculation, form. | 10:27:36 |
| 3 | A.    I don't know every individual one, | 10:27:38 |
| 4 | right, but I assume they are related to the | 10:27:40 |
| 5 | radio access network system or to the mobile or | 10:27:42 |
| 6 | to the protocols, yes. | 10:27:45 |
| 7 | Q.    Okay.  And, sir, do you know how | 10:27:46 |
| 8 | many of your patents -- let me ask you this: | 10:27:48 |
| 9 | When you file a patent application, do you get | 10:27:51 |
| 10 | some kind of compensation from Samsung? | 10:27:53 |
| 11 | A.    We get some kind of compensation. | 10:27:55 |
| 12 | Q.    Okay.  And that's for every patent | 10:27:57 |
| 13 | application that's filed? | 10:27:59 |
| 14 | A.    I think so, yes. | 10:28:01 |
| 15 | Q.    Okay. | 10:28:06 |
| 16 | A.    A small amount I think when -- | 10:28:07 |
| 17 | there is different steps.  And you get -- I | 10:28:09 |
| 18 | really don't know the details. | 10:28:13 |
| 19 | Q.    Okay.  Tell me what you can recall | 10:28:15 |
| 20 | about the details. | 10:28:16 |
| 21 | A.    So I think we get some money when | 10:28:17 |
| 22 | you file.  And you get some money when it's | 10:28:19 |
| 23 | granted. | 10:28:23 |
| 24 | Q.    When the patent is granted? | 10:28:24 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 85

| | | |
|---|---|---|
| 1 | A.      I think so. | 10:28:25 |
| 2 | Q.      Okay.  How about, do you get any | 10:28:26 |
| 3 | money if the patent is declared essential to a | 10:28:28 |
| 4 | standard? | 10:28:30 |
| 5 | A.      So I think how it works is that we | 10:28:32 |
| 6 | have this yearly meeting and then we more or | 10:28:36 |
| 7 | less see -- we don't discuss this essential, but | 10:28:38 |
| 8 | whether it's really ended up in the spec. | 10:28:41 |
| 9 | Q.      Okay. | 10:28:42 |
| 10 | A.      And we have some targets that you | 10:28:43 |
| 11 | should try to have a number of patents that | 10:28:45 |
| 12 | ended up in the spec. | 10:28:47 |
| 13 | Q.      In the standard? | 10:28:48 |
| 14 | A.      In the standard. | 10:28:48 |
| 15 | Q.      Okay.  When you say a target, tell | 10:28:49 |
| 16 | me what you mean by a target. | 10:28:52 |
| 17 | A.      I think my target is one patent per | 10:28:54 |
| 18 | year which ended up in the spec, at the moment. | 10:28:56 |
| 19 | Q.      Okay.  So you're basically given a | 10:28:59 |
| 20 | target as part of your job responsibilities to | 10:29:02 |
| 21 | try to get at least one patent included in the | 10:29:05 |
| 22 | specification, some part of the 3GPP | 10:29:08 |
| 23 | specification each year; is that correct? | 10:29:12 |
| 24 | A.      So for at least for last year I had | 10:29:15 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 86

| | | |
|---|---|---|
| 1 | a target I think of one patent, to get one | 10:29:17 |
| 2 | standardized patent. | 10:29:20 |
| 3 | Q.    Did you hit that target last year? | 10:29:22 |
| 4 | A.    As a co-inventor, yeah. | 10:29:24 |
| 5 | Q.    Okay.  Did you exceed the target? | 10:29:26 |
| 6 | A.    Well, actually, as I said, I don't | 10:29:30 |
| 7 | care so much about patents, right.  So there was | 10:29:32 |
| 8 | one patent which I was quite heavily involved | 10:29:35 |
| 9 | in.  But I'm the coordinator, so of course I'm | 10:29:38 |
| 10 | involved in many discussions, right, and I help | 10:29:40 |
| 11 | people and give them an idea.  And, but I don't | 10:29:42 |
| 12 | keep track exactly of how many patents, where | 10:29:45 |
| 13 | really the main responsibility is by somebody | 10:29:50 |
| 14 | else, that made it into the spec. | 10:29:52 |
| 15 | Q.    Okay.  But is your target satisfied | 10:29:54 |
| 16 | if as a co-inventor you -- one of your patent | 10:29:56 |
| 17 | applications makes its way into the standard? | 10:30:03 |
| 18 | MR. MACK:  Objection; form. | 10:30:05 |
| 19 | A.    At least -- well, Samsung has never | 10:30:06 |
| 20 | pushed me really that hard on these targets.  So | 10:30:11 |
| 21 | there is roughly you meet the target.  I think | 10:30:14 |
| 22 | even if you don't meet the target they wouldn't | 10:30:16 |
| 23 | fire me. | 10:30:18 |
| 24 | Q.    Right, right. | 10:30:19 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 87

| | | |
|---|---|---|
| 1 | If you meet the target, can that | 10:30:19 |
| 2 | increase your pay in some way, your | 10:30:21 |
| 3 | compensation? | 10:30:23 |
| 4 | A.    So we have -- we have five or six | 10:30:24 |
| 5 | targets, this is one of them.  And in general | 10:30:28 |
| 6 | that determines your pay rises. | 10:30:30 |
| 7 | Q.    Your pay rise? | 10:30:33 |
| 8 | A.    Yes. | 10:30:34 |
| 9 | Q.    For the next cycle? | 10:30:34 |
| 10 | A.    Yes. | 10:30:35 |
| 11 | Q.    And is that done on a yearly basis? | 10:30:36 |
| 12 | A.    Yes. | 10:30:38 |
| 13 | Q.    What are the five targets? | 10:30:38 |
| 14 | A.    So my targets would be, be a good | 10:30:41 |
| 15 | RAN 2 chairman, responsible, recognize positive | 10:30:45 |
| 16 | feedback. | 10:30:48 |
| 17 | Q.    Right. | 10:30:48 |
| 18 | A.    Have a number of contributions. | 10:30:49 |
| 19 | Q.    What does that mean, a number of | 10:30:53 |
| 20 | contributions? | 10:30:57 |
| 21 | A.    So documents into the 3GPP group, | 10:30:57 |
| 22 | submitted to 3GPP. | 10:31:00 |
| 23 | Q.    Change requests? | 10:31:01 |
| 24 | A.    Or other discussion documents. | 10:31:02 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 88

| | | | |
|---|---|---|---|
| 1 | Q. | Okay. | 10:31:04 |
| 2 | A. | My reports also count as the | 10:31:04 |
| 3 | chairman. | | 10:31:07 |
| 4 | Q. | As the chairman, okay.  So that's | 10:31:07 |
| 5 | two. | | 10:31:10 |
| 6 | A. | Provide timely reports. | 10:31:11 |
| 7 | Q. | Okay. | 10:31:13 |
| 8 | A. | Of the meetings. | 10:31:14 |
| 9 | Q. | Let me ask you about that. | 10:31:17 |
| 10 | | Well, let's get the five and then | 10:31:20 |
| 11 | I'll come back and ask you about that.  So I've | | 10:31:22 |
| 12 | got -- | | 10:31:24 |
| 13 | A. | I think you have the main four now. | 10:31:25 |
| 14 | Q. | I have be a good chairman, right, | 10:31:26 |
| 15 | which is a good thing, I suppose, to have as a | | 10:31:28 |
| 16 | target.  Provide good proposals to the -- | | 10:31:32 |
| 17 | A. | Number. | 10:31:38 |
| 18 | Q. | A good number of proposals to the | 10:31:39 |
| 19 | working group, whether they be proposals or | | 10:31:41 |
| 20 | change requests or things of that nature? | | 10:31:43 |
| 21 | A. | Discussion documents. | 10:31:45 |
| 22 | Q. | Discussion documents. | 10:31:45 |
| 23 | | The third is to provide timely | 10:31:46 |
| 24 | reports of the meetings? | | 10:31:48 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 89

| | | | |
|---|---|---|---|
| 1 | A. | Within two days after the meeting. | 10:31:50 |
| 2 | Q. | Within two days after the meeting. | 10:31:51 |
| 3 | A. | Internal reports, that is. | 10:31:53 |
| 4 | Q. | Okay.  And then a fourth target is | 10:31:56 |
| 5 | having at least one IPR declared -- | | 10:32:00 |
| 6 | A. | One patent which made it somehow in | 10:32:05 |
| 7 | the spec. | | 10:32:07 |
| 8 | Q. | Into the specification, into the | 10:32:08 |
| 9 | standard; right? | | 10:32:10 |
| 10 | A. | Yes. | 10:32:11 |
| 11 | Q. | Okay.  Was there a fifth, or is | 10:32:11 |
| 12 | that the four? | | 10:32:13 |
| 13 | A. | I think make Samsung a recognized | 10:32:14 |
| 14 | player in standards, or something like that. | | 10:32:18 |
| 15 | Q. | Okay.  So make Samsung a recognized | 10:32:20 |
| 16 | player in standards? | | 10:32:23 |
| 17 | A. | An appreciated player. | 10:32:23 |
| 18 | Q. | And, sir, so after each meeting, | 10:32:25 |
| 19 | within two days you provide an internal report | | 10:32:28 |
| 20 | with respect to that? | | 10:32:32 |
| 21 | A. | Yeah, I think some of them you | 10:32:33 |
| 22 | have.  Or I've even at least that they came out | | 10:32:35 |
| 23 | of the search, that type of report. | | 10:32:38 |
| 24 | Q. | Okay.  All right. | 10:32:39 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 101

| | | |
|---|---|---|
| 1 | superiors at Erickson ever giving you that type | 10:41:47 |
| 2 | of a target? | 10:41:51 |
| 3 | A.    No.  But in general I don't | 10:41:52 |
| 4 | remember so much details about that period. | 10:41:54 |
| 5 | Q.    It's a long time ago.  Fair enough. | 10:41:56 |
| 6 | Fair enough. | 10:41:58 |
| 7 | Is Apple, are any delegates from | 10:41:58 |
| 8 | Apple members of the RAN 2 working group? | 10:42:01 |
| 9 | MR. MACK:  Objection; calls for | 10:42:04 |
| 10 | speculation. | 10:42:06 |
| 11 | A.    I've seen them in RAN, the plenary. | 10:42:07 |
| 12 | And they might have been in RAN, but they have | 10:42:12 |
| 13 | not spoken, at least as far as I'm aware. | 10:42:14 |
| 14 | Q.    Are you aware of any meeting that | 10:42:16 |
| 15 | you've been at for the RAN 2 working group where | 10:42:17 |
| 16 | somebody from Apple's been in attendance? | 10:42:21 |
| 17 | MR. MACK:  Objection; calls for | 10:42:23 |
| 18 | speculation. | 10:42:24 |
| 19 | A.    Not that I'm aware. | 10:42:25 |
| 20 | Q.    Okay.  Let me ask you if you can | 10:42:27 |
| 21 | turn to the '941 patent that we've marked as | 10:42:33 |
| 22 | Exhibit 1.  I hope that you have that still | 10:42:37 |
| 23 | hanging around there somewhere. | 10:42:40 |
| 24 | Sir, did you prepare any part of | 10:42:43 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT – 11/4/2011

Page 102

| | | |
|---|---|---|
| 1 | this document? | 10:42:45 |
| 2 | MR. MACK:  Objection; form. | 10:42:47 |
| 3 | A.    I don't remember. | 10:42:50 |
| 4 | Q.    You don't recall? | 10:42:51 |
| 5 | A.    No. | 10:42:52 |
| 6 | Q.    Do you remember this document at | 10:42:52 |
| 7 | all?  Let me strike that and ask you another | 10:42:54 |
| 8 | question. | 10:42:57 |
| 9 | Prior to getting involved in this | 10:42:59 |
| 10 | case, had you ever seen the '941 patent? | 10:43:00 |
| 11 | MR. MACK:  You can answer yes or | 10:43:04 |
| 12 | no. | 10:43:05 |
| 13 | A.    I've seen this document yesterday. | 10:43:07 |
| 14 | Q.    No, no, no.  Prior to getting | 10:43:09 |
| 15 | involved in this particular case. | 10:43:11 |
| 16 | A.    Okay.  No.  I don't recall that | 10:43:12 |
| 17 | I've seen this document. | 10:43:15 |
| 18 | Q.    Okay.  Did you know that you had | 10:43:15 |
| 19 | applied for a patent -- you had applied as a | 10:43:18 |
| 20 | co-inventor for a patent in the United States | 10:43:21 |
| 21 | that ended up issuing as the '941 patent? | 10:43:23 |
| 22 | A.    Prior to when I was called, I was | 10:43:26 |
| 23 | not really aware anymore.  I might have been | 10:43:29 |
| 24 | aware -- I guess I have been aware in the past. | 10:43:31 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 103

| | | |
|---|---|---|
| 1 | Q.      Do you remember anything about the | 10:43:34 |
| 2 | invention, the alleged invention that's | 10:43:35 |
| 3 | disclosed in the '941 patent? | 10:43:37 |
| 4 | A.      I remember one thing. | 10:43:41 |
| 5 | Q.      Okay. | 10:43:42 |
| 6 | A.      Which is that when I read the | 10:43:43 |
| 7 | meeting minutes, there was a certain point when | 10:43:44 |
| 8 | we came back to the discussion on Friday that | 10:43:46 |
| 9 | the chairman, Denis at that point in time, had | 10:43:48 |
| 10 | to say, actually we examined everything, Samsung | 10:43:53 |
| 11 | has the better idea.  And I remember that we | 10:43:56 |
| 12 | were very happy that somebody had finally | 10:43:58 |
| 13 | acknowledged that we had the better idea. | 10:44:00 |
| 14 | Q.      What do you understand the | 10:44:02 |
| 15 | invention to be that's set forth in the '941 | 10:44:03 |
| 16 | patent? | 10:44:05 |
| 17 | MR. MACK:  Objection; calls for a | 10:44:05 |
| 18 | legal opinion. | 10:44:07 |
| 19 | A.      Well, I've not -- have not had so | 10:44:08 |
| 20 | much time to prepare and I have not read the | 10:44:11 |
| 21 | document in detail ever. | 10:44:13 |
| 22 | Q.      Okay. | 10:44:14 |
| 23 | A.      Recently.  So what I remember is | 10:44:15 |
| 24 | that we had a few problems to work on.  So and | 10:44:18 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

| | | |
|---|---|---|
| 1 | also what I saw last week when I tried to look | 10:44:25 |
| 2 | around at what the base documents. | 10:44:28 |
| 3 | So Qualcomm had a paper, I think in | 10:44:30 |
| 4 | 2004 already, where they noticed two problems. | 10:44:34 |
| 5 | And that is one problem was that when SDUs end | 10:44:38 |
| 6 | up in two PDUs, then you increase the SDU error | 10:44:41 |
| 7 | rate.  Because as soon as you lose one of the | 10:44:45 |
| 8 | PDUs, you lose your SDU. | 10:44:48 |
| 9 | Q.    Okay.  So that was the first | 10:44:49 |
| 10 | problem that they identified? | 10:44:51 |
| 11 | A.    Yeah. | 10:44:53 |
| 12 | Q.    Okay. | 10:44:53 |
| 13 | A.    So it would be nice if you had | 10:44:54 |
| 14 | some -- they were proposing a mechanism to make | 10:44:55 |
| 15 | sure that that doesn't happen, that an SDU ends | 10:44:57 |
| 16 | up in one PDU and not over two. | 10:45:00 |
| 17 | Q.    Right. | 10:45:02 |
| 18 | A.    And then they also highlighted that | 10:45:03 |
| 19 | actually our transport of especially small SDUs | 10:45:05 |
| 20 | is not so efficient.  We have significant | 10:45:09 |
| 21 | overhead.  And they proposed a way to solve that | 10:45:12 |
| 22 | to some extent. | 10:45:15 |
| 23 | Q.    Okay. | 10:45:16 |
| 24 | MR. GUNTHER:  Let me mark as an | 10:45:17 |

| | | |
|---|---|---|
| 1 | And this was presented, is it your | 10:47:24 |
| 2 | understanding that, from looking at the document | 10:47:26 |
| 3 | and based on your recollection, that the | 10:47:28 |
| 4 | document was presented during the meeting No. 43 | 10:47:30 |
| 5 | of the RAN 2 working group in the August 15 | 10:47:33 |
| 6 | through 20, 2004 time frame? | 10:47:37 |
| 7 | MR. MACK:  Objection to form; | 10:47:40 |
| 8 | foundation, calls for speculation. | 10:47:41 |
| 9 | A.    So not based on my recollection, as | 10:47:43 |
| 10 | I said I have no recollection, but from the date | 10:47:46 |
| 11 | on the document it seems it is a document from | 10:47:48 |
| 12 | that. | 10:47:50 |
| 13 | Q.    And, sir, to the best of your | 10:47:50 |
| 14 | recollection that's a meeting that was held in | 10:47:52 |
| 15 | Prague, is a meeting that you attended; correct? | 10:47:54 |
| 16 | A.    I must have been, because I only | 10:47:58 |
| 17 | missed the Chinese meeting. | 10:47:59 |
| 18 | Q.    We sort of did that before? | 10:48:01 |
| 19 | A.    Yeah, exactly. | 10:48:02 |
| 20 | Q.    All right. | 10:48:03 |
| 21 | Sir, where in the document that | 10:48:04 |
| 22 | we've marked as Exhibit 3 is there -- you were | 10:48:07 |
| 23 | talking about the two problems that Qualcomm had | 10:48:11 |
| 24 | identified.  Where are they set forth in the | 10:48:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

| | | |
|---|---|---|
| 1 | document? | 10:48:15 |
| 2 | A.    So if you look at page 3. | 10:48:17 |
| 3 | Q.    Yes. | 10:48:20 |
| 4 | A.    So I found this document also last | 10:48:20 |
| 5 | week, so that's why. | 10:48:23 |
| 6 | Below there is a table type of | 10:48:25 |
| 7 | thing.  The paragraph below highlights this | 10:48:26 |
| 8 | problem when SDUs are over two PDUs.  So you | 10:48:29 |
| 9 | need a higher BLER to just get the same SDU | 10:48:34 |
| 10 | error rate.  You need a lower block error rate. | 10:48:41 |
| 11 | I can read the sentence. | 10:48:52 |
| 12 | Q.    Sir, let me just ask you a couple | 10:48:53 |
| 13 | of questions about that.  When did you first | 10:48:55 |
| 14 | find out that you were going to be a witness in | 10:48:57 |
| 15 | this case? | 10:48:58 |
| 16 | A.    I think Edward contacted me a few | 10:48:59 |
| 17 | weeks ago and only last week I heard that it | 10:49:02 |
| 18 | would be now. | 10:49:05 |
| 19 | Q.    Okay.  And, sir, at some point did | 10:49:06 |
| 20 | you do a search for documents, as part of the | 10:49:10 |
| 21 | work that you were doing to get ready for this | 10:49:13 |
| 22 | deposition? | 10:49:15 |
| 23 | A.    Last week I looked through a few | 10:49:15 |
| 24 | documents. | 10:49:17 |

| | |
|---|---|
| 1  Q.    Last week, okay. | 10:49:17 |
| 2      Was that the first time you were | 10:49:19 |
| 3  asked to look for documents? | 10:49:20 |
| 4  A.    I was never asked to look.  I | 10:49:22 |
| 5  looked myself just to understand technically | 10:49:24 |
| 6  again what was it about. | 10:49:26 |
| 7  Q.    Okay.  Were you asked by Samsung to | 10:49:27 |
| 8  gather any documents for purposes of submission | 10:49:29 |
| 9  to Apple's lawyers in this case? | 10:49:31 |
| 10  A.    I was asked to do searches on -- | 10:49:33 |
| 11  last week. | 10:49:37 |
| 12  Q.    Last week, okay. | 10:49:37 |
| 13      Tell me what you did in terms of | 10:49:38 |
| 14  searches. | 10:49:40 |
| 15      MR. MACK:  I'll just instruct you | 10:49:41 |
| 16      not to -- if you had any communications | 10:49:43 |
| 17      with Samsung attorneys about how to conduct | 10:49:45 |
| 18      the searches, I wouldn't go into specific | 10:49:47 |
| 19      details.  But just whether or not you | 10:49:50 |
| 20      conducted a search is okay.  What locations | 10:49:52 |
| 21      you searched. | 10:49:54 |
| 22  Q.    What I'm asking you is what you | 10:49:54 |
| 23  did.  I'm not asking you who you talked to or | 10:49:57 |
| 24  anything like that.  I appreciate his comment, | 10:49:59 |

| | | |
|---|---|---|
| 1 | I'm just asking you what you did. | 10:50:01 |
| 2 | A.      So we did searches.  But it turned | 10:50:02 |
| 3 | out that it took too long, we had too many | 10:50:04 |
| 4 | documents on our, at least on my hard disk, and | 10:50:08 |
| 5 | also there wasn't too much documents. | 10:50:10 |
| 6 | Q.      Were you doing the searches with | 10:50:12 |
| 7 | Mr. Van·Der Velde? | 10:50:13 |
| 8 | A.      Well, of course we did them | 10:50:15 |
| 9 | independently. | 10:50:17 |
| 10 | Q.      Okay.  But you knew he was | 10:50:17 |
| 11 | searching and you were searching, you talked to | 10:50:18 |
| 12 | each other about that; is that correct? | 10:50:20 |
| 13 | A.      We have a shared office, so. | 10:50:22 |
| 14 | Q.      Okay.  So it was natural that you'd | 10:50:23 |
| 15 | be looking for documents at the same time; | 10:50:25 |
| 16 | right? | 10:50:27 |
| 17 | MR. MACK:  Objection; form. | 10:50:29 |
| 18 | A.      I guess so. | 10:50:30 |
| 19 | Q.      Okay. | 10:50:31 |
| 20 | A.      We were both asked to prepare and | 10:50:32 |
| 21 | both -- so it turned out to take two and a half | 10:50:34 |
| 22 | hours, so we would run out of time.  So in the | 10:50:37 |
| 23 | end I think -- in the end the whole hard disk | 10:50:39 |
| 24 | was copied and then given to our... | 10:50:42 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT – 11/4/2011

Page 111

| | | | |
|---|---|---|---|
| 1 | Q. | Okay.  So your entire hard disk was | 10:50:47 |
| 2 | copied and given to Samsung's counsel? | | 10:50:50 |
| 3 | A. | Yes. | 10:50:52 |
| 4 | Q. | How long a process did that take? | 10:50:52 |
| 5 | A. | To make this copy, you mean? | 10:50:54 |
| 6 | Q. | Yes. | 10:50:55 |
| 7 | A. | That turned out something like | 10:50:56 |
| 8 | three hours or so, to make a copy. | | 10:50:58 |
| 9 | Q. | Okay.  Do you know how much data | 10:51:00 |
| 10 | you had on your hard disk, hard drive, I should | | 10:51:02 |
| 11 | say? | | 10:51:06 |
| 12 | A. | I think the copy was 250 gig. | 10:51:06 |
| 13 | Q. | 250 gig? | 10:51:09 |
| 14 | A. | Yeah. | 10:51:10 |
| 15 | Q. | Did it go back to all the way to | 10:51:10 |
| 16 | the beginning of your time at the company? | | 10:51:13 |
| 17 | A. | Yes. | 10:51:15 |
| 18 | Q. | Okay. | 10:51:15 |
| 19 | A. | But not every -- so for example I | 10:51:17 |
| 20 | have lost or I have removed, I don't know, but | | 10:51:20 |
| 21 | my emails up to 2005.  I also had a different | | 10:51:21 |
| 22 | system for my own storage, I had a bad system of | | 10:51:24 |
| 23 | using too many different files, so I could never | | 10:51:28 |
| 24 | find anything anyways. | | 10:51:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 112

| | | |
|---|---|---|
| 1 | Q. Prior to -- and this happened about | 10:51:33 |
| 2 | what, two weeks ago? | 10:51:35 |
| 3 | A. Last week. | 10:51:36 |
| 4 | Q. Last week. | 10:51:36 |
| 5 | Prior -- what day last week did | 10:51:38 |
| 6 | that happen? | 10:51:40 |
| 7 | A. So the end of last week and in the | 10:51:41 |
| 8 | weekend. Thank you for that. | 10:51:43 |
| 9 | Q. Okay. I'm sorry about that. | 10:51:44 |
| 10 | So it started on Friday of last | 10:51:46 |
| 11 | week? | 10:51:48 |
| 12 | A. No, I think it started on | 10:51:48 |
| 13 | Wednesday. So through Thursday we found out | 10:51:50 |
| 14 | that we would never finish the searches. | 10:51:52 |
| 15 | Q. Okay. And then basically the | 10:51:54 |
| 16 | copying of the hard drive in its entirety? | 10:51:56 |
| 17 | A. Friday we got help and Saturday we | 10:51:59 |
| 18 | copied the hard disk. | 10:52:02 |
| 19 | Q. Did you provide any hard copy | 10:52:03 |
| 20 | documents to Samsung's counsel? | 10:52:05 |
| 21 | A. Paper? | 10:52:07 |
| 22 | Q. Yes. | 10:52:07 |
| 23 | A. No. | 10:52:08 |
| 24 | Q. Okay. Do you keep any paper in | 10:52:08 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT – 11/4/2011

Page 113

| | | |
|---|---|---|
| 1 | your office? | 10:52:09 |
| 2 | A.    We keep paper, but that wouldn't be | 10:52:10 |
| 3 | anything else than -- like I, as the only | 10:52:13 |
| 4 | delegate in the room, I had this habit of | 10:52:16 |
| 5 | printing all the documents. | 10:52:18 |
| 6 | Q.    Okay. | 10:52:20 |
| 7 | A.    So then I stored them in my office. | 10:52:20 |
| 8 | Like the last four years or the last few years, | 10:52:22 |
| 9 | I throw them away immediately in the airport. | 10:52:25 |
| 10 | So I have paper copies of a lot of the old | 10:52:28 |
| 11 | documents. | 10:52:31 |
| 12 | Q.    Prior to last week, were you told | 10:52:31 |
| 13 | by anyone that you should preserve documents | 10:52:33 |
| 14 | that related to the work that you did on the | 10:52:35 |
| 15 | standards committee as a result of the | 10:52:36 |
| 16 | litigation between Apple and Samsung? | 10:52:38 |
| 17 | A.    I think we, at some point had to | 10:52:41 |
| 18 | say yes to a question that we would preserve and | 10:52:44 |
| 19 | also be willing to share any documents. | 10:52:46 |
| 20 | Q.    When did that happen? | 10:52:49 |
| 21 | A.    I don't recall exactly, but I guess | 10:52:50 |
| 22 | something like one and a half months or so. | 10:52:54 |
| 23 | Q.    One and a half to two months, okay, | 10:52:57 |
| 24 | all right. | 10:53:00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 114

| | | |
|---|---|---|
| 1 | And, sir, during that one and a | 10:53:01 |
| 2 | half, two-month time, did you -- let me ask you | 10:53:03 |
| 3 | this:  Is your computer set up in any way to | 10:53:06 |
| 4 | periodically delete files? | 10:53:09 |
| 5 | A.    No. | 10:53:13 |
| 6 | Q.    Okay.  Does your computer delete | 10:53:13 |
| 7 | emails after a period of time that are left in | 10:53:17 |
| 8 | your in box? | 10:53:20 |
| 9 | A.    No. | 10:53:21 |
| 10 | Q.    And, sir, are you aware of any | 10:53:21 |
| 11 | documents that over the last year and a half | 10:53:25 |
| 12 | that you had in your possession relating to your | 10:53:28 |
| 13 | work on standards bodies that were not turned | 10:53:30 |
| 14 | over or not available to be turned over to | 10:53:33 |
| 15 | Samsung's counsel? | 10:53:35 |
| 16 | A.    No. | 10:53:37 |
| 17 | Q.    Okay.  Have you modified your | 10:53:38 |
| 18 | behavior in any way in terms of your saving | 10:53:42 |
| 19 | documents in the last month and a half as a | 10:53:44 |
| 20 | result of reading that notice? | 10:53:47 |
| 21 | A.    No.  Well, actually, I have now | 10:53:49 |
| 22 | planned to store all the RAN 2 reflector | 10:53:52 |
| 23 | documents from now on.  So I threw them away | 10:53:55 |
| 24 | after some time, because they became too big. | 10:53:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 178

| | | |
|---|---|---|
| 1 | instruct you not to answer. | 12:06:31 |
| 2 | A.    No, I don't recall any discussion | 12:06:31 |
| 3 | with In.  Really I think he was working on | 12:06:34 |
| 4 | different things during that time, so it would | 12:06:37 |
| 5 | be a surprise if he really presented. | 12:06:39 |
| 6 | Q.    All right, all right. | 12:06:40 |
| 7 | A.    I think also this secretary stopped | 12:06:41 |
| 8 | at some point to -- but at least we stopped in | 12:06:43 |
| 9 | RAN 2 to list the presenter name in the | 12:06:46 |
| 10 | document. | 12:06:48 |
| 11 | Q.    But that was after this? | 12:06:48 |
| 12 | A.    Yeah. | 12:06:49 |
| 13 | Q.    So In is listed as the presenter of | 12:06:50 |
| 14 | this document? | 12:06:52 |
| 15 | A.    Yeah.  But I guess we stopped | 12:06:53 |
| 16 | because we found problems with getting the right | 12:06:55 |
| 17 | names. | 12:06:57 |
| 18 | Q.    Okay.  Sir, let me ask you, if you | 12:06:57 |
| 19 | could look at Exhibit 7.  And this document was | 12:06:59 |
| 20 | presented to the RAN 2 working group during -- | 12:07:04 |
| 21 | in connection with the meeting that took place | 12:07:06 |
| 22 | in May of 2005 during the May 9th to May 13th | 12:07:08 |
| 23 | time frame; right? | 12:07:13 |
| 24 | A.    That's what the cover says. | 12:07:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 179

| | | |
|---|---|---|
| 1 | Q.    You have no reason to doubt that; | 12:07:15 |
| 2 | right? | 12:07:16 |
| 3 | A.    No reason to doubt. | 12:07:16 |
| 4 | Q.    Okay.  And, sir, that is, if you'd | 12:07:17 |
| 5 | look back at the front page of Exhibit 1, the | 12:07:19 |
| 6 | patent, the '941 patent, that is within days, | 12:07:23 |
| 7 | within, you know, five days of the filing of the | 12:07:28 |
| 8 | Korean application; right? | 12:07:32 |
| 9 | A.    That's five days, yes. | 12:07:34 |
| 10 | Q.    Okay.  Do you recall, sir, given | 12:07:35 |
| 11 | that closeness in time between the filing of the | 12:07:40 |
| 12 | application and the presentation of Exhibit 7 to | 12:07:43 |
| 13 | the RAN 2 working group, do you recall ever | 12:07:46 |
| 14 | considering whether or not the fact that the | 12:07:48 |
| 15 | patent had been -- the patent application had | 12:07:51 |
| 16 | been filed should be disclosed in some way to | 12:07:54 |
| 17 | either ETSI or to the 3GPP group? | 12:07:56 |
| 18 | MR. MACK:  Again, I'll object and | 12:07:59 |
| 19 | instruct you not to answer to the extent | 12:08:00 |
| 20 | you've had any -- it will reveal | 12:08:03 |
| 21 | communications with attorneys, but | 12:08:06 |
| 22 | otherwise. | 12:08:07 |
| 23 | A.    No, I think in general I'm not | 12:08:08 |
| 24 | involved in disclosure, in, how do you call | 12:08:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 180

| | | |
|---|---|---|
| 1 | this, this mentioning to the SDOs, I've never | 12:08:13 |
| 2 | considered really. | 12:08:16 |
| 3 | Q.    Okay, all right. | 12:08:17 |
| 4 | I mean, that's just something you | 12:08:17 |
| 5 | don't get involved in at all; right? | 12:08:18 |
| 6 | A.    Right, correct. | 12:08:20 |
| 7 | Q.    Let's look at Exhibit 7.  And do | 12:08:21 |
| 8 | you recall contributing to this document? | 12:08:24 |
| 9 | A.    No. | 12:08:25 |
| 10 | Q.    Do you recall whether -- at this | 12:08:26 |
| 11 | point in time, which is the May 2005 time frame, | 12:08:28 |
| 12 | as between you and the two co-inventors on the | 12:08:32 |
| 13 | '941 patent, would you be more likely to have | 12:08:37 |
| 14 | written this proposal than one of the others? | 12:08:39 |
| 15 | MR. MACK:  Objection; calls for | 12:08:42 |
| 16 | speculation, form. | 12:08:43 |
| 17 | Q.    I'm trying to find out what your | 12:08:44 |
| 18 | practice was at that time. | 12:08:46 |
| 19 | A.    The practice would -- I would | 12:08:47 |
| 20 | assume, but it's speculation, that SK has | 12:08:48 |
| 21 | written it.  I probably would have reviewed it | 12:08:50 |
| 22 | and corrected it.  And if there is control plane | 12:08:53 |
| 23 | aspects, maybe then Himke would also have a | 12:08:55 |
| 24 | little bit contributed. | 12:08:58 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
GERT-JAN VAN LIESHOUT - 11/4/2011

Page 181

| | | |
|---|---|---|
| 1 | Q.    This kind of a document, would SK | 12:09:00 |
| 2 | draft it in English in the first instance? | 12:09:02 |
| 3 | A.    Yes. | 12:09:04 |
| 4 | Q.    Okay.  So he wouldn't do a Korean | 12:09:04 |
| 5 | draft first and then have it translated? | 12:09:06 |
| 6 | MR. MACK:  Objection; calls for | 12:09:07 |
| 7 | speculation. | 12:09:09 |
| 8 | A.    I would assume that that would not | 12:09:09 |
| 9 | have happened, but it's speculation. | 12:09:11 |
| 10 | Q.    Okay.  Sir, look at, it says | 12:09:12 |
| 11 | document for discussion/decision.  Do you see | 12:09:15 |
| 12 | that?  And the title is "segmentation and | 12:09:17 |
| 13 | concatenation for VOIMS." | 12:09:21 |
| 14 | A.    Correct. | 12:09:24 |
| 15 | Q.    What does discussion/decision mean, | 12:09:24 |
| 16 | when it says it's a document for | 12:09:27 |
| 17 | discussion/decision, what does that mean? | 12:09:28 |
| 18 | MR. MACK:  Objection; foundation, | 12:09:30 |
| 19 | calls for speculation. | 12:09:31 |
| 20 | A.    I don't know actually what | 12:09:32 |
| 21 | classifications we all have.  But I think you | 12:09:35 |
| 22 | can say information, that you don't want the | 12:09:37 |
| 23 | group to come to any conclusion on the document. | 12:09:39 |
| 24 | And if you say discussion/decision, then you | 12:09:43 |