# Exhibit O

# Filed Under Seal

**From:** Kolovos, Peter
**Sent:** Saturday, January 07, 2012 1:23 PM
**To:** sarajenkins@quinnemanuel.com; Joby Martin; 'Mazza, Mia'
**Cc:** 'AppleMoFo'; Samsung v. Apple; Maselli, Samuel; Walden, S. Calvin; Kolovos, Peter
**Subject:** RE: Apple v. Samsung: Discovery Correspondence re Marketing & Advertising Documents

Dear Sara,

While it is clear from your letter and Rachel's subsequent email that the parties are at an impasse on the issue of Samsung inventor search terms, your letter raises one further question on this issue.  In your letter, you state that "Samsung used Korean equivalents of the search terms applied to the inventors' files whenever it was necessary or appropriate."  Samsung's transparency disclosures served on December 1 indicate that Samsung used a Korean equivalent for only one search term for the inventor files (the term "interleaver" for the '792 patent inventors).  Was this the only instance in which Samsung believed it was "necessary or appropriate" to use a Korean equivalent search term for its native Korean-speaking inventors, which is what your disclosures and correspondence suggest?  If not, please identify, for each inventor, which of the search terms disclosed on December 1 was also run using an equivalent Korean term.  Given the current schedule on the anticipated discovery motions, and the fact that this information should have been included in your disclosure on December 1, we ask that you include this information with your correspondence on Sunday evening.

We look forward to hearing from you.

-- Peter