# Exhibit P

# Filed Under Seal

ORIGINAL

# In The Matter Of:

*APPLE INC.*

*v.*

*SAMSUNG ELECTRONICS CO., et al.,*

---

*SOENG-HUN KIM - Vol. 1*

November 11, 2011

---

# HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOENG-HUN KIM - 11/11/2011

Page 38

| | | |
|---|---|---|
| 1 | with Patent Prosecution Group 1, do you have any | 11:12:57 |
| 2 | reason to believe that that is not the process that | 11:13:00 |
| 3 | you followed in 2005? | 11:13:03 |
| 4 | A.   No, I do not. | 11:13:31 |
| 5 | Q.   Are you able to say how long the process | 11:13:37 |
| 6 | generally takes between contacting Patent | 11:13:39 |
| 7 | Prosecution Group 1 and the filing of a patent | 11:13:44 |
| 8 | application, as a general matter? | 11:13:47 |
| 9 | A.   There could be quite a bit of variance | 11:14:38 |
| 10 | depending on the case.  If there be any reason that | 11:14:41 |
| 11 | a filing has to be done quickly, then it's possible | 11:14:51 |
| 12 | that that could be carried out in a matter of a few | 11:14:55 |
| 13 | days.  Otherwise, it could take one to two month. | 11:14:58 |
| 14 | Q.   Why might a filing have to be done | 11:15:05 |
| 15 | quickly? | 11:15:10 |
| 16 | A.   There could be many situations for that, | 11:15:38 |
| 17 | but as a most representative example, if a certain | 11:15:44 |
| 18 | technology related to this patent needs to be | 11:15:53 |
| 19 | disclosed in a -- within a short amount of time, | 11:15:57 |
| 20 | such a situation would be where the filing would be | 11:16:04 |
| 21 | done quickly. | 11:16:10 |
| 22 | CHECK INTERPRETER:  Check interpreter: | 11:16:11 |
| 23 | About this patent, "this" can be deleted.  "A | 11:16:13 |
| 24 | patent." | 11:16:24 |
| 25 | MR. WINER:  Q.   What do you mean by if a | 11:16:25 |

```
 1   certain technology related to a patent needed to be          11:16:28
 2   disclosed within a short amount of time?                     11:16:32
 3        A.   For example, some related document say if          11:17:02
 4   that is scheduled to be contributed to a standards           11:17:08
 5   meeting.                                                     11:17:14
 6        Q.   I don't think I follow that.  What do you          11:17:18
 7   mean by some related document is scheduled to be             11:17:23
 8   contributed to a standards meeting?                          11:17:26
 9        A.   I'm referring to a document that contains          11:17:51
10   the gist of the invention if that is scheduled to be         11:17:58
11   contributed to a standards meeting.                          11:18:07
12        Q.   Okay.  So do you mean that if Samsung is           11:18:10
13   proposing that -- is planning to propose at a                11:18:15
14   standards meeting that certain technology be adopted         11:18:18
15   as part of the standard, then in that instance,              11:18:22
16   Samsung may expedite the filing of a patent                  11:18:26
17   application on that technology?                              11:18:31
18        A.   Yes, I think you could consider that to be         11:19:12
19   a typical or common situation.                               11:19:14
20        Q.   A while back you said that the process for        11:19:21
21   filing a patent application has changed since 2005.          11:19:24
22   Are you able to tell me what any of those changes in         11:19:32
23   the process have been?                                       11:19:35
24        A.   I have a feeling that some things were             11:20:28
25   changed, but as far as exactly which parts were              11:20:32
```

| | | |
|---|---|---|
| 1 | changed, I'm not able to recall at this point. | 11:20:38 |
| 2 | Q.   You can't name any changes? | 11:20:42 |
| 3 | A.   Correct.  I do not have any. | 11:20:51 |
| 4 | Q.   Do you recall -- strike that. | 11:20:54 |
| 5 | You understand that Mr. Van Lieshout and | 11:21:00 |
| 6 | Mr. Van Der Velde are both also named inventors on | 11:21:03 |
| 7 | the '941 patent? | 11:21:08 |
| 8 | A.   Yes. | 11:21:24 |
| 9 | Q.   And do you recall what Mr. Van Lieshout's | 11:21:27 |
| 10 | role was, if any, with respect to the decision to | 11:21:33 |
| 11 | file a patent application on May 4, 2005? | 11:21:36 |
| 12 | A.   I do not recall, but as far as whether to | 11:22:14 |
| 13 | go ahead with the filing of the application on that, | 11:22:20 |
| 14 | these are not areas where either Van Lieshout or | 11:22:26 |
| 15 | Himke would have a great deal of involvement in. | 11:22:31 |
| 16 | Q.   And the same question as to | 11:22:38 |
| 17 | Mr. Van Der Velde.  Do you recall his involvement, | 11:22:41 |
| 18 | if any? | 11:22:44 |
| 19 | A.   Likewise, I do not recall. | 11:23:02 |
| 20 | Q.   Let me ask you one more question before we | 11:23:05 |
| 21 | change the tape.  The individuals you named earlier | 11:23:07 |
| 22 | with Patent Prosecution Group 1, are those -- strike | 11:23:14 |
| 23 | that. | 11:23:23 |
| 24 | You referred earlier to patent officers, I | 11:23:25 |
| 25 | believe.  Do you understand that the individuals in | 11:23:29 |

| | | |
|---|---|---|
| 1 | I do not have a translation of this document. | 14:29:02 |
| 2 | (Exhibit 2 was marked | 14:29:07 |
| 3 | for identification.) | 14:29:07 |
| 4 | MR. WINER:  Q.  Have you seen this | 14:29:35 |
| 5 | document before, Mr. Kim? | 14:29:36 |
| 6 | A.  I believe that I would have seen this, | 14:29:55 |
| 7 | although I do not have a precise recollection.  I | 14:29:57 |
| 8 | think it would be correct to say that I would have | 14:30:00 |
| 9 | seen this. | 14:30:03 |
| 10 | Q.  And if you haven't seen this particular | 14:30:07 |
| 11 | document, have you seen other documents that look | 14:30:09 |
| 12 | like this? | 14:30:12 |
| 13 | A.  The reason why it's difficult for me to | 14:30:56 |
| 14 | tell you exactly is that documents in this format | 14:30:59 |
| 15 | have always existed, but it's just that as for this | 14:31:04 |
| 16 | particular document that I cannot with any certainty | 14:31:09 |
| 17 | say that I saw this or that particular document | 14:31:12 |
| 18 | happened to have been seen by me. | 14:31:18 |
| 19 | Q.  What is this document?  "This document" | 14:31:20 |
| 20 | being Exhibit 2. | 14:31:23 |
| 21 | A.  Although I will not be able to say for the | 14:32:17 |
| 22 | rest of this document, but if I were to look at the | 14:32:19 |
| 23 | first page, my guess would be that this is a yearly | 14:32:22 |
| 24 | breakdown of the number of IPRs that were adopted | 14:32:27 |
| 25 | into the standards -- standard or standards, and | 14:32:35 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOENG-HUN KIM - 11/11/2011

Page 72

```
 1    also the numbers of the patents created.                 14:32:41
 2              (Discussion between the main interpreter       14:32:44
 3              and the check interpreter.)                    14:32:47
 4              MAIN INTERPRETER:  "...by us."                 14:32:49
 5              MR. WINER:  Q.  And do you understand IPR      14:32:53
 6    to mean intellectual property rights?                    14:32:55
 7         A.   Correct.                                       14:33:00
 8         Q.   Do you know who created this document?         14:33:01
 9         A.   I do not know exactly who that is, but I       14:33:15
10    do know who would have created this.                     14:33:19
11         Q.   Who is that?                                   14:33:24
12         A.   Well, what I'm saying is that I do not         14:33:43
13    know exactly who it is, but it would have been one       14:33:47
14    from among this group which would possibly be a          14:33:52
15    principal engineer, S-e-o-n-g dash H-o C-h-o-i;          14:34:01
16    principal engineer, J-o-o H-o L-e-e.                     14:34:10
17         Q.   And these individuals you just mentioned       14:34:18
18    in this group, is there a name for this group?           14:34:21
19         A.   Yes, there is, and the name of the group       14:34:47
20    is "Standard" or "Standards Group 1."                    14:34:50
21         Q.   Is Standards Group 1 located in Korea?         14:34:58
22         A.   Yes.                                           14:35:07
23         Q.   Do you have any reason to doubt that you       14:35:13
24    have seen this document?                                 14:35:15
25         A.   This relates to the overall performance        14:35:59
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOENG-HUN KIM - 11/11/2011

Page 73

| | | |
|---|---|---|
| 1 | vis-a-vis at the Standards Group 1 and but since I, | 14:36:05 |
| 2 | myself, did not create this document nor did I -- | 14:36:13 |
| 3 | would I use this document when I make a report, so I | 14:36:17 |
| 4 | don't think I would have received this directly. | 14:36:22 |
| 5 |     MR. WINER:  We have to change the tape. | 14:36:31 |
| 6 | Why don't we take a five-minute break for that. | 14:36:32 |
| 7 |     THE VIDEOGRAPHER:  This marks the end of | 14:36:37 |
| 8 | Volume 1, Videotape Number 2, in the deposition of | 14:36:39 |
| 9 | Soeng-Hun Kim.  Going off the record.  The time is | 14:36:45 |
| 10 | 2:36. | 14:36:48 |
| 11 |     (Recess taken from 2:36 p.m. | 14:36:49 |
| 12 |     to 2:37 p.m.) | 14:36:50 |
| 13 |     THE VIDEOGRAPHER:  We're back on the | 14:37:31 |
| 14 | record.  Here marks the beginning of Volume 1, Tape | 14:51:26 |
| 15 | Number 3 in the deposition of Soeng-Hun Kim.  The | 14:51:28 |
| 16 | time is 2:51. | 14:51:33 |
| 17 |     MR. WINER:  Q.  Mr. Kim, I'll represent to | 14:51:35 |
| 18 | you that we were told that Exhibit 2 came from your | 14:51:38 |
| 19 | files.  Do you have any reason to believe that it | 14:51:43 |
| 20 | did not come from your files? | 14:51:47 |
| 21 |     A.  Well, no.  I would think that it would | 14:52:17 |
| 22 | have come from my file, it's just that -- well, I | 14:52:21 |
| 23 | think it came from my file. | 14:52:24 |
| 24 |     Q.  How long have you been -- strike that. | 14:52:32 |
| 25 |     How long have you been receiving documents | 14:52:38 |

Merrill Corporation - Boston
617-542-0039                                   www.merrillcorp.com/law

| | | |
|---|---|---|
| 1 | somebody came to the conclusion that 29 Samsung | 14:59:46 |
| 2 | patents were adopted as part of a standard in 2005? | 14:59:53 |
| 3 | A.   Yes.  At Samsung there is a process where | 15:00:51 |
| 4 | some people would gather together and discuss | 15:00:56 |
| 5 | whether a patent is an accepted IPR or not, and the | 15:01:02 |
| 6 | result is obtained as this. | 15:01:14 |
| 7 | Q.   And those people who gather together, are | 15:01:19 |
| 8 | those people in Standards Group 1? | 15:01:25 |
| 9 | A.   Yes.  The people from the Standards | 15:01:50 |
| 10 | Group 1 and people from the Patent Prosecution | 15:01:53 |
| 11 | Group, they gather together and have a meeting. | 15:01:59 |
| 12 | Q.   And if you look above the 29, right above | 15:02:07 |
| 13 | that is the Number 7.  Does that indicate that | 15:02:10 |
| 14 | between 2004 and 2005 there was a more than 400 | 15:02:16 |
| 15 | percent increase in the number of Samsung patents | 15:02:21 |
| 16 | that were declared essential to a standard? | 15:02:26 |
| 17 | MR. BRIGGS:  Objection.  Foundation. | 15:02:29 |
| 18 | THE WITNESS:  Yes, if you were to look at | 15:03:19 |
| 19 | the number, it seems that there was such an | 15:03:20 |
| 20 | increase. | 15:03:24 |
| 21 | MR. WINER:  Q.  If you look at row 1, | 15:03:25 |
| 22 | column 4, it looks like it says "SII."  Do you have | 15:03:28 |
| 23 | an understanding as to what that means? | 15:03:33 |
| 24 | A.   This is the name of a team that handles | 15:04:04 |
| 25 | standard-related work in Korea. | 15:04:09 |

| | | |
|---|---|---|
| 1 | Q. What is the name of that team? Do you | 15:04:14 |
| 2 | know what the SII stands for? | 15:04:17 |
| 3 | A. Right. It probably was the standards | 15:04:47 |
| 4 | industry initiative, but I'm not certain of it. | 15:04:50 |
| 5 | Q. Are you a part of this -- is this a group? | 15:04:54 |
| 6 | A. A team. | 15:05:02 |
| 7 | Q. Are you a part of this team? | 15:05:02 |
| 8 | A. Yes. | 15:05:09 |
| 9 | Q. And were you a part of that team in 2005? | 15:05:09 |
| 10 | A. Yes. | 15:05:16 |
| 11 | Q. And in the next column over, "DTL," does | 15:05:17 |
| 12 | that refer to Dallas Telecom Laboratory? | 15:05:21 |
| 13 | A. I would think so. We call the people who | 15:05:47 |
| 14 | work on standard-related work with us in America | 15:06:00 |
| 15 | that name. | 15:06:05 |
| 16 | Q. And is "SERI" in the next box over Samsung | 15:06:09 |
| 17 | Electronics Research Institute? | 15:06:16 |
| 18 | A. Yes, it is a Samsung Electronics Research | 15:06:31 |
| 19 | Institute and it's located in the UK. | 15:06:36 |
| 20 | Q. Are Mr. Van Der Velde and Mr. Van Lieshout | 15:06:43 |
| 21 | part of that group? | 15:06:45 |
| 22 | A. Yes, that's correct. | 15:06:55 |
| 23 | Q. And is "BST" in the next box Beijing | 15:06:56 |
| 24 | Samsung Telecommunications? | 15:07:01 |
| 25 | A. Yes. | 15:07:10 |

| | | |
|---|---|---|
| 1 | Q. And "SISO" in the next box, is that | 15:07:12 |
| 2 | Samsung Electronics India Software Operations? | 15:07:15 |
| 3 | A. I do not know the exact full name, but it | 15:07:44 |
| 4 | is correct that this is an entity or an institution | 15:07:48 |
| 5 | that work with us in India. | 15:07:57 |
| 6 | Q. And are all of these teams standards | 15:08:02 |
| 7 | engineering groups? | 15:08:05 |
| 8 | A. To be more precise, there are certain | 15:08:32 |
| 9 | people set aside to handle the standards in each | 15:08:37 |
| 10 | corresponding institutions or entities, and you | 15:08:43 |
| 11 | could consider these to be referring to those | 15:08:48 |
| 12 | people. | 15:08:53 |
| 13 | Q. Are there other teams at Samsung that | 15:08:56 |
| 14 | perform that role or are these all of them? | 15:09:02 |
| 15 | A. Within the limits of my understanding, | 15:09:27 |
| 16 | there are no other teams. | 15:09:29 |
| 17 | Q. Is there a leader or a boss of the SII | 15:09:32 |
| 18 | team of which you're a member? | 15:09:37 |
| 19 | A. Yes. | 15:09:51 |
| 20 | Q. Who is that? | 15:09:52 |
| 21 | A. Executive vice president Joon-Ho Park, a | 15:10:02 |
| 22 | common spelling. Could be senior executive vice | 15:10:03 |
| 23 | president. | 15:10:18 |
| 24 | Q. Do you know whether Mr. Park was the | 15:10:19 |
| 25 | leader of the SII team in 2005? | 15:10:23 |

| | | |
|---|---|---|
| 1 | A.   I do not have a precise recollection on | 15:10:57 |
| 2 | that.  It's just that the senior executive vice | 15:10:59 |
| 3 | president around that time came to our team around | 15:11:06 |
| 4 | that time, but I do not know the exact time frame. | 15:11:09 |
| 5 | Q.   Who is Seung-Gun Park, S-e-u-n-g G-u-n, | 15:11:21 |
| 6 | P-a-r-k?  I don't know if that's the common | 15:11:30 |
| 7 | spelling. | 15:11:33 |
| 8 | A.   I do not really know.  I do know somebody | 15:11:57 |
| 9 | who has a similar sounding name to this name, but I | 15:12:01 |
| 10 | don't know if that person I'm thinking of is this | 15:12:06 |
| 11 | person. | 15:12:10 |
| 12 | Q.   Is there a competition at Samsung among | 15:12:19 |
| 13 | the standards teams listed on Exhibit 2 to have the | 15:12:21 |
| 14 | most patents declared essential to a standard? | 15:12:31 |
| 15 | A.   No. | 15:13:00 |
| 16 | Q.   If you look at the ninth column -- and | 15:13:01 |
| 17 | I'll just pick ninth row, ninth column, do you know | 15:13:07 |
| 18 | what that refers to where it reads "REL5-REL6 HSPA." | 15:13:13 |
| 19 | A.   Yes, this refers to UMTS specification as | 15:14:08 |
| 20 | to each of the releases.  "REL5" refers to | 15:14:16 |
| 21 | Release 5.  "REL6" refers to Release 6.  "HSPA" | 15:14:20 |
| 22 | refers to high-speed packet access technology. | 15:14:27 |
| 23 | Q.   And do you understand this column 9 to be | 15:14:35 |
| 24 | indicating the standard to which the patents listed | 15:14:41 |
| 25 | in column 3 were adopted as a part of? | 15:14:50 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SOENG-HUN KIM - 11/11/2011

Page 113

| | | |
|---|---|---|
| 1 | (Discussion between the main interpreter | 17:35:30 |
| 2 | and the check interpreter.) | 17:35:30 |
| 3 | MAIN INTERPRETER: She's saying that there | 17:35:31 |
| 4 | was a delegate that I missed perhaps. | 17:35:32 |
| 5 | CHECK INTERPRETER: The part of the | 17:35:35 |
| 6 | subject, I believe, only a company was mentioned and | 17:35:36 |
| 7 | the deponent answered it as "...for a delegate or | 17:35:39 |
| 8 | for the companies to be respected." | 17:35:43 |
| 9 | THE WITNESS: So all companies, at least | 17:36:02 |
| 10 | on the surface, they want to give out impressions | 17:36:03 |
| 11 | that they are not -- they do not care or they are | 17:36:08 |
| 12 | not interested in IPRs. So among the delegates, | 17:36:14 |
| 13 | discussion on IPR was considered almost a taboo. | 17:36:32 |
| 14 | MR. WINER: Q. Putting aside discussions | 17:36:47 |
| 15 | with delegates, can you tell me any reason why you | 17:36:48 |
| 16 | would not want to know whether a company making a | 17:36:51 |
| 17 | proposal has IPR relating to the proposal? | 17:36:54 |
| 18 | A. So what I'm trying to -- what I'm saying | 17:37:41 |
| 19 | is that it's not that you would not -- it's not that | 17:37:43 |
| 20 | you would not want to know, but rather, there were | 17:37:54 |
| 21 | no instances where that is disclosed publicly. | 17:38:01 |
| 22 | And in the case of the skilled delegates, | 17:38:39 |
| 23 | I would believe that they could almost tell whether | 17:38:42 |
| 24 | a proposal has some related IPR to it or not. | 17:38:53 |
| 25 | Q. Do you know who at Samsung is in charge of | 17:39:02 |

| | | |
|---|---|---|
| 1 | disclosure of IPR to standards organizations? | 17:39:10 |
| 2 | A.  No, I do not. | 17:39:36 |
| 3 | Q.  Do you know what department or group or | 17:39:37 |
| 4 | division at Samsung is in charge of disclosure of | 17:39:40 |
| 5 | IPR to standards organizations? | 17:39:47 |
| 6 | A.  I do not know that exactly, but I felt | 17:40:19 |
| 7 | that the patent prosecution team does or has | 17:40:23 |
| 8 | participated in that process somewhat. | 17:40:28 |
| 9 | Q.  Have you ever had any discussions with | 17:40:37 |
| 10 | anyone at Samsung as to whether certain IPR should | 17:40:39 |
| 11 | be disclosed to a standards organization? | 17:40:49 |
| 12 | A.  My recollection is that there has been no | 17:41:15 |
| 13 | such instances. | 17:41:18 |
| 14 | Q.  So you don't recall any instance in which | 17:41:20 |
| 15 | anyone at Samsung has asked you whether you were an | 17:41:22 |
| 16 | inventor on any IPR that should be disclosed to a | 17:41:26 |
| 17 | standards organization? | 17:41:30 |
| 18 | A.  Correct.  Within the limits of my | 17:42:12 |
| 19 | recollection, that is correct. | 17:42:14 |
| 20 | Q.  Do you have any understanding as to how | 17:42:18 |
| 21 | the patent prosecution team or anyone else at | 17:42:22 |
| 22 | Samsung determines whether IPR should be disclosed | 17:42:25 |
| 23 | to a standards organization? | 17:42:31 |
| 24 | A.  I do not know who decides and what | 17:43:08 |
| 25 | fashion. | 17:43:14 |

| | | |
|---|---|---|
| 1 | MR. WINER: Let me show you what's been | 17:43:15 |
| 2 | marked as Exhibit 10. It is a document | 17:43:16 |
| 3 | Bates-stamped APLNDC-WH-A -9442 through -9446. | 17:43:21 |
| 4 | (Exhibit 10 was marked for | 17:43:33 |
| 5 | identification.) | 17:43:33 |
| 6 | MR. WINER: And I'll hand you what's been | 17:43:34 |
| 7 | marked as Exhibit 11 which is a Korean translation. | 17:43:36 |
| 8 | (Exhibit 11 was marked for | 17:43:41 |
| 9 | identification.) | 17:43:41 |
| 10 | MR. WINER: Q. Have you had a chance to | 17:44:11 |
| 11 | look at Exhibit 10? | 17:44:13 |
| 12 | A. No, I just saw this for the first time. | 17:44:22 |
| 13 | Q. Do you see at the top where it says "IPR | 17:44:29 |
| 14 | Information Statement and Licensing Declaration"? | 17:44:33 |
| 15 | A. Yes. | 17:44:43 |
| 16 | Q. You said you haven't seen this document. | 17:44:46 |
| 17 | Have you seen similar documents? | 17:44:48 |
| 18 | A. No, I have not. | 17:44:57 |
| 19 | Q. Do you see that it's dated August 9, 2007? | 17:44:59 |
| 20 | It's stamped August 9. It's signed at the bottom | 17:45:11 |
| 21 | August 7th, 2007. | 17:45:15 |
| 22 | A. Yes, I do. | 17:45:37 |
| 23 | Q. This was signed by Park, Seung-Gun. Do | 17:45:40 |
| 24 | you know him? | 17:45:46 |
| 25 | A. Seung-Gun Park at the time was an | 17:46:08 |

| | | |
|---|---|---|
| 1 | Do you recall earlier we saw reference to | 18:20:36 |
| 2 | this document number -51311 and SK as the author and | 18:20:38 |
| 3 | presenter; right? | 18:20:43 |
| 4 | A.   Yes, I believe that's correct. | 18:21:10 |
| 5 | Q.   So sometime around a week before May 9, | 18:21:11 |
| 6 | 2005 you presented this document to the RAN2 working | 18:21:17 |
| 7 | group? | 18:21:28 |
| 8 | A.   No, the presentation itself takes place | 18:21:49 |
| 9 | during the working group meeting that is between | 18:21:55 |
| 10 | the 9 and the 13th. | 18:21:58 |
| 11 | Q.   I see.  So there's a presentation at the | 18:22:01 |
| 12 | meeting between the 9th and the 13th, and sometime | 18:22:04 |
| 13 | around a week before that meeting, you submit this | 18:22:08 |
| 14 | document to the working group in some manner? | 18:22:14 |
| 15 | A.   Yes, that's correct. | 18:22:51 |
| 16 | Q.   Do you recall we saw earlier that the | 18:22:52 |
| 17 | Korean patent application for the counterpart to the | 18:22:55 |
| 18 | '941 was filed on May 4, 2005? | 18:23:01 |
| 19 | A.   Yes, I do. | 18:23:21 |
| 20 | Q.   Do you recall whether this proposal, | 18:23:22 |
| 21 | Exhibit 14, whether you submitted it to the working | 18:23:23 |
| 22 | group before or after filing the patent application | 18:23:26 |
| 23 | in Korea? | 18:23:32 |
| 24 | A.   Well, although I do not exactly recall the | 18:24:09 |
| 25 | facts surrounding that, but I am certain that that | 18:24:13 |

| | | |
|---|---|---|
| 1 | would have been after the writing of the patent. | 18:24:19 |
| 2 | Q.   Why -- did you mean the filing of the | 18:24:28 |
| 3 | patent application or the writing of the patent | 18:24:33 |
| 4 | application? | 18:24:35 |
| 5 | A.   I believe I did say the writing of the | 18:24:43 |
| 6 | patent but what I meant by that was the filing of | 18:24:47 |
| 7 | the patent. | 18:24:50 |
| 8 | Q.   And why are you so certain that you would | 18:24:51 |
| 9 | have filed the patent application before submitting | 18:24:54 |
| 10 | this proposal? | 18:24:59 |
| 11 | A.   In Korea, if a patent is disclosed prior | 18:25:38 |
| 12 | to the patent being filed, then you do not get your | 18:25:43 |
| 13 | rights properly acknowledged.  So you take all | 18:25:51 |
| 14 | precautions so that there is no disclosure taking | 18:25:57 |
| 15 | place prior to the filing of the patent. | 18:26:02 |
| 16 | Q.   Did you tell any of the other members of | 18:26:08 |
| 17 | the RAN2 working group when you submitted this | 18:26:13 |
| 18 | proposal that you had filed a patent application? | 18:26:16 |
| 19 | A.   By "other members," if you are referring | 18:26:50 |
| 20 | to other companies, then the answer is no. | 18:26:53 |
| 21 | Q.   And did you tell any other members of the | 18:26:56 |
| 22 | RAN2 working group, meaning other companies, when | 18:27:04 |
| 23 | you presented this proposal at the working group | 18:27:10 |
| 24 | meeting a week later that you had filed a patent | 18:27:17 |
| 25 | application? | 18:27:19 |

| | | |
|---|---|---|
| 1 | A. No, I never disclosed that. | 18:27:48 |
| 2 | Q. Are you aware of anyone else at Samsung | 18:27:51 |
| 3 | having disclosed that the patent application had | 18:27:54 |
| 4 | been filed on May 4th either at the time that this | 18:28:01 |
| 5 | proposal was submitted to the working group or the | 18:28:07 |
| 6 | next week when the proposal was presented to the | 18:28:12 |
| 7 | working group? | 18:28:17 |
| 8 | A. Although I cannot be certain because that | 18:29:54 |
| 9 | would involve -- that is referring to what other | 18:29:59 |
| 10 | people did, but the reason why I strongly think that | 18:30:03 |
| 11 | that was not the case is that there has been no | 18:30:06 |
| 12 | instance where somebody disclosing that he had filed | 18:30:12 |
| 13 | a patent for the technology -- for the corresponding | 18:30:24 |
| 14 | technology, and that would have been something very | 18:30:30 |
| 15 | surprising, something that would be totally out of | 18:30:37 |
| 16 | character. | 18:30:42 |
| 17 | CHECK INTERPRETER: This is check | 18:30:52 |
| 18 | interpreter, a slight difference: "I can't speak | 18:30:54 |
| 19 | for others for certain. I strongly believe not. | 18:30:57 |
| 20 | The reason is if someone else had told another | 18:30:59 |
| 21 | person that I had filed for a patent, then it would | 18:31:03 |
| 22 | be very a surprising and unprecedented case." | 18:31:06 |
| 23 | MAIN INTERPRETER: I stand by my | 18:31:10 |
| 24 | interpretation. | 18:31:12 |
| 25 | MR. WINER: Q. If I can draw your | 18:31:13 |