# Exhibit Q
# Filed Under Seal

# In The Matter Of:



## *APPLE INC., et al.*
### *v.*
## *SAMSUNG ELECTRONICS CO., LTD., et al.*

---

## *HYEON-WOO LEE, Ph.D. - Vol. 1*
### *November 13, 2011*

---

# *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
**LegaLink, Inc.**                    101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 11

| | | |
|---|---|---|
| 1 | and exercise management in that regard. | 09:22:32 |
| 2 | Q.   You said that you receive R&D funds.  From | 09:22:40 |
| 3 | whom do these R&D funds come? | 09:22:43 |
| 4 | A.   From the government. | 09:22:53 |
| 5 | Q.   The Korean -- the government of Republic | 09:22:54 |
| 6 | of Korea? | 09:22:59 |
| 7 | MAIN INTERPRETER:  No oral answer for the | 09:23:02 |
| 8 | interpreter. | 09:23:05 |
| 9 | THE WITNESS:  Yes. | 09:23:07 |
| 10 | MR. WINER:  Q.  And you testified that you | 09:23:07 |
| 11 | see to it that the funds get distributed to | 09:23:09 |
| 12 | particular parties.  Who are these parties? | 09:23:14 |
| 13 | A.   Such would comprise companies, | 09:23:32 |
| 14 | universities, R&D institutes, et cetera, et cetera. | 09:23:35 |
| 15 | Q.   Is Samsung the type of company that could | 09:23:45 |
| 16 | receive R&D funds from KEIT? | 09:23:47 |
| 17 | MR. TUNG:  Objection.  Vague. | 09:23:57 |
| 18 | THE WITNESS:  Samsung is not included | 09:24:06 |
| 19 | within the area that is under my management. | 09:24:08 |
| 20 | MR. WINER:  Q.  Putting aside whether it's | 09:24:15 |
| 21 | in the area under your management, is it the type of | 09:24:16 |
| 22 | company that could receive R&D funds from KEIT? | 09:24:20 |
| 23 | MR. TUNG:  Objection.  Vague. | 09:24:34 |
| 24 | THE WITNESS:  Well, generally speaking, if | 09:24:50 |
| 25 | someone as a party meets certain adequate | 09:24:52 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 12

| | | |
|---|---|---|
| 1 | requirements, so Samsung too could be entitled to | 09:24:57 |
| 2 | such. | 09:25:01 |
| 3 |        MR. WINER:   Q.   Where did you work before | 09:25:02 |
| 4 | KEIT? | 09:25:04 |
| 5 |     A.   Yes, I worked for Samsung Electronics | 09:25:10 |
| 6 | Company, Limited. | 09:25:11 |
| 7 |     Q.   And how long did you work at Samsung? | 09:25:15 |
| 8 |     A.   About 25 years. | 09:25:25 |
| 9 |     Q.   Why did you leave Samsung? | 09:25:29 |
| 10 |     A.   Rather than continue to work for a | 09:25:47 |
| 11 | company, I guess I wanted to have some opportunity | 09:25:49 |
| 12 | to serve on behalf of the country. | 09:25:51 |
| 13 |     Q.   What was your last title or position at | 09:25:59 |
| 14 | Samsung? | 09:26:02 |
| 15 |     A.   I was a principal engineer. | 09:26:14 |
| 16 |     Q.   How long were you a principal engineer? | 09:26:16 |
| 17 |     A.   Oh, my recollection isn't entirely certain | 09:26:33 |
| 18 | but I figure it may have been about seven, eight | 09:26:36 |
| 19 | years. | 09:26:39 |
| 20 |     Q.   And was there a particular team or group | 09:26:39 |
| 21 | within Samsung Electronics Company in which you | 09:26:42 |
| 22 | worked? | 09:26:46 |
| 23 |     A.   Yes, there was. | 09:26:56 |
| 24 |     Q.   What was that team or group? | 09:26:57 |
| 25 |     A.   Let's see, at the very last moment it was | 09:27:16 |

| | | |
|---|---|---|
| 1 | the standards research team. | 09:27:19 |
| 2 | Q.   What is the standards research team? | 09:27:24 |
| 3 | A.   Said team was charged with, let's say, | 09:27:45 |
| 4 | attending certain standards body type organizations | 09:27:47 |
| 5 | and conducting activities thereunder and otherwise | 09:27:50 |
| 6 | to conduct work in terms of performing research, | 09:27:53 |
| 7 | what have you. | 09:27:56 |
| 8 | Q.   What did you -- were you -- strike that. | 09:28:05 |
| 9 | What was your title or role before you | 09:28:10 |
| 10 | became a principal engineer at Samsung? | 09:28:12 |
| 11 | A.   Before that, I was a senior engineer and I | 09:28:29 |
| 12 | was partially charged with some standards-related | 09:28:32 |
| 13 | affairs. | 09:28:37 |
| 14 | Q.   And just to be clear, when you were a | 09:28:41 |
| 15 | principal engineer, you were also charged with | 09:28:44 |
| 16 | standards-related affairs? | 09:28:47 |
| 17 | A.   Yes. | 09:29:01 |
| 18 | Q.   And you're represented here today by the | 09:29:04 |
| 19 | Quinn Emanuel law firm? | 09:29:06 |
| 20 | A.   Yes. | 09:29:16 |
| 21 | Q.   Do you know if Samsung is paying for your | 09:29:21 |
| 22 | representation by the Quinn Emanuel law firm? | 09:29:25 |
| 23 | A.   So in other words, do you mean to ask if | 09:29:48 |
| 24 | Samsung is paying for the Quinn Emanuel fees? | 09:29:51 |
| 25 | Q.   Yes, or put another way, are you paying | 09:29:55 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 14

| | | |
|---|---|---|
| 1 | Quinn Emanuel to represent you here today? | 09:30:00 |
| 2 | (Interruption.) | 09:30:20 |
| 3 | MR. WINER:  Could we get an answer and | 09:30:20 |
| 4 | then go off the record because there's a pending | 09:30:21 |
| 5 | question. | 09:30:23 |
| 6 | THE WITNESS:  Well, for starters, I'm not | 09:30:43 |
| 7 | paying for any such expenses, and as to whether | 09:30:45 |
| 8 | Samsung is paying for the Quinn Emanuel fees, it's | 09:30:49 |
| 9 | not like I've heard anything about that but I wonder | 09:30:53 |
| 10 | perhaps that might not be the case just based upon | 09:30:56 |
| 11 | the common sense. | 09:30:58 |
| 12 | MR. WINER:  Just so the record's clear, | 09:31:00 |
| 13 | the interruption there was the air conditioner | 09:31:02 |
| 14 | making a lot of noise which has been fixed for now. | 09:31:05 |
| 15 | Q.   Where did you work before joining Samsung | 09:31:14 |
| 16 | approximately 25 years ago? | 09:31:17 |
| 17 | A.   Well, I came on board immediately with | 09:31:28 |
| 18 | Samsung following my graduation from college. | 09:31:31 |
| 19 | Q.   And you have a Ph.D., Mr. Lee? | 09:31:34 |
| 20 | A.   Yes. | 09:31:42 |
| 21 | Q.   And what is that in? | 09:31:42 |
| 22 | A.   In wireless communications. | 09:31:47 |
| 23 | Q.   Where did you receive that degree? | 09:31:49 |
| 24 | A.   I received it at KAIST. | 09:31:54 |
| 25 | Q.   Have you ever worked for Apple? | 09:32:00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 63

| | | |
|---|---|---|
| 1 | designate this transcript "Highly Confidential, | 12:12:12 |
| 2 | Attorneys' Eyes Only."  And in accordance with past | 12:12:13 |
| 3 | practice, we'll dedesignate portions in due course. | 12:12:24 |
| 4 | MR. WINER:  Q.  We'll return later to the | 12:12:41 |
| 5 | topic of Samsung's practice with respect to filing | 12:12:42 |
| 6 | patent applications, but is it consistent with your | 12:12:46 |
| 7 | recollection that a patent application was filed | 12:12:49 |
| 8 | around March of 1998? | 12:12:52 |
| 9 | MR. TUNG:  Objection.  Assumes facts. | 12:13:16 |
| 10 | Calls for speculation. | 12:13:18 |
| 11 | THE WITNESS:  As far as this one is | 12:13:50 |
| 12 | concerned, I think it probably would have been filed | 12:13:51 |
| 13 | at the least during the first half of 1998 or even | 12:13:55 |
| 14 | before that. | 12:13:58 |
| 15 | MR. WINER:  Q.  Do you have any reason to | 12:14:03 |
| 16 | believe that the first patent application that | 12:14:04 |
| 17 | Samsung filed with respect to the technology | 12:14:08 |
| 18 | described in the '604 patent was in fact in March | 12:14:11 |
| 19 | 1998? | 12:14:15 |
| 20 | MR. TUNG:  Objection.  Assumes facts. | 12:14:36 |
| 21 | THE WITNESS:  Well, seeing as how it was | 12:15:10 |
| 22 | around the '98 time frame when the efforts on the | 12:15:11 |
| 23 | part of wireless standards-related activities were | 12:15:15 |
| 24 | undertaken in earnest, I believe this to stem from | 12:15:20 |
| 25 | either that time frame or some time prior to that. | 12:15:25 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 64

| | | |
|---|---|---|
| 1 | I think that's probably consistent with typical | 12:15:28 |
| 2 | practices. | 12:15:32 |
| 3 | MR. WINER:  Q.  What do you mean by | 12:15:49 |
| 4 | "that's probably consistent with typical practices"? | 12:15:50 |
| 5 | A.  By that, I'm really trying to say that | 12:16:20 |
| 6 | typically when you go and make contributions or | 12:16:23 |
| 7 | submittals at standards bodies prior to thus | 12:16:26 |
| 8 | presenting on a particular type of technology, you | 12:16:31 |
| 9 | file for a patent beforehand. | 12:16:38 |
| 10 | Q.  And why is that? | 12:16:42 |
| 11 | MR. TUNG:  Objection.  Calls for legal | 12:16:49 |
| 12 | conclusion.  Lack of foundation. | 12:16:51 |
| 13 | THE WITNESS:  Well, I don't mean to speak | 12:17:16 |
| 14 | with respect to the present instant matter, but just | 12:17:17 |
| 15 | generally, once a particular art becomes open and | 12:17:21 |
| 16 | known to others, my understanding is that you lose | 12:17:26 |
| 17 | the patentability. | 12:17:29 |
| 18 | MR. WINER:  Q.  Do you recall -- strike | 12:17:46 |
| 19 | that. | 12:17:48 |
| 20 | Chang-Soo Park is one of your co-inventors | 12:17:59 |
| 21 | on the '604 patent; right? | 12:18:01 |
| 22 | A.  Yes. | 12:18:07 |
| 23 | Q.  And what's Mr. Park doing now, if you | 12:18:07 |
| 24 | know? | 12:18:13 |
| 25 | MR. TUNG:  Objection.  Lacks foundation. | 12:18:19 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

| | | |
|---|---|---|
| 1 | THE WITNESS:  I am not familiar with his | 12:18:36 |
| 2 | most immediate status, but up until not too long | 12:18:38 |
| 3 | ago, my understanding was that he was still within | 12:18:42 |
| 4 | some research section of Samsung. | 12:18:44 |
| 5 | MR. WINER:  Q.  And do you recall what his | 12:18:47 |
| 6 | title or position was around the time of the filing | 12:18:51 |
| 7 | of the patent application in Korea with respect to | 12:18:55 |
| 8 | the '604 patent? | 12:18:57 |
| 9 | A.   This may not be exact, but I am thinking | 12:19:26 |
| 10 | he was perhaps a senior engineer. | 12:19:28 |
| 11 | Q.   And was he senior to you at that time or | 12:19:31 |
| 12 | below you or neither? | 12:19:36 |
| 13 | MR. TUNG:  Objection.  Vague.  Lacks | 12:19:50 |
| 14 | foundation. | 12:19:52 |
| 15 | THE WITNESS:  We belonged at that time to | 12:20:04 |
| 16 | the same team and he was somewhat lower than I at | 12:20:06 |
| 17 | that time. | 12:20:09 |
| 18 | MR. WINER:  Q.  And same question with | 12:20:10 |
| 19 | respect to Mr. Jeong, your other co-named inventor. | 12:20:11 |
| 20 | MR. TUNG:  Same objections. | 12:20:21 |
| 21 | THE WITNESS:  Likewise, Mr. Jeong also | 12:20:31 |
| 22 | belonged to the same team as we and he happened to | 12:20:34 |
| 23 | be higher in grade than I. | 12:20:37 |
| 24 | MR. WINER:  Q.  Do you know | 12:20:43 |
| 25 | whether -- strike that. | 12:20:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 66

| | | |
|---|---|---|
| 1 | Do you recall whether any particular ideas | 12:20:49 |
| 2 | described in the '604 were yours rather than those | 12:20:56 |
| 3 | ideas of -- those of your co-inventors? | 12:21:02 |
| 4 | A.   Again, it's not entirely clear anymore, | 12:21:35 |
| 5 | but given that we were working on the same team, | 12:21:38 |
| 6 | really, we worked together and discussed things | 12:21:40 |
| 7 | together, and that's how things went. | 12:21:44 |
| 8 | Q.   So it's not entirely clear whether you had | 12:21:47 |
| 9 | one idea, Mr. Park had another idea; you just worked | 12:21:53 |
| 10 | together on the patent? | 12:21:57 |
| 11 | A.   Well, just to further elaborate, | 12:22:34 |
| 12 | Mr. Park's role mainly had to do with conducting | 12:22:36 |
| 13 | simulations on this; whereas I was the one who | 12:22:39 |
| 14 | mostly attended these standards-related meetings, | 12:22:46 |
| 15 | made the presentations, and what have you. | 12:22:49 |
| 16 | Q.   Have you spoken with anyone outside of | 12:23:02 |
| 17 | Samsung -- strike that. | 12:23:07 |
| 18 | Has anyone told you that the technology | 12:23:09 |
| 19 | proposed in the '604 patent was a really good idea? | 12:23:16 |
| 20 | MR. TUNG:   Objection.  Vague. | 12:23:33 |
| 21 | THE WITNESS:   I do not recall any specific | 12:24:01 |
| 22 | individual saying anything like that to me | 12:24:03 |
| 23 | personally, but as an inventor of this patent, it is | 12:24:07 |
| 24 | my belief that this technology has been incorporated | 12:24:11 |
| 25 | as part of the 3GPP standard and, as such, I'm quite | 12:24:14 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 85

| | | |
|---|---|---|
| 1 | and you've been an inventor on a lot of patents, so | 14:21:58 |
| 2 | it's hard for you to recall details as to what might | 14:22:02 |
| 3 | have happened with respect to one patent, as a | 14:22:08 |
| 4 | general matter? | 14:22:12 |
| 5 | MR. TUNG:  Objection.  Mischaracterizes | 14:22:40 |
| 6 | testimony. | 14:22:41 |
| 7 | THE WITNESS:  Well, mind you, that's with | 14:22:59 |
| 8 | respect to the disposition or handling of what | 14:23:01 |
| 9 | happens after the patent gets filed, the ensuing | 14:23:05 |
| 10 | processes, if you will.  But when it comes to the | 14:23:10 |
| 11 | specific technical contents as to, let's say, the | 14:23:13 |
| 12 | '604 matter, I would say that I have a relatively | 14:23:15 |
| 13 | clear recollection from a technical perspective. | 14:23:18 |
| 14 | MR. WINER:  Why don't we quickly do this | 14:23:36 |
| 15 | tape change.  Go off the record just a couple | 14:23:38 |
| 16 | minutes. | 14:23:41 |
| 17 | THE VIDEOGRAPHER:  Here marks the end of | 14:23:42 |
| 18 | Videotape Number 2 in the deposition of Hyeon-Woo | 14:23:43 |
| 19 | Lee.  Going off the record.  The time is 2:23. | 14:23:47 |
| 20 | (Recess taken from 2:23 p.m. | 14:23:50 |
| 21 | to 2:30 p.m.) | 14:23:52 |
| 22 | THE VIDEOGRAPHER:  We're back on the | 14:30:48 |
| 23 | record.  Here begins Videotape Number 3 in the | 14:30:51 |
| 24 | deposition of Hyeon-Woo Lee.  The time on the video | 14:30:54 |
| 25 | monitor is 2:31. | 14:30:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 86

| | | |
|---|---|---|
| 1 | MR. WINER:  Q.  Mr. Lee, earlier today or | 14:31:00 |
| 2 | this morning you testified about filing patent | 14:31:03 |
| 3 | applications in advance of working group meetings. | 14:31:07 |
| 4 | Do you recall that? | 14:31:12 |
| 5 | MR. TUNG:  Objection.  Mischaracterizes | 14:31:27 |
| 6 | testimony. | 14:31:29 |
| 7 | THE WITNESS:  Yes. | 14:31:35 |
| 8 | MR. WINER:  Q.  And do you remember you | 14:31:35 |
| 9 | said something to the effect of you want to file a | 14:31:36 |
| 10 | patent application before making a technical | 14:31:41 |
| 11 | proposal at a working group meeting if you believed | 14:31:43 |
| 12 | that the proposal proposes something new? | 14:31:51 |
| 13 | MR. TUNG:  Same objection. | 14:32:19 |
| 14 | THE WITNESS:  Yes, generally that would be | 14:32:24 |
| 15 | the case. | 14:32:25 |
| 16 | MR. WINER:  Q.  And I want to talk to you | 14:32:26 |
| 17 | about that whole patent filing process.  So is it | 14:32:29 |
| 18 | fair to say that you would fill out an invention | 14:32:43 |
| 19 | disclosure form? | 14:32:47 |
| 20 | MR. TUNG:  Objection.  Vague. | 14:33:02 |
| 21 | THE WITNESS:  Yes, an invention disclosure | 14:33:11 |
| 22 | form would be submitted to our patent filing team. | 14:33:13 |
| 23 | MR. WINER:  Q.  And do you personally give | 14:33:18 |
| 24 | that invention disclosure form to anyone other than | 14:33:21 |
| 25 | to the patent filing team? | 14:33:25 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 87

| | | |
|---|---|---|
| 1 | MR. TUNG:  Objection.  Vague. | 14:33:43 |
| 2 | THE WITNESS:  Well, insofar as my memory | 14:33:57 |
| 3 | serves, I don't think I ever provided that to anyone | 14:34:01 |
| 4 | other than somebody within the patent filing team. | 14:34:04 |
| 5 | MR. WINER:  Q.  And do you understand that | 14:34:09 |
| 6 | when you make a proposal at a working group | 14:34:10 |
| 7 | meeting -- let me start over.  Strike that. | 14:34:13 |
| 8 | The working group meetings that you | 14:34:21 |
| 9 | referred to earlier, does this include -- strike | 14:34:23 |
| 10 | that. | 14:34:30 |
| 11 | These working group meetings that you | 14:34:30 |
| 12 | referred to earlier, are these working groups of | 14:34:32 |
| 13 | standards organizations such as 3GPP? | 14:34:35 |
| 14 | MR. TUNG:  Objection.  Vague. | 14:34:51 |
| 15 | THE WITNESS:  3GPP could be an example, | 14:34:57 |
| 16 | yes. | 14:34:59 |
| 17 | MR. WINER:  Q.  And you have participated | 14:35:00 |
| 18 | in 3GPP working group meetings? | 14:35:02 |
| 19 | A.  Yes, in particular points of time, I have | 14:35:18 |
| 20 | participated in particular working groups. | 14:35:22 |
| 21 | Q.  And what points in time and what working | 14:35:23 |
| 22 | groups?  And you can chop that into two questions if | 14:35:27 |
| 23 | you would like. | 14:35:30 |
| 24 | MR. TUNG:  Counsel, do you want to just | 14:35:38 |
| 25 | ask it as two separate questions? | 14:35:40 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 91

| | | |
|---|---|---|
| 1 | A.   At the early parts of the 2000s, I served | 14:44:03 |
| 2 | as the vice chair of Working Group 1, and starting | 14:44:05 |
| 3 | in the middle of the 2000s, I again started serving | 14:44:09 |
| 4 | as the vice chair of TSG RAN. | 14:44:13 |
| 5 | Q.   Were those four-year terms? | 14:44:20 |
| 6 | MR. TUNG:  Objection.  Compound. | 14:44:30 |
| 7 | THE WITNESS:  Well, the term is actually a | 14:44:51 |
| 8 | two-year term, and in the case of the TSG RAN vice | 14:44:53 |
| 9 | chairmanship, I had two terms, served two terms, and | 14:44:57 |
| 10 | for the working group level, it was only one term. | 14:45:02 |
| 11 | MR. WINER:  Q.  What does a vice chair do? | 14:45:09 |
| 12 | MR. TUNG:  Objection.  Vague. | 14:45:19 |
| 13 | THE WITNESS:  Of course that would depend | 14:45:53 |
| 14 | on the actual organizational unit but, for example, | 14:45:54 |
| 15 | for instance, in some organizations the vice chair | 14:45:57 |
| 16 | might have shared responsibilities with the chair. | 14:46:01 |
| 17 | But in my organization's situation, the | 14:46:05 |
| 18 | vice chair was basically to assist the chair and in | 14:46:10 |
| 19 | the absence of said chair, sometimes act as the | 14:46:14 |
| 20 | acting chair to conduct meetings. | 14:46:20 |
| 21 | MR. WINER:  Q.  Within Samsung, have you | 14:46:24 |
| 22 | ever held a management or leadership position with | 14:46:26 |
| 23 | respect to standards activities? | 14:46:31 |
| 24 | MR. TUNG:  Objection.  Vague. | 14:46:56 |
| 25 | THE WITNESS:  Yes.  At one time or | 14:47:05 |

| | | |
|---|---|---|
| 1 | another, I have served in the capacity of team | 14:47:07 |
| 2 | leader, group leader, for instance. | 14:47:09 |
| 3 | MR. WINER:   Q.   In that answer, is team | 14:47:17 |
| 4 | leader and group leader the same thing or two | 14:47:18 |
| 5 | different positions? | 14:47:24 |
| 6 | A.   Well, the answer actually is it depends on | 14:47:41 |
| 7 | the particular time and question you're talking | 14:47:43 |
| 8 | about.  But within my answer just a moment ago, I | 14:47:46 |
| 9 | referred to when I said "team," that back then | 14:47:49 |
| 10 | referred to a smaller group, say, of about ten or so | 14:47:53 |
| 11 | many people; whereas "group" at that time referred | 14:47:57 |
| 12 | to a larger upper organization comprised of | 14:48:00 |
| 13 | multiple, say, dozens of individuals. | 14:48:04 |
| 14 | Q.   With respect to this team leader role that | 14:48:08 |
| 15 | you just talked about, what was the team that you | 14:48:10 |
| 16 | were leading? | 14:48:15 |
| 17 | A.   At that time it was something like | 14:48:42 |
| 18 | standardization team. | 14:48:43 |
| 19 | Q.   What did the standardization team do? | 14:48:47 |
| 20 | A.   The team was charged with attending and | 14:49:11 |
| 21 | making contributions, for instance, at standards | 14:49:13 |
| 22 | meetings and to conduct technical research.  It was | 14:49:18 |
| 23 | charged with two tasks essentially. | 14:49:22 |
| 24 | Q.   And when did you have this role of team | 14:49:26 |
| 25 | leader? | 14:49:28 |

| | | |
|---|---|---|
| 1 | A.   I would place that at around the beginning | 14:50:06 |
| 2 | of 1999 through the first half of the 2000s. | 14:50:09 |
| 3 | Q.   And what about the group leader role? | 14:50:15 |
| 4 | What was the team of which you were the group | 14:50:19 |
| 5 | leader? | 14:50:23 |
| 6 | A.   The name, of course, has kind of changed | 14:50:40 |
| 7 | since, but the name basically went something like | 14:50:43 |
| 8 | standards research group. | 14:50:46 |
| 9 | Q.   And how, if at all, does the standards | 14:50:52 |
| 10 | research group -- how did it differ from the | 14:50:59 |
| 11 | standardization team? | 14:51:02 |
| 12 | A.   Well, if I were to say with respect to the | 14:51:39 |
| 13 | prior meaning, the team-level unit, that their work | 14:51:43 |
| 14 | could be said to be mostly in terms of 3GPP-related | 14:51:46 |
| 15 | activities.  Later on when I served in the latter | 14:51:50 |
| 16 | capacity, that is as group leader, my | 14:51:53 |
| 17 | responsibilities entailed not just 3GPP-oriented | 14:51:57 |
| 18 | affairs but also other activities vis-a-vis other | 14:52:00 |
| 19 | standards bodies. | 14:52:05 |
| 20 | Q.   Did you ever -- moving away now from team | 14:52:13 |
| 21 | leader/group leader. | 14:52:16 |
| 22 | Did you ever make technical proposals at | 14:52:20 |
| 23 | 3GPP meetings? | 14:52:24 |
| 24 | A.   Yes. | 14:52:41 |
| 25 | Q.   And when you made those proposals, were | 14:52:43 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 94

| | | |
|---|---|---|
| 1 | you hoping that your technical proposals would be | 14:52:47 |
| 2 | adopted as part of a standard? | 14:52:53 |
| 3 | MR. TUNG:  Objection.  Vague and compound. | 14:53:13 |
| 4 | THE WITNESS:  Generally speaking, yes. | 14:53:20 |
| 5 | MR. WINER:  Q.  And if you were proposing | 14:53:22 |
| 6 | something that you believe was new, your general | 14:53:25 |
| 7 | practice was to have filed a patent application as | 14:53:30 |
| 8 | to that technology; is that right? | 14:53:34 |
| 9 | MR. TUNG:  Objection.  Vague. | 14:53:53 |
| 10 | THE WITNESS:  Yes, that is correct, | 14:54:02 |
| 11 | generally speaking. | 14:54:02 |
| 12 | MR. WINER:  Q.  And generally speaking, | 14:54:04 |
| 13 | when you would make a proposal that you were hoping | 14:54:06 |
| 14 | would be adopted as part of a standard, if you had | 14:54:09 |
| 15 | filed a patent application, would you tell anyone | 14:54:12 |
| 16 | about that patent application at the meeting at | 14:54:18 |
| 17 | which you made the proposal? | 14:54:24 |
| 18 | MR. TUNG:  Objection.  Vague.  Compound. | 14:54:56 |
| 19 | THE WITNESS:  Well, in accordance with | 14:55:37 |
| 20 | 3GPP policies and procedures, at the onset of any | 14:55:38 |
| 21 | meeting the chair will make the announcement to the | 14:55:44 |
| 22 | effect essentially that if any of the proponents of | 14:55:47 |
| 23 | a particular technology either know about some art | 14:55:52 |
| 24 | or technology out there or happened to be in | 14:55:55 |
| 25 | possession of such, then they are to make an | 14:55:57 |

| | | |
|---|---|---|
| 1 | announcement as to such or disclosure as to those | 14:56:01 |
| 2 | within said SDO, standards developing organization. | 14:56:05 |
| 3 | MR. WINER:  Q.  Did you ever make an | 14:56:24 |
| 4 | announcement or disclosure to an SDO, standards | 14:56:26 |
| 5 | developing organization, that you had filed a patent | 14:56:36 |
| 6 | application? | 14:56:42 |
| 7 | MR. TUNG:  Objection.  Vague. | 14:56:58 |
| 8 | THE WITNESS:  Well, mind you, that | 14:57:29 |
| 9 | disclosure or statement is not actually made by the | 14:57:31 |
| 10 | individual, say, researchers but in our case it is | 14:57:34 |
| 11 | done by the patent-handling department. | 14:57:37 |
| 12 | So I really would not actually be aware of | 14:57:40 |
| 13 | something that's taking place.  By that, I'm talking | 14:57:43 |
| 14 | about I might not know that an announcement has been | 14:57:46 |
| 15 | made or is being made at any point in time but at | 14:57:50 |
| 16 | the end of the day essentially all those things | 14:57:53 |
| 17 | appear on the website of said SDO, so it is | 14:57:56 |
| 18 | something that I can become aware of. | 14:57:59 |
| 19 | MR. WINER:  Q.  I'll ask just some | 14:58:05 |
| 20 | follow-up on that answer. | 14:58:07 |
| 21 | First, when you said "in our case," you | 14:58:08 |
| 22 | meant Samsung; right? | 14:58:11 |
| 23 | A.   Yes, that's right. | 14:58:20 |
| 24 | Q.   And when you referred to the | 14:58:21 |
| 25 | "patent-handling department," is that the same | 14:58:23 |

| | | |
|---|---|---|
| 1 | department that handles the filing of patent | 14:58:30 |
| 2 | applications? | 14:58:33 |
| 3 | MR. TUNG:  Objection.  Vague.  Assumes | 14:58:47 |
| 4 | facts. | 14:58:48 |
| 5 | THE WITNESS:  Well, now, that actually | 14:59:10 |
| 6 | depends on the particular time frame in question for | 14:59:12 |
| 7 | sometimes it might be some neighboring departments | 14:59:18 |
| 8 | that might handle one thing or another or sometimes | 14:59:20 |
| 9 | it might be done by one and the same. | 14:59:22 |
| 10 | MR. WINER:  Q.  Do you recall any instance | 14:59:39 |
| 11 | in which you personally, either at a 3GPP meeting or | 14:59:40 |
| 12 | otherwise, where you made a disclosure with respect | 14:59:46 |
| 13 | to your filing of a patent application? | 14:59:53 |
| 14 | MR. TUNG:  Objection.  Vague. | 15:00:15 |
| 15 | THE WITNESS:  I am thinking, at least | 15:00:32 |
| 16 | based upon my recollection, that I haven't | 15:00:35 |
| 17 | personally done anything like that. | 15:00:37 |
| 18 | MR. WINER:  Q.  Now earlier, you referred | 15:00:40 |
| 19 | to 3GPP policies and procedures and that the chair | 15:00:41 |
| 20 | will make the announcement to the effect essentially | 15:00:51 |
| 21 | that if any of the proponents of a particular | 15:00:56 |
| 22 | technology either know about some art or technology | 15:01:03 |
| 23 | out there or happen to be in possession of such, | 15:01:06 |
| 24 | then they are to make an announcement or disclosure. | 15:01:09 |
| 25 | What is your understanding as to when such | 15:01:14 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

Page 97

| | | |
|---|---|---|
| 1 | an announcement or disclosure is to be made? | 15:01:16 |
| 2 | MR. TUNG:  Objection.  Vague.  Compound. | 15:01:52 |
| 3 | THE WITNESS:  Well, said announcement by | 15:02:32 |
| 4 | the chairman takes place at every single meeting | 15:02:34 |
| 5 | instance.  But as far as the, let's say, | 15:02:38 |
| 6 | notification or registration, if you will, of any | 15:02:40 |
| 7 | patents and what have you by individual member | 15:02:44 |
| 8 | companies vis-a-vis the SDO, I believe that takes | 15:02:47 |
| 9 | place kind of sporadically.  They kind of lump them | 15:02:51 |
| 10 | together in disclosing that. | 15:02:56 |
| 11 | MR. WINER:  Q.  Do you know whether -- do | 15:02:57 |
| 12 | you have an understanding as to whether 3GPP policy | 15:03:10 |
| 13 | requires that intellectual property rights be | 15:03:16 |
| 14 | disclosed before a technical proposal is adopted as | 15:03:21 |
| 15 | part of a standard if that proposal relates to | 15:03:31 |
| 16 | intellectual property rights? | 15:03:36 |
| 17 | MR. TUNG:  Objection.  Vague. | 15:04:04 |
| 18 | THE WITNESS:  Well, at least if memory | 15:04:30 |
| 19 | serves me correctly and with respect to the | 15:04:32 |
| 20 | activities in which I participated as part of those | 15:04:38 |
| 21 | organizations, I don't think there was anything that | 15:04:42 |
| 22 | such be disclosed beforehand. | 15:04:46 |
| 23 | MR. WINER:  Q.  Are you aware of whether | 15:04:51 |
| 24 | 3GPP's working procedures require members to declare | 15:04:53 |
| 25 | at the earliest opportunity any IPRs which they | 15:05:00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HYEON-WOO LEE, Ph.D. - 11/13/2011

| | | |
|---|---|---|
| 1 | believe to be essential or potentially essential to | 15:05:05 |
| 2 | any work ongoing within 3GPP? | 15:05:09 |
| 3 | MR. TUNG:  Objection.  Vague.  Lacks | 15:05:54 |
| 4 | foundation. | 15:05:55 |
| 5 | THE WITNESS:  Well, I do recall something | 15:06:20 |
| 6 | about there being -- that it being -- strike. | 15:06:22 |
| 7 | I do recall that it is recommended that a | 15:06:26 |
| 8 | party declare beforehand whether it's with respect | 15:06:29 |
| 9 | to something that is essential or potentially | 15:06:35 |
| 10 | essential, but when it comes to the actual time | 15:06:39 |
| 11 | frame thereof, I don't know what the actual body | 15:06:41 |
| 12 | requires. | 15:06:44 |
| 13 | Mr. Interpreter, very briefly, I think I | 15:06:50 |
| 14 | heard the word in English "beforehand."  How does | 15:06:58 |
| 15 | that work in that answer? | 15:07:02 |
| 16 | MAIN INTERPRETER:  May the interpreter | 15:07:04 |
| 17 | just ask this gentleman very quickly and preserve | 15:07:05 |
| 18 | the operative Korean word?  The gentleman used the | 15:07:08 |
| 19 | English word "declare" and right before he used the | 15:07:12 |
| 20 | Korean word "miri," spelled m-i-r-i, miri declare, | 15:07:15 |
| 21 | which I grant the gentleman.  I'm sure the check | 15:07:23 |
| 22 | interpreter agrees here is what amongst the | 15:07:27 |
| 23 | "beforehand" treatment. | 15:07:32 |
| 24 | If the gentleman would like, perhaps, to | 15:07:34 |
| 25 | look at the record, he may be satisfied that it is | 15:07:36 |