# Exhibit R
# Filed Under Seal

## In The Matter Of: ORIGINAL

*APPLE INC., a California corporation,*
*v.*
*SAMSUNG ELECTRONICS CO., LTD., et al.*

---

### *HIMKE VAN DER VELDE - Vol. 1*
*November 2, 2011*

---

## *HIGHLY CONFIDENTIAL*
## *ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 31

1    case, there was no padding included.                    09:42:50

2         Q.    It's hard for you to talk in detail          09:42:53

3    about the patent because you haven't been               09:42:56

4    working in this area for quite some time?               09:42:58

5         A.    That's right.                                09:43:02

6         Q.    When did you and your co-inventors           09:43:02

7    first come up with the idea behind the '941             09:43:06

8    patent?                                                 09:43:11

9         A.    So, yeah, since this is a long time          09:43:12

10   ago I don't have new exact recollection from how        09:43:16

11   this invention came into being.  But I                  09:43:21

12   understand there was, as the normal process with        09:43:26

13   things like this is that an issue is raised in a        09:43:30

14   standards meeting and then to the next standards        09:43:33

15   meeting there is, every company tries to solve          09:43:37

16   the issues and the problems raised in the               09:43:44

17   standards meeting and come up with proposals at         09:43:45

18   the next meeting.  And that's also the case for         09:43:48

19   this particular invention.                              09:43:52

20             So we had one standards meeting and           09:43:54

21   then we had a planning meeting where we agreed          09:43:55

22   to work together on this particular issue.  And         09:43:59

23   that we sold it in the contribution promoting           09:44:03

24   the invention.                                          09:44:07

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE   VAN DER VELDE - 11/2/2011

Page 32

| | | |
|---|---|---|
| 1 | Q.    And when you say we had a planning | 09:44:09 |
| 2 | meeting where we agreed to work together, are | 09:44:13 |
| 3 | you talking about you and your co-inventors? | 09:44:14 |
| 4 | A.    We always have a planning meeting | 09:44:18 |
| 5 | with people attending this standards work group. | 09:44:22 |
| 6 | It's not only the inventors involved in this | 09:44:27 |
| 7 | patent that attended that planning meeting. | 09:44:31 |
| 8 | Q.    And it's people who attend that | 09:44:33 |
| 9 | planning meeting are people from other | 09:44:35 |
| 10 | companies; right? | 09:44:39 |
| 11 | A.    No. | 09:44:39 |
| 12 | Q.    Just Samsung? | 09:44:40 |
| 13 | A.    Just Samsung. | 09:44:41 |
| 14 | Q.    Do you recall who was involved in | 09:44:42 |
| 15 | those meetings with respect to the '941 patent? | 09:44:46 |
| 16 | MR. MACK:  Objection; form. | 09:44:51 |
| 17 | A.    As I said, I don't have any | 09:44:52 |
| 18 | detailed recollection, but the normal way that | 09:44:53 |
| 19 | we do is that we identify issues to work on for | 09:44:56 |
| 20 | the next standards meeting, and then we assign | 09:45:00 |
| 21 | people to work on this together.  And my | 09:45:02 |
| 22 | assumption is that we have been working -- we | 09:45:04 |
| 23 | have been assigned to this particular issue and | 09:45:07 |
| 24 | resulting in the contribution that was produced. | 09:45:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

```
 1          Q.     So correct me if I'm wrong about        09:45:13

 2   this, there's a planning meeting with a bunch of      09:45:15

 3   people at Samsung, not just the three inventors       09:45:20

 4   in the '941; correct?                                 09:45:23

 5          And you talk about some of the                 09:45:25

 6   issues that have been raised at the recent 3GPP       09:45:27

 7   working group meetings.                               09:45:31

 8          MR. MACK:  Objection; misstates                09:45:33

 9      prior testimony.                                   09:45:34

10          Q.     Is that right or?                       09:45:35

11          A.     Yes, so this is people working in       09:45:37

12   one particular standards work group meeting.          09:45:39

13   They are RAN working group 2.  And we sit             09:45:44

14   together and make a plan for activities for the       09:45:46

15   next meeting.                                         09:45:51

16          Q.     And then somebody or some people at     09:45:51

17   the planning meeting or after the planning            09:45:54

18   meeting assign particular standards engineers to      09:45:56

19   work on addressing issues raised in the previous      09:46:04

20   working group meetings?                               09:46:08

21          MR. MACK:  Objection; form.                    09:46:09

22          A.     So in this planning meeting that I      09:46:10

23   was referring to is the people that are               09:46:14

24   participating in the standards meetings, they         09:46:17
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 34

| | | |
|---|---|---|
| 1 | usually participating in this.  And they assign | 09:46:19 |
| 2 | activities amongst themselves, typically.  And | 09:46:22 |
| 3 | occasionally there is some people from outside | 09:46:26 |
| 4 | this group involved, but that's not -- for most | 09:46:30 |
| 5 | of the activities that's not the case. | 09:46:33 |
| 6 | Q.    Do you know how long it was between | 09:46:39 |
| 7 | when you first came up with the idea behind the | 09:46:40 |
| 8 | '941 patent and when you first applied for a | 09:46:45 |
| 9 | patent on that idea or those ideas? | 09:46:48 |
| 10 | A.    Well, as I indicated, I don't have | 09:46:51 |
| 11 | any real detailed recollection of the history of | 09:46:53 |
| 12 | this invention.  But as I said, in general we | 09:46:57 |
| 13 | have this schedule that we have this planning | 09:47:02 |
| 14 | meeting and then we work on it for a couple of | 09:47:05 |
| 15 | weeks until the next standards meeting, and then | 09:47:07 |
| 16 | we should have finalized our ideas and | 09:47:09 |
| 17 | contributions. | 09:47:14 |
| 18 | Sometimes it takes two meetings, | 09:47:16 |
| 19 | but I think probably not in this case.  So, | 09:47:19 |
| 20 | yeah. | 09:47:23 |
| 21 | Q.    If you take a look at the front | 09:47:25 |
| 22 | page of Exhibit 1, the patent.  If I could draw | 09:47:27 |
| 23 | your attention to on the left-hand column, do | 09:47:33 |
| 24 | you see about halfway down the page, "foreign | 09:47:36 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 35

| | | |
|---|---|---|
| 1 | application priority data"? | 09:47:41 |
| 2 | A.     Yes. | 09:47:43 |
| 3 | Q.     Do you see that there is a date May | 09:47:43 |
| 4 | 4, 2005?  Do you understand that to refer to the | 09:47:46 |
| 5 | date on which an application was filed for a | 09:47:53 |
| 6 | patent in Korea? | 09:47:56 |
| 7 | MR. MACK:  Objection; calls for a | 09:47:59 |
| 8 | legal conclusion, speculation. | 09:48:01 |
| 9 | A.     Yeah, I don't have the -- I mean, | 09:48:04 |
| 10 | I'm just an engineer, I'm not a legal person. | 09:48:09 |
| 11 | But yeah, I guess it's referring to the Korean | 09:48:13 |
| 12 | filing. | 09:48:17 |
| 13 | Q.     Independent of looking at the | 09:48:19 |
| 14 | patent, do you recall the first patent | 09:48:21 |
| 15 | application that was filed with respect to the | 09:48:24 |
| 16 | invention described in the '941 patent? | 09:48:31 |
| 17 | MR. MACK:  Objection to form. | 09:48:34 |
| 18 | A.     So as I indicated, this is from | 09:48:37 |
| 19 | quite some time ago, so I don't really have so | 09:48:40 |
| 20 | much detailed recollection.  And the filing of | 09:48:42 |
| 21 | this was handled in Korea, and mainly by our | 09:48:46 |
| 22 | Korean inventor.  So I don't -- I'm not sure to | 09:48:52 |
| 23 | what extent and how much detail we were involved | 09:48:57 |
| 24 | in the final details of this filing. | 09:49:00 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 69

| | | |
|---|---|---|
| 1 | Q.    Have you had that understanding | 10:43:33 |
| 2 | throughout the time that you've participated | 10:43:34 |
| 3 | with working groups? | 10:43:35 |
| 4 | A.    Um-hum. | 10:43:37 |
| 5 | Q.    Yes? | 10:43:37 |
| 6 | A.    Yes. | 10:43:40 |
| 7 | Q.    Have you ever yourself recited the | 10:43:40 |
| 8 | call for IPR at a meeting? | 10:43:43 |
| 9 | A.    Excuse me? | 10:43:44 |
| 10 | Q.    Have you ever recited the call for | 10:43:45 |
| 11 | IPR? | 10:43:47 |
| 12 | A.    What do you mean by recite? | 10:43:49 |
| 13 | Q.    If you look at page 6, it says the | 10:43:51 |
| 14 | chairman made the following IPR call.  You've | 10:43:54 |
| 15 | never done that? | 10:43:57 |
| 16 | A.    No. | 10:43:58 |
| 17 | Q.    Do you recall ever attending a | 10:43:58 |
| 18 | meeting in which a call for IPR was not made? | 10:44:00 |
| 19 | A.    Not that I'm aware of. | 10:44:02 |
| 20 | Q.    Not in any of the meetings that | 10:44:03 |
| 21 | you've attended? | 10:44:05 |
| 22 | A.    Maybe one small ad hoc meeting or | 10:44:06 |
| 23 | something like that.  But I think in general, if | 10:44:08 |
| 24 | it's an official meeting, then I guess it has | 10:44:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 70

| | | |
|---|---|---|
| 1 | always been read, pointed to. | 10:44:14 |
| 2 | Q.     Did you also know -- strike that. | 10:44:19 |
| 3 | Are you aware that 3GPP's working | 10:44:22 |
| 4 | procedures require that members should declare | 10:44:28 |
| 5 | at the earliest opportunity any IPRs which they | 10:44:30 |
| 6 | believe to be essential or potentially essential | 10:44:33 |
| 7 | to any work ongoing within 3GPP? | 10:44:36 |
| 8 | MR. MACK:  Objection to form; calls | 10:44:39 |
| 9 | for a legal conclusion. | 10:44:41 |
| 10 | A.     Well, I don't know exactly the full | 10:44:42 |
| 11 | details on how and when this declaration should | 10:44:45 |
| 12 | be made.  I think this declaration is more | 10:44:49 |
| 13 | handled by the other people inside the company. | 10:44:53 |
| 14 | Q.     Inside which company? | 10:44:59 |
| 15 | A.     Inside our company. | 10:45:00 |
| 16 | Q.     Samsung? | 10:45:02 |
| 17 | A.     I have not directly been involved | 10:45:03 |
| 18 | in declaring this to regional parties. | 10:45:04 |
| 19 | Of course sometimes we have, when | 10:45:17 |
| 20 | we review a patent after some time, then our | 10:45:19 |
| 21 | opinion is asked whether this is -- has become | 10:45:23 |
| 22 | an essential patent or not. | 10:45:27 |
| 23 | Q.     You're aware that Samsung is a | 10:45:35 |
| 24 | member of ETSI; right? | 10:45:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

| | | |
|---|---|---|
| 1 | A.      Yeah. | 10:45:40 |
| 2 | MR. WINER:  That's ETSI, European | 10:45:41 |
| 3 | Telecommunications Standards Institute. | 10:45:44 |
| 4 | Did I get that right? | 10:45:46 |
| 5 | Q.      And you understand that ETSI | 10:45:48 |
| 6 | members are required to comply with the 3GPP | 10:45:50 |
| 7 | working procedures governing IPR, whether or not | 10:45:53 |
| 8 | a call for IPR is made; right? | 10:45:57 |
| 9 | MR. MACK:  Objection to form; calls | 10:45:59 |
| 10 | for a legal conclusion. | 10:46:00 |
| 11 | A.      Yeah, I don't know what the rules | 10:46:05 |
| 12 | say about in the case no call is made.  I cannot | 10:46:07 |
| 13 | really judge that. | 10:46:11 |
| 14 | Q.      So you don't know one way or the | 10:46:12 |
| 15 | other whether ETSI requires for its members to | 10:46:13 |
| 16 | disclose IPR if the call for IPR isn't read at a | 10:46:20 |
| 17 | 3GPP working group? | 10:46:26 |
| 18 | MR. MACK:  Same objections. | 10:46:27 |
| 19 | A.      I don't know exactly the details of | 10:46:29 |
| 20 | the rules for that case. | 10:46:32 |
| 21 | Q.      Do you understand that ETSI's | 10:46:42 |
| 22 | intellectual property rights policy applies to | 10:46:44 |
| 23 | Samsung's participation at 3GPP? | 10:46:49 |
| 24 | MR. MACK:  Objection; calls for a | 10:46:50 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 86

| | | |
|---|---|---|
| 1 | IPR rules.  But yeah, as I indicated in my | 11:04:16 |
| 2 | opinion this is mandatory for a mobile to | 11:04:23 |
| 3 | support, so. | 11:04:26 |
| 4 | Q.    Do you know when you came to that | 11:04:27 |
| 5 | conclusion? | 11:04:30 |
| 6 | A.    Well, as I said before, I didn't | 11:04:31 |
| 7 | have any detailed recollection of the patent, | 11:04:37 |
| 8 | since this has been quite some time ago.  So | 11:04:43 |
| 9 | only from recently looking into some of the | 11:04:45 |
| 10 | documents I came again to this understanding. | 11:04:48 |
| 11 | But I guess I might have had the same | 11:04:52 |
| 12 | understanding before when we filed the patent. | 11:04:56 |
| 13 | Or when it was accepted in standards. | 11:05:03 |
| 14 | Q.    Okay.  So when the technology | 11:05:06 |
| 15 | was -- strike that. | 11:05:10 |
| 16 | When did it become mandatory for a | 11:05:11 |
| 17 | mobile to support the functionality described in | 11:05:19 |
| 18 | the '941 patent? | 11:05:23 |
| 19 | A.    So -- | 11:05:26 |
| 20 | Q.    Was it when the standard was | 11:05:28 |
| 21 | adopted? | 11:05:29 |
| 22 | A.    So I think this was introduced in | 11:05:31 |
| 23 | version 640 of the UMTS standard. | 11:05:35 |
| 24 | Q.    And it was essential at that point? | 11:05:43 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

| | | |
|---|---|---|
| 1 | MR. MACK:  Objection; calls for a | 11:05:47 |
| 2 | legal conclusion. | 11:05:48 |
| 3 | A.    So -- I remember that initially | 11:05:49 |
| 4 | there were some discussions on optionality, also | 11:05:55 |
| 5 | from looking at some documents recently.  But | 11:05:59 |
| 6 | then there was, finally there was no capability | 11:06:03 |
| 7 | bits introduced.  So from my understanding from | 11:06:12 |
| 8 | the version 640 of the standard, it was | 11:06:14 |
| 9 | mandatory for mobile equipment to support this. | 11:06:19 |
| 10 | Q.    Are you aware of any disclosure -- | 11:06:21 |
| 11 | strike that. | 11:06:26 |
| 12 | Are you aware of any disclosure by | 11:06:26 |
| 13 | Samsung that the '941 patent was essential, any | 11:06:32 |
| 14 | disclosure to ETSI or 3GPP, prior to August | 11:06:36 |
| 15 | 2007? | 11:06:41 |
| 16 | A.    No. | 11:06:42 |
| 17 | Q.    And you personally didn't disclose | 11:06:43 |
| 18 | the '941 patent to 3GPP or ETSI before August | 11:06:49 |
| 19 | 2007? | 11:06:53 |
| 20 | A.    No. | 11:06:53 |
| 21 | Q.    Or let me rephrase. | 11:06:53 |
| 22 | And you didn't disclose the Korean | 11:06:55 |
| 23 | application, patent application listed on the | 11:06:58 |
| 24 | front of the '941 patent to 3GPP or ETSI before | 11:07:01 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 88

| | | |
|---|---|---|
| 1 | August 2007? | 11:07:06 |
| 2 | A.   No. | 11:07:07 |
| 3 | MR. WINER:  Why don't we take a | 11:07:16 |
| 4 | five-minute break. | 11:07:18 |
| 5 | THE VIDEOGRAPHER:  Going off the | 11:07:20 |
| 6 | record at 11:07, and this will mark the end | 11:07:21 |
| 7 | of tape No. 1. | 11:07:26 |
| 8 | (A recess was taken.) | 11:07:28 |
| 9 | THE VIDEOGRAPHER:  Returning to the | 11:26:57 |
| 10 | record at 11:27, and this will mark the | 11:26:59 |
| 11 | beginning of tape No. 2. | 11:27:04 |
| 12 | BY MR. WINER: | 11:27:06 |
| 13 | Q.   Mr. Van Der Velde, you've | 11:27:07 |
| 14 | personally worked on technical proposals for | 11:27:15 |
| 15 | presentation to a 3GPP working group; right? | 11:27:18 |
| 16 | A.   Right. | 11:27:22 |
| 17 | Q.   Can you estimate how many | 11:27:22 |
| 18 | proposals? | 11:27:25 |
| 19 | MR. MACK:  Objection; calls for | 11:27:27 |
| 20 | speculation. | 11:27:29 |
| 21 | MR. WINER:  Calls for estimation. | 11:27:31 |
| 22 | A.   Quite a few.  Maybe like 50 to 100 | 11:27:33 |
| 23 | every year. | 11:27:39 |
| 24 | Q.   Every year. | 11:27:40 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 101

| | | |
|---|---|---|
| 1 | accurate, especially for the agreements. | 11:42:07 |
| 2 | Q.    Do you recall reviewing draft | 11:42:14 |
| 3 | minutes for meeting No. 47 -- | 11:42:19 |
| 4 | A.    No. | 11:42:23 |
| 5 | Q.    -- represented in Exhibit 9? | 11:42:23 |
| 6 | A.    I don't remember. | 11:42:24 |
| 7 | Q.    Do you remember thinking anything | 11:42:30 |
| 8 | in the minutes was inaccurate or wrong? | 11:42:32 |
| 9 | A.    I would have to look into the | 11:42:33 |
| 10 | minutes to -- | 11:42:36 |
| 11 | Q.    I'm not going to ask you to read. | 11:42:38 |
| 12 | You don't remember sitting here now thinking | 11:42:39 |
| 13 | there was something wrong with the meeting | 11:42:42 |
| 14 | minutes from meeting No. 47? | 11:42:44 |
| 15 | MR. MACK:  Objection; asked and | 11:42:46 |
| 16 | answered. | 11:42:47 |
| 17 | A.    I would have to look into specific | 11:42:52 |
| 18 | sections.  I don't have any recollection. | 11:42:54 |
| 19 | Q.    If I can draw your attention to the | 11:42:57 |
| 20 | top of page 5. And this ends in Bates stamp | 11:42:59 |
| 21 | 8861.  This is of Exhibit 9.  Do you see the | 11:43:05 |
| 22 | call for IPR? | 11:43:09 |
| 23 | A.    Um-hum. | 11:43:10 |
| 24 | Q.    Do you remember the call for IPR | 11:43:11 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 102

| | | |
|---|---|---|
| 1 | being made at this meeting? | 11:43:13 |
| 2 | A.    No, I don't remember.  But I guess | 11:43:14 |
| 3 | probably it has been made. | 11:43:17 |
| 4 | Q.    And you see it was the first thing | 11:43:20 |
| 5 | done at the meeting? | 11:43:22 |
| 6 | A.    Um-hum.  Yes. | 11:43:22 |
| 7 | Q.    You understood at this meeting that | 11:43:24 |
| 8 | Samsung was required to declare any IPR it might | 11:43:28 |
| 9 | have that could be essential to a standard; | 11:43:31 |
| 10 | correct? | 11:43:35 |
| 11 | MR. MACK:  Objection to form; calls | 11:43:35 |
| 12 | for a legal conclusion. | 11:43:37 |
| 13 | A.    I think we already discussed before | 11:43:38 |
| 14 | what the meaning of this could be.  So I think | 11:43:40 |
| 15 | it didn't mean -- at least in my understanding, | 11:43:45 |
| 16 | if one brings a proposal at that time, point in | 11:43:48 |
| 17 | time, one doesn't declare anything. | 11:43:50 |
| 18 | Q.    So I'm not sure if I heard that | 11:43:55 |
| 19 | correctly.  So your understanding was if one | 11:44:01 |
| 20 | brings a proposal, then one doesn't declare | 11:44:03 |
| 21 | anything.  What does that mean, declare what? | 11:44:07 |
| 22 | A.    That maybe there is a filing | 11:44:09 |
| 23 | related to this.  Because also at that time | 11:44:12 |
| 24 | there is no agreement on this, so. | 11:44:15 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE – 11/2/2011

Page 103

| | | |
|---|---|---|
| 1 | Q.     So your understanding was that at | 11:44:19 |
| 2 | meeting No. 47 of the working group, there was | 11:44:22 |
| 3 | no requirement that Samsung declare that it has | 11:44:25 |
| 4 | IPR rights with respect to any proposals that it | 11:44:32 |
| 5 | was making at the meeting? | 11:44:34 |
| 6 | MR. MACK:  Objection; misstates | 11:44:36 |
| 7 | testimony, calls for a legal conclusion. | 11:44:38 |
| 8 | A.     Okay, I said -- as I said, I don't | 11:44:40 |
| 9 | really know the details of the requirements that | 11:44:45 |
| 10 | a 3GPP member has to do with regards to | 11:44:49 |
| 11 | declaring this.  For example, at what time and | 11:44:52 |
| 12 | so on.  But there is no common practice.  The | 11:44:56 |
| 13 | common practice is not that people at meeting | 11:45:01 |
| 14 | declare this proposal includes IPR. | 11:45:04 |
| 15 | Q.     That wasn't your practice? | 11:45:09 |
| 16 | A.     That is not a practice that any | 11:45:12 |
| 17 | company was using. | 11:45:14 |
| 18 | Q.     Let me draw your attention to the | 11:45:24 |
| 19 | top of page 39. | 11:45:25 |
| 20 | Let me go back to your last answer. | 11:45:39 |
| 21 | You said that is not a practice that any company | 11:45:41 |
| 22 | was using.  That includes Samsung? | 11:45:44 |
| 23 | A.     Yes. | 11:45:46 |
| 24 | Q.     You don't know what IPR, as a | 11:45:47 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 104

| | | |
|---|---|---|
| 1 | general matter you don't know what IPR other | 11:45:50 |
| 2 | companies have with respect to a particular | 11:45:52 |
| 3 | technology; right? | 11:45:55 |
| 4 | MR. MACK:  Objection; calls for | 11:45:56 |
| 5 | speculation. | 11:45:58 |
| 6 | A.     In principal if a company make a | 11:46:02 |
| 7 | proposal, we don't have any, at that time, | 11:46:06 |
| 8 | knowledge of whether there is any IPR filed. | 11:46:07 |
| 9 | Unless it is old IPR, which is publicly known. | 11:46:12 |
| 10 | Q.     Would it be helpful in determining | 11:46:18 |
| 11 | whether to adopt one proposal over another to | 11:46:29 |
| 12 | know whether there is IPR relating to the | 11:46:33 |
| 13 | proposal? | 11:46:36 |
| 14 | MR. MACK:  Objection; form, calls | 11:46:36 |
| 15 | for speculation. | 11:46:38 |
| 16 | A.     I think the current working | 11:46:39 |
| 17 | practice are as they is, so I don't see really | 11:46:44 |
| 18 | the relevance of this question. | 11:46:53 |
| 19 | Q.     You're a delegate at working | 11:46:55 |
| 20 | groups; right?  And you're called upon to | 11:46:58 |
| 21 | evaluate technical proposals; right? | 11:47:01 |
| 22 | A.     Yes. | 11:47:05 |
| 23 | Q.     And as part of that evaluation, | 11:47:05 |
| 24 | would it be helpful to you to know whether there | 11:47:10 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 116

| | | | |
|---|---|---|---|
| 1 | Q. | An award from Samsung? | 12:01:02 |
| 2 | A. | Um-hum. | 12:01:04 |
| 3 | Q. | An award meaning money? | 12:01:06 |
| 4 | A. | Yeah, some money is awarded to the | 12:01:10 |
| 5 | inventors. | | 12:01:13 |
| 6 | Q. | And do you know how -- let me step | 12:01:13 |
| 7 | back. | | 12:01:18 |
| 8 | | You testified earlier that you have | 12:01:20 |
| 9 | an employment agreement with Samsung? | | 12:01:22 |
| 10 | A. | Yes. | 12:01:24 |
| 11 | Q. | Is that a written employment | 12:01:25 |
| 12 | agreement? | | 12:01:26 |
| 13 | A. | Yes. | 12:01:27 |
| 14 | Q. | Is there any provision in there | 12:01:27 |
| 15 | that addresses compensation based on having | | 12:01:29 |
| 16 | patents issued? | | 12:01:36 |
| 17 | A. | I guess it is mentioned in the | 12:01:38 |
| 18 | contract. | | 12:01:40 |
| 19 | Q. | How is the amount of compensation | 12:01:41 |
| 20 | determined, if you know? | | 12:01:47 |
| 21 | A. | I think there is a -- I think for | 12:01:50 |
| 22 | this general filing award there is a general | | 12:01:55 |
| 23 | amount, and then it's subdivided between the | | 12:01:58 |
| 24 | inventors.  So if there is more inventors, then | | 12:02:04 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE – 11/2/2011

Page 117

| | |
|---|---|
| 1    you get less money. | 12:02:07 |
| 2         Q.    And do you know whether the -- is | 12:02:09 |
| 3    the amount of the money that you receive from | 12:02:12 |
| 4    Samsung for having a patent issued greater if | 12:02:15 |
| 5    the patent is determined to be essential to a | 12:02:23 |
| 6    standard? | 12:02:26 |
| 7                   MR. MACK:  Objection; form. | 12:02:27 |
| 8         A.    I think this initial award is just | 12:02:29 |
| 9    for the filing. | 12:02:41 |
| 10        Q.    Is there an additional financial | 12:02:42 |
| 11   payment if the patent is later declared to be | 12:02:43 |
| 12   essential? | 12:02:46 |
| 13        A.    Yeah, I think there is some more in | 12:02:47 |
| 14   the areas of project bonus that we have some | 12:02:51 |
| 15   goals.  And, yeah, file -- IP that ends up in | 12:02:54 |
| 16   standards is one of the metrics that contributes | 12:03:05 |
| 17   to achieving a goal or not. | 12:03:11 |
| 18        Q.    And so you've received payments for | 12:03:14 |
| 19   having the '941 patent issue; right? | 12:03:17 |
| 20        A.    Yes.  So for the initial filing | 12:03:20 |
| 21   there was, I assume there was some payment.  I | 12:03:22 |
| 22   haven't double-checked, but I assume. | 12:03:25 |
| 23        Q.    And you received additional payment | 12:03:27 |
| 24   for having the patent declared essential to a | 12:03:29 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 118

| | | |
|---|---|---|
| 1 | 3GPP standard? | 12:03:32 |
| 2 | A.    Yeah, I guess maybe that ends up -- | 12:03:35 |
| 3 | depends on whether also other parts of the | 12:03:37 |
| 4 | targets were met or not.  So I think all | 12:03:41 |
| 5 | together this, to what extent you meet your | 12:03:44 |
| 6 | targets, you get -- as a project, you get a | 12:03:48 |
| 7 | bonus or not.  So it contributes to this | 12:03:51 |
| 8 | evaluation.  But I don't know -- | 12:03:53 |
| 9 | Q.    So whether you have patents that | 12:03:58 |
| 10 | are declared essential is one of the criteria | 12:04:00 |
| 11 | for determining this bonus, the amount of the | 12:04:02 |
| 12 | bonus that's received? | 12:04:05 |
| 13 | A.    That's right. | 12:04:08 |
| 14 | Q.    That you receive. | 12:04:08 |
| 15 | Do you know how much you have been | 12:04:09 |
| 16 | paid to date with respect to the '941 patent? | 12:04:11 |
| 17 | MR. MACK:  I think I'm going to | 12:04:15 |
| 18 | object on the ground that we have an | 12:04:17 |
| 19 | understanding with Morrison & Foerster that | 12:04:18 |
| 20 | we weren't going to talk about actual | 12:04:20 |
| 21 | compensation amounts.  They prevented us | 12:04:22 |
| 22 | from asking about actual compensation | 12:04:23 |
| 23 | amounts for all the Apple inventors just | 12:04:25 |
| 24 | because we know we would have the similar | 12:04:29 |

| | | |
|---|---|---|
| 1 | issue on this side.  So we were not | 12:04:30 |
| 2 | supposed to talk about actual dollar | 12:04:32 |
| 3 | amounts or actual number of stock units | 12:04:34 |
| 4 | shared.  Because they prevented us from on | 12:04:36 |
| 5 | several inventors on privacy ground. | 12:04:39 |
| 6 | MR. WINER:  I'm not aware.  I can | 12:04:42 |
| 7 | live without it right now.  I'm not aware | 12:04:44 |
| 8 | of that. | 12:04:46 |
| 9 | Have you heard anything about that? | 12:04:47 |
| 10 | MS. LIBKA:  No. | 12:04:48 |
| 11 | MR. MACK:  David Zucker objected on | 12:04:50 |
| 12 | California privacy grounds and they refused | 12:04:52 |
| 13 | their witnesses to answer.  I think there | 12:04:55 |
| 14 | is a general agreement not to allow | 12:04:57 |
| 15 | inventors to answer about the actual amount | 12:05:00 |
| 16 | of compensation. | 12:05:02 |
| 17 | BY MR. WINER: | 12:05:04 |
| 18 | Q.    Is it more than a nominal amount of | 12:05:04 |
| 19 | compensation that you've received? | 12:05:06 |
| 20 | A.    I don't know what you mean by | 12:05:07 |
| 21 | nominal. | 12:05:09 |
| 22 | Q.    More than a thousand dollars? | 12:05:09 |
| 23 | A.    It's not significantly more than | 12:05:11 |
| 24 | that.  I think. | 12:05:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 120

| | |
|---|---|
| 1      Q.     So there is an opportunity to get a | 12:05:26 |
| 2  bigger bonus if a patent of yours is declared | 12:05:30 |
| 3  essential; right? | 12:05:35 |
| 4      A.     Yeah. | 12:05:36 |
| 5      Q.     So that creates an incentive for | 12:05:36 |
| 6  technology on which you're an inventor to be | 12:05:41 |
| 7  declared essential; right? | 12:05:46 |
| 8          MR. MACK:  Objection to form; calls | 12:05:47 |
| 9      for speculation. | 12:05:50 |
| 10      A.     I guess there is a, yeah, it's | 12:05:53 |
| 11  clear that there is a bonus, yeah. | 12:05:57 |
| 12      Q.     Is there a name for the bonus | 12:06:03 |
| 13  system or project that sets these targets?  You | 12:06:05 |
| 14  were referring to this -- you referred to, you | 12:06:10 |
| 15  said that I guess maybe that ends up, depends on | 12:06:19 |
| 16  whether also other parts of the targets were met | 12:06:23 |
| 17  or not, with respect to the bonus that you | 12:06:25 |
| 18  received. | 12:06:29 |
| 19          Is there some sort of a name or a | 12:06:29 |
| 20  project that describes this bonus system? | 12:06:33 |
| 21      A.     So I think this is -- I don't know | 12:06:39 |
| 22  exactly details, I don't remember from the days | 12:06:41 |
| 23  when this patent was filed or became essential | 12:06:45 |
| 24  patent.  But in general we have something like | 12:06:49 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE – 11/2/2011

Page 121

| | | |
|---|---|---|
| 1 | the people contributing in standard, working in | 12:06:53 |
| 2 | standards, together they are together in one | 12:06:57 |
| 3 | project.  And then if this project is meeting | 12:07:00 |
| 4 | their targets, there is an evaluation and a | 12:07:03 |
| 5 | bonus assigned. | 12:07:06 |
| 6 |          Q.     So there are targets or goals set | 12:07:07 |
| 7 | at Samsung for the declaration of patents or | 12:07:10 |
| 8 | patent applications that end up being essential | 12:07:13 |
| 9 | to 3GPP? | 12:07:17 |
| 10 |          A.     Yeah, I think so. | 12:07:18 |
| 11 |               MR. WINER:  If we can go off the | 12:07:22 |
| 12 | record for just a few minutes, to see where | 12:07:23 |
| 13 | we go from here. | 12:07:27 |
| 14 |               THE VIDEOGRAPHER:  Going off the | 12:07:28 |
| 15 | record at 12:07. | 12:07:30 |
| 16 |               (A recess was taken.) | 12:07:33 |
| 17 |               THE VIDEOGRAPHER:  Returning to the | 12:13:29 |
| 18 | record at 12:13. | 12:13:35 |
| 19 | BY MR. WINER: | 12:13:41 |
| 20 |          Q.     Mr. Van Der Velde, a moment ago you | 12:13:42 |
| 21 | talked about targets that Samsung sets for | 12:13:44 |
| 22 | having its patents declared essential.  Do you | 12:13:48 |
| 23 | recall that? | 12:13:51 |
| 24 |          A.     Yes. | 12:13:51 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIMKE  VAN DER VELDE - 11/2/2011

Page 122

```
 1          Q.      Do you know whether there are any      12:13:51

 2    documents that set forth what those goals are?      12:13:54

 3          A.      I guess these are written down for      12:13:58

 4    our projects.  So, then we have the goals for        12:14:03

 5    our project.                                          12:14:09

 6          Q.      And what do you mean for our            12:14:10

 7    project?  What's a project?  Like a working           12:14:12

 8    group?                                                12:14:16

 9          A.      No, no, no.  As I said, I'm             12:14:16

10    belonging to the Samsung office in the U.K., and     12:14:19

11    there is a number of other Samsung people            12:14:23

12    participating in standards, and together we are      12:14:27

13    a project for which there are some goals are         12:14:30

14    specified.                                            12:14:36

15          Q.      And these are specified                12:14:36

16    somewhere -- you've seen documents that specify      12:14:37

17    these goals in writing?                               12:14:39

18          A.      Yeah.                                   12:14:41

19          Q.      Do you know where they come from?      12:14:41

20          A.      From the manager of the group.          12:14:43

21          Q.      This is the, what's the term we've     12:14:45

22    been using, the people who manage the patents?       12:14:51

23          A.      No, no, no.  This is the line          12:14:53

24    manager.                                              12:14:55
```