# Exhibit T

# Filed Under Seal

**In The Matter Of:**   ORIGINAL

*APPLE, INC.*

*v.*

*SAMSUNG ELECTRONICS CO., LTD., et al.,*

*YONG JUN KWAK - Vol. 1*
*November 23, 2011*

*HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

| | | |
|---|---|---|
| 1 | recollection, I cannot tell. | 02:19:42 |
| 2 | Q.  Did you attend RAN plenary meetings? | 02:19:43 |
| 3 | A.  Plenary, are you referring to the 3GPP RAN | 02:19:51 |
| 4 | plenary meetings? | 02:20:08 |
| 5 | Q.  Yes, I am. | 02:20:09 |
| 6 | A.  I have attended those meetings. | 02:20:10 |
| 7 | Q.  Have you attended 3GPP RAN working group | 02:20:15 |
| 8 | meetings? | 02:20:21 |
| 9 | A.  The meeting that I mentioned previously was | 02:20:22 |
| 10 | actually the 3GPP TSG RAN working group one meeting. | 02:20:49 |
| 11 | So I can say I attended those meetings. | 02:20:58 |
| 12 | Q.  Any other working group meetings? | 02:20:59 |
| 13 | A.  Yes. | 02:21:01 |
| 14 | Q.  Could you name them, please? | 02:21:10 |
| 15 | A.  The names that I can accurately remember at | 02:21:12 |
| 16 | this time include the TSG RAN working group one, TSG | 02:21:42 |
| 17 | RAN working group two, TSG ran working group four. | 02:21:47 |
| 18 | Q.  Is there a particular working group for | 02:21:51 |
| 19 | which you attended more often than others? | 02:21:53 |
| 20 | A.  I attended the meetings of the TSG RAN | 02:21:55 |
| 21 | working group one more frequently than other | 02:22:17 |
| 22 | meetings. | 02:22:19 |
| 23 | Q.  Have you ever prepared any reports at | 02:22:20 |
| 24 | Samsung about your activities at 3GPP? | 02:22:23 |
| 25 | MR. MACK:  Objection.  Vague. | 02:22:36 |

| | | |
|---|---|---|
| 1 | A.  Would you be more specific what kind of | 02:22:37 |
| 2 | reports regarding what subject you are referring to? | 02:22:49 |
| 3 | Q.  Did you prepare reports that would describe | 02:22:57 |
| 4 | for others that did not attend the meeting what | 02:23:07 |
| 5 | activities occurred during the meetings you | 02:23:11 |
| 6 | attended? | 02:23:13 |
| 7 | A.  I recall that after attending those | 02:23:13 |
| 8 | meetings, I prepared some reports to describe what | 02:23:46 |
| 9 | had occurred during those meetings. | 02:23:50 |
| 10 | MR. DEMSHER:  To the extent that those | 02:23:52 |
| 11 | reports have not been produced, we would request | 02:23:54 |
| 12 | that they be produced. | 02:23:56 |
| 13 | MR. MACK:  Okay. | 02:23:57 |
| 14 | Q.  Have you ever held a leadership position | 02:24:01 |
| 15 | within 3GPP? | 02:24:03 |
| 16 | A.  No. | 02:24:17 |
| 17 | Q.  Are you familiar with the procedures used | 02:24:19 |
| 18 | in working groups? | 02:24:29 |
| 19 | MR. MACK:  Objection.  Vague. | 02:24:38 |
| 20 | A.  Would you specify what procedure you're | 02:24:39 |
| 21 | referring to? | 02:24:49 |
| 22 | Q.  I'm referring to the procedures to define | 02:24:50 |
| 23 | how a meeting takes place, what activities are to | 02:24:57 |
| 24 | occur, that sort of thing. | 02:25:03 |
| 25 | MR. MACK:  Objection.  Vague. | 02:25:16 |

| | | |
|---|---|---|
| 1 | A.   I'm sorry, I don't think I clearly | 02:25:19 |
| 2 | understood the meaning of the procedures.  So I'm | 02:26:39 |
| 3 | not quite sure I can give you a clear answer. | 02:26:42 |
| 4 | But in general, once that kind of meeting | 02:26:45 |
| 5 | begins, the chairman declares the opening of the | 02:26:49 |
| 6 | meeting, and there are contributions presented by | 02:26:52 |
| 7 | other companies.  So there will be presentations | 02:26:54 |
| 8 | made by the participants, and based on those | 02:26:57 |
| 9 | presentations, we have discussions, and there are | 02:27:09 |
| 10 | things that need to be decided, decisions will be | 02:27:09 |
| 11 | made, and after that the meeting will be over. | 02:27:15 |
| 12 | MR. DEMSHER:  Could you mark this as | 02:27:48 |
| 13 | Exhibit 5, please. | 02:27:50 |
| 14 | (Document marked as Exhibit 5 | 02:27:51 |
| 15 | for identification) | 02:27:52 |
| 16 | Q.   I've handed you what has been marked as | 02:27:52 |
| 17 | Exhibit 5.  It is the meeting minutes for the TSG | 02:27:54 |
| 18 | RAN WG 1 No. 38 meeting.  It's Bates numbered | 02:27:58 |
| 19 | APLNDC-WH-A0000010870 through 10932. | 02:28:06 |
| 20 | A.   Yes. | 02:28:36 |
| 21 | Q.   Do you have that in front of you? | 02:28:37 |
| 22 | A.   Yes, I have it. | 02:28:38 |
| 23 | Q.   You are familiar with meeting reports from | 02:28:39 |
| 24 | 3GPP, correct? | 02:28:43 |
| 25 | MR. MACK:  Objection.  Vague. | 02:28:54 |