# Exhibit V

# Filed Under Seal

**Contains Information Designated OAEO By Samsung**
**Under Protective Order**

**WILMERHALE**

November 8, 2011

**Samuel Maselli**

**VIA ELECTRONIC MAIL**

+1 650 858 6148(t)
+1 650 858 6100(f)
samuel.maselli@wilmerhale.com

Rachel Kassabian, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

Re:   *Apple Inc. v. Samsung Electronics Co. Ltd. et al.,* Case No. 11-cv-01846-LHK (N.D. Cal.)

Dear Rachel:

      During last week's depositions of Himke Van Der Velde and Gert-Jan Van Lieshout, the witnesses testified regarding documents in their possess that are responsive to Apple's Rule 34 requests but that, as far as we can tell, Samsung has not yet produced.  We requested that Samsung promptly produce these documents during Mr. Van Lieshout's deposition.  I now write to reiterate our request that Samsung immediately produce the documents identified by Messrs. Van Der Velde and/or Mr. Van Lieshout, as well as to request that Samsung produce such documents to the extent they exist for any of the other named Samsung inventors to the patents-in-suit.

      The documents that we request are as follows (with, where relevant, citation to testimony concerning the existence of such documents):

- All documents reflecting the effect on the named Samsung inventors' compensation of filing standard-essential patent applications, obtaining standard-essential patents, or having patents adopted as part of a standard, including, by way of example only, documents reflecting "targets" for having a patent included as part of a standard, which Messrs. Van Der Velde and Van Lieshout testified are provided to them on an annual basis.  (*See, e.g.,* Rough Van Lieshout Tr. at 93-102.)  These documents are responsive to at least Request Nos. 77-78 and 140-141.

- "To do lists" or similar documents that Mr. Van Lieshout testified were prepared by Samsung standards engineers in preparation for 3GPP working group meetings, as well as any communications concerning such "to do lists." (*See id.* at 184-86.)  These documents are responsive to at least Request Nos. 79-80, 128, 136, and 142.

      Please produce these documents from Messrs. Van Der Velde and/or Van Lieshout by no later than Friday, November 11.  Alternatively, to the extent that these documents have been produced, please identify them by Bates number by this time.  Please also immediately confirm that Samsung will be producing similar categories of documents to the extent they exist for any of the other named Samsung inventors.

Rachel Kassabian, Esq.
November 8, 2011
Page 2

WILMERHALE

    Thank you for your prompt attention to this matter. We look forward to your response.

    Yours very truly,

    Samuel J. Maselli

cc:    Counsel of Record