1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S CORRECTED RENEWED MOTION TO SEAL** |

[PROPOSED] ORDER GRANTING APPLE'S CORRECTED RENEWED MOT. TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3251076

Apple filed a motion to seal documents related to certain documents addressed in the Court's February 1 Order (Dkt. No. 2222.) The Court finds that Apple's renewed sealing request is narrowly tailored and justified. Therefore, the following documents may be filed under seal, in whole or in part consistent with Apple's proposed redactions covering its confidential information as reflected in the Tierney Declaration supporting Apple's motion:

- Exhibits 1, 7, and 10 to the Price Declaration in Support of Samsung's Opposition to Apple's 37(b)(2) Motion (Dkt. No. 801).
- Exhibit C to the Price Declaration in Support of Samsung's Supplemental Response to Apple's 37(b)(2) Motion (Dkt. No. 857).
- Samsung's Motion to Strike (Dkt. No. 934).
- Exhibits P, Q, R, S, T, U, V, W, Y, Z, AA, BB, CC, DD, FF and GG to the Price Declaration in Support of Samsung's Motion to Strike (Dkt. No. 934).
- Exhibits U and X to the Ward Declaration in Support of Samsung's Motion to Strike (Dkt. No. 934).
- Exhibit 34 to the Pernick Declaration in Support of Apple's Motion to Strike (Dkt. No. 939).
- Exhibits 1-5 to the Supplemental Price Declaration (Dkt. 984).
- Exhibits 1-5 to the Corrected Supplemental Price Declaration (Dkt. 990).
- Second Supplemental Price Declaration (Dkt. 994).
- Exhibits B-E to the Second Supplemental Price Declaration (Dkt. 994).
- Exhibits A, B and C to the Musika Declaration in Support of Apple's Opposition to Samsung's Motion to Strike (Dkt. No. 996).
- Exhibits 9, 23, 24, 25, 26, 28 and 32 to the Pernick Declaration in Support of Apple's Opposition to Samsung's Motion to Strike (Dkt. No. 996).

1  **IT IS SO ORDERED.**

2

3  Dated: _____        _____
                                          Hon. Paul S. Grewal
4                                         United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28