# Exhibit H
# FILED UNDER SEAL

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG


January 8, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com


*Via E-Mail* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Dr., 5fh Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

This letter regards Samsung's production of documents related to two surveys specifically identified in my correspondence to you dated November 29, 2011, and December 9, 2011, and discussed at last Thursday's lead trial counsel meeting.

**Surveys Regarding Preferences for Apple Products**

During Thursday's meeting, you stated that Samsung's production of survey-related evidence had been completed on January 1, 2012, to the extent the evidence was something that Samsung had been ordered to produce in early October 2011.

We asked whether Samsung had produced evidence regarding a specific survey that had come to our attention on or about November 29, 2011, and that we had identified in a letter to you on that date. As stated in my November 29 letter, it had come to our attention that Samsung is currently sending purchasers of Samsung products a survey regarding their usage of and preferences for various Apple products. Apple had found no surveys of this type in Samsung's production as of that date, although they 1) are responsive to at least RFPs 16, 29, and 157, and PI RFPs 206 and 214, and 2) fall squarely within the scope of Judge Grewal's September 28 Order compelling Samsung to produce this very type of document.

Other than your request at Thursday's meeting for more information, in response to Apple's raising it as part of its own agenda, we have received no response to my letter of November 29. During Thursday's meeting, you stated that you had searched for evidence regarding this specific survey but did not have enough information regarding the survey to locate it. At Thursday's meeting, for the first time, you requested that we provide additional information regarding the cited survey.

sf-3091477

MORRISON | FOERSTER

Rachel Herrick Kassabian
January 8, 2012
Page Two

Here is additional information.  The cited survey is described in an internet comment by a Samsung customer, stating in relevant part as follows:

> Samsung, it appears, is trying to be like Apple and even sent me a survey ploying me with questions about why I liked Apple computers, iPads, iPods, etc.  I can see they are trying to formulate a strategy.

It is now three months past Samsung's Court-ordered deadline to produce these documents, and one week beyond a second Court Order to produce the very same documents, yet we still see no surveys of this type in Samsung's production.

**Samsung Tablet TV Advertisement Comparison**

During Thursday's meeting Apple also raised, as part of its own agenda, a survey identified in my December 9, 2011, letter to you.  In this survey, subjects were shown various television ads and asked questions that revealed confusion between Samsung's and Apple's products.  As I stated in my December 9 letter, Apple had not found any other documents regarding that study, even though such documents 1) would be responsive to at least Apple RFPs 16, 17, 29, 157, 220, 256 and PI RFPs 206 and 215; and, 2) fall squarely within the scope of Judge Grewal's September 28, 2011 Order compelling Samsung to produce this very type of document.

In my December 9 letter, Apple requested that Samsung immediately produce a copy of the TV ad used in the study as well as any other documents and communications concerning this study, or any other study done on any Samsung ad, including the raw data obtained in response to questionnaires, all draft and final questionnaires, and all documents referencing the studies.  As of January 5, we still had not located this information in Samsung's production.

During Thursday's meeting, you stated that information regarding this survey may in fact be in the production already and that Apple probably had just not seen it yet.  That evening, however, Samsung produced ten documents regarding this survey.  The e-mail forwarding the production acknowledged that the production contained the documents referenced in my December 9 letter.

The ten documents produced by Samsung on Thursday consist of a questionnaire, a list of advertisements with dates, and eight documents that appear to be stills from the advertisements shown in the questionnaire.  Samsung did not produce video copies of the advertisements used in the survey.  Samsung also did not produce any documents or correspondence concerning the study, *e.g.*, discussions of the rationale for the study, or discussion of the results of the study.  Samsung produced no draft questionnaires.  And Samsung produced no raw data.

sf-3091477

MORRISON | FOERSTER

Rachel Herrick Kassabian
January 8, 2012
Page Three


Samsung's production of documents relating to this recent, specifically identified study should have been complete by October 7, but it is still incomplete.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

Cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos

sf-3091477