# Exhibit J
# FILED UNDER SEAL

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Page 1

1    UNITED STATES INTERNATIONAL TRADE COMMISSION
              WASHINGTON, D.C.
2
     In The Matter Of              §
3                                  §
     CERTAIN ELECTRONIC            §   Investigation No.
4    DIGITAL MEDIA DEVICES AND     §      337-TA-796
     COMPONENTS THEREOF            §
5

6

7

8    * CONTAINS CONFIDENTIAL BUSINESS INFORMATION *

9

10

11       VIDEOTAPED DEPOSITION OF TIM SHEPPARD

12                   Dallas, Texas

13            Wednesday, December 21, 2011

14

15

16

17

18

19   Reported by:

20   MICHEAL A. JOHNSON, CRR

21   JOB NO. 44648

22

23

24

25

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Page 5

```
 1                    PROCEEDINGS
 2           THE VIDEOGRAPHER:  This is the
 3  start of tape labeled No. 1 of the videotaped
 4  deposition of Tim Sheppard in the matter of
 5  Certain Electronic Digital Media Devices in
 6  the United States International Trade
 7  Commission, Case No. 337-TA-796.
 8           The deposition is being held at the
 9  Fairmont Hotel in Dallas, Texas, on
10  December 21, 2011, and the time is
11  approximately 9:04 a.m.
12           My name is Adam Meggs, the legal
13  video specialist.  The court reporter is
14  Micheal Johnson in association with TSG
15  Reporting.
16           Will counsel please identify
17  yourselves.
18           MS. YOHANNAN:  Kristin Yohannan for
19  Apple, Incorporated.
20           MR. HARTMAN:  Josh Hartman, also
21  for Apple.
22           MR. LASHER:  Alex Lasher with Quinn
23  Emanuel Urquhart & Sullivan on behalf of the
24  Samsung respondents, the witness.  And with me
25  is Karin Norton from Samsung Electronics
```

```
 1   accounting standard.  So we -- because of
 2   that, and we are under the one shared SAP
 3   financial system, we have common operating
 4   procedures and accounting procedures.
 5        Q.   What is IFRS?
 6        A.   Gosh, that's a great question.  I
 7   do not recall what it stands for.
 8        Q.   It's an acronym?
 9        A.   It's an acronym.
10        Q.   Is it a type of accounting system?
11        A.   No.  It's -- there are -- you may
12   be familiar with the term US GAAP.
13        Q.   Yes.
14        A.   Okay.  IFRS is the global standard
15   everyone else uses.
16        Q.   Okay.  And SAP, do you know what
17   that stands for?
18        A.   It's the name of a German company.
19   I do not recall what that -- that stands for
20   either.
21        Q.   Is that -- is that an accounting
22   system?
23        A.   It is a -- it is a global
24   accounting system.
25        Q.   Does --
```

Page 80

1    A.   There are two main accounting
2  systems, Oracle and SAP.
3    Q.   Right.  And Samsung -- and by
4  "Samsung," I mean all of the Samsung
5  entities -- use SAP?
6    A.   Correct.
7    Q.   They do not use Oracle?
8    A.   They do not.
9    Q.   Okay.  Can you please turn to
10 Sheppard Exhibit 2?  And I will not go through
11 and ask you about all the topics we've just
12 been talking about unless your answers would
13 be different on behalf of STA with respect to
14 what you did to prepare for the various
15 topics.  Would your answers be the same on --
16 with respect to STA as they were on behalf of
17 SEC or would they be different?
18    A.   They would be the same.
19    Q.   Okay.  So there are two additional
20 topics for Sheppard Exhibit 2 that you've been
21 designated to testify about, and they are
22 topics 2 and topics 36.  So if you would
23 please take a moment and review topic 2.
24         (Witness Reviews Document.)
25    A.   Okay.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Page 285

```
 1   to the questions so I want to get to the
 2   source of who may have the answers.
 3        A.   Okay.  So let's be clear first.  So
 4   you'll have to give me the definition of the
 5   devices, then I can tell you which -- then
 6   tell me how to match that to a SKU, then I can
 7   tell you what the SKUs sales would be for each
 8   one.  So give me the definition so I can give
 9   you the sales by SKU.
10        Q.   So we're talking about connected
11   tabs.
12        A.   Okay.  So in that context the -- we
13   could find records that would explain what
14   those percentage -- total percentage of sales.
15        Q.   And what would those records be?
16        A.   They would be in our SAP database.
17        Q.   Inside the?
18        A.   They would be in the SAP database.
19        Q.   Does the SAP database generate
20   market share percentages?
21        A.   No.  You didn't ask for that.
22        Q.   I'm sorry, not market share.
23   Business percentages?
24        A.   It would calculate the number you
25   asked for, which is what percentage of STA's
```

Page 286

1  revenue would that represent.
2      Q.   Does it calculate it based on
3  product, like a SKU?
4      A.   Only SKU.  So to the extent we can
5  identify what SKU is what type of
6  categorization, you can work out the answer.
7      Q.   So it would tell you what
8  percentage of STA's business is the Galaxy
9  S II, right?  Is that what you're saying, as
10 opposed to the Epic?
11     A.   The Galaxy -- so no.
12     Q.   Okay.  So I guess I don't
13 understand, then, what the SAP data is
14 showing.
15     A.   So the SA -- so let me get this
16 document.  This has a SKU number on this
17 document in column D that says SPHD600BKS.  I
18 can run a report out of our SAP system for
19 each SKU that we sell and it will tell me what
20 the sales data was for that.  If we add up the
21 total report, we can take a simple
22 mathematical calculation to say the revenue
23 for that SKU was X over the total number and
24 that would give us a percentage number.
25     Q.   Okay.  And SAP is the accounting

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Page 293

1   BY MS. YOHANNAN:
2       Q.   What products do you own?
3       A.   Let me think.  I have an iPod.  I
4   also have -- what else do I have?  I think we
5   have two desktops.
6       Q.   Two?
7       A.   Desktops.
8       Q.   Laptops?
9       A.   Desktops.  Not laptops.
10      Q.   Macintosh?
11      A.   Yeah.  iMac or whatever it is.
12      Q.   iMac.
13      A.   Yes.
14      Q.   Anything else?
15      A.   I also believe we own a series of
16  wireless routers as well.
17      Q.   Made by Apple?
18      A.   Yes.
19      Q.   Anything else?
20      A.   I think that's it.
21      Q.   Do you own an iPhone?
22      A.   I do not.
23      Q.   Or an iPad?
24      A.   No.
25      Q.   Do you know what the average

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Page 294

```
 1    selling price is for an STA smartphone?
 2              MR. LASHER:  Objection, vague.
 3         A.   Well, we're back to that definition
 4    problem.
 5    BY MS. YOHANNAN:
 6         Q.   Using your definition.
 7         A.   I don't recall actually the price
 8    for those devices.
 9         Q.   Do you know what -- what I would
10    like to to find out what they are?
11         A.   It would be in our SAP system.
12         Q.   And you could run a report?
13         A.   We can run a report.
14         Q.   Do you know what the average STA
15    selling price is for a tablet?
16              MR. LASHER:  Objection, vague.
17         A.   Again, we'd have to run a report.
18    And we'd have to agree which tablets we're
19    talking about.  I don't know off the top of my
20    head.
21    BY MS. YOHANNAN:
22         Q.   Would that also be in the SAP
23    system?
24         A.   It would.
25         Q.   Do you know what a sell-in price
```

1  BY MS. YOHANNAN:
2      Q.   For, for instance, SEC.
3      A.   The standard process for the
4  subsidiaries is to close their books once a
5  month.
6      Q.   And when you say close your books,
7  you mean generate a profit and loss statement?
8      A.   Yes.  Standard process to create a
9  balance sheet and a profit and loss statement.
10     Q.   And when you close your books and
11 generate a profit and loss statement, is it
12 the general standard to provide that to SEC?
13     A.   Because we're using a global
14 system, all we need to do is notify them that
15 we've closed the books and they can extract
16 any data they wish.
17     Q.   I see.  Do you see on line 27 it
18 says "Gross Margin" in column B?
19     A.   Yes.
20     Q.   Do you know what's included in the
21 gross margin?
22          MR. LASHER:  Objection, vague.
23     A.   My challenge by looking at this is
24 I'm not sure which division this represents.
25 If this report -- so I've had -- I'm

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Page 323

1  STA R&D division.  So it's possible to run a
2  report that says show me a gross margin
3  because you can record from an STA point of
4  view what's the wholesale -- the sales price
5  to the customer and the import price, so you
6  can calculate that.  There isn't data below
7  that to then say what is the number by SKU, by
8  device.
9         Q.   So there would not be a way to
10 figure out what the gross margin is for any
11 particular Samsung mobile phone?
12        A.   Gross margin, yes; P&L, no.
13        Q.   I see.  And that would be using the
14 SAP software?
15        A.   Correct.
16        Q.   Can you turn to the page ending in
17 414?
18        A.   Yeah.
19        Q.   You see on line 138 it says "RD
20 Royalty."  Do you see that?
21        A.   I do.
22        Q.   Do you know what that is?
23        A.   I do not.  No, I don't know what
24 that is.
25        Q.   Do you know how I would find that

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Page 342

1         C E R T I F I C A T E

2

3   STATE OF _____)
                          )
4                         )  ss.:
                          )
5   COUNTY OF _____)

6

7         I, MICHEAL A. JOHNSON, a Notary

8   Public within and for the State of Texas, do

9   hereby certify:

10        That TIM SHEPPARD, the witness whose

11  deposition is hereinbefore set forth, was duly

12  sworn by me and that such deposition is a true

13  record of the testimony given by such witness.

14        I further certify that I am not

15  related to any of the parties to this action

16  by blood or marriage; and that I am in no way

17  interested in the outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto

19  set my hand this 21st day of December, 2011.

20

21

22                    _____

23                         MICHEAL A. JOHNSON, CRR

24

25