# Exhibit 5

# FILED UNDER SEAL

**EXHIBIT T**

# An Interactive Coffee Table for Opportunistic Browsing

**Oscar de Bruijn**

Department of
Computation
UMIST
Manchester M60 1QD
UK
o.debruijn@co.umist.ac.uk

**Chia Shen**

MERL-CRL
201 Broadway
Cambridge, MA
02139
USA
shen@merl.com

**Mark Witkowski**

Department of E&EE
Imperial College
London SW7 2BT

UK
m.witkowski@ic.ac.uk

**Robert Spence**

Department of
E&EE
Imperial College
London SW7 2BT
UK
r.spence@ic.ac.uk

**Frederic D. Vernier**

University of Paris 11-
Sud,
LIMSI, BP 133, 91403
Orsay,
France
Frederic.Vernier@limsi.fr

## ABSTRACT

Within the developing field of ubiquitous computing the human activity of *opportunistic browsing* is potentially of great interest. During this form of browsing, no conscious search for information is involved. Rather, during social intercourse or some other activity (e.g., shopping), the unplanned sight of a specific item of displayed information attracts attention to the extent of triggering some interaction.

The environment we have chosen to support opportunistic browsing is a coffee table whose primary purpose is to provide a location for social intercourse. On the surface of the table a continuous stream of information items, each typically comprising an image and minimal text, moves slowly along a circular path across the table surface, a result achieved by a video projector mounted above the table. If an information item (e.g., general news items, local information and announcements) is seen to be of potential interest a finger movement on the table can move it into the centre whereupon more detail becomes available to support closer examination of the information content. The presence of coffee cups and other items normally found on such a table does not interfere.

A software agent associated with the table senses the nature of the items so investigated and appropriately modifies the content of the continuous stream of displayed items.

Very little is known about the manner in which such an environment might support opportunistic browsing. Planned experiments designed to elicit such knowledge are described.

## INTRODUCTION

You are having a coffee and a chat with some friends. Suddenly, your eye catches some of the information that comes flowing by on the screen that is embedded in (in fact, forms part of) the table at which you are sitting (see Figure 1). It is an article about the Science Fair that's organized by the local school and you wonder if this may lead you to find information about the local astronomers club, something you'd planned to look into for a long time, but put off because you didn't know where to start. With your finger you drag the item into the middle of the table where more detail becomes visible. After reading the text you see that the article does mention the astronomers club, but it does not include a contact address or a hyperlink. By touching or dragging the item you indicate to the coffee table Agent that you are interested in this topic, in anticipation that the Agent will soon present an item containing the contact details of the astronomy club.

After some time has elapsed, during which you talk about the film you saw last night, you notice that the logo of the astronomers club comes flowing by and, when you view their information sheet in the middle of the table, you see that it contains all the information you need to contact them. You do not want to interrupt the conversation with your friends, so you indicate your interest to the Agent (e.g., by double-touching the item) whereupon the Agent transfers the details to your email account or directly, for example, to your Bluetooth enabled mobile phone or PDA.



**Figure 1. Social discourse around the coffee table.**

The above example illustrates the potential benefit of embedding information artefacts in people's everyday environment in order to support a very basic human activity, that of *opportunistic browsing* [1]. We can define opportunistic browsing (henceforth referred to as OB) as the continuous monitoring and filtering of information with

the potential to trigger some purposeful behaviour. The defining characteristics of OB, setting it apart from other forms of browsing, are ubiquity, being unintentional, and requiring no effort. OB is ubiquitous because it is a process of information filtering that occurs all the time and everywhere, while talking to friends or driving to work. It is unintentional because people are not consciously looking for information, and it requires no effort because OB is an automatic process that is part of peoples' normal pattern of information processing.

OB is a form of behaviour supported by embedding peripheral sources of information into the environment in such a way that people can easily shift their attention between these and other sources of information. The field of research that is concerned with the design of such peripheral sources of information is that of *calm* or *ambient computing* [2], and one of the most exciting opportunities it creates is the possibility of people in such environments becoming aware of information without conscious effort on their part. Such peripheral awareness is most obviously useful if the nature of the information is such that most of the time no action is required, as is the case with weather, traffic or stock market information for example. Whether and how peripheral awareness of other types of information can be achieved through OB is the subject of our research

However, very little is known about the manner in which OB might be best supported. Therefore, we are currently running a series of experiments to see if we can observe OB behaviour of people sitting around an interactive coffee table that was purposely built for these experiments. In the remainder of this paper we describe how we designed the coffee table application. We then continue by describing how we are planning to evaluate peoples' use of this system when it is placed in an environment where they normally meet for coffee and a chat. Initially the Table will be located in the research group's coffee area, and later in a more generally accessible location

## COFFEE TABLE APPLICATION

The coffee table application consists of two parts; the tabletop environment and its interface, and the coffee table Agent. We believe that design of both these parts raises issues that may have significant consequences for people's interactions with the table. We therefore describe each of these parts in some detail below, followed by a brief reiteration of the ways in which people can interact with the information displayed on the table.

### Tabletop Environment and Interface

Desktop interfaces in general have not been designed for multi-person face-to-face conversation in a social setting such as the chatting-with-friends café scenario described in the Introduction. The vertical desktop display that most people use is fine for a single user but not conducive to group conversations. On the other hand, what we often see

is that the most natural way for people to converse is to gather face-to-face around a horizontal table.

When people gather around a table, there is no single directional viewing angle or orientation that is ideal for everyone present. Our coffee table uses a circular display metaphor, as proposed in [3,5], that provides items in the correct orientation for everyone sitting around the table. Users can then share documents simply by freely rotating individual items or even the entire tabletop display. All documents can be freely resized. This mimics the experience of sharing physical documents on a tabletop while offering the advantages of working with digital documents.



**Figure 2. The table construction and setup. The DiamondTouch surface is embedded within a tabletop surface. The projector is mounted upon a platform supported by a steel rod that protrudes from one of the corners of the table. Underneath the tabletop is a lockable box containing the computer that drives the projector (in this case a laptop computer). This computer has a wireless Ethernet connection to the Local Area Network. Conductive pads are placed on the seats to allow interaction with the table surface (see [4]).**

Our OB coffee table (henceforth referred to as the Table) user interface is implemented using the DiamondSpin circular tabletop Java toolkit [8]. Unlike conventional single user desktop user interfaces, DiamondSpin is intended for multi-user tabletop applications. This means that people do not have to take turns interacting with the table, but can instead interact independently from the other people using the table. For the physical table, we use top projection (either ceiling mounted or tripod mounted) that projects onto a DiamondTouch [4] multi-user touch tabletop surface (see figure 2). Thus, by using both DiamondSpin and DiamondTouch we have created a very

natural tabletop environment with which people can easily interact.

As shown in Figures 1 and 2, the OB coffee table display has a rectangular display area. The entire display contains three semantically different regions. A circular display area is inscribed inside the rectangular tabletop. This circular area is where each information item in the form of a thumbnail (i.e., a small image and a short title) appears at one fixed location, moves around the circular trajectory and then smoothly disappears. The rotational speed of the Table display is such that each thumbnail is visible for about five minutes. We hypothesise that the speed of rotation, and consequently the rate at which new items appear and the time each item persists, will have a significant effect on the course of OB-mediated social interaction. The very centre of the table is the Agent area, where an item moved to will cause the Agent to bring about more related information (this will be elaborated on in the next subsection). Thumbnails moved into this area also transform to show more detail, with a larger image and text of up to 250 words in length. The four corner areas outside the inscribed circular area are where people can place information of particular interest (again this is elaborated on in the next section).

### The coffee table Agent

The coffee table Agent is responsible for bringing the information content to the Table and observing people's interactions with this content. These two tasks are intimately related.

Monitoring people's interactions with the information presented in the interface allows the agent to keep an information profile of the group of people interacting with the table [6]. This profile consists of items of content that are deemed to be representative of people's interests. There are two ways in which the table Agent is able to determine whether an item of content should be added to the profile. The first is by keeping an access count for each item of content. The access count for an item is incremented every time a thumbnail representation of that item of information is dragged into the center of the table. When the access count exceeds a present threshold for a period of time, the item of information is added to the profile. However, the access count declines every time the item is allowed to complete a full circular movement across the table without being accessed, and if the access count subsequently falls below the threshold, then the information item is removed from the profile. The second way of adding content to the profile occurs when a person moves an item of information into one of the corners of the table. This action is interpreted as signifying that this person is particularly interested in seeing more information of a similar nature. The Agent adds this item of information to the profile and removes it again after a brief period of time.

The profile is used by the Agent to assemble new information items that are likely to match the interests of

the people sitting around the table. These items of information are stored in a content stack that is continuously reordered by the Agent according to the priority of each item of information. The item on the top of the stack, with the highest priority, is displayed whenever there is space on the table for a new thumbnail in the circular area. The priority of each item is determined, amongst other things, by the time elapsed since it was last displayed. This principle (called 'aging' in operating systems' terms) ensures that every item will eventually reach the top of the stack.

### Coffee Table Interactions

OB is a form of serendipitous behaviour that occurs all the time and everywhere. However, we can imagine that the behaviour triggered by OB depends on the extent to which people can interact with the medium in which the information is presented, and hence we refer to any such behaviour as *situated interaction*. Suchman [7] introduced the term "situated action" to underscore "the view that every course of action depends in essential ways upon its material and social circumstances" (p. 50). Similarly, situated interaction depends on its material, in terms of both the information and the affordances offered by the medium in which this information is presented, and the social circumstances in terms of the location of the display and the activity the observer is engaged in.

The coffee table has been designed to fit unobtrusively in an environment that is particularly conducive to social intercourse. Therefore, the number of ways in which people can interact with the information content displayed on the table is limited in order to keep the amount of time people spend interacting with the Table to a minimum. As we explained, users can move items of information that are being talked about across the surface and into any of the special regions of the display. However, sometimes people may want to interact more extensively with information, for example by annotating, replying to or forwarding to a friend. All of these interactions would undoubtedly have severely disruptive consequences for the social intercourse, and that is why we decided that such interactions should not be supported. Instead, we allow users of the Table to bookmark items of information on a personal storage device such as a Bluetooth enabled mobile phone or PDA, as mentioned in the Introduction. That way, people can retrieve the information later back in their homes or offices, and follow up or forward it from there. We suggest that, by allowing people to capture information in this manner, the disruption to social intercourse will be minimised

### PROPOSED EXPERIMENTAL EVALUATION

The evaluation of the Table with respect to the concept of OB is challenging: we have no idea what the outcome will be, though some hypotheses have naturally emerged.

A number of independent variables were judged to be important. One is the speed with which the information items move in their circular trajectory around the Table. Too fast and the Table might either be ignored as being intrusive or used as a Web browser to the detriment of social intercourse; too slow and users may not pay any attention to the items on the Table. Another group of independent variables comprises the parameters which characterise the users. For example, the users could be undergraduate students or secretaries, or the afternoon crowd in a coffee bar, and we would not be surprised to observe different behaviour from each of these classes of user. A third group of independent variables comprises the parameters which characterise the activity of the Table Agent. An example of the latter group of parameters is the time between when a user moves an item into one of the corners of the Table, thereby indicating a special interest in that item, and the Table Agent pushing items that it deems related to the tabletop interface. Too short a delay and the users may perceive the Table application as being just a slightly unusual search engine: too long a delay and users may think that their actions had no effect at all. All of these parameters need to be balanced so that people will indeed divide their attention appropriately between their social activities and opportunistic browsing.

What will be observed? Ideally we would observe the direction of gaze of the users of the Table, but this would be virtually impossible without introducing constraints completely unacceptable in the context of social intercourse. Video cameras will be used to see if the direction of attention can be deduced, perhaps confirmed by the recording of 'hits' on the Table and recorded conversation. Hits will obviously be recorded and time stamped and examined to see what patterns emerge, and to detect, for example, whether a selected item is 'shared' between users of the Table. Even the placing of coffee cups – either obscuring or revealing the information stream – may be significant. We shall also attempt to observe the return of attention to the ongoing conversation to see how intrusive the Table information has been.

On leaving the Table, users will be interviewed, partly to see if they remember the items they interacted with or did not interact with. The interview will also deal with subjective attitudes to the Table's functionality. Of particular interest will be the user's perception – or otherwise – of the activity of the Agent, and any relevant aspects of the user's mental model of the Table's functionality

It is essential that the Table first be thoroughly tested to establish robustness, since a tendency to unreliability will quickly become known and discourage users. Therefore, initial trials will employ members of a research group who, it is suspected, will be tolerant in the face of teething troubles. Later, when the system is stable, the Table will be moved to a student or academic staff common room. A second important consideration is the duration of the trials.

This is particularly important because it is likely that the introduction of an artefact such as the coffee table would initially attract a lot of attention from its users. Only after this 'novelty factor' has sufficiently worn off are we likely to observe OB behaviour.

## DISCUSSION

One thing technology has failed to give us more of is time; would it not be nice, therefore, if we can use our time more efficiently by combining everyday activities with the search for information? This can be achieved when the environment is infused with information that can be retrieved through opportunistic browsing. However, as we have discussed in this paper, we will need to strike a fine balance in our design of information artefacts such as our coffee table in order to provide elegant peripheral awareness of this information. The consequences of a world full of information artefacts constantly demanding our attention are too horrific to contemplate. Imagine living day-in-day-out in an environment that resembles the madness of a fairground, and you know how important it is not to get it wrong.

## REFERENCES

1. de Bruijn, O. & Spence, R., "Serendipity within a Ubiquitous Computing Environment: a Case for Opportunistic Browsing", *Proceedings of UbiComp 2001, Lecture Notes in Computer Science, vol. 2201*, Springer Verlag.

2. Weiser, M., Brown, J.S., "The Coming of Age of Calm Technology", http://nano.xerox.com/hypertext/weiser/acmfuture2endnote.htm

3. Shen, C.; Lesh, N.B.; Moghaddam, B.; Beardsley, P.A.; Bardsley, R.S., "Personal Digital Historian: User Interface Design", *Extended Abstract*, *ACM Conference on Human Factors in Computing Systems (CHI)*, March 2001.

4. Dietz, P., Leigh, D., "DiamondTouch: A Multi-User Touch Technology, *Proceedings of ACM UIST'01,* November 11-14, 2001, Orlando, Florida, USA.

5. Vernier, F., Lesh, N.B. & Shen, C., "Visualization Techniques for Circular Tabletop Interfaces", *ACM Advanced Visual Interfaces (AVI)*, May 2002.

6. Stathis, K., de Bruijn, O, and Macedo, S., "Living Memory: Agent-based Information Management for Connected Local Communities", *Interacting with Computers vol. 14* no. 6, December 2002.

7. Suchman, L.A., *Plans and Situated Actions. The Problem of Human Machine Interaction*, Cambridge University Press, Cambridge, 1987.

8. www.merl.com/projects/diamondspin.