# Exhibit 21

# FILED UNDER SEAL

# EXHIBIT J

## SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,577,460

| ASSERTED CLAIM (PATENT L.R. 3-1(A)) | ACCUSED INSTRUMENTALITY AND HOW EACH ELEMENT IS MET BY ACCUSED INSTRUMENTALITY (PATENT L.R. 3-1(B)-(D)) |
|---|---|
| 1. A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of: | Apple infringes this claim because it has performed each and every step of this claim, including but not limited to through testing and use by its employees.  Apple also infringes this claim by selling the iPhone 3G, iPhone 3GS, iPhone 4, iPod Touch (4th Gen.), and iPad 2 ("Accused Devices") to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim.<br><br>The Accused Devices perform a data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera.[1]<br><br>See, e.g.:<br><br>The Accused Devices function as both portable phone and camera.<br><br>  |

---

[1] To illustrate Apple's infringement, Samsung has used sheets of paper printed with numbers 1-25. Screen images show the operation of the Accused Devices on an iPhone 4 running iOS 4.2.10.

| | |
|---|---|
| |   |
| [a] entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function; | The Accused Devices enter a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function.<br><br>See, e.g.:<br><br>A user opens the "Mail" application and starts to write an email. |

---

[2] Apple iPhone User Guide for iOS4 at SAMNDCA00001976, 2034.



| | |
|---|---|
| |  |
| [b] entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode; | The Accused Devices enter a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode.<br><br>See, e.g.:<br><br>The user returns to the home screen, opens the "Photos" application, and views the most recently captured image. The user chooses to email the image and writes a message.[3] |

---

[3] Alternately, the user performs step [b] using the "Camera" application. That is, the user opens the Camera application, views the most recently captured image, chooses to email the image, and write a message.





| | |
|---|---|
|  | |
| [c] sequentially displaying other images stored in a memory through the use of | The Accused Devices sequentially display other images stored in a memory through the use of scroll keys. |

| scroll keys; | See, e.g.:<br><br>The user opens the "Camera" application and navigates between image files.[4]<br><br> |
|---|---|

---

[4] Alternately, the user performs step [c] using the Photos application. That is, the user opens the Photos application and navigates between image files.

| | |
|---|---|
| |  |
| [d] transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; | The Accused Devices transmit the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode.

See, e.g.:

The user opens the Mail application again and sends the email started in step (a) to a recipient. |



| | |
|---|---|
| [e] and transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode. | The Accused Devices transmit the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.<br><br>See, e.g.:<br><br>The user opens the Photos application again and sends the email started in step (b) to a recipient.<br><br><br><br> |