# Exhibit 35

# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 255

1           UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4
5  APPLE INC., a California corporation,
6
            Plaintiff,
7
   vs.                          CASE NO.  11-cv-01846-LHK
8
   SAMSUNG ELECTRONICS CO.,
9  LTD., a Korean business entity; SAMSUNG ELECTRONICS
10 AMERICA,INC., a New York corporation; SAMSUNG
11 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited
12 liability company,
13          Defendants.
   _____/
14
15      H I G H L Y   C O N F I D E N T I A L
16        A T T O R N E Y S'  E Y E S   O N L Y
17
18    VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                   VOLUME II
20              PALO ALTO, CALIFORNIA
21             SATURDAY, MAY 12, 2012
22
   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
   CSR LICENSE NO. 9830
24
   JOB NO. 49053
25

Highly Confidential - Attorneys' Eyes Only

Page 258

1           Palo Alto, CALIFORNIA
2           SATURDAY, MAY 12, 2012
3                8:59 A.M.
4
5
6
7       (Documents marked Wagner Exhibits 1 - 5         08:59
8        for identification.)                           08:59
9                                                       08:59
10       THE VIDEOGRAPHER:  Good morning.               08:59
11       This is the beginning of Disc No. 1 of the     08:59
12  videotaped deposition of Michael Wagner.  In the    08:59
13  matter of Apple Inc. versus Samsung Electronics.    08:59
14       This is a matter pending before the United     08:59
15  States District Court for the Northern District of  08:59
16  California.  Case No. 11-CV-01846.                  08:59
17       We are located today at 755 Page Mill Road in  09:00
18  the city of Palo Alto, California.                  09:00
19       Today is May 12, 2012, and the time is         09:00
20  8:59 a.m.                                           09:00
21       My name is Alan Dias from TSG Reporting.       09:00
22       Counsel, will you please identify yourselves   09:00
23  for the record.                                     09:00
24       MR. OLSON:  Yeah.  Erik Olson of Morrison &    09:00
25  Foerster on behalf of Apple.  With me is Peter Day  09:00

Highly Confidential - Attorneys' Eyes Only

Page 259

1  from my office. And also present here is Terry Musika  09:00
2  of Invotex Group, who is an expert in the case.  09:00
3       MR. ANDERSON:  Carl Anderson of Quinn Emanuel  09:00
4  for Michael Wagner and Samsung.  09:00
5       THE VIDEOGRAPHER:  Will the court reporter  09:00
6  please swear in the witness.  09:00
7  09:00
8                 MICHAEL WAGNER,  09:00
9          having been sworn as a witness  09:00
10          by the Certified Shorthand Reporter,  09:00
11               testified as follows:  09:01
12  09:01
13       THE VIDEOGRAPHER:  You may proceed.  09:01
14  09:01
15             EXAMINATION BY MR. OLSON  09:01
16       MR. OLSON:  Q.  Mr. Wagner, you understand  09:01
17  you're here to testify regarding certain opinions you  09:01
18  have regarding the damages that would be paid to Apple  09:01
19  for violations of its intellectual property by  09:01
20  Samsung; correct?  09:01
21     A   Correct.  09:01
22     Q   And you've testified more than 300 times  09:01
23  before; correct?  09:01
24     A   I have.  09:01
25     Q   All right.  So I'm not going to bother with  09:01

Highly Confidential - Attorneys' Eyes Only

Page 278

| | | |
|---|---|---|
| 1 | THE WITNESS: Yes. But I was told recently | 09:23 |
| 2 | that there were no more trademarks. But besides that, | 09:23 |
| 3 | I think the answer is yes. | 09:23 |
| 4 | MR. OLSON: So let me ask the question -- I | 09:23 |
| 5 | didn't know if I put trademarks in there, so let me | 09:23 |
| 6 | ask it again. | 09:23 |
| 7 | Q   For purposes of calculation of damages for | 09:23 |
| 8 | violation of a design patent, you would agree that | 09:23 |
| 9 | legally, Apple could recover profits of Samsung? | 09:23 |
| 10 | MR. ANDERSON: Same objection. | 09:23 |
| 11 | THE WITNESS: Based on my understanding of | 09:23 |
| 12 | the statute, yes. | 09:23 |
| 13 | MR. OLSON: Q. And you agree that for | 09:23 |
| 14 | purposes of violation of a trade dress, if it was | 09:23 |
| 15 | violated, that one remedy available to Apple is | 09:23 |
| 16 | recovery of Samsung's profits that are properly | 09:23 |
| 17 | allocated to that trade dress? | 09:23 |
| 18 | MR. ANDERSON: Same objection. | 09:23 |
| 19 | THE WITNESS: Based on my experience as a | 09:23 |
| 20 | damage expert, yes. | 09:23 |
| 21 | MR. OLSON: There was, in your April 16, 2012 | 09:23 |
| 22 | report, a Tab 6. | 09:24 |
| 23 | Q   Are you familiar with that? | 09:24 |
| 24 | A   I am, and I was hoping you'd mark those | 09:24 |
| 25 | because those are the ones I'm planning on using at | 09:24 |

Highly Confidential - Attorneys' Eyes Only

Page 279

| | | |
|---|---|---|
| 1 | trial. | 09:24 |
| 2 | Q  Well, let me -- let me explore that with you. | 09:24 |
| 3 | Tab 6 are an alternate set of calculations | 09:24 |
| 4 | using a different set of data from Samsung; correct? | 09:24 |
| 5 | A  That's accurate. | 09:24 |
| 6 | Q  And when did you first receive the data that | 09:24 |
| 7 | is incorporated into Tab 6? | 09:24 |
| 8 | A  I believe it's either very late on April 15th | 09:24 |
| 9 | or very early on April 16th. | 09:24 |
| 10 | Q  When you say "very late," this is, like, | 09:24 |
| 11 | some -- some hours -- just an hour or so before | 09:24 |
| 12 | midnight kind of thing? | 09:24 |
| 13 | A  Well, I don't know if it's that accurate, but | 09:24 |
| 14 | it would be in the -- been in the evening. | 09:24 |
| 15 | Q  All right. | 09:24 |
| 16 | But it also could have been that it was on -- | 09:25 |
| 17 | in the morning of the 16th? | 09:25 |
| 18 | A  Yeah, I don't remember it that well.  I know | 09:25 |
| 19 | it was at the very last minute. | 09:25 |
| 20 | Q  And that's the day that you actually provided | 09:25 |
| 21 | or served your report; correct? | 09:25 |
| 22 | A  It is. | 09:25 |
| 23 | Q  And the data that was used, had it ever been | 09:25 |
| 24 | produced in discovery, to your knowledge? | 09:25 |
| 25 | A  No, not to my knowledge, because the first | 09:25 |

Highly Confidential - Attorneys' Eyes Only

Page 280

| | | |
|---|---|---|
| 1 | time my staff saw it was on those days. | 09:25 |
| 2 | Q   Do you have any reason to believe that anyone | 09:25 |
| 3 | from Invotex Group had ever seen it before you | 09:25 |
| 4 | received it? | 09:25 |
| 5 | A   No. | 09:25 |
| 6 | Q   Do you have any reason to believe that it was | 09:25 |
| 7 | ever available to Apple in any way before you saw it? | 09:25 |
| 8 | A   I have no knowledge on that subject. | 09:25 |
| 9 | Q   Do you have any reason to believe that Apple | 09:25 |
| 10 | was in a position to ask deposition questions of | 09:25 |
| 11 | anyone about that data? | 09:25 |
| 12 | MR. ANDERSON:  Objection; calls for | 09:25 |
| 13 | speculation. | 09:25 |
| 14 | THE WITNESS:  I don't know. | 09:25 |
| 15 | MR. OLSON:  Q.  And yet it's your testimony | 09:25 |
| 16 | that it's your desire to use that data and not the | 09:26 |
| 17 | data that's in Tab 2 for purposes of your testimony; | 09:26 |
| 18 | is that right? | 09:26 |
| 19 | A   That's fair. | 09:26 |
| 20 | Q   Is it that you believe that that data is | 09:26 |
| 21 | somehow more reliable? | 09:26 |
| 22 | A   Not necessarily that it's more reliable. | 09:26 |
| 23 | It's just it's more relevant. | 09:26 |
| 24 | Q   So did you ask Samsung directly or through | 09:26 |
| 25 | Quinn Emanuel to provide you with the most relevant | 09:26 |

Highly Confidential - Attorneys' Eyes Only

Page 281

| | | |
|---|---|---|
| 1 | data possible in connection with your evaluation of | 09:26 |
| 2 | damages? | 09:26 |
| 3 |    A   Yes. | 09:26 |
| 4 |    Q   And did you ask them that in -- well, at any | 09:26 |
| 5 | time before April? | 09:26 |
| 6 |    A   I'd have to say the answer is "yes" to that. | 09:26 |
| 7 |    Q   And wouldn't -- isn't that something you | 09:26 |
| 8 | would ask them early on in your engagement? | 09:26 |
| 9 |    A   That's when I remember asking them, so yes. | 09:27 |
| 10 |    Q   How -- how early on do you recall asking them | 09:27 |
| 11 | for it? | 09:27 |
| 12 |    A   I don't recall the -- the dates that that | 09:27 |
| 13 | would have occurred. | 09:27 |
| 14 |    Q   Certainly before March; correct? | 09:27 |
| 15 |    A   It could have been as late as March, but | 09:27 |
| 16 | probably at least in that time frame, February/March. | 09:27 |
| 17 |    Q   What's your understanding as to why that data | 09:27 |
| 18 | was withheld from you until April 16th? | 09:27 |
| 19 |       MR. ANDERSON:  Objection. | 09:27 |
| 20 |       I'm going to caution the witness that he's | 09:27 |
| 21 | under an obligation of confidentiality.  To the extent | 09:27 |
| 22 | he can answer the question without revealing | 09:27 |
| 23 | communications with counsel or with Samsung, which | 09:27 |
| 24 | he's obligated to keep confidential, he can answer. | 09:27 |
| 25 |       THE WITNESS:  I can't answer it.  I don't | 09:27 |

Highly Confidential - Attorneys' Eyes Only

Page 494

| | | |
|---|---|---|
| 1 | A    I believe it would be $1,078,000,000. | 15:59 |
| 2 | Q    And again, that number also excludes the | 15:59 |
| 3 | products that we previously discussed? | 15:59 |
| 4 | A    It does. | 15:59 |
| 5 | Q    And the numbers that are in Figure 43 and 44 | 16:00 |
| 6 | of your report, they tie to Tab 2 of your analysis; | 16:00 |
| 7 | correct? | 16:00 |
| 8 | A    They do. | 16:00 |
| 9 | Q    It is correct that all of the numbers on | 16:00 |
| 10 | profitability included in the text of your analysis | 16:00 |
| 11 | tie -- as of April 16th, 2012, tie to Tab 2 and not to | 16:00 |
| 12 | Tab 6; correct? | 16:00 |
| 13 | A    I think there's a footnote that may have tied | 16:00 |
| 14 | to Tab 6, but I'd need my memory refreshed on it. | 16:00 |
| 15 | Q    Sure. | 16:00 |
| 16 |      Why don't you look at page 4, footnote 7. | 16:00 |
| 17 | A    Yes, that's where I remember making a | 16:00 |
| 18 | reference to the schedule. | 16:00 |
| 19 | Q    And as reflected in this footnote, all of the | 16:00 |
| 20 | numbers and calculations that are presented in the | 16:00 |
| 21 | text of the report, both your original report of the | 16:01 |
| 22 | 16th and the corrected reports for the typos on the | 16:01 |
| 23 | 20th, are from Tab 2? | 16:01 |
| 24 | A    Yes. | 16:01 |
| 25 | Q    If you'll stay where we are.  At Figure 43, | 16:01 |

Highly Confidential - Attorneys' Eyes Only

Page 556

1   J U R A T

4   I, MICHAEL J. WAGNER, do hereby certify under
5   penalty of perjury that I have read the
6   foregoing transcript of my deposition taken
7   on May 12, 2012; that I have made such
8   corrections as appear noted herein in ink,
9   initialed by me; that my testimony as
10  contained herein, as corrected, is true and
11  correct.

14  DATED this ____ day of _____, 2012,
15  at _____, California.

19  _____
20         SIGNATURE OF WITNESS

Page 557

1      CERTIFICATE OF REPORTER

2

3

4      I, ANDREA M. IGNACIO HOWARD, hereby certify

5  that the witness in the foregoing deposition was by me

6  duly sworn to tell the truth, the whole truth, and

7  nothing but the truth in the within-entitled cause;

8

9      That said deposition was taken in shorthand

10  by me, a Certified Shorthand Reporter of the State of

11  California, and was thereafter transcribed into

12  typewriting, and that the foregoing transcript

13  constitutes a full, true and correct report of said

14  deposition and of the proceedings which took place;

15

16     That I am a disinterested person to the said

17  action.

18

19     IN WITNESS WHEREOF, I have hereunto set my

20  hand this 13th day of May, 2012.

21

22  _____

23  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25

Highly Confidential - Attorneys' Eyes Only

Page 560

```
 1              E R R A T A   S H E E T
 2
 3       I, MICHAEL J. WAGNER, make the following
 4  changes to my deposition taken in the matter of
 5  Apple, Inc., vs. Samsung Electronics, taken on May 12,
 6  2012:
 7
 8  DATE:_____        _____
 9                              Signature of Witness
10  Page           Line         Change
11  _____          _____        _____
12  _____          _____        _____
13  _____          _____        _____
14  _____          _____        _____
15  _____          _____        _____
16  _____          _____        _____
17  _____          _____        _____
18  _____          _____        _____
19  _____          _____        _____
20  _____          _____        _____
21  _____          _____        _____
22  _____          _____        _____
23  _____          _____        _____
24  _____          _____        _____
25  _____          _____        _____
```