# EXHIBIT 5
# FILED UNDER SEAL

**M O R R I S O N** **F O E R S T E R**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 6, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

Via E-Mail

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)
        **Subject to Protective Order—Contains Samsung AEO Information**

Dear Rachel:

I write regarding Samsung's continued violation of the Court's January 27, 2012 Order.  That order required Samsung to produce all the financial documents sought by Apple's motion to compel by February 3, 2012, and our several letters on this topic have already identified multiple deficiencies in Samsung's production.  Samsung's violations of the Court's order have unfortunately continued.

On February 28, 2012, less than 24 hours before the deposition of Samsung Rule 30(b)(6) witness Tim Sheppard—and more than *25 days after* the Court-ordered February 3rd deadline—Samsung produced two new spreadsheets regarding sales, costs and expenses associated with (i) the accused Samsung products, and (ii) the products that, according to Samsung, practice the Samsung patents asserted against Apple.  On February 29, 2012, Samsung's counsel stated that these new spreadsheets replace or supersede the prior spreadsheets Samsung had produced, and that Apple should not rely on the prior spreadsheets.  Samsung's two new spreadsheets include information on at least 20 new products.

Apple objects to Samsung's late production of these spreadsheets.  The production of the spreadsheets less than a day before a Rule 30(b)(6) deposition, and more than three weeks after the February 3rd deadline ordered by the Court prejudiced Apple and violated the Court's order.

Furthermore, putting aside the timing of Samsung's production, there are several continuing problems with Samsung's new spreadsheets.  I outline some of them below:

MORRISON | FOERSTER

Rachel Herrick Kassabian
March 6, 2012
Page Two

- Samsung produced its original spreadsheet in native format, but produced these new spreadsheets in an essentially unusable PDF format.  Please provide the new spreadsheets in native format by the close of business tomorrow, with all formulas and equivalent calculations retained.

- Mr. Sheppard testified that these spreadsheets are actually available at the level of detail provided in Exhibit 1926, *i.e.*, the Samsung global consolidating package report.  But Samsung has continued to withhold this information or any versions of the spreadsheets that include this more granular level of detail, including any documents used to verify or confirm the data.  We have requested this level of detail several times now.  When you reproduce these spreadsheets in native format—which we ask that you do by close of business tomorrow—please include the level of detail for all entities that is shown in Exhibit 1926.

- Samsung has produced these new spreadsheets without tying them to a custodian.  Please provide the name of the custodian from whom these documents were produced.

- These spreadsheet documents still have the same fundamental problem that was present in Samsung's original spreadsheet.  The top and bottom lines in the new spreadsheets do not "tie" or "foot."  (*See* Exh. 1 to my letter of February 10, 2012 regarding the spreadsheet that Samsung now claims is "superseded.")  When you produce the new spreadsheets in native format, please ensure that they reflect financial information prepared on a consolidated basis *for the same periods that tie together*.

- As you know, the exhibit to my February 10th letter described in detail and listed numerous deficiencies and problems (in addition to the "tying" problem noted above) with Samsung's original spreadsheet.  These issues are also discussed in our pending motion.  Our review of the new, late-produced spreadsheets confirms that these problems still exist.  Samsung's refusal to provide corrected and accurate information (or details that would explain the discrepancies in the spreadsheets) despite repeated correspondence and a motion is improper.  When you produce the spreadsheets in native format—which you should do by close of business tomorrow—please ensure that you also correct these flaws.

- The new spreadsheets contain no data on a set of Samsung accused products.  Specifically, there is no information on the following accused products—Galaxy S II (AT&T edition): SGH-I777; Galaxy S II Skyrocket: SGH-I727;

MORRISON | FOERSTER

Rachel Herrick Kassabian
March 6, 2012
Page Three

> Galaxy S II Sprint Epic 4G Touch: SPH-D710; Galaxy S II (T-Mobile
> edition): SGH-T989; Galaxy S II (US Cellular): SCH-R760; and Galaxy Tab
> 10.1 LTE: SCH-I905.  Produce the financial information on these accused
> products immediately.

The Court ordered Samsung to produce all of this financial information in its
January 27, 2012 Order.  The Court directed Samsung to produce it by February 3rd.
Samsung's ongoing and persistent violations of the Court's order are improper, and are
highly prejudicial to the preparation of Apple's damages case.  Please comply immediately.
We reserve our rights regarding all relief needed to address Samsung's violations.

Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick