# EXHIBIT 6
# FILED UNDER SEAL

```
             1            THIS TRANSCRIPT IS BEING DELIVERED UNEDITED

             2     AND UNCERTIFIED BY THE OFFICIAL COURT REPORTER.  IT HAS

             3     NOT BEEN CHECKED OR PROOFREAD.  AS SUCH, IT MAY CONTAIN

             4     MISSPELLINGS OF PROPER NAMES AND/OR UNTRANSLATED WORDS.

             5     CORRECTIONS WILL BE MADE IN THE PREPARATION OF THE

             6     FINAL CERTIFIED TRANSCRIPT, RESULTING IN DIFFERENCES IN

             7     PAGE AND LINE NUMBERS, PUNCTUATION AND FORMATTING.

             8         *        *        *        *        *

08:59:01     9            VIDEOGRAPHER:  My name is Paul Hischier, a

08:59:03    10     videographer with American Realtime Court Reporters in

08:59:06    11     Asia.  Today's date is March 10th, 2012, and the

08:59:10    12     approximate time is 8:58.  This deposition is being

08:59:16    13     held at the office of Kim & Chang located in the

08:59:19    14     Jeongdong building in Seoul, Korea.  The caption of

08:59:22    15     this case is Apple, Inc., versus Samsung Electronics

08:59:27    16     Company Limited, et al., held in the U.S. District

08:59:29    17     Court for the Northern District of California, San Jose

08:59:32    18     division with a civil action number of 11-CV-01846 LHK.

08:59:40    19     The name of the witness is Jaehwang Sim.  The court

08:59:45    20     reporter today is Melanie Giamarco also with American

08:59:48    21     Realtime Court Reporters/Asia.

08:59:49    22            At this time, I would ask all counsel and

08:59:51    23     interpreters to please state their appearances and whom

08:59:53    24     they represent for the record.

08:59:54    25            MR. OLSON:  Erik Olson of Morrison &
```

03-10-12 Jaehwang Sim.txt
09:03:04  1          That being said, I'm prepared to begin asking
09:03:07  2   my questions.
09:03:09  3          MR. STEIGER:  Just for the record, we're not
09:03:11  4   going to make a speech on the record, but most of what
09:03:14  5   you just talked about has been the subject of numerous
09:03:16  6   communications between counsel.
09:03:19  7          LEAD INTERPRETER:  And that colloquy needs
09:03:21  8   to be translated, I suppose, yes?
09:03:22  9          MR. OLSON:  I actually don't think it needs
09:03:25 10   to be translated.
09:03:25 11          MR. STEIGER:  We're okay with that.
09:03:28 12          LEAD INTERPRETER:  Okay.
09:03:30 13                         EXAMINATION
09:03:30 14   BY MR. OLSON:
09:03:30 15      Q.   Mr. Sim, will you state your full name for
09:03:34 16   the record.
09:03:47 17      A.   Jaehwang Sim.
09:03:49 18      Q.   What's your home address, residential
09:03:53 19   address?
09:03:57 20      A.   I live in the City of Suwon.
09:04:02 21      Q.   And what's your address there?
09:04:27 22      A.   Unit 2601, 105 Dong, Noble Class Apartments,
09:04:40 23   Samsung Remian, Ingye-dong, Paldal-gu.
09:04:58 24      Q.   Does the reference to Samsung in that
09:05:00 25   address indicate that the company is providing you

UNCERTIFIED REALTIME ROUGH DRAFT
♀          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        5

09:05:02  1   housing?
                         Page 4

03-10-12 Jaehwang Sim.txt

| | | |
|---|---|---|
| 09:05:18 | 2 | MR. STEIGER:  Wait.  Objection, beyond the |
| 09:05:21 | 3 | scope.  Mr. Sim is here as a 30(b)(6) corporate |
| 09:05:23 | 4 | witness.  What do these personal questions have to do |
| 09:05:27 | 5 | with the scope of his 30(b)(6) testimony?  I'll allow |
| 09:05:51 | 6 | the answer to this, but if you're going to go further |
| 09:05:53 | 7 | into personal questions, I'd like a proffer of why it's |
| 09:05:56 | 8 | relevant to the 30(b)(6). |
| 09:06:09 | 9 | A.   It's only that the name of the apartment is |
| 09:06:35 | 10 | Samsung.  And it so happen that a Samsung trading |
| 09:06:40 | 11 | company had built the apartments.  And it actually has |
| 09:06:47 | 12 | nothing to do with the company I work for. |
| 09:06:50 | 13 | Q.   And what company do you work for? |
| 09:06:52 | 14 | A.   I work for Samsung Electronics Company. |
| 09:06:58 | 15 | Q.   And what's your title? |
| 09:07:00 | 16 | A.   I am a vice president. |
| 09:07:07 | 17 | Q.   Is there anything more to your title? |
| 09:07:30 | 18 | A.   Normally, we call the team that I work in |
| 09:07:35 | 19 | the support team.  We normally understand it as a |
| 09:07:39 | 20 | management or managing -- management support team. |
| 09:07:42 | 21 | Q.   And what is your responsibilities in the |
| 09:07:49 | 22 | management support team, support team? |
| 09:07:53 | 23 | A.   We prepare the documents and records related |
| 09:08:25 | 24 | to our finances for the company, and we also provide |
| 09:08:30 | 25 | support for overall management or the operation of the |

UNCERTIFIED REALTIME ROUGH DRAFT

♀

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      6

| | | |
|---|---|---|
| 09:08:35 | 1 | company. |
| 09:08:35 | 2 | Q.   To whom do you report? |

03-10-12 Jaehwang Sim.txt

| 09:08:45 | 3 | A. | I report to the head of the team. |
| 09:08:49 | 4 | Q. | And what's his name? |
| 09:09:00 | 5 | A. | Hak Gyoo Park. |
| 09:09:06 | 6 | | LEAD INTERPRETER:  A common spelling. |
| 09:09:08 | 7 | Q. | What's his title? |
| 09:09:12 | 8 | A. | Senior vice president. |
| 09:09:13 | 9 | Q. | For what? |
| 09:09:25 | 10 | A. | The same team that I just told you.  He's |

09:09:27 11    the senior vice president of the team.

| 09:09:29 | 12 | Q. | For the support team? |
| 09:09:33 | 13 | A. | Yes, that's correct. |
| 09:09:34 | 14 | Q. | To whom does he report? |
| 09:09:45 | 15 | A. | His superior is the head of the business |

09:09:50 16    division.

| 09:09:52 | 17 | Q. | Is that J.K. Shin? |
| 09:09:56 | 18 | A. | Yes, that's correct. |
| 09:09:57 | 19 | Q. | Have you ever been deposed before? |
| 09:10:03 | 20 | A. | This is my first time. |
| 09:10:12 | 21 | Q. | Have you ever given testimony under oath at |

09:10:25 22    any time?

| 09:10:25 | 23 | A. | No. |
| 09:10:26 | 24 | Q. | Have you ever signed under oath any |

09:10:29 25    declarations, affidavits or written documents?

UNCERTIFIED REALTIME ROUGH DRAFT

♀            HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        7

| 09:10:50 | 1 | A. | Not as far as I recall, I believe. |
| 09:10:53 | 2 | Q. | So you understand that you've taken an oath |

09:10:59 3    to tell the truth?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        40

11:12:59   1    stated, and I could then state again the testimony.

11:13:09   2              MR. OLSON:  I'd actually just like to

11:13:11   3    proceed.

11:13:12   4        Q.    (By MR. OLSON)  Is there something that you

11:13:13   5    said earlier that you want to change?  Not a

11:13:16   6    translation issue, is there something that you said

11:13:18   7    earlier that you want to change?

11:13:35   8              MR. STEIGER:  Vague and ambiguous.  Do you

11:13:36   9    mean change the answer he gave in Korean or change the

11:13:39  10    resulting translated answer?

11:13:52  11        A.    So what I'm saying is that I don't want to

11:14:05  12    change my testimony in Korean, but I'd like my counsel

11:14:11  13    to check whether what I'm saying is being properly

11:14:19  14    conveyed.

11:14:20  15        Q.    (By MR. OLSON)  And the check interpreter is

11:14:21  16    here.

11:14:22  17              MR. OLSON:  And if you have a change during

11:14:23  18    testimony as it's given, I'd ask you to go ahead and

11:14:26  19    identify that.  Now I'd like to proceed with my

11:14:31  20    questions.

11:14:48  21        A.    Yes, go ahead, please.

11:14:56  22        Q.    Before the break, you said there was a

11:14:57  23    change made to the spreadsheet yesterday resulting in

11:15:01  24    the cost of goods sold being slightly higher or bigger.

11:15:06  25    What do you mean by slightly higher or bigger?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES
ONLY     41

11:16:33  1         A.   In the -- as I was saying earlier, in the

11:16:37  2    previous material, the profit and loss arising from the

11:16:46  3    Chinese corporation, Chinese company that was

11:16:56  4    supplying -- the corporation in China that was

11:16:57  5    supplying the products to the U.S. were calculated in,

11:17:09  6    and that needed to be taken out.  So basically, the

11:17:15  7    profit and loss needed to be added, or added, or put in

11:17:23  8    as an addition to the cost of goods sold, the ultimate

11:17:30  9    result of which has the effect of the profit and loss

11:17:36 10    for the company in China to become zero.

11:17:41 11         CHECK INTERPRETER:  Checker's rendition:

11:17:43 12         "We have Chinese subsidiaries which provide

11:17:48 13    products to the U.S. subsidiaries, and the version from

11:17:59 14    the form ^ data therein had contained the profit and

11:18:02 15    loss information from the Chinese subsidiaries, and it

11:18:03 16    was necessary to erase the profit and loss information

11:18:07 17    from the Chinese subsidiaries and, as such, when we

11:18:13 18    utilized the profit from the Chinese subsidiaries, the

11:18:18 19    COGS had to increase as a result."

11:18:54 20         A.   So therefore, if the Chinese corporation or

11:18:58 21    Chinese subsidiary incurred some loss, then the changed

11:19:08 22    COGS would have become smaller.  And if there had been

11:19:18 23    a profit for the Chinese subsidiary, then the changed

11:19:25 24    COGS would have become greater.

11:19:29 25         CHECK INTERPRETER:  Checker's rendition:

HIGHLY CONFIDENTIAL - ATTORNEYS'
EYES ONLY      42

11:19:31  1          "In other words, if the Chinese subsidiary

11:19:33  2     had incurred a loss, then, as a result, the COGS in the

11:19:37  3     new version would reflect that the COGS had been

11:19:42  4     lowered.  And also, if the Chinese subsidiaries had

11:19:52  5     realized profits, then the new version would have COGS

11:19:55  6     which would be higher than before."

11:19:59  7          Q.   The Chinese subsidiary is a wholly-owned

11:20:02  8     subsidiary of Samsung?

11:20:12  9          A.   Yes.  It is correct that it is a subsidiary.

11:20:32 10     It is not a hundred percent owned or it's not

11:20:36 11     wholly-owned, but it is a subsidiary.

11:20:38 12          CHECK INTERPRETER:  I'm sorry.  Checker's

11:20:39 13     rendition:

11:20:40 14          "That's correct.  They are our subsidiaries

11:20:46 15     except that one of the subsidiaries is not fully owned

11:20:49 16     by us."

11:20:52 17          Q.   Who else owns part of one?

11:21:11 18          A.   Well, there is a joint investment along with

11:21:18 19     some of Chinese investors.

11:21:21 20          Q.   How much do the Chinese investors own?

11:21:35 21          A.   I do not recall the exact percentage, but

11:21:40 22     they are not -- they do not comprise a make portion.

11:21:45 23          Q.   And in fact, the Chinese subsidiaries had a

11:21:54 24     profit, meaning the new results from Wednesday --

11:22:01 25     excuse me, the new results from yesterday resulted in a

HIGHLY CONFIDENTIAL - ATTORNEYS'

EYES ONLY     43

11:22:05  1   higher cost of goods sold, correct?

11:22:23  2              MR. STEIGER:  Compound, vague and ambiguous.

11:23:11  3       A.   In the case of most of the Chinese

11:23:15  4   corporations or Chinese subsidiaries, because of there

11:23:23  5   having been APA treaties, so a certain portion of

11:23:35  6   profit is to be paid or given out, given.  So in most

11:23:43  7   of the changed version, it would have increased, it

11:23:49  8   would have the effect of increase, although the size of

11:23:53  9   which is not that big.

11:23:55  10             CHECK INTERPRETER:  Checker's rendition:

11:23:56  11             "Well, for most of the Chinese subsidiaries

11:24:02  12  that we have, we have APA agreements with them, and

11:24:07  13  basically, the agreement calls for a structure where

11:24:11  14  there is a certain amount of profit promised to the

11:24:15  15  subsidiary, so in -- in the most cases of the COGS,

11:24:22  16  there would be a profit, but that profit reflected

11:24:26  17  would not be all that much."

11:24:30  18       Q.   And when you say not all that much, by how

11:24:34  19  much are you talking?

11:24:48  20       A.   Probably in the vicinity of 1 percent.

11:24:52  21       Q.   1 percent of what?

11:25:08  22       A.   Of the sales amount.

11:25:13  23       Q.   Do you know of any reason why the

11:25:28  24  cost-of-sales amount in the -- let me withdraw that.

11:25:36  25  Strike that.

HIGHLY CONFIDENTIAL - ATTORNEYS'
EYES ONLY      44

11:25:37  1        Do you know of any reason why the

11:25:41  2    cost-of-goods-sold amount in yesterday's spreadsheet

11:25:46  3    should rise for think particular products by more than

11:25:51  4    1 to 2 percent?

11:26:21  5        MR. STEIGER:  Compound, vague and ambiguous.

11:28:04  6        A.   I am going to give you an answer within the

11:28:21  7    limits of my understanding.  I have to do another check

11:28:26  8    as to what percentage of profit should be derived

11:28:36  9    according to the current APA agreement.  And based on

11:28:44 10    the report that I was given by the person who prepared

11:28:47 11    it, I was told overall there was a change or a movement

11:28:56 12    of about 1 percent.  So depending on a particular

11:29:02 13    product, it could be plus 5 percent or it could be

11:29:05 14    minus 5 percent.

11:29:08 15        And as for what I heard of 1 percent, what

11:29:11 16    that meant is the overall average to be 1 percent.  And

11:29:19 17    so when we entered into the APA agreements, I think the

11:29:26 18    agreement was to obtain or derive a benefit --

11:29:31 19        LEAD INTERPRETER:  Correction.

11:29:32 20        A.   -- a profit of 1 to 3 percent.  However,

11:29:35 21    this does not mean for each and every product there

11:29:41 22    needs to be 1 to 2 percent, but as long as the profit

11:29:47 23    rate for the entire subsidiary or the corporation

11:29:52 24    itself, as long as it's within that range, that would

11:30:00 25    suffice.  So therefore, there could be some variances

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES
ONLY     45

11:30:05  1     per models.

11:30:06  2                  CHECK INTERPRETER:  And I'm sorry, let me go

11:30:08  3     ahead and put the checker's rendition on.

11:30:10  4                  "I'll speak to what I know.  As far as the

11:30:14  5     percentage of the profit for the subsidiaries, I'm not

11:30:21  6     sure what it calls -- what is called for within the APA

11:30:25  7     agreement, so I would have to check on that to find

11:30:29  8     out, but as far as the bottom line for the document is

11:30:34  9     concerned, according to the preparer of the document, I

11:30:39 10     have heard 1 percent that would be the movement about,

11:30:44 11     approximately, as far as the bottom lines are

11:30:46 12     concerned, but that does not mean that the 1 percent is

11:30:51 13     applicable to all products separately and individually,

11:30:57 14     but per-product basis, 5 percent movement or even minus

11:31:03 15     5 percent movement is also possible.  So 1 percent is

11:31:07 16     an average out of the whole totality of the numbers.

11:31:16 17                  "And as far as I understand, within the APA

11:31:18 18     agreement, there is an agreement for a profit of 1 to 2

11:31:24 19     percent, something like that, but I don't believe that

11:31:27 20     the percentage is applicable to each individual

11:31:31 21     product, but that would be a profit for the subsidiary

11:31:36 22     as a whole.  So as to your question, it's possible that

11:31:41 23     there could be a larger fluctuation on a per-product

11:31:46 24     basis."

11:31:50 25          Q.   Was Mr. Kim the person who told you that the

HIGHLY CONFIDENTIAL - ATTORNEYS'

EYES ONLY      46

| | | |
|---|---|---|
| 11:31:52 | 1 | movement would be about 1 percent? |
| 11:32:03 | 2 | A.   Yes, that is correct. |
| 11:32:05 | 3 | Q.   Did you do anything to check that with |
| 11:32:07 | 4 | respect to yesterday's spreadsheet? |
| 11:32:23 | 5 | A.   There was nothing I checked separately |
| 11:32:44 | 6 | because this was done based on the preexisting data, so |
| 11:32:50 | 7 | I did not feel any particular need to check.  And I'm |
| 11:33:38 | 8 | going to reiterate that this data came up when we were |
| 11:33:50 | 9 | doing the cost, costing or cost or costing work in the |
| 11:33:58 | 10 | routine course of business.  And also, this was based |
| 11:34:05 | 11 | on an accounting standard which is GAAP, so data |
| 11:34:10 | 12 | prepared per GAAP standard as well as this having come |
| 11:34:17 | 13 | from an ERP system which is recognized around the |
| 11:34:24 | 14 | world, so there was no separate need to work on or |
| 11:34:32 | 15 | manipulate that set of data, and so I do not feel a |
| 11:34:37 | 16 | need to check. |
| 11:34:40 | 17 | CHECK INTERPRETER:  And I'm sorry again, let |
| 11:34:42 | 18 | me just go ahead and put the checker's rendition on. |
| 11:34:44 | 19 | "The data which formed the basis of the |
| 11:34:54 | 20 | information so provided are the data that we use in our |
| 11:34:59 | 21 | ordinary course of business in our routine work, and |
| 11:35:03 | 22 | these are costing" -- strike that -- "cost data that we |
| 11:35:11 | 23 | use and accounting practice that we follow is in |
| 11:35:14 | 24 | keeping with the GAAP, and also, the system that we use |
| 11:35:18 | 25 | is ERP which is world-renowned, so I didn't feel that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES
ONLY     47

11:35:24  1     there would be a need to further process or somehow

11:35:26  2     tweak the numbers."

11:35:30  3         Q.   Is it your understanding that Samsung uses

11:35:33  4     GAAP?

11:36:33  5         A.   So GAAP is an internationally recognized

11:36:43  6     accounting principle, and we carry out all accounting

11:36:49  7     work based on that.  And so what I can tell you in

11:36:57  8     regards to that is that that has been -- that standard

11:37:04  9     has been kept up, and this has been checked on by the

11:37:11 10     outside CPA and audited, and this data comes from the

11:37:20 11     routine course of business, and subsequently, it's

11:37:28 12     audited by outside CPA, and so it's just nothing but

11:37:40 13     the currently existing data that was submitted.

11:37:45 14         Q.   Are you familiar with IFRS?

11:38:03 15         A.   As far as I know, IFRS is yet another

11:38:07 16     standard.

11:38:09 17         Q.   The APA agreements that you referred to had

11:38:16 18     between who and whom?

11:38:44 19         A.   Between whom and whom, I need to verify.

11:38:49 20     I'm not certain whether it's between China and Korea or

11:38:55 21     whether it's between China and U.S.  If need be, I

11:39:04 22     could find out and get back to you.

11:39:09 23         Q.   Are you aware of any other reason why cost

11:39:18 24     of goods sold would change for a product between the

11:39:22 25     prior versions of the spreadsheet and yesterday's

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    100

04:24:18  1          Q.   And does Exhibit 2441 exclude the

04:24:21  2     information from the Chinese subsidiaries that you

04:24:24  3     referred to earlier in the day?

04:24:25  4          A.   Yes, I think that is correct.

04:24:44  5          Q.   I just want to understand, when you say, "I

04:24:47  6     think," are you uncertain as to Exhibit 2441?

04:25:05  7          A.   Well, I have not, at the end of the day,

04:25:09  8     essentially ascertained the things visually, but I have

04:25:12  9     been furnished with a report to such effect.

04:25:15  10         Q.   By whom?

04:25:17  11         A.   From manager Beom Joon Kim.

04:25:22  12         Q.   Earlier, I asked you what you had done to

04:25:30  13    verify the information that's in the spreadsheet that

04:25:35  14    was prepared yesterday.  Did you verify the information

04:25:39  15    from Exhibit 2440 or from Exhibit 2441?

04:25:57  16         A.   Sir, the material that I had gotten to look

04:27:21  17    at was basically in a bigger format.  As I mentioned,

04:27:24  18    it was an A4 -- twice the size as an A4, whereas, what

04:27:28  19    we have here before us is, in fact, an A4, it's a

04:27:31  20    difference in terms of the thickness and so forth.

04:27:33  21             But anyhow, with respect to the salient

04:27:36  22    details in terms of the data I told you that there was

04:27:38  23    no need on my part to take a look at those things, and

04:27:43  24    I never said that I looked at those things, in other

04:27:46  25    words, okay.  But anyway, what I had ascertained

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     101

04:27:52  1    visually yesterday was different from what we have

04:27:53  2    here.  But in terms of the overall format, what I got

04:27:56  3    to see yesterday was in terms of the changed format,

04:28:02  4    okay.

04:28:02  5             Now, going back to why I did not need to

04:28:05  6    bother looking at any of the data is because, as I

04:28:08  7    stated before, when it comes to this data, this is

04:28:10  8    something pursuant to our routine accounting

04:28:13  9    procedures.  These are data culled from that that have

04:28:17 10    been compiled in accordance with GAAP.  They have

04:28:22 11    further been subject to outside CPA's audit on a

04:28:29 12    regular basis, and so the reliability of the data

04:28:32 13    thereof is not in question at all.

04:28:35 14        Q.   Was either of Exhibit 2440 or Exhibit 2441

04:28:43 15    ever reviewed, these documents, by external auditors?

04:29:04 16        A.   What, are you talking about these printouts

04:29:06 17    as have been prepared like this?

04:29:08 18        Q.   Correct.

04:29:11 19        A.   No.

04:29:11 20        Q.   I've got a number of more questions about

04:29:15 21    2440 and 2441, but at the break, I told your counsel

04:29:18 22    that I'd stop, because my understanding is that there

04:29:23 23    was something about your prior testimony that you

04:29:25 24    wanted to clarify.  Is there something that you want to

04:29:28 25    clarify?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      110

04:50:31  1          A.   Right.  To be more exact, the sales revenue

04:50:36  2     figures in terms -- from -- on the part of these

04:50:39  3     manufacturing entities within Samsung Electronics

04:50:42  4     Limited, those sales entities.

04:50:44  5          Q.   Is there a separate set of subsidiaries that

04:50:48  6     do the manufacturing?

04:50:59  7          A.   Yes.

04:50:59  8          Q.   What's the name used for those subsidiaries?

04:51:10  9               MR. STEIGER:  Compound, assumes facts.

04:51:13  10         A.   Well, the names are -- you know, these are,

04:51:33  11    mind you, Samsung subsidiaries, manufacturing

04:51:39  12    subsidiaries, and they go by something like SEHZ, S in

04:51:43  13    the front denotes Samsung.

04:51:45  14         Q.   (By MR. OLSON)  How many of them are there?

04:51:51  15              LEAD INTERPRETER:  Madam Reporter, this

04:51:53  16    interpreter thought he heard SEHZ.  We will verify.

04:52:13  17         A.   By that question, do you mean to ask as to

04:52:15  18    the entire number of companies engaged in the

04:52:17  19    manufacture of mobile products or, from amongst them,

04:52:23  20    only those who sell product to SEA, SEA America -- or

04:52:32  21    to America.

04:52:34  22         Q.   Which companies are included in the numbers

04:52:37  23    that are provided under the manufacturing entry?

04:52:58  24         A.   There are about three.

04:53:00  25         Q.   What are they?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     111

04:53:05   1         A.   SEC Korea, SEHZ, TSTC, and all companies are

04:53:19   2    Samsung subsidiaries.

04:53:20   3         Q.   And what are the names of the Chinese

04:53:24   4    subsidiaries that are being excluded?

04:53:37   5         A.   Those two companies, SEHZ and TSTC, those

04:53:41   6    are the Chinese entities.

04:53:43   7         Q.   That are being excluded?

04:53:47   8         A.   In terms of the data excluded, I told you

04:53:53   9    that it was only with respect to profit and loss, the

04:54:03   10   bottom line only --

04:54:04   11             LEAD INTERPRETER:   Strike.

04:54:05   12        A.   -- in terms of the bottom line there only.

04:54:07   13        Q.   What data from each of those entries is

04:54:09   14   being included in the line items between 47 and 64 as

04:54:17   15   it would be reflected on 2440?

04:54:38   16        A.   All items, all categories are included.   If

04:54:56   17   I may further elaborate?

04:54:57   18        Q.   Sure.

04:56:21   19        A.   If, perchance, a China-based entity were to

04:56:26   20   have manufactured, let's say, 1,000 pieces of product,

04:56:31   21   they sold it at $1 million, their cost was $990,000,

04:56:38   22   then that would mean they turned a profit of $10,000,

04:56:41   23   right?  And leaving alone all the work that we did,

04:56:49   24   basically, we essentially added that $10,000 of P&L,

04:56:56   25   well, profit, to the COGS to basically bring up the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     112

04:57:01  1     $990,000 to $1 million.  And as it were, we have

04:57:07  2     essentially wiped out the profit, thus, neutralizing

04:57:11  3     things.

04:57:11  4              If we were to have done away with everything

04:57:14  5     else, as well, then that would have created a confusion

04:57:18  6     in terms of how you view the data.

04:57:22  7              So put another way, if, perchance, all the

04:57:26  8     data pertaining to the Chinese, say, supply entity were

04:57:31  9     to be wiped out, then the upshot of that would be that,

04:57:36  10    curiously, there would have been a sale of $1 million,

04:57:39  11    but only a supply of 50,000 units.  Does that make

04:57:43  12    sense?

04:57:45  13          Q.   Not sure yet, but we got to change the tape?

04:57:48  14              VIDEOGRAPHER:  This marks the end of

04:57:50  15    Videotape Number 3 in the deposition of Jaehwang Sim.

04:57:54  16    Going off the record.  The time is 4:57.

04:58:02  17              (Recess taken.)

05:20:57  18              VIDEOGRAPHER:  Back on the record.  This

05:21:42  19    marks the beginning of Videotape Number 4 in the

05:21:44  20    deposition of Jaehwang Sim.  The time is 5:21.

05:21:51  21              MR. STEIGER:  And before beginning the

05:21:52  22    questioning, I just wanted to confirm, we had an

05:21:54  23    off-the-record discussion where I indicated that it

05:21:57  24    would be possible to ask some questions about the

05:22:03  25    C-O-G-S or COGS category, and I didn't want my

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     180

08:25:01  1          Q.   Right.   We're -- we're in March, the second

08:25:03  2     quarter would begin in April.

08:25:09  3          A.   I suppose it would be created sometime

08:25:11  4     around the end of March.

08:25:12  5          Q.   Is the most recent plan for the Mobile Phone

08:25:24  6     Division the first quarter of 2012?

08:25:36  7          A.   Yes.

08:26:06  8          Q.   Why do you believe that it was necessary or

08:26:12  9     appropriate to exclude the profit at the Chinese

08:26:17 10     subsidiaries from the analysis in Exhibit 2440?

08:26:39 11          MR. STEIGER:   You're not to testify to any

08:26:41 12     communications to or from inside or outside legal

08:26:43 13     counsel.

08:27:03 14          A.   I actually talked about that earlier in that

08:27:07 15     the China-based entities are not subject to the present

08:27:11 16     litigation.   And lest any, say, distorted information

08:27:26 17     being included based upon entities that are not part of

08:27:31 18     the suit, you know, that's why we excluded those.

08:27:33 19          Q.   (By MR. OLSON)   When you say they're not

08:27:35 20     part of the litigation, do you mean they're not

08:27:36 21     identified as a defendant?

08:27:45 22          MR. STEIGER:   And again, you're not to

08:27:47 23     testify to any information that you have as a result of

08:27:51 24     communications with legal counsel.   If you're basing --

08:27:54 25     if you can base an answer on information you know from

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    181

08:27:58  1    the course of your job, you can answer to that extent.

08:29:24  2        A.    Again, the China-based entities are not part

08:29:28  3    of the suit.  They are not part of the reason.  You

08:29:34  4    know, it's supposed to be that we're supposed to leave

08:29:36  5    out anything and everything about them, but some

08:29:39  6    aspects such as the P&L aspects have been included

08:29:44  7    which we necessarily had to neutralize for that reason.

08:29:48  8    By that, I'm talking about how we, in order to ensure

08:29:58  9    that there be no distorted image be presented, kind of

08:30:00 10    like the way we talked about the SECA and others

08:30:02 11    earlier, remember?  You will recall how only revenue

08:30:07 12    figures for those were included.  And the reason why

08:30:10 13    that was such was because although those are also not

08:30:14 14    subject to the present lawsuit, you had effectively

08:30:17 15    requested that we show you something about the

08:30:20 16    worldwide manufacturing figures, so in order to show

08:30:22 17    that we did show -- include a minimal amount of

08:30:26 18    information, but in order to, again, mitigate any

08:30:30 19    distortion as to the overall picture, we needed to so

08:30:34 20    neutralize and treat the data that way.

08:30:42 21        MR. OLSON:  So I, subject to the objections

08:30:46 22    and reservations that I stated at the beginning of the

08:30:49 23    deposition, I would pass the witness.  If you're going

08:30:51 24    to pass him back, I would like to only mark and

08:30:54 25    incorporate into the record the notices for the