# EXHIBIT 4
# FILED UNDER SEAL



# SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

Financial Statements

March 31, 2011

(With Independent Accountants' Review Report Thereon)

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

# FINANCIAL STATEMENTS OF

# SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.

(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

March 31, 2011

## INDEX TO FINANCIAL STATEMENTS

|  | Page |
|---|---|
| Independent Accountants' Review Report | 2 |
| **Financial Statements** | |
| Statement of Financial Position | 3 |
| Statement of Comprehensive Income | 5 |
| Statement of Changes in Equity | 6 |
| Statement of Cash Flows | 7 |
| Notes to the Financial Statements | 8 |

1

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029832



**KPMG LLP**
Suite 3100
717 North Harwood Street
Dallas, TX 75201-6585

### Independent Accountants' Review Report

The Member
Samsung Telecommunications America, L.L.C.:

We have reviewed the accompanying statement of financial position of Samsung Telecommunications America, L.L.C. as of March 31, 2011 and December 31, 2010, and the related statements of comprehensive income, changes in equity and cash flows for the three months ended March 31, 2011 and 2010. A review includes primarily applying analytical procedures to management's financial data and making inquiries of management. A review is substantially less in scope than an audit, the objective of which is the expression of an opinion regarding the financial statements as a whole. Accordingly, we do not express such an opinion.

Management is responsible for the preparation and fair presentation of the financial statements in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the financial statements.

Our responsibility is to conduct the reviews in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants and in accordance with International Standards on Review Engagements 2400. Those standards require us to perform procedures to obtain limited assurance that there are no material modifications that should be made to the financial statements. We believe that the results of our procedures provide a reasonable basis for our report.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

KPMG LLP

April 21, 2011

KPMG LLP is a Delaware limited liability partnership, the U.S. member firm of KPMG International Cooperative ("KPMG International"), a Swiss entity.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500029833

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## STATEMENT OF FINANCIAL POSITION

| (In thousands of U.S. dollars) | Note | March 31, 2011 | December 31, 2010 |
|---|---|---|---|
| **Assets** | | | |
| Current assets | | | |
| Cash and cash equivalents | 11 | $ 4,178 | $ 24,129 |
| Trade receivables | 9 | 37,616 | 100,220 |
| Due from related parties | 18 | 711,408 | 941,825 |
| Taxes receivable | | - | 13,771 |
| Other receivables | | 192 | 295 |
| Prepaid expenses and other assets | | 16,816 | 4,301 |
| Inventories | 6 | 256,015 | 307,938 |
| Deferred cost | | 214 | 438 |
| Total current assets | | 1,026,439 | 1,392,917 |
| | | | |
| Non-current assets | | | |
| Property and equipment | 7 | 17,930 | 16,241 |
| Intangible assets | 8 | 1,274 | 1,613 |
| Deferred income tax assets | 16 | 21,109 | 16,768 |
| Other non-current assets | | 2,759 | 2,021 |
| Total non-current assets | | 43,072 | 36,643 |
| Total assets | | $ 1,069,511 | $ 1,429,560 |

The notes on pages 8 to 28 are an integral part of these financial statements.

3

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029834

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## STATEMENT OF FINANCIAL POSITION

| (In thousands of U.S. dollars) | Note | March 31, 2011 | December 31, 2010 |
|---|---|---|---|
| **Liabilities and Equity** | | | |
| Current liabilities | | | |
| Trade payables | | $ 7,749 | $ 6,387 |
| Due to related parties | 18 | 470,101 | 596,408 |
| Loans payable to related parties | 18 | 57,551 | 213,608 |
| Other payables | | 14,023 | 7,606 |
| Deferred revenue | | 776 | 3,479 |
| Taxes payable | | 9,993 | - |
| Cash overdraft | 11 | 2,173 | 3,981 |
| Accrued expenses | 10 | 190,673 | 275,260 |
| Total current liabilities | | 753,039 | 1,106,729 |
| | | | |
| Non-current liabilities | | | |
| Other non-current liabilities | | 1,137 | 2,526 |
| Total non-current liabilities | | 1,137 | 2,526 |
| Total liabilities | | 754,176 | 1,109,255 |
| | | | |
| Equity | | | |
| Common stock | | 57,500 | 57,500 |
| Retained earnings | | 236,128 | 241,098 |
| Additional capital contributions | | 21,707 | 21,707 |
| Total equity | | 315,335 | 320,305 |
| Total liabilities and equity | | $ 1,069,511 | $ 1,429,560 |

The notes on pages 8 to 28 are an integral part of these financial statements.

4

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029835

## SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.
(A wholly indirect owned subsidiary of Samsung Electronics Co., Ltd., of Korea)

### STATEMENT OF COMPREHENSIVE INCOME
For the three months ended March 31, 2011 and 2010

| | Note | 2011 | 2010 |
|---|---|---|---|
| *(In thousands of U.S. dollars)* | | | |
| **Revenue** | | | |
| Product revenue | | $ 1,920,731 | $ 1,809,751 |
| Research and development revenue | 2,18 | 12,146 | 14,127 |
| Total revenue | | 1,932,877 | 1,823,878 |
| **Cost of sales** | | (1,890,659) | (1,743,178) |
| **Gross profit** | | 42,218 | 80,700 |
| **Operating income/(expenses)** | | | |
| Selling, general, and administrative expenses | 13 | (56,814) | (53,976) |
| Research and development expenses | 13,18 | (11,568) | (13,454) |
| Other operating income | 14 | 18,440 | 12,694 |
| Other operating expenses | 14 | (2) | (130) |
| Total operating expenses | | (49,944) | (54,866) |
| **Operating profit (loss)** | | (7,726) | 25,834 |
| **Finance income/(expenses)** | | | |
| Finance income | 15 | 23 | 277 |
| Finance expenses | 15 | (250) | (604) |
| Total finance expenses | | (227) | (327) |
| **Profit (loss) before income tax expense** | | (7,953) | 25,507 |
| Income tax benefit (expense) | 16 | 2,983 | (10,013) |
| **Profit (loss) for the period** | | (4,970) | 15,494 |
| **Other comprehensive income for the period, net of taxes** | | - | - |
| **Total comprehensive income (loss) for the period** | | $ (4,970) | $ 15,494 |

The notes on pages 8 to 28 are an integral part of these financial statements.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029836

## SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.

(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

### STATEMENT OF CHANGES IN EQUITY

For the three months ended March 31, 2011 and 2010

| (In thousands of U.S. dollars) | Note | Common stock | Retained earnings | Additional capital contributions | Total equity |
|---|---|---|---|---|---|
| Balance at January 1, 2011 | | $ 57,500 | 241,098 | 21,707 | $ 320,305 |
| Total comprehensive income (loss) | | | (4,970) | | (4,970) |
| Balance at March 31, 2011 | | $ 57,500 | 236,128 | 21,707 | $ 315,335 |
| Balance at January 1, 2010 | | $ 57,500 | 216,207 | 21,810 | $ 295,517 |
| Total comprehensive income | | - | 15,494 | - | 15,494 |
| Transactions with owners of the company, recognized directly in equity | | | | | |
| Other | | - | - | (97) | (97) |
| Balance at March 31, 2010 | | $ 57,500 | 231,701 | 21,713 | $ 310,914 |

The notes on pages 8 to 28 are an integral part of these financial statements.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500029837

## SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

### STATEMENT OF CASH FLOWS
For the three months ended March 31, 2011 and 2010

| (In thousands of U.S. dollars) | Note | March 31, 2011 | March 31, 2010 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit (loss) for the period | | $ (4,970) | $ 15,494 |
| Adjustments | 17 | (602) | 1,968 |
| Net working capital changes | 17 | 24,127 | (166,305) |
| Interest paid | | (246) | (603) |
| Income tax paid | | (12,149) | (5,641) |
| **Net cash from (used in) operating activities** | | 6,160 | (155,087) |
| **Cash flows from investing activities** | | | |
| Purchases of property and equipment and intangible asset | | (4,060) | (5,601) |
| Disposal of property and equipment and intangible asset | | 520 | 488 |
| **Net cash used in investing activities** | | (3,540) | (5,113) |
| **Cash flows from financing activities** | | | |
| Cash overdraft | | - | (1,791) |
| Short-term borrowings from affiliates | | (20,763) | 161,991 |
| **Net cash from (used in) financing activities** | | (20,763) | 160,200 |
| **Net increase (decrease) in cash and cash equivalents** | | (18,143) | - |
| **Cash and cash equivalents** | | | |
| Beginning of the period | | 20,148 | - |
| End of the period | | $ 2,005 | $ - |

The notes on pages 8 to 28 are an integral part of these financial statements.

7

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029838

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

### 1. General Information

Effective December 31, 2006, Samsung Telecommunications, L.P. was converted into a limited liability company known as Samsung Telecommunications America, L.L.C. (the Company). The address of the Company's registered office is 1301 E. Lookout Drive, Richardson, Texas, 75082. The Company is a wholly owned subsidiary of Samsung Electronics America, Inc. (SEA), located at 105 Challenger Rd., Ridgefield Park, New Jersey, which, in turn, is a wholly owned subsidiary of Samsung Electronics Co., Ltd. (SEC), the Company's ultimate parent company, which address is Suwon, the Republic of Korea.

The Company is engaged in the import, distribution, repair, and research and development of telecommunications devices and related products throughout the United States and Canada, manufactured primarily by SEC.

This interim financial information was approved by management for issue on April 21, 2011.

### 2. Summary of Significant Accounting Policies

The Company first adopted International Financial Reporting Standards (IFRS) from January 1, 2010 (the date of transition: January 1, 2009). These standards have been consistently applied to the 2011 and 2010 financial information presented.

These interim financial statements have been prepared in accordance with IFRS and International Financial Reporting Interpretations Committee (IFRIC) interpretations applicable at March 31, 2011. The policies set out below were consistently applied to the statement of financial position and for the comparative financial statements presented.

On March 1, 2011, the Company transferred to SEA substantially all assets and liabilities of the set-top box division of the Company. The Company recorded a receivable from SEA equal to the net book value as of March 1, 2011. The operations of the set-top box division are no longer included in the Company's statement of operations beginning March 1, 2011. The set-top box division is not material to the financial statements.

The principal accounting policies applied in the preparation of these financial statements are set out below:

As authorized by IAS 8, *Accounting Policies, Changes in Accounting Estimates and Errors*, as of January 1, 2011, the Company has voluntarily changed their revenue recognition policy for certain multiple element arrangements that contain software to follow the guidance of FASB Accounting Standards Update (ASU) No. 2009-13, *Revenue Recognition (Topic 605) – Multiple-Deliverable Revenue Arrangements* and ASU No. 2009-14, *Software (Topic 985) – Certain Revenue Arrangements That Include Software Elements*. The revised accounting policy more appropriately reflects the economic substance of the arrangements entered into by the Company. In accordance with IAS 8, the change was calculated on a retrospective basis and the impact on the statement of financial position and the statement of comprehensive income is immaterial for the periods presented.

### 2.1 Basis of preparation

The financial statements have been prepared in accordance with IFRS (as issued by the International Accounting Standards Board (IASB)) on a historical cost basis unless otherwise stated in the notes.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029839

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

**Standards, amendments, and interpretations that have been issued but are not effective for the financial year beginning January 1, 2011 and have not been early adopted**:

IFRS 9
In November 2009, the IASB issued IFRS 9, *Financial Instruments*, as a first step in its project to replace IAS 39, *Financial Instruments: Recognition and Measurement*. IFRS 9 introduces new requirements for how an entity should classify and measure financial assets that are in the scope of IAS 39. The standard requires all financial assets to be classified on the basis of the entity's business model for managing the financial assets and the contractual cash flow characteristics of the financial asset. IFRS 9 is effective for annual periods beginning on or after January 1, 2013, with earlier application permitted. The adoption will not have any effect on the Company's financial statements.

**2.2 Foreign currency translation**

(a) Functional and presentation currency

Items included in the financial statements are measured using the currency of the primary economic environment in which the Company operates (the functional currency). The financial statements are presented in U.S. dollars, which is the Company's functional currency.

(b) Transactions and balances

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions or valuation where items are remeasured. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at the exchange rate at the end of the reporting period of monetary assets and liabilities denominated in foreign currencies are recognized in the statement of comprehensive income.

**2.3 Cash and cash equivalents**

The Company considers all highly liquid investments with maturities less than three months from the date of acquisition to be cash equivalents. Bank overdrafts are considered short-term borrowings in the statement of financial position and treated as cash and cash equivalent in the statement of cash flows. Bank overdrafts in excess of cash and cash equivalent are treated as financing activities in the statement of cash flows.

**2.4 Financial instruments**

The Company has classified all financial assets as loans and receivables and all financial liabilities as financial liabilities at amortized cost. Transaction costs that are directly attributable to the acquisition or issuance of financial assets or liabilities are accounted for as part of the respective asset or liability carrying value at inception and are amortized or accreted into the statement of comprehensive income utilizing the effective interest rate method. Pre-payments and statutory liabilities are excluded from this analysis as it is required only for financial instruments.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029840

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

1) Financial assets

Loans and receivables are financial assets with fixed or determinable payments that are not quoted in an active market. Such assets are recognized initially at fair value plus any directly attributable transaction costs. Subsequent to initial recognition, loans and receivables are measured at amortized cost using the effective interest method, less any impairment losses. Loans and receivables comprise trade and other receivables, due from related parties and loans receivable from related parties. The carrying value of financial assets approximates fair value due to the short-term nature of these assets.

2) Financial liabilities

Financial liabilities are recognized initially at fair value plus any directly attributable transaction costs. Subsequent to initial recognition, these financial liabilities are measured at amortized cost using the effective interest method. Financial liabilities comprise trade and other payables, due to related parties, loans payable to related parties, and cash overdraft. The carrying amounts of financial liabilities approximate their fair value due to the short-term nature of these liabilities. All financial liabilities are due on demand.

3) Impairment of financial assets

(a) Assets carried at amortized cost

The Company assesses at the end of each reporting period whether there is objective evidence that a financial asset or group of financial assets is impaired. A financial asset or a group of financial assets is impaired and an impairment loss is incurred only if there is objective evidence of impairment as a result of one or more events that occurred after the initial recognition of the asset (a loss event) and that loss event (or events) has an impact on the estimated future cash flows of the financial asset or group of financial assets that can be reliably estimated.

The criteria that the Company uses to determine that there is objective evidence of an impairment loss include:
- Significant financial difficulty of the issuer or obligor;
- A breach of contract, such as a default or delinquency in interest or principal payments; and
- The group, for economic or legal reasons relating to the borrower's financial difficult, granting to the borrower a concession that the lender would not otherwise consider;
- It becomes probable that the borrower will enter bankruptcy or other financial reorganization;
- The disappearance of an active market for that financial asset because of financial difficulties.

The amount of the loss is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows (excluding future credit losses that have not been incurred) discounted at the financial asset's original effective interest rate. The carrying amount of the asset is reduced and the amount of the loss is recognized in the statement of comprehensive income. As a practical expedient, the Company may measure impairment on the basis of an instrument's fair value using an observable market price.

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized (such as an improvement in the debtor's credit rating), the reversal of the previously recognized impairment loss is recognized in the statement of comprehensive income.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER                    S-ITC-500029841

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**

(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

### 2.5 Trade receivables

Trade receivables are amounts due from customers for merchandise sold in the ordinary course of business. If collection is expected in one year or less (or in the normal operating cycle of the Company if longer), they are classified as current assets. If not, they are presented as non-current assets.

A provision for impairment of trade receivables is established based on a periodic review of all outstanding amounts when there is evidence that the Company will not be able to collect all amounts due according to the original terms of receivables. Significant financial difficulties of the debtor, probability that the debtor will enter bankruptcy or financial reorganization, and default or delinquency in payments are considered indicators that a trade receivable is impaired. The carrying amount of the asset is reduced through the use of an allowance account, and the amount of loss is recognized in the statement of comprehensive income within selling, general, and administrative expenses. When a trade receivable is uncollectible, bad debts are written off against the allowance account for trade receivables. Subsequent recoveries of amounts previously written off are credited against selling, general, and administrative expenses in the statement of comprehensive income.

In the event of a transfer of receivables, the Company derecognizes receivables when the Company has transferred the contractual rights to the cash flows and all the risks and rewards of ownership of the receivables. The Company transfers a significant portion of its trade receivables to Samsung Receivables Corporation (SRC), a special purpose corporation affiliate established by SEA, and receives cash in relation to the interest in its receivables sold by SRC to certain financial institutions. The remainder of the receivables transferred, which represents the balance of receivables not sold by SRC, are recorded as due from related parties in the accompanying statement of financial position.

### 2.6 Inventories

Inventories, representing mostly wireless terminal phones, business communications systems, wireless system products, WiMax equipment, and related parts and accessories, are stated at the lower of cost and net realizable value and are classified as finished goods. Cost is determined using the weighted average cost method, except for materials-in-transit. Net realizable value is the estimated selling price in the ordinary course of business, less applicable variable selling expenses.

Inventories are written down to net realizable value based on excess, obsolescence, and the decline in value. This reduction is determined by estimating market value based on future customer demand. The losses on inventory obsolescence are recorded as a part of cost of sales.

### 2.7 Property and equipment

Property and equipment are stated at cost less accumulated depreciation and accumulated impairment losses. Historical cost includes the expenditure that is directly attributable to the acquisition of the items. Subsequent costs are included in the asset's carrying amount or recognized as a separate asset, as appropriate, only when it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.

11

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029842

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

Leasehold improvements are depreciated over the shorter of the lease term or useful life. Depreciation is calculated using the straight-line method over their estimated useful lives, as follows:

|  | Estimated useful lives |
|---|---|
| Leasehold improvement | 7 years |
| Machinery and equipment | 5 years |
| Tools and fixtures | 5 years |
| Vehicles | 5 years |
| Furniture and office equipment | 5 years |
| Computer hardware | 5 years |

The assets' residual values and useful lives are reviewed, and adjusted if appropriate, at the end of the reporting period. An asset's carrying amount is written down immediately to its recoverable amount if the asset's carrying amount is greater than its estimated recoverable amount. Gains and losses on disposals are determined by comparing the proceeds with the carrying amount and are recognized within the statement of comprehensive income.

### 2.8 Intangible assets

The Company's intangible assets consist entirely of purchased software amortized using the straight-line method over a three-year term.

### 2.9 Impairment of non-financial assets

Assets that are subject to amortization are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. An impairment loss is recognized for the amount by which the asset's carrying amount exceeds its recoverable amount. The recoverable amount is the higher of an asset's fair value less costs to sell and its value in use. For the purposes of assessing impairment, the recoverable amount is determined for an individual asset, unless the asset does not generate cash inflows that are largely independent of those from other assets or groups of assets, for which the recoverable amount is determined for the cash-generating unit to which the asset belongs. Non-financial assets that suffered impairment are reviewed for possible reversal of the impairment at each reporting date.

### 2.10 Borrowings and loans

Borrowings are recognized initially at fair value, net of transaction costs. Borrowings are subsequently measured at amortized cost; any difference between proceeds and the redemption value is recognized in the statement of comprehensive income over the period of the borrowings using the effective interest method. If the Company has an indefinite right to defer payment for a period longer than 12 months after the end of the reporting date, such liabilities are recorded as non-current liabilities. Otherwise, they are recorded as current liabilities.

### 2.11 Employee benefits

The Company participates in the retirement savings plan of affiliates qualified under Section 401(k) of the Internal Revenue Code. All employees meeting minimum age requirements are eligible to enroll in the plans upon completion of certain periods of service. The Company has no legal or constructive obligations to pay further contributions if the fund does not hold sufficient assets to pay all employees the benefits relating to employee

12

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029843

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

service in the current and prior periods. Matching employer contributions for the three months ended March 31, 2011 and 2010 totalled $1,618,233 and $1,582,322, respectively.

### 2.12 Provisions

Provisions are measured at the present value of the expenditures expected to be required to settle the obligation using a pre-tax rate that reflects current market assessments of the time value of money and the risks specific to the obligation. The increase in the provision due to passage of time is recognized as interest expense.

When there is a probability that an outflow of economic benefits will occur due to a present obligation resulting from a past event, and whose amount is reasonably estimable, a corresponding amount of provision is recognized in the financial statements. However, when such outflow is dependent upon a future event and is not certain to occur, or cannot be reliably estimated, a disclosure regarding the contingent liability is made in the notes to the financial statements.

### 2.13 Leases

The Company leases certain property and equipment. Lease of property and equipment where the Company has substantially all the risks and rewards of ownership are classified as finance leases. Leases in which a significant portion of the risks and rewards of ownership are retained by the lessor are classified as operating leases. Payments made under operating leases (net of any incentives received from the lessor) are charged to the statement of comprehensive income on a straight-line basis over the period of the lease.

### 2.14 Revenue recognition

(a) Sales of goods

Revenue comprises the fair value of the consideration received or receivable for the sale of goods in the ordinary course of the Company's activities. Revenue is shown net of value-added tax, returns, rebates and discounts.

The Company recognizes revenue when specific recognition criteria have been met. The Company bases its estimates on historical results, taking into consideration the type of customer, the type of transaction and the specifics of each arrangement.

Revenue related to products are recognized upon delivery when the significant risks and rewards of ownership of goods have transferred to the buyer, continuing managerial involvement usually associated with ownership and effective control has ceased, the amount of revenue can be measured reliably, it is probable that the economic benefits associated with the transaction will flow to the Company and the costs incurred or to be incurred in respect of the transaction can be measured reliably. The Company records reductions to revenue for special pricing arrangements, price protection and other volume based discounts. If product sales are subject to customer acceptance, revenue is not recognized until customer acceptance occurs.

Deferred revenue and related deferred costs consist primarily of payments received and costs incurred in advance of revenue being recognizable under wireless systems contracts. Depending on the nature of the revenue arrangement, deferred revenue is either recognized on a straight-line basis over the term of the arrangement or recognized when customer acceptance is obtained for products and services delivered under arrangements with

13

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029844

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

significant customer acceptance criteria. The Company's products are generally subject to warranty and such estimated costs are provided for in cost of sales when product revenue is recognized.

Costs incurred by the Company for shipping and handling are classified as a component of selling, general, and administrative expenses and were $2,631,774 and $3,196,720 for the three months ended March 31, 2011 and 2010, respectively.

(b) Income from outsourced research and development

The Company recognizes revenue for performing research, development and product engineering activities for SEC and its affiliates. The revenues are based on contractual arrangements whereby the revenues received are based on the Company's actual cost plus a margin. Revenue reimbursed by SEC and actual costs are expensed as incurred and recorded as a component of revenue and selling, general, and administrative expenses, respectively, in accordance with the accounting treatment of SEC. Research and development revenue, net of actual costs are $578,378 and $672,706 for the three months ended March 31, 2011 and 2010, respectively.

### 2.15 Income tax expense and deferred taxes

The tax expense for the period comprises current and deferred tax. Tax is recognized in the statements of comprehensive income, except to the extent that it relates to items recognized directly in equity.

The current income tax charge is calculated on the basis of the tax laws enacted or substantively enacted at the statement of financial position date in the countries where the Company operates and generates taxable income. Management periodically evaluates positions taken in tax returns with respect to situations in which applicable tax regulation is subject to interpretation. It establishes provisions where appropriate on the basis of amounts expected to be paid to the tax authorities.

Deferred income tax is recognized, using the asset and liability method, (i) on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the financial statements, (ii) unused tax losses and (iii) unused tax credits. However, the deferred income tax is not accounted for if it arises from initial recognition of an asset or liability in a transaction other than a business combination that at the time of the transaction affects neither accounting nor taxable profit or loss. Deferred income tax is determined using tax rates (and laws) that have been enacted or substantially enacted by the statement of financial position date and are expected to apply when the related deferred income tax asset is realized or the deferred income tax liability is settled.

Deferred income tax assets are recognized only to the extent that it is probable that future taxable profit will be available against which the deductible temporary differences, unused tax losses and unused tax credits can be utilized.

Deferred income tax assets and liabilities are offset when there is a legally enforceable right to offset tax assets against tax liabilities and when the deferred income taxes assets and liabilities relate to income taxes levied by the same taxation authority on either the taxable entity or different taxable entities where there is an intention to settle the balances on a net basis.

Deferred taxes are reviewed at each statement of financial position date to take into account factors including the impact of changes in tax laws and the prospects of recovering deferred tax assets arising from deductible

14

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029845

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

temporary differences. Deferred tax assets and liabilities are not discounted.

The Company is part of a consolidated tax group that files a consolidated federal income tax return. State tax returns are filed on a consolidated, combined, or separate basis depending on the applicable laws relating to the Company.

Following a restructuring on July 1, 2004, the Company is a disregarded entity for federal tax purposes. Accordingly, the Company is treated as a division of the parent company, SEA and is not regarded as a subsidiary of the SEA affiliated group of corporations.

All members of the group have entered into a tax allocation agreement, which provides for the allocation of federal and state consolidated income tax liabilities based upon each member's proportionate share of taxable income contributing to such liability. To the extent that any member of the group utilizes any other member's tax benefits, SEA is obligated to reimburse such member only when SEA would have been able to utilize such benefits giving consideration to any separate tax benefit carryforwards of SEA. On July 1, 2004, the tax allocation agreement was amended to provide that disregarded entities within the group would not be required to pay their proportionate share of the federal income tax liability to SEA.

As a result of the election to become a disregarded entity as well as amendments to the tax allocation amendment, the Company, prior to 2009, recorded its federal tax accrual and separate state tax accrual to additional capital contribution, instead of an income tax payable account.

In 2009, the Company and SEA agreed that the Company would be required to pay its proportionate share of the federal income tax liability to SEA when SEA is required to pay any portion of the federal income tax liability. Accordingly, the Company now records its federal tax accrual and separate tax accrual to an income taxes payable account instead of additional capital adjustment.

### 2.16 Product warranties

The Company provides a 15-month standard product warranty for wireless terminal devices, a 36-month standard product warranty for set-top boxes, and a 24-month standard product warranty for business communication systems, from the date of sale. Actual warranty costs are reimbursed by SEC for the amount in excess of service repair revenue recorded. SEC reimbursed the Company a total of $25,277,417 and $11,711,398 for the three months ended March 31, 2011 and 2010, respectively.

### 2.17 Advertising and promotional expense

The Company expenses all advertising and promotional costs as incurred.

### 3. Financial risk management

#### 3.1 Financial risk factors

The Company is exposed to credit risk, liquidity risk and market risk. Market risk arises from currency risk and interest rate risk is associated with investments. The Company's risk management program is run on a group-wide basis.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029846

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
**(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)**

## NOTES TO THE FINANCIAL STATEMENTS

(1)  Market risk

(a)  Foreign exchange risk

The Company markets its products primarily in the United States of America, and most of the Company's financial assets and liabilities originate in U.S. dollars. The Company is exposed to foreign exchange risk for some sales and purchases that are denominated in Canadian dollars. Gains and losses arise from foreign currency transactions and exchange positions. The Company believes that foreign exchange risk is low since financial assets and liabilities denominated in Canadian dollars are not significant.

(b)  Interest rate risk

The Company is exposed to interest rate risk due to changes in interest rates applicable to intercompany borrowings. The Company believes that interest rate risk is low since all borrowings are from an affiliated company. Interest rates for intercompany loans are determined by Samsung Finance Center of SEA (see note 18).

(2)   Credit risk

Credit risk arises during the normal course of transactions and investing activities, where clients or other parties fail to discharge an obligation. The Company monitors and sets the counterparty's credit limit on a periodic basis based on the counterparty's financial conditions, default history and other important factors.

Trade receivables subject the Company to credit risk. In assessing credit risk, the Company performs ongoing credit evaluations of its customers. The Company transfers a significant portion of its trade receivables to SRC (see note 2.5 and note 9). In addition, the Company has credit risk related to amounts that are due from related parties.    Historically, the Company has not incurred any losses on amounts due from related parties. Accordingly, the Company believes that the exposures to credit risk are not significant.

Approximately 58% of the Company's total product revenues for the three months ended March 31, 2011 were generated from four customers: Sprint, T-Mobile, Verizon Wireless, and AT&T. For the three months ended March 31, 2011, Sprint, T-Mobile, Verizon Wireless, and AT&T comprised approximately 16%, 15%, 11%, and 16% of total product revenue, respectively.

Approximately 71% of the Company's total product revenues for the three months ended March, 2010 were generated from four customers: Sprint, T-Mobile, Verizon Wireless, and AT&T. For the three months ended March 31, 2010, Sprint, T-Mobile, Verizon Wireless, and AT&T comprised approximately 15%, 12%, 22%, and 22% of total product revenue, respectively.

Credit risk arises from cash and cash equivalents and savings transactions with financial institutions. The Company transacts only with banks that have a strong credit rating.

(3)  Liquidity risk

The Company develops and runs net liquid assets and cash management tools to manage its liquidity. The Company's liquid asset strategy requires maintaining adequate net working capital. The Company has significant arrangements and transactions with its ultimate parent, SEC, and other Samsung affiliates and, from time to time, is dependent upon its parent or affiliates to provide working capital financing. All transactions are settled within

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029847

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

three months. Interest is posted on the intercompany loan balance and the amounts recorded as of March 31, 2011 and December 31, 2010 were not material. All remaining financial liabilities, including trade payable, other payables, taxes payable, and cash overdrafts do not bear interest are expected to be paid within one year. The contractual amounts due for all financial liabilities do not differ materially from their carrying amounts.

(4) Operational risk

The Company is dependent on SEC for the majority of its supply of telecommunications devices and related products. The loss of SEC as the Company's primary supplier could have a material adverse effect on the Company.

**4. Capital management policy**

Capital management is monitored on an ongoing basis by the parent. The key items monitored are the liability to total asset ratio. The purpose of the Company's capital management is to maintain a strong capital base. The Company monitors the liability to total asset ratio. The ratio is 71%, and 78% as of March 31, 2011 and December 31, 2010, respectively.

**5. Use of estimates and judgments**

The preparation of financial statements requires management to exercise significant judgment and make assumptions based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in any future periods affected.
The resulting accounting estimates will, by definition, seldom equal the related actual results. The critical judgments and estimates and assumptions that have a significant effect on the amounts recognized in the financial statements and a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are addressed below.

(1) Allowances for doubtful accounts

The Company maintains allowances for doubtful accounts for estimated losses resulting from the subsequent inability of customers to make required payments based on Company policies determined at the SEC level. If the financial conditions of customers were to deteriorate, resulting in an impairment of their ability to make payments, additional allowances may be required in future periods.

(2) Inventory-related allowances

The Company periodically reviews inventory for excess amounts, obsolescence and declines in market value below cost and records an allowance against the inventory balance for any such declines based on Company policies determined at the SEC level. These reviews require management to estimate future demand for products. Possible changes in these estimates could result in revisions to the valuation of inventory in future periods.

(3) Legal contingencies

Legal proceedings covering a wide range of matters are pending or threatened against the Company. Provisions

17

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029848

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

are recorded for pending litigation when it is determined that an unfavorable outcome is probable and the amount of loss can be reasonably estimated. Due to the inherent uncertain nature of litigation, the ultimate outcome or actual cost of settlement may materially vary from estimates.

(4) Income taxes

Management judgment is required in determining provisions for income taxes, deferred tax assets and liabilities and the extent to which deferred tax assets can be recognized. If the final outcome of these matters differs from the amounts initially recorded, differences may impact the income tax and deferred tax provisions in the period in which such determination is made.

**6. Inventories**

Change in inventories, net of valuation losses, for the three months ended March 31, 2011 and 2010, consists of the following:

| (In thousands of U.S. dollars) | | 2011 | | 2010 |
|---|---|---|---|---|
| Balance at January 1 | $ | 307,938 | $ | 353,766 |
| Adjustment of net realizable value | | 936 | | 2,050 |
| Inventory write-off | | (1,107) | | (948) |
| Inventory in/out, net | | (51,752) | | (20,338) |
| Ending Balance | $ | 256,015 | $ | 334,530 |

Inventory reserve is $2,165,318 and $3,101,716 as of March 31, 2011 and December 31, 2010, respectively.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500029849

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

### 7. Property and Equipment

Changes in property, plant and equipment for the three months ended March 31, 2011 and 2010 consist of the following:

| (In thousands of U.S. dollars) | 2011 | | | | | |
|---|---|---|---|---|---|---|
| | Machinery and equipment | Engineering equipment | Computers | Leasehold improvements | Others | Total |
| Balance at January 1, 2011 | $ 812 | 1,792 | 1,134 | 9,992 | 2,511 | $ 16,241 |
| Acquisition/Capitalized expenditure | 582 | 3,031 | 341 | 896 | (806) | 4,044 |
| Disposal/Impairment | (8) | (50) | (21) | (435) | 0 | (514) |
| Depreciation | (102) | (944) | (183) | (522) | (90) | (1,841) |
| Balance at March 31, 2011 | $ 1,284 | 3,829 | 1,271 | 9,931 | 1,615 | $ 17,930 |
| Acquisition cost | $ 2,504 | 23,600 | 7,782 | 15,100 | 5,617 | $ 54,603 |
| Accumulated depreciation | $ (1,220) | (19,771) | (6,511) | (5,169) | (4,002) | $ (36,673) |

| (In thousands of U.S. dollars) | 2010 | | | | | |
|---|---|---|---|---|---|---|
| | Machinery and equipment | Engineering equipment | Computers | Leasehold improvements | Others | Total |
| Balance at January 1, 2010 | $ 856 | 2,441 | 1,145 | 2,891 | 1,596 | $ 8,929 |
| Acquisition/Capitalized expenditure | 69 | 127 | 516 | 2,994 | 1,440 | 5,146 |
| Disposal/Impairment | - | (4) | - | (385) | (91) | (480) |
| Depreciation | (81) | (478) | (215) | (267) | (123) | (1,164) |
| Balance at March 31, 2010 | $ 844 | 2,086 | 1,446 | 5,233 | 2,822 | $ 12,431 |
| Acquisition cost | $ 1,675 | 19,503 | 7,455 | 8,639 | 6,455 | $ 43,727 |
| Accumulated depreciation | $ (831) | (17,417) | (6,009) | (3,406) | (3,633) | $ (31,296) |

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029850

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

**8. Intangible Assets**

Changes in intangible assets for the three months ended March 31, 2011 and 2010 consist of the following:

| (In thousands of U.S. dollars) | 2011 | | 2010 | |
|---|---|---|---|---|
| Balance at January 1 | $ | 1,613 | $ | 2,672 |
| Acquisition | | 16 | | 455 |
| Amortization | | (352) | | (520) |
| Disposal | | (3) | | - |
| Ending Balance | $ | 1,274 | $ | 2,607 |

The Company's intangible asset and related accumulated amortization are as follows:

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| Software | $ | 12,164 | $ | 12,151 |
| Less: amortization | | (10,890) | | (10,538) |
| Software – net | $ | 1,274 | $ | 1,613 |

**9. Trade receivables**

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| Trade receivables | $ | 37,760 | $ | 100,420 |
| Less: allowance for doubtful account | | (144) | | (200) |
| Trade receivables – net | $ | 37,616 | $ | 100,220 |

The carrying amounts of trade and other receivables approximate their fair value.

In March 1998, the Company, SEA, and other affiliates (the Sellers) entered into an agreement (the Purchase Contribution Agreement) to transfer, on an ongoing basis, a significant portion of their trade receivable to SRC, in return for cash consideration or a due from affiliate. At the same time, SRC entered into an agreement (the Receivables Purchase Agreement) to sell an undivided fractional ownership interest in a designated pool of these receivables up to $500,000,000 to certain financial institution conduits (the Purchasers) that fund their purchases through the issuance of commercial paper. During fiscal year 2003, the Purchase Contribution Agreement and the Receivables Purchase Agreement (collectively, the Receivables Sale Agreements) were amended to exclude Samsung International, Inc. from the Sellers and to exclude certain of SEA's trade receivables. Under the terms of the Receivables Sale Agreements, new receivables are transferred to SRC and added to the pool, as collections reduce previously sold accounts receivable.

At March 31, 2011, the Company transferred receivables to SRC for a total amount of $554,698,707 ($549,400,154 as of December 31, 2010, respectively).

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500029851

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

As of March 31, 2011, trade receivables of $30,336,516 (as of December 31, 2010: $63,985,778) were past due but not impaired. These relate to a number of independent customers for whom there is no recent history of default. The aging analysis of these trade receivables is as follows:

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| Up to 3 months outstanding | $ | 29,161 | $ | 63,826 |
| 3 to 6 months outstanding | | 1,121 | | 65 |
| Over 6 months outstanding | | 55 | | 95 |
| Total | $ | 30,337 | $ | 63,986 |

The carrying amounts of the Company's trade receivables are denominated in the following currencies:

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| U.S. dollar | $ | 37,351 | $ | 99,944 |
| Canadian | | 265 | | 276 |
| Total | $ | 37,616 | $ | 100,220 |

Movements in the Company's allowance for doubtful accounts related to trade receivables for the three months ended March 31, 2011 and 2010 are as follows:

| (In thousands of U.S. dollars) | 2011 | | 2010 | |
|---|---|---|---|---|
| At the beginning of the period | $ | 200 | $ | 418 |
| Provision for receivables impairment | | - | | - |
| Unused amounts reversed | | (56) | | (312) |
| At the end of the period | $ | 144 | $ | 106 |

The other classes within receivables do not contain impaired assets. The maximum exposure to credit risk at the reporting date is the carrying value of each class of receivable mentioned above.

### 10. Accrued Expenses

Accrued expenses as of March 31, 2011 and December 31, 2010 consist of the following:

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| Promotional and advertising accrual | $ | 132,369 | $ | 191,389 |
| Accrued bonus | | 13,229 | | 12,867 |
| Accrued vacation | | 11,655 | | 11,398 |
| Accrued salary | | 9,032 | | 5,775 |
| Other | | 24,388 | | 53,831 |
| Total accrued expenses | $ | 190,673 | $ | 275,260 |

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029852

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

### 11. Cash Overdraft

Cash overdraft is a net debit balance in the Bank of America cash account. As of March 31, 2011, bank overdraft is $2,173,485 (as of December 31, 2010: $3,981,075).   There are no cash equivalents for any period presented.

The reconciliation of cash and cash equivalent, net of cash overdraft in the statement of cash flows is as follows:

| (In thousands of U.S. dollars) | March 31, 2011 | | March 31, 2010 | |
|---|---|---|---|---|
| Cash and cash equivalent in the statement of financial position | $ | 4,178 | $ | 2,791 |
| Bank overdrafts used for cash management purpose | | (2,173) | | (2,791) |
| Cash and cash equivalent in the statement of cash flows | $ | 2,005 | $ | - |

### 12. Commitments and Contingencies

The Company is obligated under a number of operating lease agreements for equipment, office, and warehouse space. Generally, the leases require the payment of base rents plus property taxes, insurance, and maintenance costs. Rent expense charged to operations for the three months ended March 31, 2011 and 2010 was $4,246,345 and $3,701,163, respectively.

Future minimum lease payments under non-cancelable leases are as follows at March 31, 2011:

| (In thousands of U.S. dollars) | | |
|---|---|---|
| 2011 | $ | 10,406 |
| 2012 | | 10,711 |
| 2013 | | 8,018 |
| 2014 | | 4,994 |
| 2015 | | 3,011 |
| 2016 and thereafter | | 7,860 |
| | $ | 45,000 |

In the normal course of operations, the Company is named as defendant in various legal actions. In the opinion of the Company's management, the ultimate liability, if any, resulting from the disposition of these actions is not expected to have a material adverse effect on the Company's financial position or results of operations.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500029853

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

### 13. Selling, General, and Administrative Expenses

Selling, general and administrative expenses for the three months ended March 31, 2011 and 2010 consist of the following:

| (In thousands of U.S. dollars) | 2011 | 2010 |
|---|---|---|
| Wages and salaries | $ 36,870 | $ 29,240 |
| Pension and other benefits | 9,543 | 9,583 |
| Commission and service charges | (538) | 8,211 |
| Depreciation and amortization | 2,193 | 1,684 |
| Insurance expense | 1,770 | 2,018 |
| Transportation expenses | 2,632 | 3,197 |
| Travel | 4,191 | 3,837 |
| Rent | 4,246 | 3,701 |
| Communication | 2,260 | 1,971 |
| Repairs and Maintenances | 958 | 847 |
| Other | 4,257 | 3,141 |
| Total | 68,382 | 67,430 |
| Less: Research and development expense | (11,568) | (13,454) |
| | $ 56,814 | $ 53,976 |

### 14. Other Operating Income and Expenses

Other operating income and expenses for the three months ended March 31, 2011 and 2010 consists of the following:

#### a. Other operating income

| (In thousands of U.S. dollars) | 2011 | 2010 |
|---|---|---|
| Rental income | $ 118 | $ 219 |
| Gain on disposal of tangible assets | 3 | 9 |
| SEC reimbursement | 18,232 | 12,400 |
| Other | 87 | 66 |
| | $ 18,440 | $ 12,694 |

#### b. Other operating expense

| (In thousands of U.S. dollars) | 2011 | 2010 |
|---|---|---|
| Donations | $ 2 | $ 130 |
| | $ 2 | $ 130 |

23

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500029854

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

### 15. Finance Income and Expenses

Finance income and expenses for the three months ended March 31, 2011 and 2010 consist of the following:

| (In thousands of U.S. dollars) | 2011 | | 2010 | |
|---|---|---|---|---|
| Interest income | $ | 5 | $ | 208 |
| Foreign exchange gains | | - | | 67 |
| Gain on foreign currency transactions | | 18 | | 2 |
| **Finance income** | | 23 | | 277 |
| Interest expense | | 246 | | 604 |
| Loss on foreign currency transactions | | 4 | | - |
| **Finance expenses** | $ | 250 | $ | 604 |

### 16. Income Tax

Income tax expense is recognized based on management's best estimate of the weighted average annual income tax rate expected for the full financial year.    The estimated average annual tax rate used for the three months ended March 31, 2011 is 37.51% (the effective annual income tax rate for three months ended March 31, 2010 was 39.3%).

The provision for income tax expense (benefit) for the three months ended March 31, 2011 and 2010 comprises the following:

| (In thousands of U.S. dollars) | 2011 | | 2010 | |
|---|---|---|---|---|
| Federal: | | | | |
| Current | $ | 1,665 | $ | 13,103 |
| Deferred | | (3,897) | | (4,376) |
| | | (2,232) | | 8,727 |
| State: | | | | |
| Current | | (307) | | 1,819 |
| Deferred | | (444) | | (533) |
| | | (751) | | 1,286 |
| | $ | (2,983) | $ | 10,013 |

24

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029855

## SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.
### (A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

The reconciliations of effective tax rate for the three months ended March 31, 2011 and 2010 are as follows:

| (In thousands of U.S. dollars) | March 31, 2011 | | March 31, 2010 | |
|---|---|---|---|---|
| Profit (loss) before income tax | | $   (7,953) | | $    25,507 |
| Income tax benefit (expense) | | 2,983 | | (10,013) |
| Profit (loss) for the period | | (4,970) | | 15,494 |
| Income tax using the Company's statutory tax rate | 35.0% | (2,783) | 35.0% | 8,927 |
| State tax | (1.7%) | 132 | 4.8% | 1,214 |
| Deferred state tax | 3.6% | (290) | (1.2%) | (292) |
| Tax credit | 5.7% | (452) | - | - |
| Other | (5.1%) | 410 | 0.7% | 164 |
| | 37.5% | $   (2,983) | 39.3% | $    10,013 |

Pursuant to the tax allocation agreement described in note 2, the Company had income taxes payable (receivable) to SEA of $10,845,488 and $(11,295,037) at March 31, 2011 and December 31, 2010, respectively.

The significant components of the Company's deferred tax assets and liabilities were as follows:

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| Deferred tax assets: | | | | |
| Customer sales rebates | $ | 4,766 | $ | 2,323 |
| Inventory | | 987 | | 1,370 |
| Bad debt reserve | | 54 | | 76 |
| Accrued benefits | | 10,818 | | 9,318 |
| Accrued expenses and other expense | | 2,826 | | 2,455 |
| Property and equipment | | 1,658 | | 1,226 |
| | $ | 21,109 | $ | 16,768 |

The Company believes that it is more likely than not that the deferred tax assets will be realized.

25

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029856

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

**17. Cash Generated from Operations**

Cash flows from operating activities for the three months ended March 31, 2011 and 2010 consist of the following:

| (In thousands of U.S. dollars) | | 2011 | | 2010 |
|---|---|---|---|---|
| Adjustments for: | | | | |
| Income taxes | $ | (2,983) | $ | - |
| Depreciation and amortization | | 2,193 | | 1,684 |
| Provision for doubtful accounts | | (56) | | (311) |
| Net gain on disposal of equipment | | (2) | | (8) |
| Finance costs | | 246 | | 603 |
| Adjustments, total | $ | (602) | $ | 1,968 |
| | | | | |
| Changes in net working capital: | | | | |
| Trade receivables and other receivables | $ | 62,764 | $ | 7,225 |
| Tax receivables | | - | | - |
| Due from related parties | | 251,199 | | (318,485) |
| Inventories | | 51,923 | | 19,236 |
| Prepaid and other assets | | (12,504) | | (1,018) |
| Deferred income tax assets | | - | | (4,909) |
| Other assets | | (737) | | 71 |
| Trade payables and other payables | | 7,778 | | (2,045) |
| Due to related parties | | (249,462) | | 171,572 |
| Tax payables | | 1,624 | | 15,170 |
| Accrued expenses and deferred revenue | | (88,681) | | (50,354) |
| Deferred costs | | 223 | | (2,768) |
| Changes in net working capital, total | $ | 24,127 | $ | (166,305) |

**18. Related-Party Transactions**

The Company is the principal U.S. distributor of telecommunications devices and related products manufactured by SEC. The Company purchased approximately $1.8 billion and $1.7 billion of the aforementioned products for resale from SEC and its affiliates for the three months ended March 31, 2011 and 2010, respectively.

The Company has research and development contracts with SEC, which allow the Company to perform research and development on SEC's behalf. The Company is reimbursed by SEC for all research and development costs incurred on its behalf, plus 5%. For the three months ended March 31, 2011 and 2010, total research and development reimbursements were $12,145,907 and $14,126,833, respectively, and the related research and development expenses were $11,567,531 and $13,454,127, respectively. These amounts are earned regardless of the outcome of research and development. All research and development products and expenditures are approved by SEC. As costs are incurred, revenue is recorded (see note 3.1.3).

The Company and certain major customers are parties to joint contracts for advertising and marketing expenses associated with wireless terminal phones. The Company issues marketing rebates to select customers, based on

26

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029857

**SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.**
(A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

## NOTES TO THE FINANCIAL STATEMENTS

volumes purchased. A portion of this expense is subsequently reimbursed by SEC, along with other marketing program expenses.

The Company has an agreement with SEC for the reimbursement of advertising and marketing expenses incurred for the promotion of the Samsung brand name. For the three months ended March 31, 2011 and 2010, the Company incurred $194,194,883 and $162,600,181, respectively, in expense and was subsequently reimbursed in full. All amounts incurred are related to Marketing Development Funds programs that are classified as selling, general and administrative expenses (see note 3.1.3).

The Company had been in negotiations with the U.S. Internal Revenue Service (IRS) to complete a bilateral Advance Pricing Agreement (APA), which would govern the intercompany transfer pricing between the Company and SEC. In November 2009, the APA for 2008 and 2009 was signed by the IRS, SEC, and Korean taxing authorities. The APA for 2011 has not yet been negotiated among the applicable parties.

The Company received reimbursements from SEC related to certain services performed within the HQ support division. The total amount of reimbursements received for the three months ended March 31, 2011 and 2010 was $18,232,014 and $12,399,846, respectively, which are included within other operating income in the statement of comprehensive income. In addition, the Company received reimbursement from SEC related to product warranties (see note 2.16).

The Company transfers a significant portion of its trade receivables to SRC according to the Purchase Contribution Agreement entered into among the Company, SEA and other affiliates (see note 10).

The Company has no key management personnel as all key management decisions are made at the parent level.

The Company utilizes the services of SEA for certain treasury functions and, depending on its cash position, may advance funds to SEA. The Company charged or is charged interest on the balance advanced or received. The average annual rate for the three months ended March 31, 2011 and 2010 was 0.87% and 1.49%, respectively. The balance is uncollateralized and has no specific repayment terms. Interest expense under this arrangement incurred for the three months ended March 31, 2011 and 2010 is $47,181 and $395,465, respectively (see note 3.1.3).

The Company has receivables (liabilities) from daily financing transactions with SEA as follows:

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| Loans receivable from related parties | $ | - | $ | - |
| Loans payable to related parties | | (192,845) | | (213,608) |
| Total loans receivable (payable) to  related parties, net | $ | (192,845) | $ | (213,608) |

27

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500029858

## SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.
#### (A wholly owned indirect subsidiary of Samsung Electronics Co., Ltd., of Korea)

### NOTES TO THE FINANCIAL STATEMENTS

Due from affiliates including loan receivable from related parties and due to affiliates including loan payable to related parties at March 31, 2011 and December 31, 2010 consisted of the following:

| (In thousands of U.S. dollars) | March 31, 2011 | | December 31, 2010 | |
|---|---|---|---|---|
| Due from affiliates: | | | | |
| Samsung Receivables Corporation | $ | 419,405 | $ | 549,400 |
| Samsung Electronics Co., Ltd. | | 270,499 | | 392,059 |
| Samsung Electronics America, Inc. | | 20,812 | | 278 |
| Samsung Information Systems America | | 660 | | - |
| Samsung Electronics Canada | | 25 | | 37 |
| Samsung Electronics America, Inc - ADC | | 6 | | 50 |
| Samsung Semiconductor Inc | | 1 | | 1 |
| | $ | 711,408 | $ | 941,825 |
| | | | | |
| Due to affiliates: | | | | |
| Samsung Electronics Co., Ltd. | $ | 463,361 | $ | 545,372 |
| Samsung Electronics America, Inc. | | 58,149 | | 227,416 |
| Samsung Electronics America, Inc - ADC | | - | | 29,478 |
| Samsung Electronics Hong Kong Co., Ltd | | 2,996 | | 2,715 |
| Samsung Electronics Huizhou Co., Ltd | | 2,552 | | 3,311 |
| Tianjin Samsung Telecom Technology Co., Ltd. | | 490 | | 1,635 |
| Samsung Information Systems America Inc. | | 86 | | 89 |
| Samsung Electronics Canada | | 18 | | - |
| | $ | 527,652 | $ | 810,016 |

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500029859