# EXHIBIT 5
# FILED UNDER SEAL

**Confidential**

# US Market Weekly Sales Report (Week 1)

2011. 01. 17

STA

Confidential Business Information -- Subject to Protective Order

# I. U.S. Weekly Sales Results

# II. U.S. Inventory Trends and Monthly M/S Comparison

Confidential Business Information -- Subject to Protective Order

S-ITC-007274014



# III. U.S. Carriers In-House Share

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274017

# V. New Product Development Progress

Project Status:  Normal   Attention ● Risk
(1W ↓ Delay)   (1W ↑ Delay)

| Operator | Model | | Price | | Development Schedule | | | | | | Market Launch | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W/S | R/P | PRA Plan | PRA Expect | TA Plan | TA Expect | SRA Plan | SRA Expect | | |
| verizon | LC11 Presto Q | LTE Mobile Hot Spot | $199 | TBD | 12/6 | 1/12 | 12/21 | 2/2 | 12/24 | 2/3 | Feb (TBD) | - P1/P2 regression submitted on 1/5 |
| | I510 Stealth V | Android LTE 4.3" WVGA 8MP | $599 | TBD | 1/28 | 2/14 | 2/22 | 3/3 | 2/28 | 3/4 | Mar (TBD) ● | - 3 weeks delay risk due to LTE solution change (QC→VIA) <br> - Pre-P1 submitted on 1/14 |
| | I810 P1 LTE | Android LTE 7" WSVGA 8MP | $699 | TBD | 2/28 | 2/28 | 3/31 | 3/31 | 4/3 | 4/3 | Apr (TBD) | - P1/P2 submission date : 3/3 |
| at&t | A307 Quartus | LTE Upgradable 2G/3G Dongle | $290 | TBD | 10/8 | 10/12 (Done) | 10/26 | 2/7 | 10/21 | 2/10 | 3/6 (TBD) ● | - 2G/3G : 2/7 (Target TA), 2/10 (SRA) <br> • TA delayed to 2/7 due to AT&T test Lab capacity issue <br> - LTE : 4/18 (Target TA) |
| | I997 Dempsey | Touch Android 4.5" OCTA2 8MP | $549 | $249 ~ $199 | 3/22 | 3/22 | 3/28 | 3/28 | 4/1 | 3/30 | 4/5 ● | - Target LE is 1/19 <br> - Target TA is 3/28 (SRA : 4/1) |
| | T959V Vibrant4G | Touch Android 4.0" WVGA 8MP | $459 | $199 | 1/18 | 1/21 | 1/21 | 1/24 | 1/24 | 1/28 | 2/23 | - Launch Date moved to 2/23 from 2/14 <br> - RC3 S/W will be shared with TMO (1/17) <br> - PVR is expected done by 1/17, PRA by 1/22 <br> - Initial Production to be started 1/22 or 1/24 |
| T-Mobile | T839 Nightwing | Touch & QWERTY 3.5" WVGA 3MP | $329 | $99 | 3/14 | 3/14 | 3/3 | 2/21 (TBD) | 3/23 | 3/28 | 4/6 | - Launch Date Pulled-in (4/27 → 4/6) <br> - 150 1st FW Sample produced (1/7) |
| | T759 Hawk | Touch Android 3.5" WVGA 3MP | $319 | $99 | 2/23 (TBD) | 2/23 (TBD) | 4/25 | 4/25 | 4/4 | 4/4 | 6/8 (TBD) | - Gingerbread & CMF changes requested by TMO <br> - TA date extended (2/21 → 4/25), 6/8 Launch <br> - SRA date adjusted (3/9 → 4/4) |
| | T259 Siena | Folder CWGA 2MP | $89 | TBD | 1/7 | 1/10 | 1/5 | 1/18 | 1/14 | 1/18 | 2/9 ● | - PRA (1/10), New S/W Need issued (1/13) <br> - SRA by 1/18 (300 SR units were risk-built) <br> - Need TA letter by 1/18 for mass production |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274018

Project Status:   Normal   Attention ●   Risk ●
(↓1W Delay)   (↑1W Delay)

| Operator | Model | | Price | | Development Schedule | | | | | | Market Launch | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | V/S | R/P | PRA Plan | PRA Expect | TA Plan | TA Expect | SRA Plan | SRA Expect | | |
| Sprint | M260 Mantra2 (Boost) | 1x 2.0" QCVGA VGA | $71 | $39 (TBD) | 1/3 | 1/26 | 1/20 | 1/20 | 1/25 | 2/1 | Feb (TBD) ● | – Launch delay due to development delay |
| | M380 XTM2 | Messaging 1x 2.8" QVGA 1.3MP | $134 | $29 (TBD) | 2/1 | 3/8 | 3/16 | 3/16 | 3/21 | 3/21 | 5/8 | |
| | M575 Shout (Virgin) | Messaging EVDO 2.4" QVGA 2MP | $115 | $79 (TBD) | 2/15 | 2/15 | 2/25 | 2/25 | 3/4 | 3/4 | 4/15 | |
| | M820 Vino E (Boost) | Android EVDO 3.2" HVGA 2MP | $209 | $179 (TBD) | 3/18 | 3/18 | 3/31 | 3/31 | 4/2 | 4/2 | 4/11 | |
| | M580 Rant3 | Android EVDO 2.8" QVGA 2MP | $183 | $49 (TBD) | 2/12 | 2/12 | 3/23 | 3/23 | 3/28 | 3/28 | 5/8 | – Memory upgrade confirmed (4Gb+2Gb → 4Gb+4Gb) |
| | D600 Chief | Android WIMAX 3.5" HVGA 3MP | $329 | $149↓ (TBD) | 3/21 | 4/25 | 4/27 | 4/27 | 5/2 | 5/2 | 6/6 | – Removal of global roaming confirmed<br>– Chipset change (MSM7627→MSM8655) confirmed |

Confidential Business Information -- Subject to Protective Order

Project Status: Normal | Attention (1W ↓ Delay) | ● Risk (1W ↑ Delay)

| Operator | Model | | Price | | Development Schedule | | | | | | Market Launch | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | V/S | R/P | PRA Plan | PRA Expect | TA Plan | TA Expect | SRA Plan | SRA Expect | | |
| TRACFONE | T340G Jane | Slider 2.1" 1MP | $59 | $39 | 2/11 | 2/11 | 2/14 | 2/14 | 2/25 | 2/25 | 5/9 TBD | – CC started (1/10 ~ ) |
| | T528G Submarine | Touch 3.0" 2MP | $109 | $99 | 4/12 | 4/12 | 2/28 | 2/28 | 4/29 | 4/29 | 5/9 TBD | – LE started (11/22~)  – TA changed from 4/18 to 2/28 |
| | T330G Gina-S | Slider 2.1" 1MP | $59 | $29 | 3/5 | 3/5 | 3/14 | 3/14 | 3/26 | 3/26 | TBD | – LE start on 2/7 |
| Google | I9020 Crespo (ATT) | Touch Android 4.0" OCTA 5MP | $474 | $529 | 2/1 | 2/1 | 2/7 | 2/7 | 2/11 | 2/11 | 3/13 | – LE will start from 1/17 |
| Regional | R710 Air (Cricket) | Touch Bar 3.0" WQVGA 3.2MP | $169 | $149 | 11/12 | 11/12 | 11/23 | 1/12 | 12/10 | 1/21 | 1/18 | – TA received on 1/13 |

Confidential Business Information -- Subject to Protective Order
S-ITC-007274020



# VI. Marketing Promotion Calendar

| | January | February | March | Remarks |
|---|---|---|---|---|
| verizon | Post-Holiday (12.26~1.31) I500 (Fascinate) I400 (Continuum) U460 (Intensity2) U360 (Gusto) | LTE/Valentine's (1.31~2.27) I500 (Fascinate) I400 (Continuum) | 2nd DP (2.28~3.27) | **Post-Holiday (12/26~1/31)** - U360, I519 BAG3; U460, I59 BOGO; - I500 (S199) 12/27 ~1/31; - I400 (S99) 12/26 ~1/31; **LTE/Valentine's (1/31~2/27)** - I400 (S149); proposed - I500 (BOGO); proposed |
| at&t | Holiday (11.7~1.22) I917 (Cetus) A667 (Universe) A687 (Strive) A927 (Flight2/Patek) | Winter (1.23~3.6) I897 (Captivate) I987 (Galaxy Tab) | NCAA (3.7~5/16) | **Holiday (11/7~1/22)** - I917 (S99) 1/2~2/13; - A667 (S29), A687 (S9); A927 (S49); - I897 (S149 No MIR; 1/9~4/14; - Tab (S549; 1/9~4/14; |
| Sprint | Online Free (~1.9) M350 (Seek) M560 (Reclaim) M570 (Restore) | Valentine's (1.9~2.26) P100(Galaxy Tab) D700 (Epic 4G) M920(Transform) M910 (Intercept) | March Tab Innovation (2.27~4.16) | **Online Free Promotion (M350)** **Valentine's (1/9~2/26)** - D700 (S199), M920 (S99), M910 (S49); **Tab Innovation (1/12~2/26)** - P100 (S299 -:/ contract, S499 -:/o cont.; |
| ·T··Mobile· | Galaxy Tab (11.10~1.18) Galaxy Tab | | Winter (1.19~4.5) | **Galaxy Tab Promo Pricing (11/10~1/18)** - S399 after S50 MIR with 2-year contract - S349 Web Only (12/15~1/18; - T656 (S149; 12/15~1/18; - T939 (S99;, T669 (Free;, T479 (S49; T249 (S9;, T359 (S9;, T659 (Free; |

| Secured · Exclusive | Secured · Shared | Other Manufacturer | Negotiating | TBD |
|---|---|---|---|---|

Confidential Business Information -- Subject to Protective Order

S-ITC-007274021