# EXHIBIT C

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

   APPLE, INC., a California
5  corporation,

6

7                      Plaintiff,

8

      -vs-                        No. 11-CV-01846-LHK
9

   SAMSUNG ELECTRONICS CO., LTD.,
10 a Korean business entity; et al.,

11                     Defendants.
                                    /
12

13  VIDEOTAPED DEPOSITION OF TIMOTHY SHEPPARD - 30(b)(6)

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15            SAN FRANCISCO, CALIFORNIA

16          WEDNESDAY, FEBRUARY 29, 2012

17

18

19

20

21  Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575

22            Certified LiveNote Reporter

23

24

25  JOB NO: 47031

Highly Confidential - Attorneys Eyes Only

Page 2

1

2                              WEDNESDAY, FEBRUARY 29, 2012

3                              1:26 p.m.

4

5

6

7       Deposition of TIMOTHY SHEPPARD,

8    held at the offices of Morrison & Foerster, 425 Market

9    Street, San Francisco, California, before Louise Marie

10   Sousoures, a Certified Shorthand Reporter and a

11   Certified LiveNote Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

```
1              A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4         MORRISON & FOERSTER

5         755 Page Mill Road

6         Palo Alto, CA  94304

7         BY:  ERIK J. OLSON

8         ejolson@mofo.com

9

10

11   AND

12         WILMERHALE

13         950 Page Mill Road

14         Palo Alto, CA  94304

15         BY: MARK D. SELWYN

16             mark.selwyn@wilmerhale.com

17

18

19

20

21

22

23

24

25
```

Highly Confidential - Attorneys Eyes Only

1          A P P E A R A N C E S (CONTINUED)

2

3

4    FOR THE DEFENDANT:

5          QUINN EMANUEL URQUHART & SULLIVAN

6          865 South Figueroa Street

7          Los Angeles, CA  90017

8          BY:  ANTHONY P. ALDEN

9               anthonyalden@quinnemanuel.com

10

11

12

13

14   THE VIDEOGRAPHER:

15          ALINE MAYER

16

17   ALSO PRESENT:

18          JULIE J. HAN

19          SENIOR LITIGATION COUNSEL, SAMSUNG

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 36

1      A.  To the best of my knowledge.            14:05

2      Q.  Is there anything else other than reviewing    14:05

3   documents with your counsel and talking to the people   14:05

4   that we've already identified that you did to prepare   14:05

5   to testify on Samsung's behalf today?            14:05

6      A.  Yes.                            14:05

7      Q.  What?                          14:05

8      A.  The document -- there was a document that you   14:05

9   referred to or you implied that was -- had been      14:06

10  prepared for this -- for this litigation that I asked   14:06

11  for validation of the underlying data.           14:06

12     Q.  From whom did you ask for validation?       14:06

13     A.  From my staff.                     14:06

14     Q.  Who on your staff?                   14:06

15     A.  Christopher Park.                    14:06

16     Q.  When did you ask for that validation?      14:06

17     A.  Yesterday.                        14:06

18     Q.  And what was -- what was his response?      14:06

19        MR. ALDEN:  Let me object to the extent that   14:06

20  if you were asking at the direction of or on behest of   14:06

21  counsel, object on the basis of the attorney-client   14:06

22  privilege and instruct you not to answer that      14:06

23  question.                             14:06

24  BY MR. OLSON:                           14:06

25     Q.  Are you able to answer?               14:06

Highly Confidential - Attorneys Eyes Only

Page 37

1    A.  No.                                                14:06

2    Q.  Were you ultimately able to validate whether       14:06

3  the report you were looking at was accurate?             14:07

4    A.  Yes.                                                14:07

5    Q.  And was it accurate?                                14:07

6    A.  Yes.                                                14:07

7        MR. ALDEN:  Objection, asked and answered.          14:07

8        THE WITNESS:  Yes.                                   14:07

9        MR. OLSON:  I'm going to mark as the first          14:07

10 exhibit in order -- the next exhibit in order,            14:07

11 Exhibit 1920, a document that has been printed from a     14:07

12 native spreadsheet that was given to us on February      14:07

13 3rd and the Bates number of the document as it came to   14:07

14 us was SAMNDCA 323946.                                    14:07

15       I have placed that Bates number on the             14:07

16 document as well on the first page, an indication it     14:07

17 was marked highly confidential.                           14:07

18       (Exhibit No. 1920 was marked.)                      14:08

19 BY MR. OLSON:                                             14:08

20   Q.  Mr. Sheppard, while you take a look at that,        14:08

21 I'm going to have marked as the next exhibit in order    14:08

22 Exhibit 1921 a document that is SAMNDCA 3259495 to       14:08

23 503.                                                      14:08

24       MR. ALDEN:  Let me state for the record as         14:08

25 discussed with counsel prior to the deposition there     14:08

Highly Confidential - Attorneys Eyes Only

Page 38

1    have been some additional spreadsheets produced which    14:08

2    I believe would supersede Exhibits 1920 and 1921.    14:08

3         (Exhibit No. 1921 was marked.)    14:08

4         MR. OLSON:  So are you representing 1920 and    14:08

5    1921 are incomplete or inaccurate?    14:08

6         MR. ALDEN:  No, I believe that most of the    14:09

7    data in the new spreadsheets is the same as the data    14:09

8    in the old spreadsheets, but my understanding is that    14:09

9    they -- the new spreadsheets are intended to replace    14:09

10   the old ones and consolidate the two spreadsheets    14:09

11   you've marked as Exhibit 1920 and 1921.    14:09

12        MR. OLSON:  So let me ask and have you    14:09

13   represent it for the benefit of the record.  Is it the    14:09

14   case, then, the new document solely combines what is    14:09

15   Exhibit 1920 and 1921?    14:09

16        MR. ALDEN:  I am not in a position to make    14:09

17   that representation.    14:09

18   BY MR. OLSON:    14:09

19     Q.  Mr. Sheppard, have you ever seen Exhibit 1920    14:09

20   before?    14:09

21     A.  Yes.    14:09

22     Q.  When did you see it?    14:09

23        MR. ALDEN:  Again, I'll object and instruct    14:10

24   you not to answer on the basis of the attorney-client    14:10

25   privilege to the extent you saw it during the meeting    14:10

Highly Confidential - Attorneys Eyes Only

Page 39

1    with counsel.  If you otherwise saw it, you can answer    14:10

2    the question.                                             14:10

3    BY MR. OLSON:                                             14:10

4       Q.  Have you ever seen Exhibit 1920 other than in     14:10

5    the presence of counsel?                                  14:10

6       A.  No.                                                14:10

7       Q.  Do you understand Exhibit 1920 to have been       14:10

8    solely prepared for the purposes of this litigation?      14:10

9       A.  Yes, my understanding.                             14:10

10      Q.  Was any part of it prepared in the ordinary        14:10

11   course of business on behalf of STA?                      14:10

12          MR. ALDEN:  Objection, vague and ambiguous.        14:10

13   BY MR. OLSON:                                             14:10

14      Q.  Let me ask a better question.                      14:10

15          Was any document in the format of                  14:10

16   Exhibit 1920 prepared at STA in the ordinary course of    14:10

17   business?                                                 14:10

18      A.  No.                                                14:10

19      Q.  Was any document in the format of                  14:10

20   Exhibit 1920 prepared in the ordinary course of           14:10

21   business at SEA?                                          14:11

22      A.  No.                                                14:11

23      Q.  Was any document in the format of                  14:11

24   Exhibit 1920 prepared in the ordinary course of           14:11

25   business at SEC?                                          14:11

Highly Confidential - Attorneys Eyes Only

Page 40

1    MR. ALDEN:  Objection, beyond the scope.          14:11

2    THE WITNESS:  I have no personal knowledge of     14:11

3  what's prepared at SEC.                             14:11

4  BY MR. OLSON:                                       14:11

5    Q.  Do you know who prepared Exhibit 1920?        14:11

6    A.  I do not.                                      14:11

7    Q.  Do you have any information on where the      14:11

8  information prepared in 1920 comes from?            14:11

9    A.  I know where the data for STA and SEA comes   14:11

10  from.                                               14:11

11    Q.  All right.  Is it your understanding that    14:11

12  Exhibit 1920 was prepared at the instructions of   14:11

13  counsel?                                            14:12

14    MR. ALDEN:  Objection, to the extent that        14:12

15  your knowledge would -- comes from discussions with 14:12

16  counsel, I'll instruct you not to answer that       14:12

17  question.                                           14:12

18    If otherwise, you can answer that question.      14:12

19    THE WITNESS:  I think I explained earlier I      14:12

20  don't know who prepared this document.              14:12

21  BY MR. OLSON:                                       14:12

22    Q.  Do you know whether it's a member of your    14:12

23  staff that prepared it?                             14:12

24    A.  I don't know means I don't know.             14:12

25    Q.  Are your answers the same as to Exhibit 1921? 14:12

Highly Confidential - Attorneys Eyes Only

Page 41

| | | |
|---|---|---|
| 1 | A.  Yes. | 14:12 |
| 2 | Q.  Do you know if there are any errors in | 14:12 |
| 3 | Exhibit 1920? | 14:12 |
| 4 | A.  Can you define error?  What is that standard | 14:13 |
| 5 | you're applying when you say the word "error"? | 14:13 |
| 6 | Q.  Let's start with is there anything inaccurate | 14:13 |
| 7 | in Exhibit 1920? | 14:13 |
| 8 | MR. ALDEN:  Objection.  Would you like him to | 14:13 |
| 9 | review every cell in the spreadsheet? | 14:13 |
| 10 | BY MR. OLSON: | 14:13 |
| 11 | Q.  No.  Are you aware, based on whatever | 14:13 |
| 12 | information you have without reviewing every cell in | 14:13 |
| 13 | the spreadsheet -- I take it -- let me start. | 14:13 |
| 14 | Mr. Sheppard, you wouldn't have memorized the | 14:13 |
| 15 | data as to every cell in the spreadsheet, would you? | 14:13 |
| 16 | A.  No.  It's not my habit to memorize | 14:13 |
| 17 | spreadsheets. | 14:13 |
| 18 | Q.  In fact, you would need to rely on a document | 14:13 |
| 19 | in order to have information about unit sales or | 14:13 |
| 20 | revenue, for example, correct? | 14:13 |
| 21 | MR. ALDEN:  Objection, vague and ambiguous. | 14:14 |
| 22 | THE WITNESS:  I would have to rely on the | 14:14 |
| 23 | document? | 14:14 |
| 24 | BY MR. OLSON: | 14:14 |
| 25 | Q.  You would have to rely on a document, | 14:14 |

Highly Confidential - Attorneys Eyes Only

Page 42

1    correct?                                              14:14

2         MR. ALDEN:  Objection, vague and ambiguous,      14:14

3    beyond the scope.                                     14:14

4         THE WITNESS:  Typically, I rely on the SAP       14:14

5    database as a system.                                 14:14

6    BY MR. OLSON:                                         14:14

7         Q.  Are you aware of -- outside of looking at the 14:14

8    document and every cell, are you aware of anything    14:14

9    that's inaccurate about Exhibit 1920?                 14:14

10        A.  Well, we didn't agree on a standard          14:14

11   definition of inaccuracy, but -- so I'm not sure we're 14:14

12   using the same word in the same way, but I believe    14:14

13   this is an accurate -- by my definition, this is      14:14

14   accurate.                                             14:14

15        Q.  Is accurate or is not?                       14:14

16        A.  Is.                                          14:14

17        Q.  Is Exhibit 1920 incomplete in any way?       14:14

18        MR. ALDEN:  Objection, vague and ambiguous.      14:15

19        THE WITNESS:  Well, we didn't agree on           14:15

20   accurate, we didn't agree, therefore, I'm not sure I  14:15

21   can answer for completeness either.                   14:15

22   BY MR. OLSON:                                         14:15

23        Q.  Do you have any understanding as to why      14:15

24   Exhibit 1920 has been superseded, in your counsel's   14:15

25   words?                                                14:15

Highly Confidential - Attorneys Eyes Only

Page 43

1    A.  The only knowledge I have of this document I    14:15

2    received in the presence of my attorney.    14:15

3    Q.  All the information you have about 1920 came    14:15

4    from your attorney?    14:15

5        MR. ALDEN:  Objection, mischaracterizes his    14:15

6    testimony.    14:15

7        THE WITNESS:  I think I explained earlier    14:15

8    that I can testify about STA and SEC, that this    14:15

9    document appears to discuss many other elements, which    14:15

10   I'm not prepared to testify.    14:16

11   BY MR. OLSON:    14:16

12   Q.  My question, I think, is simpler.    14:16

13       Do you have any information about    14:16

14   Exhibit 1920 that you did not receive from counsel?    14:16

15   A.  I think I already answered that question,    14:16

16   that I validated the data with some data in this    14:16

17   document.    14:16

18       So you asked me --    14:16

19   Q.  I don't think I understand your response.    14:16

20   Can you explain it?    14:16

21   A.  Do you remember what your question was?  Your    14:16

22   question was --    14:16

23   Q.  Yes, my question was:  Do you have any    14:16

24   information about that document that didn't come from    14:16

25   counsel?    14:16

Highly Confidential - Attorneys Eyes Only

Page 44

1      A.  So in the context of answering the question     14:16

2  do I have any information about this document that     14:16

3  didn't come from counsel, the answer is no.     14:16

4      MR. OLSON:  Let me have marked as the next     14:17

5  exhibit in order, Exhibit 1922, a document marked     14:17

6  Bates numbered SAMNDCA 354292 to 354385 and I'll     14:17

7  represent for the record this was received yesterday     14:17

8  at approximately 3 p.m.     14:17

9      (Exhibit No. 1922 was marked.)     14:17

10  BY MR. OLSON:     14:17

11     Q.  Let me first ask you, Mr. Sheppard, have you     14:18

12  ever seen Exhibit 1922 other than in the presence of     14:18

13  counsel?     14:18

14     A.  No.     14:18

15     Q.  Is it your understanding that Exhibit 1922     14:18

16  was prepared solely for purposes of this litigation?     14:18

17     A.  That is my understanding.     14:18

18     Q.  Do you have any understanding as to how     14:18

19  Exhibit 1922 differs from Exhibit 1920 and 1921?     14:19

20     A.  Yes, I have some understanding.     14:19

21     Q.  What's your understanding?     14:19

22     A.  Let me just validate one moment.     14:19

23      My understanding is the individual pages at     14:20

24  the product level are the same in both reports, but     14:20

25  the products in this I believe is a different list     14:20

Highly Confidential - Attorneys Eyes Only

Page 45

1   than in the earlier report.                              14:20

2        So the total pages would show a different           14:20

3   result.                                                  14:20

4     Q.  All right.  So there were a lot of thises and      14:20

5   thats and the record won't be clear so let me see if I   14:20

6   can get clear.                                           14:20

7        When you say Exhibit -- so the question here        14:20

8   is how Exhibit 1922 differs from Exhibit 1920 and        14:20

9   1921.                                                    14:20

10       And first, let me see if I understand your          14:20

11  response.                                                14:20

12       Are the products that are included different        14:20

13  between what is in Exhibit 1922 and what's               14:20

14  collectively in 1920 and 21?                             14:20

15    A.  That is my understanding.                          14:20

16    Q.  How do they differ?                                14:21

17    A.  That I can't explain.                              14:21

18    Q.  You don't know?                                    14:21

19    A.  I don't know.                                      14:21

20    Q.  You gave an answer you understood the              14:21

21  individual pages at the product level are the same in    14:21

22  both reports.                                            14:21

23       By both reports I understood you to be              14:21

24  talking about Exhibit 1922 as compared to the            14:21

25  collection of 1920 and 21.                               14:21

Highly Confidential - Attorneys Eyes Only

Page 46

1    Let me say -- when you say both reports; is    14:21
2  that correct?    14:21
3    A.  So I was really ignoring 1921 in my answer.    14:21
4    So if I need to rephrase that, I can, but I    14:21
5  compared the report for the product that you've listed    14:21
6  on Exhibit 1919 as Acclaim which is on this report    14:21
7  listed as the product Acclaim brackets SCH-R8880,    14:21
8  close parenthesis, and the data appears to be the    14:21
9  same.    14:22
10    So if I look at the STA operating profit for    14:22
11  June 2010, it has a number in Exhibit 1920 as 631,562.    14:22
12    If I go to the report, 1922, I will look for    14:22
13  the same information for the period of June --    14:22
14  operating profit for STA was 631,562.    14:22
15    Based on that, I believe at the product level    14:22
16  the two reports are the same.    14:22
17    Q.  Let me ask you so I have you on the same    14:22
18  frame.    14:22
19    What I'm asking is how 1922 differs from the    14:22
20  collection of information that's in 1920 and 21.    14:22
21    Do you know the answer to that question?    14:22
22    MR. ALDEN:  Objection, asked and answered.    14:22
23    THE WITNESS:  I think I'd have to give you    14:22
24  the same answer.  I don't know.    14:22
25  BY MR. OLSON:    14:22

Highly Confidential - Attorneys Eyes Only

Page 47

1   Q.  Do you know whether or not 1922 includes more        14:22

2   products than is collectively shown in 1920 and 21?      14:23

3   A.  I do not.                                             14:23

4   Q.  Do you know whether the totals are the same          14:23

5   in 1922 versus 1920 and 21 together?                     14:23

6   A.  When you say totals are the same -- so are           14:23

7   you -- clarify that question.                            14:23

8   Q.  Sure.  I don't want you to do the math, I can        14:23

9   do the math.                                             14:23

10      I'm asking you, based on your experience, do         14:23

11  you have any knowledge as to whether or not if I added   14:23

12  all the numbers in 1920 together with all the numbers    14:23

13  in 1921, would I get 1922?                               14:23

14  A.  I don't know.                                         14:23

15  Q.  What's your understanding as to why 1922             14:23

16  exists?                                                  14:23

17  A.  1920 exists or 1922?                                 14:23

18  Q.  1922.                                                14:24

19      MR. ALDEN:  I'll object to the extent it             14:24

20  calls for attorney-client communication.                14:24

21      To the extent your answer comes from                 14:24

22  discussions with counsel, I'll instruct you not to       14:24

23  answer.                                                  14:24

24      To the extent it doesn't, go ahead and               14:24

25  answer.                                                  14:24

Highly Confidential - Attorneys Eyes Only

Page 48

| | | |
|---|---|---|
| 1 | THE WITNESS:  I've only reviewed this | 14:24 |
| 2 | document in the presence of counsel. | 14:24 |
| 3 | So I don't think I can give you an answer. | 14:24 |
| 4 | BY MR. OLSON: | 14:24 |
| 5 | Q.  What, if anything, have you done to validate | 14:24 |
| 6 | whether the data that's contained in Exhibit 1922 is | 14:24 |
| 7 | accurate? | 14:24 |
| 8 | A.  I selected one product and I reran SAP data | 14:24 |
| 9 | to confirm that it matches the data in this report. | 14:24 |
| 10 | Q.  Which product was that? | 14:24 |
| 11 | A.  The I500. | 14:24 |
| 12 | Q.  The I500? | 14:25 |
| 13 | A.  Yes. | 14:25 |
| 14 | Q.  Does that product also have another name? | 14:25 |
| 15 | A.  Not to me. | 14:25 |
| 16 | Q.  And did you only seek to validate unit sales | 14:25 |
| 17 | and revenue or did you validate any other lines? | 14:25 |
| 18 | A.  I validated all five lines. | 14:25 |
| 19 | Q.  And by the five lines, you mean the five | 14:25 |
| 20 | lines that are listed under STA quantity, sales, COGS, | 14:25 |
| 21 | expense and operating profit? | 14:25 |
| 22 | A.  Correct. | 14:25 |
| 23 | Q.  Did you seek to validate any of the | 14:25 |
| 24 | information in the SEC category -- excuse me, SEA | 14:25 |
| 25 | category? | 14:25 |

Highly Confidential - Attorneys Eyes Only

Page 49

1      A.  Yes.                                          14:25

2      Q.  What did you do in that regard?              14:25

3      A.  I think I had discussions with the colleague 14:26

4  I mentioned before at SEC, Giho Ro.                  14:26

5      Q.  And Mr. Ro gave you information on the SEA   14:26

6  category?                                            14:26

7      A.  Yes.                                          14:26

8      Q.  What information did he give you to validate 14:26

9  that the information regarding SEA was valid?         14:26

10     A.  He confirmed that the data is -- is a pure   14:26

11  extract from an SAP system.                          14:26

12     Q.  Was he the one who extracted it?             14:26

13     A.  I do not know.                                14:26

14     Q.  How did he validate that's true?             14:26

15     A.  I don't know.  I didn't ask him to validate  14:26

16  in that sense.                                       14:26

17         When you say validate it's true, what's true 14:26

18  are you referring to?                                14:27

19     Q.  How did he validate that the information     14:27

20  that's contained in Exhibit 1922 is from the SAP     14:27

21  database on behalf of SEA?                           14:27

22     A.  Oh, okay.                                     14:27

23         In that case, I have to actually say he did  14:27

24  send me a confirmation e-mail that explained which   14:27

25  fields he had extracted from SEA, from the SAP system. 14:27

Highly Confidential - Attorneys Eyes Only

Page 50

1      Q.  When did he send this e-mail to you?        14:27

2      A.  Last night.                                 14:27

3      Q.  And which fields did he say were extracted  14:27

4    from the SAP database?                            14:27

5      A.  I don't recall the fields.                  14:27

6      Q.  There's only five fields there, correct?    14:27

7      A.  Yes, there are five lines, but that doesn't 14:27

8    represent five fields in SAP.                     14:27

9      Q.  Do you know which lines he validated that are 14:28

10   under SEA?                                        14:28

11     A.  He validated all five lines on the          14:28

12   spreadsheet.                                      14:28

13     Q.  And what's your understanding as to how he  14:28

14   did that?                                         14:28

15     A.  So have you read the spreadsheet?           14:28

16     Q.  I have.                                      14:28

17     A.  Okay, good.                                  14:28

18         So as you can tell, the summary page here   14:28

19   appears to be a list of the many pages behind it. 14:28

20         Would you agree with that?                  14:28

21     Q.  Actually, in the case of 1920, it wasn't.   14:28

22         So I haven't been able to do the math since 14:28

23   yesterday at seven when I got this.               14:28

24         Are you able to tell me that's true?        14:28

25     A.  I thought you got this at three.            14:28

Highly Confidential - Attorneys Eyes Only

Page 51

1    Q.  It was sent to us at three.                      14:28

2    A.  Okay.                                            14:29

3    Q.  Are you able to tell me whether or not the      14:29

4    totals on the first five pages are, in fact, the    14:29

5    addition of all of the material that's behind it?   14:29

6    A.  I cannot tell you that I -- I can tell you I     14:29

7    have not validated that calculation on the          14:29

8    spreadsheet.                                         14:29

9    Q.  You don't know?                                  14:29

10   A.  I don't know.                                    14:29

11   Q.  Do you know whether that's true of the unit      14:29

12   sales data?                                          14:29

13   A.  Well, I haven't established, I don't know.  I    14:29

14   think you can ask this question a hundred ways and   14:29

15   I'll still have to give you the same answer.         14:29

16   Q.  The same as to any line item?                    14:29

17   A.  Yes.                                             14:29

18   Q.  How did -- who was the gentleman in your         14:29

19   general accounting department that you spoke to about 14:29

20   this document?  I've forgotten his name.            14:29

21   A.  Christopher Park.                                14:29

22   Q.  Yes.  How did Mr. Park validate the              14:29

23   information around the I500?                         14:29

24   A.  He was able to run a report out of SAP for       14:30

25   that particular model.                               14:30

Highly Confidential - Attorneys Eyes Only

Page 52

1    Q.  And does the report only include the five    14:30

2  lines that are listed under STA?    14:30

3    A.  The report he ran contained more than five    14:30

4  lines.    14:30

5    Q.  Other than checking the I500, have you done    14:30

6  anything else to determine whether or not the data    14:30

7  that's in Exhibit 1922 is valid?    14:30

8    A.  Yes.    14:31

9    Q.  What?    14:31

10    A.  The data for the STA was prepared by STA    14:31

11  staff.    14:31

12    Q.  Who prepared the data?    14:31

13    A.  So Jaehee -- what's the last name, I forgot    14:31

14  her last name, J-A-E-H-E-E, I forgot the last name for    14:31

15  the moment.    14:32

16    Q.  To whom -- is that a male or female?    14:32

17    A.  Female.    14:32

18    Q.  To whom did she give the data?    14:32

19    A.  I do not know.    14:32

20    Q.  How did it get from her to being included in    14:32

21  Exhibit 1922?    14:32

22    A.  I think I said before I don't know who    14:32

23  prepared this report.    14:32

24    Q.  How do you know that her work -- this    14:32

25  document is an accurate reflection of her work?    14:32

Highly Confidential - Attorneys Eyes Only

Page 53

| | | |
|---|---|---|
| 1 | A.  So two answers to that. | 14:32 |
| 2 | One, the conversation I had in counsel's | 14:32 |
| 3 | presence with SEC staff that I referred to earlier and | 14:32 |
| 4 | more importantly he was validating it by validation | 14:33 |
| 5 | with Christopher Park. | 14:33 |
| 6 | Q.  With respect to the one product? | 14:33 |
| 7 | A.  Yes. | 14:33 |
| 8 | Q.  What is it about the conversation you had | 14:33 |
| 9 | with the person from SEC that causes you to believe | 14:33 |
| 10 | her work is accurately reflected in Exhibit 1922? | 14:33 |
| 11 | A.  Because he told me because -- it was accurate | 14:33 |
| 12 | as reflected in this report. | 14:33 |
| 13 | Q.  How did he know? | 14:33 |
| 14 | A.  I don't know. | 14:33 |
| 15 | Q.  Was he involved in the preparation of | 14:33 |
| 16 | Exhibit 1922? | 14:33 |
| 17 | A.  I don't know who prepared Exhibit 1922. | 14:33 |
| 18 | Q.  I didn't ask that question. | 14:33 |
| 19 | Was this gentleman involved in the | 14:33 |
| 20 | preparation of Exhibit 1922 in any way? | 14:33 |
| 21 | A.  I don't know who prepared the Exhibit 1922. | 14:34 |
| 22 | It's very hard for me to then speculate as to who may | 14:34 |
| 23 | have been involved in the preparation of document | 14:34 |
| 24 | 1922. | 14:34 |
| 25 | Q.  What's your understanding as to how he knew | 14:34 |

Highly Confidential - Attorneys Eyes Only

Page 54

1   that the information was -- that's in Exhibit 1922 is   14:34

2   an accurate representation of what's in STA's system?   14:34

3       A.  Can you repeat that question?   14:34

4       Q.  Right.  What -- see if I can rephrase it in a   14:34

5   way that may be easier for you to understand.   14:34

6          What did he tell you that caused you to   14:34

7   believe that Exhibit 1922 is an accurate reflection of   14:34

8   information that's in STA's system of record?   14:34

9       A.  He told me that no one at SEC had prepared   14:34

10  any data for STA and the data had been prepared by STA   14:35

11  staff.   14:35

12      Q.  Did he identify who?   14:35

13      A.  Yes, I just named the person.   14:35

14      Q.  Mr. Park?   14:35

15      A.  No, Giho.   14:35

16      Q.  Did he identify anybody else?   14:35

17      A.  No.   14:35

18      Q.  Did he identify anything else he had done to   14:35

19  validate the data in any way as to STA?   14:35

20      A.  No.   14:35

21      Q.  Are you able to say on behalf of Samsung on   14:35

22  the record whether or not this document is a -- 1922   14:35

23  is a complete and authoritative and accurate statement   14:35

24  of the quantity of each of the products that are   14:35

25  listed -- quantity sold by period of each of the   14:35

Highly Confidential - Attorneys Eyes Only

Page 55

1    products that are listed on Exhibit 1922?                14:35

2        MR. ALDEN:  Objection, vague and ambiguous          14:35

3    and Mr. Sheppard is designated on behalf of STA and     14:35

4    SEA only so his answers can only be on behalf of those  14:35

5    entities.                                               14:36

6        THE WITNESS:  Do you want to --                     14:36

7    BY MR. OLSON:                                           14:36

8        Q.  Sure.  Let me see if I can correct it in a      14:36

9    way that you can answer.                                14:36

10       On behalf of STA and SEA, are you able to say       14:36

11   whether Exhibit 1922 is an authoritative and accurate   14:36

12   statement of the unit sales of each of the products     14:36

13   that are listed under the category STA and SEA in       14:36

14   Exhibit 1922?                                           14:36

15       A.  Yes.                                            14:36

16       MR. ALDEN:  Objection, vague and ambiguous.         14:36

17       THE WITNESS:  Authoritative -- so best of my        14:36

18   knowledge based on the analysis I've done I believe     14:36

19   these are accurate -- these spreadsheets contain        14:36

20   accurate data about the sales of the units listed in    14:36

21   this document.                                          14:36

22   BY MR. OLSON:                                           14:36

23       Q.  All right.  Not quite my question.              14:36

24       Are you able to state one way or the other,         14:36

25   yes or no, whether this document Exhibit 1922 is an     14:37

Highly Confidential - Attorneys Eyes Only

Page 56

1   authoritative and accurate statement of the unit sales   14:37

2   of each of the products that are listed as it relates   14:37

3   to the category STA and SEA on the spreadsheet?   14:37

4        MR. ALDEN:  Same objection.   14:37

5        THE WITNESS:  I'm not familiar with the term   14:37

6   authoritative in the accounting context.   14:37

7        So what I can say is that I believe this data   14:37

8   is an accurate reflection of what is contained in our   14:37

9   SAP database for STA and SEA.   14:37

10  BY MR. OLSON:   14:37

11     Q.  And other than speaking to Mr. Park and   14:37

12  Mr. Ro, what other analysis or information do you have   14:37

13  that causes you to believe that?   14:37

14     A.  That that's it.   14:38

15        MR. OLSON:  Let me have marked as the next   14:38

16  exhibit in order, Exhibit 1923, a document that is   14:38

17  SAMNDCA 354386 through 354600.   14:38

18        (Exhibit No. 1923 was marked.)   14:38

19  BY MR. OLSON:   14:38

20     Q.  Mr. Sheppard, let me ask you first:  Have you   14:39

21  ever seen Exhibit 1923 before other than in the   14:39

22  presence of counsel?   14:39

23     A.  Give me a second and try to figure out what   14:40

24  this is.   14:40

25        I'd have to say no, I've not.   14:40

Highly Confidential - Attorneys Eyes Only

Page 57

1   Q.  Have you ever seen Exhibit 1923 before?            14:40

2   A.  I do recall seeing a document in the presence     14:41

3   of counsel that includes the year 2007.  I did not    14:41

4   memorize which products were included in the report.  14:41

5   Q.  Did you see it in hard copy or Excel              14:41

6   spreadsheet?                                           14:41

7   A.  Hard copy.                                         14:41

8   Q.  Did you do anything -- let me start with this     14:41

9   question.                                              14:41

10      Are you able to say whether or not               14:41

11  Exhibit 1923 is an accurate and complete record of the 14:41

12  unit sales for STA for the products that are listed in 14:41

13  it?                                                    14:41

14  A.  Just one moment.                                   14:41

15      I believe so.  I believe this is accurate.        14:42

16  Q.  Is it complete?                                    14:42

17      MR. ALDEN:  Objection, vague and ambiguous.       14:42

18      THE WITNESS:  Can you define complete for me?     14:42

19  BY MR. OLSON:                                          14:42

20  Q.  Sure.  Is there any unit sales that have not      14:42

21  been incorporated?  Is there any part of the sales    14:42

22  that haven't been included in any way?                 14:43

23  A.  To the best of my knowledge, I believe it's       14:43

24  complete.                                              14:43

25  Q.  And did you -- is the information that's in        14:43

Highly Confidential - Attorneys Eyes Only

Page 58

1   Exhibit 1923 accurate and complete as to the sales      14:43

2   data for the STA products?                              14:43

3       A.  For 1923?                                       14:43

4       Q.  Correct.                                        14:43

5       A.  Yes, I believe so.                              14:43

6       Q.  Did you do anything to validate that that       14:43

7   would be different -- did you do anything to validate   14:43

8   that as to Exhibit 1923?                                14:43

9       A.  Yes.  I think you were about to ask me this     14:44

10  question, but the same process as for the other         14:44

11  exhibits.                                               14:44

12      Q.  Did you do anything else, anything in           14:44

13  addition to what you've already testified to regarding  14:44

14  Exhibit 1922?                                           14:44

15      A.  No.                                             14:44

16      Q.  And is it correct that the information that's   14:44

17  in Exhibit 1922, regarding STA sales, sales in dollars  14:44

18  is accurate and complete?                               14:44

19      A.  Yes, I believe so.                              14:44

20      Q.  Did you do anything different to validate       14:44

21  that information other than what we've talked about     14:44

22  already with respect to unit sales?                     14:44

23      A.  No.                                             14:44

24      Q.  How did Samsung decide what to include in       14:44

25  Exhibit 1923 as compared to 1922?                       14:44

Highly Confidential - Attorneys Eyes Only

Page 59

1           MR. ALDEN:  Object as to beyond the scope.      14:44

2           To the extent that your knowledge comes from   14:44

3     discussions with counsel, I'll instruct you not to   14:45

4     answer.                                               14:45

5           If you know outside of that, feel free to      14:45

6     answer.                                               14:45

7           THE WITNESS:  I do not know.                    14:45

8     BY MR. OLSON:                                         14:45

9        Q.  Is the only information you know as to the     14:45

10    products that are included in 1923 from counsel?      14:45

11       A.  Yes.                                           14:45

12       Q.  Is the only information you know regarding     14:45

13    the products that are in Exhibit 1922 from counsel?   14:45

14       A.  Yes.                                           14:45

15       Q.  Using Exhibit 1922 for a second, is the        14:45

16    information contained in Exhibit 1922 an accurate and 14:45

17    complete reflection of all of SEA's sales in quantity 14:45

18    and dollars?                                          14:45

19       A.  Yes.                                           14:45

20       Q.  Did you do anything to validate that other     14:45

21    than what we've already talked about before?          14:46

22       A.  No.                                            14:46

23       Q.  And with respect to Exhibit 1923, is the       14:46

24    information contained in 1923 accurate and complete as 14:46

25    to SEA's quantity and sales?                          14:46

Highly Confidential - Attorneys Eyes Only

Page 60

| | | |
|---|---|---|
| 1 | A. 1923? | 14:46 |
| 2 | Q. Yes. | 14:46 |
| 3 | A. To the best of my knowledge, it does not | 14:46 |
| 4 | contain any SEA data. | 14:46 |
| 5 | Q. Looking back at Exhibit 1922, the information | 14:46 |
| 6 | under the category COGS under STA, do you see that? | 14:46 |
| 7 | A. Yes, I do. | 14:46 |
| 8 | Q. That is the transfer price that gets paid by | 14:46 |
| 9 | STA to SEC; is that correct? | 14:46 |
| 10 | A. It's included in that. | 14:46 |
| 11 | Q. Is that the primary item that's in there? | 14:46 |
| 12 | A. It's the primary item. | 14:46 |
| 13 | Q. Under STA, there's a category line item | 14:47 |
| 14 | expense. | 14:47 |
| 15 | Do you see that? | 14:47 |
| 16 | A. I do. | 14:47 |
| 17 | Q. Do you have an understanding as to how the | 14:47 |
| 18 | expense items were allocated to individual phones in | 14:47 |
| 19 | 1922? | 14:47 |
| 20 | A. Yes. | 14:47 |
| 21 | Q. How? | 14:47 |
| 22 | A. There is a -- there is a two-step allocation | 14:47 |
| 23 | process to allocate -- I should say three-step | 14:47 |
| 24 | process. | 14:47 |
| 25 | The first step is the costs directly | 14:47 |

Highly Confidential - Attorneys Eyes Only

Page 61

1   associated with the device billed to that device.          14:47

2        The second step is to take common costs, for          14:47

3   example, the lease of a building, and that is             14:47

4   allocated to various cost centers.                         14:48

5        The third step is to then take common cost           14:48

6   centers, for example, the HR department or the            14:48

7   accounting group and allocate those costs across          14:48

8   devices.                                                   14:48

9     Q.  How is the last category allocated across          14:48

10  devices?                                                   14:48

11    A.  So let me get back.                                 14:48

12       Step two, the allocation of rent, for               14:48

13  example, is based on a usage basis.                        14:48

14       So the allocation is based on square footage        14:48

15  of individual departments used inside different           14:48

16  buildings across STA in America -- well, the U.S.          14:48

17       The last step is to allocate based on               14:48

18  revenue, revenue contribution.                             14:48

19    Q.  Is there any other way that expenses are           14:48

20  allocated to be incorporated per product in that line     14:48

21  item?                                                      14:48

22    A.  Those are the primary methods.                      14:49

23       The three things, if you can directly              14:49

24  allocate, you will.                                        14:49

25       If you can allocate on a usage basis where it       14:49

Highly Confidential - Attorneys Eyes Only

Page 62

1   makes more sense than revenue, then you will do that.      14:49

2   Rent is a perfect example.      14:49

3        The last one is you allocate based on      14:49

4   revenue.      14:49

5   Q.  And which expenses are allocated on a direct      14:49

6   basis?      14:49

7   A.  So an example would be a program where you      14:49

8   are offering an incentive to a carrier customer to      14:49

9   sell more of that product.      14:49

10       So that would be, for example, if you -- if      14:49

11  you wished a carrier to sell a product at a discount      14:49

12  or encourage them to sell their program -- the device      14:49

13  to the consumer at a discount, the costs associated      14:49

14  with that program you could directly associate with      14:50

15  that device and you would be able to directly allocate      14:50

16  it straight to that device.      14:50

17  Q.  Anything else that's directly allocated other      14:50

18  than advertising or marketing dollars specific to a      14:50

19  device?      14:50

20  A.  Costs of -- trying to think.      14:50

21       So costs associated with moving product,      14:50

22  freight costs, can be associated directly with the      14:50

23  shipment, you can allocate those directly.      14:50

24  Q.  When you say you could, you do or --      14:50

25  A.  So wherever there's activity directly related      14:50

Highly Confidential - Attorneys Eyes Only

Page 63

1   to a specific product it gets allocated.              14:50

2          I gave you two very specific examples.         14:50

3     Q.  Are you able to say what the other examples     14:50

4   are?                                                  14:50

5     A.  It would take a long time.  I would have to     14:50

6   go through thousands of transactions.                 14:50

7     Q.  Are you able to identify other categories       14:50

8   that are directly allocated?                          14:50

9     A.  The costs associated with -- well, we talked    14:50

10  about that type of marketing program you referred to, 14:51

11  cost of specifically supporting or doing some kind of 14:51

12  repair to a device, if there's value added work,      14:51

13  perhaps an example would be refurbishing a product on 14:51

14  behalf of a carrier if they asked us to do some kind  14:51

15  of repair, we track that information at the device    14:51

16  level.                                                14:51

17    Q.  And would all those be in expense items as      14:51

18  compared to cost of goods sold?                       14:51

19    A.  Yes.                                            14:51

20    Q.  Any others that are directly allocated?         14:51

21    A.  I'm sure there are others, but those are the    14:51

22  kind of big examples I can think of at this moment.   14:51

23    Q.  Does Samsung internally prepare any reports     14:52

24  using these allocations of profitability by phone?    14:52

25          MR. ALDEN:  Sorry, could you repeat that      14:52

Highly Confidential - Attorneys Eyes Only

Page 64

1    question?                                          14:52

2           (The record was read by the Reporter.)     14:52

3           MR. ALDEN:  Objection, vague and ambiguous, 14:52

4    beyond the scope.                                  14:52

5    BY MR. OLSON:                                      14:52

6       Q.  Let me see if I can make the question better. 14:52

7           Does Samsung prepare any -- does STA prepare 14:52

8    any reports on profitability using the allocations 14:52

9    that you just identified?                          14:52

10          MR. ALDEN:  Objection, vague and ambiguous.  14:52

11          THE WITNESS:  No.                            14:52

12   BY MR. OLSON:                                      14:52

13      Q.  Were the allocations that you just identified 14:52

14   done solely for purposes of this document for this 14:52

15   litigation?                                        14:52

16      A.  No.                                          14:52

17      Q.  Does Samsung prepare any reports that make  14:52

18   use of those allocations for delivery to management in 14:53

19   the ordinary course?                               14:53

20          MR. ALDEN:  Same objection.                 14:53

21          THE WITNESS:  So you go back and forth       14:53

22   between STA and Samsung.  So I can only testify about 14:53

23   STA or SEA.                                        14:53

24          So if you refer to Samsung to mean only those 14:53

25   two, I can give you the answer that no, the analysis 14:53

Highly Confidential - Attorneys Eyes Only

Page 65

```
1   is not done on profitability at the product level    14:53
2   inside those entities.                                14:53
3   BY MR. OLSON:                                         14:53
4       Q.  Let me make sure, I'll use Samsung in the     14:53
5   manner you described, STA and SEA.                    14:53
6           Does Samsung prepare any reports internally   14:53
7   that make use of the data that's prepared as a result 14:53
8   of the allocations you just identified?               14:53
9       A.  No.                                           14:53
10      Q.  Does Samsung do anything in the ordinary      14:53
11  course to validate those allocations?                 14:54
12      A.  What do you mean by "validate"?               14:54
13      Q.  To make sure that they're being done          14:54
14  correctly, make sure they're accurately reflecting    14:54
15  what the methods that are being described.            14:54
16      A.  As part of the close process -- let me        14:54
17  rephrase this.                                        14:54
18          As part of the standard close process these  14:54
19  allocations is one of the last steps in the process   14:54
20  after the books are closed, it's the last activity    14:54
21  before we book tax entries.                           14:54
22      Q.  Let me see if I can get a better question.    14:54
23          How internally does Samsung make use of these 14:54
24  allocations for purposes of any financial reporting   14:54
25  either to management or to anyone else?               14:54
```

Highly Confidential - Attorneys Eyes Only

Page 66

1          MR. ALDEN:  Objection, beyond the scope.        14:54

2          You can answer the question.                    14:54

3          THE WITNESS:  Let me think.                      14:55

4          There's part of this allocation that we          14:55

5    haven't -- there's a step as part of this allocation   14:55

6    to ensure that a part of this that the -- we're in     14:55

7    compliance with the APA agreement.                     14:55

8          Part of the allocation process is also to        14:55

9    ensure we're booking the entries that are required to  14:55

10   be complied with the APA.                              14:55

11   BY MR. OLSON:                                           14:55

12      Q.  How, other than that, does Samsung make any     14:55

13   use of the allocations that you described?             14:55

14      A.  We don't.                                        14:55

15      Q.  And do you not report for purposes of the APA   14:55

16   a total profitability number for all of STA to the    14:55

17   federal government?                                     14:55

18      A.  We do, but not on a monthly basis.             14:55

19      Q.  Why are the allocations needed for purposes     14:56

20   of reporting to the IRS?                                14:56

21      A.  Part of the allocation process is to ensure     14:56

22   we've recorded the entries that record where, as part  14:56

23   of our APA agreement, we've recorded the R&D cost plus 14:56

24   basis back to HQ.                                       14:56

25          And we've also ensured that we've recorded      14:56

Highly Confidential - Attorneys Eyes Only

Page 67

1    that our marketing expenses are reimbursed from HQ.        14:56

2        Q.   How are marketing expenses reimbursed by HQ?      14:56

3        A.   How?  They're physically sent as money.           14:57

4        Q.   For all of them?                                  14:57

5        A.   For marketing expenses.                           14:57

6        Q.   For all marketing expenses?                       14:57

7        A.   For STA, yes.                                      14:57

8        Q.   Is the same true of SEA?                          14:57

9        A.   No.                                               14:57

10       Q.   Does SEA receive any payment from HQ for          14:57

11   purposes of -- for R&D expenses?                           14:57

12       A.   For R&D, yes.                                     14:57

13       Q.   But not for marketing?                            14:57

14       A.   Not for marketing.                                14:57

15       Q.   Are the allocations that STA or SEA uses          14:57

16   subject to any audit?                                      14:57

17       A.   The allocations?                                  14:57

18       Q.   Correct.                                          14:57

19       A.   Well, audit is a very broad term.                14:57

20            What do you mean by "audit"?                      14:57

21       Q.   Is there any manner in which they're audited?     14:57

22            MR. ALDEN:  Objection, vague and ambiguous.       14:57

23            THE WITNESS:  As with many large companies,       14:57

24   we have many types of audits.                              14:58

25   BY MR. OLSON:                                              14:58

Highly Confidential - Attorneys Eyes Only

Page 68

1     Q.  So let's start with are they subject to any      14:58

2   review by external auditors, independent auditors?     14:58

3     A.  Yes.                                              14:58

4     Q.  How is that done?                                 14:58

5     A.  Actually, our audit firm doesn't like me to       14:58

6   know how they actually perform their audit.  That      14:58

7   would be bad for me, bad for them to know.             14:58

8     Q.  Do you know that they actually -- your            14:58

9   independent firm, that they actually review the        14:58

10  allocations?                                            14:58

11    A.  It's pretty standard practice for an audit        14:58

12  firm not to disclose their exact audit technique.      14:58

13    Q.  That wasn't my question, but do you know          14:58

14  whether your independent audit firm reviews the        14:58

15  allocations in any way?                                 14:58

16    A.  Our audit firm has to validate that our           14:59

17  financial statements are in compliance with the IFRS   14:59

18  and Samsung's -- in this case, SEC's standard          14:59

19  accounting policies.                                    14:59

20        So they have to ensure that we have followed     14:59

21  our rules.                                              14:59

22        As to how they perform those tests, they         14:59

23  don't have to tell me.                                  14:59

24    Q.  Are the allocations audited on an internal        14:59

25  audit basis?                                            14:59

Highly Confidential - Attorneys Eyes Only

Page 69

1        MR. ALDEN:  Objection, vague and ambiguous.    14:59

2        THE WITNESS:  We have -- SEC requires all       14:59

3    subsidiaries to undergo audits of both operational and  14:59

4    financial matters on a regular basis.               14:59

5    BY MR. OLSON:                                        14:59

6      Q.  Have you ever seen a report from anyone in    14:59

7    internal audit either at SEC, STA or SEA on the     14:59

8    allocations that you just described to various      14:59

9    products?                                           15:00

10        MR. ALDEN:  Objection, vague and ambiguous.    15:00

11        THE WITNESS:  Have I ever seen an audit or a   15:00

12    document?                                           15:00

13    BY MR. OLSON:                                        15:00

14      Q.  Have you ever seen any report from an        15:00

15    internal audit of that work?                        15:00

16        MR. ALDEN:  Objection, vague and ambiguous.    15:00

17        THE WITNESS:  I do not recall that there has   15:00

18    never been a specific audit solely just on         15:00

19    allocations.                                        15:00

20    BY MR. OLSON:                                        15:00

21      Q.  I don't think I understood your response,    15:00

22    there was a double negative in there.               15:00

23      A.  I'm not aware of any specific audit report on  15:00

24    allocations.                                        15:00

25        MR. OLSON:  Why don't we take a break.         15:00

Highly Confidential - Attorneys Eyes Only

Page 70

1      THE VIDEOGRAPHER:  Here marks the end of tape    15:00

2  1 in today's deposition, we're off the record, it's   15:00

3  3:00 o'clock.                                          15:00

4      (Recess taken.)                                    15:00

5      THE VIDEOGRAPHER:  Here marks the beginning        15:14

6  of tape 2 in the deposition of Mr. Sheppard.           15:14

7      We are back on the record, the time is 3:15.       15:14

8  BY MR. OLSON:                                          15:14

9    Q.  Mr. Sheppard, did you have anyone on your        15:14

10 staff check any of the information as to any of the    15:14

11 products that are included in Exhibit 1923?            15:14

12   A.  No.                                              15:14

13   Q.  Did you ask anybody at SEA or SEC's staff to     15:14

14 check the information as to any of the products that   15:14

15 are in Exhibit 1923?                                   15:14

16   A.  No, but 1923 doesn't contain any SEA data.       15:15

17   Q.  So obviously, then, you didn't do it as to       15:15

18 SEA.                                                   15:15

19      Did you ask anybody at SEC to validate any of     15:15

20 the information as to a specific product like you did  15:15

21 with Mr. Park in any of the products in Exhibit 1923?  15:15

22   A.  No.  Once I had established how the data was     15:15

23 extracted from SAP, and I was available to validate    15:15

24 the point that Mr. Ro had made to me, I was quite      15:15

25 comfortable these were actual reflections what is in   15:15

Highly Confidential - Attorneys Eyes Only

Page 71

1    SAP.                                                    15:15

2         Q.  Did you see Mr. Ro?                            15:15

3         A.  Yes, remember I said earlier I had spoken to   15:15

4    Mr. Ro at SEC.                                          15:15

5         Q.  I thought I heard Rowland so I wanted to make  15:15

6    sure.                                                   15:15

7         A.  It's R-O, not a common name.                   15:15

8         Q.  And what is your understanding as to how the   15:15

9    data that's included on Exhibit 1922 and 1923 was       15:16

10   extracted?                                              15:16

11        A.  1922 and 1923, oh -- so ignoring the summary   15:16

12   page which I believe this just represents a             15:16

13   spreadsheet, but if you actually go to --               15:16

14        Q.  Let me pause you there.  When you say          15:16

15   'spreadsheet,' the addition of the other items?         15:16

16        A.  So I -- in my mind, the front -- so in native  15:16

17   form you would see this, I think, as a -- I would       15:16

18   imagine you would see this, I haven't seen this in      15:16

19   native form -- at least I don't think so -- in the      15:16

20   first page this would be the first tab of a             15:16

21   spreadsheet.                                            15:16

22             After that, you then see a tab for each --    15:16

23   each product.                                           15:16

24             And by validating the data back to SAP for    15:16

25   the I500, I'm confident each tab then represents just   15:17

Highly Confidential - Attorneys Eyes Only

Page 72

1   a straight extract from SAP and summarized in this          15:17

2   spreadsheet format.                                          15:17

3        Q.  And how did you -- how did you come to the          15:17

4   understanding that this was an extract from SAP?            15:17

5        A.  Because that's our system of record.                15:17

6        Q.  But did someone tell you that or did you know       15:17

7   that the minute you saw it?                                  15:17

8        A.  I suspected that the minute I saw it, but I        15:17

9   validated it with a discussion with Mr. Ro.                 15:17

10           Then I asked one of my -- Mr. Park to              15:17

11  actually reperform the extract to validate it was           15:17

12  accurately done.                                             15:17

13       Q.  With respect to the I500, did Mr. Park do it       15:17

14  just for one period of time or for all periods of           15:17

15  time?                                                        15:17

16       A.  He did it for all the periods that were in --      15:17

17  let me see which one did he do.                              15:17

18           He did it for the periods 2010, 2011.             15:17

19           So I didn't want him to just do it an extract      15:18

20  for one month.  I wanted to see a broader validation.       15:18

21           I wanted to be very confident this was            15:18

22  complete data and I knew where it came from.                15:18

23       Q.  If you'll grab Exhibit 1922, please, if           15:18

24  you'll first turn to the page that's marked at the top      15:18

25  Acclaim and at the bottom 354296.                           15:18

Highly Confidential - Attorneys Eyes Only

Page 73

| | | |
|---|---|---|
| 1 | A.  Okay. | 15:18 |
| 2 | Q.  You see that has to do with the product | 15:18 |
| 3 | identified as Acclaim at the top? | 15:18 |
| 4 | A.  Yes. | 15:18 |
| 5 | Q.  Then, if you'll turn to the next page, see | 15:18 |
| 6 | how the data continues for Acclaim on 2011; is that | 15:18 |
| 7 | correct? | 15:18 |
| 8 | A.  Yes.  You're looking at page 4297? | 15:18 |
| 9 | Q.  Correct. | 15:19 |
| 10 | A.  Yes. | 15:19 |
| 11 | Q.  And it continues on to 4298. | 15:19 |
| 12 | Do you see that? | 15:19 |
| 13 | A.  It does. | 15:19 |
| 14 | Q.  Do you see that there's no data for May under | 15:19 |
| 15 | column X of page 4297? | 15:19 |
| 16 | A.  May 2011? | 15:19 |
| 17 | Q.  Yes. | 15:19 |
| 18 | A.  Yes. | 15:19 |
| 19 | Q.  And then there's negative information on | 15:19 |
| 20 | quantity from STA for June. | 15:19 |
| 21 | Do you see that? | 15:19 |
| 22 | A.  Yes, I do see that. | 15:19 |
| 23 | Q.  And there's positive information on quantity | 15:19 |
| 24 | and on sales for -- | 15:19 |
| 25 | A.  Column Z. | 15:19 |

Highly Confidential - Attorneys Eyes Only

Page 74

| | | |
|---|---|---|
| 1 | Q.  Yes. | 15:19 |
| 2 | A.  Yes. | 15:19 |
| 3 | Q.  And if you turn to the next page -- | 15:19 |
| 4 | A.  The column Z is the period April, May and | 15:19 |
| 5 | June.  So if you look to column W, the -- that's why | 15:19 |
| 6 | you had a reasonable sales quantity of almost 14,000 | 15:19 |
| 7 | units in April. | 15:19 |
| 8 | Nothing in May and then June, I think just | 15:20 |
| 9 | some devices came back returned which is why you had | 15:20 |
| 10 | negative transactions. | 15:20 |
| 11 | And column Z represents the sum for the | 15:20 |
| 12 | 90-day period ending second quarter. | 15:20 |
| 13 | Q.  Can you explain the data that's in AA, AB and | 15:20 |
| 14 | AC and continuing on to the next page, AD and AE | 15:20 |
| 15 | including why it turns both negative and positive? | 15:20 |
| 16 | A.  So if we actually step back to page 4296, I | 15:20 |
| 17 | believe this product would have been launched in the | 15:20 |
| 18 | June 2010 time frame. | 15:20 |
| 19 | And the life cycle for one of these products | 15:20 |
| 20 | is typically about a year. | 15:20 |
| 21 | So if you go from June to, in this case, I | 15:20 |
| 22 | would say just shy of June, April 2011, the product | 15:20 |
| 23 | was close to end of life. | 15:20 |
| 24 | So the sales quantities were significantly | 15:20 |
| 25 | reduced in that last four months of sales which I | 15:21 |

Highly Confidential - Attorneys Eyes Only

Page 75

1   think was April.                                      15:21

2          And the impact -- if you actually go back to   15:21

3   4296 you can see in June the sales were about 35,000,  15:21

4   72,000 in July 2010, then they drop to about 30,000 a  15:21

5   month.                                                 15:21

6          And then going forward, they just got lower     15:21

7   and lower and lower until you ended up with a small    15:21

8   spike in March 2011 and April 2011.                    15:21

9          So the normal cycle is you sell a lot upfront   15:21

10  and then the sales of quantity goes down over time.    15:21

11         And then just towards the end of life this      15:21

12  normal discussion between the carrier and STA to       15:21

13  figure out how do we push through the last remaining   15:21

14  units, either turn preordered components into finished 15:21

15  products to push those through to sale.                15:21

16         That's the last activity you see in March and   15:22

17  April 2011.                                            15:22

18         And then what activity you see after that is    15:22

19  returns of units that may have been defective at       15:22

20  manufacturer, called dead on arrival units, typically  15:22

21  DOA is the common term and those are typically         15:22

22  returned back to STA.                                  15:22

23         So when you see, for example, July 2011, you    15:22

24  can see five units coming back, when units are coming  15:22

25  back, you reverse sales, you reverse cost of goods     15:22

Highly Confidential - Attorneys Eyes Only

Page 76

1    sold and you end up with negative contribution in that   15:22

2    month.                                                    15:22

3       Q.  Why is October positive?                          15:22

4       A.  It's possible we may have been able to ship       15:22

5    back a small number of units in that last -- in the      15:22

6    last transaction.                                         15:22

7          Without pulling the end of line transactions,      15:22

8    I don't know for sure.  This kind of positive and        15:22

9    minus very small volumes, very common right at the end   15:23

10   of life of a product.                                     15:23

11      Q.  Are you aware of any circumstance that would      15:23

12   explain why a product would go negative and then have    15:23

13   a spike of a substantial number of positive sales        15:23

14   afterwards?  By that, substantial number, I mean         15:23

15   numbers in excess of 10,000 --                           15:23

16      A.  So if we go back to the January, February         15:23

17   time frame, 2011, you can see that -- actually, go       15:23

18   back a little further, you can see in Q4, the sales      15:23

19   numbers were ten to 16,000.                               15:23

20          In January and February, they dropped to          15:23

21   almost zero, 3,000 in January and then a hundred units   15:23

22   in February.                                              15:23

23          And then they picked up for March and April.      15:23

24          So the main sales activity ran through the        15:23

25   end of the year Q4, 2010.                                 15:23

Highly Confidential - Attorneys Eyes Only

Page 77

1       In the Q1 period and early Q2, that would          15:23

2   have been -- that's typically in the life cycle where   15:23

3   you see an attempt to push through and convert any      15:24

4   material still in the sales channels for raw materials  15:24

5   suppliers and remaining inventory anywhere in the       15:24

6   process and push them through to final sales.           15:24

7       Normally you see a small spike at end of life       15:24

8   and drops down to zero.                                 15:24

9   Q.  Can you explain why February shows a hundred        15:24

10  units sold but no revenue?                              15:24

11  A.  It's possible -- it's possible those were           15:24

12  units that were acquired for seed stock.  There's a     15:24

13  requirement in our carrier contracts to provide a       15:24

14  certain number of units at no cost to the carriers      15:24

15  they use for replacement.                               15:24

16      So if, for example, you were a consumer and         15:24

17  went into the store said my phone doesn't work, I need  15:24

18  a replacement, the carriers will give you one and that  15:24

19  comes out of what typically is referred to as a seed    15:24

20  pool.                                                   15:25

21      The contractual requirement is a certain            15:25

22  percentage of units sold.  For each unit sold           15:25

23  typically of a hundred, maybe one to three percent are  15:25

24  also provided additionally at no revenue to the         15:25

25  carrier so they can put in their seed pool.             15:25

Highly Confidential - Attorneys Eyes Only

Page 78

1   Q.  Is that speculation as to what that is in        15:25

2   February or is that something you actually know as to  15:25

3   this product for February?                            15:25

4   A.  I'm speculating that's what that is for           15:25

5   February, but that would -- that would be -- that     15:25

6   would be commonly a good reason why you would see that 15:25

7   kind of transaction.                                   15:25

8   Q.  Do you have any -- other than the speculation     15:25

9   you've given, do you have any actual information as to 15:25

10  why there were a hundred units that were nonrevenue in 15:25

11  February as between two months in which there was      15:25

12  3,000 units sold and 13,000 units sold?                15:25

13  A.  No, I don't have the underlying data for that     15:25

14  transaction for that period, but I'm quite confident   15:26

15  we can extract from SAP and validate the entries.      15:26

16  Q.  Did you make any effort to check?                 15:26

17  A.  For this specific product?  For that time         15:26

18  period, the February 2011?                            15:26

19  Q.  Did you make any effort to check on any           15:26

20  product in there for any time period other than the   15:26

21  I500?                                                  15:26

22  MR. ALDEN:  Objection, asked and answered.            15:26

23  THE WITNESS:  No.                                      15:26

24  BY MR. OLSON:                                          15:26

25  Q.  Save us a lot of questions later.                 15:26

Highly Confidential - Attorneys Eyes Only

1          Why don't you turn, see if we can find it,        15:26
2    there's a tab for Nexus S.                              15:26
3          I believe you can find it at -- beginning at      15:26
4    354351.                                                 15:26
5       A.  Okay.                                            15:27
6       Q.  If you look at -- let's orient ourselves.        15:27
7          You'll see as to STA, the quantity and sales      15:27
8    items are at lines 9 and 10.                            15:27
9          Do you see that?                                  15:27
10      A.  Yes, I do.                                        15:27
11      Q.  So if you turn to the next page, and looking      15:27
12   at lines 9 and 10, looking across at the months of      15:27
13   April, May and June, do you see how there's three       15:27
14   units, negative one unit, negative three units for      15:27
15   April, May and June.                                    15:27
16         Do you see that?                                  15:27
17      A.  Yes.                                              15:28
18      Q.  Correspondingly, there's 1419 in revenue, a      15:28
19   negative 305,979 and negative 1,318,008.                15:28
20         Do you see that?                                  15:28
21      A.  I do.                                             15:28
22      Q.  And that the combined total for that quarter     15:28
23   is a negative one units.                                15:28
24         Do you see that?                                  15:28
25      A.  Yes.                                              15:28

Highly Confidential - Attorneys Eyes Only

Page 80

1    Q.  And then if you go to the next -- for July         15:28

2    there's 16,000 units?                                  15:28

3    A.  Uh-huh.                                            15:28

4    Q.  And August there's 4,279 units and then            15:28

5    September there's 6,050 units.                         15:28

6        Do you see that?                                   15:28

7    A.  I do.                                              15:28

8    Q.  Do you have any information as to why it is        15:28

9    that you recorded negative 1 unit sales for the second 15:28

10   quarter of 2011 and a negative 1.6 million in revenue  15:28

11   in that quarter and then resumed in the next quarter   15:28

12   with sales of 26,000 units and 7.3 or 7.2 million?     15:29

13   A.  This product follows the typical profile I         15:29

14   described for the Acclaim.                             15:29

15       Product was launched in 2010, Q4, 2010.            15:29

16       It was a lead device, first gingerbread            15:29

17   device globally for Google and in the U.S. market it   15:29

18   was sold to T-Mobile, marketed through T-Mobile.       15:29

19       The pattern here is pretty typical.                15:29

20       As for the values and specific numbers in          15:29

21   that time period, it's following the same pattern as   15:29

22   Acclaim.                                               15:29

23       In terms of the negative revenue, this             15:29

24   product -- this product would have had some specific   15:30

25   sales activities through T-Mobile and so the negative  15:30

Highly Confidential - Attorneys Eyes Only

Page 81

1  revenue is most likely to be associated with what we      15:30

2  would call CDE programs that would have had -- would      15:30

3  have recorded the then reduction in revenue in the        15:30

4  time period outside of when the units were actually       15:30

5  sold into the carrier.                                    15:30

6       So if I clarify that point, column 9 -- row          15:30

7  9, rather, represents sales into the carrier's            15:30

8  channel.                                                  15:30

9       We offer many CDE marketing-type programs to         15:30

10 carriers to push product through to the end consumer      15:30

11 and the timing of when that happens would actually        15:30

12 result in a reduction of revenue for us at that point,    15:30

13 not necessarily when we sold the initial device in.       15:30

14      So you will end up with this -- if you had a         15:31

15 steady state of selling the same volume of units all      15:31

16 the time, you would have a pretty consistent ASP and      15:31

17 positive revenue number.                                  15:31

18      If you have -- if you don't sell consistently        15:31

19 the same volume every month and stop and start, what      15:31

20 happens is your marketing programs then cause you to      15:31

21 have reductions in revenue or negative revenue and        15:31

22 potentially in the period or month where you didn't       15:31

23 actually sell anything.                                   15:31

24    Q.  Do you book the CDE as negative revenue in         15:31

25 the period you pay it?                                     15:31

Highly Confidential - Attorneys Eyes Only

Page 82

1    A.   The accounting practice is to actually record          15:31

2    it based on when you think it will be earned.               15:31

3         So you accrue that reduction in revenue in             15:31

4    the period you think it will be earned.                     15:31

5         If, however, you find out later the program            15:31

6    is more successful or less successful than you              15:31

7    originally thought you may have to make adjustment and      15:32

8    you true that up when the carrier sends you the             15:32

9    invoice and you can make a final adjustment.                15:32

10        So the answer is both.                                 15:32

11        Typically you accrue it when you think it's            15:32

12   going to be incurred or earned by the carrier.             15:32

13        When you actually make the final payment you           15:32

14   have to true up to what really happened and the            15:32

15   adjustment may be positive or negative or may have a        15:32

16   negative impact on revenue.                                 15:32

17   Q.   CDE is consistently booked inside STA as               15:32

18   negative revenue?                                           15:32

19   A.   Yes, that's standard -- that was standard              15:32

20   practice under both IFRS and U.S. GAAP.                     15:32

21   Q.   You described this as following a fairly               15:32

22   typical pattern; is that correct?                           15:32

23   A.   Yes.                                                   15:32

24   Q.   Help me understand how this pattern is                 15:32

25   typical in the first quarter of 2011, STA sold 44 --        15:32

Highly Confidential - Attorneys Eyes Only

Page 83

1   approximately 44,000 phones, it then sold a negative 1   15:32

2   in the second quarter, it sold a positive 26,000   15:32

3   phones in the third quarter and then a positive 6500   15:33

4   phones or 6600 phones in the fourth quarter.   15:33

5          How is that typically?   15:33

6      A.   When I say typically, I wasn't considering   15:33

7   the calendar timeline but considering the timeline   15:33

8   from launch.   15:33

9          If you launch in a Q4 period, normally the   15:33

10  first three to four months are the peak sales, then   15:33

11  they drop off fairly quickly and there's a quiet   15:33

12  period and there's a peak towards the end of life as   15:33

13  you move through any remaining components or devices   15:33

14  that need to be cleared through the distribution   15:33

15  channel -- the entire manufacturing supply chain.   15:33

16     Q.   Do you consider the information on sales that   15:33

17  are presented in the Nexus S in this document to be   15:33

18  typical?   15:33

19     A.   I do.   15:33

20          So I'm referring back to the time period that   15:33

21  if I go from December through March, that was the   15:33

22  initial peak selling period for this product.   15:34

23          Then, it was quiet for 60, 90 days.   15:34

24          And then in July through August; September,   15:34

25  there was a last-minute sales activity.   15:34

Highly Confidential - Attorneys Eyes Only

Page 84

1      So you had that second smaller spike of          15:34

2  activity and then it dropped back down to zero or in  15:34

3  this case there was a very last-minute transaction in 15:34

4  November 2011.                                        15:34

5      So that cycle of peak initial burst, very        15:34

6  quiet activity and second smaller amount of activity, 15:34

7  pretty typical of a life of a product.                15:34

8      Q.  And have you done anything with respect to    15:34

9  the Nexus S to check and determine whether or not what 15:34

10  you have said, in fact, explains the items that are  15:34

11  here under quantity and sales?                        15:34

12      MR. ALDEN:  Objection, asked and answered.        15:34

13      THE WITNESS:  As I said, I validated the          15:34

14  information that was brought from SAP, I'm quite      15:34

15  confident our SAP records are accurate.               15:35

16      I sit in weekly sales meetings with sales         15:35

17  management and this is a fairly common profile that   15:35

18  I've see with my years in STA.                        15:35

19  BY MR. OLSON:                                         15:35

20      Q.  Is it common you have as many -- nearly as    15:35

21  many sales at the back end as you have at the first   15:35

22  quarter?                                              15:35

23      A.  This is much lower volume.                    15:35

24      So if you look at the first period, we were       15:35

25  talking 100,000 units from Q4 and Q1.                 15:35

Highly Confidential - Attorneys Eyes Only

Page 85

1       And then in Q3 in that last spike it was only      15:35

2   about 26,000, only a quarter to a third of the number  15:35

3   of the initial cycle.                                   15:35

4       Q.  Aren't the last two quarters collectively      15:35

5   32,000 units?                                           15:35

6       A.  Still only a third of a hundred thousand.       15:35

7           So I'm looking -- so let me clarify.            15:35

8           I'm thinking the initial part of Q4 plus Q1     15:35

9   is almost a hundred thousand.                           15:35

10          So 56 plus 44,000.                              15:35

11          Then I was looking at the Q3 period and I       15:36

12  guess we could add in the November period would be      15:36

13  about 32,000.                                           15:36

14          So it's definitely, in my opinion at least,     15:36

15  quite a big difference between those two selling        15:36

16  periods.                                                15:36

17      Q.  Do you have any understanding as to -- why      15:36

18  don't you turn to the next product --                   15:36

19      A.  Sure.                                           15:36

20      Q.  -- which is the Nexus 4G.                       15:36

21          Do you see that?                                15:36

22      A.  I do.                                           15:36

23      Q.  Let me turn your attention to August and       15:36

24  September and August, September and October of 2011.    15:36

25      A.  Yeah.                                           15:36

Highly Confidential - Attorneys Eyes Only

Page 86

1    Q.  Do you have any understanding as to why --    15:36

2    let's take September of 2011, there are zero products    15:36

3    identified and $8 million in negative revenue?    15:37

4    A.  If I recall correctly, we had a very specific    15:37

5    marketing program around this device, which was    15:37

6    recorded in Q3, 2011.    15:37

7         I think I remember actually having a    15:37

8    discussion with the Sprint CFO about this program.    15:37

9         There were a number of programs we were    15:37

10   putting together in that time frame.    15:37

11        This was included and there were other    15:37

12   programs for other products at this time to push    15:37

13   through sales.    15:37

14   Q.  So between August, September, October and    15:37

15   December, they all show negative revenue.    15:37

16        Do you see that?    15:37

17   A.  I do.    15:37

18   Q.  And collectively, that negative revenue is    15:37

19   more than -- looks like more than $20 million?    15:37

20   A.  About 15, I think.  Unless you're adding -- I    15:38

21   make it 15 so I'm adding August of 29, September of 8    15:38

22   plus October of 5.    15:38

23   Q.  I'm adding December.    15:38

24   A.  You're adding December?  Okay, I didn't see    15:38

25   that.    15:38

Highly Confidential - Attorneys Eyes Only

Page 87

1      So it would be about 23 million.                    15:38

2    Q.   Do you recall paying someone $23 million with    15:38

3  respect to taking units of this product?                15:38

4      MR. ALDEN:   Objection, vague and ambiguous.         15:38

5      THE WITNESS:   I do recall specific                  15:38

6  discussions and programs about this device and having   15:38

7  some large marketing programs.                          15:39

8      I don't recall the exact numbers off the top        15:39

9  of my head, but 8 million or 20 or 30 million doesn't   15:39

10 seem completely unreasonable or unusual for this        15:39

11 product -- for this type of product.                    15:39

12 BY MR. OLSON:                                           15:39

13   Q.   So you wouldn't consider the payment of some     15:39

14 other party of $23 million to be an unusual expense     15:39

15 for STA?                                                15:39

16   A.   No, absolutely not.                              15:39

17      So in the context of revenue of -- so let's        15:39

18 say our annual revenue is about 9 billion, eight and a  15:39

19 half to 9 billion, we would typically spend about ten   15:39

20 percent on marketing or supporting programs with        15:39

21 carriers to give discounts to end consumers.            15:39

22      So ten percent of that would be approximately      15:40

23 a billion a year.                                       15:40

24      So 20, 30 million out of a billion is not a        15:40

25 big number.                                             15:40

Highly Confidential - Attorneys Eyes Only

Page 88

1    Q.  In this case if you look at the next page it        15:40

2    shows what your total sales were, right?               15:40

3    A.  193.                                                15:40

4    Q.  23 million out of 193 unusual?                      15:40

5    A.  Using that ratio of about 10 percent it's in        15:40

6    the right ballpark.                                     15:40

7         This number is net of whatever the number          15:40

8    was.                                                    15:40

9         Yes, this sounds about right.                      15:40

10   Q.  Do you have any understanding as to why there       15:40

11   is no information in the category manufacturing below   15:40

12   with respect to the months August, September and        15:40

13   December?                                               15:40

14   A.  This is the SEC part of the document.               15:40

15        I don't know how they prepared this.  I can        15:40

16   only speculate they would -- no manufacturing occurred  15:40

17   in that period.                                         15:41

18   Q.  Do you have any understanding as to why             15:41

19   there's nothing in the category COGS or expense for     15:41

20   STA in September of 2011?                               15:41

21   A.  If we hadn't sold any units we wouldn't have        15:41

22   any COGS entries to book.                               15:41

23        So we would have to have sold some products        15:41

24   through to be able to record an entry there or had to   15:41

25   receive DOA units back to record a reverse entry.       15:41

Highly Confidential - Attorneys Eyes Only

Page 89

1    Q.  Well, in December, you've got negative units          15:41

2    but you've got COGS.                                      15:41

3    A.  But I think you said September there were no          15:41

4    units.  So if there was no units, there would be          15:41

5    nothing to record.                                        15:41

6    Q.  So why are there no expenses?                         15:41

7    A.  So the allocation for expenses would have            15:41

8    been based on revenue whereas but a reduction of          15:42

9    revenue would have been an activity -- when I said we     15:42

10   directly allocate based on certain activity, so let's    15:42

11   go back to the allocation methodology kind of the        15:42

12   three steps.                                             15:42

13       So the first step is allocate directly to a         15:42

14   product if there's an activity.                          15:42

15       So if there was a CDE program, that would be        15:42

16   an example of the kind of class 1 allocation, you book   15:42

17   directly to that product.                                15:42

18       If there's no actual sales there's nothing to       15:42

19   allocate a share of STA's activity to because nothing    15:42

20   happened.                                                15:42

21       So --                                               15:42

22   Q.  Let me break that down with you for a second.        15:42

23       You said that one of the things you try to          15:42

24   directly allocate is marketing items like CDE, right?    15:42

25   A.  Yes.                                                 15:42

Highly Confidential - Attorneys Eyes Only

Page 90

1    Q.  And those aren't in expenses, right?          15:42

2    A.  CDE is not an expense because that's a        15:42

3  reduction of revenue.                               15:42

4    Q.  That's here in the sales category?            15:42

5    A.  As a reduction in revenue.                    15:42

6    Q.  Correct?                                       15:42

7    A.  Correct.                                       15:42

8    Q.  So the expense item, expense line item under  15:42

9  STA is not including the CDE then, correct?         15:43

10   A.  Correct, it doesn't.                           15:43

11   Q.  That's true all the way across this, right?    15:43

12   A.  Yeah, I think I -- you use the word            15:43

13  marketing, let me clarify the word marketing because 15:43

14  there's a important definition here.                15:43

15       There's two types of marketing activity.       15:43

16       If there's marketing activity to reduce the    15:43

17  price of an item or of a device, under the accounting 15:43

18  rules you book that as reduction of revenue.        15:43

19       So a program where, for example, you           15:43

20  encourage a carrier to sell through inventory they  15:43

21  have, you may give them five or $10 a handset to do  15:43

22  so.  That's typically recorded as reduction in      15:43

23  revenue.                                            15:43

24       While you could classify that from a           15:43

25  nontelecommunication point of view as just that's a 15:43

Highly Confidential - Attorneys Eyes Only

Page 91

1    marketing activity, from a accounting point of view      15:43

2    you actually record the reduction in revenue.            15:43

3           If you're doing a marketing program where         15:43

4    you're trying to promote the brand, that would           15:44

5    typically fall under expense.                            15:44

6           However, for STA purposes, that expense is        15:44

7    actually reimbursed by HQ and shows up as zero.          15:44

8           There's nothing to allocate to a product.         15:44

9           Does that make sense?                             15:44

10    Q.   I think so, but let me track you a little          15:44

11   farther.                                                 15:44

12           When we were talking earlier about how           15:44

13   expenses are allocated and what I want to focus on is    15:44

14   anything that would be incorporated specifically in      15:44

15   the line item expense.                                   15:44

16           So the -- there is no marketing that's being     15:44

17   included because it's either reimbursed by HQ or it's    15:44

18   negative revenue, correct?                               15:44

19    A.   Correct.                                           15:44

20    Q.   So there's no part of the expense line item        15:44

21   that reflects some direct allocation of marketing        15:44

22   dollars?                                                 15:44

23    A.   In the STA numbers, correct.                       15:44

24    Q.   That's what you're here to testify about?          15:44

25    A.   That's what I'm here to testify.  You have to      15:44

Highly Confidential - Attorneys Eyes Only

Page 92

1    talk to someone else about whether it shows up in the     15:44

2    spreadsheet.     15:45

3        Q.  And so another thing you talked about was     15:45

4    that there are allocations that are made based on     15:45

5    square footage or rents, correct?     15:45

6        A.  Correct.     15:45

7        Q.  And there's nothing here in September of 2011     15:45

8    with respect to that, correct?     15:45

9        A.  Correct.     15:45

10       So let me --     15:45

11       Q.  Let --     15:45

12       A.  Go ahead.  Work your thought through first.     15:45

13       Q.  Why don't you explain to me why it is you     15:45

14   think there's nothing in the expense item here despite     15:45

15   the fact that you believe certain expenses are being     15:45

16   allocated based on square footage.     15:45

17       A.  So let me -- this case, this was a Nexus S     15:45

18   4G, wonderful catchy name, also known as the D720.     15:46

19           That product was sold to Sprint and there is     15:46

20   a Sprint sales team and the way that -- so they shared     15:46

21   some common costs so they share a building with the     15:46

22   Sprint network sales team that's selling and     15:46

23   implementing -- that's actually implementing Sprint's     15:46

24   4G network right now.     15:46

25           They could share a common building.  So the     15:46

Highly Confidential - Attorneys Eyes Only

Page 93

1   part of that cost that's rent is allocated to the          15:46

2   sales team, that's the second allocation step I talked     15:46

3   about.                                                      15:46

4          The third step after that is then take all          15:46

5   those sales costs including their allocation of rent        15:46

6   and allocation that came from the Richardson                15:46

7   headquarters of the back office people like myself and      15:46

8   the HR team and payroll team, et cetera.                    15:46

9          Then all those costs after are allocated out         15:46

10  to the first cost center for the Sprint sales team is       15:46

11  then subsequently allocated out by revenue.                 15:46

12         If there's no revenue, even that common rent         15:47

13  doesn't get allocated because there's no product to         15:47

14  allocate it to.                                             15:47

15     Q.  When you talked about the steps here, there          15:47

16  are -- first there is some allocation to a cost             15:47

17  center?                                                     15:47

18     A.  Correct.                                             15:47

19     Q.  And then there is after that an allocation by        15:47

20  revenue to a product?                                       15:47

21     A.  To a product.                                        15:47

22     Q.  So let me ask a question and make sure I             15:47

23  understand.                                                 15:47

24         Accordingly, the only way something ends up          15:47

25  in the expense line item is because it is being             15:47

Highly Confidential - Attorneys Eyes Only

Page 94

1   allocated based on revenue?  And when I say the        15:47

2   expense line item, I mean the item STA expense.        15:47

3         MR. ALDEN:  Objection, misstates his             15:47

4   testimony.                                             15:47

5         THE WITNESS:  Let me clarify, because this is    15:47

6   a very good point.                                     15:47

7         If I'm the head of the sales team for Sprint,    15:47

8   I want to know what's happening for my cost center and 15:47

9   what's going on.                                       15:47

10        So I would get a monthly report that shows       15:47

11  all my costs and I can see before it's allocated to a  15:47

12  product level.                                         15:47

13        So I want to know okay, I'm in this building,    15:47

14  I want to know what's my allocation of rent and I want 15:48

15  to know what's my G and A overhead allocation, what I  15:48

16  spent on travel for my team.                           15:48

17        So you'll end up -- the guy would head up,       15:48

18  head of that team would end up with some information   15:48

19  that enables him to look at his cost center, see what  15:48

20  costs are allocated.                                   15:48

21        This report is actually taking the whole         15:48

22  thing to the next level that says if I was to take all 15:48

23  those costs and allocate it to a product level, the    15:48

24  allocation for the product is based on the revenue.    15:48

25        If I'm looking at the allocation based on a      15:48

Highly Confidential - Attorneys Eyes Only

Page 95

1    cost center, that's taking the step before that          15:48

2    process.                                                 15:48

3           So there's kind of two different ways to look     15:48

4    at the information.                                      15:48

5    BY MR. OLSON:                                            15:48

6      Q.  In order to have gotten in that line item          15:48

7    expense on Exhibit 1922 and the same thing is true of    15:48

8    1923, the only way it gets there is an allocation        15:48

9    based on revenue, correct?                               15:48

10          MR. ALDEN:  Objection, vague and ambiguous as     15:48

11   to rent or other expenses.                               15:48

12          THE WITNESS:  So as you step down -- if           15:49

13   you're trying to allocate just to the product level      15:49

14   ultimately you go through these series of steps.         15:49

15          The first is to allocate correctly, the           15:49

16   second one is you allocate to a cost center and then     15:49

17   that cost center is allocated to a specific product,     15:49

18   but it's based on -- exactly based on the revenue.       15:49

19          If you have no activity, there's nothing to       15:49

20   allocate for that period.                                15:49

21   BY MR. OLSON:                                            15:49

22     Q.  And when we talked before about the                15:49

23   allocations -- for any other report that Samsung         15:49

24   prepares internally, does it do this allocation by       15:49

25   revenue to product?                                      15:49

Highly Confidential - Attorneys Eyes Only

Page 96

1    A.  So as I said, so if I'm looking at a report          15:49

2    that's looking at cost centers only and stopping at     15:49

3    that level, the allocation may or may not be based on   15:49

4    revenue because I'm just looking at activity at the     15:50

5    cost center level.                                       15:50

6         My allocation of rent isn't based on revenue,       15:50

7    it's based on how much space am I using.                 15:50

8    Q.  But I'm trying to talk about that last --            15:50

9    this last step we're talking about in your cascade      15:50

10   which is the allocation of the expenses --              15:50

11   A.  The allocation of all expenses.                     15:50

12   Q.  All the expenses ultimately to a product            15:50

13   which was being done here based on revenue, right?      15:50

14   A.  Yes.                                                 15:50

15   Q.  Is that step done for any purpose internally        15:50

16   at Samsung?                                              15:50

17   A.  So as part -- so the best way I can answer           15:50

18   that is STA doesn't use this analysis at this level.    15:50

19        But SEC requires it as part of our close            15:50

20   process to do this analysis or to make -- I should     15:50

21   rephrase that.                                          15:50

22        Not to make an analysis, but to make that          15:50

23   allocation.                                              15:50

24        So there's a methodology required to be            15:50

25   followed.                                                15:51

Highly Confidential - Attorneys Eyes Only

Page 97

1    Q.  And that's done for a product-by-product          15:51
2    basis?                                                15:51
3    A.  Yeah, to the best of my knowledge.  I mean        15:51
4    all I can testify to is the STA process and the SEA   15:51
5    process.                                              15:51
6         So both subsidiaries follow the same             15:51
7    methodology.                                          15:51
8    Q.  And what's the name of the report that            15:51
9    Samsung -- STA and SEA delivers to SEC for using that 15:51
10   method?                                               15:51
11   A.  Well, there's no formal report.                   15:51
12        What happens is, as we go through the close      15:51
13   process, that's just one of the steps we follow and   15:51
14   the same as booking revenue, making accruals,         15:51
15   recording expense, booking tax entries.               15:51
16        When we finish with our process, we then         15:51
17   formally notify SEC and say we are finished closing   15:51
18   our books.                                            15:51
19        As to what they do and how they pull data, I     15:51
20   don't know.                                           15:52
21   Q.  Do you have an understanding as to whether        15:52
22   different cost centers are allocated differently with 15:52
23   respect to revenue?                                   15:52
24        MR. ALDEN:  Objection, vague and ambiguous.      15:52
25        THE WITNESS:  Are you referring to at the        15:52

Highly Confidential - Attorneys Eyes Only

Page 98

1   product level?                                          15:52

2   BY MR. OLSON:                                           15:52

3       Q.  Yes.                                            15:52

4       A.  To the best of my knowledge, the process is    15:52

5   consistently applied.                                   15:52

6           So it's a standard monthly close process to    15:52

7   allocate consistently.                                  15:52

8       Q.  Ask it this way, talking about the expense     15:52

9   item, expense line on this, if you take all the costs  15:52

10  you incur in a period and you subtract out those       15:52

11  things that are directly allocated such as CDE or      15:52

12  other marketing expenses for which you get             15:53

13  reimbursements so it's zeroes?                          15:53

14      A.  Right.                                          15:53

15      Q.  And those items we just talked about, they go  15:53

16  into negative revenue, right?                           15:53

17      A.  (Witness moves head up and down.)              15:53

18      Q.  Correct?                                        15:53

19      A.  Right.                                          15:53

20      Q.  Then you take all the rest of the expenses     15:53

21  and cost centers, do you know whether or not those all 15:53

22  get allocated based on revenue or whether one cost     15:53

23  center gets allocated based on a certain set of        15:53

24  revenue and another cost center gets allocated based   15:53

25  on another set?                                         15:53

Highly Confidential - Attorneys Eyes Only

Page 99

1        MR. ALDEN:  Objection, vague and ambiguous.    15:53

2        THE WITNESS:  I think I understand your        15:53

3    question.                                          15:53

4        For example, the general back office           15:53

5    functions that I'm a part of would get allocated   15:53

6    across all products.                               15:53

7        To the extent you have a team focused on a     15:53

8    specific set of products, for example, the sales team  15:53

9    associated with Sprint should be allocated across the  15:53

10   products they're supporting.                       15:54

11       So they don't support every product, but they  15:54

12   support a certain set of products.                 15:54

13       Yes, there's an attempt to be as fair and      15:54

14   reasonable in allocating these costs as possible.  15:54

15   BY MR. OLSON:                                       15:54

16       Q.  If you'll turn near the end of this document  15:54

17   to a tab that says Galaxy Tab 7.0, I believe that you  15:54

18   can find it at --                                  15:54

19       A.  377?                                       15:54

20       Q.  I think so.  Actually, let me back you up to  15:54

21   4375.                                              15:55

22       A.  Okay.                                      15:55

23       Q.  Which product is being depicted starting at  15:55

24   that page?                                         15:55

25       A.  It says Galaxy Tab 7.0, the code name is   15:55

Highly Confidential - Attorneys Eyes Only

Page 100

1   GT -- the SKU number is GTP6210.                      15:55

2       Q.   When was Galaxy Tab 7.0 launched?           15:55

3       A.   This one was launched in 2011.              15:55

4       Q.   Was there a Galaxy Tab that was on sale in  15:56

5   2010?                                                 15:56

6       A.   Yeah, I think that was the page you were    15:56

7   referring to before, the 377.                        15:56

8            It's a little confusing, the 375 says Galaxy 15:56

9   Tab 7.0 and page 377 has the same name but in brackets 15:56

10  there's a different number.                           15:56

11      Q.   Let me ask you, it would appear that Galaxy 15:56

12  Tab was previously excluded from Exhibit 1920 and     15:56

13  included -- the latter one you just referred to on    15:56

14  Exhibit 1922.                                         15:56

15           Do you know why that change was made?       15:56

16           MR. ALDEN:   Objection, mischaracterizes the 15:56

17  document.                                             15:56

18           THE WITNESS:   I don't.                      15:56

19           Do you --                                    15:56

20  BY MR. OLSON:                                         15:56

21      Q.   My question had been derived from the fact  15:56

22  the prior one hadn't shown no sales in 2010 and I take 15:56

23  it that your answer to that is the sales would be     15:57

24  available at -- starting at page --                   15:57

25      A.   375.                                         15:57

Highly Confidential - Attorneys Eyes Only

Page 101

1    Q.  Excuse me, I guess wouldn't it be 377?        15:57

2    A.  I'm sorry, 377, but these are actually two     15:57

3    different devices.                                 15:57

4    Q.  How do they differ?                            15:57

5    A.  The P1 was the first generation tablet and I   15:57

6    believe the P6210 is a new generation of 7-inch -- 15:57

7    happens to be a 7-inch design.                     15:57

8    Q.  You can put that aside for the moment.         15:57

9    A.  Okay.                                          15:57

10   MR. ALDEN:  Counsel, do you mind if we take a      15:57

11   very short break?  My water is catching up to me.  15:57

12   MR. OLSON:  Okay.  Sure.                           15:57

13   THE VIDEOGRAPHER:  Off the record, 3:57.           15:57

14   (Recess taken.)                                    15:57

15   THE VIDEOGRAPHER:  We are back on the record,      16:04

16   time is 4:04.                                      16:04

17   BY MR. OLSON:                                      16:04

18   Q.  Mr. Sheppard, does Samsung have an official    16:04

19   sales plan for 2012?                               16:04

20   A.  Yes.                                           16:05

21   Q.  And is that incorporated into STA's 2012       16:05

22   business plan?                                     16:05

23   A.  Yes.                                           16:05

24   Q.  Have you given -- has that plan been           16:05

25   finalized for 2012?                                16:05

Highly Confidential - Attorneys Eyes Only

Page 102

1   A.  I believe so.                                    16:05

2   Q.  Have you given that to your counsel?            16:05

3   A.  Let me think.                                   16:05

4       I have, yes.                                     16:05

5   Q.  Do you know of any reason yourself why it       16:05

6   couldn't be produced?                               16:05

7       MR. ALDEN:  Objection on the basis of           16:05

8   attorney-client privilege, to the extent that your 16:05

9   knowledge comes from discussions with counsel, if you 16:05

10  know.                                               16:05

11      Otherwise, feel free to answer.                 16:05

12      By counsel, I mean both in-house and outside    16:05

13  counsel.                                            16:05

14      THE WITNESS:  The production of documents       16:05

15  goes through a series of approvals before release.  16:06

16      Beyond that, I can't really describe anything   16:06

17  more.                                               16:06

18  BY MR. OLSON:                                       16:06

19  Q.  Is there another document that reflects the     16:06

20  2012 business plan or this 2012 sales plan inside of 16:06

21  STA?                                                16:06

22      MR. ALDEN:  Objection, vague and ambiguous.     16:06

23      THE WITNESS:  There is a -- there's really      16:06

24  one document that represents the formal management  16:06

25  plan for STA.                                       16:06

Highly Confidential - Attorneys Eyes Only

Page 175

1              I, LOUISE MARIE SOUSOURES, duly

2     authorized to administer oaths pursuant to Section

3     2093(b) of the California Code of Civil Procedure, do

4     hereby certify: That the witness in the foregoing

5     deposition was by me duly sworn to testify the truth

6     in the within-entitled cause; that said deposition was

7     taken at the time and place therein cited; that the

8     testimony of the said witness was reported by me and

9     was hereafter transcribed under my direction into

10    typewriting; that the foregoing is a complete and

11    accurate record of said testimony; and that the

12    witness was given an opportunity to read and correct

13    said deposition and to subscribe the same.

14       Should the signature of the witness not be affixed

15    to the deposition, the witness shall not have availed

16    himself or herself of the opportunity to sign or the

17    signature has been waived.

18       I further certify that I am not of counsel, nor

19    attorney for any of the parties in the foregoing

20    deposition and caption named, nor in any way

21    interested in the outcome of the cause named in said

22    caption.

23    DATE: 3-1-2012

24              LOUISE MARIE SOUSOURES, CSR. #3575

25