# EXHIBIT D

List of Devices

| Name | Sku | US Carrier |
|------|-----|------------|
| 1 Acclaim | SCH-R880 | US Cellular |
| 2 Captivate | SGH-I897 | AT&T |
| 3 Continuum | SCH-I400 | Verizon |
| 4 Droid Charge | SCH-I510 | Verizon |
| 5 Exhibit 4G | SGH-T759 | T-Mobile |
| 6 Epic 4G | SPH-D700 | Sprint |
| 7 Fascinate | SCH-I500 | Verizon |
| 8 Gem | SCH-I100 | Generic |
| 9 Galaxy Ace | GT-S5380 | n/a |
| 10 Galaxy Prevail | SPH-M820 | Sprint |
| 11 Galaxy S | GT-I9000 | n/a |
| 12 Galaxy S 4G | SGH-T959 | T-Mobile |
| 13 Galaxy S II 2 | GT-I9100 | T989  for T-Mobile and I777 for AT&T |
| 14 Gravity | SGH-T589 | T-Mobile |
| 15 Indulge | SCH-R910 | MetroPCS & Cricket |
| 16 Infuse 4G | SGH-I997 | AT&T |
| 17 Intercept | SPH-M910 | Sprint |
| 18 Mesmerize | SCH-I500 | US Cellular |
| 19 Nexus S | GT-I9020 | T-Mobile |
| 20 Nexus S 4G | SPH-D720 | Sprint |
| 21 Replenish | SPH-M580 | Sprint |
| 22 Showcase | SCH-I500 | Generic |
| 23 Sidekick | SGH-T839 | T-Mobile |
| 24 Transform | SPH-M920 | Sprint |
| 25 Vibrant | SGH-T959 | T-Mobile |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

| CUSTOMER NAME | GENERIC ITEM |
|---|---|
| C SPIRE WIRELESS | SCH-I500 |
| nTelos | SCH-I500 |
| AWCC | SCH-I500 |
| AWCC | SCH-I500 |
| Cellcom Green Bay | SCH-I500 |
| OPEN MOBILE | SCH-I500 |
| Bluegrass Cellular | SCH-I500 |
| Alaska Communications Systems | SCH-I500 |
| Appalachian Wireless | SCH-I500 |
| GCI | SCH-I500 |
| Carolina West Wireless | SCH-I500 |
| Nex-Tech | SCH-I500 |
| Inland | SCH-I500 |
| Pioneer | SCH-I500 |
| Illinois Valley Cellular | SCH-I500 |
| Element Mobile | SCH-I500 |
| United | SCH-I500 |
| SRT Communications | SCH-I500 |
| Chat Mobility | SCH-I500 |
| Northwest MO Cellular | SCH-I500 |
| Sagebrush Wireless | SCH-I500 |
| Syringa | SCH-I500 |
| JTWO WIRELESS LLC | SCH-I500 |
| Leaco Rural Telephone | SCH-I500 |
| Thumb Cellular | SCH-I500 |
| MTA | SCH-I500 |
| STANDING ROCK TELECOMMUNCATIONS INC | SCH-I500 |
| Panhandle | SCH-I500 |
| UBET (Strata Networks) | SCH-I500 |
| DUO COUNTY TELEPHONE COOP INC | SCH-I500 |
| Copper Valley | SCH-I500 |
| MOHAVE CELLULAR LIMITED | SCH-I500 |
| Golden State Cellular | SCH-I500 |
| ETEX | SCH-I500 |
| Silver Star | SCH-I500 |
| James Valley Cellular | SCH-I500 |
| Cellular One NEPA | SCH-I500 |
| WAUPACA WIRELESS LLC | SCH-I500 |
| TENANT & GIBBS | SCH-I500 |
| CWORK SOLUTIONS LLC | SCH-I500 |
| ZIG-ZAGAR LLC | SCH-I500 |
| DOOR COUNTY COOPERATIVE | SCH-I500 |
| WALLACE WIRELESS LLC | SCH-I500 |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

| CHARLIE'S HARDWARE INC. | SCH-I500 |
|---|---|
| TOMAHAWK COMMUNICATION CENTER | SCH-I500 |
| PCMEDCARE | SCH-I500 |
| C-T COMPUTERS | SCH-I500 |
| HAPPY ENTERPRISES LLP | SCH-I500 |
| NORTHERN TELEPHONE & DATA CORP | SCH-I500 |
| ST NORBERT COLLEGE | SCH-I500 |
| WIRELESS RESOURCE PARTNERS | SCH-I500 |
| Mobi PCS / Coral | SCH-I500 |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

| CUSTOMER NAME | GENERIC ITEM |
|---|---|
| C SPIRE WIRELESS | SCH-I100 |
| nTelos | SCH-I100 |
| AWCC | SCH-I100 |
| ALLTEL COMMUNICATIONS INC. | SCH-I100 |
| Cellcom Green Bay | SCH-I100 |
| OPEN MOBILE | SCH-I100 |
| Cox | SCH-I100 |
| Bluegrass Cellular | SCH-I100 |
| Alaska Communications Systems | SCH-I100 |
| Appalachian Wireless | SCH-I100 |
| Carolina West Wireless | SCH-I100 |
| Nex-Tech | SCH-I100 |
| Mobi PCS / Coral | SCH-I100 |
| Inland | SCH-I100 |
| Pioneer | SCH-I100 |
| Illinois Valley Cellular | SCH-I100 |
| United | SCH-I100 |
| SRT Communications | SCH-I100 |
| Chat Mobility | SCH-I100 |
| Northwest MO Cellular | SCH-I100 |
| Syringa | SCH-I100 |
| JTWO WIRELESS LLC | SCH-I100 |
| Leaco Rural Telephone | SCH-I100 |
| Thumb Cellular | SCH-I100 |
| MTA | SCH-I100 |
| STANDING ROCK TELECOMMUNCATIONS INC | SCH-I100 |
| Cross | SCH-I100 |
| Panhandle | SCH-I100 |
| UBET (Strata Networks) | SCH-I100 |
| ESECURITEL HOLDINGS LLC | SCH-I100 |
| Copper Valley | SCH-I100 |
| MOHAVE CELLULAR LIMITED | SCH-I100 |
| Revol | SCH-I100 |
| Golden State Cellular | SCH-I100 |
| BAN DISTRIBUTION GROUP | SCH-I100 |
| SI Wireless | SCH-I100 |
| ETEX | SCH-I100 |
| ASURION INSURANCE REPLACEMENT | SCH-I100 |
| WAUPACA WIRELESS LLC | SCH-I100 |
| TENANT & GIBBS | SCH-I100 |
| CWORK SOLUTIONS LLC | SCH-I100 |
| FARMERS MUTUAL TELEPHONE CO | SCH-I100 |
| CRAFTERS HIDEOUT/ CELLCOM | SCH-I100 |

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

| | |
|---|---|
| TOTALLY CELLULAR | SCH-I100 |
| ZIG-ZAGAR LLC | SCH-I100 |
| CTC TELECOM INC | SCH-I100 |
| WALLACE WIRELESS LLC | SCH-I100 |
| CHARLIE'S HARDWARE INC. | SCH-I100 |
| TOMAHAWK COMMUNICATION CENTER | SCH-I100 |
| PCMEDCARE | SCH-I100 |
| HATLEY HARDWARE & RENTAL | SCH-I100 |
| C-T COMPUTERS | SCH-I100 |
| CHARITON VALLEY CELLULAR | SCH-I100 |
| NORTHERN TELEPHONE & DATA CORP | SCH-I100 |
| WIRELESS RESOURCE PARTNERS | SCH-I100 |
| REVOL | SCH-I100 |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**