# Exhibit 3
# (Submitted Under Seal)

Highly Confidential - Attorneys' Eyes Only

1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
2                         SAN JOSE DIVISION
3

4

5       APPLE INC., a California          )
        Corporation,                      )
6                                         )
                        Plaintiff,        )
7                                         )
            vs.                           ) No. 11-CV-01846-LHK
8                                         )
        SAMSUNG ELECTRONICS CO.,          )
9       LTD, a Korean business            )
        entity; SAMSUNG                   )
10      ELECTRONICS AMERICA, INC.,        )
        a New York corporation;          )
11      SAMSUNG TELECOMMUNICATIONS        )
        AMERICA, LLC, a Delaware          )
12      limited liability company,        )
                                          )
13                      Defendants.       )
        _____)
14

15         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17      VIDEOTAPED DEPOSITION OF MICHEL MAHARBIZ, Ph.D.
18              San Francisco, California
19                   April 19, 2012
20

21

22

23      Reported by:
24      SUZANNE BOSCHETTI, CSR NO. 5111
25      Job No. 48722

Highly Confidential - Attorneys' Eyes Only

Page 2

1        April 19, 2012
2        9:09 a.m.
3
4
5        Videotaped deposition of MICHEL
6    MAHARBIZ, Ph.D., held at the offices of
7    QUINN EMANUEL URQUHART & SULLIVAN, LLP,
8    50 California Street, San Francisco,
9    California, before Suzanne Boschetti,
10   Certified Shorthand Reporter No. 5111
11   for the State of California.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    A P P E A R A N C E S :
2
3
4
5    QUINN EMANUEL URQUHART & SULLIVAN
6    Attorneys for Plaintiff
7        555 Twin Dolphin Drive
8        Redwood Shores, California 94065
9    BY: TODD M. BRIGGS, ESQ.
10
11
12   MORRISON & FOERSTER
13   Attorneys for Defendants
14       755 Page Mill Road
15       Palo Alto, California 94304
16   BY: KARL J. KRAMER, ESQ.
17
18
19
20   Video Operator:
21       BENJAMIN GERALD
22
23
24
25

Page 4

1    San Francisco, California; April 19, 2012
2        9:09 a.m.
3
4        VIDEO OPERATOR: Good morning. This marks
5    the beginning of the disk labeled No. 1 of the      09:09AM
6    videotaped deposition of Michel Maharbiz, in the
7    matter Apple Incorporated versus Samsung Electronics
8    Company Limited, et al., held in the United States
9    District Court for the Northern District of
10   California, San Jose Division. The case number is   09:09AM
11   11-CV-01846-LHK.
12       This deposition is being held at
13   50 California Street in the City of San Francisco,
14   California, taken on April 19th, 2012, at
15   approximately 9:10 a.m.                             09:10AM
16       My name is Benjamin Gerald from TSG
17   Reporting, Incorporated, and I am the legal video
18   specialist. The court reporter is Suzanne Boschetti
19   in association with TSG Reporting.
20       At this time will counsel please identify      09:10AM
21   themselves for the record.
22       MR. BRIGGS: Todd Briggs from Quinn Emanuel
23   for Samsung.
24       MR. KRAMER: Karl Kramer from Morrison
25   Foerster on behalf of Apple and the witness.        09:10AM

Page 5

1        VIDEO OPERATOR: Thank you. Will the
2    reporter please swear the witness.
3
4        MICHEL M. MAHARBIZ,
5    having been administered an oath, was examined and  09:10AM
6    testified as follows:
7
8        VIDEO OPERATOR: Thank you. Please
9    proceed.
10                     09:11AM
11       EXAMINATION
12   BY MR. BRIGGS:
13   Q   Good morning, Dr. Marharbiz.
14   A   Good morning.
15   Q   Could you spell your name for the record.   09:11AM
16   A   Yes. My name is M-i-c-h-e-l, middle
17   initial M, last name, M-a-h-a-r-b-i-z.
18   Q   And what do you currently do? What's your
19   profession?
20   A   I'm an associate professor at the           09:11AM
21   University of California at Berkeley in the
22   electrical engineering and computer science
23   department. I carry out research and manage a
24   substantive research group and teach classes.
25   Q   How long have you been at Berkeley?         09:11AM

Highly Confidential - Attorneys' Eyes Only

Page 38

1  other Samsung products nor look at them in any
2  detail. Safe to say that when, for example, putting
3  together some of the copying information that I
4  provided, I looked at the family of products before
5  and answer in some detail.                    09:57AM
6  BY MR. BRIGGS:
7     Q   Okay.
8     A   So I'm certainly versed with that material.
9     Q   Okay. So do you have any opinions as to
10 whether Samsung's phones infringe the '129 or '607  09:57AM
11 patents?
12    A   I don't believe I was asked to formulate
13 those opinions.
14    Q   Do you have any thoughts as to whether
15 those phones do or do not infringe the '607 or '129  09:57AM
16 patents?
17    A   Again, due to the nature of this work, I
18 formulate opinions on exactly what is at issue, and
19 so I have not formed opinions about the products
20 that are not under discussion.                 09:58AM
21    Q   Okay. Now, you provided a report on
22 infringement of the '607 and '129 patents in this
23 case, right?
24    A   Yes, I did.
25    Q   Okay. Have you had a chance to review that  09:58AM

Page 39

1  report recently?
2     A   Yes.
3     Q   Okay. And when you reviewed the report,
4  was there anything in the report that you felt was
5  inaccurate?                                    09:59AM
6     A   No.
7     Q   Okay.
8     A   Not off the top of my head.
9     Q   Okay. Was there anything in the report
10 that you thought was incomplete?               09:59AM
11    A   Not as regards my opinions on the matter,
12 no, I don't think so.
13    Q   Okay. Was there anything in the report you
14 think should be clarified?
15    A   No, again, not as regards the opinions I   09:59AM
16 expressed in that report. I'm trying to be very
17 clear as I think about it. Certainly -- no, I
18 think -- I think that that's clear.
19    Q   Now, can you tell me -- I've read your
20 infringement report, of course, and I've looked at  10:00AM
21 your analysis of infringement.
22        Can you tell me how you went about
23 determining whether the Samsung tab 10.1 and tab 7
24 infringed the '607 and '129 patents?
25    A   So I believe the process is as follows, and  10:00AM

Page 40

1  this is the process that I followed. One construes
2  the claims in the patents at issue. And then one
3  compares the claims to the products under question.
4  And if one finds that the limitations in these
5  claims are literally or equivalently infringed, then  10:00AM
6  one has infringement. And that's how I went about
7  doing this.
8     Q   So in analyzing the Samsung products, what
9  materials did you rely on?
10    A   I relied on the teardowns, which I led in   10:01AM
11 work -- in performing specific instructions. I
12 relied on documents that we had available to us from
13 Atmel and Samsung and -- forgetting anything?
14        Certainly relied on the inventors'
15 testimony in some of their notebooks. But I think  10:01AM
16 the details, if I'm omitting anything, are certainly
17 spelled out in the expert report.
18    Q   Now, you mentioned -- okay.
19        So you mentioned teardowns, Atmel and
20 Samsung documents, inventor testimony, and then   10:01AM
21 anything else that might be in your report?
22    A   I think that's fair.
23    Q   Okay. So with respect to the Atmel and
24 Samsung documents, did you feel that those documents
25 were sufficient to support your opinion of       10:02AM

Page 41

1  infringement for the '607 and '129 patents?
2     A   So could you point --
3         MR. KRAMER: Vague and ambiguous.
4         THE WITNESS: So could you point me to a
5  specific case, and then we can -- I can certainly --  10:02AM
6  if there's a specific issue that you have a question
7  about, then I can go through it.
8  BY MR. BRIGGS:
9     Q   I'm just saying in general -- in general.
10        If you only had the Atmel and Samsung   10:02AM
11 documents, would that be sufficient, in your mind,
12 to support your opinion of infringement?
13    A   I would say that the materials that we had
14 at hand taken in totality as a general question
15 were -- were sufficient to warrant the conclusions I  10:02AM
16 stated, and that's why I gave the conclusions I
17 stated. I'm happy to go through any specific
18 instance of that if you wish.
19    Q   Okay. Let me -- let me ask you this
20 question: Why did you perform or why did you have  10:03AM
21 teardowns performed?
22    A   I had teardowns performed to produce
23 cross-sections of the devices under question. I had
24 teardowns performed to obtain specific geometries
25 and measurements of the layers under question.    10:03AM

Highly Confidential - Attorneys' Eyes Only

Page 42

1     And additionally, we had teardowns to
2  performed to identify which integrated circuits were
3  operatively coupled to the sensors in question. And
4  then I would have to say we also performed XPS
5  analysis to be able to make statements about the      10:03AM
6  materials being used.
7     I believe that's -- that's a pretty
8  complete answer.
9     Q   Okay.  Now, did you feel that the Atmel and
10  Samsung documents that you received were             10:04AM
11  insufficient to provide you with the layer
12  information and all this other information that the
13  teardowns provided?
14     A   Again, I think -- we'd have to go to a
15  specific case.  If you point me to something in the  10:04AM
16  report, I'm happy to go through and we can discuss
17  whether something was sufficient or not sufficient.
18  My general answer was given.
19     Q   So if you did not have the teardowns, do
20  you -- do you believe you could form an opinion of   10:04AM
21  infringement on the '607 or '129 patents?
22     MR. KRAMER:  Objection.  Vague and
23  ambiguous.  Lacks foundation.
24     THE WITNESS:  The question is odd in that
25  that's not the condition that I was in, and so I'm    10:05AM

Page 43

1  not sure how to formulate a response.  I had at my
2  disposal the totality of things that we discuss in
3  this report, and I arrived at my conclusions based
4  on the totality of that.  And I think the
5  conclusions are solid.                               10:05AM
6  BY MR. BRIGGS:
7     Q   To prove infringement of specific
8  limitations of any of the claims at issue, do you
9  rely exclusively in any instance on the teardowns?
10     A   Again, so if you point me to specific       10:05AM
11  limitation, I think we can go in the claim and we
12  can discuss this.  I think in a general way I
13  wouldn't know how to answer that.
14     Q   Okay.  So we'll go through the claims in
15  awhile, but I'm just asking you if you remember off  10:05AM
16  the top of your head, did you rely exclusively on
17  the teardowns to prove infringement of any of the
18  claim limitations?
19     A   At the moment, off the top of my head, I
20  don't remember.  But more -- I think the -- what we  10:06AM
21  should do is go through, as you said, in a bit, and
22  we can go through them one by one.
23     Q   So would it surprise you if we went into
24  your report now and we found that some of the
25  evidence that you cite for certain limitations is    10:06AM

Page 44

1  exclusively the teardown evidence?
2     A   Again, I absolutely -- with apologies, I
3  don't mean to be flip, but surprise is a state of
4  mind.  I -- it would be hard for me to predict
5  whether or not I will be surprised.  My guess is no. 10:06AM
6     Q   And when was the last time you looked at
7  your report?
8     A   This morning.
9     Q   Okay.  What is a teardown?
10     A   What is a teardown?                         10:07AM
11     The teardown, in my personal definition, is
12  the reverse engineering, if you will, of a -- of
13  a -- of a product or an object.  So one applies
14  various techniques, for example, including various
15  types of microscopy and material analysis,          10:07AM
16  electrical analysis, to arrive at and sort of
17  reverse order the innards of a particular object in
18  question.
19     Q   Now, there was a tear -- a teardown
20  performed in this case, right?                       10:08AM
21     A   Yes.
22     Q   Okay.  And who -- who requested that that
23  teardown be performed?
24     A   I requested that the teardown be performed.
25     Q   Okay.  And why?                             10:08AM

Page 45

1     A   I think I've answered that.  So in order to
2  form opinions and support conclusions and bring
3  together a wide variety of materials at our
4  disposal, a teardown was a logical thing to do to
5  get at what was in these devices.                    10:08AM
6     Q   And when did you decide that you wanted a
7  teardown performed?
8     A   I decided very early on.  I couldn't tell
9  you exactly, but it was early on in determining.
10  It's a very natural thing to want to tear down when  10:09AM
11  you're looking at infringement.
12     Q   Would you say that you made this decision
13  in January or February?
14     A   I honestly don't remember.  Yeah.  It was
15  early on.  I'd have to go -- I don't know if --      10:09AM
16  yeah.  I honestly don't remember.
17     Q   Okay.  So how -- when you decided you
18  wanted to tear down, what was the next step you
19  took?
20     A   I went about finding somebody that could do 10:09AM
21  the teardown.  It -- the best way to do this is to
22  find an independent firm that has all of the
23  instrumentation required and the trained personnel
24  required such that all the instruments are vetted.
25  This assures us quality in what we're doing.  And    10:09AM

Highly Confidential - Attorneys' Eyes Only

Page 46

1    then once we find someone like this, I -- one has,
2    as opposed to continue using the tense I'm using,
3    one has discussions with the people that will carry
4    out the various measurements and asks them to do the
5    particular measurements we -- we would like to see.  10:10AM
6        Q   Okay.  So how many different firms did you
7    contact regarding potentially doing the teardown?
8        A   I asked a few friends at the university if
9    they had anyone in mind.  And I have to be very
10   honest here because this was done informally by me.  10:10AM
11   I don't remember who it was, and I'm not in any way
12   being purposely ambiguous.  Someone mentioned a
13   number of firms, again off the cuff, and then in
14   discussions with Morrison & Foerster, I seem to
15   recall that they knew one of those firms or they      10:11AM
16   knew of them, and so I con- -- we contacted Ian
17   Ward.
18       Q   You contacted who?
19       A   Ian Ward.  We contacted the gentleman at
20   this firm we used.                                     10:11AM
21       Q   And who is Ian Ward?
22       A   Ian Ward is an employee at the firm that we
23   contracted to perform the teardowns.
24       Q   And what's the name of that firm?
25       A   Let me check my -- my notes if you don't       10:11AM

Page 47

1    mind.  It's in my expert report.  So EAG Labs.
2        Q   Have you -- before contacting EAG Labs in
3    this case, had you ever had a teardown performed on
4    any product before?
5        A   So let me give you the two things that I      10:12AM
6    have a lot of experience in.
7            I had analyzed teardowns in the context of
8    the both Tweedle and my classes.  I think I've
9    discussed.  And this is, of course, teardowns
10   that were available.                                   10:12AM
11           And then in the course of my research, all
12   of the microscopy and steps that we -- were employed
13   here, I've either done personally or overseen.
14           So all of the things that we're talking
15   about, asking someone, for example, to analyze a      10:12AM
16   cross-section of a stack or asking them what lies
17   under a certain layer, the decision to use a
18   particular type of microscopy, optical microscopy,
19   the theta contrast microscopy, scanning electron
20   microscopy, looking at electrical connections,        10:12AM
21   imaging, flex circuits versus other components --
22   all of these things I've done and in some cases
23   numerous times personally.
24           As an example, I've probably personally
25   performed dozens, if not easily hundreds, of          10:13AM

Page 48

1    scanning electron -- taking scanning electron
2    micrographs myself over, you know, numerous
3    sittings.  This is very common for graduate students
4    and what I do in top tier universities.
5        Q   So you've personally been involved in -- in  10:13AM
6    scanning electron micros- --
7        A   Microscopy.
8        Q   Microscopy.  That's a tough word.
9            You've done that many times?
10       A   Yes.                                           10:14AM
11       Q   Okay.
12       A   Many, many times.
13       Q   Okay.  And you've done that for your
14   research or for what purpose?
15       A   Scanning electron microscopy specifically?  10:14AM
16       Q   Yes.
17       A   Oh, I've done that in the research context
18   throughout my career.  In fact, I instructed others
19   on how to do scanning electron microscopy at
20   Berkeley.                                              10:14AM
21           MR. KRAMER:  Counsel, we've been going
22   about an hour and ten minutes.  Is this a good time
23   for a break?
24           MR. BRIGGS:  Sure.
25           VIDEO OPERATOR:  The time is 10:14.  We're  10:14AM

Page 49

1    going off the record.
2            (Recess.)
3            VIDEO OPERATOR:  The time is 10:21 a.m.,
4    and we're back on the record.
5    BY MR. BRIGGS:                                         10:21AM
6        Q   When did you first contact Mr. Ward?
7        A   So it must have been or it was the end of
8    February.  I think Ward -- we can check the expert
9    report if you'd like.  Let's be very clear about
10   this.  So if you look, for example, at his report on  10:22AM
11   Exhibit C.
12       Q   So you're looking at Exhibit C to your
13   opening expert report?
14       A   Correct.  I apologize.  I should have been
15   specific.                                              10:22AM
16           That report is dated the 9th of March, and
17   I requested that a couple of weeks before that
18   was -- between one -- one or two weeks would be my
19   best recollection.
20       Q   Okay.  Now, you said earlier that you -- I   10:22AM
21   thought you testified that you thought that you
22   should do a teardown early on in the process.  Is
23   that correct?
24       A   Yeah, this is what I meant.  I meant by
25   February, around thereabouts.                          10:23AM

Highly Confidential - Attorneys' Eyes Only

Page 50

1    Q   Okay.  So why did you wait till February to
2  do the teardown?
3    A   I don't know that that's the right --
4  correct characterization.  I didn't wait until
5  February.  It was the natural point at which, after   10:23AM
6  having reviewed the documents I had available, I
7  made the decision to -- to seek a teardown.
8    Q   And so the best date you have for when you
9  sought the teardown was one to two weeks before
10  March 9th?                                    10:23AM
11    A   I think that -- I think, yes, that's --
12  that's appropriate.  I would -- I would say end of
13  February would be equivalent.
14    Q   Now, did you -- you said you first
15  contacted Ian Ward at that time.                10:24AM
16         Did you investigate Ian Ward, check his
17  credentials, do anything like that?
18    A   I went to the EAG site, of course, as --
19  you know, and I would -- in reasonable bit of due
20  diligence, I ascertained that they had the          10:24AM
21  capabilities that would be required for what I
22  wanted to be done.  And I certainly spoke to Ian
23  Ward personally many times, and I visited EAG and
24  oversaw the teardown myself.  And in those
25  conversations, of course, I asked him questions       10:24AM

Page 51

1  about his technical method and so on.  I think I did
2  investigate.
3    Q   So when did you first go to EAG?
4    A   Again, that's tough.  It's in that same
5  time period we're discussing.                   10:25AM
6    Q   Late February?
7    A   I think that's correct.  I have to -- I'm
8  being very honest here.  I -- I'm -- yeah, I think
9  that's correct.  We -- let's see.  I went down -- I
10  think that's correct.                           10:25AM
11    Q   And how many times did you go to EAG?
12    A   I want to say one or two times.  I went
13  there one evening and spent a considerable amount of
14  time with him understanding his method and also
15  going through the products myself.  I wanted to sit  10:25AM
16  down from the beginning and have the products in
17  front of me, wanted to go through the -- there's
18  different layers, understand how he was going to
19  perform the teardowns.  And, in fact, in quite a
20  number of cases, I -- in that session, I -- I asked  10:26AM
21  him to take me to the microscope, for example, and
22  looked at stuff myself.
23    Q   Okay.  So this was the first time that you
24  went to EAG?
25    A   Yeah.  Yeah, that was the first time I went  10:26AM

Page 52

1  to EAG.
2    Q   Okay.
3    A   I have to be honest, I'm trying to recall
4  if I went -- I had -- I had a number of
5  conversations on the phone with him over that time   10:26AM
6  period, constantly getting, you know, feedback to
7  understand what he was doing.
8         I have this feeling that I went a second
9  time, but I have to tell you that I'd have to -- I'd
10  have to either check whether I've documented that in  10:26AM
11  the expert report or take some time to think about
12  it, if I went a second time.  I had so many
13  conversations -- to be honest, I had so many
14  conversations with him that, in my mind, what I may
15  be remembering is a second time was one very long --  10:26AM
16  I was there one evening with him for a very long
17  time.
18    Q   So sitting here today, you can't remember
19  if you went to EAG once or twice?
20    A   Yeah, it's once or twice.          10:27AM
21    Q   You do remember being there on an evening?
22    A   Oh, definitely.  Yeah.  Yeah, yeah.
23    Q   Okay.
24    A   Because that's -- I was there and I, you
25  know, went in with him and we -- we jumped into it   10:27AM

Page 53

1  right away.  But again, and -- there's absolutely no
2  evasion here.  I -- in the period immediately before
3  and immediately after, 'cause I wanted this done
4  right, I had so many conversations with him on the
5  phone at various times that it all sort of blends    10:27AM
6  in.
7    Q   Okay.  So how many conversations do you
8  think you had on the phone with Ian Ward?  I'm just
9  trying to get an idea.  Was this one --
10    A   Fair.                           10:27AM
11    Q   -- or two or is this, you know --
12    A   Fair.
13    Q   -- a hundred?
14    A   Fair, fair.  It was not a hundred.  It was
15  not one or two.  Was it four, five?  I -- I don't    10:27AM
16  remember.  I honestly don't remember.
17    Q   Now, did you talk with Mr. Ward on the
18  phone before you met with him on that evening?
19    A   That is a good question.  Yes.  I did speak
20  with him on the phone before we met.           10:28AM
21    Q   Okay.  And can you tell me, what did you
22  discuss with him?
23    A   I had -- my first conversation with him was
24  a general discussion of the methods I wanted to try.
25  So from the very beginning I wanted to try to image   10:28AM

Highly Confidential - Attorneys' Eyes Only

Page 54

1  the various layers, conductive layers. I wanted to
2  understand how the stack was assembled and the
3  ordering of layers in cross-section.
4       And so we immediately had a -- had a
5  discussion about how best we might go about this,          10:28AM
6  what the procedure he would follow was, and I asked
7  him in instances to be sort of very slow about what
8  he was telling me and so that I understood his
9  methodology cleanly. And so I think the substance
10  of our first conversation was along these lines.          10:29AM
11      Q   Okay. So do you remember any other
12  conversations before you met with him in person the
13  first time?
14      A   You know, I have to say that how many I had
15  before I met with him, I don't remember. Are there          10:29AM
16  other conversations?
17      So they were details about how -- for
18  example, I think I remember a conversation prior to
19  my visit where he -- he had just reported progress.
20  He said, I'd been successful in getting at the          10:30AM
21  different layers. I've chosen a corner here to look
22  first and so on.
23      Q   Now, were you concerned about using the
24  correct methodology for this testing?
25      A   Concerned? I would say that I'm always          10:30AM

Page 55

1  concerned with very careful methodology. It's a
2  hallmark of the work I do, I guess, as an academic.
3       And so in the sense that from the very
4  beginning I asked for very specific information and
5  wanted Ian to provide me details on his methodology          10:30AM
6  and then chose to go down in person and look at what
7  he was doing, I would say, yes, I expressed concern.
8      Q   Were you concerned that if the methodology
9  was incorrect that the results might not be
10  accurate?          10:31AM
11      A   Not as an explicit concern in the sense
12  that this is no different from any of the other work
13  I do in this type of analysis.
14      What my -- you have to remember that in my
15  role as overseeing graduate students,          10:31AM
16  undergraduates, employees at TweedleTech, and a
17  number of employees at Quswami, one learns the value
18  of having a very detailed understanding of what
19  methodologies is being used to report the data.
20  This is crucial to all of the work I do.          10:31AM
21      Q   Now, did Mr. Ward perform all of the
22  analysis on the tab devices?
23      A   Mr. Ward -- are you asking me if he
24  physically, for example, did the scanning electron
25  microscopy? If he physically did the XPS?          10:32AM

Page 56

1      Q   Right. Was he the only one involved in
2  this -- in this analysis?
3      A   You know, to the -- to the best of my
4  knowledge, that's true. Yeah, to the best of my
5  knowledge, that's true. I, of course, was there in          10:32AM
6  many instances to guide him, and I -- I obviously
7  interpreted the data. And I -- I asked him to, in
8  some cases, take multiple -- you know, use multiple
9  modalities, for example, at a particular -- a
10  cross-section to be doubly sure.          10:32AM
11      Q   Did you ever check Mr. Ward's credentials
12  or his qualifications to do this type of work?
13      A   I certainly checked EAG's, and I looked at
14  Ian Ward's -- I looked at the very beginning -- oh,
15  I remember. I -- we discussed -- we discussed the          10:33AM
16  types of work that he was -- he had done and been
17  comfortable with. And so yes, we went into some
18  detail about what he had done.
19      Q   Okay. What do you remember about what Ian
20  Ward's credentials were for doing this type of work?  10:33AM
21      A   You know, I have to tell you, I -- I'm
22  being perfectly honest at the moment. We can turn
23  to the documentation that we provided that's
24  relevant, but once I was satisfied of his
25  credentials at the time, and we went into detail          10:34AM

Page 57

1  about his methodology, and EAG is a very reputable
2  outfit, and I certainly vetted EAG myself, I
3  didn't -- I don't remember. I didn't keep any of
4  that in my memory, what specific thing he might have
5  done. If you -- would you let me -- just out of --          10:34AM
6  in case this was provided to you in Exhibit C. It's
7  not something -- yeah, I think that's my answer.
8      Q   Where did Ian Ward go to school?
9      A   I don't remember.
10      Q   What degree does Ian Ward have?          10:34AM
11      A   I don't remember. I -- most of the details
12  about his schooling, I -- as I said, I vetted at the
13  time and then moved on. Those are things I do
14  routinely on a number of fronts, and once it's
15  vetted, I can turn to the documentation if I need          10:35AM
16  it.
17      Q   How long has Ian Ward been doing this type
18  of analysis?
19      A   So again, my understanding of my disc- --
20  based on my discussions with Ian Ward is he has          10:35AM
21  extensive experience. He's clearly absolutely
22  capable with regards to all of the analyses that he
23  did here. He -- so that and, of course, my -- my
24  initial vetting, I would say he's very comfortable.
25  He's very -- he's an expert at what he did.          10:35AM

Highly Confidential - Attorneys' Eyes Only

Page 58

1    Q   Did you check any of Ian Ward's references?
2    A   No.  I did not investigate Ian Ward's past.
3    Q   Okay.  Did you check whether he's certified
4    to do any of this type of work?
5    A   Again, in my initial vetting process, when   10:35AM
6    I -- both through discussions with him, looking at
7    what EAG does and looking at the documentation that
8    he had made available, I was satisfied that -- that
9    he was -- he was competent in these areas.
10   Q   What documentation did he make available   10:36AM
11   that gave you comfort that he was competent in these
12   areas?
13   A   My main recollection is a discussion I had
14   with him about what he had done, what he was
15   comfortable.  I'll give you a specific example.   10:36AM
16       He -- at one point when we were generating
17   a cross-section, he mentioned -- we were looking
18   at -- as he was cutting through and looking at the
19   cross-section we hit the LCD layer.  And he joked
20   that he had cut into many of these, and this was   10:36AM
21   very routine with him, and he was very comfortable,
22   and so we discussed the methodology.
23       So -- and I don't want to say that that's
24   an exhaustive answer.  I'm giving you an example of
25   where, in many places throughout my discussions with   10:37AM

Page 59

1    him, not only did I personally vet his capabilities,
2    but it was clear that he -- he's experienced and
3    he's performed this task for other teardowns in the
4    past.  There's no doubt in my mind he's produced --
5    he's performed other teardowns competently a number   10:37AM
6    of times.
7    Q   How do you know that?
8    A   He discussed having done teardowns with me.
9    This was an example I was giving you.  Like in this
10   display, he said something offhand like, for       10:37AM
11   examples, oh, I've done teardowns of these display
12   technologies, and the traces on these are always
13   very small, or things like this.  And it was very,
14   very obvious.
15   Q   You said he did those prior teardowns   10:37AM
16   competently.  How do you know that?
17   A   Again, based on my discussion with him
18   about what he did.  So I oversaw and discussed his
19   methodology in detail with him.  In these
20   methodologies I am -- I'm very competent, and it was   10:38AM
21   clear that what he was doing was competent, detailed
22   work, period.
23   Q   But his prior teardowns, you said that they
24   were competent.  How do you know those are done
25   competently?                                        10:38AM

Page 60

1    A   Let's see.  I'm trying to think of an
2    instance where -- again, based on the discussions I
3    had with him, it was clear that he was very
4    comfortable with the technology he was using.
5    There -- there -- you know, each of these things,   10:38AM
6    there are steps that they follow.  They're well
7    understood testing methodologies.  And as I oversaw
8    each of these points, it was clear to me that what
9    he was producing was very competent.  And given that
10   he clearly, in my mind, from conversations with him,   10:38AM
11   had produced teardowns -- has produced teardowns, it
12   was an inference.
13   Q   So you were just assuming, based on your
14   conversations with him, that his prior teardowns
15   were competent?  You don't know for a fact they   10:39AM
16   were?
17   A   Well, so, again, if these teardowns are
18   part of legal cases, how would I be allowed to look
19   at his teardowns?  I was able to manage and did
20   manage all of his -- all of the steps through his   10:39AM
21   teardowns.  All of methodology he used is a part of
22   industry accepted norms.  He produced them
23   competently.  He discussed them competently.  He
24   planned them competently.  He produced information
25   which is perfectly solid, in my view.          10:39AM

Page 61

1    Q   So again, you're just assuming that the
2    prior teardowns that he produced were done
3    competently?
4        MR. KRAMER:  Objection.  Asked and
5    answered.                                         10:40AM
6        THE WITNESS:  I think I've answered that.
7    BY MR. BRIGGS:
8    Q   And the answer was yes?
9    A   I gave my answer, with all due respect.  I
10   can repeat it.                                     10:40AM
11   Q   Sure.
12   A   So the logical construction is as follows:
13   I have had the ability to, in detail, observe and
14   interact with his work, both specifying, carrying
15   out, and looking at the outputs.  In some cases we   10:40AM
16   went through several iterations of these to be sure
17   that I knew what he was doing.  I've done it -- I
18   was there physically with him.
19       He -- we discussed in -- in a sort of
20   friendly way his experience with teardowns of which   10:40AM
21   I've given an example.  I think that from that it's
22   both reasonable and safe to assume that he is very
23   competent in performing teardowns.
24       I would add to that that EAG is clearly a
25   vetted company in this, both by me and in general.   10:41AM

Highly Confidential - Attorneys' Eyes Only

Page 62

1    Q   How did you vet EAG?

2    A   I went to their website. I looked at the

3 various instruments they had. I ascertained at the

4 time that these instruments were both reasonable and

5 state of the art. I looked at various areas that   10:41AM

6 they claimed to have expertise in such as XPS, SEM,

7 various types of optical microscopy, and a number of

8 other techniques that are -- a quite large number

9 that are relevant to the purposes at hand.

10    Q   Did you talk with anybody that's ever used   10:41AM

11 EAG before?

12    A   As I said, the only -- the only instance of

13 that is a colleague who made an offhand remark about

14 EAG being a valley instrumentation and microscopy,

15 metrology, if you will. I think that's the   10:42AM

16 appropriate thing that you can call them. They're a

17 metrology outfit.

18    Q   So you didn't check any references that EAG

19 provided to you or Ian Ward provided to you?

20    A   As I said, in the case of Ian Ward, I have   10:42AM

21 a recollection that we -- we certainly vetted. I

22 looked at his -- his -- his schooling, for example.

23 I just don't recall it.

24    But in the case of EAG, no, I did not

25 investigate the corporate history of EAG. That, you   10:42AM

Page 63

1 know, wouldn't be reasonable, I think.

2    Q   Okay. You just mention that had you looked

3 at Ian Ward's schooling. Did he have a resume or

4 something that he provided to you?

5    A   We talked about it. This is -- I'm being   10:43AM

6 perfectly honest. When we looked at it, I have a

7 recollection of, at the moment, looking at, you

8 know, what Ian Ward had done in the past. But most

9 of it was -- most of it was direct vetting. And I

10 think that's what's important here, what's relevant.   10:43AM

11    I went down and discussed with him at

12 length all of the things that he was doing,

13 looked -- looked at what he was doing, how he was

14 doing it, looked at the data he was providing, and a

15 very clear picture emerged.   10:43AM

16    Q   So when you went down and met in person

17 with Mr. Ward, how long did you spend with him?

18    A   That is a good question. So I arrived --

19 my best recollection would be sometime around

20 5 o'clock, plus or minus a half hour maybe. And I   10:43AM

21 stayed there into the late evening. I recall this

22 because he had mentioned that he sings in a choir.

23 His wife has passed away, and he -- he has a lot of

24 time to devote to this as well as his work, and he

25 didn't want me to go there on a Monday because he   10:44AM

Page 64

1 has choir practice.

2    And so -- and I told him we're going to

3 really spend a lot of time here, so, you know, let's

4 just pick something where you don't have to worry

5 about going anywhere. And I left late. I don't   10:44AM

6 know -- I don't remember but I left late, honestly.

7    Q   Like before midnight?

8    A   It must have been before midnight, but I

9 don't -- I don't remember exactly.

10    Q   Do you think it was after 9 o'clock?   10:44AM

11    A   I don't remember. I was there for awhile.

12 I mean, it was hours. It was hours and hours. And

13 we were there -- but I really honestly don't

14 remember. You know, was it 10 o'clock? 10:30?

15 9:15? I -- we were there for a while.   10:44AM

16    We -- I walked in. He buzzed me in. And

17 we started by looking at the products, just the

18 physical products, and then we then proceeded to

19 walk through the entire chain of things that we

20 needed done. And in some cases, as I said before,   10:45AM

21 we went into the rooms with the equipment and

22 discussed both methods and, in some cases, you know,

23 we looked at the actual -- at the moment we looked

24 at the actual data.

25    Q   Okay. So that evening you probably spent   10:45AM

Page 65

1 roughly five to six hours at EAG, four to six hours?

2    A   Yeah, I -- sure. I -- I -- as I said, I

3 think I -- to the best of my recollection, I

4 answered it. I --

5    Q   All right. So when you were at EAG that   10:45AM

6 evening, what -- what specifically did you and

7 Mr. Ward do?

8    A   Okay. So we had the two -- we had some

9 Galaxy Tabs and 10.1s in their complete packaging

10 with everything.   10:46AM

11    We -- I had asked Ian ahead of time to just

12 begin in the disassembly so that we could look at

13 the parts that were relevant.

14    We began by just doing a brief overview of

15 the things that were of interest to me, in   10:46AM

16 particular, the layer stack of the touch sensor

17 that's sitting over the display, that entire

18 assembly, and the flex board that was connected to

19 it and any chips that might be -- any integrated

20 circuits that might be connected to that and how   10:46AM

21 they were routed.

22    We then discussed various methods as to how

23 we might obtain both the layer stack cross-sectional

24 information and the geometries of the relevant

25 features on the various levels. I can go into those   10:46AM

Highly Confidential - Attorneys' Eyes Only

Page 66

1  in detail.  And in some cases, once we had gotten
2  past that point, we discussed how he would go about
3  preparing the sample, what he was going to do in
4  terms of the images and the microscopy, what
5  alternate things we might try.  Again I, can get     10:47AM
6  into that.
7       And then again, as I said, at that point
8  he, for example, took me over to a microscope where
9  we discussed how we might get at getting a good
10 image of the ITO traces, for example, with opt- --  10:47AM
11 various kinds of optical microscopy, various angles,
12 how these could be measured.  We discussed scanning
13 electron microscopy, in what -- in what context we
14 could use the scanning electron microscope to
15 produce the images that were in the expert report.  10:47AM
16      I remember going back and then going into
17 detail about asking him, please be careful when
18 you're dealing with these.  Keep your -- all your
19 layers in the right orientation.  Document where the
20 flex board meets the layer and where the chips meet  10:48AM
21 the flex board and that type of thing.
22      I can certainly -- I'd be happy to go into
23 more detail about the specific methods.
24   Q  You said when you got there you first
25 started by looking at a Galaxy Tab and a Galaxy     10:48AM

Page 67

1  Tab 10.1, correct?
2    A  Correct.
3    Q  Were those two devices still in the box
4  when you got there?
5    A  So the devices were in the box, but as I --  10:48AM
6  as I pointed out, I had asked him to just, without
7  disturbing anything, begin by -- you know, the
8  process of unscrewing, in a sense, and then just
9  sort of prying them apart, and he had done that.
10      But he had been, to his credit, very        10:48AM
11 meticulous in keeping even the documentation in the
12 packaging, you know, sort of in the place it comes
13 in for fear that I might be upset at something, I
14 think.
15      I was -- I can be very meticulous when      10:49AM
16 I'm -- when I'm discussing this, and I think I
17 probably was in my first conversation with him.  And
18 so when I arrived, it was very clear to me that he
19 had arranged them -- you know, that he had kept it
20 nicely that way.                                 10:49AM
21   Q  Okay.  So where did he get the two tabs
22 from?
23   A  To the best of my knowledge, Morrison &
24 Foerster supplied them.
25   Q  Okay.                                       10:49AM

Page 68

1    A  They purchased them -- you know, they went
2  out and purchased a tab and gave him the package.
3    Q  Okay.  Do you know where they purchased
4  them?
5    A  I do not.                                  10:49AM
6    Q  So when you arrived, the tabs had already
7  been altered or taken apart to a certain extent,
8  correct?
9    A  Yes.
10   Q  Okay.  Now, had Mr. Ward cut any of the    10:49AM
11 screens yet on the tabs?
12   A  Oh, that's a good question.  So the reason
13 I say it's a good question is that he also had a --
14 another tab which didn't form part of the teardowns
15 that we did, and he had done some test cuts on that  10:50AM
16 tab.  Tab or 10.1.  I have to be honest, I don't
17 remember.  But he had done some tests, you know, to
18 inform himself as to how best to go about the
19 disassembly.
20   Q  So there were three Samsung tablets there?  10:50AM
21   A  I think that night, yeah, there was a third
22 one.
23   Q  Do you remember seeing any other Samsung
24 tablets?
25   A  I do not.  I'm trying to be very -- make    10:50AM

Page 69

1  sure that, for some reason, he might have had
2  another one.  No, I don't remember seeing another
3  one.
4    Q  So did you -- after you first got there and
5  you looked at the tablets in the box, what do you do  10:51AM
6  next?  Did you actually do any testing or any
7  analysis that evening?
8    A  Yes, yeah.  As I said, we -- he -- he had
9  the -- we took -- we then took the touch screens,
10 and he showed me, for example, how one could peel    10:51AM
11 very carefully the different layers in that stack.
12 So that's an example.
13      And one of the -- this gets to a nice
14 point.  One of the things I had wanted was to take a
15 very good picture of the ITO across a large swath     10:51AM
16 using optical microscopy, because with the scanning
17 electron microscope it's very difficult to take a
18 large field of many, many lines running parallel to
19 each other.  And we went down to the microscope and
20 spent some time looking at whether that would have    10:51AM
21 produced a good image.
22      I also had hoped, and I had a very -- I
23 felt that this was unlikely, but I asked him to try
24 it in front of me, whether there might be any way of
25 looking at the ITO -- the two ITO stacks with        10:52AM

Highly Confidential - Attorneys' Eyes Only

Page 70

1  optical microscopy in one sort of shot.  And so
2  we -- we did -- we did definitely do testing.
3      Q   And now the testing you did that night, is
4  that what's reflected in Exhibit C and D to your
5  report?                          10:52AM
6      A   No.  I believe that that night, unless Ian
7  used -- unless Ian, you know, later that evening
8  took images of the same samples -- but no, my -- my
9  understanding is that while we were there, he didn't
10  take any of these specific images.  We just      10:52AM
11  established methodology very carefully, and then we
12  went through and -- and, you know, took these tabs
13  and took pictures and did it properly.
14      Q   So you discussed the process he was going
15  to use to produce these reports; is that fair to   10:53AM
16  say?
17      A   I think that's fair, yes.
18      Q   Okay.
19      A   But additionally, in -- in some cases not
20  only discussed, he showed me what he was doing    10:53AM
21  exactly.
22      Q   Do you remember taking any measurements of
23  line widths or anything of that nature the evening
24  you were there?
25      A   I remember looking at the relative widths   10:53AM

Page 71

1  of things on the -- on the microscope he had,
2  because what was interesting -- and this is common
3  in ITO.  This has happened to me many times.  -- the
4  eye has a much wider dynamic range than the -- the
5  cameras used to microscopy.  And so that has no     10:53AM
6  impact on measurements, but what it means is you can
7  almost always see an ITO pattern under the
8  microscope with a human eye in a way that allows you
9  to, you know, take a quick measurement and see how
10  things work.  And it gets harder to produce a high    10:54AM
11  quality camera image of that that shows it in the
12  same contrast.
13      So no.  But to be -- to be really -- answer
14  your question explicitly, that evening I did not
15  write down any measurements.  We merely looked at    10:54AM
16  the different layers.  I confirmed what was on
17  there, and then he went about taking the images he
18  needed to take to produce the report.
19      Q   And he did that at a later date?
20      A   Yes.  And again, in constant contact with   10:54AM
21  me.  So he called me or I called him afterward.
22      Q   Now, the equipment that Mr. Ward used, did
23  you inspect that equipment?
24      A   I inspected his optical microscopy setup,
25  and at the time I remember just looking up what his   10:55AM

Page 72

1  scanning electron micrograph was.  I don't remember
2  offhand.  He has it in his report stated very
3  clearly.  I certainly vetted his -- his technique,
4  as I said, in the instances I've -- I've stated.
5      Q   Now, do -- does this type of equipment need   10:55AM
6  to be calibrated?
7      A   So scanning electron -- let's go through
8  the various types.  So scanning electron microscopy,
9  of course one needs to have a piece of equipment in
10  good working order, which, without that, it would    10:55AM
11  have been impossible to take the image at all.  And
12  by that I mean, you have to be able to have a system
13  that has the appropriate base pressure and that your
14  detection system is operational.
15      When one goes to do scanning electron     10:55AM
16  microscopy on the spot, one corrects for stigmation
17  and focuses.  But these are -- it's evident by
18  looking at the images -- anyone that understands
19  scanning electron microscopy, it's evident that
20  these images are taken appropriately.  And the scale   10:56AM
21  bar that's provided gives you an immediate
22  calibration to the -- to the -- to what you're
23  seeing, what you're measuring in the image.
24      Q   Okay.  Does this type of equipment need to
25  be calibrated from time to time or certified that    10:56AM

Page 73

1  it's in good working order?
2      A   All of this equipment is maintained
3  regularly.  Like all pieces of equipment, I'm sure
4  that they have very infrequent part replacements and
5  so on.  But those are all or nothing.  Either the     10:56AM
6  device doesn't function or it does.  The remainder
7  of any calibration is done -- as I said, it's done
8  on the fly.  That doesn't rule out, of course, that
9  the machines have to be maintained in good working
10  order, but --                          10:56AM
11      Q   What's the on-the-fly calibration that
12  you're discussing?
13      A   So as I mentioned that, and maybe too
14  quickly, as an example in a scanning electron
15  micrograph, one -- but before it's able -- one is   10:57AM
16  able to acquire a good image like the ones he
17  provided, you have to focus the electron beam and
18  correct for something called stigmation.  And so --
19  then adjust power.
20      For example, when you're imaging an ITO     10:57AM
21  layer over the -- something like a glass substrate
22  or a plastic substrate, you adjust your power and
23  you're careful -- to be able to produce the image he
24  actually produced, one is careful to adjust that
25  power so, for example, you don't get charging and    10:57AM

Highly Confidential - Attorneys' Eyes Only

Page 74

1  you get a bright image.
2      These things tend to have very little
3  impact on, for example, spatial measurements that
4  you're making. They tend to have impact on just
5  overall image quality. And clearly, by looking at   10:58AM
6  them, one can tell that he performed all of these
7  steps appropriately. Anyone that uses an SEM would
8  see that that's -- that's evident.
9      Q   Now, that evening were you and Mr. Ward the
10  only two people at that meeting?                     10:58AM
11     A   No. Somebody from Morrison & Foerster
12  drove me there or met me there -- I don't
13  remember -- 'cause it was -- it was down in the
14  valley. But she came in and then basically left us
15  alone. She had to handle other stuff on her         10:58AM
16  BlackBerry, basically.
17     Q   Who was it?
18     A   Ruchika Agrawal. Was that her last name?
19  Ruchika.
20     Q   But there was nobody else from EAG at that   10:59AM
21  meeting other than Mr. Ward?
22     A   There were people around us. Employees of
23  EAG. We walked past them as we were going about our
24  business. Certainly I remember running into someone
25  from EAG in the lobby and informing us that Mr. Ward  10:59AM

Page 75

1  was there. And the general impression you got is
2  that there were people there and they were nearby.
3  When we were discussing this with Mr. Ward, there
4  were people around.
5      Q   So Mr. Ward, it appears he produced two      10:59AM
6  reports that are attached as Exhibits C and D to
7  your opening report.
8      A   Give me a second to look. That's right. C
9  and -- this is E. I'm sorry. Give me one second.
10  Yeah, this is D. Okay. I'm ready.                    10:59AM
11     Q   And one's on the tab 10.1, and the other
12  report is on the tab or the tab 7.0, correct?
13     A   That's my belief, yes.
14     Q   Okay. So Exhibit C is the tab 10.1.
15  Exhibit E is the tab 7.0.                            11:00AM
16     A   Let me make sure.
17      Yes, C says 10.1 and -- yeah, E says tab --
18  mm-hmm.
19     Q   And so if we look at Exhibit C, this is a
20  report from EAG, and it appears to be signed by Ian  11:00AM
21  Ward, and it's dated March 9th, 2012.
22      Now, the pictures and the analysis in this
23  report, this took place after the meeting you had
24  with Mr. Ward, correct?
25     A   The actual taking of the images would have   11:01AM

Page 76

1  occurred after my first meeting with Ian Ward.
2      Q   Okay.
3      A   That's my understanding.
4      Q   And these images that are attached to
5  Mr. Ward's report, do you know if he took these      11:01AM
6  pictures?
7      A   Did he physically operate the scanning
8  electron micrograph? Is that what you're asking?
9      Q   Well, I'm not sure how the pictures were
10  taken, but the pictures themselves, did he take the  11:01AM
11  pictures?
12     A   Well, so what I see in this report is a
13  collection of scanning electron micrographs, first
14  of all. My understanding is that he did. And the
15  op- -- they're a collection of optical pictures. My  11:01AM
16  understanding is he took them. And my understanding
17  is that he either took or oversaw someone taking the
18  XPS data. I saw oversaw because it's possible
19  someone was around. But my understanding is that
20  he -- he took all of these images. Let me just say  11:02AM
21  that as a baseline answer.
22     Q   And do you know if he was operating all the
23  equipment when these images were taken?
24     A   My -- I believe that's what happened, yes.
25  That was -- my understanding, when discussing it,   11:02AM

Page 77

1  was that he would carry out these measurements.
2      Q   Okay. Now, let's look at some of the
3  images. Let's turn to Attachment 1 to the first
4  report, which is in Exhibit C.
5      A   Mm-hmm.                                       11:03AM
6      Q   What is this showing?
7      A   Are you asking me Exhibit C-5?
8      Q   C-5, correct.
9      A   So this shows one of the ITO layers. You
10  can see that there are lines running parallel to     11:03AM
11  each other. It's important to remember that, as I
12  mentioned before, the total amount of image that an
13  SEM can capture makes it difficult to show, for
14  example, 10 or 15 of these lines in parallel. And
15  you can see dummy features interspersed between      11:03AM
16  them.
17     Q   Okay. On the bottom of this picture on the
18  left, there's something that says WD
19  52.1 millimeters. What is that?
20     A   So -- so let's see. Let's -- let me work    11:03AM
21  other way.
22      So this is -- gives you the magnification,
23  the detector type, the voltage, and you have a scale
24  bar on the right that gives you 5 millimeters. This
25  WD would either be a feature of his aperture on his  11:04AM

Highly Confidential - Attorneys' Eyes Only

Page 78

1  detector, which for our purposes is irrelevant, or
2  some little -- you know, sometimes these things give
3  you a little measurement cursor, which is also
4  irrelevant.  The bottom lines seems to be describing
5  or is describing the state of the instrumentation as    11:04AM
6  it's taking the image, the various knobs one turns.
7      Q   Okay.  But you're not sure what WD means?
8      A   So again, this is probably -- let's see.
9  My -- my best guess is that -- so that -- that's
10  what?  About 5 centimeters on this thing?  So      11:04AM
11  it's -- it relates to the -- the -- the opening on
12  the -- when they're taking the image.
13      Q   Are you sure about that?
14      A   No.  I have to say that that thing, being
15  that it's not very relevant to the -- to the images    11:05AM
16  we're discussing, I'd have to go back and ask him
17  what this WD means.
18      Q   How do you know it's not relevant if you
19  don't even know what it is?
20      A   Well, because I know what is relevant.      11:05AM
21  There's a very clear set of things that are relevant
22  for determining whether the types of questions you
23  want to ask about this image are valid.  And that's
24  unambiguous.
25          So very often, these microscopes, on the    11:05AM

Page 79

1  bottom, it's very common to have this black bar, and
2  you will have a number of different parameters that
3  relate to your electron gun.  So WD -- the HV tells
4  you the potential being applied to the gun, the
5  detector, what type of field detection they're      11:05AM
6  doing, the magnification.
7          But you see that on the right, you have
8  unambiguously a scale bar, and within the limits of
9  what we're discussing, there's no ambiguity about
10  the types of inferences and conclusions we've come    11:06AM
11  to from this image.
12      Q   Do you think Mr. Ward would know what WD
13  means?
14      A   Oh, I'm sure he would know, yes.
15      Q   So the next -- the next indication says HV.    11:06AM
16  What is that?
17      A   That's the voltage on the -- on the
18  electron gun.  So electrons are these -- you have to
19  remember that the way this works is that you impinge
20  electrons onto a surface, and then you use      11:06AM
21  essentially an electron optic setup to detect them.
22  There's a number of different detectors one can
23  have.  And so this basically tells you what
24  potential is being applied.  You can turn that down.
25  You can turn that up.  Those are choices one can    11:06AM

Page 80

1  make.
2      Q   Why would you turn it up or down?
3      A   So I mentioned this earlier.  So, for
4  example, if you're not careful and you have a
5  substrate that is, for example, very insulating, a    11:07AM
6  very common effect is that you can -- as the
7  electrons impinge, they will charge that surface.  A
8  conductor, by contrast, doesn't do this.
9          And so if you -- if you're doing too much
10  of this, your power is too high and you're doing too    11:07AM
11  much of this, you'll notice that after sitting on
12  that image for awhile if you, for example, zoom out
13  your magnification, you'll see this sort of ghost
14  image.  It doesn't affect any of the sort of
15  measurements of dimension or identification or      11:07AM
16  anything.  It's just something that --
17          (Reporter clarification.)
18          It doesn't affect any of the -- your
19  measurements of dimension, but it's something that
20  one controls, depending on your material.      11:07AM
21          There are many instances, for example,
22  which I think are not relevant here, but if one is
23  trying to image, for example, something that's very
24  easily charged, you'll -- you'll -- for example, can
25  damage that.  If you're imaging an organic or      11:08AM

Page 81

1  something you can damage it.
2          MR. BRIGGS:  Let's take a quick break.  We
3  need to change tapes.
4          THE WITNESS:  Sure.
5          VIDEO OPERATOR:  This marks the end of disk    11:08AM
6  No. 1 in the deposition of Michel Maharbiz.  The
7  time is 11:08 a.m.  We're off the record.
8          (Recess.)
9          VIDEO OPERATOR:  This marks the beginning
10  of disk No. 2 in the deposition of Michel Maharbiz.    11:16AM
11  The time is 11:16 a.m.  We are back on the record.
12  BY MR. BRIGGS:
13      Q   How do you know if the HV value is set
14  correctly for this image?
15      A   In my experience, setting the -- things    11:16AM
16  like, for example, the voltage or the working
17  distance, if you don't set it right, you just don't
18  get -- at these resolutions, which are very far out,
19  you -- you just don't get a good image.  I mean,
20  it's qualitatively very obvious that you don't get a    11:17AM
21  good image.
22      Q   So if you turn the dial up or turn the dial
23  down, the image will get blurry --
24      A   You get saturated.  No, you get, for
25  example -- you'll get saturation.  You'll -- you'll    11:17AM

Highly Confidential - Attorneys' Eyes Only

Page 82

```
1    just -- you'll get a very bright image.  You won't
2    be able to tell contrast, you know, one thing or
3    another.  You might not get an image at all.  You
4    might find, for example, that the whole background
5    is fuzzy and -- and -- and gray.        11:17AM
6         Q   So it's like a focusing mechanism?
7         A   No, it's -- it's the -- no, no, it's --
8    potentially you apply to accelerate the electrons.
9    So it's -- it's really related to the -- you know,
10   the -- essentially how you're -- you're dropping   11:17AM
11   electrons down onto the -- onto the thing.
12        Q   Okay.  So the next indicator here says DET.
13   And I believe you said that was detector type?
14        A   I believe that was --
15        Q   Detection?                    11:17AM
16        A   -- the detection type and that's -- yeah.
17   So --
18        Q   What -- below that it says LFD.  What does
19   that mean?
20        A   My guess would be that -- for example, if   11:18AM
21   you go a few images in to C-9, that would be a
22   secondary electron detector.  That's usually a
23   detector that's slightly off access, whereas the LFD
24   is probably their main line field detector, their
25   main -- I don't know exactly what the LFD is, but in  11:18AM
```

Page 83

```
1    terms of -- but it's basically their main detector
2    versus the secondary electron detector.
3         So this is something you do when you're
4    SEMing.  You have some of these systems -- this is a
5    nice one -- have different detectors that you can   11:18AM
6    choose.
7         Q   What does LFD stand for?
8         A   My guess is that it's either the low field
9    or the line field detector?  I mean, it's just
10   whatever that -- acronym being used by that       11:18AM
11   manufacturer for the thing.
12        Q   So you don't know what LFD means?
13        A   No, my -- my -- what I'm telling you is
14   that when you take these images, these instruments
15   will tag information about the exact detector       11:19AM
16   they're using, which both are, for our purposes,
17   frankly, kind of irrelevant and, secondly, you know,
18   you can have slightly different little letters in
19   there for the same stuff, for the same basic
20   detector.                          11:19AM
21        Q   Okay.  But you don't know what LFD means in
22   this picture?
23        A   I gave you my -- my answer, my
24   interpretation for this.
25        Q   Okay.                       11:19AM
```

Page 84

```
1         A   Excuse me.  Basically, the way that these
2    things work is you will have electrons accelerated
3    onto the surface, and you will detect the electrons
4    coming off in a variety of ways with detectors.
5    These detectors have electron optics that -- these   11:20AM
6    detectors have essentially electron optics that
7    allow you to focus it, and you can choose from
8    having different detectors on the machine to provide
9    you with an image.
10        Q   Okay.  So what does the L in LFD mean?     11:20AM
11        A   In this case it might be line to indicate
12   that it's a principal detector.  It might be low
13   for -- you know, maybe they have a low field
14   detector.
15        Q   Okay.                       11:20AM
16        A   There might be other terms.
17        Q   So you don't know?
18        A   I'm -- I'm telling you what exactly my
19   answer is.  These -- these devices will produce
20   these little tags under them that tell the user at   11:20AM
21   the moment exactly as he's switching between
22   detectors, as he's changing his magnification, as he
23   is adjusting his power, as he's changing his working
24   distance what -- what's going on.
25        Q   Okay.  That wasn't my question.       11:21AM
```

Page 85

```
1         My question is, do you know what the L in
2    LFD stands for?
3         A   I -- to the best of my knowledge, it could
4    mean line or low or some other indicator to the user
5    of which detector he's using at the moment.       11:21AM
6         Q   So you'd have to guess to answer my
7    question?
8         A   I'm not guessing.  I'm pointing out that a
9    lot of these little details that are included down
10   here, while relevant to the user, are completely   11:21AM
11   irrelevant to determining whether the measurements
12   that are made or the figures were taken -- or the
13   images were taken properly.
14        Q   Do you think Mr. Ward would know what L in
15   LFD means?                          11:21AM
16        A   Most certainly.  He obviously operates this
17   device regularly, and it's a detail of the device he
18   would know.  It's clear he does, in my mind, since
19   he's clearly switching between detectors in
20   different images.                      11:22AM
21        Q   The next indication is MAG.  What is --
22   what is that indication?
23        A   That is almost certainly the magnification
24   of the SEM.  At what magnification he was setting
25   the SEM.  If you go, for example, to the       11:22AM
```

Highly Confidential - Attorneys' Eyes Only

Page 86

1   Exhibit C-7, you can see there that the
2   magnification is 100. If you go to C-6, you can see
3   the magnification is 30. And correspondingly, the
4   images are clearly showing zooming in and the scale
5   bars are being adjusted accordingly.          11:22AM
6       Q   Okay. Now, to the right of that, there is
7   a bar, and it indicates 5 millimeters. What is
8   that?
9       A   That's the scale bar. Any good SEM will
10  contain a scale bar. That allows you to compare the  11:23AM
11  width of the white line from end to end to any
12  feature and use it as a ruler, effectively, to use
13  it as a way of determining how far that is. And in
14  this case in Exhibit C-5, it's 5 millimeters.
15      Q   And below that there -- it states E0CFD     11:23AM
16  76510.1. Do you know what that means?
17      A   That would appear to be some file name that
18  he's generated for this. The fact that it has 10.1
19  would seem to indicate that he wanted to keep these
20  under the tab 10.1.                          11:23AM
21          If you look at SEMs for the tab, I believe
22  they have some indication that it's the tab. For
23  example, if you go to Exhibit D-30, you can see that
24  it has another collection of numbers which are
25  equivalent and then they say tab.            11:24AM

Page 87

1       Q   If you turn the page to C-6, what does this
2   depict?
3       A   It looks like it's a zoom in on some of the
4   dummy features when you look at these images. It
5   looks like he is progressively zooming in on the    11:24AM
6   dummy features. You can see magnification has been
7   increased to 30 and then -- and the image following
8   it to 100.
9       Q   So you're looking at C-7 for the 100?
10      A   Correct.                             11:24AM
11      Q   Okay. What does C-8 depict?
12      A   C-8 looks like a big black box. So my
13  guess is that he was trying to zoom out -- let me
14  see if I can do -- oh, I see. If you look -- the
15  difference is that he switched detector. And again,  11:25AM
16  I don't know if that's a back scatterer or just a
17  different type of secondary. But the key is that he
18  was probably being thorough and including images
19  that didn't yield him any data.
20      Q   But you're not certain why this image is in  11:25AM
21  this report?
22      A   So I would say that from what I've noted of
23  Ian, and this is held up by the remainder of the
24  data in his report, he is very thorough in
25  documenting what he's done. So he's included,       11:25AM

Page 88

1   pretty obviously, all of the pictures he took so
2   that there's no ambiguity, and that includes in some
3   cases pictures that are functionally useless.
4       Q   So you believe Mr. Ward has included
5   functionally useless pictures in his report?        11:26AM
6       A   In fact, I credit him for doing it.
7   Because what he's showing is that all measurements
8   that he took, he has reported faithfully, so that
9   there's never any thought that there's ambiguity in
10  the totality of data he's collected.                11:26AM
11          This is a good sign, in my opinion.
12  Dropping data points is something that we're always
13  very careful not to do. So he has been very
14  thorough, and I think it speaks to his professional
15  ability.                                     11:26AM
16      Q   So in C-8 -- I mean, what information is he
17  trying to convey through this picture?
18      A   Well, I think, as I've answered, the
19  purpose of including an image like this here is to
20  include the totality of data that he's taken.        11:27AM
21  It's -- if one goes through the report, this is why
22  all of the information in the report is provided and
23  equally why there are redundant images further on,
24  and we don't -- I didn't include all of them in my
25  expert report in the main body of the text since in  11:27AM

Page 89

1   many cases they're redundant or different
2   magnifications but tell the same story. This is all
3   his part of being thorough.
4       Q   What information does C-8 convey?
5       A   I think I've answered that. C-8 conveys to  11:27AM
6   me the very -- conveys that he's a very thorough
7   worker. Otherwise it clearly shows an unambiguous
8   black image.
9       Q   What part of the tab touch screen is
10  depicted in C-8?                             11:27AM
11      A   One would think that it's image -- it
12  corresponds to some locations that he has imaged
13  successfully and provided the data for in the other
14  images. But it's irrelevant, in any case. And, in
15  fact, as I said, I think it's -- speaks well to his  11:28AM
16  ability to properly document all of the measurements
17  that he took.
18      Q   But what is shown here? Is this a part of
19  a line or a dummy feature as you would call it?
20  What --                                      11:28AM
21      A   I think there's -- you just look at this
22  and see that it's an image that he took that didn't
23  capture any useful information.
24      Q   Yes, but what part of the tab is this image
25  of?                                          11:28AM

Highly Confidential - Attorneys' Eyes Only

Page 90

1    A  Well, that's -- that's my point.  He
2  clearly took the image, found that his settings for
3  the area he was taking didn't take a good image, but
4  as part of appropriate due diligence, he included
5  the image in his report so that there would be no      11:29AM
6  thought that something that was taken was not fully
7  reported for the case at hand.
8    Q  Have you discussed C-8 with Mr. Ward?
9    A  No.
10   Q  So are you certain of the reason that he      11:29AM
11 included it in the report?
12   A  I think taken as a whole, it's pretty
13 clear, as I've mentioned, that he has included all
14 of the images he took so as to be thorough.
15   Q  Do you think Mr. Ward could tell me what      11:29AM
16 C-8 means?
17   A  It is likely that he could tell you what
18 C-8 means.  There's -- yeah.
19   Q  Why didn't you ask Mr. Ward what
20 Exhibit C-8 means?                                      11:29AM
21   A  Because the information provided gave me --
22 all the images provided gave me the appropriate
23 information that was required to come to
24 conclusions.  And it's not clear what -- why I would
25 discuss this with him.                                  11:30AM

Page 91

1    Q  So is it your position that C-8 includes
2  irrelevant information?
3    A  My position is that C-8 is one of a great
4  deal of images that he took.  In this case it
5  appears that he -- the image quality was lacking,      11:30AM
6  and so he included it to be thorough.
7    Q  But you're not sure about that?
8    A  I'm not sure about which part?  I'm sorry.
9    Q  You're not sure of the reason he included
10 this?                                                   11:31AM
11   A  I think I have a pretty good idea that,
12 again, he included it to be thorough.
13   Q  Okay.  Let's go to Exhibit C-9.  What does
14 this depict?
15   A  This looks like it's a close-up of the      11:31AM
16 parallel lines of ITO that run on one of the layers.
17   Q  Are you sure about that?
18   A  Yes, yeah.  This is the tab 10.1.
19   Q  What -- what are all the -- it looks like
20 scratch marks or -- I don't know how to describe      11:31AM
21 them.
22   A  Mm-hmm.
23   Q  Do you know what I'm talking about when I
24 say that?
25   A  Yeah.                                            11:31AM

Page 92

1    Q  What -- what are those?
2    A  Those are little marks that are introduced
3  despite how careful one may be when attemp- -- when
4  peeling back to this layer so that you can get a
5  good SEM image.  They're recognizable as such, and     11:32AM
6  really don't alter any of the conclusions or any of
7  the interpretations in any way.
8    Q  And the next image on C-10, what does that
9  depict?
10   A  Well, again, he's magnifying in, so if you   11:32AM
11 start at his C-9, which is a magnification of 19,
12 C-10 shows a magnification of 100, and he's clearly
13 zooming into the gap between these ITO lines.
14   Q  Okay.  And what's the dark portion, again,
15 in this image?                                          11:33AM
16   A  So the dark portion would be areas that are
17 not -- that are the gap between the lines, between
18 the ITO traces or lines.
19   Q  And now there's another attachment with
20 images, Attachment 2 that starts at C-11.              11:33AM
21   A  I'm there.
22   Q  What does C-11 depict?
23   A  C-11 depicts in a similar fashion as -- if
24 you will permit me -- C-5, you can see very clearly
25 what -- that they're depicting similar structure.     11:33AM

Page 93

1    Q  And what does C-12 depict?
2    A  C-12 depicts a zoom-in.  Again, he's --
3  your scale bar goes from 5 to 3, and your
4  magnification goes up to 24.
5    Q  Let's turn to C-17.                              11:34AM
6    A  I am there.
7    Q  What does C-17 depict?
8    A  C-17 depicts, again, these traces we've
9  been discussing with little measurement lines at
10 various places to show the thickness -- the width,     11:34AM
11 I'm sorry, or the relevant spatial feature, to be
12 more exact, of the geometry being analyzed.
13   Q  How are these arrows generated and these
14 measurements generated?
15   A  So there's a terminal that operates the      11:35AM
16 SEM, and there's software running that operates
17 this, and one clicks different points that one
18 wishes distances between, and the scanning electron
19 microscope will provide the distances.  You can
20 choose, for example, to just be given the             11:35AM
21 information or to properly label it, as he's done
22 here, in a way that you can accumulate many of these
23 measurements on one image as he's done.
24   Q  Okay.  Let's turn to Attachment 3.
25   A  Yes.                                             11:36AM

Highly Confidential - Attorneys' Eyes Only

Page 94

1    Q   And the first page of Attachment 3 is
2  Exhibit C-22.
3    A   I am there.
4    Q   Okay.  What does this depict?
5    A   This depicts a XPS spectrum and the       11:36AM
6  location where the XPS was taken.  It's basically a
7  way of analyzing what components there are to a
8  given material.  When one, essentially, hits it with
9  electrons and looks back at what's coming out and
10  the energies of them, these energies are indicative    11:37AM
11  of what is present.
12       So, for example, if you look at the first
13  image, the actual scanning electron image, and this
14  is common, you can see that there's a little dot at
15  the top left corner of the box labeled "spectrum."    11:37AM
16  And that little box tells you where the spectrum
17  below was taken.  The spectrum below is a capture of
18  the various energies that have returned back after
19  being incident on the sample.
20       And an expert can look at the peaks in       11:37AM
21  these energies, because when there's more of a
22  particular material, you'll have more of a
23  particular energy at that -- energy -- a
24  particular -- a peak at that energy.  And you can
25  assign materials or elements that correspond to       11:38AM

Page 95

1  those peaks.
2       So, for example, where he's looking at -- I
3  think a good example is C-23.  He's aimed his beam
4  at the little square of -- of that little bright
5  patch, which is one of the dummy features.  And that  11:38AM
6  dummy feature, which is ITO, when you look at the
7  spectra, you, in fact, see indium and oxygen.  It's
8  my understanding that, for example, tin is harder to
9  pick out, and so you just -- for a standard ITO
10  trace you'll see this spectrum.                        11:38AM
11    Q   So you're saying that this spectrum
12  corresponds to an ITO trace?
13    A   This spectrum -- this -- what looks to be
14  an EDS spectrum corresponds to an ITO trace, yes.
15       So if you look carefully in C-23, you'll     11:39AM
16  notice that that little dot that's called spectrum 2
17  or labeled spectrum 2 is incident on the dummy
18  feature.  If, for example, you look at the little
19  dot in the top left corner labeled spectrum 1 in
20  C-22, you will notice that that isn't hitting ITO.    11:39AM
21  And so all of the signatures revelant --
22  irrelevant -- excuse me -- relevant to identifying
23  ITO are missing.
24       In a similar fashion, if you turn to C-24,
25  spectrum 3, you can see where the little box is.      11:39AM

Page 96

1  That's where he took his spectrum.  And again, he's
2  doing it on indium tin oxide on a trace and you see
3  the indium peaks, which are characteristic, and you
4  see the oxygen there.
5       Again, if you go to C-25 and you look in     11:40AM
6  between the ITO lines in the gap, you can see that
7  it's missing that -- that signature.  This is a very
8  common analysis to perform.
9    Q   How do you know, looking at the spectrum
10  on, for example, C-24, that is indium -- indium tin  11:40AM
11  oxide?
12    A   So this is -- it's -- when you're
13  performing XPS of indium tin oxide, it's common to
14  see indium peaks.  You can see them there, that
15  they're labeled IN, and there are several of them,   11:41AM
16  which makes it very unambiguous.
17       You also do get signal for oxygen, but as
18  you'll also note -- you'll notice -- it's well
19  understood that that signal for oxygen is present
20  sufficiently high due to trace contamination that -- 11:41AM
21  you know, you can see it in C-25 and C-24.  So this
22  is a very common reading, in my experience, for
23  something like ITO.
24       Additionally, it's also very common to
25  capture peaks which are irrelevant and related to    11:41AM

Page 97

1  trace contamination, for example, the platinum or
2  silicon peaks.  They're labeled PT and SI.  This
3  looks to me like a routine identification using
4  X-rays of ITO.
5    Q   Why would there be platinum and silicon    11:42AM
6  peaks in this?
7    A   That type of contamination of platinum and
8  silicon comes up in these systems, even
9  well-maintained systems.
10       One has to remember that what we're doing   11:42AM
11  is so sensitive, this type of X-ray spectroscopy,
12  that it will pick up very minute amounts of things
13  that are present as contamination in the sample.
14       An obvious example is the C and the O.
15  They tell you nothing interesting in the context of  11:42AM
16  the issues at hand, which are identifying the traces
17  ITO versus, for example, a piece of glass or
18  plastic.  And when you find the peaks unambiguously
19  as you do here with indium and, moreover, you find
20  that the peaks that are due to contamination in the  11:43AM
21  nonindium regions are identical or substantially
22  identical to the ones on the other type of material,
23  so between ITO and non-ITO, it's clear that you can
24  control out for this artifact.
25       As example, I'll show you C-24 and C-25.    11:43AM

Highly Confidential - Attorneys' Eyes Only

Page 98

1 The spectra all show carbon, oxygen, platinum. If
2 you go and you look, you clearly find this
3 throughout. And so it's a very unambiguous
4 determination of what's going on.
5 Q Okay. Let's turn to Attachment 4, which     11:43AM
6 starts on C-32. And can you describe what is shown
7 in C-32?
8 A Yes. This is a cross-section that Ian Ward
9 took using an scanning electron microscope of the
10 stack starting from the touch glass and extending     11:44AM
11 downward into the LCD bottom glass and showing the
12 locations of all the intermediate materials along
13 the way.
14 Q Okay. It looks like he's labeled different
15 layers in this stack. Do you know how he came up     11:44AM
16 with the labels to layer these --
17 A Yes. I asked him for specifically this
18 reason, to dispel this -- any doubt about this. I
19 asked him to carefully peel back and image at all
20 levels what was present. This is, in fact, as I     11:45AM
21 mentioned before, one of the things that I walked
22 through with him in detail, so I understood what he
23 was doing.
24    If you look, you can clearly see each of
25 the elements present in the stack very     11:45AM

Page 99

1 unambiguously. He's labeled them in this case with
2 distances and -- and their identities as he's -- as
3 he's discovered them in his teardown.
4 Q Okay. So is this a -- is this a
5 cross-section of a touch screen?     11:45AM
6 A This is a cross-section starting from the
7 touch glass, including the sensors and including the
8 LCD at the bottom. You can see the LCD stack
9 clearly below.
10 Q So at the top it says "touch glass."     11:45AM
11 A Yes.
12 Q So this is the outermost surface of the
13 touch screen; is that correct?
14 A Correct.
15 Q Okay. Or the top part of that is. Now,     11:46AM
16 he's labeled it "touch glass." Is that actually
17 glass?
18 A So he -- he's -- what he's labeled "touch
19 glass" is that very first layer that he cut into
20 which, to my knowledge, is glass.     11:46AM
21 Q So that top layer, to your knowledge, is
22 glass?
23 A Right.
24 Q Okay. How do you -- how would you know if
25 it were glass or some other material like plastic?     11:46AM

Page 100

1 A He looked at the teardown, and we compared
2 it with stacks provided in the documents that
3 Samsung gave us. I'd have to go back and find them
4 exactly. But it's both unambiguous from those
5 documents and from simple testing that this appears     11:47AM
6 to be glass.
7 Q So what testing was done on that layer to
8 make the determination that it was glass and not
9 plastic?
10 A It was manipulated, and it was -- when     11:47AM
11 he -- it was sawed through. As he sawed this
12 cross-section, you can, I think, identify what the
13 material is.
14 Q How do you identify what that material is
15 when you saw through it? Did he do it with the     11:47AM
16 human eye or --
17 A I think -- so I never explicitly discussed
18 with him what he -- when he sawed it, you know,
19 whether he performed further testing, but it's
20 evident from manipulating the device that it's     11:47AM
21 glass. And my guess is when he sawed it, glass saws
22 slightly different than these other layers.
23 Q So how would you determine if that is
24 actually glass or plastic on that top layer?
25 A So as I said, my best determination was     11:48AM

Page 101

1 based on looking at all of the material provided by
2 Samsung showing that these top layers are glass and
3 looking at the -- the product itself and
4 manipulating it and looking at it.
5 Q Could you perform any type of test to     11:48AM
6 determine whether it's glass or plastic?
7 A Glass and plastic definitely can be given
8 material tests such as looking for yield.
9 Intuitively, glass will shatter at a different point
10 in the stress-strain curve than some of these other     11:48AM
11 materials like the plastics used in the underlying
12 layer.
13 Q But you never did any of those tests?
14 A It was evident to me, unambiguously, that
15 these materials were glass, the top was glass.     11:49AM
16 Q Did you ask Mr. Ward to test whether the
17 top was glass or plastic?
18 A Insofar as did I ask him to perform any
19 other tests other than what was provided, no.
20 Q Okay. Moving down the stack, the next     11:49AM
21 identifier is ITO 1.
22 A Yes.
23 Q And what is ITO 1?
24 A ITO 1 corresponds to the top level of
25 traces found in this device of ITO patterns.     11:50AM

Highly Confidential - Attorneys' Eyes Only

Page 102

```
1      Q   So the top level of traces.  What kind of
2   traces are these?
3      A   These are made of ITO, as clearly indicated
4   by the SEMs we were just analyzing.
5      Q   Okay.  What's directly below the ITO 1    11:50AM
6   layer?
7      A   Directly below the ITO layer is the
8   substrate that is purchased as one -- usually
9   purchased as one set of PT.  It's, I believe, from
10  the Samsung documentation that one of the suppliers  11:50AM
11  for this was Denko, I believe.  I can check in a
12  minute.  But this is the underlying substrate onto
13  which the ITO is patterned.  And you can see that
14  that substrate extends down to the next rumply
15  adhesive layer that glues that substrate to the    11:51AM
16  substrate onto which ITO 2 is patterned.
17     Q   Okay.  What's in the ITO -- what's been
18  labeled as the ITO 2 layer?
19     A   That's another level of patterned ITO
20  lines.  Again, similar to what we've been discussing  11:51AM
21  prior and also documented in his report, the
22  geometry of.
23     Q   Okay.  And what's below that ITO that you
24  have labeled as the ITO 2 layer?
25     A   Below the ITO 2 layer, there's another    11:51AM
```

Page 103

```
1   identical or near-identical substrate as I've
2   described before.
3      Q   And then what's below that substrate?
4      A   Below that substrate is a -- you can see
5   there's a gap, a space, and then you hit the LCD    11:52AM
6   stack.
7      Q   What -- what is in the gap or the space?
8      A   So near the edges and at some point -- so
9   near the very, very far edges, that eventually links
10  up to something with some adhesive which makes the    11:52AM
11  mount.  In some cases -- and if you'll permit me one
12  second to check his report on the tab, which I think
13  will inform this as a contrast.
14        So you can see, for example, in some cases
15  there's some adhesive that creeps in, depending on    11:53AM
16  where you take the image.  I turn, for example, to
17  D-27.
18     Q   Okay.  So I'm not sure if you actually
19  answered my question.  I was just asking you what is
20  below the substrate, this dark area in C-32?    11:53AM
21     A   There's a -- there's a gap there between
22  this and the LCD underlying in this image.
23     Q   Okay.  So where does the LCD stop, start?
24     A   So what's apparent to me is that the LCD --
25  the total assembly is below that gap.  So you can    11:54AM
```

Page 104

```
1   see that the sensor is constructed from the two
2   substrates with ITO on them, placed below the glass
3   and over the LCD assembly.
4      Q   So the LCD assembly starts here at the
5   bottom of the arrow that's marked .34 millimeters?    11:54AM
6      A   No.  So you have to remember that the --
7   the thing above where your pen is, so to be -- to go
8   back to pointing out details.  So if you look at the
9   label "polymer films (4) and adhesive," that spans,
10  essentially, the relevant parts of the sensor.  And    11:54AM
11  that is disposed over or placed over the LCD.  And
12  often there's a gap or there's a bit of adhesive at
13  the ends or sometimes in the middle, and that's
14  placed over the LCD with its own cover below it.  So
15  there's a gap.  The very dark spot there in this    11:55AM
16  image shows a gap.
17     Q   Is that gap filled with air, or what's it
18  filled with?
19     A   So when -- when you assemble these things,
20  very often you can leave behind a bit of an air gap    11:55AM
21  in these images because the system is assembled on
22  the corners to fit flush with spacers.  And adhesive is
23  used to put all this together.  And I've noticed in
24  the corners you find -- you find adhesive.
25  Sometimes I have a hard time remembering -- we'd    11:55AM
```

Page 105

```
1   have to check the images.  You also find a bit of
2   adhesive in the gap.  And then below you have your
3   LCD.
4      Q   So I'm still not clear.  Is that very dark
5   part -- what is that very dark part?    11:55AM
6      A   That's a gap.  That's a gap.
7      Q   Air gap?
8      A   In this image you can see that that is, in
9   fact, what it is, it's an air gap, which is why, to
10  highlight that in this image, I wanted to contrast    11:56AM
11  it to the tab images which show material there.
12     Q   So what's below the air gap?
13     A   What's below the air gap is another
14  transparent substrate that sits over the LCD top
15  glass and the LCD bottom glass.    11:56AM
16     Q   And what's that made out of?
17     A   My -- I have to be honest.  I have to see
18  if I recollect exactly what that -- you're asking
19  not about the LCD top glass, which is glass, but
20  about the darker layer just above it?    11:56AM
21     Q   Correct.
22     A   Let me see if we -- give me one second --
23  if we isolated that.
24        At the moment I don't recall if that's a
25  piece of glass or a piece of plastic.  That wasn't    11:57AM
```

Highly Confidential - Attorneys' Eyes Only

Page 106

1  the main thrust of what we were analyzing, so I
2  don't really recall.
3      Q   Do you know what -- what properties this --
4  this layer that you can't recall has?  Is it a
5  dielectric?                           11:58AM
6      A   Oh, this layer is obviously transparent
7  dielectric.  It was looked at to see if any features
8  were present on it.  There weren't.  It,
9  essentially, is part of the -- the -- or it is the
10  substrate that sits directly above the LCD top    11:58AM
11  glass.
12      Q   Is it conductive?
13      A   Is it conductive?
14      Q   Yes.
15      A   This whole substrate would not be       11:58AM
16  conductive, no.
17      Q   Is any part of it conductive?
18      A   Not to my knowledge, no.
19      Q   Okay.  And what again was the material?
20      A   So this material was transparent.  And    11:59AM
21  again, the only reason I paused is to give an
22  accurate answer.  I don't recall whether it was
23  glass or -- or some plastic.
24          It might very well be the LCD polarizer.
25  I'm just trying to be cautious in giving accurate   11:59AM

Page 107

1  answers.
2      Q   What's an LCD polarizer?
3      A   There's a -- there is a light polarizer
4  placed over LCDs often, and this might be the case.
5  In any event, it's unrelated to the operation of the  11:59AM
6  sensor.
7      Q   Did Mr. Ward do any conductivity tests on
8  that layer?
9      A   On that entire layer, I would say no.
10      Q   How do you know?                   12:00PM
11      A   I didn't ask him to, and to my knowledge,
12  Ian Ward reported on the matters I asked him to.
13      Q   Now, why didn't you ask him to do a
14  conductivity test to that layer?
15      A   Because that's a part of the LCD stack onto  12:00PM
16  which the touch sensor is built and is immaterial.
17  So it is -- the surface of it -- I see.  So
18  you're -- you're asking me whether we established
19  whether there's a conductive -- whether that
20  substrate is conductive.                 12:00PM
21      Q   Correct.
22      A   That substrate couldn't be conductive
23  because it's too thick.  No one would build a
24  conductive layer of that thickness that was
25  transparent and put it over an LCD.  That's, I     12:00PM

Page 108

1  think, unambiguous.
2      Q   Do you have any -- any documents or data to
3  show whether or not that layer is conductive?
4      A   To my knowledge, we do not have that in Ian
5  Ward's report.                        12:01PM
6      Q   Now, if that layer were conductive, do you
7  know if that would have any impact on your
8  infringement analysis?
9      A   Well, we'd have to go to the specific
10  claims, and at that point we can try to decide     12:01PM
11  whether it would.  But I don't see any reason to
12  believe why that layer would be conductive.  It
13  would certainly not be possible or not likely in any
14  instance for that large layer to be conductive.
15      Q   But I guess, sitting here today, you can't  12:01PM
16  tell me with a hundred percent certainty that it's
17  not conductive?
18      A   I find it highly unlikely.  In part, I
19  would point you to the fact that we have stacks that
20  were provided by Samsung which match these stacks   12:02PM
21  exactly.  And they indicate in -- nowhere that I'm
22  aware of that there was a conductive layer present
23  below the two ITO layers.  So this SEM matches
24  exactly with the documentation provided by Samsung
25  of both their prototype and product implementations. 12:02PM

Page 109

1  And they don't produce a shield there.  They don't
2  have a shield there.
3      Q   Okay.  Now, below that layer we were just
4  talking about, there appears to be some type of gap,
5  and then there's LCD top glass, what's been labeled  12:02PM
6  as LCD top glass.
7          Do you see that?
8      A   Yes.
9      Q   What is the gap?
10      A   What is the gap between the LCD top glass   12:02PM
11  and that layer above it?
12      Q   Correct.
13      A   That's just a gap.  These things are
14  laminated over the LCD.  There's not much more to it
15  than that.                            12:03PM
16      Q   Okay.  Is there's an adhesive in that gap?
17      A   I'd have to check.  I think one -- if you
18  give me one moment.  Let me check.
19          We have -- I'm looking -- if you'll give me
20  a second -- at the white light images, which may    12:04PM
21  point out whether there's an adhesive or not.  I
22  think that's likely not relevant for our analysis,
23  but I will certainly take a look.
24          If one looks at C-101, and one who use it,
25  if you align it such that -- let me rotate it       12:05PM

Highly Confidential - Attorneys' Eyes Only

Page 110

1    towards you.  You can see that these are the
2    substrates.  This is the touch glass.  Looking down
3    here, this -- the thing that you're asking me about
4    would appear to have a bit of adhesive there, yeah.
5        Q    Just while we're there, what is C-101?    12:05PM
6        A    So Ian took cross-sections of a number of
7    places that he SEM'd and also took optical
8    micrographs of.  So this is a white light microscopy
9    image of a similar stack.
10           I couldn't tell you if it's in exactly the   12:05PM
11   same location or somewhere nearby.  You can see that
12   it's likely near the edge because in C-101 there's
13   a -- there's an end to that middle substrate.  But
14   it was -- it was meant to simply reinforce the same
15   image.                                    12:06PM
16       Q    And then what's the LCD top glass?
17       A    Are we back in C --
18       Q    C-32.
19       A    -- 32?
20       Q    The layer --                      12:06PM
21       A    That's the top glass of the liquid crystal
22   display.
23       Q    Okay.  And is that made out of the glass or
24   plastic?
25       A    To my understanding, that's made out of    12:06PM

Page 111

1    glass.
2        Q    And what do you base that belief on?
3        A    On the documentation provided in Samsung
4    and the way these LCDs are usually manufactured.
5        Q    Do you remember what specific Samsung    12:06PM
6    documentation said that that was glass?
7        A    I'm happy to go through the documents.
8    There are certain -- a number of Samsung documents
9    that provide their stacks for the devices in
10   question along with manufacturers for each of the    12:07PM
11   layers.  This is how, for example, I remembered
12   that -- I believe Denko manufacturer gives them the
13   substrates in the sensor.  We -- we could check.
14   I'd be happy to do that.
15           Do you mind if we take a break?        12:07PM
16       MR. BRIGGS:  Sure.
17       VIDEO OPERATOR:  The time is 12:07 p.m.  We
18   are off the record.
19       (Recess.)
20       VIDEO OPERATOR:  The time is 12:11 p.m.,    12:11PM
21   and we're back on the record.
22   BY MR. BRIGGS:
23       Q    Okay.  Let's turn to Attachment 5.
24       A    Attachment 4.  How far back do I have to go
25   to get to Attachment 5?  Hang on.             12:11PM

Page 112

1        Q    Which is C-34 through C-37.  What are these
2    images?
3        A    These are the images he took at my request
4    of the Atmel integrated circuits that are connected
5    to the touch screen.                        12:12PM
6        Q    What -- what are these integrated circuits?
7        A    These are the touch screen controllers.  So
8    the 10.1 uses a 1386 integrated circuit, which is
9    the master, and three, I believe, mxt154s, which are
10   the slaves which connect directly to the touch    12:12PM
11   screen.  In the case of the tab, the number is
12   slightly different.  It's an mxt224.
13       Q    Okay.  So those are the touch screen
14   controller chips?
15       A    These are the integrated circuits that    12:13PM
16   operate the touch screen.
17       Q    And then let's turn to Attachment 6.
18       A    Yes, sir.
19       Q    What -- what's shown in these images in
20   Attachment 6?                             12:13PM
21       A    So extending from C-38 to C -- all of
22   Attachment 6, C-47, they're also scanning electron
23   micrographs of the top ITO.
24       Q    Okay.
25       A    Let me make sure they are all of the top    12:13PM

Page 113

1    ITO.
2            Yep.  They appear to be that way.
3        Q    Okay.  And then turning to Attachment 7,
4    which is C-48 through C-54.  What are these images?
5        A    Also ITO images of one of the layers.  If    12:14PM
6    you'll permit me -- yeah.
7        Q    Okay.  And then what are the images in
8    Attachment 8?
9        A    Attachment 8 appears to simply show
10   pictures of the boards inside the device.  And in    12:14PM
11   one case, in C-55, they show some of the assembly.
12   C-60 seems to show the touch screen and the board
13   coming out of that and extending to the main circuit
14   board.  Likewise for the remainder, and then we're
15   in Attachment 9.                          12:15PM
16       Q    So in Attachment 10.  It starts at C-70.
17   Or I'm sorry.  Attachment 11, which starts at
18   C-71 --
19       A    One second, please.
20           C-71?                           12:16PM
21       Q    Mm-hmm.
22       A    Yes.
23       Q    If you turn to C-81.
24       A    C-81?
25       Q    Yeah.                           12:16PM

Highly Confidential - Attorneys' Eyes Only

Page 114

1    A   One second.
2        Yes.
3    Q   What is shown in C-81?
4    A   Oh, that's simply the pattern of traces at
5  the very bottom of the LCD, the -- on the bottom of   12:16PM
6  the substrate.  These are the traces that actuate
7  the pixels, and the space in between are the pixels
8  to the LCD.  This is just included for completeness.
9    Q   Okay.  What's on Exhibit C-84?
10   A   C-84.  Stretching from C-84 to C-103 are a   12:16PM
11 collection of white light images of different parts
12 of the assembly.  What Ian did in some instances is
13 take images of the corners which show the assembly
14 parts onto which these are mounted or how they're
15 mounted.                                             12:17PM
16   Q   What's depicted in C-84?
17   A   C-84 appears to show the cross-section of
18 the touch screen and this larger substrate on the
19 bottom.  These are details just highlighting the
20 features near the -- near the edges.  In other       12:17PM
21 words, the assembly that supports the main stack.
22 For example, C-91 is similar.
23   Q   Okay.  Turning back to the -- the written
24 portion of the EAG report for the tab 10.1, which
25 starts on C-1.                                        12:18PM

Page 115

1    A   Yes.  One second, please.
2        Yes, I'm there.
3    Q   If you turn to C-4 --
4    A   Yes, sir.
5    Q   -- at the end --                               12:18PM
6    A   Mm-hmm.
7    Q   -- there's a paragraph that talks about --
8  it starts:
9        "Unless specifically stated
10       otherwise elsewhere in this report, the        12:18PM
11       uncertainty of dimensional SEM
12       measurements is about plus or minus
13       10 percent, providing an estimated level
14       of confidence of 95 percent using a
15       coverage factor k = 2."                        12:19PM
16       What does this mean?
17   A   So these types of statements are standard
18 when providing these images.  And what he is saying
19 is that taken all -- taking all of the collected
20 sources of uncertainty in the image dimensions as    12:19PM
21 one looks at them.
22       So, for example, one will notice that
23 there's slight curvatures due to the lensing effect
24 when imaging electrons.  One reports, based on this
25 and the proper calibration of the SEM, a certain     12:19PM

Page 116

1  level of uncertainty in his measurements which he
2  reports at 10 percent.
3        What he's saying is that, given that his --
4  his level of coverage of these images is as
5  reported, he has a very high degree of confidence in  12:19PM
6  the numbers he's provided and, moreover, the numbers
7  that one could infer or back out using the error
8  bars in the -- in the SEM image.
9        As I mentioned, all of these SEM images
10 have a measurement bar.  Sorry.  I believe I said     12:20PM
11 error bar.  They have a little measurement bar.  And
12 that bar can be used to look at the image and
13 essentially use it as a ruler.  So he's simply
14 providing his level of confidence in these
15 measurements.                                         12:20PM
16   Q   So if we look at a particular
17 measurement -- let's just hypothetically say it's
18 5 millimeters -- does this mean that the actual
19 measurement could be 4.5 to 5.5?
20   A   So the error would be as he says.  It's      12:20PM
21 plus or minus 10 percent of the measurement that you
22 come up with either as reported by the little tick
23 marks that he used, the cursors, or from the bar,
24 the -- that's the error in -- or the uncertainty,
25 not the error, really, in the dimensional            12:21PM

Page 117

1  measurement taken from the SEM.
2    Q   Okay.  So that might have answered my
3  question, but mine was a little more specific.
4        Hypothetically, if the measurement was
5  5 millimeters, applying this plus or minus          12:21PM
6  10 percent, would that mean that the error could be
7  from 4 point -- or the actual measurement could be
8  from 4.5 to 5.5 millimeters?
9    A   No.  That's not 5 percent.
10       So insofar as you report a dimensional        12:21PM
11 measurement and claim that that is 5 millimeters,
12 one would take a -- so a tenth of that in either
13 direction.  So what you're saying is .5 minus, .5
14 plus for the error in that -- in that -- or the
15 uncertainty in that measurement, yes, to that extent 12:21PM
16 you're accurate in stating that.
17       But it's relative to the measurement that
18 you're giving.  So what I want to make sure is you
19 don't extrapolate that and then claim there's a --
20 let me give you an example.                          12:22PM
21       If you were to say, here I took
22 1 centimeter.  So 1 centimeter, 10 percent of that
23 is 1 millimeter.  Thus there must be a 1 millimeter
24 error throughout the image.  That's incorrect for
25 even uncertainty.  It's 10 percent of the            12:22PM

Highly Confidential - Attorneys' Eyes Only

Page 118

1  measurement given.
2      Q   What is -- in the parenthetical, it says
3  using a coverage factor to have of k = 2.  What does
4  that mean?
5      A   I'm assuming that he is basing his          12:22PM
6  assessment on the fact that he's taken multiple
7  images of the areas under which the measurements are
8  happening.  That's my assessment of the coverage
9  factor.  It's possible that I'm misinterpreting
10  that, but that's my current assessment.          12:22PM
11      Q   How does the coverage factor apply to this
12  uncertainty of plus or minus 10 percent?
13      A   Well, I can -- I can only speak from
14  experience, and when you got an image that you're --
15  you want to take a measurement of with great          12:23PM
16  confidence, of course you do your best to calibrate
17  your image, your equipment.
18          And once that is done, another piece that's
19  important that Ian certainly did is you attempt to
20  take images of the same area slightly off.  You take  12:23PM
21  multiple images to increase the confidence that the
22  measurement you're taking at any given point is
23  representative.  Or, in fact, in some cases,
24  although I can't claim that he did that here, he
25  might have, you -- you can take -- you can average    12:23PM

Page 119

1  measurements of the same feature from images that
2  slightly offset.
3          In any case, the errors that were -- are --
4  would be introduced or the uncertainty, again, that
5  would be introduced as he's putting out a plus or     12:24PM
6  minus 10 percent really don't affect any of the
7  conclusions I provided in the expert report at all.
8      Q   So I appreciate your answer, but I don't
9  think you answered my question.
10          My question was, is how does this coverage  12:24PM
11  factor of k = 2 factor into this plus or minus
12  10 percent number that he's giving?
13      A   Because if, as I'm stating, one is taking
14  multiple images of a given area, each multiple
15  images -- image increases confidence and numerically 12:24PM
16  reduces the uncertainty.  This is, I think, evident
17  just on face if one thinks about it from a common
18  sense perspective.
19      Q   Okay.  What does coverage factor mean?
20      A   Again, so my assumption in reading this is  12:25PM
21  the number of -- the amount of coverage or the
22  number of images or the amount of overlap that he
23  had for -- for each individual measurement.
24          I know for a fact that he took multiple
25  images of the same features for which he provided    12:25PM

Page 120

1  data, explicit measurements.  And my understanding
2  is that he is providing, based on this method, this
3  methodology, his statement of what given that the
4  uncertainty is in his SEM measurement.
5      Q   Is this term "coverage factor" something    12:25PM
6  you use in your own research?
7      A   I've used the term "coverage."  And the
8  reason I was hesitating is that you can state this
9  term slightly different, but it can -- in the end
10  boils down to the same thing.  I will, for example,  12:25PM
11  instruct students taking an SEM to get sufficient
12  coverage of the area under question if there's some
13  feature that we really need to hone in on in great
14  detail.
15      Q   Okay.  Let's assume the coverage factor,    12:26PM
16  instead of being 2, it changes to 3.  How would that
17  affect the plus or minus 10 percent uncertainty
18  number?
19      A   So one way it could affect -- so the --
20  the -- my understanding is the taking of additional  12:26PM
21  images would reduce uncertainty.
22          One way one can think of it is that I am,
23  essentially, taking this data as an example and
24  averaging it, for example.  And the more points I
25  have, one can imagine one can establish with greater  12:26PM

Page 121

1  precision the amount of uncertainty, which is, I
2  believe, what's going on here.
3      Q   Okay.  Is there a formula that --
4      A   There is.  It's present in this ISO Guide
5  to Expression of Uncertainty in Measurement.  I have  12:27PM
6  to admit I haven't gone in and looked at that
7  formula in quite a long time.
8      Q   Okay.  So if I look in that ISO guide, I'll
9  find a formula that, if I change this k factor,
10  it'll show me how to compute a new uncertainty       12:27PM
11  percentage?
12      A   My understanding is that this guide to
13  expression of uncertainty in measurement provides
14  guidelines with which you can calculate uncertainty,
15  which is what exactly he did.  He's providing his    12:27PM
16  level of uncertainty based on these guidelines.
17  So --
18      Q   So there's a formula in the ISO guideline?
19      A   There is a methodology provided for
20  calculating these uncertainties.  It may be more     12:28PM
21  than one formula.  It may be a statement of how to
22  parse the uncertainty.
23      Q   If the coverage factor goes down from 2,
24  will the percentage go up?
25      A   So if my interpretation is correct, which   12:28PM

Highly Confidential - Attorneys' Eyes Only

Page 122

1  is to say that what he's saying here is the number
2  of images he's taking, the more images, the more
3  confidence you have in a particular feature measure
4  because you're measuring them on all the images.
5  And the higher the degree of -- or the lower the    12:28PM
6  degree of uncertainty, the more certain you are of
7  what's going on, the lower the uncertainty in the
8  measurement.
9      Q   Okay.  This coverage factor number, who
10 comes up with that number?  Who picks whether it's 1  12:28PM
11 or 2 or 3 or 4 or 5?
12     A   This is left to the experience of the
13 microscopist who does this routinely to decide.
14         Having said that, while I can't explicitly
15 tell him I told him you must use a coverage factor    12:29PM
16 of X, it is certainly true that I asked him -- and,
17 in fact, didn't need to ask him because he -- he was
18 aware of this when I did ask him, that he should
19 make sure to take multiple pictures of things so
20 that he could provide a really good level of    12:29PM
21 uncertainty, which is what I think he did.
22     Q   So I think what you're telling me is that
23 coverage factor number, that's a subjective number
24 that's picked by the person who performs the
25 experiment or the analysis?    12:29PM

Page 123

1      A   No, I wouldn't say it's completely
2  subjective.  I think that again, he is versed in
3  putting bounds on the uncertainty of his
4  measurements.  Given the relative scale of the
5  measurements he's taken, he is trained to make a    12:29PM
6  particular choice.
7         So within the constraints that I've stated,
8  which is I, of course, explicitly asked him to take
9  many images -- think, for example, if one were to
10 try to image something at the resolution limit of    12:30PM
11 the SEM.  So let's say, hypothetically, this SEM has
12 a resolution limit or limit it beyond which it's
13 hard to discern a feature that borders around, you
14 know, single nanometers or maybe tens of nanometers,
15 to -- then the guidelines are pretty unambiguous in    12:30PM
16 terms of how many images you would want to take if
17 you're worried about that issue.
18         But I think, stepping back here and putting
19 this into context, we're taking images so far away
20 from the resolution limit of a scanning electron    12:30PM
21 micrograph that we're not really worried that
22 there's a lot of uncertainty here.
23         We -- of course, Ian took the appropriate
24 amount of care, took many images, followed the
25 procedures according to this ISO guide.  He's a good  12:31PM

Page 124

1  microscopist.
2         But I want to make sure that we're very
3  clear on this.  The scanning electron microscope at
4  the scales we're talking about is a very good
5  reporter of these types of dimensions.  When you're    12:31PM
6  honing in much closer, I think you worry about this
7  more.
8      Q   Who picked the number k = 2?
9      A   Who picked it?
10     Q   Yeah.    12:31PM
11     A   He did.
12     Q   Ian Ward did?
13     A   Yes.  Of course, as I said, using the
14 guidelines provided in this uncertainty measurement
15 guide.    12:31PM
16     Q   And how do you know he picked that using
17 those guidelines?
18     A   Because he states uncertainty estimates are
19 calculated in accordance with the ISO, quote, "Guide
20 to the Expression of Uncertainty in Measurement,"    12:32PM
21 end quote.  That statement is unambiguous.
22     Q   Okay.  Back to a question I had a minute
23 ago.  This number you pick for k, that's a
24 subjective -- the number's picked subjectively,
25 correct?    12:32PM

Page 125

1      A   I -- I disagree with that in the sense that
2  a microscopist or anyone taking data, certainly
3  anyone taking data in Ian's capacity, has a guide
4  that gives him a guide on how to take images, where
5  to take them, so that his uncertainty is of a    12:32PM
6  certain amount.  Beyond that, I'm not sure where
7  subjectivity comes into play.
8      Q   Okay.  Based on your experience, is k = 2 a
9  fair number for the types of images you saw for the
10 coverage factor?    12:32PM
11     A   I think for the level of the resolution we
12 needed, the uncertainty we needed, the scales of
13 things we were talking about, his choices were --
14 were excellent.  He provided images from which one
15 can unambiguously come to conclusions about the    12:33PM
16 geometry of these structures.
17     Q   But I'm saying, based on what you've seen,
18 is k = 2 a fair number to be applied based on all
19 the images you've seen?
20     A   I would say that his methodology, yes,    12:33PM
21 including this statement about his methodology is in
22 accordance with appropriate practice and provides
23 results that are unambiguous as regards the types of
24 statements we're making about the images.
25     Q   Would k = 3 have been a fair    12:33PM

Highly Confidential - Attorneys' Eyes Only

Page 126

1  characterization?
2      A   We would have to check the specific ISO
3  guide, and here I defer to the microscopist in the
4  sense that there is a point at which you get
5  diminishing returns in terms of additional images.   12:34PM
6  So it's hard to say.  I really don't have a strong
7  opinion on this despite -- other than to say, again,
8  unambiguously, that the methodology that he used on
9  its face, just looking at the images, provides
10  sufficiently low uncertainty to make the statements   12:34PM
11  that we're making about them.
12     Q   Would k equals 10 have been a fair number
13  to use based on the images you saw?
14     A   Again, I don't really have an opinion on
15  this.  I think that to answer this appropriately and   12:34PM
16  not indulge in speculation, one would have to take
17  into account the guidelines given in this ISO guide
18  to determine the k that's used.
19         But again, for the k -- for the results
20  that he obtained, given that he provided his   12:35PM
21  methodology, we can use those images to
22  unambiguously make statements about the geometries
23  in question.
24     Q   Is it -- is it possible that Mr. Ward used
25  an artificially low number or an artificially high   12:35PM

Page 127

1  number for k?
2      A   Again, given the data that he's provided
3  and the methodology that he's explained for arriving
4  at his uncertainty, I wouldn't know how to answer
5  that, what an artificially low or high number is.   12:35PM
6          He clearly provided a reasonable amount of
7  uncertainty.  It's well within the bounds of what is
8  needed to make the statements here.  And beyond
9  that, I don't know what opinion I can provide.
10     Q   Okay.  As a scientist, isn't the -- the   12:36PM
11  uncertainty that's present in a certain analysis or
12  experiment a very important consideration?
13     A   It's an important consideration up to the
14  point to which it doesn't matter anymore.
15         So, for example -- and I -- I'm going to   12:36PM
16  use -- I don't mean to be graphic.  But if I'm
17  designing a guided missile and the uncertainty with
18  which that missile will hit the target I choose is
19  1 centimeter, I certainly will not go beyond that to
20  dictate somehow that there must be some way in which   12:36PM
21  I will generate an uncertainty of a nanometer for my
22  targeting work.  There's a limit beyond which
23  uncertainty is within the bounds of what is required
24  for the task at hand, and any further refinements
25  are not relevant.                          12:37PM

Page 128

1      Q   Did you discuss this uncertainty percentage
2  of 10 percent with Mr. Ward?
3      A   I saw the number when it was reported, and
4  I felt that it was a reasonable number.  I felt that
5  the images were of high quality and thus could be   12:37PM
6  used to provide the statements I provide in the
7  expert report.  And moreover, I felt that his
8  description of how he arrived at his uncertainty
9  estimates was within standard guidelines for any
10  microscopist doing this.  That's the extent to which   12:37PM
11  I thought further about this.
12     Q   Okay.  So you didn't ask him how he got
13  plus or minus 10 percent?
14     A   I read it.  He specifically states
15  uncertainty estimates are calculated in accordance   12:37PM
16  with the ISO, quote, "Guide to the Expression of
17  Uncertainty in Measurement," unquote.
18     Q   Okay.
19     A   I found no need to ask him further.
20     Q   Okay.  But you didn't look up that   12:38PM
21  uncertainty measurement calculation in the ISO
22  guide?
23     A   No.  Given that the qual- -- the images are
24  of high quality and he provided his methodology and
25  the uncertainty was well within bound, there was no   12:38PM

Page 129

1  need to -- to go look at guide.
2      Q   Okay.  So basically with respect to this
3  coverage factor of k = 2, which I believe is a
4  subjective criteria, you left that up to Mr. Ward to
5  decide?                                    12:38PM
6          MR. KRAMER:  Objection.  Lacks foundation.
7          THE WITNESS:  I, as I said, specifically
8  requested that Mr. Ward take multiple images of the
9  same area, that he be careful with his SEM images,
10  and he did exactly that.  And he provided an   12:39PM
11  uncertainty which I felt was sufficient to make the
12  statements required and also provided his
13  methodology open to anyone to evaluate by going to
14  the ISO guide to expression of uncertainty in
15  measurement.                               12:39PM
16  BY MR. BRIGGS:
17     Q   How does taking multiple images of the same
18  area affect the coverage factor?
19     A   So again, I'm being careful here that we
20  understand that I am assuming that what he means by   12:39PM
21  coverage factor is the number of images or a factor
22  related to the number of images that he took.  It
23  simply gives you more confidence.  You -- the more
24  images you can take of the same feature, the better
25  your ability to average out or quantify the amount   12:39PM

Highly Confidential - Attorneys' Eyes Only

Page 130

1    of distortion that might, for example, exist at the
2    very edges of an image.
3        Q   Okay.  So your assumption here is that the
4    coverage factor increases or becomes better if you
5    take more images; is that --            12:40PM
6        A   My understanding of what he's doing is that
7    the coverage factor is related to that.  As I stated
8    before, I haven't looked at the exact formula in
9    that ISO guide.  It could be that k is an inverse of
10   that number or so on.  But the point being that I   12:40PM
11   think this is all irrelevant.  He provides a very
12   high confidence.  He provides a very good measure of
13   uncertainty.  Certainly good enough to any
14   measurement, I think, that we've been making and
15   conclusions thereof, and he provides his methodology  12:40PM
16   so one is free to look up that guide to see how he
17   did it.  I think it's pretty unambiguous.
18       Q   Well, wouldn't we need to talk to Mr. Ward
19   to figure out how he came up with k = 2?
20       A   I'm not sure how to answer that question.   12:41PM
21       Q   If you wanted to --
22       A   One could -- one could simply go look at
23   guide to the expression of uncertainty in
24   measurement and understand how that informs the rest
25   of his statement.  I think that's pretty      12:41PM

Page 131

1    unambiguous path one could take to determining his
2    statements about uncertainty.
3        Q   Okay.  If you wanted to figure out how the
4    coverage factor of k = 2 was chosen, what would you
5    do?                                     12:41PM
6        A   I would begin by reading the ISO "Guide to
7    the Expression of Uncertainty in Measurement."
8    Using that to first inform me -- to allow me to
9    understand how he's taking his coverage factor and
10   how that relates.  Of course, if one finds that that  12:41PM
11   is insufficient or somehow ambiguous, you could ask
12   the microscopist.
13       Q   So you don't think you would have to talk
14   to Mr. Ward to figure out how he came up with k = 2.
15       A   I have no way of answering that.  I would   12:42PM
16   say that I would follow the procedure I just
17   outlined, which in extreme out, of course, like
18   anything, could end up with you talking to the
19   microscopist.
20       MR. KRAMER:  Are we going to break for      12:42PM
21   lunch?  How much time has gone so far?  How much --
22       VIDEO OPERATOR:  In total?
23       MR. KRAMER:  Yes.
24       VIDEO OPERATOR:  (Inaudible.)
25       MR. BRIGGS:  This is a good breaking point.  12:42PM

Page 132

1    Let's just stop for lunch.
2        VIDEO OPERATOR:  This marks the end of
3    deposition No. 2 in the deposition of Michel
4    Maharbiz.  The time is 12:42 p.m.  We're off the
5    record.                                  12:43PM
6        (Lunch recess.)
7        VIDEO OPERATOR:  This marks the beginning
8    of disk No. 3 in the deposition of Michel Maharbiz.
9    The time is 1:24 p.m.  We're back on the record.
10   BY MR. BRIGGS:                           01:24PM
11       Q   Professor, I'm going to hand you the
12   rebuttal expert report of Dr. Brian Von Herzen
13   regarding non-infringement of U.S. Patents 7,663,607
14   and 7,920,129.  And this is the report itself.  It's
15   not all of the exhibits.                  01:25PM
16       A   Thank you, sir.
17       MR. KRAMER:  I have a copy.  Is this
18   Exhibit 1?
19       MR. BRIGGS:  Yes, let's go ahead and mark
20   that as Exhibit 1.                       01:25PM
21       (Deposition Exhibit 1 marked by the court
22   reporter.)
23   BY MR. BRIGGS:
24       Q   Have you had a chance to review Dr. Von
25   Herzen's non-infringement report?         01:25PM

Page 133

1        A   I have.
2        Q   Okay.  So what I wanted to do is just walk
3    through it and ask you questions about Dr. Von
4    Herzen's positions that he's taking here and your
5    reaction to those.                       01:26PM
6        A   Okay.
7        Q   So let's start with the ' '607 patent.  And
8    Dr. Von Herzen's analysis starts on page 25.
9        A   I'm going to unhook this.  Yes.
10       Q   And on page 25 through 27, he explains that  01:26PM
11   in his opinion none of the accused products detect
12   near touches.  Do you see that?
13       A   Yes.
14       Q   Let me ask you first, what is a near touch?
15       A   A near touch in my mind would be a -- a     01:26PM
16   condition in which a finger or a part of the hand to
17   be detected approaches very close to the sensor, but
18   does not in fact physically touch it.
19       Q   So the finger or hand would approach very
20   closely the sensor, but it wouldn't actually        01:27PM
21   physically touch it; is that correct?
22       A   I think that's fair, yes.
23       Q   Now, what -- what evidence are you relying
24   on to show that the Samsung accused products, which
25   in this case are the Tab and the Tab 7.0 and the Tab  01:27PM

Highly Confidential - Attorneys' Eyes Only

| Page 286 | Page 287 |
|---|---|

**Page 286**

1  function. I performed that function as technically

2  competently as I could. I think the conclusions are

3  sound and strong. And with regards to the ITC

4  initial -- ITC initial determination, I was

5  counseled that it wasn't relevant or admissible, so   05:36PM

6  beyond that I'm --

7  BY MR. BRIGGS:

8      Q   Okay. Were you counseled that the final

9  determination was not relevant or admissible?

10     A   I don't believe, as I said before, we        05:37PM

11  discussed that in any great detail.

12     Q   Okay. And you haven't considered that

13  final determination in forming your opinions?

14     A   I've considered what -- I made clear what

15  I've considered previously, and it's explicitly     05:37PM

16  spelled out in both of my reports what material was

17  considered.

18     MR. BRIGGS: Okay. That's all I have.

19     VIDEO OPERATOR: This marks the end of disc

20  No. 4 of four and concludes the deposition of Michel  05:37PM

21  Maharbiz. The time is 5:37 p.m., and we're off the

22  record.

23     (Time Noted: 5:37 p.m.)

24        ---------------------

25        MICHEL MAHARBIZ, Ph.D.

**Page 287**

1         C E R T I F I C A T E

2

3  STATE OF CALIFORNIA   )

                         ) ss.:

4  COUNTY OF SAN MATEO   )

5

6      I, SUZANNE F. BOSCHETTI, a Certified

7  Shorthand Reporter for the State of California, do

8  hereby certify:

9      That MICHEL MAHARBIZ, Ph.D., the witness

10  whose deposition is hereinbefore set forth, was

11  duly sworn by me and that such deposition is a true

12  record of the testimony given by such witness.

13     I further certify that I am not related to

14  any of the parties to this action by blood or

15  marriage; and that I am in no way interested in the

16  outcome of this matter.

17     IN WITNESS WHEREOF, I have hereunto set my

18  hand this 20th day of April, 2012.

19

20

21

22     -------------------------

23     SUZANNE F. BOSCHETTI

24

25

| Page 288 | Page 289 |
|---|---|

**Page 288**

1              INDEX

2  WITNESS:       EXAMINATION          PAGE

3  MICHEL MAHARBIZ,

   Ph.D.

4  Volume I

5      BY MR. BRIGGS          5

6

7          EXHIBITS

8  NO.        DESCRIPTION        PAGE

9  Exhibit 1    Rebuttal Expert Report of     132

             Dr. Brian Von Herzen

             Regarding Non-Infringement

10            of U.S. Patents 7,663,607

             and 7,920,129, April 16,

11            2012

12  Exhibit 2    U.S. Patent 7,663,607 B2,     147

             February 16, 2010

13

   Exhibit 3    U.S. Patent 5,565,658,        263

14            October 15, 1996

15

16

17

18

19

20

21

22

23

24

25

**Page 289**

1           ERRATA SHEET

2  Case Name:       Apple v. Samsung

   Date of Deposition:  April 19, 2012

3  Witness Name:       MICHEL MAHARBIZ, Ph.D.

4  Reason Codes:

    1. To clarify the record.

5   2. To conform to the facts.

    3. To correct transcription errors.

6

           CORRECTIONS:

7

   Pg. Ln. Now Reads      Should Read   Reason

8  ___ ___ _____  _____  _____

9  ___ ___ _____  _____  _____

10 ___ ___ _____  _____  _____

11 ___ ___ _____  _____  _____

12 ___ ___ _____  _____  _____

13 ___ ___ _____  _____  _____

14 ___ ___ _____  _____  _____

15 ___ ___ _____  _____  _____

16 ___ ___ _____  _____  _____

17 ___ ___ _____  _____  _____

18     _____

19     Signature of Deponent

20

21 SUBSCRIBED AND SWORN BEFORE ME

22 THIS____DAY OF_____, 2012.

23

24 _____

25 (Notary Public) MY COMMISSION EXPIRES:_____