# Exhibit 20
# (Submitted Under Seal)

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 15, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail*  (sarajenkins@quinnemanuel.com)

Sara Jenkins
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:     *Apple v. Samsung*, *et al.*, Case No. 11-cv-1846-LHK (N.D. Cal.)
        **ATTORNEYS' EYES ONLY—Contains information subject to protective order**

Dear Sara:

I write regarding the replacement documents for APLNDC-Y0000051350-56, APLNDC0001772330-40, and APLNDC-Y0000232396-430, about which I wrote you late on March 13, 2012.  As background, the first two documents identified above were identical to one another and were both an earlier version of the third document, which covers a longer period of time.  This last document was produced on Thursday, March 8, 2012.

On March 13, 2012, Morrison & Foerster learned that in some cases, descriptions included in the document recorded legal advice and information provided to Apple's Project Marketing finance team by Apple's legal department regarding certain legal agreements.  The prior spreadsheet also included certain items, accruals, allocations, and deferrals resulting not from patent or trademark licenses but from legal advice provided by Apple's legal department.  The foregoing information is protected under the attorney-client privilege and may also reflect attorney work product.

As a result, the foregoing documents and this redacted version will be listed on an Apple's privilege log, essentially as follows:

sf-3120392

MORRISON | FOERSTER

Rachel Herrick Kassabian
March 15, 2012
Page Two

| Document Date | From | To | Privilege Claim | Description |
|---|---|---|---|---|
| March 2012 | Apple Legal Department | Apple Product Marketing Finance Team | A/C; Attorney Work Product | Redactions to remove legal descriptions regarding contracts and legal obligations in connection with various contracts and agreements; and redactions to address advice, allocations, accruals and deferrals based on legal advice from Apple's legal department |

As quickly as possible, we have prepared and are in the process of producing a revised version of the document. This document separates and shows <u>all payments</u> worldwide made by Apple under license agreements covering patents, trademarks, or trade dress for the iPhone, iPad, and iPod lines of business. Information identifying the protected information discussed above has been omitted but the relevant financial information has been retained as a separate line item identified as "Non-license Activity." We have also included the totals from the relevant Line of Business Reports.

As noted previously, certain of the lines reflected third party information that is subject to confidentiality provisions and notice requirements. We are in the process of contacting those parties who have not received notice but we have not withheld information based on these circumstances in this new document. If any party objects to disclosure, we will raise the issue with you to discuss how to resolve it.

Finally, we are in the process of determining whether the information that we have gained should result in an expansion in the production previously made of Apple's license agreements. We will write again when that review is complete.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Peter Kolovos
      S. Calvin Walden

sf-3120392