# Exhibit 22
# (Submitted Under Seal)

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Wednesday, April 11, 2012 11:30 PM |
| **To:** | SaraJenkins@quinnemanuel.com; Diane Hutnyan |
| **Cc:** | AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | RE: Apple v. Samsung:  Discovery Correspondence - Redacted Replacement for APLNDC-Y0000232396-430 |

Hi Sara and Diane,

In furtherance of my attached March 21, 2012, clawback letter, Apple hereby produces:

- A redacted replacement for **APLNDC0001772330-340**, Bates-numbered APLNDC0001772330-R through APLNDC0001772340-R;
- A redacted replacement for **APLNDC-Y0000051350-356**, Bates-numbered APLNDC-Y0000051350-R through APLNDC-Y0000051356-R;
- A newly formatted replacement for **APLNDC-Y0000236371-405**, Bates-numbered APLNDC-Y0000236371-R through APLNDC-Y0000236405; and
- A privilege log covering these and the two below-referenced documents.

Pursuant to my March 21, 2012, clawback letter and the attached privilege log, please destroy all copies of the above documents previously produced without the "R" at the end of each Bates-numbered page.
Samsung is also reminded of its obligation to destroy all copies of APLNDC-Y0000232396-430 and APLNDC-Y0000232449–454.

These three redacted documents will be produced through the parties' usual production procedure as well.  Please let me know if you have any questions.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**

   

_____

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Wednesday, March 21, 2012 8:21 PM |
| **To:** | 'dianehutnyan@quinnemanuel.com' |
| **Cc:** | AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | Apple v. Samsung:  Discovery Correspondence - Redacted Replacement for APLNDC-Y0000232396-430 |



<< File: APLNDC-Y0000236371.pdf >>

1

Hi Diane,

Attached please find correspondence regarding Apple's production of a newly redacted replacement for Apple's royalty report originally produced as APLNDC-Y0000232396-430.  The replacement will be produced tonight via Apple's usual procedure, and it is also attached hereto.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

**Royalties Spreadsheet**
**Privilege Log**

| Original BegBates | Original EndBates | Description | Advice From | Advice Provided to | Date | Privilege(s) |
|---|---|---|---|---|---|---|
| APLNDC0001772330 | APLNDC0001772340 | Spreadsheet redacted to remove information concerning contracts, agreements, and related legal obligations, allocations, accruals, and deferrals, reflecting attorney work product and legal advice provided in the course of attorney-client communications. **Replaced by APLNDC0001772330-R through APLNDC0001772340-R.** | Apple Legal Department | Apple Finance Department | February 2012 | Attorney Work Product; Attorney-Client Communications |
| APLNDC-Y0000051350 | APLNDC-Y0000051356 | Spreadsheet redacted to remove valuation information reflecting attorney work product and legal advice provided in the course of attorney-client communications. **Replaced by APLNDC-Y0000051350-R through APLNDC-Y0000051356-R.** | Apple Legal Department | Apple Finance Department | February 2012 | Attorney Work Product; Attorney-Client Communications |
| APLNDC-Y0000232396 | APLNDC-Y0000232430 | Spreadsheet redacted to remove valuation information reflecting attorney work product and legal advice provided in the course of attorney-client communications. **Replaced by APLNDC-Y0000236371-R through APLNDC-Y0000236405-R.** | Apple Legal Department | Apple Finance Department | March 2012 | Attorney Work Product; Attorney-Client Communications |
| APLNDC-Y0000232449 | APLNDC-Y0000232454 | Erroneous replacement for APLNDC-Y0000232396-430, clawed back to avoid confusion. | N/A | N/A | N/A | N/A |
| APLNDC-Y0000236371 | APLNDC-Y0000236405 | Corrected replacement for APLNDC-Y0000232396-430, clawed back due to formatting errors that prevented full redaction of privileged information. **Replaced by APLNDC-Y0000236371-R through APLNDC-Y0000236405-R.** | Apple Legal Department | Apple Finance Department | March 2012 | Attorney Work Product; Attorney-Client Communications |