| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.     11-cv-01846-LHK (PSG) <br><br> **REPLY DECLARATION OF ESTHER KIM IN SUPPORT OF APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE** <br><br> Date:     June 21, 2012 <br> Time:     10:00 a.m. <br> Place:    Courtroom 5, 4th Floor <br> Judge:    Hon. Paul S. Grewal |

**HIGHLIGHTED VERSION**

I, Esther Kim, declare as follows:

1.     I am an associate with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from other members of my litigation team. I make this declaration in support of Apple's Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

2.     Certain exhibits to this declaration consist of Korean-language documents produced by Samsung in this action. Apple has obtained certified translations of the documents and submits those translations herewith along with each Korean original.

3.     Pursuant to the Court's September 28, 2011, Order (Dkt. No. 267), Samsung served its first Identification of Custodians, Litigation Hold Notices and Search Terms ("transparency disclosures") on October 7, 2011. Attached hereto as **Exhibit 1** is a true and correct copy of the October 7, 2011, disclosures and relevant accompanying exhibits, *i.e.*, Exhibits S, T, and U.

4.     Samsung subsequently amended or supplemented its transparency disclosures four times, serving them on October 10, 2011, December 1, 2011, February 26, 2012, and most recently, on May 27, 2012. All of the amended or supplemented transparency disclosures, except for the most recent disclosures on May 27, 2012, did not alter the disclosure regarding the receipt of litigation hold notices. The May 27, 2012, transparency disclosures, however, changed the dates and names of when relevant custodians received litigation hold notices.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of Samsung's transparency disclosures served on October 10, 2011, titled "Samsung's Amended Identification of Custodians, Litigation Hold Notices and Search Terms." The only exhibit amended in these disclosures was Exhibit V, which is not relevant here. Accordingly, Exhibits S, T, and U remain the same as the October 7, 2011, disclosures.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of the transparency disclosures served on December 1, 2011, titled "Samsung's First Amended and Supplemental

Identification of Custodians, Litigation Hold Notices and Search Terms," and relevant accompanying exhibits, *i.e.*, Exhibits S, T, and U.

7. Attached hereto as **Exhibit 4** are two summary charts titled "Apple's Responses to Watson Declaration Exhibit 4 Regarding Lack of Production" and "Apple's Responses to Watson Declaration Exhibit 4 Regarding Late Retention Notices."

8. On May 26, 2012, Samsung produced 1,989 documents, spanning 13,046 pages, from the files of Joon-Il Choi. Under my supervision, contract attorneys for Morrison & Foerster reviewed and summarized these documents. Attached hereto as **Exhibit 5** is a chart summarizing more than 550 of the documents from the May 26, 2012, production of Joon-Il Choi that discuss or compare Apple or Apple products or contain financial data that was subject to discovery.

9. Apple sent three letters to Samsung on January 29, 2012, February 21, 2012, and February 29, 2012, asking Samsung to confirm whether it was "de-duplicating documents across custodians." Attached hereto as **Exhibit 6** is a true and correct copy of the letter from Apple's counsel Marc Pernick to Samsung's counsel Rachel Kassabian, dated January 29, 2012, requesting this information. Attached hereto as **Exhibit 7** is a true and correct copy of the second letter from Mr. Pernick to Ms. Kassabian, dated February 21, 2012, again requesting this information. Attached hereto as **Exhibit 8** is a true and correct copy of the third letter from Mr. Pernick to Ms. Kassabian, dated February 29, 2012, repeating this request.

10. Samsung finally responded to Apple's multiple requests by definitively answering, "Samsung is not de-duping documents across custodians." Attached hereto as **Exhibit 9** is a true and correct copy of the letter from Samsung's counsel Alex Binder to Marc Pernick, dated February 29, 2012, confirming that Samsung was not de-duping its documents.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the document produced by Samsung beginning with Bates number SAMNDCA00044700, which is an email dated February 16, 2012, that summarizes a meeting in which Google told Samsung that its P1 and P3 tablets were "too similar" to iPad and that Samsung should "make it noticeably different, starting with the front side." A true and correct copy of a certified translation is included.

KIM REPLY DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154823

2

1    12.   Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the
2 transcript of the deposition of Dong Sub Kim taken on February 28, 2012.

3    13.   Under my supervision, contract attorneys for Morrison & Foerster reviewed the
4 emails authored or received by Minhyouk Lee that were produced from the files of other
5 custodians—documents produced in this action, as well as documents produced in the matter of
6 *Certain Electronic Digital Media Devices and Components Thereof*, Investigation
7 No. 337-TA-796, pending in the International Trade Commission.  Samsung asserts that it
8 produced 155 non-custodial emails for Minhyouk Lee.  (Binder Decl. ¶ 19.)  However, Morrison
9 & Foerster's contract attorneys discovered more than 600 non-custodial emails authored or
10 received by Minhyouk Lee.  Of these, more than 75 emails relate to the Galaxy S and were dated
11 after August 23, 2010.

12   I declare under penalty of perjury that the foregoing is true and correct.  Executed
13 June 5, 2012, at San Francisco, California.

                                             */s/ Esther Kim*
                                             Esther Kim

KIM REPLY DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION      3
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154823

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim has concurred in this filing.

Dated: June 5, 2012               */s/ Michael A. Jacobs*
                                  Michael A. Jacobs

KIM REPLY DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154823