# Exhibit 5
# (Submitted Under Seal)

Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11558795 | Presentation "AR Trend and Progress Status", discussing Apple and iPhone | 2/1/2009 |
| SAMNDCA11558264 | Presentation "TouchWiz 3.0", comparing TW3.0 and 2.0 and iPhone | 11/16/2009 |
| SAMNDCA11558407 | "STRI Competitive Intelligence Reports 2009-December-31", mentioning Apple and iPhone | 12/31/2009 |
| SAMNDCA11561033 | Presentation comparing of P1 and P2 and iPad.  Copying of iPad's UX | 1/13/2010 |
| SAMNDCA11558160 | Presentation comparing Aries vs iPhone 3GS | 1/14/2010 |
| SAMNDCA11558130 | Email comparing Aries, Lismore and iPhone | 1/20/2010 |
| SAMNDCA11558205 | Presentation comparing Lismore, iPhone 3GS, and Nexus One. | 1/22/2010 |
| SAMNDCA11558154 | Email discussing Lismore, Aries and iPhone | 1/24/2010 |
| SAMNDCA11558156 | Email discussing Lismore, Aries and iPhone | 01/2010 |
| SAMNDCA11558312 | Email discussing Lismore, Aries and iPhone | 1/28/2010 |
| SAMNDCA11566363 | Presentation discussing iPad launch.  Comparison of P1 with iPad | 1/28/2010 |
| SAMNDCA11558516 | Presentation "P1,P3 Development Review" compares P1, P3, and iPad. | 1/29/2010 |
| SAMNDCA11558442 | Email mentioning Apple iPad countermeasures | 1/31/2010 |
| SAMNDCA11558443 | Presentation "Apple iPad Countermeasures", comparing iPad, P1 and P3. | 1/31/2010 |
| SAMNDCA11558470 | Email mentioning Apple iPad countermeasures | 1/31/2010 |
| SAMNDCA11558471 | Presentation "Apple iPad Countermeasures", comparing iPad, P1 and P3. | 1/31/2010 |
| SAMNDCA11558502 | Presentation "P1/P3 Development Plans", comparing P1, P3, iPad and S1, iPhone 3GS. | 1/31/2010 |
| SAMNDCA11565112 | Presentation titled "Apple iPad Counter Plan" Comparison of H/W, S/W, UX and UI | 1/31/2010 |
| SAMNDCA11565178 | Presentation comparing P1 and P3 with iPad in design and UX | 1/31/2010 |
| SAMNDCA11559288 | Email comparing S1 and Lismore to iPhone. | Feb 2010 |
| SAMNDCA11558841 | Presentation comparing S1 (Aries) and iPhone 3GS | 2/3/2010 |
| SAMNDCA11558781 | Presentation comparing Samsung Kies and Apple iTunes. | 2/10/2010 |
| SAMNDCA11558987 | Email discussing P1 and iPad | 2/16/2010 |
| SAMNDCA11558991 | Email mentioning Aries vs. iPhone vs. Nexus One comparison material | 2/17/2010 |
| SAMNDCA11558992 | Email mentioning Aries vs. iPhone vs. Nexus One comparison material | 2/18/2010 |
| SAMNDCA11558993 | Email mentioning "Lismore/S1/P1 v. iPhone competitive exhibit" | 2/18/2010 |
| SAMNDCA11559001 | Presentation "Competitive Comparison of Lismore/S1 with iPhone 3GS " | 2/19/2010 |
| SAMNDCA11559015 | Chart comparing Lismore and S1 to iPhone 3GS | 2/19/2010 |
| SAMNDCA11559016 | Presentation comparing Lismore/S1 to iPhone 3GS. | 2/19/2010 |
| SAMNDCA11559027 | Chart comparing Lismore and S1 to iPhone. | 2/19/2010 |

1

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11559147 | Email discussing comparison of Lismore/S1/P1 to iPhone. | 2/20/2010 |
| SAMNDCA11559166 | Email discussing iPad. | 2/21/2010 |
| SAMNDCA11559149 | Report discussing comparison of Lismore/S1 to iPhone. | 2/22/2010 |
| SAMNDCA11559168 | Email discussing P1 and iPad. | 2/22/2010 |
| SAMNDCA11559172 | Email comparing "10" Tablet" to iPad re: design | 2/22/2010 |
| SAMNDCA11559178 | Email comparing "10" Tablet" to iPad re: design | 2/22/2010 |
| SAMNDCA11559182 | Email comparing "10" Tablet" to iPad re: design | 2/22/2010 |
| SAMNDCA11559186 | Email comparing "10" Tablet" to iPad re: design | 2/22/2010 |
| SAMNDCA11559189 | Email discussing iPad. | 2/23/2010 |
| SAMNDCA11559205 | Email comparing "10" Tablet" to iPad re: design | 2/24/2010 |
| SAMNDCA11559320 | Email comparing S1 and Lismore to iPhone. | 2/27/2010 |
| SAMNDCA11559300 | Report comparing P1 to iPad. | 2/28/2010 |
| SAMNDCA11559311 | Report comparing P1 to iPad. | 2/28/2010 |
| SAMNDCA11559326 | Report comparing P1 to iPad. | 2/28/2010 |
| SAMNDCA11562205 | Presentation comparing P1 with iPad. | 2/28/2010 |
| SAMNDCA11559413 | Email discussing comparison of S1 to iPhone re: design, UX. | 3/3/2010 |
| SAMNDCA11559641 | Email comparing of P1 and iPad UX | 3/12/2010 |
| SAMNDCA11559644 | Presentation comparing of P1, S1 and iPad UX | 3/13/2010 |
| SAMNDCA11559703 | Email discussion and comparison of P1 and iPad | 3/15/2010 |
| SAMNDCA11559776 | Email comparing of P1 and iPad UX | 3/17/2010 |
| SAMNDCA11559779 | Email comparing of P1 and iPad UX | 3/17/2010 |
| SAMNDCA11559782 | Email comparing of P1 and iPad UX | 3/17/2010 |
| SAMNDCA11559814 | Presentation comparing of Aries (GT-i900) and iPhone UX | 3/17/2010 |
| SAMNDCA11559789 | Presentation comparing of P1 and iPad UX | 3/18/2010 |
| SAMNDCA11559801 | Presentation comparing of Aries (GT-i900) and iPhone UX | 3/21/2010 |
| SAMNDCA11559852 | Email discussion of iPhone UX and comparing of Lismore and iPhone | 3/26/2010 |
| SAMNDCA11560919 | Presentation comparing of Wave and iPhone | Apr 2010 |
| SAMNDCA11560063 | Presentation comparing of S1 (GT-i9000) and iPhone 3GS UX | 4/3/2010 |
| SAMNDCA11560299 | Report comparing Android and iPhone OS | 4/5/2010 |
| SAMNDCA11560340 | Email analyzing Apple UX | 4/7/2010 |
| SAMNDCA11560346 | Email discussion of iPad | 4/7/2010 |
| SAMNDCA11560365 | Email analyzing Apple UX | 4/8/2010 |
| SAMNDCA11560370 | Email analyzing Apple UX | 4/8/2010 |
| SAMNDCA11560379 | Email discussion of iPad disassemble video | 4/15/2010 |
| SAMNDCA11560514 | Email comparing of i897 JD5 UX and iPhone UX | 4/17/2010 |
| SAMNDCA11560584 | Email discussion of iPad UI | 4/17/2010 |

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11560631 | Email comparing of i897 JD5 UX and iPhone UX | 4/18/2010 |
| SAMNDCA11561153 | Email discussing P1 and iPad re: UX. | 4/22/2010 |
| SAMNDCA11561051 | Email discussion of comparing P1 and iPad UX | 4/26/2010 |
| SAMNDCA11561098 | Email discussion of comparing P1 and iPad UX | 4/26/2010 |
| SAMNDCA11561107 | Email discussion of comparing P1 and iPad UX | 4/26/2010 |
| SAMNDCA11561010 | Email discussion of comparing P1 and iPad UX | 4/27/2010 |
| SAMNDCA11561042 | Email discussion of comparing P1 and iPad UX | 4/27/2010 |
| SAMNDCA11560804 | Presentation discussing Apple iPad, iPad 2 and iPhone H/W and S/W. Comparing of P1 and iPad | 4/29/2010 |
| SAMNDCA11560780 | Presentation comparing of Galaxy S and Apple | 4/30/2010 |
| SAMNDCA11561425 | Spreadsheet comparing Galaxy S to iPhone. | 5/7/2010 |
| SAMNDCA11561483 | Spreadsheet comparing Galaxy S to iPhone. | 5/7/2010 |
| SAMNDCA11561379 | Report comparing Galaxy S to iPhone 3GS. | 5/8/2010 |
| SAMNDCA11561397 | Report comparing Galaxy S to iPhone 3GS. | 5/8/2010 |
| SAMNDCA11561407 | Presentation comparing Galaxy S to iPhone. | 5/8/2010 |
| SAMNDCA11561419 | Report comparing Galaxy S (M110S) to iPhone. | 5/8/2010 |
| SAMNDCA11561422 | Report comparing Galaxy S (i9000) to iPhone. | 5/8/2010 |
| SAMNDCA11561437 | Report comparing Galaxy S to iPhone 3GS. | 5/8/2010 |
| SAMNDCA11561455 | Report comparing Galaxy S to iPhone 3GS. | 5/8/2010 |
| SAMNDCA11561465 | Presentation comparing Galaxy S to iPhone. | 5/8/2010 |
| SAMNDCA11561477 | Report comparing Galaxy S (M110S) to iPhone. | 5/8/2010 |
| SAMNDCA11561480 | Report comparing Galaxy S (i9000) to iPhone. | 5/8/2010 |
| SAMNDCA11561176 | Email discussing comparison of Wave and Galaxy S to iPhone. | 5/9/2010 |
| SAMNDCA11561373 | E-mail comparing Galaxy S to iPhone. | 5/9/2010 |
| SAMNDCA11561431 | E-mail comparing Galaxy S to iPhone. | 5/9/2010 |
| SAMNDCA11561377 | List of areas where Galaxy S falls behind iPhone. | 5/10/2010 |
| SAMNDCA11561435 | List of areas where Galaxy S falls behind iPhone. | 5/10/2010 |
| SAMNDCA11561649 | E-mail discussing comparison of Samsung phones to iPhone. | 5/10/2010 |
| SAMNDCA11561959 | E-mail regarding comparison between Samsung and Apple products and results are in attached material (ppt presentation). | 5/10/2010 |
| SAMNDCA11561275 | Presentation comparing Wave to iPhone 3GS and Galaxy S to iPhone 3GS; also discusses P1 and iPad. | 5/13/2010 |
| SAMNDCA11561664 | E-mail comparing Galaxy S to iPhone. | 5/13/2010 |
| SAMNDCA11561673 | E-mail comparing Galaxy S to iPhone. | 5/13/2010 |
| SAMNDCA11561896 | Presentation comparing Galaxy S to iPhone 3GS and iPhone 4G. | 5/13/2010 |

3

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11562067 | Email regarding online buzz analysis of Samsung/Competitor (Apple's new model based on 500 websites. | 5/14/2010 |
| SAMNDCA11562226 | Presentation comparing P1 with iPad. | 5/19/2010 |
| SAMNDCA11562691 | Report discussion of Apple's Human Interface Guidelines | 5/25/2010 |
| SAMNDCA11565142 | Presentation comparing of P1 and iPad | Jun 2010 |
| SAMNDCA11565161 | Presentation comparing Samsung P1 with iPad | Jun 2010 |
| SAMNDCA11562716 | Presentation comparing of P1 and iPad | 6/2/2010 |
| SAMNDCA11562545 | Email distribution of iPhone 4 launch report.  Comparing of Galaxy S (GT-i9000) and iPhone 3GS and iPhone 4 | 6/8/2010 |
| SAMNDCA11562552 | Media reaction on iPhone 4 launch | 6/8/2010 |
| SAMNDCA11562554 | Presentation comparing Galaxy S (GT-i9000) and iPhone 3GS and iPhone 4 | 6/8/2010 |
| SAMNDCA11566336 | Presentation discussing iPhone 4 announce report.  Comparing Galaxy S (GT-i900) with iPhone 3G.  Comparing iOS 4 UX with Galaxy S UX | 6/8/2010 |
| SAMNDCA11562510 | Report comparing of P1 and iPhone 4.  Copying iPhone 4's gyro sensor and email UX | 6/11/2010 |
| SAMNDCA11562424 | Presentation analyzing iPhone 4 (H/W, S/W).  Comparing of Galaxy S, Galaxy Tab (P1) and iPhone 4 and iPad | 6/12/2010 |
| SAMNDCA11562478 | Presentation analyzing iPhone 4 (H/W, S/W).  Comparing of Galaxy S, Galaxy Tab (P1) and iPhone 4 and iPad | 6/12/2010 |
| SAMNDCA11562519 | Presentation analyzing iPhone 4 (H/W, S/W).  Comparing of Galaxy S, Galaxy Tab (P1) and iPhone 4 and iPad | 6/12/2010 |
| SAMNDCA11563861 | Presentation comparing of Galaxy S and iPhone 4.  Compares iPhone 4 to iPhone 3GS and lists iPhone 4's new features | 6/12/2010 |
| SAMNDCA11562286 | Email comparing S1 and iPhone. | 6/13/2010 |
| SAMNDCA11562289 | Meeting Minutes comparing S1and iPhone. | 6/14/2010 |
| SAMNDCA11562304 | Presentation comparing the Seine/Fraser with the iPhone 4 and the P1 with the iPad. | 6/14/2010 |
| SAMNDCA11562380 | Presentation comparing of Seine / Fraser and iPhone 4. Comparing of various sized Samsung Tablet and iPad | 6/14/2010 |
| SAMNDCA11562589 | Presentation comparing S1 with iPhone 4GS and various Samsung Tablets with the iPad. | 6/14/2010 |
| SAMNDCA11562612 | Presentation comparing S1 with iPhone 4GS and various Samsung Tablets with the iPad. | 6/14/2010 |
| SAMNDCA11562653 | Presentation comparing S1 with iPhone 4GS and various Samsung Tablets with the iPad. | 6/14/2010 |

4

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11562675 | Presentation 2011 Flagship Report. Comparing of S1 and iPhone 4GS. Comparing of various Samsung Tablets and iPad | 6/14/2010 |
| SAMNDCA11562761 | "2011 Performance Report" by Mobile Development Team | 6/15/2010 |
| SAMNDCA11563849 | Email discussion of purchasing iPhone 4 for the purpose of comparison report | 6/17/2010 |
| SAMNDCA11563855 | Report plan of purchasing iPhone 4 for the purpose of comparison report | 6/17/2010 |
| SAMNDCA11563858 | Email discussion of P1 vs. iPhone 4 and iPad comparison meeting | 6/17/2010 |
| SAMNDCA11562788 | Email discussion of P1 vs. iPhone 4 and iPad comparison meeting | 6/18/2010 |
| SAMNDCA11562791 | Presentation comparing of P1 and iPhone 4 / iPad in H/W, S/W and UX | 6/18/2010 |
| SAMNDCA11562935 | Email discussion of P1 vs. iPhone 4 and iPad comparison meeting | 6/18/2010 |
| SAMNDCA11562938 | Presentation comparing of P1 and iPhone 4 / iPad in H/W, S/W and UX | 6/18/2010 |
| SAMNDCA11565910 | Presentation of comparing Galaxy S UX with iPhone UX | 6/18/2010 |
| SAMNDCA11566011 | Presentation of comparing Galaxy S UX with iPhone UX | 6/18/2010 |
| SAMNDCA11564060 | Email discussion of P1 vs. iPhone 4 and iPad comparison meeting and action list | 6/24/2010 |
| SAMNDCA11564030 | Email comparing of Galaxy S and iPhone 4. Discussion of major VOC of iPhone 4 | 6/25/2010 |
| SAMNDCA11564033 | Report comparing of Galaxy S and iPhone 4. Discussion of major VOC of iPhone 4 | 6/25/2010 |
| SAMNDCA11563999 | Report discussion of VOC of iPhone 4 | 6/28/2010 |
| SAMNDCA11564005 | Email discussion of comparing power consumption of Galaxy S and iPhone | 6/28/2010 |
| SAMNDCA11568973 | Email comparing Galaxy S with iPhone 4 | 6/28/2010 |
| SAMNDCA11565529 | Email discussing the launch of iPhone 4 | 6/30/2010 |
| SAMNDCA11565501 | Presentation comparing Galaxy S (SGH-T959) with iPhone 4 | 7/1/2010 |
| SAMNDCA11565493 | Email comparing Galaxy S with iPhone 4 UX | 7/2/2010 |
| SAMNDCA11565041 | Presentation titled "P1 / iPad UX Comparison" | 7/7/2010 |
| SAMNDCA11565159 | E-mail informing Joonil Choi about the P Series response plan when iPad information was released. | 7/7/2010 |
| SAMNDCA11564949 | Presentation titled "Galaxy S vs. iPhone 4" | 7/8/2010 |
| SAMNDCA11564945 | Email comparing of Galaxy S and iPhone 4 | 7/9/2010 |
| SAMNDCA11565012 | Email comparing of Galaxy Tab and iPad | 7/9/2010 |
| SAMNDCA11565017 | Presentation titled "iPad vs. Galaxy Tab Comparison" | 7/9/2010 |
| SAMNDCA11564497 | Presentation of "iPhone 4 vs. Galaxy S Basic Performance Comparison Evaluation" | 7/17/2010 |

5

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11564493 | Email comparing Galaxy S with iPhone 4 | 7/18/2010 |
| SAMNDCA11564484 | Email comparing Galaxy S with iPhone 4 | 7/19/2010 |
| SAMNDCA11564448 | Presentation comparing Galaxy S with iPhone 4 | 7/20/2010 |
| SAMNDCA11564463 | Presentation comparing Galaxy S with iPhone 4 | 7/20/2010 |
| SAMNDCA11564488 | Presentation comparing Galaxy S with iPhone 4 | 7/20/2010 |
| SAMNDCA11568028 | Presentation comparing Seine with iPhone 4 and copying iPhone 4 UI | 7/20/2010 |
| SAMNDCA11564284 | Presentation comparing Galaxy S with iPhone 4 | 7/21/2010 |
| SAMNDCA11564307 | Presentation comparison of Galaxy S and iPhone 4 VOC and Specs | 7/21/2010 |
| SAMNDCA11564236 | E-mail comparing Galaxy S and iPhone 4G | 7/23/2010 |
| SAMNDCA11564239 | Report comparing Galaxy S and iPhone 4G | 7/23/2010 |
| SAMNDCA11564241 | Report comparing Galaxy S and iPhone 4G | 7/23/2010 |
| SAMNDCA11564274 | Email comparing of Galaxy S and iPhone 4 | 7/23/2010 |
| SAMNDCA11564304 | Email comparison of Galaxy S and iPhone 4 VOC | 7/23/2010 |
| SAMNDCA11564139 | Presentation "Power Consumption Improvement Progress Status Report", comparing Galaxy S, iPhone 4, and iPhone 3GS | 7/27/2010 |
| SAMNDCA11564243 | Presentation comparing of Galaxy S and iPhone 4 and iPhone 3GS | 7/27/2010 |
| SAMNDCA11565897 | Spreadsheet comparing and copying of iPhone with Seine | 7/28/2010 |
| SAMNDCA11566283 | Presentation comparing Seine (GT-i9100) with iPhone 4 | 7/29/2010 |
| SAMNDCA11566648 | Email discussion of iPhone 3GS and copying its design | 7/31/2010 |
| SAMNDCA11566118 | Presentation comparing Galaxy Tab (P1) with iPad | 8/10/2010 |
| SAMNDCA11566159 | Presentation comparing P1 with iPad | 8/10/2010 |
| SAMNDCA11565821 | Presentation comparing Galaxy Tab UX with iPad UX | 8/11/2010 |
| SAMNDCA11565828 | Presentation comparing Galaxy Tab UX with iPad UX | 8/11/2010 |
| SAMNDCA11566112 | Email comparing Galaxy Tab (P1) with iPad | 8/11/2010 |
| SAMNDCA11565874 | Presentation of comparing Seine UX with iPhone 4 UX | 8/12/2010 |
| SAMNDCA11566109 | Presentation of comparing Seine UX with iPhone 4 UX | 8/12/2010 |
| SAMNDCA11565824 | Email comparing Galaxy Tab UX with iPad UX | 8/15/2010 |
| SAMNDCA11565816 | Email comparing Galaxy Tab UX with iPad UX | 8/16/2010 |
| SAMNDCA11565730 | Presentation comparing Galaxy Tab with iPad | 8/23/2010 |
| SAMNDCA11565607 | Presentation discussion of future A5 (iPhone 5) | 8/24/2010 |
| SAMNDCA11565632 | Email discussion of Galaxy Tab UX compared to iPad UX. | 8/24/2010 |
| SAMNDCA11565709 | Email discussing similarities between Galaxy Tab and iPad | 8/24/2010 |
| SAMNDCA11565579 | Email discussion and comparison between Galaxy Tab UI and iPad UI. | 8/26/2010 |
| SAMNDCA11565548 | Email comparing Galaxy Tab with iPad | 8/28/2010 |

6

Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11565567 | Email comparing Galaxy Tab UX with iPad UX | 8/28/2010 |
| SAMNDCA11565541 | Email comparing Galaxy Tab UX with iPad UX | 8/29/2010 |
| SAMNDCA11567526 | Email discussion of Galaxy Tab and iPad along with comparison of Galaxy tab with iPad | 9/17/2010 |
| SAMNDCA11567530 | Presentation discussion of Galaxy Tab and iPad along with comparison of Galaxy Tab (P1) with iPad 3G | 9/17/2010 |
| SAMNDCA11567071 | Email discussing the design of Cooper vs. iPhone 3G and iPhone 4G | 9/22/2010 |
| SAMNDCA11566877 | Presentation discussing Galaxy S and Galaxy Tab compared to iPhone and iPad | 9/24/2010 |
| SAMNDCA11569237 | Email discussing the design of Cooper vs. iPhone 3G and iPhone 4G | 10/2/2010 |
| SAMNDCA11569194 | Presentation discussing iPhone 4 UX | 10/5/2010 |
| SAMNDCA11568980 | Email comparing Galaxy Tab with iPad | 10/7/2010 |
| SAMNDCA11568838 | Email comparison of Galaxy Tab (P1 and P3) with iPad | 10/13/2010 |
| SAMNDCA11568847 | Presentation discussing and comparing Galaxy Tab (P1 and P3) with Apple iPad | 10/13/2010 |
| SAMNDCA11568755 | Email comparing Seine with iPhone 4 | 10/20/2010 |
| SAMNDCA11568758 | Presentation comparing battery usage time of Seine and iPhone 4 | 10/20/2010 |
| SAMNDCA11568648 | Email comparing Seine with iPhone 4 | 10/25/10 |
| SAMNDCA11568656 | Email comparing Seine with iPhone 4 | 10/25/2010 |
| SAMNDCA11568663 | Email comparing Seine with iPhone 4 | 10/25/10 |
| SAMNDCA11568668 | Email comparing Seine with iPhone 4 | 10/25/2010 |
| SAMNDCA11568676 | Email comparing Seine with iPhone 4 | 10/25/2010 |
| SAMNDCA11559036 | Report comparing P3 to iPad. | Dec 2010 |
| SAMNDCA11559175 | Email discussing comparison of Galaxy S and Seine to iPhone; also compares P3 to iPad, iPhone, iPod Touch. | 1/10/2011 |
| SAMNDCA11559145 | Proposal discussing Galaxy Tab and iPad | 1/13/2011 |
| SAMNDCA11559217 | Email discussing iPhone 4 CDMA. | 1/14/2011 |
| SAMNDCA11559226 | Presentation discussing VZW iPhone 4 vs ATT iPhone 4 | 1/14/2011 |
| SAMNDCA11559231 | Report discussing iPhone 4. | 1/14/2011 |
| SAMNDCA11559191 | Email discussing tablet development and iPad. | 1/15/2011 |
| SAMNDCA11559196 | Email discussing tablet development and iPad. | 1/15/2011 |
| SAMNDCA11559201 | Email discussing tablet development and iPad. | 1/15/2011 |
| SAMNDCA11559252 | Email discussing Seine and iPhone 4. | 1/19/2011 |
| SAMNDCA11559563 | Presentation discussion of Apple iOS 4.3 | 1/20/2011 |
| SAMNDCA11563844 | Report discussion of iPhone sales at VZW | 1/22/2011 |
| SAMNDCA11559335 | Email discussion of Samsung financials. | 1/23/2011 |

7

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11559358 | Email discussion of Samsung financials. | 1/23/2011 |
| SAMNDCA11559387 | Email discussion of Samsung financials. | 1/23/2011 |
| SAMNDCA11559520 | Presentation discussing iPhone. | 1/27/2011 |
| SAMNDCA11559490 | Presentation referring to Apple. | 1/28/2011 |
| SAMNDCA11559513 | Presentation referring to iPhone. | 1/28/2011 |
| SAMNDCA11559527 | Email discussing comparison of U1 and iPhone | 1/28/2011 |
| SAMNDCA11559590 | Email comparing of UI and iPhone | 1/28/2011 |
| SAMNDCA11559698 | Email comparing of Galaxy S2 and iPhone 4 / rumored iPhone 5 | 1/29/2011 |
| SAMNDCA11559700 | Email comparing of Galaxy S2 and iPhone 4 / rumored iPhone 5 | 1/29/2011 |
| SAMNDCA11559702 | Email comparing of Galaxy S2 and iPhone 4 / rumored iPhone 5 | 1/29/2011 |
| SAMNDCA11559707 | List of Galaxy S Distinctive Function Points | 1/29/2011 |
| SAMNDCA11559710 | Email comparing of Seine (GT-i9100) and Apple.  Comparing of P5 and iPad | 1/29/2011 |
| SAMNDCA11559689 | List of Galaxy S Distinctive Function Points | 1/30/2011 |
| SAMNDCA11559741 | Chart comparing of Galaxy S2 and iPhone 5 | 2/1/2011 |
| SAMNDCA11559742 | Presentation comparing of Galaxy S, Galaxy S2 and iPhone 4 / rumored iPhone 5 | 2/1/2011 |
| SAMNDCA11559914 | Presentation comparing of Galaxy S, Galaxy S2 and iPhone 4 / rumored iPhone 5 | 2/1/2011 |
| SAMNDCA11559899 | Email comparing of Galaxy s2 and iPhone 4 | 2/7/2011 |
| SAMNDCA11559905 | Email comparing of Galaxy s2 and iPhone 4 | 2/7/2011 |
| SAMNDCA11559874 | Email discussing iPhone release | 2/8/2011 |
| SAMNDCA11560351 | Email comparing of S2 and iPhone 4 | 2/28/2011 |
| SAMNDCA11560497 | Email discussion of iPad 2 launch | 2/28/2011 |
| SAMNDCA11560503 | Email discussion of iPad 2 launch | 2/28/2011 |
| SAMNDCA11559452 | Chart on Seine (GT-I9100) referring to iPhone 5G. | Mar 2011 |
| SAMNDCA11559472 | Chart on P3 (GT-P7100) referring to iPad. | Mar 2011 |
| SAMNDCA11560470 | Email discussion of iPad 2 launch | 3/1/2011 |
| SAMNDCA11560491 | Email discussion of comparing Seine with iPhone | 3/1/2011 |
| SAMNDCA11560966 | Presentation comparing of P3 (GT-P7100) and iPad | Mar 2011 |
| SAMNDCA11560970 | Presentation comparing of Seine (GT-i9100) and iPhone 5G | Mar 2011 |
| SAMNDCA11566319 | Presentation comparing P3 with iPad and iPad 2 | 3/3/2011 |
| SAMNDCA11566321 | Presentation comparing P3 and P5 with iPad and iPad 2 | 3/3/2011 |
| SAMNDCA11560575 | Email discussion of comparing of Galaxy S and Iphone 4 | 3/4/2011 |
| SAMNDCA11560613 | Presentation comparing of Galaxy S2 and iPhone 4 in H/W, S/W and UX | 3/4/2011 |
| SAMNDCA11560737 | Presentation comparing of Galaxy S2 and iPhone 4 in H/W, S/W and UX | 3/4/2011 |

Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11560819 | Presentation comparing of Galaxy S2 and iPhone 4 in H/W, S/W and UX | 3/4/2011 |
| SAMNDCA11560906 | Email discussion of iPad 2 counter strategy | 3/4/2011 |
| SAMNDCA11560909 | Presentation comparing of P3, P5, P7, P8 and iPad 2 | 3/4/2011 |
| SAMNDCA11560983 | Presentation discussing the possibility of thickness reduction of P3 depending on iPad 2 launch | 3/4/2011 |
| SAMNDCA11561080 | Presentation comparing of Galaxy S2 and iPhone 4 in H/W, S/W and UX | 3/4/2011 |
| SAMNDCA11561769 | Report comparing Galaxy S2 to iPhone 4. | 3/4/2011 |
| SAMNDCA11560593 | Presentation comparing of Galaxy S2 and iPhone 4 | 3/5/2011 |
| SAMNDCA11560894 | Email discussion of iPhone 5 launch and iPad 2 | 3/5/2011 |
| SAMNDCA11560758 | Presentation comparing of P5 and iPad 2 | 3/6/2011 |
| SAMNDCA11560765 | Presentation comparing of P7 and iPad 2 | 3/6/2011 |
| SAMNDCA11560816 | Email comparing of Galaxy S2 and iPhone 4 | 3/6/2011 |
| SAMNDCA11560837 | Email discussion of Apple | 3/6/2011 |
| SAMNDCA11560842 | Email discussion of iPad | 3/6/2011 |
| SAMNDCA11560755 | Email discussion of iPad 2 | 3/7/2011 |
| SAMNDCA11560710 | Report comparing of Seine and iPhone 4 and iPad | 3/9/2011 |
| SAMNDCA11560733 | Email comparing of Galaxy S2 and iPhone 4 | 3/9/2011 |
| SAMNDCA11560610 | Email discussion of comparison of S2 and iPhone 4 | 3/10/2011 |
| SAMNDCA11561077 | Email discussion of comparison of S2 and iPhone 4 | 3/11/2011 |
| SAMNDCA11567199 | Presentation discussing Samsung vs. Apple.  Discussion of Apple products and its trends.  Comparison of Seine (U1) with iPhone 4 and "Next iPhone". Comparison of P3 with iPad and iPad 2 | 3/15/2011 |
| SAMNDCA11561120 | Email discussion of not continuing with P5 and P7 in response to iPad 2 | 3/17/2011 |
| SAMNDCA11561125 | Email discussing P5, P7, and iPad 2. | 3/17/2011 |
| SAMNDCA11561260 | Presentation comparing P4, P5, P8, Xoom to iPad2 | 3/18/2011 |
| SAMNDCA11561159 | Email discussing P4 (P3slim), P5, iPad2, and iPad3. | 3/20/2011 |
| SAMNDCA11561164 | Email discussing P4 (P3slim), P5, iPad2, and iPad3. | 3/20/2011 |
| SAMNDCA11561129 | Email regarding 2011 P4 expected sales production; discusses expected sales data re: 2010 iPad. | 3/23/2011 |
| SAMNDCA11561132 | Report on 2011 P4/P5 expected sales; compares Apple and Samsung sales. | 3/23/2011 |
| SAMNDCA11561147 | Presentation on P4 comparing resolution of 5CC, iPad2 and Ventury. | 3/23/2011 |
| SAMNDCA11561237 | E-mail comparing Galaxy S, S II, and iPhone 4 re: UI | 3/27/2011 |
| SAMNDCA11561246 | E-mail discussing comparison of Seine and iPhone4. | 3/27/2011 |
| SAMNDCA11561166 | Email comparing P4 and iPad2. | 3/28/2011 |
| SAMNDCA11561170 | Email discussing P4 and iPad 2. | 3/28/2011 |

9

Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11561199 | Email discussing P4 and iPad 2. | 3/28/2011 |
| SAMNDCA11561203 | Email comparing P5 to iPad 2. | 3/28/2011 |
| SAMNDCA11561359 | E-mail comparing Galaxy Tab to iPad 2. | 3/29/2011 |
| SAMNDCA11561508 | E-mail comparing P4/P5 to iPad. | 3/29/2011 |
| SAMNDCA11561551 | Presentation comparing P3, P4 to iPad2 | 3/31/2011 |
| SAMNDCA11559461 | Chart on P5 products referring to iPad. | Apr 2011 |
| SAMNDCA11560960 | Presentation comparing of P5-T Global (GT-P7300) and iPad | Apr 2011 |
| SAMNDCA11562013 | Document shows a comparison with Apple iPhone 3, 3GS, 4 (2010.1-2010.12) | Apr 2011 |
| SAMNDCA11562082 | Document shows a comparison with Apple iPhone 3, 3GS, 4 | Apr 2011 |
| SAMNDCA11562350 | Spreadsheet comparing of Seine (GT-i9100) and iPhone 4 | Apr 2011 |
| SAMNDCA11561821 | E-mail comparing Galaxy S2 with iPhone 4. | 4/3/2011 |
| SAMNDCA11561747 | E-mail comparing Seine (SHW-M250S) to iPhone 4. | 4/4/2011 |
| SAMNDCA11561751 | Report comparing Seine (SHW-M250S) to iPhone 4. | 4/4/2011 |
| SAMNDCA11561694 | E-mail discussing iPad 2. | 4/5/2011 |
| SAMNDCA11561871 | Meeting minutes comparing Galaxy S2 and iPhone 4 disassembled boards and P4 and iPad 2 disassembled boards agenda. | 4/5/2011 |
| SAMNDCA11561880 | Meeting minutes comparing Galaxy S2 and iPhone 4 disassembled boards and P4 and iPad 2 disassembled boards agenda. | 4/5/2011 |
| SAMNDCA11562130 | Document reviews main features of Music Hub, Game Hub, Find My Mobile. | 4/6/2011 |
| SAMNDCA11562236 | Presentation comparing UX of Galaxy S II, Galaxy S and iPhone 4. | 4/6/2011 |
| SAMNDCA11562246 | Email comparing Galaxy S II with iPhone 4. | 4/6/2011 |
| SAMNDCA11562282 | Table comparing UX of Galaxy S, Galaxy S II, and iPhone 4. | 4/6/2011 |
| SAMNDCA11562284 | Table comparing UX of P3, P5 and iPad 2. | 4/6/2011 |
| SAMNDCA11562293 | Presentation comparing Galaxy S II and iPhone 4. | 4/6/2011 |
| SAMNDCA11562296 | Table comparing P4 and iPad2. | 4/6/2011 |
| SAMNDCA11562344 | Email comparing the Seine with the iPhone4 and the P4 with the iPad 2. | 4/6/2011 |
| SAMNDCA11562347 | Chart comparing the Seine with the iPhone4 and the P4 with the iPad 2. | 4/6/2011 |
| SAMNDCA11562348 | Chart comparing the Seine with the iPhone4 and the P4 with the iPad 2. | 4/6/2011 |
| SAMNDCA11561885 | Presentation with side-by-side comparison of P3, P4, and iPad2.. | 4/7/2011 |
| SAMNDCA11561976 | Meeting minutes comparing Galaxy S2 and iPhone 4 disassembled boards and P4 and iPad 2 disassembled boards agenda. | 4/7/2011 |
| SAMNDCA11561979 | Presentation lists iPhone 5g as main competitor. | 4/7/2011 |
| SAMNDCA11562035 | PPT shows specifications comparison of P3, P4 with iPad. | 4/7/2011 |

10

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11562101 | Presentation comparing of Galaxy Tab 10.1, Galaxy Tab 8.9, iPad 2, Motorola Xoom, LG G-Slate and HP State and iPad retail channel coverage. | 4/7/2011 |
| SAMNDCA11562144 | Presentation comparing P3 and P4 to iPad 2. | 4/7/2011 |
| SAMNDCA11562372 | Presentation comparing of P4 (GT-P7500) and iPad 2 | 4/7/2011 |
| SAMNDCA11562458 | Presentation comparing of Galaxy S, Galaxy S2 and iPhone 4 UX | 4/7/2011 |
| SAMNDCA11562343 | Email comparing iPhone4, Seine, iPad2 and P4. | 4/13/2011 |
| SAMNDCA11562534 | Email distribution of iPad 2 analysis.  Comparing of P4 and iPad 2 | 4/13/2011 |
| SAMNDCA11562629 | Email distribution of iPad 2 analysis.  Comparing of P4 and iPad 2 | 4/13/2011 |
| SAMNDCA11562638 | Image of Apple products | 4/13/2011 |
| SAMNDCA11562639 | Image of Apple iPad 2 | 4/13/2011 |
| SAMNDCA11562640 | Chart comparing of P4 and iPad 2 | 4/13/2011 |
| SAMNDCA11562641 | Document comparing of P4 and iPad 2 manufacturing cost | 4/13/2011 |
| SAMNDCA11562642 | Image of iPad 2 main PFA | 4/13/2011 |
| SAMNDCA11562643 | Image of iPad 2 Camera | 4/13/2011 |
| SAMNDCA11562644 | A document comparing material cost of P4 and iPad 2 | 4/13/2011 |
| SAMNDCA11562780 | Email discussion of P4/P5. Brief mention of Apple not support Micro SD | 4/14/2011 |
| SAMNDCA11562735 | Email comparing of Galaxy S2 and iPhone 4 in H/W, S/W and UX | 4/15/2011 |
| SAMNDCA11562739 | Report comparing of Galaxy S2 and iPhone 4 in H/W, S/W and UX | 4/16/2011 |
| SAMNDCA11562729 | Presentation comparing of P4 (GT-P7500) and iPad 2 | 4/17/2011 |
| SAMNDCA11563836 | Email discussion of iPhone sales at VZW | 4/22/2011 |
| SAMNDCA11567228 | Presentation discussing Samsung vs. Apple.  Discussion of Apple products and its trends.  Comparison of Seine (U1) with iPhone 4 and "Next iPhone".  Comparison of P3 with iPad and iPad 2 | 4/22/2011 |
| SAMNDCA11563082 | Email discussion of president's request of doing a comparison of Galaxy S and iPhone 4G | 4/24/2011 |
| SAMNDCA11564012 | Email comparing Galaxy S (SHW-M110S), Seine (SHW-M250S) and iPhone 4G on power consumption | 4/25/2011 |
| SAMNDCA11564018 | Presentation detailed comparing of Seine (SHW-M250S, GT-i9100), Galaxy S (SHW-M110S, GT-i9000) and iPhone 4 on power consumption | 4/25/2011 |
| SAMNDCA11564044 | Email discussion of P4 and competitiveness with Apple tablet | 4/27/2011 |
| SAMNDCA11564053 | Email discussion of P4 and competitiveness with Apple tablet | 4/27/2011 |
| SAMNDCA11564070 | Email discussion of P4 and competitiveness with Apple tablet | 4/27/2011 |
| SAMNDCA11564073 | E-mail comparing to P4 and iPad 2 | 4/28/2011 |
| SAMNDCA11564085 | E-mail mentioning iPhone | 4/29/2011 |

Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11564104 | E-mail mentioning comparing iPhone 3GS with Samsung's 3.5" HVGA model | 4/29/2011 |
| SAMNDCA11565765 | Chart comparing Seine and P4 with iPhone and iPad2 regarding the battery life. | May 2011 |
| SAMNDCA11566717 | Presentation comparing Galaxy S2 with iPhone 4 and P4 with iPad 2 | 5/3/2011 |
| SAMNDCA11564930 | Email comparing UX of P5 and iPad 2 | 5/6/2011 |
| SAMNDCA11564525 | Presentation comparing P4 with iPad 2 | 5/11/2011 |
| SAMNDCA11564532 | Presentation comparing P4 WiFi with iPad 2 | 5/11/2011 |
| SAMNDCA11564391 | Email comparing P4 with iPad 2 | 5/15/2011 |
| SAMNDCA11564420 | Email comparing P4 with iPad 2 | 5/15/2011 |
| SAMNDCA11564428 | Email comparing P4 with iPad 2 | 5/15/2011 |
| SAMNDCA11564379 | Email discussion of Apple technology | 5/16/2011 |
| SAMNDCA11565251 | Email comparing Apple products with Samsung products | 5/16/2011 |
| SAMNDCA11565264 | Email comparing P4 WiFi with iPad 2 | 5/17/2011 |
| SAMNDCA11565306 | Email comparing Apple products with Samsung products | 5/18/2011 |
| SAMNDCA11565324 | Email comparing P4 WiFi with iPad 2 | 5/18/2011 |
| SAMNDCA11565332 | Email comparing Apple products with Samsung products | 5/18/2011 |
| SAMNDCA11565371 | Email comparing P4 WiFi with iPad 2 | 5/18/2011 |
| SAMNDCA11565381 | Email comparing P4 WiFi with iPad 2 | 5/18/2011 |
| SAMNDCA11565400 | Email comparing P4 WiFi with iPad 2 | 5/18/2011 |
| SAMNDCA11565423 | Email comparing Galaxy Tab 10.1 with iPad 2 | 5/18/2011 |
| SAMNDCA11565433 | Presentation comparing P4 (GT-P7500) with Apple iPad 2 | 5/18/2011 |
| SAMNDCA11565552 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/18/2011 |
| SAMNDCA11565557 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/18/2011 |
| SAMNDCA11565561 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/18/2011 |
| SAMNDCA11565564 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/18/2011 |
| SAMNDCA11565847 | Email discussing analysis of Apple's UX | 5/20/2011 |
| SAMNDCA11565849 | Email discussion of Apple's product trend | 5/20/2011 |
| SAMNDCA11565857 | Email discussion of Apple's product trend | 5/20/2011 |
| SAMNDCA11565747 | Presentation comparing SGH-N033 (Seine) and P4 UX with iPhone and iPad UX | 5/23/2011 |

12

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11565686 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/24/2011 |
| SAMNDCA11565692 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/24/2011 |
| SAMNDCA11565677 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/25/2011 |
| SAMNDCA11565682 | Email comparing S1_Froyo, Optimus 2X and U1 with iPhone 4 in power consumption | 5/25/2011 |
| SAMNDCA11566311 | Email discussion of Apple and upcoming iPad 3 | 5/31/2011 |
| SAMNDCA11566314 | Presentation discussion of Apple iPad 1, iPad 2 and upcoming iPad 3 | 5/31/2011 |
| SAMNDCA11566316 | Presentation discussion of Apple iPad 1, iPad 2 and upcoming iPad 3 | 5/31/2011 |
| SAMNDCA11566317 | Email comparison of Galaxy S2 and iPhone | 6/3/2011 |
| SAMNDCA11566396 | Spreadsheet discussing the design of P4 and P4 compared to iPad 2 | 6/7/2011 |
| SAMNDCA11566711 | Email discussion about comparing Galaxy S2 with iPhone 4 | 6/7/2011 |
| SAMNDCA11566685 | Presentation discussing Apple product trend and status | 6/8/2011 |
| SAMNDCA11567756 | Email discussion of Galaxy Tab launch date sales report | 6/9/2011 |
| SAMNDCA11567951 | Email of US Galaxy Tab 10.1 (P4) launch report | 6/9/2011 |
| SAMNDCA11567999 | Comparison of P4 WiFi against iPad 2 by Engadget and PC World | 6/9/2011 |
| SAMNDCA11567586 | Email discussing Apple countering design and strengthening UX | 6/10/2011 |
| SAMNDCA11567607 | Email discussing P4 competing directly with Apple tablet | 6/10/2011 |
| SAMNDCA11568802 | Email comparing Samsung products with Apple iPad, iPad 2 and iPhone 4 | 6/16/2011 |
| SAMNDCA11568812 | Email discussing upcoming iPhone 5 | 6/16/2011 |
| SAMNDCA11568782 | Presentation comparing P4 with iPad 2 | 6/17/2011 |
| SAMNDCA11568751 | Email discussing upcoming iPhone 5. | 6/19/2011 |
| SAMNDCA11568816 | Email discussion of Galaxy Tab 10.1 vs. iPad 2 | 6/20/2011 |
| SAMNDCA11568545 | Presentation comparing various Samsung products to Apple iPhone and iPad. | 6/21/2011 |
| SAMNDCA11568821 | Email discussion of Galaxy Tab 10.1 vs. iPad 2 | 6/21/2011 |
| SAMNDCA11569029 | Email comparing P4 with iPad 2 | 6/26/2011 |
| SAMNDCA11568966 | Email comparing Galaxy S with iPhone 4 | 6/28/2011 |
| SAMNDCA11568970 | Email comparing Galaxy S with iPhone 4 | 6/28/2011 |
| SAMNDCA11568867 | Email comparing Galaxy S with iPhone 4 | 6/29/2011 |
| SAMNDCA11568876 | Email comparing Galaxy S with iPhone 4 | 6/29/2011 |
| SAMNDCA11569325 | Email comparing Galaxy S with iPhone 4 | 7/1/2011 |

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11569331 | Email comparing Galaxy S with iPhone 4 | 7/1/2011 |
| SAMNDCA11569335 | Email comparing Galaxy S with iPhone 4 | 7/1/2011 |
| SAMNDCA11569340 | Email comparing Galaxy S with iPhone 4 | 7/1/2011 |
| SAMNDCA11569344 | Email comparing Galaxy S with iPhone 4 | 7/1/2011 |
| SAMNDCA11569259 | Email comparing P4 with iPad 2 | 7/3/2011 |
| SAMNDCA11569169 | Presentation comparing P5 3G with iPad 2 UX | 7/8/2011 |
| SAMNDCA11569561 | Strategic Model Global Launch Status | 7/15/2011 |
| SAMNDCA11569457 | Presentation comparing various Samsung products with iPhone 4 | 7/19/2011 |
| SAMNDCA11569582 | Email discussing and comparing Q1 with iPhone 4S and 5 | 7/20/2011 |
| SAMNDCA11569587 | Presentation discussing iPhone 4S, estimated iPhone 5 and next generation iPod. Comparison of iPhone 4S, iPhone 5 with Samsung Q1 | 7/20/2011 |
| SAMNDCA11569593 | Presentation discussing and countering iCloud | 7/20/2011 |
| SAMNDCA11569604 | US Market Weekly Sales Report ( Week 40) | 10/17/2011 |
| SAMNDCA11569619 | US Market Weekly Sales Report | 10/18/2011 |
| SAMNDCA11569596 | Email about STA Week 40, weekly report | 10/19/2011 |
| SAMNDCA11558613 | "NA SKU Risk Discussion", mentioning Midas and iPhone 5 | 11/3/2011 |
| SAMNDCA11558615 | Email discussing Galaxy S2 and iPhone 4S | 11/13/2011 |
| SAMNDCA11557889 | Email discussing iPad | 11/30/2011 |
| SAMNDCA11557740 | Email discusses iPhone 4S in comparison to Samsung Phone | 12/2/2011 |
| SAMNDCA11557742 | Email discussing competition with Apple and Apple UX. | 12/5/2011 |
| SAMNDCA11557875 | Email comparing Gaudi SPH-D710 and iPhone | 12/6/2011 |
| SAMNDCA11557754 | Email comparing Gaudi SPH-D710 and iPhone | 12/7/2011 |
| SAMNDCA11557785 | Email comparing Gaudi SPH-D710 and iPhone | 12/7/2011 |
| SAMNDCA11557860 | Email comparing Gaudi SPH-D710 and iPhone | 12/7/2011 |
| SAMNDCA11565707 | Presentation comparing Galaxy Tab with iPad | 8/30 (year unknown) |
| SAMNDCA11565723 | Presentation comparing Galaxy Tab with iPad | 8/30 (year unknown) |
| SAMNDCA11565728 | Presentation comparing Galaxy Tab with iPad | 8/30 (year unknown) |
| SAMNDCA11565737 | Presentation comparing Galaxy Tab with iPad | 8/30 (year unknown) |
| SAMNDCA11569053 | Spreadsheet comparing P4 with iPad 2 | Jun. 2011 |
| SAMNDCA11567589 | A part of a report. Section titled "Apple Counter Design and Strengthening UX Competitiveness Plan" | Undated |
| SAMNDCA11557703 | Spreadsheet.  Project to counter iPhone lists 9 Samsung phones | Undated |

Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11557751 | Survey results comparing iPhone to Samsung | Undated |
| SAMNDCA11558132 | Presentation comparing iPhone 3GS and Lismore. | Undated |
| SAMNDCA11558139 | Tables mentioning S1, Lismore, iPhone 3GS, Nexus One, and P1. | Undated |
| SAMNDCA11558148 | Tables mentioning S1, Lismore, iPhone 3GS, Nexus One, P2, and P1. | Undated |
| SAMNDCA11558316 | Presentation comparing Lismore and iPhone. | Undated |
| SAMNDCA11558333 | Presentation comparing  S1 and iPhone. | Undated |
| SAMNDCA11558352 | Presentation comparing  S1 and iPhone. | Undated |
| SAMNDCA11558368 | Presentation comparing Lismore and iPhone. | Undated |
| SAMNDCA11558527 | Presentation mentioning Aries and iPhone 3GS | Undated |
| SAMNDCA11558598 | Spreadsheet comparing P1 and iPad | Undated |
| SAMNDCA11558995 | List mentioning "Lismore/S1/P1 v. iPhone competitive exhibit" | Undated |
| SAMNDCA11558998 | Presentation slide "Detailed Analysis - App. Store", comparing iPhone, Aries, and Lismore | Undated |
| SAMNDCA11559014 | Table comparing Lismore, S1, and iPhone 3GS | Undated |
| SAMNDCA11559028 | Chart comparing S8500 to iPhone 3GS | Undated |
| SAMNDCA11559029 | Chart comparing I9000 to iPhone 3GS | Undated |
| SAMNDCA11559030 | Presentation comparing S1 and Lismore to iPhone 3GS. | Undated |
| SAMNDCA11559040 | Presentation discussing development of "10" Web Book" and iPad. | Undated |
| SAMNDCA11559100 | Spreadsheet comparing U1 (GT-I9100) to iPhone 4. | Undated |
| SAMNDCA11559268 | Report comparing P1 to iPad. | Undated |
| SAMNDCA11559278 | Report comparing P1 to iPad. | Undated |
| SAMNDCA11559291 | Report comparing P1 to iPad. | Undated |
| SAMNDCA11559424 | Report comparing P1 (GT-P1100 AMOLED/P1000 TFT) to iPad. | Undated |
| SAMNDCA11559440 | Report comparing P1 (GT-P1100 AMOLED/P1000 TFT) to iPad. | Undated |
| SAMNDCA11559530 | Spreadsheet comparing of U1 UI and iPhone 4 UI | Undated |
| SAMNDCA11559594 | Presentation comparing of Galaxy Tab and iPad | Undated |
| SAMNDCA11559622 | Presentation comparing of Galaxy Tab and iPad | Undated |
| SAMNDCA11559635 | Presentation comparing of Galaxy Tab and iPad Spec and UX | Undated |
| SAMNDCA11559658 | Presentation discussion of iPhone and iPad UX | Undated |
| SAMNDCA11559670 | Presentation comparing of Galaxy S and iPhone 4 UX | Undated |
| SAMNDCA11559688 | List of Galaxy S Distinctive Function Points | Undated |
| SAMNDCA11559694 | Presentation comparing of Galaxy S and iPhone 4 UX | Undated |
| SAMNDCA11559716 | Report comparing of Seine (GT-i9100) and Apple.  Comparing of P5 and iPad | Undated |
| SAMNDCA11559725 | Presentation comparing of Galaxy S, Galaxy S2 and iPhone 4 / rumored iPhone 5 | Undated |

15

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11559730 | Presentation comparing of Galaxy S, Galaxy S2 and iPhone 4 / rumored iPhone 5 | Undated |
| SAMNDCA11559736 | Presentation comparing of Galaxy S, Galaxy S2 and iPhone 4 / rumored iPhone 5 | Undated |
| SAMNDCA11559828 | Chart comparing of Aries and iPhone 3GS | Undated |
| SAMNDCA11559829 | Chart comparing Aries (GT-i9000) and iPhone | Undated |
| SAMNDCA11559949 | Presentation comparing of S1 and iPhone UX.  Copying of iPhone UX | Undated |
| SAMNDCA11559991 | Presentation comparing of S1 and iPhone UX.  Copying of iPhone UX | Undated |
| SAMNDCA11560349 | Chart discussion of iPad | Undated |
| SAMNDCA11560485 | Presentation comparing of P1 and iPad UX | Undated |
| SAMNDCA11560493 | Presentation comparing of Galaxy S, Galaxy S2 and iPhone 4 | Undated |
| SAMNDCA11560517 | Presentation comparing of Kepler and iPhone 3GS UX.  Copying of iPhone 3GS UX | Undated |
| SAMNDCA11560578 | Presentation comparing of Galaxy S and iPhone 4 | Undated |
| SAMNDCA11560772 | Presentation comparing of P3 (GT-P7100) and iPad 2 | Undated |
| SAMNDCA11560800 | Presentation comparing of Galaxy S and Apple | Undated |
| SAMNDCA11560902 | Presentation comparing of P3 (GT-P7100) and iPad | Undated |
| SAMNDCA11561020 | Presentation comparing P1 and iPad and suggested improvements | Undated |
| SAMNDCA11561059 | Presentation comparing of P1 and iPad UX | Undated |
| SAMNDCA11561235 | Chart comparing P4, P5, P8, Xoom to iPad2; also compares Galaxy S and S2 to iPhone 4. | Undated |
| SAMNDCA11561253 | Chart comparing P4, P5, P8, Xoom to iPad2. | Undated |
| SAMNDCA11561256 | Chart comparing P4, P5, P8, Xoom to iPad2. | Undated |
| SAMNDCA11561350 | Presentation comparing P1 and iPad. | Undated |
| SAMNDCA11561650 | Presentation comparing S1 and Lismore to iPhone 3GS and iPhone 4GS; also compares P1 to iPad. | Undated |
| SAMNDCA11561682 | Report comparing P4 (GT-P7500) 10.1" tablet to iPad 2. | Undated |
| SAMNDCA11561858 | Report comparing P4 (and P3) to iPad 2. | Undated |
| SAMNDCA11561962 | Presentation  compares iPhone 3GS vs. S1; iPad vs. P1 with  iPhone 3G/4G disassembly photos. | Undated |
| SAMNDCA11562075 | Document provides performance comparison of Galaxy SII, Nexus S, iPhone 4, Galaxy S, Optimus 2X. | Undated |
| SAMNDCA11562160 | Table comparing U1 vs. iPhone 4/P4 vs. iPad 2. | Undated |
| SAMNDCA11562161 | Table comparing Galaxy S and Galaxy S II to iPhone 4. | Undated |
| SAMNDCA11562181 | Table comparing P4 and P5 to iPad 2. | Undated |

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11562187 | Presentation comparing Galaxy SII, Nexus S, Galaxy S, and Optimus 2X to iPhone 4. | Undated |
| SAMNDCA11562193 | Table comparing Galaxy S and Galaxy S II to iPhone 4. | Undated |
| SAMNDCA11562194 | Table comparing Galaxy S and Galaxy S II to iPhone 4. | Undated |
| SAMNDCA11562195 | Table comparing Galaxy S and Galaxy S II to iPhone 4. | Undated |
| SAMNDCA11562198 | Table comparing Galaxy S and Galaxy S II to iPhone 4. | Undated |
| SAMNDCA11562200 | Table comparing P4 and P5 to iPad 2. | Undated |
| SAMNDCA11562217 | Presentation comparing UX performance of Galaxy SII, Nexus S, iPhone 4, Galaxy S, and Optimus 2X. | Undated |
| SAMNDCA11562240 | Presentation comparing UX of Galaxy S II, Galaxy S and iPhone 4. | Undated |
| SAMNDCA11562262 | Presentation comparing UX of Galaxy S II, Galaxy S and iPhone 4. | Undated |
| SAMNDCA11562265 | Presentation comparing UX of Galaxy SII, Nexus S, iPhone 4, Galaxy S, and Optimus 2X. | Undated |
| SAMNDCA11562271 | Presentation comparing UX of Galaxy SII, Nexus S, iPhone 4, Galaxy S, and Optimus 2X. | Undated |
| SAMNDCA11562278 | Presentation comparing UX of Galaxy S II, Galaxy S and iPhone 4. | Undated |
| SAMNDCA11562279 | Table comparing P5 and iPad 2. | Undated |
| SAMNDCA11562354 | Spreadsheet provides detailed material costs comparison of P4 vs. iPad2. | Undated |
| SAMNDCA11562447 | Presentation comparing of Galaxy S2, P4 and iPhone UX | Undated |
| SAMNDCA11562538 | Image of Apple products | Undated |
| SAMNDCA11562539 | Image of Apple iPad 2 | Undated |
| SAMNDCA11562544 | A document comparing material cost of P4 and iPad 2 | Undated |
| SAMNDCA11562799 | Presentation comparing of iPhone 3G and iPhone 4. | Undated |
| SAMNDCA11562946 | Presentation comparing of iPhone 3G and iPhone 4. | Undated |
| SAMNDCA11564016 | Chart comparing Galaxy S (SHW-M110S), Seine (SHW-M250S) and iPhone 4G on power consumption | Undated |
| SAMNDCA11564022 | Chart comparing actual usage time of SHW-M250S, Seine, Optimus, Galaxy S and iPhone 4 | Undated |
| SAMNDCA11564067 | Chart of action list comparing P1 with iPhone 4 / iPad | Undated |
| SAMNDCA11564382 | Presentation comparing S2 with iPhone 4.  Compares Apple and Samsung UI/UX | Undated |
| SAMNDCA11564906 | Presentation comparing UX of P4 and iPad 2 | Undated |
| SAMNDCA11565630 | Presentation comparing Galaxy Tab with iPad | Undated |
| SAMNDCA11565675 | Presentation comparing Galaxy Tab with iPad | Undated |
| SAMNDCA11565878 | Presentation discussing Apple's trend | Undated |
| SAMNDCA11566510 | Report on VZW iPhone launch and Apple tablet status | Undated |

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11566745 | Presentation comparing Galaxy S2 with iPhone | Undated |
| SAMNDCA11567194 | Presentation discussing the launching CDMA iPhone with VZW | Undated |
| SAMNDCA11567398 | Presentation discussing VOC of iPhone 4 | Undated |
| SAMNDCA11567536 | "Seine Task To-Do List." Mentions "pinch zoom" on p. 14;  "double tap" p. 10; | Undated |
| SAMNDCA11567935 | Presentation of benchmarking of Apple products in H/W and S/W | Undated |
| SAMNDCA11567945 | Presentation of benchmarking of Apple products in H/W and S/W | Undated |
| SAMNDCA11567992 | Email comparing and discussing counter plan of Galaxy S2 and Galaxy P4, P5 with iPhone 4,5 and iPad 2. | Undated |
| SAMNDCA11568053 | 2011 First Half Major Models Sales Forecast | Undated |
| SAMNDCA11568181 | 2011 First Half Major Models Sales Forecast | Undated |
| SAMNDCA11568310 | 2010 & 2011 worldwide sales forecast for Samsung smartphones & tablets. | Undated |
| SAMNDCA11568628 | Presentation comparing Galaxy Tab 10.1 (P4) to Apple iPad 2 | Undated |
| SAMNDCA11568639 | Presentation comparing Galaxy Tab 10.1 (P4) to Apple iPad 2 and discusses its competitiveness with iPad 2 | Undated |
| SAMNDCA11568644 | Presentation comparing Galaxy S2 with Apple iPhone 4 and iPhone 5 (Rumored) | Undated |
| SAMNDCA11568646 | Presentation comparing Galaxy S, Vega S and Galaxy S2 with iPhone 4 | Undated |
| SAMNDCA11568767 | Presentation comparing Samsung products with Apple products on H/W and S/W | Undated |
| SAMNDCA11568889 | Presentation comparing Galaxy Tab with iPad | Undated |
| SAMNDCA11568982 | Presentation comparing Galaxy Tab with iPad | Undated |
| SAMNDCA11569010 | Presentation comparing Galaxy Tab with iPad | Undated |
| SAMNDCA11569023 | Presentation comparing Galaxy Tab with iPad | Undated |
| SAMNDCA11569037 | Email comparing P4 with iPad 2 | Undated |
| SAMNDCA11569257 | Report comparing P4 with iPad 2 | Undated |
| SAMNDCA11569268 | Email comparing P4 with iPad 2 | Undated |
| SAMNDCA11569293 | Spreadsheet comparing P4 with iPad 2 | Undated |
| SAMNDCA11569601 | Smartphone volume M/S graph for Wk 35 to Wk 40 | Undated |
| SAMNDCA11569602 | Weekly sales volume graph for each of the vendors for wk 35 to wk 40. | Undated |
| SAMNDCA11569662 | Spreadsheet of Weekly US Smart Phone Report | Undated |
| SAMNDCA11569731 | Spreadsheet of Weekly US Smart Phone Report | Undated |
| SAMNDCA11569814 | Presentation comparing P4 LTE design with iPad | Undated |
| SAMNDCA11569855 | Presentation analyzing and copying Apple (Galaxy S2) | Undated |
| SAMNDCA11569873 | Presentation comparing P4 LTE design with iPad | Undated |

## Summary of Documents Produced on May 26, 2012, from Files of Joon-Il Choi

| Bates Number | Summary | Date |
|---|---|---|
| SAMNDCA11569878 | Presentation comparing P4 LTE design with iPad | Undated |
| SAMNDCA11560634 | Presentation comparing of Kepler and iPhone 3GS UX.  Copying of iPhone 3GS UX | Undated |
| SAMNDCA11564988 | Spreadsheet comparing of S8500 and iPhone | Undated |
| SAMNDCA11565109 | iPad vs. Galaxy Tab S/W and Killer App comparison. | Undated |
| SAMNDCA11565217 | Spreadsheet comparing S8500 and i9000 with iPhone | Undated |
| SAMNDCA11565255 | Report about analyzing Apple technology | Undated |
| SAMNDCA11565304 | Presentation comparing P1 with iPad in design and H/W Spec. | Undated |
| SAMNDCA11565310 | Report about analyzing Apple technology | Undated |
| SAMNDCA11565336 | Report about analyzing Apple technology | Undated |
| SAMNDCA11565360 | Presentation comparing P1, P3, P4, P5 and P7 with iPad and iPad 2 | Undated |
| SAMNDCA11565394 | Presentation comparing Galaxy Tab 10.1 with iPad 2 | Undated |
| SAMNDCA11565409 | Presentation comparing Galaxy Tab 10.1 with iPad 2 | Undated |
| SAMNDCA11565442 | Presentation comparing P1, P3, P4, P5 and P7 with iPad and iPad 2 | Undated |
| SAMNDCA11565496 | Presentation comparing Galaxy S with iPhone 4 UX | Undated |
| SAMNDCA11565498 | Presentation comparing Galaxy S with iPhone 4 UX | Undated |
| SAMNDCA11565547 | Presentation comparing Samsung video editor with Apple video editor | Undated |
| SAMNDCA11565583 | Presentation comparing P1 UX with iPad UX | Undated |
| SAMNDCA11565584 | Presentation comparing P1 inbox with iPad inbox | Undated |