# Exhibit 6
# (Submitted Under Seal)

MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

January 29, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

Via E-Mail

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)
      **Subject to Protective Order—Contains Samsung AEO Information**

Dear Rachel:

I write with a question that has arisen with regard to how Samsung decides what individual to list as the custodian for the documents that Samsung produces in discovery. As explained below, we have encountered situations in which a Samsung witness has been designated as the source of a particular document but where, when shown the document in deposition, the witness indicates that she or he has not seen the document before.

For example, during the January 11, 2012 deposition of Ahyoung Kim, we showed Ms. Kim an Octopus project presentation bearing Bates Nos. SAMNDCA10123001–SAMNDCA10123037. (The document was marked as Exhibit 1196.) Samsung's production indicates that Ms. Kim is the *only* custodian of this document. However, Ms. Kim testified that she did know who created the document and, moreover—even after being told that the document came from her files—stated that she did not know if it in fact came from her PC. (*See* Kim Tr. at 118: 23–119:4, 119: 17–23.) This is surprising given that Samsung listed Ms. Kim as the only source for this document, and—to our knowledge—no other versions of the document have been produced under a different Bates number.

Please let us know whether Samsung is de-duplicating documents across custodians. If Samsung is doing so—and then listing only one individual who possessed the document as the custodian—this is an unacceptable practice that hampers Apple's ability to authenticate important documents in the case. If Samsung is not doing so, we would like to discuss with you how best to identify the authors of documents such as the one discussed above.

pa-1509106

MORRISON | FOERSTER

Rachel Herrick Kassabian
January 29, 2012
Page Two


We would appreciate the opportunity to talk with you or someone on your team about this later on in the week.  Please let us know of some times this week when we can have a phone call on this topic.

Sincerely,

*/s/ Marc J. Pernick*


Marc J. Pernick

pa-1509106