# Exhibit 7
# (Submitted Under Seal)

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 21, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

Via E-Mail

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)
      **Subject to Protective Order—Contains Samsung AEO Information**

Dear Rachel:

On January 29, 2012, I wrote to you with a question regarding how Samsung decides what individual to list as the custodian for the documents that Samsung produces in discovery. As explained in that letter, we have encountered situations in which a Samsung witness has been designated as the source of a particular document, but when shown the document in deposition, the witness indicates that she or he has not seen the document before.

We have not heard back from you on this, and the problem persists.

For example, during the February 2, 2012 deposition of Jeeyeun Wang, we showed Ms. Wang multiple documents that were sourced to her. In response to being asked questions about these documents, however, Ms. Wang stated either that she had not seen them before, or that she did not recall seeing them before. (*See* Wang Tr. 34:6-19; 59:19-60:3; 64:1-66:9; 69:4-71:12; 74:10-17; 84:16-85:13; 89:15-23; 100:18-101:12; 103:22-104:17.) In one instance, Ms. Wang even testified that she could not be sure she wrote an email that was sent from her email account. (*See id.* 69:4-71:12.)

Again, we ask for you to please let us know whether Samsung is de-duplicating documents across custodians. If Samsung is doing so—and then listing only one individual who possessed the document as the custodian—this is an unacceptable practice that hampers Apple's ability to authenticate important documents in the case. If Samsung is not doing so, we would like to discuss with you how best to identify the authors of documents such as the ones discussed above and in my letter of January 29, 2012, and those presented as exhibits during Ms. Wang's deposition.

sd-581685

MORRISON | FOERSTER

Rachel Herrick Kassabian
February 21, 2012
Page Two


I asked you these questions over three weeks ago, and have not heard anything back.

Please give us some times on **Thursday (February 23rd) or Friday (February 24th)** when we can discuss this issue on the phone.  If we do not hear from you, we will have to add this to the next lead counsel meet-and-confer agenda.

Sincerely,

*/s/ Marc J. Pernick*


Marc J. Pernick

sd-581685