# Exhibit 8
# (Submitted Under Seal)

# MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

February 29, 2012

Writer's Direct Contact
650.813.5718
MPernick@mofo.com

*Via E-Mail (rachelkassabian@quinnemanuel.com)*

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (N.D. Cal.)

Dear Rachel:

On January 29, 2012, and again on February 21, 2012, I wrote to you regarding Samsung's sourcing of documents to custodians. In these letters, I provided examples of custodians to whom documents were exclusively sourced but who denied knowledge of the document.

Please respond to my letters immediately. If we do not get resolution on this long-standing matter, we will add this to the agenda for the next lead counsel meet-and-confer session.

Sincerely,

*/s/ Marc J. Pernick*

Marc J. Pernick

pa-1514835