# Exhibit 10
# (Submitted Under Seal)

Min Choi

1655 Greenfield Ave. #30
Los Angeles, CA 90025

310-702-9876
minychoi@gmail.com

April 13, 2012

Certificate of Translation

I hereby certify that the Korean to English translation of page SAMNDCA00044700 is an accurate and complete rendering of the contents of the source document with the beginning Bates number SAMNDCA00044700 to the best of my knowledge, except for the word "TRANSLATION" on the upper right corner of each translated page.  I further certify that I translated the said document and that I am fluent in both Korean and English.

BY: _____
Min Choi

Translation

-----------Original Message------------
Sender : Hyun Kim<hyunc.kim@samsung.com> D5(Senior Designer)/Design Strategy Part/Samsung Electronics
Date : 2010-02-16 12:38 (GMT+09:00)
Title: Re: MWC (2/15)- P1/P3 Division Head Design Report Meeting Minutes

To pass along a few comments from Senior Designer Cho who went into the Google meeting yesterday,

P1, P3:
- Since it is too similar to Apple, make it noticeably different starting with the front side
- Please contemplate with focus on landscape Orientation.

was what they said.
Detailed meeting minutes will be sent shortly by Senior Designer Kyung Sun Cho.

P.S.
They will probably try to emphasize the differentiation from Apple based on AMOLED and internet+video/TV/GAME.
Camera-based image search is also an area that Google is investing in for Android.
http://www.google.com/mobile/goggles/#landmark

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY                SAMNDCA00044700

------- Original Message -------
Sender : Hyun Kim<hyunc.kim@samsung.com> D5(책임)/Design Strategy Part/Samsung Electronics
Date : 2010-02-16 12:38 (GMT+09:00)
Title : Re: MWC (2/15)- P1/P3 사업부장 디자인 보고 회의록


어제 Google 미팅에 들어갔던 조책임이 한 얘기중 몇개만 전달해 드리면,

P1, P3:
- 애플과 너무 비슷하니 앞면부터 눈에 띄게 다르게 해달라
- 가로방향 Orientation 을 중심으로 고민해 달라.

라고 했다고 합니다.
자세한 회의록은 조경선 책임이 곧 보낼 예정입니다.

P.S.
AMOLED 기반으로 인터넷+동영상/TV/GAME 애플과의 차별화를 강조하고자 할것 같습니다.
카메라 기반 Image search 도 구글이 안드로이드를 위해 투자를 하고 있는 분야입니다.
http://www.google.com/mobile/goggles/#landmark

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY                    SAMNDCA00044700