# EXHIBIT U
# FILED UNDER SEAL

1       VIDEOGRAPHER:  This is the video operator

2   speaking of Merrill Corporation, Boston.  Today is

3   March 15, 2012.  The time is 9:19.  We are at the

4   Azalea Room, Renaissance Seoul Hotel, Seoul, Korea, to

5   take the deposition of Dr. Ahn in the matter of

6   Certain Electric Devices including Wireless, et al.

7   Case No. 337-TA-794.

8       Will counsel please introduce themselves for the

9   record, please.

10      MR. MUELLER:  Joe Mueller, Wilmer, Cutler,

11  Pickering, Hale and Dorr, for Apple.  And also let me

12  note for the record, I believe the deposition is also

13  for the Northern District of California case as well,

14  and I'll read the civil action number, which is case

15  number 11-CV-01846-LHK.  And that case is captioned

16  Apple, Incorporated vs. Samsung Electronics, Co.,

17  Limited.

18      MR. PEASE:  Tom Pease, Quinn, Emanuel, for

19  Samsung, and with me is Brian Kim from Samsung.

20      VIDEOGRAPHER:  And will the court reporter Jeanne

21  Bullis of Merrill Corporation, Boston, please swear

22  the witness and the interpreter.

23      (Whereupon, the aforementioned Witness and

24  Interpreters were sworn in.)

25  WHEREUPON,

1

1                    SEUNG-HO AHN, PH.D.

2    having been first duly sworn as noted above, was

3    examined and testified through the interpreter as

4    follows:

5                         EXAMINATION

6    BY MR. MUELLER:

7        Q.  Good morning.

8        A.  Good morning.

9        Q.  Could you please state and spell your full

10   name for the record?

11       A.  Yes, my name is Seung-ho Ahn, S-E-U-N-G H-O.

12       Q.  Mr. Ahn, do you speak English?

13       A.  Yes, a little bit.

14       Q.  And did you study at schools in the United

15   States?

16       A.  Yes.

17       Q.  Which ones?

18       A.  I had gone through the doctorate program at

19   University of Illinois, Urbana, Champagne, and then

20   thereafter, I completed the JD program at the Santa

21   Clara, California, University of Santa Clara, law

22   school.

23       Q.  And at Illinois, you received a Ph.D.;

24   correct?

25       A.  Yes, that's correct.

component supplier to Apple?

   A.  Yes, Apple is one of the companies that
purchases components from Samsung.

   Q.  And in particular, Apple purchases components
from Samsung for the iPhone?

   MR. PEASE:  Objection, vague.  Lacks foundation.

   A.  I've heard that of the components that go
into iPhone, there are some from Samsung as well.

   Q.  And the same is true for the iPad; Samsung
makes certain components that are used in the iPad?

   A.  I do not know about that precisely.

   Q.  But you do know that the parties have a
business relationship with each other?

   A.  Yes.

   Q.  And you do know that Samsung has been serving
as a supplier of components to Apple for several
years; correct?

   A.  I do not exactly know since when Apple has
been purchasing items from Samsung.

   Q.  Do you know that today presently Apple
continues to purchase components from Samsung?

   A.  I do not know because I did not verify that.

   Q.  But you do know that over the last few years,
Apple has purchased components from Samsung for
various Apple products; correct?

1      A.  Yes, that's what I've heard.

2      Q.  And do you know that Apple has paid Samsung

3  billions of dollars for doing so?

4      MR. PEASE:  Objection.  I'll caution you not to

5  speculate.

6      A.  While I do not know exactly know what the

7  purchase might amount for the items have been, of

8  course if you buy something, it's natural that you pay

9  for it.

10     MR. MUELLER:

11     Q.  Well, stemming back from Apple and Samsung,

12  is it fair to say that Samsung makes both components

13  and also finished devices in the field of mobile

14  telecommunications devices?

15     A.  It is true that Samsung produces finished

16  products for mobile devices.  Samsung also makes

17  components.  And as for these components' uses, they

18  could also be used for mobile devices.

19     Q.  And the components include chips; correct?

20     A.  Yes.

21     Q.  And against this background, I want to ask

22  you a few questions about the licenses.  Samsung has

23  licenses with other chip manufacturers; is that right?

24     MR. PEASE:  Objection, vague.

25     A.  That is my understanding.

1      MR. MUELLER:

2      Q.  And one example of a license that Samsung has

3  executed with another chip manufacturer would be the

4  Samsung Intel license; correct?

5      MR. PEASE:  Objection, vague.

6      A.  Considering that I have never handled the

7  licensing-related work for the semiconductor field, I

8  do not exactly know, but I did hear that there exists

9  such.  So I understand that there exists such.

10      Q.  Well, Mr. Ahn, you were the head of licensing

11  at Samsung, correct?

12      A.  Yes.

13      Q.  And certainly you have knowledge of the

14  licensing within Intel; correct?

15      A.  I only know that there exists such an

16  agreement.

17      Q.  And do you understand that today Samsung

18  enjoys certain rights under that agreement?

19      MR. PEASE:  Objection, lacks foundation.  Calls

20  for speculation.

21      A.  I do not exactly know myself what it enjoys.

22      MR. MUELLER:

23      Q.  Well, let me ask you straight out:  Does

24  Samsung today have any rights under its agreement with

25  Intel?

1      MR. PEASE:  Okay.  Lacks foundation.  Calls for

2  speculation.  Calls for a legal conclusion.  I'll just

3  caution you not to reveal the substance of any

4  attorney-client communications.

5      A.  I do not know of that in detail.

6      MR. MUELLER:  Let me introduce as an exhibit --

7  actually, three exhibits, the Samsung/Intel license

8  agreement and the two amendments to it.  Let's just

9  mark these as Ahn 1, Ahn 2 and Ahn 3.

10     (Exhibits 1-3 marked for identification.)

11     MR. MUELLER:

12     Q.  Mr. Ahn, please take a moment and just

13  review-- you don't have to review in detail.  I'll let

14  you take your time later if I ask you about specific

15  provisions.  But if you'd just look at the first few

16  pages of what I'm showing you.

17     The court reporter has marked as Ahn Exhibit 1 a

18  document entitled "Patent Cross License Agreement

19  Between Samsung Electronics Co., Ltd., and Intel

20  Corporation;" as Ahn Exhibit 2 is a document entitled

21  "Amendment Number 1 to the Patent Cross License

22  Agreement Between Samsung and Intel Corporation Having

23  an Effective Date of January 1, 1993; and as Ahn

24  Exhibit 3, a document with a letter on the cover and

25  right behind the letter is the actual agreement and

1  this is "Amendment Number 2 With an Effective Date of

2  July 1, 2004 To The Patent Cross License Agreement

3  Between Samsung Electronics Co., Ltd. and Intel

4  Corporation."

5       Mr. Ahn, have you seen these before?

6       A.  I don't think I've looked through all of

7  them.

8       Q.  But you have seen these before?

9       A.  I'm not sure -- considering the title page

10 all look similar to each other, I'm not sure whether

11 I've seen this exactly or not.

12      Q.  Mr. Ahn, do you understand that the

13 agreement, the patent cross license agreement between

14 Samsung and Intel has expired?

15      MR. PEASE:  Objection, lacks foundation.

16      A.  Yes, that's what I heard.

17      MR. MUELLER:

18      Q.  But do you further understand, or does

19 Samsung understand, that Samsung continues to enjoy

20 the right to practice the patents covered by the

21 agreement, the Intel patents covered by the agreement,

22 as a licensee?

23      Let me withdraw that question, just sharpen it a

24 bit.

25      Do you understand as the head of licensing for

1   Samsung, that Samsung continues to enjoy the right to

2   practice the Intel patents covered by the agreement as

3   a licensee?

4          MR. PEASE:  Objection, lacks foundation.  Calls

5   for a legal conclusion.

6          A.  Considering that I have not seen through the

7   details, all of the details, I do not exactly know

8   precisely.

9          MR. MUELLER:

10         Q.  Well, sir, you are the head of licensing for

11  Samsung; correct?

12         A.  Yes.

13         Q.  And Intel is an important competitor of

14  Samsung; correct?

15         MR. PEASE:  Objection, vague.  Lacks foundation.

16         A.  I do not particularly think that.

17         MR. MUELLER:

18         Q.  Well, you do know that Intel has a large

19  patent portfolio?

20         A.  I have never seen what constitutes Intel

21  portfolio.

22         Q.  Well, let me ask you again, sir.  As the head

23  of licensing for Samsung, do you believe that Samsung

24  enjoys the right to practice Intel patents covered by

25  Exhibits 1, 2 and 3 for the life of those patents?

1       MR. PEASE:  Objection, vague, lacks foundation,

2  calls for a legal conclusion.

3       A.  Well, it would the same as I gave you earlier

4  and as I already said, I do not know the detailed

5  contents here, and so I do not know what kind of

6  rights Samsung is to enjoy or if the agreement calls

7  for such rights to be enjoyed, then I would think that

8  such rights would be enjoyed.

9       MR. MUELLER:

10       Q.  Mr. Ahn, as head of licensing for Samsung, is

11  your testimony that you have no basis for believing

12  that Samsung enjoys rights under the Intel agreement

13  today?

14       MR. PEASE:  Objection, vague.  Mischaracterizes

15  previous testimony.  Lacks foundation.

16       A.  I do not exactly understand what is being

17  asked here, but there is one thing I would like to

18  rectify or clarify, and that is, it is that licensing

19  is one of the related work that I am involved in, but

20  I would not say that I'm head of licensing.

21       MR. MUELLER:

22       Q.  I thought you were telling me earlier that

23  you were the highest ranking licensing executive at

24  Samsung; correct?

25       A.  Yes, that is correct.

1      Q.  And Mr. Ahn, as the highest ranking licensing

2   executive at Samsung, is it fair to say that you do

3   not dispute that Samsung has rights to practice the

4   Intel patents covered by Exhibits 1, 2 and 3 for the

5   life of those patents?

6      A.

7      MR. PEASE:  Objection, mischaracterizes previous

8   testimony.  Lacks foundation.  Calls for a legal

9   conclusion.

10      A.  Samsung Electronics Company has numerous

11   cross license agreements with other companies.  I

12   would say it would number over 100.  And of you what

13   those, there is none that I would know the specific

14   details of, and this should be just but one of those.

15      (Interpreters conferring.)

16      INTERPRETER:  "Samsung Electronics Company has

17   numerous cross license agreements with other

18   companies.  I would say that they would number over

19   100, and of those, there is none for which I would

20   know every single detail as to the specifics of those

21   agreements, and this would be one of those examples."

22      Q.  So Mr. Ahn, I want to take this one more

23   time.  I'm asking you whether Samsung enjoys the right

24   to practice Intel patents covered by Exhibits 1, 2 and

25   3 for the life of those patents.  Do you have that

1    issue in mind?

2        MR. PEASE:  Objection, vague, lacks foundation.

3    Calls for a legal conclusion, and asked and answered.

4        A.  Well, as I have mentioned earlier, if Samsung

5    is to enjoy certain rights under this, within these

6    agreements, then of course naturally I would believe

7    that Samsung would enjoy such rights.

8        MR. MUELLER:

9        Q.  Understood.  But my question is:  Do you have

10   a view, as the head of licensing at Samsung one way or

11   the other, do you believe that yes, Samsung has such

12   rights; no, Samsung does not have such rights; or you

13   just don't know one way or the other?  Which is it?

14       A.  Well, this agreement would entail, or would

15   relate to the rights.  So of course the agreement has

16   been entered into, so I would think of course

17   naturally such rights would occur per the agreement

18   (is.

19       (Interpreters conferring.)

20       CHECK INTERPRETER:  "Well, this agreement would

21   entail or would relate to certain rights, so the

22   agreement has been entered into, so I would think of

23   course naturally such rights would occur per the

24   agreement."

25       MR. MUELLER:

31

1      Q.  So let me make sure I understand your

2   testimony.  It's your view, as the head of licensing

3   at Samsung, that Samsung does enjoy such rights?  That

4   is to say, the right to practice patents covered by

5   Exhibits 1, 2 and 3, for the life of those patents?

6      MR. PEASE:  Objection, vague.  Lacks foundation.

7   Calls for a legal conclusion.

8      A.  I do not know the rights, Samsung's rights,

9   per this agreement with such specificity.

10      INTERPRETER:  "I do not know what the rights

11   would be under this agreement."

12      MAIN INTERPRETER:  "The rights" --

13      CHECK INTERPRETER:  The rights -- "I don't know

14   what the rights are under this agreement with such

15   specificity."

16   BY MR. MUELLER:

17      Q.  So is it your testimony that as the head of

18   licensing at Samsung, you don't know whether Samsung

19   has the right to practice Intel patents covered by

20   these agreements today?  You don't know?

21      MR. PEASE:  Objection, vague, calls for a legal

22   conclusion.

23      A.  While -- I want to come back to your saying

24   that I'm head of the license.  Of the work I'm

25   responsible for, the portion that licensing comprises

1  I would say is 20 to 25 percent, and of that, Intel

2  license would perhaps comprise 1 percent.

3      So if you were to talk about this one particular

4  agreement, out of the total responsibility that I

5  have, it would be less than 1 percent.

6      When you say that I'm the highest executive as it

7  relates to licensing, that's referring to the occasion

8  or the time when a decision has to be made.  So in

9  that context, on such an occasion, I would be the

10  highest executive for licensing, but that does not

11  mean that I would be able to remember all the details

12  to the very end.

13      And especially, one thing I would like to add,

14  especially as it relates to this particular agreement,

15  that was back when the units, the business units were

16  all handling their own.  So especially all the more

17  reason why I do not know particularly as to this

18  agreement.

19      CHECK INTERPRETER:  "And I was not involved in

20  this particular agreement."

21      MAIN INTERPRETER:  Okay.

22      MR. PEASE:  Mr. Mueller, it is about 8 minutes

23  after 11:00.

24      MR. MUELLER:  Two minutes.  Two more minutes and

25  then we'll break.

                                                    33

1     A.  (In English) yes.

2     Q.  Sir, if Intel sued Samsung tomorrow on

3   patents covered by Exhibits 1, 2 or 3, would you tell

4   the CEO that you just don't know whether Exhibits 1, 2

5   or 3 covers any Intel patents or whether Samsung

6   enjoys any rights you understand them?

7     A.

8     MR. PEASE:  Objection, lacks foundation.  Calls

9   for speculation. .  I would point out that any such

10  communication would likely be privileged work product.

11    MR. MUELLER:  You know, I actually consider it a

12  serious question.

13    A.  Of course naturally if a lawsuit is filed,

14  then analysis would be performed and a report would be

15  made.  Do you think I would say that then that I do

16  not know about that?  But if need be, at that time,

17  that would be carried out.

18    Q.  Sir, that brings me to my final question

19  before we break.  Mr. Ahn, is it your testimony that

20  you have never received such an analysis to date; that

21  is to say an analysis of whether Samsung enjoys the

22  rights to practice Intel patents covered by Exhibits

23  1, 2 and 3 presently?

24    MR. PEASE:  I'll just caution you not reveal the

25  substance of any attorney-client privileged or

34

1   attorney work product information.

2        A.  Well, as relates to your question, I do not

3   think I have received such a report with such a title.

4   Joe.

5        Q.  Well, it doesn't matter what it's titled.  I

6   want to know whether you've ever received an analysis

7   that bears on the issue of whether Samsung enjoys the

8   right to practice patents covered by Exhibits 1, 2 and

9   3 today.

10       MR. PEASE:  Once again, I'll caution you not

11   reveal the substance.

12       A.  As I related to you earlier, I have not

13   received any such report with such title.  Although I

14   do not not recall exactly or in detail, I have

15   received some analysis reports in parts, but I have

16   not received any, a broad report with such a title.

17       MR. MUELLER:  Let's take a break and we'll come

18   back in two.

19       VIDEOGRAPHER:  Going off the record, the time is

20   11:12.

21       (Lunch break taken.)

22       VIDEOGRAPHER:  Back on the record.  The time is

23   14:23.

24       Q.  Mr. Ahn, good afternoon.  If you could, could

25   you please take out Exhibits 1, 2 and 3 one more time

1  these are the Samsung Intel cross license agreements

2  and the two amendments to that agreement.  Do you have

3  those in front of you?

4       A.  Yes.

5       Q.  Mr. Ahn, who is the most knowledgeable person

6  at Samsung with respect to Samsung's positions and

7  understanding of this agreement?

8       MR. PEASE:  Objection, vague.  Lacks foundation.

9       A.  I would not really know who would be the most

10  knowledgeable about this.  There was some people who

11  worked on this who have since quit and maybe one of

12  those people.

13      Q.  Now, I believe you testified right before we

14  broke that you had received some analysis with respect

15  to this agreement.  Was that right?

16      A.  Yes.

17      Q.  I want to return to a subject that I asked

18  you about, and that is the issue of whether Samsung

19  today has any right to practice Intel patents covered

20  by the cross license agreement.  Do you have that

21  issue in mind?

22      A.  What do you mean do I have that issue in

23  mind?

24      Q.  Well, do you recall I asked you some

25  questions about that issue earlier?

1      A.  Yes, so my question now is this:  As the

2  highest ranking licensing representative at Samsung,

3  do you have any reason to dispute that Samsung today

4  has the right to practice the Intel patents covered by

5  the cross license agreement?

6      MR. PEASE:  Objection, lacks foundation.  Calls

7  for speculation.

8      A.  I think it is the same question as put

9  earlier, so I can only give you the same answer as

10  earlier.  And you were saying that I'm the most -- I'm

11  the person who has the highest position in charge of

12  licensing, but the higher one's position s the less

13  details one would know.

14      And as far as your asking about the details about

15  this contract, all I know is that there exists an

16  agreement such as this, and as for there being our

17  rights under the agreement, well, if it provides for

18  such in the agreement, then we would have such rights.

19      And as far as how much of such rights that

20  Samsung has vis-à-vis the Intel patents, well, to that

21  degree I would not know.

22      (Interpreters conferring.)

23      CHECK INTERPRETER:  I think we heard it

24  differently, so I think I will render my own

25  interpretation as far as the last sentence is

1  concerned:

2      "And as far as whether or not there are any

3  rights under that agreement for Samsung, I wouldn't

4  know as to that.

5      MAIN INTERPRETER:  I stand by my interpretation.

6      Q.  Respectfully, sir, I don't think that quite

7  he answers my question my question is do you have any

8  reason to dispute that Samsung enjoys the right to

9  practice the Intel patents covered by this agreement

10  today?  Do you have any reason to dispute that?

11      MR. PEASE:  Same objections.

12      A.  This would be the same statement.  But

13  whatever is written in this agreement as to the Intel

14  patents, whatever is provided under this agreement I

15  would think that's what Samsung enjoys the rights to.

16  BY MR. MUELLER:

17      Q.  I'm going to ask again, sir.

18      Do you have any reason, do you have any reason

19  today as you sit here today, to dispute that Samsung

20  enjoys the right to practice today the patents covered

21  by this agreement?  If you know such a reason, I'd ask

22  you to tell me and I'm entitled to know what it is.

23  If you don't have any such reason, you can say you

24  don't have any such reason.

25      MR. PEASE:  Objection.  Assumes facts not in

1  evidence.  Argumentative, asked and answered.  Lacks

2  foundation.  Calls for speculation.

3      A.  Could you ask me the front portion, the first

4  part again?

5  BY MR. MUELLER:

6      Q.  Sure.  Do you have any reason, as you sit

7  here today, to dispute that Samsung enjoys the present

8  right, the right today, to practice the patents

9  covered by the Intel/Samsung cross license agreement.

10      MR. PEASE:  Same objection.

11      A.  I believe Samsung can enjoy the rights to

12  patents as expressed by the provisions of this

13  agreement.

14  BY MR. MUELLER:

15      Q.  Now let me ask you about the Intel rights

16  under this agreement.

17      Do you have any reason to dispute that Intel

18  today has the right to practice the Samsung patents

19  there were cross licensed under this agreement?

20      MR. PEASE:  Objection, assumes facts not in

21  evidence, lacks foundation, calls for speculation.

22      A.  As was the case with Samsung, I believe Intel

23  can also enjoy the rights to Samsung patents as

24  provided under this agreement.

25  BY MR. MUELLER:

1      Q.  I'd ask you, if you could, to turn to Exhibit

2  3, please.  And that's, has a cover letter dated

3  August 31st, 2004.  Do you have that in front of you?

4      A.  Yes.

5      Q.  Could you please turn to page 5 of the

6  agreement, and that has a number on the bottom

7  S-794-ITC 31.

8      Do you have that page in front of you?

9      A.  Yes.

10      Q.  Could you please review, if you would, the

11  section that begins with the sentence, "Replace

12  section 3.1 with the following Section 3.1."  And if

13  you could, please, review all the way up to paragraph

14  B and feel free, if you want to review any additional

15  text on any other page.

16      A.  So up or previous to B or inclusive of B.

17      Q.  Previous to B.  But if you want to review

18  anything else, feel free.  And just let me know when

19  you're finished.

20      (Pause in proceedings.)

21      MR. PEASE:  While he's reading I'd like to

22  designate the transcript as "Conversation business

23  information" under the 794 order.

24      MR. MUELLER:  Do you also have to want --

25      MR. PEASE:  Yes, out of an abundance of caution,

                                                        40

1   whatever the highest level is under the Northern

2   District of California.

3        (Pause in proceedings.)

4        A.  Yes, I have read all of this.

5   BY MR. MUELLER:

6        Q.  Now, before I ask you about this, you have

7   extensive experience in negotiating patent license

8   agreements; correct?

9        A.  I have experience to a degree.

10       Q.  And you have experience with license

11   provisions that convey a right to sell products under

12   patents?

13       A.  I do know that those items, provisions, go

14   in, generally speaking, but I do not have a

15   recollection of having negotiated in detail on such

16   clauses.

17       Q.  But you are familiar with provisions in which

18   a patent holder gives a licensee the right to sell

19   products pursuant to a patent?

20       A.  I do know that there are such provisions.

21       Q.  I'd like to focus your attention, if I could,

22   on the sentence after the No. 3.1.  And do you see

23   where it states:

24       "Subject to the terms and conditions of this

25   Agreement, SAMSUNG hereby grants to INTEL a

41

1    non-exclusive, non-transferrable royalty-free,

2    worldwide license, without the right to sublicense,

3    under SAMSUNG'S patents to:"

4        Do you see that?

5        A.  Yes.

6        Q.  And in this provision, Samsung is granting

7    Intel certain worldwide license rights; correct?

8        MR. PEASE:  Objection, lacks foundation and calls

9    for speculation.  Calls for a legal conclusion.

10       A.  The way your question is phrased, it seems to

11   me that you were looking, asking me for my opinion,

12   you want to hear my opinion as I read this sentence.

13   And I don't think, as I sit here now, I don't think

14   I'm in a position to tell you that whether in my

15   opinion on this is correct or wrong, and I don't think

16   it would be appropriate to say whether the legal

17   analysis -- performing an analysis here should be

18   appropriate or not.

19   BY MR. MUELLER:

20       Q.  Sir, you're the highest ranking licensing

21   executive at Samsung; correct?

22       MR. PEASE:  Objection, asked and answered.

23       A.  I am the highest arranging executive at the

24   IP center.

25       MR. MUELLER:

1        Q.  And the IP center's responsibilities include

2   licensing; correct?

3        A.  Yes.

4        Q.  And we are presently looking at a

5   Samsung/Intel cross license; correct?

6        A.  Yes, correct.

7        Q.  So what I'm asking are factual questions to a

8   fact witness about a Samsung document and I'm going to

9   keep asking those questions for a while.  Okay?

10       MR. PEASE:  Objection, argumentative.

11       A.  You're asking me what's written, what the

12  writing is written here and, in terms of what is

13  written factually.  That would be okay.  But as far as

14  if, if you are asking me what the meaning of the

15  sentences are, that would require a legal analysis,

16  and I don't know whether I could do that or I should

17  be allowed to do that or not.  But as far as any

18  factual information, I'm always willing to give you

19  answers.

20  BY MR. MUELLER:

21       Q.  Fair enough.  What I'm asking about is your

22  understanding given the position that you hold at

23  Samsung about this document.  And I'm going to return

24  to my question.

25       If we look at the statement that I read after the

1  No. 3.1, is it your understanding, given your position

2  at Samsung, that this represents a worldwide license

3  of rights from Samsung to Intel?

4       MR. PEASE:  Objection, lacks foundation, calls

5  for speculation and calls for a legal conclusion.

6       A.  While over here there is a writing of Samsung

7  and there is an expression of worldwide license, and

8  it does say here "Samsung hereby grants to Intel an

9  non-exclusive, non-transferrable royalty-free

10  worldwide license without the right to sublicense."

11       Q.  Now, if we look at the next sentence, (a),

12  the No. (1).  So this is section 3.1 (a)(1).  It

13  states:

14       "make, use, sell (directly or indirectly), or

15  offer to sell, import and otherwise dispose of all

16  INTEL Licensed Products ..."

17       Do you see that?

18       A.  Yes.

19       Q.  And this is part of the rights Samsung

20  licensed to Intel; correct?

21       MR. PEASE:  Objection, lacks foundation, calls

22  for speculation, calls for a legal conclusion.

23       A.  Well, I think this is a dependant clause

24  under 3.1, where Samsung grants to Intel such a

25  license.

1  BY MR. MUELLER:

2      Q.  Let me focus your attention, if I could, on

3  the word "sell."  Do you see that it states:

4      "Sell, directly or indirectly"?

5      A.  Yes.

6      Q.  And here Samsung is conveying to Intel a

7  right to sell certain things; correct?  We'll get to

8  what those things are in a moment.

9      MR. PEASE:  Objection, lacks foundation.  Calls

10  for speculation, calls for a legal conclusion.

11      A.  In that case, there is that expression in

12  this clause of "(directly or indirectly)."

13      Q.  That is "sell (directly or indirectly),"

14  correct?

15      A.  Yes.

16      Q.  And if we follow that through, what can be

17  sold are Intel licensed products; correct?

18      MR. PEASE:  Objection, lacks foundation.  Calls

19  for speculation, calls for a legal conclusion.

20      A.  Well, if you look at this, you could look at

21  it that way as well.

22  BY MR. MUELLER:

23      Q.  Now, please, turn, if you could to Exhibit 1

24  and if you could keep that page open, but just put it

25  to the side.  And please take Exhibit 1 as well, and

1  I'd like you to turn to page 3 of Exhibit 1 and please

2  let me know when you are there.

3      A.  Yes.

4      Q.  Do you have page 3 in front of you?

5      A.  Yes.

6      Q.  I'd like to direct your attention to section

7  1.14, which is towards the bottom of the page.  And

8  that begins, "Intel licensed products shall mean ..."

9      Do you see that?

10     A.  Yes.

11     Q.  And the full statement is:

12     "'INTEL Licensed Products' shall mean any

13 products constituting:  (a), Semiconductor Material,

14 (b) Semiconductor Device, or (c) Integrated Circuit

15 excluding any SAMSUNG Proprietary Products."

16     Do you see that?

17     A.  Yes.

18     Q.  And please turn to page 2, the immediate

19 prior page.  Let me direct your attention to section

20 1.8.  This begins "Semiconductor Material ..."

21     Do you see that?

22     A.  Yes.

23     Q.  1.8 states:

24     "'Semiconductor Material' shall mean any material

25 whose conductivity is intermediate to that of metals

1  and insulators at room temperature and whose

2  conductivity, over some temperature range, increases

3  with increases in temperature.  Such material shall

4  include, but not be limited to, refined products,

5  reaction products, reduced products, mixtures and

6  compounds."

7        Do you see that?

8        A.  Yes.

9        Q.  Now, this is a definition of a type of

10  material, namely semiconductor material?

11        MR. PEASE:  Objection, lacks foundation.

12        A.  Well, if I look at this, I think this is

13  describing had a some length what the semiconductor

14  material is.

15  BY MR. MUELLER:

16        Q.  What "Semiconductor Material" is for purposes

17  of this agreement.  It's a defined term in the

18  agreement.

19        MR. PEASE:  Objection, lacks foundation.

20        A.  Well, of course I did not look at other

21  agreements.  I did not look at all of them, but in any

22  case, that's what's written here on this page.

23        (Interpreters conferring.)

24        A.  I did not look at the other portions of this

25  agreement.

1  BY MR. MUELLER:

2      Q.  Fair enough.  But, sir, just focusing on this

3  particular definition, it's defining a term,

4  "Semiconductor Material," correct?

5      A.  That's what's being done here.

6      Q.  And it's defining that term by giving certain

7  characteristics; correct?

8      MR. PEASE:  Objection, lacks foundation.

9      A.  Well, as for what follows, it would be

10 difficult for me to give you a reply that it is this

11 way or that way, considering that I'm lacking the

12 technical expertise on this.

13 BY MR. MUELLER:

14     Q.  Well, do you see, sir, where it says:

15     " ... shall mean any material whose conductivity

16 is intermediate to that of metals and insulators at

17 room temperature ..."?  Do you see that?

18     A.  Yes, that's what I'm looking at.

19     Q.  And this is referring to a conductivity

20 property?

21     MR. PEASE:  Objection, lacks foundation, vague.

22     A.  Whether that is the case or not, well, as I

23 told you earlier, I do not have the expertise on this,

24 so I cannot tell you anything for certain; but I can,

25 I do see that it is referring to conductivity.

1      MR. MUELLER:

2      Q.  And do you see in the final sentence, it

3  refers to "... refined products, reaction products,

4  reduced products, mixtures and compounds"?  Do you see

5  that?

6      A.  Yes.

7      Q.  Sir, do you see anywhere in section 1.8 any

8  reference at all to which company made the

9  semiconductor material?

10     MR. PEASE:  Objection, lacks foundation, vague.

11     A.  I do not see any company's name anywhere in

12  this provision.

13  BY MR. MUELLER:

14     Q.  Let's look as the next provision, section

15  1.9.  This states:

16     "'Semiconductor Device' shall mean a device and

17  any material therefor, comprising a body of one or

18  more Semiconductor Materials and one or more

19  electrodes associated therewith, and, if provided

20  therewith, housing and/or supporting means therefor."

21     Do you see that?

22     A.  Yes.

23     Q.  Let me ask you -- well, withdrawn.

24     This definition cross-references the

25  semiconductor material definition, does it not?

1      MR. PEASE:  Objection, lacks foundation.

2      A.  I do see this -- I do see in this clause the

3  expression "conduct material."

4  BY MR. MUELLER:

5      Q.  And do you see anywhere in this definition a

6  reference to which company manufactured the

7  semiconductor device?

8      A.  Likewise in this clause, I do not see the

9  name of a company.

10      Q.  Let's turn to the next page, if we could,

11  please.

12      Let me direct your attention to the top of the

13  page, section 1.10.  This states:

14      "'Integrated Circuit' shall mean an integral unit

15  comprising a plurality of active and/or passive

16  circuit elements associated on one or more substrates,

17  such unit forming, or contributing to the formation

18  of, a circuit for performing electrical and electronic

19  functions and, if provided therewith, housing and/or

20  supporting means therefor."

21      Do you see that?

22      A.  Yes.

23      Q.  I'll you the same question.  Do you see any

24  reference at all to which company manufactured the

25  integrated circuit?

1       MR. PEASE:  Objection, lacks foundation?

2       A.  There is no mention of a company from this

3  clause.

4       Q.  Mr. Ahn, we've now looked at the defendant

5  initial for conduct material, the definition for

6  semiconductor device and the definition for integrated

7  circuit; correct?

8       A.  Yes, I think so.

9       Q.  And in each of those three definitions, there

10  is no reference to the company that manufactured the

11  various defined materials; correct?

12       MR. PEASE:  Objection, lacks foundation.

13       A.  There is no company name in these three

14  clauses.

15       Q.  And more specifically, there is no reference

16  to Intel manufacturing those materials; correct?

17       MR. PEASE:  Objection, vague.  Lacks foundation.

18       A.  I do not really know that because I don't

19  know how this clause relates to, next to other clause

20  or clauses, but I'm saying the same thing here, that

21  in any of these clauses, there is no mention of a

22  company.

23       MR. MUELLER:

24       Q.  And there is no mention of Intel in

25  particular; correct?

51

1      MR. PEASE:  Objection, vague, lacks foundation.

2      A.   In any case, I'm reiterating there is no

3  mention of a company, whether it be Intel or Samsung.

4  BY MR. MUELLER:

5      Q.   And there is no mention of a third party

6  company manufacturing these materials for Intel;

7  correct?

8      MR. PEASE:  Objection, vague, lacks foundation.

9      A.   These three clauses only contain descriptions

10  of semiconductor material, semiconductor device and

11  integrated circuit.

12      MR. MUELLER:

13      Q.   And again, to be clear, these three clauses

14  say nothing about who manufactured those three things;

15  correct?

16      A.   Those are not written in these three clauses.

17      Q.   If we go back to section 1.14 on page 3.

18  Those three definitions -- semiconductor material,

19  semiconductor device and integrated circuit -- are the

20  three items listed in the definition of Intel-licensed

21  products; correct?

22      A.   Could you repeat that, please.

23      Q.   Sure.  Those three defined class that is we

24  looked at -- semiconductor material, semiconductor

25  device, integrated circuit are the three items listed

1  within the definition of Intel licensed products in

2  section 1.14, correct?

3       A.

4       MR. PEASE:  Objection, assumes facts not in

5  evidence, lacks foundation.  And calls for a legal

6  conclusion.

7       A.  Right, in describing the Intel licensed

8  products, it is mentioned the semiconductor material,

9  semiconductor device and integrated circuit.

10      Q.  And section 1.14 does not limit

11  Intel-licensed products to products manufactured by

12  Intel; correct?

13      MR. PEASE:  Objection.  That calls for a legal

14  conclusion, lacks foundation.  I'll caution you not to

15  speculate.

16      MR. MUELLER:  Tom, watch the speaking objections,

17  all right?

18      A.  That was lengthy.  Could I have the original

19  question?

20      MR. MUELLER:  Sure.  Let's change the tape and

21  we'll get right back to it.  I don't want to break

22  right now, so let's just change the tape.  I'll take a

23  break soon and you can use the bathroom or whatever

24  you want to do, but I'm not going to do it now.

25      VIDEOGRAPHER:  Going off the record, the time is

53