# DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 2

# SUBMITTED UNDER SEAL

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

1    UNITED STATES INTERNATIONAL TRADE COMMISSION
2                  Washington, D.C.
3
4   In the Matter of                    )
5   CERTAIN ELECTRONIC DEVICES,         ) Investigation No.
    INCLUDING WIRELESS                  ) 337-TA-794
6   COMMUNICATION DEVICES,              )
    PORTABLE MUSIC AND DATA             )
7   PROCESSING DEVICES AND TABLET       )
    COMPUTERS,                          )
8   ------------------------------------)
9
10
11
12      CONFIDENTIAL UNDER THE PROTECTIVE ORDER
13   VIDEOTAPED 30(B)(6) DEPOSITION OF TONY J. BLEVINS
14              Palo Alto, California
15            Thursday, February 23, 2012
16
17
18
19
20
21
22
23  Reported by:
24  SHELLEY M. SAILOR, CSR No. 10254
25  JOB NO. 46687

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 2

```
 1
 2
 3
 4            Thursday, February 23, 2012
 5            9:44 a.m.
 6
 7
 8       Videotaped deposition of TONY J. BLEVINS,
 9  held at the offices of WilmerHale, 950 Page Mill
10  Road, Palo Alto, California, before Shelley M.
11  Sailor, a California Certified Shorthand Reporter.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 3

1  A P P E A R A N C E S:

2

3

4      QUINN EMANUEL URQUHART & SULLIVAN

5      Attorneys for Complainant Samsung entities

6          1299 Pennsylvania Avenue, NW

7          Washington, D.C. 20004

8       BY:  PATRICK A. FITCH, ESQ.

9

10

11

12

13                    - and -

14

15     STEPTOE & JOHNSON

16     Attorneys for Complainant Samsung entities

17         115 South LaSalle Street

18         Chicago, IL 60603

19     BY:  THOMAS G. PASTERNAK, ESQ.

20

21

22

23

24

25

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 4

1  A P P E A R A N C E S  (continued):
2
3
4       WILMERHALE
5       Attorneys for Respondent Apple Inc.
6            1875 Pennsylvania Avenue, NW
7            Washington, D.C. 20006
8       BY:  MICHAEL D. ESCH, ESQ.
9
10
11
12
13  ALSO PRESENT:
14       ERICA TIERNEY, Apple Counsel
15       ALAN DIAS, Videographer
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 5

1    THE VIDEOGRAPHER:  Good morning.  Here is
2 the beginning of disk number one of the videotaped
3 deposition of Tony Blevins.  This is a matter
4 pending before the United States International Trade
5 Commission, Washington, D.C., investigation number
6 337-TA-794.
7    We are located today at 950 Page Mill Road,
8 the city of Palo Alto, California.  Today is
9 February 23, 2012 and the time is 9:44 a.m.  My name
10 is Alan Dias from TSG Reporting.
11    Counsel, would you please identify yourself
12 for the record.
13    MR. FITCH:  Patrick Fitch from Quinn
14 Emanuel Urquhart & Sullivan in Washington for
15 Samsung.
16    MR. PASTERNAK:  Tom Pasternak, Steptoe &
17 Johnson, for Samsung.
18    MR. ESCH:  Michael Esch, Wilmer Cutler
19 Pickering Hale and Door, here on behalf of
20 respondent Apple Inc and the witness.
21    MS. TIERNEY:  Erica Tierney from Apple.
22    THE VIDEOGRAPHER:  Will the court reporter
23 please swear in the witness.
24                TONY J. BLEVINS,
25    called as a witness, having been by me duly

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 21

1  A. Yes, it was.

2  Q. What was your title at IBM, the title you
3  had right before you left?

4  A. I believe the title was program director of
5  accessories and options.

6  Q. About how long did you work at IBM?

7  A. I worked there for approximately 11 years,
8  I believe.

9  Q. Now, coming back to your current role as
10 vice president of procurement, what were your
11 general responsibilities as vice president of
12 procurement?

13 A. I'm responsible for acquiring necessary
14 components and materials.

15 Q. What do you mean when you say components
16 and materials?

17 A. It would be materials required to build
18 Apple products.

19 Q. Is that for all Apple products?

20 A. It's primarily iPod and iPhone, but I do
21 procure some materials used in Mac products.

22 Q. And by Mac products, you mean laptop and
23 desktop computers?

24 A. Yes.

25 Q. When you say iPod, does that include iPod

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 37

1 Under the heading response to interrogatory number
2 72, the second paragraph that begins "Subject to and
3 without waiving." Do you see that?
4     A. Yes, I do.
5     Q. Then on the second line after the comma, do
6 you see where it says, "Apple responds and
7 identifies the following processors: MDM 6610,
8 PMB 8878, and XGOLD616/PMB 9801." Do you see that?
9     A. Yes.
10     Q. And then do you see the names of three
11 processors listed at the very bottom of page 6 in
12 first supplemental response to interrogatory number
13 72?
14     A. Yes, I do.
15     Q. Are you familiar with these three codes,
16 the MDM 6610, the PMB 8878, and the XGOLD616/PMB
17 9801?
18     A. I had seen them before.
19     Q. Do you know to what type of Apple product
20 component they refer?
21     A. They actually refer to the manufacturer's
22 coding for a specific product that we purchase from
23 them. It's not an Apple code per se.
24     Q. Do you know what that product is? Strike
25 that.

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 38

1    Do you know what specific product Apple
2 purchases from suppliers that these codes reference?
3         MR. ESCH:  Objection.  Form.
4 BY MR. FITCH:
5    Q.   Strike that.  Are these baseband
6 processors?
7    A.   I know that these are baseband processors.
8    Q.   When you say "baseband processors," what do
9 you mean by that term?
10   A.   A baseband processor, I'm not sure how to
11 describe it any more specifically.  Sometimes we use
12 the term "slim modem," but I think it's an
13 industry-known term.
14   Q.   Do you know who manufactures the MDM 6610?
15   A.   Yes.
16   Q.   And who manufactures the MDM 6610?
17   A.   Could you be more specific by what you mean
18 by manufacture?
19   Q.   Who supplies the MDM 6610 to Apple's
20 manufacturers?
21        MR. ESCH:  Objection.  Form.
22        THE WITNESS:  I know who we purchase the
23 processors from, if that's the question.
24 BY MR. FITCH:
25   Q.   From whom does Apple purchase the MDM 6610?

1     A.   Qualcomm.
2     Q.   Do you know whether Qualcomm manufactures
3  the MDM 6610?
4     A.   I do know.
5     Q.   Do they?
6     A.   No.
7     Q.   Do you know who does manufacture the MDM
8  6610?
9     A.   Yes.
10    Q.   And who manufactures the MDM 6610?
11    A.   There are two manufacturers.
12    Q.   Could you name them, please.
13    A.   One is TSMC, the second is Samsung.
14    Q.   When you say TSMC, what does TSMC stand
15 for?
16    A.   Taiwan Semiconductor Manufacturing
17 Corporation.
18    Q.   Thank you.  From whom does Apple purchase
19 the PMB 8878?
20    A.   Intel Mobility Corporation.
21    Q.   Does Intel Mobility Corporation manufacture
22 the PMB -- strike that.
23         Does Intel Mobility Corporation manufacture
24 the PMB 8878?
25    A.   No.

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 40

1   Q.  Do you know who does manufacture the
2  PMB 8878?
3   A.  Yes.
4   Q.  And who does manufacture the PMB 8878?
5   A.  There are two sources.
6   Q.  Could you name those, please.
7   A.  Infineon and UMC.
8   Q.  Do you know what UMC stands for?
9   A.  Not off the top of my head.
10  Q.  From whom does Apple purchase the
11 XGOLD616/PMB 9801 -- actually, before you answer,
12 let me step back.
13      Do you know whether the XGOLD616 and the
14 PMB 9801 are the same baseband processor?
15  A.  Yes.  I believe those are interchangeable
16 names.
17  Q.  From whom does Apple purchase the XGOLD616
18 and/or the PMB 9801?
19  A.  I don't know.
20  Q.  Do you know whether Infineon manufactures
21 the XGOLD616/PMB 9801?
22  A.  I know they do not.
23  Q.  Do you know who does manufacture that
24 baseband processor?
25  A.  Excuse me, could you repeat that question?

1    I may have answered incorrectly inadvertently.
2        Q.  Of course.  Do you know -- strike that.
3            Do you know who manufactures the
4    XGOLD616/PMB 9801?
5        A.  Yes.
6        Q.  And who manufactures that product?
7        A.  It is Infineon and UMC, the same as the
8    previous product we discussed.
9        Q.  Now, for the three baseband processors that
10   we just discussed -- strike that.
11           Do you know where any of the three baseband
12   processors we just discussed are manufactured?
13       A.  Yes.
14       Q.  Could you tell me, please.
15       A.  Would you like to step through them one by
16   one?
17       Q.  Sure.  Do you know where the MDM 6610 is
18   manufactured?
19       A.  Yes.
20       Q.  Where is that?
21       A.  It's manufactured in Hsinchu, Taiwan and
22   Gehong, Korea.
23       Q.  Do you know where the PMB 8878 is
24   manufactured?
25       A.  Yes.

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 42

1  Q. Where is that?
2  A. Dresden, Germany and a facility in the
3 greater Taiwan Taipei area. I couldn't name the
4 city.
5  Q. And do you know where the XGOLD616/PMB 8901
6 is manufactured?
7  A. Yes.
8  Q. And where is that?
9  A. Dresden, Germany and again a suburb of
10 Taipei, Taiwan.
11  Q. Am I remembering correctly that you
12 testified Apple purchases these basebands from
13 either Infineon or Qualcomm?
14       MR. ESCH: Objection. Misstates the prior
15 testimony.
16 BY MR. FITCH:
17  Q. You can answer.
18  A. Could you repeat the question? I'm
19 confused.
20  Q. Does Apple purchase the MDM 6610 from
21 Qualcomm?
22  A. I'm confused by the term "purchase" versus
23 "acquire."
24  Q. What do you understand the difference
25 between his those two terms to be?

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 45

1   Q.   You would attempt to avoid what?
2   A.   Taking physical possession.
3   Q.   Now, with specific reference to -- let's
4   take the PMB 8878.  I believe you testified that one
5   of the places where that is manufactured is in
6   Dresden, Germany.
7   A.   Uh-huh.
8   Q.   Is the PMB 8878 one of the baseband
9   processors that Hon Hai Precision assembles into a
10  finished Apple product?
11  A.   Yes.
12       MR. ESCH:  We've been going about an hour.
13       MR. FITCH:  Okay.  Yeah, we can take a
14  break after this, because I have a question pending.
15  After this question we can take a break.  I was
16  getting there, too.  So I appreciate that.
17  BY MR. FITCH:
18  Q.   From the PMB 8878's manufacture in Germany
19  to its placement into an Apple product in China, if
20  it's Hon Hai, does that baseband processor
21  traditionally pass through the United States in its
22  transfer from the manufacturer to Apple to Hon Hai?
23       MR. ESCH:  Objection.  Form.
24       THE WITNESS:  I don't honestly know where
25  it would pass through.

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 50

1  I'm not sure I understand.
2  BY MR. FITCH:
3      Q.  Sure.  So let's take the PMB 8878 for
4  example.  You said it's manufactured in Dresden,
5  Germany.
6      A.  Uh-huh.
7      Q.  When Apple acquires the PMB 8878 from
8  Infineon, have it drop-shipped from Infineon to Hon
9  Hai, for example, one of its other manufacturers?
10     A.  I'm confused, because these circumstances
11 are different between this question and the context
12 in which drop-shipped is used in the letter.
13     Q.  Could you explain how you understand them
14 to be different?
15     A.  In the case of the letter, Toshiba is the
16 party with whom we buy the product, and they are
17 also the party that manufacture it.  In other words,
18 they have their own manufacturing plant.  And so the
19 baseband situation is different, as we described
20 earlier, where there are manufacturers in addition
21 to the seller.  There's another party involved, in
22 other words.
23     Q.  Can you identify that other party in the
24 case of the PMB 8878?
25     A.  As an example, Intel would use a third

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 51

1  party, such as UMC.
2     Q.  So in the case of -- strike that.
3        Taking your example, Apple would issue a
4  purchase order to Intel for a quantity of PMB 8878s?
5     A.  Correct.
6     Q.  But Intel wouldn't actually have physical
7  possession of the baseband processors because they
8  were being manufactured by UMC?
9     A.  That, I don't know.  Similar to this
10 situation, Apple wouldn't take possession in the
11 middle.  What Intel might or might not do is not
12 honestly relevant to us.  As long as we don't take
13 possession, we would constitute it as a drop-ship.
14    Q.  So Apple's understanding would be that the
15 products are drop-shipped from UMC to Hon Hai, for
16 example, if Hon Hai is the manufacturer?
17       MR. ESCH:  Objection --
18       THE WITNESS:  No.
19       MR. ESCH:  -- form.
20       THE WITNESS:  Our understanding would be
21 that we would place a purchase order with Intel, and
22 the product would then land at Hon Hai without us
23 taking possession.  Whether Intel did or didn't take
24 possession wouldn't be relevant to us.
25 BY MR. FITCH:

Page 52

1  Q. I appreciate the clarification. My last
2  question with respect to Exhibit 4 on page 6 is for
3  each of the three baseband processors listed on page
4  6, can you tell me in what Apple products they are
5  used?
6  A. Yes.
7  Q. Can we go one by one? In which Apple
8  products is the MDM 6610 used?
9  A. It would be code name N94.
10 Q. Are there any others?
11 A. It would also -- we would need to refer
12 back to the model number sheet if you would like
13 to --
14 Q. If that will help, you're certainly welcome
15 to, which I believe was Exhibit 3, page 6 again.
16       So let me ask a slightly better question
17 now that you have both exhibits in front of you. If
18 it's easier, could you go down the list of products
19 identified in interrogatory number 2 and tell me
20 which of those broadband processors they have, if
21 they have a baseband processor? To the extent you
22 can.
23 A. With some time I could create a matrix, but
24 it's a bit of a memory test.
25 Q. That's not what we want to do. Are there

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 53

1  any that you can recall as you sit here?
2       A.   Yes.  For instance, the iPhone 3GS, just
3  off the top of my head, I remember that to be the
4  PMB 8878.
5       Q.   And that's the N88?
6       A.   Yes.
7       Q.   Let me ask on that point, it's not listed
8  in this chart, but are you familiar with that
9  product number N88A?
10      A.   Yes.
11      Q.   And what commercial product does that refer
12 to?
13      A.   IPhone 3GS.
14      Q.   Would the N88A also have the PMB 8878?
15      A.   Yes.
16      Q.   So do you recognize any others that you can
17 connect?
18      A.   I know that K48 would not have a baseband
19 processor, and I know that K48M would contain the
20 same PMB 8878 as the iPhone 3GS.
21      Q.   Would that be the case for all variants of
22 the K48M?  By variants, I mean memory size, 16, 32,
23 64 gigabytes?
24      A.   That would be correct.
25      Q.   Do you see any others in this chart that

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 54

1  you can identify as containing one of the three
2  broadband processors in interrogatory number 72?
3     A.  I'm certain I could map them together.
4  It's possible I might make a mistake on one.  With
5  enough time or access I could figure it out
6  probably.
7     Q.  But those are the two you recall
8  immediately?
9     A.  Yes.
10    Q.  Now if you could turn back to interrogatory
11 number 72.  This is on page 6, the same list of
12 baseband processors.  As you sit here, do you know
13 whether any iPhone, iPad products contain a baseband
14 processor other than the three listed here?
15    A.  No, not to my knowledge.
16    Q.  Thank you.  You can set Exhibits 4 and 5
17 aside.  I would like to mark Exhibit 6.
18       (Exhibit No. 6 was marked for
19 identification.)
20 BY MR. FITCH:
21    Q.  The court reporter has just marked
22 Exhibit 6, which is a document bearing Bates number
23 APL794-F0000001397 through APL794-F0000001581.  It's
24 a 185-page document with an https address at the
25 top, and it says "Production Released."