1 | MICHAEL B. LEVIN (SBN: 172329)
mlevin@wsgr.com
2 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 | 650 Page Mill Road
Palo Alto, CA 94304-1050
4 | Telephone: (650) 493-9300
Facsimile: (650) 565-5100
5
Attorneys for Non-Parties
6 | INTERDIGITAL HOLDINGS, INC.,
INTERDIGITAL TECHNOLOGY
7 | CORPORATION, and IPR LICENSING, INC.

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12 | APPLE INC., a California Corporation, ) CASE NO.: 11-CV-01846-LHK
)
13 | Plaintiff, ) **[PROPOSED] ORDER GRANTING**
) **MOTION BY NON-PARTIES**
14 | v. ) **INTERDIGITAL HOLDINGS, INC.,**
) **INTERDIGITAL TECHNOLOGY**
15 | SAMSUNG ELECTRONICS CO., LTD., a ) **CORPORATION, AND IPR**
Korean corporation; SAMSUNG ) **LICENSING, INC. TO SEAL**
16 | ELECTRONICS AMERICA, INC., a New York ) **PATENT LICENSE AGREEMENT**
corporation; SAMSUNG ) **WITH APPLE INC.**
17 | TELECOMMUNICATIONS AMERICA, LLC, a )
Delaware limited liability company, )
18 )
Defendants. )
19 )
)
20 )
)
21 _____ )

22

23 The Court has considered the papers and evidence presented in connection with the

24 Motion by Non-Parties InterDigital Holdings, Inc., InterDigital Technology Corporation, and

25 IPR Licensing, Inc. (collectively, "InterDigital") to seal the Patent License Agreement with

26 Apple Inc. ("InterDigital's Motion to Seal the Apple PLA"). The Court has determined that, in

27 light of the declaration of Ranae McElvaine filed by InterDigital in support of its motion, good

28

1  cause exists for sealing the Patent License Agreement between InterDigital Technology
2  Corporation, IPR Licensing, Inc., and Apple Inc.
3      The motion is hereby GRANTED.
4      The Patent License Agreement between InterDigital Technology Corporation, IPR
5  Licensing, Inc., and Apple Inc. shall remain under seal in full.
6  IT IS SO ORDERED.

8  Dated: March ____, 2013

   PAUL S. GREWAL
10 United States Magistrate Judge