MICHAEL B. LEVIN (SBN: 172329)
mlevin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Non-Parties
INTERDIGITAL HOLDINGS, INC.,
INTERDIGITAL TECHNOLOGY
CORPORATION, and IPR LICENSING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 11-CV-01846-LHK<br><br>**DECLARATION OF CORINA I. CACOVEAN IN SUPPORT OF MOTION BY NON-PARTIES INTERDIGITAL HOLDINGS, INC., INTERDIGITAL TECHNOLOGY CORPORATION, AND IPR LICENSING, INC. TO SEAL PATENT LICENSE AGREEMENT WITH APPLE INC.**<br><br>Date: TBD<br>Courtroom: 5, 4th Floor<br>**Magistrate: Paul S. Grewal** |

I, Corina I. Cacovean, declare as follows:

1.      I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for third parties InterDigital Holdings, Inc., InterDigital Technology Corporation, and IPR Licensing, Inc. (collectively "InterDigital"). I submit this declaration in support of InterDigital's administrative motion to seal the Patent License Agreement between InterDigital Technology Corporation, IPR

-1-
CACOVEAN DECL. ISO INTERDIGITAL'S MOT'N FOR AN ORDER SEALING AGREEMENT WITH APPLE INC.
Case No. 11-CV-01846-LHK

1  Licensing, Inc., and Apple ("the Apple PLA").  I have personal knowledge of the facts stated
2  herein.  If called as a witness I could and would competently testify as follows.
3        2.      InterDigital learned from a letter sent by Apple's counsel on February 12, 2013
4  that this Court, by Magistrate Judge Grewal's Order dated February 1, 2013, denied without
5  prejudice Apple's request to maintain the Apple PLA under seal in its entirety.
6        3.      InterDigital is aware of Apple's Renewed Motion to Seal filed on February 15,
7  2013 that seeks, among other things, that Apple's agreements with third parties, including
8  InterDigital, be sealed in full.  *See* Dkt. No. 2228 at 7-10.  InterDigital also understands that
9  Apple requested that the Court defer ruling on Apple's motion, at least with respect to third party
10 information, for an additional two weeks in order to afford the third parties an opportunity to
11 make a submission to the Court.  *Id*. at 10.
12       4.      This Court has previously allowed Apple to seal license agreements attached to
13 non-dispositive motions in full.  *See* 8/9/2012 Order (Dkt. 1649) at 16.  In addition to the highly
14 confidential "pricing terms, royalty rates, and minimum payment terms," *id.* at 10, license
15 agreements also "contain a whole host of terms (e.g. termination conditions, side-agreements,
16 waivers) that are irrelevant to matters in this litigation" and "disclosure of these full documents
17 could result in significant competitive harm to the licensing parties as it would provide insight
18 into the structure of their licensing deals, forcing them into an uneven bargaining position in
19 future negotiations." *Id.* at 16.
20     I declare under penalty of perjury under the laws of the United States that the foregoing is
21 true and correct.
22     Executed in San Francisco, California on the 1st day of March, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

    /s/ Corina I. Cacovean
       Corina I. Cacovean

Attorneys for Non-Parties
INTERDIGITAL HOLDINGS, INC.,
INTERDIGITAL TECHNOLOGY
CORPORATION, and IPR LICENSING, INC.