QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S NOTICE OF PARTIAL WITHDRAWAL OF RENEWED MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 2231)** |

1    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-7(e), having met and
2 conferred with counsel for third-party MERL, Samsung Electronics Co., Ltd., Samsung
3 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
4 "Samsung") hereby partially withdraw their Renewed Administrative Motion to File Documents
5 Under Seal (Dkt. No. 2231).   Samsung no longer moves to seal:

- Exhibit 6 to the Declaration of Marc Pernick in Support of Apple's Motion to Strike Samsung's Experts Based on Undisclosed Facts and Theories (Dkt. No. 939) ("Exhibit 6").

In its February 1, 2013 Order, the Court found that certain portions of Exhibit 6 may be sealed under the "good cause" standard since they contain third-party MERL's source code references.   (Dkt. No. 2222 at 24.)   Subsequently, Samsung moved to seal only the source code references included in Exhibit 6.   (Dkt. No. 2231 at 5.)   However, third-party MERL has now confirmed that it no longer considers any portion of Exhibit 6 confidential.

DATED: March 4, 2013                    Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  By */s/ Victoria F. Maroulis*
    Charles K. Verhoeven
    Kathleen M. Sullivan
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Susan R. Estrich
    Michael T. Zeller
    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC