MARC MORRIS (SBN 183728)
mmorris@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

Attorneys for Non-Party Rovi Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846 LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING ROVI CORP.'S COMBINED MOTION FOR (1) LEAVE TO INTERVENE FOR THE LIMITED PURPOSE OF SEALING PORTIONS OF ITS TRADE SECRET/CONFIDENTIAL LICENSE AND (2) GRANTING ORDER TO SEAL SAID INFORMATION**<br><br>**(RE: DOCKET NOS. 600, 613, 781, 782, 801, 819, 857, 934, 939, 965, 984, 986, 987, 990, 994, 996, 1041, 1044, 1047, 1056, 1067, 1074, 1088, 2149)**<br><br>Date:    August 1, 2013<br>Time:   1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>            [Honorable Lucy H. Koh] |

---

Case No. 11-CV-01846 LHK (PSG)        [PROPOSED] ORDER GRANTING ROVI CORP.'S
                                      MOTION FOR LEAVE TO INTERVENE AND TO FILE
                                                                     UNDER SEAL

866470

1  On March 14, 2013, non-party Rovi Corp. filed its combined motion for leave to intervene for the limited purpose of sealing portions of its trade secret/confidential license and to seal that information ("Rovi's Motion").

Rovi's Motion is GRANTED. Consistent with and to the extent described in Rovi's Motion:

(1) Rovi's Motion for Leave to Intervene for the Limited Purpose of Sealing Portions of Its Trade Secret/Confidential Information is GRANTED; and

(2) Rovi's Motion to Seal said Trade Secret/Confidential information is GRANTED - the document at issue may be filed under seal.

IT IS SO ORDERED.

DATED: _____, 2013

_____
Honorable Lucy H. Koh
United States District Court Judge

McKool Smith Hennigan, P.C.
Los Angeles, California

-1-

Case No. 11-CV-01846 LHK (PSG)   [PROPOSED] ORDER GRANTING ROVI CORP.'S MOTION FOR LEAVE TO INTERVENE AND TO FILE UNDER SEAL

866470

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

          */s/ Sylvia A. Berson*
          Sylvia A. Berson

866470