1  MARC MORRIS (SBN 183728)
   mmorris@mckoolsmithhennigan.com
2  MCKOOL SMITH HENNIGAN, P.C.
   865 South Figueroa Street, Suite 2900
3  Los Angeles, California 90017
   Telephone:   (213) 694-1200
4  Facsimile:   (213) 694-1234

5  Attorneys for Non-Party Rovi Corp.

6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION

11  APPLE INC., a California corporation   )   Case No.:  11-CV-01846 LHK (PSG)
                                           )
12                           Plaintiff,    )
                                           )   **MANUAL FILING NOTIFICATION**
13           v.                            )
                                           )   **Exhibit A: Un-redacted Rovi License**
14  SAMSUNG ELECTRONICS CO. LTD.,          )   **[With Highlighted Designations**
    a Korean business entity; SAMSUNG      )   **Showing Proposed Redactions]**
15  ELECTRONICS AMERICA, INC., a           )
    New York corporation; SAMSUNG          )   **Exhibit B: Proposed Redacted Rovi**
16  TELECOMMUNICATIONS AMERICA,            )   **License**
    LLC, a Delaware limited liability      )
17  company,                               )
                                           )
18                           Defendants.   )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21  _____

22
23
24
25
26
27
28

Case No. 11-CV-01846 LHK (PSG)                                    MANUAL FILING NOTIFICATION
870279

# MANUAL FILING NOTIFICATION

Regarding: **Exhibits A and B to Non-Party Rovi Corp's Motion for (1) Leave to Intervene For the Limited Purpose of Sealing Portions of Its Trade Secret/Confidential License And (2) To Seal Said Information**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description):

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[**X**] Items Under Seal  [Exhibits A and B]

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description):

DATED:  March 13, 2013                          MCKOOL SMITH HENNIGAN, P.C.


                                                By_____/S/ *Marc Morris*_____
                                                         Marc Morris

                                                Attorneys for Non-Party Rovi Corp.

-1-

Case No. 11-CV-01846 LHK (PSG)                                    MANUAL FILING NOTIFICATION
870279

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

                                                */s/ Sylvia Berson*
                                                     Name

McKool Smith Hennigan, P.C.
Los Angeles, California

870279