MARC MORRIS (SBN 183728)
mmorris@mckoolsmithhennigan.com
McKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

Attorneys for Non-Party Rovi Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation<br><br>                              Plaintiff,<br><br>             v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>a Korean business entity; SAMSUNG<br>ELECTRONICS AMERICA, INC., a<br>New York corporation; SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br>LLC, a Delaware limited liability<br>company,<br><br>                              Defendants. | Case No.:  11-CV-01846 LHK (PSG)<br><br>**PROOF OF SERVICE**<br><br>**[Exhibits A and B Filed Under Seal<br>Pursuant to Protective Order]** |

McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On **March 14, 2013**, I served the foregoing document described as **EXHIBIT A (UNREDACTED ROVI LICENSE WITH HIGHLIGHTED DESIGNATIONS SHOWING REDACTIONS PROPOSED BY ROVI) AND EXHIBIT B (PROPOSED REDACTED ROVI LICENSE) [FILED UNDER SEAL  PURSUANT TO PROTECTIVE ORDER]** on the interested parties in this action follows:

☐      by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒      by electronic transmission.  I caused the document(s) listed above to be transmitted by electronic mail to the individuals on the service list as set forth below.

☐      by placing the document listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for Delivery.

| | |
|---|---|
| Harold J. McElhinny<br>Michael A. Jacobs<br>Rachel Krevans<br>Jennifer Lee Taylor<br>Richard Hung<br>Morrison & Foerster LLP<br>425 Market St.<br>San Francisco, CA 94105<br><br>Email:  hmcelhinny@mofo.com<br>      mjacobs@mofo.com<br>      rkrevans@mofo.com<br>      jtaylor@mofo.com<br>      rhung@mofo.com<br><br>***Attorneys for Apple, Inc.*** | Kathleen Sullivan<br>kathleensullivan@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Ave. 22nd Flo<br>NY NY 10022<br><br>Scott B. Kidman<br>Albert P. Bedecarre<br>Anthony Paul Alden<br>Brett Dylan Proctor<br>Brian E. Mack<br>Diane Hutnyan<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S Figueroa St 10th Fl<br>Los Angeles, CA 90017<br><br>Email: kathleensullivan@quinnemanuel.com<br>      scottkidman@quinnemanuel.com<br>      albedecarre@quinnemanuel.com<br>      anthonyalden@quinnemanuel.com<br>      dylanproctor@quinnemanuel.com<br>      brianmack@quinnemanuel.com<br>      dianehutnyan@quinnemanuel.com<br><br>***Attorneys for Samsung Electronics Co. Ltd.*** |

McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CALIFORNIA

870576

1

2      I am readily familiar with the firm's practice of collection and processing correspondence

3  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

4  motion of the party served, service is presumed invalid if postal cancellation date or postal meter
date is more than one day after date of deposit for mailing in affidavit.

5

6      Executed on **March 14, 2013** at Los Angeles, California.

7      I declare under penalty of perjury under the laws of the United States of America that the
above is true and correct.

8

9



10                                                       */s/ Sylvia Berson*
                                                              Name

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

870576