UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER DENYING MOTION TO SEAL DOCUMENTS RE: APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Before the Court is Apple Inc.'s Administrative Motion to File Documents Under Seal: Re Apple's Response to Samsung's Motion for Reconsideration Regarding Slides 11-19. *See* ECF No. 1487. Apple Inc. filed this motion in accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62. Specifically, Apple Inc. seeks to seal the Declaration of Jason R. Bartlett in Support of Apple's Response to Samsung's Motion for Reconsideration Regarding Slides 11-19 ("Bartlett. Decl.") and Exhibits 1-3 to the Bartlett Decl. because they contain information that Samsung has designated as highly confidential.

Civil Local Rule 79-5(d) governs motions to seal documents designated as confidential by another party. It requires that "the designating party must file with the Court and serve a

declaration establishing that the designated information is sealable" within seven days of the motion. Samsung did not file a declaration establishing why the Bartlett Decl. and Exhibits 1-3 to this declaration should be filed under seal. Accordingly, this motion to seal is DENIED without prejudice.

      Apple Inc. may file a renewed motion to seal within two weeks of the date of this Order. Before doing so, the parties shall meet and confer to determine whether Samsung continues to believe that it is actually necessary to maintain these documents under seal.

**IT IS SO ORDERED.**

Dated: March 17, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01846-LHK
ORDER DENYING MOTION TO SEAL DOCUMENTS RE: APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION