HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94015
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

WILLIAM F. LEE
(Admitted *Pro Hac Vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:     (617) 526-6000
Facsimile:`     (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 858-6000
Facsimile:     (650) 858-6100

Attorney for Plaintiff and
Counterclaim-Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FROM REMOVAL OF SERVICE LIST** |

1    PLEASE TAKE NOTICE that Michael Saji of WILMER CUTLER PICKERING HALE
2 AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in the
3 above-captioned matter.  Additionally, the undersigned request that he be removed from the
4 service list of Plaintiff's counsel.

Dated:  March 18, 2013        WILMER CUTLER PICKERING HALE
           AND DORR LLP

By:  /s/Michael Saji
    Michael Saji (*Pro Hac Vice*)
    60 State Street
    Boston, MA  02109
    Telephone:  (617) 526-6813
    Facsimile:   (617) 526-5000

Attorney for Plaintiff and Counterclaim-Defendant
APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 18, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

       /s/ Mark D. Selwyn
      Mark D. Selwyn

-2-