| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>jtaylor@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

I, Michael A. Jacobs, do hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion Seeking an April 3 Case Management Conference. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. On March 8 and 11, I held telephone conferences with Samsung's counsel to meet and confer about appropriate proceedings in light of the Court's March 1, 2013 order. We have also exchanged multiple e-mails over the same period to address the same topics. During these discussions, I conveyed Apple's belief that the March 1 Order re Damages is not itself appealable. Based on a recent e-mail in which Samsung informed Apple that it will "not be seeking relief from Court under 1292(b)," Samsung apparently agrees. I further conveyed Apple's belief that, were the Court to certify the new trial order for interlocutory review, the likely result would be a remand without a substantive decision, thereby delaying a conclusion to these proceedings. The parties have exchanged cases on appealability and Apple has provided a draft of a written statement reflecting its analysis.

3. On Saturday, March 16, Samsung indicated that it will file a motion that seeks entry of partial judgment under Rule 54(b). Apple believes that attempting appellate review through that vehicle would also likely lead only to a remand with no substantive decision, and hence will oppose such a motion. Apple intends to file its response as quickly as possible without waiting for the expiration of normal motion deadlines.

4. In the course of the meet and confer process, Apple asked Samsung to agree to request a prompt case management conference and provided to Samsung a draft of a joint statement as contemplated by local Rule 16-10(d). Samsung declined a conference until no earlier than late April, declined to file a joint statement, and declined to discuss a schedule for a new trial or how a new trial will proceed, even assuming that appellate review is not possible, labeling all such discussions "premature."

5. Based on our review of publicly available information, we have determined that since the completion of the trial in this case, Samsung introduced the Galaxy S II (Net10 and Straight Talk) smartphone that is depicted in Apple's Administrative Motion.

Dated: March 18, 2013     By: /s/ Michael A. Jacobs
                              MICHAEL A. JACOBS