HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

1  By administrative motion, Plaintiff Apple Inc. has requested a case management
2  conference on April 3 to address issues arising out of the Court's March 1 Order re: Damages,
3  with joint statements to be filed seven days in advance on March 27, 2013.
4  For good cause shown, the Court ORDERS that:
5  1. The Court will hold a Case Management Conference on April 3, 2012.
6  2. The parties shall file a Joint Case Management Statement on March 27, 2013.
7  3. In the statement, the parties shall address the schedule and parameters for a new
8  trial on remaining damages issues assuming the Court determines that such a trial
9  should take place in the coming months.

**IT IS SO ORDERED.**

Dated: _____, 2013   By: _____
                                         HONORABLE LUCY H. KOH
                                         UNITED STATES DISTRICT COURT
                                                    JUDGE

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOT. FOR APRIL 3 CMC
CASE NO. 11-CV-01846-LHK (PSG)
pa-1579118

1