UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ENTRY OF PARTIAL JUDGMENT PURSUANT TO RULE 54(b) AND FOR STAY PENDING APPEAL** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Entry of Partial Judgment Pursuant to Rule 54(b) ("Motion for Entry of Partial Judgment") and for Stay Pending Appeal ("Motion for Stay.")   The motion has been fully briefed and oral argument has been held.

Having considered the arguments of the parties and the papers submitted, Samsung's Motion for Entry of Partial Judgment is GRANTED.   The Court finds that it has finally adjudicated Apple's claims as to the Fascinate, Galaxy Ace, Galaxy S (i9000), Galaxy S 4G,

1  Galaxy SII (Epic 4G Touch), Galaxy SII (i9100), Galaxy S Showcase (i500), Galaxy SII
2  (Skyrocket), Galaxy SII (T-Mobile), Galaxy Tab 10.1 (WiFi), Galaxy Tab 10.1 (4G LTE),
3  Intercept, Mesmerize and Vibrant products; and Samsung's counterclaims.   There is no just
4  reason for delay with respect to the appeal of these claims.   The entry of partial final judgment
5  would promote judicial efficiency and economy by allowing the parties and the Court to obtain the
6  benefit of the Federal Circuit's holdings on issues that could materially affect the necessity for and
7  scope and contours of the partial new trial that the Court has ordered.

Furthermore, having considered the arguments of the parties and the papers submitted, Samsung's Motion for Stay Pending Appeal is GRANTED.

**IT IS SO ORDERED.**

DATED:   _____, 2013

_____
HONORABLE LUCY H. KOH
United States District Court Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK-PSG
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ENTRY OF PARTIAL JUDGMENT PURSUANT TO RULE 54(b) AND FOR STAY PENDING APPEAL**