[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

CASE NO. 11-cv-01846-LHK (PSG)

**STIPULATION AND [PROPOSED] ORDER REGARDING SAMSUNG'S MOTION FOR ENTRY OF PARTIAL JUDGMENT PURSUANT TO RULE 54(b) AND FOR STAY PENDING APPEAL**

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co, Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding the schedule for briefing Samsung's Motion for Entry of Partial Judgment Pursuant to Rule 54(b) and for Stay Pending Appeal;

WHEREAS Samsung intends to file a motion asking the court to enter partial judgment pursuant to Rule 54(b) and to stay further proceedings pending appeal;

WHEREAS the parties have agreed on a shortened briefing schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1) Samsung shall file its moving papers on March 18, 2013;

2) Apple shall file its opposition papers on March 26, 2013;

3) Samsung shall file its reply brief on March 29, 2013; and

4) The hearing will be held at the Court's convenience.[1]

IT IS SO STIPULATED.

---

[1] Apple suggests that the motion be heard on April 3, 2013, the same day of a case management conference that Apple is seeking. Due to the availability of its counsel, Samsung respectfully requests a hearing on April 24, 2013.

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: March __, 2013

The Honorable Lucy H. Koh
United States District Judge

Dated: March 18, 2013

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By: *\/s/ Michael A. Jacobs*
Michael A. Jacobs

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

Dated: March 18, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By: */s/ Victoria Maroulis*
Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard S.J. Hung

*/s/ Victoria Maroulis*