HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

1   I, Michael A. Jacobs, do hereby declare as follows:

2   1.   I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion Seeking an April 3 Case Management Conference. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

3   2.   On March 8 and 11, I held telephone conferences with Samsung's counsel to meet and confer about appropriate proceedings in light of the Court's March 1, 2013 order. We have also exchanged multiple e-mails over the same period to address the same topics. During these discussions, I conveyed Apple's belief that the March 1 Order re Damages is not itself appealable. Based on a recent e-mail in which Samsung informed Apple that it will "not be seeking relief from Court under 1292(b)," Samsung apparently agrees. I further conveyed Apple's belief that, were the Court to certify the new trial order for interlocutory review, the likely result would be a remand without a substantive decision, thereby delaying a conclusion to these proceedings. The parties have exchanged cases on appealability and Apple has provided a draft of a written statement reflecting its analysis.

4   3.   On Saturday, March 16, Samsung indicated that it will file a motion that seeks entry of partial judgment under Rule 54(b). Apple believes that attempting appellate review through that vehicle would also likely lead only to a remand with no substantive decision, and hence will oppose such a motion. Apple intends to file its response as quickly as possible without waiting for the expiration of normal motion deadlines.

5   4.   In the course of the meet and confer process, Apple asked Samsung to agree to request a prompt case management conference and provided to Samsung a draft of a joint statement as contemplated by local Rule 16-10(d). Samsung declined a conference until no earlier than late April, declined to file a joint statement, and declined to discuss a schedule for a new trial or how a new trial will proceed, even assuming that appellate review is not possible, labeling all such discussions "premature."

JACOBS DECL. ISO APPLE'S ADMINISTRATIVE MOT. FOR APRIL 3 CMC
CASE NO. 11-CV-01846-LHK (PSG)
pa-1579112

1

5. Based on our review of publicly available information, we have determined that since the completion of the trial in this case, Samsung introduced the Galaxy S II (Net10 and Straight Talk) smartphone that is depicted in Apple's Administrative Motion.

Dated: March 18, 2013           By: /s/  Michael A. Jacobs
                                     MICHAEL A. JACOBS