QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATION MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

1    In accordance with Northern District of California Civil L. R. 7-11, Samsung Electronics

2    Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

3    (collectively "Samsung") respectfully move the Court for leave to increase from 5 to 10 pages the

4    page limit for Samsung's Opposition to Apple's Administrative Motion Seeking an April 3 Case

5    Management Conference, due March 22, 2013.   Apple has informed Samsung that it takes no

6    position on this request.   Becher Decl. ¶ 5.

7    In response to this Court's Order Re: Damages filed March 1, 2013, Dkt. 2271, the parties

8    made two filings on March 18, 2013:   Samsung filed a motion for partial final judgment under

9    Federal Rule of Civil Procedure 54(b) and for stay of any new trial pending resolution of appeals

10   from that judgment, Dkt. 2281, while Apple filed a motion seeking to proceed to an immediate

11   new trial on damages, Dkt. 2280, 2283.

12   These two filings are now subject to different briefing schedules and page lengths given

13   Apple's decision to file its motion as a Motion for Administrative Relief under Local Rule 7-11.

14   By rule, Samsung must respond to Apple's motion within 4 days and 5 pages.   By contrast,

15   Apple's opposition to Samsung's motion can be up to 25 pages under Local Rule 7-2(b) and is due

16   by March 26, 2013 by stipulation.   Dkt. 2282.   Samsung had asked Apple to agree that its motion

17   would proceed on the same stipulated schedule as Samsung's motion, but Apple would not agree.

18   Becher Decl. ¶¶ 3-4.

19   Samsung respectfully submits that Apple's motion, which involves fundamental questions

20   involving the scope and timing of any new trial, is not a proper use of the Rule governing Motions

21   for Administrative Relief, which may address "miscellaneous administrative matters," such as

22   "motions to exceed otherwise applicable page limitations or motions to file documents under seal,

23   for example."   Local Rule 7-11.   Samsung informed Apple of these objections to Apple's use of

24   this procedure for such a substantive motion before Apple filed its motion.   Becher Decl. ¶ 4.

25   Because Apple has filed in this manner, and has included in its supposed administrative

26   motion substantive objections to Samsung's motion for partial final judgment under Rule 54(b),

27   Samsung respectfully requests that it be allotted 10 pages for response.   Samsung needs these

28   extra pages to set forth (1) its response to Apple's opposition to partial final judgment, (2) its

1   objections to the scope of and procedures for any new trial that Apple has proposed, including

2   procedures for additional discovery, expert reports, and motion practice, and (3) its position that, if

3   the Court declines to enter the partial final judgment and stay that Samsung has requested, and

4   instead sets the case for immediate new trial, the Seventh Amendment would require that the new

5   jury retry certain liability issues along with the damages issues that are subject to the Court's new

6   trial order.   *See, e.g., Gasoline Products Co. v. Champlin Ref. Co.*, 283 U.S. 494, 500-501 (1931)

7   (a "partial new trial…may not properly be resorted to unless it clearly appears that the issue to be

8   retried is so distinct and separable from the others that a trial of it alone may be had without

9   injustice.   Here the question of damages on the counterclaim is so interwoven with that of liability

10  that the former cannot be submitted to the jury independently of the latter without confusion and

11  uncertainty, which would amount to a denial of a fair trial.") (citations omitted); *Hasbrouck v.*

12  *Texaco, Inc.*, 663 F.2d 930, 934 (9th Cir. 1981) (requiring retrial of liability with damages in light

13  of "the overlap between proof of injury for liability purposes and for damage calculation

14  purposes").   Discussion of these issues requires more than the 5 pages that the Local Rules allot

15  for administrative motions in order to be helpful the Court.

16          Accordingly, Samsung respectfully requests that the Court allow it to file an opposition to

17  Apple's Motion for Administrative Relief that is up to 10 pages long.

18  DATED: March 20, 2013                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
19

20

21                                           By   /s/ Victoria F. Maroulis
                                                  Charles K. Verhoeven
22                                                Kathleen M. Sullivan
                                                  Kevin P.B. Johnson
23                                                Victoria F. Maroulis
                                                  Susan R. Estrich
24                                                Michael T. Zeller
25                                                Attorneys for SAMSUNG ELECTRONICS
                                                  CO., LTD., SAMSUNG ELECTRONICS
26                                                AMERICA, INC., and SAMSUNG
                                                  TELECOMMUNICATIONS AMERICA, LLC
27

28