QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT IN SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATION MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

I, Robert J. Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Starting on March 7, 2013, counsel for Samsung and Apple began to discuss this Court's encouragement in its *Order re: Damages* (Dkt. 2271) that the parties to seek appellate review before any new trial. *Id.* at 26. During the course of these discussions, Samsung proposed that the parties jointly seek partial final judgment under Federal Rule of Civil Procedure 54(b) and a stay of the remaining issues pending appeal. Apple proposed that there be no immediate appeals and that the ordered new trial take place promptly. These discussions took place, both orally and by email, over the course of several days between March 7 and 16, 2013.

3. On March 15, 2013, Apple proposed that the parties file a joint statement in which Apple would express its view that there should be an immediate new trial subject to certain limitations, while Samsung would express its view that the Court should enter partial final judgment. On March 16, 2013, Samsung suggested the parties instead proceed by way of separate motions to be filed on March 18, 2013, and to proceed on a stipulate briefing schedule. Attached hereto as Exhibit A is a true and correct copy of Apple's email to Samsung dated March 15, 2013, attaching Apple's draft of the proposed joint statement. Attached hereto as Exhibit B is a true and correct copy of Samsung's responsive email dated March 16, 2013.

4. In its March 16 email, Samsung proposed a briefing and hearing schedule for the parties' two motions. Apple responded first that it requested an extra day (for a total of 8) to oppose Samsung's motion, and second that its filing would be styled as a Motion for Administrative Relief as to which no briefing schedule stipulation was required. Samsung replied that it was improper for Apple to employ that procedure in this context. Attached hereto as Exhibit C is a true and correct

1  copy of this email chain exchanged between the parties on March 16-18, 2013.

2      5.    After Apple filed its "Administrative Motion Seeking an April 3 Case Management Conference," Dkt. 2280, 2283, Samsung contacted counsel for Apple to request an additional 5 pages to respond to Apple's motion.  Apple indicated that it takes no position on this request. Attached herewith as Exhibit D is a true and correct copy of emails exchanged between the parties on March 19 and 20, 2013.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true.  Executed on this 20th day of March in Los Angeles, California.

                    */s/Robert J. Becher*
                      Robert J. Becher

02198.51855/5224080.3

-2-    Case No. 11-cv-01846-LHK (PSG)
BECHER DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5.1(i), I hereby attest that Robert Becher has concurred in this filing.

Dated: March 20, 2013                                             */s/ Victoria Maroulis*