# Victoria Maroulis

| | |
|---|---|
| **From:** | Jacobs, Michael A. [MJacobs@mofo.com] |
| **Sent:** | Friday, March 15, 2013 12:41 AM |
| **To:** | Victoria Maroulis; Kevin Johnson |
| **Cc:** | Olson, Erik J.; Hung, Richard S. J. |
| **Subject:** | Apple v Samsung -- Additional Damages Proceedings |
| **Attachments:** | ATT10429.DOC |

Vicki, Kevin,

As I foreshadowed for you earlier, we think the best way to move our discussions of a possible appeal or new trial on damages forward is to prepare a joint statement we would submit to the Court.

We took your informal proposal and reacted to it here. If you wish us to respond to something else, please let us know.

Please send us your proposed statement so we can work together on a joint submission. We aim to be on file next Wednesday, so if we can get your statement by Sunday evening, we can both have a couple of days to make sure our submissions meet other's arguments.

We will be looking at this further ourselves and will let you know if we tweak it in a particular direction.

Michael

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------