UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[~~PROPOSED~~] **ORDER GRANTING SAMSUNG'S MOTION TO EXCEED PAGE LIMIT FOR SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATION MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to Exceed Page Limit for Samsung's Opposition to Apple's Administrative Motion Seeking an April 3 Case Management Conference ("Samsung's Motion to Exceed Page Limit").

Having considered the arguments of the parties and the papers submitted, Samsung's Motion to Exceed Page Limit is GRANTED. Samsung shall be permitted to file an Opposition to Apple's Administrative Motion Seeking an April 3 Case Management Conference that is up to 10 pages in length.

1

2      **IT IS SO ORDERED.**

3

4   DATED:  __March 22_____, 2013

5

6                                    _Lucy H. Koh_____
7                                    HONORABLE LUCY H. KOH
                                     United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.5185

-2-                     Case No. 11-cv-01846-LHK-PSG
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO EXCEED PAGE LIMIT**