QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATIVE MOTION SEEKING APRIL 3 CASE MANAGEMENT CONFERENCE** |

**DECLARATION OF ROBERT J. BECHER**

I, Robert J. Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. On March 15, 2013, Apple proposed that the parties file a joint statement in which Apple would express its view that there should be an immediate new trial subject to certain limitations, while Samsung would express its view that the Court should enter partial final judgment. Attached hereto as Exhibit A is a true and correct copy of Apple's draft of its portion of a proposed joint statement that Apple emailed to Samsung on March 15, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed on this 22nd day of March in Los Angeles, California.

                                               */s/Robert J. Becher*
                                               Robert J. Becher

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this declaration. In compliance with Local Rule 5.1(i), I hereby attest that Robert Becher has concurred in this filing.

Dated: March 22, 2013                                         */s/ Victoria Maroulis*