UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

Apple Inc. has filed an Administrative Motion Seeking An April 3 Case Management Conference. Dkt. 2283.

Having considered the arguments of the parties and the papers submitted, Apple's Administrative Motion Seeking An April 3 Case Management Conference is DENIED.

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
HONORABLE LUCY H. KOH
United States District Court Judge