HAROLD J. MCELHINNY (CA SBN 66781)  
hmcelhinny@mofo.com  
MICHAEL A. JACOBS (CA SBN 111664)  
mjacobs@mofo.com  
RACHEL KREVANS (CA SBN 116421)  
rkrevans@mofo.com  
ERIK OLSON (CA SBN 175815)  
jtaylor@mofo.com  
MORRISON & FOERSTER LLP  
425 Market Street  
San Francisco, California 94105-2482  
Telephone: (415) 268-7000  
Facsimile: (415) 268-7522  

WILLIAM F. LEE  
william.lee@wilmerhale.com  
WILMER CUTLER PICKERING  
HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Telephone: (617) 526-6000  
Facsimile: (617) 526-5000  

MARK D. SELWYN (SBN 244180)  
mark.selwyn@wilmerhale.com  
WILMER CUTLER PICKERING  
HALE AND DORR LLP  
950 Page Mill Road  
Palo Alto, California 94304  
Telephone: (650) 858-6000  
Facsimile: (650) 858-6100  

Attorneys for Plaintiff and  
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S UNOPPOSED MOTION FOR LEAVE TO FILE ONE-PAGE REPLY SUPPORTING ITS ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

APPLE'S UNOPPOSED MOT. TO FILE REPLY ISO ADMINISTRATIVE MOT. FOR APRIL 3 CMC  
CASE NO. 11-CV-01846-LHK (PSG)  
sf-3265061

**UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY BRIEF**

Apple applies, pursuant to Civil Local Rule 7-11, for leave to file a one-page reply brief in support of its Administrative Motion Seeking an April 3 Case Management Conference. Samsung does not oppose this request.  (*See* Jacobs Decl., ¶ 2.)

Apple's proposed reply brief focuses on the purpose of Apple's Motion—which requests that the Court hold a case management conference on April 3, with joint statements to be filed on March 27, 2013.  The reply shows that Samsung's lengthy Opposition does not engage Apple's straightforward request, and instead confirms the need for a case management conference by arguing Samsung's positions about the scope and procedures for the new trial required by the Court's March 1 Order re: Damages.  The reply further shows that April 3 is not too soon for a conference, as the Opposition makes clear that Samsung has developed its views about whether and how the case should proceed, and Samsung will have filed its reply on its motion for partial judgment by March 29.

The proposed reply does not respond to the substance of Samsung's arguments, which Apple will address in the meet and confer process and the parties' joint statements in connection with the case management conference.

The proposed reply is attached as Exhibit A.

Dated: March 24, 2013                    MORRISON & FOERSTER LLP

                                          By:   */s/ Michael. A. Jacobs*
                                                Michael A. Jacobs

                                          Attorneys for Plaintiff
                                          APPLE INC.