Exhibit A

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>jtaylor@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

1    Apple's motion is simple and straightforward:  It asks the Court to hold a case
2 management conference on April 3, with joint statements to be filed on March 27, 2013.
3    Samsung's lengthy opposition does not engage Apple's request.  Samsung does not assert
4 that a case management conference is inappropriate.  To the contrary, by arguing its positions
5 about the scope and procedures for the new trial required by the Court's March 1 Order re:
6 Damages, Samsung confirms the need for a conference.  And Samsung previously indicated that
7 it would agree to a conference, just not earlier than late April.  (*See* Dkt. No. 2283-1 ¶ 4.)
8    Nor can Samsung credibly take the position that April 3—over a month after the Court
9 issued its March 1 Order—is too soon.  Samsung clearly has developed its views about whether
10 and how the case should proceed, and it will have filed its reply on its motion for partial judgment
11 by March 29.  Samsung's preference for delay, which allows it to avoid the consequences of the
12 jury's verdict that was rendered eight months ago, is no reason for the Court to defer a conference
13 to determine how to proceed.
14    The procedures for a case management conference require the parties to meet and confer
15 about their respective positions and then present their areas of agreement and dispute in a joint
16 statement.  Thus, although Apple disagrees with many of the positions Samsung has now
17 articulated about the scope and procedures for a new trial, Apple will address those disagreements
18 in the meet and confer process and joint statement, not here.

Dated: March 24, 2013                MORRISON & FOERSTER LLP

                                     By:   */s/ Michael A. Jacobs*
                                           Michael A. Jacobs

                                           Attorneys for Plaintiff
                                           APPLE INC.

APPLE'S REPLY ISO ADMINISTRATIVE MOTION FOR APRIL 3 CASE MANAGEMENT CONFERENCE
CASE NO. 11-CV-01846-LHK (PSG)
sf-3264954