HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S UNOPPOSED MOTION TO FILE ONE-PAGE REPLY IN SUPPORT OF ITS ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

1      I, Michael A. Jacobs, do hereby declare as follows:

2      1.    I am a partner at the law firm of Morrison & Foerster LLP, attorneys of record in this action for plaintiff Apple Inc. ("Apple"). I submit this declaration in support of Apple's Unopposed Motion to File a One-Page Reply Supporting Its Administrative Motion Seeking an April 3 Case Management Conference. Unless otherwise indicated, I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

     2.    On March 23, I asked Samsung's counsel if Samsung would agree to Apple's filing a 1 to 1-1/2-page reply to Samsung's 10-page Opposition to Apple's Administrative Motion Seeking an April 3 Case Management Conference. Samsung's counsel responded that "Samsung does not oppose."

Executed this 24th day of March, 2013 at San Francisco, California.

                                         */s/ Michael A. Jacobs*
                                         MICHAEL A. JACOBS