1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S UNOPPOSED MOTION FOR LEAVE TO FILE ONE-PAGE REPLY SUPPORTING ITS ADMINISTRATIVE MOTION SEEKING AN APRIL 3 CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER GRANTING APPLE'S UNOPPOSED MOT. TO FILE REPLY ISO ADMIN. MOT. FOR APRIL 3 CMC
CASE NO. 11-CV-01846-LHK (PSG)
sf-3265090

1    Pursuant to Local Rule 11-7, Plaintiff Apple Inc. has requested leave to file a one-page
2 reply brief in support of its Administrative Motion Seeking an April 3 Case Management
3 Conference. Samsung does not oppose Apple's request.
4    For good cause shown, the Court ORDERS that Apple's Unopposed Motion for Leave to
5 File a One-Page Reply Supporting Its Administrative Motion Seeking an April 3 Case
6 Management Conference is GRANTED.
7    **IT IS SO ORDERED.**

Dated: _____, 2013

_____
HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S UNOPPOSED MOT. TO FILE REPLY ISO ADMIN. MOT. FOR APRIL 3 CMC
CASE NO. 11-CV-01846-LHK (PSG)
sf-3265090