HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MICHAEL A. JACOBS IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR ENTRY OF PARTIAL JUDGMENT PURSUANT TO RULE 54(B) AND FOR STAY PENDING APPEAL** |

1    I, Michael A. Jacobs, do hereby declare as follows:

2    1.    I am a partner with the law firm of Morrison & Foerster LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. ("Apple"). I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2.    Attached as **Exhibit 1** is a true and correct copy of Samsung's Motion Pursuant to Fed. R. Civ. P. 59(E) to Alter or Amend the Judgment in *Fractus, S.A. v. Samsung Electronics Co., Ltd.*, No. 09-cv-00203 (E.D. Tex. July 26, 2012).

3.    Attached as **Exhibit 2** is a true and correct copy of Complaint and Jury Demand in *Pellegrini v. Analog Devices, Inc.*, No. 02-cv-11562-RWZ (D. Mass. Aug. 1, 2002).

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 26th day of March 2013, at San Francisco, California.

Dated: March 26, 2013            By: ___/s/ Michael A. Jacobs_____
                                        Michael A. Jacobs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 26, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ *Michael A. Jacobs*
Michael A. Jacobs