| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER GRANTING NEW DAMAGES TRIAL ON GALAXY SII AT&T AND INFUSE 4G** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

APPLE'S MOT. FOR LEAVE TO FILE FOR RECONSIDERATION OF NEW TRIAL ON GALAXY SII AT&T AND INFUSE 4G
CASE NO. 11-CV-01846-LHK (PSG)
sf-3258058

Contemporaneous with this filing, Apple has opposed Samsung's request for entry of judgment pursuant to Rule 54(b). If despite that opposition, the Court intends to enter a judgment pursuant to Rule 54(b), Apple moves pursuant to Civil Local Rule 7-9(a) for leave to file a motion for partial reconsideration of the Court's March 1 Order (Dkt. 2271) and for reinstatement of the jury award of $85,287,330 for the Galaxy S II AT&T and Infuse 4G, two of the Samsung products for which the Court ordered a new trial on damages. Apple seeks leave to move for partial reconsideration pursuant to Local Rule 7-9(b)(3), for the reasons explained below.

The Court ordered a new trial because it believed that at least some sales of these products came before Apple's April 15, 2011 complaint, which the Court held gave Samsung notice of its infringement of the D'677 Patent. (Dkt. 2271 at 22:23-24.) In fact, Samsung stipulated in the pretrial order that all sales of the Galaxy S II and Infuse 4G began *after* April 15, 2011. (Dkt. 1189 at 11-12.) As the Court recognized, notice in the complaint gave Apple a right to recover Samsung's profits from sales of these two products after this date. Apple's opposition at pages 15 to 17 includes further discussion of the basis for and undisputed facts supporting Apple's request. To the extent that the Court now confirms the jury's verdict for the Galaxy S II AT&T and Infuse 4G pursuant to this motion, supplemental damages should also be added for the Galalxy S II AT&T in light of the March 22, 2013 Declaration of Corey Kerstetter, confirming that additional sales of a version of this model occurred after the jury entered its verdict. (Dkt. No. 2286 ¶¶ 4-5.) Reconsideration of the new trial on these products is warranted under Civil Local Rule 7-9(b)(3) due to the error regarding the date of first sale for these products in light of stipulated facts.

Accordingly, Apple respectfully requests that the Court grant Apple leave to file a motion for reconsideration and that the Court reconsider its March 1 Order as to these two products, reinstate the jury award of $40,494,356 for the Galaxy SII AT&T, and $44,792,974 for the Infuse 4G and calculate supplemental damages for the Galaxy S II AT&T.

APPLE'S MOT. FOR LEAVE TO FILE FOR RECONSIDERATION OF NEW TRIAL ON GALAXY SII AT&T AND INFUSE 4G
CASE NO. 11-CV-01846-LHK (PSG)
sf-3258058

1

1 | Dated: March 26, 2013

MORRISON & FOERSTER LLP

By:  */s/ Michael A. Jacobs*
Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.

APPLE'S MOT. FOR LEAVE TO FILE FOR RECONSIDERATION OF NEW TRIAL ON GALAXY SII AT&T AND INFUSE 4G
CASE NO. 11-CV-01846-LHK (PSG)
sf-3258058

2