QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100


  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STATEMENT OF RECENT DECISION REGARDING FINAL OFFICE ACTION BY THE USPTO REJECTING U.S. PATENT NO. 7,469,381 (L.R. 7-3(d))** |

1    Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3 "Samsung") bring to the Court's attention a Final Office Action by the United States Patent and
4 Trademark Office ("USPTO") in the *ex parte* reexamination of U.S. Patent Number 7,469,381 (the
5 "'381 patent") dated October 15, 2012.

6    This Final Office Action by the USPTO is relevant because it finally rejects multiple
7 claims of the '381 patent as being anticipated under 35 U.S.C. §102 by PCT Publication No. WO
8 03/081458 to Lira.  This final rejection includes claim 19, which is the only claim of the '381
9 patent at issue in this action.  The jury found at trial that 21 accused Samsung products infringed
10 claim 19 of the '381 patent—specifically, the Captivate, Continuum, Droid Charge, Epic 4G,
11 Exhibit 4G, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S, Galaxy S 4G, Galaxy S II (AT&T),
12 Galaxy S II (i9100), Galaxy Tab, Galaxy Tab 10.1 (WiFi), Gem, Indulge, Infuse 4G, Mesmerize,
13 Nexus S 4G, Replenish, and Vibrant.  The jury awarded damages as to 18 of these products.
14 Some, but not all, of these damages awards have been vacated for new trial.

15    To the best of Samsung's knowledge, this Final Office Action was published on the
16 USPTO's Patent Application Information Retrieval (PAIR) website on or after March 29, 2013.  A
17 copy of the Final Office Action is attached hereto as Exhibit A.

| | | |
|---|---|---|
| 1 | DATED:  April 1, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Victoria F. Maroulis*
　　Charles K. Verhoeven
　　Kevin P.B. Johnson
　　Victoria F. Maroulis
　　Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC