02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Renewed Administrative Motion to File Documents Under Seal.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the portions of the following documents that Samsung has sought to seal:

1. Exhibit O to the Martin Declaration in Support of Samsung's Opposition to Apple's *Daubert* Motion ("Martin Declaration") (Dkt. No. 999); and

1. Exhibits J, BB, EE, and FF to the Ward Declaration in Support of Samsung's Opposition to Apple's Motion to Strike ("Ward Declaration") (Dkt. No. 1014).

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge