HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S RESPONSE TO SAMSUNG'S STATEMENT OF RECENT DECISION** |

On March 29, 2013, the USPTO issued what it terms a Final Office Action on the *Ex Parte* Reexamination of U.S. Patent. No. 7,469,381. On April 1, Samsung submitted a Statement of Recent Decision attaching a copy of that Office Action. (ECF No. 2291.) Samsung states that the Office Action "finally" rejects multiple claims of the '381 patent, but the suggestion that the reexamination is finished and the USPTO has rendered a dispositive decision is incorrect.

A "final" office action does not signal the end of reexamination at the USPTO, much less the end of consideration of the patentability of the claims under reexamination. Rather, "finality" is primarily a procedural construct that limits the right to amend claims and introduce evidence as a matter of right in reexamination. See 37 C.F.R. § 1.116. In *ex parte* reexaminations, a USPTO examiner may designate an Office Action "final" when a rejection is presented more than once (*i.e.*, a second or subsequent rejection on the merits). *See* 37 C.F.R. § 1.113. Apple is entitled to file a response to a "final" rejection, which may result in a withdrawal of the rejection or allowance/certification of the claims under reexamination. *See* 37 C.F.R. § 1.116. In fact, the Office Action states on its face that Apple may respond within two months. (ECF No. 2291-1 at 4.)

Moreover, once the *ex parte* reexamination proceeding is concluded, Apple is entitled to several appeal options. A patent owner is entitled to appeal to the Patent Trial and Appeal Board (PTAB). *See* 35 U.S.C. § 306. Even if appeal to the PTAB is unsuccessful, Apple may seek judicial review in the United States Court of Appeals for the Federal Circuit or the United States District Court for the District of Columbia. *See* 35 U.S.C. §§ 141, 145.

In short, reexamination of the '381 patent is far from conclusion.

Dated: April 2, 2013          MORRISON & FOERSTER LLP


By:   */s/ Michael A. Jacobs*
      MICHAEL A. JACOBS

      Attorneys for Plaintiff
      APPLE INC.