|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED MOTION TO SEAL** |
| v. |  |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |  |
| Defendants. |  |

Samsung filed a renewed administrative motion to seal certain documents addressed in the Court's March 17 Order (ECF No. 2278). Apple timely filed a declaration and Memorandum of Points and Authorities in support of sealing-in-part documents that contain Apple's confidential information. The Court finds that Apple's sealing requests are narrowly tailored and justified. Therefore, the following documents may be sealed-in-part consistent with Apple's proposed redactions covering its confidential information as reflected in the Wheeler Declaration supporting Samsung's motion:

- Exhibit O to the Martin Declaration in Support of Samsung's Opposition to Apple's Motion to Exclude Testimony of Samsung's Experts (originally filed under ECF No. 999).
- Exhibit J to the Ward Declaration in Support of Samsung's Opposition to Apple's Motion to Strike (originally filed under ECF No. 1000).
- Exhibit EE to the Ward Declaration in Support of Samsung's Opposition to Apple's Motion to Strike (originally filed under ECF No. 1000).
- Exhibit FF to the Ward Declaration in Support of Samsung's Opposition to Apple's Motion to Strike (originally filed under ECF No. 1000).

**IT IS SO ORDERED.**

Dated: _____        _____
                                    Hon. Lucy H. Koh
                                    United States District Judge