| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**DECLARATION JASON R. BARTLETT IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION REGARDING OPENING STATEMENT SLIDES 11-19** |

I, JASON R. BARTLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Response to Samsung's Motion For Reconsideration Regarding Opening Statement Slides 11-19.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Justin Denison, taken September 21, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of MinHyouk Lee, taken March 2, 2012.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Hyoung Shin Park, taken February 29, 2012.

5. At 2:00 p.m. today I called Samsung counsel and requested consent to file these materials publicly. Counsel was not able to respond to my inquiry by 3:30, so Apple has prepared these materials for filing under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2012 at San Jose, California.

    /s/ *Jason R. Bartlett*
        Jason R. Bartlett

BARTLETT DECL. ISO APPLE'S RESPONSE TO SAMSUNG'S MOT. FOR RECONSIDERATION RE OPENING SLIDES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3176775

1

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: July 30, 2012                    */s/ Michael A. Jacobs*
                                        Michael A. Jacobs