Exhibit A

Highly Confidential Pursuant to Protective Order

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4    APPLE INC., a California      §
      Corporation,                  §
 5                                  §
          Plaintiff,                §
 6                                  §
      Vs.                           §        Case No.
 7                                  §   11-CV-01846-LHK
                                    §
 8    SAMSUNG ELECTRONICS CO.,      §
      LTD., a Korean business       §
 9    entity; SAMSUNG ELECTRONICS   §
      AMERICA, INC., a New York     §
10    corporation; SAMSUNG          §
      TELECOMMUNICATIONS AMERICA,   §
11    LLC, a Delaware limited       §
      liability company,            §
12                                  §
          Defendants.               §
13
14              HIGHLY CONFIDENTIAL
               UNDER THE PROTECTIVE ORDER
15
16
17           DEPOSITION OF JUSTIN DENISON
                   Dallas, Texas
18         Wednesday, September 21st, 2011
19
20
21
22
      Reported by:
23
      Daniel J. Skur, Notary Public and CSR
24
      JOB NO. 41964
25
```

Highly Confidential Pursuant to Protective Order

Page 4

```
1              P R O C E E D I N G S
2              VIDEOGRAPHER:  This is tape 1 in the
3       video deposition of Justin Denison.  Today
4       is Wednesday, September 21st, 2011.  We're
5       now on record at approximately 9:36 a.m.
6       Will the attorneys please introduce
7       themselves for the record.
8              MR. HUNG:  Richard Hung of Morrison
9       & Foerster on behalf of Apple, Inc.  With
10      me today is Diana Kruze, also of Morrison &
11      Foerster and also for Apple.
12             MS. MAROULIS:  Victoria Maroulis
13      with Quinn Emanuel, counsel for Samsung,
14      and with me is Mark Tung of Quinn Emanuel,
15      Cindy Moreland of STA, and we have an
16      interpreter, Ann Park.
17                  JUSTIN DENISON,
18       having been duly sworn, testified as follows:
19                   EXAMINATION
20    BY MR. HUNG:
21       Q.    Morning, Mr. Denison.
22       A.    Morning.
23             MR. HUNG:  Before we get started, I
24      did have a discussion with Ms. Maroulis,
25      and I just wanted to note a couple of
```

Highly Confidential Pursuant to Protective Order

Page 155

1          MS. MAROULIS:  Objection, vague.

2      A.    Again, my understanding is that

3  there were substantive discussions where

4  infringement claims were made, specifically on

5  September -- on or around September 2010, claim

6  charts were presented.  I do not know exactly

7  which products were raised with respect to

8  those claim charts.

9  BY MR. HUNG:

10     Q.    In Exhibit 234, there was a

11  statement that says, quote, Samsung denied

12  copying and denied infringement.

13          What is the basis for that

14  statement?

15     A.    So my understanding, based on

16  conversations with parties that were familiar

17  and/or took place in those conversations,

18  asserted that Samsung had not been copying or

19  infringing on Apple intellectual property.

20     Q.    I believe you testified that the

21  '381 patent was identified in a presentation

22  that was exchanged between the parties in the

23  context of these discussions; is that correct?

24          MS. MAROULIS:  Objection, asked and

25      answered.

Highly Confidential Pursuant to Protective Order

Page 341

1    C E R T I F I C A T E

2    STATE OF TEXAS        )
                           )
3    COUNTY OF DALLAS      )

4

5            I, Daniel J. Skur, a Notary Public

6    within and for the State of Texas, do

7    hereby certify:

8            That JUSTIN DENISON, the witness

9    whose deposition is hereinbefore set forth,

10   was duly sworn by me and that such

11   deposition is a true record of the

12   testimony given by such witness.

13           I further certify that I am not

14   related to any of the parties to this

15   action by blood or marriage; and that I am

16   in no way interested in the outcome of this

17   matter.

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 21st day of September,

20   2011.

21

22   _____

     Daniel J. Skur

23   Notary Public, State of Texas.

     My Commission Expires 7/10/2014

24

25