# Exhibit B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3    APPLE, INC., a California
      corporation,
 4                                              CASE NO.
               Plaintiff,                       11cv01846-LHK
 5
      v.
 6
      SAMSUNG ELECTRONICS, CO., LTD.,
 7    a Korean business entity;
      SAMSUNG ELECTRONICS AMERICA,
 8    INC., a New York corporation;
      SAMSUNG TELECOMMUNICATIONS
 9    AMERICA, LLC, a Delaware limited
      liability company,
10
               Defendants.
11    _____

12    SAMSUNG ELECTRONICS, CO., LTD.,
      a Korean business entity;
13    SAMSUNG ELECTRONICS AMERICA,
      INC., a New York corporation;
14    SAMSUNG TELECOMMUNICATIONS
      AMERICA, LLC, a Delaware limited
15    liability company,

16             Counterclaim-Plaintiffs,

17    v.
      APPLE, INC., a California
18    corporation,

19             Counterclaim-Defendant.

20

21       *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22              VIDEOTAPED PERSONAL DEPOSITION OF:
                           MINHYOUK LEE
23
                          March 2, 2012
24                         Kim & Chang
                       Seoul, South Korea
25                   9:03 A.M. - 3:47 P.M.
```

| | | |
|---|---|---|
| 09:04:31 | 1 | We understand the court reporter is not |
| 09:04:34 | 2 | authorized to administer oaths in this venue. |
| 09:04:37 | 3 | Nevertheless we request that he administer the oath and we |
| 09:04:40 | 4 | stipulate that we waive any objection to the validity of |
| 09:04:44 | 5 | the deposition based on the oaths. |
| 09:04:46 | 6 | THE REPORTER:  Counsel, agreed? |
| 09:04:48 | 7 | MR. ZELLER:  It is. |
| 09:04:50 | 8 | THE VIDEOGRAPHER:  Our court reporter, Mike |
| 09:04:52 | 9 | Miller of American Realtime Court Reporters Asia, will now |
| 09:04:54 | 10 | swear in the interpreters and the witness, and we shall |
| 09:04:57 | 11 | proceed. |
| 09:05:26 | 12 | (Interpreters sworn.) |
| 09:05:26 | 13 | MINHYOUK LEE, |
| 09:05:28 | 14 | having been duly sworn, testified as follows: |
| 09:05:28 | 15 | EXAMINATION |
| 09:05:28 | 16 | BY MR. STERN: |
| 09:05:33 | 17 | Q.    Good morning, sir.  Could you please state your |
| 09:05:36 | 18 | name for the record? |
| 09:05:38 | 19 | A.    My name is MinHyouk Lee. |
| 09:05:43 | 20 | LEAD INTERPRETER:  M-I-N-H-Y-O-U-K, L-E-E. |
| 09:05:47 | 21 | BY MR. STERN: |
| 09:05:47 | 22 | Q.    By whom are you employed, Mr. Lee? |
| 09:05:49 | 23 | A.    My employer? |
| 09:05:55 | 24 | Q.    Yes. |
| 09:05:58 | 25 | A.    Samsung Electronics Co.  Is that what you're |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

71

```
14:18:54   1   BY MR. STERN:
14:18:54   2       Q.    When you designed the Galaxy S, did you intend
14:18:56   3   to implement the design of the F700 in the Galaxy S?
14:19:01   4             MR. ZELLER:  The question is vague as to
14:19:03   5   "implement."
14:19:26   6       A.    Well, regarding the Galaxy S, whether or not we
14:20:12   7   implemented or did not implement, it is a continuum of
14:20:19   8   many designs that could be whether it's my own philosophy,
14:20:26   9   my own independent philosophy, or Samsung's values.  I
14:20:32  10   don't lean towards a particular product.  That's not the
14:20:37  11   only thing I consider in all my designs.
14:20:41  12             CHECK INTERPRETER:  "Rather than saying that
14:20:43  13   F700 was implemented or not in Galaxy S, it is more
14:20:51  14   accurate to say that it is an extension of my accumulated
14:20:54  15   designs, and I have my own person philosophy as well as
14:20:58  16   reflecting Samsung's value standard.  I did not focus in
14:21:01  17   only on one particular product or look at it specifically,
14:21:06  18   and that was the cases for all of my designs."
14:21:11  19   BY MR. STERN:
14:21:11  20       Q.    But if someone came up to you and asked, "Where
14:21:14  21   did you get the idea for the design of the Galaxy S," your
14:21:17  22   answer would not be "The F700," correct?
14:21:20  23             MR. ZELLER:  This has been asked and answered,
14:21:22  24   misstates the witness' testimony.
14:21:54  25       A.    The design is my own independent design.  It's
```

```
14:22:56   1    not whether I am -- I get influenced from this or that.
14:23:04   2    It spurs off for my own design philosophy, that's -- and
14:23:14   3    also in terms of must be reliable in terms of
14:23:17   4    manufacturing, in addition, beautiful and productive as
14:23:22   5    well.  There's many perspectives that you have to view it.
14:23:29   6              Just because the shape is the same, you cannot
14:23:32   7    say it's the same.  You build it up from the beginning;
14:23:36   8    it's built up and develops so forth.  It's not appropriate
14:23:40   9    to pick up discussion on a particular model.  I don't
14:23:46   10   think that is a topic of discussion.
14:23:47   11             CHECK INTERPRETER:  "The design is my own
14:23:50   12   independent one.  It's not whether or not I get influence
14:23:55   13   from this or that.  It spurs off from my own design
14:23:59   14   philosophy, and that also needs to be considered with
14:24:04   15   manufacturability as well as the reliability issues.  Of
14:24:08   16   course, I'm going to design -- the beautiful design could
14:24:12   17   be part of it too, but you also have to consider
14:24:14   18   productability.  So there are many different things that
14:24:18   19   you could -- you should consider from different
14:24:21   20   perspectives.
14:24:22   21             "Just because it appears -- or looks similar,
14:24:26   22   you cannot draw the conclusion because you have to
14:24:28   23   consider that how it was built up from the beginning and
14:24:30   24   how it was made.  So I don't think it is appropriate to
14:24:34   25   discuss it over -- based on one particular model, whether
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

97

1              C E R T I F I C A T E

2   SEOUL            )
                     )
3   SOUTH KOREA      )

4           I, Michael E. Miller, Registered Diplomate
    Reporter, Certified Realtime Reporter, do hereby certify
5   that the aforementioned witness was first duly sworn by me
    pursuant to stipulation of counsel to testify to the
6   truth; that I was authorized to and did report said
    deposition in stenotype; and that the foregoing pages are
7   a true and correct transcription of my shorthand notes of
    said deposition.

8
            I further certify that said deposition was
9   taken at the time and place hereinabove set forth and that
    the taking of said deposition was commenced and completed
10  as hereinabove set out.

11          I further certify that I am not attorney or
    counsel of any of the parties, nor am I a relative or
12  employee of any attorney or counsel of any party connected
    with the action, nor am I financially interested in the
13  action.

14          The foregoing certification of this
    transcript does not apply to any reproduction of the same
15  by any means unless under the direct control and/or
    direction of the certifying reporter.

16

17

18          IN WITNESS WHEREOF, I have hereunto set my

19  hand this March 4, 2012.

20

21

22  _____
    MICHAEL E. MILLER
23  Certified Realtime Reporter
    Registered Diplomate Reporter
24  Realtime Systems Administrator

25