# Exhibit C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
                HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                          SAN JOSE DIVISION

 3            Civil Action No.:  11-CV-01846-LHK

 4
      APPLE, INC., a California corporation,
 5
                Plaintiff,
 6

 7    vs.

 8    SAMSUNG ELECTRONICS CO., LTD.,
      a Korean business entity;
 9    SAMSUNG ELECTRONICS AMERICA, INC.,
      a New York corporation; and
10    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability company,
11              Defendants.
      _____/
12

13

14

15              *** HIGHLY CONFIDENTIAL ***
                    ATTORNEYS' EYES ONLY
16

17         VIDEOTAPED PERSONAL DEPOSITION OF:

18                   HYOUNG SHIN PARK

19

20

21             Wednesday, February 29, 2012
                       Kim & Chang
22                  Seoul, South Korea
                  8:15 a.m. to 11:31 a.m.
23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

```
08:17:48    1         depositions based on the oaths.
08:17:48    2    THEREUPON,
08:17:48    3                   HYOUNG SHIN PARK,
08:17:48    4    having been first duly sworn, was examined and
08:18:12    5    testified as follows:
08:18:12    6              THE WITNESS:  Yes.
08:18:12    7                      EXAMINATION
08:18:12    8    BY MR. HO:
08:18:19    9         Q.   Good morning, Ms. Park.  Can you please
08:18:22   10    state and spell your name for the record?
08:18:36   11         A.   My name is Hyoung Shin Park, H-Y-O-U-N-G
08:18:44   12    S-H-I-N P-A-R-K.
08:18:47   13         Q.   Who is your employer, Ms. Park?
08:18:54   14         A.   Samsung Electronics.
08:18:57   15         Q.   And what is your position at Samsung
08:19:05   16    Electronics?
08:19:05   17         A.   I am the senior designer.
08:19:09   18         Q.   What do you do in your role as senior
08:19:13   19    designer?
08:19:20   20         A.   I am working on product design.
08:19:24   21         Q.   What kind of products?
08:19:30   22         A.   I design a mobile device.
08:19:33   23         Q.   Can you identify any mobile devices that
08:19:37   24    you've designed?
08:19:44   25              MS. CARUSO:  Objection, vague.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

50

| | | |
|---|---|---|
| 10:38:19 | 1 | Q.  Did you consider the design of the iPhone |
| 10:38:21 | 2 | when you were designing the F700? |
| 10:38:31 | 3 | MS. CARUSO:  Objection, vague, vague as to |
| 10:38:32 | 4 | time. |
| 10:38:35 | 5 | A.  No. |
| 10:38:36 | 6 | BY MR. HO: |
| 10:38:37 | 7 | Q.  At the time when you looked at the iPhone on |
| 10:38:39 | 8 | the website, were you designing the F700? |
| 10:38:50 | 9 | MS. CARUSO:  Objection, vague. |
| 10:39:04 | 10 | A.  It was being developed at that time. |
| 10:39:04 | 11 | BY MR. HO: |
| 10:39:09 | 12 | Q.  Were you still in the process of designing |
| 10:39:11 | 13 | the F700 at that time? |
| 10:39:20 | 14 | MS. CARUSO:  Objection, vague, asked and |
| 10:39:22 | 15 | answered. |
| 10:39:32 | 16 | A.  Yes. |
| 10:39:37 | 17 | BY MR. HO: |
| 10:39:37 | 18 | Q.  Were you aware of any rumors about the |
| 10:39:39 | 19 | release of the iPhone before the announcement? |
| 10:39:55 | 20 | (Discussion held between Lead Interpreter |
| 10:39:55 | 21 | and Check Interpreter.) |
| 10:40:12 | 22 | A.  No. |
| 10:40:14 | 23 | CHECK INTERPRETER:  I was not. |
| 10:40:14 | 24 | BY MR. HO: |
| 10:40:20 | 25 | Q.  Are you aware of any other Samsung phones |

| | | |
|---|---|---|
| 10:40:23 | 1 | that reference the F700 design? |
| 10:40:35 | 2 | MS. CARUSO:  Objection, vague. |
| 10:40:39 | 3 | A. I don't really know. |
| 10:40:41 | 4 | MR. HO:  Let's take a break. |
| 10:40:47 | 5 | VIDEOGRAPHER:  This will be the end of video |
| 10:40:50 | 6 | disc number 2.  The time is 10:40 a.m.  We're |
| 10:40:55 | 7 | going off the video record. |
| 10:55:07 | 8 | (A recess was taken.) |
| 10:55:07 | 9 | VIDEOGRAPHER:  We're back on the video |
| 10:55:20 | 10 | record.  This is video disc number 3.  The time |
| 10:55:23 | 11 | is 10:55 a.m. |
| 10:55:27 | 12 | CHECK INTERPRETER:  Counsel, with your |
| 10:55:28 | 13 | permission, the check interpreter would like to |
| 10:55:31 | 14 | make a correction to the witness' previous |
| 10:55:35 | 15 | response with respect to the first model on the |
| 10:55:38 | 16 | drawing. |
| 10:55:41 | 17 | The mock-up was made with plastic instead of |
| 10:55:45 | 18 | glass. |
| 10:55:45 | 19 | BY MR. HO: |
| 10:55:49 | 20 | Q. Ms. Park, welcome back. |
| 10:55:57 | 21 | Have you ever heard the term "archetype |
| 10:56:01 | 22 | design"? |
| 10:56:03 | 23 | A. Yes. |
| 10:56:04 | 24 | Q. Can you describe for me what they are? |
| 10:56:12 | 25 | MS. CARUSO:  Objection, vague. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

65

1        C E R T I F I C A T E

2    (Seoul)

3    (South Korea)

4

5            I, Tracey S. LoCastro, Registered
     Professional Reporter, do hereby certify
6    that the aforementioned witness was first duly sworn
     as noted by stipulation of counsel to testify the
7    whole truth; that I was authorized to and did report
     said deposition in stenotype; and that the foregoing
8    pages are a true and correct transcription of my
     shorthand notes of said deposition.

9            I further certify that said deposition was
     taken at the time and place hereinabove set forth
10   and that the taking of said deposition was commenced
     and completed as hereinabove set out.
11
             I further certify that I am not attorney
12    or counsel of any of the parties, nor am I a
      relative or employee of any attorney or counsel of
13    party connected with the action, nor am I
      financially interested in the action.
14
             The foregoing certification of this
15   transcript does not apply to any reproduction of the
     same by any means unless under the direct control
16   and/or direction of the certifying reporter.

17

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 1st day of March, 2012.

20

21                     _____

22                     TRACEY S. LOCASTRO,
                       Registered Professional Reporter
23

24

25