1   HAROLD J. MCELHINNY (CA SBN 66781)           WILLIAM F. LEE
    hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)            WILMER CUTLER PICKERING
    mjacobs@mofo.com                             HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)               60 State Street
    rkrevans@mofo.com                            Boston, MA  02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)          Telephone: (617) 526-6000
    jtaylor@mofo.com                             Facsimile: (617) 526-5000
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482        MARK D. SELWYN (SBN 244180)
    Telephone:  (415) 268-7000                   mark.selwyn@wilmerhale.com
7   Facsimile:  (415) 268-7522                   WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
8                                                950 Page Mill Road
                                                 Palo Alto, California  94304
9   Attorneys for Plaintiff and                  Telephone: (650) 858-6000
    Counterclaim-Defendant APPLE INC.            Facsimile: (650) 858-6100
10

11                         UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                               SAN JOSE DIVISION

14

15   APPLE INC., a California corporation,       Case No.    11-cv-01846-LHK (PSG)

16                  Plaintiff,

17          v.                                   **CERTIFICATE OF SERVICE**

18   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
19   ELECTRONICS AMERICA, INC., a New York
     corporation; SAMSUNG
20   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,
21
22                  Defendants.

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause,

and I am over the age of eighteen years.

I further declare that on April 2, 2013, I served a copy of:

**EXHIBITS 1, 2, 3 AND 4 TO THE DECLARATION OF CYNDI WHEELER IN**
**SUPPORT OF SAMSUNG'S RENEWED MOTION TO SEAL [SUBMITTED**
**UNDER SEAL]**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic

mail system to the e-mail address(es) set forth below, or as stated on the attached service list per

agreement in accordance with Code of Civil Procedure section 1010.6.

| | |
|---|---|
| Charles K. Verhoeven | Kevin P.B. Johnson |
| charlesverhoeven@quinnemanuel.com | kevinjohnson@quinnemanuel.com |
| | |
| Victoria F. Maroulis | Liv Herriot |
| victoriamaroulis@quinnemanuel.com | liv.herriot@wilmerhale.com |
| | |
| William H. Lee | Mark D. Selwyn |
| william.lee@wilmerhale.com | mark.selwyn@wilmerhale.com |
| | |
| Alexander B. Binder | Sara Jenkins |
| alex.binder@quinnemanuel.com | SaraJenkins@quinnemanuel.com |
| | |
| Sherrin Vanetta | Joby Martin |
| sherrinvanetta@quinnemanuel.com | JobyMartin@quinnemanuel.com |
| | |
| Rene Unger | |
| reneunger@quinnemanuel.com | |
| | |
| Peter Kovolos | S. Calvin Walden |
| peter.kovolos@wilmerhale.com | calvin.walden@wilmerhale.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San
Francisco, California on April 3, 2013.

*/s/ Cyndi Knisely*
Cyndi Knisely

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3269706