| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF LODGING OF CORRECTED EXHIBIT TO APPLE'S CORRECTED RENEWED MOTION TO SEAL (DKT. 2250-1)** |

1  After conferring with counsel for IBM, Apple is lodging with the Court a corrected
2  version of Exhibit 11 to the Tierney Declaration filed in Support of Apple's Corrected Renewed
3  Motion to Seal. (Dkt. 2250-1.)  This corrected version adds a proposed redaction to one clause
4  and is consistent with redactions previously approved by the Court during trial. (Dkt. 1660.)

Dated: April 8, 2013                                MORRISON & FOERSTER LLP

                                                    By:    /s/ Jason R. Bartlett
                                                           Jason R. Bartlett

                                                           Attorneys for Plaintiff
                                                           APPLE INC.

APPLE'S NOTICE OF LODGING OF CORRECTED EXHIBIT TO APPLE'S CORRECTED RENEWED MOTION TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3272041