QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF VICTORIA MAROULIS IN SUPPORT OF SAMSUNG'S STATEMENT REGARDING PENDING REEXAMINATION PROCEEDINGS PURSUANT TO APRIL 2, 2013 ORDER (ECF NO. 2299)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51855/5259046.1

Case No. 11-cv-01846-LHK
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S STATEMENT REGARDING PENDING
REEXAMINATION PROCEEDINGS PURSUANT TO APRIL 2, 2013 ORDER (ECF NO. 2299)

I, Victoria Maroulis, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit A is true and correct copy of Dkt. 103 in *MONKEYmedia, Inc. v. Apple, Inc.*, Case No. 1:10-CV-00319 (E.D. Tex. July 25, 2011).

3. Attached as Exhibit B is a true and correct copy of excerpts from the reexamination file history of U.S. Patent No. 5,915,131 (Application No. 90/011,311).

4. Attached as Exhibit C is a true and correct copy of Dkt. 78 in *Ho Keung Tse v. Apple Inc.*, Case No. 06-cv-06573, Dkt. 78 at 5 (N.D. Cal. July 25, 2007) .

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 9th of April, 2013, in Redwood Shores, California.

By  */s/ Victoria Maroulis*
Victoria Maroulis

02198.51855/5259046.1

-1-   Case No. 11-cv-01846-LHK
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S STATEMENT REGARDING PENDING REEXAMINATION PROCEEDINGS PURSUANT TO APRIL 2, 2013 ORDER (ECF NO. 2299)