UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S CONDITIONAL MOTION FOR RECONSIDERATION OF ORDER GRANTING NEW DAMAGES TRIAL ON GALAXY S II AT&T AND INFUSE 4G** |

1    Apple filed a conditional motion for reconsideration of the March 1 Order granting a new trial on damages, asking the Court to reconsider-in-part the Order only if the Court granted Samsung's request for entry of judgment pursuant to Rule 54(b).  (Dkt. 2271.)  Having granted Samsung's request via separate order, the Court hereby GRANTS Apple's conditional motion for reconsideration.

The March 1 Order granting a new trial on damages is hereby partially vacated, insofar as it extended to the Infuse 4G and Galaxy S II AT&T.  The Court modifies its March 1 Order as follows:

1.   The Court orders a new trial on damages for the following products:  Galaxy Prevail, Gem, Indulge, Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Galaxy Tab, Nexus S 4G, Replenish, and Transform.  This amounts to $365,227,320 being stricken from the jury's award.

2.   The jury's award stands for the Galaxy Ace, Galaxy S (i9000), Galaxy S II i9100, Galaxy Tab 10.1 WiFi, Galaxy Tab 10.1 4G LTE, Intercept, Fascinate, Galaxy S 4G, Galaxy S II Showcase, Mesmerize, Vibrant, Galaxy S II Skyrocket, Galaxy S II Epic 4G Touch, Galaxy S II T-Mobile, Galaxy S II AT&T, and Infuse 4G.  The total award for these 16 products is $684,196,222.

**IT IS SO ORDERED.**

Dated: _____        _____
                                            Hon. Lucy H. Koh
                                            United States District Judge