| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **APPLE'S NOTICE OF CHANGE OF ADDRESS OF COUNSEL'S LOS ANGELES OFFICE** |

APPLE'S NOTICE OF CHANGE OF ADDRESS
CASE NO. 11-CV-01846-LHK
la-1206974

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective April 22, 2013, the Los Angeles office of Morrison & Foerster will relocate from 555 W. 5th Street, Los Angeles, California 90013-1024 to the following address:

**Morrison & Foerster LLP**

**707 Wilshire Blvd.**

**Suite 6000**

**Los Angeles, California 90017-3543**

The telephone and facsimile numbers will remain the same.

All further pleadings and correspondence in this action directed to Morrison & Foerster's Los Angeles office should be sent to the new address.

Dated: April 16, 2013					MORRISON & FOERSTER LLP

							By:	*/s/ Charles S. Barquist*
								Charles S. Barquist

								Attorneys for Plaintiff
								APPLE INC.

APPLE'S NOTICE OF CHANGE OF ADDRESS
CASE NO. 11-CV-01846-LHK						1
la-1206974