| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S STATEMENT REGARDING PATENTS IN REEXAMINATION** |

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Response to Samsung's Statement Regarding Patents in Reexamination.

2. Attached as **Exhibit A** are true and correct copies of flowcharts from the MPEP illustrating the reexamination process, annotated to show the position of the reexaminations of U.S. Patent Nos. 7,469,381 and 7,844,915.

3. Attached as **Exhibit B** is a true and correct copy of a printout from the USPTO website, available at www.uspto.gov/ip/boards/bpai/stats/perform/fy2012_perform.jsp.

4. Attached as **Exhibit C** is a true and correct copy of a printout from the Federal Circuit website, available at www.cafc.uscourts.gov/images/stories/the-court/statistics/Median_Disposition_Time_Table_2003-2012.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S RESPONSE REGARDING PATENTS IN REEXAMINATION
CASE NO. 11-CV-01846 LHK
sf-3271433

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: April 16, 2013 /s/ *Michael A. Jacobs*
Michael A. Jacobs

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S RESPONSE REGARDING PATENTS IN REEXAMINATION
CASE NO. 11-CV-01846 LHK
sf-3271433

2