# EXHIBIT A

\*\*>



Case 5:11-cv-01846-LHK   Document 2309-1   Filed 04/16/13   Page 3 of 3

## *Ex Parte* Reexamination – PROCEDURE FROM TIME OF APPEAL
**(applicable rule section)**

