# EXHIBIT B

PATENTS   TRADEMARKS   IP LAW & POLICY   PRODUCTS & SERVICES   INVENTORS   NEWS & NOTICES   FAQs   ABOUT US

**FY 2012 Performance Measures**

**FISCAL YEAR 2012**

**United States Patent and Trademark Office**
**Patent Trial and Appeal Board**

| Performance Measures | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | FY12 Cumulative |
|---|---|---|---|---|---|
| **APPEAL PENDENCY MEASURES** | | | | | |
| Pendency of decided appeals from Appeal number assignment date to decision date (average number of months) | 21 | 23 | 23 | 23 | |
| Pendency of decided appeals from Notice of Appeal (average number of months) | 35 | 36 | 37 | 36 | |
| **INTERFERENCE PENDENCY MEASURES** | | | | | |
| Pendency of terminated Interferences (average number of months) | 7 | 11 | 7 | 11 | 9 |
| Interferences Terminated in less than 2 years (% of Interferences Terminated) | 100.0% | 88.0% | 93.0% | 93.0% | 94.0% |

This page is owned by Patent Trial and Appeal Board.                Last Modified: 10/15/2012 12:58:25 PM