# EXHIBIT 1

**Infuse 4G (SGH-I997)** : North America(USA, Canada)

| | | | 2010 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | May | Jun | 2Q | Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q |
| Sales | Consolidate | Qty | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | |
| | | ASP | | | | | | | | | | | |
| | STA | Qty | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | |
| | | Operating Expense | | | | | | | | | | | |
| | | **G&A** | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | **Sales Expenses** | | | | | | | | | | | |
| | | (Logistics Cost) | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | **Others** | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | |
| | SEA | Qty | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | |
| | | Expense | | | | | | | | | | | |
| | | **G&A** | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | **Sales Expenses** | | | | | | | | | | | |
| | | (Logistics Cost) | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | **Others** | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | |
| | SECA | Qty | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | |
| | Others | Qty | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | |
| HQ Direct Sales | | Qty | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | |
| Manufacturing | | Qty | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | |
| | | Material Cost | | | | | | | | | | | |
| | | Manufacturing Expense | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | |
| | | (Royalty) | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | |
| | | (Subcontracting Cost) | | | | | | | | | | | |
| | | (Molds Cost) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | GA Expense | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | Sales Expense | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | R&D Expense | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | |
| | | (%) | | | | | | | | | | | |
| Manufacturing Company Operating Profit | | | | | | | | | | | | | |
| Litigation Expense (COGS) | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA4875335

**Infuse 4G (SGH-I997)**

|  |  |  | 2011 | | | | 2011 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Jan | Feb | Mar | 1Q | Apr | May | Jun | 2Q | Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q |
| Consolidate | | Qty | | | | | 5,000 | 248,996 | 34,230 | 288,226 | 99,035 | 139,040 | 145,913 | 383,988 | 91,993 | 125,778 | 8,492 | 226,263 | 898,477 |
| | | Sales | | | | | 2,454,323 | 120,668,996 | 15,336,171 | 138,459,490 | 48,565,030 | 66,222,844 | 51,536,777 | 166,324,651 | 30,605,231 | 44,537,263 | 505,798 | 75,648,292 | 380,432,433 |
| | | ASP | | | | | 491 | 485 | 448 | 480 | 490 | 476 | 353 | 433 | 333 | 354 | 60 | 334 | 423 |
| Sales | STA | Qty | | | | | 5,000 | 248,996 | 34,230 | 288,226 | 90,035 | 130,057 | 140,003 | 360,095 | 87,259 | 112,949 | 2,114 | 202,322 | 850,643 |
| | | Sales | | | | | 2,454,323 | 120,668,996 | 15,336,171 | 138,459,490 | 44,016,606 | 61,984,408 | 48,961,561 | 154,962,575 | 28,884,937 | 39,652,331 | -1,448,839 | 67,088,429 | 360,510,494 |
| | | COGS | | | | | 2,221,575 | 110,266,429 | 15,774,606 | 128,262,610 | 39,325,778 | 53,333,706 | 54,100,075 | 146,759,559 | 30,906,475 | 39,622,231 | -287,372 | 70,241,335 | 345,263,504 |
| | | Operating Expense | | | | | 59,501 | 1,873,446 | 876,593 | 2,809,541 | 1,183,558 | 1,757,095 | 1,453,624 | 4,394,277 | 686,324 | 929,118 | 1 | 1,615,443 | 8,819,261 |
| | | **G&A** | | | | | 10,594 | 443,984 | 199,938 | 654,516 | 223,637 | 384,950 | 416,586 | 1,025,173 | 160,393 | 198,389 | | 358,782 | 2,038,471 |
| | | (Labor cost) | | | | | 2,578 | 111,354 | 62,885 | 176,817 | 73,151 | 86,369 | 97,990 | 257,510 | 44,204 | 44,783 | | 88,987 | 523,314 |
| | | (Depreciation) | | | | | 204 | 8,596 | 3,296 | 12,096 | 3,870 | 5,667 | 5,186 | 14,723 | 2,605 | 2,949 | | 5,554 | 32,374 |
| | | (Others) | | | | | 7,812 | 324,034 | 133,757 | 465,603 | 146,616 | 292,914 | 313,409 | 752,939 | 113,584 | 150,657 | | 264,241 | 1,482,784 |
| | | **Sales Expenses** | | | | | 48,917 | 1,430,060 | 676,930 | 2,155,907 | 962,516 | 1,369,070 | 1,039,101 | 3,370,687 | 532,545 | 731,648 | | 1,264,193 | 6,790,786 |
| | | (Logistics Cost) | | | | | 1,102 | 106,677 | 53,696 | 161,474 | 34,510 | 46,739 | 68,259 | 149,508 | 36,893 | 70,339 | | 107,231 | 418,214 |
| | | (Marketing) | | | | | | | | | | | | | | | | | |
| | | (Paid Commission) | | | | | 9,812 | 272,285 | 124,118 | 406,215 | 300,487 | 426,738 | 346,497 | 1,073,722 | 92,966 | 225,479 | | 318,445 | 1,798,382 |
| | | (Insurance) | | | | | 1,569 | 38,810 | 16,207 | 56,587 | 16,018 | 183,085 | 48,101 | 247,204 | 12,100 | 10,420 | | 22,519 | 326,310 |
| | | (Others) | | | | | 36,434 | 1,012,289 | 482,909 | 1,531,631 | 611,501 | 712,508 | 576,244 | 1,900,253 | 390,587 | 425,410 | | 815,997 | 4,247,881 |
| | | **Others** | | | | | -10 | -598 | -274 | -882 | -2,595 | 3,075 | -2,062 | -1,583 | -6,614 | -919 | 1 | -7,532 | -9,997 |
| | | Operating Profit | | | | | 173,247 | 8,529,121 | -1,315,029 | 7,387,339 | 3,507,270 | 6,893,607 | -6,592,138 | 3,808,740 | -2,707,862 | -899,019 | -1,161,469 | -4,768,349 | 6,427,730 |
| | SEA | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | | | | | | | |
| | | Expense | | | | | | | | | | | | | | | | | |
| | | **G&A** | | | | | | | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | **Sales Expenses** | | | | | | | | | | | | | | | | | |
| | | (Logistics Cost) | | | | | | | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | **Others** | | | | | | | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | | | | | | | |
| | SECA | Qty | | | | | | | | | 9,000 | 8,983 | 5,910 | 23,893 | 4,734 | 12,829 | 6,378 | 23,941 | 47,834 |
| | | Sales | | | | | | | | | 4,548,424 | 4,238,435 | 2,575,216 | 11,362,075 | 1,720,293 | 4,884,933 | 1,954,638 | 8,559,864 | 19,921,939 |
| | Others | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| HQ Direct Sales | | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| Manufacturing | | Qty | | | | | 93,180 | 265,270 | 31,700 | 390,150 | 119,350 | 71,550 | 150,316 | 341,216 | 117,264 | 156,420 | 49,436 | 323,120 | 1,054,486 |
| | | Sales | | | | | 41,310,217 | 116,106,518 | 13,940,474 | 171,357,210 | 47,638,493 | 28,026,885 | 56,136,225 | 131,801,603 | 39,660,571 | 53,036,475 | 16,928,550 | 109,625,595 | 412,784,408 |
| | | COGS | | | | | 26,429,421 | 78,337,018 | 9,174,375 | 113,940,814 | 34,698,729 | 21,289,395 | 40,842,077 | 96,830,201 | 27,772,598 | 37,174,079 | 11,420,230 | 76,366,907 | 287,137,921 |
| | | Material Cost | | | | | 23,082,533 | 64,226,663 | 7,370,080 | 94,679,277 | 27,787,611 | 17,153,734 | 36,648,481 | 81,589,826 | 27,629,644 | 34,694,266 | 10,504,583 | 72,828,492 | 249,097,595 |
| | | Manufacturing Expense | | | | | 3,346,887 | 14,110,355 | 1,804,295 | 19,261,537 | 6,911,118 | 4,135,661 | 4,193,596 | 15,240,375 | 142,954 | 2,479,813 | 915,647 | 3,538,415 | 38,040,327 |
| | | (Labor cost) | | | | | 888,121 | 2,552,701 | 100,283 | 3,541,105 | 1,143,418 | 570,349 | 648,670 | 2,362,436 | 422,723 | 183,411 | 156,638 | 762,771 | 6,666,312 |
| | | (Royalty) | | | | | 165,702 | 5,545,663 | 699,165 | 6,410,530 | 1,499,437 | 1,040,846 | 1,757,700 | 4,297,983 | -954,339 | 1,835,532 | 508,687 | 1,389,880 | 12,098,393 |
| | | (Depreciation) | | | | | 479,036 | 1,291,181 | 147,062 | 1,917,278 | 575,043 | 294,043 | 212,330 | 1,081,416 | 117,693 | 154,105 | 62,579 | 334,377 | 3,333,072 |
| | | (Subcontracting Cost) | | | | | 305,203 | 1,013,411 | 150,873 | 1,469,486 | 572,259 | 299,170 | 157,992 | 1,029,420 | 72,325 | 10,055 | 9,140 | 91,520 | 2,590,427 |
| | | (Molds Cost) | | | | | 728,397 | 1,481,967 | 425,215 | 2,635,579 | 2,275,467 | 1,404,954 | 821,075 | 4,501,541 | 90,487 | 140,078 | 43,336 | 273,900 | 7,411,021 |
| | | (Others) | | | | | 780,428 | 2,225,433 | 281,697 | 3,287,559 | 845,494 | 526,300 | 595,783 | 1,967,578 | 394,067 | 156,632 | 135,267 | 685,965 | 5,941,102 |
| | | GA Expense | | | | | 544,668 | 2,443,841 | 463,458 | 3,451,967 | 1,664,604 | 671,418 | 831,230 | 3,167,251 | 536,396 | 218,631 | 129,337 | 884,364 | 7,503,582 |
| | | (Labor cost) | | | | | 159,914 | 1,018,103 | 150,104 | 1,328,121 | 554,113 | 248,829 | 253,683 | 1,056,625 | 149,396 | 35,936 | 17,453 | 202,784 | 2,587,530 |
| | | (Depreciation) | | | | | 89,457 | 232,029 | 34,596 | 356,082 | 155,640 | 67,483 | 40,135 | 263,258 | 17,978 | 10,081 | 4,054 | 32,112 | 651,452 |
| | | (Others) | | | | | 295,296 | 1,193,709 | 278,758 | 1,767,763 | 954,851 | 355,106 | 537,411 | 1,847,368 | 369,023 | 172,614 | 107,831 | 649,468 | 4,264,599 |
| | | Sales Expense | | | | | 995,247 | 11,093,151 | 1,212,900 | 13,301,298 | 10,176,438 | 3,900,109 | 13,447,884 | 27,524,431 | 7,045,352 | 470,891 | 335,340 | 7,851,582 | 48,677,311 |
| | | (Marketing) | | | | | 41,088 | 1,751,448 | 178,281 | 1,970,816 | 9,784,276 | 3,267,183 | 12,465,742 | 25,517,201 | 7,872,660 | 145,833 | 162,334 | 8,180,828 | 35,668,846 |
| | | (Paid Commission) | | | | | 1,876 | 37,968 | 8,792 | 48,636 | 34,130 | 20,745 | 29,244 | 84,119 | 10,570 | 7,789 | 34,693 | 53,052 | 185,807 |
| | | (Insurance) | | | | | 9 | 58 | 3 | 70 | 198,114 | 13,772 | 18,512 | 230,398 | 11,901 | 6,804 | 3,066 | 21,772 | 252,240 |
| | | (Others) | | | | | 952,274 | 9,303,677 | 1,025,825 | 11,281,776 | 159,917 | 598,409 | 934,386 | 1,692,712 | -849,780 | 310,464 | 135,246 | -404,070 | 12,570,418 |
| | | R&D Expense | | | | | 1,425,420 | 3,395,985 | 347,261 | 5,168,665 | 1,512,339 | 821,292 | 3,989,175 | 6,322,806 | 1,353,511 | 682,222 | 1,102,780 | 3,138,514 | 14,629,984 |
| | | (Labor cost) | | | | | 505,595 | 1,481,990 | 141,122 | 2,128,706 | 541,714 | 214,380 | 1,601,677 | 2,357,771 | 297,527 | 17,522 | 301,680 | 616,729 | 5,103,207 |
| | | (Depreciation) | | | | | 36,819 | 109,280 | 9,391 | 155,490 | 45,272 | 15,545 | 103,718 | 164,536 | 23,059 | 1,841 | 27,053 | 51,953 | 371,979 |
| | | (Others) | | | | | 883,006 | 1,804,715 | 196,748 | 2,884,469 | 925,352 | 591,366 | 2,283,780 | 3,800,498 | 1,032,926 | 662,859 | 774,046 | 2,469,831 | 9,154,799 |
| | | Operating Profit | | | | | 11,915,462 | 20,836,524 | 2,742,480 | 35,494,466 | -413,617 | 1,344,672 | -2,974,141 | -2,043,085 | 2,952,714 | 14,490,652 | 3,940,863 | 21,384,229 | 54,835,610 |
| | | (%) | | | | | 28.8% | 17.9% | 19.7% | 20.7% | -0.9% | 4.8% | -5.3% | -1.6% | 7.4% | 27.3% | 23.3% | 19.5% | 13.3% |
| Manufacturing Company Operating Profit | | | | | | | | | | | 0 | -358,607 | -6,961,151 | -7,319,758 | -5,327,336 | -9,032,023 | -1,319,753 | -15,679,112 | -22,998,871 |
| Litigation Expense (COGS) | | | | | | | 2,868 | 19,652 | 11,317 | 33,836 | 16,927 | 27,377 | 51,610 | 95,915 | 85,272 | 133,863 | 62,379 | 281,513 | 411,265 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA4875335

**Infuse 4G (SGH-I997)**

($)

| | | | 2012 | | | 2012 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | 1Q | Apr | May | Jun | 2Q |
| Consolidate | | Qty | 44,299 | 60,732 | 58,496 | 163,527 | 39,175 | 5,790 | 4,957 | 49,922 |
| | | Sales | 11,993,115 | 17,866,014 | 16,796,370 | 46,655,499 | 11,729,654 | 1,383,842 | 1,107,190 | 14,220,685 |
| | | ASP | 271 | 294 | 287 | 285 | 299 | 239 | 223 | 285 |
| Sales | STA | Qty | 40,423 | 55,197 | 58,522 | 154,142 | 39,196 | 797 | -39 | 39,954 |
| | | Sales | 11,025,264 | 16,430,218 | 16,937,044 | 44,392,525 | 11,738,084 | 243,415 | -11,707 | 11,969,792 |
| | | COGS | 14,259,450 | 19,430,145 | 18,224,046 | 51,913,642 | 11,249,402 | 140,026 | -10,904 | 11,378,523 |
| | | Operating Expense | 326,520 | 420,707 | 457,399 | 1,204,626 | 263,559 | 8,967 | 0 | 272,526 |
| | | **G&A** | 71,918 | 114,595 | 99,549 | 286,062 | 53,462 | 1,835 | | 55,297 |
| | | (Labor cost) | 29,206 | 35,368 | 29,530 | 94,105 | 12,209 | 494 | | 12,703 |
| | | (Depreciation) | 1,878 | 2,960 | 2,685 | 7,523 | 1,988 | 79 | | 2,068 |
| | | (Others) | 40,834 | 76,266 | 67,333 | 184,434 | 39,265 | 1,262 | | 40,527 |
| | | **Sales Expenses** | 254,828 | 306,298 | 358,014 | 919,140 | 209,685 | 7,135 | 0 | 216,820 |
| | | (Logistics Cost) | 25,287 | 13,242 | 38,174 | 76,703 | 8,655 | 259 | | 8,914 |
| | | (Marketing) | | | | | | | | |
| | | (Paid Commission) | 38,186 | 101,374 | 85,941 | 225,501 | 52,701 | 1,227 | 0 | 53,928 |
| | | (Insurance) | 6,562 | 5,863 | 7,011 | 19,435 | 5,105 | 118 | | 5,224 |
| | | (Others) | 184,793 | 185,819 | 226,889 | 597,501 | 143,224 | 5,531 | | 148,755 |
| | | **Others** | -226 | -187 | -164 | -576 | 412 | -3 | 0 | 409 |
| | | Operating Profit | -3,560,707 | -3,420,634 | -1,744,401 | -8,725,742 | 225,123 | 94,422 | -802 | 318,743 |
| | SEA | Qty | | | | | | | | |
| | | Sales | | | | | | | | |
| | | COGS | | | | | | | | |
| | | Expense | | | | | | | | |
| | | **G&A** | | | | | | | | |
| | | (Labor cost) | | | | | | | | |
| | | (Depreciation) | | | | | | | | |
| | | (Others) | | | | | | | | |
| | | **Sales Expenses** | | | | | | | | |
| | | (Logistics Cost) | | | | | | | | |
| | | (Marketing) | | | | | | | | |
| | | (Paid Commission) | | | | | | | | |
| | | (Insurance) | | | | | | | | |
| | | (Others) | | | | | | | | |
| | | **Others** | | | | | | | | |
| | | Operating Profit | | | | | | | | |
| | SECA | Qty | 3,876 | 5,535 | -26 | 9,385 | -21 | 4,993 | 4,996 | 9,968 |
| | | Sales | 967,852 | 1,435,796 | -140,673 | 2,262,975 | -8,430 | 1,140,427 | 1,118,897 | 2,250,893 |
| | Others | Qty | | | | | | | | |
| | | Sales | | | | | | | | |
| HQ Direct Sales | | Qty | | | | | | | | |
| | | Sales | | | | | | | | |
| Manufacturing | | Qty | 17 | | 41,100 | 41,117 | 28,450 | 8,840 | 1,160 | 38,450 |
| | | Sales | 4,236 | | 11,684,146 | 11,688,382 | 7,723,448 | 2,077,683 | 286,451 | 10,087,582 |
| | | COGS | 3,284 | | 10,042,621 | 10,045,905 | 6,740,835 | 1,993,451 | 254,998 | 8,989,284 |
| | | Material Cost | 3,388 | | 8,934,280 | 8,937,668 | 5,937,843 | 1,786,333 | 233,908 | 7,958,084 |
| | | Manufacturing Expense | -104 | | 1,108,341 | 1,108,237 | 802,992 | 207,118 | 21,090 | 1,031,200 |
| | | (Labor cost) | 15 | | 32,940 | 32,955 | 90,240 | 41,839 | 2,694 | 134,773 |
| | | (Royalty) | -152 | | 966,516 | 966,364 | 512,638 | 86,452 | 12,618 | 611,708 |
| | | (Depreciation) | 15 | | 41,655 | 41,670 | 59,474 | 23,621 | 1,976 | 85,071 |
| | | (Subcontracting Cost) | 3 | | 5,181 | 5,184 | 5,057 | 2,685 | 344 | 8,086 |
| | | (Molds Cost) | 11 | | 30,346 | 30,357 | 39,476 | 9,679 | 809 | 49,964 |
| | | (Others) | 3 | | 31,703 | 31,706 | 96,106 | 42,843 | 2,650 | 141,598 |
| | | GA Expense | 14 | | 51,421 | 51,435 | 193,305 | 91,360 | 11,296 | 295,961 |
| | | (Labor cost) | 2 | | 9,317 | 9,319 | 39,868 | 35,452 | 1,680 | 76,999 |
| | | (Depreciation) | 1 | | 2,952 | 2,953 | 4,998 | 2,797 | 258 | 8,053 |
| | | (Others) | 11 | | 39,151 | 39,162 | 148,440 | 53,111 | 9,358 | 210,909 |
| | | Sales Expense | 62 | | 207,820 | 207,882 | 759,869 | 18,196 | 9,285 | 787,350 |
| | | (Marketing) | 2 | | 138,863 | 138,865 | 410,740 | -13,349 | 5,549 | 402,939 |
| | | (Paid Commission) | 12 | | 21,710 | 21,722 | 22,648 | 4,523 | 296 | 27,467 |
| | | (Insurance) | 1 | | 2,464 | 2,465 | 1,006 | 609 | 180 | 1,795 |
| | | (Others) | 48 | | 44,782 | 44,830 | 325,476 | 26,413 | 3,259 | 355,148 |
| | | R&D Expense | 6 | | 11,061 | 11,067 | 2,249,160 | 234,538 | 11,259 | 2,494,957 |
| | | (Labor cost) | 1 | | 2,023 | 2,024 | 983,357 | 69,420 | 2,866 | 1,055,643 |
| | | (Depreciation) | 0 | | 257 | 257 | 66,224 | 5,354 | 257 | 71,835 |
| | | (Others) | 5 | | 8,781 | 8,786 | 1,199,579 | 159,764 | 8,136 | 1,367,480 |
| | | Operating Profit | 869 | | 1,371,223 | 1,372,092 | -2,219,721 | -259,861 | -387 | -2,479,969 |
| | | (%) | 20.5% | | 11.7% | 11.7% | -28.7% | -12.5% | -0.1% | -24.6% |
| Manufacturing Company Operating Profit | | | 676 | | -1,643,399 | -1,642,723 | -960,718 | -343,123 | -52,795 | -1,356,636 |
| Litigation Expense (COGS) | | | 8 | | 38,015 | 38,023 | 27,221 | | | 27,221 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA4875335