# EXHIBIT 4

```
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5

     APPLE INC., A CALIFORNIA      )  C-11-01846 LHK
 6   CORPORATION,                  )
                                   )  SAN JOSE, CALIFORNIA
 7                 PLAINTIFF,      )
                                   )  AUGUST 13, 2012
 8             VS.                 )
                                   )  VOLUME 7
 9   SAMSUNG ELECTRONICS CO.,      )
     LTD., A KOREAN BUSINESS       )  PAGES 1989-2320
10   ENTITY; SAMSUNG               )
     ELECTRONICS AMERICA,          )
11   INC., A NEW YORK              )
     CORPORATION; SAMSUNG          )
12   TELECOMMUNICATIONS            )
     AMERICA, LLC, A DELAWARE      )
13   LIMITED LIABILITY             )
     COMPANY,                      )
14                                 )
                   DEFENDANTS.     )
15   _____

16                   TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE LUCY H. KOH
17                 UNITED STATES DISTRICT JUDGE

18

19

20                  APPEARANCES ON NEXT PAGE

21

22

23   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24

25
```

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF          MORRISON & FOERSTER
      APPLE:                 BY:  HAROLD J. MCELHINNY
 3                                MICHAEL A. JACOBS
                                  RACHEL KREVANS
 4                           425 MARKET STREET
                             SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
      APPLE:                 HALE AND DORR
 7                           BY:  WILLIAM F. LEE
                             60 STATE STREET
 8                           BOSTON, MASSACHUSETTS  02109

 9                           BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
10                           PALO ALTO, CALIFORNIA  94304

11    FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES
12                           BY:  CHARLES K. VERHOEVEN
                             50 CALIFORNIA STREET, 22ND FLOOR
13                           SAN FRANCISCO, CALIFORNIA  94111

14                           BY:  VICTORIA F. MAROULIS
                                  KEVIN P.B. JOHNSON
15                           555 TWIN DOLPHIN DRIVE
                             SUITE 560
16                           REDWOOD SHORES, CALIFORNIA  94065

17                           BY:  MICHAEL T. ZELLER
                                  WILLIAM C. PRICE
18                           865 SOUTH FIGUEROA STREET
                             10TH FLOOR
19                           LOS ANGELES, CALIFORNIA  90017

20

21

22

23

24

25
```

INDEX OF WITNESSES

PLAINTIFF'S

**BORIS TEKSLER**
    CROSS-EXAM BY MS. MAROULIS (RES.)   P. 2006
    REDIRECT EXAM BY MR. MUELLER   P. 2009
    RECROSS-EXAM BY MS. MAROULIS   P. 2019
    FURTHER REDIRECT EXAM   P. 2022

**JUN WON LEE**
    BY VIDEOTAPED DEPOSITION   P. 2023
        2025

**DONG HOON CHANG**
    BY VIDEOTAPED DEPOSITION   P. 2026

**TIMOTHY BENNER**
    BY VIDEOTAPED DEPOSITION   P. 2028
        2029

**TIMOTHY SHEPPARD**
    BY VIDEOTAPED DEPOSITION   P. 2030

**TERRY MUSIKA**
    DIRECT EXAM BY MS. KREVANS   P. 2031
    CROSS-EXAM BY MR. PRICE   P. 2098
    REDIRECT EXAM BY MS. KREVANS   P. 2160
    RECROSS-EXAM BY MR. PRICE   P. 2165
    FURTHER REDIRECT EXAM   P. 2171

DEFENDANT'S

**BENJAMIN BEDERSON**
    DIRECT EXAM BY MR. DEFRANCO   P. 2228
    CROSS-EXAM BY MR. JACOBS   P. 2254
    REDIRECT EXAM BY MR. DEFRANCO   P. 2269

**ADAM BOGUE**
    DIRECT EXAM BY MR. JOHNSON   P. 2274
    CROSS-EXAM BY MR. JACOBS   P. 2300

```
                        INDEX OF EXHIBITS

                                    MARKED        ADMITTED

     PLAINTIFF'S

     69 AND 89                                    2028
     28                                           2057
     34                                           2079
     194                                          2082
     25A-1                                        2094
     2227                                         2273
     41.1 AND 41.2                                2273

     DEFENDANT'S

     572.003                                      2128
     518                                          2235
     3951.001 AND 3951.002                        2235
     3951.010                                     2239
     546                                          2240
     528                                          2245
     518                                          2251
     3951.007 AND 3951.009                        2251
     696                                          2277
     695                                          2281
     661                                          2287
     3952.101                                     2287
     662                                          2289
     3952.102                                     2291
     713                                          2298


     JOINT

     1500                                         2041
```

1   PROPERTY, SHOULD GO BACK TO APPLE, AND THAT'S WHY
2   THAT MONEY SLIDES BACK ACROSS.
3   Q    OKAY.  FOR PURPOSES OF FORMING YOUR OPINIONS
4   IN THIS CASE, HAVE YOU DONE ANYTHING TO EVALUATE
5   SAMSUNG'S ACCUSED SMARTPHONE SALES AND SAMSUNG'S
6   ACCUSED TABLET SALES?
7   A    I HAVE.
8   Q    OKAY.  CAN WE SEE SLIDE 34B.6.
9          WHAT WAS YOUR OVERALL CONCLUSION ABOUT
10  THE VOLUME OF SAMSUNG'S ACCUSED SMARTPHONE AND
11  TABLET SALES AND THE REVENUES ASSOCIATED WITH THAT?
12  A    WELL, THE DAMAGE NUMBERS I'VE JUST GIVEN YOU
13  ARE VERY LARGE, AND THEY'RE VERY LARGE BECAUSE
14  WE'RE DEALING WITH A VERY LARGE QUANTITY OF SALES.
15         WHAT'S DEPICTED HERE IS THAT THE
16  COMBINATION OF SMARTPHONES AND TABLETS, OVER THE
17  TWO YEARS THAT'S AT ISSUE IN THIS CASE, SAMSUNG HAS
18  SOLD 22.7 MILLION INDIVIDUAL SMARTPHONES AND/OR
19  TABLETS.
20         THE AMOUNT THAT'S ASSOCIATED WITH THOSE
21  SALES IS $8,160,000,000.  THAT'S SAMSUNG'S NUMBER.
22  THAT'S JUST -- THAT'S THAT MONEY THAT SLID ACROSS.
23  IT WAS EQUAL TO $8,160,000,000.
24  Q    WHERE DID YOU GET THE INFORMATION THAT YOU
25  USED TO DERIVE THE 22 MILLION INFRINGING SALES AND

| | |
|---|---|
| 1 | THE $8 BILLION OF REVENUE? |
| 2 | A    THAT'S AN IMPORTANT POINT.  THESE AREN'T MY |
| 3 | NUMBERS.  THESE ARE SAMSUNG'S NUMBERS.  THIS IS |
| 4 | ACTUALLY TAKEN DIRECTLY FROM SAMSUNG'S RECORDS. |
| 5 | Q    OKAY.  COULD WE LOOK AT JOINT EXHIBIT 1500, |
| 6 | PLEASE.  JUST LOOK AT THAT IN YOUR BINDER FOR A |
| 7 | MOMENT, MR. MUSIKA. |
| 8 | DO YOU HAVE -- IT SHOULD BE RIGHT AT THE |
| 9 | FRONT. |
| 10 | A    I'VE GOT IT. |
| 11 | Q    OKAY.  WHAT IS JOINT EXHIBIT 1500? |
| 12 | A    JOINT EXHIBIT 1500 IS AN EXHIBIT THAT HAS BEEN |
| 13 | JOINTLY SUBMITTED BY BOTH APPLE AND SAMSUNG AND |
| 14 | AGREED TO BY BOTH PARTIES, AND IT LISTS THOSE TOTAL |
| 15 | 8 BILLION OF SALES -- |
| 16 | Q    LET ME STOP YOU FOR A MOMENT BEFORE YOU TELL |
| 17 | US THE NUMBERS. |
| 18 | YOUR HONOR, WE WOULD MOVE THE ADMISSION |
| 19 | OF JOINT EXHIBIT 1500. |
| 20 | THE COURT:  ANY OBJECTION? |
| 21 | MR. PRICE:  NO OBJECTION. |
| 22 | THE COURT:  OKAY.  IT'S ADMITTED. |
| 23 | (WHEREUPON, JOINT EXHIBIT NUMBER 1500, |
| 24 | HAVING BEEN PREVIOUSLY MARKED FOR |
| 25 | IDENTIFICATION, WAS ADMITTED INTO |

```
 1             EVIDENCE.)
 2             MS. KREVANS:  COULD WE SHOW THE JURY,
 3   MR. LEE, JOINT EXHIBIT 1500.
 4   Q    CAN YOU -- IN EXHIBIT 1500, CAN YOU SHOW US
 5   WHERE YOU GOT THE 22 MILLION PHONE AND TABLET SALES
 6   AND THE 8 BILLION REVENUE NUMBERS.
 7   A    RIGHT.  I'D LIKE TO APOLOGIZE, FIRST, FOR THE
 8   SMALL NUMBERS; AND SECONDLY, I'M GOING TO BE
 9   ABBREVIATING A LOT OF NUMBERS FROM TIME TO TIME, SO
10   THAT COULD GET A LITTLE CONFUSING.  I WANT TO MAKE
11   SURE THAT I TRY TO POINT OUT WHEN I'M SAYING 2.4
12   BILLION OR MILLION SO I DON'T CONFUSE THE COURT.
13             SO YOUR PENDING QUESTION, IF WE WOULD GO
14   DOWN TO THE -- IN MOST SCHEDULES, IT ADDS ACROSS.
15   THESE ARE CALENDAR QUARTERS, AND THEN THAT FINAL
16   COLUMN ON THE RIGHT TOTALS DOWN.
17             SO THIS IS THE PORTION OF THE SALES THAT
18   RELATE TO THE SMARTPHONES, AND IF WE GO TO THE
19   BOTTOM THERE, SO THIS IS -- THIS IS A TRUNCATED --
20   OR IT'S A NUMBER THAT'S CUT OFF, SO THAT 21 IS
21   21,251,000 SMARTPHONE UNITS, AND THE NUMBER BELOW
22   IT WITH THE DOLLAR SIGN IS 7,516,000,000.
23             AND TO GET BACK TO OUR 22 MILLION AND OUR
24   $8 BILLION NUMBER, WE HAVE TO ADD PAGE 2, WHICH IS
25   THE TABLETS.
```

```
 1           WE GO TO THE SAME SPOT, AND THERE'S THE
 2   1,438 TABLETS, WE ADD THAT TO THE SMARTPHONE TO GET
 3   TO THE $22 MILLION -- OR 22 MILLION UNITS, AND
 4   THERE'S 644,000, WHICH WE ADD THAT BACK TO THE
 5   SMARTPHONES, WE GET TO THE $8.1 BILLION.
 6   Q    NOW, MR. MUSIKA, YOU SAID 644,000, THAT NUMBER
 7   THERE IS -- BECAUSE IT'S MISSING ZEROS, IT'S
 8   ACTUALLY WHAT?
 9   A    MILLIONS.  SORRY.  I DID IT MYSELF.  I
10   APOLOGIZE.
11   Q    ALL RIGHT.  DOES THIS REPRESENT SALES JUST IN
12   THE UNITED STATES?
13   A    SALES OF TABLETS AND SMARTPHONES ONLY IN THE
14   UNITED STATES BY THE DEFENDANT SAMSUNG.
15   Q    OKAY.  HAVE YOU LOOKED AT INFORMATION ABOUT
16   HOW SAMSUNG'S SALES OF THE ACCUSED PRODUCTS IN THIS
17   CASE -- LET ME START OVER.
18           HAVE YOU LOOKED AT INFORMATION ABOUT HOW
19   SAMSUNG SALES OF SMARTPHONES AND TABLETS BEFORE THE
20   INTRODUCTION OF THE ACCUSED PRODUCTS IN THIS CASE
21   COMPARED TO SAMSUNG SALES OF SMARTPHONES AND
22   TABLETS AFTER THE INTRODUCTION OF THE ACCUSED
23   PRODUCTS?
24   A    YES.
25   Q    OKAY.  COULD WE SEE SLIDE 34B.9.  WHAT
```

```
 1   INFORMATION IS SHOWN ON 34B.9, MR. MUSIKA?
 2   A    THIS IS A GRAPH, AND ON THE VERTICAL AXIS,
 3   IT'S THE MARKET SHARE PERCENT.  SO IT'S HOW MUCH OF
 4   THE OVERALL SMARTPHONE MARKET DID SAMSUNG HAVE OVER
 5   TIME, WHICH IS OUR HORIZONTAL X AXIS THERE.
 6            AND THE SLIDE IS DIVIDED UP, AS YOU JUST
 7   INDICATED, INTO TWO SEGMENTS.  ON THE LEFT-HAND
 8   SIDE WITH THE BLUE IS THE TIME PERIOD FOR SAMSUNG
 9   PRIOR TO THE INTRODUCTION OF THEIR FIRST ACCUSED
10   PHONE, AND WHAT WE CAN SEE THEN WITH THE
11   INTRODUCTION OF THE FIRST ACCUSED PHONE, THE RED
12   LINE, ON THE RIGHT-HAND SIDE IS THE PERIOD OF TIME
13   AFTERWARDS.
14   Q    AND HOW DO THE TWO PERIODS, THAT IS, BEFORE
15   AND AFTER, COMPARE TO ONE ANOTHER?
16   A    YES.  IT'S A RATHER DRAMATIC DEMONSTRATION OF
17   SAMSUNG WAS LOSING MARKET SHARE DURING THE PERIOD
18   PRIOR TO 2010, APPROXIMATELY JUNE OF 2010 WHEN THEY
19   INTRODUCED THE FIRST ACCUSED PHONE.
20            AFTER THEY INTRODUCED THE FIRST ACCUSED
21   PHONE, SAMSUNG'S MARKET SHARE TOOK AN ABRUPT UPWARD
22   SWING AND HAS CONTINUED TODAY TO ADVANCE
23   DRAMATICALLY IN INCREASES IN MARKET SHARE.
24   Q    WHERE DID THE INFORMATION THAT FORMS THIS
25   CHART COME FROM?
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: AUGUST 14, 2012