HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.　11-cv-01846-LHK<br><br>**REPLY DECLARATION OF NATHAN SABRI IN SUPPORT OF CONDITIONAL MOTION FOR RECONSIDERATION OF ORDER GRANTING NEW DAMAGES TRIAL ON GALAXY S II AT&T AND INFUSE 4G** |

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Reply in Support of Conditional Motion for Reconsideration of Order Granting New Damages Trial on Galaxy S II AT&T and Infuse 4G.

2. Attached as **Exhibit A** is a true and correct copy of Samsung's Amended Objections and Response to Apple's Sixth Set of Interrogatories (No. 14), served March 7, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

REPLY DECLARATION OF NATHAN SABRI IN SUPPORT OF CONDITIONAL MOTION FOR RECONSIDERATION
CASE NO. 11-CV-01846 LHK
sf-3276183

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: April 19, 2013          */s/ Michael A. Jacobs*
                               Michael A. Jacobs

Reply Declaration of Nathan Sabri in Support of Conditional Motion for Reconsideration
Case No. 11-cv-01846 LHK
sf-3276183

2