# EXHIBIT A

Exhibit A to Joint CMC Statement:
Apple's and Samsung's Separate Proposals for the New Trial Schedule

| Event | Apple's Proposed Schedule | Samsung's Proposed Schedule |
|---|---|---|
| Case management conference | April 29, 2013 | April 29, 2013 |
| Apple to identify substitute damages expert | May 13, 2013 | April 19, 2013 |
| Apple and Samsung provide additional damages discovery | Samsung to provide May 13, 2013 | Apple to provide updates of financial spreadsheets 2 weeks after order setting new trial / Samsung to provide updates of financial spreadsheets with U.S. data 2 weeks after order setting new trial and foreign data 3 weeks after order setting new trial |
| Apple serves supplemental expert report on damages | June 26, 2013 | 4 weeks after completion of additional damages discovery |
| Samsung serves rebuttal expert report(s) | Wagner to supplement on July 12, 2013 | 4 weeks after Apple serves its report |
| Apple and Samsung meet and confer regarding any new fact discovery necessary in light of changes from prior damages reports | N/A | 1 week after service of Samsung's expert damages report/ duration of discovery to be determined |
| Parties file motions seeking discovery if parties are unable to reach agreement during meet and confer | N/A | 1 week after meet and confer |
| Hearing on motion seeking discovery | N/A | 35 days after filing (or shortened briefing if preferred by the Court) |
| Expert depositions | By July 26, 2013 | 2 weeks after Samsung's expert damages report |
| Parties file *Daubert* motions and motions to strike | N/A | 4 weeks after end of new fact discovery or expert depositions, |

sf-3273821

Exhibit A to Joint CMC Statement:
Apple's and Samsung's Separate Proposals for the New Trial Schedule

| Event | Apple's Proposed Schedule | Samsung's Proposed Schedule |
|---|---|---|
| | | whichever is later |
| Hearing on *Daubert* motions and motions to strike | N/A | 35 days after filing (or shortened briefing if preferred by the Court) |
| Parties file motion re:  any changes to pre-trial rulings or jury instructions | Combined with motions *in limine* (see below) | 3 weeks after ruling on *Daubert*/motion to strike |
| Hearing on motions re: any changes to pre-trial rulings or jury instructions | Combined with pretrial conference (see below) | 35 days after filing (or shortened briefing if preferred by the Court) |
| Disclosure of updated exhibit lists and exhibits | July 26, 2013 | 20 days after order on motions re: any changes |
| Joint Pretrial statement; motions *in limine* | August 2, 2013 | N/A |
| Responses to motions *in limine* | August 9, 2013 | N/A |
| Hearing on motions *in limine* | August 21, 2013 | N/A |
| Pretrial Conference | August 21, 2013 | At Court's convenience |
| Trial | 3-day trial beginning September 3, 2013 | At Court's convenience |

sf-3273821