# EXHIBIT B

Case 5:11-cv-01846-LHK   Document 2315-2   Filed 04/22/13   Page 2 of 4
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 1

# Summary of Apple Affirmed & Supplemental Damages
# Through June 2013

| | | |
|---|---:|---|
| Apple Affirmed Damage Award | $ 598,908,892 | 1/ |
| Supplemental Damages - August 25-31, 2012 & September 2012 | 23,683,025 | 2/ |
| Supplemental Damages - October 2012 to June 2013 | TBD | 2/ |
| **Total Damages** | **$ 622,591,917** | |

**Sources/Notes:**
1/ Per Amended Verdict Form, 8/24/12 and Order Re: Damages, 3/1/13, p. 26.
2/ See EXHIBIT 2.

Case 5:11-cv-01846-LHK   Document 2315-2   Filed 04/22/13   Page 3 of 4

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                                                                                                         EXHIBIT 2

## Calculation of Apple's Supplemental Damages
## Through June 30, 2013

| Month | Data Type | | Galaxy S 4G | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) | Galaxy S II (T-Mobile edition) | Galaxy S Showcase (i500) | Sum of 5 Products |
|---|---|---|---|---|---|---|---|---|
| July-12 | Kerstetter | 1/ | 49,159 | 171,000 | 96,253 | 53,047 | 12,077 | 381,536 |
| August-12 | Kerstetter | 1/ | 947 | 204,302 | 57,721 | 134,021 | 1,441 | 398,432 |
| September-12 | Kerstetter | 1/ | - | 149,280 | 20,627 | 120,309 | 3,335 | 293,551 |
| October-12 | Need from Samsung | | | | | | | - |
| November-12 | Need from Samsung | | | | | | | - |
| December-12 | Need from Samsung | | | | | | | - |
| January-13 | Need from Samsung | | | | | | | - |
| February-13 | Need from Samsung | | | | | | | - |
| March-13 | Need from Samsung | | | | | | | - |
| April-13 | As Needed | | | | | | | - |
| May-13 | As Needed | | | | | | | - |
| June-13 | As Needed | | | | | | | - |
| | | | | | | | | |
| Total Kerstetter August 25-31, 2012 Sales | | 2/ | - | 46,133 | 13,034 | 30,263 | 325 | 89,755 |
| Total Kerstetter September 2012 Sales | | | - | 149,280 | 20,627 | 120,309 | 3,335 | 293,551 |
| Total Sales from Samsung (Oct 2012 to June 2013) | | | - | - | - | - | - | - |
| Total | | | - | 195,413 | 33,661 | 150,572 | 3,660 | 383,306 |
| | | | | | | | | |
| Damages per Unit 3/ | | | $ 50.69 | $ 59.90 | $ 50.74 | $ 66.93 | $ 52.76 | |
| | | | | | | | | |
| Damages - August 25-31, 2012 | | | $ - | $ 2,763,197 | $ 661,394 | $ 2,025,377 | $ 17,168 | $ 5,467,137 |
| Damages - September 2012 | | | - | 8,941,381 | 1,046,709 | 8,051,834 | 175,964 | 18,215,888 |
| Damages - October 2012 | | | - | - | - | - | - | - |
| Damages - November 2012 | | | - | - | - | - | - | - |
| Damages - December 2012 | | | - | - | - | - | - | - |
| Damages - January 2013 | | | - | - | - | - | - | - |
| Damages - February 2013 | | | - | - | - | - | - | - |
| Damages - March 2013 | | | - | - | - | - | - | - |
| Damages - April 2013 | | | - | - | - | - | - | - |
| Damages - May 2013 | | | - | - | - | - | - | - |
| Damages - June 2013 | | | - | - | - | - | - | - |
| **Total** | | | $ - | $ 11,704,578 | $ 1,708,102 | $ 10,077,212 | $ 193,133 | $ 23,683,025 |

**Sources/Notes:**
1/ Kerstetter sales per Exhibit 2 to the Kerstetter Declaration dated October 19, 2012.
2/ Supplemental damages for August 2012 begin on August 25, 2012 per Order Re: Damages, 3/1/13, p. 3.  August units prorated (7/31 days X Total August units).
3/ See EXHIBIT 2.1.

| Samsung Products Affirmed & Selling After Verdict | Jury Verdict | # of Units | Per Unit |
|---|---|---|---|
|  | 1/ | 2/ |  |
| Galaxy S 4G | $73,344,668 | 1,447,000 | $ 50.69 |
| Galaxy S II (Epic 4G Touch) | $100,326,988 | 1,675,000 | $ 59.90 |
| Galaxy S II (Skyrocket) | $32,273,558 | 636,000 | $ 50.74 |
| Galaxy S II (T-Mobile) | $83,791,708 | 1,252,000 | $ 66.93 |
| Galaxy S Showcase (i500) | $22,002,146 | 417,000 | $ 52.76 |

**Sources/Notes:**

1/ Amended Verdict Form, 8/24/12.

2/ JX-1500.