UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:   1h53m

**JUDGE LUCY H. KOH**

CRT REPRTR:  LEE-ANNE SHORTRIDGE            DATE:   4/29/13
COURTROOM DEPUTY:  MARTHA PARKER BROWN
                                                                                CASE #:    C 11-01846LHK

CASE TITLE:        APPLE INC.        VS.    SAMSUNG ELECTRONICS CO. LTD., et al

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| MICHAEL JACOBS, ERIK J. OLSON, | VICTORIA MAROULIS, WILLIAM PRICE, |
| NATHANIEL B. SABRI, WILLIAM LEE, | KATHLEEN SULLIVAN, MICHAEL ZELLER, |
| MARK SELWYN, LAUREN FLETCHER | SCOTT TIDMAN |

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.    {X} CASE MANAGEMENT  CONF.    { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

**DISPOSITION of TODAY'S PROCEEDINGS**

[  ] SETTLED      [  ] NOT SETTLED    [  ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part

**[  ] BRIEFS TO BE FILED AS FOLLOWS:**

{    } Cont'd to              @                       For

**ORDER TO BE PREPARED BY:**       [ ]PLTF;      [ ]DEFT;      [ ]COURT
Additional Comments:   MATTER IS HEARD. CASE MANAGEMENT ORDER ISSUED.