# TRANSCRIPT ORDER

*Please use one form per court reporter.*
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

**COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 03/2013) | |
| 1. NAME: Michael A. Jacobs | 4. TODAY'S DATE: 04/30/2013 |
| 2. PHONE NUMBER: (415) 268-7455 | 3. EMAIL ADDRESS: mjacobs@mofo.com |
| 4. MAILING ADDRESS: Morrison & Foerster LLP, 425 Market Street, San Francisco CA 94105 | 5. CASE NAME: Apple v Samsung |
| | 6. CASE NUMBER: cv-11-01846 |
| 7. COURT REPORTER NAME: Lee-Anne Shortridge | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL ☑ CIVIL  ☐ In forma pauperis ☐ CJA |

9. TRANSCRIPT(S) REQUESTED

a. HEARING(S) (OR PORTIONS OF HEARINGS):

| DATE | JUDGE (initials) | TYPE | PORTION |
|---|---|---|---|
| 04/29/2013 | LHK | CMC | FULL |

b. SELECT FORMAT(S): PDF (email) ●, TEXT/ASCII (email) ●, PAPER ●, CONDENSED (email) ●, ECF ACCESS (web) ○

c. DELIVERY TYPE: EXPEDITED (7-day) ●

11. SIGNATURE: [signed]    12. DATE: 04/30/2013

DISTRIBUTION: ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY