| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
|   | MICHAEL J. BAKER (No. 56492) |
| 2 | mike.baker@aporter.com |
|   | Three Embarcadero Center, 7th Floor |
| 3 | San Francisco, California  94111-4024 |
|   | Telephone:  415-471-3100 |
| 4 | Facsimile:  415-471-3400 |
| 5 | ARNOLD & PORTER LLP |
|   | GABRIEL N. WHITE (No. 258257) |
| 6 | gabriel.white@aporter.com |
|   | 777 South Figueroa Street, 44th Floor |
| 7 | Los Angeles, California  90017-5844 |
|   | Telephone:  213-243-4000 |
| 8 | Facsimile:  213-243-4199 |
| 9 | Attorneys for Non-Party, IDC RESEARCH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No. 11-CV-01846-LHK |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Please take notice that Gabriel N. White, has moved to the Los Angeles office of his firm, Arnold & Porter LLP. IDC RESEARCH, INC., respectfully requests that the Court's records for said attorney in the above-captioned action be updated to the following:

33482535v2

NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| 1 | Gabriel N. White |
| 2 | Email: Gabriel.White@aporter.com |
|   | ARNOLD & PORTER LLP |
| 3 | 777 South Figueroa Street, 44th Floor |
|   | Los Angeles, California  90017-5844 |
| 4 | Telephone:  213-243-4000 |
|   | Facsimile:  213-243-4199 |
| 5 | |

Dated: May 3, 2013

RESPECTFULLY SUBMITTED,

ARNOLD & PORTER LLP

By: /s/ Gabriel N. White
    Gabriel N. White
    Attorney for IDC RESEARCH, INC.

- 2 -
NOTICE OF CHANGE OF ADDRESS

33482535v2