| | |
|---|---|
| 1 | Michael R. Heimbold (SBN 173981) |
| 2 | mheimbold@steptoe.com<br>Dylan Ruga (SBN 235969) |
| 3 | druga@steptoe.com<br>Steptoe & Johnson LLP |
| 4 | 2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067 |
| 5 | Telephone:  (310) 734-3200<br>Facsimile:  (310) 734-3229 |
| 6 | John M. Caracappa (Pro Hac Vice) |
| 7 | jcaracappa@steptoe.com<br>Paul A. Gennari (Pro Hac Vice) |
| 8 | pgennari@steptoe.com<br>Kfir Levy (Pro Hac Vice) |
| 9 | klevy@steptoe.com<br>Steptoe & Johnson LLP |
| 10 | 1330 Connecticut Avenue, NW<br>Washington, DC  20036 |
| 11 | Telephone:  (202) 429-3000<br>Facsimile:   (202) 429-3902 |
| 12 | |
| 13 | Attorneys for Applicant |
| 14 | SAMSUNG ELECTRONICS CO., LTD.<br>SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG |
| 15 | TELECOMMUNICATIONS AMERICA, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE, INC., a California Corporation, | Case No. 11-01846 LHK |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF COUNSEL** |
| SAMSUNG ELECTRONICS CO. LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | [L.R. 5-1(c)(2)(C)] |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following individuals no longer are counsel of record for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") and should be removed from all future ECF notifications:

1. Dylan Ruga, State Bar No. 235969, email address druga@steptoe.com;

2. Michael R. Heimbold, State Bar No. 173981, email address: mheimbold@steptoe.com;

3. Huan Yi Lin, State Bar No. 220304, email address: hlin@steptoe.com;

4. John M. Caracappa, admitted *pro hac vice*, email address: jcaracappa@steptoe.com;

5. Paul A. Gennari, admitted *pro hac vice*, email address: pgennari@steptoe.com;

6. Kfir Levy, admitted *pro hac vice*, email address: klevy@steptoe.com.

Pursuant to Northern District of California Local Rule 5-1(c)(2)(C), no Court Order is required to effectuate this change because Samsung still is represented by other counsel.

Dated:  April 30, 2013             STEPTOE & JOHNSON LLP

                                   Michael R. Heimbold
                                   Dylan Ruga
                                   Huan Yi Lin
                                   John M. Caracappa
                                   Paul A. Gennari
                                   Kfir Levy

                                   By:   /s/ Dylan Ruga
                                         Dylan Ruga
                                   Attorneys for Samsung Electronics Co., Ltd.
                                   Samsung Electronics America, Inc., and
                                   Samsung Telecommunications America, LLC