1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522

8
   Attorneys for Plaintiff and
9  Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**STATEMENT OF RECENT DECISION REGARDING CONFIRMATION OF CLAIM 19 OF U.S. PATENT NO. 7,469,381** |

STATEMENT OF RECENT DECISION RE CONFIRMATION OF CLAIM 19 OF U.S. PATENT NO. 7,469,381
Case No. 11-cv-01846-LHK
sf-3289697

1   Pursuant to Local Rule 7-3(d) and the Court's request that the parties keep the Court
2   informed of any developments with the USPTO (April 29, 2013 Tr. at 12:9-13), Apple brings to
3   the Court's attention a Notice of Intent to Issue Ex Parte Reexamination Certificate ("NIRC") in
4   the reexamination of U.S. Patent No. 7,469,381 (the "'381 patent").

5   This Statement follows several filings and a discussion with the Court.  Samsung asserted
6   that the USPTO had "finally reject[ed]" multiple claims of the '381 patent, including claim 19,
7   the claim of the '381 patent found infringed in this action, and that this made final invalidation
8   "all the more likely." (Dkt. 2291, 2304 at 4.)  Samsung requested that the Court stay the new
9   damages trial pending reexamination of the '381 and '915 patents.  (Dkt. 2304 at 2-4.)

10  Once again, Samsung's predictions were misplaced.  The examiner has now issued a
11  NIRC confirming the patentability of several claims of the '381 patent, including claim 19, for the
12  second time.[1]  A copy of the examiner's NIRC, downloaded from PAIR but with corrected page
13  order, is attached as Exhibit A.

Dated: June 13, 2013                    MORRISON & FOERSTER LLP

                                        By:   /s/ Michael A. Jacobs
                                              MICHAEL A. JACOBS

                                              Attorneys for Plaintiff
                                              APPLE INC.

---

[1] A previous reexamination resulted in issuance of a reexamination certificate on April 26, 2011, confirming the patentability of claims 1-20 of the '381 patent.

STATEMENT OF RECENT DECISION RE CONFIRMATION OF CLAIM 19 OF U.S. PATENT NO. 7,469,381
Case No. 11-cv-01846-LHK
sf-3289697                                                                                      1