1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10  | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG)
11  | Plaintiff, |
12  | vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
13  | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
14
15
16
17  | Defendants. |

18

19       Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

20  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's

21  Administrative Motion to File Documents Under Seal.

22       Having considered Samsung's motion, and good cause having been shown, the Court

23  GRANTS Samsung's motion and ORDERS sealed the portions of the following documents that

24  Samsung has sought to seal:

25       1. Portions of Exhibit 2 to the Declaration of Anthony P. Alden in Support of
            Samsung's Administrative Motion for Relief from April 29, 2013 Case
26          Management Order; and

27
28
-1-                                                    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

2. Portions of Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order.

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge