1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                    UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM APRIL 29, 2013 CASE MANAGEMENT ORDER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I, Anthony P. Alden, declare as follows:

2  1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Transcript of Proceedings in this action, dated April 29, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the June 24, 2013 Expert Report of Julie L. Davis, CPA ("Davis Report"), including Exhibits 17-PT, 17.1-PT, 18-PT, 18.1-PT, 19-PT, and the Appendix versions A-K of the same.

4. On July 1, 2013, counsel for Samsung contacted counsel for Apple to inform them of Samsung's intent to file a motion for relief from the April 29, 2013 Case Management Order ("CMO") unless Apple agreed to serve a revised Davis Report that complies with the Court's CMO and continue all currently scheduled dates to accommodate service of the revised Report and Samsung's response thereto. In response to a request from Apple, Samsung set forth the specific bases for its request for relief from the CMO. Apple would not agree to Samsung's requested relief and indicated its intention to oppose Samsung's motion. A true and correct copy of the emails reflecting this exchange is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2013, at Los Angeles, California.

 /s/ Anthony P. Alden  
Anthony P. Alden

-1-  Case No. 11-cv-01846-LHK (PSG)  
ALDEN DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM APRIL 29, 2013 CASE MANAGEMENT ORDER

1 **GENERAL ORDER ATTESTATION**

2     I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3 foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the

4 electronic filing of this document has been obtained from Anthony P. Alden.

6                                            /s/ Victoria Maroulis