# CORRECTED EXHIBIT A FILED UNDER SEAL