# CORRECTED EXHIBIT 2 FILED UNDER SEAL