UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM APRIL 29, 2013 CASE MANAGEMENT ORDER** |

Pursuant to Local Rule 7-11, Samsung has filed an administrative motion seeking to vacate all deadlines in the April 29, 2013 Case Management Order. Having considered the parties' arguments and the papers submitted, and good cause having been shown, the Court DENIES Samsung's motion. The trial date and all deadlines set forth in the April 29, 2013 Case Management Order remain in place.

**IT IS SO ORDERED.**

Dated: _____    _____
                                   Hon. Lucy H. Koh
                                   United States District Judge