| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (SBN 244180) |
| San Francisco, California  94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM APRIL 29, 2013 CASE MANAGEMENT ORDER**<br><br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

1  I, Erik J. Olson, declare as follows:

2  1. I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I make this declaration based on personal knowledge in support of Apple's Opposition to Samsung's Administrative Motion for Relief from the April 29, 2013 Case Management Order.

2. Attached as **Exhibit A** hereto is a true and correct copy of excerpts from the June 24, 2013 Expert Report of Julie L. Davis, CPA.

3. Attached as **Exhibit B** hereto is a true and correct copy of excerpts from the April 29, 2013 Case Management Conference Hearing Transcript.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 5th day of July 2013 in Palo Alto, California.

*/s/ Erik J. Olson*
ERIK J. OLSON

OLSON DECLARATION ISO APPLE'S OPP. TO SAMSUNG'S ADMINISTRATIVE MOTION RE: CMC ORDER
Case No. 11-cv-01846-LHK (PSG)
sf-3305151

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: July 5, 2013                        */s/ Harold J. McElhinny*
                                              Harold J. McElhinny

OLSON DECLARATION ISO APPLE'S OPP. TO SAMSUNG'S ADMINISTRATIVE MOTION RE: CMC ORDER
Case No. 11-cv-01846-LHK (PSG)
sf-3305151

2