HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S MOTION TO SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM APRIL 29, 2013, CASE MANAGEMENT ORDER** |

**EXHIBITS SUBMITTED UNDER SEAL**

I, Cyndi Wheeler, hereby declare as follows:

1.      I am an attorney for Apple Inc. ("Apple").  I submit this declaration in support of Apple's Motion to Seal Regarding Apple's Opposition to Samsung's Administrative Motion for Relief from April 29, 2013, Case Management Order pursuant to Local Rules 7-11 and 79-5.  I have personal knowledge of the matters set forth below.  If called as a witness I could and would competently testify as follows.

**Financial and Capacity Information**

2.      **Exhibit A to the Declaration of Erik J. Olson in Support of Apple's Opposition to Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order** consists of excerpts from the Expert Report of Julie L. Davis, CPA.  It contains confidential Apple profit/loss information in paragraph 88.  Proposed redactions are attached hereto as Exhibit 1.

3.      **Exhibit C to the Declaration of Marylee Robinson, CPA, in Support of Apple's Opposition to Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order** consists of excerpts from the March 22, 2012 Expert Report of Terry L. Musika, CPA.  It contains confidential Apple profit information and data that would allow calculation of Apple profit information in paragraph 124, and capacity information in paragraph 127.  Proposed redactions are attached hereto as Exhibit 2.

4.      Apple has previously moved to seal the types of information contained in these documents, including the exact capacity information at issue, as the Musika Expert Report was at issue in Apple's Motion to Seal Prior Motions and Exhibits Thereto (Dkt. No. 1499) filed at the beginning of trial in July 2012.  Apple provided a detailed supporting declaration at that time from its Vice President of Worldwide Planning and Analysis, Jim Bean. (Dkt. No. 1502.)

5.      As Mr. Bean stated in his declaration, Apple goes to extensive lengths to protect the confidentiality of its financial data, which is on par with source code from a confidentiality perspective.  Profits and capacity information are among the most highly confidential of Apple's financial documents.  Armed with capacity information, Apple's competitors could predict when Apple is more likely to have constrained capacity in order to increase production of competing

1   products, or lower prices of competing products when Apple is more likely to have excess

2   capacity and be more vulnerable to a price cut.  Manufacturers with Apple's capacity data would

3   be able to harm Apple by negotiating exorbitant rates with unfairly gained knowledge.  Profit/loss

4   information would give competitors a substantial advantage over Apple as competitors could

5   tailor offerings and pricing to undercut Apple.

6          6.      The above information is highly confidential and trade secret.  If disclosed, the

7   information in the materials described above could be used by Apple's competitors to Apple's

8   disadvantage.  The requested relief is necessary and narrowly tailored to protect the

9   confidentiality of this information.

10         I declare under penalty of perjury under the laws of the United States of America that the

11   foregoing is true and correct.  Executed this 5th day of July, 2013 at Cupertino, California.

12

13                                         */s/ Cyndi Wheeler*
                                          Cyndi Wheeler

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated:  July 5, 2013

_____
*/s/  Harold J. McElhinny*
Harold J. McElhinny