1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL** |

Apple filed a motion to seal documents related to its Opposition to Samsung's Administrative Motion for Relief from April 29, 2013, Case Management Order ("Apple's Opposition").  The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the following documents may be filed partially under seal, consistent with Apple's proposed redactions covering its confidential information as reflected in the Wheeler Declaration supporting Apple's motion:

- Exhibit A to the Declaration of Erik J. Olson in Support of Apple's Opposition;
- Exhibit C to the Declaration of Marylee Robinson, CPA, in Support of Apple's Opposition.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                            Hon. Lucy H. Koh
                                                            United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3305323

1