QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**MOTION FOR LEAVE TO FILE THREE-PAGE REPLY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM APRIL 29, 2013 CASE MANAGEMENT ORDER, OR ALTERNATIVELY, FOR A HEARING**<br><br>Place:   Courtroom 4, 5th Floor<br>Judge:   Hon. Lucy H. Koh |

Pursuant to Civil Local Rule 7-11, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully request leave to submit a three-page Reply in Support of Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order or, in the alternative, a hearing on the Administrative Motion.  Samsung's proposed Reply is attached hereto as Exhibit 1.

A reply or hearing is necessary for several reasons.  *First*, Apple's Opposition is riddled with mischaracterizations of its new expert report.  (Dkt. No. 2328.)  Because Samsung does not have the benefit of a hearing on its Administrative Motion, without a reply, Samsung will have no opportunity to respond to Apple's numerous mischaracterizations and, under the current schedule, it must serve its rebuttal expert report in just over two weeks, on July 26, 2013.  Had Apple complied with the Court's April 29, 2013 Case Management Order ("CMC Order") and served a supplemental damages report that merely adjusted for the new notice dates – as opposed to making the fundamental changes described in Samsung's Motion for Relief – Samsung would have had no need to seek administrative relief from the CMC Order.

*Second*, the Court has recognized that Apple's damages theories are "very complex." (Aug. 20, 2012 Tr. at 3817:4.)  Apple's Opposition tries to take advantage of this complexity in the hope that the Court will not have the resources to truly understand the fundamental changes its new expert has made to the damages theories Apple presented at trial.  The Court should have the benefit of Samsung's explanation of why the arguments in Apple's Opposition are unavailing.

*Finally*, a short reply would merely serve to equalize the number of pages of briefs and supporting declarations filed by each side.  Samsung filed a five-page brief, but no substantive declarations in support, to comply with the Local Rules that contemplate a concise request.  Apple filed a five-page brief but also five pages of supporting declarations that expanded on its brief.  Permitting a short reply would mean that each side was given an equal number of pages of substantive argument.

For the foregoing reasons, Samsung respectfully requests leave to file its Reply or, in the alternative, a hearing on its Administrative Motion.

1  DATED: July 8, 2013         Respectfully submitted,

2                              QUINN EMANUEL URQUHART & SULLIVAN, LLP

3                               By/s/  Victoria F. Maroulis
4                                  Charles K. Verhoeven
                                   Kevin P.B. Johnson
5                                  Victoria F. Maroulis
                                   Michael T. Zeller
6
7                                  Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
                                   SAMSUNG ELECTRONICS AMERICA, INC. and
8                                  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC