1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17

18                    UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation,        | CASE NO. 11-cv-01846-LHK (PSG)

21 |              Plaintiff,                       | **DECLARATION OF ANTHONY P.**
                                                     **ALDEN IN SUPPORT OF MOTION FOR**
22 |          vs.                                 | **LEAVE TO FILE THREE-PAGE REPLY**
                                                     **IN SUPPORT OF SAMSUNG'S**
23 | SAMSUNG ELECTRONICS CO., LTD., a            | **ADMINISTRATIVE MOTION FOR**
   | Korean business entity; SAMSUNG             | **RELIEF FROM APRIL 29, 2013 CASE**
24 | ELECTRONICS AMERICA, INC., a New            | **MANAGEMENT ORDER, OR**
   | York corporation; SAMSUNG                   | **ALTERNATIVELY, FOR A HEARING**
25 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
26
   |              Defendants.
27

28

1        I, Anthony P. Alden, declare as follows:

2        1.        I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung

3    Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications

4    America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's

5    Motion for Leave to File Three-Page Reply in Support of Samsung's Administrative Motion for

6    Relief from April 29, 2013 Case Management Order, or Alternatively, for a Hearing ("Motion

7    for Leave").  I have personal knowledge of the facts set forth in this declaration, except as

8    otherwise noted, and, if called upon as a witness, I could and would testify to such facts under

9    oath.

10        2.        On July 8, 2013, I contacted Erik Olson of Morrison & Foerster, counsel for

11    Apple, by telephone to inform him of Samsung's intent to file the Motion for Leave and sought

12    Apple's consent.  I explained the nature of Samsung's proposed motion, the relief requested, the

13    length of Samsung's proposed reply, and the reasons why a reply is warranted.  In a subsequent

14    e-mail, Mr. Olson declined to consent to Samsung's Motion for Leave and stated Apple's

15    intention to oppose Samsung's request.  A true and correct copy of Mr. Olson's email reflecting

16    Apple's position is attached hereto as Exhibit A.

17

18        I declare under penalty of perjury under the laws of the United States of America that the

19    foregoing is true and correct.

20        Executed on July 8, 2013, at Los Angeles, California.

21

22        _____
                                                   Anthony P. Alden
23

24

25

26

27

28