# EXHIBIT A

| | |
|---|---|
| **From:** | Olson, Erik J. |
| **To:** | Anthony Alden; Carl Anderson; Victoria Maroulis |
| **Cc:** | Krevans, Rachel; McElhinny, Harold J.; Jacobs, Michael A. |
| **Subject:** | Apple v Samsung -- Samsung"s Request to File a Reply for Its Rule 7-11 MAR |
| **Date:** | Monday, July 08, 2013 10:35:15 AM |

Anthony:

Samsung chose to proceed by means of a Rule 7-11 request, which is limited both in scope and procedure under the Northern District Local Rules. The court's rules do not provide for a reply. The existing Case Management Order provides an appropriate method to address the scope of the expert reports. Samsung's request also does not satisfy the requirements of the local rules for modifications to a scheduling order. For all these reasons and more, Apple opposes Samsung's request to file a three-page reply brief on its Rule 7-11 request, which you communicated orally this morning.

Please include this e-mail with Samsung's request for leave to file a reply brief. I also request the courtesy of an immediate courtesy copy of anything that you file with respect to Samsung's request.

Sincerely,


**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.5825 | F: +650.251 3842 | C: 650.283.5808
EJOlson@mofo.com | www.mofo.com

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------