UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE THREE-PAGE REPLY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM APRIL 29, 2013 CASE MANAGEMENT ORDER, OR ALTERNATIVELY, FOR A HEARING** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Leave to File Three-Page Reply in Support of Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order, or Alternatively, for a Hearing.

Having considered Samsung's Motion for Leave, and good cause having been shown, the Court GRANTS Samsung's request.   Samsung's Reply, submitted as Exhibit 1 to its Motion for Leave, shall be deemed filed.

[Proposed alternative.]   Having considered Samsung's Motion for Leave, and good cause having been shown, the Court GRANTS Samsung's request for a hearing.   A hearing on Samsung's Motion for Administrative Relief is set for _____, 2013.

1 **IT IS SO ORDERED.**

3 DATED: _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge