HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

**EXHIBIT SUBMITTED UNDER SEAL**

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 2326) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Exhibit 2 to the Declaration of Anthony P. Alden in Support of Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order ("Alden Exhibit 2") consists of excerpts from the June 24, 2013 Expert Report of Julie L. Davis, CPA. It includes industry-wide market share information from the confidential report of a third party, IDC, in paragraphs 83 and 85; Apple profit/loss information in paragraph 88; and detailed month-by-month Apple capacity, margin, and profit information in Exhibits 17.2-PT and 17.2-PT-B. Proposed redactions are attached hereto as Exhibit 1.

**Financial and Capacity Information**

3. Apple has previously moved to seal the types of financial and capacity information contained in Alden Exhibit 2. Apple provided a detailed supporting declaration at that time from its Vice President of Worldwide Planning and Analysis, Jim Bean. (Dkt. No. 1502.)

4. As Mr. Bean stated in his declaration, Apple goes to extensive lengths to protect the confidentiality of its financial data, which is on par with source code from a confidentiality perspective. Profit information and capacity information are among the most highly confidential of Apple's financial documents. Armed with capacity information, Apple's competitors could increase production of competing products when Apple typically has constrained capacity, or lower prices of competing products when Apple has excess capacity and would be more vulnerable to a price cut. Manufacturers with Apple's capacity data would be able to harm Apple by negotiating exorbitant rates with unfairly gained knowledge. Profit/loss information would give competitors a substantial advantage over Apple as competitors could tailor offerings and pricing to undercut Apple. And profits or margins alone allow competitors to approximate Apple's cost.

5. The above information is highly confidential and trade secret. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

6. Apple has previously moved to seal IDC material, and supported its request with a declaration at that time. (Dkt. No. 1408-2.) As Apple explained, Apple is contractually obligated to defend the interests of third parties who sell Apple their proprietary consumer and market studies, and disclosure of this material would severely harm such third parties and damage Apple's relationship with them. Each report sold by a company such as IDC costs thousands of dollars. Alden Exhibit 2 contains major pieces of industry-wide data from such reports, including industry-wide forward-looking estimates in paragraph 83 of Alden Exhibit 2 and recent market information in paragraph 85, which may undercut the market for those reports.

7. Apple does not maintain a claim of confidentiality with respect to the text of Samsung's underlying Administrative Motion for Relief from April 29, 2013 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of July, 2013 at Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Erik J. Olson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: July 8, 2013

                                                    */s/ Erik J. Olson*
                                                      Erik J. Olson