1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL** |

1   Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 2326)
2   related to its Administrative Motion for Relief from April 29, 2013 Case Management Order.
3   Apple timely filed a declaration and Memorandum of Points and Authorities in support of
4   sealing-in-part Apple's confidential information.  The Court finds that Apple's sealing requests
5   are narrowly tailored and justified.
6   Therefore, Exhibit 2 to the Declaration of Anthony P. Alden in Support of Samsung's
7   Administrative Motion for Relief from April 29, 2013 Case Management Order may be filed
8   under seal-in-part consistent with Apple's proposed redactions as reflected in the Wheeler
9   Declaration supporting Samsung's motion.

11   **IT IS SO ORDERED.**

13   Dated: _____       _____
                                          Hon. Lucy H. Koh
                                          United States District Judge