UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE REPLY IN SUPPORT OF SAMSUNG'S ADMINSTRATIVE MOTION FOR RELIEF FROM APRIL 29 CASE MANAGEMENT ORDER, OR ALTERNATIVELY, FOR A HEARING** |

[PROPOSED] ORDER DENYING SAMSUNG'S RULE 7-11 ADMINISTRATIVE REQUEST FOR LEAVE TO FILE REPLY
CASE NO. 11-CV-01846-LHK
sf-3306016

1  Pursuant to Local Rule 7-11, Samsung has filed an administrative motion seeking leave to file a reply or seeking a hearing on its July 1, 2013, Rule 7-11 request for relief from all deadlines in the April 29, 2013 Case Management Order. Having considered the parties' arguments and the papers submitted, and good cause having been shown, the Court DENIES Samsung's motion for leave to file a reply or set a hearing.

**IT IS SO ORDERED.**

Dated: _____        _____
                                        Hon. Lucy H. Koh
                                        United States District Judge