QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4   the following documents:

5       1.  Exhibit 6 to the Declaration of Robert J. Becher in Support of Samsung's Motion
6          for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 Based on
7          Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability;
8       2.  Portions of the Declaration of Andries van Dam, Ph.D. in Support of Samsung's
9          Motion for New Trial Regarding '381 Patent Pursuant to Federal Rule of Civil
10         Procedure 59 Based on Newly Discovered Evidence; and
11      3.  Portions of Samsung's Notice of Motion and Motion for New Trial Regarding '381
12         Patent Pursuant to Fed. R. Civ. P. 59 Based on Newly Discovered Evidence or,
13         Alternatively, for Entry of Judgment on Liability.

14  Samsung has established good cause to permit filing these documents under seal through
15  the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
16  Under Seal ("Trac Decl."), filed herewith.  In short, the above documents discuss and refer to
17  documents and things that Apple, Samsung and third parties have designated as "HIGHLY
18  CONFIDENTIAL - ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – OUTSIDE
19  ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order.  Samsung
20  accordingly files these documents under seal, and expects that Apple will comply with L.R. 79-
21  5(d) by filing an appropriate declaration with the Court within seven days for those portions and
22  documents that reference Apple-designated information.  Samsung's entire filing will be lodged
23  with the Court for *in camera* review and served on all parties.

| | | |
|---|---|---|
| 1 | DATED: July 8, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By */s/ Victoria Maroulis* |
| 5 | | Victoria F. Maroulis<br>Attorneys for Defendants |
| 6 | | SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC., |
| 7 | | and SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC |