1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Bill Trac, declare:

1. I am a member of the State Bar of California and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Exhibit 6 to the Declaration of Robert J. Becher in Support of Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 Based on Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability contains information that has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Apple and HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY by third parties under the Protective Order.  In particular, Exhibit 6 includes detailed descriptions of the operation of third party source code.  In addition, Samsung expects that Apple will file a declaration detailing the basis for maintaining confidentiality of these documents.  Pursuant to L.R. 79-5 and General Order No. 62, a copy of Exhibit 6 has been lodged with the Court for in camera review and served on all parties.

3. Portions of the Declaration of Andries van Dam, Ph.D. in Support of Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Federal Rule of Civil Procedure 59 Based on Newly Discovered Evidence ("van Dam Declaration") contain information that has been designated HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE by Samsung under the Protective Order.  In particular, the van Dam Declaration includes detailed and highly-sensitive descriptions of the operation Samsung's confidential and trade secret source code, the disclosure of which would cause significant competitive harm to Samsung.  Accordingly, Samsung's request meets the "compelling interest" standard for filing under seal.  Pursuant to L.R. 79-5 and General Order No. 62, an unredacted copy of the van Dam Declaration has been lodged with the Court for in camera review and served on all parties.

4. Portions of Samsung's Notice of Motion and Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 Based on Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability ("Motion") discuss and refer to the information contained in the

1  van Dam Declaration, and accordingly meet the "compelling interest" standard for filing under
2  seal for the same reasons.  Pursuant to L.R. 79-5 and General Order No. 62, an unredacted copy of
3  Samsung's Motion has been lodged with the Court for in camera review and served on all parties.
4
5  I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.  Executed on July 8, 2013 at Redwood Shores, California.
7
8                                                        */s/ Bill Trac*
                                                         Bill Trac
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the |
| 3 | foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic |
| 4 | filing of this document has been obtained from Bill Trac. |
| 5 | |
| 6 |   */s/ Victoria F. Maroulis* |
| 7 | Victoria F. Maroulis |