1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal.
4    Samsung and Apple have each filed the declarations required under Civil L.R. 79-5 and
5 General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.
6 The declarations establish that Exhibit 6 to the Declaration of Robert J. Becher in Support of
7 Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 Based on
8 Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability ("Becher
9 Declaration"), Portions of the Declaration of Andries van Dam, Ph.D. in Support of Samsung's
10 Motion for New Trial Regarding '381 Patent Pursuant to Federal Rule of Civil Procedure 59
11 Based on Newly Discovered Evidence ("van Dam Declaration"), and Portions of Samsung's
12 Notice of Motion and Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59
13 Based on Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability
14 ("Motion") contain Samsung's and third parties' non-public, confidential source code and Apple's
15 non-public, confidential information.
16
17    Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibit 6 to the
18 Becher Declaration, portions of the van Dam Declaration and portions of Samsung's Motion may
19 be filed under seal.
20
21 DATED: _____

                                        The Honorable Lucy H. Koh
22                                      United States District Court Judge