QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | CASE NO. 11-cv-01846-LHK <br><br> **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT PURSUANT TO FED. R. CIV. P. 59 BASED ON NEWLY DISCOVERED EVIDENCE OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT ON LIABILITY** |

I, Robert J. Becher, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 Based on Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as **Exhibit 1** is a true and correct copy of certain excerpts from the Trial Transcript, Day 6, dated August 10, 2012.

3. Attached as **Exhibit 2** is a true and correct copy of a chart identifying the products and applications Apple accused of infringing the '381 patent.

4. Attached as **Exhibit 3** is a true and correct copy of the June 12, 2013 Notice of Intent to Issue Ex Parte Reexamination Certificate in the reexamination of U.S. Patent No. 7,469,381.

5. Attached as **Exhibit 4** is a true and correct copy of certain excerpts from the April 29, 2013 Hearing Transcript.

6. Attached as **Exhibit 5** is a true and correct copy of the Expert Report of Andries van Dam, Ph.D. Regarding Invalidity of U.S. Patent No. 7,469,381.

7. Attached as **Exhibit 6** is a true and correct copy of the Rebuttal Expert Report of Ravin Balakrishnan, Ph.D. Regarding Validity of U.S. Patent 7,469,381.

8. Attached as **Exhibit 7A** and **Exhibit 7B** is a true and correct copy of the May 23, 2012 Request for *Ex Parte* Reexamination in the reexamination of U.S. Patent No. 7,469,381.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California, on July 8, 2013.

*/s/ Robert J. Becher*
Robert J. Becher

02198.51855/5403664.1

Case No. 11-cv-01846-LHK
BECHER DECLARATION IN SUPPORT OF MOTION FOR NEW TRIAL OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT ON LIABILITY

1 **ATTESTATION**

2    I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3 foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4 filing of this document has been obtained from Robert J. Becher.

5

6                                    */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28