# EXHIBIT 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA     )  C-11-01846 LHK
6  CORPORATION,                 )
                                )  SAN JOSE, CALIFORNIA
7                 PLAINTIFF,    )
                                )  AUGUST 10, 2012
8            VS.                )
                                )  VOLUME 6
9  SAMSUNG ELECTRONICS CO.,     )
   LTD., A KOREAN BUSINESS      )  PAGES 1638-1988
10 ENTITY; SAMSUNG              )
   ELECTRONICS AMERICA,         )
11 INC., A NEW YORK             )
   CORPORATION; SAMSUNG         )
12 TELECOMMUNICATIONS           )
   AMERICA, LLC, A DELAWARE     )
13 LIMITED LIABILITY            )
   COMPANY,                     )
14                              )
                  DEFENDANTS.   )
15 _____

16            TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22

23 OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
24

25

1    BY MR. JACOBS:

2    Q    SO WE'RE LOOKING AT 27.31, SIR, AND IS IT ON

3    THE JURY'S SCREEN.

4              NO, NOT ON THE PUBLIC SCREEN.

5              THE COURT:  TAKE THAT DOWN, PLEASE.

6              MR. JACOBS:  IS IT ON THE JURORS'

7    SCREENS?  NO.

8              THANK YOU MR. LEE.

9    Q    SO DR. BALAKRISHNAN, CAN YOU SHOW US WHAT WE

10   ARE SEEING ON THIS, IN THIS SOURCE CODE?

11   A    SURE.

12   Q    CAN YOU TELL US WHAT WE'RE SEEING ON THE

13   SOURCE CODE?

14   A    ON THE LEFT-HAND SIDE IS THE SOURCE CODE FOR

15   THE GALLERY APPLICATION THAT WE'VE BEEN TALKING

16   ABOUT.  SO THIS IS A VERY SMALL SNIPPET OF THE

17   OVERALL CODE THAT RUNS.  WHAT I'VE DONE IS

18   ILLUSTRATE JUST A PORTION THAT SETS UP THE

19   PARAMETERS FOR DETERMINING WHAT HAPPENS AT THE EDGE

20   OF THE DOCUMENT.

21             SO IT LOOKS AT THE LEFT EXTENT OR THE

22   RIGHT EXTENT OR THE TOP OR BOTTOM.  THOSE ARE FOUR

23   EDGES OF THE DOCUMENT.  IF IT EXCEEDS THE THRESHOLD

24   OF THAT EDGE, IT MOVES THE DOCUMENT BY THE

25   APPROPRIATE AMOUNT SO YOU CAN SEE IT.

1      ON THE RIGHT-HAND SIDE IS THE SAME

2  FUNCTIONALITY, BUT WRITTEN IN A SLIGHTLY DIFFERENT

3  WAY FOR THE BROWSER APPLICATION, AND IN THIS CASE

4  IT'S COMPUTING THE AMOUNT OF BOUNCE THAT NEEDS TO

5  HAPPEN WHEN THE FINGER IS RELEASED AND IT DOES SOME

6  CALCULATIONS WITH THAT.

7      SO I WANT TO EMPHASIZE, THIS IS JUST THE

8  RELEVANT SNIPPET OF THE OVERALL CODE.  THERE'S MUCH

9  MORE CODE THAT MAKES THIS ALL REALLY WORK IN

10  TOTALITY.

11  Q    SO BASED ON YOUR REVIEW OF THE CODE AND OF THE

12  DEVICE, WHAT IS YOUR CONCLUSION AS TO WHETHER THE

13  SAMSUNG GALLERY S II, AT&T, INFRINGES CLAIM 19 OF

14  THE '381 PATENT?

15  A    BASED ON MY REVIEW OF THE DEVICES AND THE

16  CODE, IT IS MY OPINION THAT THE SAMSUNG

17  GALAXY S II, AT&T, INFRINGES CLAIM 19 OF THE '381

18  PATENT IN ALL THREE APPLICATIONS.

19  Q    YOU ANALYZED OTHER SAMSUNG PHONES?

20  A    YES, I DID.

21  Q    AND DOES YOUR OPINION EXTEND TO OTHERS OF THE

22  PHONES THAT YOU EXAMINED?

23  A    YES, 20 OTHER PHONES ALSO INFRINGE THE '381

24  PATENT.

25  Q    CAN WE SHOW THAT TO THE JURY ?

1    A    SURE.

2    Q    OKAY.  SO LET'S LOOK AT 27.32.  I'M SORRY,

3    .33?

4    A    WHAT I HAVE HERE IS THE FOUR OTHER PHONES,

5    GALAXY S I9000, GALAXY S II I9100, S 4G, AND THE

6    VIBRANT, ALL SHOWING THE SAME FUNCTIONALITY THAT I

7    WENT THROUGH IN DETAIL EARLIER WITH THE

8    GALAXY S II, AND YOU CAN SEE THAT ALL OF THEM DO

9    THE SAME KIND OF BOUNCING.

10   Q    AND NOW LET'S LOOK AT PDX 27.34?

11   A    THESE ARE FOUR MORE PHONES, THE ACE,

12   CAPTIVATE, CONTINUUM, AND THE DROID CHARGE.

13            AGAIN, EACH OF THEM DO THE SAME

14   FUNCTIONALITY AS I ILLUSTRATED BEFORE IN THE

15   GALLERY APPLICATION.

16   Q    LET'S JUST SEE THAT ONE MORE TIME SINCE WE

17   SHOWED ALL FOUR TOGETHER.

18   A    YOU DRAG TO THE RIGHT, REACH THE EDGE, YOU LET

19   GO, IT BOUNCES BACK.

20   Q    AND 27.35.

21   A    THESE ARE FOUR MORE DEVICES, EXHIBIT 4G, THE

22   EPIC 4G, THE FASCINATE, AND THE INDULGE,

23   ESSENTIALLY DOING WHAT YOU'VE ALREADY SEEN.

24   Q    AND LET'S PLAY THAT ONE MORE TIME.

25   A    AGAIN, DRAG TO THE RIGHT, YOU REACH THE EDGE,

1    AN AREA BEYOND THE EDGE IS SEEN, AND IT BOUNCES

2    BACK WHEN YOU LET GO.

3    Q    AND 27.36.

4    A    THIS IS ANOTHER FIVE PHONES, THE INFUSE, THE

5    MESMERIZE, THE NEXUS S 4G, THE PREVAIL, AND THE

6    REPLENISH.

7         AGAIN, SAME FUNCTIONALITY.  YOU DRAG TO

8    THE RIGHT, WHEN YOU LET GO, IT BOUNCES BACK.

9    Q    AND THEN 27.37.

10   A    AND THESE ARE THE TWO TABLET DEVICES RUNNING

11   THE GALLERY.  THEY DO THE EXACT SAME FUNCTIONALITY.

12   YOU REACH THE EDGE, YOU LET GO, IT BOUNCES BACK.

13   Q    NOW, DID YOU ALSO SHOW -- LOOK AT SOME OTHER

14   SAMSUNG PRODUCTS IN CONNECTION WITH THE CONTACTS

15   APPLICATION?

16   A    YES, I DID.  AND I THINK I'VE ILLUSTRATED FOUR

17   MORE OF THEM HERE.

18   Q    27.38?

19   A    RIGHT.  THIS IS THE FASCINATE, THE GALAXY S

20   4G, THE GEM, AND THE VIBRANT, AND THEY ALL DO THE

21   SAME BOUNCE BACK FUNCTIONALITY IN THE CONTACTS

22   LIST.

23        AND IN THIS CASE YOU DRAG UP AND DOWN,

24   YOU REACH THE EDGE, IT SHOWS AN AREA BEYOND THE

25   EDGE, AND IT BOUNCES BACK.

1   Q    DO OTHER SAMSUNG PRODUCTS ALSO INFRINGE IN THE

2   CONTACTS LIST APPLICATION?

3   A    YES, THEY DO.  I BELIEVE THERE'S A TOTAL OF 16

4   OF THE 21 ACCUSED PRODUCTS THAT INFRINGE IN THE

5   CONTACTS LIST APPLICATION.

6   Q    AND DO YOU HAPPEN TO REMEMBER WHAT THE OTHERS

7   ARE?

8   A    I DON'T REMEMBER, BUT I HAVE A LIST HERE AND I

9   CAN READ THEM OUT IF YOU WANT ME TO.

10   Q    THAT WOULD BE GREAT.

11   A    SO THE ONES THAT DO INFRINGE IN THE CONTACTS

12   LIST ARE THE CAPTIVATE, THE CONTINUUM, THE DROID

13   CHARGE, THE EPIC 4G, THE EXHIBIT 4G, THE FASCINATE,

14   THE GALAXY ACE, THE GALAXY S I9000, THE GALAXY S II

15   I9100, THE GALAXY S II, AT&T, WHICH WE'VE ALREADY

16   GONE THROUGH IN DETAIL, THE GALAXY S 4G, THE GEM,

17   THE INDULGE, THE INFUSE 4G, THE MESMERIZE, AND THE

18   VIBRANT.

19   Q    HAVE YOU PREPARED ADDITIONAL VIDEOS DEPICTING

20   INFRINGEMENT IN THE BROWSER APPLICATION?

21   A    YES, I HAVE.

22   Q    LET'S TAKE A LOOK AT THOSE, 27.39.

23   A    THESE ARE FOUR SAMSUNG DEVICES, THE ACE,

24   EXHIBIT 4G, GALAXY S II I9100, AND THE GALAXY

25   TAB 10.1, ALL OF WHICH ARE PERFORMING THE '391,

```
1    CLAIM 19 FUNCTIONALITY IN THE BROWSER APPLICATION.
2            AND IF WE PLAY THAT AGAIN JUST VERY
3    QUICKLY, YOU CAN SEE YOU DRAG THE DOCUMENT, WHEN AN
4    EDGE IS REACHED, AN AREA BEYOND THE EDGE, THE GRAY
5    AREA IS SHOWN.  WHEN YOU LET GO, IT BOUNCES BACK.
6    Q    HAVE YOU PREPARED A COMPILATION OF THESE
7    VIDEOS FOR THE JURY?
8    A    YES, I PREPARED A WHOLE SET OF VIDEOS OVER THE
9    COURSE OF THIS THAT ILLUSTRATE THE DIFFERENT
10   INFRINGEMENT.
11   Q    AND ARE THOSE VIDEOS IN PX 64?
12   A    YES, THEY ARE.
13            MR. JACOBS:  YOUR HONOR, WE OFFER PX 64
14   IN EVIDENCE.
15            THE COURT:  ANY OBJECTION?
16            MR. JOHNSON:  NO OBJECTION, YOUR HONOR.
17            THE COURT:  ALL RIGHT.  THEY'RE ADMITTED.
18            (WHEREUPON, PLAINTIFF'S EXHIBIT NUMBER
19            64, HAVING BEEN PREVIOUSLY MARKED FOR
20            IDENTIFICATION, WAS ADMITTED INTO
21            EVIDENCE.)
22   BY MR. JACOBS:
23   Q    GOING BACK TO THE GALLERY APPLICATION FOR A
24   MINUTE --
25            YOU CAN TAKE THAT DOWN, MR. LEE, THANK
```

1    YOU.

2              GOING BACK TO THE GALLERY APPLICATION FOR

3    A MINUTE, HAVE YOU HEARD OF SOMETHING CALLED THE

4    HOLD STILL BEHAVIOR IN SOME SAMSUNG PRODUCTS?

5    A    YES, I HAVE.

6    Q    AND WHAT IS YOUR UNDERSTANDING OF THAT

7    BEHAVIOR AND HOW DOES IT AFFECT YOUR INFRINGEMENT

8    ANALYSIS?

9    A    THIS IS BEHAVIOR THAT SEEMS TO MANIFEST ITSELF

10   IN SOME SAMSUNG PRODUCTS THAT ARE ACCUSED, BUT NOT

11   ALL, IN THE GALLERY APPLICATION.  AND I HAVE NOT

12   BEEN ABLE TO RELIABLY DUPLICATE IT, BUT IT DOES

13   OCCUR IN SOME OF THOSE PRODUCTS.

14             AND WHAT HAPPENS THERE IS WHEN YOU DRAG

15   THE IMAGE VERY, VERY SLOWLY, VERY GINGERLY, VERY

16   SLOWLY FROM THE EDGE INTO -- SO THE EDGE OF THE

17   DOCUMENT IS PASSED, AND YOU LET GO, IT SIMPLY

18   FREEZES.  IT DOESN'T ACTUALLY DO THE BOUNCE.

19             AND IN THOSE SITUATIONS, THOSE GALLERY

20   APPLICATIONS STILL DO THE BOUNCE FUNCTIONALITY MOST

21   OF THE TIME.

22             SO AS A RESULT, MY OPINION IS THAT THE

23   GALLERY APPLICATION, EVEN ON THOSE DEVICES THAT

24   HAVE THE HOLD STILL BEHAVIOR ONCE IN A WHILE, THEY

25   STILL INFRINGE THE '381 PATENT BECAUSE THE

1

2

3

4                    CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21                    /S/
                       _____
22                     LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595
23

24                    DATED:  AUGUST 11, 2012

25