# Exhibit 2

# Samsung Products and Applications Accused of Infringing U.S. Patent No. 7,469,381[1]

| Product | Gallery | Browser | Contacts |
|---|---|---|---|
| Captivate | X | | X |
| Continuum | X | | X |
| Droid Charge | X | | X |
| Epic 4G | X | | X |
| Exhibit 4G | X | X | |
| Fascinate | X | | X |
| Galaxy Prevail | X | | |
| Galaxy S 4G | X | | X |
| Galaxy S II (AT&T) | X | X | X |
| Galaxy Tab | X | | |
| Galaxy Tab 10.1 (Wi-Fi) | X | X | |
| Gem | | | X |
| Indulge | X | | X |
| Infuse 4G | X | | X |
| Mesmerize | X | | X |
| Nexus S 4G | X | | |
| Replenish | X | | |
| Vibrant | X | | X |

---

[1]  Excludes Galaxy Ace, Galaxy S (i9000) and Galaxy S II (i9100) for which no damages were awarded.