QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT PURSUANT TO FED. R. CIV. P. 59 BASED ON NEWLY DISCOVERED EVIDENCE** |

Pursuant to Fed. R. Evid. 201, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") respectfully request that the Court take judicial notice of the file history for the reexamination of U.S. Patent No. 7,469,381, Appl. No. 90/012,304.  A copy of the file history (excluding prior art references not cited by the examiner) is attached to this request as Exhibits A-1 through A-4.

**BASIS FOR REQUESTING JUDICIAL NOTICE**

Under Federal Rule of Evidence 201(b)(2), "The court may judicially notice a fact that is not subject to reasonable dispute because it: . . . (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Courts have recognized that it is proper to take judicial notice of public records from reexamination proceedings.  *Standard Havens Products, Inc. v. Gencor Industries*, Inc., 897 F.2d 511, 514 n.3 (Fed. Cir. 1990)(taking judicial notice of first office action on reexamination); *Old Reliable Wholesale, Inc. v. Cornell Corp.*, 635 F.3d 539, 549 (Fed. Cir. 2011)(taking judicial notice of notice of intent to issue reexamination certificate because court can take judicial notice of decision from another agency); *Function Media, LLC v. Google Inc.*, 708 F.3d 1310, 1316 n.4 (Fed. Cir. 2013)(taking judicial notice of reexamination because it is proper to take judicial notice of a decision from an agency).

Public records "may be judicially noticed." *Massachusetts v. Westcott,* 431 U.S. 322, 323 n. 2, 97 S.Ct. 1755, 1756 n. 2, 52 L.Ed.2d 349 (1977).  Because "[a]ll papers . . . relating to a reexamination proceeding which have been entered of record in the record in the patent or reexamination file are open to inspection by the general public," the reexamination file constitutes a public record subject to judicial notice.  37 C.F.R. § 1.11(d).

| | | |
|---|---|---|
| 1 | DATED: July 8, 2013 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |

By  /s/ Victoria F. Maroulis
　　Charles K. Verhoeven
　　Kevin P.B. Johnson
　　Victoria F. Maroulis
　　Michael T. Zeller
　　Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC