1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT PURSUANT TO FED. R. CIV. P. 59 BASED ON NEWLY DISCOVERED EVIDENCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5406327.1

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Request for
3  Judicial Notice in Support of Samsung's Motion for New Trial Regarding '381 Patent Pursuant to
4  Fed. R. Civ. P. 59 Based on Newly Discovered Evidence ("Motion").  The Court having
5  considered all the relevant briefings, evidence, and arguments, and good cause appearing therefor:
6      IT IS HEREBY ORDERED that this Court shall take judicial notice of Exhibits A-1
7  through A-4, the reexamination file history for U.S. Patent No. 7,469,381.

10 DATED: _____

11                                                                The Honorable Lucy H. Koh
United States District Court Judge