HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration regarding Samsung's Administrative Motions to File Documents Under Seal filed on July 8, 2013 (Dkt. Nos. 2333, 2338). I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Samsung stated that Exhibit 1 to its Motion for Leave to File Three-Page Reply in Support of Samsung's Administrative Motion for Relief from April 29, 2013 Case Management Order, or Alternatively, for a Hearing contains Apple-confidential information. (Dkt. No. 2333.) Samsung further stated that Exhibit 6 to the Declaration of Robert J. Becher in Support of Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 contains Apple-confidential information. (Dkt. Nos. 2338, 2338-1.) Apple does not maintain a claim of confidentiality with respect to these documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of July, 2013 at Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S ADMIN. MOTS. TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3307709

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Erik J. Olson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: July 15, 2013                    */s/ Erik J. Olson*
                                                             Erik J. Olson

DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S ADMIN. MOTS. TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3307709

2