1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO MODIFY APRIL 29, 2013, CASE MANAGEMENT ORDER EXCLUDING EVIDENCE OF CERTAIN INFUSE 4G SALES OR, IN THE ALTERNATIVE, FOR LEAVE TO SEEK RECONSIDERATION OF THAT ORDER, AND TO CLARIFY THAT THE ORDER APPLIED SOLELY TO THE INFUSE 4G** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

At the Case Management Conference on August 21, 2013, the Court heard argument on Plaintiff Apple Inc.'s ("Apple") Motion to Modify April 29, 2013, Case Management Order Excluding Evidence of Certain Infuse 4G Sales or, in the alternative, for Leave To Seek Reconsideration of that Order, and To Clarify that the Order Applied Solely to the Infuse 4G. Having considered the arguments of the parties and the papers submitted, and good cause appearing therefor, the Court hereby GRANTS Apple's motion and issues the following orders:

1. There is good cause to modify the April 29, 2013, Case Management Order (Dkt. No. 2316) pursuant to Federal Rule of Civil Procedure 16(d). The following sentence on page 2 of that Order is hereby struck from the Order: "The parties may not introduce any data regarding Infuse 4G sales that occurred prior to May 15, 2011." The parties may introduce evidence of Samsung's infringing sales of the Infuse 4G and of all other products without any restrictions based on paragraph 24 of the JPTS.

**IT IS SO ORDERED.**

Dated: _____       _____
                                              Hon. Lucy H. Koh
                                              United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO MODIFY APRIL 29, 2013 CASE MANAGEMENT ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3308770

1