```
HAROLD J. MCELHINNY (CA SBN 66781)            WILLIAM F. LEE
hmcelhinny@mofo.com                           william.lee@wilmerhale.com
MICHAEL A. JACOBS (CA SBN 111664)             WILMER CUTLER PICKERING
mjacobs@mofo.com                              HALE AND DORR LLP
RACHEL KREVANS (CA SBN 116421)                60 State Street
rkrevans@mofo.com                             Boston, MA 02109
ERIK J. OLSON (CA SBN 175815)                 Telephone: (617) 526-6000
ejolson@mofo.com                              Facsimile: (617) 526-5000
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482         MARK D. SELWYN (SBN 244180)
Telephone:  (415) 268-7000                    mark.selwyn@wilmerhale.com
Facsimile:  (415) 268-7522                    WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                              950 Page Mill Road
                                              Palo Alto, California 94304
Attorneys for Plaintiff and                   Telephone: (650) 858-6000
Counterclaim-Defendant APPLE INC.             Facsimile: (650) 858-6100
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE INC.'S MOTION TO MODIFY APRIL 29, 2013, CASE MANAGEMENT ORDER EXCLUDING EVIDENCE OF CERTAIN INFUSE 4G SALES OR, IN THE ALTERNATIVE, FOR LEAVE TO SEEK RECONSIDERATION OF THAT ORDER, AND TO CLARIFY THAT THE ORDER APPLIED SOLELY TO THE INFUSE 4G** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple submits this motion for an order to seal the following documents or portions thereof relating to Apple's Motion to Modify April 29, 2013, Case Management Order Excluding Evidence of Certain Infuse 4G Sales or, in the Alternative, for Leave to Seek Reconsideration of that Order, and to Clarify that the Order Applied Solely to the Infuse 4G ("Apple's Motion to Modify April 29, 2013, Case Management Order"):

1. Declaration of Erik J. Olson in Support of Apple's Motion to Modify April 29, 2013, Case Management Order (the "Olson Declaration");

2. Exhibits B, C, and D to the Olson Declaration.

The above documents contain information that Samsung indicated in previous filings it believes should be sealed. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration supporting the filing of these materials under seal.

Dated: July 17, 2013

MORRISON & FOERSTER LLP

By: */s/ Harold J. McElhinny*
HAROLD J. MCELHINNY

Attorneys for Plaintiff
APPLE INC.

APPLE'S MOTION TO SEAL RE APPLE'S MOT. TO MODIFY APRIL 29, 2013, CASE MANAGEMENT ORDER
CASE NO. 11-CV-01846-LHK
sf-3309224

1