HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE INC.'S MOTION TO MODIFY APRIL 29, 2013, CASE MANAGEMENT ORDER EXCLUDING EVIDENCE OF CERTAIN INFUSE 4G SALES OR, IN THE ALTERNATIVE, FOR LEAVE TO SEEK RECONSIDERATION OF THAT ORDER, AND TO CLARIFY THAT THE ORDER APPLIED SOLELY TO THE INFUSE 4G**<br><br>Date:    August 21, 2013<br>Time:   2:00 PM<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh<br><br>**PUBLIC REDACTED VERSION** |

1    I, Erik J. Olson, declare as follows:

2    1.   I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I make this declaration based on personal knowledge in support of Apple's Motion to Modify April 29, 2013, Case Management Order Excluding Evidence of Certain Infuse 4G Sales or, in the Alternative, for Leave to Seek Reconsideration of that Order, and to Clarify that the Order Applied Solely to the Infuse 4G.

2.   Attached as **Exhibit A** hereto are true and correct copies of relevant excerpts from Defendant's Exhibit 676, showing Samsung's monthly unit sales of the Infuse 4G from May 2010 through June 2012. As shown on Defendant's Exhibit No. 676.064, Samsung (STA) sold 5,000 units of the Infuse 4G in the United States in April 2011 and 248,996 units of the Infuse 4G in the United States in May 2011.

3.   Attached as **Exhibit B** is a true and correct copy of Exhibit 17.1-PT-H from the June 24, 2013 Expert Report of Julie L. Davis, CPA. This exhibit reflects Apple's post-notice damages using all the post-notice sales included in the financial exhibits produced by Samsung in response to the Court's discovery orders as they were introduced in the August trial based on the parties' stipulation (e.g. JX1500, PX180 and DX676). As shown in Exhibit B, Apple is claiming post-notice damages for the Infuse 4G of ▓▓▓▓ and total damages for the thirteen (13) new trial products of ▓▓▓▓.

4.   Attached as **Exhibit C** is a true and correct copy of Exhibit 17.1-PT from the June 24, 2013 Expert Report of Julie L. Davis, CPA. This exhibit reflects Apple's post-notice damages under identical conditions to those used in Exhibit B except that Ms. Davis has excluded post-notice sales of the Infuse 4G before May 15, 2011, which is the date included in the Joint Pretrial Statement. Exclusion of sales before May 15, 2011, reduces the damages claimed for the Infuse 4G (and the total for all 13 products) by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

5.   Attached as **Exhibit D** is a true and correct copy of Exhibit 17.1-PT-D from the June 24, 2013 Expert Report of Julie L. Davis, CPA. This exhibit reflects Apple's post-notice damages under identical conditions to those used in Exhibit B except that Ms. Davis has excluded post-notice sales of the 13 new trial products that occurred before the alleged "first sale" dates

included in the Joint Pre-Trial Statement.  Exclusion of such sales for all 13 products reduces the damages claimed by an additional ■■■■ (Compare the grand total in Exhibit B—■■■—to the grand total in Exhibit D—■■■.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 17th day of July 2013 in Palo Alto, California.

           */s/  Erik J. Olson*
           ERIK J. OLSON

OLSON DECL. ISO APPLE'S MOT. TO MODIFY CMO, FOR LEAVE RE RECONSIDERAT'N AND FOR CLARIFICAT'N
Case No. 11-cv-01846-LHK (PSG)
sf-3308636

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: July 17, 2013

                                          */s/ Harold J. McElhinny*
                                          Harold J. McElhinny

OLSON DECL. ISO APPLE'S MOT. TO MODIFY CMO, FOR LEAVE RE RECONSIDERAT'N AND FOR CLARIFICAT'N
Case No. 11-cv-01846-LHK (PSG)
sf-3308636

3