# Exhibit A

**Infuse 4G (SGH-I997)** : North America(USA)

| | | | 2010 | | | | | | | | | | | | | 2011 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | May | Jun | 2Q | Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q | | Jan | Feb | Mar | 1Q |
| | Consolidate | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| | | ASP | | | | | | | | | | | | | | | | | |
| Sales | STA | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | | | | | | | |
| | | Operating Expense | | | | | | | | | | | | | | | | | |
| | | **G&A** | | | | | | | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | **Sales Expenses** | | | | | | | | | | | | | | | | | |
| | | (Logistics Cost) | | | | | | | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | **Others** | | | | | | | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | | | | | | | |
| | SEA | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | | | | | | | |
| | | Expense | | | | | | | | | | | | | | | | | |
| | | **G&A** | | | | | | | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | **Sales Expenses** | | | | | | | | | | | | | | | | | |
| | | (Logistics Cost) | | | | | | | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | **Others** | | | | | | | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | | | | | | | |
| | Others | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| HQ Direct Sales | | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| Manufacturing | | Qty | | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | | | | | | | |
| | | Material Cost | | | | | | | | | | | | | | | | | |
| | | Manufacturing Expense | | | | | | | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | | | | | | | |
| | | (Royalty) | | | | | | | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | | | | | | | |
| | | (Subcontracting Cost) | | | | | | | | | | | | | | | | | |
| | | (Molds Cost) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | GA Expense | | | | | | | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | Sales Expense | | | | | | | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | R&D Expense | | | | | | | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | | | | | | | |
| | | (%) | | | | | | | | | | | | | | | | | |
| Manufacturing Company Operating Profit | | | | | | | | | | | | | | | | | | | |
| Litigation Expense (COGS) | | | | | | | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Infuse 4G (SGH-I997)**

| | | | | | | | 2011 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Apr | May | Jun | 2Q | Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q | | Jan |
| Sales | Consolidate | | Qty | 5,000 | 248,996 | 34,230 | 288,226 | 90,035 | 130,057 | 140,003 | 360,095 | 87,259 | 112,949 | 2,114 | 202,322 | 850,643 | 40,423 |
| | | | Sales | 2,454,323 | 120,668,996 | 15,336,171 | 138,459,490 | 44,016,606 | 61,984,408 | 48,961,561 | 154,962,575 | 28,884,937 | 39,652,331 | -1,448,839 | 67,088,429 | 360,510,494 | 11,025,264 |
| | | | ASP | 491 | 485 | 448 | 480 | 489 | 477 | 350 | 430 | 331 | 351 | -685 | 332 | 424 | 273 |
| | STA | | Qty | 5,000 | 248,996 | 34,230 | 288,226 | 90,035 | 130,057 | 140,003 | 360,095 | 87,259 | 112,949 | 2,114 | 202,322 | 850,643 | 40,423 |
| | | | Sales | 2,454,323 | 120,668,996 | 15,336,171 | 138,459,490 | 44,016,606 | 61,984,408 | 48,961,561 | 154,962,575 | 28,884,937 | 39,652,331 | -1,448,839 | 67,088,429 | 360,510,494 | 11,025,264 |
| | | | COGS | 2,221,575 | 110,266,429 | 15,774,606 | 128,262,610 | 39,325,778 | 53,333,706 | 54,100,075 | 146,759,559 | 30,906,475 | 39,622,231 | -287,372 | 70,241,335 | 345,263,504 | 14,259,450 |
| | | | Operating Expense | 59,501 | 1,873,446 | 876,593 | 2,809,541 | 1,183,558 | 1,757,095 | 1,453,624 | 4,394,277 | 686,324 | 929,118 | 1 | 1,615,443 | 8,819,261 | 326,520 |
| | | | **G&A** | 10,594 | 443,984 | 199,938 | 654,516 | 223,637 | 384,950 | 416,586 | 1,025,173 | 160,393 | 198,389 | | 358,782 | 2,038,471 | 71,918 |
| | | | (Labor cost) | 2,578 | 111,354 | 62,885 | 176,817 | 73,151 | 86,369 | 97,990 | 257,510 | 44,204 | 44,783 | | 88,987 | 523,314 | 29,206 |
| | | | (Depreciation) | 204 | 8,596 | 3,296 | 12,096 | 3,870 | 5,667 | 5,186 | 14,723 | 2,605 | 2,949 | | 5,554 | 32,374 | 1,878 |
| | | | (Others) | 7,812 | 324,034 | 133,757 | 465,603 | 146,616 | 292,914 | 313,409 | 752,939 | 113,584 | 150,657 | | 264,241 | 1,482,784 | 40,834 |
| | | | **Sales Expenses** | 48,917 | 1,430,060 | 676,930 | 2,155,907 | 962,516 | 1,369,070 | 1,039,101 | 3,370,687 | 532,545 | 731,648 | | 1,264,193 | 6,790,786 | 254,828 |
| | | | (Logistics Cost) | 1,102 | 106,677 | 53,696 | 161,474 | 34,510 | 46,739 | 68,259 | 149,508 | 36,893 | 70,339 | | 107,231 | 418,214 | 25,287 |
| | | | (Marketing) | | | | | | | | | | | | | | |
| | | | (Paid Commission) | 9,812 | 272,285 | 124,118 | 406,215 | 300,487 | 426,738 | 346,497 | 1,073,722 | 92,966 | 225,479 | | 318,445 | 1,798,382 | 38,186 |
| | | | (Insurance) | 1,569 | 38,810 | 16,207 | 56,587 | 16,018 | 183,085 | 48,101 | 247,204 | 12,100 | 10,420 | | 22,519 | 326,310 | 6,562 |
| | | | (Others) | 36,434 | 1,012,289 | 482,909 | 1,531,631 | 611,501 | 712,508 | 576,244 | 1,900,253 | 390,587 | 425,410 | | 815,997 | 4,247,881 | 184,793 |
| | | | **Others** | -10 | -598 | -274 | -882 | -2,595 | 3,075 | -2,062 | -1,583 | -6,614 | -919 | 1 | -7,532 | -9,997 | -226 |
| | | | Operating Profit | 173,247 | 8,529,121 | -1,315,029 | 7,387,339 | 3,507,270 | 6,893,607 | -6,592,138 | 3,808,740 | -2,707,862 | -899,019 | -1,161,469 | -4,768,349 | 6,427,730 | -3,560,707 |
| | SEA | | Qty | | | | | | | | | | | | | | |
| | | | Sales | | | | | | | | | | | | | | |
| | | | COGS | | | | | | | | | | | | | | |
| | | | Expense | | | | | | | | | | | | | | |
| | | | **G&A** | | | | | | | | | | | | | | |
| | | | (Labor cost) | | | | | | | | | | | | | | |
| | | | (Depreciation) | | | | | | | | | | | | | | |
| | | | (Others) | | | | | | | | | | | | | | |
| | | | **Sales Expenses** | | | | | | | | | | | | | | |
| | | | (Logistics Cost) | | | | | | | | | | | | | | |
| | | | (Marketing) | | | | | | | | | | | | | | |
| | | | (Paid Commission) | | | | | | | | | | | | | | |
| | | | (Insurance) | | | | | | | | | | | | | | |
| | | | (Others) | | | | | | | | | | | | | | |
| | | | **Others** | | | | | | | | | | | | | | |
| | | | Operating Profit | | | | | | | | | | | | | | |
| | Others | | Qty | | | | | | | | | | | | | | |
| | | | Sales | | | | | | | | | | | | | | |
| | HQ Direct Sales | | Qty | | | | | | | | | | | | | | |
| | | | Sales | | | | | | | | | | | | | | |
| Manufacturing | | | Qty | 93,180 | 265,270 | 31,700 | 390,150 | 109,350 | 56,750 | 148,900 | 315,000 | 110,250 | 134,600 | 44,748 | 289,598 | 994,748 | 17 |
| | | | Sales | 41,310,217 | 116,106,518 | 13,940,474 | 171,357,210 | 43,496,519 | 22,053,015 | 55,635,619 | 121,185,153 | 37,311,511 | 46,117,555 | 15,452,518 | 98,881,584 | 391,423,947 | 4,236 |
| | | | COGS | 26,429,421 | 78,337,018 | 9,174,375 | 113,940,814 | 31,942,742 | 17,308,652 | 40,455,656 | 89,707,050 | 26,070,063 | 31,847,721 | 10,255,155 | 68,172,939 | 271,820,802 | 3,284 |
| | | | Material Cost | 23,082,533 | 64,226,663 | 7,370,080 | 94,679,277 | 25,475,880 | 13,767,327 | 36,308,993 | 75,552,200 | 25,962,800 | 29,767,553 | 9,449,320 | 65,179,673 | 235,411,150 | 3,388 |
| | | | Manufacturing Expense | 3,346,887 | 14,110,355 | 1,804,295 | 19,261,537 | 6,466,862 | 3,541,325 | 4,146,663 | 14,154,850 | 107,262 | 2,080,168 | 805,835 | 2,993,266 | 36,409,653 | -104 |
| | | | (Labor cost) | 888,121 | 2,552,701 | 100,283 | 3,541,105 | 1,047,206 | 469,860 | 643,267 | 2,160,334 | 398,777 | 158,447 | 140,298 | 697,522 | 6,398,960 | 15 |
| | | | (Royalty) | 165,702 | 5,545,663 | 699,165 | 6,410,530 | 1,369,010 | 804,239 | 1,723,986 | 3,897,234 | -920,819 | 1,523,545 | 438,103 | 1,040,829 | 11,348,594 | -152 |
| | | | (Depreciation) | 479,036 | 1,291,181 | 147,062 | 1,917,278 | 525,305 | 243,827 | 210,977 | 980,109 | 109,884 | 132,824 | 56,898 | 299,606 | 3,196,994 | 15 |
| | | | (Subcontracting Cost) | 305,203 | 1,013,411 | 150,873 | 1,469,486 | 526,577 | 251,255 | 157,115 | 934,946 | 67,002 | 8,716 | 8,685 | 84,404 | 2,488,836 | 3 |
| | | | (Molds Cost) | 728,397 | 1,481,967 | 425,215 | 2,635,579 | 2,226,429 | 1,337,712 | 820,455 | 4,384,597 | 83,022 | 122,686 | 39,552 | 245,261 | 7,265,436 | 11 |
| | | | (Others) | 780,428 | 2,225,433 | 281,697 | 3,287,559 | 772,335 | 434,432 | 590,863 | 1,797,630 | 369,396 | 133,949 | 122,299 | 625,644 | 5,710,833 | 3 |
| | | | GA Expense | 544,668 | 2,443,841 | 463,458 | 3,451,967 | 1,532,180 | 551,653 | 811,737 | 2,895,570 | 508,834 | 194,435 | 92,833 | 796,102 | 7,143,638 | 14 |
| | | | (Labor cost) | 159,914 | 1,018,103 | 150,104 | 1,328,121 | 511,271 | 205,182 | 246,784 | 963,237 | 141,930 | 32,445 | 10,056 | 184,431 | 2,475,789 | 2 |
| | | | (Depreciation) | 89,457 | 232,029 | 34,596 | 356,082 | 142,399 | 56,042 | 39,634 | 238,075 | 16,751 | 8,927 | 3,270 | 28,949 | 623,106 | 1 |
| | | | (Others) | 295,296 | 1,193,709 | 278,758 | 1,767,763 | 878,510 | 290,429 | 525,319 | 1,694,258 | 350,153 | 153,063 | 79,507 | 582,723 | 4,044,744 | 11 |
| | | | Sales Expense | 995,247 | 11,093,151 | 1,212,900 | 13,301,298 | 10,014,285 | 3,724,538 | 13,472,130 | 27,211,153 | 6,936,622 | 383,495 | 342,561 | 7,662,679 | 48,175,130 | 62 |
| | | | (Marketing) | 41,088 | 1,751,448 | 178,281 | 1,970,816 | 9,686,380 | 3,155,981 | 12,520,432 | 25,362,793 | 7,799,885 | 124,176 | 198,601 | 8,122,661 | 35,456,271 | 2 |
| | | | (Paid Commission) | 1,876 | 37,968 | 8,792 | 48,636 | 30,948 | 16,765 | 28,562 | 76,275 | 9,821 | 6,372 | 30,945 | 47,138 | 172,050 | 12 |
| | | | (Insurance) | 9 | 58 | 3 | 70 | 179,194 | 11,189 | 18,083 | 208,466 | 11,261 | 5,874 | 2,438 | 19,573 | 228,109 | 1 |
| | | | (Others) | 952,274 | 9,303,677 | 1,025,825 | 11,281,776 | 117,763 | 540,803 | 905,053 | 1,563,619 | -884,345 | 247,074 | 110,578 | -526,693 | 12,318,701 | 48 |
| | | | R&D Expense | 1,425,420 | 3,395,985 | 347,261 | 5,168,665 | 926,754 | 481,574 | 3,946,466 | 5,354,794 | 1,232,947 | 664,378 | 927,691 | 2,825,016 | 13,348,475 | 6 |
| | | | (Labor cost) | 505,595 | 1,481,990 | 141,122 | 2,128,706 | 339,239 | 122,805 | 1,584,871 | 2,046,916 | 265,339 | 12,831 | 260,840 | 539,009 | 4,714,632 | 1 |
| | | | (Depreciation) | 36,819 | 109,280 | 9,391 | 155,490 | 25,953 | 8,887 | 102,330 | 137,171 | 20,694 | 1,395 | 23,094 | 45,182 | 337,843 | 0 |
| | | | (Others) | 883,006 | 1,804,715 | 196,748 | 2,884,469 | 561,562 | 349,881 | 2,259,264 | 3,170,707 | 946,914 | 650,153 | 643,757 | 2,240,824 | 8,296,000 | 5 |
| | | | Operating Profit | 11,915,462 | 20,836,524 | 2,742,480 | 35,494,466 | -919,442 | -13,602 | -3,050,370 | -3,983,414 | 2,563,046 | 13,027,525 | 3,834,279 | 19,424,849 | 50,935,902 | 869 |
| | | | (%) | 28.8% | 17.9% | 19.7% | 20.7% | -2.1% | -0.1% | -5.5% | -3.3% | 6.9% | 28.2% | 24.8% | 19.6% | 13.0% | 20.5% |
| Manufacturing Company Operating Profit | | | | | | | | | -220,979 | -6,889,109 | -7,110,088 | -4,932,854 | -7,126,636 | -1,167,229 | -13,226,718 | -20,336,807 | |
| Litigation Expense (COGS) | | | | 2,868 | 19,652 | 11,317 | 33,836 | 16,927 | 27,377 | 51,610 | 95,915 | 85,272 | 133,863 | 62,379 | 281,513 | 411,265 | 8 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Infuse 4G (SGH-I997)**

($)

| | | | | 2012 | | | 2012 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Feb | Mar | 1Q | Apr | May | Jun | 2Q |
| | Consolidate | | Qty | 55,197 | 58,522 | 154,142 | 39,196 | 797 | -39 | 39,954 |
| | | | Sales | 16,430,218 | 16,937,044 | 44,392,525 | 11,738,084 | 243,415 | -11,707 | 11,969,792 |
| | | | ASP | 298 | 289 | 288 | 299 | 305 | 300 | 300 |
| Sales | STA | | Qty | 55,197 | 58,522 | 154,142 | 39,196 | 797 | -39 | 39,954 |
| | | | Sales | 16,430,218 | 16,937,044 | 44,392,525 | 11,738,084 | 243,415 | -11,707 | 11,969,792 |
| | | | COGS | 19,430,145 | 18,224,046 | 51,913,642 | 11,249,402 | 140,026 | -10,904 | 11,378,523 |
| | | | Operating Expense | 420,707 | 457,399 | 1,204,626 | 263,559 | 8,967 | 0 | 272,526 |
| | | | **G&A** | 114,595 | 99,549 | 286,062 | 53,462 | 1,835 | | 55,297 |
| | | | (Labor cost) | 35,368 | 29,530 | 94,105 | 12,209 | 494 | | 12,703 |
| | | | (Depreciation) | 2,960 | 2,685 | 7,523 | 1,988 | 79 | | 2,068 |
| | | | (Others) | 76,266 | 67,333 | 184,434 | 39,265 | 1,262 | | 40,527 |
| | | | **Sales Expenses** | 306,298 | 358,014 | 919,140 | 209,685 | 7,135 | 0 | 216,820 |
| | | | (Logistics Cost) | 13,242 | 38,174 | 76,703 | 8,655 | 259 | | 8,914 |
| | | | (Marketing) | | | | | | | |
| | | | (Paid Commission) | 101,374 | 85,941 | 225,501 | 52,701 | 1,227 | 0 | 53,928 |
| | | | (Insurance) | 5,863 | 7,011 | 19,435 | 5,105 | 118 | | 5,224 |
| | | | (Others) | 185,819 | 226,889 | 597,501 | 143,224 | 5,531 | | 148,755 |
| | | | **Others** | -187 | -164 | -576 | 412 | -3 | 0 | 409 |
| | | | Operating Profit | -3,420,634 | -1,744,401 | -8,725,742 | 225,123 | 94,422 | -802 | 318,743 |
| | SEA | | Qty | | | | | | | |
| | | | Sales | | | | | | | |
| | | | COGS | | | | | | | |
| | | | Expense | | | | | | | |
| | | | **G&A** | | | | | | | |
| | | | (Labor cost) | | | | | | | |
| | | | (Depreciation) | | | | | | | |
| | | | (Others) | | | | | | | |
| | | | **Sales Expenses** | | | | | | | |
| | | | (Logistics Cost) | | | | | | | |
| | | | (Marketing) | | | | | | | |
| | | | (Paid Commission) | | | | | | | |
| | | | (Insurance) | | | | | | | |
| | | | (Others) | | | | | | | |
| | | | **Others** | | | | | | | |
| | | | Operating Profit | | | | | | | |
| | Others | | Qty | | | | | | | |
| | | | Sales | | | | | | | |
| HQ Direct Sales | | | Qty | | | | | | | |
| | | | Sales | | | | | | | |
| | Manufacturing | | Qty | | 41,100 | 41,117 | 28,450 | | | 28,450 |
| | | | Sales | | 11,684,146 | 11,688,382 | 7,723,448 | | | 7,723,448 |
| | | | COGS | | 10,042,621 | 10,045,905 | 6,740,835 | | | 6,740,835 |
| | | | Material Cost | | 8,934,280 | 8,937,668 | 5,937,843 | | | 5,937,843 |
| | | | Manufacturing Expense | | 1,108,341 | 1,108,237 | 802,992 | | | 802,992 |
| | | | (Labor cost) | | 32,940 | 32,955 | 90,240 | | | 90,240 |
| | | | (Royalty) | | 966,516 | 966,364 | 512,638 | | | 512,638 |
| | | | (Depreciation) | | 41,655 | 41,670 | 59,474 | | | 59,474 |
| | | | (Subcontracting Cost) | | 5,181 | 5,184 | 5,057 | | | 5,057 |
| | | | (Molds Cost) | | 30,346 | 30,357 | 39,476 | | | 39,476 |
| | | | (Others) | | 31,703 | 31,706 | 96,106 | | | 96,106 |
| | | | GA Expense | | 51,421 | 51,435 | 193,305 | | | 193,305 |
| | | | (Labor cost) | | 9,317 | 9,319 | 39,868 | | | 39,868 |
| | | | (Depreciation) | | 2,952 | 2,953 | 4,998 | | | 4,998 |
| | | | (Others) | | 39,151 | 39,162 | 148,440 | | | 148,440 |
| | | | Sales Expense | | 207,820 | 207,882 | 759,869 | | | 759,869 |
| | | | (Marketing) | | 138,863 | 138,865 | 410,740 | | | 410,740 |
| | | | (Paid Commission) | | 21,710 | 21,722 | 22,648 | | | 22,648 |
| | | | (Insurance) | | 2,464 | 2,465 | 1,006 | | | 1,006 |
| | | | (Others) | | 44,782 | 44,830 | 325,476 | | | 325,476 |
| | | | R&D Expense | | 11,061 | 11,067 | 2,249,160 | | | 2,249,160 |
| | | | (Labor cost) | | 2,023 | 2,024 | 983,357 | | | 983,357 |
| | | | (Depreciation) | | 257 | 257 | 66,224 | | | 66,224 |
| | | | (Others) | | 8,781 | 8,786 | 1,199,579 | | | 1,199,579 |
| | | | Operating Profit | | 1,371,223 | 1,372,092 | -2,219,721 | | | -2,219,721 |
| | | | (%) | | 11.7% | 11.7% | -28.7% | | | -28.7% |
| Manufacturing Company Operating Profit | | | | | | | -960,718 | | | -960,718 |
| Litigation Expense (COGS) | | | | | 38,015 | 38,023 | 27,221 | | | 27,221 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY