1  
2  
3  

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No.   4:11-cv-01846-LHK<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**NOTICE OF CHANGE IN COUNSEL**

PLEASE TAKE NOTICE that attorney Deok Keun Matthew Ahn of Morrison & Foerster LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in the above-captioned case.

Dated: July 26, 2013           MORRISON & FOERSTER LLP

By:  /s/ *Deok Keun Matthew Ahn*
         DEOK KEUN MATTHEW AHN

Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105
Phone: (415) 268-6629
Fax: (415) 268-7522
Email: dahn@mofo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document entitled NOTICE OF CHANGE IN COUNSEL was filed electronically in compliance with Civil Local Rule 5.4, and will be served on all counsel of record who have consented to electronic service via the Court's ECF system.

Dated: July 26, 2013

By:  /s/ *Deok Keun Matthew Ahn*
      DEOK KEUN MATTHEW AHN