1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100

9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

13

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16                         UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 20           Plaintiff, | **STATEMENT OF RECENT DECISION REGARDING FINAL OFFICE ACTION BY THE USPTO REJECTING U.S. PATENT NO. 7,844,915 (L.R. 7-3(d))** |
| 21      vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26           Defendant. | |

27

28

1 | Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung
2 | Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3 | "Samsung") bring to the Court's attention a Final Office Action by the United States Patent and
4 | Trademark Office ("USPTO") in the *ex parte* reexamination of U.S. Patent No. 7,844,915 (the
5 | "'915 patent") dated July 26, 2013.

6 | This Final Office Action by the USPTO is relevant because it rejects all claims of the '915
7 | patent as being anticipated or obvious in view of U.S. Patent No. 7,724,242 to Hillis ("Hillis,"),
8 | Japanese Publ No. 2000-163031A to Nomura ("Nomura,"), and other prior art references. This
9 | final rejection includes claim 8, which is the only claim of the '915 patent at issue in this action.
10 | The jury found at trial that 21 of 24 accused Samsung products infringed claim 8 of the '915
11 | Patent—specifically the Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Fascinate,
12 | Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T), Galaxy S II (i9100), Galaxy
13 | S II (T-Mobile), Galaxy Tab, Galaxy Tab 10.1 (WiFi), Gem, Indulge, Infuse 4G, Mesmerize,
14 | Nexus S 4G, Transform, and Vibrant. The jury awarded damages as to all products found to
15 | infringe the '915 patent except the Galaxy S (i9000) and Galaxy S II (i9100). The new trial on
16 | damages scheduled to begin November 12, 2013 includes 12 products that the jury held to infringe
17 | claim 8 of the '915 Patent—specifically the Captivate, Continuum, Droid Charge, Epic 4G,
18 | Exhibit 4G, Galaxy Prevail, Galaxy Tab, Gem, Indulge, Infuse 4G, Nexus S 4G, and Transform.
19 | (*See* Dkt. No. 2271 at 26; Dkt. No. 2316 at 2.)

20 | To the best of Samsung's knowledge, this Final Office Action was published on the
21 | USPTO's Patent Application Information Retrieval (PAIR) website on July 26, 2013. A copy of
22 | the Final Office Action is attached hereto as Exhibit A.

02198.51855/5438011.1

-1- Case No. 11-cv-01846-LHK (PSG)
**STATEMENT OF RECENT DECISION (L.R. 7-3(d))**

1  DATED: July 28, 2013               QUINN EMANUEL URQUHART &
2                                      SULLIVAN, LLP
3
4                                      By  */s/ Victoria F. Maroulis*
                                          Charles K. Verhoeven
5                                         Kevin P.B. Johnson
                                          Victoria F. Maroulis
6                                         Michael T. Zeller
7
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
8                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
9                                         TELECOMMUNICATIONS AMERICA, LLC