QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HOSHIN LEE IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51855/5437846.1

I, Hoshin Lee, declare:

1.     I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").   I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.     I submit this declaration in support of Apple's Administrative Motion to File Under Seal ("Apple's Motion") (Dkt. No. 2345):

- Apple's Opposition to Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Rule 59 Based on Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability ("Apple's Opposition");
- The Declaration of Ravin Balakrishnan, Ph. D. in Support of Apple's Opposition ("Balakrishnan Declaration"); and
- Exhibit A to the Balakrishnan Declaration.

3.     The portions of Apple's Opposition, the Balakrishnan Declaration, and Exhibit A that Apple has moved to seal contain highly-confidential excerpts and descriptions of Samsung's source code that drive certain features included in the Browser and Gallery applications found in Samsung's smart phones.   Disclosure of this information is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

4.     This Court has previously found excerpts and descriptions of source code sealable under the "compelling reasons" standard.   (*See* Dkt. No. 1649 at 8, 17.)

5.     For the foregoing reasons, Samsung requests that the Court grant Apple's Motion.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.   Executed in Suwon, South Korea on July 29, 2013.

Hoshin Lee