QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion to file under seal
4 the following documents:

5    1. Portions of the Declaration of Andries van Dam, Ph.D. in Further Support of
6       Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Federal Rule
7       of Civil Procedure 59 Based on Newly Discovered Evidence, and in Reply to the
8       Declaration of Dr. Ravin Balakrishnan; and
9    2. Portions of the Reply in Support of Motion for New Trial Regarding '381 Patent
10      Pursuant to Fed. R. Civ. P. 59 Based on Newly Discovered Evidence or,
11      Alternatively, for Entry of Judgment on Liability.

12   Samsung has established good cause to permit filing these documents under seal through
13 the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
14 Under Seal ("Trac Decl."), filed herewith.  In short, the above documents discuss and refer to
15 documents and things that Samsung has designated as "HIGHLY CONFIDENTIAL -
16 ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS'
17 EYES ONLY – SOURCE CODE" under the Protective Order.  Samsung accordingly files these
18 documents under seal.  Samsung's entire filing will be lodged with the Court for *in camera* review
19 and served on all parties.

20   DATED: July 29, 2013          QUINN EMANUEL URQUHART &
21                                 SULLIVAN, LLP
22
23
                                   By */s/ Victoria Maroulis*
24                                    Victoria F. Maroulis
                                      Attorneys for Defendants
25                                    SAMSUNG ELECTRONICS CO., LTD.,
                                      SAMSUNG ELECTRONICS AMERICA, INC.,
26                                    and SAMSUNG TELECOMMUNICATIONS
                                      AMERICA, LLC
27
28