QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Bill Trac, declare:

1. I am a member of the State Bar of California and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Portions of the Declaration of Andries van Dam, Ph.D. in Further Support of Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Federal Rule of Civil Procedure 59 Based on Newly Discovered Evidence, and in Reply to the Declaration of Dr. Ravin Balakrishnan ("van Dam Supplemental Declaration") contain information that has been designated HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE by Samsung under the Protective Order.  In particular, the van Dam Supplemental Declaration includes detailed and highly-sensitive descriptions of the operation Samsung's confidential and trade secret source code that drive certain features included in the Browser and Gallery applications found in Samsung's smart phones, the disclosure of which would cause significant competitive harm to Samsung.  Accordingly, Samsung's request meets the "compelling interest" standard for filing under seal, as the Court has previously found, *see* Dkt. No. 1649 at 8, 17.  Pursuant to L.R. 79-5 and General Order No. 62, an unredacted copy of the van Dam Declaration has been lodged with the Court for in camera review and served on all parties.

3. Portions of Samsung's Reply in Support of Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 Based on Newly Discovered Evidence or, Alternatively, for Entry of Judgment on Liability ("Reply") discuss and refer to the information contained in the van Dam Declaration, and accordingly meet the "compelling interest" standard for filing under seal for the same reasons.  Pursuant to L.R. 79-5 and General Order No. 62, an unredacted copy of Samsung's Motion has been lodged with the Court for in camera review and served on all parties.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct.  Executed on July 29, 2013 at Redwood Shores, California.

3

4                                                         */s/ Bill Trac*
                                                          Bill Trac
5

1 **ATTESTATION**

2    I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3 foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic
4 filing of this document has been obtained from Bill Trac.

5

6    _/s/ Victoria F. Maroulis_
7    Victoria F. Maroulis

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28