1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal.
4    Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.
5 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration
6 establishes that portions of the Declaration of Andries van Dam, Ph.D. in Further Support of
7 Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Federal Rule of Civil
8 Procedure 59 Based on Newly Discovered Evidence, and in Reply to the Declaration of Dr. Ravin
9 Balakrishnan ("van Dam Supplemental Declaration"); and portions of the Reply in Support of
10 Motion for New Trial Regarding '381 Patent Pursuant to Fed. R. Civ. P. 59 Based on Newly
11 Discovered Evidence or, Alternatively, for Entry of Judgment on Liability ("Reply") contain
12 Samsung's non-public, confidential source code.

14    Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of the van
15 Dam Supplemental Declaration and portions of Samsung's Reply may be filed under seal.

17 DATED:

The Honorable Lucy H. Koh
United States District Court Judge

02198.51855/5442162.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL