QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59 BASED ON NEWLY DISCOVERED EVIDENCE, AND IN REPLY TO THE DECLARATION OF DR. RAVIN BALAKRISHNAN**<br><br>**[PUBLIC REDACTED VERSION]** |

02198.51855/5441580.3

Case No. 11-cv-01846-LHK
DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION
FOR NEW TRIAL REGARDING '381 PATENT

I, Andries van Dam, declare:

1. I submit this declaration in further support of Samsung's Motion for a New Trial and to address issues raised by the Declaration of Dr. Ravin Balakrishnan's submitted in support of Apple's Opposition ("Balakrishnan Decl."). If asked at hearings or trial, I am prepared to testify regarding the matters I discuss in this declaration.

2. I reserve the right to supplement or amend this declaration based on any new information that is relevant to my opinions.

I. **CLAIM CONSTRUCTION**

3. It is my opinion that Apple disclaimed all subject matter with respect to Claim 19 in which the specific **purpose** or **cause** of the computer code that generates the snap back effect is anything other than edge alignment. In particular, Apple required the computer code to include the specific **"stop condition"** that snapback occurs "**until the area beyond the edge of the electronic document is no longer displayed**." As the examiner stated:

> "During an interview on 5-9-2013, Patent Owner's Representatives presented their position that **the Lira reference lacked the 'stop condition' of the claims, where the translating in the second direction occurs "until the area beyond the edge of the electronic document is no longer displayed."** (June 12, 2013 Notice of Intent to Issue a Reexam Certificate at 2) (emphasis added).

> \* \* \*

> "The Office noted that though *corrective traversal* in Lira **appears to stop** when the area beyond the edge of the document is no longer displayed, it is not specifically responsive to instructions **requiring said *stop condition*** (area beyond the edge is no longer displayed) but rather as a result of instructions to center **(same effect, different cause)**. *Id.* at 3 (emphasis added).

4. I also conclude that Apple will not be able to recapture through the doctrine of equivalents any subject matter in which the cause or purpose of the computer instructions that cause the snap back effect is not edge alignment, as it is precluded from doing so by the doctrine of prosecution history estoppel. *See* Declaration of Andries van Dam, Ph.D. (Dkt. 2338-4) at ¶¶18-20.

-1-   Case No. 11-cv-01846-LHK
**DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT**

## II. GALLERY APPLICATION

5. All parties agree that the case of unzoomed pictures in gallery does not infringe. For the unzoomed case, all parties agree that ███████████████████████████████ and that its purpose is centering. However, Dr. Balakrishnan contends that the manipulation of zoomed pictures on accused Samsung products can infringe claim 19 of the '381 patent. As I explain in more detail below, Dr. Balakrishnan's assertion is incorrect in light of a detailed analysis of the code.

6. During pinch-zoom and subsequent drag operations, ███████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████ Dr. Balakrishnan contends that the code ███████████████ performs edge alignment and thus infringes under the new construction of claim 19. He references a handful of code lines (shown in Balakrishnan's demonstrative PDX 27.31) from the function as his sole support without explaining the how the instructions work, and presents an inaccurate characterization as to the function's computation. In fact, ███████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

-2-   Case No. 11-cv-01846-LHK
**DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT**

1  ███████████████████████████████████████  ████████

2  ████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████

4  ████████████████████████████

5       7.    ████████████████████████████████████████████

6  ████████████████████████████████████████ it is my opinion that the purpose

7  of the Gallery code is not edge alignment and the Gallery code does not have a stop condition

8  based on edge alignment.   Therefore, the Gallery code does not infringe claim 19 under the new

9  construction.

10      8.    While the analysis of source code demonstrates that Samsung does not infringe,

11  the visual behavior of the Gallery application itself provides further confirmation.  Dr.

12  Balakrishnan acknowledges that ████████████████ operates on a zoomed-in image.

13  This includes the case of an image zoomed-in slightly such that there is still background area

14  beyond the zoomed-in image in the display window.   This occurs when the aspect ratio of the

15  image differs from that of the display window (e.g., a portrait mode image in a landscape mode

16  Gallery).   When a user overscrolls this slightly zoomed-in image, upon release of the finger, the

17  image will recenter.   This is seen very explicitly in the video attached to this declaration as

18  Exhibit 1.   Conversely, ████████████████ operates on an image zoomed in such that no

19  area beyond the image is visible.   When a user overscrolls the zoomed-in image slowly, the

20  image will not snap back or perform edge alignment.   This is seen in the video attached to this

21  declaration as Exhibit 2.   These examples demonstrate that the purpose (cause) and stop

22  condition of ████████████████ cannot be edge alignment.

23  **III.   BROWSER APPLICATION**

24      9.    Dr. Balakrishnan contends that ████████████████ in the Browser application

25  includes code that infringes the new construction of claim 19 of the '381 patent.   Dr.

26  Balakrishnan's declaration contains no analysis of ████████████████ or code within it to

27  support his conclusion.   He references only a handful of non-contiguous lines of code, with

-3-   Case No. 11-cv-01846-LHK

28  DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION
FOR NEW TRIAL REGARDING '381 PATENT

important code omitted (shown in Balakrishnan's demonstrative PDX27.31) without describing what the instructions perform and concludes that this code does perform edge alignment. As I explain in detail below, ▮▮▮▮▮▮▮ clearly performs centering, not edge alignment.

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT**

1    ███████  ████████████████████████████████████████████

2    ████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████

4    ████████████████████████████████████████████

5    ████████████████████████████████████████████

6    ████████████████████████████████████████████

7         12.   █████████████████████████████████████████

8    ████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████

10   ████████████████████████████████████████████████████-

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████████████

13        13.   █████████████████████████████████████████

14   █████████████████████████ confirming that the purpose of this function is centering,

15   not edge alignment, and the relevant variables are all calculated relative to the center.

16        14.   Because ████████ works to center the image, and does not use edge

17   alignment, it is my opinion that the purpose of the Browser code is not edge alignment and the

18   Browser code does not have a stop condition based on edge alignment.   Therefore, the Browser

19   code does not infringe new claim 19.

20   **IV.   CONTACTS APPLICATION**

21        15.   I note that Dr. Balakrishnan did not offer any opinion that the Contacts application

22   infringes new claim 19.

DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION
FOR NEW TRIAL REGARDING '381 PATENT

1      I declare under penalty of perjury that the foregoing is true and correct.   Executed in
2  Providence, Rhode Island on July 29, 2012.
3
4
5                                              By _____
   Andries                                              van Dam
6
7
8
...
28

-6-                              Case No. 11-cv-01846-LHK
**DECLARATION OF ANDRIES VAN DAM, PH.D. IN FURTHER SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT**