1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16              UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20             Plaintiff, | **MANUAL FILING NOTIFICATION FOR** |
| 21        vs. | **EXHIBIT 2 TO THE DECLARATION OF ANDRIES VAN DAM, PH.D. IN** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **FURTHER SUPPORT OF SAMSUNG'S MOTION FOR NEW TRIAL** |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **REGARDING '381 PATENT PURSUANT TO FEDERAL RULE OF CIVIL** |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **PROCEDURE 59 BASED ON NEWLY DISCOVERED EVIDENCE, AND IN** |
| 25             Defendant. | **REPLY TO THE DECLARATION OF DR. RAVIN BALAKRISHNAN** |
| 26 | |

27

28

## MANUAL FILING NOTIFICATION

Regarding:     Exhibit 2 to the Declaration of Andries van Dam, Ph.D. in Further Support of

Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Federal Rule

of Civil Procedure 59 Based on Newly Discovered Evidence, and in Reply to the

Declaration of Dr. Ravin Balakrishnan.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  The exhibits were previously served on all parties.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____     Voluminous Document (PDF file size larger than efiling system allowances)

_____     Unable to Scan Documents

_____     Physical Object (description):

___X___     Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____     Item Under Seal

_____     Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____     Other (description):  _____

DATED: July 29, 2013                 Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  *Victoria F. Maroulis*_____
     Victoria F. Maroulis
     Attorneys for SAMSUNG ELECTRONICS CO.,
     LTD., SAMSUNG ELECTRONICS AMERICA,
     INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC