QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO MODIFY APRIL 29, 2013 CASE MANAGEMENT ORDER EXCLUDING EVIDENCE OF CERTAIN INFUSE 4G SALES OR, IN THE ALTERNATIVE, FOR LEAVE TO SEEK RECONSIDERATION OF THAT ORDER AND TO CLARIFY THAT THE ORDER APPLIED SOLELY TO THE INFUSE 4G** |

02198.51855/5447662.1

Case No. 11-cv-01846-LHK
BECHER DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S MOTION
TO MODIFY APRIL 29, 2013 CASE MANAGEMENT ORDER

**DECLARATION OF ROBERT J. BECHER**

I, Robert J. Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the State Bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of certain excerpts from the April 29, 2013 Hearing Transcript in the above-captioned matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed on this 31st day of July, 2013, in Los Angeles, California.

                                           */s/Robert J. Becher*
                                            Robert J. Becher

02198.51855/5447662.1

-1-   Case No. 11-cv-01846-LHK
BECHER DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S MOTION
TO MODIFY APRIL 29. 2013 CASE MANAGEMENT ORDER

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this declaration.   In compliance with Local Rule 5.1(i), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:   July 31, 2013                                                                       */s/ Victoria Maroulis*

02198.51855/5447662.1

-2-   Case No. 11-cv-01846-LHK
BECHER DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S MOTION
TO MODIFY APRIL 29. 2013 CASE MANAGEMENT ORDER