UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER DENYING APPLE INC.'S MOTION TO MODIFY APRIL 29, 2013 CASE MANAGEMENT ORDER EXCLUDING EVIDENCE OF CERTAIN INFUSE 4G SALES OR, IN THE ALTERNATIVE, FOR LEAVE TO SEEK RECONSIDERATION OF THAT ORDER AND TO CLARIFY THAT THE ORDER APPLIED SOLELY TO THE INFUSE 4G** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5447909.1

[PROPOSED] ORDER DENYING APPLE'S MOTION TO MODIFY APRIL 29, 2013 CASE
MANAGEMENT ORDER EXCLUDING EVIDENCE OF CERTAIN INFUSE 4G SALES

1     Apple Inc. has filed a Motion to Modify April 29, 2013, Case Management Order

2 Excluding Evidence of Certain Infuse 4G Sales or, in the Alternative, for Leave to Seek

3 Reconsideration of that Order, and to Clarify that the Order Applied Solely to the Infuse 4G.

4 Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

5 Telecommunications America, LLC (collectively, "Samsung") opposes.

6     Having considered the arguments of the parties and the papers submitted, the Court hereby

7 DENIES Apple's motion.

8

9     IT IS SO ORDERED.

10

11 DATED:

12               The Honorable Lucy H. Koh
              United States District Court Judge

02198.51855/5447909.1

-1-
[PROPOSED] ORDER DENYING APPLE'S MOTION TO MODIFY APRIL 29, 2013 CASE
MANAGEMENT ORDER EXCLUDING EVIDENCE OF CERTAIN INFUSE 4G SALES