# EXHIBIT A

| | |
|---|---|
| **From:** | Marc Morris <MMorris@McKoolSmithHennigan.com> |
| **Sent:** | Wednesday, July 31, 2013 11:09 AM |
| **To:** | Marder, Eugene |
| **Subject:** | RE: Motion to Seal Rovi License |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

I assume that the stay will not result in any of the material being made public.  If so, we have no objection.

---

**From:** Marder, Eugene [mailto:Eugene.Marder@wilmerhale.com]
**Sent:** Wednesday, July 31, 2013 8:22 AM
**To:** Marc Morris
**Subject:** Motion to Seal Rovi License

Dear Marc:

On Monday, the Court issued the attached order granting in part Rovi's motion to seal.  In footnote 3, the Court says that the parties may request that the Court's Order be stayed pending the appeal with the federal circuit.  Apple is currently considering whether to request the Court stay this Order until the Federal Circuit decides Apple's currently pending appeal relating to sealing issues.  Please confirm Rovi will not oppose a motion to stay by Apple.

Thank you,

**Eugene Marder | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6025 (t)
+1 650 858 6100 (f)
eugene.marder@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.