# EXHIBIT B

| | |
|---|---|
| **From:** | Victoria Maroulis <victoriamaroulis@quinnemanuel.com> |
| **Sent:** | Thursday, August 01, 2013 4:51 PM |
| **To:** | Herriot, Liv |
| **Cc:** | Samsung v. Apple; WH Apple Samsung NDCal Service; 'AvSSNDCPostTrial'; Todd Briggs |
| **Subject:** | RE: Apple v. Samsung, Case No. 11-cv-01846 (N.D. Cal.) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Samsung does not oppose this motion.

**From:** Herriot, Liv [mailto:Liv.Herriot@wilmerhale.com]
**Sent:** Thursday, August 01, 2013 4:46 PM
**To:** Victoria Maroulis
**Cc:** Samsung v. Apple; WH Apple Samsung NDCal Service; 'AvSSNDCPostTrial'; Todd Briggs
**Subject:** Apple v. Samsung, Case No. 11-cv-01846 (N.D. Cal.)

Vicki –

On Monday, the Court issued an Order granting-in-part and denying-in-part third party Rovi's motion to seal to its license agreement with Apple. In the Order, Judge Koh states that "should Rovi or Apple believe that the effect of this Order must be stayed pending the appeal with the Federal Circuit, Rovi and/or Apple must file a formal request for a stay of the effects of this Order within seven (7) days." (Dkt. 2350.) Apple therefore intends to file a motion requesting a stay. Please confirm Samsung does not oppose this motion.

Thank you,
Liv


**Liv Herriot | WilmerHale**
950 Page Mill Road
Palo Alto, CA 94304 USA
+1 650 858 6138 (t)
+1 650 858 6100 (f)
liv.herriot@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.