UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION TO STAY JULY 29, 2013 ORDER (DKT. 2350)** |

      Apple has filed an Unopposed Motion to Stay this Court's July 29 Order Granting Third Party Rovi's Limited Motion to Intervene and Granting-in-Part and Denying-in-Part Motion to Seal (Dkt. 2350).  Apple requests the Court stay its Order pending resolution of Apple's pending appeal of sealing issues to the Federal Circuit.  As the Court has previously held, once information is publicly filed, what once may have been trade secret no longer will be. Thus, Apple may be irreparably injured absent a stay. In contrast, the public interest, which favors disclosure of relevant information in order to understand the proceedings, is not unduly harmed

1  by a short stay.

2        Accordingly, Apple's motion to stay is GRANTED.

4  **IT IS SO ORDERED.**

5  Dated:

8                                              By: _____
                                            Honorable Lucy H. Koh
                                            U.S. District Court Judge