HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE'S SURREPLY TO SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT PURSUANT TO RULE 59 BASED ON "NEWLY DISCOVERED EVIDENCE" OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT ON LIABILITY** |

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple submits this motion for an order to seal the following documents or portions thereof relating to Apple's Surreply to Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Rule 59 Based on "Newly Discovered Evidence" Or, Alternatively, For Entry of Judgment on Liability ("Apple's Surreply to Samsung's Motion for New Trial"):

    1.    Apple's Surreply to Samsung's Motion for New Trial;

    2.    Declaration of Ravin Balakrishnan in Further Support of Apple's Opposition to Samsung's Motion for New Trial (the "Balakrishnan Declaration");

    3.    Exhibits A and B to the Balakrishnan Declaration.

The above documents contain information that Samsung has designated confidential, in particular references to and discussion of source code. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration supporting the filing of these materials under seal.

Dated: August 8, 2013                MORRISON & FOERSTER LLP

                                          By:    */s/ Harold J. McElhinny*
                                                        HAROLD J. MCELHINNY

                                                        Attorneys for Plaintiff
                                                        APPLE INC.