| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION FOR LEAVE TO FILE A SURREPLY TO SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT PURSUANT TO RULE 59 BASED ON "NEWLY DISCOVERED EVIDENCE" OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT ON LIABILITY** |

1       I, NATHAN SABRI, declare as follows:

2       1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Apple's Motion for Leave to File a Surreply to Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Rule 59 Based on "Newly Discovered Evidence" Or, Alternatively, For Entry of Judgment on Liability, filed herewith.

3       2.      I contacted counsel for Samsung on August 7.  I indicated that Apple intended to file a motion for leave to file a surreply and asked whether Samsung would stipulate to the requested relief.  After Samsung's counsel requested more information, I sent Samsung's counsel a draft of Apple's motion for leave.  Samsung's counsel confirmed that Samsung would not stipulate to Apple's requested relief and would oppose.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of August, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
NATHAN SABRI

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION FOR LEAVE TO FILE A SURREPLY
CASE NO. 11-CV-01846 LHK (PSG)
sf-3318039

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: August 8, 2013                    */s/ Harold J. McElhinny*
                                             HAROLD J. MCELHINNY

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION FOR LEAVE TO FILE A SURREPLY
CASE NO. 11-CV-01846 LHK (PSG)
sf-3318039

2