UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE A SURREPLY TO SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Apple filed a motion for leave to file a surreply to Samsung's motion for new trial
2  regarding the '381 patent.  Apple's motion for leave is GRANTED.  The proposed surreply is
3  hereby deemed filed.

5  **IT IS SO ORDERED.**

7  Dated: _____        _____
                                          Hon. Lucy H. Koh
8                                         United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE A SURREPLY
CASE NO. 11-CV-01846-LHK (PSG)