| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>            v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.     11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3318323

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Fed. R. Civ. P. 5(b)]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 8, 2013, I served a copy of:

1. **APPLE'S SURREPLY TO SAMSUNG'S MOTION FOR NEW TRIAL REGARDING '381 PATENT PURSUANT TO RULE 59 BASED ON "NEWLY DISCOVERED EVIDENCE" OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT ON LIABILITY [UNDER SEAL VERSION]**

2. **DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN FURTHER SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR NEW TRIALREGARDING '381 PATENT PURSUANT TO RULE 59 BASED ON "NEWLY DISCOVERED EVIDENCE" OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT OF LIABILITY [UNDER SEAL VERSION]**

3. **EXHIBIT A IN SUPPORT OF DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN FURTHER SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR NEW TRIALREGARDING '381 PATENT PURSUANT TO RULE 59 BASED ON "NEWLY DISCOVERED EVIDENCE" OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT OF LIABILITY [UNDER SEAL VERSION]**

4. **EXHIBIT B IN SUPPORT OF DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN FURTHER SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR NEW TRIALREGARDING '381 PATENT PURSUANT TO RULE 59 BASED ON "NEWLY DISCOVERED EVIDENCE" OR, ALTERNATIVELY, FOR ENTRY OF JUDGMENT OF LIABILITY [UNDER SEAL VERSION]**

- [x] BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

*Samsungv.Apple@quinnemanuel.com*

Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:

*WHAppleSamsungDamagesRetrial@wilmerhale.com*

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3318323

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed at San
2  Francisco, California on August 8, 2013.

*/s/Robin Sexton*
Robin Sexton

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3318323