1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 10  APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
| 11              Plaintiff, | **[PROPOSED] ORDER DENYING APPLE'S MOTION FOR LEAVE TO FILE A SURREPLY** |
| 12       vs. | |
| 13  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 16              Defendants. | |

1    Apple Inc. ("Apple") has filed a Motion For Leave to File a Surreply to Samsung's Motion
2 For New Trial Regarding '381 Patent Pursuant to Rule 59 Based On "Newly Discovered
3 Evidence" Or, Alternatively, For Entry of Judgment On Liability ("Apple's Motion For Leave").
4 Samsung has the Motion For Leave.
5    The Court finds that Apple has not shown good cause to file the proposed surreply.
6 Accordingly, Apple's Motion For Leave is hereby DENIED.

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge