1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Cal. Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Cal. Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Cal. Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13
   Attorneys for SAMSUNG ELECTRONICS
14 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
   | Plaintiff, | **DECLARATION OF JOBY MARTIN  IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

20

   vs.

21 SAMSUNG ELECTRONICS CO., LTD., a
22 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
23 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
24 LLC, a Delaware limited liability company,

25         Defendants.

26

27

28

02198.51981/5465232.1

1    I, Joby Martin, declare:

2    1.    I am a member of the State Bar of California and an associate at the law firm of

3    Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung

4    Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

5    "Samsung").  I make this declaration of personal knowledge, and if called and sworn as a witness,

6    I could and would testify as set forth below.

7    2.    Portions of Samsung's Opposition to Apple's Motion for Leave to File a Surreply

8    to Samsung's Motion For New Trial Or, Alternatively, For Entry of Judgment ("Samsung's

9    Opposition to Motion For Leave") contain information that has been designated HIGHLY

10   CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE by Samsung

11   under the Protective Order.  In particular, Samsung's Opposition to Motion For Leave discusses,

12   refers to, or cites the declarations of Andries van Dam, Ph.D. submitted in support of Samsung's

13   Motion For New Trial ("van Dam declarations") and the declaration of Dr. Ravin Balakrishnan

14   submitted in support of Apple's opposition thereto ("Balakrishnan declaration").   The van Dam

15   declarations and Balakrishnan declaration include detailed and highly-sensitive descriptions of the

16   operation of Samsung's confidential and trade secret source code that drives certain features

17   included in the Browser and Gallery applications found in Samsung's smart phones, the disclosure

18   of which would cause significant competitive harm to Samsung.  Accordingly, Samsung's request

19   meets the "compelling interest" standard for filing under seal, as the Court has previously found,

20   *see* Dkt. No. 1649 at 8, 17.  Pursuant to L.R. 79-5 and General Order No. 62, an unredacted copy

21   of Samsung's Opposition to Motion For Leave has been lodged with the Court for in camera

22   review and served on all parties.

23   I declare under penalty of perjury under the laws of the United States that the foregoing is

24   true and correct.  Executed on August 10, 2013 at San Francisco, California.

25

26                                          */s/ Joby Martin*
                                            Joby Martin

27

28

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Joby Martin.

                                                                  /s/ Victoria F. Maroulis

                                                                  Victoria F. Maroulis