1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 10 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
|----|----|----|
| 11 | Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 12 | vs. | |
| 13-16 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion to File Documents Under Seal.
4    Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.
5 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration
6 establishes that portions of Samsung's Opposition to Apple's Motion For Leave to File a Surreply
7 to Samsung's Motion For New Trial Or, Alternatively, For Entry of Judgment ("Opposition to
8 Motion For Leave") contain, discuss, or refer to Samsung's non-public, confidential source code.
9
10    Accordingly, for good cause shown, the Court HEREBY ORDERS that portions of
11 Samsung's Opposition to Motion For Leave may be filed under seal.
12
13 DATED: _____
14                                          The Honorable Lucy H. Koh
                                             United States District Court Judge

02198.51981/5465233.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL