# EXHIBIT C

| | |
|---|---|
| **From:** | Sabri, Nathan B. |
| **Sent:** | Wednesday, August 14, 2013 8:34 PM |
| **To:** | Anthony Alden |
| **Cc:** | Samsung v. Apple; 'WH Apple Samsung NDCal Service (WHAppleSamsungNDCalService@wilmerhale.com)'; AvSS Damages Trial |
| **Subject:** | RE: Apple v. Samsung - 11-cv-01846-LHK - Draft Joint Case Management Statement |

Julie Davis's report raised the issue of whether trial witnesses will be recalled or whether, in the new trial, the prior testimony will be given by a damages expert.  That is one of Samsung's objections supporting its motion to vacate all case management dates.

It also raised the question of whether previous trial exhibits need to be modified to reflect the smaller group of accused devices.

**From:** Anthony Alden [mailto:anthonyalden@quinnemanuel.com]
**Sent:** Wednesday, August 14, 2013 8:20 PM
**To:** Sabri, Nathan B.
**Cc:** Samsung v. Apple; 'WH Apple Samsung NDCal Service (WHAppleSamsungNDCalService@wilmerhale.com)'; AvSS Damages Trial
**Subject:** RE: Apple v. Samsung - 11-cv-01846-LHK - Draft Joint Case Management Statement

Nate: I don't understand the following newly inserted statement:  "Many of these issues arose during the preparation of Apple's Expert Report and were specifically identified to Samsung no later than June 24, when that report was served."  Please identify where in Julie Davis's June 24 Expert Report she conveyed Apple's proposals concerning limitations on witnesses, deposition designations, advancing pre-trial deadlines, trial exhibits, allocation of trial time,  or motions in limine.  You presumably have this information handy given the speed with which you drafted this, so I'd appreciate a response within the next half hour.

Thanks,

**Anthony Alden**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3159 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.