1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF HOSHIN LEE IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Hoshin Lee, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motion to File Under Seal ("Apple's Motion") (Dkt. No. 2357):

- Apple's Surreply to Samsung's Motion for New Trial Regarding '381 Patent Pursuant to Rule 59 Based on "Newly Discovered Evidence" or, Alternatively, for Entry of Judgment on Liability ("Apple's Surreply");
- The Declaration of Ravin Balakrishnan, Ph. D. in Support of Apple's Surreply ("Balakrishnan Declaration"); and
- Exhibits A and B to the Balakrishnan Declaration.

3. The portions of Apple's Surreply, the Balakrishnan Declaration, and Exhibits A and B that Apple has moved to seal contain highly-confidential excerpts and descriptions of Samsung's source code that drive certain features included in the Browser and Gallery applications found in Samsung's smart phones. Disclosure of this information is likely to cause Samsung harm as competitors could use the information to copy the features found on Samsung's products.

4. This Court has previously found excerpts and descriptions of source code sealable under the "compelling reasons" standard. (*See* Dkt. No. 1649 at 8, 17.)

5. For the foregoing reasons, Samsung requests that the Court grant Apple's Motion.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Suwon, South Korea on August 15, 2013.

_____
Hoshin Lee

-1-

Case No. 11-cv-01846-LHK
DECLARATION OF HOSHIN LEE