United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | CASE MANAGEMENT ORDER |
| Defendants. | |

Clerk: Martha Brown
Reporter: Lee-Anne Shortridge

Plaintiff's Attorneys:     Harold McElhinny, William Lee, Mark Daniel Selwyn, Rachel Krevans, Nathan Sabri
Defendants' Attorneys:  Victoria Maroulis, Todd Briggs, Carl Anderson

A further case management conference was held on August 21, 2013.

**MOTION RULINGS:**

At the case management conference on August 21, 2013, the Court made the following rulings on the record:

- For the reasons stated on the record, the Court GRANTED Apple's Motion to Modify April 29, 2013, Case Management Order. *See* ECF No. 2343. For all products in the new trial, the parties may present evidence of sales data that is consistent with the evidence presented at the first trial.
    - o By August 22, 2013, Apple shall identify the paragraphs it intends to delete from its expert report as a result of this ruling. By August 23, 2013, at 11 a.m., Apple shall serve clean and redline versions of its expert report without the alternative theories

1
Case No.: 11-CV-01846-LHK
CASE MANAGEMENT ORDER

foreclosed by this ruling.  By August 26, 2013, Samsung shall serve clean and redline versions of its expert report without the alternative theories foreclosed by this ruling.

- For the reasons stated on the record, the Court DENIED Samsung's Administrative Motion For Relief From April 29, 2013, Case Management Order.  *See* ECF No. 2326.

- For the reasons stated on the record, the Court DENIED Samsung's Motion for New Trial Regarding '381 Patent.

- For the reasons stated on the record, the Court GRANTED Apple's Unopposed Motion to Stay Effect of July 29, 2013, Order.  *See* ECF No. 2355.

**PRE-TRIAL AND TRIAL RULINGS:**

- With regard to all pending sealing motions, the Court ordered the parties to file a chart that contains (1) a description of the information that the parties seek to seal, (2) a statement on whether the Court has ruled on sealing that specific information or that category of information, (3) what the Court's ruling, if any, was, (4) the docket and page numbers of any previous ruling on the information or category of information, and (5) a statement on any disagreement between the parties as to the above information.  The parties' joint chart addressing pending sealing motions shall be filed by August 28, 2013.
    o The parties shall provide a similar joint chart for all future sealing motions in this matter.

- The Court will not issue a statement about the prior trial and the scope of the new trial to the jury.  The parties will meet and confer regarding the language in the preliminary jury instructions regarding these issues.

- Any exhibits and witnesses that were timely disclosed and admissible at the first trial are admissible in the new trial.  Witnesses will be limited to the topics for which they were timely disclosed.  The final exhibit and witness lists from the prior trial are the operative lists from which the parties may draw their evidence.

- All exhibits that were admitted at the first trial are presumptively admissible at the new trial.  The parties may object to the relevance of exhibits for the purposes of the new trial.
    o The parties shall exchange exhibit lists by September 9, 2013.  The parties shall file objections to the admissibility of exhibits by September 16, 2013.  Oppositions are due September 23, 2013, and replies are due September 30, 2013.  The motions and oppositions are limited to seven pages with replies limited to four pages.  A maximum of 30 exhibits may be challenged.  A hearing is scheduled on this issue for October 17, 2013, at 1:30 p.m.
    o **Although the Court did not order this at the Case Management Conference, the parties are hereby ordered to exchange witness lists by September 9, 2013. The parties shall file objections to any witnesses by September 16, 2013. Oppositions are due September 23, 2013, and replies are due September 30, 2013. The motions and oppositions are limited to seven pages with replies limited to four pages. A hearing is scheduled on this issue for October 17, 2013, at 1:30 p.m.**

2

Case No.: 11-CV-01846-LHK
CASE MANAGEMENT ORDER

- Each party may file one motion to strike.  Such motions shall be filed by August 30, 2013.  Oppositions shall be filed by September 12, 2013, and replies shall be filed by September 19, 2013.  Motions and oppositions are limited to seven pages with four page replies.  The Court will hear these motions on October 10, 2013, at 1:30 p.m.
    - The parties shall attach to any motion to strike the full version of both reports and a redline version comparing the two reports.  The party opposing a motion to strike shall attach a chart to its opposition that lays out the challenged methodology, theory, or data; where that information can be found in the new report; and the analogous information in the prior expert report.  The party opposing a motion to strike shall also attach its expert report with citations at the end of each paragraph to the corresponding paragraph number in the prior expert report.

- Samsung may file a motion under FRE 702 challenging the qualifications of Apple's damages expert.  Any such motion shall be filed by August 30, 2013.  Any opposition shall be filed by September 12, 2013, and any reply shall be filed by September 19, 2013.  The motion and opposition are limited to seven pages with a four page reply.  The Court will hear this motion on October 10, 2013, at 1:30 p.m.

- The parties are limited to four motions in limine per side.  Motions and oppositions are limited to three pages.  No replies will be entertained.  The motions shall be filed by September 12, 2013, with oppositions filed by September 26, 2013.  The Court will hear these motions on October 17, 2013, at 1:30 p.m.

- The parties shall have one hour per side for opening statements and one and a half hours per side for closing arguments.  However, if Mr. Price agrees, the parties will have 45 minutes per side for opening statements.  Each side shall have eight hours to present its case.

The following pretrial schedule was set:

| | |
|---|---|
| October 10, 2013, at 1:30 p.m. | Hearing on Samsung's FRE 702 motion, if filed, and the motions to strike, if any |
| October 17, 2013, at 1:30 p.m. | Pretrial Conference (including discussion of how to present infringement and validity findings to new jury) |
| November 12, 2013, at 9:00 a.m. | Jury Trial |

**IT IS SO ORDERED.**

Dated: August 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
CASE MANAGEMENT ORDER
3