QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STATEMENT OF RECENT DECISION REGARDING REEXAMINATION OF U.S. PATENT NO. D168,677 (L.R. 7-3(d))** |

1    Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
3 "Samsung") bring to the Court's attention a Determination by the United States Patent and
4 Trademark Office ("USPTO") ordering an *ex parte* reexamination of U.S. Patent No. D168,677
5 (the "D'677 patent"), dated August 19, 2013.

6    This Determination ordering reexamination of the D'677 Patent is relevant because it finds
7 a substantial new question of patentability to the D'677 patent in view of JP D1241638, JP
8 D1204221, and JP D1009317, the three references presented.  The jury found at trial that 12
9 products infringed the D'677 Patent—specifically the Fascinate, Galaxy S (i9000), Galaxy S 4G,
10 Galaxy S II (AT&T), Galaxy S II (i9100), Galaxy S II (T-Mobile), Galaxy S II (Epic 4G Touch),
11 Galaxy S II (Skyrocket), Galaxy S Showcase (i500), Infuse 4G, Mesmerise, and Vibrant.  The jury
12 awarded damages as to all products found to infringe the D'677 Patent except the Galaxy S
13 (i9000) and Galaxy S II (i9100).  The new trial on damages scheduled to begin November 12,
14 2013 includes the Infuse 4G.  (*See* Dkt. No. 2271 at 26; Dkt. No. 2316 at 2.)

15    A copy of the Final Office Action is attached hereto as Exhibit A.

17 DATED:  August 22, 2013            QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

20                                    By */s/ Victoria F. Maroulis*
                                         Charles K. Verhoeven
21                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
22                                       Michael T. Zeller

                                         Attorneys for SAMSUNG ELECTRONICS CO.,
24                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
25                                       TELECOMMUNICATIONS AMERICA, LLC