# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,884 | 05/31/2013 | D168,677 S | 416629US91RX | 5041 |

63975          7590          08/19/2013
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| BROOKS, CATHRON C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/19/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

OBLON, SPIVAK, MCCLELLAND MAIER & NEUSTADT, LLP

1940 DUKE STREET

ALEXANDRIA, VA 22314

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/012,884*.

PATENT NO. *D618,677 S ET*.

ART UNIT *2916*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No.<br>90/012,884 | Patent Under Reexamination<br>D168,677  S ET |
|---|---|---|
| | Examiner<br>JEFFREY D. ASCH | Art Unit<br>2916 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>31 May 2013</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,    b)☐ PTO/SB/08,    c)☒ Other: <u>PTO-1449</u>

1. ☒ The request for *ex parte* reexamination is GRANTED.

   RESPONSE TIMES ARE SET AS FOLLOWS:

   For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

   For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐ The request for *ex parte* reexamination is DENIED.

   This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

   In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

   a) ☐ by Treasury check or,

   b) ☐ by credit to Deposit Account No. _____, or

   c) ☐ by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

| /JEFFREY D. ASCH/<br>Primary Examiner, Art Unit 2916 | /ADIR ARONOVICH/<br>Primary Examiner, Art Unit 2917 | /Joel Sincavage/<br>Design Practice Specialist |
|---|---|---|

Application/Control Number: 90/012,884                                                                 Page 2
Art Unit: 2916

## Substantial New Question of Patentability/ Request Granted

A substantial new question of patentability affecting the single design claim of United States Patent Number D618,677 to Andre et al. is raised by the request for reexamination.

The request for Ex Parte Reexamination asserts that there is a substantial new question of patentability of the D618,677 patent for the ornamental design for an "Electronic Device" in view of several prior art references not considered during examination.

The requestor sets forth three Japanese patent references, JP D1241638, JP D1204221, and JP D1009317, which are identified in detail on the enclosed Information Disclosure Statement.

All three Japanese patent references, JP D1241638, JP D1204221, and JP D1009317 are related prior art references that were not considered during the original prosecution of United States Patent Number D618,677. All three Japanese patents are held by the requestor to have substantially the same appearance as the claimed design in the D618,677 patent for which reexamination has been requested. Each of the three references include a rectangular front face having a rectangular screen, a border space around the screen, and an oblong shaped speaker opening above the screen. As such, the references have each been set forth as a basic reference in one of three separate proposed obviousness rejections.

In the first proposed obviousness rejection, JP D1241638 has been utilized as a reference having basically the same appearance as the design of D618,677 and JP D1204221has been applied as a secondary teaching showing the front face to be flat and black in color.

In the second proposed obviousness rejection, JP D1009317 has been utilized as a reference having basically the same appearance as the design of D618,677 and JP D1204221has been applied as a secondary teaching showing the front face to be rectangular (with the top and bottom edges being straight rather than curved) and black in color.

In the third proposed obviousness rejection, JP D1204221 has been utilized as a reference having basically the same appearance as the design of D618,677 and JP D1241638 has been applied as a secondary teaching showing the removal of an additional circular element included in JP D1204221.

The highlighted disclosures of the above-listed Japanese prior art references present new, non-cumulative, art related teachings that were not previously considered nor discussed on the record during prosecution of the application upon which the

Application/Control Number: 90/012,884                                                                 Page 3
Art Unit: 2916

D618,677 patent granted. Furthermore, a reasonable examiner would consider the new combinations of teachings to be important in deciding patentability of the claim.

Accordingly, a substantial new question of patentability affecting the single design claim of United States Patent Number D618,677 to Andre et al. is raised by the prior art now of record. Reexamination is therefore deemed necessary.

### Extensions of Time

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, Office policy requires that reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)) and provides for extensions of time in reexamination proceedings as set forth in 37 CFR 1.550(c).

### Litigation Activity

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. D562,049 throughout the course of this reexamination proceeding.  The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282 and 2286.

### Contact Information

Any inquiry concerning this communication or earlier communications from the examiner should be directed to J. Asch whose telephone number is (571) 272-2632, and whose work schedule is Monday-Thursday 7:30am-6:00pm with variable additional hours on Fridays.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ian Simmons, can be reached at (571) 272-2658. As of 7/15/05 the Right FAX number for this group is 571-273-8300 for both Official faxes and After Finals.

Application/Control Number: 90/012,884																																																	Page 4
Art Unit: 2916

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

All correspondence relating to this *ex parte* reexamination proceeding should be directed as follows:

By Mail to:    Mail Stop "*Ex Parte* Reexam"
                    Attn: Central Reexamination Unit
                    Commissioner of Patents
                    United States Patent & Trademark Office
                    P.O. Box 1450
                    Alexandria, VA 22313-1450

By FAX to:    (571) 273-9900
                    Central Reexamination Unit

By hand:      Customer Service Window
                    Attn: Central Reexamination Unit
                    Randolph Building, Lobby Level
                    401 Dulany St.
                    Alexandria, VA 22314

Any inquiry concerning this communication or earlier communications from the examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.


/Jeffrey D. Asch/
Primary Examiner, Art Unit 2916




Conferee                                                                              Conferee
Adir Aronovich /AA /                                     Joel Sincavage  /JS/