UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 8, 4th Floor

Civil Minute Order

Court Proceedings: Motions & Further CMC, Wednesday, August 21, 2013    Time in Court: 1hr42min
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

TITLE:

APPLE INC.               V.    SAMSUNG ELECTRONICS CO. LTD., ET AL
    PLAINTIFF(S)                              DEFENDANT(S)

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Victoria F. Maroulis |
| William F. Lee | Todd Briggs |
| Mark D. Selwyn | Carl G. Anderson |
| Rachel Krevens | |
| Nate Sabri | |

PROCEEDINGS:   MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE

The motions are argued by counsel and ruled on as stated into the record. The Court will issue written orders. Case Management Conference is held.