| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Joseph Mueller, hereby declare as follows:

1. I am a member in good standing of the Massachusetts bar and a partner at WilmerHale. I am admitted *pro hac vice* in this case and Case No. 12-cv-00630, and I serve as outside counsel to Apple in both cases.

2. I have personal knowledge of the matters set out herein.

3. Attached as **Exhibit A** is a proposed redacted version of Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Apple's Motion"). Apple does not maintain any claim of confidentiality with respect to Exhibit A.

4. Portions of Exhibit A may contain or discuss information that Samsung considers confidential.

5. Portions of Exhibit A may also contain or discuss information that Nokia considers confidential. Nokia has previously supported sealing the same or similar information in documents filed in Case No. 12-cv-00630. *See* Dkt. No. 647 (from Case No. 12-cv-00630). Samsung has also previously supported sealing the same or similar information in documents filed by Nokia in Case No. 12-cv-00630, stating that "Nokia's Motion relates to confidential communications between Nokia and Samsung, which are subject to a non-disclosure agreement." *See* Dkt. No. 668 ("Declaration of Anthony P. Alden in Support of Nokia's Administrative Motion to File Documents Under Seal").

6. Attached as **Exhibit B** is a proposed redacted version of my declaration in support of Apple's Motion. Apple does not maintain any claim of confidentiality with respect to Exhibit B.

7. Paragraphs 3 and 8 of Exhibit B may contain or discuss information that Samsung considers confidential.

8. Exhibit 1 to my declaration in support of Apple's Motion does not contain any confidential information, but may implicate information that Samsung considers confidential, such as certain issues presented in Apple's Motion. Apple does not maintain any claim of confidentiality with respect to Exhibit 1.

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

1

9.      Exhibits 2-6 to my declaration in support of Apple's Motion are being filed entirely under seal because they may contain or discuss information that Samsung considers confidential. However, Apple only seeks to seal these documents insofar as they contain or discuss the confidential terms of Apple's licenses or licensing negotiations. Apple has previously supported sealing similar information in this case. *See, e.g.,* Dkt. No. 1502 (supporting Apple's request to seal the terms of various license agreements and noting that "[i]n all cases, these license agreements are subject to strict confidentiality provisions[.]"). The Court has previously allowed Apple to seal discussion of "pricing terms, royalty rates, and minimum payment terms of . . . licensing agreements." *See, e.g.*, Dkt. No. 1649 (citing *In re Electronic Arts*, 298 Fed. App'x 568, 569 (9th Cir. 2008)).

10.     The redactions requested by Apple are necessary to protect its confidential business information and information that Samsung or a third party may consider confidential.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August, 2013 at Boston, Massachusetts.

                                              */s/* Joseph Mueller
                                              Joseph Mueller

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark. D Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Joseph Mueller has concurred in this filing.

Dated:  August 23, 2013

/s/ Mark D. Selwyn
Mark D. Selwyn

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

3