# EXHIBIT A

HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (SBN 116421)
rkrevans@mofo.com
ERIC J. OLSON (SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**PUBLIC VERSION**<br><br>**APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**:   October 1, 2013<br>**Time**:   10:00 a.m.<br>**Place**:  Courtroom 5, 4th Floor<br>**Judge**:  Hon. Paul S. Grewal |

**TABLE OF CONTENTS**

I.    INTRODUCTION ............................................................. 3

II.   BACKGROUND ............................................................. 4

    A.    The Dispute Regarding FRAND Licensing Terms .................................. 4

    B.    ███████████████████████████ ............ 4

    C.    ████████████████████████ ........................ 6

    D.    ██████████████████ ................................... 6

    E.    ████████████████████ .......................... 7

III.  LEGAL STANDARD ...................................................... 10

IV.   ARGUMENT ............................................................. 10

    A.    Sanctions Are Warranted ............................................ 10

    B.    The Court Should Grant Apple Leave To Take Discovery To Determine The Scope Of The Protective Order Violation........................ 12

V.    CONCLUSION ........................................................... 14

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

1 <u>**NOTICE OF MOTION AND MOTION**</u>

2 **TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

3          PLEASE TAKE NOTICE that on October 1, 2013 at 10 a.m., or as soon as the

4 matter may be heard by the Honorable Paul S. Grewal in Courtroom 5, United States

5 District Court for the Northern District of California, 280 South 1ˢᵗ Street, San Jose,

6 California 85113, Apple Inc. ("Apple") shall and hereby does move pursuant to Federal

7 Rule of Civil Procedure 37(b)(2) for sanctions for Samsung's ▮▮▮▮ violations of the

8 Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials

9 entered by the Court on January 30, 2012 ("Protective Order"), for further discovery to

10 determine the full scope of the violations that Samsung has committed, and for remedial

11 action arising from these violations once their full scope is known.

12          This motion is based on this notice of motion and supporting memorandum of

13 points and authorities; the accompanying declaration of Joseph Mueller; and such other

14 written and oral argument as may be presented at or before the time this motion is taken

15 under submission by the Court.

16                            **RELIEF REQUESTED**

17          Pursuant to Federal Rule of Civil Procedure 37(b)(2), Apple seeks (1) an order

18 sanctioning Samsung for violating the Protective Order ▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮▮▮▮▮▮▮ (2) an order requiring Samsung

21 to provide the discovery described herein; and (3) appropriate remedial action, once the

22 full scope of Samsung's Protective Order violations are known.

23                    **STATEMENT OF ISSUES TO BE DECIDED**

24          1.      Whether Samsung should be sanctioned ▮▮▮▮▮▮

25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27

28

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

1  ██████████████████████████████████████████████

2  ██████████████

3       2.     Whether Samsung should be ordered to provide further discovery to permit

4 Apple to learn of the full scope of the Protective Order violations; and

5       3.     Whether Samsung should be required to take further remedial action and

6 sanctioned, the precise remedies to be determined once the full scope of the Protective

7 Order violations is known.

Dated:  August 23, 2013

/s/ William F. Lee
William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Rachel Krevans (SBN 116421)
rkrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.     INTRODUCTION**

██████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████

Some serious form of sanction is therefore warranted, with the precise sanctions dependent on the full facts, once those facts are known. ████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████ Apple also requests that the Court grant leave for Apple to take the discovery described herein so that Apple and the Court may determine the full scope of violations that Samsung has committed, and then the appropriate sanctions, including remedial actions tailored to those violations.

---

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████

1    **II.    BACKGROUND**

2         **A.    The Dispute Regarding FRAND Licensing Terms**

3              In its Counterclaims filed on July 30, 2011, Samsung alleged that Apple infringed

4    seven patents that Samsung declared to the European Telecommunications Standards

5    Institute ("ETSI") to be essential to interoperability with UMTS wireless networks

6    (collectively, "Samsung FRAND Patents").  (Samsung's Answer, Affirmative Defenses,

7    and Counterclaims to Apple's Amended Complaint (Docket No. 80), at pp. 45-52.)

8    Subsequently, Samsung dismissed four of these patents, without prejudice (*see* Docket No.

9    1880), and the Court granted Apple summary judgment of non-infringement on a fifth

10   (Docket No. 1156).  Samsung proceeded to trial on two of these declared-essential patents,

11   U.S. Patent Nos. 7,675,941 ("'941 patent") and 7,447,516 ("'516 patent").  Both were

12   found not infringed by the jury.  (Docket No. 1930.)  In post-trial motions, the Court

13   upheld the jury's finding of non-infringement, and also granted Apple's JMOL motion of

14   invalidity on the '941 patent.  (Docket Nos. 2219, 2220.)

15             Samsung concedes that it is obligated to license the Samsung FRAND Patents to

16   Apple on fair, reasonable, and non-discriminatory ("FRAND") terms.  Apple and Samsung

17   sharply disagree, however, on FRAND terms for the Samsung FRAND Patents.  Thus, a

18   central disputed issue in this and the ongoing 12-cv-00630 case has been whether Samsung

19   has failed to comply with its obligation to license the Samsung FRAND Patents on

20   FRAND terms.  In this case, Apple asserted claims for breach of contract, antitrust

21   violations, and unfair competition arising out of Samsung's failure to abide by its FRAND

22   obligations.  (Apple's Counterclaims in Reply (Docket No. 124), ¶¶ 163-68; 176-93.)  At

23   trial, the jury, having determined the patents not infringed, found against Apple on its

24   claims for breach of contract and antitrust violations.  (Docket No. 1931.)

25        **B.**    ██████████████████████████████████████████

26             ████

27

28

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

The parties engaged in extensive fact discovery from August 3, 2011, to March 8, 2012, including discovery relevant to the parties' dispute regarding licensing of the Samsung FRAND Patents.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)



After reviewing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Apple wrote
to Samsung, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)



APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

1   ██████████████████████████████████████████████████████████

2   ████████████████████████████████████████████

### III.   LEGAL STANDARD

Courts have the inherent authority to sanction a party for discovery misconduct even absent a prior court order. *See, e.g., Unigard Security Ins. Co. v. Lakewood Eng'g & Mfg. Corp.*, 982 F.2d. 363, 368 (9th Cir. 1992).  Where a party violates a discovery order, however, Federal Rule of Civil Procedure 37 authorizes a court to impose a broad variety of sanctions, including directing that "designated facts be taken as established for purposes of the action," dismissing an action in whole or in part, "treating as contempt of court the failure to obey any order," and awarding fees or expenses.  *See* Fed. R. Civ. P. 37(b)(2) (authorizing sanctions for failing to obey an order, "including an order under Rule 26(f)"); *see also U.S. v. Nat'l Med. Enters., Inc.*, 792 F.2d 906, 910 (9th Cir. 1986) ("Rule 37(b) . . . authorizes the district court to impose a wide range of sanctions if a party fails to comply with a discovery order"); *Life Techs. Corp. v. Biosearch Techs., Inc.*, C-12-00852, 2012 WL 1600393 (N.D. Cal. May 7, 2012) ("Rule 37 of the Federal Rules of Civil Procedure grants courts the authority to impose sanctions where a party has violated a discovery order, including a protective order issued pursuant to Rule 26(f)") (citations omitted).

### IV.   ARGUMENT

#### A.   Sanctions Are Warranted

21  ████████████████████████████████████████

22  ████████████████████████████████████████

23  ██████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ██████████████████████████████████████████

26  ██████████████████████████████████████████

27  ████████████████████████████████████

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)



*See, e.g.*, *Life Techs. Corp. v. Biosearch Techs., Inc.*, C-12-00852, 2012 WL 1600393, *11 (N.D. Cal. May 7, 2012) (finding disclosure of proprietary confidential information subject to a protective order was sanctionable).



*See, e.g.*, *Brocade Communs. Sys. v. A10 Networks, Inc.*, 2011 U.S. Dist. LEXIS 99932 at *18-19 (N.D. Cal. Sept. 6, 2011) (imposing sanctions where party disclosed confidential information in violation of protective order).

**B.     The Court Should Grant Apple Leave To Take Discovery To Determine The Scope Of The Protective Order Violation**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     Following the completion of this discovery, when the full impact of

22     ████████████████, Apple intends to apply for further sanctions.

23  V.     **CONCLUSION**

24         For the foregoing reasons, Apple respectfully requests that the Court order

25  appropriate sanctions after allowing Apple leave to conduct discovery regarding

26  ████████████████████████████████████████ in this case.

27

28



APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

Dated:  August 23, 2013

/s/ William F. Lee
William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Rachel Krevans (SBN 116421)
rkrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)

1

**<u>CERTIFICATE OF SERVICE</u>**

2

       I hereby certify that a true and correct copy of the above and foregoing document

3

has been served on August 23, 2013 to all counsel of record who are deemed to have

4

consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-1.

5

6

                             */s/* Mark D. Selwyn
                             Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS FOR
VIOLATIONS OF PROTECTIVE ORDER
Case No. 11-cv-01846 (LHK)