# EXHIBIT B

1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  950 Page Mill Road
   Palo Alto, California 94304
9  Attorneys for Plaintiff and
   Telephone: (650) 858-6000
   Counterclaim-Defendant APPLE INC.
   Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**PUBLIC VERSION**<br><br>**DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER** |

I, Joseph Mueller, hereby declare as follows:

1. I am member in good standing of the Massachusetts bar and a partner at WilmerHale. I am admitted *pro hac vice* in this case, in which I serve as outside counsel to Apple.

2. I have personal knowledge of the matters set out herein.

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. Attached as Exhibit 2 is a true and correct copy of a letter that Robert Becher (from Quinn Emanuel, counsel to Samsung) sent to my partner Mark Selwyn on August 1, 2013.

5. Attached as Exhibit 3 is a true and correct copy of a letter that my partner William Lee sent to Mr. Becher on August 5, 2013.

6. Attached as Exhibit 4 is a true and correct copy of a letter that Mr. Becher sent to Mr. Lee on August 9, 2013.

7. Attached as Exhibit 5 is a true and correct copy of a letter that Mr. Lee sent to Mr. Becher on August 11, 2013.

8. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

1

1  ███████████████████████████████████████

2        9.     Attached as Exhibit 6 is a true and correct copy of a letter that Mr. Becher

3  sent to Mr. Lee on August 16, 2013.

5        I declare under penalty of perjury that the foregoing is true and correct. Executed

6  this 23rd day of August, 2013 at Boston, Massachusetts.

7                                            /s/ Joseph Mueller

8                                            Joseph Mueller

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                     */s/* Mark. D Selwyn
                                         Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Joseph Mueller has concurred in this filing.

Dated: August 23, 2013                  */s/* Mark D. Selwyn
                                                          Mark D. Selwyn

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

3