HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Apple Inc. ("Apple") has filed Apple Inc.'s Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") in connection with Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Apple's Motion").

Apple has filed the Declaration of Joseph Mueller in Support of Apple's Motion to Seal. For good cause shown, Exhibits 1-6 to the Declaration of Joseph Mueller in Support of Apple's Motion ("Mueller Declaration") shall be sealed and portions of Apple's Motion and paragraphs 3 and 8 to the Mueller Declaration shall be sealed consistent with the proposed redacted versions filed by Apple on August 23, 2013.

**IT IS SO ORDERED.**

Dated: _____, 2013            _____

Hon. Paul S. Grewal
United States Magistrate Judge