HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

I, Andrew L. Liao, hereby declare:

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the above-captioned action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On August 23, 2013, I served the following documents by electronic service:

1. **APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER ("APPLE'S MOTION") [FILED UNDER SEAL]**

2. **DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE'S MOTION [FILED UNDER SEAL]**

3. **EXHIBITS 1-6 TO THE DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE'S MOTION [FILED UNDER SEAL]**

I caused all documents to be sent by e-mail to the individuals identified below:

Kevin P.B. Johnson
Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone:  (650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
charlesverhoeven@quinnemanuel.com

Robert Becher
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
robertbecher@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2013, at Palo Alto, California.

_____
Andrew L. Liao

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)

1