**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING DECISION OF FEDERAL CIRCUIT |

In light of the Federal Circuit's decision, *Apple, Inc. v. Samsung Elecs. Co.*, Nos. 2012-1600, 2012-1606, 2013-1146 (Fed. Cir. Aug. 23, 2013), the parties shall file by August 28, 2013, a joint identification of the documents that were the subject of that appeal, so this Court may issue an order sealing those documents.

**IT IS SO ORDERED.**

Dated: August 26, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING DECISION OF FEDERAL CIRCUIT