| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO ALTER TIME FOR SUBMITTING REDLINE VERSIONS OF EXPERT REPORTS RELEVANT TO MOTIONS TO STRIKE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,
2   Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3   (collectively "Samsung") file this Stipulated Request to alter the time for submitting previous
4   expert reports and redlines relevant to the parties' motions to strike.

5   WHEREAS, the Court entered a Case Management Order on August 22, 2013 directing
6   the parties to "attach to any motion to strike the full version of both reports and a redline version
7   comparing the two reports" (Dkt. No. 2369 at 3);

8   WHEREAS, the Parties have conferred regarding the Court's Order and respectfully
9   submit that each party can more easily prepare a redline showing changes in its own expert's
10  reports, as well as an explanation of changes to exhibits and schedules that cannot be redlined, in
11  connection with opposing the other party's motion to strike;

12  NOW THEREFORE, the parties jointly request that the Court alter the schedule for
13  submitting redlines in connection with motions to strike such that the party opposing a motion to
14  strike shall submit with its opposition the full version of both reports and a redline version
15  comparing the two reports.

16  This revision does not change any other deadlines set by the Case Management Order.

17  **IT IS SO STIPULATED.**

18  Dated: August 28, 2013           By:   */s/ Harold J. McElhinny*
19                                          Harold J. McElhinny

20                                          Attorneys for Plaintiff and Counterclaim-
                                            Defendant APPLE INC.

23  Dated: August 28, 2013           By:   */s/ Victoria Maroulis*
                                            Victoria Maroulis

24                                          Attorneys for Defendants and
                                            Counterclaim-Plaintiffs
25                                          SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS
26                                          AMERICA, INC. and SAMSUNG
                                            TELECOMMUNICATIONS
27                                          AMERICA, LLC

28

STIPULATED REQUEST AND [PROPOSED] ORDER TO ALTER TIME FOR SUBMITTING REDLINES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3325863

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Lucy H. Koh
United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: August 28, 2013         */s/ Harold J. McElhinny*
                                                      Harold J. McElhinny