HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER TO ALTER TIME FOR SUBMITTING REDLINE VERSIONS OF EXPERT REPORTS RELEVANT TO MOTIONS TO STRIKE** |

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of the Parties' Stipulated Request and [Proposed] Order to Alter Time for Submitting Redline Versions of Expert Reports Relevant to Motions to Strike.

2. The parties have conferred regarding the Court's August 22, 2013 Case Management Order. The parties respectfully submit that each party can more easily prepare a redline showing changes in its own expert's reports, as well as an explanation of changes to exhibits and schedules that cannot be redlined, in connection with opposing the other party's motion to strike.

3. As a result, the parties seek the Court's permission to file previous expert reports and redlines of previous expert reports against new expert reports with oppositions to motions to strike, rather than with the motions to strike.

4. This will be the first extension to any deadline set in the August 22, 2013 Case Management Order and will not affect the remainder of the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI IN SUPPORT OF STIPULATED REQUEST TO ALTER TIME RE REDLINES
CASE NO. 11-CV-01846 LHK (PSG)
sf-3325865

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: August 28, 2013        */s/ Harold J. McElhinny*
                                           Harold J. McElhinny

DECLARATION OF NATHAN SABRI IN SUPPORT OF STIPULATED REQUEST TO ALTER TIME RE REDLINES
CASE NO. 11-CV-01846 LHK (PSG)
sf-3325865

2