# Attachment A

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2292 (Mot.); 2295 (Apple Dec.); 2298 (Samsung Dec.) | Exh. O to the Martin Dec. ISO Samsung's Opp. to Apple's *Daubert* Mot. (Dkt. No. 999) – Corrected Expert Report of Michael J. Wagner dated April 20, 2012. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and licensing information; Apple's capacity information. | The document is identical to Exhibit B to the Wagner Declaration in Support of Samsung's Motion to Strike (Dkt. No. 1060). The Court previously sealed Apple's capacity information, but denied sealing of most financial information. (Dkt. No. 1649 at 12-15, 19-21.) However, the Federal Circuit has ordered that portions of the document be sealed. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, -- F.3d --, 2013 WL 4487610 (Fed. Cir. 2013)("*Apple*"). The Federal Circuit's opinion supersedes earlier rulings on motions to seal. *See id.* |
| 2292 (Mot.); 2295 (Apple Dec.) | Exh. J to the Ward Dec. ISO Samsung's Opp. to Apple's Mot. to Strike (Dkt. No. 1014) – ITC 750 Prehearing and Tutorial Transcript dated September 23, 2011. | Apple | Discussion of hardware information and schematics | N/A – consists of transcript and information not previously addressed. |
| 2292 (Mot.); 2295 (Apple Dec.); 2298 (Samsung Dec.) | Exh. EE to the Ward Dec. ISO Samsung's Opp. to Apple's Mot. to Strike (Dkt. No. 1014) – Expert Report of Michael J. Wagner dated April 16, 2012. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and licensing information; Apple's capacity information. | The document is nearly identical to Exhibit B to the Wagner Declaration in Support of Samsung's Motion to Strike (Dkt. No. 1060). As explained *supra*, the Court previously sealed Apple's capacity information and denied sealing of most financial information, but the Federal Circuit has ordered that similar information included in Exhibit B be sealed. *See Apple*. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| **Sealing Dkt. Nos.** | **Document** | **Party Claiming Confidentiality** | **Type of Information** | **Sealing History** |
|---|---|---|---|---|
| 2292 (Mot.); 2295 (Apple Dec.); 2298 (Samsung Dec.) | Exh. FF to the Ward Dec. ISO Samsung's Opp. to Apple's Mot. to Strike (Dkt. No. 1014) – Supplemental Expert Report of Terry L. Musika, CPA dated May 8, 2012. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, production capacities, and licensing information; Apple's capacity information; third-party IDC's market research information. | The document is identical to Exhibit B to the Musika Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot. (Dkt. No. 991) and Exhibit 5 to the Martin Dec. ISO Samsung's *Daubert* Mot. (Dkt. No. 927). The Court previously sealed Apple's capacity information, but denied sealing of most financial information. (Dkt. No. 1649 at 12-15, 19-21.) However, the Federal Circuit has ordered that portions of the document be sealed. *See Apple*. The Federal Circuit's opinion supersedes earlier rulings on motions to seal. *See id*. The Court has generally granted requests to seal detailed IDC information such as the industry-wide details Apple sought to seal in this report. (*E.g.*, Dkt. No. 1649 at 10; Dkt. No. 2346 at 4.) |
| 2326 (Mot. & Samsung Dec.); 2335 (Apple Dec.) | Exh. 2 to the Alden Dec. ISO Samsung's Admin. Mot. for Relief from April 29, 2013 Case Mgmt. Order – excerpts from the Expert Report of Julie L. Davis, CPA dated June 24, 2013. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | The Court has not previously ruled on the confidentiality of Davis expert report. However, the financial data the parties seek to seal is similar, and in some cases identical, to the financial data included in the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012, and the Corrected Expert Report of Michael J. Wagner dated April 20, 2012. *See* Dkt. Nos. 2326-1 and 2340. The Court previously sealed Apple's capacity information, but denied sealing of most financial information. (Dkt. No. 1649 at 12-15, 19-21.) However, the Federal Circuit has ordered that the similar financial data included in the Wagner and Musika expert reports be sealed. *See Apple*. The Court has generally granted requests to seal detailed IDC information such as the industry-wide details Apple sought to seal in this report. (*E.g.*, Dkt. No. 1649 at 10; Dkt. No. 2346 at 4.) |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| **Sealing Dkt. Nos.** | **Document** | **Party Claiming Confidentiality** | **Type of Information** | **Sealing History** |
|---|---|---|---|---|
| 2332 (Mot.); 2341 (Samsung Dec.) | Exh. A to the Robinson Dec. ISO Apple's Opp. to Samsung's Mot. for Relief – excerpts from the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012. | Samsung | Samsung's confidential financial data, including sales, profits, profit margins, and costs. | As explained *supra*, the Federal Circuit has ordered that portions of the Musika expert reports be sealed. *See Apple*. |
| 2332 (Mot.); 2341 (Samsung Dec.) | Exh. B to the Robinson Dec. ISO Apple's Opp. to Samsung's Mot. for Relief – excerpts from the Supplemental Expert Report of Terry L. Musika, CPA dated March May 8, 2012. | Samsung | Samsung's confidential financial data, including profit margins. | As explained *supra*, the Federal Circuit has ordered that portions of the Supplemental Expert Report of Terry L. Musika, CPA be sealed. *See Apple*. |
| 2332 (Mot. & Apple Dec.); 2341 (Samsung Dec.) | Exh. C to the Robinson Dec. ISO Apple's Opp. to Samsung's Mot. for Relief – excerpts from the Expert Report of Terry L. Musika, CPA dated March 22, 2012. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and production capacity. | As explained *supra*, the Federal Circuit has ordered that portions of the Expert Report of Terry L. Musika, CPA be sealed. *See Apple*. The Court has also previously found Apple's production capacity data sealable. Dkt. No. 1649 at 12-13. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2332 (Mot.); 2341 (Samsung Dec.) | Exh. D to the Robinson Dec. ISO Apple's Opp. to Samsung's Mot. for Relief – excerpts from the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012. | Samsung | Samsung's confidential financial data, including sales and costs. | As explained *supra*, the Federal Circuit has ordered that portions of the Musika expert reports be sealed. *See Apple*. |
| 2332 (Mot. & Apple Dec.); 2341 (Samsung Dec.) | Exh. A to the Olson Dec. ISO Apple's Opp. to Samsung's Mot. for Relief – excerpts from the Expert Report of Julie L. Davis, CPA dated June 24, 2013. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and Apple's production capacity. | As explained *supra*, the Court has not previously ruled on the confidentiality of the Davis expert report. The financial data the parties seek to seal is similar, and in some cases identical, to the financial data included in the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012, and the Corrected Expert Report of Michael J. Wagner dated April 20, 2012. *See* Dkt. No. 2341. The Court previously sealed Apple's capacity information, but denied sealing of most financial information. (Dkt. No. 1649 at 12-15, 19-21.) However, the Federal Circuit has ordered that the similar financial data included in the Wagner and Musika expert reports be sealed. *See Apple*. The Court has also previously found Apple's production capacity data sealable. Dkt. No. 1649 at 12-13. |
| 2333 (Mot.); 2342 (Apple Dec.) | Exh. 1 to Samsung's Mot. for Leave to File Reply ISO Mot. for Relief from April 29, 2013 Case Management Order | Claim withdrawn | | Samsung moved to seal the document because it includes excerpts from the Expert Report of Julie L. Davis, which was designated "Confidential," but Apple does not maintain a claim of confidentiality over any excerpts included in the document. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2338 (Mot. & Samsung Dec.) | Samsung's Mot. for New Trial re '381 Patent | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, the Court has previously found that source code, including some of the code included in the document, should be sealed. *See* Dkt. No. 1649 at 17 (granting Samsung's request to seal portions of PX31). |
| 2338 (Mot. & Samsung Dec.) | Dec. of Andres van Dam ISO Samsung's Mot. for New Trial re '381 Patent | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2338 (Mot.); 2342 (Apple Dec.) | Exh. 6 to the Becher Dec. ISO Samsung's Mot. for New Trial re '381 Patent – Rebuttal Expert Report of Ravin Balakrishnan, Ph. D. Regarding Validity of U.S. Patent No. 7,469,381 | Claim withdrawn | | Samsung moved to seal the document because it was designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality. |
| 2344 (Mot.); 2347 (Samsung Dec.) | Olson Dec. ISO Apple's Mot. to Modify April 29, 2013 Case Management Order | Samsung | Calculations that reveal Samsung's confidential financial data, including sales and profits. | The Court has not previously ruled on the confidentiality of the document. The financial data Samsung seeks to seal is similar to the financial data included in the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012, and the Corrected Expert Report of Michael J. Wagner dated April 20, 2012. *See* Dkt. No. 2347. The Federal Circuit has ordered that the similar financial data included in the Wagner and Musika expert reports, including sales, profits, profit margins, and costs, be sealed. *See Apple*. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2344 (Mot.); 2347 (Samsung Dec.) | Ex. B to the Olson Dec. ISO Apple's Mot. to Modify April 29, 2013 Case Management Order – excerpts from the Expert Report of Julie L. Davis, CPA dated June 24, 2013. | Samsung | Samsung's confidential financial data, including profits and calculations that reveal Samsung's sales. | As explained *supra*, the Court has not previously ruled on the confidentiality of the Davis expert report. The financial data Samsung seeks to seal is similar to the financial data included in the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012, and the Corrected Expert Report of Michael J. Wagner dated April 20, 2012. *See* Dkt. No. 2347. The Federal Circuit has ordered that the similar financial data included in the Wagner and Musika expert reports be sealed. *See Apple*. |
| 2344 (Mot.); 2347 (Samsung Dec.) | Ex. C to the Olson Dec. ISO Apple's Mot. to Modify April 29, 2013 Case Management Order – excerpts from the Expert Report of Julie L. Davis, CPA dated June 24, 2013. | Samsung | Samsung's confidential financial data, including profits and calculations that reveal Samsung's sales. | As explained *supra*, the Court has not previously ruled on the confidentiality of the Davis expert report. The financial data Samsung seeks to seal is similar to the financial data included in the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012, and the Corrected Expert Report of Michael J. Wagner dated April 20, 2012. *See* Dkt. No. 2347. The Federal Circuit has ordered that the similar financial data included in the Wagner and Musika expert reports be sealed. *See Apple*. |
| 2344 (Mot.); 2347 (Samsung Dec.) | Ex. D to the Olson Dec. ISO Apple's Mot. to Modify April 29, 2013 Case Management Order – excerpts from the Expert Report of Julie L. Davis, CPA dated June 24, 2013. | Samsung | Samsung's confidential financial data, including profits and calculations that reveal Samsung's sales. | As explained *supra*, the Court has not previously ruled on the confidentiality of the Davis expert report. The financial data Samsung seeks to seal is similar to the financial data included in the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012, and the Corrected Expert Report of Michael J. Wagner dated April 20, 2012. *See* Dkt. No. 2347. The Federal Circuit has ordered that the similar financial data included in the Wagner and Musika expert reports be sealed. *See Apple*. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2345 (Mot.); 2351 (Samsung Dec.) | Apple's Opp. to Samsung's Mot. for New Trial re '381 Patent | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2345 (Mot.); 2351 (Samsung Dec.) | Balakrishnan Dec. ISO Apple's Opp. to Samsung's Mot. | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2345 (Mot.); 2351 (Samsung Dec.) | Exh. A to the Balakrishnan Dec. | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2352 (Mot. & Samsung Dec.) | Samsung's Reply ISO Mot. for New Trial re '381 Patent | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2352 (Mot. & Samsung Dec.) | van Dam Dec. ISO Samsung's Reply | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2357 (Mot.); 2363 (Samsung Dec.) | Apple's Surreply re Samsung's Mot. for New Trial | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2357 (Mot.); 2363 (Samsung Dec.) | Balakrishnan Dec. in Further Support of Apple's Opp. to Samsung's Mot. for New Trial | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2357 (Mot.); 2363 (Samsung Dec.) | Exh. A to Balakrishnan Dec. | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Honorable Lucy H. Koh

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2357 (Mot.); 2363 (Samsung Dec.) | Exh. B to the Balakrishnan Dec. | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |
| 2361 (Mot. & Samsung Dec.) | Samsung's Opp. to Apple's Mot. for Leave to File Surreply re Samsung's Mot. for New Trial | Samsung | Source code that drives certain features included in the Browser and Gallery applications found in Samsung's smartphones. | The Court has not previously ruled on the confidentiality of this document. However, as explained *supra*, the Court has found source code and discussions of code should be sealed. *See* Dkt. No. 1649 at 17. |