1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **JOINT SUBMISSION REGARDING DOCUMENTS SUBJECT TO FEDERAL CIRCUIT APPEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1        Pursuant to the Court's August 26, 2013 Order (Dkt. No. 2376), the parties hereby jointly
2  submit a chart identifying the documents that were the subject of the Federal Circuit's decision in
3  *Apple Inc. v. Samsung Elecs. Co., Ltd.*, Nos. 2012-1600, 2012-1606, 2013-1146 (Fed. Cir. Aug.
4  23, 2013). *See* Exhibit A, attached hereto. Attached as Exhibits B and C are the letters that the
5  parties submitted to the Federal Circuit identifying what information in each document in Exhibit
6  A the parties wished to seal. *See* Slip Op. at 13, 20 (citing letters). The parties also hereby jointly
7  submit the attached Exhibit D identifying the documents for which the Court denied sealing but
8  stayed the denial pending the outcome of the parties' appeals to the Federal Circuit.
9        There is no disagreement between the parties as to the information in the charts.
10        For each document in Exhibits A and D that the Court orders to be sealed, the parties will
11  cooperate to prepare a redacted public version consistent with their identification of confidential
12  material to the Federal Circuit.

Dated: August 28, 2013

| | |
|---|---|
| By: /s/ Mark D. Selwyn_____ | By: */s/* Victoria F. Maroulis _____ |
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

JOINT SUBMISSION REGARDING DOCUMENTS SUBJECT TO THE FEDERAL CIRCUIT APPEAL
CASE NO. 11-CV-01846-LHK (PSG)

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this submission. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: August 28, 2013                                     /s/ Mark D. Selwyn
                                                                        Mark D. Selwyn