# Exhibit A

*Apple v. Samsung*, No. 11-1846-LHK
Exhibit A: Joint Submission Regarding Document Subject to the Federal Circuit Decision

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality |
|---|---|---|
| 927 (Original Mot.); 1490 (Samsung Renewed Mot.); 1499 (Apple Renewed Mot.). | Exh. 1 to the Martin Dec. ISO Samsung's *Daubert* Mot. – excerpt (Exh. 41-S) from the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Apple; Samsung |
| | Exh. 3 to the Martin Dec. ISO Samsung's *Daubert* Mot. – Expert Report of Terry L. Musika dated March 22, 2012. | Apple; Samsung |
| | Exh. 5 to the Martin Dec. ISO Samsung's *Daubert* Mot. – Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Samsung |
| | Exh. 6 to the Martin Dec. ISO Samsung's *Daubert* Mot. – excerpt (Exhibit 32) to the Expert Report of Terry L. Musika dated  March 22, 2012. | Apple |
| | Exh. 7 to the Martin Dec. ISO Samsung's *Daubert* Mot. – excerpt (Exhibit 32-S) to the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Apple |
| | Exh. 10 to the Martin Dec. ISO Samsung's *Daubert* Mot. – excerpt (Exh. 17.1-S) from the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Samsung |
| 991 (Original Mot.); 1490 (Samsung Renewed Mot.); 1499 (Apple Renewed Mot.). | Exh. A to the Musika Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot. – Expert Report of Terry L. Musika dated March 22, 2012. | Apple; Samsung |
| | Exh. B to the Musika Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot. – Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Apple; Samsung |
| | Exh. K to the Musika Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot. – excerpt (Exhibit 20-S) to the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Apple |
| | Exh. Y to the Musika Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot. – excerpt (Exhibits 39-S to 41.5-S) to the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Apple |
| | Exh. AA to the Musika Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot. | Apple |
| | Exh. Q to Mazza Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot.  - excerpts from Expert Report of Terry L. Musika dated March 22, 2012. | Apple |

*Apple v. Samsung*, No. 11-1846-LHK

Exhibit A: Joint Submission Regarding Document Subject to the Federal Circuit Decision

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality |
|---|---|---|
| 1013 (Original Mot.);<br><br>1490 (Samsung Renewed Mot.);<br>1499 (Apple Renewed Mot.). | Exh. O to the Maharbiz Dec. ISO Apple's Opp. to Samsung's Mot. for Summary Judgment – document bearing Bates SAMNDCA10281869-86. | Samsung |
| 1022 (Original Mot.);<br><br>1490 (Samsung Renewed Mot.);<br>1499 (Apple Renewed Mot.). | Exh. 37 to the Bressler Dec. ISO Apple's Opp. to Samsung's Mot. for Summary Judgment – document bearing Bates SAMNDCA00530405-90. | Samsung |
| 1024 (Original Mot.);<br><br>1490 (Samsung Renewed Mot.);<br>1499 (Apple Renewed Mot.). | Exh. C to the Musika Dec. ISO Apple's Opp. to Samsung's MSJ Motion – excerpt (Exhibit 32-S) to the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Apple |
| | Exh. E to the Musika Dec. ISO Apple's Opp. to Samsung's MSJ Motion – excerpt (Exhibit 33-S) to the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Apple |
| | Exh. F to the Musika Dec. ISO Apple's Opp. to Samsung's Mot. for Summary Judgment – excerpt (Exh. 37-S) from the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Samsung |
| | Exh. G to the Musika Dec. ISO Apple's Opp. to Samsung's Mot. for Summary Judgment – excerpt (Exh. 38-S) from the Supplemental Expert Report of Terry L. Musika dated May 8, 2012. | Samsung |
| 1060 (Original Mot.);<br><br>1490 (Samsung Renewed Mot.);<br>1499 (Apple Renewed Mot.). | Exh. B to the Wagner Dec. ISO Samsung's Mot. to Strike – Corrected Expert Report of Michael J. Wagner dated April 20, 2012. | Apple; Samsung |
| 1206 (Original Mot.);<br><br>1490 (Samsung Renewed Mot.);<br>1499 (Apple Renewed Mot.). | Exh. 42 to the Kanada Dec. ISO Apple's Opp. to Samsung's Mot. *in Limine* – excerpt (Schedule 4.2) from the Corrected Expert Report of Michael J. Wagner dated April 20, 2012. | Samsung |

*Apple v. Samsung*, No. 11-1846-LHK
Exhibit A: Joint Submission Regarding Document Subject to the Federal Circuit Decision

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality |
|---|---|---|
| 2064 (Original Mot.); <br><br> 2113 (Corrected Mot.) | Exh. 6 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | Apple |
| | Exh. 10 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |
| | Exh. 11 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |
| | Exh. 12 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |
| | Exh. 31 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |
| | Exh. 32 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |
| | Exh. 38 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |
| | Exh. 72 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |
| | Exh. 189 to the Pierce Decl. ISO Samsung's Opp. to Apple's Motion for a Permanent Injunction and Enhanced Damages - market research reports | |