# Exhibit C

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5022**

WRITER'S INTERNET ADDRESS
**victoriamaroulis@quinnemanuel.com**

March 21, 2013

The Honorable Jan Horbaly
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re:     *Apple Inc. v. Samsung Elecs. Co., Ltd., et al.*, Nos. 2012-1600, -1606, 2013-1146

Dear Mr. Horbaly:

We represent Defendants-Cross Appellants Samsung Electronics Co., Ltd., et al. (collectively, "Samsung") and respectfully write to clarify the materials that Samsung seeks to seal in its cross-appeal.  Samsung seeks to seal the highlighted materials on the following pages: A4634, A4655-56, A4680, A4688 (lines 23 & 25 only), A4690 (lines 12, 13, & 16 only), A4702, A4718, A4745-46, A4751, A4756, A4759, A4776, A4786, A4882, A4968-69, A4983-84, A4991, A5015, A5017-18, A5032, A5039, A5063, A5074, A5081, A5088-89, A5094-95, A5097-98, and A5101-5111.

Additionally, as Samsung has explained (Brief for Defendants-Cross Appellants at 8-9 & nn.8-9), it seeks to seal portions of two documents that do not contain highlighting that identifies Samsung's proposed redactions: A632 (line 20), A633 (lines 1-2), A657 (lines 13-15), A665 (lines 23 & 25), A667 (lines 12, 13, & 16), A679 (lines 4-5), A695 (lines 14-18 & n.211), A785 (except "Reasonable Royalty" column), A789-90, A793 (except "Reasonable Royalty" column), A795-98, A828, A829 (information below the line indicating worldwide revenue), A832 (information below the line indicating worldwide revenue), A839 ("Utility Patents" reference values for Samsung smartphones and tablets & nn. 3-4), A874 (line 20), A875 (lines 11, 16 & 19-20), A880 (line 14), A915 (except "Reasonable Royalty" column), A919-22, A923 (except "Reasonable Royalty" column), A925-28, A960, A961 (information below the line indicating worldwide revenue), A964 (information below the line indicating worldwide revenue), A971 ("Utility Patents" reference values for Samsung smartphones and tablets & nn. 3-4), A994, and A996-1005.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

The Honorable Jan Horbaly
March 21, 2013


Very truly yours,

/s/ Victoria F. Maroulis

Victoria F. Maroulis

cc: Counsel of Record (via CM/ECF)

## PROOF OF SERVICE

The undersigned hereby certifies that on March 21, 2013, I electronically filed the

foregoing LETTER with the Clerk of the Court for the United States Court of Appeals for the

Federal Circuit by using the appellate CM/ECF system.  I certify that all participants in the case

are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


/s/ Victoria F. Maroulis_____
     Victoria F. Maroulis