# Exhibit D

*Apple v. Samsung*, No. 11-1846-LHK
Exhibit D: Joint Submission Regarding Documents Stayed Pending Federal Circuit Appeal

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Confidential Information | Sealing History |
|---|---|---|---|---|
| 2113 (Mot.); 2076 (Samsung's Decl.); 2180 (Renewed Mot.) | Declaration of Corey Kerstetter ISO Samsung's Opp. to Apple's Mot. for Perm. Injunction | Samsung | Samsung's confidential financial data, including profits. *See* Dkt. No. 2113, 2076. | The Court denied Samsung's motion to seal, but stayed its order pending the Federal Circuit's resolution of the parties' appeals. Dkt. No. 2210 at 6. The Federal Circuit has ordered that similar financial data be sealed. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, -- F.3d --, 2013 WL 4487610 (Fed. Cir. 2013) ("*Apple* "). |
| 2113 (Mot.); 2076 (Samsung's Decl.); 2180 (Renewed Mot.) | Exh. 2 to the Wagner Dec. ISO Samsung's Opp. to Apple's Mot. for Perm. Injunction | Samsung | Samsung's confidential financial data, including sales, profits, and profit margins. *See* Dkt. Nos. 2113, 2076. | The Court denied Samsung's motion to seal, but stayed its order pending the Federal Circuit's resolution of the parties' appeals. Dkt. No. 2210 at 4. The Federal Circuit has ordered that similar financial data be sealed. *See Apple.* |
| 1982 (Motion); 1502 (Prior Apple Decl. Incorporated by Reference) | Apple's Motion for Permanent Injunction and Willfulness Enhancements (Dkt. 1982) | Apple | Motion with product specific profit information | The Court previously denied sealing (Dkt. 2047 at 5-6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 6.) The Federal Circuit found that similar financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 1982 (Motion); 1502 (Prior Apple Decl. Incorporated by Reference) | Robinson Declaration ISO Apple's PI Motion (Dkt. 1982) | Apple | Declaration with product specific profit information | The Court previously denied sealing (Dkt. 2047 at 5-6) but stayed the order pending resolution of the Federal Circuit appeal (*Id.* at 6.) The Federal Circuit found that similar financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 1982 (Motion); 1502 (Prior Apple Decl. Incorporated by Reference) | Exhibit 8 to the Robinson Declaration ISO Apple's PI Motion (Dkt. 1982) | Apple | Exhibit to declaration with profit information | The Court previously denied sealing (Dkt. 2047 at 5-6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 6.) The Federal Circuit found that similar financial information was sealable. (*Apple*, Slip Op. at 19-20.) |

*Apple v. Samsung*, No. 11-1846-LHK
Exhibit D: Joint Submission Regarding Documents Stayed Pending Federal Circuit Appeal

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Confidential Information | Sealing History |
|---|---|---|---|---|
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 2 to the Wagner Decl. ISO PI Opposition, Schedules 3.1 and 3.2 (Dkt. 2064; Dkt. 2113) | Apple | Schedule to expert report with product line-specific sales, information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 47 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with product line-specific sales and cost information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 83 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with product line-specific sales, cost and margin information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 84 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with cost and margin information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 85 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with cost and margin information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |

Case 5:11-cv-01846-LHK Document 2380-4 Filed 08/28/13 Page 4 of 6

*Apple v. Samsung*, No. 11-1846-LHK
Exhibit D: Joint Submission Regarding Documents Stayed Pending Federal Circuit Appeal

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Confidential Information | Sealing History |
|---|---|---|---|---|
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 86 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with cost and margin information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 87 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with cost and margin information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 201 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with product line-specific sales and cost information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 202 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with channel/carrier/reseller-specific and product line-specific financial information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that similar financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 203 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with product line-specific sales and cost information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |

*Apple v. Samsung*, No. 11-1846-LHK
Exhibit D: Joint Submission Regarding Documents Stayed Pending Federal Circuit Appeal

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Confidential Information | Sealing History |
|---|---|---|---|---|
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 204 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Internal Apple financial document with product line-specific sales and cost information | The Court previously denied sealing (Dkt. 2168 at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2094 (Memorandum); 2095 (Apple Decl.); 2122 (Notice) | Exhibit 212 to the Wagner Decl. ISO PI Opposition (Dkt. 2064; Dkt. 2113) | Apple | Deposition transcript excerpt including discussion of income received from individual search providers and capacity information | The Court previously granting sealing of the capacity information (Dkt. 2168 at 5) and denied sealing of financial information (*id.* at 6) but stayed the order pending resolution of the Federal Circuit appeal. (*Id.* at 9, 13.) The Federal Circuit found that such financial information was sealable. (*Apple*, Slip Op. at 19-20.) |
| 2274 (Motion); 2275 (Exhibits to Motion); 2355 (Apple's Motion to Stay) | Exhibit S to the Price Decl. ISO Samsung's Motion to Strike (Dkt. 934) | Apple / Rovi | License agreement between Apple and Rovi Corp. | The Court previously allowed third party Rovi to seal portions of its license agreement with Apple (Dkt. 2350 at 6) but denied sealing of the rest of the license agreement (*id.*) and stated that Apple and Rovi could request a stay. (*Id.* at 6-7, fn. 3.) Apple's request for a stay (Dkt. 2355) was granted (Dkt. 2369). The license agreement at issue is subject to the good cause standard (Dkt. 2222 at 3; Dkt. 2350 at 5) and was attached as an exhibit to Samsung's Motion to Strike. As Apple explained in its pending Renewed Motion to Seal, "[t]his Court sealed in full the license agreements attached as Exhibits 2-6 and 13 to the Price Declaration in Support of Samsung's Reply in Support of its Motion to Strike because these 'agreements contain a whole host of terms (e.g. termination conditions, side-agreements, waivers) that are irrelevant to matters in this litigation' and 'disclosure of these full documents could result in significant competitive harm to the licensing parties as it would provide |

Case 5:11-cv-01846-LHK   Document 2380-4   Filed 08/28/13   Page 6 of 6

*Apple v. Samsung*, No. 11-1846-LHK
Exhibit D: Joint Submission Regarding Documents Stayed Pending Federal Circuit Appeal

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Confidential Information | Sealing History |
|---|---|---|---|---|
| | | | | insight into the structure of their licensing deals, forcing them into an uneven bargaining position in future negotiations.' (Dkt. 1649 at 16; *see also* Dkt. 2168 at 6 (explaining why license agreements attached to permanent injunction motion could not be sealed in full, unlike those attached to motion to strike).)" (Dkt. 2250 at 10.)  This Court's sealing of those license agreements is consistent with the Federal Circuit's recent Order, which explained that a formal determination that information is a trade secret is not necessary "because documents may be sealed merely if they are 'sources of business information that might harm a litigant's competitive standing.'"  (*Apple*, Slip. Op. at 18 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).)  Like the financial information the Court ordered sealed, Apple has a strong interest in keeping its license agreements sealed in full and the public has a "minimal interest in this particular information" because it "is not essential to the public's understanding of the jury's damages award" and there is no "indication that this information was essential to the district court's rulings on any of the parties' pre-trial motions."  (*Apple*, Slip. Op. at 19.)  Accordingly, for the same reasons the financial information was sealed in full, this license agreement should be sealed in full. (*See Apple*, Slip. Op. at 19-20.) |
| Motion (Dkt. 991); Apple's Renewed Motion (Dkt. 1499) | Exhibit Z to Musika Decl. ISO Apple's Opp. to Samsung's *Daubert* Mot. | | Exhibit 46-S to Supplemental Expert Report of Terry L. Musika | Apple does not maintain a claim of confidentiality. |