UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT** |

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO STRIKE PORTIONS OF M. WAGNER'S REBUTTAL REPORT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3326388

1  On October 10, 2013, the Court heard argument on Plaintiff Apple Inc.'s ("Apple")
2  Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report. Having
3  considered the arguments of the parties and the papers submitted, and good cause appearing, the
4  Court GRANTS Apple's motion to strike in its entirety.

6  **IT IS SO ORDERED.**

8  Dated: _____     _____
                                                Hon. Lucy H. Koh
9                                               United States District Judge

[[PROPOSED] ORDER GRANTING APPLE'S MOT. TO STRIKE PORTIONS OF M. WAGNER'S REBUTTAL REPORT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3326388

1