HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION TO SEAL REGARDING APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT** |

1    I, Nathan Sabri, hereby declare as follows:

2    1.    I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Apple's Motion to Seal Regarding Apple's Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report ("Apple's Motion to Strike").

2.    **Exhibit A to the Declaration of Erik J. Olson in Support of Apple's Motion to Strike** consists of Michael Wagner's August 26, 2013 Rebuttal Report and selected schedules.  It contains confidential Apple production capacity information in Paragraphs 158 to 160, 168, and 173, including figures therein, and confidential Apple financial information in footnote 556.  Proposed redactions are submitted with the Olson Declaration, with green highlighting showing Apple's requested redactions.

3.    **Exhibit B to the Declaration of Erik J. Olson in Support of Apple's Motion to Strike** consists of excerpts from the August 20, 2013 deposition of Michael J. Wagner.  It contains confidential Apple financial information on page 834, in particular a profit margin reference at 834:2 and cost numbers at 834:7.  Proposed redactions are submitted with the Olson Declaration, with green highlighting showing Apple's requested redactions.

4.    Apple previously moved to seal the types of information contained in these documents, including the exact capacity information at issue, in Apple's Motion to Seal Prior Motions and Exhibits Thereto (Dkt. No. 1499) filed at the beginning of trial in July 2012.  Apple provided a detailed supporting declaration at that time from its Vice President of Worldwide Planning and Analysis, Jim Bean.  (Dkt. No. 1502.)

5.    As Mr. Bean stated in his declaration, Apple goes to extensive lengths to protect the confidentiality of its financial data, which is on par with source code from a confidentiality perspective.  (Dkt. No. 1502 ¶ 3.)  Mr. Bean stated that profits and capacity information are among the most highly confidential of Apple's financial documents.  (*Id.* ¶¶ 3-8.)  Armed with capacity information, Apple's competitors could predict when Apple is more likely to have constrained capacity in order to increase production of competing products, or lower prices of

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION TO SEAL RE APPLE'S MOTION TO STRIKE
CASE NO. 11-CV-01846-LHK (PSG)
sf-3326985

1

1  competing products when Apple is more likely to have excess capacity and be more vulnerable to
2  a price cut. (*Id.* ¶ 6.) Manufacturers with Apple's capacity data would be able to harm Apple by
3  negotiating exorbitant rates with unfairly gained knowledge. (*Id.*) Profit/loss information would
4  give competitors a substantial advantage over Apple as competitors could tailor offerings and
5  pricing to undercut Apple. (*Id.* ¶ 8.)

6. **Exhibit A to the Declaration of Erik J. Olson in Support of Apple's Motion to Strike** also contains references to royalty and payment terms of license agreements in Paragraphs 342 and 347-50, 354, 357, and 437.

7. In the same declaration discussed above, Mr. Bean stated that license agreements are also subject to strict confidentiality provision. (Dkt. No. 1502 ¶ 9.) Publication of pricing terms, royalty rates, or other payment-related terms could result in significant competitive harm to Apple and the third parties involved in the license agreements, as this information could be used by other parties in future licensing negotiations to gain an unfair and uneven bargaining position. (*Id.* ¶¶ 9-10.)

8. The above information is highly confidential and trade secret. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of August, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION TO SEAL RE APPLE'S MOTION TO STRIKE
CASE NO. 11-CV-01846-LHK (PSG)
sf-3326985

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated:  August 30, 2013                     */s/ Harold J. McElhinny*
                                                             Harold J. McElhinny