1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL REGARDING APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to seal documents related to its Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report ("Apple's Motion to Strike").  The Court finds that Apple's sealing request is narrowly tailored and justified.  Therefore, the following documents may be filed partially under seal consistent with Apple's requests:

- Exhibit A to the Declaration of Erik J. Olson in Support of Apple's Motion to Strike may be sealed as to Paragraphs 158 to 160, 168, 173, 342, 347-50, 354, 357, and 437, including figures and quotes therein, and footnote 556; and

- Exhibit B to the Declaration of Erik J. Olson in Support of Apple's Motion to Strike may be sealed as to lines 834:2 and 834:7.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                          Hon. Lucy H. Koh
                                                                          United States District Judge