HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT**<br><br>Date:      October 10, 2013<br>Time:      1:30 PM<br>Place:     Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh |

**PUBLIC VERSION**

**EXHIBIT A SUBMITTED UNDER SEAL; EXHIBIT B REDACTED**

I, Erik J. Olson, declare as follows:

1.       I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action.  I make this declaration based on personal knowledge in support of Apple's Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report ("Apple's Motion to Strike").

2.       Attached as **Exhibit A** hereto is a true and correct copy of the Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages dated August 26, 2013, to which Apple has introduced annotations to assist the Court in identifying challenged material subject to Apple's Motion to Strike.  Yellow highlighting denotes material Apple seeks to strike.

3.       Attached as **Exhibit B** hereto is a true and correct copy of excerpts of the transcript from August 20, 2013 deposition of Michael J. Wagner.  The public redacted version that Apple e-files herewith redacts both material that Apple seeks to seal and material that Samsung requested Apple to file under seal.

4.       The April 20, 2012 Expert Report of Michael J. Wagner has previously been filed with the Court, including as Exhibit B to the Wagner Declaration in Support of Samsung's Motion to Strike (Dkt. No. 1060) and as Exhibit O to the Martin Declaration in Support of Samsung's Opposition to Apple's *Daubert* Motion (Dkt. No. 999).  A motion to seal the latter is still pending before the Court, as addressed in the parties' recent Joint Submission Regarding Sealing Motions.  (Dkt. No. 2379-1.)  The May 11, 2012 Supplemental Expert Report of Michael J. Wagner has also previously been filed with the Court, including as Exhibit 34 to the Pernick Declaration in Support of Apple's Motion to Strike Portions of Samsung's Expert Reports. (Dkt. No. 939-4.).  A renewed motion to seal the May 11, 2012 report is still pending before the Honorable Paul S. Grewal.  (Dkt. No. 2250.)  To avoid unnecessary additional sealing practice regarding the same reports, Apple provides additional courtesy copies of these previously-filed reports with the Court in connection with the present filing, rather than re-filing both reports with a new motion to seal.

5.       Per the Court's August 22, 2013 Case Management Order (Dkt. No. 2369 at 3), Apple also provides herewith the March 22, 2012 Expert Report of Terry L. Musika, CPA; the

OLSON DECL. ISO MOT. TO STRIKE PORTIONS OF M. WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT
Case No. 11-cv-01846-LHK (PSG)
sf-3326359

1

May 8, 2012 Supplemental Expert Report of Terry L. Musika, CPA; the Expert Report of Julie L. Davis, CPA (As Of 8/23/2013); a table that identifies how the paragraphs of Ms. Davis' report correspond to the paragraphs in Mr. Musika's reports; a redline comparing the 2013 Davis Report to the March 2012 Musika Report; and a table that identifies how the exhibits in Ms. Davis report correspond to the exhibits in Ms. Davis' report.  Because the May 8, 2012 Supplemental Report covers a smaller set of subjects than the original report, it was not feasible to prepare a separate redline to compare Ms. Davis' Report solely to the May 2012 Supplemental Report.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 30th day of August 2013 in Palo Alto, California.


*/s/  Erik J. Olson*
ERIK J. OLSON

OLSON DECL. ISO MOT. TO STRIKE PORTIONS OF M. WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT
Case No. 11-cv-01846-LHK (PSG)
sf-3326359

2

1

**ATTESTATION OF E-FILED SIGNATURE**

2   I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file

3 this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has

4 concurred in this filing.

5 Dated:  August 30, 2013         _/s/  Harold J. McElhinny_

6                   Harold J. McElhinny

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OLSON DECL. ISO MOT. TO STRIKE PORTIONS OF M. WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT
Case No. 11-cv-01846-LHK (PSG)
sf-3326359

3