| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO ALTER TIME FOR SUBMITTING REDLINE VERSIONS OF EXPERT REPORTS RELEVANT TO MOTIONS TO STRIKE** |

STIPULATED REQUEST AND [PROPOSED] ORDER TO ALTER TIME FOR SUBMITTING REDLINES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3325863

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,
2 Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3 (collectively "Samsung") file this Stipulated Request to alter the time for submitting previous
4 expert reports and redlines relevant to the parties' motions to strike.
5    WHEREAS, the Court entered a Case Management Order on August 22, 2013 directing
6 the parties to "attach to any motion to strike the full version of both reports and a redline version
7 comparing the two reports" (Dkt. No. 2369 at 3);
8    WHEREAS, the Parties have conferred regarding the Court's Order and respectfully
9 submit that each party can more easily prepare a redline showing changes in its own expert's
10 reports, as well as an explanation of changes to exhibits and schedules that cannot be redlined, in
11 connection with opposing the other party's motion to strike;
12    NOW THEREFORE, the parties jointly request that the Court alter the schedule for
13 submitting redlines in connection with motions to strike such that the party opposing a motion to
14 strike shall submit with its opposition the full version of both reports and a redline version
15 comparing the two reports.
16    This revision does not change any other deadlines set by the Case Management Order.
17    **IT IS SO STIPULATED.**

18  Dated: August 28, 2013        By:   */s/ Harold J. McElhinny*
                                        Harold J. McElhinny
19
20                                      Attorneys for Plaintiff and Counterclaim-
                                        Defendant APPLE INC.
21

22
23  Dated: August 28, 2013        By:   */s/ Victoria Maroulis*
                                        Victoria Maroulis
24                                      Attorneys for Defendants and
                                        Counterclaim-Plaintiffs
25                                      SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS
26                                      AMERICA, INC. and SAMSUNG
                                        TELECOMMUNICATIONS
27                                      AMERICA, LLC
28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: August 30, 2013

                                                          Honorable Lucy H. Koh
                                                          United States District Judge

STIPULATED REQUEST AND [PROPOSED] ORDER TO ALTER TIME FOR SUBMITTING REDLINES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3325863