1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                     UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents submitted in connection with Samsung's Motion to Strike the Expert Report of Julie L. Davis, CPA ("Samsung's Motion to Strike"), and Samsung's Motion Pursuant to Fed. R. Evid. 702 with Respect to Julie Davis's Qualifications ("Samsung's Rule 702 Motion"), filed August 30, 2013.

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal:

1. Portions of Samsung's Motion to Strike;

2. Portions of Exhibits 1-3, and 5 to the Declaration of Robert J. Becher in Support of Samsung's Motion to Strike;

3. Portions of Samsung's Rule 702 Motion; and

4. The Proposed Order Granting Samsung's Motion to Strike.

Exhibit 1 consists of the Expert Report of Julie L. Davis, CPA (as of 8/23/ 2013) (the "Davis Report").   Exhibit 3 and 4 consist of the March 22, 2013 Expert Report of Terry L. Musika, CPA and May 8, 2013 Supplemental Expert Report of Terry L. Musika, CPA, respectively.   Exhibit 5 consists of excerpts from the transcript of the August 26, 2013 deposition of Julie L. Davis.

Samsung's Motion to Strike and Exhibits 2-3 to the Becher Declaration include information both Apple and Samsung have designated "Highly Confidential – Attorneys' Eyes Only."   Samsung's Rule 702 Motion, Exhibit 5 to the Becher Declaration, and the Proposed Order Granting Samsung's Motion to Strike include information Apple has designated "Highly Confidential – Attorneys Eyes Only."

**ARGUMENT**

**I.    THE "GOOD CAUSE" STANDARD APPLIES**

Samsung's Motion to Strike and Rule 702 Motion are non-dispositive and only seek to limit the types of opinions and evidence offered at trial.   Therefore, documents submitted in connection with Samsung's motions may be sealed upon a showing of "good cause."   *Apple Inc. v. Samsung Elecs. Co., Ltd.*, -- F.3d --, 2013 WL 4487610 at *6 (Fed. Cir. Aug. 23, 2013) ("*Apple*"); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (2006).

**II.    "GOOD CAUSE" AND "COMPELLING REASONS" EXIST TO PERMIT FILING UNDER SEAL**

Samsung seeks to seal only the portions of the original and supplemental Musika expert reports (Becher Exhibits 3 and 4) the parties identified on appeals from the Court's July 17, 2012 and August 9, 2012 Orders.   "Compelling reasons"—and, *a fortiori*, "good cause"—exist to seal the detailed financial information included in the reports, including product-specific sales, revenue, cost, profit, and margin data.   *Apple*, 2013 WL 4487610 at *2, *6, *8-*10; *see also* Fed. R. Civ. P. 26(c).   The Davis Report (Becher Exhibit 2) and Samsung's Motion to Strike include the same type of detailed, product-specific financial data, calculations that reveal financial data, and the financial terms of the parties' licensing agreements and negotiations.   Samsung would suffer significant competitive harm from public disclosure of its detailed financial data and licensing practices.   (*See* Declaration of James Shin, filed herewith.)   The Court should thus grant Samsung's motion to seal specific portions of the documents.[1]

---

[1]   Samsung understands that on August 30, 2013, Apple will also be filing an Administrative Motion to File Under Seal.   Pursuant to the Court's August 22, 2013 Case Management Order (Dkt. No. 2369), the parties will meet and confer regarding the motions and relevant supporting declarations and will promptly provide the Court with a chart describing the specific information the parties seek to seal, the Court's prior rulings, and statements about any disagreements with respect to the August 30 sealing motions.

**CONCLUSION**

For the foregoing reasons, Samsung respectfully requests that the Court grant this Administrative Motion to File Under Seal. Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

DATED: August 30, 2013                    Respectfully submitted,

                                                        QUINN EMANUEL URQUHART &
                                                        SULLIVAN, LLP

                                                     By */s/ Victoria F. Maroulis*
                                                           Charles K. Verhoeven
                                                           Kevin P.B. Johnson
                                                          Victoria F. Maroulis
                                                          Michael T. Zeller

                                                          Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC