|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed:

1. Portions of Samsung's Motion to Strike the Expert Report of Julie L. Davis, CPA ("Samsung's Motion to Strike");

2. Portions of Exhibits 1-3 and 5 to the Declaration of Robert J. Becher in Support of Samsung's Motion to Strike;

3. Samsung's Motion Pursuant to Fed. R. Evid. 702 with Respect to Julie Davis's Qualifications ("Samsung's Rule 702 Motion"); and

4.   The Proposed Order Granting Samsung's Motion to Strike.

**IT IS SO ORDERED.**

DATED:   _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge