QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION PURSUANT TO FED. R. EVID. 702 WITH RESPECT TO JULIE DAVIS'S QUALIFICATIONS**<br><br>**Date**:   October 10, 2013<br>**Time**:   1:30 p.m.<br>**Place**:   Courtroom 8, 4th Floor<br>**Judge**:   Hon. Lucy H. Koh |

1      I, Victoria F. Maroulis, declare:

2      1.  I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for

3 Samsung   Electronics   Co.,   Ltd.,   Samsung   Electronics   America,   Inc.   and   Samsung

4 Telecommunications  America,  LLC.   I  have  personal  knowledge  of  the  facts  set  forth  in  this

5 declaration and, if called upon as a witness, I could and would testify to such facts under oath.

6      2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of

7 the August 26, 2013 deposition of Julie L. Davis.

8      I declare  under  penalty  of  perjury  that  the  foregoing  is  true  and  correct.   Executed  in

9 Redwood Shores, California on August 30, 2013.

10

                              By */s/  Victoria F. Maroulis*
11                               Victoria F. Maroulis

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAROULIS DECLARATION ISO SAMSUNG'S MOTION PURSUANT TO FED. R. EVID. 702