QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS** |

02198.51855/5494303.2

Case No. 11-cv-01846-LHK (PSG)
BECHER DECLARATION ISO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS

I, Robert J. Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Strike Portions of the Expert Report of Julie L. Davis ("Motion to Strike"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Julie L. Davis, CPA (as of 8/23/2013) ("Davis Report"), including exhibits. The copy of the Davis Report has been highlighted in yellow to show the material that Samsung is moving to strike. The highlighting in Exhibit 32-S2 and Exhibit 33-S2 appears in the original and those exhibits are not subject to Samsung's Motion to Strike.

3. Attached hereto as Exhibit 2 is a true and correct copy of the March 22, 2012 Expert Report of Terry L. Musika, C.P.A., including exhibits.

4. Attached hereto as Exhibit 3 is a true and correct copy of the May 8, 2012 Supplemental Expert Report of Terry L. Musika, C.P.A., including exhibits.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Transcript of Proceedings in this action, dated April 29, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Julie L. Davis, dated August 26, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Transcript of Proceedings in this action, dated August 21, 2013.

8. Attached hereto as Exhibit 7 is a redline comparison of the characterizations of Apple patents-in-suit offered in the Davis Report and the Musika Report.

1
2     I declare under penalty of perjury under the laws of the United States of America that the
3 foregoing is true and correct.
4     Executed on August 30, 2013, at Los Angeles, California.
5
6                                */s/ Robert J. Becher*
                                  Robert J. Becher
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/5494303.2

-2-  Case No. 11-cv-01846-LHK (PSG)
BECHER DECLARATION ISO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Robert J. Becher.

                                                */s/ Victoria Maroulis*

02198.51855/5494303.2

-3-   Case No. 11-cv-01846-LHK (PSG)
BECHER DECLARATION ISO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS