# EXHIBIT 7

## REDLINE COMPARING MR. MUSIKA'S AND MS. DAVIS'S DESCRIPTIONS OF THE UTILITY PATENTS AT ISSUE

Strikethrough = deleted in Ms. Davis's report
Double-underline = added to Ms. Davis's report

~~U.S. Patent No. 7,469,381 ("the '~~The '381 Patent~~"~~) covers~~, for example, a method, on~~ a device with a~~touch screen display,~~ "rubber banding" or "bounce back" function, an effect that users associate with Apple's user interface. It relates to letting a user know when he or she has reached the edge of an electronic document on a screen. For example, it covers a method for displaying an electronic document and translating the document in response to object movement ~~detected on the display (e.g., a finger~~, such as a gesture~~)~~ from a finger. When the user drags a document ~~is translated in a direction that causes an~~past the edge of the document ~~to be reached~~with a finger, an area beyond the edge is displayed. ~~The '381 Patent discloses that this~~This provides a visual indicator to ~~a~~the user that ~~one or more edges of an electronic~~the user reached the edge of the document ~~are being displayed~~. When the user releases the finger such that the device no longer detects ~~the~~ movement ~~of the object~~, the ~~document is translated~~page snaps back so ~~that~~ the area beyond the edge is no longer displayed.

~~U.S. Patent No. 7,844,915 ("the '~~The '915 Patent~~"~~) ~~covers, for example, a method for~~ covers a device with a "scroll vs. gesture" function on a touchscreen display. It relates to scrolling on a touch -sensitive display ~~of a device~~ and ~~for~~ distinguishing between scrolling and other actions. ~~The~~For example, it covers a method that includes creating an ~~"~~event object~~"~~ in response to ~~receiving a~~the user ~~input on the display and determining whether the event object invokes a scroll (e.g., a window scroll) or a gesture operation (e.g., scaling the view) by~~'s touch, and distinguishing between a single input point ~~(interpreted as~~from the user, which the device interprets as invoking a "scroll operation~~) or~~," and two or more input points ~~(interpreted as a gesture operation).~~from the user, which the device interprets as invoking a "gesture operation." A scroll operation scrolls (e.g., translates) the view associated with the event without scaling (zooming in or out), while a "gesture operation" scales the view but may do more than that (e.g., "rotate"). One example of a gesture operation is "pinch to zoom." A two-finger movement that combines scaling and scrolling is a "gesture operation" because it can scale. Users see these actions as scrolling, pinching, and zooming, and associate them with Apple's user interface.

~~U.S. Patent No. 7,864,163 ("the '~~The '163 Patent~~"~~) ~~covers, for example, a method for displaying and~~manipulating a structured electronic document (e.g., an HTML web page) on a device with a touch screen display. The method~~ covers a device with a "tap-to-zoom" function. It relates to allowing a user to double tap to enlarge and center on one portion of a document, then gesture on a different portion of the document to center on that portion. For example, it covers a method that includes enlarging and translating ~~the~~a document to substantially center on a first box ~~of the document~~ based on detecting a ~~first touch~~ gesture at ~~the first~~that box's location ~~and~~, then translating the document so that a second box is substantially centered based on detecting a second ~~touch~~ gesture at ~~the second box's location. The patent also claims various other touches and gestures for restoring a web page to its original size, matching a page width to the display width, rotating a web page in portrait and landscape modes, and translating and scaling pages using swipes and gestures.~~that second box's location.