QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JAE-HWAN KIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Jae-Hwan Kim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motion to File Under Seal (Dkt. No. 2374):

- Apple's Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Apple's P.O. Motion");
- Paragraphs 3 and 8 to the Declaration of Joseph Mueller in Support of Apple's P.O. Motion; and
- Exhibits 1-6 to the Mueller Declaration.

3. Apple's P.O. Motion, the Mueller Declaration, and Exhibits 1-6 thereto relate to confidential communications between Nokia and Samsung, which are subject to a non-disclosure agreement.

4. As explained in detail in my declarations dated August 18, 2013 and August 20, 2013 submitted in *Apple Inc. v. Samsung Elecs. Co., Ltd., et al.*, Case. No. 12-cv-00630 ("630 Case") (630 Case Dkt. Nos. 741 & 743), which are hereby incorporated by reference, Samsung would be prejudiced by the disclosure of any details of its communications with Nokia.

5. For the reasons stated in my August 18 and August 20 declarations, Samsung requests that the Court grant Apple's Administrative Motion to File Under Seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Suwon, South Korea on August 30, 2013.

 */s/ Jae-Hwan Kim*
Jae-Hwan Kim

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jae-Hwan Kim has concurred in this filing.

Dated:   August 30, 2013                    By:   */s/ Victoria F. Maroulis*
                                                        Victoria F. Maroulis