UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S CORRECTED ADMINISTRATIVE MOTION TO SEAL** |

Samsung filed a Corrected Administrative motion to File Documents Under Seal ("Samsung's Motion to Seal") related to Samsung's Rule 702 motion and motion to strike. (Dkt. No. 2390.) Apple timely filed a declaration in support of sealing Apple's and IDC's confidential information. The Court finds that Apple's sealing requests are narrowly tailored and justified.

Therefore, Samsung's Motion to Strike (Dkt. No. 2391-1) and Exhibits 1, 2, 3, and 5 to the Declaration of Robert J. Becher in Support of Samsung's Motion to Strike may be filed under seal-in-part consistent with Apple's proposed redactions as discussed in the Wheeler Declaration supporting Samsung's motion.

**IT IS SO ORDERED.**

Dated: _____     _____
                                      Hon. Lucy H. Koh
                                      United States District Judge