HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3327176

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE** |
| 2 | **[Fed. R. Civ. P. 5(b)]** |

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on September 6, 2013, I served a copy of:

1. **DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTION TO SEAL (WITH HIGHLIGHTED VERSIONS OF EXHIBITS A, B AND C)**

☒   BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

*Samsungv.Apple@quinnemanuel.com*

Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:

*WHAppleSamsungDamagesRetrial@wilmerhale.com*

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on September 6, 2013.

_____
Robin Sexton

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3327176