1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100

9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
21 |           Plaintiff,                  | **DECLARATION OF JAMES SHIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
22 |           vs.                         |
23 | SAMSUNG ELECTRONICS CO., LTD., a      |
   | Korean business entity; SAMSUNG       |
24 | ELECTRONICS AMERICA, INC., a New      |
   | York corporation; SAMSUNG             |
25 | TELECOMMUNICATIONS AMERICA,           |
   | LLC, a Delaware limited liability company, |
26 |                                       |
   |           Defendants.                 |
27

28

02198.51855/5504897.3

Case No. 11-cv-01846-LHK
DECLARATION OF JAMES SHIN

I, James Shin, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motion to File Under Seal Exhibits A and B to the Declaration of Erik J. Olson in Support of Apple's Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report ("Olson Declaration") (Dkt. No. 2382).

3. Exhibit A to the Olson Declaration consists of the August 26, 2013 Updated Rebuttal Expert Report of Michael J. Wagner and excerpts from supporting schedules and Exhibit B to the Olson Declaration consists of excerpts from the transcript of the August 20, 2013 deposition of Michael J. Wagner.

4. I understand that both documents include information that has been designated "Highly Confidential – Attorneys Eyes Only" by Apple and/or third parties. I have reviewed partially redacted versions of the documents.

5. Samsung seeks to seal three categories of highly confidential information included in Olson Exhibits A and B: (1) Samsung's financial data, including sales, profits, profit margins, and costs; (2) licensing information including royalty rates; and (3) the development of Samsung's internal cost accounting categorizations. The specific portions Samsung seeks to seal are described in the table below.

| Exhibit | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| **Olson Exhibit A** | Page 79, paragraph 192, line 7 | Samsung's detailed financial data |
| | Page 79, Figure 19 data in table | Samsung's detailed financial data |
| | Page 82, Figure 21 data in table | Samsung's detailed financial data |
| | Page 82, paragraph 200, lines 11-13 | Samsung's detailed financial data |
| | Page 83, paragraph 202, line 18 | Samsung's detailed financial data |

| Exhibit | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | Page 89, paragraph 211, lines 12, 13 and 16 | Samsung's detailed financial data |
| | Page 105-106, paragraphs 257-259 | Samsung's development of its internal cost accounting categorizations |
| | Page 107, paragraph 262, lines 20-21 | Samsung's detailed financial data |
| | Page 109, paragraph 265, lines 15, 25 and 26 | Samsung's detailed financial data |
| | Page 110, Figure 26 data in table | Samsung's detailed financial data |
| | Page 111, Figure 27 data in table | Samsung's detailed financial data |
| | Page 117, paragraph 290, line 14 | Samsung's detailed financial data |
| | Pages 132-134, section title and paragraphs 337-340 | Samsung's licensing information |
| | Page 153, Figure 35 data in table | Samsung's detailed financial data |
| | Page 161, Figure 37 data in table | Samsung's detailed financial data |
| | Page 162, Figure 38 data in table | Samsung's detailed financial data |
| | Page 174, paragraph 454, lines 1-2 | Samsung's detailed financial data |
| | Page 202, paragraph 543, lines 14-17 | Samsung's detailed financial data |
| | Page 216, Figures 52 and 53 data in table | Samsung's detailed financial data |
| | Schedules 2.2-NT and 2.3-NT (part) | Samsung's detailed financial data |
| | Schedules 3.2-NT and 3.3-NT (part) | Samsung's detailed financial data |
| | Schedules 4.2C-NT and 4.2D-NT (part) | Samsung's detailed financial data |
| | Schedule 5.10-NT | Samsung's detailed financial data |
| | Schedule 13-NT (part) | Samsung's detailed financial data |
| | Schedules 15.3-NT and 15.4-NT (part) | Samsung's detailed financial data |

| Exhibit | Portions Samsung Seeks to Seal | Type of Information |
|---|---|---|
| | Schedules 19.1-NT through 19.4-NT (part) | Samsung's detailed financial data |
| | Schedules 25.1-NT and 25.2-NT (part) | Samsung's detailed financial data |
| | Schedule 28-NT (part) | Samsung's detailed financial data and Samsung's development of its internal cost accounting categorizations |
| | Schedules 30.2-NT through 30.6-NT (part) | Samsung's detailed financial data |
| | Schedules 31.1-NT through 31.4-NT (part) | Samsung's detailed financial data |
| **Olson Exhibit B** | p. 853 lines 12-14 & 21-25; p. 854 lines 11-15 & 23-25 | the development of Samsung's internal cost accounting categorizations |

6. The financial data and licensing information Samsung seeks to seal are either identical or similar to the information Samsung identified on appeal to the Federal Circuit from the Court's July 17, 2012 and August 9, 2012 Orders.

7. Samsung considers the product-specific financial data included in these documents to be highly confidential, including detailed information about profits, and profit margins on various Samsung products. Samsung does not report the type of product-specific revenue, profit or margin data included in these documents to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information. Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis. This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

8. Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Samsung took special

1 precautions when producing detailed financial data, including restricting the distribution of soft
2 copies, copying, and inspection.

3     9.    Product-specific profit data are far more sensitive and confidential than company-
4 wide financial statements because they can be used to determine the lowest price at which
5 Samsung can profitably sell its products. Armed with that information, a competitor could charge
6 a lower price in an effort to gain market share. Competitors could also use knowledge of
7 Samsung's highest- and lowest-performing product lines to target marketing and advertising
8 efforts.

9     10.    Suppliers could use the same information as leverage to negotiate higher prices for
10 components, and carrier and retail partners would be able to leverage knowledge of Samsung's
11 margins to negotiate lower prices for Samsung's smart phone and tablet products.

12     11.    Licensing counter-parties can use information about Samsung's licensing practices
13 to gain an unfair advantage during negotiations.

14     12.    Samsung considers its internal cost accounting categorizations highly confidential.
15 Samsung takes extraordinary steps to maintain the secrecy of the information; only a limited set of
16 personnel within Samsung's finance and accounting groups know how Samsung develops its
17 internal cost accounting categories.

18     13.    In conjunction with the product-specific cost, profit, and profit margin data
19 disclosed publicly during this litigation, an understanding of Samsung's internal cost accounting
20 categorizations can be used to obtain a more granular understanding of the costs and expenses that
21 drive the profit margins on the accused products. Suppliers and business partners may use that
22 information to Samsung's disadvantage during negotiations.

23     I declare under penalty of perjury of the laws of the United States that the foregoing is
24 true and correct. Executed in Suwon, South Korea on September 7, 2013.

_____
James Shin