1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents filed in connection with Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Samsung's Opposition").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal:

1. Samsung's Opposition;

2. The Declaration of Thomas D. Pease in Support of Samsung's Opposition ("Pease Declaration"); and

3. Exhibits A-K to the Pease Declaration.

Samsung's Opposition, the Pease Declaration, and Exhibits A, B, D, E, and G-K thereto include information Apple and third-party Nokia have designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.  Samsung expects that Apple and/or Nokia will file a declaration required by Civil Local Rule 79-5(d) establishing good cause to permit filing under seal.

In addition, Samsung considers its Opposition, the Pease Declaration, and Exhibits A-F to the Pease Declaration highly confidential.

**ARGUMENT**

**I.     THE "GOOD CAUSE" STANDARD APPLIES**

Apple's Motion and Samsung's Opposition are non-dispositive and only tangentially related to the litigation between Apple and Samsung.  Therefore, documents submitted in connection with Samsung's Opposition may be sealed upon a showing of "good cause."  *Apple Inc. v. Samsung Elecs. Co., Ltd.*, -- F.3d --, 2013 WL 4487610 at *6 (Fed. Cir. Aug. 23, 2013) ("*Apple*"); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (2006).

1  II.    **"GOOD CAUSE" EXISTS TO PERMIT FILING UNDER SEAL**

2  Samsung's Opposition, the Pease Declaration, and Exhibits A-F thereto include details
3  about Samsung's licensing negotiations, and certain confidential communications.   As explained
4  in detail in the concurrently filed Declaration of Jae-Hwan Kim ("Kim Declaration"), Samsung
5  considers the information highly confidential and public disclosure is likely to be highly
6  prejudicial.   Thus, "good cause" exists to permit filing under seal.   *See* Fed. R. Civ. P. 26(c).

7  **CONCLUSION**

8  For the foregoing reasons, Samsung respectfully requests that the Court grant this
9  Administrative Motion to File Under Seal.   Pursuant to General Order No. 62, Samsung's entire
10 filing will be lodged with the Court for *in camera* review and served on all parties.

12 DATED: September 6, 2013            Respectfully submitted,

                                      QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By */s/ Victoria F. Maroulis*
                                          Charles K. Verhoeven
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          Michael T. Zeller

                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC. and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC