QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

I, Alex Baxter, declare as follows:

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party of the within-entitled action. My business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On September 6, 2013, I served the following document:

1. **SAMSUNG'S OPPOSITION TO APPLE'S INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS ("SAMSUNG'S OPPOSITION")**
2. **DECLARATION OF THOMAS D. PEASE IN SUPPORT OF SAMSUNG'S OPPOSITION**
3. **EXHIBITS A-K TO THE DECLARATION OF THOMAS D. PEASE**
4. **DECLARATION OF JAE-HWAN KIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL**

BY ELECTRONIC SERVICE: I caused all documents to be sent by E-Mail to the individuals indicated below:

**Counsel for Apple, Inc.**

| | |
|---|---|
| Harold J. McElhinney | hmcelhinney@mofo.com |
| Michael A. Jacobs | mjacobs@mofo.com |
| Rachel Krevans | rkrevans@mofo.com |
| Erik J. Olson | ejolson@mofo.com |
| William F. Lee | william.lee@wilmerhale.com |
| Mark D. Selwyn | mark.selwyn@wilmerhale.com |
| Joseph Mueller | joseph.mueller@wilmerhale.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 6, 2013 at San Francisco, California.

                                                                  */s/ Alex Baxter*
                                                                  Alex Baxter

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Alex Baxter.

          */s/ Victoria F. Maroulis*
          Victoria F. Maroulis