1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3  San Francisco, California 94111
Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
9
William C. Price (Bar No. 108542)
10  williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
11  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
12  Los Angeles, California 90017
Telephone: (213) 443-3000
13  Facsimile: (213) 443-3100

14  Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
16

17                  UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

21              Plaintiff,                         **SAMSUNG'S ADMINISTRATIVE
                                                   MOTION TO FILE UNDER SEAL**
22         vs.

23  SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
24  ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
25  TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
26
            Defendants.
27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Samsung

2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order

4  permitting filing under seal in connection with Samsung's Opposition to Apple Inc.'s Motion to

5  Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report ("Samsung's Opposition to

6  Apple's Motion to Strike" or "Samsung's Opposition").

7    Samsung requests an order granting Samsung's motion to file under seal:

8    1.  Portions of Samsung's Opposition to Apple's Motion to Strike; and

9    2.  Portions of Exhibit 1 to the Declaration of Anthony P. Alden in Support of

10     Samsung's Opposition.

11    Samsung's Opposition and Alden Exhibit 1 include information Apple and a third-party

12  have designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

13  Samsung expects that Apple and/or the third party will file a declaration required by Civil Local

14  Rule 79-5(d) establishing good cause to permit filing under seal.

15    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

16  for *in camera* review and served on all parties.

17

18

19  DATED: September 12, 2013          Respectfully submitted,

20                                     QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

21
                                         By */s/ Victoria F. Maroulis*
22                                         Charles K. Verhoeven
                                           Kevin P.B. Johnson
23                                         Victoria F. Maroulis
                                           Michael T. Zeller
24

25                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
26                                         INC. and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC
27

28