QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT**<br><br>**Date**: October 10, 2013<br>**Time**: 1:30 p.m.<br>**Place**: Courtroom 8, 4th Floor<br>**Judge**: Hon. Lucy H. Koh |

I, Anthony P. Alden, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Pursuant to the August 22, 2013 Case Management Order, Dkt. 2369 at 3, attached hereto as Exhibit 1 is a true and correct copy of a chart laying out the methodologies, theories, and data in the August 23, 2013 Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages ("August 2013 Report") that are challenged by Apple's Motion to Strike; where that information can be found in the August 2013 Wagner Report; and the analogous information disclosed in the April 20, 2012 Corrected Expert Report of Michael J. Wagner ("April 2012 Report") and/or May 11, 2012 Supplemental Expert Report of Michael J. Wagner ("May 2012 Supplemental Report").

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the August 26, 2013 deposition transcript of Julie L, Davis.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Transcript of Proceedings, dated April 29, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Transcript of Proceedings, dated August 21, 2013.

6. All of Michael Wagner's expert reports have been previously filed with the Court. Rather than filing an administrative motion to file the same reports under seal, and to avoid additional sealing practice, Samsung will lodge courtesy copies of these previously-filed reports along with its Opposition to Apple's Motion to Strike. *See* Dkt. 2369 at 3. The August 2013 Report was previously filed with the Court as Exhibit A to the Declaration of Erik J. Olson in Support of Apple's Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report (Dkt. 2382). The April 2012 Report was previously filed with the Court as Exhibit B to the Wagner Declaration in Support of Samsung's Motion to Strike (Dkt. 1060). The May 2012 Supplemental Report was previously filed with the Court as Exhibit 34 to the Pernick Declaration

1  in Support of Apple's Motion to Strike Portions of Samsung's Expert Reports (Dkt. 939).

2      7.    Pursuant to the August 22, 2013 Case Management Order, Dkt. 2369 at 3, Samsung concurrently lodges under separate cover the following documents with the Court: (1) a redline comparing the August 2013 Report to the April 2012 Report; (2) an annotated copy of the August 2013 Report with citations added at the end of each paragraph to earlier reports and testimony; and (3) a chart that identifies how the schedules contained in the August 2013 Report correspond to the schedules contained in the April 2012 Report.

    I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on September 12, 2013.

                                                By /s/ *Anthony P. Alden*
                                                      Anthony P. Alden

1  **GENERAL ORDER ATTESTATION**

2  I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3  foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the
4  electronic filing of this document has been obtained from Anthony P. Alden.

6                                           */s/ Victoria Maroulis*