UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT** |

1 | Plaintiff Apple Inc. ("Apple") filed a Motion To Strike Portions of Michael Wagner's
2 | August 26, 2013 Rebuttal Report ("Motion to Strike").  *See* Dkt. 2381.  Defendants Samsung
3 | Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
4 | America, LLC (collectively, "Samsung") oppose the motion.

5 | Having considered the arguments of the parties and the papers submitted, the Court hereby
6 | DENIES Apple's motion.

8 | **IT IS SO ORDERED.**

10 | DATED: _____

_____
HONORABLE LUCY H. KOH
United States District Court Judge