UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION IN LIMINE REGARDING REEXAMINATION PROCEEDINGS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Apple has moved *in limine* to exclude evidence regarding reexaminations of Apple's
2  asserted patents. The Court finds that the evidence in question was not timely disclosed and fails
3  to meet the standards of admissibility under the Federal Rules of Evidence. The Court therefore
4  GRANTS Apple's motion in its entirety.
5  Accordingly, all evidence and argument regarding reexamination proceedings before the
6  U.S. Patent and Trademark Office for Apple's asserted patents are excluded from the re-trial on
7  damages issues.
8  **IT IS SO ORDERED.**
9  Dated: _____, 2013         By: _____
10                                     Honorable Lucy H. Koh
                                       United States Judge