QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF LODGING OF REDLINE OF AUGUST 26, 2013 UPDATED REBUTTAL EXPERT REPORT OF MICHAEL J. WAGNER; ANNOTATED REPORT; CHART OF CORRESPONDING SCHEDULES IN REPORT; AND CLEAN COPIES OF THREE MICHAEL J. WAGNER REPORTS**<br><br>**Date**: October 10, 2013<br>**Time**: 1:30 p.m.<br>**Place**: Courtroom 8, 4th Floor<br>**Judge**: Hon. Lucy H. Koh |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Court's August 22, 2013 Case Management Order (Dkt. 2369) and August 30, 2013 Stipulated Request and Order to Alter Time for Submitting Redline Versions of Expert Reports Relevant to Motions to Strike (Dkt. 2383), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC hereby lodge the following:

1. A redline comparing the August 26, 2013 Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages against the April 20, 2012 Corrected Expert Report of Michael J. Wagner;

2. An annotated version of August 26, 2013 Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages, with citations added at the end of each paragraph to earlier reports and testimony;

3. A chart that identifies how the schedules in the August 26, 2013 Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages correspond to the schedules in the April 20, 2012 Corrected Expert Report of Michael J. Wagner;

4. A copy of the Corrected Expert Report of Michael J. Wagner dated April 20, 2012;

5. A copy of the Supplemental Expert Report of Michael J. Wagner dated May 11, 2012; and

6. A copy of the Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages, dated August 26, 2013.

DATED: September 12, 2013          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC