UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO "PRIOR ART"** |

1  On October 17, 2013, the Court heard argument on Plaintiff Apple Inc.'s ("Apple")
2  Motion *in Limine* to Preclude References to Prior Art.  Having considered the arguments of the
3  parties and the papers submitted, the Court GRANTS Apple's motion.  Samsung shall not make
4  any reference to "prior art" or otherwise argue or present evidence that any of Apple's five
5  patents-in-suit are invalid, not inventive, or involves only features that were known.

7  **IT IS SO ORDERED.**

9  Dated: _____           _____
                                     Hon. Lucy H. Koh
10                                   United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO "PRIOR ART"
Case No. 11-cv-01846-LHK (PSG)                                                                    1