1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION IN LIMINE REGARDING DESIGN-AROUND THEORIES NOT TIMELY DISCLOSED IN ADVANCE OF FIRST TRIAL** |

Apple has moved *in limine* to exclude evidence regarding Samsung's design-around theories that were not timely disclosed in advance of the first trial. The Court finds that the evidence in question was not timely disclosed and fails to meet the standards of admissibility under the Federal Rules of Evidence. The Court therefore GRANTS Apple's motion in its entirety.

Accordingly, all evidence and argument relating to Samsung's design-around theories that were not timely disclosed in advance of the first trial are excluded from the re-trial on damages issues, including evidence regarding at least the following theories:

(1) that statements made by Apple in 2013 as part of the reexamination proceedings for the '381 and '915 patents narrowed the scope of those patents and made available additional design-arounds (Dkt. No. 2388, Ex. A ¶¶ 24-27, 40-41, 477-78, 491-92);

(2) that the jury verdict finding certain Samsung products not to infringe the '915 and '163 patents made those products available as design-arounds (*id.* ¶¶ 484-85, 493-94);

(3) that the jury verdict significantly narrowed the scope of the D'677 patent and made available additional design-arounds (*id.* ¶¶ 232-237, 517-526); and

(4) that the new source code analyzed by Dr. Gray in Samsung's opposition to Apple's permanent injunction motion constitute a design around to the '915 and '163 patents (Dkt. No. 2054 at 14; Dkt. No. 2054-2, ¶¶ 11-55).

**IT IS SO ORDERED.**

Dated: ____ __, 2013        By: _____
                                Honorable Lucy H. Koh
                                United States Judge