| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF PATRICK J. ZHANG IN SUPPORT OF APPLE'S MOTION IN LIMINE REGARDING DESIGN-AROUND THEORIES NOT TIMELY DISCLOSED IN ADVANCE OF FIRST TRIAL** |

I, Patrick J. Zhang, do hereby declare as follows:

1.     I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Motion *in limine* Regarding Design-Around Theories Not Timely Disclosed in Advance of First Trial. I have personal knowledge of the matters stated herein. If called as a witness, I would testify to the facts set forth below.

2.     Attached as **Exhibit A** is a true and correct copy of Samsung's Objections and Responses to Apple's Seventh Set of Interrogatories (Nos. 15-16) and Samsung's Supplemental Objections and Responses to Apple's Seventh Set of Interrogatories (No. 16), dated February 3, 2012 and March 8, 2012, respectively.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 12th day of September 2013 in San Francisco, California.

   */s/ Patrick J. Zhang*
   PATRICK J. ZHANG

ZHANG DECL. ISO MIL RE DESIGN-AROUND THEORIES NOT TIMELY DISCLOSED
CASE NO. 11-CV-01846-LHK (PSG)
sf-3331428

1


Case 5:11-cv-01846-LHK   Document 2403-2   Filed 09/12/13   Page 3 of 3

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Patrick J. Zhang has concurred in this filing.

Dated: September 12, 2013          */s/ Harold J. McElhinny*
                                              Harold J. McElhinny