HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE'S MOTION IN LIMINE REGARDING DESIGN-AROUND THEORIES NOT TIMELY DISCLOSED IN ADVANCE OF FIRST TRIAL** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple submits this motion for an order to seal the following document or portions thereof relating to Apple's Motion in Limine Regarding Design-Around Theories Not Timely Disclosed in Advance of First Trial ("Apple's Motion in Limine re Design-Around Theories"):  Exhibit A to the Declaration of Patrick Zhang in Support of Apple's Motion in Limine re Design-Around Theories.

The above document was designated confidential by Samsung.  Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration supporting the filing of this material under seal.

Dated: September 12, 2013                    MORRISON & FOERSTER LLP

                                             By:   */s/ Harold J. McElhinny*
                                                   HAROLD J. MCELHINNY

                                                   Attorneys for Plaintiff
                                                   APPLE INC.