1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14
   Attorneys for SAMSUNG ELECTRONICS CO.,
15 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTIONS *IN LIMINE*** <br><br>**Date**: October 17, 2013<br>**Time**: 1:30<br>**Place**: Courtroom 8, 4th Floor<br>**Judge**: Hon. Lucy H. Koh |

1   I, Victoria F. Maroulis, declare:

2   1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

3   2. Attached as Exhibit 1 is a true and correct copy of Apple's Witness List For New Damages Trial, exchanged on September 9, 2013.

4   3. Attached as Exhibit 2 is a true and correct copy of Apple's Exhibit List For New Damages Trial, exchanged on September 9, 2013.

5   4. Attached as Exhibit 3 is a true and correct copy of excerpts from the August 26, 2013 deposition of Julie Davis.

6   5. Attached as Exhibit 4 is a true and correct copy of excerpts from the April 20, 2012 deposition of Ravin Balakrishnan.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on September 12, 2013.

By: */s/ Victoria F. Maroulis*
Victoria F. Maroulis

-1-    Case No. 11-cv-01846-LHK
MAROULIS DECLARATION ISO SAMSUNG'S MOTIONS IN LIMINE