# EXHIBIT 2

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S EXHIBIT LIST FOR NEW DAMAGES TRIAL**<br><br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

1 | Apple provides herewith its exhibit list for the new damages trial.  Apple reserves the
2 | right to supplement and/or modify this exhibit list, and to introduce such other or additional
3 | evidence as may be permitted, in the discretion of this Court, and/or to introduce additional
4 | evidence for impeachment or rebuttal purposes.

7 | Dated: September 9, 2013          MORRISON & FOERSTER LLP

9 | By:   */s/ Harold J. McElhinny*
10 |         HAROLD J. MCELHINNY

11 | Attorneys for Plaintiff
    | APPLE INC.

*Apple v. Samsung,* No. 11-01846
**Apple's Exhibit List for New Damages Trial**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 1 | N/A | Photographs of Apple Phone Models | N/A | N/A | Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |
| 3 | N/A | Apple and Samsung Smartphones | N/A | N/A | Philip Schiller; Greg Joswiak; Peter Bressler; Julie Davis; Russell Winer | Damages | | |
| 6 | N/A | Summary of Press Reports Regarding Samsung Phone Designs | N/A | N/A | Philip Schiller; Greg Joswiak; Peter Bressler; Julie Davis; Russell Winer | Damages | | |
| 7A | N/A | Photographs of infringing Samsung devices | N/A | N/A | Philip Schiller; Greg Joswiak; Peter Bressler; Susan Kare; Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 8 | N/A | Photographs of Apple products | N/A | N/A | Philip Schiller; Greg Joswiak; Peter Bressler; Julie Davis; Scott Forstall; Christopher Stringer | Damages | | |
| 9 | N/A | Translation of email from Dong Jin Koh dated September 16, 2008 | SAMNDCA11374409 | SAMNDCA11374414 | Karan Singh; Julie Davis; Justin Denison | Damages | | |
| 11 | N/A | iPhone and iPad Print Advertisements | N/A | N/A | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 12 | N/A | iPhone Television Advertisements | N/A | N/A | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 13 | N/A | iPad Television Advertisements | N/A | N/A | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 14 | N/A | iPhone & iPad Media Clips | N/A | N/A | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 15 | N/A | Apple's Sales of iPhone and iPad | N/A | N/A | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 17 | N/A | Summary of iPhone and iPad News Coverage | N/A | N/A | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 18 | N/A | Fox, *The Simpsons*, January 31, 2010 | APLNDC-X0000359537 | APLNDC-X0000359537 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 19 | N/A | Designs Considered by Apple | N/A | N/A | Philip Schiller; Greg Joswiak; Scott Forstall | Damages | | |

*Apple v. Samsung,* No. 11-01846
**Apple's Exhibit List for New Damages Trial**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 21A | N/A | Screen captures considered by S. Kare | N/A | N/A | Susan Kare; Philip Schiller; Greg Joswiak; Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 25D | N/A | Summary of Apple's damages calculations | N/A | N/A | Julie Davis | Damages ***NOTE:  If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 25E | N/A | Summary of Apple's damages calculations | N/A | N/A | Julie Davis | Damages ***NOTE:  If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 26A | N/A | Summary of selected documents reflecting comments on demand for Apple's intellectual property | N/A | N/A | Julie Davis | Damages ***NOTE:  If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 27A | N/A | Summary of selected documents reflecting comments on the smartphone and tablet marketplace | N/A | N/A | Julie Davis | Damages ***NOTE:  If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 28 | N/A | Summary of Samsung's fixed, variable, and non-product costs | N/A | N/A | Julie Davis | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 28A | N/A | Summary of Samsung's fixed, variable, and non-product costs | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 28B | N/A | Summary of Samsung's fixed, variable, and non-product costs | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 29A | N/A | Summary and comparison of Samsung financial data from different sources in Samsung's production | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| 30 | N/A | Summary of survey conducted by J. Hauser | N/A | N/A | John Hauser; Julie Davis | Damages | | |
| 31 | N/A | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 | SAMNDCA-C000002368; SAMNDCA-C000002440; SAMNDCA-C000002481; SAMNDCA-C000002559; SAMNDCA-C000002807; SAMNDCA-C000003597; SAMNDCA-C000005715; SAMNDCA-C000006084; SAMNDCA-C000006277; SAMNDCA-C000003501; SAMNDCA-C000007702; SAMNDCA-C000007890; SAMNDCA-C000008045 | SAMNDCA-C000002420; SAMNDCA-C000002476; SAMNDCA-C000002529; SAMNDCA-C000002636; SAMNDCA-C000002968; SAMNDCA-C000003714; SAMNDCA-C000005969; SAMNDCA-C000006166; SAMNDCA-C000006331; SAMNDCA-C000003549; SAMNDCA-C000007786; SAMNDCA-C000008007; SAMNDCA-C000008180 | Karan Singh; Ravin Balakrishnan | Damages | | |
| 34 | 9/1/2007 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | SAMNDCA10809390 | SAMNDCA10809460 | Julie Davis; Michael Wagner; Seogguen Kim; Dong Hoon Chang; Sungsik Lee; Justin Denison; Michael Wagner | Damages | | |

3

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 35 | 12/14/2008 | Email from J. Boltello re: Additional wallpapers for Genie | SAMNDCA10247689 | SAMNDCA10247704 | Susan Kare; Justin Denison; Michael Wagner; Russell Winer | Damages | | |
| 36 | 12/17/2008 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | SAMNDCA00191811 | SAMNDCA00191987 | Julie Davis; Ravin Balakrishnan; Justin Denison; Peter Bressler; Michael Wagner; Russell Winer | Damages | | |
| 37 | 12/24/2008 | Translation of presentation: Touch Portfolio Key Takeaways | SAMNDCA10805169 | SAMNDCA10805175 | Julie Davis; Seogguen Kim; Sungsik Lee; Dong Hoon Chang; Won Pyo Hong; Justin Denison; Michael Wagner | Damages | | |
| 38 | 4/17/2009 | Presentation: Browser Zooming Methods UX Exploration Study | SAMNDCA11104115 | SAMNDCA11104139 | Karan Singh; Ravin Balakrishnan; Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 39 | 9/9/2011 | Translation of Presentation: Alkon Instructions from the CEO | SAMNDCA20012936 | SAMNDCA20012942 | Julie Davis; Justin Denison; Michael Wagner; Russell Winer | Damages | | |
| 40 | 2/11/2010 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | SAMNDCA10247373 | SAMNDCA10247378 | Julie Davis; Justin Denison; Michael Wagner; Russell Winer | Damages | | |
| 41 | 7/30/2012 | Presentation: Samsung TN GUI Framework Final Presentation | SAMNDCA11030081 | SAMNDCA11030359 | Justin Denison; Michael Wagner | Damages | | |
| 44 | 3/2/2010 | Translation of Presentation: Relative Evaluation Report on S1, iPhone | SAMNDCA00203880 | SAMNDCA00204010 | Karan Singh; Susan Kare; Julie Davis; Ravin Balakrishnan; Justin Denison; Michael Wagner; Russell Winer | Damages | | |
| 46 | 5/10/2010 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | SAMNDCA00508318 | SAMNDCA00508400 | Ravin Balakrishnan; Julie Davis; Michael Wagner; Russell Winer | Damages | | |
| 47 | 5/24/2010 | Translation of Email from Saejin Cha regarding China GDI evaluation and attachments | SAMNDCA10159856 | SAMNDCA10159871 | Dong Hoon Chang; Justin Denison; Michael Wagner | Damages | | |
| 48 | 7/5/2010 | Presentation: Wave & Galaxy S Expert & regular users UX Critique | SAMNDCA11290567 | SAMNDCA11290652 | Dong Hoon Chang; Ravin Balakrishnan; Justin Denison; Michael Wagner | Damages | | |

**Apple's Exhibit List for New Damages Trial**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 49 | N/A | Apple Intelligence Report: Samsung Telecom Research Israel | SAMNDCA00387536 | SAMNDCA00387585 | Justin Denison; Michael Wagner | Damages | | |
| 52 | 8/4/2010 | Presentation: Samsung's Use of Apple Patents in Smartphones | APLNDC00001103 | APLNDC00001125 | Boris Teksler; BJ Watrous; Ravin Balakrishnan; Philip Schiller; Greg Joswiak; Jun Won Lee; Julie Davis; Michael Wagner | Damages | | |
| 53 | 2011 | Translation of Presentation: Comparison of Galaxy S and iPhone 4 | SAMNDCA11010883 | SAMNDCA11010884 | Seogguen Kim; Minhyouk Lee; Justin Denison; Michael Wagner | Damages | | |
| 54 | 11/1/2010 | Presentation: Lessons from Apple Boston Consulting Group | SAMNDCA00274819 | SAMNDCA00274854 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 55 | 2011 | Presentation: Samsung mobile icon design for 2011 | SAMNDCA20007208 | SAMNDCA20007222 | Jinyeun Wang; Susan Kare; Justin Denison; Michael Wagner; Julie Davis | Damages | | |
| 56 | 2/11/2011 | Presentation: Samsung Q4 '10 Deep Dive | SAMNDCA00526887 | SAMNDCA00526993 | Peter Bressler; Timothy Benner; Julie Davis; Justin Denison; Michael Wagner; Russell Winer | Damages | | |
| 57 | 4/9/2011 | Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1 | SAMNDCA00176053 | SAMNDCA10765466 | Ravin Balakrishnan; Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 58 | 6/17/2011 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | SAMNDCA10375640 | SAMNDCA10375662 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 59 | August, 2011 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | SAMNDCA10154003 | SAMNDCA10154053 | Peter Bressler; Julie Davis; Sangeun Lee; Justin Denison; Michael Wagner | Damages | | |
| 60 | 2/16/2012 | Presentation: STA Competitive Situation Paradigm Shift | SAMNDCA11547401 | SAMNDCA11547470 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 62 | 3/25/2011 | Presentation: iPhone 5 Counter Strategy | S-ITC-003351732 | S-ITC-003351759 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 63 | N/A | Source Code | APLNDC0000014245 | APLNDC0000014252 | Justin Denison; Scott Forstall | Damages | | |
| 69 | | JD Power 2011 Wireless Smartphone Satisfaction Study | SAMNDCA10246338 | | Timothy Benner; Michael Wagner; Julie Davis | Damages | | |
| 89 | | Samsung Q1 '11 Deep Dive | SAMNDCA00352115 | | Timothy Benner; Michael Wagner; Julie Davis | Damages | | |
| 94 | N/A | "We Believe" TV ad for iPad 2 | APLNDC-X0000007713 | APLNDC-X0000007713 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |

*Apple v. Samsung,* No. 11-01846
**Apple's Exhibit List for New Damages Trial**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 102 | N/A | iPhone Sales Summary | APLNDC0003149809 | APLNDC0003149814 | Philip Schiller; Greg Joswiak; Mark Buckley; Julie Davis; Russell Winer | Damages | | |
| 103 | N/A | iPad and iPod Touch Sales Summary | APLNDC0003149779 | APLNDC0003149794 | Philip Schiller; Greg Joswiak; Mark Buckley; Julie Davis; Russell Winer | Damages | | |
| 105 | N/A | "Apple Unveils Its Tablet Computer, the iPad," by Ryan Kim, *SF Chronicle*, January 28, 2010 | N/A | N/A | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 106 | N/A | "Waiting for the Latest in Wizardry," by Katie Haffner, *New York Times*, June 27, 2007 | N/A | N/A | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 107 | N/A | Excerpt of ABC, Modern Family (March 31, 2010) | APLNDC-X0000359613 | N/A | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 127 | N/A | "How To" TV ad for original iPhone | APLNDC-X0000007535 | APLNDC-X0000007535 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 128 | N/A | "iPad Is Iconic" TV ad for first-generation iPad | APLNDC-X0000007703 | APLNDC-X0000007703 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 129 | N/A | Original iPhone print ad | APLNDC-X0000007531 | APLNDC-X0000007531 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 130 | N/A | iPhone 3G print ad | APLNDC-X0000007557 | APLNDC-X0000007557 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 131 | N/A | First-generation iPad outdoor ad | APLNDC-X0000007635 | APLNDC-X0000007635 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 132 | N/A | iPad2 outdoor ad | APLNDC-X0000007699 | APLNDC-X0000007699 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 133 | 1/11/2007 | "Apple Waves Its Wand at the iPhone," by David Pogue, *New York Times*, January 11, 2007 | APLNDC-Y0000235973 | APLNDC-Y0000235976 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 134 | 6/27/2007 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, *The Wall Street Journal*, June 27, 2007 | APLNDC-Y0000234932 | APLNDC-Y0000234936 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 135 | 11/1/2007 | "Best Inventions of 2007," by Lev Grossman, *Time*, November 1, 2007 (including photo of cover) | APLNDC-Y0000146961 | APLNDC-Y0000146961 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 136 | 6/18/2009 | "Upgrade Makes Great iPhone Even Better," by Edward Baig, *USA Today*, June 18, 2009 | N/A | N/A | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 137 | 6/20/2010 | "Thinner, Faster, Smarter iPhone Raises the Stakes," by Walter S. Mossberg, *The Wall Street Journal*, June 20, 2010 | N/A | N/A | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 138 | 1/25/2010 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, *The Wall Street Journal*, January 25, 2010 | APLNDC-Y0000236031 | APLNDC-Y0000236034 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 139 | 11/11/2010 | "The 50 Best Inventions of 2010," by Harry McCracken, *Time*, November 11, 2010 | APLNDC-Y0000233376 | APLNDC-Y0000233378 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 140 | 4/2/2010 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, *USA Today*, April 2, 2010 | APLNDC-Y0000233386 | APLNDC-Y0000233392 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 141 | 4/1/2010 | "Laptop Killer? Pretty Close," by Walter S. Mossberg, *The Wall Street Journal*, April 1, 2010 | APLNDC-Y0000233381 | APLNDC-Y0000233385 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 142 | N/A | "Patent Office Highlights Jobs's Innovations," *New York Times* | APLNDC-Y0000233352 | APLNDC-Y0000233352 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 143 | N/A | iPhone Buyer Survey, FY10-Q4 | APLNDC-Y0000027256 | APLNDC-Y0000027340 | Philip Schiller; Greg Joswiak; Julie Davis; Michael Wagner; Russell Winer | Damages | | |
| 144 | N/A | iPhone Buyer Survey, FY11-Q1 | APLNDC-Y0000027341 | APLNDC-Y0000027422 | Philip Schiller; Greg Joswiak; Julie Davis; Michael Wagner; Russell Winer | Damages | | |
| 145 | N/A | iPhone Buyer Survey, FY11-Q2 | APLNDC-Y0000027423 | APLNDC-Y0000027505 | Philip Schiller; Greg Joswiak; Michael Wagner; Julie Davis; Russell Winer | Damages | | |
| 146 | N/A | iPhone Buyer Survey, FY11-Q3 | APLNDC-Y0000027506 | APLNDC-Y0000027599 | Philip Schiller; Greg Joswiak; Julie Davis; Michael Wagner; Russell Winer | Damages | | |
| 162 | N/A | iPhone CAD | N/A | N/A | Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |
| 163 | N/A | Sketch of phone | APLNDC1278008 | APLNDC1278008 | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 164 | N/A | Phone CAD | N/A | N/A | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |
| 165 | N/A | Phone model 1017 | N/A | N/A | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |
| 166 | N/A | Phone model 1015 | N/A | N/A | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |
| 167 | N/A | Phone model 956 | N/A | N/A | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |
| 168 | N/A | Phone model 961 | N/A | N/A | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | Damages | | |
| 172 | 3/22/2011 | "Samsung's Anti-iPad 2 Policy: Clone the Heck Out of It," by Kit Eaton; Fast Company, March 22, 2011 | APLNDC-Y0000148152 | APLNDC-Y0000148153 | Peter Bressler; Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 174 | 7/15/2010 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | APLNDC-Y0000236157 | APLNDC-Y0000236159 | Peter Bressler; Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | Damages | | |
| 177 | 11/23/2010 | "Samsung Mesmerize: A Top-Notch Galaxy Phone," by Armando Rodriguez, PC World, November 23, 2010 | N/A | N/A | Peter Bressler; Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 178 | N/A | Mobile UX Forecast Report | SAMNDCA00214969 | SAMNDCA00215201 | Justin Denison; Sun-Young Yi; Michael Wagner; Julie Davis | Damages | | |
| 179 | N/A | Study of Competitor GUI Design | SAMNDCA11112967 | SAMNDCA11112981 | Justin Denison; DongSeok Ryu; Michael Wagner | Damages | | |
| 180 | N/A | Samsung's Financial Spreadsheet | SAMNDCA4875335 | SAMNDCA4875335 | Julie Davis; Michael Wagner | Damages | | |
| 181 | N/A | Apple's LOB Report for the iPhone/iPad/iPod | APLNDC0003149795 | APLNDC0003149808 | Julie Davis; Mark Buckley; Michael Wagner | Damages | | |
| 182 | N/A | Apple's iPhone & iPad Capacity Report | APLNDC-Y0000055416, APLNDC-Y0000055417 | APLNDC-Y0000055416, APLNDC-Y0000055417 | Julie Davis; Tony Blevins; Mark Buckley | Damages | | |
| 183 | 9/1/2008 | Samsung's Mercator Presentation, 9/2008 | SAMNDCA10036081 | SAMNDCA10036204 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 184 | 10/1/2011 | Translation of SEC Business Strategy, 10/2011 | SAMNDCA00401905 | SAMNDCA00401989 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 185 | N/A | Translations of 2011 Smartphone CS Project Final | SAMNDCA10257309 | SAMNDCA10257380 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 186 | N/A | Translation of email from H. T. Han regarding "Domestig Galaxy Tab Main Horzontal Deployment Items." | SAMNDCA10005982 | SAMNDCA10005986 | Kihyung Nam; Ravin Balakrishnan; Justin Denison; Michael Wagner; Julie Davis | Damages | | |
| 190 | 4/21/2010 | Excerpt of *The Oprah Winfrey Show* (April 21, 2010) | APLNDC-X0000359717 | | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 194 | 3/2/2010 | Email from Sungsik Lee dated March 2, 2010 | SAMNDCA10247549 | SAMNDCA10247552 | Julie Davis; Ravin Balakrishnan; Sungsik Lee; Dong Hoon Chang; Justin Denison; Michael Wagner | Damages | | |
| 195 | 10/16/2010 | Email from Sangwook Han dated October 28, 2010 | SAMNDCA10850604 | SAMNDCA10850607 | Wookyun Kho; Julie Davis; Ravin Balakrishnan; Justin Denison; Michael Wagner | Damages | | |
| 196 | 11/2010-1/2011 | Premium & Mass Design Preference Study | SAMNDCA00176172 | SAMNDCA00176172 | Seung Hun Yoo; Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| 199 | 4/1/2010 | Comedy Central, *The Colbert Report*, April 1, 2010 | APLNDC-X0000359626 | APLNDC-X0000359626 | Philip Schiller; Greg Joswiak; Russell Winer | Damages | | |
| 2257 | 4/22/2011 | Document comparing Galaxy SII, Galaxy S icons with Apple icons, found in Jinyeun Wang files | SAMNDCA10478726 | | Jinyeun Wang | Damages | | |
| 2261 | N/A | Samsung mobile icon design for 2011 [Black and White] | SAMNDCA10252511 | | Jinyeun Wang; Julie Davis | Damages | | |
| 2281 | N/A | iPhone Human Interface Guidelines | SAMNDCA20001621 | | Jinyeun Wang | Damages | | |