# EXHIBIT 3

Highly Confidential - Outside Counsels' Eyes Only

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN JOSE DIVISION

 4   APPLE, INC., a California

 5   Corporation,

 6           Plaintiff,      Civil Action No.

 7     vs.                   11-CV-01846-LHK

 8   SAMSUNG ELECTRONICS CO., LTD.,

 9   et. al.,

10           Defendants.

11   _____/

12

13

14   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

15       VIDEOTAPED DEPOSITION OF JULIE DAVIS

16                 CHICAGO, ILLINOIS

17              MONDAY, AUGUST 26, 2013

18

19

20

21

22

23   Reported by:

24   DEBORAH HABIAN, RMR, CRR, CLR

25   JOB NO. 65086
```

Highly Confidential - Outside Counsels' Eyes Only

Page 230

1    A.   That's correct.

2    Q.   Why would Samsung agree to pay a

3  royalty rate that is so much more than the

4  economic benefit to Samsung that purportedly it

5  derives from this IP?                                01:48PM

6    A.   There are a number of factors that go

7  into the determination of the outcome of the

8  hypothetical negotiation.  The reference point

9  you mentioned is only one of those.

10        I think in particular, as it relates to     01:48PM

11 the design patents, the income-value reference

12 point would be at the upper end, or at least the

13 royalty would be at the upper end of any range,

14 since Apple has refused to license those patents

15 to anyone else, and certainly does not want its   01:49PM

16 direct competitor copying the product by using

17 those patents.

18    Q.  Is that it?  Are there any other

19 reasons?

20    A.  I don't think there is anything beyond    01:49PM

21 what I have explained in my report that I would

22 add to that.

23    Q.  So your answer above is the totality of

24 your response to this question, correct?

25    A.  Well, that and what I've already          01:49PM

Highly Confidential - Outside Counsels' Eyes Only

Page 231

1  explained in my report.  I do have 110 pages
2  that cover my conclusions.
3      Q.  What do you explain in your report that
4  is not embodied in the answer you just gave me?
5      A.  Well, we'd have to go back to the                01:49PM
6  reasonable royalty section, but what I would
7  point you to is the explanation whereby Apple
8  has not and does not want to license its design
9  IP.  It does not want its direct competitor
10 using its intellectual property.                          01:50PM
11          It has specifically excluded such
12 intellectual property from any licensing
13 negotiation with Samsung.  It has specifically
14 excluded the possibility of any of its licensees
15 cloning the products.  Therefore, if it were up           01:50PM
16 to Apple, there would be no license at all for
17 the design IP, and Samsung's going to have to be
18 willing to pay more than $9 to get a product, or
19 to get a license to manufacture products that
20 look like Apple's.                                        01:50PM
21     Q.  The income approach you used relied on
22 brand value estimate by something called
23 Interbrand, correct?
24     A.  It did.
25     Q.  How does Interbrand derive its brand              01:50PM

Page 232

1  estimates?

2  A. Interbrand doesn't disclose all that

3  information, because that's proprietary to their

4  analyses, but they are highly regarded in the

5  industry, and they have published that data.    01:51PM

6  Q. How do you know whether Interbrand's

7  calculation of Apple's brand includes or takes

8  into account Apple's design IP?

9  A. I don't think Interbrand does analysis

10 that builds up brand value by individual           01:51PM

11 component. I think it looks at it from the top

12 down. Anything that contributes to the brand,

13 including the design IP then, would be subsumed

14 within the brand value.

15 Q. So you agree that Interbrand does not    01:51PM

16 break out and give anyone opportunity to figure

17 out what is the contributing value of Apple's

18 design IP?

19 A. I agree that Interbrand's calculation

20 does not assign a value to each component of       01:51PM

21 brand or design value.

22 Q. If they don't assign a value to each

23 component, how do you know that Interbrand does

24 include Apple's design IP in its calculation?

25 A. Any aspect of Apple's intellectual        01:52PM

1    property that contributes to the brand,

2    including its design patents, trade dress,

3    trademarks, and some of the other things we've

4    talked about, would impact brand value.

5    Therefore, when Interbrand is valuing the brand        01:52PM

6    Apple, it's including within that anything that

7    has an impact upon that brand value.

8        Q.  But you don't know whether they include

9    it or not?  You don't actually have that

10   information, correct?                                  01:52PM

11       A.  Well, Interbrand doesn't calculate a

12   brand value by adding together all of the

13   components of individual aspects of brand value.

14   It gets at a brand value through other means.

15       Q.  On its face, the Interbrand report does        01:53PM

16   not disclose whether it includes Apple design IP

17   in the valuation of the brand, correct?

18       A.  On its face, Interbrand's brand reports

19   do not disclose exactly how they arrive at their

20   calculations and do not reflect any components        01:53PM

21   of brand IP that are part of that calculation.

22       Q.  And you haven't spoken to anyone at

23   Interbrand to determine whether they included

24   the Apple design IP in the valuation of the

25   brand, correct?                                       01:53PM

Highly Confidential - Outside Counsels' Eyes Only

Page 234

1  A. I have not.
2  Q. Has the determination of royalty rate
3  using a brand value estimated by Interbrand been
4  peer reviewed among the damages experts?
5  A. I don't know.                                01:54PM
6  Q. Have you ever seen anyone else use it?
7  A. I don't believe I've ever been in a
8  case where there was a need to determine brand
9  value.
10 Q. Have you yourself used Interbrand          01:54PM
11 before?
12 A. I have used various aspects of the
13 Interbrand report. I have never tried to value
14 design patents using Interbrand, because I've
15 never been in a case where the brand was one of  01:54PM
16 them that had already been valued by Interbrand.
17 Q. Have you ever used Interbrand to
18 determine royalty rate in any case?
19 A. I can't think of any case where I've
20 been involved with a brand that was covered by   01:54PM
21 an Interbrand report. Therefore, I've not used
22 it, because it wasn't available.
23 Q. Are you aware of any expert besides
24 Mr. Musika that have used a brand value
25 estimated by Interbrand to derive a royalty rate 01:55PM

Highly Confidential - Outside Counsels' Eyes Only

Page 235

1   for a patent?
2       A.  Because I've never been in a case where
3   Interbrand has valued the brand, I don't know
4   whether there's been any other expert to do that
5   or not.                                              01:55PM
6       Q.  Aside from the Interbrand study itself,
7   have you ever used brand to derive a royalty
8   rate for a patent?
9       A.  I don't have in mind any other source
10  for brand value besides Interbrand.  Therefore,     01:55PM
11  I can't recall ever having used any such source
12  to derive values.
13      Q.  How about anyone else?  Have you ever
14  seen or heard any other experts use brand value
15  to determine reasonable royalty?                    01:55PM
16      A.  I can't remember ever being in a case
17  where somebody had access to brand value that
18  related to the companies that were parties to
19  that case.
20      Q.  So the answer's no, you have never seen    01:56PM
21  or heard other experts use brand value to
22  determine reasonable royalty, correct?
23      A.  The answer is, I've never been in a
24  case where that would have been an option, so
25  therefore, I've never seen it done.                 01:56PM

Highly Confidential - Outside Counsels' Eyes Only

Page 236

1    Q.  So no, you haven't seen it done,
2    correct?
3    A.  I haven't seen it done because I've
4    never been in a situation where it could have
5    been done.                                              01:56PM
6    Q.  Have you seen anything -- strike that.
7        Has using brand value to calculate
8    reasonable royalty ever been peer reviewed?
9    A.  I don't know.
10   Q.  You're not aware of any peer review of   01:56PM
11   this method, correct?
12   A.  I don't know if there's such a review
13   or not.
14   Q.  Okay.  Now, your cost approach
15   calculates a reasonable royalty as "the gross  01:56PM
16   profit Samsung would have lost if it designed,
17   tested, manufactured and prepared to distribute
18   theoretical noninfringing smartphones and
19   tablets that did not use the technology claimed
20   in Apple's patents," correct?                  01:57PM
21   A.  That sounds like language from my
22   report, and I'll assume that you have read it
23   correctly.
24   Q.  I have.  It's on page 85, if you want
25   to compare.                                    01:57PM