UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTIONS *IN LIMINE*** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Motions *in Limine* which came on for hearing on October 17, 2013, in Courtroom 8 of the above-captioned Court, the Honorable Lucy H. Koh presiding.

The Court, having read and considered the papers filed in support and in opposition to the motions, and good cause appearing therefore, makes the following orders:

**Samsung's Motion *in Limine* No. 1**

The Court GRANTS Samsung's Motion *in Limine* No. 1 to exclude evidence and argument concerning Samsung's alleged copying and willfulness. Plaintiff Apple, Inc., its counsel and witnesses shall be precluded from presenting evidence, engaging in argument or making reference before the jury relating to Samsung's alleged willfulness and/or copying of Apple's patents, products, designs, or features.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that this order shall be in effect from the commencement of *voir dire* to the rendering of a verdict, and shall be in effect at all times when any juror or jurors are in the courtroom.

Dated: _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge

**Samsung's Motion *in Limine* No. 2**

The Court GRANTS Samsung's Motion *in Limine* No. 2 to exclude evidence and argument contradicting Apple's prior admissions during the first trial and reexamination concerning the scope of the '915 and '381 patents. Plaintiff Apple, Inc., its counsel and witnesses ("Apple") shall be precluded from presenting evidence, engaging in argument or making reference before the jury contradicting its prior admissions as to the scope of these patents. Specifically, Apple shall be precluded from presenting evidence, engaging in argument, or making reference before the jury:

1. That claim 8 of the '915 patent covers the functionality of using a single finger for scrolling and/or multiple fingers for zooming/gesturing in general, including by suggesting that the '915 patent covers (a) scrolling, without more; (b) scaling or zooming, without more; (c) all "scroll vs. gesture" operations; and (d) using any number of fingers above one to achieve a scroll, rather than scale or zoom;

2. That claim 19 of the '381 patent covers visual "bounce" and "snapback" behavior in general, including by (a) suggesting that claim 19 covers all "bounce" and "snapback" effects; (b) denying that "bounce" and "snapback" effects can be generated without infringing claim 19; and (c) denying that claim 19 requires that the specific purpose or cause of the computer code that generates the "snapback" effect must be edge alignment.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that this order shall be in effect from the commencement of *voir dire* to the rendering of a verdict, and shall be in effect at all times when any juror or jurors are in the courtroom.

Dated: _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge

1  **Samsung's Motion *in Limine* No. 3**

2  The Court GRANTS Samsung's Motion *in Limine* No. 3 to exclude evidence and
3  argument seeking lost profits.  Plaintiff Apple, Inc., its counsel and witnesses shall be precluded
4  from presenting evidence, engaging in argument or making reference before the jury relating to a
5  claims for lost profits.

6  **IT IS SO ORDERED.**

7  **IT IS FURTHER ORDERED** that this order shall be in effect from the commencement
8  of *voir dire* to the rendering of a verdict, and shall be in effect at all times when any juror or jurors
9  are in the courtroom.

10

11  Dated: _____, 2013

12                                                                  _____
                                                                    Honorable Lucy H. Koh
13                                                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **Samsung's Motion *in Limine* No. 4**

2 The Court GRANTS Samsung's Motion *in Limine* No. 4 to exclude all opinion and
3 argument concerning Julie Davis's "income approach" to calculating a reasonable royalty, which
4 is based on the valuation of the Apple brand by Interbrand. Plaintiff Apple, Inc., its counsel and
5 witnesses shall be precluded from presenting evidence, engaging in argument or making reference
6 before the jury relating to Ms. Davis's "income approach" to calculating a reasonable royalty and
7 the valuation of Apple's brand by Interbrand.

8 **IT IS SO ORDERED.**

9 **IT IS FURTHER ORDERED** that this order shall be in effect from the commencement
10 of *voir dire* to the rendering of a verdict, and shall be in effect at all times when any juror or jurors
11 are in the courtroom.

13 Dated: _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge