HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE PORTIONS OF DAVIS REPORT** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple submits this motion for an order to seal the following documents or portions thereof relating to Apple's Opposition to Samsung's Motion to Strike Portions of Davis Report ("Apple's Opposition to Samsung's Motion to Strike"):

- Apple's Opposition to Samsung's Motion to Strike;
- Exhibit A to the Declaration Of Christopher L. Robinson In Support Of Apple's Oppositions To Samsung's Motions re Julie L. Davis ("Robinson Decl."), which consists of the March 22, 2012 Expert Report of Terry L. Musika, CPA;
- Exhibit B to the Robinson Decl., which consists of the May 8, 2012 Supplemental Expert Report of Terry L. Musika, CPA;
- Exhibit C to the Robinson Decl., which consists of an annotated version of the Expert Report of Julie L. Davis, CPA (as of 8/23/2013);
- Exhibit D to the Robinson Decl., which consists of a redline showing the changes between Ms. Davis's report and Mr. Musika's March 22, 2012 report;
- Exhibits J and K to the Robinson Decl., which consist of an excerpt from the May 14, 2012 Deposition of Terry Musika and an excerpt from the August 20, 2013 Deposition of Michael J. Wagner.

Apple's Opposition contains confidential Apple capacity information. Exhibits A, B, C, and D to the Robinson Declaration contain the confidential information of both parties and third-party IDC's confidential market research information. Exhibits A and C also contain information regarding royalty and payment-related portions of license agreements. Exhibits J and K to the Robinson Declaration contain confidential Samsung information.

All of the confidential material that Apple requests the Court to seal in the above documents has been filed recently, and Apple filed a timely declaration supporting the sealing of that material. Exhibit A, B, and C (without annotations) were filed as exhibits to the Becher Declaration in Support of Samsung's Motion to Strike on August 30, 2013 (Dkt. No. 2386-1). Apple supported sealing on September 6, 2013, provided proposed redactions in highlighted form, and noted that much of this material was the same information or same type of information as that

CASE NO. 11-CV-01846-LHK (PSG)
sf-3331537

1

1 filed at the beginning of trial in 2012. (Dkt. No. 2392.) Exhibit D contains the same information
2 as the information in Exhibits A and C. Apple seeks to seal a portion of one sentence in its
3 Opposition that refers to confidential capacity information that Apple has requested to seal in the
4 Davis report.

5 As set out in prior motions and declarations, public disclosure of the confidential
6 information at issue in these documents would likely cause Apple competitive harm. (*See, e.g.*,
7 Dkt. Nos. 2382, 2392.) Disclosure of Apple's capacity information would allow Apple's
8 competitors to take advantage of unfair knowledge to take advantage of Apple's manufacturing
9 practices and patterns. (Dkt. No. 2392 ¶ 6.) Profit/loss information would give competitors a
10 substantial advantage over Apple as competitors could tailor offerings and pricing to undercut
11 Apple. (*Id.*) Publication of pricing terms, royalty rates, or other payment-related terms could be
12 used by other parties in future licensing negotiations to gain an unfair and uneven bargaining
13 position. (*Id.* ¶ 7.) Disclosure of IDC's material would severely harm IDC, and Apple's
14 relationship with IDC, as public release of detailed information from IDC reports that cost
15 thousands of dollars would supplant the market for those reports. (*Id.* ¶ 9.)

16 For all of these reasons, Apple requests that the Court order the information filed under
17 seal.[1]

18 **Confidential Samsung Information**

19 Exhibits A, B, C, D, J, and K to the Robinson Declaration contain confidential Samsung
20 information. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a
21 declaration supporting the filing of these materials under seal.

---

[1] Per the Court's August 22, 2013 Case Management Order (Dkt. No. 2369 at 2), the parties will confer and file a joint chart addressing all sealing motions related to briefing on motions to strike.

Dated: September 12, 2013

MORRISON & FOERSTER LLP

By: */s/ Harold J. McElhinny*
HAROLD J. MCELHINNY

Attorneys for Plaintiff
APPLE INC.