1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL** |

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3331620

1   Apple filed a motion to seal documents related to its Opposition to Samsung's Motion to
2   Strike Portions of Davis Report. The Court finds that Apple's sealing requests are narrowly
3   tailored and justified. Therefore, Apple's Opposition to Samsung's Motion to Strike and Exhibits
4   A, B, C, D, J and K to the Declaration Of Christopher L. Robinson In Support Of Apple's
5   Oppositions To Samsung's Motions re Julie L. Davis may be filed under seal-in-part consistent
6   with Apple's proposed redactions.

**IT IS SO ORDERED.**

Dated: _____      _____
                                    Hon. Lucy H. Koh
                                    United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3331620

1