Exhibit E

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Section I.A. from Samsung's Motion to Strike:  Davis's Design-Around Methodology ||
|---|---|
| Samsung asserts that Davis uses a different methodology from that of Musika by starting the design around periods on the dates of notice, rather than the dates of first infringement.  (Dkt. No. 2391 at 1:16-4:5.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| Davis Rpt. ¶ 93. | Musika's Expert Report dated March 22, 2012 ("3/22 Rpt.") ¶ 129 (emphasis added).  "This period begins at the later of the issuance of the item of Apple Intellectual Property In Suit or the date in which Samsung first sold the product embodying the Apple Intellectual Property In Suit and *assumes that Samsung had notice of the patents on that date*.  I understand that Samsung contends that it lacked actual or constructive notice of its infringement for at least some of the patents until suit was filed.  *To the extent that Samsung succeeds with respect to this claim, the calculations done to determine the amount of time that Samsung would be unable to sell products should begin at the date in which notice is proven*."<br><br>*See also* 3/22 Rpt. ¶ 89 (emphasis added).  "I also understand that Samsung contends that they did not receive actual or constructive notice of some of the asserted patents until approximately April of 2011.  Although Apple disputes Samsung's claim, I am able to calculate the impact to Apple's damages of changes to *the date on which notice occurred and any resulting effort to design around would begin*." |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| Exhibit 17.1-PT-H and 17.2-PT-H. | 5/8 Rpt. Exhibit 17.1-S presents a summary of Apple's lost profits based on the notice dates asserted by Apple. The more detailed calculations in 5/8 Rpt. Exhibit 17.2-S show Apple's lost profits beginning in the months of Apple's asserted notice dates. Subsequent to the first trial, the Court determined that different notice dates apply. Davis uses the same methodology to calculate lost profits calculations based on the Court's notice dates. |

| Section I.B from Samsung's Motion to Strike: Davis's Capacity Opinions Regarding the iPhone 4 ||
|---|---|
| Samsung asserts that Davis provides new opinions regarding Apple's capacity to make iPhone 4 sales. (Dkt. No. 2391 at 4:7-20.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| Davis Rpt. ¶ 124. | 3/22 Rpt. ¶¶ 126-127, 133.<br><br>In forming his opinions about capacity, Musika cited to and relied upon 5/8 Rpt. Exhibits 26-S and 27-S, which present data regarding Apple's manufacturing capacity as well as its beginning and excess inventory. Davis cites to and relies on the exact same data in forming her capacity opinions and compares that capacity data to the quantities changed according to the notice dates in the Court's March 1 Order re: Damages. (Davis Rpt. ¶ 116 & Davis Ex. 26-S.) |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Section I.C from Samsung's Motion to Strike: Davis's Infringer's Profits Theories ||
|---|---|
| Samsung asserts that Davis presents two new calculations of Samsung's profits – one on an incremental basis and one a revenue basis.  (Dkt. No. 2391 at 4:22-5:26.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| Davis Ex. 50.1-PT – 50.9-PT (incremental basis) | 5/8 Rpt. Exhibit 50-S; 5/8 Rpt. ¶¶ 38-40.  <br><br>The right hand column of 5/8 Rpt. Exhibit 50-S presents Musika's calculation of Samsung's incremental profits.  Musika discussed the theory and methodology that he used to generate that calculation in his supplemental report.  (5/8 Rpt. ¶¶ 38-40.)  Davis uses the same data, the same theory, and the same methodology to calculate Samsung's incremental profits for the new trial products for which damages can be awarded under 35 U.S.C. § 289. |
| Davis Ex. 17-PT-I and 18-PT-I (incremental basis) | 5/8 Rpt. Exhibits 17-S and 18-S.  <br><br>Since 5/8 Rpt. Exhibit 50-S was not limited to any particular notice period, Davis calculated Samsung's incremental profits using the same data, theory, and methodology reflected in 5/8 Rpt. Exhibit   50-S adjusted for the notice dates in the Court's March 1 Order re: Damages. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| Davis Ex. 17-PT-H and 18-PT-H (revenue basis) | 5/8 Rpt. Exhibits 17-S and 18-S; 3/22 Rpt. ¶¶ 85-86; 5/8 Rpt. ¶¶ 20-21.<br><br>*See also* 5/8 Rpt. ¶ 28 ("I have calculated damages based initially on Samsung's revenues for the Accused Products. These figures are directly associated with unit sales of the Accused Products and constitute the most reliable of the information provided by Samsung. In light of the deficiencies in Samsung's remaining data as discussed below, it would be appropriate for the jury to award damages based on this amount due to Samsung's failure to carry its burden of proof and the fact that Samsung is in possession of the information necessary to produce more reliable information."). |

| **Section I.D. of Samsung's Motion to Strike: Davis's Utility Patent Descriptions** ||
|---|---|
| Samsung asserts that Davis expands the scope of Musika's descriptions of the utility patents. (Dkt. No. 2391 at 5:28-6:3.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| ¶ 27 | 3/22 Rpt. ¶ 11. |
| ¶ 28 | 3/22 Rpt. ¶ 13. |
| ¶ 29 | 3/22 Rpt. ¶ 15. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| **Section I.E of Samsung's Motion to Strike:  Allegedly Excluded Opinions** ||
|---|---|
| Samsung seeks to strike material in Davis on the basis of the Court's prior evidentiary rulings, not because that information is new.  (Dkt. No. 2391 at 6:5-17.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| ¶¶ 145, 147-148, 152-155. | 3/22 Rpt. ¶¶ 143-149; 5/8 Rpt. ¶¶ 4, 27-42; 5/8 Rpt. Exhibit 49-S; 5/8 Rpt. Exhibit 50-S.<br><br>The Court's prior evidentiary rulings provide no basis to strike any material from the Davis Report for the reasons stated in Apple's opposition brief.  (See Apple's Opposition to Samsung's Motion to Strike Portions of the Expert Report of Julie L. Davis, filed herewith, at 5.)  Samsung does not contend that these paragraphs were not contained in Musika's prior reports. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| **Section II, Paragraph 1, of Samsung's Motion to Strike:   Allegedly New Evidence in Davis Report** ||
|---|---|
| Samsung asserts that Davis relies on documents not cited in Musika's report, including enumerated documents allegedly not cited in Musika Exs. 24-S and 25-S, unspecified copying documents relating to Apple's design patents, and enumerated advertisements and press articles.  (Dkt. No. 2391 at 6:19-7:5.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| ¶ 106.<br><br>Samsung's brief enumerates one document from paragraph 106 to be stricken—SAMNDCA00214969.<br><br>Samsung's annotated version of the Davis report (Dkt. No. 2386-2) highlights other documents in paragraph 106 not mentioned in Samsung's brief.  Exhibit G to the Robinson Declaration identifies where Musika cited to those documents in his prior reports. | Musika cited SAMNDCA00214969 in 3/22 Rpt. Exhibit 3 ("Documents Considered") at p. 16 of 51. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶ 134.<br><br>Samsung's brief enumerates one document from paragraph 134 to be stricken—SAMNDCA10246338. (This document is the same as Admitted PX69. It is also the same as Benner Exhibit 1594, as reflected on the deposition exhibit sticker on the front of Admitted PX69.)<br><br>Samsung's annotated version of the Davis report highlights no other documents. | Admitted PX69 was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.<br><br>Musika also cited Benner Exhibit 1594 in 3/22 Rpt. Exhibit 3 ("Documents Considered") at p. 47 of 51. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶¶ 136-137.<br><br>Samsung's brief enumerates several admitted trial exhibits in paragraphs 136 to 137 to be stricken:<br>• Admitted PX3<br>• Admitted PX6<br>• Admitted PX7<br>• Admitted PX8<br>• Admitted PX21A<br>• Admitted PX55<br>• Admitted PX58<br>• Admitted PX60<br>• Admitted PX62<br>• Admitted PX174<br>• Admitted PX186<br>• Admitted PX2261<br><br>Samsung's annotated version of the Davis report highlights other documents in paragraphs 136 to 137 not mentioned in Samsung's brief. Exhibit G to the Robinson Declaration identifies where Musika cited to those documents in his prior reports. | All of these exhibits were admitted into evidence at trial and available to Musika at the time of his trial testimony, except for Admitted PX186 and Admitted PX2261, which were admitted after Musika's testimony.<br><br>In addition:<br>• PX58 (SAMNDCA10375640) = 5/8 Rpt. Exhibit 53-S, item 3.<br>• PX60 (SAMNDCA11547401) = 5/8 Rpt. Exhibit 53-S, item 11. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶¶ 41-42, 58-60.<br><br>Samsung's brief does not enumerate any documents in paragraphs 41 to 42 and 58 to 60 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights nothing in paragraphs 41 to 42 and 58 to 60. | Samsung identifies no challenged documents. |
| ¶ 234.<br><br>Samsung's brief does not enumerate any documents in paragraph 234 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights nothing in paragraph 234. | Samsung identifies no challenged documents. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶ 236.<br><br>Samsung's brief does not enumerate any documents in paragraph 236 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights nothing in paragraph 236. | Samsung identifies no challenged documents. |
| ¶ 237.<br><br>Samsung's brief does not enumerate any documents in paragraph 237 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights two documents in paragraph 237 not mentioned in Samsung's brief, and cited in Musika's prior reports:<br>• Admitted PX44<br>• SAMNDCA20012936 | Admitted PX44 was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.<br><br>In addition:<br>• PX44 (SAMNDCA00203880) = 5/8 Rpt. Exhibit 24-S, item 49<br>• SAMNDCA20012936 = 5/8 Rpt. Exhibit 24-S, item 88 |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶ 133.<br><br>Samsung's brief enumerates several admitted trial exhibits in paragraph 133 to be stricken:<br>• Admitted PX11<br>• Admitted PX12<br>• Admitted PX13<br>• Admitted PX127<br>• Admitted PX133 (APLNDC-Y0000235973)<br>• Admitted PX134 (APLNDC-Y0000234932)<br>• Admitted PX135 (APLNDC-Y000014696)<br>• Admitted PX141 (APLNDC-Y0000233381)<br>• Admitted PX142<br><br>Samsung's annotated version of the Davis report highlights other documents in paragraphs 136 to 137 not mentioned in Samsung's brief. Exhibit F to the Robinson Declaration identifies where Musika cited to those documents in his prior reports. | All of these exhibits were admitted into evidence at trial and available to Musika at the time of his trial testimony. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Section II, Paragraph 2, of Samsung's Motion to Strike: Allegedly New Evidence in Davis Report ||
|---|---|
| Samsung asserts that Davis relies on documents not cited in Musika's report, including deposition transcripts and declarations and trial testimony from enumerated individuals. (Dkt. No. 2391 at 7:6-15.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| ¶ 147 (citing 2/28/12 Decl. of Eric Roberts) | Musika cited the motion to which the Roberts Declaration was attached. (3/22 Rpt. ¶ 143 n.129.) Musika also discussed the same content of the Roberts Declaration in his prior reports. (*See id*. ¶ 143; 5/8 Rpt. ¶¶ 29-30; *see also* Dkt. No. 2331 ¶ 6.) |
| ¶¶ 152-153 (citing 3/31/12 Sim Dep.) | 5/8 Rpt. ¶ 43 ("The third and final category of supplemental opinions addresses additional information obtained subsequent to my Original Expert Report, such as Samsung depositions and the exhibits thereto taken after March 22, 2012. My review included depositions of . . . Jaehwang Sim . . . ."). |
| ¶¶ 135-136, 165 (citing trial testimony from Forstall, Stringer, Winer, Kare, Bressler, Chang, Wang, and Sheppard) | Trial testimony was not available at the time of Musika's report, but transcripts of these witnesses' testimony were available to Musika at the time of his trial testimony, except for Wang and Sheppard, who were called after Musika took the stand. |

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| **Section II, Paragraph 3, of Samsung's Motion to Strike:   Allegedly New Evidence in Davis Report** ||
| --- | --- |
| Samsung asserts that Davis relies on unspecified "liability documents" not cited in Musika's report.  (Dkt. No. 2391 at 7:16-20.) ||
| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
| ¶ 132.<br><br>Samsung's brief does not enumerate any documents in paragraph 132 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights nothing in paragraph 132. | No challenged documents identified. |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶ 166.<br><br>Samsung's brief does not enumerate any documents in paragraph 166 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights two admitted trial exhibits in paragraph 166 not mentioned in Samsung's brief, both Samsung financial spreadsheets used by Musika and Wagner to calculate damages:<br>• Admitted PX180<br>• Admitted DX676.<br><br>Samsung's annotated version of the Davis report highlights no other documents. | Admitted PX180 (SAMNDCA4875335) and Admitted DX676 are documents that Samsung did not produce as of the dates of Musika's reports, and were produced shortly before the first trial. These exhibits were incorporated into Musika's trial exhibits by stipulation and court order. (*See* Dkt. No. 1554 ¶¶ 1-2; *see also* JX1500 n.1 (*citing* SAMNDCA4875335—*i.e.*, PX180).) |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶ 254.<br><br>Samsung's brief does not enumerate any documents in paragraph 254 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights one admitted trial exhibit in paragraph 254 not mentioned in Samsung's brief:<br>• Admitted PX52<br><br>Admitted PX52 is an August 4, 2010 Apple Presentation to Samsung entitled "Samsung's Use of Apple Patents in Smartphones" (APLNDC00001103). | Admitted PX52 was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.<br><br>Although Musika did not cite PX52 (APLNDC00001103) in his prior reports, he discussed the content of the August 4, 2010 presentation in paragraphs 174 and 175 of his original report:<br><br>• ¶ 174. "The July 2010 meeting was followed up with August and September 2010 meetings between other Apple and Samsung representatives in which Apple provided substantial additional information about the nature and scope of Samsung's infringement of Apple's intellectual property."<br><br>• ¶ 175 ("When asked whether Samsung was offered a license in the August 4, 2010 meeting, Chip Lutton stated 'f Samsung wanted to continue to use Apple's utility patents in its smartphones, as documented in the – in the infringement by the Android – various layers of the Android system, the message to Samsung was that we were willing to work with them on – on that. We were not willing to license them the design patents or the design aspects of our product.'"). |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶ 255.<br><br>Samsung's brief does not enumerate any documents in paragraph 255 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights one admitted trial exhibit in paragraph 255 not mentioned in Samsung's brief, and cited in Musika's prior reports:<br>• Admitted PX44<br><br>Admitted PX44 is a Samsung document entitled "Relative Evaluation Report on S1, iPhone" (SAMNDCA00203880). | Admitted PX44 was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.<br><br>In addition:<br>• PX44 (SAMNDCA00203880) = 5/8 Rpt. Exhibit 24-S, item 49<br>• SAMNDCA20012936 = 5/8 Rpt. Exhibit 24-S, item 88 |

*Apple v. Samsung*, No. 11-cv-01846-LHK

Robinson Decl. Ex. E: Challenged Methodology, Theory, and Data in Davis Report, Where That Information Can Be Found in Davis's Current Report, and Analogous Information in Musika's Prior Reports

| Challenged Provisions in Davis Report | Corresponding Provisions in Musika Report |
|---|---|
| ¶ 256.<br><br>Samsung's brief does not enumerate any documents in paragraph 256 to be stricken.<br><br>Samsung's annotated version of the Davis report highlights one admitted trial exhibit in paragraph 256 not mentioned in Samsung's brief, and cited in Musika's report reports:<br>• Admitted PX36<br><br>Admitted PX36 is a Samsung document entitled "Gravity Tank, Touch Portfolio" (SAMNDCA00191811). | Admitted PX36 was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.<br><br>In addition:<br>• PX36 (SAMNDCA00191811) = 5/8 Rpt. Exhibit 24-S, items 69 & 93<br>• PX36 (SAMNDCA00191811) = 5/8 Rpt. Exhibit 25-S, item 61 |