# Exhibit F

*Apple v. Samsung*, No. 11-01846-LHK

Robinson Decl. Ex. F: Highlighted Provisions of Davis Report Not Cited in Samsung's Motion, Plus Corresponding Provisions of Musika Reports

Samsung's Motion fails to cite provisions of the Ms. Davis's report that Samsung asks the Court to strike (by highlighting them in Dkt. No. 2386-2). Apple's Opposition asks the Court to disregard those provisions, which are listed in the first column below.

If the Court does consider Samsung's challenges to these provisions, the second column below shows the corresponding provisions of Mr. Musika's reports.[1]

| **Highlighted Provisions of Davis Report Not Cited in Motion** | **Corresponding Provisions of Musika Reports** |
|---|---|
| ¶ 65 | 3/22 Rpt. ¶ 85 |
| ¶ 66 | 3/22 Rpt. ¶ 86 |
| ¶ 67 | 3/22 Rpt. ¶ 87 |
| ¶ 72 | (Ms. Davis applies methods from Musika's Supplemental Expert Report dated May 8, 2012 ("5/8 Rpt.") ¶¶ 38 and 40 and PX28 to the relevant new trial products.) |
| ¶ 90 | (Ms. Davis states that she used the same methodology and model as Mr. Musika to calculate damages for the new trial.) |
| Footnote 120 (page 41) | 3/22 Rpt. ¶ 121; 5/8 Rpt. Exhibit 24-S, item 69; 5/8 Rpt. Exhibit 25-S, item 61 |
| Footnote 121 (page 41) | 3/22 Rpt. ¶ 121; 5/8 Rpt. Exhibit 24-S, item 69; 5/8 Rpt. Exhibit 25-S, item 61 |
| Footnote 122 (page 41) | 3/22 Rpt. ¶ 121; 5/8 Rpt. Exhibit 24-S, item 69; 5/8 Rpt. Exhibit 25-S, item 61 |
| Footnote 123 (page 41) | 3/22 Rpt. ¶ 121; 5/8 Rpt. Exhibit 24-S, item 69; 5/8 Rpt. Exhibit 25-S, item 61 |
| Footnote 138 (page 45) | 3/22 Rpt. ¶¶ 124-125 |
| ¶ 111 | 3/22 Rpt. ¶ 124 |

---

[1] Samsung's Motion also fails to discuss numerous documents that it seeks to strike from Ms. Davis's report because they were not in Mr. Musika's reports. A chart showing where the documents that Samsung seeks to strike are, in fact, cited in Mr. Musika's reports is attached as Exhibit G to the Robinson Declaration.

*Apple v. Samsung*, No. 11-01846-LHK

Robinson Decl. Ex. F: Highlighted Provisions of Davis Report Not Cited in Samsung's Motion, Plus Corresponding Provisions of Musika Reports

| **Highlighted Provisions of Davis Report Not Cited in Motion** | **Corresponding Provisions of Musika Reports** |
|:---:|:---:|
| ¶ 117 | 3/22 Rpt. ¶ 127 |
| ¶ 120 | 3/22 Rpt. ¶ 129; also describing changes due to March 1 Order. |
| ¶ 124 | 3/22 Rpt. ¶ 133 |
| ¶ 144 | 3/22 Rpt. ¶ 142 |
| ¶ 156 | 5/8 Rpt. ¶¶ 20-21, 28 |
| ¶ 159 | 5/8 Rpt. ¶ 38 |
| ¶ 163 | 5/8 Rpt. ¶ 40; also describing change due to jury verdict and March 1 Order. |
| ¶ 253 | 5/8 Rpt. ¶ 40; also describing change due to jury verdict and March 1 Order. |