# Exhibit G

*Apple v. Samsung,*  No. 11-cv-01846-LHK

Robinson Decl. Ex. G.1: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Order They Appear in Davis)

| Sorted By Location in Davis Report | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| ¶ 72 | Admitted PX28 (Summary of Samsung's fixed, variable, and non-product costs) | N/A | Musika Supplemental Expert Report dated May 8, 2012 ("5/8 Rpt.") Exhibit 50-S. |
| ¶ 106 n.120-123 | Admitted PX36 (Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight) | SAMNDCA00191811-SAMNDCA00191987 | 5/8 Rpt. Exhibit 24-S, items 69 & 93; 5/8 Rpt. Exhibit 25-S, item 61; 5/8 Rpt. Exhibit 53-S, item 10. |
| ¶ 106 n.125 | Email chain re: "Relaying the CEO's opinions on touch method and call to a meeting" | SAMNDCA11374409-SAMNDCA11374414 | 5/8 Rpt. Exhibit 24-S, item 90. |
| ¶ 106 n.125 | 2009 Mobile UX Forecast: M.T.O.C. | SAMNDCA00214969-SAMNDCA00215201 | Musika's Expert Report dated March 22, 2012 ("3/22 Rpt.") Exhibit 3, p. 16 of 54. |
| ¶ 106 nn.126-127 | Admitted PX40 (Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10)) | SAMNDCA10247373-SAMNDCA10247378 | 5/8 Rpt. Exhibit 24-S, item 21.  (Musika cites to page 5 of this document by reference to SAMNDCA10247377.) |
| ¶ 106 n.128 | Admitted PX194 (Email from Sungsik Lee dated March 2, 2010) | SAMNDCA10247549-SAMNDCA10247552 | 5/8 Rpt. Exhibit 24-S, item 22. |
| ¶ 106 n.129 | 2011 Smartphone CS Project Final Report | SAMNDCA10257309-SAMNDCA10257380 | 5/8 Rpt. Exhibit 24-S, item 15.  (Musika cites to page 11 of this document by reference to SAMNDCA10257319.) |
| ¶ 106 n.129 | Premium & Mass Design Preference Study | SAMNDCA00176172-SAMNDCA00176202 | 5/8 Rpt. Exhibit 24-S, item 81. |
| ¶ 107 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |
| ¶ 111 n.138 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |
| ¶ 111 n.138 | Admitted PX46 (Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group) | SAMNDCA00508318-SAMNDCA00508411 | 5/8 Rpt. Exhibit 25-S, item 40. |
| ¶ 133 | Admitted PX135 ("Best Inventions of 2007," by Lev Grossman, Time , November 1, 2007 (including photo of cover)) | APLNDC-Y0000146961-APLNDC-Y0000146962 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 | Admitted PX133 ("Apple Waves Its Wand at the iPhone," by David Pogue, New York Times , January 11, 2007) | APLNDC-Y0000235973-APLNDC-Y0000235976 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 | Admitted PX17 (Summary of iPhone and iPad News Coverage) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |

*Apple v. Samsung,* No. 11-cv-01846-LHK

Robinson Decl. Ex. G.1: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Order They Appear in Davis)

| Sorted By Location in Davis Report | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| ¶ 133 | Admitted PX11 (iPhone and iPad Print Advertisements) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 | Admitted PX12 (iPhone Television Advertisements) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 | Admitted PX13 (iPad Television Advertisements) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 | Admitted PX127 ("How To" TV ad for original iPhone) | APLNDC-X0000007535-APLNDC-X0000007535 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 n.165 | Admitted PX134 ("Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal , June 27, 2007) | APLNDC-Y0000234932-APLNDC-Y0000234936 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 n.166 | Admitted PX141 ("Laptop Killer? Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010) | APLNDC-Y0000233381-APLNDC-Y0000233385 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 n.166 | Admitted PX142 ("Patent Office Highlights Jobs's Innovations," New York Times) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 n.167 | Admitted PX135 ("Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover)) | APLNDC-Y0000146961-APLNDC-Y0000146962 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 n.168 | Admitted PX133 ("Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007) | APLNDC-Y0000235973-APLNDC-Y0000235976 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 133 n.172 | Admitted PX128 ("iPad Is Iconic" TV ad for first-generation iPad) | N/A | 5/8 Rpt. Exhibit 25-S, item 9. |
| ¶ 134 n.181 | Admitted PX69 (JD Power 2011 Wireless Smartphone Satisfaction Study) | SAMNDCA10246338-SAMNDCA10246445 | 3/22 Rpt. Exhibit 3 at p. 47 of 51 (cited as Benner Exhibit 1594.  (Admitted PX69 is the same as Benner Exhibit 1594, as reflected on the deposition exhibit sticker on the front of Admitted PX69.) |
| ¶ 136 | Admitted PX46 (Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group) | SAMNDCA00508318-SAMNDCA00508400 | 5/8 Rpt. Exhibit 25-S, item 40. |

*Apple v. Samsung,* No. 11-cv-01846-LHK

Robinson Decl. Ex. G.1: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Order They Appear in Davis)

| Sorted By Location in Davis Report | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| ¶ 136 | Admitted PX57 (Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1) | SAMNDCA00176053-SAMNDCA10765466 | 5/8 Rpt. Exhibit 24-S, item 57; 5/8 Rpt. Exhibit 25-S, item 36. |
| ¶ 136 | Admitted PX38 (Presentation: Browser Zooming Methods UX Exploration Study) | SAMNDCA11104115-SAMNDCA11104139 | 5/8 Rpt. Exhibit 25-S, item 52. |
| ¶ 136 & n.194 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |
| ¶ 136 | Admitted PX21A (Screen captures considered by S. Kare) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 & n.194 | Admitted PX7 (Photographs of infringing Samsung devices) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 & n.194 | Admitted PX8 (Photographs of Apple products) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 & n.194 | Admitted PX3 (Apple and Samsung Smartphones) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 & n.195 | Admitted PX6 (Summary of Press Reports Regarding Samsung Phone Designs) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 n.186 | Admitted PX54 (Presentation: Lessons from Apple Boston Consulting Group) | SAMNDCA00274819-SAMNDCA00274854 | 5/8 Rpt. Exhibit 24-S, item 83; 5/8 Rpt. Exhibit 53-S, item 4. |
| ¶ 136 n.186 | Admitted PX58 (Email from Justin Denison regarding GS Choi's Direction and Request to STA) | SAMNDCA10375640-SAMNDCA10375641 | 5/8 Rpt. Exhibit 53-S, item 3. |
| ¶ 136 n.186 | Admitted PX60 (Presentation: STA Competitive Situation Paradigm Shift) | SAMNDCA11547401-SAMNDCA11547470 | 5/8 Rpt. Exhibit 53-S, item 11. |
| ¶ 136 n.186 | Admitted PX62 (Presentation: iPhone 5 Counter Strategy) | S-ITC-003351732-S-ITC-003351759 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 n.187 | Admitted PX55 (Presentation: Samsung mobile icon design for 2011) | SAMNDCA20007208-SAMNDCA20007222 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 n.187 | Admitted PX2261 (Samsung mobile icon design for 2011 [Black and White]) | SAMNDCA10252511-SAMNDCA10252525 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |

*Apple v. Samsung,* No. 11-cv-01846-LHK

Robinson Decl. Ex. G.1: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Order They Appear in Davis)

| Sorted By Location in Davis Report | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| ¶ 136 n.188 | Admitted PX186 (Translation of email from H. T. Han regarding "Domestic Galaxy Tab Main Horzontal Deployment Items.") | SAMNDCA10005982-SAMNDCA10005986 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 136 n.188 | Admitted PX195 (Email from Sangwook Han dated October 28, 2010) | SAMNDCA10850604-SAMNDCA10850607 | 5/8 Rpt. Exhibit 25-S, item 42. |
| ¶ 136 nn.190-191 | Admitted PX46 (Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group) | SAMNDCA00508318-SAMNDCA00508411 | 5/8 Rpt. Exhibit 25-S, item 40. |
| ¶ 136 nn.190-191 | Admitted PX57 (Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1) | SAMNDCA00176053-SAMNDCA00176171 | 5/8 Rpt. Exhibit 24-S, item 57; 5/8 Rpt. Exhibit 25-S, item 36. |
| ¶ 136 n.192 | Admitted PX38 (Presentation: Browser Zooming Methods UX Exploration Study) | SAMNDCA11104115-SAMNDCA11104139 | 5/8 Rpt. Exhibit 25-S, item 52. |
| ¶ 136 nn.192-193 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |
| ¶ 136 n.194 | Admitted PX174 ("First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010) | APLNDC-Y0000236157-APLNDC-Y0000236159 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 137 n.198 | Admitted PX40 (Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10)) | SAMNDCA10247373-SAMNDCA10247378 | 5/8 Rpt. Exhibit 24-S, item 21.  (Musika cites to page 5 of this document by reference to SAMNDCA10247377.) |
| ¶ 137 n.198 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |
| ¶ 137 n.198 | Admitted PX54 (Presentation: Lessons from Apple Boston Consulting Group) | SAMNDCA00274819-SAMNDCA00274854 | 5/8 Rpt. Exhibit 24-S, item 83; 5/8 Rpt. Exhibit 53-S, item 4. |
| ¶ 137 n.198 | Admitted PX58 (Email from Justin Denison regarding GS Choi's Direction and Request to STA) | SAMNDCA10375640-SAMNDCA10375641 | 5/8 Rpt. Exhibit 53-S, item 3. |
| ¶ 137 n.198 | Admitted PX60 (Presentation: STA Competitive Situation Paradigm Shift) | SAMNDCA11547401-SAMNDCA11547470 | 5/8 Rpt. Exhibit 53-S, item 11. |
| ¶ 137 n.198 | Admitted PX62 (Presentation: iPhone 5 Counter Strategy) | S-ITC-003351732-S-ITC-003351759 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| ¶ 147 n.204 | January 27, 2012 Order re Discovery Motions (Dkt. No. 673) | N/A | 5/8 Rpt. ¶ 29 n.11. |
| ¶ 147 n.205 | Samsung produced financial spreadsheet dated February 3, 2012 | SAMNDCA00323946-SAMNDCA00323946 | 3/22 Rpt. ¶ 143. |

*Apple v. Samsung,* No. 11-cv-01846-LHK

Robinson Decl. Ex. G.1: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Order They Appear in Davis)

| Sorted By Location in Davis Report | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| ¶ 147 nn.206-208 | February 28, 2012 Declaration of Eric R. Roberts ISO Motion to Enforce January 27, 2012 Order re Discovery Motions (Dkt. No. 759-5) | N/A | Musika cited the motion to which the Roberts Declaration was attached. (3/22 Rpt. ¶ 143 n.129.) Musika also discussed the same content of the Roberts Declaration in his prior reports. (*Id.* ¶ 143; 5/8 Rpt. ¶¶ 29-30; *see also* Dkt. No. 2331 ¶ 6.) |
| ¶ 147 n.209 | February 28, 2012 Apple's Rule 37(b)(2) Motion for Sanctions (Dkt. No. 759) | N/A | 3/22 Rpt. ¶ 143 n.129. |
| ¶ 154 nn.234-235 | April 23, 2012 Order Granting in Part Apple's Motion for Rule 37(b)(2) Sanctions (Dkt. No. 880) | N/A | 5/8 Rpt. ¶ 4 (first bullet) & 5/8 Rpt. *passim.* |
| ¶ 155 n.238 | March 31, 2012 Deposition of JaeHwang Sim | N/A | 5/8 Rpt. ¶ 43. |
| ¶ 155 n.238 | February 28, 2012 Declaration of Eric R. Roberts ISO Motion to Enforce January 27, 2012 Order re Discovery Motions (Dkt. No. 759-5) | N/A | Musika cited the motion to which the Roberts Declaration was attached. (3/22 Rpt. ¶ 143 n.129.) Musika also discussed the same content of the Roberts Declaration in his prior reports. (Id. ¶ 143; 5/8 Rpt. ¶¶ 29-30; see also Dkt. No. 2331 ¶ 6.) |
| ¶ 165 nn.247, 250 | Admitted DX676 (Financial Spreadsheet) | SAMNDCA4875338-SAMNDCA4875338 | Samsung did not produce Admitted DX676 as of the dates of Musika's reports. It was produced shortly before the first trial. This document was incorporated into Musika's trial exhibits by stipulation and court order. (*See* Dkt. No. 1554 ¶¶ 1-2.) |
| ¶ 165 nn.247-248 | Admitted DX753 (Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. Musika cited Bates-stamped versions of SEC's consolidated financial statements for the same period in 5/8 Rpt. Exhibit 3-S, page 3 of 5. |
| ¶ 165 nn.247, 250 | Admitted PX180 (Samsung's Financial Spreadsheet) | SAMNDCA4875335-SAMNDCA4875335 | Samsung did not produce Admitted PX180 (SAMNDCA4875335) as of the dates of Musika's reports. It was produced shortly before the first trial. This document was incorporated into Musika's trial exhibits by stipulation and court order. (*See* Dkt. No. 1554 ¶¶ 1-2; *see also* JX1500 n.1 (citing SAMNDCA4875335—*i.e.*, PX180).) |
| ¶ 237 n.321 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |

*Apple v. Samsung,* No. 11-cv-01846-LHK

Robinson Decl. Ex. G.1: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Order They Appear in Davis)

| Sorted By Location in Davis Report | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| ¶ 237 n.322 | Alkon: Instructions from the CEO | SAMNDCA20012936-SAMNDCA20012942 | 5/8 Rpt. Exhibit 24-S, item 88. |
| ¶ 254 & n.328 | Admitted PX52 (Presentation: Samsung's Use of Apple Patents in Smartphones) | APLNDC00001103-APLNDC00001125 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.  Although Musika did not cite PX52 (APLNDC00001103) in his prior reports, he discussed the content of the August 4, 2010 presentation in paragraphs 174 and 175 of his 3/22 report. |
| ¶ 255 n.332 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |
| ¶ 256 n.335 & n.337 | Admitted PX36 (Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight) | SAMNDCA00191811-SAMNDCA00191987 | 5/8 Rpt. Exhibit 24-S, items 69 & 93; 5/8 Rpt. Exhibit 25-S, item 61; 5/8 Rpt. Exhibit 53-S, item 10. |

*Apple v. Samsung,* Case No. 11-cv-01846-LHK

Robinson Decl. Ex. G.2: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Exhibit Number)

| Sorted By Exhibit Number | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| Admitted PX3 | Admitted PX3 (Apple and Samsung Smartphones) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX6 | Admitted PX6 (Summary of Press Reports Regarding Samsung Phone Designs) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX7 | Admitted PX7 (Photographs of infringing Samsung devices) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX8 | Admitted PX8 (Photographs of Apple products) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX11 | Admitted PX11 (iPhone and iPad Print Advertisements) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX12 | Admitted PX12 (iPhone Television Advertisements) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX13 | Admitted PX13 (iPad Television Advertisements) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX17 | Admitted PX17 (Summary of iPhone and iPad News Coverage) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX21A | Admitted PX21A (Screen captures considered by S. Kare) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX28 | Admitted PX28 (Summary of Samsung's fixed, variable, and non-product costs) | N/A | Musika Supplemental Expert Report dated May 8, 2012 ("5/8 Rpt.") Exhibit 50-S. |
| Admitted PX36 | Admitted PX36 (Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight) | SAMNDCA00191811-SAMNDCA00191987 | 5/8 Rpt. Exhibit 24-S, items 69 & 93; 5/8 Rpt. Exhibit 25-S, item 61; 5/8 Rpt. Exhibit 53-S, item 10. |
| Admitted PX38 | Admitted PX38 (Presentation: Browser Zooming Methods UX Exploration Study) | SAMNDCA11104115-SAMNDCA11104139 | 5/8 Rpt. Exhibit 25-S, item 52. |

*Apple v. Samsung,* Case No. 11-cv-01846-LHK

Robinson Decl. Ex. G.2: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Exhibit Number)

| Sorted By Exhibit Number | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| Admitted PX40 | Admitted PX40 (Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10)) | SAMNDCA10247373-SAMNDCA10247378 | 5/8 Rpt. Exhibit 24-S, item 21.  (Musika cites to page 5 of this document by reference to SAMNDCA10247377.) |
| Admitted PX44 | Admitted PX44 (Translation of Presentation: Relative Evaluation Report on S1, iPhone) | SAMNDCA00203880-SAMNDCA00204010 | 5/8 Rpt. Exhibit 24-S, item 49; 5/8 Rpt. Exhibit 25-S, item 38. |
| Admitted PX46 | Admitted PX46 (Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group) | SAMNDCA00508318-SAMNDCA00508400 | 5/8 Rpt. Exhibit 25-S, item 40. |
| Admitted PX52 | Admitted PX52 (Presentation: Samsung's Use of Apple Patents in Smartphones) | APLNDC00001103-APLNDC00001125 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.  Although Musika did not cite PX52 (APLNDC00001103) in his prior reports, he discussed the content of the August 4, 2010 presentation in paragraphs 174 and 175 of his 3/22 report. |
| Admitted PX54 | Admitted PX54 (Presentation: Lessons from Apple Boston Consulting Group) | SAMNDCA00274819-SAMNDCA00274854 | 5/8 Rpt. Exhibit 24-S, item 83; 5/8 Rpt. Exhibit 53-S, item 4. |
| Admitted PX55 | Admitted PX55 (Presentation: Samsung mobile icon design for 2011) | SAMNDCA20007208-SAMNDCA20007222 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX57 | Admitted PX57 (Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1) | SAMNDCA00176053-SAMNDCA00176171 | 5/8 Rpt. Exhibit 24-S, item 57; 5/8 Rpt. Exhibit 25-S, item 36. |
| Admitted PX58 | Admitted PX58 (Email from Justin Denison regarding GS Choi's Direction and Request to STA) | SAMNDCA10375640-SAMNDCA10375641 | 5/8 Rpt. Exhibit 53-S, item 3. |
| Admitted PX60 | Admitted PX60 (Presentation: STA Competitive Situation Paradigm Shift) | SAMNDCA11547401-SAMNDCA11547470 | 5/8 Rpt. Exhibit 53-S, item 11. |
| Admitted PX62 | Admitted PX62 (Presentation: iPhone 5 Counter Strategy) | S-ITC-003351732-S-ITC-003351759 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX69 | Admitted PX69 (JD Power 2011 Wireless Smartphone Satisfaction Study) | SAMNDCA10246338-SAMNDCA10246445 | 3/22 Rpt. Exhibit 3 at p. 47 of 51 (cited as Benner Exhibit 1594).  (Admitted PX69 is the same as Benner Exhibit 1594, as reflected on the deposition exhibit sticker on the front of Admitted PX69.) |

*Apple v. Samsung,* Case No. 11-cv-01846-LHK

Robinson Decl. Ex. G.2: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Exhibit Number)

| Sorted By Exhibit Number | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| Admitted PX127 | Admitted PX127 ("How To" TV ad for original iPhone) | APLNDC-X0000007535-APLNDC-X0000007535 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX128 | Admitted PX128 ("iPad Is Iconic" TV ad for first-generation iPad) | N/A | 5/8 Rpt. Exhibit 25-S, item 9. |
| Admitted PX133 | Admitted PX133 ("Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007) | APLNDC-Y0000235973-APLNDC-Y0000235976 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX134 | Admitted PX134 ("Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal , June 27, 2007) | APLNDC-Y0000234932-APLNDC-Y0000234936 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX135 | Admitted PX135 ("Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover)) | APLNDC-Y0000146961-APLNDC-Y0000146962 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX141 | Admitted PX141 ("Laptop Killer? Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010) | APLNDC-Y0000233381-APLNDC-Y0000233385 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX142 | Admitted PX142 ("Patent Office Highlights Jobs's Innovations," New York Times) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX174 | Admitted PX174 ("First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010) | APLNDC-Y0000236157-APLNDC-Y0000236159 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX180 | Admitted PX180  (Samsung's Financial Spreadsheet) | SAMNDCA4875335-SAMNDCA4875335 | Samsung did not produce Admitted PX180 (SAMNDCA4875335) as of the dates of Musika's reports.  It was produced shortly before the first trial. This document was incorporated into Musika's trial exhibits by stipulation and court order.  (*See* Dkt. No. 1554 ¶¶ 1-2; *see also* JX1500 n.1 (citing SAMNDCA4875335—*i.e.*, PX180).) |
| Admitted PX186 | Admitted PX186 (Translation of email from H. T. Han regarding "Domestic Galaxy Tab Main Horzontal Deployment Items.") | SAMNDCA10005982-SAMNDCA10005986 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted PX194 | Admitted PX194 (Email from Sungsik Lee dated March 2, 2010) | SAMNDCA10247549-SAMNDCA10247552 | 5/8 Rpt. Exhibit 24-S, item 22. |
| Admitted PX195 | Admitted PX195 (Email from Sangwook Han dated October 28, 2010) | SAMNDCA10850604-SAMNDCA10850607 | 5/8 Rpt. Exhibit 25-S, item 42. |

*Apple v. Samsung,* Case No. 11-cv-01846-LHK

Robinson Decl. Ex. G.2: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Exhibit Number)

| Sorted By Exhibit Number | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| Admitted PX2261 | Admitted PX2261 (Samsung mobile icon design for 2011 [Black and White]) | SAMNDCA10252511-SAMNDCA10252525 | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony. |
| Admitted DX676 | Admitted DX676 (Financial Spreadsheet) | SAMNDCA4875338-SAMNDCA4875338 | Samsung did not produce Admitted DX676 as of the dates of Musika's reports.  It was produced shortly before the first trial.  This document was incorporated into Musika's trial exhibits by stipulation and court order.  (*See* Dkt. No. 1554 ¶¶ 1-2.) |
| Admitted DX753 | Admitted DX753 (Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011) | N/A | This document was admitted into evidence at the first trial and available to Musika at the time of his trial testimony.  Musika cited Bates-stamped versions of SEC's consolidated financial statements for the same period in 5/8 Rpt. Exhibit 3-S, page 3 of 5. |
| Alkon: Instructions from the CEO | Alkon: Instructions from the CEO | SAMNDCA20012936-SAMNDCA20012942 | 5/8 Rpt. Exhibit 24-S, item 88. |
| April 23, 2012 Order Granting in Part Apple's Motion for Rule 37(b)(2) Sanctions | April 23, 2012 Order Granting in Part Apple's Motion for Rule 37(b)(2) Sanctions (Dkt. No. 880) | N/A | 5/8 Rpt. ¶ 4 (first bullet) & 5/8 Rpt. *passim.* |
| Email chain re: "Relaying the CEO's opinions on touch method and call to a meeting" | Email chain re: "Relaying the CEO's opinions on touch method and call to a meeting" | SAMNDCA11374409-SAMNDCA11374414 | 5/8 Rpt. Exhibit 24-S, item 90. |
| February 28, 2012 Apple's Rule 37(b)(2) Motion for Sanctions | February 28, 2012 Apple's Rule 37(b)(2) Motion for Sanctions (Dkt. No. 759) | N/A | 3/22 Rpt. ¶ 143 n.129. |
| February 28, 2012 Declaration of Eric R. Roberts ISO Motion to Enforce January 27, 2012 Order re Discovery Motions | February 28, 2012 Declaration of Eric R. Roberts ISO Motion to Enforce January 27, 2012 Order re Discovery Motions (Dkt. No. 759-5) | N/A | Musika cited the motion to which the Roberts Declaration was attached.  (3/22 Rpt. ¶ 143 n.129.)  Musika also discussed the same content of the Roberts Declaration in his prior reports.  (Id. ¶ 143; 5/8 Rpt. ¶¶ 29-30; see also Dkt. No. 2331 ¶ 6.) |
| January 27, 2012 Order re Discovery Motions | January 27, 2012 Order re Discovery Motions (Dkt. No. 673) | N/A | 5/8 Rpt. ¶ 29 n.11. |

*Apple v. Samsung,* Case No. 11-cv-01846-LHK

Robinson Decl. Ex. G.2: Where Highlighted Documents in Davis Report Can Be Found in Musika Reports (Sorted by Exhibit Number)

| Sorted By Exhibit Number | Highlighted Documents in Samsung's Annotated Version of the Davis Report (Dkt. No. 2386-2) | Bates Number | Location in Musika Report |
|---|---|---|---|
| March 31, 2012 Deposition of JaeHwang Sim | March 31, 2012 Deposition of JaeHwang Sim | N/A | 5/8 Rpt. ¶ 43. |
| Premium & Mass Design Preference Study | Premium & Mass Design Preference Study | SAMNDCA00176172-SAMNDCA00176202 | 5/8 Rpt. Exhibit 24-S, item 81. |
| Samsung produced financial spreadsheet dated February 3, 2012 | Samsung produced financial spreadsheet dated February 3, 2012 | SAMNDCA00323946-SAMNDCA00323946 | 3/22 Rpt. ¶ 143. |
| 2009 Mobile UX Forecast: M.T.O.C. | 2009 Mobile UX Forecast: M.T.O.C. | SAMNDCA00214969-SAMNDCA00215201 | Musika's Expert Report dated March 22, 2012 ("3/22 Rpt.") Exhibit 3, p. 16 of 54. |
| 2011 Smartphone CS Project Final Report | 2011 Smartphone CS Project Final Report | SAMNDCA10257309-SAMNDCA10257380 | 5/8 Rpt. Exhibit 24-S, item 15. (Musika cites to page 11 of this document by reference to SAMNDCA10257319.) |