Exhibit H

*Apple v. Samsung,* No. 11-cv-01846-LHK
Robinson Decl. Ex. H: How Paragraphs of Davis Report Correspond to Paragraphs of Musika Reports

| Paragraphs in Davis Report | Corresponding Paragraph in Musika's Reports |
|---|---|
| 1 | Musika's Expert Report dated March 22, 2012 ("3/22 Rpt.") ¶¶ 1-3 |
| 2 | 3/22 Rpt. ¶¶ 1-3 |
| 3 | 3/22 Rpt. ¶¶ 1-3 |
| 4 | 3/22 Rpt. ¶¶ 1-3 |
| 5 | 3/22 Rpt. ¶¶ 1-3 |
| 6 | 3/22 Rpt. ¶¶ 4-5 |
| 7 | 3/22 Rpt. ¶¶ 4-5 |
| 8 | 3/22 Rpt. ¶¶ 4-5 |
| 9 | 3/22 Rpt. ¶¶ 4-5 |
| 10 | 3/22 Rpt. ¶¶ 4-5 |
| 11 | 3/22 Rpt. ¶¶ 4-5 |
| 12 | 3/22 Rpt. ¶¶ 4-5 |
| 13 | 3/22 Rpt. ¶¶ 4-5 |
| 14 | 3/22 Rpt. ¶¶ 4-5 |
| 15 | 3/22 Rpt. ¶¶ 4-5 |
| 16 | 3/22 Rpt. ¶¶ 4-5 |
| 17 | 3/22 Rpt. ¶¶ 4-5 |
| 18 | 3/22 Rpt. ¶¶ 4-5 |
| 19 | 3/22 Rpt. ¶¶ 4-5 |
| 20 | 3/22 Rpt. ¶ 84 |
| 21 | 3/22 Rpt. ¶ 6 |
| 22 | 3/22 Rpt. ¶ 7 |
| 23 | 3/22 Rpt. ¶ 260 |
| 24 | 3/22 Rpt. ¶ 8 |
| 25 | (Davis states that Musika attended the trial, and she relies on trial testimony and exhibits.) |
| 26 | (Davis describes her assignment.) |
| 27 | 3/22 Rpt. ¶ 11 |
| 28 | 3/22 Rpt. ¶ 13 |
| 29 | 3/22 Rpt. ¶ 15 |
| 30 | 3/22 Rpt. ¶ 18, Exhibit 6 |
| 31 | 3/22 Rpt. ¶ 18, Exhibit 6 |
| 32 | 3/22 Rpt. ¶ 43 |
| 33 | 3/22 Rpt. ¶ 44 |
| 34 | 3/22 Rpt. ¶ 46 |
| 35 | 3/22 Rpt. ¶ 46 |
| 36 | 3/22 Rpt. ¶ 49 |
| 37 | 3/22 Rpt. ¶ 50 |
| 38 | 3/22 Rpt. ¶¶ 45, 48, 51 |
| 39 | 3/22 Rpt. ¶¶ 52-53 |
| 40 | 3/22 Rpt. ¶¶ 52-53 |
| 41 | 3/22 Rpt. ¶¶ 52-53 |
| 42 | 3/22 Rpt. ¶¶ 54, 72 |
| 43 | 3/22 Rpt. ¶¶ 55; Musika Supplemental Expert Report dated May 8, 2012 ("5/8 Rpt.") ¶ 43 & Exhibit 53-S. |
| 44 | 3/22 Rpt. ¶ 72 |
| 45 | 3/22 Rpt. ¶ 56 |
| 46 | 3/22 Rpt. ¶ 61; 5/8 Rpt. ¶ 43 & Exhibit 53-S |
| 47 | 3/22 Rpt. ¶¶ 46, 57-59 |
| 48 | 3/22 Rpt. ¶¶ 59-60, 231 & Exhibits 11-12 |

*Apple v. Samsung,* No. 11-cv-01846-LHK
Robinson Decl. Ex. H: How Paragraphs of Davis Report Correspond to Paragraphs of Musika Reports

| Paragraphs in Davis Report | Corresponding Paragraph in Musika's Reports |
|---|---|
| 49 | 3/22 Rpt. ¶ 63 |
| 50 | 3/22 Rpt. ¶ 64 |
| 51 | 3/22 Rpt. ¶ 65 |
| 52 | 3/22 Rpt. ¶ 65 |
| 53 | 3/22 Rpt. ¶ 66 |
| 54 | 3/22 Rpt. ¶¶ 66-69 |
| 55 | 3/22 Rpt. ¶ 70 |
| 56 | 3/22 Rpt. ¶ 71 |
| 57 | 3/22 Rpt. ¶¶ 73, 75-76 |
| 58 | 3/22 Rpt. ¶¶ 74-78 |
| 59 | (Davis states that Musika assumed infringement and validity, and for her no assumption is necessary because of verdict and rulings.) |
| 60 | 3/22 Rpt. ¶ 79 |
| 61 | 3/22 Rpt. ¶ 80 |
| 62 | 3/22 Rpt. ¶ 81 |
| 63 | 3/22 Rpt. ¶ 83 |
| 64 | 3/22 Rpt. ¶¶ 83-84; also describing Musika's work and confirming agreement with Musika's work. |
| 65 | 3/22 Rpt. ¶ 85 |
| 66 | 3/22 Rpt. ¶ 86 |
| 67 | 3/22 Rpt. ¶ 87 |
| 68 | 3/22 Rpt. ¶ 90 |
| 69 | (Davis states that she used Musika's methodologies and inputs to calculate amount based on different timing.) |
| 70 | [Removed due to August 22 CMC Order (see Dkt. No. 2369 at 1-2)] |
| 71 | (Davis notes Wagner's contention that design-around periods would start *before* notice dates found by the Court, notes difference from Musika's analysis, and presents amounts based on Musika's data if that contention were accepted.) |
| 72 | (Davis applies methods from Musika Supplemental Report ¶ 38 and 40 and PX28 to the seven products infringing new trial design patents.) |
| 73 | (Davis identifies exhibits.) |
| 74 | (Davis quotes language from injunction Apple requested after trial.) |
| 75 | (Davis recites that the Court denied Apple's requested injunction.) |
| 76 | 3/22 Rpt. ¶ 93; (also describing assignment.) |
| 77 | 3/22 Rpt. ¶¶ 97-98 |
| 78 | 3/22 Rpt. ¶¶ 97-98 |
| 79 | 3/22 Rpt. ¶ 99 |
| 80 | 3/22 Rpt. ¶ 100 |
| 81 | 3/22 Rpt. ¶ 101 |
| 82 | 3/22 Rpt. ¶ 101 |
| 83 | 3/22 Rpt. ¶¶ 103-104 |
| 84 | 3/22 Rpt. ¶¶ 105, 108 |
| 85 | 3/22 Rpt. ¶¶ 106-107 |
| 86 | 3/22 Rpt. ¶¶ 102-103 |
| 87 | 3/22 Rpt. ¶¶ 109-112 |
| 88 | 3/22 Rpt. ¶¶ 111, 113-116 |
| 89 | (Davis describes her use of Musika's methodology.) |
| 90 | (Davis states that she used the same methodology and model as Mr. Musika, limited to the new trial issues.) |

Robinson Decl. Ex. H: How Paragraphs of Davis Report Correspond to Paragraphs of Musika Reports

| Paragraphs in Davis Report | Corresponding Paragraph in Musika's Reports |
|---|---|
| 91 | (Davis states that she used Musika's methodology, with changes only according to the verdict and Court orders.) |
| 92 | (Davis describes changes attributable to the jury verdict.) |
| 93 | (Davis describes changes attributable to the March 1 Order re: Damages.) |
| 94 | *[Removed due to August 22 CMC Order (see Dkt. No. 2369 at 1-2)]* |
| 95 | (Davis refers to Appendix containing the changes due to the verdict and orders.) |
| 96 | (Davis states no other changes made to Musika's model.) |
| 97 | 3/22 Rpt. ¶¶ 117-119 |
| 98 | 3/22 Rpt. ¶¶ 117-118 |
| 99 | 3/22 Rpt. ¶ 117 |
| 100 | (Davis presents an overall description of Musika's lost profits calculation in 3/22 Rpt. ¶¶ 120-137.) |
| 101 | 3/22 Rpt. ¶ 120 |
| 102 | 3/22 Rpt. ¶ 120 |
| 103 | 3/22 Rpt. ¶ 121 |
| 104 | 3/22 Rpt. ¶ 122 |
| 105 | 3/22 Rpt. ¶ 121 & Exhibits 24-25 (describing items 61 of Exhibit 25 and 69 of Exhibit 24); see also 5/8 Rpt. Exhibit 50-S, item 10. |
| 106 | 3/22 Rpt. ¶ 121 & Exhibit 24 (describing items 15-16, 21-22, 68, 81, 90, and 95.) |
| 107 | 3/22 Rpt. ¶ 121 & Exhibits 24-25 (describing item 49 of Exhibit 24 and 38 of Exhibit 25.) |
| 108 | 3/22 Rpt. ¶¶ 123-124 |
| 109 | 3/22 Rpt. ¶¶ 124-125 |
| 110 | 3/22 Rpt. ¶¶ 124-125 |
| 111 | 3/22 Rpt. ¶ 124 |
| 112 | 3/22 Rpt. ¶ 126 |
| 113 | 3/22 Rpt. ¶¶ 7, 126 |
| 114 | 3/22 Rpt. ¶ 126 |
| 115 | 3/22 Rpt. ¶ 126 |
| 116 | 3/22 Rpt. ¶ 127 |
| 117 | 3/22 Rpt. ¶ 127 |
| 118 | 3/22 Rpt. ¶ 134 |
| 119 | 3/22 Rpt. ¶ 128 |
| 120 | 3/22 Rpt. ¶ 129; also describing changes due to March 1 Order. |
| 121 | 3/22 Rpt. ¶ 130 |
| 122 | 3/22 Rpt. ¶ 131; also describing changes due to jury verdict. |
| 123 | 3/22 Rpt. ¶ 132 |
| 124 | 3/22 Rpt. ¶¶ 126-127, 133 |
| 125 | 3/22 Rpt. ¶ 134 |
| 126 | 3/22 Rpt. ¶ 134 |
| 127 | 3/22 Rpt. ¶ 135 |
| 128 | 3/22 Rpt. ¶ 136 |
| 129 | 3/22 Rpt. ¶ 137 |
| 130 | (Davis identifies exhibits and states that they were prepared using Musika's methods.) |
| 131 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 132 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 133 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 134 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 135 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 136 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 137 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |

*Apple v. Samsung,* No. 11-cv-01846-LHK
Robinson Decl. Ex. H: How Paragraphs of Davis Report Correspond to Paragraphs of Musika Reports

| Paragraphs in Davis Report | Corresponding Paragraph in Musika's Reports |
|---|---|
| 138 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 139 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 140 | 3/22 Rpt. ¶ 138 |
| 141 | (Davis states that she used methods described in 3/22 Rpt. ¶¶ 138-151 and Musika's Supplemental Expert Report dated May 8, 2012 (" 5/8 Rpt.") ¶¶26-42, changed to conform to products and noticed dates in the March 1 Order.) |
| 142 | 3/22 Rpt. ¶ 140; also describing change due to March 1 Order. |
| 143 | 3/22 Rpt. ¶¶ 141-142 |
| 144 | 3/22 Rpt. ¶ 142 |
| 145 | 3/22 Rpt. ¶¶ 143-149; 5/8 Rpt. ¶¶ 4, 27-42 & Exhibit 50-S. |
| 146 | (Davis refers to 3/22 Rpt. ¶¶ 143-149; 5/8 Rpt. ¶¶29-37 and 40-41.) |
| 147 | 3/22 Rpt. ¶ 143; 5/8 Rpt. ¶ 29 |
| 148 | 3/22 Rpt. ¶ 144;  5/8 Rpt. ¶ 30 |
| 149 | 3/22 Rpt. ¶ 145; 5/8 Rpt. ¶¶ 29, 32 |
| 150 | 3/22 Rpt. ¶ 146 |
| 151 | 3/22 Rpt. ¶ 147 |
| 152 | 5/8 Rpt. ¶¶ 30-31 |
| 153 | 5/8 Rpt. ¶¶ 30-31 |
| 154 | 5/8 Rpt. ¶¶ 4, 29, 31; also reflecting background and Court sanctions order. |
| 155 | 3/22 Rpt. ¶ 145-148; 5/8 Rpt. ¶¶ 29-30, 32-37, 41-42; Exhibit 49-S |
| 156 | 5/8 Rpt. ¶¶ 20-21, 28 |
| 157 | 3/22 Rpt.  Exhibits 17 & 18; 5/8 Rpt. ¶¶ 20-21 |
| 158 | 3/22 Rpt. ¶¶ 148, 150 |
| 159 | 5/8 Rpt. ¶ 38 |
| 160 | 5/8 Rpt. ¶ 38 |
| 161 | 5/8 Rpt. ¶ 38 |
| 162 | 5/8 Rpt. ¶¶ 39-40 |
| 163 | 5/8 Rpt. ¶ 40; also describing change due to jury verdict and March 1 Order. |
| 164 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 165 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 166 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 167 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 168 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 169 | 3/22 Rpt. ¶¶ 152-53 |
| 170 | (Davis identifies exhibit that applies Musika's methods, changed only to reflect patents and products consistent with jury's verdict and March 1 Order.) |
| 171 | (Davis describes methods Musika used to calculate reasonable royalties in 3/22 Rpt. ¶¶ 152-262.) |
| 172 | 3/22 Rpt. ¶ 155 |
| 173 | 3/22 Rpt. ¶ 156 |
| 174 | 3/22 Rpt. ¶ 157 |
| 175 | 3/22 Rpt. ¶ 159 |
| 176 | 3/22 Rpt. ¶ 159 |
| 177 | 3/22 Rpt. ¶ 160; also describing  Musika's method. |
| 178 | (Davis refers to steps by Musika to apply *Georgia-Pacific* factors.) |
| 179 | (Davis states  that both she and Musika analyzed licensing by Apple and Samsung.) |
| 180 | 3/22 Rpt. ¶ 169 |
| 181 | (Davis states  that both she and Musika analyzed licenses produced in discovery.) |
| 182 | 3/22 Rpt. ¶ 170 |

*Apple v. Samsung,* No. 11-cv-01846-LHK
Robinson Decl. Ex. H: How Paragraphs of Davis Report Correspond to Paragraphs of Musika Reports

| Paragraphs in Davis Report | Corresponding Paragraph in Musika's Reports |
|---|---|
| 183 | 3/22 Rpt. ¶ 172 |
| 184 | 3/22 Rpt. ¶ 173 |
| 185 | 3/22 Rpt. ¶ 174 |
| 186 | 3/22 Rpt. ¶ 174 |
| 187 | 3/22 Rpt. ¶ 175 |
| 188 | 3/22 Rpt. ¶ 174 |
| 189 | 3/22 Rpt. ¶ 181 |
| 190 | (Davis describes generally Musika's cost and income reference points, which are in 3/22 Rpt. ¶¶ 162-167 and ¶¶ 182-190.) |
| 191 | (Davis states that she has used the same cost and income reference points in Musika's 3/22 Rpt. ¶¶ 162-167 and ¶¶ 182-190.) |
| 192 | (Davis describes generally Musika's income value reference points, citing 3/22 Rpt. ¶¶ 182-190.) |
| 193 | 3/22 Rpt. ¶ 192 |
| 194 | 3/22 Rpt. ¶¶ 10, 12, 14, 16, 18, 20-42, Exhibits 5-8 |
| 195 | 3/22 Rpt. ¶ 194 |
| 196 | 3/22 Rpt. ¶¶ 195-196 |
| 197 | 3/22 Rpt. ¶¶ 188, 197 |
| 198 | (Davis states her agreement with Musika's application of *Georgia-Pacific* factors in his Exhibits 42 and 43.) |
| 199 | 3/22 Rpt. ¶¶ 199-200 |
| 200 | 3/22 Rpt. ¶ 201 |
| 201 | 3/22 Rpt. ¶ 202 |
| 202 | 3/22 Rpt. ¶ 203 |
| 203 | 3/22 Rpt. ¶ 204 |
| 204 | 3/22 Rpt. ¶ 205 |
| 205 | 3/22 Rpt. ¶¶ 206-208 |
| 206 | 3/22 Rpt. ¶ 209 |
| 207 | 3/22 Rpt. ¶ 210 |
| 208 | 3/22 Rpt. ¶ 210 |
| 209 | 3/22 Rpt. ¶ 211; Exhibit 53-S item #12 |
| 210 | 3/22 Rpt. ¶ 211 |
| 211 | 3/22 Rpt. ¶ 212 |
| 212 | 3/22 Rpt. ¶ 213 |
| 213 | 3/22 Rpt. ¶ 214 |
| 214 | 3/22 Rpt. ¶ 215 |
| 215 | 3/22 Rpt. ¶ 216 |
| 216 | 3/22 Rpt. ¶ 217 |
| 217 | 3/22 Rpt. ¶ 218 |
| 218 | 3/22 Rpt. ¶ 219 |
| 219 | 3/22 Rpt. ¶ 220 |
| 220 | 3/22 Rpt. ¶ 221 |
| 221 | 3/22 Rpt. ¶ 223 |
| 222 | 3/22 Rpt. ¶ 224 |
| 223 | (Davis identifies *Georgia Pacific* factor 8, which Musika discussed in 3/22 Rpt. ¶¶ 230-233.) |
| 224 | 3/22 Rpt. ¶ 230 |
| 225 | 3/22 Rpt. ¶ 231 |
| 226 | 3/22 Rpt. ¶ 231 |
| 227 | 3/22 Rpt. ¶ 232 |
| 228 | 3/22 Rpt. ¶ 233 |

Robinson Decl. Ex. H: How Paragraphs of Davis Report Correspond to Paragraphs of Musika Reports

| Paragraphs in Davis Report | Corresponding Paragraph in Musika's Reports |
|---|---|
| 229 | (Davis states her agreement with Musika's discussion of *Georgia Pacific* factor 8, which was in 3/22 Rpt. ¶¶ 230-233.) |
| 230 | (Davis identifies *Georgia Pacific* factor 9, which Musika discussed in 3/22 Rpt. ¶¶ 236-237 & Exhibit 45.) |
| 231 | 3/22 Rpt. ¶ 240 |
| 232 | 3/22 Rpt. ¶ 241 |
| 233 | 3/22 Rpt. ¶ 242 |
| 234 | 3/22 Rpt. ¶¶ 246-247 |
| 235 | 3/22 Rpt. ¶ 247 |
| 236 | 3/22 Rpt. ¶ 247 |
| 237 | 3/22 Rpt. Exhibit 24 (referring to items 49 and 88) |
| 238 | (Davis states her agreement with Musika's discussion of *Georgia Pacific* factor 9, which was in 3/22 Rpt. ¶¶ 240-247.; *see also* 3/22 Rpt. ¶ 248.) |
| 239 | (Davis identifies *Georgia Pacific* factor 10, which Musika discussed in 3/22 Rpt. ¶¶ 250-251.) |
| 240 | 3/22 Rpt. ¶ 250 |
| 241 | 3/22 Rpt. ¶ 251 |
| 242 | (Davis makes a cross-reference to her discussion of *Georgia Pacific* factor 8, which was in her paragraphs 223-228, discussing the subjects of Musika's 3/22 Rpt. ¶¶ 230-233.) |
| 243 | 3/22 Rpt. ¶ 254 |
| 244 | 3/22 Rpt. ¶ 255 |
| 245 | 3/22 Rpt. ¶ 258 |
| 246 | 3/22 Rpt. ¶ 259 |
| 247 | 3/22 Rpt. ¶ 260 |
| 248 | (Davis states that she has reviewed Wagner's report and testimony.) |
| 249 | 3/22 Rpt. ¶ 261 |
| 250 | 3/22 Rpt. ¶ 262 |
| 251 | (Davis states her agreement with Musika analysis of the 15 *Georgia Pacific* factors.) |
| 252 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 253 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 254 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 255 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 256 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 257 | (Davis identifies trial testimony and exhibits that support Musika's and Davis's opinions.) |
| 258 | 3/22 Rpt. ¶ 263 |
| 259 | (Davis refers to future deposition testimony.) |