# Exhibit I

Case 5:11-cv-01846-LHK   Document 2407-13   Filed 09/12/13   Page 2 of 8

*Apple v. Samsung,* No. 11-cv-01846-LHK
Robinson Decl. Ex. I: How Exhibits to Davis Report Correspond to Exhibits to Musika Reports

| Exhibit to Davis Report | Corresponding Exhibit to Musika Report | Description of Changes |
|---|---|---|
| 1-PT | 1 | Replaced Mr. Musika's curriculum vitae with Ms. Davis' curriculum vitae. |
| 2-PT | 2 | Replaced Mr. Musika's schedule of prior testimony with that of Ms. Davis. |
| 3-PT | 3 | Supplemented Mr. Musika's lists of materials considered with a list of materials considered by Ms. Davis. |
| 4-PT | 4 | Updated exhibit to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order by narrowing to the patents and products at issue in the new trial. |
| 5 | 5 | No changes |
| 6 | 6 | No changes |
| 7 | 7 | No changes |
| 8 | 8 | No changes |
| 9 | 9 | No changes |
| 10-PT | 10 | Updated exhibit to reflect the Court's March 1 Order re: Damages and the Court's April 29, 2013 Case Management Order by narrowing to the products at issue in the new trial.  Typographical errors were corrected. |
| 11 | 11 | No changes |
| 11.1 | 11.1 | No changes |
| 11.2-PT | -- | No changes from PDX34B.9, which was presented at trial by Musika. |

Case 5:11-cv-01846-LHK   Document 2407-13   Filed 09/12/13   Page 3 of 8

*Apple v. Samsung*, No. 11-cv-01846-LHK
Robinson Decl. Ex. I: How Exhibits to Davis Report Correspond to Exhibits to Musika Reports

| Exhibit to Davis Report | Corresponding Exhibit to Musika Report | Description of Changes |
|---|---|---|
| 12 | 12 | No changes |
| 12.1 | 12.1 | No changes |
| 13 | 13 | No changes |
| 13.1 | 13.1 | No changes |
| 14 | 14 | No changes |
| 15-PT | 15 | Updated exhibit to reflect the jury's findings of infringement and the Court's March 1 Order re: Damages by narrowing to the patents at issue in the new trial. |
| 16-PT | 16 | Updated exhibit to use as the example a product from the new trial. |
| 17-PT - 19.1-PT | Removed Per the Court's 8/22 CMC Order | N/A |
| 20-PT | 20 | Updated exhibit to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order by narrowing to the patents and products at issue in the new trial.  Internal cross-references were also updated.  Included reference to "incremental profits." |
| 21 | 21 | No changes |
| 22 | 22 | No changes |
| 23 | 23 | No changes |

Case 5:11-cv-01846-LHK   Document 2407-13   Filed 09/12/13   Page 4 of 8

*Apple v. Samsung,* No. 11-cv-01846-LHK

Robinson Decl. Ex. I: How Exhibits to Davis Report Correspond to Exhibits to Musika Reports

| Exhibit to Davis Report | Corresponding Exhibit to Musika Report | Description of Changes |
|---|---|---|
| 24-PT | 24-S | Updated exhibit to reflect Korean-to-English translations agreed to by Samsung and Apple before trial, and introduced shading to address patents not present in the new trial. |
| 25-PT | 25-S | Updated exhibit to reflect Korean-to-English translations agreed to by Samsung and Apple before trial, and introduced shading to address patents not present in the new trial. |
| 26-S | 26-S | No changes |
| 27-S | 27-S | No changes |
| 28 | 28 | No changes |
| 29-PT | 29-S | Replaced "Samsung accused smartphone unit" with "Samsung infringing unit" and updated to subtract only the infringing (as opposed to accused) phones from the calculation of Apple's *Mor-Flo* smartphone market share. Internal cross-references were also updated. |
| 30-PT | 30-S | Replaced "Samsung accused smartphone unit" with "Samsung infringing unit" and updated to subtract only the infringing (as opposed to accused) tablets from the calculation of Apple's *Mor-Flo* smartphone market share. Internal cross-references were also updated. |
| 31-S | 31-S | No changes |
| 31.1-PT | 31.1-S | Replaced "Samsung accused smartphone unit" with "Samsung infringing unit" and internal cross-references were also updated. |

Robinson Decl. Ex. I: How Exhibits to Davis Report Correspond to Exhibits to Musika Reports

| **Exhibit to Davis Report** | **Corresponding Exhibit to Musika Report** | **Description of Changes** |
|---|---|---|
| 31.2-PT | 31.2-S | Replaced "Samsung accused smartphone unit" with "Samsung infringing unit"" and internal cross-references were also updated. |
| 31.3-PT | 31.3-S | Replaced "Samsung accused smartphone unit" with "Samsung infringing unit" and updated to subtract only the infringing (as opposed to accused) phones from the calculation of Apple's *Mor-Flo* smartphone market share. Internal cross-references were also updated. |
| 32-S2 | 32-S2 | No changes |
| 33-S2 | 33-S2 | No changes |
| 34 | 34 | No changes |
| 35 | 35 | No changes |
| 37-PT | 37-S | Updated exhibit to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order by narrowing to the products at issue in the new trial and including financial data on a monthly basis. |
| 37.1-PT | 37.1-S | Updated exhibit to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order by narrowing to the products at issue in the new trial and including units, revenue, and gross profit by month. |

Case 5:11-cv-01846-LHK   Document 2407-13   Filed 09/12/13   Page 6 of 8

*Apple v. Samsung,* No. 11-cv-01846-LHK
Robinson Decl. Ex. I: How Exhibits to Davis Report Correspond to Exhibits to Musika Reports

| Exhibit to Davis Report | Corresponding Exhibit to Musika Report | Description of Changes |
|---|---|---|
| 38-PT | 38-S | Updated exhibit to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order by narrowing to the products at issue in the new trial and including financial data on a monthly basis. |
| 38.1-PT | 39-S | Updated exhibit to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order by narrowing to the products at issue in the new trial and including units, revenue, and gross profit by month. |
| 39-S | 39-S | No changes |
| 39.1-S | 39.1-S | No changes |
| 39.2-S | 39.2-S | No changes |
| 39.3-S | 39.3-S | No changes |
| 39.4-S | 39.4-S | No changes |
| 40-S | 40-S | No changes |
| 41-S | 41-S | No changes |
| 41.1-S | 41.1-S | No changes |
| 41.2-S | 41.2-S | No changes |
| 41.3-S | 41.3-S | No changes |
| 41.4 | 41.4 | No changes |
| 41.5 | 41.5 | No changes |
| 42 | 42 | No changes |
| 43 | 43 | No changes |

Case 5:11-cv-01846-LHK   Document 2407-13   Filed 09/12/13   Page 7 of 8

*Apple v. Samsung,*  No. 11-cv-01846-LHK

Robinson Decl. Ex. I: How Exhibits to Davis Report Correspond to Exhibits to Musika Reports

| Exhibit to Davis Report | Corresponding Exhibit to Musika Report | Description of Changes |
|---|---|---|
| 44-S | 44-S | No changes |
| 45 | 45 | No changes |
| 46-S | 46-S | No changes |
| 47-S | 47-S | No changes |
| 49-S | 49-S | No changes |
| 50-S | 50-S | No changes |
| 50.1-PT | 50-S | Calculates Samsung's gross and incremental profits using only the new trial products for which damages can be awarded under 35 U.S.C. § 289 pursuant to the Court's March 1 Order re: Damages and the Court's April 29, 2013 Case Management Order. |
| 50.2-PT - 50.9-PT | 50-S | Calculates Samsung's gross and incremental profits using each of the new trial products for which damages can be awarded under 35 U.S.C. § 289 pursuant to the Court's March 1 Order re: Damages and the Court's April 29, 2013 Case Management Order. |
| 51-S | 51-S | No changes |
| 51.1-S | 51.1-S | No changes |
| 52-S | 52-S | No changes |
| 52.1-S | 52.1-S | No changes |
| 53-PT | 53-S | Updated exhibit to reflect Korean-to-English translations agreed to by Samsung and Apple before trial. |

Robinson Decl. Ex. I: How Exhibits to Davis Report Correspond to Exhibits to Musika Reports

| Exhibit to Davis Report | Corresponding Exhibit to Musika Report | Description of Changes |
|---|---|---|
| (17-PT-A - 19.1-PT-A) to (17-PT-G to 19-PT-G) | Removed Per the Court's 8/22 CMC Order | N/A |
| 17-PT-H - 19.1-PT-H | 17-S - 19.1-S | Updated to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order as described in Davis report paragraphs 71-72, 91-96 & the table of contents for the Appendix. |
| 17-PT-I - 19.1-PT-I | 17-S - 19.1-S | Updated to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order as described in Davis report paragraphs 71-72, 91-96 & the table of contents for the Appendix. |
| 17-PT-J - 19.1-PT-J | 17-S - 19.1-S | Updated to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order as described in Davis report paragraphs 71-72, 91-96 & the table of contents for the Appendix. |
| 17-PT-K - 19.1-PT-K | 17-S - 19.1-S | Updated to reflect the jury's findings of infringement, the Court's March 1 Order re: Damages, and the Court's April 29, 2013 Case Management Order as described in Davis report paragraphs 71-72, 91-96 & the table of contents for the Appendix. |