# Exhibit K
# (Submitted Under Seal)

```
                                                              688
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4      -----------------------------------:
 5   APPLE INC., a California corporation,:
 6              Plaintiff,               :
 7         v.                            :
 8   SAMSUNG ELECTRONICS CO., LTD., a    :Civil Action No.
 9   Korean business entity, SAMSUNG     :11-CV-01846-LHK
10   ELECTRONICS AMERICA, INC., a New    :
11   York corporation, and SAMSUNG       :
12   TELECOMMUNICATIONS AMERICA, LLC, a  :
13   Delaware limited liability company, :
14              Defendants.              :
15      -----------------------------------:
16   (Caption continued on next page.)
17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                       VOLUME 4
19       Videotaped Deposition of MICHAEL J. WAGNER
20                  Palo Alto, California
21                Tuesday, August 20, 2013
22                       8:04 a.m.
23   Job No.: 42222
24   Pages: 688 - 963
25   Reported by:  Anne Torreano, CCSR, RPR, CCRR
```

689

1   (Caption continued from previous page.)

2   -------------------------------------:

3   SAMSUNG ELECTRONICS CO., LTD., a      :

4   Korean business entity, SAMSUNG       :

5   ELECTRONICS AMERICA, INC., a New      :

6   York corporation, and SAMSUNG         :

7   TELECOMMUNICATIONS AMERICA, LLC, a    :

8   Delaware limited liability company,   :

9   a California corporation,             :

10            Counterclaim-Plaintiff,     :

11       v.                               :

12  APPLE INC., a California corporation,:

13            Counterclaim-Defendant.     :

14  -------------------------------------:

15      Videotaped deposition of MICHAEL J. WAGNER, held

16  at the offices of:

17

18      WILMER, CUTLER, PICKERING, HALE & DORR, LLP

19      950 Page Mill Road

20      Palo Alto, California 94304

21      (650) 858-6000

22

23      Pursuant to Notice, before Anne M. Torreano,

24  CCSR #10520, Registered Professional Reporter,

25  California Certified Realtime Reporter.

690

1              A P P E A R A N C E S

2    FOR APPLE:

3             WILMER, CUTLER, PICKERING, HALE & DORR, LLP

4             BY:  JAMES QUARLES, III, ESQUIRE

5             1875 Pennsylvania Avenue, N.W.

6             Washington, D.C.  20006

7             (202) 663-6000

8

9

10            WILMER, CUTLER, PICKERING, HALE & DORR, LLP

11            BY:  ANDREW J. DANFORD, ESQUIRE

12            60 State Street

13            Boston, Massachusetts 02109

14            (617) 526-6000

15

16

17            MORRISON & FOERSTER, LLP

18            BY:  ERIK J. OLSON, ESQUIRE

19            755 Page Mill Road

20            Palo Alto, California  94304

21            (650) 813-5600

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

691

1   A P P E A R A N C E S   C O N T I N U E D

2   FOR SAMSUNG AND THE WITNESS:

3   　　　　QUINN, EMANUEL, URQUHART & SULLIVAN, LLP

4   　　　　BY:  VICTORIA F. MAROULIS, ESQUIRE

5   　　　　555 Twin Dolphin Drive, Fifth Floor

6   　　　　Redwood Shores, California  94065

7   　　　　(650) 801-5000

8

9

10  　　　　QUINN, EMANUEL, URQUHART & SULLIVAN, LLP

11  　　　　BY:  CARL G. ANDERSON, Ph.D., ESQUIRE

12  　　　　50 California Street, 22nd Floor

13  　　　　San Francisco, California  94111

14  　　　　(415) 875-6600

15

16

17  ALSO PRESENT:

18  　　　　STEVE PATAPOFF, Videographer

19

20

21

22

23

24

25

695

| | | |
|---|---|---|
| 1 | Emanuel. | 08:05:23 |
| 2 | THE VIDEOGRAPHER:  The court reporter today | 08:05:23 |
| 3 | is Anne Torreano, representing Planet Depos. | 08:05:24 |
| 4 | Would the reporter please swear in the | 08:05:28 |
| 5 | witness? | 08:05:30 |
| 6 | MICHAEL J. WAGNER, | 08:05:30 |
| 7 | having been duly sworn to tell the truth, | 08:05:30 |
| 8 | testified as follows: | 08:05:30 |
| 9 | EXAMINATION | 08:05:36 |
| 10 | BY MR. QUARLES: | 08:05:36 |
| 11 | Q.  Good morning, Mr. Wagner. | 08:05:36 |
| 12 | A.  Good morning, Mr. Quarles. | 08:05:38 |
| 13 | Q.  And congratulations on becoming a grandfather | 08:05:39 |
| 14 | again. | 08:05:42 |
| 15 | A.  Thank you. | 08:05:42 |
| 16 | Q.  You have provided deposition testimony in | 08:05:43 |
| 17 | this case three times; correct? | 08:05:46 |
| 18 | A.  I have. | 08:05:47 |
| 19 | Q.  Is there any testimony in any of those | 08:05:48 |
| 20 | depositions that you would like to correct or amend? | 08:05:51 |
| 21 | A.  Maybe there's one thing that I would. | 08:05:53 |
| 22 | Q.  What would that be? | 08:05:58 |
| 23 | A.  Mr. Olson, in one of my depositions, and I | 08:05:59 |
| 24 | can't remember if it's the second or third, I think it | 08:06:05 |
| 25 | was the third, went over what appeared to be some | 08:06:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

850

| | | |
|---|---|---|
| 1 | report, which didn't exist at the time, and I'm also | 12:21:30 |
| 2 | referring to the jury instructions that did not exist | 12:21:33 |
| 3 | at that time, in these paragraphs. | 12:21:37 |
| 4 | Q.  Well, Ms. Davis's calculation of incremental | 12:21:38 |
| 5 | profits -- you say Ms. Davis calculates incremental | 12:21:41 |
| 6 | profits in her report; correct? | 12:21:44 |
| 7 | A.  She does. | 12:21:46 |
| 8 | Q.  She makes the calculation in exactly the same | 12:21:47 |
| 9 | manner as Mr. Musika; correct? | 12:21:49 |
| 10 | MS. MAROULIS:  Objection.  Misstates the | 12:21:50 |
| 11 | record. | 12:21:51 |
| 12 | THE WITNESS:  My recollection is that she | 12:21:52 |
| 13 | does. | 12:21:55 |
| 14 | BY MR. QUARLES: | 12:21:56 |
| 15 | Q.  And she limits it to the new trial products; | 12:21:56 |
| 16 | correct? | 12:21:59 |
| 17 | A.  She does do that. | 12:21:59 |
| 18 | Q.  But she prepared schedules that show all time | 12:22:01 |
| 19 | frames? | 12:22:05 |
| 20 | A.  Correct. | 12:22:05 |
| 21 | Q.  And she separately showed the incremental | 12:22:06 |
| 22 | profits per product limited to the notice periods in | 12:22:11 |
| 23 | her separate damages calculations; right? | 12:22:15 |
| 24 | A.  I'm not recalling that right now without | 12:22:18 |
| 25 | looking at her schedules that did that. | 12:22:22 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

851

| | | |
|---|---|---|
| 1 | Q.  Okay.  Well -- | 12:22:25 |
| 2 | (WAGNER EXHIBIT 22 MARKED.) | 12:22:53 |
| 3 | BY MR. QUARLES: | 12:22:54 |
| 4 | Q.  Exhibit 22 is the expert report -- expert | 12:22:54 |
| 5 | report of Julie Davis. | 12:22:57 |
| 6 | MS. MAROULIS:  Please take your time to | 12:23:04 |
| 7 | compare the Davis report to the Musika report if you | 12:23:07 |
| 8 | need to. | 12:23:10 |
| 9 | THE WITNESS:  I need help just to tell me | 12:23:11 |
| 10 | which schedule that you think does what you just asked | 12:23:13 |
| 11 | me the question. | 12:23:15 |
| 12 | MR. QUARLES:  50-S. | 12:23:16 |
| 13 | THE WITNESS:  50-S? | 12:23:17 |
| 14 | MR. QUARLES:  Yes. | 12:23:18 |
| 15 | BY MR. QUARLES: | 12:23:22 |
| 16 | Q.  I'm sorry.  I completely put you off.  18.1 | 12:23:22 |
| 17 | NTA. | 12:23:25 |
| 18 | A.  18.1, and then what's after that? | 12:23:35 |
| 19 | Q.  "NT," new trial, "A." | 12:23:39 |
| 20 | A.  These -- I'm confused by the ordering in | 12:24:06 |
| 21 | these schedules.  I'm finding -- | 12:24:09 |
| 22 | MS. MAROULIS:  Counsel, are you referring to | 12:24:21 |
| 23 | Exhibit 18.1 PTA? | 12:24:22 |
| 24 | MR. QUARLES:  Yes.  My apologies.  I'm sure I | 12:24:25 |
| 25 | said "NTA"; right? | 12:24:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

852

1           MS. MAROULIS:  Yes.                                12:24:32
2           THE WITNESS:  I'm finding PTGs and Hs and --       12:24:51
3    BY MR. QUARLES:                                           12:24:56
4      Q.   I'm going to hand you PTA.                         12:24:56
5      A.   I got to PTC.  I'm probably moving -- getting      12:24:58
6    closer.  Okay.                                            12:25:02
7      Q.   See PTA?                                           12:25:03
8      A.   Yes.                                               12:25:04
9      Q.   That is the time frames that are stated in         12:25:05
10   the March order; correct?                                 12:25:11
11     A.   Yes.  And I stand corrected that way back          12:25:12
12   here in whatever schedules, she does make, apparently,    12:25:17
13   the calculation for the damage periods, the notice        12:25:21
14   periods.                                                  12:25:26
15     Q.   Okay.  So Ms. Davis's original report had in       12:25:26
16   it Exhibit 18.1 PTA for the damages periods; correct?     12:25:34
17     A.   Yes, she does.                                     12:25:41
18     Q.   Now --                                             12:25:43
19     A.   On an incremental profit base.                     12:25:49
20     Q.   Right.                                             12:25:52
21     A.   Do you need that back to keep in yours?            12:25:52
22   Thank you.                                                12:25:56
23     Q.   Now, you suggested that it was something new       12:25:56
24   that Ms. Davis did that caused you to have an             12:26:04
25   interview with Jiho Ro?                                   12:26:10

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA



HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

959

| | | |
|---|---|---|
| 1 | I would like to mark the transcript under the | 04:20:56 |
| 2 | protective order highly confidential, attorneys' eyes | 04:20:59 |
| 3 | only. | 04:21:02 |
| 4 | MR. QUARLES:  Thank you. | 04:21:45 |
| 5 | MS. MAROULIS:  Thank you. | 04:21:47 |
| 6 | THE VIDEOGRAPHER:  Is that it? | 04:21:48 |
| 7 | This marks the end of today's deposition of | 04:21:49 |
| 8 | Michael Wagner, volume 4.  We're going off the record | 04:21:53 |
| 9 | at 4:22. | 04:21:56 |
| 10 | (Signature having not been waived, the | |
| 11 | videotaped deposition of MICHAEL J. WAGNER was | |
| 12 | concluded at 4:22 p.m.) | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

960

1        ACKNOWLEDGEMENT OF DEPONENT

2

3     I, MICHAEL J. WAGNER, do hereby acknowledge that

4     I have read and examined the foregoing testimony, and

5     the same is a true, correct and accurate transcription

6     of the testimony given by me, and any corrections

7     appear on the attached Errata sheet signed by me.

8

9

10    _____    _____

11        (DATE)                (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

961

1        C E R T I F I C A T E

2           I, Anne M. Torreano, Certified Shorthand

3   Reporter, do hereby certify that the aforementioned

4   witness was first duly sworn as noted by stipulation

5   of counsel to testify to the truth; that I was

6   authorized to and did report said deposition in

7   stenotype; and that the foregoing pages are a true and

8   correct transcription of my shorthand notes of said

9   deposition.

10          I further certify that said deposition was

11  taken at the time and place hereinabove set forth and

12  that the taking of said deposition was commenced and

13  completed as hereinabove set out.

14          I further certify that I am not an attorney

15  or counsel of any of the parties, nor am I financially

16  interested in the action.

17          The foregoing certification of this

18  transcript does not apply to any reproduction of the

19  same by any means, unless under the direct control

20  and/or direction of the certifying reporter.

21          Dated this 16th day of August, 2013.

22

23

24  _____

25          ANNE M. TORREANO, CA-10520