# Exhibit M

Page 255

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                              CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15        H I G H L Y   C O N F I D E N T I A L
16          A T T O R N E Y S'  E Y E S   O N L Y
17
18     VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                      VOLUME II
20                PALO ALTO, CALIFORNIA
21               SATURDAY, MAY 12, 2012
22
     BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
     CSR LICENSE NO. 9830
24
     JOB NO. 49053
25
```

Highly Confidential - Attorneys' Eyes Only

Page 256

1  SATURDAY, MAY 12, 2012
2       8:59 a.m.
3
4
5
6    VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
7    taken at MORRISON & FOERSTER LLP
8    755 Page Mill Road, Palo Alto, California,
9    Pursuant to Notice, before me,
10   ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
11   CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  A P P E A R A N C E S:

2

3        FOR APPLE INC.:

4        MORRISON & FOERSTER

5        By:  ERIK J. OLSON, Esq.

6             PETER H. DAY, Esq.

7        755 Page Mill Road

8        Palo Alto, California 94304

9

10

11

12

13       FOR SAMSUNG ELECTRONICS CO. LTD:

14       QUINN EMANUEL URQUHART & SULLIVAN

15       By:  CARL G. ANDERSON, Esq.

16       50 California Street

17       San Francisco, California 94111

18

19

20

21       ALSO PRESENT:   Alan Dias, Videographer

22                       Terry Musika, Apple, Inc.

23              ---oOo---

24

25

Highly Confidential - Attorneys' Eyes Only

Page 259

1  from my office.  And also present here is Terry Musika                09:00
2  of Invotex Group, who is an expert in the case.                       09:00
3         MR. ANDERSON:  Carl Anderson of Quinn Emanuel                  09:00
4  for Michael Wagner and Samsung.                                       09:00
5         THE VIDEOGRAPHER:  Will the court reporter                     09:00
6  please swear in the witness.                                          09:00
7                                                                        09:00
8                    MICHAEL WAGNER,                                     09:00
9           having been sworn as a witness                               09:00
10           by the Certified Shorthand Reporter,                        09:00
11                  testified as follows:                                09:01
12                                                                       09:01
13        THE VIDEOGRAPHER:  You may proceed.                            09:01
14                                                                       09:01
15              EXAMINATION BY MR. OLSON                                 09:01
16        MR. OLSON:  Q.  Mr. Wagner, you understand                     09:01
17  you're here to testify regarding certain opinions you                09:01
18  have regarding the damages that would be paid to Apple               09:01
19  for violations of its intellectual property by                       09:01
20  Samsung; correct?                                                    09:01
21     A   Correct.                                                      09:01
22     Q   And you've testified more than 300 times                      09:01
23  before; correct?                                                     09:01
24     A   I have.                                                       09:01
25     Q   All right.  So I'm not going to bother with                   09:01

| | | |
|---|---|---|
| 1 | MR. ANDERSON: Objection; incomplete | 15:08 |
| 2 | hypothetical; assumes facts contrary to the evidence. | 15:08 |
| 3 | THE WITNESS: Yes. | 15:09 |
| 4 | MR. OLSON: Okay. | 15:09 |
| 5 | Q   In evaluating this question of whether or not | 15:09 |
| 6 | demand had been shown for the specific patents, | 15:09 |
| 7 | whether that's right under DuPuy Spine or not, would | 15:09 |
| 8 | you count, as rational evidence, information provided | 15:09 |
| 9 | to Samsung by consultants saying that people want this | 15:09 |
| 10 | functionality in their product in order to compete | 15:09 |
| 11 | with other providers? | 15:09 |
| 12 | MR. ANDERSON: Same objections. | 15:09 |
| 13 | THE WITNESS: Yes. | 15:09 |
| 14 | MR. OLSON: Q. And would you count in -- as | 15:09 |
| 15 | evidence of demand instructions from executives to | 15:09 |
| 16 | designers, that they needed to design products in a | 15:09 |
| 17 | way that looked like Apple's in order to make them | 15:09 |
| 18 | more attractive to consumers? | 15:09 |
| 19 | MR. ANDERSON: Same objections. | 15:10 |
| 20 | THE WITNESS: Yes. | 15:10 |
| 21 | MR. OLSON: Q. And would you count as | 15:10 |
| 22 | evidence of demand reports from inside Samsung or from | 15:10 |
| 23 | consultants, that the use of multi-touch interfaces in | 15:10 |
| 24 | tablets was an important selling point to consumers of | 15:10 |
| 25 | tablets? | 15:10 |

Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 555
 1         We are off the record at 5:40 p.m.                   17:41
 2         The master discs will be held by                     17:41
 3   TSG Reporting.                                             17:41
 4         (WHEREUPON, the deposition ended at                  17:41
 5          the 5:40 p.m.)                                      17:41
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 556

1              J U R A T

2

3

4      I, MICHAEL J. WAGNER, do hereby certify under

5      Penalty of perjury that I have read the

6      foregoing transcript of my deposition taken

7      on May 12, 2012; that I have made such

8      corrections as appear noted herein in ink,

9      initialed by me; that my testimony as

10     contained herein, as corrected, is true and

11     correct.

12

13

14     DATED this ____ day of _____, 2012,

15     at _____, California.

16

17

18

19     _____

20             SIGNATURE OF WITNESS

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 557

1     CERTIFICATE OF REPORTER

2

3

4     I, ANDREA M. IGNACIO HOWARD, hereby certify

5  that the witness in the foregoing deposition was by me

6  duly sworn to tell the truth, the whole truth, and

7  nothing but the truth in the within-entitled cause;

8

9     That said deposition was taken in shorthand

10 by me, a Certified Shorthand Reporter of the State of

11 California, and was thereafter transcribed into

12 typewriting, and that the foregoing transcript

13 constitutes a full, true and correct report of said

14 deposition and of the proceedings which took place;

15

16    That I am a disinterested person to the said

17 action.

18

19    IN WITNESS WHEREOF, I have hereunto set my

20 hand this 13th day of May, 2012.

21

22    _____

23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25