HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JOSEPH MUELLER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Joseph Mueller, hereby declare as follows:

1.  I am a member in good standing of the Massachusetts bar and a partner at WilmerHale. I am admitted *pro hac vice* in this case and Case No. 12-cv-00630, and I serve as outside counsel to Apple in both cases.

2.  I have personal knowledge of the matters set out herein.

3.  Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 2395) in connection with Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Opposition"). Samsung has moved to seal the Opposition, the Declaration of Thomas D. Pease in support of the Opposition ("Pease Declaration") and Exhibits A-K to the Pease Declaration. Samsung "considers its Opposition, the Pease Declaration and Exhibts A-F to the Pease Declaration highly confidential" (Dkt. 2395 at 2), and has submitted the Declaration of Jae-Hwan Kim in support of sealing these documents.

4.  The Opposition, Pease Declaration, and Exhibits A, B, and D-F contain confidential Apple information. These documents include information regarding confidential terms of Apple's license agreements. The Court has previously allowed Apple to seal "pricing terms, royalty rates, and guaranteed minimum payment terms" of license agreements because such information falls within the definition of "trade secrets." *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 10-11) (citing *In re Electronic Arts*, 298 Fed. App'x 568, 569 (9th Cir. 2008)). As the Court previously noted, disclosure of such information "could result in significant competitive harm to the licensing parties as it would provide insight into the structure of their licensing deals, forcing them into an uneven bargaining position in future negotiations." *Id.* at 16. Further, since these documents were filed in connection with a non-dispositive motion, the lesser "good cause" standard applies. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 2012-1600 at 11-12 (Fed. Cir. Aug. 23, 2013) ("the public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action") (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,

1179 (9th Cir. 2006) (internal quotation marks omitted)).  Especially here, where the specifics of Apple's licenses are not relevant to or disputed in Samsung's Opposition, such information should be sealed.

     5.     Samsung has also moved to seal Exhibits G, H, I, J, and K to the Pease Declaration.  Apple does not maintain any claim of confidentiality with respect to these exhibits.

     6.     The relief requested by Apple is necessary to protect its confidential business information.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of September, 2013 at Boston, Massachusetts.

                                                 */s/* Joseph Mueller
                                                 Joseph Mueller

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Joseph Mueller has concurred in this filing.

Dated: September 13, 2013          /s/ Mark D. Selwyn
Mark D. Selwyn

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)