1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK (PSG)

**DECLARATION OF JOSEPH
MUELLER IN SUPPORT OF
APPLE'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS
UNDER SEAL**

1      I, Joseph Mueller, hereby declare as follows:

2      1.     I am a member in good standing of the Massachusetts bar and a partner at

3 WilmerHale.  I am admitted *pro hac vice* in this case and Case No. 12-cv-00630, and I serve as

4 outside counsel to Apple in both cases.

5      2.     I have personal knowledge of the matters set out herein.

6      3.     Apple does not maintain any claim of confidentiality with respect to Apple Inc.'s

7 Reply in Support of Motion to Compel Further Discovery and for Sanctions for Violations of

8 Protective Order ("Apple's Reply").  However, Apple's Reply may include information that

9 Samsung and/or Nokia consider confidential.

10      4.     Apple does not maintain any claim of confidentiality with respect to Exhibit A to

11 the Declaration of Joseph Mueller in Support of Apple's Reply ("Mueller Declaration").

12 However, Exhibit A may include information that Samsung considers confidential.

13      5.     Pursuant to L.R. 79-5 and General Order No. 62, a copy of the unredacted version

14 of the foregoing documents will be lodged with the Court for *in camera* review and served on

15 counsel for Samsung.

16

17      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th

18 day of September, 2013 at Boston, Massachusetts.

19
20                           */s/* Joseph Mueller
                             Joseph Mueller

21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

_/s/_ Mark D. Selwyn
Mark D. Selwyn

**<u>ATTESTATION OF E-FILED SIGNATURE</u>**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45 X.B., I hereby attest that Joseph Mueller has concurred in this filing.

Dated:  September 13, 2013                    _/s/_ Mark D. Selwyn
                                                                        Mark D. Selwyn