**Contains Attorneys' Eyes Only Information Subject to Protective Order**

| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (SBN 116421)<br>rkrevans@mofo.com<br>ERIC J. OLSON (SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**PUBLIC REDACTED VERSION**<br><br>**APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**:   October 1, 2013<br>**Time**:   10:00 a.m.<br>**Place**:  Courtroom 5, 4th Floor<br>**Judge**:  Hon. Paul S. Grewal |

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

1  ▬
2  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
4  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
9  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
10 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
13 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
14 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
15 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
16 ▬▬▬▬
17 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
18  ▬
19 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
20 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
21 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
22 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
23 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
24 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
26 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
27 ▬▬▬▬▬▬▬
28

APPLE INC.'S REPLY IN SUPPORT OF
MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS
Case No. 11-cv-01846-LHK (PSG)



1  █████████████████████████████████████████████████████████████
2  █████████████████████████████████████████████████████████████
3      █████████████████████████████████████████████████████████
4  █████████████████████████████████████████████████████████████
5  █████████████████████████████████████████████████████████████
6  █████████████████████████████████████████████████████████████
7  █████████████████████████████████████████████████████████████
8  █████████████████████████████████████████████████████████
9  █████████████████████████████████████████████████████████████
10 █████████████████████████████████████████████████████████████
11 █████████████████████████████████████████████████████████
12 █████████████████████████████████████████████████████
13 █████████████████████████████████████
14     █████████████████████████████████████████████████████████
15 █████████████████████████████████████████████████████████████
16 █████████████████████████████████████████████████████████████
17 █████████████████████████████████████████████████████████████
18 █████████████████████████████████████████████████████████
19 █████████████████████████████████████████████████████████
20 █████████████████████████████████████████████████████████████
21 ████████████████████████████████████████████
22     ████████████████████████████████████████████████████
23 █████████████████████████████████████████████████████████████
24 █████████████████████████████████████████████████████████████
25 █████████████████████████████████████████████████████████████
26 ███████████████████████████████████████████████████████
27 █████████████████████████████████████████████████████████████
28

APPLE INC.'S REPLY IN SUPPORT OF
MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS
Case No. 11-cv-01846-LHK (PSG)

1  █████████████████████████████████████████████████████████
2  ████████████████████████████████████████████
3      █████████████████████████████████████████████████████
4  █████████████████████████████████████████████████████████
5  ██████████████████████████████████████████████████████
6  █████████████████████████████████████████████████████████
7  ██████████████████████████████████████████████████████
8  ██████████████████████████████
9            ████████████████████████████████████
10    ████████████████████████████████████████████████████
11 █████████████████████████████████████████████████████████
12 █████████████████████████████████████████████████████████
13 ██████████████████████████████████████████████████████
14 ███████████████████████████████
15   █ ██████████████████████████████████████████████████████
16 ██████████████████████████████████████████████████████████
17 ████████████████████████████████████████████
18   █ ██████████████████████████████████████████████████████
19 █████████████████████████████████████████████████████████
20 ███████████████████████████████████████████████
21   █ ██████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████████
23 █████████████████████████████████████████████████████████
24 ██████████████████████████████
25              ██████████████████████████████████
26     ████████████████████████████████████████████████
27 █████████████████████████████████████████████████████████
28





1. ████████████████████████████████████████████████████
2. ██████████████████████████████
3. ████████████████████████████████████████████████
4. ████████████████████████████████████████████████████
5. ████████████████████████████████████████████████████
6. ████████████████████████████████████████████████████
7. ████████████████████████████████████████████████████
8. ████████████████████████████████████████████████████
9. ████████████████████████████████████████████████████
10. ████████████████████████████████████████████████████
11. ████████████████████████████████████████████████████
12. ██████████████████████████████████████████████
13. ████████████████████████████████████████████████████
14. ████████████████████████████████████████████████████
15. ██████████████████████████████████████████████
16. ████████████████████████████████████████████████████
17. ██████████████████████████████████████████████
18. ████████████
19. ████████████████████████████████████████████
20. ████████████████████████████████████████████████
21. ████████████████████████████████████████████████
22. ████████████████████████████████████████████████████
23. ████████████████████████████████████████████████████
24. ████████████████████████████████████████████████
25. ████████████████████████████████████████████████████
26. ████████████████████████████████████████████████████
27. ████████████████████████████████████████████████████
28.

Case 5:11-cv-01846-LHK   Document 2410-2   Filed 09/13/13   Page 9 of 14
**Contains Attorneys' Eyes Only Information Subject to Protective Order**



- 8 -

APPLE INC.'S REPLY IN SUPPORT OF
MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS
Case No. 11-cv-01846-LHK (PSG)

1  ████████████████████████████████████████████████████████████
2  ████████████████████████████
3  ████████████████████████████████████████████
4  ██████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████████
7  ██████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████
9  ██████████████████████████████████████ ████████████████████
10 ██████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████████
12 ██████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████████
15 ████████████████████████████████████████████████████████████
16 ██████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████████
21 ████████████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████████████
23 ████████████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████████████
25 ████████████████████████████████████████████████████████████
26 ██████████████████████████████████████████████

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

1  ███████████████████████████████████████████████████████████
2  ████████████████████████████
3     ████████████████████████████████████████████████████
4    ██████████████████████████████████████████████████████
5  ██████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████
7  ███████████████████████████████████████████████████████████
8  █████████████████████████████████████████████████████
9  ███████████████████████████████████████████████████████
10 ███████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████
12 ███████████████████████████████████████████████████████████
13 ██████████████████████████████████████████████████████████
14 ██████████████████████████████████████████████████████████
15 █████████████████████████████████████████████████████████
16 ███████████████████████████████████████████████████████████
17 ███████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████████
19 ███████████████████████████████████████████████████████████
20 ███████████████████████████████████████████████████████████
21 ██████████████████████████████████████████
22    ████████████████████████████████████████████████████████
23 ███████████████████████████████████████████████████████████
24 ███████████████████████████████████████████████████████████
25 ██████████████████████████████████████████████████████████
26 ████████████████████████████████████████████████
27
28

APPLE INC.'S REPLY IN SUPPORT OF
MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS
Case No. 11-cv-01846-LHK (PSG)

1 ████████████████████████████████████████████

2 ████████████████████████████

3 ███

4 ██████████████████████████████████████

5 ████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████

8 ██████████████████████████

9

10

| | |
|---|---|
| Dated:  September 13, 2013 | */s/* William F. Lee |
| | William F. Lee (admitted *pro hac vice*) |
| | (william.lee@wilmerhale.com) |
| | WILMER CUTLER PICKERING |
| |     HALE AND DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts  02109 |
| | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| | |
| | Mark D. Selwyn (SBN 244180) |
| | (mark.selwyn@wilmerhale.com) |
| | WILMER CUTLER PICKERING |
| |     HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:   (650) 858-6100 |
| | |
| | Harold J. McElhinny (SBN 66781) |
| | (HMcElhinny@mofo.com) |
| | Michael A. Jacobs (SBN 111664) |
| | (MJacobs@mofo.com) |
| | Rachel Krevans (SBN 116421) |
| | rkrevans@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, California 94105 |
| | Telephone: ( 415) 268-7000 |

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

- 12 -

APPLE INC.'S REPLY IN SUPPORT OF
MOTION TO COMPEL FURTHER
DISCOVERY AND FOR SANCTIONS
Case No. 11-cv-01846-LHK (PSG)

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn