| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER** |

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL
FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)

I, Joseph Mueller, hereby declare as follows:

1. I am member in good standing of the Massachusetts bar and a partner at WilmerHale. I am admitted *pro hac vice* in this case, in which I serve as outside counsel to Apple.

2. I have personal knowledge of the matters set out herein.

3. Attached as Exhibit A is a true and correct copy of a letter that I sent to Robert Becher on September 2, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September, 2013 at Boston, Massachusetts.

*/s/* Joseph Mueller
Joseph Mueller

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)                                                                                              1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn

# ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Joseph Mueller has concurred in this filing.

Dated: September 13, 2013          */s/* Mark D. Selwyn
                                    Mark D. Selwyn