| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com  MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com  RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com  ERIK J. OLSON (CA SBN 175815) ejolson@mofo.com  MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522 | WILLIAM F. LEE william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000  MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,  Plaintiff,  v.  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,  Defendants. | Case No. 11-cv-01846-LHK (PSG)  **CERTIFICATE OF SERVICE** |

I, Andrew L. Liao, hereby declare:

I am employed in Santa Clara County, California. I am over the age of eighteen years and am not a party to the above-captioned action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On September 13, 2013, I served the following documents by electronic service:

1. **APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER ("APPLE'S REPLY") [FILED UNDER SEAL]**

2. **EXHIBIT A TO THE DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER [FILED UNDER SEAL]**

I caused all documents to be sent by e-mail to the individuals identified below:

Kevin P.B. Johnson
Victoria F. Maroulis
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone:  (650) 801-5000
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com

Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
charlesverhoeven@quinnemanuel.com

Robert Becher
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
robertbecher@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2013, at Palo Alto, California.

_____
Andrew L. Liao