| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (SBN 116421)<br>rkrevans@mofo.com<br>ERIC J. OLSON (SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**NOTICE OF ERRATA REGARDING APPLE INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**:  October 1, 2013<br>**Time**:  10:00 a.m.<br>**Place**: Courtroom 5, 4th Floor<br>**Judge**:  Hon. Paul S. Grewal |

1  PLEASE TAKE NOTICE that Apple Inc. ("Apple") hereby serves this Notice of
2  Errata regarding Apple Inc.'s Reply in Support of Motion to Compel Further Discovery
3  and for Sanctions for Violations of Protective Order ("Apple's Reply").  The first word of
4  line 23 on page 1 of Apple's Reply ("Siemens's") should be replaced with the word
5  "Ericsson's."

7  Dated:  September 15, 2013            */s/* William F. Lee
                                          William F. Lee (admitted *pro hac vice*)
8                                         (william.lee@wilmerhale.com)
                                          WILMER CUTLER PICKERING
9                                            HALE AND DORR LLP
                                          60 State Street
10                                        Boston, Massachusetts  02109
                                          Telephone: (617) 526-6000
11                                        Facsimile: (617) 526-5000

                                          Mark D. Selwyn (SBN 244180)
13                                        (mark.selwyn@wilmerhale.com)
                                          WILMER CUTLER PICKERING
14                                           HALE AND DORR LLP
                                          950 Page Mill Road
15                                        Palo Alto, California  94304
                                          Telephone:  (650) 858-6000
16                                        Facsimile:   (650) 858-6100

                                          Attorneys for Plaintiff and
18                                        Counterclaim-Defendant Apple Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn