HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION PURSUANT TO AUGUST 22, 2013, ORDER TO STRIKE OR LIMIT WITNESSES IDENTIFIED IN SAMSUNG'S SEPTEMBER 9, 2013, TRIAL WITNESS LIST** |

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO STRIKE OR LIMIT SAMSUNG WITNESSES

For good cause shown, the Court hereby GRANTS Apple's Motion Pursuant to August 22, 2013, Order to Strike or Limit Witnesses Identified in Samsung's September 9, 2013, Trial Witness List and orders the relief set forth in the below table.

The Court further orders Samsung to file within twenty-four hours a replacement witness list that conforms to the Court's order and that separately identifies the witnesses it expects to call and those it may call if needed.

| Witness | Requested Relief |
| --- | --- |
| Robert Anders | Samsung may not call this witness. |
| Freddy Anzures | Samsung may not call this witness. |
| Ravin Balakrishnan | Samsung may not call this witness. |
| Yong Seok Bang | Samsung may not call this witness. |
| Timothy Benner | Samsung may not call this witness by deposition. |
| Tony Blevins | Samsung is limited to calling the witness live at trial on the relevant subject matter previously disclosed for the witness in Samsung's final deposition designations. |
| Peter Bressler | Samsung may not call this witness. |
| Mark Buckley | Samsung is limited to calling the witness live at trial on the relevant subject matter previously disclosed for the witness in Samsung's final deposition designations. |
| Imran Chaudhri | Samsung may not call this witness. |

| Witness | Requested Relief |
|---|---|
| Greg Christie | Samsung may not call this witness. |
| Justin Denison | Samsung may not call this witness by deposition or prior trial testimony. |
| Stephen Gray | Samsung may not call this witness by deposition or prior trial testimony. |
| Greg Joswiak | Samsung is limited to calling the witness live at trial on the relevant subject matter previously disclosed for the witness in Samsung's final deposition designations. |
| Eric Jue | Samsung is limited to calling the witness live at trial on the relevant subject matter previously disclosed for the witness in Samsung's final deposition designations. |
| Susan Kare | Samsung may not call this witness. |
| Woo Kyun Kho | Samsung may not call this witness. |
| Jin Soo Kim | Samsung may not call this witness. |
| Min-Hyouk Lee | Samsung may not call this witness. |
| Samuel Lucente | Samsung may not call this witness. |
| Stan Ng | Samsung is limited to calling the witness live at trial on the relevant subject matter previously disclosed for the witness in Samsung's final deposition designations. |
| Bas Ording | Samsung may not call this witness. |

| Witness | Requested Relief |
|---|---|
| Jaewoo Park | Samsung may not call this witness. |
| Todd Pendleton | Samsung may not call this witness. |
| Andrew Platzer | Samsung may not call this witness. |
| Arthur Rangel | Samsung may not call this witness by deposition. |
| Dongseok Ryu | Samsung may not call this witness. |
| Doug Satzger | Samsung may not call this witness. |
| Timothy Sheppard | Samsung may not call this witness by deposition or prior trial testimony. |
| Itay Sherman | Samsung may not call this witness. |
| Jaegwan Shin | Samsung may not call this witness. |
| Jong-wook Shim | Samsung may not call this witness. |
| Steve Sinclair | Samsung may not call this witness. |
| Karan Singh | Samsung may not call this witness. |

| Witness | Requested Relief |
|---|---|
| Ramamirtham Sukumar | Samsung may not call this witness. |
| Boris Teksler | Samsung is limited to calling the witness live at trial on the relevant subject matter previously disclosed for the witness in Samsung's final deposition designations. |
| Andries Van Dam | Samsung may not call this witness. |
| Michael Wagner | Samsung may not call this witness by deposition or prior trial testimony. |
| Jeeyuen Wang | Samsung may not call this witness. |
| Richard Williamson | Samsung may not call this witness. |
| Sun-Young Yi | Samsung may not call this witness. |

**IT IS SO ORDERED.**

Dated: _____, 2013        By: _____
                                                    Honorable Lucy H. Koh
                                                    United States Judge