| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF PATRICK J. ZHANG IN SUPPORT OF APPLE'S MOTION PURSUANT TO AUGUST 22, 2013, ORDER TO STRIKE OR LIMIT WITNESSES IDENTIFIED IN SAMSUNG'S SEPTEMBER 9, 2013, TRIAL WITNESS LIST** |

I, Patrick J. Zhang, do hereby declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Motion Pursuant to August 22, 2013, Order to Strike or Limit Witnesses Identified in Samsung's September 9, 2013, Trial Witness List. I have personal knowledge of the matters stated herein. If called as a witness, I would testify to the facts set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of Samsung's List of Witnesses for Trial, dated September 9, 2013.

3. Attached as **Exhibit 2** is a true and correct copy of Samsung's Fourth Amended and Supplemental Initial Disclosures, dated March 9, 2012.

4. Attached as **Exhibit 3** is a true and correct copy of Samsung's Objections and Responses to Apple's Seventh Set of Interrogatories (Nos. 15-16) and Samsung's Supplemental Objections and Responses to Apple's Seventh Set of Interrogatories (No. 16), dated February 3, 2012 and March 8, 2012, respectively.

5. Attached as **Exhibit 4** is a true and correct copy of Samsung's Objections and Responses to Apple's Eleventh Set of Interrogatories (Nos. 63-64), dated February 22, 2012.

6. Attached as **Exhibit 5** are true and correct copies of excerpts of Samsung's deposition designations from the April 4, 2012, deposition of Steven Sinclair.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 16th day of September 2013 in San Francisco, California.

PATRICK J. ZHANG