# Exhibit 1

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14
   Attorneys for SAMSUNG ELECTRONICS CO.,
15 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

20
   APPLE INC., a California corporation,    CASE NO. 11-cv-01846-LHK
21
              Plaintiff,                    **SAMSUNG'S LIST OF WITNESSES FOR**
22                                          **TRIAL**
         vs.
23                                          Trial Date:  November 12, 2013
   SAMSUNG ELECTRONICS CO., LTD., a         Place:    Courtroom 8, 4th Floor
24 Korean business entity; SAMSUNG          Judge:    Hon. Lucy H. Koh
   ELECTRONICS AMERICA, INC., a New
25 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
26 LLC, a Delaware limited liability company,

27            Defendant.

28

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully submit the following list of witnesses that it may call to testify at trial other than solely for impeachment with a brief statement following each name describing the substance of the testimony to be given. Because the admissibility of testimony from a witness is dependent on the context, the inclusion of a witness on Samsung's list of witnesses should not be construed as a waiver of the right to object to the witness or to the use of testimony from the witness when called by Plaintiff.

Because Samsung's testimony in the new trial will be limited to rebuttal of Apple's damages claims, Samsung further reserves the right to amend this list as appropriate after it receives Apple's list of witnesses for the new trial, and to amend or supplement this list in response to any evidence offered by Plaintiff at trial. In addition, Samsung reserves the right to call at trial any witness on Plaintiff's witness list.

<u>Witnesses Samsung May Call Live or By Prior Testimony:</u>

**1. Robert John Anders**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Anders is an expert who may testify regarding the design patents.

**2. Fred Anzures:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482. Telephone number 415-268-7000. Mr. Anzures may testify regarding the graphic user interface of Apple's iPhones and design patents.

**3. Yongseok Bang**: Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Bang may testify regarding Samsung design.[1]

---

[1] Mr. Bang was identified on Samsung's Amended List of Witnesses for Trial Pursuant to Rule 26(A)(3), filed July 7, 2012. Given that the Infuse 4G is the only product at issue in the new trial found to infringe the D'677 patent (as opposed to 13 products accused of infringing the D'677 patent in the first trial), the significant proportion of Apple's claimed damages attributable to the Infuse 4G, and Mr. Bang's central role in the Infuse 4G's design, Samsung will seek leave to be able to call this witness.

**4. Timothy Benner**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Benner may testify regarding Samsung consumer surveys and strategies.

**5. Tony Blevins**:   Apple c/o WilmerHale, 60 State Street, Boston, Massachusetts 02109.   Telephone number 617-526-6000.   Mr. Blevins is an Apple employee and was deposed as an Apple corporate representative.   Mr. Blevins may testify regarding Apple's communications with respect to suppliers and its supply capacity.

**6. Mark Buckley**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Buckley may authenticate Apple's financial data, licensing and royalty payments, and Apple's manufacturing and distribution capacity.

**7. Imran Chaudhri:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482. Telephone number 415-268-7000.   This witness is an alleged inventor on Apple's '163 patent and may provide testimony relating to that patent.   Mr. Chaudhri may testify regarding the graphic user interface of Apple's iPhones and design patents.

**8. Greg Christie:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged inventor on Apple's '163 patent and may provide testimony relating to that patent.

**9. Justin Denison**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Denison may testify regarding the smartphone and tablet markets, and marketing and sales of Samsung products in the United States.

**10. Stephen Gray:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Telephone number 650-801-5000.   This witness is a technical expert and may provide testimony relating to Apple's '163 and '915 patents.

**11. Greg Joswiak**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Joswiak may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**12. Eric Jue**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Jue may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**13. Wookyun Kho**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness may testify concerning the subjects of his deposition, including without limitation Samsung's implementation of the bounce feature in its products and Samsung's design and development process and strategy.

**14. Jin Soo Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness may testify regarding Samsung design.

**15. Min-Hyouk Lee**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Lee may testify regarding Samsung design and design of the accused Samsung products.

**16. Sam Lucente**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Lucente is an expert who may testify regarding the GUI patents.

**17. Stan Ng**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Ng may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**18. Bas Ording**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Ording is the named inventor of the '381 patent and may testify regarding its invention.

**19. Jaewoo Park**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000. Mr. Park may testify regarding hypothetical design around of the '381, '163, and '915 patents and certain Apple design IP, and cost of design around.

20.  **Todd Pendleton**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000. Mr. Pendleton is STA's Chief Marketing Officer.  This witness may testify concerning the subjects of his depositions, including without limitation the accused Samsung products, Samsung's and Apple's product designs, competition between Apple and Samsung, Samsung's marketing and advertising , Samsung's business, and the overall U.S. smartphone and tablet markets.

21.  **Andrew Platzer:**  Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.  Telephone number 415-268-7000.  This witness is an alleged inventor on Apple's '915 patent and may provide testimony relating to that patent.

22.  **Arthur Rangel**:  Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.  Telephone number 650-813-5600.  Mr. Rangel may provide testimony regarding the marketing of and consumer demand for the design of Apple's products .

23.  **Dongseok Ryu**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000. Mr. Ryu may testify regarding Samsung UX design, the design of accused Samsung products, and contemporaneous designs.

24.  **Douglas Satzger**:  Cooper & Scully, 100 California Street, San Francisco, California 94111.  Telephone number 415-956-9700. Mr. Satzger may testify regarding the design patents.

25.  **Timothy Sheppard**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000.  Mr. Sheppard may authenticate Samsung's financial data; testify that Samsung's costs are attributable to the manufacture and sale of the accused products; testify as to the different revenue, costs, and profits as between each different defendant; and defend the reliability of Samsung's financial data.

26.  **Itay Sherman**:  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000.  Mr. Sherman is an expert who may testify regarding the asserted design patents.

4

27. **Jong-wook Shim:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Shim may testify as to hypothetical design around costs.

28. **Jaegwan Shin**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness may testify concerning the subjects of his depositions, including without limitation the accused Samsung products and the user interface and functionality of the accused Samsung products.

29. **Steven Sinclair**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Sinclair may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

30. **Ramamirtham Sukumar**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Sukumar is an expert and may provide testimony rebutting the testimony of Apple's experts, Russell Winer, Sanjay Sood, and John Hauser.[2]

31. **Boris Teksler**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Teksler is a former Apple employee, was designated as an Apple corporate representative, and may testify regarding Apple's licensing, awareness of patents, and supply agreements. Mr. Teksler may also provide testimony regarding Apple's licenses and licensing practices and policies.

32. **Andries Van Dam:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is a technical expert and may provide testimony relating to Apple's '381 patent.

---

[2]   Dr. Sukumar was timely disclosed and deposed during expert discovery and identified on Samsung's July 7, 2012 witness list.   Although not included on Samsung's final witness list, Dr. Sukumar was permitted to testify at trial.

33. **Michael Wagner**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Wagner is an expert who will provide testimony rebutting Apple's damages claims.

34. **Jeeyuen Wang**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000. Ms. Wang may testify regarding the graphic user interface of Samsung products.

35. **Richard Williamson:**   Apple c/o Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013.   Telephone number 213-892-5200.   This witness is an alleged inventor on Apple's '163 patent and may provide testimony relating to that patent.

36. **Sun-young Yi:** Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Telephone number 650-801-5000. Ms. Yi may testify on Samsung user interface design for accused Samsung Android phones and hypothetical design arounds of the '381 and '163 patents, and certain Apple design IP; and hypothetical design around cost.

Witnesses Samsung May Call By Prior Testimony:

1. **Ravin Balakrishnan**:   Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Dr. Balakrishnan is an expert witness who may testify regarding the '381 patent.

2. **Peter Bressler**:   Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Bressler is an expert witness who may testify about Apple's designs.

3. **Susan Kare**:   Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000. Ms. Kare is an expert witness who may testify about Apple's designs.

4. **Karan Singh:**   Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482. Telephone number 415-268-7000.   This witness is a technical expert and

1  may testify regarding the '163 and '915 patents and the functionality and operation of Samsung's
2  accused products as they relate to those patents.
3
4  DATED: September 9, 2013     QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP
5
6
7                                By   /s/*Victoria F. Maroulis*
                                     Charles K. Verhoeven
8                                    Kevin P.B. Johnson
                                     Victoria F. Maroulis
9                                    William C. Price
                                     Michael T. Zeller
10                                   Attorneys for SAMSUNG ELECTRONICS CO.,
                                     LTD., SAMSUNG ELECTRONICS AMERICA,
11                                   INC. and SAMSUNG
12                                   TELECOMMUNICATIONS AMERICA, LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28