# Exhibit 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward DeFranco (Cal. Bar No. 165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc. and Samsung
Telecommunications America LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S FOURTH AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**<br><br>**<u>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY UNDER THE PROTECTIVE ORDER</u>** |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

Pursuant to Rule 26(a)(1),(e) of the Federal Rules of Civil Procedure, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby amend and supplement their initial disclosures.

Samsung makes these disclosures subject to and without waiving any applicable privilege, doctrine, or right, including without limitation the attorney-client privilege, the work product doctrine, and all other rights and privileges recognized under the laws of the United States, the State of California and all other relevant jurisdictions. Samsung does not concede the relevance or admissibility of any particular information or witness. Samsung's investigation is ongoing, and makes these disclosures based on information currently available to it. Thus, Samsung reserves the right to amend or supplement these disclosures and to present additional evidence to support its claims and defenses with any filing or during any other proceeding in this action.

I.   **WITNESSES**

Pursuant to Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Samsung identifies the following witnesses who are likely to have discoverable information that Samsung may use to support its claims or defenses, along with their possible subjects of testimony. Samsung reserves the right to supplement or amend this witness disclosure pursuant to Rule 26(e) if additional witnesses or subjects are identified. All communications with those individuals whose contact information specifies "Quinn Emanuel Urquhart & Sullivan, LLP" should be made through Samsung's undersigned counsel. Samsung does not purport to identify any retained experts in these disclosures. Such experts will be disclosed pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

| Name | Contact Information | Subject |
|---|---|---|
| Chang-Soo Park | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 6,928,604 |
| Joong-Ho Jeong | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 6,928,604 |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| Hyeon-Woo Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 6,928,604 |
|---|---|---|
| Se-Hyoung Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Min-Goo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Beong-Jo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Soon-Jae Choi | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent Nos. 7,050,410; 7,386,001 |
| Hye-Young Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,069,055 |
| Pyung-Soo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,079,871 |
| Hun-Kee Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Gin-Kyo Choi | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Jae-Seung Yoon | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Noh-Sun Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Jun-Sung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Yong-Suk Moon | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,200,792 |
| Jae-Yoel Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,362,867 |
| Hee-Won Kang | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,362,867 |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| Name | Contact | Subject |
|---|---|---|
| Young-Hwan Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,386,001 |
| Youn-Hyoung Heo | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,447,516 |
| Ju-Ho Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,447,516 |
| Joon-Young Cho | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,447,516 |
| Young-Bum Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,447,516 |
| Yong-Jun Kwak | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,447,516 |
| Hyok-Soo Son | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,456,893 |
| Sung-Ho Eun | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,456,893 |
| Jae-Min Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,577,460 |
| Jeong-Seok Oh | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,577,460 |
| Sang-Ryul Park | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,577,460 |
| Seong-Hun Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,675,941 |
| Gert-Jan Van Lieshout | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,675,941 |
| Himke Van Der Velde | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,675,941 |
| Moon-Sang Jeong | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Conception, reduction to practice and inventorship of US Patent No. 7,698,711 |
| Rocco S. Barrese | The Farrell Law Firm, LLP | Prosecution of US Patent No. 7,577,460 |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

| | | |
|---|---|---|
| Michael A. Bush | Staas & Halsey LLP | Prosecution of US Patent No. 7,079,871 |
| Simon G. Booth | Roylance, Abrams, Berdo & Goodman, LLP | Prosecution of US Patent No. 7,675,941 |
| Frank Chau | Dilworth & Barrese LLP | Prosecution of US Patent No. 7,069,055 |
| Peter G. Dilworth | Dilworth & Barrese LLP | Prosecution of US Patent No. 7,069,055 |
| Peter G. Dilworth | The Farrell Law Firm, LLP | Prosecution of US Patent No. 7,577,460 |
| George C. Eckert | Jefferson IP Law, LLP | Prosecution of US Patent No. 7,698,711 |
| Paul J. Farrell | Dilworth & Barrese LLP | Prosecution of US Patent Nos. 7,050,410; 6,928,604; 7,069,055 |
| Paul J. Farrell | The Farrell Law Firm | Prosecution of US Patent Nos. 7,200,792; 7,362,867; 7,386,001;  7,577,460 |
| John E. Holmes | Roylance, Abrams, Berdo & Goodman, LLP | Prosecution of US Patent No. 7,675,941 |
| John E. Holmes | Jefferson IP Law, LLP | Prosecution of US Patent No. 7,698,711 |
| Blandon S. Bludau | Jefferson IP Law, LLP | Prosecution of US Patent No. 7,698,711 |
| Dana D. Ivey | Staas & Halsey LLP | Prosecution of US Patent No. 7,675,941 |
| Peter L. Kendall | Roylance, Abrams, Berdo & Goodman L.L.P. | Prosecution of US Patent No. 7,447,516 |
| Stacy J. Longanecker | Staas & Halsey LLP | Prosecution of US Patent No. 7,675,941 |
| Jundong Ma | Roylance, Abrams, Berdo & Goodman L.L.P. | Prosecution of US Patent No. 7,447,516 |
| Christian C. Michel | Staas & Halsey LLP | Prosecution of US Patent No. 7,675,941 |
| David R. Morris | Drinker Biddle & Reath LLP | Prosecution of US Patent No. 7,456,893 |
| Michael J. Musella | The Farrell Law Firm | Prosecution of US Patent Nos. 7,200,792; 7,362,867; 7,386,001; 7,577,460 |
| Michael J. Musella | Dilworth & Barrese LLP | Prosecution of US Patent No. 6,928,604 |
| Michael D. Stein | Staas & Halsey LLP | Prosecution of US Patent No. 7,079,871 |
| Raymond B. Persino | Roylance, Abrams, Berdo & Goodman L.L.P. | Prosecution of US Patent No. 7,447,516 |
| Brian C. Rupp | Drinker Biddle & Reath LLP | Prosecution of US Patent No. 7,456,893 |
| Maeng-Ho Shin | Roylance, Abrams, Berdo & Goodman L.L.P. | Prosecution of US Patent No. 7,447,516 |
| Daniel E. Tierney | Dilworth & Barrese LLP | Prosecution of US Patent Nos. 6,928,604; 7,069,055 |
| Daniel E. Tierney | The Farrell Law Firm | Prosecution of US Patent No. 7,200,792 |

| Name | Firm | Subject |
|---|---|---|
| Stanislav Torgovitsky | Staas & Halsey LLP | Prosecution of US Patent No. 7,675,941 |
| Richard A. Wulff | Drinker Biddle & Reath LLP | Prosecution of US Patent No. 7,456,893 |
| Yongseok Bang | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Seine |
| Jiyoung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Merit, Neonode |
| Minhyouk Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of accused Samsung products |
| Giyoung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Fascinate, Vibrant, Showcase, Mesmerize, Galaxy S 4G |
| Yunjung Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of accused Samsung products |
| Bo-Ra Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Infuse 4G |
| Jin Soo Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of Galaxy Tab products, Ace |
| Hyoung Shin Park | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung design, design of F700 |
| Han-Gil Song | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Design of Prevail |
| SeungHun Yoo | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Samsung products |
| Ahyoung Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Samsung products |
| Sun-young Yi | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Samsung Android phones |
| Min Kyung Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung user interface design for accused Galaxy Tab products |
| Jeeyeun Wang | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Icons of graphic user interface of Samsung products |

SUBJECT TO PROTECTIVE ORDER
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| Name | Address | Subject |
|---|---|---|
| Min Seung Song | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Icons of graphic user interface of Samsung products |
| June Su Kim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Icons of graphic user interface of Samsung products |
| Hyunho Shin | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Packaging design for Samsung products sold in the U.S. |
| Justin Denison | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Smartphone and tablet markets; marketing and sales of Samsung products in the United States |
| Brian Rosenberg | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Marketing and sales of Samsung products in the United States |
| Tim Sheppard | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Financial information |
| Jae-Hwang Sim | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Financial information |
| Kevin Packingham | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung's U.S. products and services |
| Todd Pendleton | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Marketing of Samsung products in U.S. |
| Travis Merrill | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Marketing and sales of Samsung Wi-Fi Galaxy Tab 10.1 |
| Seongwon Yoon | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Samsung task force regarding returns of Galaxy Tabs, including communications with Best Buy employees |
| Sang Eun Lee | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Documents related to Samsung task force regarding returns of Galaxy Tabs. |
| Kevin Marrazzo | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Packaging and marketing of Samsung Wi-Fi Galaxy Tab 10.1 |
| Steve Park | Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP | Wi-fi tablet market |
| Roger Fidler | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| Name | Address | Subject |
|---|---|---|
| Benjamin Bederson | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Cliff Forlines | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Adam Bogue | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Edward Tse | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Josh Shen | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Atmel Corporation | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Daniel Robbins | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Shawn Day | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Jun Rekimoto | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Apurva Mahendra Desai | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Ricardo Vilas-Boas | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Richard Woolley | Cirque Corporation c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Samuel Brunet | Atmel c/o Quinn Emanuel Urquhart & Sullivan, LLP | Prior art |
| Joe Onorato | Google c/o Quinn Emanuel Urquhart & Sullivan, LLP | Knowledgeable about functionality alleged to infringe the 002 patent. |
| Adam Powell | Google c/o Quinn Emanuel Urquhart & Sullivan, LLP | Knowledgeable about functionality alleged to infringe the 915 and 381 patents. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

| Amith Yamasani | Google c/o Quinn Emanuel Urquhart & Sullivan, LLP | Knowledgeable about functionality alleged to infringe the 891 patent. |
|---|---|---|
| Steve Jobs | Apple | Conception, reduction to practice and inventorship of US Design Patent Nos. D593,087; D618,677; D622,270; D504,889 |

In addition to those individuals identified above, Samsung hereby incorporates by reference the witnesses and their possible subjects of testimony disclosed by Apple in its initial disclosures pursuant to Rule 26(a), those individuals indentified by Samsung or Apple through discovery, declaration or other means, those individuals whose names appear on produced documents, inventors, and co-inventors of patents and other materials identified as prior art in the course of this litigation, and authors and co-authors of references identified as prior art in the course of this litigation, as if set forth fully herein.

## II.     DESCRIPTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Samsung identifies the following documents, electronically stored information, and tangible things currently in its possession, custody, or control that it may use to support its claims or defenses, unless the use would be solely for impeachment.  Samsung is not providing categories of documents or information not reasonably available at this time.  Documents that are available include, but are not necessarily limited to the following:

- File histories and prior art references cited by the United States Patent and Trademark Office during prosecution of the Samsung patents asserted in the Samsung Counterclaims ("Samsung Patents").
- Documents and source code reflecting the conception and reduction to practice of the inventions claimed in the Samsung Patents.
- Documents reflecting Apple's willful infringement of the Samsung Patents.
- Documents reflecting the damages and irreparable harm resulting from Apple's willful infringement of the Samsung Patents.
- Prior art to the Apple Patents.

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

- Documents sufficient to show certain financial information for the accused Samsung products.
- Documents reflecting licensing negotiations between Samsung and Apple.
- Engineering and design documents concerning the design and operation of Samsung's accused products.
- Documents relating to and supporting Samsung's defenses and counterclaims, as set forth in Samsung's Answer and Counterclaims.

Samsung's investigation into its claims and defenses is ongoing and, therefore, Samsung reserves all rights to supplement or amend this disclosure pursuant to Rule 26(e) and to use additional documents and information as its discovery and investigation proceeds. Samsung may rely on documents that are produced by any party to this litigation. Furthermore, Samsung reserves the right to supplement or modify this disclosure based on information or documents subsequently identified as pertinent to disputed facts. Finally, Samsung reserves the right to object to the production of documents and things on any basis, including that the information sought: (i) is not relevant; (ii) is protected from disclosure by any applicable privilege, doctrine, or immunity; (iii) would be unduly burdensome to produce or is not reasonably accessible; (iv) contains third party confidential information and cannot be produced without that party's notification and consent; or (v) constitutes proprietary or trade secret information that should not be produced before an appropriate protective order has been entered.

## III.    DAMAGES

Pursuant to Rule 26(a)(1)(A)(iii), Samsung seeks damages, including enhanced or treble damages, for Apple's deliberate and willful infringement of the Samsung Patents, and pre- and post- judgment interest, in addition to permanent injunctive relief. The amount of damages arising from Apple's conduct is not yet ascertainable as some if not all of the conduct is ongoing, requires additional discovery, and may require expert testimony. Samsung does not believe that Apple has suffered any damages as a result of any conduct by Samsung and intends to seek its attorneys' fees and costs and other relief as appropriate. These amounts are not susceptible to calculation at this time.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

IV.   **INSURANCE AGREEMENTS**

Pursuant to Rule 26(a)(1)(A)(iv), Samsung is not presently aware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action, or to indemnify or reimburse for payments made to satisfy such a judgment.

DATED: March 9, 2012               QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Edward DeFranco
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**SUBJECT TO PROTECTIVE ORDER**
<u>**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**</u>

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, I caused **SAMSUNG'S FOURTH AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

| | |
|---|---|
| AppleMoFo@mofo.com<br>HAROLD J. MCELHINNY<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR<br>jtaylor@mofo.com<br>ALISON M. TUCHER<br>atucher@mofo.com<br>RICHARD S.J. HUNG<br>rhung@mofo.com<br>JASON R. BARTLETT<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on March 9, 2012.

                                                                   */s/ Melissa N. Chan*