HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**APPLE'S OBJECTIONS TO SAMSUNG'S SEPTEMBER 9, 2013, TRIAL WITNESS LIST** |

APPLE'S OBJECTIONS TO SAMSUNG'S TRIAL WITNESS LIST
CASE NO. 11-cv-01846-LHK (PSG)
sf-3332255

1

1      Apple objects to Samsung's September 9, 2013 witness list because Samsung has failed to provide a witness list "separately identifying those the party expects to present and those it may call if the need arises," as required by the Federal Rules of Civil Procedure 26(3)(A)(1).

       Apple further objects because, for the vast majority of witnesses, Samsung fails to indicate whether it will call them live or via prior testimony. This is a violation of the Court's order that the parties be limited to the final live witness and deposition designation lists for the first trial. (Dkt. No. 2369 at 2; Dkt. No. 1267 at 2.) Samsung's list improperly claims the right to call live witnesses who were not on Samsung's final live witness list and to call witnesses via deposition who were not on Samsung's final deposition designation list.

       Apple further objects because Samsung purports to call witnesses via deposition designation or prior trial testimony without identifying the deposition designations or trial testimony it intends to introduce. Apple objects to any such testimony to the extent it was not previously timely designated and to the extent it is otherwise improper given the limited scope of this trial.

       Apple further objects because Samsung includes numerous witnesses who were not part of Samsung's final witness list for the first trial or who are identified for topics for which they were not timely disclosed. (Dkt. No. 2369 at 2.)

       Apple further objects because Samsung purports to call witnesses whose testimony would be irrelevant to the damages re-trial or, at best, would only support new Samsung theories that were not timely disclosed before the first trial. (Dkt. No. 2316 at 3.)

       Apple reserves the right to make further objections when and if Samsung makes proper disclosures of purpose and sponsoring witnesses for the documents on its exhibit list.

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Robert John Anders | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior deposition testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) Opinions were previously stricken by Court order. (Dkt. No. 1545.) |
| Freddy Anzures | Witness not identified as live witness in Samsung's witness list for the first trial. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Yongseok Bang | Witness was not on Samsung's final witness list or final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior deposition testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Timothy Benner | Witness and subject matter of testimony was not timely disclosed. (FRCP26, Dkt. No. 2369.) Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior deposition testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Tony Blevins | Witness not identified as live witness in Samsung's final witness list for the first trial. (Dkt. No. 2369.) Prior testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Samsung has failed to provide designation of prior trial testimony. |
| Mark Buckley | Witness not identified as live witness in Samsung's witness list for the first trial. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) |
| Imran Chaudhri | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Samsung has failed to provide designation of prior testimony. Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Greg Christie | Witness not identified as live witness in Samsung's final witness list for the first trial. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Justin Denison | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Stephen Gray | Witness not identified on Samsung's final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.)  Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Greg Joswiak | Witness not identified as live witness in Samsung's final witness list for the first trial.  (Dkt. No. 2369.)  Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions.  (FRE802.) |
| Eric Jue | Witness not identified as live witness in Samsung's final witness list for the first trial.  (Dkt. No. 2369.)  Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions.  (FRE802.) |
| Wookyun Kho | Witness was not on Samsung's final witness list or final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.)  Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Jin Soo Kim | Witness not identified on Samsung's final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.)  Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Min-Hyouk Lee | Witness not identified on Samsung's final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.)  Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Sam Lucente | Opinions stricken by prior Court order. (Dkt. No. 1545.) Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Stan Ng | Witness not identified as live witness in Samsung's final witness list for the first trial. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) |
| Bas Ording | Witness was not on Samsung's final witness list or final deposition designation list. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Samsung has failed to provide designation of prior testimony. Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Jaewoo Park | Subject of testimony was not timely disclosed. (Dkt. No. 2316.) Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Todd Pendleton | Witness was not on Samsung's final witness list or final deposition designation list. (Dkt. No. 2369.) Identified for subjects that were not timely and properly disclosed. (FRCP26, Dkt. No. 2316.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) |
| Andrew Platzer | Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) Witness not identified as live witness in Samsung's final witness list for the first trial. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) |
| Arthur Rangel | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Samsung has failed to provide designation of prior testimony. |
| Dongseok Ryu | Witness not identified in Samsung's initial disclosures. (FRCP26, Dkt. No. 2369.) Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) |
| Douglas Satzger | Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Samsung has failed to provide designation of prior testimony. |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Timothy Sheppard | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) |
| Itay Sherman | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) Opinions previously stricken by Court order. (Dkt. No. 1545.) |
| Jong-wook Shim | Subject of testimony was not timely disclosed. (Dkt. No. 2369.) Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Jaegwan Shin | Witness was not on Samsung's final witness list or final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Steven Sinclair | Witness not identified as live witness in Samsung's final witness list for the first trial. (Dkt. No. 2369.) Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Ramamirtham Sukumar | Witness was not on Samsung's final witness list or final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Boris Teksler | Witness not identified as live witness in Samsung's final witness list for the first trial. (Dkt. No. 2369.) Prior testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions. (FRE802.) Samsung has failed to provide designation of prior trial testimony. |
| Andries Van Dam | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Michael Wagner | Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) |
| Jeeyuen Wang | Identified for topics that were not timely and properly disclosed. (FRCP26, Dkt. No. 2369.) Witness not identified on Samsung's final deposition designation list. (Dkt. No. 2369.) Samsung has failed to provide designation of prior testimony. Prior testimony is hearsay. (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories. (FRE402, 403; Dkt. Nos. 2316, 2369.) |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Richard Williamson | Witness not identified as live witness in Samsung's final witness list for the first trial.  (Dkt. No. 2369.)  Prior deposition testimony is hearsay as the witness is not unavailable for trial and his statements are not party admissions.  (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Sun-young Yi | Subject of testimony was not timely disclosed.  (FRCP26, Dkt. No. 2369.) Witness not identified on Samsung's final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Ravin Balakrishnan | Witness was not on Samsung's final witness list or final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Peter Bressler | Witness was not on Samsung's final witness list or final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |
| Susan Kare | Witness was not on Samsung's final witness list or final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.) Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |

| SAMSUNG WITNESS NAME | APPLE'S OBJECTION |
|---|---|
| Karan Singh | Witness was not on Samsung's final witness list or final deposition designation list.  (Dkt. No. 2369.)  Samsung has failed to provide designation of prior testimony.  Prior testimony is hearsay.  (FRE802.)  Testimony is not relevant to Samsung's timely disclosed damages theories.  (FRE402, 403; Dkt. Nos. 2316, 2369.) |

Dated: September 16, 2013                MORRISON & FOERSTER LLP


By:   */s/ Harold J. McElhinny*
       HAROLD J. MCELHINNY

       Attorneys for Plaintiff
       APPLE INC.

APPLE'S OBJECTIONS TO SAMSUNG'S TRIAL WITNESS LIST
CASE NO. 11-cv-01846-LHK (PSG)
sf-3332255                                                                                                       10