UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION PURSUANT TO AUGUST 21, 2013 ORDER TO EXCLUDE EXHIBITS ON SAMSUNG'S EXHIBIT LIST** |

On October 17, 2013, the Court heard argument on Plaintiff Apple Inc.'s ("Apple") Motion Pursuant to August 21, 2013 Order to Exclude Exhibits on Samsung's Exhibit List. Having considered the arguments of the parties and the papers submitted, the Court GRANTS Apple's motion in its entirety. The following exhibits from Samsung's exhibit list are excluded from the new damages trial: PX 10, 20, 22; PDX 14, 26, 29; DX 526, 528, 546, 548, 550, 551, 556, 578, 586, 680, 682, 683, 712, 751, 781, 2519; proposed Davis-Specific Exhibits 39, 40; and New Trial Exhibits 1, 4, 5, 7, 8, 10.

**IT IS SO ORDERED.**

Dated: _____

Hon. Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION PURSUANT TO AUGUST 21, 2013 ORDER TO EXCLUDE EXHIBITS ON SAMSUNG'S EXHIBIT LIST
CASE NO. 11-cv-01846-LHK (PSG)

1