**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 7 | Photographs of accused Samsung devices | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine<br>Subject to motion to strike |
| 10 | Design alternatives considered by P. Bressler | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine<br>Subject to motion to strike |
| 20 | Design alternatives considered by A. Hedge | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine<br>Subject to motion to strike |
| 22 | Design alternatives considered by S. Kare | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Previously excluded (Trial Tr. 1401:5-1403:7)<br>Subject to motion in limine<br>Subject to motion to strike |

1

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 25A1 | Summary of Apple's damages calculations | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>Untimely damages theory underlying purported relevance<br>Improper exhibit.  Apple has updated the calculations based on the parameters stated in the Court's March 1, 2013 Order.  See PX 25D and 25E.  Apple would stipulate to the admission of PX25D and 25E.<br>FRE 402<br>FRE 403 |
| 30 | Summary of surveys conducted by J. Hauser | |
| 52 | Presentation: Samsung's Use of Apple Patents in Smartphones | |
| 69 | 2011 Wireless Smartphone Satisfaction Study, March 2011 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>Untimely disclosure of damages theory underlying purported relevance |
| 147 | Sony Xperia Arc S | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 148 | Nokia Lumia 800 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 158 | Photos of Blackberry Torch GUI | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 159 | Photos of Nokia N9 GUI | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 160 | Screenshot of Meizu M8 GUI | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 167 | Phone model 956 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 168 | Phone model 961 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 511 | Japanese Design Patent JP D1241638 | FRE 402<br>FRE 403<br>FRCP 26 (produced after discovery close)<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

3

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 526 | Samsung F700 | FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Admitted subject to a limiting instruction (Dkt. No. 1889)<br>Subject to motion in limine |
| 528 | XNav source code | FRE 402<br>FRE 403<br>FRE 901<br>Subject to motion in limine |
| 534 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 535 | ComTech United States Report Q1, 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 536 | IDC Worldwide Quarterly Mobile Phone Tracker - 2011 Q4 | |
| 537 | IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4 | |
| 541 | iPad and iPod Touch, US & WW Sales Data, Q4FY07 - Q2FY12 | |
| 542 | iPhone US & WW Sales Data Q3FY07 - Q2FY12 | |
| 543 | iPhone Units/Revenue Report Q3FY07 - Q1FY12 (Domestic) | FRE 402<br>FRE 403<br>Misleading |
| 544 | iPad US Profitability on a Per Unit Basis | |
| 546 | Bederson, *et al.: Pad+ + A Zooming Graphical Interface for Exploring Alternate Interface Physics* | FRE 402<br>FRE 403<br>FRE 701<br>FRE 702<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| | Exhibits from Pre-Trial Lists | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 - November 30, 2004, found on the MERL-Drive in the folders: MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch, and MERL- rive/diamondtouch/people/forlines/ Mandelbrot/src/com/ merl/forlines/fractal, and MERL DiamondTouch Table with Mandelbrot files | FRE 402<br>FRE 403<br>FRE 901<br>FRE 1002<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 550 | Nomura Yasuhiro patent, Japanese application and translation | FRE 402<br>FRE 403<br>FRCP 26 (produced after discovery close)<br>Subject to motion in limine |
| 551 | U.S. Patent Appl. No. 2002/0030699 | FRE 402<br>FRE 403<br>Subject to motion in limine |
| 556 | Jefferson Han TED Video - Unveiling the genius of multi-touch interface design available at http://www.ted.com/talks/jeff han demos his breakthrough touchscreen.html | FRE 402<br>FRE 403<br>FRE 602<br>Lacks foundation<br>Subject to motion in limine |
| 561 | U.S. Patent Appl. No. 60/718187; U.S. Patent No. 7,933,632 | FRE 402<br>FRE 403<br>FRCP 26 (produced after discovery close)<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| | Exhibits from Pre-Trial Lists | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 562 | March 8, 2006 email from R. Howarth to J. Ive | FRE 402<br>FRE 403<br>FRE 602<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 572 | April 15, 2011 email string, subject: "Re: iPhone v Android Preso", with Smartphone Market Study US January 2011 attached | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 578 | April 14, 2010 email string and meeting agenda, subject : "iPhone 'firsts'" | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Misleading<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance |
| 581 | Worldwide iPhone Q3 '10 Performance Summary, July 7, 2010 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Lacks foundation |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Trial Ex. # | Description | Apple's Objections |
|---|---|---|
| | **Exhibits from Pre-Trial Lists** | |
| 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | FRE 402<br>FRE 403<br>FRE 408<br>FRE 501<br>Incomplete<br>Previously admitted subject to a limiting instruction, limiting use to address lack of notice.  (Dkt. No. 1657 at 3) |
| 587 | Worldwide iPhone Q4 '10 Performance Summary, October 6, 2010 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Lacks foundation |
| 589 | Worldwide iPhone Q1 '11 Performance Summary, January 5, 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Lacks foundation |
| 590 | U.S. Patent No. 7,872,640 and WO 03/081458 | FRE 402<br>FRE 403<br>Subject to motion in limine |
| 592 | ComTech United States Report Q4, 2010 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

8

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 594 | March 10, 2011 email string, subject: "Android shipments grow 1580%, now 'king of the hill' in Europe" | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>FRE 1002<br>Lacks foundation |
| 595 | Android Market Overview, CY10 Q4 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 601 | October 20, 2010 email string, subject: Joz Q4 Earnings Notes | FRE 402<br>FRE 403<br>FRE 802<br>FRE 1002<br>Incomplete |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 605 | ComTech United States Report Q4, 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 614 | iPad Buyer Survey: Initial US Results, Apple Market Research & Analysis, August 2010 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 617 | iPad Tracking Study FY11-Q2 Report, Apple Market Research & Analysis, May 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 627 | Best Buy circulars | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 1002<br>FRCP 26 (produced after discovery close/not produced)<br>Incomplete<br>Untimely disclosure of damages theory underlying purported relevance<br>Previously excluded (Dkt. No. 1511 at 1-2) |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: TableCloth source code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; Screenshot of Diamond Touch-Flash Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm TableCloth screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 and MERL DiamondTouch Table with Tablecloth files | FRE 402<br>FRE 403<br>FRE 602<br>FRE 1002<br>Improper compound exhibit<br>Misleading<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance<br>Previously excluded-in-part (Dkt. 1690 at 5-6)<br>Subject to motion in limine |
| 676 | Samsung financial spreadsheet | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>FRE 901<br>FRCP 26 (produced after close of discovery)<br>Lacks foundation |
| 680 | Y.S. Bang sketchbook | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 901<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 682 | Minhyouk Lee sketchbook | FRE 402<br>FRE 403<br>FRE 901<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 683 | Jinsoo Kim sketchbook | FRE 402<br>FRE 403<br>FRE 901<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 684 | Photographic summary of Samsung devices and translations of select pages | FRE 402<br>FRE 403<br>FRE 1002<br>FRE 1006<br>Untimely disclosure of damages theory underlying purported relevance<br>Not produced/models not made available<br>Subject to motion in limine |
| 687 | Apple email string regarding competitor products | FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |
| 692 | J. Han email string | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| Trial Ex. # | Description | Apple's Objections |
| 693 | Mandelbrot source code | FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 694 | April 7, 2005 email from S. Hotelling to G. Christie then to S. Forstall, subject "LaunchTile" | FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 701 | Summaries of Apple's Consumer Surveys Pursuant to FRE 1006 (updated for new trial) | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>FRE 1006<br>Lacks foundation<br>Misleading/Argumentative<br>Untimely disclosure of damages theory underlying purported relevance<br>Inadmissible demonstrative<br>Not timely provided to Apple<br>Subject to motion to strike |

14

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 702 | Summaries of Data Concerning Hypothetical Design Around Cost Pursuant to FRE 1006 (updated for new trial) | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 901<br>FRE 1002<br>FRE 1006<br>Lacks foundation<br>Misleading/Argumentative<br>Untimely disclosure of damages theory underlying purported relevance<br>Inadmissible demonstrative<br>Not timely provided to Apple<br>Subject to motion to strike<br>Material previously excluded by Daubert order and derived from material Court excluded as discovery sanction (Dkt. No. 1774 at 4) |
| 703 | Summaries of Apple and Samsung ASP Data Pursuant to FRE 1006 (updated for new trial) | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 901<br>FRE 1002<br>FRE 1006<br>Lacks foundation<br>Misleading/Argumentative<br>Inadmissible demonstrative<br>Not timely provided to Apple<br>Subject to motion to strike |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 704 | Summary of jury's liability findings for 13 products at issue in new trial (updated for new trial) | FRE 402<br>FRE 1006<br>Incomplete<br>Misleading/Argumentative<br>Not timely provided to Apple<br>Subject to motion to strike |
| 709 | Competitive analysis document | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Untimely disclosure of damages theory underlying purported relevance<br>Lacks foundation |
| 710 | Internal Apple email regarding competitive update | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Lacks foundation<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 711 | Competitive update presentation | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 712 | Internal Apple email regarding competitive phone tracker | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance |
| 714 | Email and Presentation:  Samsung Juke (SGH-F210) Cell Phone/MP3 Player $300 - iPod Engineering Teardown Report - January 2008 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Misleading<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 716 | Email and HTC Touch HD Take Apart presentation | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Misleading<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance |
| 717 | Samsung Galaxy Tab 10.1 Take-Apart | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Misleading<br>Lacks foundation<br>Untimely disclosure of damages theory underlying purported relevance |
| 720 | Annotated Video of Tablecloth Running on a Diamondtouch | FRE 402<br>FRE 403<br>FRE 901<br>Misleading<br>FRE 1006<br>Inadmissible demonstrative<br>Subject to motion in limine |
| 721 | Annotated Videos of LaunchTile and Xnav | FRE 402<br>FRE 403<br>FRE 901<br>Misleading<br>FRE 1006<br>Inadmissible demonstrative<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| Trial Ex. # | Description | Apple's Objections |
| 722 | Annotated Video of LaunchTile running on a HP series 1900 ipaq Pocket PC | FRE 402<br>FRE 403<br>FRE 901<br>Misleading<br>FRE 1006<br>Inadmissible demonstrative<br>Subject to motion in limine |
| 724 | April 7, 2005 email from S. Forstall to G. Christie | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Misleading<br>Lacks foundation |
| 727 | Korean Design Patent KR30-0418547 (N.B. Certified translation has unique bates range following original) | FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 728 | Japanese Design Patent JP D1241383 ( N.B. Certified translation has unique bates range following original) | FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 751 | '381 video completed on July 5, 2012 | FRE 402<br>FRE 403<br>Inadmissible demonstrative<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance |
| 754 | Apple 10-K Forms, 2007-2011 | FRE 402<br>Improper compound exhibit<br>Incomplete |
| 755 | Apple iPhone Units / Revenue Report | FRE 402<br>FRE 403<br>Misleading |
| 756 | Apple iPhone Units / Revenue Report | |
| 757 | Royalties chart | FRE 402<br>FRE 403 |
| 758 | Royalties chart | FRE 402<br>FRE 403<br>Incomplete |
| 760 | January 15, 2009 email from G. Joswiak to P. Oppenheimer | FRE 402<br>FRE 403<br>FRE 802<br>FRE 1002 |
| 761 | Presentation: Taking on The iPad | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 762 | October 31, 2010 email from S. Jobs to S. Forstall | FRE 402<br>FRE 403<br>FRE 802 |
| 763 | iPad Consideration: Quantitative Research Among CE Buyers, August 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 764 | September 1, 2011 email from A. Rangel to S. Ng | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>Lacks foundation |
| 765 | Email from G. Joswiak with attached "earnings call transcript," attachment dated July 22, 2010 | FRE 402<br>FRE 403<br>FRE 802<br>FRE 1002<br>Incomplete |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 766 | iPad Tracking Study FY11-Q4 Report, Apple Market Research & Analysis, November 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 767 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q4 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 768 | iPad Tracking Study July 2010 Report, Apple Market Research & Analysis, September 2010 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 769 | iPad Tracking Study FY10-Q4 Report, Apple Market Research & Analysis, October 2010 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

23

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 770 | iPad Tracking Study FY11-Q1 Report, Apple Market Research & Analysis, February 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 771 | iPad Tracking Study FY11-Q3 Report, Apple Market Research & Analysis, August 2011 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 772 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q2 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 773 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q3 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

25

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 774 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10-Q4 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 775 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q1 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 776 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q3 | FRE 402<br>FRE 403<br>FRE 602<br>FRE 702<br>FRE 802<br>FRE 1002<br>Lacks foundation<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 777 | Apple's US Sales of iPad products | |
| 781 | Summaries of Samsung Profits Pursuant to FRE 1006 (updated for new trial) | FRE 402<br>FRE 403<br>FRE 602<br>FRE 802<br>FRE 901<br>FRE 1002<br>FRE 1006<br>FRCP 26 (produced after discovery close)<br>Incomplete<br>Misleading<br>Lacks foundation<br>Limiting instruction required<br>Not timely provided to Apple<br>Subject to motion to strike |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits from Pre-Trial Lists | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 900 | January 6, 2010 e-mail to Jinsoo Kim | FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Not disclosed on Samsung's July 23, 2012 final exhibit list<br>Subject to motion in limine |
| 1007-1038 | All accused Samsung devices (JX1007-JX1038) | |
| 1042-1046 | Certified copies of the patents at issue in the new trial | |
| 1047-1049 | Certified file histories of the utilities patents at issue in the new trial | FRE 402<br>FRE 403<br>Subject to motion in limine |
| 1063-1064 | File wrappers for U.S. Patent Nos. D604,305 and D618,677 | FRE 402<br>FRE 403<br>Subject to motion in limine |
| 1086 | Korean Design Patent KR 30-0452985 | FRE 402<br>FRE 403<br>Subject to motion in limine |
| 1093 | LG Prada Phone | FRE 402<br>FRE 403<br>Subject to motion in limine |
| 1095 | U.S. Patent No. D461,802 | FRE 402<br>FRE 403<br>Subject to motion in limine |
| 1098 | Fascinate (with Android version 2.1-updated) | FRE 402<br>FRE 403 |
| 1099 | Galaxy Tab 7.0 (with Android version 2.2) | FRE 402<br>FRE 403 |

28

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| | | |
|---|---|---|
| **Exhibits Disclosed and Numbered During the Course of Trial** | | |
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 2277 | Pantech Hotshot | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2278 | Blackberry Storm | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2515 | Email string ending in 10-14-05 T. Fadell to S. Forstall, *et al.*, re: Samsung SGH-T809 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |
| 2517 | November 18, 2008 email from H. Zhang to Isable-staff, subject "Competitive Analysis" | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits Disclosed and Numbered During the Course of Trial | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |
| 2520 | Email string ending in March 30, 2011 email from R. Huang to S. Forstall, subject:  "Navigation on iPhone" | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |
| 2522 | January 24, 2011 email E. Cue to T. Cook, subject "Why I Just Dumped the iPad (Hing:  Size Matters)" | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |
| 2524 | October 5, 2005 email S. Jobs to J. Ive, *et al.*, subject:" =?WINDOWS-1252?Q?Fwd: Samsung=92s SGH- 10 Bang & Olufsen =93fas?= =?WINDOWS-252?Q?hionphone=94?=" | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| | Exhibits Disclosed and Numbered During the Course of Trial | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 2525 | November 7, 2006 email T. Fadell to S. Jobs, *et al.*, subject: "Samsung Unveils New Communications Device (AP)" | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance |
| 2526 | Nook Color Tablet | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2527 | Blackberry Storm 9550 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2528 | LG G2x | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2530 | Sony XPERIA X1 phone | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| | | |
|---|---|---|
| **Exhibits Disclosed and Numbered During the Course of Trial** | | |
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 2531 | Blackberry Storm 2 9550 phone | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2532 | HTC EVO 4G phone | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2533 | HTC myTouch 4G phone | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2534 | Motorola Atrix phone | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |
| 2535 | HTC Desire S phone | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits Disclosed and Numbered During the Course of Trial | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| 2627 | 3GSM Congress Trade Show Report | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Misleading<br>Limiting instruction required<br>Untimely disclosure of damages theory underlying purported relevance |
| 2628 | CES & Macworld Trade Show Report | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance |
| PDX14 | Demonstrative used during S. Kare's trial testimony | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Previously excluded in part (Dkt. No. 1798 at 4; Trial Tr. At 1260:18-19)<br>Inadmissible demonstrative |
| PDX26 | Demonstrative used during P. Bressler's trial testimony | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Inadmissible demonstrative |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits Disclosed and Numbered During the Course of Trial | | |
|---|---|---|
| **Trial Ex. #** | **Description** | **Apple's Objections** |
| PDX29 | Demonstrative used during Dr. Singh's trial testimony | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Inadmissible demonstrative |

34

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 1. | Affidavit of Julie L. Davis dated December 20, 1996, *Caterpillar Inc. v. Detroit Diesel Corp.*, Case No. 3:95-CV-0489 RM | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 2. | Declaration of Julie L. Davis dated April 3, 2009, *CIF Licensing v. Agere Sys., Inc.*, Case No. 07-170 (JJF) | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 3. | Declaration of Julie L. Davis dated August 3, 2012, *Mformation Techs., Inc. v. RIM, Ltd.*, Case No. C-08-4990 (JW) | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 4. | Declaration of Julie L. Davis dated February 23, 2009, *Spectralytics, Inc. v. Cordis Corp.*, Case No. 0:05-cv-01464-PJS-RLE | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 5. | Declaration of Julie L. Davis dated Sept. 20, 2011, *Mformation Techs., Inc. v. RIM, Ltd.*, Case No. C-08-4990 (JW) | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| Exhibit # | Description | Apple's Objections |
| 6. | Deposition of Julie L. Davis, *Calphalon Corp. v. Meyer Corp.*, Case No. Civ. S-05-971 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 7. | Deposition of Julie L. Davis, *Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp.*, Case No. 99-CV-309 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 8. | Deposition of Julie L. Davis, *Rodeo Cold Marketing Co. v. Coors Brewing Co.*, Case No. 03-cv-05280 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 9. | Trial Transcript, *Riddell Inc. v. Schutt Sports, Inc.*, Case No. 08-CV-711-BBC | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 10. | Trial Transcript, *Advanced Med. Optics, Inv. v. Alcon Inc.*, Case No. 03-1095 (KAJ) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 11. | Trial Transcript, *Ajinomoto Co. v. Archer-Daniels-Midland Co.*, Case No. 95-218 (SLR) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 12. | Trial Transcript, *Alloc, Inc. vs. Pergo, Inc.*, Case No. CV-02-0736 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 13. | Trial Transcript, *Baxter Healthcare Corp. v. Fresenius Med. Care Holdings*, Case No. C 07-01359 PJH | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 14. | Trial Transcript, *Calphalon Corp. v. Meyer Corp.*, Case No. Civ. S-05-971 (vol. 1) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 15. | Trial Transcript, *CIF Licensing v. Agere Sys., Inc.*, Case No. 07-170 (JJF) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 16. | Trial Transcript, *Coloplast A/S v. Generic Med. Devices, Inc.*, Case No. C10-0227BHS | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 17. | Trial Transcript, *DE Techs. v. Dell Inc.*, Case No. 7:04-cv-00628 | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 18. | Trial Transcript, *EMI Group N. Am. v. Cypress Semiconductor*, Case No. 98-350 (RRM) | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 19. | Trial Transcript, *Honeywell Int'l v. Universal Avionics Sys. Corp.*, Case No. 03-242-MPT | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |
| 20. | Trial Transcript, *Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp.*, Case No. 99-CV-309 | Not disclosed on Samsung's July 23, 2012 final exhibit list FRE 402 FRE 403 FRE 802 Impeachment only Not timely provided to Apple |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 21. | Trial Transcript, *John Mezzalingua Assocs., Inc. v. Arris Int'l, Inc.*, Case No. 03-C-0353-C | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 22. | Trial Transcript, *Kim v. ConAgra Foods, Inc.*, Case No. 01-CV-2467 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 23. | Trial Transcript, *Lepage's Inc. v. 3M*, Case No. 97-3983 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 24. | Trial Transcript, *Lucent Techs., Inc. v. Newbridge Networks, Inc.*, Case No. 97-347-JJF | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 25. | Trial Transcript, *Mars, Inc. v. H.J. Heinz Co.*, L.P., Case No. CV-01-10961-RGK | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 26. | Trial Transcript, *Mformation Techs., Inc. v. RIM, Ltd.*, Case No. C 08-4990 (JW) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 27. | Trial Transcript, *Network-1 Security Solutions, Inc. v. Cisco Sys., Inc.*, Case No. 6:08-cv-30 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 28. | Trial Transcript, *Novozymes A/S v. Genencor Int'l, Inc.*, Case No. 05-160 (KAJ) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 29. | Trial Transcript, *Precor Inc. v. Life Fitness*, Case No. C-94-1586-C | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 30. | Trial Transcript, *QinetiQ Limited V. Samsung Telecomms. Am., L.P.*, Case No. 2:03-cv-00221 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 31. | Trial Transcript, *Richardson-Vicks, Inc. v. Upjohn Co.*, Case No. 93-556 (SLR) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 32. | Trial Transcript, *Santarus, Inc. v. Par Pharma., Inc.*, Case No. 07-551(GMS) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 33. | Trial Transcript, *Solvay, S.A. v. Honeywell Specialty Materials LLC*, Case No. 06-557 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 34. | Trial Transcript, *Spectralytics, Inc. v. Cordis Corp.*, Case No. 0:05-cv-01464-PJS-RLE | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 35. | Trial Transcript, *Time Inc. v. Peterson Publishing Co., LLC*, Case No. 97-CV-5879 HB | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| | Davis-Specific Exhibits | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 36. | Trial Transcript, *Tomita Techs. USA, LLC v. Nintendo Co., Ltd.*, Case No. 11-cv-4256 (JSR) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 37. | Trial Transcript, *Tyco Healthcare Group L.P. v. Biolitec, Inc.*, Case No. C-08-3129 MMC | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only<br>Not timely provided to Apple |
| 38. | Cost Accounting: A Managerial Emphasis (Horngren, Datar, & Foster, 11th Ed.) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion to strike |
| 39. | Apple Licensing Agreement with HTC | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 408<br>FRE 802<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion to strike |
| 40. | U.S. Senate Permanent Subcommittee on Investigations, Memorandum re: Offshore Profit Shifting and U.S. Tax Code, May 21, 2013 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Subject to motion to strike |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 41. | Declaration of Marylee Robinson dated September 21, 2012 (Dkt. 2120-14) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Subject to motion to strike |
| 42. | Declaration of Marylee Robinson dated July 5, 2013 (Dkt. 2331) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Subject to motion to strike |
| 43. | Declaration of Marylee Robinson dated November 9, 2012 (Dkt. 2129) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Subject to motion to strike |
| 44. | Expert Report of Terry L. Musika, March 22, 2012 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only |
| 45. | Supplemental Expert Report of Terry L. Musika, May 8, 2012 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only |
| 46. | Updated Rebuttal Expert Report of Michael J. Wagner, August 26, 2013 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802 |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 47. | Expert Report of Julie L. Davis, August 23, 2013 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only |
| 48. | Deposition of Terry L. Musika, May 14, 2012 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only |
| 49. | Deposition of Julie L. Davis, August 26, 2013 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Impeachment only |
| 50. | Deposition of Marylee Robinson, November 5, 2012 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>Subject to motion to strike |
| 51. | May 8, 2013 letter from E. Olson to V. Maroulis disclosing Julie Davis as an expert | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>Impeachment only |

pa-1606955

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Davis-Specific Exhibits | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 52. | May 16, 2013 letter from E. Olson to A. Alden re: Davis disclosure | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>Impeachment only |

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits Required By Posture of the New Trial | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 1. | Summary of Damages Calculations For New Trial | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 1006<br>Misleading<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion to strike<br>Material previously excluded by prior Daubert Order |
| 2. | Complete Trial Transcript, dated 8/3/2012 -8/24/2012 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802 |
| 3. | Apple's Opposition to Samsung's Motions in Limine (Dkt. No. 1206) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance |
| 4. | Apple's Opposition to Samsung's Motion for JMOL, New Trial and/or Remittitur (Dkt. 2050) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance |
| 5. | Order Denying Permanent Injunction (Dkt. No. 2197) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance |

46

### Exhibit A:  Apple's Objections to Samsung's Exhibit List

| Exhibits Required By Posture of the New Trial | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 6. | Claim Construction Orders (Dkt. Nos. 1266, 0849, 1425, 1447) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Improper substitution for jury instructions |
| 7. | Ex Parte Reexamination File History of U.S. Patent No. 7,469,381 (Application No. 90/012,304) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine<br>Subject to motion to strike |
| 8. | Ex Parte Reexamination File History of U.S. Patent No. 7,844,915 (Application No. 90/012,332) | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance<br>Subject to motion in limine<br>Subject to motion to strike |
| 9. | Apple's Objections and Responses, as well as Supplemental and Amended Responses, to Samsung's First Set of Interrogatories, September 12, 2011 | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>Untimely disclosure of damages theory underlying purported relevance |

47

**Exhibit A:  Apple's Objections to Samsung's Exhibit List**

| Exhibits Required By Posture of the New Trial | | |
|---|---|---|
| **Exhibit #** | **Description** | **Apple's Objections** |
| 10. | Annotated Video of ThinkFree Office on Samsung Intercept | Not disclosed on Samsung's July 23, 2012 final exhibit list<br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 1006<br>Misleading/Argumentative<br>Untimely disclosure of damages theory underlying purported relevance<br>Inadmissible demonstrative<br>Subject to motion to strike |

48