HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S MOTION PURSUANT TO AUGUST 21, 2013 ORDER TO EXCLUDE EXHIBITS ON SAMSUNG'S EXHIBIT LIST**<br><br>Date:     October 17, 2013<br>Time:    1:30 PM<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

I, Erik J. Olson, declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I make this declaration based on personal knowledge in support of Apple's Motion Pursuant to August 21, 2013 Order to Exclude Exhibits on Samsung's Exhibit List.

2. Attached as **Exhibit A** hereto is a true and correct copy of excerpts from the July 17, 2012 deposition of Michael J. Wagner.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 16th day of September 2013 in Palo Alto, California.

*/s/ Erik J. Olson*
ERIK J. OLSON

OLSON DECL. ISO APPLE'S MOT. PURSUANT TO AUGUST 21, 2013 ORDER TO EXCLUDE EXHIBITS
CASE NO. 11-cv-01846-LHK (PSG)
sf- 3332747ActiveUS 116060515v.1

1