1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO EXCLUDE CERTAIN TRIAL EXHIBITS** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Exclude Apple's Proposed Trial Exhibits, which came on for hearing on October 17, 2013, in Courtroom 8 of the above-captioned Court, the Honorable Lucy H. Koh presiding.

The Court, having read and considered the papers filed in support and in opposition to the motion, and good cause appearing therefore, makes the following orders:

The Court GRANTS Samsung's motion, and finds that Plaintiff Apple Inc.'s ("Apple") proposed exhibits concerning liability, infringement, intent, willfulness, copying, products and features not at issue, and damages not recoverable herein, are not relevant to the retrial. Apple is precluded from introducing exhibits related to those subjects.  Accordingly, and as set forth below, the Court orders that the following exhibits are excluded:

1. Exhibits that relate to Samsung products not at issue.  The Court strikes PX 3, PX 6, PX 35, PX 39, PX 44, PX 46, PX 47, PX 48, PX 53, PX 179, and PX 2257 from Apple's Exhibit List For New Damages Trial.

2. Exhibits that relate to Apple's unsuccessful claims about the industrial design of Samsung's tablets.  The Court strikes PX 56, PX 59, PX 89, and PX 172 from Apple's Exhibit List For New Damages Trial.

3. Exhibits excluded in the first trial because Apple failed to timely disclose them. The Court strikes PX 41, PX 178, and PX 179 (also excluded because it relates to Samsung products not at issue) from Apple's Exhibit List For New Damages Trial.

4. Exhibits pertaining to Apple's liability claims.  The Court strikes PX 40, PX 49, PX 55, PX 2261, PX 57, PX 186, and PX 195 from Apple's Exhibit List For New Damages Trial.

5. Exhibits showing praise for Apple's products generally or for features not at issue. The Court strikes PX 26A, PX 34, PX 37, and PX 194 from Apple's Exhibit List For New Damages Trial.

6. Exhibits that improperly describe or broaden the scope of the intellectual property at issue.  The Court strikes PX 38 from Apple's Exhibit List For New Damages Trial.

1    7.    Exhibits containing financial and sales information on products not at issue. The
2 Court strikes PX 29A and PX 1500A from Apple's Exhibit List For New Damages Trial.

**IT IS SO ORDERED.**

Dated: _____, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge