1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO PRECLUDE CERTAIN TESTIMONY IDENTIFIED ON APPLE'S WITNESS LIST AND DEPOSITION DESIGNATIONS** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion To Preclude Certain Testimony Identified On Apple's Witness List And Deposition Designations, which came on for hearing on October 17, 2013, in Courtroom 8 of the above-captioned Court, the Honorable Lucy H. Koh presiding.

The Court, having read and considered the papers filed in support of and in opposition to the motion, and good cause appearing therefore, makes the following orders:

The Court GRANTS Samsung's motion, finds that evidence concerning infringement, validity, intent, copying, trade dress, industrial design of tablet computers, and negotiations about Samsung's patents are not relevant to the retrial, and orders that:

1. Apple is not permitted to offer any testimony from the following witnesses: Ravin Balakrishnan, Peter Bressler, Scott Forstall, Susan Kare, Karan Singh, Sanjay Sood, Christopher Stringer, Bruce Watrous, Russell Winer, Dong Hoon Chang, Geesung Choi, Cira Conley, Wong Pyo Hong, Wookyun Kho, Ioi Lam, JunWon Lee, Minhyouk Lee, Qi Ling, Ki Hyung Nam, Hyoung Shin Park, Junho Park, DongSeok Ryu, Jaegwan Shin, and JungMin Yeo.

2. All of Apple's disclosed topics for Tony Blevins, Phil Schiller, Justin Denison, Greg Joswiak, Boris Teksler, Timothy Benner, Todd Pendelton, Brian Rosenberg, Tim Sheppard, and Dale Sohn are stricken, except for those identified below. Apple is not permitted to offer any testimony concerning stricken topics.

a. Tony Blevins – Apple's supply chain and procurement of Apple products that practice the patents at issue in the new trial.

b. Phil Schiller – sales figures for Apple products that practice the patents at issue in the new trial, internal market research concerning, and the marketing, advertising, and retail channels for, Apple's products that practice the patents at issue in the new trial and the Samsung products at issue in the new trial; U.S. competition between Apple's products that practice the patents at issue in the new trial and the Samsung products at issue in the new trial.

c. Justin Denison – sales and pricing of the Samsung products at issue in the new trial; U.S. competition between Apple's products that practice the patents at issue in the new trial and

1  the Samsung products at issue in the new trial.

2      d.    Greg Joswiak – Apple's expenditures and sales figures for Apple products that
3  practice the patents at issue in the new trial; internal market research concerning the subject matter
4  of the patents at issue in the new trial; the marketing channels, advertising channels, and retail
5  channels for Apple's products that practice the patents at issue in the new trial and the Samsung
6  products at issue in the new trial; U.S. competition between Apple's products that practice the
7  patents at issue in the new trial and the Samsung products at issue in the new trial.

8      e.    Boris Teksler – Apple's practices and policies with respect to licensing of its
9  intellectual property and Apple's licensing negotiations with Samsung concerning Apple's patents
10 that Samsung was found to have infringed.

11     f.    Timothy Benner – consumer surveys regarding drivers for consumer demand of
12 smartphones and, except for exterior design, tablet computers.

13     g.    Todd Pendelton – U.S. competition between Apple's products that practice the
14 patents at issue in the new trial and the Samsung products at issue in the new trial; Samsung's
15 marketing and advertising with respect to the feature patents at issue in the new trial.

16     h.    Brian Rosenberg – sales, pricing, retail channels, and carriers of Samsung's
17 products at issue in the new trial; U.S. competition between Apple's products that practice the
18 patents at issue in the new trial and the Samsung products at issue in the new trial.

19     i.    Tim Sheppard – the financial results, profitability, and pricing and sales of
20 Samsung's products at issue in the new trial.

21     j.    Dale Sohn – U.S. competition between Apple's products that practice the patents at
22 issue in the new trial and the Samsung products at issue in the new trial.

23 **IT IS SO ORDERED.**

24

25

26 Dated: _____, 2013

27
                                                                            Honorable Lucy H. Koh
28                                                                             United States District Judge