QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S MOTIONS TO EXCLUDE APPLE'S PROPOSED TRIAL EXHIBITS AND CERTAIN TESTIMONY IDENTIFIED ON APPLE'S WITNESS LIST AND DEPOSITION DESIGNATIONS**<br><br>**Trial Date**: November 12, 2013<br>**Hearing Date**: October 17, 2013<br>**Time**:  1:30pm<br>**Place**:  Courtroom 8, 4th Floor<br>**Judge**:  Hon. Lucy H. Koh |

I, Anthony P. Alden, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the Transcript of Proceedings, dated April 29, 2013.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Transcript of Proceedings, dated August 21, 2013.

4. On September 12, 2013, Samsung previously lodged a courtesy copy of the Updated Rebuttal Expert Report of Michael J. Wagner ("August 2013 Report"). Dkt. 2401.

5. In the interests of avoiding unnecessary sealing motions and practice, Samsung will lodge courtesy copies of the following Apple proposed exhibits referred to in Samsung' Motion to Exclude Apple's Proposed Trial Exhibits: PX 3, PX 6, PX 26A, PX 29A, PX 34-35, PX 37-38, PX 39-41, PX 44, PX 46-49, PX 53, PX 55/PX 2261, PX 56-57, PX 59, PX 89, PX 172, PX 178-179, PX 186, PX 194-195, PX 1500A, and PX 2257. These proposed exhibits include new and modified trial exhibits, as well as previously admitted trial exhibits. If the Court requests that specific proposed exhibits be electronically filed, Samsung will promptly file these, redacted as appropriate, with an accompanying motion to seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on September 16, 2013.

*/s/ Anthony P. Alden*
Anthony P. Alden

-1-   Case No. 11-cv-01846-LHK
ALDEN DECLARATION ISO MOTIONS TO EXCLUDE APPLE'S PROPOSED TRIAL EXHIBITS AND CERTAIN TESTIMONY IDENTIFIED ON APPLE'S WITNESS LIST AND DEPOSITION DESIGNATIONS

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Anthony P. Alden.

 */s/ Victoria F. Maroulis*
Victoria F. Maroulis