# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4


 5
      APPLE INC., A CALIFORNIA          ) C-11-01846 LHK
 6    CORPORATION,                      )
                                        ) SAN JOSE, CALIFORNIA
 7                    PLAINTIFF,        )
                                        ) AUGUST 21, 2013
 8             VS.                      )
                                        ) PAGES 1-76
 9    SAMSUNG ELECTRONICS CO., LTD.,    )
      A KOREAN BUSINESS ENTITY;         )
10    SAMSUNG ELECTRONICS AMERICA,      )
      INC., A NEW YORK CORPORATION;     )
11    SAMSUNG TELECOMMUNICATIONS        )
      AMERICA, LLC, A DELAWARE          )
12    LIMITED LIABILITY COMPANY,        )
                                        )
13                    DEFENDANTS.       )
                                        )
14

15              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
16              UNITED STATES DISTRICT JUDGE

17


18

19              APPEARANCES ON NEXT PAGE

20


21


22


23    OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595
24


25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

1      PERIOD, THAT -- WHATEVER HE DID FOR THE GROSS HAS TO BE
2      ADJUSTED.
3           WE THINK WE DID IT ABSOLUTELY FAIRLY.  WE THINK YOUR HONOR
4      WILL SEE THAT THAT HAD TO HAPPEN.
5           ANOTHER THING THAT IS A -- WE'RE GOING TO GET TO -- WELL,
6      THERE IS -- THERE WAS A DISPUTE BETWEEN WHETHER OR NOT YOUR
7      HONOR MEANT TO LIMIT THE WITNESSES TO WHAT THEY ACTUALLY SAID
8      AT TRIAL OR WHAT WAS IN THEIR REPORTS.
9           AND WE READ IT TO BE THAT THE REPORTS HAD TO TRACK, AND
10     THAT'S -- OBVIOUSLY THAT'S THE PROCESS THAT WE'VE SET UP AT THE
11     MOMENT, AND, AGAIN, WHEN YOU SEE OUR REPORT AND YOU SEE THE
12     DOCUMENTATION FOR IT, I DON'T -- I DON'T THINK WE'LL BE IN
13     TROUBLE WITH YOUR HONOR, BUT I MAY.
14                MS. MAROULIS:  YOUR HONOR, THERE WAS A LINE FROM THE
15     TRANSCRIPT ON THE LAST HEARING THAT SAID WHATEVER THEORIES
16     EITHER SIDE PRESENTED TO THE LAST JURY CAN BE PRESENTED TO THIS
17     JURY.  SO THAT IS ONE.
18          WE ALSO ARE MOVING ON MS. DAVIS FOR OTHER REASONS, BUT
19     THERE ARE A NUMBER OF THEORIES THAT WERE NEVER INCLUDED IN
20     MR. MUSIKA'S REPORT, AND THERE WERE SOME THEORIES THAT WERE
21     INCLUDED IN THE REPORT, BUT NEVER PRESENTED TO THE JURY.
22          THAT'S THE GUIDANCE WE TOOK FROM THE COURT IN APRIL.
23                THE COURT:  SO LET ME ASK, FOR ALL THINGS, IF BOTH
24     SIDES TELL ME YOU WANT TO BE LIMITED TO THE TESTIMONY FROM THE
25     LAST TRIAL, I'M FINE WITH SAYING OKAY.  IS THAT WHAT YOU WANT?

```
 1        I MEAN, THAT'S WHAT I'M HEARING SAMSUNG WANTS.  YOU DON'T WANT
 2   ANY NEW TESTIMONY?
 3             MS. MAROULIS:  WE UNDERSTOOD YOUR HONOR TO SAY THAT
 4   THERE WERE GOING TO BE NO NEW THEORIES OTHER THAN THOSE
 5   PRESENTED AT TRIAL.
 6             THE COURT:  OKAY.
 7             MS. MAROULIS:  SO THE WORDS CANNOT BE IDENTICAL,
 8   RIGHT, TO WHAT WAS SAID, BUT THERE'S NOT GOING TO BE NEW
 9   THEORIES.  THAT'S WHAT WE UNDERSTOOD.
10             THE COURT:  THAT'S TRUE.  THAT IS TRUE.  NO NEW
11   THEORIES, NO NEW METHODOLOGIES, THAT IS TRUE.
12        IT'S JUST CHANGING THE FIRST -- THE NOTICE DATES BASED ON
13   WHEN NOTICE WAS GIVEN TO THE VARIOUS -- FOR THE VARIOUS
14   INTELLECTUAL PROPERTY RIGHTS.
15        SO --
16             MR. MCELHINNY:  I'M -- SAMSUNG'S POSITION WASN'T
17   REALISTIC.  I KNEW THEY DIDN'T WANT IT, BECAUSE IT CAN'T WORK.
18        I MEAN, WE HAD EXHIBITS LAST TIME THAT USED, AS EXAMPLES,
19   PHONES THAT ARE NOT IN THIS CASE.  THEY WOULD MAKE NO SENSE TO
20   THE JURY.  SO IF YOU'RE SHOWING A PICTURE OF A PHONE AND IT'S
21   NOT ACCUSED, IT WOULD MAKE NO SENSE.  YOU HAVE TO HAVE A
22   PICTURE OF ONE OF THE PHONES THAT IS ACCUSED IN THIS CASE.
23        BUT THE CALCULATIONS OF DAMAGES CHANGE BECAUSE WE'RE ONLY
24   USING 13 DEVICES INSTEAD OF 500 DEVICES.
25             THE CALCULATIONS EXACTLY --
```

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   | THE COURT:  INSTEAD OF 7500?                                         |
| 2   | MR. MCELHINNY:  YEAH.  THE CALCULATION IS EXACTLY THE                |
| 3   | SAME, BUT THE NUMBERS CHANGE BECAUSE IT'S A SMALLER WORLD.  IT       |
| 4   | IS -- THIS IS A TRIAL OF A PORTION OF WHAT WE DID BEFORE.            |
| 5   | WHEN YOUR HONOR SEES IT -- THAT'S WHY WE OBJECTED TO THIS            |
| 6   | MOTION.  THAT'S WHY WE OBJECTED TO THE FACT THAT THERE WAS NO        |
| 7   | MEET AND CONFER.  WE DIDN'T THINK IT WAS BROUGHT REALISTICALLY,      |
| 8   | BECAUSE YOU CAN SAY THINGS ABOUT THESE MOTIONS THAT, WHEN YOUR       |
| 9   | HONOR SEES THE REPORTS, YOU'LL SEE THE LOGIC OF IT.                  |
| 10  | THE COURT:  OKAY.  SO WHEN CAN YOU RE-SERVE YOUR                     |
| 11  | REPORTS?  I WOULD LIKE YOU TO EXCISE YOUR ALTERNATIVE THEORIES.      |
| 12  | I KNOW I'M PROBABLY OPENING UP A PANDORA'S BOX HERE, BUT I           |
| 13  | THINK IT WOULD BE HELPFUL, BECAUSE YOU'RE GOING TO PROVIDE A         |
| 14  | RED LINE VERSION, TO NOT GET, YOU KNOW, AN ARCHEOLOGICAL DIG OF      |
| 15  | MULTIPLE, MULTIPLE CHANGES THAT HAVE BEEN MADE AND JUST GET          |
| 16  | YOUR FINAL, HOPEFULLY CLEAN REPORT WITHOUT THE JOINT PRETRIAL        |
| 17  | STATEMENT FIRST SALE DATES OR CALCULATIONS BASED ON THOSE            |
| 18  | DATES.  WHEN CAN YOU DO THAT?                                        |
| 19  | MR. MCELHINNY:  WHAT WE WOULD LIKE, YOUR HONOR, IS IF                |
| 20  | THE PARTIES WOULD EXCHANGE BOTH A CLEAN VERSION AND A RED LINE,      |
| 21  | AND WE CAN DO THAT NEXT MONDAY.                                      |
| 22  | THE COURT:  OKAY.  NOW, I UNDERSTOOD MS. DAVIS IS                    |
| 23  | GOING TO BE DEPOSED ON MONDAY.                                       |
| 24  | MS. MAROULIS:  YES, YOUR HONOR.  I WAS GOING TO ASK                  |
| 25  | PERMISSION TO DISCUSS WITH APPLE WHETHER WE NEED TO MOVE THAT        |