QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STATEMENT OF RECENT DECISION REGARDING REEXAMINATION OF U.S. PATENT NO. 7,844,915 (L.R. 7-3(d))** |

Pursuant to Local Rule 7-3(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") bring to the Court's attention an Office Action by the United States Patent and Trademark Office ("USPTO") granting Apple's Request for Extension of Time ("Request for Extension") in the *ex parte* reexamination of U.S. Patent No. 7,488,915 (the "'915 Patent").

On September 6, 2013, Apple requested a one-month extension of time from the USPTO, seeking to extend the deadline for its Response to the Examiner's Final Office Action, from September 26, 2013 to October 26, 2013.  In support of its request, Apple alleges that an extension was necessary because Apple needs to "[c]onsult[] with litigation counsel in the Concurrent [N.D. Cal.] Litigation to ensure that the obligations under 37 C.F.R. § 1.565(a) and 37 C.F.R. § 1.555." Request for Extension at 4; *see also id.* at 5 ("[T]he ongoing activity in the Concurrent Litigation, including a damages trial set for November 12, 2013, is highly relevant to Patent Owner's obligations under 37 C.F.R. § 1.565(a) and 37 C.F.R. § 1.555.").

On September 13, the USPTO granted Apple's request for a one-month extension to respond to the Final Office Action in the '915 reexamination.[1]

Contrary to Apple's claims, the upcoming damages trial has no relevance to its proceedings before the USPTO under either 37 C.F.R. § 1.565(a) (the duty to notify the USPTO of concurrent litigation) or 37 C.F.R. § 1.555 (the duty to inform the USPTO of additional prior art). No activities pertinent to the USPTO will occur in the upcoming damages trial, and no new prior art is involved.  Instead, Apple appears to have misinformed the USPTO in order to successfully delay the reexamination proceedings.  Apple's actions undermines its claim that it would be prejudiced by a stay regarding the '915 patent.  Although Apple claims it urgently needs to resolve its claims against Samsung, Apple seeks to delay resolution of the validity issues surrounding the very same patent.  Apple's actions create unfair prejudice to Samsung, exacerbating the risk that Samsung will be held liable for infringing a patent that is invalid.

---

[1]   The Examiner's decision reversed a previous ruling on September 11, 2013, denying Apple's request for an extension of time.

1    Pursuant to the revised schedule before the USPTO, Apple's Response is now due on

2  October 26, 2013.   Under MPEP 2265, "Normally, examiners will complete a response to an

3  amendment after final rejection within 5 days after receipt thereof."   Consequently, if the

4  Examiner acts in accordance with this provision, the Examiner's response (called an "Advisory

5  Action") will issue by October 31, 2013, ahead of the November 12, 2013 trial.  If the Examiner

6  maintains his rejection of the '915 patent in the Advisory Action, his decision will be final, and

7  Apple's only remaining recourse would be to file a notice of appeal with the Board of Patent

8  Appeals and Interferences, by November 26, 2013.[2]

9    Accordingly, Samsung intends to move for an immediate stay should the Examiner issue

10  an Advisory Action maintaining his rejection of the '915 patent.  While the Court has provided in

11  its Case Management Order that Apple will have 10 days to respond to Samsung's motion (Dkt.

12  2316 at 2), this would be unworkable given the scheduled trial date of November 12, 2013.

13  Accordingly, Samsung will seek to brief its motion to stay on shortened time.

14    A copy of Apple's Request for Extension of Time is attached hereto as Exhibit A.  A copy

15  of the Examiner's Grant of Apple's Request is attached hereto as Exhibit B.

16

17

18

19

20

21

22

23

24

25

26

27

28

___

[2]   This date may be extended by the Examiner when the Advisory Action cannot be mailed in sufficient time for the patent owner to consider the Examiner's position in the Advisory Action prior to the due date for the appeal.  *See* MPEP 2265.

1    DATED:  September 17, 2013          QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
2

3

4                                        By  */s/ Victoria F. Maroulis*
                                             Charles K. Verhoeven
5                                            Kevin P.B. Johnson
                                             Victoria F. Maroulis
6                                            William C. Price
                                             Michael T. Zeller
7
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
8                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
9                                            TELECOMMUNICATIONS AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                          Case No. 11-cv-01846-LHK (PSG)
                          **NOTICE REGARDING '915 REEXAMINATION**