PTO/SB/21 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| Field | Value |
|---|---|
| Control Number | 90/012,332 |
| Filing Date | May 30, 2012 |
| First Named Inventor | Andrew PLATZER |
| Art Unit | 3992 |
| Examiner Name | M. J. Yigdall |
| Total Number of Pages in This Submission | 9 |
| Attorney Docket Number | 106842803600 |

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [x] Extension of Time Request **(6 pages)**
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____
- [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please Identify below):
  - Certificate of Service **(1 page)**
  - Certificate of Electronic Filing under 37 CFR 1.8 **(1 page)**

Remarks

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | MORRISON & FOERSTER LLP (Customer No. 20872) |
| Signature | /Brian B. Ho/ |
| Printed name | Brian B. Ho |
| Date | September 6, 2013 |
| Reg. No. | 60,199 |

I hereby certify that this paper is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4).

Dated: September 6, 2013            Electronic Signature for Lisa Yadao:   /Lisa Yadao/

sf-3328842

EX PARTE RE-EXAMINATION                                    Docket No. 106842803600

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Ex Parte Reexamination of:
U.S. Patent No. 7,844,915

Control No.: 90/012,332                                    Confirmation No.: 5963

Filed: May 30, 2012                                        Art Unit: 3992

For:   APPLICATION PROGRAMMING                             Examiner: M. J. Yigdall
       INTERFACES FOR SCROLLING
       OPERATIONS


### PATENT OWNER'S PETITION FOR EXTENSION OF TIME UNDER 37 C.F.R. § 1.550(C)

MS *Ex Parte* Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Madam:

   Pursuant to 37 C.F.R. § 1.550(c), patent owner Apple Inc. ("Patent Owner") hereby petitions for a one-month extension of time to reply to the Final Office Action, mailed July 26, 2013, in the above-captioned case.  The current deadline with no extension is September 26, 2013; the requested deadline for response with a one-month extension is **October 26, 2013**.  The present petition is being filed with the petition fee specified under 37 C.F.R. § 1.17(g).

sf-3328552

Control No.: 90/012,332                              2                              Docket No. 106842803600

## STATEMENT OF FACTS

1. On November 30, 2010, the patent at issue in this reexamination proceeding, U.S. Pat. No. 7,844,915 B2 ('915 Patent"), issued with 21 claims ("Issued Claims").

2. Patent Owner has filed infringement actions based on the '915 patent in the U.S. International Trade Commission and U.S. District Courts for the District of Delaware, that have terminated. These cases resulted in years of intense litigation activity and voluminous litigation files potentially relevant to the present proceeding.

3. On February 8, 2012, Apple Inc. filed a Complaint alleging infringement of the Issued Claims in *Apple Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC*, Civil Action No. 12-CV-00630-LHK, United States District Court for the Northern District of California (the "Concurrent Litigation"). The Concurrent Litigation is ongoing.

4. On May 30, 2012, this reexamination proceeding was initiated by the filing in the Office of a <u>201 page</u> Request for Ex Parte Reexamination of the '915 Patent by an anonymous third party. The request contained 323 additional pages of exhibits containing numerous claim charts, constituting a total of 524 pages of text and claim charts.

5. On August 17, 2012, the Examiner mailed a decision adopting substantial questions of patentability based on all seven references cited in the request, and adopting all of the numerous combinations of prior art references alleged in the 524 page request.

6. On December 19, 2012, the Examiner mailed a 36-page Non-Final Office Action, entering non-final rejections of the 21 Issued Claims under reexamination, based on stated grounds of § 102(e) and/or § 103(a).

7. On March 19, 2013, Patent Owner filed a response to the Non-Final Office Action of December 19, 2012.

sf-3328552

Control No.: 90/012,332 3 Docket No. 106842803600

8. On July 26, 2013, the Examiner mailed a 58-page Final Office Action (the "Final Office Action"), entering final rejections of the 21 Issued Claims under reexamination, based on stated grounds of § 102(e) and/or § 103(a). The Final Office Action list six separate grounds of rejection based on five references.

9. In the Concurrent Litigation, a five-day retrial on damages for certain infringing products set to begin November 12, 2013. In addition to the trial itself, Patent Owner will be submitting numerous pretrial filings and participating in several pretrial hearings. These include briefing relating to expert witnesses in September with a hearing in October; briefing on motions *in limine* in September and October with a hearing in October; and briefing on appropriate exhibits and witnesses in September with a hearing in October.

sf-3328552

Control No.: 90/012,332                                4                          Docket No. 106842803600

# REMARKS

Pursuant to 37 C.F.R. §1.550(c) and MPEP 2265, Patent Owner hereby request an extension the time period for responding to the outstanding Final Office Action. Because this is the first request for an extension of the time period for responding to the Final Office Action and because this request is not for a period of greater than one month, Patent Owner submits that a showing of an extraordinary situation is not required. (*See* MPEP 2265.) Rather, the request should be granted upon a showing of sufficient cause. (*See* 37 C.F.R. § 1.550. *See also* 2265.)

Patent Owner hereby states the reasons supporting the request, as required by MPEP 2265.

**(A) Statement of what action the patent owner has taken to provide a response, to date as of the date of the request for extension of time.**

Patent Owner and Patent Owner's reexamination counsel have diligently worked, and continue to diligently work, to review the Final Office Action and to prepare a response to the same. A factual accounting of Patent Owner's reasonably diligent behavior includes, but is not limited to:

- Review and analysis of the Final Office Action by attorneys for Apple, Inc., who are also registered practitioners.

- Engaging the services of Morrison & Foerster LLP in review and analysis of the Final Office Action, and the five references relied on therein.

- Continuing to engage Dr. Jason Nieh as a consultant on the reexamination.

- Consulting with litigation counsel in the Concurrent Litigation to ensure that the obligations under 37 C.F.R. § 1.565(a) and 37 C.F.R. § 1.555 are met (SOF ¶ 9).

- Continuous and diligent efforts to prepare a response compliant with 37 C.F.R. § 1.113.

sf-3328552

Control No.: 90/012,332　　　　　　　　　　　5　　　　　　　　　　Docket No. 106842803600

**(B) Why, in spite of the action taken thus far, the requested additional time is needed.**

Patent Owner submits that, despite reasonably diligent action taken thus far, additional time is needed to prepare a response, above and beyond the current two-month response period.  In particular, Patent Owner notes that all six separate grounds of rejection presented in the Office Action of December 19, 2012, have been maintained.  Moreover, the Final Office Action touches on remarks and statements made in the response filed on March 19, 2013, and the declaration under 37 C.F.R. § 1.132 submitted therewith.  Further, the ongoing activity in the Concurrent Litigation, including a damages trial set for November 12, 2013, is highly relevant to Patent Owner's obligations under 37 C.F.R. § 1.565(a) and 37 C.F.R. § 1.555.

Accordingly, Patent Owner asserts that an additional month is required to prepare a full and complete response to the issues pending in the present reexamination.  In view of the above, it is respectfully submitted that the current circumstances represent sufficient cause under 37 C.F.R. § 1.550 for a one-month extension of time, extending the time period to at least **October 26, 2013**, for Patent Owner to prepare its response to the pending Final Office Action, and such extension is hereby respectfully requested.

This Petition is accompanied by the fee per 37 C.F.R. § 1.17(g).

Control No.: 90/012,332        6        Docket No. 106842803600

# CONCLUSION

In the event the U.S. Patent and Trademark office determines that an extension and/or other relief is required, applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to **Deposit Account No. 03-195**2 referencing **Docket No. 106842803600**.  However, the Commissioner is not authorized to charge the cost of the issue fee to the Deposit Account.

Dated: September 6, 2013        Respectfully submitted,

By /Brian B. Ho/
Brian B. Ho
   Registration No.: 60,199
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
(415) 268-7624

sf-3328552