

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,332 | 05/30/2012 | 7844915 | P4895USREX1/120730-003US | 5963 |

20872          7590          09/13/2013
MORRISON & FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482

| EXAMINER |
|---|
| YIGDALL, MICHAEL J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/13/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS

Joseph J. Richetti
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

Date:



## EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90012332
PATENT NO. : 7844915
ART UNIT : 3992

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| *Decision on Petition for Extension of Time in Reexamination* | Control No.:90/012,332 |
|---|---|

1. THIS IS A DECISION ON THE PETITION FILED <u>09/06/2013</u>.

2. THIS DECISION IS ISSUED PURSUANT TO:
   A. ☒ 37 CFR 1.550(c) – The time for taking any action by a patent owner in an *ex parte* reexamination proceeding will be extended only for sufficient cause and for a reasonable time specified.
   B. ☐ 37 CFR 1.956 – The time for taking any action by a patent owner in an *inter partes* reexamination proceeding will be extended only for sufficient cause and for a reasonable time specified.
   The petition is before the Central Reexamination Unit for consideration.

3. FORMAL MATTERS
   Patent owner requests that the period for responding to the Office Action mailed on <u>07/26/2013</u>, which sets a <u>two (2) month</u> period for filing a response thereto, be extended by <u>one (1) month</u>.

   A. ☒ Petition fee per 37 CFR §1.17(g)):
      i.  ☒ Petition includes authorization to debit a deposit account.
      ii. ☐ Petition includes authorization to charge a credit card account.
      iii. ☐ Other: _____.
   B. ☒ Proper certificate of service was provided. (Not required in reexamination where patent owner is requester.)
   C. ☒ Petition was timely filed.
   D. ☒ Petition properly signed.

4. DECISION (See MPEP 2265 and 2665)
   A. ☒ Granted or ☐ Granted-in-part for _____, because petitioner provided a factual accounting that established sufficient cause. (See 37 CFR 1.550(c) and 37 CFR 1.956).
      ☒ Other/comment: Upon further reconsideration, the Patent Owner's Extention of time Request is found persuasive and granted. This decision supersedes the earlier mailed decision, on the same request. **Therefore, the Patent Owner's response is due on 10/26/2013**.
   B. ☐ Dismissed because:
      i.  ☐ Formal matters (See unchecked box(es) (A, B, C and/or D) in section 4 above).
      ii. ☐ Petitioner failed to provide a factual accounting of reasonably diligent behavior by all those responsible for preparing a response to the outstanding Office action within the statutory time period.
      iii. ☐ Petitioner failed to explain why, in spite of the action taken thus far, the requested additional time is needed.
      iv. ☐ The statements provided fail to establish sufficient cause to warrant extension of the time for taking action (See attached).
      v.  ☐ The petition is moot.
      vi. ☐ Other/comment:.

5. CONCLUSION
   Telephone inquiries with regard to this decision should be directed to Sudhanshu C. Pathak at 571-272-5509. In his/her absence, calls may be directed to Dan Ryman 571-272-3152 in the Central Reexamination Unit.

| /Sudhanshu C. Pathak/ | SPRS, CRU 3992 |
| [*Signature*] | (Title) |

U.S. Patent and Trademark Office
PTO-2293 (Rev. 09-2010)