QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF ADMINISTRATIVE MOTION TO STRIKE APPLE'S OBJECTIONS TO SAMSUNG'S EXHIBIT LIST AND APPLE'S OBJECTIONS TO SAMSUNG'S SEPTEMBER 9, 2013 TRIAL WITNESS LIST** |

I, Anthony P. Alden, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On September 17, 2013, I emailed counsel for Apple Inc. ("Apple") to request that Apple agree to withdraw its Objections to Samsung's Exhibit List (Dkt. 2416) and Objections to Samsung's September 9, 2013 Trial Witness List (Dkt. 2414). Attached hereto as Exhibit A is a true and correct copy of my email to Nathan Sabri of Morrison & Foerster, counsel for Apple, dated September 17, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of an email response by Nathan Sabri of Morrison & Foerster, counsel for Apple, dated September 17, 2013. In this email, Apple refuses to withdraw the Objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on September 17, 2013.

> By /s/ *Anthony P. Alden*
> Anthony P. Alden

| | |
|---|---|
| 1 | **GENERAL ORDER ATTESTATION** |
| 2 | I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the |
| 3 | foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the |
| 4 | electronic filing of this document has been obtained from Anthony P. Alden. |
| 5 | |
| 6 |                                                         */s/ Victoria Maroulis* |