# EXHIBIT A

# Joby Martin

| | |
|---|---|
| **From:** | Anthony Alden |
| **Sent:** | Tuesday, September 17, 2013 5:22 PM |
| **To:** | Sabri, Nathan B. |
| **Cc:** | Samsung v. Apple; 'AvSS Damages Trial'; 'WHAppleSamsungDamagesRetrial@wilmerhale.com' |
| **Subject:** | Apple v. Samsung, No. 11-1846: Apple's Unauthorized Objections |

Nate,

As you know, last night Apple filed Objections to Samsung's Witness List (Dkt. 2414) and Objections to Samsung's Exhibit List (Dkt. 2416).  Neither of these documents were authorized by the Court's August 22, 2013 Case Management Order, which in fact limited the parties to challenging no more than 30 exhibits.  (08/22/13 at 2:24-25).  Please confirm by **9:00 p.m. tonight** that Apple will withdraw these unauthorized filings.  In the event Apple declines to so confirm, Samsung intends to file an administrative motion to strike them, or alternatively, to allow Samsung to file its own additional objections and a response to Apple's objections.

Thanks,

Anthony


**Anthony Alden**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
+1 213-443-3159 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.