# EXHIBIT B

**Joby Martin**

| | |
|---|---|
| **From:** | Sabri, Nathan B. [NSabri@mofo.com] |
| **Sent:** | Tuesday, September 17, 2013 11:29 PM |
| **To:** | Anthony Alden |
| **Cc:** | Samsung v. Apple; AvSS Damages Trial; 'WHAppleSamsungDamagesRetrial@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung, No. 11-1846: Apple's Unauthorized Objections |

Anthony,

Apple's filings are consistent with the Court's August 22 Order, the Federal Rules, and the parties' process with respect to objections last year.

The Court's Order specified that only 30 exhibits would be challenged in each party's brief, and Apple agrees that the parties need only respond now to the briefed objections. The Court's Order did not specify that the parties could only state objections to those 30 exhibits. In fact, at the August 21 CMC, the Court clearly contemplated objections beyond the 30 exhibits and noted that it intended to follow the objection process the parties followed at the last trial for any objections not decided after the contemplated briefing.

In any event, the Federal Rules permit objections to Rule 26(a)(3) disclosures within 14 days. So even if Samsung's reading were correct, Samsung would simply have Apple's full objection lists 7 days in advance of the deadline set by the Rules.


**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6641 | C: 415.439.9153
NSabri@mofo.com | www.mofo.com


**From:** Anthony Alden [mailto:anthonyalden@quinnemanuel.com]
**Sent:** Tuesday, September 17, 2013 5:22 PM
**To:** Sabri, Nathan B.
**Cc:** Samsung v. Apple; AvSS Damages Trial; 'WHAppleSamsungDamagesRetrial@wilmerhale.com'
**Subject:** Apple v. Samsung, No. 11-1846: Apple's Unauthorized Objections

Nate,

As you know, last night Apple filed Objections to Samsung's Witness List (Dkt. 2414) and Objections to Samsung's Exhibit List (Dkt. 2416). Neither of these documents were authorized by the Court's August 22, 2013 Case Management Order, which in fact limited the parties to challenging no more than 30 exhibits. (08/22/13 at 2:24-25). Please confirm by **9:00 p.m. tonight** that Apple will withdraw these unauthorized filings. In the event Apple declines to so confirm, Samsung intends to file an administrative motion to strike them, or alternatively, to allow Samsung to file its own additional objections and a response to Apple's objections.

Thanks,

Anthony

1

**Anthony Alden**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
+1 213-443-3159 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------