1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO STRIKE APPLE'S OBJECTIONS TO SAMSUNG'S EXHIBIT LIST AND APPLE'S OBJECTIONS TO SAMSUNG'S SEPTEMBER 9, 2013 TRIAL WITNESS LIST** |

1  Pursuant to Local Rule 7-11, Samsung Electronics Co., Ltd., Samsung Electronics
2  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has
3  filed an Administrative Motion to Strike Apple's Objections to Samsung's Exhibit List and
4  Objections to Samsung's September 9, 2013 Trial Witness List ("Motion to Strike").
5  Having considered the arguments of the parties and the papers submitted, and GOOD
6  CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Samsung's Motion to Strike is
7  GRANTED.  The Court finds that Apple's objections to Samsung's exhibit list and witness list
8  were not authorized by the August 22, 2013 Case Management Order and are therefore stricken.

10  **IT IS SO ORDERED.**

12  DATED: _____

14  _____
    HONORABLE LUCY H. KOH
    United States District Judge