RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:     650-838-2000
Facsimile:     650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF PATRICK J. FLINN FOR NON-PARTY NOKIA CORPORATION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Patrick J. Flinn hereby enters his appearance on behalf of Non-Party Nokia Corporation.  Please direct all future filings and correspondence directed to Non-Party Nokia Corporation to his attention at the following:

> Patrick J. Flinn (patrick.flinn@alston.com)
> ALSTON + BIRD LLP
> 1201 West Peachtree Street
> Atlanta, GA 30309
> Telephone:      404-881-7000
> Facsimile:      404-881-7777

DATED:  September 18, 2013                     Respectfully submitted,

By: */s/ Patrick J. Flinn*
Patrick J. Flinn
ALSTON & BIRD, LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008

*Attorneys for Non-Party Nokia Corporation*

1

**ATTESTATION OF E-FILED SIGNATURES**

2

     I, Ryan W. Koppelman, am the ECF user whose ID and password are being used to file this

3

Notice of Appearance of Patrick J. Flinn on behalf of non-party Nokia Corporation.  In compliance

4

with General Order 45.X.B, I hereby attest that Patrick J. Flinn has concurred in this filing.

5

6

7

Dated: September 18, 2013                   By: */s/ Ryan W. Koppelman*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-1(h)(1).  As such, this document was served on all counsel who have consented to electronic service, Civil L.R. 5-1(h)(1) and 5-5(a).

3

4

DATED:  September 18, 2013      */s/ Ryan W. Koppelman*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28