1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9                               UNITED STATES DISTRICT COURT

10                              NORTHERN DISTRICT OF CALIFORNIA

11                                       SAN JOSE DIVISION

12

13  APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK (PSG)

                Plaintiff,                       **JOINT SUBMISSION OF UPDATE
14                                               REGARDING JOINT SUBMISSION
       v.                                        REGARDING DOCUMENTS
15                                               SUBJECT TO FEDERAL CIRCUIT
    SAMSUNG ELECTRONICS CO., LTD., a             APPEAL**
16  Korean corporation; SAMSUNG
    ELECTRONICS AMERICA, INC., a New
17  York corporation; and SAMSUNG
    TELECOMMUNICATIONS AMERICA,
18  LLC, a Delaware limited liability company,

19              Defendants.

20

21

22

23

24

25

26

27

28

JOINT UPDATE REGARDING
JOINT SUBMISSION REGARDING DOCUMENTS SUBJECT TO THE FEDERAL CIRCUIT APPEAL
CASE NO. 11-CV-01846-LHK (PSG)

1   On August 28, 2013, pursuant to the Court's August 26, 2013 Order (Dkt. No. 2376), the
2   parties filed a Joint Submission Regarding Documents Subject to Federal Circuit Appeal (Dkt.
3   2380).
4   Attached as Exhibit D to that Submission was a chart identifying the documents for which
5   the Court had denied sealing but stayed the denial pending the outcome of the parties' appeals to
6   the Federal Circuit.  One of the documents listed in Exhibit D was Apple's license with Rovi,
7   which was also the subject of a separate motion to seal:  Apple's Renewed Motion to Seal (Dkt.
8   2250), which at the time was pending before Judge Grewal, and in which Apple requested that the
9   license be sealed in full.  On September 11, 2013, Judge Grewal granted in full Apple's Renewed
10  Motion to File Under Seal (Dkt. 2250).
11  The parties therefore submit the attached update to Exhibit D, which adds this information
12  to the discussion of the sealing history of Apple's license agreement with Rovi.

Dated: September 18, 2013

| | |
|---|---|
| By: */s/* Mark D. Selwyn | By: */s/* Victoria F. Maroulis |
| Attorney for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorney for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

MORRISON & FOERSTER LLP
HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

JOINT UPDATE REGARDING
JOINT SUBMISSION REGARDING DOCUMENTS SUBJECT TO THE FEDERAL CIRCUIT APPEAL
CASE NO. 11-CV-01846-LHK (PSG)

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this submission. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  September 18, 2013           /s/ Mark D. Selwyn
                                                             Mark D. Selwyn

JOINT UPDATE REGARDING
JOINT SUBMISSION REGARDING DOCUMENTS SUBJECT TO THE FEDERAL CIRCUIT APPEAL
CASE NO. 11-CV-01846-LHK (PSG)

3