| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF NATHAN SABRI REGARDING SAMSUNG'S MOTION TO FILE UNDER SEAL (DKT. NO. 2398)** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration regarding Samsung's Motion to Seal filed in connection with Samsung's Opposition to Apple's Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report ("Opposition to Motion to Strike"). (Dkt. No. 2398.)

2. Samsung requested an order granting its motion to file under seal portions of its Opposition to Motion to Strike and portions of Exhibit 1 to the Declaration of Anthony P. Alden in Support of Samsung's Opposition to Motion to Strike ("Alden Exhibit 1"). (Dkt. No. 2398.) The portions at issue are all essentially the same quote from the Expert Report of Julie L. Davis, CPA ("Davis Expert Report"). (*See* Dkt. No. 2399 at 6 (Samsung's proposed redactions to Opposition to Motion to Strike); Dkt. No. 2399-2 at 6, 8 (Samsung's proposed redactions to Alden Exhibit 1).)

3. Apple has not requested to seal the quotation at issue in the Davis Expert Report (*see* Dkt. No. 2392-1 at 83 n.274) and does not maintain a claim of confidentiality with respect to the documents addressed in Samsung's Motion to Seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of September, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI RE SAMSUNG'S MOT. TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3333948

1