HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**REPLY DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S AUGUST 26, 2013 REBUTTAL REPORT**<br><br>Date:　　October 10, 2013<br>Time:　　1:30 PM<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

I, Erik J. Olson, declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I make this declaration based on personal knowledge in support of Apple's Reply in Support of Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report.

2. Samsung attached a chart to its opposition to Apple's motion to strike entitled "Chart Responding to Apple's Motion to Strike, Pursuant to the Court's August 22, 2013 Case Management Order." (*See* Dkt. No. 2399-2.) As set forth in Apple's reply brief, Samsung's chart contains arguments that are not stated in its Opposition brief and therefore should be stricken. In the event that the Court considers Samsung's arguments in its chart, Apple rebuts those arguments in its Reply Chart Responding to Improper Attorney Argument in Samsung's Chart of Challenged Methodology, attached as **Exhibit A** hereto.

3. Attached as **Exhibit B** hereto is a true and correct copy of excerpts of the transcript from August 20, 2013 deposition of Michael J. Wagner.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 19th day of September 2013 in Palo Alto, California.

ERIK J. OLSON