# Exhibit B

```
                                                              688
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    ------------------------------------:
 5    APPLE INC., a California corporation,:
 6                Plaintiff,               :
 7         v.                              :
 8    SAMSUNG ELECTRONICS CO., LTD., a     :Civil Action No.
 9    Korean business entity, SAMSUNG      :11-CV-01846-LHK
10    ELECTRONICS AMERICA, INC., a New     :
11    York corporation, and SAMSUNG        :
12    TELECOMMUNICATIONS AMERICA, LLC, a   :
13    Delaware limited liability company,  :
14                Defendants.              :
15    ------------------------------------:
16    (Caption continued on next page.)
17        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                       VOLUME 4
19      Videotaped Deposition of MICHAEL J. WAGNER
20                 Palo Alto, California
21                Tuesday, August 20, 2013
22                       8:04 a.m.
23    Job No.: 42222
24    Pages: 688 - 963
25    Reported by:  Anne Torreano, CCSR, RPR, CCRR
```

695

| | | |
|---|---|---|
| 1 | Emanuel. | 08:05:23 |
| 2 | THE VIDEOGRAPHER:  The court reporter today | 08:05:23 |
| 3 | is Anne Torreano, representing Planet Depos. | 08:05:24 |
| 4 | Would the reporter please swear in the | 08:05:28 |
| 5 | witness? | 08:05:30 |
| 6 | MICHAEL J. WAGNER, | 08:05:30 |
| 7 | having been duly sworn to tell the truth, | 08:05:30 |
| 8 | testified as follows: | 08:05:30 |
| 9 | EXAMINATION | 08:05:36 |
| 10 | BY MR. QUARLES: | 08:05:36 |
| 11 | Q.  Good morning, Mr. Wagner. | 08:05:36 |
| 12 | A.  Good morning, Mr. Quarles. | 08:05:38 |
| 13 | Q.  And congratulations on becoming a grandfather | 08:05:39 |
| 14 | again. | 08:05:42 |
| 15 | A.  Thank you. | 08:05:42 |
| 16 | Q.  You have provided deposition testimony in | 08:05:43 |
| 17 | this case three times; correct? | 08:05:46 |
| 18 | A.  I have. | 08:05:47 |
| 19 | Q.  Is there any testimony in any of those | 08:05:48 |
| 20 | depositions that you would like to correct or amend? | 08:05:51 |
| 21 | A.  Maybe there's one thing that I would. | 08:05:53 |
| 22 | Q.  What would that be? | 08:05:58 |
| 23 | A.  Mr. Olson, in one of my depositions, and I | 08:05:59 |
| 24 | can't remember if it's the second or third, I think it | 08:06:05 |
| 25 | was the third, went over what appeared to be some | 08:06:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

811

| | | |
|---|---|---|
| 1 | THE REPORTER: 19. | 11:09:36 |
| 2 | THE WITNESS: I would expect that's tab 2 to | 11:09:36 |
| 3 | my corrected report. | 11:09:40 |
| 4 | MR. QUARLES: Right. | 11:09:41 |
| 5 | BY MR. QUARLES: | 11:09:41 |
| 6 | Q. Does the number 251,000 ever appear in your | 11:09:41 |
| 7 | original report? | 11:09:46 |
| 8 | A. No, and I've told you now twice why that was | 11:09:47 |
| 9 | true, that I at that point did not have the actual | 11:09:49 |
| 10 | number of icons that needed to be redesigned and which | 11:09:53 |
| 11 | products needed to be redesigned. So I did not have | 11:09:57 |
| 12 | that number. But if the jury had found -- let's just | 11:09:59 |
| 13 | say in the first trial that these 13 products needed | 11:10:04 |
| 14 | to be redesigned and accepted that number, then they | 11:10:07 |
| 15 | could have come up with that numbers themselves. It's | 11:10:11 |
| 16 | just math. | 11:10:13 |
| 17 | Q. And where would the jury -- how would the | 11:10:13 |
| 18 | jury have known the number of icons on each of the | 11:10:16 |
| 19 | infringing phones? | 11:10:19 |
| 20 | A. I don't know, but that's something I think | 11:10:20 |
| 21 | would have been your burden, and you should have given | 11:10:22 |
| 22 | that information to them. | 11:10:24 |
| 23 | Q. So we can agree the following -- the number | 11:10:26 |
| 24 | wasn't -- the number 251 wasn't there and the number | 11:10:30 |
| 25 | of icons was not provided either? | 11:10:32 |

812

| | | |
|---|---|---|
| 1 | MS. MAROULIS: Objection. Misstates the | 11:10:35 |
| 2 | record. | 11:10:36 |
| 3 | THE WITNESS: I can say unequivocally "yes" | 11:10:37 |
| 4 | to the first part of your question. I don't know the | 11:10:40 |
| 5 | answer to the second part of your question. | 11:10:44 |
| 6 | BY MR. QUARLES: | 11:10:47 |
| 7 | Q. Let's turn, if we could, for a second to the | 11:10:47 |
| 8 | D'677. | 11:11:04 |
| 9 | Previously you provided an opinion that the | 11:11:08 |
| 10 | reasonable royalty for the D'677 was zero; correct? | 11:11:09 |
| 11 | A. Yes. | 11:11:15 |
| 12 | Q. We can agree, can't we, that one of the | 11:11:20 |
| 13 | things Apple complained about in the very first | 11:11:22 |
| 14 | meetings with Samsung in August 2010 was that Samsung | 11:11:25 |
| 15 | was copying the look of Apple phones; correct? | 11:11:27 |
| 16 | MS. MAROULIS: Objection. Calls for | 11:11:30 |
| 17 | speculation, lacks foundation. | 11:11:31 |
| 18 | THE WITNESS: I can't remember exactly all | 11:11:33 |
| 19 | the complaints that were in that first meeting, but I | 11:11:37 |
| 20 | would believe that there would be that criticism. | 11:11:44 |
| 21 | BY MR. QUARLES: | 11:11:52 |
| 22 | Q. Okay. I'm going to show you PX 52. Page 17. | 11:11:52 |
| 23 | Now, you say -- or you said that the | 11:12:23 |
| 24 | reasonable royalty for the '677 patent was zero; | 11:12:32 |
| 25 | correct? | 11:12:38 |

944

1    paragraphs -- withdrawn.  03:57:15
2              Discussion of retail prices in paragraphs 197  03:57:16
3    to 204 is new; correct?  Is not contained in your  03:57:20
4    earlier report?  03:57:26
5              MS. MAROULIS:  Objection.  Mischaracterizes  03:57:28
6    the report.  03:57:29
7              THE WITNESS:  Yes, because I'm only focusing  03:57:30
8    on the subset of products that now are relevant to  03:57:33
9    this trial.  I could not and would not have done this  03:57:37
10   analysis before when there were 28 products.  03:57:39
11             So yes, it is new, but it's only because  03:57:42
12   there's now only 13 products at issue, which aren't  03:57:45
13   exactly the average of the 28 that were in the first  03:57:49
14   trial.  03:57:52
15   BY MR. QUARLES:  03:57:52
16       Q.  And your discussion at 205 to --  03:57:52
17       A.  The answers are going to be the same.  03:58:06
18             MS. MAROULIS:  Why don't you wait for the  03:58:08
19   question.  03:58:10
20             THE WITNESS:  I'm sorry.  03:58:10
21   BY MR. QUARLES:  03:58:11
22       Q.  Is also a new opinion?  03:58:11
23             MS. MAROULIS:  Objection.  Mischaracterizes  03:58:13
24   the nature of the opinion.  03:58:13
25             THE WITNESS:  Because the Epic 4G, the  03:58:16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

945

| | | |
|---|---|---|
| 1 | Indulge, the Transform and the Replenish were all | 03:58:18 |
| 2 | accused phones until after the first trial.  So I | 03:58:21 |
| 3 | could not have done this comparison. | 03:58:23 |
| 4 | BY MR. QUARLES: | 03:58:25 |
| 5 |     Q.  Am I correct that each of those phones has a | 03:58:25 |
| 6 | touch screen? | 03:58:29 |
| 7 |     A.  Yes, and each one of those phones also has a | 03:58:31 |
| 8 | hard keyboard as well. | 03:58:36 |
| 9 |     Q.  Look at schedule 31-NT to your report we'll | 03:58:39 |
| 10 | have to give to you.  Schedule 31-NT -- why don't we | 03:58:51 |
| 11 | get one that we can have marked. | 03:59:52 |
| 12 |         MR. QUARLES:  Can we mark that? | 04:00:29 |
| 13 |         (WAGNER EXHIBIT 26 MARKED.) | 04:00:32 |
| 14 | BY MR. QUARLES: | 04:00:32 |
| 15 |     Q.  Ms. Maroulis can look over your shoulder | 04:00:32 |
| 16 | while I ask you these questions. | 04:00:43 |
| 17 |     What is this schedule? | 04:00:55 |
| 18 |         MS. MAROULIS:  Do you have a copy for me? | 04:01:17 |
| 19 |         THE WITNESS:  Well, you marked as Exhibit 26 | 04:01:20 |
| 20 | schedules 31-NT through 31.4-NT, which is appropriate | 04:01:23 |
| 21 | because they all fit together. | 04:01:29 |
| 22 |         MR. QUARLES:  Yes. | 04:01:30 |
| 23 |         THE WITNESS:  But what this is intending to | 04:01:32 |
| 24 | do is to use the jury verdict for the 13 products at | 04:01:34 |
| 25 | issue in the new trial and award the same type of | 04:01:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

961

C E R T I F I C A T E

1
2    I, Anne M. Torreano, Certified Shorthand
3    Reporter, do hereby certify that the aforementioned
4    witness was first duly sworn as noted by stipulation
5    of counsel to testify to the truth; that I was
6    authorized to and did report said deposition in
7    stenotype; and that the foregoing pages are a true and
8    correct transcription of my shorthand notes of said
9    deposition.
10           I further certify that said deposition was
11   taken at the time and place hereinabove set forth and
12   that the taking of said deposition was commenced and
13   completed as hereinabove set out.
14           I further certify that I am not an attorney
15   or counsel of any of the parties, nor am I financially
16   interested in the action.
17           The foregoing certification of this
18   transcript does not apply to any reproduction of the
19   same by any means, unless under the direct control
20   and/or direction of the certifying reporter.
21           Dated this 16th day of August, 2013.
22
23
24   _____
25                ANNE M. TORREANO, CA-10520

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA