1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20
21 APPLE INC., a California corporation,  | CASE NO. 11-cv-01846-LHK
                    Plaintiff,
22                                         | **DECLARATION OF CARL G.
          vs.                              | ANDERSON IN SUPPORT OF APPLE'S
23                                         | ADMINISTRATIVE MOTION TO FILE
   SAMSUNG ELECTRONICS CO., LTD., a       | DOCUMENTS UNDER SEAL (Dkt. 2407)**
24 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
25 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
26 LLC, a Delaware limited liability company,

27              Defendants.

28

02198.51855/5525390.1
                                                    Case No. 11-cv-01846-LHK
   DECLARATION OF CARL G. ANDERSON ISO APPLE'S ADMIN. MOT.TO FILE UNDER SEAL

I, Carl G. Anderson, declare:

1. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. 2407) regarding documents attached to the Declaration of Christopher L. Robinson in Support of Apple's Oppositions to Samsung's Motions re Julie L. Davis ("Robinson Decl.").

3. **Exhibit A** to the Robinson Decl. consists of the March 22, 2012 Expert Report of Terry L. Musika, CPA ("Musika Report").  The Musika Report was previously filed as Exhibit C to the Declaration of Christopher Price in Support of Samsung's Supplemental Response to Apple's Motion for Rule 37 Sanctions (Dkt. No. 857) and has previously been ordered sealed in part by the Court's Order Granting Renewed Motions to Seal (Dkt. 2397).   The Musika Report was also filed as Exhibit 3 to the Martin Declaration in Support of Samsung's *Daubert* Motion (Dkt. No. 927) and was subject to Samsung's Renewed Motion to Seal (Dkt. No. 1490) and the Federal Circuit's order regarding the same.  Samsung seeks to seal the same portions of the Musika Report it identified on appeal to the Federal Circuit.

4. **Exhibit B** to the Robinson Decl. consists of the May 8, 2012 Supplemental Expert Report of Terry L. Musika, CPA ("Musika Supplemental Report").  Exhibit B  was previously filed as Exhibit 5 to the Martin Declaration in Support of Samsung's *Daubert* Motion (Dkt. No. 927) and was subject to Samsung's Renewed Motion to Seal (Dkt. 1490) and the Federal Circuit's order regarding the same.  Samsung seeks to seal the same portions of the Musika Supplemental Report it identified on appeal to the Federal Circuit.

5. **Exhibit C** to the Robinson Decl. consists of an annotated version of the Expert Report of Julie L. Davis, CPA (as of 8/23/2013).  The Expert Report of Julie L. Davis, CPA (as of 8/23/2013) ("Davis Report) was filed as Exhibit 1 to the Becher Declaration in Support of

1 | Samsung's Motion to Strike on August 30, 2013 (Dkt. 2386-1.)   Samsung supported the sealing of the Davis Report by its Administrative Motion (Dkt. 2385) and Declaration of James Shin (Dkt. 2385-1).

6. **Exhibit D** to the Robinson Decl. consists of a redline showing the changes between the Musika Report and the Davis Report. It therefore contains the same confidential information as these documents.

7. **Exhibit J** to the Robinson Decl. consists of an excerpt from the May 14, 2012 Deposition of Terry Musika.  Samsung does not seek an order sealing this document.

8. **Exhibit K** to the Robinson Decl. consists of an excerpt from the August 20, 2013 Deposition of Michael J. Wagner ("Wagner Excerpt").   The Wagner Excerpt was previously filed as Exhibit B to the expert declaration of Erik J. Olson (Dkt. No. 2382).   Samsung supported the sealing of the Wagner Excerpt by a Declaration of James Shin (Dkt. No. 2394).

9. As Samsung has stated in declarations supporting the sealing of this material in the past, public disclosure of the confidential information at issue in these documents would likely cause Apple competitive harm.  *See, e.g.,* Dkt. Nos. 2326, 2384, 2385-1.

10. In addition, the Declaration of James Shin in Support of Apple's Admin. Motion to Seal (Dkt. No. 2407) and in Further Support of Samsung's Admin. Motions to Seal (Dkt. Nos. 2326, 2385), filed concurrently, identifies specific portions of the Davis Report containing Samsung's confidential information which Samsung seeks to seal.

11.  For the foregoing reasons, Samsung requests that portions of Exhibits A-D and K be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in San Francisco, California on September 19, 2013.

_____
Carl G. Anderson