1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522

8  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF NATHAN B. SABRI IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO PRECLUDE CERTAIN TESTIMONY IDENTIFIED ON APPLE'S WITNESS LIST AND DEPOSITION DESIGNATIONS** |

I, Nathan B. Sabri, do hereby declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action.  I am licensed to practice law in the State of California and admitted to practice before this Court.  I submit this Declaration in support of Apple's Opposition to Samsung's Motion to Preclude Certain Testimony Identified on Apple's Witness List and Deposition Designations.  I have personal knowledge of the matters stated herein.  If called as a witness, I would testify to the facts set forth below.

2.      Attached as **Exhibit A** hereto is a true and correct copy of excerpts of the transcript from the September 14, 2011, deposition of Michael J. Wagner.

3.      Attached as **Exhibit B** hereto is a true and correct copy of excerpts of the transcript from the February 29, 2012, deposition of Hyoung Shin Park.

4.      Attached as **Exhibit C** hereto is a true and correct copy of excerpts of the transcript from the March 5, 2012, deposition of Jun Won Lee.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 23rd day of September 2013 in San Francisco, California.

_____
NATHAN B. SABRI

Sabri Decl. ISO Apple's Opp'n to Samsung's Mot. to Preclude Certain Testimony
Case No. 11-cv-01846-LHK (PSG)
sf-3335125

1