# Exhibit A

Confidential Attorneys' Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                 SAN JOSE DIVISION
4  APPLE INC., a California corporation,
5
6        Plaintiff,
7  vs.                          Case No. 11-CV-01846-LHK
8  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;
9  SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation;
10 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware
11 limited liability company,
12       Defendants.
   ----------------------------------/
13
14
15              CONFIDENTIAL
16           ATTORNEYS' EYES ONLY
17             OUTSIDE COUNSEL
18  VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, CPA
             San Francisco, California
19         Wednesday, September 14, 2011
20
21
22
23        Reported by:
    LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR, CLR
24           JOB NO. 41962
25

Confidential Attorneys' Eyes Only

Page 4

1          P R O C E E D I N G S

2          THE VIDEOGRAPHER: Good morning. This is the
3  start of the disk labeled No. 1 of the videotaped
4  deposition of Michael Wagner in the matter Apple
5  Incorporated versus Samsung Electronics Company,
6  Limited, in the Court -- U.S. District Court, Northern
7  District of California, San Jose Division. Case No.
8  11-CV-01846-LHK.
9          This deposition is being held at 425 Market
10 Street, San Francisco, California, on September 14th,
11 2011, at approximately 9:33 a.m. My name is
12 Sean McGrath from TSG Reporting, Incorporated, and I am
13 the legal video specialist. The court reporter is
14 Lorrie Marchant, in association with TSG Reporting.
15         Will counsel please introduce yourselves.
16         MR. OVERSON: Wesley Overson and Grant Kim of
17 Morrison & Foerster, on behalf of Apple Inc., the
18 plaintiff.
19         MR. ANDERSON: Carl Anderson of Quinn Emanuel
20 Urquhart & Sullivan, representing Samsung and the
21 witness. And with me is Heather Belville, also of Quinn
22 Emanuel Urquhart & Sullivan.
23         THE VIDEOGRAPHER: Will the court reporter
24 please swear in the witness.
25         THE REPORTER: Do you solemnly swear or affirm

Page 5

1  under the penalties of perjury that the testimony you
2  are about to offer will be the truth, the whole truth
3  and nothing but the truth?
4          THE WITNESS:  I do.
5          THE VIDEOGRAPHER:  You may proceed.
6              EXAMINATION BY MR. OVERSON
7          BY MR. OVERSON:
8      Q.  Good morning.
9      A.  Good morning.
10     Q.  Please state your full name.
11     A.  Michael Joseph Wagner.
12         MR. OVERSON:  Okay.  First off, I'm going to
13 mark as Exhibits 160 and 161 your declaration from this
14 case and your CV.
15         (Marked for identification purposes,
16         Exhibits 160 and 161.)
17         BY MR. OVERSON:
18     Q.  Mr. Wagner, is -- is Exhibit 160 your
19 declaration in this case?
20     A.  It is.
21     Q.  And is Exhibit 161 your CV?
22     A.  It is.
23     Q.  Okay.  I note from your declaration that you're
24 a CPA; is that right?
25     A.  I am licensed as a CPA in the State of

Confidential Attorneys' Eyes Only

Page 34

1  product?
2      A.   I would say that's correct.
3      Q.   And just so we're clear, can you -- can you
4  tell me what exhibit number you're looking at?
5      A.   163.
6      Q.   And what's the first Bates number on that
7  exhibit?
8      A.   APLNDC00010809.
9      Q.   And I think, for the record, it goes to .54.
10     A.   It does.
11     Q.   Okay.  Okay.  So 44 percent of the Apple users
12 said the reason for choice was brand/model.
13          Do you think the brand/model has to do with the
14 design?
15     A.   No.  Because that's called out separately in
16 the blue, which is the design/color.
17     Q.   Do you think that users of Apple products
18 associate the brand with the design?
19     A.   I'd need a survey to tell me that, but I think
20 some may.
21     Q.   Is Apple known as a company that pays
22 particular attention to design?
23          MR. ANDERSON:  Objection.  Calls for
24 speculation.
25          THE WITNESS:  I believe that's true.

Confidential Attorneys' Eyes Only

Page 44

1  Apple is creating a link between the design and its
2  logo; right?
3         MR. ANDERSON:  Objection.  Assumes facts not in
4  evidence.
5         THE WITNESS:  I don't know what their intention
6  is from the ad.  I'd need to talk to the designer of the
7  ad.
8         BY MR. OVERSON:
9     Q.  One goal of -- of companies doing advertising
10 is to associate their designs with their brand; true?
11    A.  I agree with that.
12    Q.  And would you agree that this advertisement is
13 doing that?
14    A.  To some extent I do.
15         (Marked for identification purposes,
16         Exhibit 167.)
17         BY MR. OVERSON:
18    Q.  Okay.  We've marked as 167 a color copy of
19 Apple's motion for preliminary injunction.
20         If you turn to page 26, you'll see an
21 advertisement for an iPhone 3G.  You've seen this
22 before; right?
23    A.  I have.
24    Q.  And the advertisement shows the iPhone 3G, what
25 the user would see from the touchscreen, the face of it

Confidential Attorneys' Eyes Only

Page 46

1  creative advertiser is trying to draw that association.
2  I would agree with you.
3      Q.  Would you agree that they're doing two things
4  here; they're trying to convey some information -- twice
5  as fast, half the price -- and they're also trying to
6  show off the design?
7      A.  Yes.
8      Q.  And would you agree that they're also trying to
9  associate that design with the Apple brand?
10     A.  I do.
11         (Marked for identification purposes,
12         Exhibit 168.)
13         BY MR. OVERSON:
14     Q.  Okay.  We've handed you what we've marked as
15 Exhibit 168.  It's Twiggs Exhibit 4.  It shows two
16 iPhone 4s.  And underneath it it says, Introducing
17 FaceTime video calling.  Smile.  Then it shows the Apple
18 signal [sic] and iPhone 4.
19         Would you agree this advertisement emphasizes
20 the design of the phone?
21     A.  No.  Again, I think the main purpose of this ad
22 is to introduce FaceTime video calling, and they're
23 showing, you know -- it looks to me like a grandpa
24 talking to his granddaughter.  And someone who has
25 personal experience with talking to his grandson using

Confidential Attorneys' Eyes Only

Page 249

1                    CERTIFICATE
2
     STATE OF CALIFORNIA  )
3                        :  ss
     COUNTY OF SONOMA     )
4
5       I, Lorrie L. Marchant, a Certified Shorthand
6    Reporter, a Registered Professional Reporter, a
7    Certified Realtime Reporter, and a Certified Realtime
8    Professional within and for the State of California, do
9    hereby certify:
10      That MICHAEL J. WAGNER, the witness whose
11   deposition is herein set forth, was duly sworn/affirmed
12   by me and that such deposition is a true record of the
13   testimony given by such witness.
14      I further certify that I am not related to any of
15   the parties to this action by blood or marriage and that
16   I am in no way interested in the outcome of this matter.
17      In witness whereof, I have hereunto set my hand
18   this 14th day of September, 2011.
19
20
21
22      ---------------------------------------------
        LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
23      CSR No. 10523
24
25