# Exhibit B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION

             Civil Action No.:  11-CV-01846-LHK


  APPLE, INC., a California corporation,

             Plaintiff,


  vs.

  SAMSUNG ELECTRONICS CO., LTD.,
  a Korean business entity;
  SAMSUNG ELECTRONICS AMERICA, INC.,
  a New York corporation; and
  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
  a Delaware limited liability company,
             Defendants.
  _____/




                 *** HIGHLY CONFIDENTIAL ***
                    ATTORNEYS' EYES ONLY


            VIDEOTAPED PERSONAL DEPOSITION OF:

                      HYOUNG SHIN PARK




              Wednesday, February 29, 2012
                       Kim & Chang
                    Seoul, South Korea
                 8:15 a.m. to 11:31 a.m.
```

|  |  |
|---|---|
|  | 1  Reporters/Asia. |
|  | 2       Would counsel please state their appearances |
|  | 3  for the record and state whom you represent, |
|  | 4  starting with the noticing attorney.  And then |
|  | 5  will the court reporter please swear the |
|  | 6  interpreters in.  And then will the attorneys |
| 08:17:08 | 7  please make their opening statements. |
| 08:17:08 | 8       MR. HO:  This is Francis Ho for Apple.  With |
| 08:17:13 | 9  me is David Son. |
| 08:17:14 | 10      MS. CARUSO:  Margret Caruso of Quinn, |
| 08:17:19 | 11 Emanuel, Urquhart and Sullivan for Samsung, et |
| 08:17:21 | 12 al. |
|  | 13      COURT REPORTER:  Do you solemnly swear or |
|  | 14 affirm that you will well and truly interpret |
|  | 15 the questions propounded by counsel and the |
|  | 16 answers given by the witness from Korean to |
|  | 17 English and English to Korean to the best of |
| 08:17:35 | 18 your ability. |
| 08:17:35 | 19      LEAD INTERPRETER:  I do. |
| 08:17:36 | 20      CHECK INTERPRETER:  I do. |
| 08:17:37 | 21      MR. HO:  We understand the court reporter is |
| 08:17:38 | 22 not authorized to administer oaths in this |
| 08:17:40 | 23 venue; nevertheless, we request that she |
| 08:17:43 | 24 administer the oath.  And we stipulate that we |
| 08:17:45 | 25 waive any objection to the validity of the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

| | | |
|---|---|---|
| 08:17:48 | 1 | depositions based on the oaths. |
| 08:17:48 | 2 | THEREUPON, |
| 08:17:48 | 3 | HYOUNG SHIN PARK, |
| 08:17:48 | 4 | having been first duly sworn, was examined and |
| 08:18:12 | 5 | testified as follows: |
| 08:18:12 | 6 | THE WITNESS:  Yes. |
| 08:18:12 | 7 | EXAMINATION |
| 08:18:12 | 8 | BY MR. HO: |
| 08:18:19 | 9 | Q.    Good morning, Ms. Park.  Can you please |
| 08:18:22 | 10 | state and spell your name for the record? |
| 08:18:36 | 11 | A.    My name is Hyoung Shin Park, H-Y-O-U-N-G |
| 08:18:44 | 12 | S-H-I-N P-A-R-K. |
| 08:18:47 | 13 | Q.    Who is your employer, Ms. Park? |
| 08:18:54 | 14 | A.    Samsung Electronics. |
| 08:18:57 | 15 | Q.    And what is your position at Samsung |
| 08:19:05 | 16 | Electronics? |
| 08:19:05 | 17 | A.    I am the senior designer. |
| 08:19:09 | 18 | Q.    What do you do in your role as senior |
| 08:19:13 | 19 | designer? |
| 08:19:20 | 20 | A.    I am working on product design. |
| 08:19:24 | 21 | Q.    What kind of products? |
| 08:19:30 | 22 | A.    I design a mobile device. |
| 08:19:33 | 23 | Q.    Can you identify any mobile devices that |
| 08:19:37 | 24 | you've designed? |
| 08:19:44 | 25 | MS. CARUSO:  Objection, vague. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

50

```
10:38:19   1        Q.    Did you consider the design of the iPhone
10:38:21   2   when you were designing the F700?
10:38:31   3              MS. CARUSO:  Objection, vague, vague as to
10:38:32   4       time.
10:38:35   5        A.    No.
10:38:36   6   BY MR. HO:
10:38:37   7        Q.    At the time when you looked at the iPhone on
10:38:39   8   the website, were you designing the F700?
10:38:50   9              MS. CARUSO:  Objection, vague.
10:39:04  10        A.    It was being developed at that time.
10:39:04  11   BY MR. HO:
10:39:09  12        Q.    Were you still in the process of designing
10:39:11  13   the F700 at that time?
10:39:20  14              MS. CARUSO:  Objection, vague, asked and
10:39:22  15        answered.
10:39:32  16        A.    Yes.
10:39:37  17   BY MR. HO:
10:39:37  18        Q.    Were you aware of any rumors about the
10:39:39  19   release of the iPhone before the announcement?
10:39:55  20              (Discussion held between Lead Interpreter
10:39:55  21   and Check Interpreter.)
10:40:12  22        A.    No.
10:40:14  23              CHECK INTERPRETER:  I was not.
10:40:14  24   BY MR. HO:
10:40:20  25        Q.    Are you aware of any other Samsung phones
```

```
11:04:05   1    functions based on the original proposal.  And within
11:04:11   2    our company we call it as design follow-up.
11:04:21   3         Q.   Do you think the iPhone looks substantially
11:04:24   4    the same to the F700?
11:04:37   5              MS. CARUSO:  Objection, calls for a legal
11:04:38   6         conclusion, vague, calls for expert testimony.
11:04:57   7         A.   Since they have a different form factor, so
11:05:01   8    I believe they are different designs.
11:05:06   9    BY MR. HO:
11:05:07  10         Q.   What about the different form factor leads
11:05:09  11    you to believe that they are different designs?
11:05:40  12         A.   Since the QWERTY slide function has been
11:05:47  13    added to it, and so according to that, the design
11:05:52  14    parting lines are different, too.  And so if you look
11:05:57  15    at all the details you could say that it is different.
11:06:01  16         Q.   Is there anything else that makes you
11:06:03  17    believe that the iPhone and F700 look different?
11:06:27  18         A.   It is not what I believe, but I'm telling
11:06:29  19    you so because they are different.
11:06:38  20         Q.   And are there any reasons, besides what
11:06:41  21    you've already told me, why you think that they're
11:06:44  22    different?
11:07:06  23         A.   Well, the battery cover can be taken apart
11:07:25  24    and because of that the camera details are different.
11:07:31  25    And the side parting line is different.  And the glass
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

65

1          C E R T I F I C A T E

2    (Seoul)

3    (South Korea)

4
            I, Tracey S. LoCastro, Registered
5    Professional Reporter, do hereby certify
     that the aforementioned witness was first duly sworn
6    as noted by stipulation of counsel to testify the
     whole truth; that I was authorized to and did report
7    said deposition in stenotype; and that the foregoing
     pages are a true and correct transcription of my
8    shorthand notes of said deposition.

9            I further certify that said deposition was
     taken at the time and place hereinabove set forth
10   and that the taking of said deposition was commenced
     and completed as hereinabove set out.
11
             I further certify that I am not attorney
12    or counsel of any of the parties, nor am I a
      relative or employee of any attorney or counsel of
13    party connected with the action, nor am I
      financially interested in the action.
14
             The foregoing certification of this
15   transcript does not apply to any reproduction of the
     same by any means unless under the direct control
16   and/or direction of the certifying reporter.

17

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 1st day of March, 2012.

20

21                    _____

22                    TRACEY S. LOCASTRO,
                      Registered Professional Reporter
23

24

25