# Exhibit C

# In The Matter Of:

*APPLE, INC.,*
*v.*
*SAMSUNG ELECTRONICS CO., LTD.,*

———————————————————————

*JUN WON LEE - Vol. 1*
**March 5, 2012**

———————————————————————

# *HIGHLY CONFIDENTIAL*
# *BUSINESS INFORMATION*

**MERRILL CORPORATION**

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

1        THE VIDEOGRAPHER:  The court reporter today is

2   Rachel Ferrier of Merrill Court Reporting.

3        Would the court reporter please swear in the

4   interpreters and the witness.

09:27:22   5             ---o0o---

6             SUNHEE PAIK

7   _____

8   having been first duly sworn to interpret from

9   English to Korean and Korean to English, and

09:27:22  10             ---o0o---

11             ALEX JO

12  _____

13  having been first duly sworn to interpret and

14  check from English to Korean and Korean to

09:27:22  15  English, and

16             ---o0o---

17             JUN WON LEE

18  _____

19  called as a witness, having been first duly

09:27:22  20  sworn, was examined and testified as follows:

21             ---o0o---

22  THE VIDEOGRAPHER:  Please begin.

23             EXAMINATION

24  BY MR. HEYISON:

09:16:04  25     Q   Good morning, Mr. Lee.

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

30

```
 1                    THE INTERPRETER:  So --
 2                    MR. HEYISON:  -- to resolve this so I can move
 3        on here.
 4                    THE INTERPRETER:  Okay.  Boo sa jang is EVP and
10:11:41  5        jeon moo is SVP.
 6                    MR. HEYISON:  Great.  Okay.
 7                    THE INTERPRETER:  So this person is SVP in this
 8        context, I believe.
 9                    MR. HEYISON:  Okay.  Excellent.
10:11:55 10        Q   Now, at the first meeting, who attended from
11        Apple?
12        A   Jim Luton, patent counsel, and the general
13        counsel came too.  I don't remember the name, though.
14        Q   If I suggest to you Bruce Sewell, is that the
10:12:27 15        general counsel from Apple that attended the meeting?
16        A   Apple's own general counsel, Bruce Sewell.
17        Q   Where was the meeting?
18                    MR. WEINSTEIN:  Objection; outside the scope.
19                    THE WITNESS:  Seoul.
10:12:54 20        BY MR. HEYISON:
21        Q   Can you give me a month and a year?
22        A   I don't remember the date.  I'm not really good
23        at remembering the dates.  I have to look at the record.
24        Q   Okay.  So did anybody make any written
10:13:16 25        presentations?
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

31

```
  1                MR. WEINSTEIN:  Objection; beyond the scope.
  2                THE WITNESS:  Probably Samsung did some kind of
  3        presentation -- oh, Apple did --
  4                THE INTERPRETER:  Interpreter's correction:
10:14:17  5        Apple -- probably Apple did some kind of presentation,
  6        but Samsung did not make any presentation.
  7        BY MR. HEYISON:
  8            Q    Okay.  Please tell me in as much detail as you
  9        can -- strike that.
10:14:36 10            Okay.  How long did the meeting last?
 11                MR. WEINSTEIN:  Objection; outside the scope.
 12                THE WITNESS:  I don't remember those dates at
 13        the time.  I don't have all those things in my head.
 14        BY MR. HEYISON:
10:15:02 15            Q    Please tell me in as much detail as you can
 16        what Apple said and what Samsung said.
 17                MR. WEINSTEIN:  Objection; outside the scope.
 18                THE WITNESS:  Samsung mostly was listening to
 19        what Apple said in the first meeting.  Apple was talking
10:15:52 20        about Samsung's smartphone infringed Apple phone's
 21        patents and design, so they were complaining about our
 22        infringement about Apple's patent and design in their
 23        phone.
 24        BY MR. HEYISON:
10:16:20 25            Q    Anything else that you recall Apple saying?
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

32

| | |
|---|---|
| 1 | MR. WEINSTEIN:  Objection; outside the scope. |
| 2 | THE WITNESS:  I don't remember any specific |
| 3 | contents in detail. |
| 4 | BY MR. HEYISON: |
| 10:16:47  5 | Q   And so what did Apple say in response? |
| 6 | MR. WEINSTEIN:  Objection; outside the scope. |
| 7 | MR. HEYISON:  Samsung.  Thank you. |
| 8 | Q   What did Samsung say in response? |
| 9 | MR. WEINSTEIN:  Same objection. |
| 10:17:06 10 | THE WITNESS:  Samsung contended that there was |
| 11 | no such infringement and also requested the evidences |
| 12 | for the contention of the infringement. |
| 13 | BY MR. HEYISON: |
| 14 | Q   Okay.  At that first meeting you attended, |
| 10:17:49 15 | Mr. Lee, did Samsung assert that Apple was infringing |
| 16 | any of Samsung's patents? |
| 17 | MR. WEINSTEIN:  Objection; outside the scope. |
| 18 | THE WITNESS:  Samsung did not assert that any |
| 19 | specific Samsung's patent was infringed. |
| 10:18:32 20 | BY MR. HEYISON: |
| 21 | Q   At that meeting, that first meeting, did |
| 22 | Samsung tell Apple that Samsung believed Apple was |
| 23 | infringing any Samsung patents? |
| 24 | MR. WEINSTEIN:  Objection; outside the scope. |
| 10:19:10 25 | THE WITNESS:  It is possible that Samsung might |

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

165

```
 1                  CERTIFICATE OF REPORTER
 2            I, RACHEL FERRIER, a Certified Shorthand
 3       Reporter, hereby certify that the witness in the
 4       foregoing deposition was by me duly sworn to tell the
 5       truth, the whole truth, and nothing but the truth in the
 6       within-entitled cause;
 7            That said deposition was taken down in
 8       shorthand by me, a disinterested person, at the time and
 9       place therein stated, and that the testimony was
10       thereafter reduced to typewriting by computer under my
11       direction and supervision and is a true record of the
12       testimony given by the witness;
13            That before completion of the deposition,
14       review of the transcript [X] was [ ] was not requested.
15       If requested, any changes made by the deponent (and
16       provided to the reporter) during the period allowed are
17       appended hereto.
18            I further certify that I am not of counsel or
19       attorney for either or any of the parties to the said
20       deposition, nor in any way interested in the event of
21       this cause, and that I am not related to any of the
22       parties thereto.
23            DATED:
24
25            _____
              RACHEL FERRIER, CSR No. 6948
```