1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 William C. Price (Cal. Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
12 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S OBJECTIONS TO APPLE'S EXHIBITS SERVED ON SEPTEMBER 9, 2013** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung submits the attached objections to the trial exhibits proposed by Apple in its lists
2   served on September 9, 2013.   Samsung previously moved to strike Apple's objections to
3   Samsung's exhibit and witness lists because they exceeded the narrow briefing limits ordered by
4   the Court.   (Dkt 2422 ("Admin. Motion to Strike").)   Samsung serves and files these objections
5   without prejudice to its arguments in its pending Admin. Motion to Strike.

6   Attached as **Exhibit A** and **Exhibit B** are charts listing the exhibits Apple has designated
7   and Samsung's objections to them.   **Exhibit C** is a key explaining the shorthand abbreviations
8   used in the objection charts.   For a number of exhibits, Samsung has listed as an objection that
9   the exhibit is subject to one or more of Samsung's prior motions, including its motion to strike
10  portions of the expert report of Julie Davis (Dkt 2391-1), its Rule 702 motion regarding the
11  qualifications of Ms. Davis (Dkt 2385-3), its motion to exclude Apple's proposed trial exhibits
12  (Dkt 2418), and its motions in limine from both the first trial (Dkt 1185-3) and the damages re-
13  trial (Dkt 2406).   The various bases for exclusion set forth in those filings are incorporated by
14  reference into the attached objections.   Additionally, for all exhibits proposed by Apple,
15  Samsung objects that, in the event they are admitted, they may subject to an appropriate limiting
16  instruction.

17  DATED: September 23, 2013        QUINN EMANUEL URQUHART &
18                                   SULLIVAN, LLP

19                                   By   */s/ Victoria Maroulis*
20                                        Charles K. Verhoeven
                                          Kevin P.B. Johnson
21                                        Victoria F. Maroulis
                                          William C.Price
22                                        Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
23                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
24                                        TELECOMMUNICATIONS AMERICA, LLC

-1-       Case No. 11-cv-01846-LHK
**SAMSUNG'S OBJECTIONS TO APPLE'S EXHIBITS SERVED ON SEPTEMBER 9. 2013**