# EXHIBIT A

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 1 | Photographs of Apple Phone Models | Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 802, 602, 701, 802, 1002, 1006, Lacks foundation, Demonstrative, Untimely, Lacks sponsoring witness, Untimely, Incomplete, Prior MIL |
| 3 | Apple and Samsung Smartphones | Philip Schiller; Greg Joswiak; Peter Bressler; Julie Davis; Russell Winer | 402, 403, 802, 602, 701, 702/703, 1002, 1006, Demonstrative, Untimely, Lacks sponsoring witness, Narrative, Lacks foundation, Misleading, Incomplete, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 6 | Summary of Press Reports Regarding Samsung Phone Designs | Philip Schiller; Greg Joswiak; Peter Bressler; Julie Davis; Russell Winer | 402, 403, 802, 602, 701, 702/703, 1006, Demonstrative, Untimely, Lacks sponsoring witness, Lacks foundation, Misleading, Incomplete, Subject to limiting instruction (Dkt. 1889), Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 7A | Photographs of infringing Samsung devices | Philip Schiller; Greg Joswiak; Peter Bressler; Susan Kare; Julie Davis | 402, 403, 602, 701, 702/703, 802, 1002, Untimely, Incomplete, Overbroad, Authenticity, Lacks foundation, Misleading, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Strike, Daubert Motion |
| 8 | Photographs of Apple products | Philip Schiller; Greg Joswiak; Peter Bressler; Julie Davis; Scott Forstall; Christopher Stringer | 402, 403, 802, 602, 1002, 1006, Lacks foundation, Untimely, Demonstrative, Misleading, Prior MIL |
| 9 | Translation of email from Dong Jin Koh dated September 16, 2008 | Karan Singh; Julie Davis; Justin Denison | 402, 403, 602, 702/703, 802, Misleading, Lacks sponsoring witness, Untimely, Translation, Prior MIL, New MIL, Daubert Motion |
| 11 | iPhone and iPad Print Advertisements | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 702/703, 802, 1006, Cumulative, Untimely, Demonstrative, Lacks foundation, Prior MIL, Motion to Strike |
| 12 | iPhone Television Advertisements | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, 1006, Lacks foundation, Cumulative, Untimely, Prior MIL, Demonstrative, Subject to limiting instruction (Dkt. 1889), Previously excluded (Trial Tr. 655:21-25), Motion to Strike |
| 13 | iPad Television Advertisements | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, 1006, Lacks foundation, Cumulative, Untimely, Prior MIL, Demonstrative, Subject to limiting instruction (Dkt. 1889), Motion to Strike; Previously excluded (Trial Tr. 655:21-25.) |
| 14 | iPhone & iPad Media Clips | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, 1006, Lacks foundation, Cumulative, Misleading, Untimely, Demonstrative, Lacks sponsoring witness, Subject to limiting instruction (Dkt. 1889), Previously excluded (Trial Tr. 655:21-25), Motion to Strike, Prior MIL |
| 15 | Apple's Sales of iPhone and iPad | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, 1002, 1006, Lacks foundation, Untimely, Misleading, Lacks sponsoring witness, Demonstrative, Prior MIL, New MIL |
| 17 | Summary of iPhone and iPad News Coverage | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, 1002, 1006, Lacks foundation, Authenticity, Incomplete, Lacks sponsoring witness, Demonstrative, Untimely, Cumulative, Subject to limiting instruction (Dkt. 1889), Prior MIL, New MIL |
| 18 | Fox, The Simpsons, January 31, 2010 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, 1002, 1006, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Demonstrative, Untimely, Incomplete, Prior MIL |
| 19 | Designs Considered by Apple | Philip Schiller; Greg Joswiak; Scott Forstall | 402, 403, 602, 701, 802, 1006, Untimely, Demonstrative, Incomplete, Lacks sponsoring witness, Lacks foundation, Previously excluded (Dkt 1563), Prior MIL |

**Exhibit A**

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 21A | Screen captures considered by S. Kare | Susan Kare; Philip Schiller; Greg Joswiak; Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, 1006, Lacks foundation, Lacks sponsoring witness, Misleading, Untimely, Demonstrative, Previously excluded (Trial Tr. 1372:13-20), Prior MIL, Incomplete, New MIL, Motion to Strike, Daubert Motion |
| 25D | Summary of Apple's damages calculations | Julie Davis | 402, 403, 602, 702/703, 802, 1006, Misleading, Lacks foundation, Overbroad, Authenticity, Lacks sponsoring witness, Incomplete, Demonstrative, Untimely, Prior MIL, New MIL, Motion to Strike |
| 25E | Summary of Apple's damages calculations | Julie Davis | 402, 403, 602, 702/703, 802, 1006, Misleading, Lacks foundation, Overbroad, Authenticity, Lacks sponsoring witness, Incomplete, Demonstrative, Untimely, Prior MIL, New MIL, Motion to Strike |
| 26A | Summary of selected documents reflecting comments on demand for Apple's intellectual property | Julie Davis | 402, 403, 602, 702/703, 802, 1006, Misleading, Lacks foundation, Overbroad, Authenticity, Lacks sponsoring witness, Cumulative, Incomplete, Demonstrative, Untimely, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 27A | Summary of selected documents reflecting comments on the smartphone and tablet marketplace | Julie Davis | 402, 403, 602, 702/703, 802, 1006, Misleading, Lacks foundation, Overbroad, Authenticity, Lacks sponsoring witness, Cumulative, Incomplete, Demonstrative, Untimely, Prior MIL, New MIL, Motion to Strike, Daubert Motion |
| 28 | Summary of Samsung's fixed, variable, and non-product costs | Julie Davis | 402, 403, 602, 402, 702/703, 802, 1002, 1006, Lacks foundation, Misleading, Overbroad, Authenticity, Lacks sponsoring witness, Demonstrative, Untimely, Prior MIL |
| 28A | Summary of Samsung's fixed, variable, and non-product costs | Julie Davis | 402, 403, 602, 402, 702/703, 802, 1002, 1006, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Demonstrative, Untimely, Prior MIL, Motion to Strike |
| 28B | Summary of Samsung's fixed, variable, and non-product costs | Julie Davis | 402, 403, 602, 402, 702/703, 802, 1002, 1006, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Demonstrative, Untimely, Prior MIL, Motion to Strike |
| 29A | Summary and comparison of Samsung financial data from different sources in Samsung's production | Julie Davis | 402, 403, 602, 402, 702/703, 802, 1002, 1006, Lacks foundation, Misleading, Overbroad, Authenticity, Lacks sponsoring witness, Demonstrative, Untimely, Prior MIL, Motion to Exclude |
| 30 | Summary of survey conducted by J. Hauser | John Hauser; Julie Davis | 402, 403, 602, 702/703, 802, 1002, Lacks foundation, Misleading, Authenticity, Demonstrative, Incomplete, Untimely, Prior MIL, |
| 31 | Selection of Samsung source code from Bates range SAMNDCA-C000000001-SAMNDCA-C000009221 | Karan Singh; Ravin Balakrishnan | 402, 403, 602, 701, 702/703, 802, 1002, 1006, Untimely, Incomplete, Authenticity, Lacks foundation, Misleading, Lacks sponsoring witness, Demonstrative, Prior MIL, New MIL |
| 34 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | Julie Davis; Michael Wagner; Seogguen Kim; Dong Hoon Chang; Sungsik Lee; Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Translation, Prior MIL, New MIL, Motion to Exclude, Daubert Motion |
| 35 | Email from J. Boltello re: Additional wallpapers for Genie | Susan Kare; Justin Denison; Michael Wagner; Russell Winer | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Untimely, Translation, Prior MIL, New MIL, Motion to Exclude, Daubert Motion |

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 36 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | Julie Davis; Ravin Balakrishnan; Justin Denison; Peter Bressler; Michael Wagner; Russell Winer | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Translation, Untimely, Prior MIL, New MIL, Motion to Strike, Daubert Motion |
| 37 | Translation of presentation: Touch Portfolio Key Takeaways | Julie Davis; Seogguen Kim; Sungsik Lee; Dong Hoon Chang; Won Pyo Hong; Justin Denison; Michael Wagner | 402, 403, 602, 802, Lacks foundation, Misleading, Untimely, Translation, overbroad, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude, Daubert Motion |
| 38 | Presentation: Browser Zooming Methods UX Exploration Study | Karan Singh; Ravin Balakrishnan; Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Untimely, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 39 | Translation of Presentation: Alkon Instructions from the CEO | Julie Davis; Justin Denison; Michael Wagner; Russell Winer | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Untimely, Translation, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 40 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | Julie Davis; Justin Denison; Michael Wagner; Russell Winer | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Untimely, Translation, Prior MIL, New MIL, Motion to Exclude, Daubert Motion |
| 41 | Presentation: Samsung TN GUI Framework Final Presentation | Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Untimely, Translation, Prior MIL, New MIL, Motion to Exclude, Previously excluded (Dkt 1563) |
| 44 | Translation of Presentation: Relative Evaluation Report on S1, iPhone | Karan Singh; Susan Kare; Julie Davis; Ravin Balakrishnan; Justin Denison; Michael Wagner; Russell Winer | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, overbroad, Lacks sponsoring witness, Untimely, Translation, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 46 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | Ravin Balakrishnan; Julie Davis; Michael Wagner; Russell Winer | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 47 | Translation of Email from Saejin Cha regarding China GDI evaluation and attachments | Dong Hoon Chang; Justin Denison; Michael Wagner | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude |
| 48 | Presentation: Wave & Galaxy S Expert & regular users UX Critique | Dong Hoon Chang; Ravin Balakrishnan; Justin Denison; Michael Wagner | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude |
| 49 | Apple Intelligence Report: Samsung Telecom Research Israel | Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Authenticity, Prior MIL, New MIL, Motion to Exclude, Previously excluded (Dkt 1657) |

**Exhibit A**

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 52 | Presentation: Samsung's Use of Apple Patents in Smartphones | Boris Teksler; BJ Watrous; Ravin Balakrishnan; Philip Schiller; Greg Joswiak; Jun Won Lee; Julie Davis; Michael Wagner | 402, 403, 408, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Incomplete, Authenticity, Prior MIL, Motion to Strike |
| 53 | Translation of Presentation: Comparison of Galaxy S and iPhone 4 | Seogguen Kim; Minhyouk Lee; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude |
| 54 | Presentation: Lessons from Apple Boston Consulting Group | Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Authenticity, Prior MIL, New MIL, Daubert Motion, Subject to limiting instruction (Dkt. 1889) |
| 55 | Presentation: Samsung mobile icon design for 2011 | Jinyeun Wang; Susan Kare; Justin Denison; Michael Wagner; Julie Davis | 402, 403, 602, 701, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 56 | Presentation: Samsung Q4'10 Deep Dive | Peter Bressler; Timothy Benner; Julie Davis; Justin Denison; Michael Wagner; Russell Winer | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude, Daubert Motion |
| 57 | Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1 | Ravin Balakrishnan; Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 58 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Authenticity, Prior MIL, New MIL, Daubert Motion |
| 59 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | Peter Bressler; Julie Davis; Sangeun Lee; Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Translation, Authenticity, Prior MIL, New MIL, Motion to Exclude |
| 60 | Presentation: STA Competitive Situation Paradigm Shift | Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 702/703, 802, 1002, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Authenticity, Prior MIL, New MIL, Motion to Strike, Daubert Motion |
| 62 | Presentation: iPhone 5 Counter Strategy | Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Incomplete, Translation, Authenticity, Prior MIL, New MIL, Motion to Strike, Daubert Motion |
| 63 | Source Code | Justin Denison; Scott Forstall | 402, 403, 602, 702/703, 802, Lacks foundation, Misleading, Lacks sponsoring witness, Untimely, Overbroad, Authenticity, Previously excluded (Dkt 1798) |
| 69 | JD Power 2011 Wireless Smartphone Satisfaction Study | Timothy Benner; Michael Wagner; Julie Davis | 402, 403, 602, 701, 702/703, 802, Untimely, Incomplete, Misleading, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Strike |
| 89 | Samsung Q1'11 Deep Dive | Timothy Benner; Michael Wagner; Julie Davis | 402, 403, 602, 701, 702/703, 802, 1002, Untimely, Incomplete, Authenticity, Lacks foundation, Misleading, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude, Daubert Motion, Subject to limiting instruction (Dkt. 1889) |
| 94 | "We Believe" TV ad for iPad 2 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Incomplete, Authenticity, Lacks sponsoring witness, Lacks foundation, Cumulative, Untimely, Prior MIL |

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 102 | iPhone Sales Summary | Philip Schiller; Greg Joswiak; Mark Buckley; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, 1002, Untimely, Incomplete, Authenticity, Lacks foundation, Misleading, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Strike |
| 103 | iPad and iPod Touch Sales Summary | Philip Schiller; Greg Joswiak; Mark Buckley; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, 1002, Untimely, Incomplete, Authenticity, Lacks foundation, Misleading, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Strike |
| 105 | "Apple Unveils Its Tablet Computer, the iPad," by Ryan Kim, SF Chronicle, January 28, 2010 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Prior MIL |
| 106 | "Waiting for the Latest in Wizardry," by Katie Haffner, New York Times, June 27, 2007 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Prior MIL |
| 107 | Excerpt of ABC, Modern Family (March 31, 2010) | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Authenticity, Lacks foundation, Misleading, Untimely, Incomplete, Lacks sponsoring witness, Prior MIL |
| 127 | "How To" TV ad for original iPhone | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Authenticity, Lacks foundation, Misleading, Untimely, Incomplete, Lacks sponsoring witness, Cumulative, Prior MIL, Motion to Strike |
| 128 | "iPad Is Iconic" TV ad for first-generation iPad | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Incomplete, Lacks foundation, Lacks sponsoring witness, Untimely, Cumulative, Prior MIL, Motion to Strike |
| 129 | Original iPhone print ad | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Incomplete, Lacks foundation, Lacks sponsoring witness, Untimely, Cumulative, Prior MIL |
| 130 | iPhone 3G print ad | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Incomplete, Lacks foundation, Lacks sponsoring witness, Untimely, Cumulative, Prior MIL |
| 131 | First-generation iPad outdoor ad | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Incomplete, Lacks foundation, Lacks sponsoring witness, Untimely, Cumulative, Prior MIL |
| 132 | iPad2 outdoor ad | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Incomplete, Lacks foundation, Lacks sponsoring witness, Untimely, Cumulative, Prior MIL |
| 133 | "Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Subject to limiting instruction (Dkt. 1889), Prior MIL, Motion to Strike |
| 134 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal, June 27, 2007 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Subject to limiting instruction (Dkt. 1889), Prior MIL, Motion to Strike |
| 135 | "Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover) | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Subject to limiting instruction (Dkt. 1889), Prior MIL, Motion to Strike |
| 136 | "Upgrade Makes Great iPhone Even Better," by Edward Baig, USA Today, June 18, 2009 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Prior MIL |
| 137 | "Thinner, Faster, Smarter iPhone Raises the Stakes," by Walter S. Mossberg, The Wall Street Journal, June 20, 2010 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Prior MIL |

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 138 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, The Wall Street Journal, January 25, 2010 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Subject to limiting instruction (Dkt. 1889), Prior MIL |
| 139 | "The 50 Best Inventions of 2010," by Harry McCracken, Time, November 11, 2010 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Prior MIL |
| 140 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, USA Today, April 2, 2010 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Subject to limiting instruction (Dkt. 1889), Prior MIL |
| 141 | "Laptop Killer? Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010 | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Subject to limiting instruction (Dkt. 1889), Prior MIL, Motion to Strike |
| 142 | "Patent Office Highlights Jobs's Innovations," New York Times | Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 701, 802, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Untimely, Subject to limiting instruction (Dkt. 1889), Prior MIL, Motion to Strike |
| 143 | iPhone Buyer Survey, FY10-Q4 | Philip Schiller; Greg Joswiak; Julie Davis; Michael Wagner; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Incomplete, Prior MIL |
| 144 | iPhone Buyer Survey, FY11-Q1 | Philip Schiller; Greg Joswiak; Julie Davis; Michael Wagner; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Incomplete, Prior MIL |
| 145 | iPhone Buyer Survey, FY11-Q2 | Philip Schiller; Greg Joswiak; Michael Wagner; Julie Davis; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Incomplete, Prior MIL |
| 146 | iPhone Buyer Survey, FY11-Q3 | Philip Schiller; Greg Joswiak; Julie Davis; Michael Wagner; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Lacks foundation, Misleading, Authenticity, Lacks sponsoring witness, Incomplete, Prior MIL |
| 162 | iPhone CAD | Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 701, 1002, Incomplete, Misleading, Untimely, Lacks foundation, Lacks sponsoring witness, Authenticity, Prior MIL |
| 163 | Sketch of phone | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 602, 701, 702/703, 1002, Incomplete, Misleading, Untimely, Lacks foundation, Lacks sponsoring witness, Authenticity, Prior MIL |
| 164 | Phone CAD | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 602, 701, 702/703, 1002, Incomplete, Misleading, Untimely, Lacks foundation, Lacks sponsoring witness, Authenticity, Prior MIL |
| 165 | Phone model 1017 | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 602, 701, 702/703, 1002, Incomplete, Misleading, Untimely, Lacks foundation, Lacks sponsoring witness, Authenticity, Prior MIL |
| 166 | Phone model 1015 | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 602, 701, 702/703, 1002, Incomplete, Misleading, Untimely, Lacks foundation, Lacks sponsoring witness, Authenticity, Prior MIL |

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 167 | Phone model 956 | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 602, 701, 702/703, 1002, Misleading, Incomplete, Untimely, Lacks foundation, Lacks sponsoring witness, Authenticity, Prior MIL |
| 168 | Phone model 961 | Peter Bressler; Philip Schiller; Greg Joswiak; Christopher Stringer | 402, 403, 602, 701, 702/703, 1002, Misleading, Incomplete, Untimely, Lacks foundation, Lacks sponsoring witness, Authenticity, Prior MIL |
| 172 | "Samsung's Anti-iPad 2 Policy: Clone the Heck Out of It," by Kit Eaton; Fast Company, March 22, 2011 | Peter Bressler; Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 802, Lacks foundation, Misleading, Untimely, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude |
| 174 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | Peter Bressler; Philip Schiller; Greg Joswiak; Julie Davis; Russell Winer | 402, 403, 602, 802, Lacks foundation, Misleading, Untimely, Lacks sponsoring witness, Subject to limiting instruction (Dkt. 1889), Prior MIL, Prior MIL 2, New MIL, Motion to Strike |
| 177 | "Samsung Mesmerize: A Top-Notch Galaxy Phone," by Armando Rodriguez, PC World, November 23, 2010 | Peter Bressler; Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 802, Lacks foundation, Misleading, Untimely, Lacks sponsoring witness, Prior MIL, New MIL |
| 178 | Mobile UX Forecast Report | Justin Denison; Sun-Young Yi; Michael Wagner; Julie Davis | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Previously excluded (Dkt 1563), Prior MIL, New MIL, Motion to Exclude, Daubert Motion |
| 179 | Study of Competitor GUI Design | Justin Denison; DongSeok Ryu; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Previously excluded (Dkt 1563), Prior MIL, New MIL, Motion to Exclude |
| 180 | Samsung's Financial Spreadsheet | Julie Davis; Michael Wagner | 402, 403, 602, 702/703, 802, 1002, 1006, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Overbroad, Lacks sponsoring witness, Prior MIL |
| 181 | Apple's LOB Report for the iPhone/iPad/iPod | Julie Davis; Mark Buckley; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1006, Misleading, Incomplete, Overbroad, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL |
| 182 | Apple's iPhone & iPad Capacity Report | Julie Davis; Tony Blevins; Mark Buckley | 402, 403, 602, 701, 702/703, 802, Misleading, Incomplete, Overbroad, Untimely, Authenticity, Translation, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Strike |
| 183 | Samsung's Mercator Presentation, 9/2008 | Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Daubert Motion |
| 184 | Translation of SEC Business Strategy, 10/2011 | Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Translation, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Daubert Motion |
| 185 | Translations of 2011 Smartphone CS Project Final | Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Translation, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Daubert Motion |
| 186 | Translation of email from H. T. Han regarding "Domestig Galaxy Tab Main Horzontal Deployment Items." | Kihyung Nam; Ravin Balakrishnan; Justin Denison; Michael Wagner; Julie Davis | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Translation, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |

| TRIAL EXH. NO. | DESCRIPTION | SPONSORING WITNESSES AT DAMAGES TRIAL | OBJECTIONS |
|---|---|---|---|
| 190 | Excerpt of The Oprah Winfrey Show (April 21, 2010) | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 702/703, 802, 1002, Incomplete, Authenticity, Lacks foundation, Misleading, Untimely, Lacks sponsoring witness, Prior MIL |
| 194 | Email from Sungsik Lee dated March 2, 2010 | Julie Davis; Ravin Balakrishnan; Sungsik Lee; Dong Hoon Chang; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 195 | Email from Sangwook Han dated October 28, 2010 | Wookyun Kho; Julie Davis; Ravin Balakrishnan; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 196 | Premium & Mass Design Preference Study | Seung Hun Yoo; Julie Davis; Justin Denison; Michael Wagner | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Translation Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Daubert Motion |
| 199 | Comedy Central, The Colbert Report, April 1, 2010 | Philip Schiller; Greg Joswiak; Russell Winer | 402, 403, 602, 701, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL |
| 1500A | STA and SEA Sales of Infringing Smartphones | | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Overbroad, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude, Motion to Strike |
| 2257 | Document comparing Galaxy SII, Galaxy S icons with Apple icons, found in Jinyeun Wang files | Jinyeun Wang | 402, 403, 602, 701, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude |
| 2261 | Samsung mobile icon design for 2011 [Black and White] | Jinyeun Wang; Julie Davis | 402, 403, 602, 701, 702/703, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL, Motion to Exclude, Motion to Strike, Daubert Motion |
| 2281 | iPhone Human Interface Guidelines | Jinyeun Wang | 402, 403, 602, 701, 802, 1002, Misleading, Incomplete, Untimely, Authenticity, Lacks foundation, Lacks sponsoring witness, Prior MIL, New MIL |