# EXHIBIT B

**Exhibit B**

| TRIAL EX. NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| * The parties agree that inclusion of any exhibit on this joint list is not an admission that the exhibit is admissible for all purposes. Samsung makes the following objections as to potential uses of these exhibits by Apple without prejudice to its own right to introduce these exhibits for different purposes. | | |
| 1000 | iPhone | 402, 403, Prior MIL, Untimely |
| 1001 | iPhone 3G | 402, 403, Prior MIL, Untimely |
| 1002 | iPhone 3GS | 402, 403, Prior MIL, Untimely |
| 1003 | iPhone 4 | 402, 403, Prior MIL, Untimely |
| 1004 | iPad | 402, 403, Prior MIL, Untimely |
| 1005 | iPad 2 | 402, 403, Prior MIL, Untimely |
| 1006 | iPad 3G | 402, 403, Prior MIL, Untimely |
| 1007 | Galaxy S (i9000) | 402, 403, New MIL, Prior MIL, Untimely |
| 1010 | Galaxy S Vibrant | 402, 403, New MIL, Prior MIL, Untimely |
| 1011 | Galaxy S Captivate | 402, 403, New MIL, Prior MIL, Untimely |
| 1012 | Galaxy S Epic 4G | 402, 403, New MIL, Prior MIL, Untimely |
| 1013 | Galaxy S Fascinate | 402, 403, New MIL, Prior MIL, Untimely |
| 1014 | Transform | 402, 403, New MIL, Prior MIL, Untimely |
| 1015 | Galaxy S Mesmerize | 402, 403, New MIL, Prior MIL, Untimely |
| 1016 | Galaxy S Continuum | 402, 403, New MIL, Prior MIL, Untimely |
| 1017 | Galaxy S Showcase 500 | 402, 403, New MIL, Prior MIL, Untimely |
| 1019 | Galaxy S 4G | 402, 403, New MIL, Prior MIL, Untimely |
| 1020 | Gem | 402, 403, New MIL, Prior MIL, Untimely |
| 1022 | Galaxy Prevail | 402, 403, New MIL, Prior MIL, Untimely |

## Exhibit B

| TRIAL EX. NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1023 | NexusS 4G | 402, 403, New MIL, Prior MIL, Untimely |
| 1024 | Replenish | 402, 403, New MIL, Prior MIL, Untimely |
| 1025 | Droid Charge | 402, 403, New MIL, Prior MIL, Untimely |
| 1026 | Indulge | 402, 403, New MIL, Prior MIL, Untimely |
| 1027 | Infuse 4G | 402, 403, New MIL, Prior MIL, Untimely |
| 1028 | Exhibit 4G | 402, 403, New MIL, Prior MIL, Untimely |
| 1030 | Galaxy Ace | 402, 403, New MIL, Prior MIL, Untimely |
| 1031 | Galaxy S II (AT&T) | 402, 403, New MIL, Prior MIL, Untimely |
| 1032 | Galaxy S II (i9100) | 402, 403, New MIL, Prior MIL, Untimely |
| 1033 | Galaxy S II (T-Mobile) | 402, 403, New MIL, Prior MIL, Untimely |
| 1034 | Galaxy S II (Epic 4G Touch) | 402, 403, New MIL, Prior MIL, Untimely |
| 1035 | Galaxy S II (Skyrocket) | 402, 403, New MIL, Prior MIL, Untimely |
| 1036 | Galaxy Tab 7.0 | 402, 403, New MIL, Prior MIL, Untimely |
| 1037 | Galaxy Tab 10.1 (WiFi) | 402, 403, New MIL, Prior MIL, Untimely |
| 1042 | Certified copy of US D604,305, issued November 17, 2009 | 402, 403, New MIL, Prior MIL, Untimely |
| 1043 | Certified copy of D618,677, issued June 29, 2010 | 402, 403, New MIL, Prior MIL, Untimely |
| 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | 402, 403, New MIL, Prior MIL, Untimely |
| 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | 402, 403, New MIL, Prior MIL, Untimely |
| 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | 402, 403, New MIL, Prior MIL, Untimely |
| 1050 | Apple iPad 2 3G (iOS 4.x) - AT&T version | 402, 403, Prior MIL, Untimely |

**Exhibit B**

| TRIAL EX. NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1051 | Apple iPad 2 3G (iOS 5.x) -AT&T version | 402, 403, Prior MIL, Untimely |
| 1052 | Apple iPad 3G | 402, 403, Prior MIL, Untimely |
| 1053 | Apple iPhone 3G (iOS 4.x) | 402, 403, Prior MIL, Untimely |
| 1054 | Apple iPhone 3GS (iOS 4.x) | 402, 403, Prior MIL, Untimely |
| 1055 | Apple iPhone 4 (iOS 4.x) -AT&T version | 402, 403, Prior MIL, Untimely |
| 1056 | Apple iPhone 4 (iOS 5.x) -AT&T version | 402, 403, Prior MIL, Untimely |
| 1057 | Apple iPod Touch (4th Gen.) (iOS 4.x) | 402, 403, Prior MIL, Untimely |
| 1076 | Apple iPhone 3GS (iOS 5.x) | 402, 403, Prior MIL, Untimely |
| 1077 | Apple iPod Touch (4th Gen.) (iOS 5.x) | 402, 403, Prior MIL, Untimely |
| 1091 | MacWorld 2007 Video | 402, 403, New MIL, Prior MIL, Untimely |