# EXHIBIT C

**Exhibit C**
**Codes for Abbreviated Objections**

| DESCRIPTION | OBJECTIONS |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 | **402** |
| FEDERAL RULE OF EVIDENCE 403 | **403** |
| FEDERAL RULE OF EVIDENCE 408 | **408** |
| FEDERAL RULE OF EVIDENCE 602 | **602** |
| FEDERAL RULE OF EVIDENCE 701 | **701** |
| FEDERAL RULES OF EVIDENCE 702/703 | **702/703** |
| FEDERAL RULE OF EVIDENCE 802 | **802** |
| FEDERAL RULE OF EVIDENCE 1002 | **1002** |
| FEDERAL RULE OF EVIDENCE 1006/ IMPROPER INCLUSION OF MULTIPLE DOCUMENTS AS ONE EXHIBIT | **1006** |
| FEDERAL RULE OF EVIDENCE 105 | **Subject to limiting instruction** |
| MISLEADING | **Misleading** |
| FEDERAL RULES OF EVIDENCE 106/1003 | **Incomplete** |
| NARRATIVE | **Narrative** |
| OVERLY BROAD | **Overbroad** |
| FEDERAL RULE OF EVIDENCE 1003 | **Authenticity** |
| NO SPONSOR, IMPROPER SPONSOR, OR SPONSORING WITNESS SUBJECT TO SAMSUNG'S MOTION TO PRECLUDE CERTAIN TESTIMONY IDENTIFIED ON APPLE'S WITNESS LIST AND DEPOSITION DESIGNATIONS (DKT 2419) | **Lacks sponsoring witness** |
| CUMULATIVE OR DUPLICATIVE OF OTHER EVIDENCE ON EXHIBIT LIST | **Cumulative** |
| OBJECTION TO TRANSLATION | **Translation** |
| EXHIBIT UNTIMELY OR NEVER PRODUCED/ DOCUMENT OR THEORY NOT TIMELY OR PROPERLY DISCLOSED IN FACT OR EXPERT DISCOVERY | **Untimely** |
| DEMONSTRATIVE — SHOULD NOT BE ADMITTED INTO EVIDENCE | **Demonstrative** |
| LACKS FOUNDATION | **Lacks foundation** |
| SUBJECT TO SAMSUNG'S PRIOR MOTIONS IN LIMINE (DKT 1185-03) | **Prior MIL** |

**Exhibit C**
**Codes for Abbreviated Objections**

| DESCRIPTION | OBJECTIONS |
|---|---|
| SUBJECT TO PENDING MOTIONS IN LIMINE (DKT 2406) | **New MIL** |
| SUBJECT TO PENDING MOTION TO STRIKE PORTIONS OF DAVIS EXPERT REPORT (DKT 2391-1) | **Motion to Strike** |
| SUBJECT TO PENDING MOTION TO EXCLUDE APPLE'S PROPOSED TRIAL EXHIBITS (DKT 2418) | **Motion to Exclude** |
| LACK OF QUALIFICATIONS BY EXPERT WITNESS/ SUBJECT TO PENDING MOTION PURSUANT TO FED. R. EVID. 702 WITH RESPECT TO JULIE DAVIS'S QUALIFICATIONS (DKT 2385) | **Daubert Motion** |