1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

| 13 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|----|---|---|
| 14 | Plaintiff, | **[PROPOSED] ORDER DENYING APPLE'S MOTION PURSUANT TO AUGUST 21, 2013 ORDER TO EXCLUDE EXHIBITS ON SAMSUNG'S EXHIBIT LIST** |
| 15 | vs. | |
| 16 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20
21
22
23
24
25
26
27
28

1   On September 16, 2013, Plaintiff Apple Inc. ("Apple") moved for an order excluding
2 certain exhibits from the trial exhibit list of Defendants Samsung Electronics Co., Ltd., Samsung
3 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
4 "Samsung"). *See* Dkt. 2415. Samsung opposes the motion, which came on for hearing on
5 October 17, 2013, in Courtroom 8 of the above-captioned Court, the Honorable Lucy H. Koh
6 presiding.

7   Having considered the arguments of the parties and the papers filed in support of and in
8 opposition to the motion, and good cause appearing therefore, the Court hereby DENIES Apple's
9 motion to exclude in its entirety.

11   **IT IS SO ORDERED.**

14 Dated: _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge