UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION PURSUANT TO AUGUST 22, 2013 ORDER TO STRIKE OR LIMIT WITNESSES IDENTIFIED IN SAMSUNG'S SEPTEMBER 9, 2013, TRIAL WITNESS LIST** |

1    On September 16, 2013, Plaintiff Apple Inc. ("Apple") moved for an order striking or

2  limiting certain witnesses from the trial witness list of Defendants Samsung Electronics Co., Ltd.,

3  Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

4  (collectively, "Samsung").  *See* Dkt. 2413.  Samsung opposes the motion, which came on for

5  hearing on October 17, 2013, in Courtroom 8 of the above-captioned Court, the Honorable Lucy

6  H. Koh presiding.

7    Having considered the arguments of the parties and the papers filed in support of and in

8  opposition to the motion, and good cause appearing therefore, the Court hereby DENIES Apple's

9  motion to strike in its entirety.

10

11    **IT IS SO ORDERED.**

12

13

14  Dated: _____, 2013

15                                                    _____

16                                                    Honorable Lucy H. Koh
                                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER DENYING APPLE'S MOTION PURSUANT TO AUGUST 22, 2013 ORDER TO STRIKE
OR LIMIT WITNESSES IDENTIFIED IN SAMSUNG'S SEPTEMBER 9, 2013, TRIAL WITNESS LIST