# EXHIBIT 1

```
 1                     UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                           SAN JOSE DIVISION

 4


 5
       APPLE INC., A CALIFORNIA           )  C-11-01846 LHK
 6     CORPORATION,                       )
                                          )  SAN JOSE, CALIFORNIA
 7                     PLAINTIFF,         )
                                          )  AUGUST 21, 2013
 8               VS.                      )
                                          )  PAGES 1-76
 9     SAMSUNG ELECTRONICS CO., LTD.,     )
       A KOREAN BUSINESS ENTITY;          )
10     SAMSUNG ELECTRONICS AMERICA,       )
       INC., A NEW YORK CORPORATION;      )
11     SAMSUNG TELECOMMUNICATIONS         )
       AMERICA, LLC, A DELAWARE           )
12     LIMITED LIABILITY COMPANY,         )
                                          )
13                     DEFENDANTS.        )
                                          )
14     _____

15                      TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE LUCY H. KOH
16                    UNITED STATES DISTRICT JUDGE

17


18


19                      APPEARANCES ON NEXT PAGE

20


21


22


23     OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      A P P E A R A N C E S:

 3      FOR PLAINTIFF              MORRISON & FOERSTER
        APPLE:                     BY:   HAROLD J. MCELHINNY
 4                                       RACHEL KREVANS
                                         NATHANIEL B. SABRI
 5                                 425 MARKET STREET
                                   SAN FRANCISCO, CALIFORNIA   94105
 6
                                   WILMER, CUTLER, PICKERING,
 7                                 HALE AND DORR
                                   BY:   WILLIAM F. LEE
 8                                 60 STATE STREET
                                   BOSTON, MASSACHUSETTS   02109
 9
                                   BY:   MARK D. SELWYN
10                                 950 PAGE MILL ROAD
                                   PALO ALTO, CALIFORNIA   94304
11
12      FOR THE DEFENDANT:         QUINN, EMANUEL, URQUHART,
                                   OLIVER & HEDGES
13                                 BY:   VICTORIA F. MAROULIS
                                         TODD M. BRIGGS
14                                 555 TWIN DOLPHIN DRIVE
                                   SUITE 560
15                                 REDWOOD SHORES, CALIFORNIA   94065

16                                 BY:   CARL G. ANDERSON
                                   50 CALIFORNIA STREET, 22ND FLOOR
17                                 SAN FRANCISCO, CALIFORNIA   94111

18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | INSTRUCTIONS.  OKAY?  I HOPE THAT'S -- |
| 2 | MS. MAROULIS:  THANK YOU. |
| 3 | THE COURT:  -- SOMEWHAT HELPFUL GUIDANCE. |
| 4 | OKAY.  LET'S GO TO THIS QUESTION ABOUT WITNESSES, EXHIBITS, |
| 5 | DEPOSITION DESIGNATIONS. |
| 6 | SO -- AND I'LL GIVE YOU AN OPPORTUNITY TO RESPOND, BUT I |
| 7 | HAVE BEEN THINKING ABOUT HOW TO DO THIS IN THIS RETRIAL, AND I |
| 8 | THINK THE CLEANEST WAY IS TO SAY THAT ANY EVIDENCE THAT WAS NOT |
| 9 | STRICKEN, THAT WAS NOT SUBJECT TO SOME DAUBERT MOTION OR MOTION |
| 10 | IN LIMINE AND EXCLUDED, THAT WAS TIMELY IDENTIFIED, WHETHER IT |
| 11 | WAS ACTUALLY INTRODUCED AS AN EXHIBIT OR WHETHER ANY TESTIMONY |
| 12 | WAS ACTUALLY ADDUCED FROM THE TRIAL, IS ADMISSIBLE AND IS |
| 13 | WITHIN THE PROPER SCOPE OF THIS RETRIAL. |
| 14 | HOWEVER, ANYTHING THAT WAS PREVIOUSLY EXCLUDED, ANY EXHIBIT |
| 15 | OR WITNESS THAT WAS NOT TIMELY DISCLOSED, ANY NEW DATA IS NOT |
| 16 | WITHIN -- DOES NOT FALL WITHIN THE PROPER SCOPE OF THIS TRIAL. |
| 17 | SO I DO BELIEVE THAT THE PARTIES PREVIOUSLY IDENTIFIED |
| 18 | WITNESSES FOR SPECIFIC TOPICS, AND IF THOSE WERE SUBMITTED AND |
| 19 | DISCLOSED TIMELY AND WERE NOT SUBJECT TO A MOTION TO STRIKE, |
| 20 | DAUBERT MOTION, MOTION IN LIMINE THAT WAS GRANTED, THEN THAT IS |
| 21 | THE PROPER SUBJECT OF THIS UPCOMING TRIAL.  ALL RIGHT? |
| 22 | SO SAME FOR EXHIBITS.  IF IT WAS TIMELY DISCLOSED AND |
| 23 | WASN'T EXCLUDED IN ANY WAY, WHETHER IT WAS OR WAS NOT |
| 24 | INTRODUCED DURING THE TRIAL, IT'S FAIR GAME FOR THIS TRIAL. |
| 25 | AS FAR AS WITNESSES, IT DOES -- I AM LIMITING THE WITNESSES |

| | |
|---|---|
| 1 | TO THE TOPICS FOR WHICH THEY WERE TIMELY DISCLOSED AND FOR |
| 2 | WHICH NO EXCLUSION ORDER WAS GRANTED. |
| 3 | OKAY?  IS THAT CLEAR AS MUD, OR WHAT -- |
| 4 | MS. MAROULIS:  YOUR HONOR, I HAVE A COUPLE OF |
| 5 | CLARIFICATIONS, IF IT'S OKAY. |
| 6 | THE COURT:  OKAY.  UM-HUM. |
| 7 | MS. MAROULIS:  WITH RESPECT TO WITNESSES, THERE WERE |
| 8 | SEVERAL DIFFERENT ITERATIONS OF THE WITNESS LIST. |
| 9 | THE COURT:  OKAY. |
| 10 | MS. MAROULIS:  I UNDERSTOOD WHAT YOUR HONOR JUST SAID |
| 11 | IS TO SAY THAT WHEN SAMSUNG SERVED ITS WITNESS LIST ON |
| 12 | JULY 7TH, THE FIRST LIST, AND ANYONE FROM THAT LIST WHO WAS NOT |
| 13 | STRICKEN LATER IN TRIAL CAN BE A WITNESS POTENTIALLY IN THIS |
| 14 | CASE.  IS THAT RIGHT? |
| 15 | MR. MCELHINNY:  TO REFRESH -- IF I MAY REFRESH YOUR |
| 16 | HONOR'S RECOLLECTION?  WE WENT THROUGH THREE ITERATIONS OF |
| 17 | WITNESS LISTS BECAUSE THE ORIGINAL SAMSUNG WITNESS LIST HAD |
| 18 | OVER 200 WITNESSES ON IT. |
| 19 | A SECOND ITERATION HAD THE PROPER NUMBER OF WITNESSES, BUT |
| 20 | HAD AN APPENDIX A ATTACHED WHICH INCLUDED THE 200 WITNESSES. |
| 21 | YOUR HONOR TOLD SAMSUNG THAT WAS NOT WHAT YOU HAD INTENDED, |
| 22 | AND EACH PARTY SUBMITTED A FINAL WITNESS LIST, AND THAT WAS THE |
| 23 | WITNESS LIST FOR WHICH WITNESSES WERE ALLOWED TO TESTIFY AT |
| 24 | TRIAL. |
| 25 | WHAT MS. MAROULIS SAYS SHE UNDERSTANDS YOU TO MEAN IS TO GO |

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: AUGUST 28, 2013