# EXHIBIT 2

```
                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION



 APPLE INC., A CALIFORNIA          )  C-11-01846 LHK
 CORPORATION,                      )
                                   )  SAN JOSE, CALIFORNIA
                 PLAINTIFF,        )
                                   )  APRIL 29, 2013
           VS.                     )
                                   )  PAGES 1-89
 SAMSUNG ELECTRONICS CO., LTD.,    )
 A KOREAN BUSINESS ENTITY;         )
 SAMSUNG ELECTRONICS AMERICA,      )
 INC., A NEW YORK CORPORATION;     )
 SAMSUNG TELECOMMUNICATIONS        )
 AMERICA, LLC, A DELAWARE          )
 LIMITED LIABILITY COMPANY,        )
                                   )
                 DEFENDANTS.       )
                                   )
 _____    )
                                   )
                                   )


              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
             UNITED STATES DISTRICT JUDGE




              APPEARANCES ON NEXT PAGE




 OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                             CERTIFICATE NUMBER 9595


       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

1    SOME DATA ON, DOES THAT AFFECT SALES?
2         SO THERE'S -- THERE'S AVAILABLE, YOU KNOW, MORE RECENT
3    DATA ON THE CRITICAL ISSUE OF WHAT DRIVES THE SALE OF THESE
4    PHONES.
5         AND AT THIS POINT, TO HAVE A FAIR TRIAL, I WOULD THINK WE
6    SHOULD AT LEAST BE ABLE TO HAVE DISCOVERY ON THAT ISSUE BECAUSE
7    THERE IS BETTER LEARNING ON IT NOW.
8         MR. JACOBS:  YOUR HONOR, I THINK THEY'RE NOT
9    LISTENING TO --
10        THE COURT:  THAT'S DENIED.
11   OKAY.  WHAT ELSE?
12        MR. PRICE:  I LISTENED, BUT I THOUGHT I COULD GIVE IT
13   A SHOT.
14        (LAUGHTER.)
15        THE COURT:  YEAH, NO.  I APPRECIATE THAT AND I -- AND
16   I -- I CERTAINLY HEAR AND UNDERSTAND WHERE BOTH SIDES ARE
17   COMING FROM, THAT BECAUSE THIS IS THE SECOND TIME, YOU BOTH
18   KNOW THINGS THAT HAVE HAPPENED AND NOT HAPPENED THE WAY THAT
19   YOU HAD PLANNED AND THERE'S SOME INFORMATION THAT WOULD BE MORE
20   HELPFUL.
21       BUT I THINK FOR PURPOSES OF JUST TRYING TO GET THIS UP TO
22   THE CIRCUIT, I THINK IT WOULD CREATE MORE CONFUSION IF NOW WE
23   HAVE A COMPLETELY DIFFERENT RECORD ON INFRINGEMENT.  I THINK IT
24   WOULD BE MORE COMPLICATED FOR THE CIRCUIT TO EVEN REVIEW IT.
25        I JUST WANT TO GET THIS RESOLVED AS QUICKLY AS POSSIBLE AND

```
 1           THEN GET THIS REVIEWED.
 2                MR. PRICE:  SURE.  AND JUST TO BE CLEAR, YOUR HONOR,
 3      THAT'S NOT AN INFRINGEMENT ISSUE.  THAT'S A DAMAGES ISSUE.
 4      ASSUMING THAT THERE'S INFRINGEMENT, DOES THAT MAKE A
 5      DIFFERENCE?  WOULD THAT DRIVE THE SALE OF PHONES?  WOULD APPLE
 6      LOSE PROFITS?
 7                THE COURT:  I UNDERSTAND.  I UNDERSTAND.
 8                MR. PRICE:  OKAY.
 9                THE COURT:  BUT MY CONCERN IS IF WE REOPEN DAMAGES
10      FOR A LIMITED PURPOSE, THEN IT WILL UNFORTUNATELY OPEN UP THE
11      FLOODGATES FOR ALL PURPOSES AND THEN IT'S GOING TO BE A
12      FREE-FOR-FALL AND EXCEEDINGLY BURDENSOME FOR THE PARTIES TO
13      BASICALLY RELITIGATE THE WHOLE CASE.
14                MR. PRICE:  WELL, MAY I ASK YOU THIS ON ANOTHER
15      ISSUE?  I WANT TO MAKE SURE I UNDERSTAND ON HOW LIMITED WE ARE.
16         IN THE FIRST TRIAL, THEY HAD THEIR CONJOINT EXPERT TESTIFY,
17      WHICH I ASSUME HE'LL TESTIFY AGAIN.
18                THE COURT:  UM-HUM.
19                MR. PRICE:  BECAUSE OF TRIAL STRATEGY AND THE TIME WE
20      HAD, WE HAD ON OUR WITNESS LIST A REBUTTAL CONJOINT EXPERT.  WE
21      DIDN'T CALL HIM IN THAT TRIAL --
22                THE COURT:  UM-HUM.
23                MR. PRICE:  -- BECAUSE OF -- YOU KNOW, LARGELY
24      BECAUSE OF TIMING.
25         I WOULD THINK THAT, TO THE EXTENT WE WERE ABLE TO PRESENT
```

1  EVIDENCE IN THAT TRIAL, IF WE HAD ELECTED TO, IF WE HAD GIVEN
2  NOTICE AND HE WAS ON THE WITNESS LIST AND WHATEVER, WE CAN DO
3  IT IN THE SECOND TRIAL AND THAT WE'RE NOT PRECLUDED FROM, FOR
4  EXAMPLE, REBUTTING THEIR CONJOINT EXPERT WITH THE EXPERT WE HAD
5  DESIGNATED AND PUT ON THE WITNESS LIST.
6              THE COURT:  WHAT'S YOUR RESPONSE TO THAT?
7              MR. JACOBS:  JUST A MINUTES.
8         (DISCUSSION OFF THE RECORD BETWEEN PLAINTIFF'S COUNSEL.)
9              MR. JACOBS:  I THINK WE'RE IN AGREEMENT, YOUR HONOR.
10 I THINK IF THE -- IF WHAT WE'RE DOING IS RESETTING TO THE
11 PRETRIAL ORDER AND WITNESS LISTS AND WITNESS DESIGNATIONS, THE
12 CONSTRAINED WITNESS LIST, THE ONE THAT WAS DELIVERED TO US
13 AFTER THE COURT SAID "WE'RE NOT GOING TO HAVE 150 WITNESSES ON
14 THE WITNESS LIST," SO IF WE'RE GOING BACK TO THE DATE OF
15 AUGUST 3RD -- WHATEVER IT WAS THE DAY THAT TESTIMONY STARTED --
16 IF THEY HAD A WITNESS ON THEIR WITNESS LIST OR IF WE HAD A
17 WITNESS ON OUR WITNESS LIST AS OF THE BEGINNING OF TRIAL, THEN
18 I THINK THAT'S FAIR GAME.
19             THE COURT:  IS THERE A STIPULATION?
20             MS. MAROULIS:  YOUR HONOR, THE SMALLEST WITNESS LIST
21 DID NOT INCLUDE DR. SUKUMAR, THE CONJOINT EXPERT, BUT THEN YOUR
22 HONOR ALLOWED US TO PUT HIM ON IN THE OFFENSIVE CASE, SO I
23 ASSUME THAT THEY'RE STIPULATING THAT WE CAN CALL HIM.
24             MR. JACOBS:  I DON'T UNDERSTAND THAT.
25             MS. MAROULIS:  I THINK THE STIPULATION OF MR. JACOBS

1	MEANS THAT WE CAN CALL HIM, RIGHT?
2	    HE WAS NOT ON THE VERY LAST REDUCED LIST, HE WAS ON THE
3	PREVIOUS TWO LISTS, AND THEN HE GOT TO TESTIFY IN THE OFFENSIVE
4	CASE BECAUSE YOUR HONOR AGREED TO LET US USE HIM.
5	    I JUST WANT TO BE CLEAR, BECAUSE MY RECOLLECTION, WITHOUT
6	SEEING THE ACTUAL LIST IN FRONT OF ME, IS THAT HE WAS NOT ON
7	THE VERY LAST WITNESS LIST.
8	        MR. JACOBS:  IT'S THE FINAL WITNESS LIST, YOUR HONOR.
9	I DON'T UNDERSTAND WHAT MS. MAROULIS IS SAYING.
10	        THE COURT:  BUT HE TESTIFIED, THOUGH.
11	        MR. JACOBS:  THEN HE MUST HAVE BEEN ON THE FINAL
12	WITNESS LIST.
13	        MS. MAROULIS:  THAT'S FINE, YOUR HONOR.
14	        MR. JACOBS:  I DON'T RECALL ANY SUPPLEMENTATION IN
15	THE OFFENSIVE CASE, BUT WE'LL HAVE TO GO BACK AND LOOK AT THE
16	FINAL WITNESS LIST.
17	    IF THERE'S SOME RULING THAT ALLOWED HIM TO TESTIFY, THEN
18	WE'LL HAVE TO TAKE A LOOK AT THAT.
19	        MS. MAROULIS:  THAT'S FINE.  I UNDERSTAND THAT APPLE
20	IS STIPULATING THAT WE CAN, IF WE WANT TO, CALL DR. SUKUMAR.
21	        MR. JACOBS:  I'M NOT SO STIPULATING.  WE'LL GO BACK
22	AND LOOK AT THE FINAL WITNESS LIST.
23	        THE COURT:  ALL RIGHT.  WELL, I'LL HAVE TO TAKE A
24	LOOK AT THAT ISSUE WITH EVERYTHING ELSE.  I HOPE IT DOESN'T
25	CREATE -- OPEN UP A CAN OF WORMS OF RELITIGATING EVERY SINGLE

```
 1        WITNESS.
 2            BUT AT LEAST AT THIS POINT I WOULD BE INCLINED TO ALLOW
 3        THAT.
 4                  MS. MAROULIS:  THANK YOU, YOUR HONOR.
 5                  THE COURT:  SO EVEN IF HE WERE EXCLUDED TO TESTIFYING
 6        ABOUT CONJOINT SURVEYS, BUT --
 7                  MR. JACOBS:  I THINK MS. MAROULIS --
 8                  MS. MAROULIS:  HE WAS NOT EXCLUDED.  HE WAS SIMPLY --
 9        BECAUSE WE WERE LIMITED TO THE NUMBER OF PEOPLE, HE WAS NOT
10        INCLUDED BY US IN THE VERY FINAL LIST.
11            BUT THEN YOUR HONOR ALLOWED US TO LET HIM TESTIFY ON THE
12        CONJOINT ISSUES IN THE OFFENSIVE CASE.
13            SO HE WAS DEPOSED.  HE SUBMITTED EXPERT REPORTS.
14            I SIMPLY DON'T WANT APPLE TO COME UP LATER AND SAY "WE ONLY
15        SAID PEOPLE ON THE VERY FINAL LIST CAN TESTIFY."
16            HE DID TESTIFY AT TRIAL.  HE WAS DEPOSED TWICE.  THEY KNOW
17        WHO HE IS.
18                  THE COURT:  OKAY.
19                  MR. JACOBS:  I THINK WHERE MS. --
20                  THE COURT:  OKAY.  WHY DON'T YOU TRY TO RESOLVE THIS?
21                  MR. JACOBS:  THANK YOU, YOUR HONOR.
22                  THE COURT:  IF THERE'S A PROBLEM -- WELL, LET'S SET A
23        FURTHER CMC.  I WAS GOING TO SUGGEST AUGUST 14TH, BUT LET ME
24        KNOW IF THAT IS GOING TO PRESENT A PROBLEM.  IT WILL BE DURING
25        YOUR EXPERT DEPOSITIONS.
```

```
 1              BUT AT THIS POINT, YOU KNOW, AUGUST 14TH, YOU MAY BE ABLE
 2    TO FLAG SOME ISSUES THAT WE CAN RESOLVE THAT WILL HELP YOU IN
 3    PREPARING.
 4              MR. JACOBS:  I'M CURRENTLY SET FOR TRIAL THEN IN
 5    ANOTHER MATTER.
 6              MS. MAROULIS:  THAT'S FINE.
 7              THE COURT:  OH.
 8              MR. JACOBS:  BUT LET'S SET IT AT AUGUST 14TH.  I
 9    FLAGGED IT FOR YOU.  IF I'M, IN FACT, IN TRIAL, CAN WE ALERT
10    CHAMBERS AND SEEK ANOTHER DATE OR ANOTHER TIME?
11              THE COURT:  WELL, WE COULD SET IT -- IF AUGUST 23RD
12    IS YOUR CLOSE -- WELL, WHAT WORKS BETTER?  THE 7TH?  THE 21ST?
13              MR. JACOBS:  21ST, YOUR HONOR.
14              THE COURT:  IS THAT -- MR. PRICE AND MS. MAROULIS, IS
15    THAT A GOOD DATE FOR YOU ALL?
16              MS. MAROULIS:  THE 21ST SHOULD BE FINE, YOUR HONOR.
17              THE COURT:  OKAY.  SO LET'S MOVE THAT TO AUGUST 21.
18         AND, YOU KNOW, MAYBE AT THAT POINT IF THERE ARE A VERY
19    LIMITED NUMBER OF ISSUES THAT YOU WANT TO FLAG, THEN HOPEFULLY
20    WE CAN RESOLVE IT AT THAT POINT SO THAT'LL HELP WITH YOUR
21    PREPARATION OF THE CASE.
22              MR. JACOBS:  PERFECT, YOUR HONOR.
23              THE COURT:  OKAY. WHAT ELSE?  ANYTHING ELSE?  OR DID
24    WE COVER EVERYTHING THAT WAS ON THE AGENDA?
25         LET ME JUST ALSO CHECK MY OWN NOTES.
```

CERTIFICATE OF REPORTER

    I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

    THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: MAY 3, 2013