# EXHIBIT 3

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20           Plaintiff, | **SAMSUNG'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO** |
| 21       vs. | **APPLE'S INTERROGATORIES TO DEFENDANTS RELATING TO APPLE'S** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **MOTION FOR A PRELIMINARY INJUNCTION - SET TWO (NOS. 10-11)** |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY UNDER THE PROTECTIVE ORDER** |
| 25           Defendant. | |
| 26 | |

27

28

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

("CAD") drawing program, and then discuss that design with a development team to get feedback on economical and technical considerations.  After some number of iterations of this process, the design may be reduced to physical mock ups and further analyzed for viability.  This may result in additional changes to the design, again in an iterative fashion.

**Galaxy S 4G**

The principal designer of the Galaxy S 4G was Minhyouk Lee.  Another designer who worked on the Galaxy S 4G was GiYoung Lee.

The design of Galaxy S 4G is based on the design of Galaxy S, which was intended to be a flagship phone, so no particular demographic of consumers was targeted.  Rather, the design was intended to have broad appeal to the general smartphone user.  The design of Galaxy S 4G differs in color and material from the Galaxy S, which evolved from the design of the Omnia model. Originally the glass on the front of the Galaxy S phone was designed to be curved, but because of manufacturing capacity issues the design was changed to have a flat glass front.  As with the parent phones, the radius of curvature for the lower corners was higher than that of the upper corners to provide for a more comfortable fit in the hand.

In addition to the change from a curved to a flat front, at one time there was also consideration of having a curved back and curvier bezel, but these did not fit with the design once the front was flattened and the final design had a more flat back.  In addition, the U.S. Galaxy S model was designed to have four capacitive buttons on the front to be consistent with other U.S. Android smartphones.

**Infuse 4G**

The principal designer of the Infuse 4G was Yongseok Bang.  Bo-ra Kim and Yunjung Lee also participated in the design.

The intent behind the development of the Infuse 4G was to create a design that appeared more futuristic than other smartphones then on the market.  This futuristic appearance was achieved with a design that was more angular and less rounded than other smartphones. Although several different screen sizes were considered in connection with the design, the 4.5" size was selected in to satisfy a request by AT&T.