QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF ERRATA REGARDING SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO EXCLUDE WITNESSES ON SAMSUNG'S WITNESS LIST**<br><br>Trial Date:  November 12, 2013<br>Hearing Date:  October 17, 2013<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby serve this Notice of Errata concerning their Opposition to Apple's Motion to Exclude Witnesses on Samsung's Witness List (Dkt. 2441).

- On page 4, line 25, the word "expert" should be replaced with "experts".
- On page 5, line 17, the word "investors" should be replaced with "inventors".
- On page 5, lines 17-20, the phrase "Dkt. 999-23" should be replaced with "Dkt. 999-18"; "Tab 4" should be replaced with "April 2012 Wagner Rpt., Tab 4"; and "1978" should be replaced with "1979."
- On page 5, footnote 3, the phrase "Dkt. 2255-11" should be replaced with "Dkt. 2255-6 ".
- On page 6, line 13, the name "Dennison" should be replaced with "Denison".
- On page 6, line 21, the phrase "and Sun-young Yi, Justin Dennison" should be replaced with "Sun-young Yi, and Justin Denison."
- On page 6, line 23, the phrase "July 23, 2012" should be replaced with "July 7, 2012".
- On page 7, line 3, the phrase "Hauser's report And" should be replaced with "Hauser's report and".

A corrected version of Samsung's Opposition is filed concurrently. No changes have been made to the Opposition other than those described above.

DATED: September 24, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC