HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF PUBLIC RE-FILING** |

1  Pursuant to the Court's Order Granting Renewed Motions to Seal (Re: Dkt. Nos. 2228,
2  2231, 2250, 2268) (Dkt. No. 2397) ("Order"), Apple submits herewith redacted versions of the
3  exhibits at issue.

4  Apple understands that Exhibit B to the Declaration of Terry L. Musika in Support of
5  Apple's Opposition to Samsung's Motion to Strike (Dkt. No. 996) ("Musika Exhibit B"), which
6  consists of excerpts from the Musika Expert Report, was inadvertently not included in Samsung's
7  renewed motion to seal. At Samsung's request, Apple is filing redactions of Musika Exhibit B
8  consistent with the redactions that the Court approved for Exhibit C to the Declaration of Bill
9  Price in Support of Supplemental Response to Motion for Sanctions (Dkt. No. 857), which
10 consists of the full Musika Expert Report. Apple also understands that Samsung will notify the
11 Court of this issue in connection with its own public re-filing.

12 Apple also identified a specific licensing term that was inadvertently not highlighted for
13 redaction in one license (Pernick Ex. 24, Dkt. No. 996). The Order approved Apple's request to
14 seal the same term in another license with the same party (Pernick Ex. 25, Dkt. No. 996). Apple
15 has redacted the term in both licenses consistent with the Order as to Pernick Ex. 25.

17 Dated: September 25, 2013     MORRISON & FOERSTER LLP

19                                By:  */s/ Richard S.J. Hung*
20                                     RICHARD S.J. HUNG

21                                Attorneys for Plaintiff
                                   APPLE INC.

APPLE'S NOTICE OF PUBLIC RE-FILING
Case No. 11-cv-01846-LHK (PSG)                                                                1
sf-3336373