Exhibit C
(Submitted Under Seal)

Confidential Attorneys' Eyes Only

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,

6

                   Plaintiff,

7

     vs.                          CASE NO.  11-cv-01846-LHK

8

     SAMSUNG ELECTRONICS CO.,

9    LTD., a Korean business
     entity; SAMSUNG ELECTRONICS

10   AMERICA,INC., a New York
     corporation; SAMSUNG

11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited

12   liability company,

13                 Defendants.
     _____/

14

15

16             C O N F I D E N T I A L

17       A T T O R N E Y S   E Y E S   O N L Y

18

19      VIDEOTAPED DEPOSITION OF MARK BUCKLEY

20           SAN FRANCISCO, CALIFORNIA

21         THURSDAY, FEBRUARY 23, 2012

22

23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24   CSR LICENSE NO. 9830

25   JOB NO. 46609

Confidential Attorneys' Eyes Only

Page 6

1   him spell that -- from Litinomics.                      10:06

2        MR. PINSONNEAULT:  It's                            10:06

3   P-I-N-S-O-N-N-E-A-U-L-T.                                10:06

4        MR. OLSON:  And Erik Olson from Morrison &         10:06

5   Foerster on behalf of Apple and the witness.            10:06

6        MR. HEYISON:  Michael Heyison from                 10:06

7   WilmerHale, representing Apple.  With us is Terry        10:06

8   Musika from --                                          10:06

9        MR. MUSIKA:  Invotex.                              10:06

10       THE VIDEOGRAPHER:  Will the court reporter          10:06

11  please swear in the witness.                            10:06

12                                                          10:06

13                  MARK BUCKLEY,                           10:06

14        having been sworn as a witness                    10:06

15      by the Certified Shorthand Reporter,                10:06

16          testified as follows:                          09:40

17                                                          09:40

18       MR. OLSON:  I just realized something,             10:06

19  Anthony.  I apologize, and I didn't mean to interrupt   10:06

20  the start of the deposition.  Has Litinomics cleared    10:07

21  on the protective order?                                10:07

22       MR. ALDEN:  Mr. Pinsonneault has, yes.             10:07

23       MR. OLSON:  All right.  And when was the           10:07

24  disclosure?                                             10:07

25       MR. ALDEN:  It was last year.                      10:07

Confidential Attorneys' Eyes Only

Page 7

| | | |
|---|---|---|
| 1 | MR. PINSONNEAULT:  Yeah, probably summer, | 10:07 |
| 2 | July, August. | 10:07 |
| 3 | MR. OLSON:  Thank you. | 10:07 |
| 4 | | 10:07 |
| 5 | EXAMINATION BY MR. ALDEN | 10:07 |
| 6 | MR. ALDEN:  Good morning, Mr. Buckley. | 10:07 |
| 7 | Q   How are you today? | 10:07 |
| 8 | A   Good morning.  Great, thanks. | 10:07 |
| 9 | Q   Good. | 10:07 |
| 10 | Could you state your full name for the | 10:07 |
| 11 | record, please. | 10:07 |
| 12 | A   Mark Andrew Buckley. | 10:07 |
| 13 | Q   And your address, please, sir? | 10:07 |
| 14 | A   Personal? | 10:07 |
| 15 | Q   Yes, please. | 10:07 |
| 16 | A   191 Frederick Court, F-R-E-D-E-R-I-C-K, | 10:07 |
| 17 | Los Altos, California, 94022. | 10:07 |
| 18 | Q   Mr. Buckley, you understand that you're under | 10:07 |
| 19 | oath today, subject to penalty of perjury, the same as | 10:07 |
| 20 | if you'd be in a court? | 10:07 |
| 21 | A   I do. | 10:07 |
| 22 | Q   Have you -- have you take -- your deposition | 10:07 |
| 23 | taken before? | 10:07 |
| 24 | A   Yes. | 10:07 |
| 25 | Q   On how many occasions? | 10:07 |

Confidential Attorneys' Eyes Only

1  Q   Well, let me -- I guess I'll be more precise.   10:44

2      How long was your designation of financial   10:45

3  analyst IV?   10:45

4  A   I don't know the exact year, but I'm thinking   10:45

5  2008, 2000 -- I'm not sure.  2008, 2009, maybe.   10:45

6  Q   And now you're a financial analyst V; is that   10:45

7  correct?   10:45

8  A   Yes.   10:45

9  Q   And what are your responsibilities as   10:45

10 financial analyst V?   10:45

11 A   I support the litigation department and   10:45

12 various other legal groups with financial discovery   10:45

13 and research.   10:45

14 Q   Is your -- are your responsibilities any   10:45

15 different than when you were a financial analyst IV,   10:45

16 or it's pretty much the same?   10:45

17 A   Between the IV and V designation it's been   10:46

18 pretty much the same, but there's been added   10:46

19 responsibility.   10:46

20 Q   And do you, as a financial analyst V, have   10:46

21 people that report to you?   10:46

22 A   No.   10:46

23 Q   And who do you report to as a financial   10:46

24 analyst V?   10:46

25 A   Either senior director or director of G&A   10:46

Confidential Attorneys' Eyes Only

Page 130

1  for the iPad 2.  That would be an iPad accessory.  If   14:15

2  there was another type of case that fits the iPad,   14:15

3  that's not going to fit any of our other products in   14:15

4  the company.  So I would -- that's going to be an iPad   14:15

5  accessory.   14:15

6      MR. ALDEN:  Q.  So is it only -- does page 1   14:15

7  only cover accessories that are specifically designed   14:15

8  for an iPad?   14:15

9      MR. OLSON:  Objection; vague; beyond the   14:15

10  scope.   14:15

11      THE WITNESS:  That would be my understanding.   14:15

12  But unless I ran a report for all accessories and   14:15

13  looked to see what it was, then compared that to the   14:15

14  revenue and line item here to make sure that they tie   14:15

15  or don't tie -- I would have to do the research, but   14:15

16  I -- it's not something I do in the normal course of   14:15

17  my work.   14:15

18      MR. ALDEN:  Q.  But it's something you could   14:15

19  determine; correct?   14:15

20      A   If I had to.   14:15

21      Q   If we look at the -- does the -- are the   14:15

22  third-party accessories only third-party accessories   14:16

23  that are sold by Apple?   14:16

24      A   That's correct.   14:16

25      Q   Does Apple receive royalties or licensing   14:16

Confidential Attorneys' Eyes Only

Page 131

1    revenue relating to third-party accessories sold by      14:16

2    other companies?                                          14:16

3            MR. OLSON:  Objection; asked and answered.        14:16

4            THE WITNESS:  So we have this -- we have a        14:16

5    program that I think I discussed earlier made for iPod    14:16

6    or made for iOS device, and yes.  Do we receive           14:16

7    dollars for those that are a part of that Made For        14:16

8    iPod or Made For iOS device program?  Yes.                14:16

9            MR. ALDEN:  Q.  But those aren't covered by       14:17

10   page 1 of this document; correct?                         14:17

11     A   No.  It's actually covered in the iPod --           14:17

12   it's covered under iPod, for some reason.                 14:17

13     Q   So it would be in the iPod GAAP Line of --          14:17

14     A   Yeah.  It's not -- it's not in this report.         14:17

15     Q   I see.                                              14:17

16     A   And I actually would have to check to see           14:17

17   whether it's in iPod accessories or whether it's in       14:17

18   the iPod GAAP Line of Business Report.  I think it's      14:17

19   in the iPod GAAP Line of Business Report, but I'd have    14:17

20   to double-check.                                          14:17

21     Q   Okay.  And the -- if we look at page 1 -- in        14:17

22   fact, if we look at every page, the information           14:17

23   reported in this document is actual -- relates to         14:17

24   actual sales, not forecasted sales; correct?              14:17

25     A   That is correct.                                    14:17

Confidential Attorneys' Eyes Only

Page 132

1    Q   And is the information reported in this        14:17

document related to worldwide sales or just United    14:17

States sales?                                          14:18

4    A   Worldwide.                                     14:18

5    Q   Does Apple report information of the --        14:18

concerning revenues and costs on accessories just for 14:18

the United States?                                     14:18

8        MR. OLSON:  Objection; vague.                  14:18

9        THE WITNESS:  It would depend on what cost     14:18

elements you're referring to.                          14:18

11       MR. ALDEN:  Okay.                              14:18

12   Q   Well, I think we went through this before --   14:18

13   A   Right.                                         14:18

14   Q   -- in the other one, but I'm just trying to    14:18

determine what -- what Apple does track in terms of   14:18

accessory sales on a domestic, United States only,    14:18

basis.  So if you could look at the -- if you know off 14:18

the top of your head or --                            14:18

19   A   Yeah, I can -- I can answer.                   14:18

20   Q   Okay.                                          14:18

21   A   As I answered before, the units and revenue   14:18

and standard cost piece, I can pull you out a         14:18

U.S.-only level.                                       14:18

24   Q   Okay.  And can you pull out data by model or  14:18

25   only by, I guess, line of business?               14:19

Confidential Attorneys' Eyes Only

Page 182

1   we had the parts and we had the -- the appropriate          15:45

2   lines, we could get things up and running very              15:45

3   quickly.  So I don't -- I don't see it as a problem.        15:46

4   I think it's done all the time.                             15:46

5        MR. ALDEN:  Okay.                                      15:46

15   Q   Has Apple ever had any parts shortages with            15:46

16  respect to its -- the iPads?                                15:46

17       MR. OLSON:  Objection; vague; calls for a              15:46

18  narrative.                                                  15:46

19       THE WITNESS:  I don't recall from the iPad,            15:46

20  but -- yeah, I don't recall from the iPad.                  15:46

21       MR. ALDEN:  Okay.                                      15:46

22       THE WITNESS:  It's my understanding that               15:46

23  generally we can get parts when we need them, and with      15:46

24  enough lead time, we can -- we can definitely get           15:47

25  more.                                                       15:47

Confidential Attorneys' Eyes Only

Page 183

| | | |
|---|---|---|
| 1 | MR. ALDEN:  I'm sure. | 15:47 |
| 2 | Could we take a short break, and I can assess | 15:47 |
| 3 | how much more I've got to go. | 15:47 |
| 4 | MR. OLSON:  Sure. | 15:47 |
| 5 | THE VIDEOGRAPHER:  Going off the record. | 15:47 |
| 6 | The time is 3:47 p.m. | 15:47 |
| 7 | (Recess taken.) | 15:47 |
| 8 | THE VIDEOGRAPHER:  We are back on the record. | 15:51 |
| 9 | The time is 4:03 p.m. | 16:02 |
| 10 | MR. ALDEN:  I'd like to mark as Exhibit 15 a | 16:02 |
| 11 | document Bates numbered APLNDC-Y0000055416. | 16:03 |
| 12 | (Document marked Buckley Exhibit 15 | 16:03 |
| 13 | for identification.) | 16:03 |
| 14 | MR. ALDEN:  Oh, actually, I need that. | 16:03 |
| 15 | Sorry. | 16:03 |
| 16 | Q   Mr. Buckley, are you familiar with this | 16:03 |
| 17 | document? | 16:03 |
| 18 | A   I am. | 16:03 |
| 19 | Q   What is this document? | 16:03 |
| 20 | A   This is a report on capacity for the iPad. | 16:03 |
| 21 | Q   Is this one of the documents that you were | 16:03 |
| 22 | referring to earlier that were produced within the | 16:03 |
| 23 | last couple of days? | 16:04 |
| 24 | A   Regarding capacity just a few minutes ago, | 16:04 |
| 25 | yes. | 16:04 |

Confidential Attorneys' Eyes Only

Page 184

| | | |
|---|---|---|
| 1 | Q   Okay.  If we look at the top line, "iPad | 16:04 |
| 2 | Supply and Sales 2010-2011," I assume that iPad 1 | 16:04 |
| 3 | refers to the original iPad? | 16:04 |
| 4 | A   That's correct. | 16:04 |
| 5 | Q   So this covers all iPad models that Apple has | 16:04 |
| 6 | sold to date? | 16:04 |
| 7 | A   That's correct. | 16:04 |
| 8 | Q   Okay. | 16:04 |
| 9 | A   Through 2011 calendar. | 16:04 |
| 10 | Q   Okay.  And if we look at the first subheading | 16:04 |
| 11 | under financial quarters, "Actual Saleable Units | 16:04 |
| 12 | Cumulative," what does that mean? | 16:04 |
| 13 | A   Excuse me. | 16:04 |
| 14 | That's how many units we built less returned | 16:04 |
| 15 | or damaged units. | 16:04 |
| 16 | Q   And, sir, just to be clear, for the iPad 1, | 16:05 |
| 17 | that subsection shows that in, for example, fiscal | 16:05 |
| 18 | quarter -- the third fiscal quarter of 2010, Apple | 16:05 |
| 19 | made ▆▆▆▆▆ iPad 1s; is that correct? | 16:05 |
| 20 | A   That is correct. | 16:05 |
| 21 | Q   If we look at the next subsection, "Install | 16:05 |
| 22 | Capacity Saleable Units Cumulative," what does that | 16:05 |
| 23 | refer to? | 16:05 |
| 24 | A   That was -- refers to the capacity or the | 16:05 |
| 25 | amount that we could have made that quarter. | 16:05 |

Confidential Attorneys' Eyes Only

Page 185

1    Q    Okay.  And so if I'm interpreting this          16:05

2    correctly, if we look at, for example, the fiscal --   16:06

3    fiscal year quarter -- the fourth quarter of fiscal    16:06

4    year 2010 for the iPad 1, Apple, according to this     16:06

5    document, ██████████████████████████████         ████     16:06

6    ██████████████████████████; is that correct?       16:06

7    A    That is correct.                              16:06

8    ██  █  ██████████████████████████            ████

9    ██  ████████████████████████████████           ████

10   ██  ████████████████████████                ████

11   ██       ██████████    ████████████████         ████

12   ██       █████████   ██████████████████        ████

13   ██  ████████                                 ████

14          MR. ALDEN:  Q.  Now, if we look at the -- the   16:07

15   fiscal -- well, the second quarter of fiscal year 2011  16:07

16   for the iPad 2, that indicates that Apple -- it would   16:07

17   indicate that Apple, in fact, ██████████████████    ████

18   ██  ██████████████████████████ is that correct?    16:07

19          MR. OLSON:  Objection; that misstates the       16:07

20   document.                                          16:07

21          THE WITNESS:  Yeah, I'm sorry.  Where are you   16:07

22   looking?                                           16:07

23          MR. ALDEN:  Q.  I'm looking at iPad 2.          16:07

24   A    iPad 2.                                       16:07

25   Q    Oh, sorry.  It's my mistake.  I'm misreading       16:07

Confidential Attorneys' Eyes Only

Page 186

1   the document.                                                16:07

2        Well, if we look at the third subsection,              16:07

3   "Units Sold in Cumulative," what does that refer to?        16:08

4     A   That's how many units we sold that quarter           16:08

5   worldwide.                                                   16:08

6     Q   And if we look at "Actual Units Unsold               16:08

7   Cumulative," what does that refer to?                        16:08

8     A   So that refers to the amount built that             16:08

9   quarter less the amount sold that quarter.                   16:08

10    Q   And so if we look at --                               16:08

11       MR. OLSON:  Anthony, I just want to make sure          16:08

12  as you're talking, you're -- you're -- and you may be       16:08

13  speaking back -- you may be speaking past one another.      16:08

14  In that quarter, the number is cumulating if you look       16:08

15  at the math.                                                 16:08

16       MR. ALDEN:  Yes, okay, yeah.                           16:08

17       THE WITNESS:  Yeah, sorry.                             16:08

18       MR. ALDEN:  Fair enough.  Thank you.                   16:08

19    Q   So if we look at the fourth quarter of 2011          16:08

20  and the first quarter of 2012 with respect to the            16:09

21  iPad 1, Apple ████████████████████████████      ███████     16:09

    ██  ███████████████████████████████████████      ███████

    ██  █████████████                                           16:09

24    A   I'm sorry.  I lost track what quarter you            16:09

25  were talking about.                                          16:09

Confidential Attorneys' Eyes Only

Page 187

1    Q   I was talking about the last quarter of 2011      16:09

and the first quarter of 2012.                            16:09

3    A   The last quarter of 2011 and the first           16:09

quarter of 2012.                                          16:09

5        It would be helpful if you would say fiscal      16:09

Q1 or fiscal Q2 of how it's -- how they are at the        16:09

top.                                                      16:09

8    Q   Okay.                                            16:09

9    A   That would help me because our fiscal quarter    16:09

is not on the calendar quarter.  It will just help me     16:09

understand what you're pointing to.                       16:09

12   Q   Okay.                                            16:09

13       MR. OLSON:  Anthony, do you mind if we take a    16:09

break on the record real quick?                           16:09

15       THE VIDEOGRAPHER:  Off the record?               16:09

16       MR. ALDEN:  Could I -- sorry.  Could I -- I'd    16:09

just like an answer to this question before we take a     16:09

break.                                                    16:10

19       THE WITNESS:  Sure.  Just could you rephrase     16:10

the question and point --                                 16:10

21       MR. ALDEN:  Sure.                                16:10

22   Q   So I'm just trying to understand this            16:10

document.  If we look at the last -- or fiscal            16:10

quarter -- the fourth fiscal quarter of 2011 --          16:10

25   A   Okay.                                            16:10

Confidential Attorneys' Eyes Only

Page 188

```
1    Q    -- and the first fiscal quarter of 2012 --      16:10

2    A    Okay.                                           16:10
```

■        ■         ████████████                          ██

■        ■         ████                                  ██

■        ■         ████████████                          ██

■        ████████████████                                ██

■        ■         ██████████                            ██

■        ██████████████████████                          ██

■        ████████     ████████████                       ██

■        ████████████                                    ██

■        ■         ██████                                ██

■        ■         ██████████                            ██

■        ████                                            ██

■        ■         ████   ██████████                     ██

■        ██     ██████████████                           ██

■        ████████████████████                            ██

■        ████████                                        ██

■        ████   ████████                                 ██

■        ████   ████   ████                              ██

■        ████████████████                                ██

■        ████   ██████                                   ██

```
22        MR. ALDEN:  Okay.                               16:11

23        THE WITNESS:  Yeah.                             16:11

24        MR. ALDEN:  You wanted to take a break still?   16:11

25        MR. OLSON:  Yeah, why don't we -- you want to   16:11
```

Confidential Attorneys' Eyes Only

Page 189

1    take a -- take a two-second break.                    16:11

2         MR. ALDEN:  Okay.                                 16:11

3         THE VIDEOGRAPHER:  Off the record.               16:11

4         The time is 4:11 p.m.                             16:11

5         (Recess taken.)                                   16:11

6         THE VIDEOGRAPHER:  Back on the record.           16:12

7         The time is 4:12 p.m.                             16:12

8         MR. ALDEN:  So, Mr. Buckley, perhaps I was       16:12

9    misunderstanding, and Mr. Olson was kind enough to   16:12

10   point it out, but if we go back to the beginning of  16:12

11   this document, we see "Actual Saleable Units          16:12

12   Cumulative."                                           16:12

13        Q   Does that indicate that if we look across   16:13

14   fiscal quarters, they are the number of units that   16:13

15   Apple cumulatively built spanning across the row; is 16:13

16   that correct?                                          16:13

17        A   Almost.  You had -- you said "sold" is what 16:13

18   you said at the beginning of that question, and at the 16:13

19   end you talked about "built."                          16:13

22        Q   Sorry.  Could we go right up to the top.     16:13

23        A   Oh, sure.                                     16:13

24        Q   That's what I was actually referring to.     16:13

25        A   Okay.                                         16:13

Confidential Attorneys' Eyes Only

Page 190

███   █   ██████████████                    ███

███   █   ██   █████████████████            ███

███   ████████   ██████████████████████     ███

███   ██████████████████████████████        ███

███   ████████████   ███████████████████    ███

███   █████████████████                     ███

███   █   ████████████████████████          ███

8      A    Roughly, yes.                          16:14

9      Q    Okay.  All right.                       16:14

10          Now, and so then if we go to "Installed   16:14

11     Capacity Saleable Units Cumulative," what does that   16:14

12     refer to?                                    16:14

13     A    Similar in nature.   ███████████████████   ███

███   ████████████████████████   ██████████    ███

███   ██████████████████████████████████████   ███

███   ████████████████████████████████████     ███

███   ██████████████████████████████████████   ███

███   █████████████████████████                ███

19     Q    And how did Apple calculate what it could   16:14

20     have built in a given fiscal quarter?        16:14

21     A    They took into consideration any parts   16:14

22     constraints -- known parts constraints and certain   16:15

23     parameters such as six-day workweeks.  Maintenance   16:15

24     would have been taken into consideration as well.   16:15

25     Q    And what documents were used to determine   16:15

Confidential Attorneys' Eyes Only

Page 191

1    what could have been built in terms of the iPad in a          16:15

2    given fiscal quarter?                                         16:15

3              MR. OLSON:  Objection; beyond the scope.            16:15

4              THE WITNESS:  I believe there would have been       16:15

5    multiple documents that the team would have looked at.        16:15

6    I'm not -- I don't know all the ones that they may            16:15

7    have looked at to come up with this report.                   16:15

8              MR. ALDEN:  Q.  Have those documents been           16:15

9    produced?                                                     16:15

10       A   I don't believe so.                                   16:15

11       Q   So in effect, I have to take your word for            16:15

12   what -- for this is what Apple could have produced for        16:15

13   the iPad in a given fiscal quarter?                           16:15

14             MR. OLSON:  Objection; argumentative;               16:15

15   improper; beyond the scope.                                   16:16

16             THE WITNESS:  Is that a question?                   16:16

17             MR. ALDEN:  Yeah.                                   16:16

18       Q   I mean, I have to take this at face value; is         16:16

19   that correct?                                                 16:16

20       A   I'm here saying that the team put this                16:16

21   document together, and I trust that team.  They               16:16

22   explained it to me, and I believe these numbers, and          16:16

23   these are accurate.                                           16:16

24       Q   Would you have any objection to providing the         16:16

25   underlying documents so I can test these numbers?             16:16

Confidential Attorneys' Eyes Only

Page 192

1        MR. OLSON:  Objection; argumentative; beyond        16:16
2    the scope.                                              16:16
3        THE WITNESS:  Initially, I would say no            16:16
4    because I don't know the number of documents there     16:16
5    are, what else is contained in those documents.  And   16:16
6    there is a team of people that worked on pulling this  16:16
7    together and who have been in the business for a very  16:16
8    long time at Apple.                                     16:16
9        MR. ALDEN:  Q.  Who pulled this together?          16:16
10   A    Rory Sexton led the -- led the effort.            16:16
11   Q    And who else?                                      16:16
12   A    I don't know.                                      16:16
13       MR. ALDEN:  Counsel, is there any objection        16:17
14   to providing the underlying documents?                 16:17
15       MR. OLSON:  I don't -- so I'm not going to         16:17
16   take a -- a -- a request, so I'm not going to take a   16:17
17   set of objections on the record one way or the other.  16:17
18       MR. ALDEN:  So that's neither a yes nor a no?      16:17
19       MR. OLSON:  That's neither a yes nor a no.         16:17
20       MR. ALDEN:  Okay.  And if we go to the --          16:17
21   well, I guess we can take up the production of the     16:17
22   documents after the deposition.                        16:17
23   Q    If we go to the next category, "Units Sold in     16:17
24   Cumulative."                                            16:17
25   A    Yes.                                               16:17

Confidential Attorneys' Eyes Only

Page 193

1    Q   And what does that refer to?                16:17

2        I apologize.   I've already asked you, but now   16:17

3    I have a new under -- newfound understanding of this   16:17

4    document.                                        16:17

5    A   No, that's fine.                             16:17

██        ████████████████████████████        ██

██     ██████████████████████████████            ██

██        ████████████████████████████           ██

██     ████████████████████████████████████      ██

██    ████████████████████████████████           ██

██    ████████████████████████████████           ██

██    ███████████████                             ██

13   Q   If we look at the next subsection, "Actual   16:18

14   Units Unsold Cumulative," what does that refer to?   16:18

15   A   That would be -- that would be the amount   16:18

16   built that -- amount built plus damaged unit -- or   16:18

17   less damaged units minus what was sold.          16:18

18   Q   So is it -- is it correct that in fiscal    16:18

19   year -- fiscal -- the third fiscal quarter -- and I'm   16:19

20   sorry if I'm not saying it correct --            16:19

21   A   Okay.                                        16:19

██        ██   ████████████████████████████       ██

██    ██████████████████████████                   ██

24   A   That is -- that was correct.                16:19

25   Q   Okay.   And in the next fiscal quarter, it had   16:19

Confidential Attorneys' Eyes Only

Page 194

1 ████████████████████████████████   ████

2 █    █    ████████████████████████   ████

3 █    ████████████                    ████

4    Q   I see.                              16:19

5 █    █    ████████████████████████   ████

6    Q   And the same --                     16:19

7 █    █    ████████████               ████

8    Q   The same would apply across the row; is that   16:19

9 correct?                                    16:19

10    A   That's correct.                      16:19

11    Q   Okay.  And then the -- I'm not sure if we   16:19

12 covered the last subsection, "Installed Capacity Units   16:20

13 Unsold Cumulative."                         16:20

14       MR. OLSON:  Hold on one second.  Wait.   16:20

15       THE WITNESS:  Sorry.                  16:20

16       MR. OLSON:  I think you misspoke.     16:20

17       THE WITNESS:  I think I misspoke.     16:20

18       MR. OLSON:  I think you may have.     16:20

19       THE WITNESS:  Yep, yep.               16:20

20       Now, I take that back.               16:20

21       MR. ALDEN:  Would you like to go off the   16:21

22 record for a minute?  I don't want to --    16:21

23       THE WITNESS:  No, I think.            16:21

24       MR. ALDEN:  Do you need more time?    16:21

25       MR. OLSON:  Do you want to take --    16:21

Confidential Attorneys' Eyes Only

Page 195

1       THE WITNESS:  Yeah, that would be great.        16:21
2   Just a minute.                                      16:21
3       MR. ALDEN:  That's fine.                        16:21
4       THE VIDEOGRAPHER:  Off the record?              16:21
5       Counsel, yes?                                   16:21
6       MR. ALDEN:  Yes, that's fine.                   16:21
7       THE VIDEOGRAPHER:  Off the record.              16:21
8       The time is 4:21 p.m.                           16:21
9       (Recess taken.)                                 16:21
10      THE VIDEOGRAPHER:  Back on the record.          16:31
11      The time is 4:31 p.m.                           16:31
12      MR. ALDEN:  All right.                          16:31
13  Q   We were struggling through this document, and   16:31
14  Mr. Buckley, I think you were explaining to me what 16:31
15  Actual Units Unsold Cumulative means, and then what 16:31
16  Installed Capacity Units Unsold Cumulative means.   16:31
17      So I guess if you could take a stab --          16:31
18  another stab at that, I'd appreciate it.            16:31
19  A   Yeah, so the Actual Units Unsold is the         16:31
20  difference between what was built and what was sold, 16:31
21  but it's cumulative over time.  You can think of it as 16:31
22  an ending inventory.  So after the first quarter,   16:31

Confidential Attorneys' Eyes Only

Page 196

1   those two quarters and continued on down the line.        16:32

■                                                              ■

■                                                              ■

4        Q    Okay.  And then "Install Capacity Units         16:32

5   Unsold Cumulative," what does that refer to?              16:32

6        A    Okay.  The only difference there is that this   16:32

7   is the capacity number from Section 2, less the sold.     16:32

8        Q    Okay.  Now, if I could draw your attention to   16:32

9   the -- the second column, which is fiscal -- the third    16:32

10  fiscal quarter 2010, and you see that my reading -- in    16:32

11  my reading of this document, the document says that       16:32

12  ████████████████████████████████████████                 ███

■   ████████████████████████████████████████                 ███

■   ████████████████████████████████████████                 ███

■   ██  ████████████████████                                  ███

■   ██  ████  ████████████████████                            ███

■   ████████████████████████████████████████████             ███

■   ████████████████████████████████████████████             ███

■   ████████████████████████████████████                     ███

■   ██  ████  ████████████████████                            ███

21       Q    Yes.                                            16:33

22       A    Yes.                                            16:33

■   ██  ████████████████████████████████                     ███

■   ████████                                                  ███

■   ██  ████████████████████████████                         ███

Confidential Attorneys' Eyes Only

Page 197

1    Q   Okay.  Now, when you say "capacity," how are    16:34

2    you defining capacity?    16:34

3    A   With the existing lines, what additional    16:34

4    units we could have built.    16:34

5    Q   Okay.  Could have built based on what?    16:34

6    A   Built on what capacity we had in those    16:34

7    manufacturing plants, and taking into consideration    16:34

8    known parts constraints, and think of six-day    16:34

9    workweeks, maintenance being involved.  This is what    16:34

10   we believe we could have built.    16:34

21   Q   And when you say "six-day workweeks," what do    16:35

22   you mean?    16:35

23   A   Just taking into consideration -- I mean,    16:35

24   could we have had a seven-day workweek?  You know,    16:35

25   it's possible.  But I think being conservative, we    16:35

Confidential Attorneys' Eyes Only

Page 198

1    kept it at a six-day workweek.                          16:35

2        Q    How many hours a day did you assume that       16:35

3    workers would be working on building additional iPads?  16:35

4        A    I don't know that answer.                       16:35

5        Q    Did it assume that additional suppliers would  16:35

6    be needed in order to reach the increased capacity?     16:35

7        A    Not in the numbers here.                        16:35

8        Q    Okay.                                            16:35

9        A    But could -- if there was increased demand,    16:35

10   could we have added new lines in existing plants or     16:36

11   built new plants?  Yes, that could have been done.      16:36

12       Q    In creating this document, did Mr. Sexton or    16:36

13   anyone on his team speak to the manufacturers?          16:36

14       A    I don't know.                                    16:36

15       Q    So this document is based, to the best of       16:36

16   your knowledge, on documents from the operations team;  16:36

17   is that correct?                                          16:36

18       A    Documents and expertise.                         16:36

19       Q    If -- if Apple -- bear with me.  I'm going to   16:36

20   try and articulate this question.                        16:36

21            If Apple thought it could build more units,     16:36

22   say, 10,000 additional units of the iPad 1, and         16:36

23   attempted to build those units, but only built, let's   16:36

24   say, 8,000, would -- let's say due to manufacturing      16:37

25   problems, what would be reflected on this document?      16:37

Confidential Attorneys' Eyes Only

Page 199

1          MR. OLSON:  Objection; beyond the scope;          16:37

2     improper hypothetical; calls for speculation.          16:37

3          THE WITNESS:  Can you either ask me again or      16:37

4     try to summarize it a little bit.  I think I followed  16:37

5     you, but I just want to hear it one more time.         16:37

6          MR. ALDEN:  Okay.                                 16:37

7      Q   I guess what I'm trying to understand is:  If     16:37

8     Apple thought it could build 10,000 units, and         16:37

9     attempted to do so, but actually only built 8,000      16:37

10    units, would the 10,000 or the 8,000 be reflected in   16:37

11    the capacity number for a given quarter?               16:37

12         MR. OLSON:  Beyond the scope; calls for           16:37

13    speculation.                                           16:37

14         THE WITNESS:  I don't think you'd know before     16:37

15    things occurred that you weren't going to be -- I      16:38

16    think if they felt that there were things that         16:38

17    wouldn't allow us to build the 10,000 units, that      16:38

18    they -- whether that be a manpower or -- or parts or   16:38

19    line constraint, the number would be -- the 8,000      16:38

20    would have been in here.                               16:38

21         MR. ALDEN:  Okay.                                 16:38

22         THE WITNESS:  Not the 10,000.                     16:38

23         MR. ALDEN:  Q.  When it says -- when you say      16:38

24    "Units Sold" in the third category --                  16:38

25      A   Yes.                                             16:38

Confidential Attorneys' Eyes Only

Page 200

1    Q    -- what does "sold" mean?  Does it mean          16:38

delivered or in transit?                                   16:38

3    A    It can mean -- that could mean -- let's see.     16:38

Hold on a sec.                                             16:38

5         I do know that in transits and allocated         16:38

units are excluded from here.                              16:38

7    Q    So this -- the units sold only reflects units    16:39

that have actually arrived at the reseller, the           16:39

carrier or the customer; is that correct?                 16:39

10   A    Yes, that is correct.                            16:39

11   Q    Okay.  Now, it's my understanding that Apple     16:39

began selling the iPad 1 in the second fiscal quarter     16:39

of 2010?                                                  16:39

14   A    Second quarter 2010.                             16:39

15        IPad 1 was April, so Q3 FY10.                    16:39

16   Q    Okay.  Could this spreadsheet be created to      16:39

reflect actual sales and actual build and capacity on     16:39

a monthly basis?                                          16:40

19        MR. OLSON:  Objection; beyond the scope.         16:40

20        THE WITNESS:  I believe so.                      16:40

21        MR. ALDEN:  Q.  And could this be -- this        16:40

report be created to show the -- to reflect the same      16:40

line items, but only for the United States?               16:40

24   A    I know we could get sold units out of the        16:40

United States.  We're manufacturing for the world         16:40

Confidential Attorneys' Eyes Only

Page 201

1  there, and we have the ability to pretty easily switch   16:40

2  from building a product for a U.S. market or a French   16:40

3  market or a German market.  That's not a big effort to   16:40

4  do.   16:40

5      MR. ALDEN:  Okay.  Mark as Exhibit 17 a   16:41

6  document Bates numbered APLNDC-Y000055417.   16:41

7      (Document marked Buckley Exhibit 16   16:41

8       for identification.)   16:41

9      MR. OLSON:  I think it's 16.  I think the --   16:41

10      MR. ALDEN:  Oh.   16:41

11      MR. OLSON:  -- exhibit number is 16.  That's   16:41

12  all.   16:41

13      MR. ALDEN:  Q.  Mr. Buckley, are you familiar   16:41

14  with this document?   16:41

15      A   I am.   16:41

16      Q   And this document was produced either last   16:41

17  night or the night before; is that correct?   16:41

18      A   That's correct.   16:41

19      Q   And it was produced by the same -- well, let   16:41

20  me be more precise.   16:42

21      Was it created by the same team of people who   16:42

22  created the last document we looked at for the iPad?   16:42

23      A   Yes, is my understanding.   16:42

24      Q   And what is this document?   16:42

25      A   This is showing for calendar year 2010 and   16:42

Confidential Attorneys' Eyes Only

Page 202

1    2011 by fiscal quarter the capacity to build more        16:42

2    iPhones.                                                   16:42

3        Q    Hopefully this will go a little more smoothly     16:42

4    than the last one.                                         16:42

5            What -- what does the first subheading there       16:42

6    mean, "Actual Saleable Units Cumulative"?                  16:42

7        A    Similar to the last document for iPad, that's     16:42

8    how many we built that quarter less any damaged or         16:42

9    defective units.                                           16:42

10       Q    And what does the next category refer to,         16:42

11   "Installed Capacity Saleable Units Cumulative"?            16:42

12       A    Based on existing capacity, this is what we       16:43

13   could have built.                                          16:43

14       Q    When you say "based on existing capacity,"        16:43

15   what do you mean?                                          16:43

16       A    We're not out there building new buildings        16:43

17   and installing new lines.                                  16:43

18       Q    And what is the third category, "Units Sold       16:43

19   in Cumulative," refer to?                                  16:43

20       A    That would be basically sales of the iPhone.      16:43

21       Q    And what does the next category, "Actual          16:43

22   Units Unsold Cumulative," refer to?                        16:43

23       A    That would be the difference between what we      16:43

24   built less what we sold.                                   16:43

25       Q    And the next category, "Installed Capacity        16:43

Confidential Attorneys' Eyes Only

Page 203

1   Units Unsold Cumulative," what does that refer to?        16:43

2       A    That would be the difference between what we     16:43

3   had the capacity to build less what we sold.              16:43

4       Q    And the first column, "BOH," what does that      16:44

5   refer to?                                                 16:44

6       A    Beginning on hand.                               16:44

7       Q    And what does that mean?                         16:44

8       A    Beginning on-hand inventory.                     16:44

9       Q    Now, if we look at the second fiscal quarter     16:44

10  of 2010 for the iPhone 3G, it's apparent that ███         ████

██  ██  ██████████████████████████████████████████           ████

12      A    That's correct.                                  16:44

13      Q    And if we look at the third fiscal quarter       16:44

14  for 2010 for both the 3G and the iPhone 4, ██████         ████

██  ██  ████████████████████████████████████████             ████

16      A    That's correct.                                  16:44

17      Q    And if we look at the next quarter for those     16:45

18  same phones, ███████████████████████████████             ████

██  ██  ████████████████████                                  ████

██  ██  █ ██████████████████████████████████████             ████

██  ██  ████████████████████████████████████                 ████

22      Q    And what would that indicate?                    16:45

23      A    That would indicate we stopped building          16:45

24  those -- the 3G models.                                   16:45

25      Q    Okay.  And then if we look at the -- well,       16:45

Confidential Attorneys' Eyes Only

Page 204

1 ███████████████████████████████ ████

2 ████████████████ ████

3 A That is correct. 16:45

4 MR. OLSON:  Object.  I wasn't sure that the 16:45

5 space -- so objection; vague. 16:45

6 But please go ahead. 16:45

7 MR. ALDEN:  Q.  And the last fiscal quarter 16:45

8 of 2011 with respect to the iPhone 4, ████████ ████

9 ████████████████ ████

10 ██ ███████████████████ ████

11 ██ █████████████████████ ████

12 ████████████████████████████████ ████

13 ██████████ ████

14 A I'm sorry.  Which -- 16:46

15 MR. OLSON:  Objection. 16:46

16 THE WITNESS:  -- which one are you -- 16:46

17 MR. ALDEN:  Q.  If you look at the third 16:46

18 fiscal quarter of 2010. 16:46

19 A Okay. 16:46

20 Q And I'm looking at the iPhone 3G. 16:46

21 A Okay. 16:46

22 ██ █████████████████ ████

23 ██ ██████████████████ ████

24 ████████ ████████ ██████████ ████

25 ██████ ████

Confidential Attorneys' Eyes Only

Page 205

1      Q    Okay.  And I assume that when you say "sold,"    16:47

2  as with the iPad, that means units actually delivered    16:47

3  as opposed to in transit or allocated; is that           16:47

4  correct?                                                  16:47

5      A    That's correct.                                 16:47

6      Q    Beyond these particular --                      16:47

7      A    Maybe one thing I should point out is --        16:47

8      Q    Sure.                                           16:47

9      A    -- we're talking about, you know, how many      16:47

10 built or actual saleable units.  If there were           16:47

11 products designated for another customer or region or    16:47

12 launch, they would have been excluded for availability   16:47

13 here for capacity.                                        16:47

14     Q    I'm not quite sure I follow.                    16:47

15     A    So what I'm saying is if -- I wouldn't be       16:47

16 showing you that I had the -- had the capacity to        16:47

17 deliver more units if some of those units were           16:48

18 designated for another customer or were in transit or    16:48

19 sitting in our retail stores.                            16:48

20     Q    Okay.                                           16:48

21     A    I wouldn't count that as being available        16:48

22 capacity to sell.  That would not be out of here.        16:48

23     Q    I see.                                          16:48

24     A    Or that would be out of here.                   16:48

25     Q    Okay.                                           16:48

Confidential Attorneys' Eyes Only

Page 206

| | | |
|---|---|---|
| 1 | A    Okay. | 16:48 |
| 2 | Q    Beyond these spreadsheets, the last one we | 16:48 |
| 3 | looked at, this one, does Apple have any other | 16:48 |
| 4 | information with respect to capacity? | 16:48 |
| 5 | MR. OLSON:  Objection; vague. | 16:48 |
| 6 | THE WITNESS:  Any other -- yeah.  You mean | 16:48 |
| 7 | any other information?  I don't know. | 16:48 |
| 8 | MR. ALDEN:  Q.  What information would it | 16:48 |
| 9 | had -- would it have that it shows -- that would show | 16:48 |
| 10 | its capacity to build additional iPads or iPhones in | 16:48 |
| 11 | 2010-2011? | 16:48 |
| 12 | A    I wouldn't even know where to start with all | 16:48 |
| 13 | the documents that might be available to do that.  I | 16:48 |
| 14 | don't know. | 16:48 |
| 15 | MR. ALDEN:  I'd like to mark a document Bates | 16:49 |
| 16 | numbered APLNDC-Y000055415 as Exhibit 17. | 16:49 |
| 17 | (Document marked Buckley Exhibit 17 | 16:49 |
| 18 | for identification.) | 16:49 |
| 19 | MR. ALDEN:  Sorry.  I only have one of these. | 16:49 |
| 20 | Q    Mr. Buckley, are you familiar with this | 16:50 |
| 21 | document? | 16:50 |
| 22 | A    I am. | 16:50 |
| 23 | Q    What is it? | 16:50 |
| 24 | A    It is showing you U.S. unit sales broken out | 16:50 |
| 25 | by various channels and resellers and carrier | 16:50 |

Confidential Attorneys' Eyes Only

Page 207

1    partners.                                              16:50

2        Q    Okay.  Unit sales of which product or        16:50

3    products?                                              16:50

4        A    That's pretty funny.  These are iPhones.      16:50

5    Sorry.  I don't have that written on here.            16:50

6        Q    When was this document created?              16:50

7        A    Within the last few days.                    16:50

8        Q    When was it given to counsel?                16:50

9        A    Probably within the last few days.  Last     16:50

10   couple of days, I would think.                        16:50

11       Q    Now, I notice that under "Apple Inc." at the  16:50

12   top of the document, it says "Samsung."               16:51

13       A    Yes.                                          16:51

14       Q    What does that indicate?                      16:51

15       A    I knew this was going to you guys, and I put  16:51

16   Samsung on there.                                      16:51

17       Q    So did you create this document?             16:51

18       A    I created the data, and then I just          16:51

19   highlighted that it was Samsung.                       16:51

20       Q    So you created this document for the purposes 16:51

21   of the Samsung litigations?                            16:51

22       A    I support not just -- I support all          16:51

23   litigation matters, and this was -- will be used more  16:51

24   than just Samsung case.                                16:51

25       Q    Okay.  But initially, you created it for use  16:51

Confidential Attorneys' Eyes Only

Page 208

1    in this case; is that correct?                        16:51

2        A    I created for several cases that were looking  16:51

3    for this information, Samsung being one of them.       16:51

4        Q    Which other cases?                            16:51

5        A    Motor -- Motorola -- Motorola, I believe.     16:51

6            MR. HEYISON:  Anthony, do you happen to have   16:52

7    another?                                               16:52

8            MR. ALDEN:  I'm sorry.  I don't.               16:52

9            MR. HEYISON:  Okay.                            16:52

10           THE WITNESS:  And just -- I'll make a note.    16:52

11           MR. ALDEN:  Yeah.                              16:52

12           THE WITNESS:  There may be some very small --  16:52

13   I don't -- I can't think of anything off the top of my 16:52

14   head, but I was told there's some very small ones,     16:52

15   small possible resellers that aren't on this list      16:52

16   because the units were less than 1,000 units or        16:52

17   something like that, so...                             16:52

18           MR. ALDEN:  Okay.                              16:52

19       Q    Were you told the purpose for creating this   16:52

20   document?                                              16:52

21       A    I'm sorry.  Did somebody tell me what the     16:52

22   purpose was?                                           16:52

23       Q    Yes.                                          16:52

24       A    I don't remember what they said.  I know I    16:52

25   needed to see the breakout for the different carrier   16:52

Confidential Attorneys' Eyes Only

Page 209

1    partners, but I don't recall.                          16:53

2         MR. ALDEN:  Mark as Exhibit 18 a document          16:53

3    Bates numbered APLNDC0001772330 through '1772340.       16:53

4         (Document marked Buckley Exhibit 18               16:53

5          for identification.)                              16:53

6         MR. ALDEN:  Q.  Mr. Buckley, are you familiar     16:53

7    with this document?                                     16:54

8    A    I'm familiar with this document.                   16:54

9    Q    Okay.  And what is it?                             16:54

10   A    These are the Rory -- royalty reports for          16:54

11   iPhone and iPad -- or a royalty report for iPhone and  16:54

12   iPad.                                                   16:54

13   Q    And when was this report created or these          16:54

14   reports created?                                        16:54

15   A    It would be probably the first calendar            16:54

16   quarter of 2011.                                        16:55

17   Q    And --                                             16:55

18   A    I'll make one note.  There's a mistake here        16:55

19   on -- if you look up just under "iPhone Royalty," it   16:55

20   says 2008 Q1 to 2010 Q1.  That should say 2011 Q1.     16:55

21   And I'm going to guess it's probably the same on the   16:55

22   iPad.  Same on the iPad report.                         16:55

23   Q    Okay.  Thank you for that clarification.           16:55

24        And you recall earlier in the day, when we         16:55

25   were young and more carefree, you were talking about   16:55

Confidential Attorneys' Eyes Only

Page 210

1    obtaining updated royalty information.                16:55

2          Is that -- is this one of the reports that      16:55

3    you wanted -- that you sought to update?              16:55

4      A   This is -- this is the report that I was        16:56

5    hoping to update.                                     16:56

6      Q   Okay.  But if I recall correctly, you have      16:56

7    not yet had the opportunity -- or sorry.  Strike that. 16:56

8          You have not yet received the updated report;   16:56

9    is that correct?                                      16:56

10     A   That is correct.                                16:56

11     Q   And do you know when you will be receiving      16:56

12   it?                                                   16:56

13     A   I can't commit to anything, but I would -- I    16:56

14   would expect it within the next day or so.            16:56

15     Q   If we look at page 1 and then page Bates        16:56

16   marked '1772334, as of the first quarter -- calendar  16:56

17   quarter of 2011, were these all the entities to whom   16:56

18   Apple paid royalties with respect to its iPhones?      16:56

19     A   I would expect that to be the case, based on    16:57

20   this report.                                          16:57

21     Q   And if we look at -- do you know whether        16:57

22   there are now additional entities to whom Apple pays   16:57

23   royalties since the first quarter of 2011?            16:57

24         MR. OLSON:  First quarter of which?             16:57

25         MR. ALDEN:  2011.                               16:57

Confidential Attorneys' Eyes Only

Page 211

1          THE WITNESS:  I don't know for 100 percent          16:57

2    certainty.                                                16:57

3          MR. ALDEN:  Q.  And if you look at the second       16:57

4    page, the -- appears to be various descriptions.  What    16:57

5    are they?                                                 16:57

6      A    They're just brief descriptions of what the        16:57

7    license is about.                                         16:57

8      Q    And who came up with those descriptions?           16:57

9      A    I -- I don't know.                                 16:57

10     Q    Do you know the particular team that would         16:57

11   have come up with these descriptions?                     16:57

12     A    I don't know for certain.                          16:57

13     Q    Can you take an educated guess?                    16:58

14     A    I would say it was likely somebody in the          16:58

15   legal department or the finance department or a           16:58

16   combination of those two teams working together.         16:58

17     Q    Now, do you know -- if we look at, I guess,        16:58

18   beginning on Bates page -- Bates No. 1772332, there       16:58

19   are amounts reported for each fiscal quarter; is that     16:58

20   correct?                                                  16:58

21     A    Yes.                                                16:58

22     Q    And do you know how those amounts were             16:58

23   allocated to the i -- to Apple's iPhone line of           16:58

24   business?                                                 16:58

25     A    I don't know how they were allocated to the        16:58