# Exhibit 23
# (Submitted Under Seal)

| | |
|---|---|
| **From:** | kmaccardle@mofo.com |
| **Sent:** | Thursday, March 08, 2012 6:07 PM |
| **To:** | SaraJenkins@quinnemanuel.com; alexbinder@quinnemanuel.com; marissaducca@quinnemanuel.com; melissachan@quinnemanuel.com; reneunger@quinnemanuel.com; sibrinakhan@quinnemanuel.com; toddbriggs@quinnemanuel.com; victoriamaroulis@quinnemanuel.com; JonTap@quinnemanuel.com; giseledarwish@quinnemanuel.com; Samsungv.Apple@quinnemanuel.com |
| **Cc:** | Mazza, Mia; Hung, Richard S. J.; AppleMoFo |
| **Subject:** | Apple v. Samsung - Production - APLNDC-Y0000148298 - APLNDC-Y0000231186 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Counsel,
Attached please find the following production: APLNDC-Y0000148298 - APLNDC-Y0000231186. The password will follow in a separate email.

Thanks,
Ken MacCardle

Kenneth LP MacCardle
Paralegal | Litigation
Morrison & Foerster LLP
425 Market St. San Francisco, CA 94105
Direct Dial: 415.268.6094
Fax: 415.268.7522

File(s) will be available for download until **07 April 2012**:

File: APLNDC-Y027_20120308.TC, 5,242,880.00 KB


You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com
Accellion File Transfer

1

# Remaining Pages Filed Under Seal