Exhibit 34

FILED UNDER SEAL

| | |
|---|---|
| **From:** | Carl Anderson <carlanderson@quinnemanuel.com> |
| **Sent:** | Friday, May 11, 2012 7:04 PM |
| **To:** | Pernick, Marc J.; Thomas Watson; Mazza, Mia |
| **Cc:** | AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service' |
| **Subject:** | Apple v. Samsung Wagner Expert Report |
| **Attachments:** | 2012-05-11 Supplemental Wagner Report.pdf |

Marc et al. –
Please see attached.
Very truly yours,
Carl

**Carl Anderson**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6328 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
carlanderson@quinnemanuel.com
www.quinnemanuel.com

This message may contain confidential information protected by a legal privilege. If you are not the intended recipient, please delete it and notify us by phone or e-mail that you have done so.

---

**From:** Pernick, Marc J. [mailto:MPernick@mofo.com]
**Sent:** Wednesday, May 09, 2012 11:37 AM
**To:** Thomas Watson; Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** Apple v. Samsung: Further Correspondence re Expert Deposition Scheduling

Hi Tom:

Please see the attached regarding deposition scheduling for Mr. Wagner and Mr. Musika.

Regards,
Marc Pernick

-------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to

http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**United States District Court**

**Northern District of California**

**San Jose Division**

**Case No. 11-cv-01846 LHK**

**APPLE INC.**

**v.**

**SAMSUNG ELECTRONICS CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

---

**Supplemental Expert Report of**

**Michael J. Wagner**

**May 11, 2012**

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

I.      INTRODUCTION ...................................................................................................... 1

II.     DISAGREEMENTS WITH MR. MUSIKA'S OPINIONS REGARDING SAMSUNG'S SALES AND PROFIT DATA.................................................................................... 1

        1.      Mr. Musika's Complaint About "Material Unexplained Variances" .......................................... 2

        2.      Mr. Musika's Complaint About the "Recently Disclosed Combined Accused Product Operating Profit"........................................................................................... 3

        3.      Mr. Musika's Complaint that Samsung's Data "Do Not Tie to Samsung's General Ledger".............................................................................................. 3

        4.      Mr. Musika's Complaint About the Variability of Samsung's Gross Profit .............................. 4

        5.      Mr. Musika's Comparisons of Cost Data in the Bill of Materials and Sales Data .................. 7

        6.      Mr. Musika's Analysis of Variable and Fixed Costs ............................................................... 10

        7.      Mr. Musika's Complaint About Development Cost Data.......................................................... 11

        8.      Mr. Musika's Conclusions Are Unsupported and Applied Inconsistently .............................. 11

III.    DOCUMENTS, DATA AND OTHER INFORMATION CONSIDERED ............................................. 13

IV.     POTENTIAL ADDITIONAL ANALYSES TO PERFORM ................................................................ 13

V.      QUALIFICATIONS ............................................................................................................................ 13

VI.     COMPENSATION ............................................................................................................................. 13

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

# I.      Introduction

1.      I have been retained on behalf of Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC (collectively "Samsung") to provide an opinion regarding damages resulting from Samsung's alleged infringement of Apple Inc.'s ("Apple")'s intellectual property in this lawsuit.

2.      I have previously submitted the following declarations and reports in this matter:

- "Declaration of Michael J. Wagner in Support of Samsung's Opposition to Apple's Motion for a Preliminary Injunction," August 21, 2012.
- "Expert Report of Michael J. Wagner," April 16, 2012 ("Original Report").
- "Corrected Expert Report of Michael J. Wagner" and "Corrected Tab 6 – Damages Model.xlsm," April 20, 2012, wherein I generally corrected typographical errors and source references in my Original Report.
- "Tab 2 - Damages Model Updated Based on SAMNDCA00402075" and "Tab 6 - Damages Model Updated Based on SAMNDCA00402074," May 7, 2012 ("Updated Tab 2" and "Updated Tab 6," respectively), wherein I updated my damages calculations based on Samsung's updated sales and profit data.

3.      The opinions expressed in these reports remain unchanged, and I incorporate them by reference herein.

4.      In this report, I address the opinions expressed in the Supplemental Expert Report of Terry L. Musika, CPA, dated May 8, 2012 ("Supplemental Musika Report").   In addition, I present a summary of my damages calculations in Updated Tab 6.

# II.     Disagreements with Mr. Musika's Opinions Regarding Samsung's Sales and Profit Data

5.      In his supplemental report, Mr. Musika updates his damages analysis based on SAMNDCA-D-0000012-AEO-native.xlsx ("Samsung's Worldwide Data")[1] and provides a range of new opinions criticizing Samsung's financial data.[2]   I discussed my criticisms of Mr. Musika's damages analysis in my Original Report, and it does not appear that Mr. Musika has addressed any of them in his supplemental report.   In addition, Mr. Musika chose to update his damages

---

[1]   Supplemental Musika Report, pp. 6-9.
[2]   Supplemental Musika Report, pp. 9-19.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

analysis using Samsung's Worldwide Data, instead of the more specific U.S. data.  I disagree with Mr. Musika's use of the worldwide data when more specific data are available.

6.      In addition to his updated damages analysis, Mr. Musika provides a range of criticisms that he terms "Problems and Deficiencies in Samsung's Financial Data," which he organizes into an introduction section and seven sub-sections.  I address each of these sections below.

### 1.      Mr. Musika's Complaint About "Material Unexplained Variances"

7.      Mr. Musika complains that there are three discrepancies when comparing Samsung's Worldwide Data to prior versions:[3]

> (1) █████████████████████████████████████ and a corresponding increase in Operating Profit which I understand to be related to a Samsung Chinese manufacturing facility for certain Accused Products; (2) the addition of detailed line items within Manufacturing Cost of Goods Sold; and (3) a shifting of costs between detailed line items within Manufacturing R&D.

8.      The first two of these are not "discrepancies" at all.  The first change provides more clarity on the profit from the Chinese manufacturing subsidiaries, moving it from the COGS line into a separate line in the data and NOT including it in the Manufacturing section.  I understand that Apple requested this change.  The second "discrepancy" is the addition of more detail for COGS.  Both of these "discrepancies" provide Apple more insight into Samsung's financials (as requested by Apple), so it seems inappropriate that Apple or its expert is now complaining that Samsung provided more detail.

9.      As for the third item, the change that Mr. Musika complains about relates to expenses within the R&D expense category for two accused products.  The total R&D expense and profitability of the products did not change (other than to reflect the Chinese manufacturing profits, as discussed above).  Given the approximately ████████████ expense reported by Samsung in Samsung's Worldwide Data (in the "Total" tab), it is not clear to me how a shift of approximately ██████████████████ category to another could result in the data being unreliable.  I note that Mr. Musika never uses the R&D expense in his calculation, given his opinion that R&D expenses are not appropriate to consider as deductible expenses.[4]

---

[3]   Supplemental Musika Report, pp. 12-13.
[4]   Supplemental Musika Report, p. 18.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

### 2. Mr. Musika's Complaint About the "Recently Disclosed Combined Accused Product Operating Profit"

10.     Mr. Musika compares the profit calculations in my Original Report to a "Combined Profit" calculation included in one of the spreadsheets produced, SAMNDCA-D—00000001-AEO-native.xls, arguing that the difference between the two numbers indicates a deficiency in Samsung's data.[5]  With respect to this comparison that Mr. Musika performs, Mr. Musika is comparing apples and oranges.   In my Original Report, I calculate Samsung's combined profit for U.S. sales.   In contrast, the figure to which Mr. Musika compares my calculation is the "Combined Profit" for SEC, STA, and SEA on all sales, i.e., including worldwide sales.[6]  It would be expected that the profit on worldwide sales is significantly higher than the profit for U.S. sales, and it is.

11.     Mr. Musika also calls out a specific product, the Galaxy S II (T-Mobile) product, named "Hercules," and performs the same comparison.[7]   Again, Mr. Musika's comparison is comparing my U.S. profit calculation to the worldwide profit calculation presented in the data – the Hercules is sold by SECA (in addition to STA),[8] which I understand is Samsung's Canadian sales entity.   I do not include the SECA sales in my calculation, but Mr. Musika's comparison point does.

12.     These comparisons indicate nothing about the reliability of Samsung's data. Instead, it confirms the intuition that worldwide profits would be expected to be higher than profits for the United States alone.

### 3. Mr. Musika's Complaint that Samsung's Data "Do Not Tie to Samsung's General Ledger"

13.     Mr. Musika complains that Samsung has not provided sufficient proof for him to conclude that its data ties to audited financial statements.[9]   This section is an unsupported

---

5   Supplemental Musika Report, p. 13.
6   To confirm that the number that Mr. Musika is comparing my calculation to is a worldwide figure, I compared the profit in the "Control" tab of SAMNDCA-D—00000001-AEO-native.xls, ███████ ██████████ to the operating profit for 2010 and 2011 in the Manufacturing section of the "Total" tab in the same file ██████████████████████████████████   The Manufacturing section includes the sales (and profits) for worldwide sales, which can be easily seen by comparing the Manufacturing section units to the STA / SEA units in the "Total" tab (Manufacturing has many more units).
7   Supplemental Musika Report, p. 13.
8   SAMNDCA-D—00000001-AEO-native.xls, tab "Hercules."
9   Supplemental Musika Report, pp. 14-15.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

assertion by Mr. Musika about whether Samsung's data ties to its financial statements.   Mr. Musika notes Samsung's witnesses' testimony about the data, but apparently he does not believe that is enough.   In a subsequent section of his supplemental report, Mr. Musika discusses another file produced by Samsung (SAMNDCA-D-00000012-AEO-native.xlsx) and notes that this file serves as a "foundation for the amounts recorded" in Samsung's Worldwide Data upon which Mr. Musika relies on.

14.     Based on my staff's discussion with Beomjoon Kim, a Manager in SEC's Mobile Business Unit's Finance Team,[10] the financial data in SAMNDCA-D-00000012 is an extract from Samsung's system of record, SAP, and includes numerous additional data fields beyond the summary files that Mr. Musika and I rely upon in our damages analyses.   Mr. Musika recognized that this file "is a foundation" for the data he relied upon, and he had available a translation of the header names of the data fields.   He even used these header names in his analysis of variable vs. fixed expense.[11]

15.     Even with Samsung's extensive data production, Mr. Musika still appears to find fault with Samsung's data, even though he does not articulate exactly how he could be convinced.   Based on my experience, Samsung has undertaken an extensive financial data production that goes beyond normal data production requirements.   The data produced by Samsung is typical of the data that I normally have relied upon in my work as a damages expert for over 35 years in hundreds of cases.

### 4.   Mr. Musika's Complaint About the Variability of Samsung's Gross Profit

16.     Mr. Musika complains about the variability of Samsung's gross profit margin, arguing that "material unexplained variances" call into question the COGS reported in the Samsung's data.[12]   As an initial matter, Apple asked Samsung witnesses at depositions about issues that Apple identified in Samsung's data such as those identified by Mr. Musika, and Samsung financial witnesses explained numerous reasons why these types of fluctuations occur.[13]   Samsung's witnesses explained that accounting adjustments are made through a product's sales cycle, often irrespective of the level of sales or production in a month.   Mr. Musika seemingly ignores these explanations.   Financial adjustments such as these can have a

---

[10]   Conversation with Beomjoon Kim, May 10, 2012.
[11]   Supplemental Musika Report, p. 18, Exhibit 50-S.
[12]   Supplemental Musika Report, pp. 15-16.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

significant effect on profitability percentages in a given time period, especially in months of limited sales or manufacturing, but when put into context of the overall production and sale of a product, the fluctuations are not significant.

17.     Turning to Mr. Musika's analysis, he presents a limited set of products and comments on what he views to be a high variance.  However, his analysis presents the danger of looking at high level statistics (such as profit percentages) on granular (monthly) data.  When such analyses are performed, additional analysis needs to occur before conclusions similar to Mr. Musika's conclusions can be reached.

18.     For example, Mr. Musika graphs the Samsung Continuum in his Exhibit 51-S, and the Continuum has extreme values in the January 2011 to March 2011 period.  However, as seen in Figure 2 below, Samsung had very limited manufacturing quantity during this period, so revenue and cost adjustments would have had a dramatic effect on a reported month's profit percentage.  In January, Mr. Musika calculates a large negative margin based on limited production; he reports a zero margin in February because there is neither revenue nor quantity sold; and he reports a 100 percent margin in March because there is a revenue figure but no sales quantity (and therefore no COGS).[14]  This level of granular analysis is an inappropriate basis for Mr. Musika to be drawing the conclusions that he reaches in his analysis.

19.     Based on my staff's discussion with Beomjoon Kim,[15] an additional reason for the variability of Samsung's gross margin from month-to-month is that a given accused product model includes several different SKUs that may have different costs, and the SKUs are sold to different sales entities / countries at varying prices.  Therefore, the gross margin of a product may vary from month-to-month based on sales patterns, even if the profitability of a specific product remains the same.

---

[13]   Deposition of Jaehwang Sim, March 10, 2012, pp. 38, 146-147. [4.5]  *See also* Deposition of Timothy Sheppard, February 29, 2012, pp. 73-92. [10.13]
[14]   Supplemental Musika Report, Exhibit 51-S.  *See also* Updated Tab 6, Schedule 21.3.
[15]   Conversation with Beomjoon Kim, May 10, 2012.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order



22.     Given that Mr. Musika consistently refers to his "experience" and "expertise in accounting" in his discussion of Samsung's data, I find it surprising that Mr. Musika does not understand this phenomenon, which is present in almost any company that manufactures multiple products.

---

[16] Updated Tab 6, Schedule 14.2.
[17] Supplemental Schedule 14.2.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

### 5.   Mr. Musika's Comparisons of Cost Data in the Bill of Materials and Sales Data

23.     Mr. Musika states that he has compared the material costs reported in the Bill of Materials ("BoM") data in SAMNDCA-D00000014 AEO.xlsx to that in Samsung's Worldwide Data, and he "determined that they do not agree."[18]   As an initial note, there is no reason to expect that cost reflected in Samsung's Bill of Materials would be an exact match for the material cost reflected in Samsung's accounting system.   Based on my staff's discussion with Beomjoon Kim,[19] the BoM data reflects the average purchase price in a given month of the components of a smartphone.   In contrast, the material cost in Samsung's accounting system reflects the inventory value of components used in production, which could date back several months prior to the month of production.   In addition, the material cost in the financial data includes "scrap" (or "loss") that is not present in the BoM data.   Finally, as recognized by Mr. Musika, fluctuations in the currency conversion rates can have an effect on the comparison that Mr. Musika performs.[20]

24.     Putting aside the fact that the BoM cost and the material cost in Samsung's sales data should not be expected to match, Mr. Musika's methodology includes numerous methodological deficiencies that result in an inappropriate comparison.   For example, based on my staff's discussion with Beomjoon Kim,[21] the BoM data includes only models sold in the United States, whereas Samsung's Worldwide Data includes products sold worldwide.   A simple comparison by Mr. Musika of the SKUs included in the files underlying his analysis would have revealed a dramatic difference.   For the Galaxy S II (AT&T), the BoM data includes just three models, compared to 540 models in the file SAMNDCA-D-0000012-AEO-native.xlsx that is the basis of Samsung's Worldwide Data.[22]   For the Nexus S, the BoM data includes four models, compared to 116 models in the file SAMNDCA-D-0000012-AEO-native.xlsx.[23]   Mr. Musika is again comparing apples-to-oranges.

25.     In addition to comparing different products, Mr. Musika compares apples and oranges by using a simple average where a weighted average would be necessary to make a fair comparison.   First, in the BoM data, the data presented is per unit and is not weighted by the sales level in a given month.   Therefore, Mr. Musika performs a simple average of the

---

[18]  Supplemental Musika Report, pp. 16-17.
[19]  Conversation with Beomjoon Kim, May 10, 2012.
[20]  Supplemental Musika Report, p. 16.
[21]  Conversation with Beomjoon Kim, May 10, 2012.
[22]  Supplemental Schedule 23.1.
[23]  Supplemental Schedule 23.2.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

average cost, and then compares this simple average to the average of the aggregated data included in Samsung's Worldwide Data.[24]  Given that Samsung's Worldwide Data is aggregated across all models, the average that is derived from this calculation is a weighted average of material cost (weighted by unit sales of a model).  Therefore, Mr. Musika is comparing a weighted average (by sales) to a simple average, which is inappropriate.

26.     A second place that Mr. Musika uses a simple average is in the calculation of the average material cost across months.[25]  This calculation has an even more significant effect due to the phenomenon of deviations of average costs in low quantity months, as discussed in the previous section.  As an example of the incorrect conclusions that can be drawn from applying Mr. Musika's inappropriate analysis, I summarize the calculations that he performs for Samsung's Continuum product:

---

[24]  Supplemental Musika Report, Exhibit 52.1-S.
[25]  Supplemental Musika Report, Exhibit 52.1-S.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 2:   Samsung's Material Cost Per Unit for the Continuum Smartphone**[26]



27.      The data demonstrate the fallacy of Mr. Musika's comparison using the simple average.  As can be seen, the result is artificially driven by the material cost per unit value in January 2011, a month in which Samsung ramped down production to zero and produced a small number of units.  This limited production month drives Mr. Musika's simple average of ████████████████████ than it otherwise would have been.  If a more accurate comparison had been performed, such as by using the weighted average ██████ the data is seen to be comparable to Musika's reported average cost in the Bill of Materials of █████

---

[26]  Supplemental Musika Report, Exhibit 52.1-S. *See also* Updated Tab 2, Schedule 21.3.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

28.     Mr. Musika's analysis once again compares apples and oranges (a simple average to a weighted average), and his results are misleading.

### 6.   Mr. Musika's Analysis of Variable and Fixed Costs

29.     Mr. Musika presents an analysis of variable and fixed costs based on the SAMNDCA-D-0000012-AEO-native.xlsx file.  He largely bases his determination of Fixed versus Variable on whether the name in the Samsung data includes "Fixed" or "Variable" at the end.[27]  I have two disagreements with Mr. Musika's analysis.

30.     On his analysis of incremental expenses, my disagreement is with Mr. Musika's assessment of fixed versus variable in the context of the scope of the products at issue.  It is important to note that for a large enough quantity, or a long enough time period, every company cost is variable.  If Mr. Musika was assessing the incremental cost of one additional smartphone, then I would not have any major disagreements with his analysis.  However, Mr. Musika is calculating the incremental profit for the large majority of Samsung's smartphone sales.  This is a very different analysis, and apparently Mr. Musika does not appreciate the difference.

31.     It is simply unrealistic to assume that the costs that Mr. Musika treats as fixed are fixed for the scope of sales that Mr. Musika is analyzing.  Even if the correct measure of profitability is incremental profitability, for the scope of sales that are at issue in the infringer's profit calculation, a substantial portion (if not all) of the operating costs would be variable.  As an example, Mr. Musika treats all "Direct Commercial Sales – Marketing" expenses as fixed.  While this may be appropriate when considering a few additional units, it is certainly not an appropriate assumption when analyzing an entire product line, such as the Galaxy S II.

32.     More generally, I disagree with Mr. Musika that incremental profitability is the correct measure of damages for infringer's profits.  I understand that the correct measure of deductible expenses is expenses that are related to the manufacture or sale of the accused products.  As I discussed in my Original Report and Corrected Report, I have verified that all the operating expenses are deductible expenses, other than the adjustment that I make to exclude litigation expenses related to the sale of the Accused Products.[28]

---

[27]  Supplemental Musika Report, pp. 17-18, Exhibit 50-S.
[28]  Corrected Report, pp. 133 – 140.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

33.     I note that Mr. Musika discusses R&D expense and G&A Expense ("General Maintenance") as having "no direct relationship" to the Accused Products, and he argues that Samsung did not disclose how these elements are allocated.[29]  I disagree.  These types of costs are clearly necessary for the sale and manufacture of the Accused Products.  Further, as I summarized in my earlier reports, Samsung witnesses have explained at length its allocation processes, which are similar to Apple's allocation processes.[30]  Mr. Musika has no reasonable basis to reach the conclusion that he does.

### 7.   Mr. Musika's Complaint About Development Cost Data

34.     Mr. Musika's last sub-section includes a general complaint about the development cost data produced by Samsung.  Mr. Musika acknowledges that Samsung produced development data allocated to the Accused Products.  This data is a reliable source to use in the calculation of deductible expenses for an infringer's profit calculation.  Based on Mark Buckley's description of Apple's financials, it appears that Apple records its R&D expense in an allocated manner similar to Samsung's.[31]

### 8.   Mr. Musika's Conclusions Are Unsupported and Applied Inconsistently

35.     In his introductory section to his discussion of Samsung's data, Mr. Musika includes a range of conclusions about Samsung's data production:[32]

> Based on my experience and training as an accountant and an expert in the calculation of damages and after carefully reviewing the financial information produced by Samsung in this litigation, I conclude that errors, variances and omissions in the financial data that Samsung has provided, as well as the number of times the data had to be reproduced, and the changes that occurred as it was reproduced undermine the credibility of certain of the information contained in Samsung's documents and disclosures. […]
>
> Based on the analysis below and all the information that I have received in the case, I conclude that Samsung's various spreadsheets related to the Accused Products do not meet the relevant standards applied by financial accountants and are not an appropriate basis from which to reduce Samsung's operating profitability for purposes of calculating the forms of damages discussed above. […]

---

[29]  Supplemental Musika Report, pp. 17-18.
[30]  Corrected Report, pp. 135-137.
[31]  Deposition of Mark Buckley, February 23, 2012, pp. 104-107. [5.2]
[32]  Supplemental Musika Report, pp. 9-11.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

> In light of the deficiencies in Samsung's remaining data as discussed below, it would be appropriate for the jury to award damages based on [Samsung's revenue] due to Samsung's failure to carry its burden of proof and the fact that Samsung is in possession of the information necessary to produce more reliable information. […]

> Based on my experience and expertise, the errors, variances, and problems with the information Samsung has provided make [Samsung's COGS data] inappropriate as a basis to reduce Samsung's profits relating to the Accused Products in this case.

36.     It is unclear what test Mr. Musika is applying.  He references his "experience and training as an accountant and an expert in the calculation of damages," "relevant standards applied by financial accountants," and the analyses that Mr. Musika performs.  It is not clear how Samsung could satisfy Mr. Musika's test, and Mr. Musika's opinion essentially boils down to an *ipse dixit* opinion that Samsung's data is not reliable.  As I discuss above, Mr. Musika's analytics on the data are themselves unreliable comparisons, essentially comparing apples and oranges, leading Mr. Musika to make inappropriate conclusions.

37.     I note that Mr. Musika has apparently not subjected Apple's data to the same test that he has applied to Samsung.  For example, Apple's latest sales data production includes an unexplained $35 million discrepancy in Apple's iPhone revenue for its fiscal Q1 2012.  Data provided by Apple prior to the issuance of my Original Report show that Apple earned $9,358M in revenue from U.S. sales of its iPhone line of smartphones in fiscal Q1 2012.[33]  However, Apple's more recently produced data show $9,393M in U.S. iPhone revenue during that same period, a $35M increase.[34]

38.     Further, Apple also produced reports with data reflecting the Bill of Materials of different Apple products relevant to Mr. Musika's analysis.[35]  But I am not aware of Mr. Musika performing any similar comparisons with this data to test the reliability of Apple's sales and cost data.  Finally, Mr. Musika simply relies on a capacity analysis, which was prepared for litigation and provided to him by Apple, indicating Apple had additional capacity.  Yet, Mr. Musika does not question this data, even in the face of overwhelming evidence that Apple was significantly constrained in its manufacturing for months following the release of the iPhone 4 and iPad 2.[36]

---

[33]  iPhone Units / Revenue Report, APLNDC-Y0000051357-362 at '357.

[34]  FY12 iPhone Summary, APLNDC0003149809-814 at '809.

[35]  For example, iPad: APLNDC-Y0000050027 – 243; *see also* iPhone: APLNDC-Y0000050959 - 1027.

[36]  Original Report, pp. 77-86.  *See also* Musika Supplemental Report, Exhibit 17.2-S.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

39.     Ultimately, Mr. Musika's claims regarding the reliability of Samsung's data are unsubstantiated and based on inappropriate comparisons.  It does not appear that Mr. Musika has placed any level of scrutiny on data provided by Apple that show many of the same characteristics as he complains about in the Samsung data, yet he notices minor variations in Samsung's data and provides sweeping conclusions about the reliability of Samsung's data.

## III.     Documents, Data and Other Information Considered

40.     In addition to the documents and conversations that I detailed in my Original Report, I reviewed Samsung's additional financial production, the Supplemental Musika Report, and Apple's additional financial production.  My staff also had a discussion with Beomjoon Kim, Manager, Administration Team, Mobile Communications at SEC.

## IV.     Potential Additional Analyses to Perform

41.     My opinions are based on the information received as of the date of my report.  I plan on updating my damages analysis with the most current sales data produced as of the date of my testimony.  I understand that discovery is continuing and I may consider other data produced through discovery to determine whether such other data impact my opinions.  I will consider any criticisms of my opinions or bases for my opinions brought to my attention at my deposition or offered by experts retained by Apple.  Any of this additional information or work may cause me to change my opinions.

## V.     Qualifications

42.     I previously provided in my Original Report my curriculum vitae which details my qualifications, including a listing of all my publications and testimony.

## VI.     Compensation

43.     My current billing rate is $795 per hour.

Michael J. Wagner

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Apple iPhone and iPad US Sales Data**
**Apple's US Sales of iPhone Products**

Supplemental Schedule 14.1

| Apple Fiscal Quarter<br>Calendar Quarter<br>[b] values in units | Q3 2007<br>Q2 2007 | Q4 2007<br>Q3 2007 | Q1 2008<br>Q4 2007 | Q2 2008<br>Q1 2008 | Q3 2008<br>Q2 2008 | Q4 2008<br>Q3 2008 | Q1 2009<br>Q4 2008 | Q2 2009<br>Q1 2009 | Q3 2009<br>Q2 2009 | Q4 2009<br>Q3 2009 | Q1 2010<br>Q4 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **M68** | | | | | | | | | | | |
| *M68 4GB* | | | | | | | | | | | |
| *M68 8GB* | | | | | | | | | | | |
| *M68 16GB* | | | | | | | | | | | |
| **N82** | | | | | | | | | | | |
| *N82 8GB* | | | | | | | | | | | |
| *N82 16GB* | | | | | | | | | | | |
| **N88** | | | | | | | | | | | |
| *N88 16GB* | | | | | | | | | | | |
| *N88 32GB* | | | | | | | | | | | |
| **N88A** | | | | | | | | | | | |
| *N88A 8GB* | | | | | | | | | | | |
| **N90** | | | | | | | | | | | |
| *N90 16GB* | | | | | | | | | | | |
| *N90 32GB* | | | | | | | | | | | |
| **N90A** | | | | | | | | | | | |
| *N90A 8GB* | | | | | | | | | | | |
| **N92** | | | | | | | | | | | |
| *N92 16GB* | | | | | | | | | | | |
| *N92 32GB* | | | | | | | | | | | |
| **N92A** | | | | | | | | | | | |
| *N92A 8GB* | | | | | | | | | | | |
| **N94** | | | | | | | | | | | |
| *N94 16GB* | | | | | | | | | | | |
| *N94 32GB* | | | | | | | | | | | |
| *N94 64GB* | | | | | | | | | | | |
| **Refurb** | | | | | | | | | | | |
| **Total** | 270,300 | 1,119,100 | 1,832,700 | 1,629,900 | 692,200 | 2,660,300 | 2,041,000 | 1,678,000 | 2,532,300 | 3,475,100 | 2,500,900 |
| Handset Billings (Excl Carrier Sub/Com) | | | | | | | | | | | |
| Retail/Online Carrier Subsidy | | | | | | | | | | | |
| Other Adjustments | | | | | | | | | | | |
| [c]  Total Handset Billings | $142,900,000 | $506,000,000 | $728,700,000 | $671,100,000 | $310,500,000 | $1,645,000,000 | $1,222,400,000 | $1,003,700,000 | $1,390,100,000 | $1,996,100,000 | $1,384,800,000 |
| ASP | $529 | $452 | $398 | $412 | $449 | $618 | $599 | $598 | $549 | $574 | $554 |
| ASC | | | | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co**
**Apple iPhone and iPad US Sales Data**
**Apple's US Sales of iPhone Products**

**Supplemental Schedule 14.1**



| Apple Fiscal Quarter / Calendar Quarter | Q2 2010 Q1 2010 | Q3 2010 Q2 2010 | Q4 2010 Q3 2010 | Q1 2011 Q4 2010 | Q2 2011 Q1 2011 | Q3 2011 Q2 2011 | Q4 2011 Q3 2011 | Q1 2012 Q4 2011 | Q2 2012 Q1 2012 |
|---|---|---|---|---|---|---|---|---|---|
| [b] values in units | | | | | | | | [d] | [d] |
| **M68** | | | | | | | | | |
| M68 4GB | | | | | | | | | |
| M68 8GB | | | | | | | | | |
| M68 16GB | | | | | | | | | |
| **N82** | | | | | | | | | |
| N82 8GB | | | | | | | | | |
| N82 16GB | | | | | | | | | |
| **N88** | | | | | | | | | |
| N88 16GB | | | | | | | | | |
| N88 32GB | | | | | | | | | |
| **N88A** | | | | | | | | | |
| N88A 8GB | | | | | | | | | |
| **N90** | | | | | | | | | |
| N90 16GB | | | | | | | | | |
| N90 32GB | | | | | | | | | |
| **N90A** | | | | | | | | | |
| N90A 8GB | | | | | | | | | |
| **N92** | | | | | | | | | |
| N92 16GB | | | | | | | | | |
| N92 32GB | | | | | | | | | |
| **N92A** | | | | | | | | | |
| N92A 8GB | | | | | | | | | |
| **N94** | | | | | | | | | |
| N94 16GB | | | | | | | | | |
| N94 32GB | | | | | | | | | |
| N94 64GB | | | | | | | | | |
| **Refurb** | | | | | | | | | |
| **Total** | 2,666,300 | 2,778,200 | 4,912,200 | 3,766,600 | 6,809,700 | 5,670,400 | 4,819,600 | 15,074,000 | 10,687,000 |
| Handset Billings (Excl Carrier Sub/Com) | | | | | | | | | |
| Retail/Online Carrier Subsidy | | | | | | | | | |
| Other Adjustments | | | | | | | | | |
| [c] Total Handset Billings | $1,444,300,000 | $1,561,700,000 | $2,840,700,000 | $2,102,400,000 | $4,255,600,000 | $3,438,300,000 | $2,850,500,000 | $9,393,000,000 | $6,678,000,000 |
| ASP | $542 | $562 | $578 | $558 | $625 | $606 | $591 | $623 | $625 |
| ASC | | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Apple iPhone and iPad US Sales Data**
**Apple's US Sales of iPhone Products**

Supplemental Schedule 14.1

*Notes:*

[a]   App e's fiscal years end on the last Saturday in September. Thus  Apple's quarters are shifted
       such that the fiscal Q4 2007 corresponds  roughly  with calendar Q3 2007. See Apple Inc. Form 10 K
       September 29  2007  p. 1. [15.5]

[b]   According to Mark Buckley  the model numbers below represent the corresponding iPhone
       products. These models were sold by at least the corresponding carriers listed.
       See Deposition of Mark Buckley  February 23  2012  pp. 170-174. [5.2]

| Model # | Product | Carrier |
|---------|---------|---------|
| M68 | Or ginal iPhone | AT&T |
| N82 | iPhone 3G | AT&T |
| N88 | iPhone 3GS | AT&T |
| N88A | iPhone 3GS | AT&T |
| N90 | iPhone 4 | AT&T |
| N90A | iPhone 4 | AT&T |
| N92 | iPhone 4 | Verizon |
| N92A* | iPhone 4 | Verizon  Sprint  C Spire |
| N94 | iPhone 4S | AT&T  Verizon  Sprint  C Spire |
| Refurb | Refurbished units | |

       *Mr. Buckley could not recall whether Sprint sold the N90A or N92A. However  a document
        showing iPhone unit sales by carrier indicates that Spr nt so d the N92A. That same document
        ndicates that C Spire also sold the N92A. See Apple Inc. iPhone Units by Channel/Carrier/Reseller
        APLNDC-WH-A0000024846-851. [15.4]

[c]   The source document (APLNDC0003149809-814 at 810) notes that the difference between the Billing Amt & Revenue Amount
       is deemed immaterial. Due to system limitations  Revenue Amount is used to calculate ASP beginning in Q4FY11.

[d]   Certain iPhone models listed in fiscal years prior to 2012 seem to be subsumed by other models  n 2012.
       However  using the data for Q1 FY 2012 in both APLNDC-Y0000051357-362 and the source document  I
       have determined the correspond ng fiscal year 2012 model numbers as follows

| APLNDC-Y0000051357-362. [15.1] | | APLNDC0003149809-814 | |
|---------|---------|---------|---------|
| N88A | 8GB | N88/N88A | 8GB |
| N90A | 8GB | N90 | 8GB |
| N92A | 8GB | N92 | 8GB |

*Source:*

       APLNDC0003149809-814.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**          **Supplemental Schedule 14.2**
**Apple iPhone and iPad US Sales Data**
**Apple's US Sales of iPad Products**



| Apple Fiscal Quarter | Q3 2010 | Q4 2010 | Q1 2011 | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 | Q2 2012 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| *Calendar Quarter* | *Q2 2010* | *Q3 2010* | *Q4 2010* | *Q1 2011* | *Q2 2011* | *Q3 2011* | *Q4 2011* | *Q1 2012* |
| Units | | | | | | | | |
| IPAD K48 MAR10 | | | | | | | | |
| IPAD K48M MAR10 | | | | | | | | |
| IPAD K93 MAR11 | | | | | | | | |
| IPAD K94 MAR11 | | | | | | | | |
| IPAD K95 MAR11 | | | | | | | | |
| IPAD J1 MAR12 | | | | | | | | |
| IPAD J2 MAR12 | | | | | | | | |
| IPAD J2A MAR12 | | | | | | | | |
| RFB IPAD | | | | | | | | |
| ADJ IPAD | | | | | | | | |
| **Total iPad** | 2,293,735 | 1,968,908 | 3,597,348 | 1,913,834 | 4,293,229 | 3,795,366 | 5,966,841 | 4,460,385 |
| | | | | | | | | |
| Revenue | | | | | | | | |
| IPAD K48 MAR10 | | | | | | | | |
| IPAD K48M MAR10 | | | | | | | | |
| IPAD K93 MAR11 | | | | | | | | |
| IPAD K94 MAR11 | | | | | | | | |
| IPAD K95 MAR11 | | | | | | | | |
| IPAD J1 MAR12 | | | | | | | | |
| IPAD J2 MAR12 | | | | | | | | |
| IPAD J2A MAR12 | | | | | | | | |
| RFB IPAD | | | | | | | | |
| ADJ IPAD | | | | | | | | |
| **Total iPad** | $1,397,852,237 | $1,223,480,152 | $2,064,581,428 | $1,067,404,775 | $2,582,629,922 | $2,172,069,577 | $3,240,194,895 | $2,386,598,692 |
| | | | | | | | | |
| Std Cost | | | | | | | | |
| IPAD K48 MAR10 | | | | | | | | |
| IPAD K48M MAR10 | | | | | | | | |
| IPAD K93 MAR11 | | | | | | | | |
| IPAD K94 MAR11 | | | | | | | | |
| IPAD K95 MAR11 | | | | | | | | |
| IPAD J1 MAR12 | | | | | | | | |
| IPAD J2 MAR12 | | | | | | | | |
| IPAD J2A MAR12 | | | | | | | | |
| RFB IPAD | | | | | | | | |
| ADJ IPAD | | | | | | | | |
| **Total iPad** | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                 **Supplemental Schedule 14.2**
**Apple iPhone and iPad US Sales Data**
**Apple's US Sales of iPad Products**

| | Q3 2010 | Q4 2010 | Q1 2011 | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 | Q2 2012 |
|---|---|---|---|---|---|---|---|---|
| Apple Fiscal Quarter | Q2 2010 | Q3 2010 | Q4 2010 | Q1 2011 | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
| Calendar Quarter | | | | | | | | |



Average Revenue per Unit
IPAD K48 MAR10
IPAD K48M MAR10
IPAD K93 MAR11
IPAD K94 MAR11
IPAD K95 MAR11
IPAD J1 MAR12
IPAD J2 MAR12
IPAD J2A MAR12
RFB IPAD
ADJ IPAD

| **Total iPad** | $609 | $621 | $574 | $558 | $602 | $572 | $543 | $535 |
|---|---|---|---|---|---|---|---|---|

Average Std Cost per Unit
IPAD K48 MAR10
IPAD K48M MAR10
IPAD K93 MAR11
IPAD K94 MAR11
IPAD K95 MAR11
IPAD J1 MAR12
IPAD J2 MAR12
IPAD J2A MAR12
RFB IPAD
ADJ IPAD
**Total iPad**

Average Std Margin (Rev per Unit Minus Std Cost per Unit)
IPAD K48 MAR10
IPAD K48M MAR10
IPAD K93 MAR11
IPAD K94 MAR11
IPAD K95 MAR11
IPAD J1 MAR12
IPAD J2 MAR12
IPAD J2A MAR12
RFB IPAD
ADJ IPAD
**Total iPad**

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                          **Supplemental Schedule 14.2**
**Apple iPhone and iPad US Sales Data**
**Apple's US Sales of iPad Products**

| | Q3 2010 | Q4 2010 | Q1 2011 | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 | Q2 2012 |
|---|---|---|---|---|---|---|---|---|
| Apple Fiscal Quarter | Q2 2010 | Q3 2010 | Q4 2010 | Q1 2011 | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
| Calendar Quarter | | | | | | | | |
| Average Std Margin Percent | | | | | | | | |
| IPAD K48 MAR10 | | | | | | | | |
| IPAD K48M MAR10 | | | | | | | | |
| IPAD K93 MAR11 | | | | | | | | |
| IPAD K94 MAR11 | | | | | | | | |
| IPAD K95 MAR11 | | | | | | | | |
| IPAD J1 MAR12 | | | | | | | | |
| IPAD J2 MAR12 | | | | | | | | |
| IPAD J2A MAR12 | | | | | | | | |
| RFB IPAD | | | | | | | | |
| ADJ IPAD | | | | | | | | |
| **Total iPad** | | | | | | | | |

*Note:*

*Apple s fiscal years end on the last Saturday in September. Thus, Apple s quarters are shifted*

*such that the fiscal Q4 2007 corresponds, roughly, with calendar Q3 2007. See Apple Inc. Form 10 K,*

*September 29, 2007, p. 1. [15.5]*

*Source:*

*APLNDC0003149765-778.*

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Samsung's Profit and Loss Statements**
**Model Comparison Between SAMNDCA-D-00000012, SAMNDCA-D-00000014 and Musika Exhibit 52.1-S for Galaxy S II (AT&T)**

Supplemental Schedule 23.1

| Models Listed in File '014 (Samsung BoM) [a] [1] | Models Listed in Musika Exhibit 52.1-S [2] | Models Listed in File '012 (Worldwide Manufacturing Sales Data) [b] [3] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **# of Models** | | | | | | | | | | |
| 3 | 2 | 540 | | | | | | | | |
| SGH-I777ZKAATT | SGH-I777ZKAATT | GT2I9100LKAATO | GT-I9100LKACYO | GT-I9100LKAORO | GT-I9100LKAXEF | GT-I9100LKLCDR | GT-I9100LKUCHN | GT-I9100RWAEUR | GT-I9100RWATOP | GT-I9100RWJXFV |
| SEG-I777ZKAATT | SGH-I777ZKZATT | GT2I9100LKACOA | GT-I9100LKADAM | GT-I9100LKAORS | GT-I9100LKAXEH | GT-I9100LKLCHE | GT-I9100LKZCHN | GT-I9100RWAFOP | GT-I9100RWATPH | GT-I9100RWJXSA |
| SGH-I777ZKZATT | | GT2I9100LKADRE | GT-I9100LKADBT | GT-I9100LKAPAK | GT-I9100LKAXEN | GT-I9100LKLCHL | GT-I9100IAATO | GT-I9100RWAGBL | GT-I9100RWATRA | GT-I9100RWLALE |
| | | GT2I9100LKADRE | GT-I9100LKADRE | GT-I9100LKAPAN | GT-I9100LKAXEO | GT-I9100LKLCHO | GT-I9100IAAUT | GT-I9100RWAH3G | GT-I9100RWATSR | GT-I9100RWLANC |
| | | GT2I9100LKAERA | GT-I9100LKADRE | GT-I9100LKAPLS | GT-I9100LKAXEU | GT-I9100LKLCHT | GT-I9100IABRI | GT-I9100RWAHTO | GT-I9100RWATUR | GT-I9100RWLCDR |
| | | GT2I9100LKAGBL | GT-I9100LKADTM | GT-I9100LKAPRO | GT-I9100LKAXEZ | GT-I9100LKLCHV | GT-I9100IACOA | GT-I9100RWAHTS | GT-I9100RWATWM | GT-I9100RWLCHE |
| | | GT2I9100LKAMAX | GT-I9100LKAECT | GT-I9100LKAPRT | GT-I9100LKAXFE | GT-I9100LKLCOB | GT-I9100IADNF | GT-I9100RWAHUI | GT-I9100RWATWO | GT-I9100RWLCHL |
| | | GT2I9100LKAMOB | GT-I9100LKAEGY | GT-I9100LKAPTR | GT-I9100LKAXME | GT-I9100LKLCOL | GT-I9100IAHTS | GT-I9100RWAIDE | GT-I9100RWAVD2 | GT-I9100RWLCHO |
| | | GT2I9100LKAMSR | GT-I9100LKAE R | GT-I9100LKASEB | GT-I9100LKAXSE | GT-I9100LKLCOM | GT-I9100IAJED | GT-I9100RWAINU | GT-I9100RWAVDU | GT-I9100RWLCHT |
| | | GT2I9100LKAMTL | GT-I9100LKAEPL | GT-I9100LKASEK | GT-I9100LKAXSG | GT-I9100LKLCPA | GT-I9100IAKSA | GT-I9100RWAITV | GT-I9100RWAVDF | GT-I9100RWLCRC |
| | | GT2I9100LKAPLS | GT-I9100LKAERA | GT-I9100LKASER | GT-I9100LKAXSK | GT-I9100LKLCRC | GT-I9100IALUX | GT-I9100RWAJED | GT-I9100RWAVDH | GT-I9100RWLDOR |
| | | GT2I9100LKAS M | GT-I9100LKAERO | GT-I9100LKASFR | GT-I9100LKAXTC | GT-I9100LKLCRM | GT-I9100IAMAX | GT-I9100RWAKCL | GT-I9100RWAVDI | GT-I9100RWLDUB |
| | | GT2I9100LKASMO | GT-I9100LKAEUR | GT-I9100LKASIM | GT-I9100LKAXTE | GT-I9100LKLCTP | GT-I9100IAM D | GT-I9100RWAKPN | GT-I9100RWAVGF | GT-I9100RWLIUS |
| | | GT2I9100LKATMH | GT-I9100LKAFRE | GT-I9100LKASKZ | GT-I9100LKAXXV | GT-I9100LKLCTU | GT-I9100IAMTL | GT-I9100RWAKSA | GT-I9100RWAVHC | GT-I9100RWLPCT |
| | | GT2I9100LKATMT | GT-I9100LKAFRE | GT-I9100LKASLK | GT-I9100LKAYOG | GT-I9100LKLDOR | GT-I9100IANEE | GT-I9100RWALUX | GT-I9100RWAVHC | GT-I9100RWLPET |
| | | GT2I9100LKATOP | GT-I9100LKAFTD | GT-I9100LKBCHN | GT-I9100LKLEBE | GT-I9100IASER | GT-I9100RWAMAT | GT-I9100RWAVIA | GT-I9100RWLSAM |
| | | GT2I9100LKATRG | GT-I9100LKAFTM | GT-I9100LKASMO | GT-I9100LKEBRI | GT-I9100LKECO | GT-I9100IAS M | GT-I9100RWAMAX | GT-I9100RWAV P | GT-I9100RWLTCE |
| | | GT2I9100LKATWD | GT-I9100LKAFWD | GT-I9100LKASUN | GT-I9100LKECWT | GT-I9100LKLEON | GT-I9100IASWC | GT-I9100RWAMAX | GT-I9100RWAVKN | GT-I9100RWLTMM |
| | | GT2I9100LKAV M | GT-I9100LKAGBL | GT-I9100LKASWC | GT-I9100LKESER | GT-I9100LKLIUS | GT-I9100IATGY | GT-I9100RWAMET | GT-I9100RWAVNZ | GT-I9100RWLTPA |
| | | GT2I9100LKAV P | GT-I9100LKAGLB | GT-I9100LKATCL | GT-I9100LKETHR | GT-I9100LKLJDI | GT-I9100IATHL | GT-I9100RWAM D | GT-I9100RWAVOD | GT-I9100RWLTTT |
| | | GT2I9100LKAVVT | GT-I9100LKAH3G | GT-I9100LKATEN | GT-I9100LKLPBS | GT-I9100IATUR | GT-I9100RWAMOB | GT-I9100RWAWIN | GT-I9100RWLUFU |
| | | GT2I9100LKAXEH | GT-I9100LKAHAJ | GT-I9100LKATGY | GT-I9100LKEXSG | GT-I9100LKLPCT | GT-I9100IAXEU | GT-I9100RWAMOT | GT-I9100RWAXEC | GT-I9100RWLUPO |
| | | GT2I9100LKNMOT | GT-I9100LKAHTD | GT-I9100LKATHL | GT-I9100LKGAFG | GT-I9100LKLPCW | GT-I9100IAXSG | GT-I9100RWAMSG | GT-I9100RWAXEF | GT-I9100RWLZTO |
| | | GT2I9100OIAATO | GT-I9100LKAHTS | GT-I9100LKATHR | GT-I9100LKGAFR | GT-I9100LKLPET | GT-I9100IAXSP | GT-I9100RWAMSR | GT-I9100RWAXEH | GT-I9100RWLZVV |
| | | GT2I9100OIAMAX | GT-I9100LKAHUI | GT-I9100LKATIM | GT-I9100LKGARO | GT-I9100LKLPGU | GT-I9100O EBRI | GT-I9100RWAMTL | GT-I9100RWAXEN | GT-I9100RWMBMC |
| | | GT2I9100RWAATO | GT-I9100LKAIDE | GT-I9100LKATMH | GT-I9100LKGATO | GT-I9100LKLSAM | GT-I9100O ESER | GT-I9100RWANEE | GT-I9100RWAXEO | GT-I9100RWMVMC |
| | | GT2I9100RWACOA | GT-I9100LKAINU | GT-I9100LKATML | GT-I9100LKGBTC | GT-I9100LKLTCE | GT-I9100IGBTC | GT-I9100RWANRJ | GT-I9100RWAXEU | GT-I9100RWNMOT |
| | | GT2I9100RWADRE | GT-I9100LKAITV | GT-I9100LKATMN | GT-I9100LKGCHN | GT-I9100LKLTMM | GT-I9100IGCHN | GT-I9100RWANZC | GT-I9100RWAXEZ | GT-I9100RWNO2U |
| | | GT2I9100RWAGBL | GT-I9100LKAJED | GT-I9100LKATOP | GT-I9100LKGDBT | GT-I9100LKLTPA | GT-I9100IGDBT | GT-I9100RWAO2C | GT-I9100RWAXSE | GT-I9100RWNSFR |
| | | GT2I9100RWAMAX | GT-I9100LKAKCL | GT-I9100LKATMU | GT-I9100LKGEGY | GT-I9100LKLTTT | GT-I9100IGEGY | GT-I9100RWAO2I | GT-I9100RWAXSG | GT-I9100RWPCTL |
| | | GT2I9100RWAMSR | GT-I9100LKAKEN | GT-I9100IGMAT | GT-I9100LKGFWD | GT-I9100LKLUFU | GT-I9100IGMAT | GT-I9100RWAO2U | GT-I9100RWAXSP | GT-I9100RWPPSN |
| | | GT2I9100RWAMTL | GT-I9100LKAKPN | GT-I9100LKATNL | GT-I9100LKGINU | GT-I9100LKLUPO | GT-I9100IGTHR | GT-I9100RWAOMN | GT-I9100RWAXTC | GT-I9100RWPUFN |
| | | GT2I9100RWASIM | GT-I9100LKAKSA | GT-I9100LKATOP | GT-I9100LKGJED | GT-I9100LKLVMT | GT-I9100IGXEF | GT-I9100RWAONE | GT-I9100RWEBRI | GT-I9100RWQCHN |
| | | GT2I9100RWATMH | GT-I9100LKALPM | GT-I9100LKGKEN | GT-I9100LKLVNO | GT-I9100IJVAU | GT-I9100RWAORA | GT-I9100RWECWT | GT-I9100RWTCEL |
| | | GT2I9100RWATMT | GT-I9100LKALUX | GT-I9100LKATRA | GT-I9100LKGKSA | GT-I9100LKZTA | GT-I9100OIAXSA | GT-I9100RWAORG | GT-I9100RWEXSG | GT-I9100RWTPCL |
| | | GT2I9100RWATOP | GT-I9100LKAMAT | GT-I9100LKATRG | GT-I9100LKGMAT | GT-I9100LKZTM | GT-I9100O LTPA | GT-I9100RWAORO | GT-I9100RWGABS | GT-I9100RWTTHL |
| | | GT2I9100RWAVIP | GT-I9100LKAMAX | GT-I9100LKATSI | GT-I9100LKGMED | GT-I9100LKZTO | GT-I9100O LTTT | GT-I9100RWAORS | GT-I9100RWGAFG | GT-I9100SWNFTM |
| | | GT2I9100RWAXEH | GT-I9100LKAMBC | GT-I9100LKATSR | GT-I9100LKGM D | GT-I9100LKLZVV | GT-I9100O LUFU | GT-I9100RWAPAN | GT-I9100RWGAFR | GT-I9100SWNORA |
| | | GT2I9100RWNMOT | GT-I9100LKAMED | GT-I9100LKATUR | GT-I9100LKGMRT | GT-I9100LKMBMC | GT-I9100O PCTI | GT-I9100RWAPLS | GT-I9100RWGATO | GT-I9100SWNTIM |
| | | GT-I9100LKA3 E | GT-I9100LKAMED | GT-I9100ATWM | GT-I9100LKGMWD | GT-I9100LKMBWA | GT-I9100RWA3IE | GT-I9100RWAPRO | GT-I9100RWGBTC | GT-I9108LKACHN |
| | | GT-I9100LKAAFG | GT-I9100LKAMET | GT-I9100LKATWO | GT-I9100LKGPAK | GT-I9100LKMVMC | GT-I9100RWAAFR | GT-I9100RWAPRT | GT-I9100RWGDBT | GT-I9108LKCCHN |
| | | GT-I9100LKAAFR | GT-I9100LKAM D | GT-I9100LKAUBL | GT-I9100LKGTHR | GT-I9100LKNBOG | GT-I9100RWAALO | GT-I9100RWAPTR | GT-I9100RWGEGY | GT-I9108RWACHN |
| | | GT-I9100LKAALO | GT-I9100LKAMOB | GT-I9100LKAVD2 | GT-I9100LKGTMC | GT-I9100LKNFTM | GT-I9100RWAAMN | GT-I9100RWASEB | GT-I9100RWGFWD | SEG-I777ZKAATT |
| | | GT-I9100LKAAMN | GT-I9100LKAMOT | GT-I9100LKAVDC | GT-I9100LKGTUN | GT-I9100LKNMOT | GT-I9100RWAATL | GT-I9100RWASEK | GT-I9100RWGING NU | SGH-I777ZKAATT |
| | | GT-I9100LKAARB | GT-I9100LKAMSG | GT-I9100LKAVDF | GT-I9100LKGWAN | GT-I9100LKNNRJ | GT-I9100RWAATO | GT-I9100RWASER | GT-I9100RWGJED | SGH-I777ZKZATT |
| | | GT-I9100LKAATL | GT-I9100LKAMSR | GT-I9100LKAVDH | GT-I9100LKGXEF | GT-I9100LKNO2U | GT-I9100RWAAUT | GT-I9100RWASFR | GT-I9100RWGKSA | SGH-N033LKNDCM |
| | | GT-I9100LKAATO | GT-I9100LKAMTL | GT-I9100LKAVGF | GT-I9100LKGXSK | GT-I9100LKNORA | GT-I9100RWABOG | GT-I9100RWAS M | GT-I9100RWGMAT | SGH-N033RWNDCM |
| | | GT-I9100LKAAUT | GT-I9100LKAMWD | GT-I9100LKAVGR | GT-I9100LKGXXV | GT-I9100LKNSFR | GT-I9100RWABRI | GT-I9100RWASKZ | GT-I9100RWGPAK | SHW-M250KLKKC |
| | | GT-I9100LKABHT | GT-I9100LKANEE | GT-I9100LKAVGR | GT-I9100LKGXXV | GT-I9100LKNTIM | GT-I9100RWACNX | GT-I9100RWASMO | GT-I9100RWGTHR | SHW-M250KLKKO |
| | | GT-I9100LKABOG | GT-I9100LKANPL | GT-I9100LKAVHC | GT-I9100LKJHUT | GT-I9100LKNXEF | GT-I9100RWACOA | GT-I9100RWASWC | GT-I9100RWGTMC | SHW-M250KOIKC |
| | | GT-I9100LKABRI | GT-I9100LKANRJ | GT-I9100LKAVIA | GT-I9100LKJOPS | GT-I9100LKPARO | GT-I9100RWACOS | GT-I9100RWATCL | GT-I9100RWGXEF | SHW-M250KOIKO |
| | | GT-I9100LKABSE | GT-I9100LKANZC | GT-I9100LKAVIM | GT-I9100LKJL | GT-I9100LKPCTI | GT-I9100RWACPW | GT-I9100RWATEN | GT-I9100RWGXME | SHW-M250RWKKC |
| | | GT-I9100LKACHN | GT-I9100LKAO2C | GT-I9100LKAVUT | GT-I9100LKJVAU | GT-I9100LKPPSN | GT-I9100RWACRO | GT-I9100RWATGY | GT-I9100RWGXXV | SHW-M250RWKO |
| | | GT-I9100LKACHZ | GT-I9100LKAO2I | GT-I9100LKAVNX | GT-I9100LKJXFA | GT-I9100LKPUFN | GT-I9100RWACYO | GT-I9100RWATHL | GT-I9100RWJOPS | SHW-M250KS |
| | | GT-I9100LKACMF | GT-I9100LKAO2U | GT-I9100LKAVNZ | GT-I9100LKJXFE | GT-I9100LKTCEL | GT-I9100RWADBT | GT-I9100RWAT M | GT-I9100RWJTEL | SHW-M250SLKSO |
| | | GT-I9100LKACNX | GT-I9100LKAOMN | GT-I9100LKAVOD | GT-I9100LKJXFM | GT-I9100LKTILO | GT-I9100RWADNF | GT-I9100RWATMH | GT-I9100RWJVAU | SHW-M250SLKSC |
| | | GT-I9100LKACOA | GT-I9100LKAONE | GT-I9100LKAVVM | GT-I9100LKJXFV | GT-I9100LKTM R | GT-I9100RWADRE | GT-I9100RWATMN | GT-I9100RWJXFA | SHW-M250SOISC |
| | | GT-I9100LKACOS | GT-I9100LKAOPT | GT-I9100LKAVVT | GT-I9100LKJXSA | GT-I9100LKTPCL | GT-I9100RWADTM | GT-I9100RWATMT | GT-I9100RWJXFC | SHW-M250SOISO |
| | | GT-I9100LKACPW | GT-I9100LKAORA | GT-I9100LKAW N | GT-I9100LKLALE | GT-I9100LKTTHL | GT-I9100RWAEPL | GT-I9100RWATMU | GT-I9100RWJXFE | SHW-M250SRWSC |
| | | GT-I9100LKACRO | GT-I9100LKAORG | GT-I9100LKAXEE | GT-I9100LKLANC | GT-I9100LKTTNZ | GT-I9100RWAERA | GT-I9100RWATNL | GT-I9100RWJXFM | SHW-M250SRWSO |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supplemental Schedule 23.1
**Samsung's Profit and Loss Statements**
**Model Comparison Between SAMNDCA-D-00000012, SAMNDCA-D-00000014 and Musika Exhibit 52.1-S for Galaxy S II (AT&T)**

*Notes:*
[a]  *Models are identified as Galaxy S II (AT&T) models if they are identified as  20. Galaxy S II/2  in SAMNDCA-D-00000012.*
[b]  *Identifies the unique list of models (data field  Model ) associated with  20. Galaxy S II/2  listed under data field  Basic Name  in SAMNDCA-D-00000012.*

*Sources:*
[1]  *SAMNDCA-D-00000014.*
[2]  *Supplemental Musika Report  Exhibit 52.1-S.*
[3]  *SAMNDCA-D-00000012.*

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　　　**Supplemental Schedule 23.2**
**Samsung's Profit and Loss Statements**
**Model Comparison Between SAMNDCA-D-0000012, SAMNDCA-D-00000014 and Musika Exhibit 52.1-S for Nexus S**

| | Models Listed in File '014 (Samsung BoM) | Models Listed in Musika Exhibit 52.1-S | Models Listed in File '012 (Worldwide Manufacturing Sales Data) | | | |
|---|---|---|---|---|---|---|
| | [a], [1] | [2] | [b], [3] | | | |
| # of Models | 4 | 4 | 116 | | | |
| | GT-I9020FSAATT | GT-I9020FSAATT | GT-I9020FSAATT | GT-I9023FSAEGY | GT-I9023FSATIM | GT-I9023PWAINU |
| | GT-I9020FSACPW | GT-I9020FSACPW | GT-I9020FSACPW | GT-I9023FSAFTM | GT-I9023FSATOP | GT-I9023PWAMID |
| | GT-I9020FSRRWC | GT-I9020FSRRWC | GT-I9020FSATPA | GT-I9023FSAGLB | GT-I9023FSATPH | GT-I9023PWAMOT |
| | GT-I9020FSTTMB | GT-I9020FSTTMB | GT-I9020FSATTT | GT-I9023FSAHUI | GT-I9023FSATWO | GT-I9023PWAMTL |
| | | | GT-I9020FSDKDO | GT-I9023FSAINU | GT-I9023FSAVAU | GT-I9023PWAOMN |
| | | | GT-I9020FSDTLS | GT-I9023FSAITV | GT-I9023FSAVD2 | GT-I9023PWAOPT |
| | | | GT-I9020FSLCHO | GT-I9023FSALUX | GT-I9023FSAVDC | GT-I9023PWAPAK |
| | | | GT-I9020FSLCHT | GT-I9023FSAMAX | GT-I9023FSAVDI | GT-I9023PWASFR |
| | | | GT-I9020FSMBMC | GT-I9023FSAMID | GT-I9023FSAVGR | GT-I9023PWASIM |
| | | | GT-I9020FSRFMC | GT-I9023FSAMOB | GT-I9023FSAVIA | GT-I9023PWASKZ |
| | | | GT-I9020FSRRWC | GT-I9023FSAMOT | GT-I9023FSAVIM | GT-I9023PWATHR |
| | | | GT-I9020FSTTMB | GT-I9023FSAMTL | GT-I9023FSAVIP | GT-I9023PWAVAU |
| | | | GT-I9020FSVVTR | GT-I9023FSANEE | GT-I9023FSAVNZ | GT-I9023PWAVD2 |
| | | | GT-I9020FSWGLW | GT-I9023FSANRJ | GT-I9023FSAVOD | GT-I9023PWAVDF |
| | | | GT-I9020FSYMCT | GT-I9023FSAO2C | GT-I9023FSAWIN | GT-I9023PWAVDI |
| | | | GT-I9020PWATTT | GT-I9023FSAO2I | GT-I9023FSAXEF | GT-I9023PWAVGR |
| | | | GT-I9020PWDTLS | GT-I9023FSAOMN | GT-I9023FSAXEH | GT-I9023PWAVOD |
| | | | GT-I9023FSAABS | GT-I9023FSAOPT | GT-I9023FSAXEN | GT-I9023PWAWIN |
| | | | GT-I9023FSAATL | GT-I9023FSAPAK | GT-I9023FSAXEO | GT-I9023PWAXEF |
| | | | GT-I9023FSAATO | GT-I9023FSAPAN | GT-I9023FSAXEU | GT-I9023PWAXSE |
| | | | GT-I9023FSAAUT | GT-I9023FSASFR | GT-I9023FSAXEZ | GT-I9023PWAXSG |
| | | | GT-I9023FSABOG | GT-I9023FSASIM | GT-I9023FSAXFV | SHW-M200KFSKC |
| | | | GT-I9023FSABRI | GT-I9023FSASKZ | GT-I9023FSAXME | SHW-M200KFSKO |
| | | | GT-I9023FSACNX | GT-I9023FSASMA | GT-I9023FSAXSE | SHW-M200KPWKC |
| | | | GT-I9023FSACOS | GT-I9023FSASWC | GT-I9023FSAXSG | SHW-M200KPWKO |
| | | | GT-I9023FSACYO | GT-I9023FSATCL | GT-I9023FSAXSK | SHW-M200SFSSC |
| | | | GT-I9023FSACYV | GT-I9023FSATGY | GT-I9023FSAXSO | SHW-M200SFSSO |
| | | | GT-I9023FSADBT | GT-I9023FSATHL | GT-I9023PWADBT | SHW-M200SPWSC |
| | | | GT-I9023FSADRE | GT-I9023FSATHR | GT-I9023PWAEGY | SHW-M200SPWSO |

_Notes:_
[a]  Models are identified as Nexus S models if they are identified as "30. Nexus S" in SAMNDCA-D-00000012.
[b]  Identifies the unique list of models (data field "Model") associated with "30. Nexus S" listed under data field "Basic Name" in SAMNDCA-D-00000012.

_Sources:_
[1]  SAMNDCA-D-00000014.
[2]  Supplemental Musika Report, Exhibit 52.1-S.
[3]  SAMNDCA-D-0000012.