# Exhibit 10
# (Submitted Under Seal)

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　　　　　　　　　　　　　　　　　　**Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|---|---|---|---|---|---|---|---|



Consolidated
　Qty
　Sales
　ASP

STA
　Qty
　Sales
　COGS
　Operating Expense
　　G&A
　　　(Labor cost)
　　　(Depreciation)
　　　(Others)
　　Sales Expenses
　　　(Logistics Cost)
　　　(Marketing)
　　　(Paid Commission)
　　　(Insurance)
　　　(Others)
　　Others
　Operating Profit

SEA
　Qty
　Sales
　COGS
　Operating Expense
　　G&A
　　　(Labor cost)
　　　(Depreciation)
　　　(Others)
　　Sales Expenses
　　　(Logistics Cost)
　　　(Marketing)
　　　(Paid Commission)
　　　(Insurance)
　　　(Others)
　　Others
　Operating Profit

SECA
　Qty
　Sales

Others
　Qty
　Sales

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                 Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|                |                | | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|----------------|----------------|---|----------|-----------|-----------|-------------|----------------|--------------|
| HQ Direct Sales | Qty |
|                | Sales |
| [e]            | Qty |
|                | Sales |
|                | COGS |
|                | GA Expense |
|                | (Labor cost) |
|                | (Depreciation) |
|                | (Others) |
|                | Sales Expense |
|                | (Marketing) |
| Manufacturing  | (Paid Commission) |
|                | (Insurance) |
|                | (Others) |
|                | R&D Expense |
|                | (Labor cost) |
|                | (Depreciation) |
|                | (Others) |
|                | Operating Profit |
|                | (%) |
| [f]  Manufacturing | Litigation Expense (COGS) |
|                | **Financials on a per unit basis** |
|                | STA & SEA ASP |
|                | STA & SEA COGS |
|                | STA & SEA Labor Cost |
|                | STA & SEA Depreciation |
|                | STA & SEA G&A Other |
| STA and SEA    | STA & SEA Logistics Cost |
|                | STA & SEA Marketing |
|                | STA & SEA Paid Commission |
|                | STA & SEA Insurance |
|                | STA & SEA Sales Expense Other |
|                | STA & SEA Operating Expense O her |
|                | STA & SEA Operating Profit Per Unit |
|                | Add: |
|                | STA & SEA COGS |
|                | Litigation Expense (COGS) |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

Schedule 21.12

|  |  | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|---|---|---|---|---|---|---|---|



Manufacturing

Less:
COGS - Original Sales and Cost Files
Manufacturing GA Expense Labor Cost
Manufacturing GA Expense Depreciation
Manufacturing GA Expense Other
Manufacturing Marketing
Manufacturing Paid Commission
Manufacturing Insurance
Manufacturing Sales Expense O her
Manufacturing R&D Expense Labor Cost
Manufacturing R&D Expense Depreciation
Manufacturing R&D Expense Other
STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense)

STA & SEA Units

[g] STA & SEA Operating Profit
[h] STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries)

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | November 2010 | December 2010 | January 2011 | February 2011 | March 2011 | April 2011 |
|---|---|---|---|---|---|---|---|
| Consolidated | Qty | | | | | | |
| | Sales | | | | | | |
| | ASP | | | | | | |
| | | | | | | | |
| STA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| | G&A | | | | | | |
| | (Labor cost) | | | | | | |
| | (Depreciation) | | | | | | |
| | (Others) | | | | | | |
| | Sales Expenses | | | | | | |
| | (Logistics Cost) | | | | | | |
| | (Marketing) | | | | | | |
| | (Paid Commission) | | | | | | |
| | (Insurance) | | | | | | |
| | (Others) | | | | | | |
| | Others | | | | | | |
| | Operating Profit | | | | | | |
| | | | | | | | |
| SEA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| | G&A | | | | | | |
| | (Labor cost) | | | | | | |
| | (Depreciation) | | | | | | |
| | (Others) | | | | | | |
| | Sales Expenses | | | | | | |
| | (Logistics Cost) | | | | | | |
| | (Marketing) | | | | | | |
| | (Paid Commission) | | | | | | |
| | (Insurance) | | | | | | |
| | (Others) | | | | | | |
| | Others | | | | | | |
| | Operating Profit | | | | | | |
| | | | | | | | |
| SECA | Qty | | | | | | |
| | Sales | | | | | | |
| | | | | | | | |
| Others | Qty | | | | | | |
| | Sales | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

Schedule 21.12

| | | | November 2010 | December 2010 | January 2011 | February 2011 | March 2011 | April 2011 |
|---|---|---|---|---|---|---|---|---|

HQ Direct Sales — Qty / Sales

[e] — Qty / Sales / COGS / GA Expense / (Labor cost) / (Depreciation) / (Others)

Manufacturing — Sales Expense / (Marketing) / (Paid Commission) / (Insurance) / (Others) / R&D Expense / (Labor cost) / (Depreciation) / (Others) / Operating Profit / (%)

[f] Manufacturing — Litigation Expense (COGS)

STA and SEA — **Financials on a per unit basis** / STA & SEA ASP / STA & SEA COGS / STA & SEA Labor Cost / STA & SEA Depreciation / STA & SEA G&A Other / STA & SEA Logistics Cost / STA & SEA Marketing / STA & SEA Paid Commission / STA & SEA Insurance / STA & SEA Sales Expense Other / STA & SEA Operating Expense Other / STA & SEA Operating Profit Per Unit

Add: / STA & SEA COGS / Litigation Expense (COGS)



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

**Schedule 21.12**

| | | November 2010 | December 2010 | January 2011 | February 2011 | March 2011 | April 2011 |
|---|---|---|---|---|---|---|---|



Manufacturing — Less:
COGS - Original Sales and Cost Files
Manufacturing GA Expense Labor Cost
Manufacturing GA Expense Depreciation
Manufacturing GA Expense Other
Manufacturing Marketing
Manufacturing Paid Commission
Manufacturing Insurance
Manufacturing Sales Expense O her
Manufacturing R&D Expense Labor Cost
Manufacturing R&D Expense Depreciation
Manufacturing R&D Expense Other
STA, SEA and SEC Consolidated Operating Profit Per
Unit (Including Profit from Chinese Manufacturing
Subsidiaries Excluding Litigation Expense)

STA & SEA Units

[g] STA & SEA Operating Profit
[h] STA, SEA and SEC Consolidated Operating Profit
(Including Profit from Chinese Manufacturing
Subsidiaries)

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                    Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | May 2011 | June 2011 | July 2011 | August 2011 | September 2011 | October 2011 |
|---|---|---|---|---|---|---|---|



| Consolidated | Qty |
| | Sales |
| | ASP |
| | |
| | Qty |
| | Sales |
| | COGS |
| | Operating Expense |
| | G&A |
| | *(Labor cost)* |
| | *(Depreciation)* |
| | *(Others)* |
| STA | Sales Expenses |
| | *(Logistics Cost)* |
| | *(Marketing)* |
| | *(Paid Commission)* |
| | *(Insurance)* |
| | *(Others)* |
| | Others |
| | Operating Profit |
| | |
| | Qty |
| | Sales |
| | COGS |
| | Operating Expense |
| | G&A |
| | *(Labor cost)* |
| | *(Depreciation)* |
| | *(Others)* |
| SEA | Sales Expenses |
| | *(Logistics Cost)* |
| | *(Marketing)* |
| | *(Paid Commission)* |
| | *(Insurance)* |
| | *(Others)* |
| | Others |
| | Operating Profit |
| | |
| SECA | Qty |
| | Sales |
| | |
| Others | Qty |
| | Sales |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

**Schedule 21.12**

| | | | May 2011 | June 2011 | July 2011 | August 2011 | September 2011 | October 2011 |
|---|---|---|---|---|---|---|---|---|
| | HQ Direct Sales | Qty | | | | | | |
| | | Sales | | | | | | |
| [e] | | Qty | | | | | | |
| | | Sales | | | | | | |
| | | COGS | | | | | | |
| | | GA Expense | | | | | | |
| | | (Labor cost) | | | | | | |
| | | (Depreciation) | | | | | | |
| | | (Others) | | | | | | |
| | Manufacturing | Sales Expense | | | | | | |
| | | (Marketing) | | | | | | |
| | | (Paid Commission) | | | | | | |
| | | (Insurance) | | | | | | |
| | | (Others) | | | | | | |
| | | R&D Expense | | | | | | |
| | | (Labor cost) | | | | | | |
| | | (Depreciation) | | | | | | |
| | | (Others) | | | | | | |
| | | Operating Profit | | | | | | |
| | | (%) | | | | | | |
| [f] | Manufacturing | Litigation Expense (COGS) | | | | | | |
| | | **Financials on a per unit basis** | | | | | | |
| | | STA & SEA ASP | | | | | | |
| | | STA & SEA COGS | | | | | | |
| | | STA & SEA Labor Cost | | | | | | |
| | | STA & SEA Depreciation | | | | | | |
| | | STA & SEA G&A Other | | | | | | |
| | STA and SEA | STA & SEA Logistics Cost | | | | | | |
| | | STA & SEA Marketing | | | | | | |
| | | STA & SEA Paid Commission | | | | | | |
| | | STA & SEA Insurance | | | | | | |
| | | STA & SEA Sales Expense Other | | | | | | |
| | | STA & SEA Operating Expense O her | | | | | | |
| | | STA & SEA Operating Profit Per Unit | | | | | | |
| | | Add: | | | | | | |
| | | STA & SEA COGS | | | | | | |
| | | Litigation Expense (COGS) | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                    Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | May 2011 | June 2011 | July 2011 | August 2011 | September 2011 | October 2011 |
|---|---|---|---|---|---|---|---|
| Manufacturing | Less: | | | | | | |
| | COGS - Original Sales and Cost Files | | | | | | |
| | Manufacturing GA Expense Labor Cost | | | | | | |
| | Manufacturing GA Expense Depreciation | | | | | | |
| | Manufacturing GA Expense Other | | | | | | |
| | Manufacturing Marketing | | | | | | |
| | Manufacturing Paid Commission | | | | | | |
| | Manufacturing Insurance | | | | | | |
| | Manufacturing Sales Expense O her | | | | | | |
| | Manufacturing R&D Expense Labor Cost | | | | | | |
| | Manufacturing R&D Expense Depreciation | | | | | | |
| | Manufacturing R&D Expense Other | | | | | | |
| | STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense) | | | | | | |
| | STA & SEA Units | | | | | | |
| | [g] STA & SEA Operating Profit | | | | | | |
| | [h] STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                        Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | November 2011 | December 2011 | 2010 Total [a] | 2011 Total [b] | 4/15-12/31 2011 Total [c] |
|---|---|---|---|---|---|---|
| Consolidated | Qty | | | | | |
| | Sales | | | | | |
| | ASP | | | | | |
| STA | Qty | | | | | |
| | Sales | | | | | |
| | COGS | | | | | |
| | Operating Expense | | | | | |
| | G&A | | | | | |
| | (Labor cost) | | | | | |
| | (Depreciation) | | | | | |
| | (Others) | | | | | |
| | Sales Expenses | | | | | |
| | (Logistics Cost) | | | | | |
| | (Marketing) | | | | | |
| | (Paid Commission) | | | | | |
| | (Insurance) | | | | | |
| | (Others) | | | | | |
| | Others | | | | | |
| | Operating Profit | | | | | |
| SEA | Qty | | | | | |
| | Sales | | | | | |
| | COGS | | | | | |
| | Operating Expense | | | | | |
| | G&A | | | | | |
| | (Labor cost) | | | | | |
| | (Depreciation) | | | | | |
| | (Others) | | | | | |
| | Sales Expenses | | | | | |
| | (Logistics Cost) | | | | | |
| | (Marketing) | | | | | |
| | (Paid Commission) | | | | | |
| | (Insurance) | | | | | |
| | (Others) | | | | | |
| | Others | | | | | |
| | Operating Profit | | | | | |
| SECA | Qty | | | | | |
| | Sales | | | | | |
| Others | Qty | | | | | |
| | Sales | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                                                          Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | | November 2011 | December 2011 | 2010 Total | 2011 Total | 4/15-12/31 2011 Total |
|---|---|---|---|---|---|---|---|
| | | | | | [a] | [b] | [c] |
| | HQ Direct Sales | Qty | | | | | |
| | | Sales | | | | | |
| | | | | | | | |
| | | Qty | | | | | |
| | | Sales | | | | | |
| [e] | | COGS | | | | | |
| | | GA Expense | | | | | |
| | | (Labor cost) | | | | | |
| | | (Depreciation) | | | | | |
| | | (Others) | | | | | |
| | | Sales Expense | | | | | |
| | Manufacturing | (Marketing) | | | | | |
| | | (Paid Commission) | | | | | |
| | | (Insurance) | | | | | |
| | | (Others) | | | | | |
| | | R&D Expense | | | | | |
| | | (Labor cost) | | | | | |
| | | (Depreciation) | | | | | |
| | | (Others) | | | | | |
| | | Operating Profit | | | | | |
| | | (%) | | | | | |
| | | | | | | | |
| [f] | Manufacturing | Litigation Expense (COGS) | | | | | |
| | | | | | | | |
| | | **Financials on a per unit basis** | | | | | |
| | | STA & SEA ASP | | | | | |
| | | STA & SEA COGS | | | | | |
| | | STA & SEA Labor Cost | | | | | |
| | | STA & SEA Depreciation | | | | | |
| | | STA & SEA G&A Other | | | | | |
| | STA and SEA | STA & SEA Logistics Cost | | | | | |
| | | STA & SEA Marketing | | | | | |
| | | STA & SEA Paid Commission | | | | | |
| | | STA & SEA Insurance | | | | | |
| | | STA & SEA Sales Expense Other | | | | | |
| | | STA & SEA Operating Expense Other | | | | | |
| | | STA & SEA Operating Profit Per Unit | | | | | |
| | | | | | | | |
| | | Add: | | | | | |
| | | STA & SEA COGS | | | | | |
| | | Litigation Expense (COGS) | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                   Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | November 2011 | December 2011 | 2010 Total [a] | 2011 Total [b] | 4/15-12/31 2011 Total [c] |
|---|---|---|---|---|---|---|
| Manufacturing | Less: | | | | | |
| | COGS - Original Sales and Cost Files | | | | | |
| | Manufacturing GA Expense Labor Cost | | | | | |
| | Manufacturing GA Expense Depreciation | | | | | |
| | Manufacturing GA Expense Other | | | | | |
| | Manufacturing Marketing | | | | | |
| | Manufacturing Paid Commission | | | | | |
| | Manufacturing Insurance | | | | | |
| | Manufacturing Sales Expense Other | | | | | |
| | Manufacturing R&D Expense Labor Cost | | | | | |
| | Manufacturing R&D Expense Depreciation | | | | | |
| | Manufacturing R&D Expense Other | | | | | |
| | STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense) | | | | | |
| | STA & SEA Units | | | | | |
| [g] | STA & SEA Operating Profit | | | | | |
| [h] | STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　**Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | **6/16-12/31 2011 Total**<br>[d] |
|---|---|---|
| Consolidated | Qty | |
|  | Sales | |
|  | ASP | |
| STA | Qty | |
|  | Sales | |
|  | COGS | |
|  | Operating Expense | |
|  | G&A | |
|  | (Labor cost) | |
|  | (Depreciation) | |
|  | (Others) | |
|  | Sales Expenses | |
|  | (Logistics Cost) | |
|  | (Marketing) | |
|  | (Paid Commission) | |
|  | (Insurance) | |
|  | (Others) | |
|  | Others | |
|  | Operating Profit | |
| SEA | Qty | |
|  | Sales | |
|  | COGS | |
|  | Operating Expense | |
|  | G&A | |
|  | (Labor cost) | |
|  | (Depreciation) | |
|  | (Others) | |
|  | Sales Expenses | |
|  | (Logistics Cost) | |
|  | (Marketing) | |
|  | (Paid Commission) | |
|  | (Insurance) | |
|  | (Others) | |
|  | Others | |
|  | Operating Profit | |
| SECA | Qty | |
|  | Sales | |
| Others | Qty | |
|  | Sales | |



Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                    **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  |  | 6/16-12/31 2011 Total |
|---|---|---|---|
|  |  |  | [d] |
| | HQ Direct Sales | Qty | |
| | | Sales | |
| [e] | | Qty | |
| | | Sales | |
| | | COGS | |
| | | GA Expense | |
| | | (Labor cost) | |
| | | (Depreciation) | |
| | | (Others) | |
| | | Sales Expense | |
| | Manufacturing | (Marketing) | |
| | | (Paid Commission) | |
| | | (Insurance) | |
| | | (Others) | |
| | | R&D Expense | |
| | | (Labor cost) | |
| | | (Depreciation) | |
| | | (Others) | |
| | | Operating Profit | |
| | | (%) | |
| [f] | Manufacturing | Litigation Expense (COGS) | |
| | | **Financials on a per unit basis** | |
| | | STA & SEA ASP | |
| | | STA & SEA COGS | |
| | | STA & SEA Labor Cost | |
| | | STA & SEA Depreciation | |
| | | STA & SEA G&A Other | |
| | STA and SEA | STA & SEA Logistics Cost | |
| | | STA & SEA Marketing | |
| | | STA & SEA Paid Commission | |
| | | STA & SEA Insurance | |
| | | STA & SEA Sales Expense Other | |
| | | STA & SEA Operating Expense Other | |
| | | STA & SEA Operating Profit Per Unit | |
| | | Add: | |
| | | STA & SEA COGS | |
| | | Litigation Expense (COGS) | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                    **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | 6/16-12/31 2011 Total |
| --- | --- | --- |
| | | [d] |
| Manufacturing | Less: | |
| | COGS - Original Sales and Cost Files | |
| | Manufacturing GA Expense Labor Cost | |
| | Manufacturing GA Expense Depreciation | |
| | Manufacturing GA Expense Other | |
| | Manufacturing Marketing | |
| | Manufacturing Paid Commission | |
| | Manufacturing Insurance | |
| | Manufacturing Sales Expense Other | |
| | Manufacturing R&D Expense Labor Cost | |
| | Manufacturing R&D Expense Depreciation | |
| | Manufacturing R&D Expense Other | |
| | STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense) | |
| | STA & SEA Units | |
| [g] | STA & SEA Operating Profit | |
| [h] | STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

**Schedule 21.12**

| | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|---|---|---|---|---|---|---|

*Notes:*

[a]  *Equals Sum of May 2010 through December 2010.*

[b]  *Equals Sum of January 2011 through December 2011.*

[c]  *Equals April 2011 times 50% plus May 2011 through December 2011. April 2011 is prorated by 50% to estimate figures from April 15th-30th.*

[d]  *Equals June 2011 times 50% plus July 2011 through December 2011. June 2011 is prorated by 50% to estimate figures from June 16th-30th.*

*Sources:*

  *SAMNDCA00376623-901. [14.1]*

[e]  *SAMNDCA00354292-385. [15.14]*

[f]  *Spreadsheet with Worldwide Litigation Expenses by Product. [9.26]*

[g]  *Equals STA & SEA Operating Profit Per Unit multiplied by STA & SEA Units.*

[h]  *Equals STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense) multiplied by STA & SEA Units.*