# Exhibit 11
# (Submitted Under Seal)

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|---|---|---|---|---|---|---|---|
| Consolidated | Qty | | | | | | |
| | Sales | | | | | | |
| | ASP | | | | | | |
| STA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| |   G&A | | | | | | |
| |     (Labor cost) | | | | | | |
| |     (Depreciation) | | | | | | |
| |     (Others) | | | | | | |
| |   Sales Expenses | | | | | | |
| |     (Logistics Cost) | | | | | | |
| |     (Marketing) | | | | | | |
| |     (Paid Commission) | | | | | | |
| |     (Insurance) | | | | | | |
| |     (Others) | | | | | | |
| |   Others | | | | | | |
| | Operating Profit | | | | | | |
| SEA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| |   G&A | | | | | | |
| |     (Labor cost) | | | | | | |
| |     (Depreciation) | | | | | | |
| |     (Others) | | | | | | |
| |   Sales Expenses | | | | | | |
| |     (Logistics Cost) | | | | | | |
| |     (Marketing) | | | | | | |
| |     (Paid Commission) | | | | | | |
| |     (Insurance) | | | | | | |
| |     (Others) | | | | | | |
| |   Others | | | | | | |
| | Operating Profit | | | | | | |
| SECA | Qty | | | | | | |
| | Sales | | | | | | |
| Others | Qty | | | | | | |
| | Sales | | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**     Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|---|---|---|---|---|---|---|---|---|
| | HQ Direct Sales | Qty | | | | | | |
| | | Sales | | | | | | |
| [e] | | Qty | | | | | | |
| | | Sales | | | | | | |
| | | COGS | | | | | | |
| | | GA Expense | | | | | | |
| | |   *(Labor cost)* | | | | | | |
| | |   *(Depreciation)* | | | | | | |
| | |   *(Others)* | | | | | | |
| | | Sales Expense | | | | | | |
| | Manufacturing |   *(Marketing)* | | | | | | |
| | |   *(Paid Commission)* | | | | | | |
| | |   *(Insurance)* | | | | | | |
| | |   *(Others)* | | | | | | |
| | | R&D Expense | | | | | | |
| | |   *(Labor cost)* | | | | | | |
| | |   *(Depreciation)* | | | | | | |
| | |   *(Others)* | | | | | | |
| | | Operating Profit | | | | | | |
| | | *(%)* | | | | | | |
| [e] | Manufacturing | Litigation Expense (COGS) | | | | | | |
| | | **Financials on a per unit basis** | | | | | | |
| | | STA & SEA ASP | | | | | | |
| | | STA & SEA COGS | | | | | | |
| | | STA & SEA Labor Cost | | | | | | |
| | | STA & SEA Depreciation | | | | | | |
| | | STA & SEA G&A Other | | | | | | |
| | STA and SEA | STA & SEA Logistics Cost | | | | | | |
| | | STA & SEA Marketing | | | | | | |
| | | STA & SEA Paid Commission | | | | | | |
| | | STA & SEA Insurance | | | | | | |
| | | STA & SEA Sales Expense Other | | | | | | |
| | | STA & SEA Operating Expense O her | | | | | | |
| | | STA & SEA Operating Profit Per Unit | | | | | | |
| | | Add: | | | | | | |
| | | STA & SEA COGS | | | | | | |
| | | Litigation Expense (COGS) | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|---|---|---|---|---|---|---|---|
| Manufacturing | Less:<br>Manufacturing COGS<br>Manufacturing GA Expense Labor Cost<br>Manufacturing GA Expense Depreciation<br>Manufacturing GA Expense Other<br>Manufacturing Marketing<br>Manufacturing Paid Commission<br>Manufacturing Insurance<br>Manufacturing Sales Expense O her<br>Manufacturing R&D Expense Labor Cost<br>Manufacturing R&D Expense Depreciation<br>Manufacturing R&D Expense Other<br>STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense)<br><br>STA & SEA Units<br><br>[f] STA & SEA Operating Profit<br>[g] STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) | | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | November 2010 | December 2010 | January 2011 | February 2011 | March 2011 | April 2011 |
|---|---|---|---|---|---|---|---|
| Consolidated | Qty | | | | | | |
| | Sales | | | | | | |
| | ASP | | | | | | |
| STA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| |   G&A | | | | | | |
| |     (Labor cost) | | | | | | |
| |     (Depreciation) | | | | | | |
| |     (Others) | | | | | | |
| |   Sales Expenses | | | | | | |
| |     (Logistics Cost) | | | | | | |
| |     (Marketing) | | | | | | |
| |     (Paid Commission) | | | | | | |
| |     (Insurance) | | | | | | |
| |     (Others) | | | | | | |
| |   Others | | | | | | |
| | Operating Profit | | | | | | |
| SEA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| |   G&A | | | | | | |
| |     (Labor cost) | | | | | | |
| |     (Depreciation) | | | | | | |
| |     (Others) | | | | | | |
| |   Sales Expenses | | | | | | |
| |     (Logistics Cost) | | | | | | |
| |     (Marketing) | | | | | | |
| |     (Paid Commission) | | | | | | |
| |     (Insurance) | | | | | | |
| |     (Others) | | | | | | |
| |   Others | | | | | | |
| | Operating Profit | | | | | | |
| SECA | Qty | | | | | | |
| | Sales | | | | | | |
| Others | Qty | | | | | | |
| | Sales | | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                            Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|   |   |   | November 2010 | December 2010 | January 2011 | February 2011 | March 2011 | April 2011 |
|---|---|---|---|---|---|---|---|---|
|   | HQ Direct Sales | Qty<br>Sales |   |   |   |   |   |   |
| [e] | Manufacturing | Qty<br>Sales<br>COGS<br>GA Expense<br>  *(Labor cost)*<br>  *(Depreciation)*<br>  *(Others)*<br>Sales Expense<br>  *(Marketing)*<br>  *(Paid Commission)*<br>  *(Insurance)*<br>  *(Others)*<br>R&D Expense<br>  *(Labor cost)*<br>  *(Depreciation)*<br>  *(Others)*<br>Operating Profit<br>*(%)* |   |   |   |   |   |   |
| [e] | Manufacturing | Litigation Expense (COGS) |   |   |   |   |   |   |
|   | STA and SEA | **Financials on a per unit basis**<br>STA & SEA ASP<br>STA & SEA COGS<br>STA & SEA Labor Cost<br>STA & SEA Depreciation<br>STA & SEA G&A Other<br>STA & SEA Logistics Cost<br>STA & SEA Marketing<br>STA & SEA Paid Commission<br>STA & SEA Insurance<br>STA & SEA Sales Expense Other<br>STA & SEA Operating Expense O her<br>STA & SEA Operating Profit Per Unit<br><br>Add:<br>STA & SEA COGS<br>Litigation Expense (COGS) |   |   |   |   |   |   |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  | November 2010 | December 2010 | January 2011 | February 2011 | March 2011 | April 2011 |
|---|---|---|---|---|---|---|---|
| Manufacturing | Less: Manufacturing COGS |  |  |  |  |  |  |
|  | Manufacturing GA Expense Labor Cost |  |  |  |  |  |  |
|  | Manufacturing GA Expense Depreciation |  |  |  |  |  |  |
|  | Manufacturing GA Expense Other |  |  |  |  |  |  |
|  | Manufacturing Marketing |  |  |  |  |  |  |
|  | Manufacturing Paid Commission |  |  |  |  |  |  |
|  | Manufacturing Insurance |  |  |  |  |  |  |
|  | Manufacturing Sales Expense O her |  |  |  |  |  |  |
|  | Manufacturing R&D Expense Labor Cost |  |  |  |  |  |  |
|  | Manufacturing R&D Expense Depreciation |  |  |  |  |  |  |
|  | Manufacturing R&D Expense Other |  |  |  |  |  |  |
|  | STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense) |  |  |  |  |  |  |
|  | STA & SEA Units |  |  |  |  |  |  |
| [f] | STA & SEA Operating Profit |  |  |  |  |  |  |
| [g] | STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) |  |  |  |  |  |  |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | May 2011 | June 2011 | July 2011 | August 2011 | September 2011 | October 2011 |
|---|---|---|---|---|---|---|---|
| Consolidated | Qty | | | | | | |
| | Sales | | | | | | |
| | ASP | | | | | | |
| STA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| |   G&A | | | | | | |
| |     *(Labor cost)* | | | | | | |
| |     *(Depreciation)* | | | | | | |
| |     *(Others)* | | | | | | |
| |   Sales Expenses | | | | | | |
| |     *(Logistics Cost)* | | | | | | |
| |     *(Marketing)* | | | | | | |
| |     *(Paid Commission)* | | | | | | |
| |     *(Insurance)* | | | | | | |
| |     *(Others)* | | | | | | |
| |   Others | | | | | | |
| | Operating Profit | | | | | | |
| SEA | Qty | | | | | | |
| | Sales | | | | | | |
| | COGS | | | | | | |
| | Operating Expense | | | | | | |
| |   G&A | | | | | | |
| |     *(Labor cost)* | | | | | | |
| |     *(Depreciation)* | | | | | | |
| |     *(Others)* | | | | | | |
| |   Sales Expenses | | | | | | |
| |     *(Logistics Cost)* | | | | | | |
| |     *(Marketing)* | | | | | | |
| |     *(Paid Commission)* | | | | | | |
| |     *(Insurance)* | | | | | | |
| |     *(Others)* | | | | | | |
| |   Others | | | | | | |
| | Operating Profit | | | | | | |
| SECA | Qty | | | | | | |
| | Sales | | | | | | |
| Others | Qty | | | | | | |
| | Sales | | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
Samsung's Profit and Loss Statements, Galaxy S II 2

| | | | May 2011 | June 2011 | July 2011 | August 2011 | September 2011 | October 2011 |
|---|---|---|---|---|---|---|---|---|
| | HQ Direct Sales | Qty | | | | | | |
| | | Sales | | | | | | |
| [e] | | Qty | | | | | | |
| | | Sales | | | | | | |
| | | COGS | | | | | | |
| | | GA Expense | | | | | | |
| | | *(Labor cost)* | | | | | | |
| | | *(Depreciation)* | | | | | | |
| | | *(Others)* | | | | | | |
| | | Sales Expense | | | | | | |
| | | *(Marketing)* | | | | | | |
| | Manufacturing | *(Paid Commission)* | | | | | | |
| | | *(Insurance)* | | | | | | |
| | | *(Others)* | | | | | | |
| | | R&D Expense | | | | | | |
| | | *(Labor cost)* | | | | | | |
| | | *(Depreciation)* | | | | | | |
| | | *(Others)* | | | | | | |
| | | Operating Profit | | | | | | |
| | | *(%)* | | | | | | |
| [e] | Manufacturing | Litigation Expense (COGS) | | | | | | |
| | | **Financials on a per unit basis** | | | | | | |
| | | STA & SEA ASP | | | | | | |
| | | STA & SEA COGS | | | | | | |
| | | STA & SEA Labor Cost | | | | | | |
| | | STA & SEA Depreciation | | | | | | |
| | | STA & SEA G&A Other | | | | | | |
| | STA and SEA | STA & SEA Logistics Cost | | | | | | |
| | | STA & SEA Marketing | | | | | | |
| | | STA & SEA Paid Commission | | | | | | |
| | | STA & SEA Insurance | | | | | | |
| | | STA & SEA Sales Expense Other | | | | | | |
| | | STA & SEA Operating Expense Other | | | | | | |
| | | STA & SEA Operating Profit Per Unit | | | | | | |
| | | Add: | | | | | | |
| | | STA & SEA COGS | | | | | | |
| | | Litigation Expense (COGS) | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | May 2011 | June 2011 | July 2011 | August 2011 | September 2011 | October 2011 |
|---|---|---|---|---|---|---|---|
| Manufacturing | Less:<br>Manufacturing COGS<br>Manufacturing GA Expense Labor Cost<br>Manufacturing GA Expense Depreciation<br>Manufacturing GA Expense Other<br>Manufacturing Marketing<br>Manufacturing Paid Commission<br>Manufacturing Insurance<br>Manufacturing Sales Expense O her<br>Manufacturing R&D Expense Labor Cost<br>Manufacturing R&D Expense Depreciation<br>Manufacturing R&D Expense Other<br>STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense)<br><br>STA & SEA Units<br><br>[f] STA & SEA Operating Profit<br>[g] STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) | | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | November 2011 | December 2011 | 2010 Total [a] | 2011 Total [b] | 4/15-12/31 2011 Total [c] |
|---|---|---|---|---|---|---|
| Consolidated | Qty<br>Sales<br>ASP | | | | | |
| STA | Qty<br>Sales<br>COGS<br>Operating Expense<br>  G&A<br>    *(Labor cost)*<br>    *(Depreciation)*<br>    *(Others)*<br>  Sales Expenses<br>    *(Logistics Cost)*<br>    *(Marketing)*<br>    *(Paid Commission)*<br>    *(Insurance)*<br>    *(Others)*<br>  Others<br>Operating Profit | | | | | |
| SEA | Qty<br>Sales<br>COGS<br>Operating Expense<br>  G&A<br>    *(Labor cost)*<br>    *(Depreciation)*<br>    *(Others)*<br>  Sales Expenses<br>    *(Logistics Cost)*<br>    *(Marketing)*<br>    *(Paid Commission)*<br>    *(Insurance)*<br>    *(Others)*<br>  Others<br>Operating Profit | | | | | |
| SECA | Qty<br>Sales | | | | | |
| Others | Qty<br>Sales | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  |  | November 2011 | December 2011 | 2010 Total [a] | 2011 Total [b] | 4/15-12/31 2011 Total [c] |
|---|---|---|---|---|---|---|---|
|  | HQ Direct Sales | Qty |  |  |  |  |  |
|  |  | Sales |  |  |  |  |  |
| [e] | Manufacturing | Qty |  |  |  |  |  |
|  |  | Sales |  |  |  |  |  |
|  |  | COGS |  |  |  |  |  |
|  |  | GA Expense |  |  |  |  |  |
|  |  |   (Labor cost) |  |  |  |  |  |
|  |  |   (Depreciation) |  |  |  |  |  |
|  |  |   (Others) |  |  |  |  |  |
|  |  | Sales Expense |  |  |  |  |  |
|  |  |   (Marketing) |  |  |  |  |  |
|  |  |   (Paid Commission) |  |  |  |  |  |
|  |  |   (Insurance) |  |  |  |  |  |
|  |  |   (Others) |  |  |  |  |  |
|  |  | R&D Expense |  |  |  |  |  |
|  |  |   (Labor cost) |  |  |  |  |  |
|  |  |   (Depreciation) |  |  |  |  |  |
|  |  |   (Others) |  |  |  |  |  |
|  |  | Operating Profit |  |  |  |  |  |
|  |  | (%) |  |  |  |  |  |
| [e] | Manufacturing | Litigation Expense (COGS) |  |  |  |  |  |
|  | STA and SEA | **Financials on a per unit basis** |  |  |  |  |  |
|  |  | STA & SEA ASP |  |  |  |  |  |
|  |  | STA & SEA COGS |  |  |  |  |  |
|  |  | STA & SEA Labor Cost |  |  |  |  |  |
|  |  | STA & SEA Depreciation |  |  |  |  |  |
|  |  | STA & SEA G&A Other |  |  |  |  |  |
|  |  | STA & SEA Logistics Cost |  |  |  |  |  |
|  |  | STA & SEA Marketing |  |  |  |  |  |
|  |  | STA & SEA Paid Commission |  |  |  |  |  |
|  |  | STA & SEA Insurance |  |  |  |  |  |
|  |  | STA & SEA Sales Expense Other |  |  |  |  |  |
|  |  | STA & SEA Operating Expense Other |  |  |  |  |  |
|  |  | STA & SEA Operating Profit Per Unit |  |  |  |  |  |
|  |  | Add: |  |  |  |  |  |
|  |  | STA & SEA COGS |  |  |  |  |  |
|  |  | Litigation Expense (COGS) |  |  |  |  |  |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | November 2011 | December 2011 | 2010 Total [a] | 2011 Total [b] | 4/15-12/31 2011 Total [c] |
|---|---|---|---|---|---|---|
| Manufacturing | Less: Manufacturing COGS | | | | | |
| | Manufacturing GA Expense Labor Cost | | | | | |
| | Manufacturing GA Expense Depreciation | | | | | |
| | Manufacturing GA Expense Other | | | | | |
| | Manufacturing Marketing | | | | | |
| | Manufacturing Paid Commission | | | | | |
| | Manufacturing Insurance | | | | | |
| | Manufacturing Sales Expense Other | | | | | |
| | Manufacturing R&D Expense Labor Cost | | | | | |
| | Manufacturing R&D Expense Depreciation | | | | | |
| | Manufacturing R&D Expense Other | | | | | |
| | STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense) | | | | | |
| | STA & SEA Units | | | | | |
| [f] | STA & SEA Operating Profit | | | | | |
| [g] | STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) | | | | | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  **Schedule 21.12**
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | 6/16-12/31 2011 Total [d] |
|---|---|---|
| Consolidated | Qty | |
| | Sales | |
| | ASP | |
| STA | Qty | |
| | Sales | |
| | COGS | |
| | Operating Expense | |
| |   G&A | |
| |     *(Labor cost)* | |
| |     *(Depreciation)* | |
| |     *(Others)* | |
| |   Sales Expenses | |
| |     *(Logistics Cost)* | |
| |     *(Marketing)* | |
| |     *(Paid Commission)* | |
| |     *(Insurance)* | |
| |     *(Others)* | |
| |   Others | |
| | Operating Profit | |
| SEA | Qty | |
| | Sales | |
| | COGS | |
| | Operating Expense | |
| |   G&A | |
| |     *(Labor cost)* | |
| |     *(Depreciation)* | |
| |     *(Others)* | |
| |   Sales Expenses | |
| |     *(Logistics Cost)* | |
| |     *(Marketing)* | |
| |     *(Paid Commission)* | |
| |     *(Insurance)* | |
| |     *(Others)* | |
| |   Others | |
| | Operating Profit | |
| SECA | Qty | |
| | Sales | |
| Others | Qty | |
| | Sales | |



**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

|  |  |  | **6/16-12/31 2011 Total** |
|---|---|---|---|
|  |  |  | [d] |
|  | HQ Direct Sales | Qty | ■ |
|  |  | Sales | ■ |
| [e] |  | Qty | ■ |
|  |  | Sales | ■ |
|  |  | COGS | ■ |
|  |  | GA Expense | ■ |
|  |  |   (Labor cost) | ■ |
|  |  |   (Depreciation) | ■ |
|  |  |   (Others) | ■ |
|  |  | Sales Expense | ■ |
|  |  |   (Marketing) | ■ |
|  | Manufacturing |   (Paid Commission) | ■ |
|  |  |   (Insurance) | ■ |
|  |  |   (Others) | ■ |
|  |  | R&D Expense | ■ |
|  |  |   (Labor cost) | ■ |
|  |  |   (Depreciation) | ■ |
|  |  |   (Others) | ■ |
|  |  | Operating Profit | ■ |
|  |  | (%) | ■ |
| [e] | Manufacturing | Litigation Expense (COGS) | ■ |
|  |  | **Financials on a per unit basis** | |
|  |  | STA & SEA ASP | ■ |
|  |  | STA & SEA COGS | ■ |
|  |  | STA & SEA Labor Cost | ■ |
|  |  | STA & SEA Depreciation | ■ |
|  |  | STA & SEA G&A Other | ■ |
|  | STA and SEA | STA & SEA Logistics Cost | ■ |
|  |  | STA & SEA Marketing | ■ |
|  |  | STA & SEA Paid Commission | ■ |
|  |  | STA & SEA Insurance | ■ |
|  |  | STA & SEA Sales Expense Other | ■ |
|  |  | STA & SEA Operating Expense Other | ■ |
|  |  | STA & SEA Operating Profit Per Unit | ■ |
|  |  | Add: | |
|  |  | STA & SEA COGS | ■ |
|  |  | Litigation Expense (COGS) | ■ |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | | **6/16-12/31 2011 Total** [d] |
|---|---|---|
| Manufacturing | Less:<br>Manufacturing COGS<br>Manufacturing GA Expense Labor Cost<br>Manufacturing GA Expense Depreciation<br>Manufacturing GA Expense Other<br>Manufacturing Marketing<br>Manufacturing Paid Commission<br>Manufacturing Insurance<br>Manufacturing Sales Expense Other<br>Manufacturing R&D Expense Labor Cost<br>Manufacturing R&D Expense Depreciation<br>Manufacturing R&D Expense O her<br>STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense)<br><br>STA & SEA Units |  |
| [f] | STA & SEA Operating Profit | |
| [g] | STA, SEA and SEC Consolidated Operating Profit (Including Profit from Chinese Manufacturing Subsidiaries) | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**     Schedule 21.12
**Samsung's Profit and Loss Statements**
**Samsung's Profit and Loss Statements, Galaxy S II 2**

| | May 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
|---|---|---|---|---|---|---|

*Notes:*
[a] Equals Sum of May 2010 through December 2010.
[b] Equals Sum of January 2011 through December 2011.
[c] Equals April 2011 times 50% plus May 2011 through December 2011. April 2011 is prorated by 50% to estimate figures from April 15th-30th.
[d] Equals June 2011 times 50% plus July 2011 through December 2011. June 2011 is prorated by 50% to estimate figures from June 16th-30th.

*Sources:*
SAMNDCA00376623-901. [14.1]
[e] Sales and expense data based on units sold in the US. [9.27]
[f] Equals STA & SEA Operating Profit Per Unit multiplied by STA & SEA Units.
[g] Equals STA, SEA and SEC Consolidated Operating Profit Per Unit (Including Profit from Chinese Manufacturing Subsidiaries Excluding Litigation Expense) multiplied by STA & SEA Units.