1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 APPLE INC., a California corporation,           CASE NO. 11-cv-01846-LHK

20              Plaintiff,                         **SAMSUNG'S NOTICE OF FILING
                                                   PURSUANT TO COURT'S SEPTEMBER
21         vs.                                     11, 2013 ORDER (DKT. NO. 2397) AND
                                                   GENERAL ORDER NO. 62**
22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
                Defendants.
26

27

28

Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE OF FILING

PLEASE TAKE NOTICE that pursuant to the Court's September 11, 2013 Order (Dkt. No. 2397) and General Order No. 62, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby file under-seal and public redacted versions of the following documents on the Court's docket:

- Exhibit 3 to the Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Martin Rule 37 Declaration") (Dkt. No. 801);
- Exhibit 8 to the Martin Rule 37 Declaration (Dkt. No. 801);
- Exhibit B to the Declaration of Timothy Sheppard in Support of Samsung's Opposition to Apple's Motion for Rule 37 Sanctions ("Sheppard Rule 37 Declaration") (Dkt. No. 801);
- Exhibit F to the Sheppard Rule 37 Declaration (Dkt. No. 801);
- Exhibit C to the Declaration of Christopher Price in Support of Samsung's Supplemental Response to Apple's Motion for Rule 37 Sanctions ("Price Rule 37 Declaration") (Dkt. No. 857);
- Samsung's Notice of Motion and Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories; Memorandum of Points and Authorities in Support Thereof ("Samsung's Motion to Strike Expert Testimony") (Dkt. No. 934);
- Exhibit T to the Declaration of Christopher Price in Support of Samsung's Motion to Strike Expert Testimony ("Price Motion to Strike Declaration") (Dkt. No. 934);
- Exhibit U to the Declaration of James Ward in Support of Samsung's Motion to Strike Expert Testimony ("Ward Motion to Strike Declaration") (Dkt. No. 934);
- Exhibit X to the Ward Motion to Strike Declaration (Dkt. No. 934); and
- Second Supplemental Declaration of Christopher Price in Support of Samsung's Motion to Strike Expert Testimony ("Second Supplemental Price Motion to Strike Declaration") (Dkt. No. 994).

Because the documents listed above include information designated confidential by Apple, Samsung, and third parties, and because some of the documents were also at issue on appeal to the

1  Federal Circuit from the Court's July 17, 2012 and August 9, 2012 Orders, Samsung has met and
2  conferred with Apple to prepare redacted versions that conform to the parties' sealing requests
3  made to the Court (*see* Dkt. Nos. 2231 and 2250) and identification of information requested to be
4  sealed by each party during the appeal to the Federal Circuit.  (*See* Dkt. No. 2380.)[1]
5         In addition, concurrently with this Notice, Samsung will be filing the following documents
6  under seal in their entirety:
7  - Exhibit 2 to the Martin Rule 37 Declaration (Dkt. No. 801);
8  - Exhibit 9 to the Martin Rule 37 Declaration (Dkt. No. 801);
9  - Exhibit 1 to the Declaration of Christopher Price in Support of Samsung's Opposition
10   to Apple's Motion for Rule 37 Sanctions ("Price Rule 37 Declaration") (Dkt. No. 801);
11 - Exhibit 7 to the Price Rule 37 Declaration (Dkt. No. 801);
12 - Exhibit 10 to the Price Rule 37 Declaration (Dkt. No. 801);
13 - Exhibit P to the Price Motion to Strike Declaration (Dkt. No. 934);
14 - Exhibit Q to the Price Motion to Strike Declaration (Dkt. No. 934);
15 - Exhibit R to the Price Motion to Strike Declaration (Dkt. No. 934);
16 - Exhibit S to the Price Motion to Strike Declaration (Dkt. No. 934);
17 - Exhibit U to the Price Motion to Strike Declaration (Dkt. No. 934);
18 - Exhibit V to the Price Motion to Strike Declaration (Dkt. No. 934);
19 - Exhibit W to the Price Motion to Strike Declaration (Dkt. No. 934);
20 - Exhibit Y to the Price Motion to Strike Declaration (Dkt. No. 934);
21 - Exhibit Z to the Price Motion to Strike Declaration (Dkt. No. 934);

---

[1] Exhibit C to the Price Rule 37 Declaration consists of the Expert Report of Terry L. Musika in its entirety.  The Musika Expert Report was subject to both Samsung's and Apple's appeals to the Federal Circuit.  Samsung understands that Apple will be filing excerpts from the same report as Exhibit B to the Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony (Dkt. No. 996).  Because the Court has granted Samsung's request to seal specific information in the Musika Expert Report, on Samsung's request, Apple will file its redacted version of Musika Exhibit B that conforms to Samsung's redacted version of Exhibit C to the Price Rule 37 Declaration.

1   • Exhibit AA to the Price Motion to Strike Declaration (Dkt. No. 934);

2   • Exhibit BB to the Price Motion to Strike Declaration (Dkt. No. 934);

3   • Exhibit CC to the Price Motion to Strike Declaration (Dkt. No. 934);

4   • Exhibit DD to the Price Motion to Strike Declaration (Dkt. No. 934);

5   • Exhibit FF to the Price Motion to Strike Declaration (Dkt. No. 934);

6   • Exhibit GG to the Price Motion to Strike Declaration (Dkt. No. 934);

7   • Exhibit 1 to the Supplemental Declaration of Christopher Price in Support of Samsung's Motion to Strike Expert Reports ("Supplemental Price Motion to Strike Declaration") (Dkt. No. 984);

10   • Exhibit 2 to the Supplemental Price Motion to Strike Declaration (Dkt. No. 984);

11   • Exhibit 3 to the Supplemental Price Motion to Strike Declaration (Dkt. No. 984);

12   • Exhibit 4 to the Supplemental Price Motion to Strike Declaration (Dkt. No. 984);

13   • Exhibit 5 to the Supplemental Price Motion to Strike Declaration (Dkt. No. 984);

14   • Exhibit 1 to the Corrected Supplemental Declaration of Christopher Price in Support of Samsung's Motion to Strike Expert Reports ("Corrected Supplemental Price Motion to Strike Declaration") (Dkt. No. 990);

17   • Exhibit 2 to the Corrected Supplemental Price Motion to Strike Declaration (Dkt. No. 990);

19   • Exhibit 3 to the Corrected Supplemental Price Motion to Strike Declaration (Dkt. No. 990);

21   • Exhibit 4 to the Corrected Supplemental Price Motion to Strike Declaration (Dkt. No. 990);

23   • Exhibit 5 to the Corrected Supplemental Price Motion to Strike Declaration (Dkt. No. 990);

25   • Exhibit B to the Second Supplemental Price Motion to Strike Declaration (Dkt. No. 994);

27   • Exhibit C the Second Supplemental Price Motion to Strike Declaration (Dkt. No. 994);

28

1  • Exhibit D to the Second Supplemental Price Motion to Strike Declaration (Dkt. No. 994); and

2  • Exhibit E to the Second Supplemental Price Motion to Strike Declaration (Dkt. No. 994).

DATED: September 25, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC