# EXHIBIT 3
# PUBLIC REDACTED VERSION

SAMSUNG

COMMUNICATIONS AMERICA

# 2011 Business Plan

2011.01.13

S T A

Confidential Business Information -- Subject to Protective Order

S-ITC-007274354



Confidential Business Information -- Subject to Protective Order

S-ITC-007274355

## CONTENTS

**1. 2011 Sales**

1-1. '11 Sales & Profit Summary(Yearly)
1-2. '11 Sales & Profit by Division(Monthly)
1-3. '11 WT Sales by Carrier(Yearly)
1-4. '11 WT Sales by Carrier(Monthly)
1-5. '11 WT Sales by End code

**2. 2011 P&L Summary**
Division P&L by Monthly

**3. Inventory & A/R Summary**

**4. 2011 BS Summary**

**5. Consolidated Profit since 1997 (**

**6. Consolidated Profit by Carrier 2008**

**5. 2011 Headcount Summary**

Confidential Business Information -- Subject to Protective Order

S-ITC-007274356



Confidential Business Information -- Subject to Protective Order

S-ITC-007274357

# CONTENTS



6. 2011 HHP Investment Summary

7. 2011 HHP Segment

7-1. '11 HHP Generation

7-2. '11 HHP Characteristic

Confidential Business Information -- Subject to Protective Order

S-ITC-007274358



Confidential Business Information -- Subject to Protective Order

S-ITC-007274359

# 1-1. '11 Sales & Profit Summary(Yearly)

| Division | | | 2009 Actual | 2010 Plan | Actual | Achieve(%) |
|---|---|---|---|---|---|---|
| WT | | Q'ty | ▮ | ▮ | ▮ | ▮ |
| | | Amt | ▮ | ▮ | ▮ | ▮ |
| | | ASP | ▮ | ▮ | ▮ | ▮ |
| | | PL | ▮ | ▮ | ▮ | ▮ |
| | | % | ▮ | ▮ | ▮ | ▮ |
| | HHP | Q'ty | ▮ | ▮ | ▮ | ▮ |
| | | Amt | ▮ | ▮ | ▮ | ▮ |
| | | ASP | ▮ | ▮ | ▮ | ▮ |
| | | PL | ▮ | ▮ | ▮ | ▮ |
| | | % | ▮ | ▮ | ▮ | ▮ |
| | Accessory | Amt | ▮ | ▮ | ▮ | ▮ |
| | | PL | ▮ | ▮ | ▮ | ▮ |
| | | % | ▮ | ▮ | ▮ | ▮ |
| | Media Hub | Amt | ▮ | ▮ | ▮ | ▮ |
| | | PL | ▮ | ▮ | ▮ | ▮ |
| | | % | ▮ | ▮ | ▮ | ▮ |
| STB | | Q'ty | ▮ | ▮ | ▮ | ▮ |
| | | Amt | ▮ | ▮ | ▮ | ▮ |
| | | PL | ▮ | ▮ | ▮ | ▮ |
| | | % | ▮ | ▮ | ▮ | ▮ |
| BCS | | Amt | ▮ | ▮ | ▮ | ▮ |
| | | PL | ▮ | ▮ | ▮ | ▮ |
| | | % | ▮ | ▮ | ▮ | ▮ |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274360



Confidential Business Information -- Subject to Protective Order

| | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 31 | WiMax | | Amt | | | | |
| 32 | | | PL | | | | |
| 33 | | | % | | | | |
| 34 | Wireless System | | Amt | | | | |
| 35 | | | PL | | | | |
| 36 | | | % | | | | |
| 37 | Covad | | Amt | | | | |
| 38 | | | PL | | | | |
| 39 | | | % | | | | |
| 40 | FB Memory | | Amt | | | | |
| 41 | | | PL | | | | |
| 42 | | | % | | | | |
| 43 | **Sales Total** | | Amt | | | | |
| 44 | | | PL | | | | |
| 45 | | | % | | | | |
| 46 | SVC | | Amt | | | | |
| 47 | HQ SPPT | | PL | | | | |
| 48 | **Set Total** | | Amt | | | | |
| 49 | | | PL | | | | |
| 50 | | | % | | | | |
| 51 | R&D | | Amt | | | | |
| 52 | | | PL | | | | |
| 53 | **STA Total** | | Amt | | | | |
| 54 | | | PL | | | | |
| 55 | | | % | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | | | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274363



Confidential Business Information -- Subject to Protective Order

S-ITC-007274364



Confidential Business Information -- Subject to Protective Order

S-ITC-007274365

# 1-2. '11 Sales & Profit Summary(Monthly)

| Division | | | YTD | 1Q | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|
| WT | HHP | Q'ty | | | | | |
| | | Amt | | | | | |
| | | ASP | | | | | |
| | | PL | | | | | |
| | | % | | | | | |
| | | Q'ty | | | | | |
| | | Amt | | | | | |
| | | ASP | | | | | |
| | | PL | | | | | |
| | | % | | | | | |
| | Accessory | Amt | | | | | |
| | | PL | | | | | |
| | | % | | | | | |
| STB | | Q'ty | | | | | |
| | | Amt | | | | | |
| | | PL | | | | | |
| | | % | | | | | |
| BCS | | Amt | | | | | |
| | | PL | | | | | |
| | | % | | | | | |
| WiMax | | Amt | | | | | |
| | | PL | | | | | |
| | | % | | | | | |
| Wireless System | | Amt | | | | | |
| | | PL | | | | | |
| | | % | | | | | |
| Covad | | Amt | | | | | |
| | | PL | | | | | |
| | | % | | | | | |

Confidential Business Information -- Subject to Protective Order

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 37 | | | Amt | | | | | |
| 38 | FB Memory | | PL | | | | | |
| 39 | | | % | | | | | |
| 40 | | | Amt | | | | | |
| 41 | Sales Total | | PL | | | | | |
| 42 | | | % | | | | | |
| 43 | SVC | | Amt | | | | | |
| 44 | HQ SPPT | | PL | | | | | |
| 45 | | | Amt | | | | | |
| 46 | Set Total | | PL | | | | | |
| 47 | | | % | | | | | |
| 48 | R&D | | Amt | | | | | |
| 49 | | | PL | | | | | |
| 50 | | | Amt | | | | | |
| 51 | STA Total | | PL | | | | | |
| 52 | | | % | | | | | |

S-ITC-007274368



S-ITC-007274369

# 1-3. '11 HHP Sales & Profit(Yearly)

| | | | | 2009 | 2010 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Actual | Plan | Acutal | Achieve(%) | Plan | Gwoth | 1Q |
| HHP Total | | | Qty | | | | | | | |
| | | | Net Sales (ASP) | | | | | | | |
| | VZW | | Qty | | | | | | | |
| | | | Net Sales (ASP) | | | | | | | |
| | Sprint | | Qty | | | | | | | |
| | | | Net Sales (ASP) | | | | | | | |
| | AT&T | | Qty | | | | | | | |
| | | | Net Sales (ASP) | | | | | | | |
| | TMO | | Qty | | | | | | | |
| | | | Net Sales (ASP) | | | | | | | |
| | Regional | | Qty | | | | | | | |
| | | | Net Sales (ASP) | | | | | | | |

※ '09, '10 Plan and Fcst. reported to HQ(Exclude CLW, Include Seed Qty)
※ 11 Plan reported to HQ(Include CLW)

Confidential Business Information -- Subject to Protective Order

S-ITC-007274370



Confidential Business Information -- Subject to Protective Order

S-ITC-007274371

# 1-4. '11 WT Sales & Carrier(Monthly)

| | YTD | 1Q | | | | 2Q | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | | Apr | May | Jun |
| HHP Total | Qty | | | | | | | | |
| | Net Sales (ASP) | | | | | | | | |
| VZW | Qty | | | | | | | | |
| | Net Sales (ASP) | | | | | | | | |
| Sprint | Qty | | | | | | | | |
| | Net Sales (ASP) | | | | | | | | |
| AT&T | Qty | | | | | | | | |
| | Net Sales (ASP) | | | | | | | | |
| TMO | Qty | | | | | | | | |
| | Net Sales (ASP) | | | | | | | | |
| Regional | Qty | | | | | | | | |
| | Net Sales (ASP) | | | | | | | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274372



Confidential Business Information -- Subject to Protective Order

S-ITC-007274373

## 1-5. '11 WT Sales by End code

| | | Jan | Feb | Mar | Apr | May | Jun | July | Aug |
|---|---|---|---|---|---|---|---|---|---|
| VZW | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |
| SPR | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |
| ATT | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |
| TMO | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |
| MTR | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |
| USC | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |
| CRI | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |
| XAR | Q'ty | | | | | | | | |
| | G.Sales | | | | | | | | |
| | N.Sales | | | | | | | | |
| | U/P | | | | | | | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274374



Confidential Business Information -- Subject to Protective Order

S-ITC-007274375

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | | Greatcall | | Q'ty | | | | | | | | |
| 38 | | | | G.Sales | | | | | | | | |
| 39 | | | | N.Sales | | | | | | | | |
| 40 | | | | U/P | | | | | | | | |
| 41 | | TRF | | Q'ty | | | | | | | | |
| 42 | | | | G.Sales | | | | | | | | |
| 43 | | | | N.Sales | | | | | | | | |
| 44 | | | | U/P | | | | | | | | |
| 45 | | HHP Total | | Q'ty | | | | | | | | |
| 46 | | | | G.Sales | | | | | | | | |
| 47 | | | | N.Sales | | | | | | | | |
| 48 | | | | U/P | | | | | | | | |
| 49 | | Accy | | G.Sales | | | | | | | | |
| 50 | | | | N.Sales | | | | | | | | |
| 51 | | WT Total | | G.Sales | | | | | | | | |
| 52 | | | | N.Sales | | | | | | | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274376



Confidential Business Information -- Subject to Protective Order

S-ITC-007274377

# 2. 2011 Business Plan P&L (STA)

| | B / C | D | F (2010 Total Actual) |
|---|---|---|---|
| 1 | | | |
| 5 | Sales Qty | | |
| 6 | Gross Sales | | |
| 8 | Sales | | |
| 9 | Other Sales | | |
| 10 | Return Sales | | |
| 11 | CDE | | |
| 12 | Sales Allowance | | |
| 13 | Rebate | | |
| 14 | Cash Discount | | |
| 15 | Price Protection | | |
| 16 | Net Sales Amt | | |
| 17 | Cost of Goods Sold | | |
| 18 | Material Cost | | |
| 19 | Other Expenses | | |
| 20 | Return CGS | | |
| 21 | Other Expense | | |
| 22 | | LCM | |
| 23 | | E&O | |
| 24 | | Inventory Loss(O) | |
| 25 | | Inventory Loss(P) | |
| 26 | | CGS Others | |
| 27 | Gross Margin | | |
| 28 | Operating Expense | | |
| 29 | Sales Admin Expense | | |
| 30 | | Labor Cost | |
| 31 | | Service Exp | |
| 32 | | Trans Exp | |
| 33 | | Warehouse Fee | |
| 34 | | Marketing Exp | |
| 35 | | Depreciation | |
| 36 | | Paid Commission | |
| 37 | | Insurance | |
| 38 | | Sample | |
| 39 | | IT Expense | |
| 40 | | Lease & Rent | |
| 41 | | Bad Debt Exp | |
| 42 | | Other Expense | |
| 43 | R&D Expense | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274379



Confidential Business Information -- Subject to Protective Order

| Row | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 44 | | | | RD.Ordinary Exp-Mat | | |
| 45 | | | | RD.R&D Labor | | |
| 46 | | | | RD.Depreciation | | |
| 47 | | | | RD.Consumable | | |
| 48 | | | | RD.Others | | |
| 49 | | | | RD.Royalty | | |
| 50 | | | | RD.Outsourcing SVC | | |
| 51 | | | Admin. Expense | Labor Cost | | |
| 52 | | | | Depreciation | | |
| 53 | | | | Paid Commission | | |
| 54 | | | | IT Expense | | |
| 55 | | | | Other | | |
| 56 | | | | | | |
| 57 | | | Other Opreating Profit&Loss | | | |
| 58 | | | | Operating Profit | | |
| 59 | | | | Opreating Loss | | |
| 60 | Operating Profit | | | | | |
| 61 | NOI/NOE Total | | NOI | | | |
| 62 | | | NOE | | | |
| 63 | | | | | | |
| 64 | Income before Tax | | | | | |
| 65 | NET O/H | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274382



Confidential Business Information -- Subject to Protective Order

S-ITC-007274383

# 2. 2011 Business Plan P&L (SET)

| | | | 2010 Total Actual |
|---|---|---|---|
| Sales Q'ty | | | |
| Gross Sales | | | |
| | Sales | | |
| | Other Sales | | |
| | Return Sales | | |
| CDE | | | |
| | Sales Allowance | | |
| | Rebate | | |
| | Cash Discount | | |
| | Price Protection | | |
| Net Sales Amt | | | |
| Cost of Goods Sold | | | |
| | Material Cost | | |
| | Other Expenses | | |
| | Return CGS | | |
| | Other Expense | | |
| | | LCM | |
| | | E&O | |
| | | Inventory Loss(Q) | |
| | | Inventory Loss(P) | |
| | | CGS Others | |
| Gross Margin | | | |
| Operating Expense | | | |
| | Sales Admin Expense | | |
| | | Labor Cost | |
| | | Service Exp | |
| | | Trans Exp | |
| | | Warehouse Fee | |
| | | Marketing Exp | |
| | | Depreciation | |
| | | Paid Commission | |
| | | Insurance | |
| | | Sample | |
| | | IT Expense | |
| | | Lease & Rent | |
| | | Bad Debt Exp | |
| | | Other Expense | |
| | R&D Expense | | |
| | | RD.Ordinary Exp-Mat | |

S-ITC-007274384



Confidential Business Information -- Subject to Protective Order

S-ITC-007274385



Confidential Business Information -- Subject to Protective Order

S-ITC-007274386

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 45 | | | | RD.R&D Labor | | |
| 46 | | | | RD.Depreciation\ | | |
| 47 | | | | RD.Consumable | | |
| 48 | | | | RD.Others | | |
| 49 | | | | RD.Royalty | | |
| 50 | | | | RD.Outsourcing SVC | | |
| 51 | | | Admin. Expense | | | |
| 52 | | | | Labor Cost | | |
| 53 | | | | Depreciation | | |
| 54 | | | | Paid Commission | | |
| 55 | | | | IT Expense | | |
| 56 | | | | Other | | |
| 57 | | | Other Opreating Profit&Loss | | | |
| 58 | | | | Opreating Profit | | |
| 59 | | | | Opreating Loss | | |
| 60 | | Operating Profit | | | | |
| 61 | | NOI/NOE Total | | | | |
| 62 | | | NOI | | | |
| 63 | | | NOE | | | |
| 64 | | Income before Tax | | | | |
| 65 | | NET O/H | | | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274387



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274389

# 2. 2011 Business Plan P&L (Sales)

| | Category | Subcategory | 2010 Total Actual | % |
|---|---|---|---|---|
| Sales Q'ty | | | | |
| Gross Sales | | | | |
| | Sales | | | |
| | Other Sales | | | |
| | Return Sales | | | |
| CDE | | | | |
| | Sales Allowance | | | |
| | Rebate | | | |
| | Cash Discount | | | |
| | Price Protection | | | |
| Net Sales Amt | | | | |
| Cost of Goods Sold | | | | |
| | Material Cost | | | |
| | Other Expenses | | | |
| | Return CGS | | | |
| | Other Expense | | | |
| | | LCM | | |
| | | E&O | | |
| | | Inventory Loss(Q) | | |
| | | Inventory Loss(P) | | |
| | | CGS Others | | |
| Gross Margin | | | | |
| Operating Expense | | | | |
| | Sales Admin Expense | | | |
| | | Labor Cost | | |
| | | Service Exp | | |
| | | Trans Exp | | |
| | | Warehouse Fee | | |
| | | Marketing Exp | | |
| | | Depreciation | | |
| | | Paid Commission | | |
| | | Insurance | | |
| | | Sample | | |
| | | IT Expense | | |
| | | Lease & Rent | | |
| | | Bad Debt Exp | | |
| | | Other Expense | | |
| | R&D Expense | | | |
| | | RD.Ordinary Exp-Mat | | |

Confidential Business Information -- Subject to Protective Order



S-ITC-007274391



Confidential Business Information -- Subject to Protective Order

| A | B | C | D |
|---|---|---|---|
| 45 | | | RD.R&D Labor |
| 46 | | | RD.Depreciation |
| 47 | | | RD.Consumable |
| 48 | | | RD.Others |
| 49 | | | RD.Royalty |
| 50 | | | RD.Outsourcing SVC |
| 51 | | Admin. Expense | |
| 52 | | | Labor Cost |
| 53 | | | Depreciation |
| 54 | | | Paid Commission |
| 55 | | | IT Expense |
| 56 | | | Other |
| 57 | | Other Opreating Profit&Loss | |
| 58 | | | Opreating Profit |
| 59 | Operating Profit | | Opreating Loss |
| 60 | NOI/NOE Total | | |
| 61 | | NOI | |
| 62 | | NOE | |
| 63 | Income before Tax | | |
| 64 | NET O/H | | |
| 65 | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274394



Confidential Business Information -- Subject to Protective Order

S-ITC-007274395

# 2. 2011 Business Plan P&L (WT)

| | 2010 Total | |
|---|---|---|
| | Actual | % |

Sales Q'ty

Gross Sales
- Sales
- Other Sales
- Return Sales

CDE
- Sales Allowance
- Rebate
- Cash Discount
- Price Protection

Net Sales Amt

Cost of Goods Sold
- Material Cost
- Other Expenses
- Return CGS
- Other Expense
  - LCM
  - E&O
  - Inventory Loss(Q)
  - Inventory Loss(P)
  - CGS Others

Gross Margin

Operating Expense
- Sales Admin Expense
  - Labor Cost
  - Service Exp
  - Trans Exp
  - Warehouse Fee
  - Marketing Exp
  - Depreciation
  - Paid Commission
  - Insurance
  - Sample
  - IT Expense
  - Lease & Rent
  - Bad Debt Exp
  - Other Expense
- R&D Expense
  - RD.Ordinary Exp-Mat

Confidential Business Information -- Subject to Protective Order

S-ITC-007274396



Confidential Business Information -- Subject to Protective Order

S-ITC-007274397



Confidential Business Information -- Subject to Protective Order

S-ITC-007274398

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 45 | | | | RD.R&D Labor | | | |
| 46 | | | | RD.Depreciation | | | |
| 47 | | | | RD.Consumable | | | |
| 48 | | | | RD.Others | | | |
| 49 | | | | RD.Royalty | | | |
| 50 | | | | RD.Outsourcing SVC | | | |
| 51 | | | Admin. Expense | | | | |
| 52 | | | | Labor Cost | | | |
| 53 | | | | Depreciation | | | |
| 54 | | | | Paid Commission | | | |
| 55 | | | | IT Expense | | | |
| 56 | | | | Other | | | |
| 57 | | | Other Opreating Profit&Loss | | | | |
| 58 | | | | Opreating Profit | | | |
| 59 | | | | Opreating Loss | | | |
| 60 | Operating Profit | | | | | | |
| 61 | NOI/NOE Total | | NOI | | | | |
| 62 | | | NOE | | | | |
| 63 | | | | | | | |
| 64 | Income before Tax | | | | | | |
| 65 | NET O/H | | | | | | |



Confidential Business Information -- Subject to Protective Order

S-ITC-007274400



S-ITC-007274401

# 2. 2011 Business Plan P&L (STB)

| | | | | 2010 Total Actual | % |
|---|---|---|---|---|---|
| Sales Q'ty | | | | | |
| Gross Sales | | | | | |
| | Sales | | | | |
| | Other Sales | | | | |
| | Return Sales | | | | |
| CDE | | | | | |
| | Sales Allowance | | | | |
| | Rebate | | | | |
| | Cash Discount | | | | |
| | Price Protection | | | | |
| Net Sales Amt | | | | | |
| Cost of Goods Sold | | | | | |
| | Material Cost | | | | |
| | Other Expenses | | | | |
| | Return CGS | | | | |
| | Other Expense | | | | |
| | | LCM | | | |
| | | E&O | | | |
| | | Inventory Loss(Q) | | | |
| | | Inventory Loss(P) | | | |
| | | CGS Others | | | |
| Gross Margin | | | | | |
| Operating Expense | | | | | |
| | Sales Admin Expense | | | | |
| | | Labor Cost | | | |
| | | Service Exp | | | |
| | | Trans Exp | | | |
| | | Warehouse Fee | | | |
| | | Marketing Exp | | | |
| | | Depreciation | | | |
| | | Paid Commission | | | |
| | | Insurance | | | |
| | | Sample | | | |
| | | IT Expense | | | |
| | | Lease & Rent | | | |
| | | Bad Debt Exp | | | |
| | | Other Expense | | | |
| | R&D Expense | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274403



Confidential Business Information -- Subject to Protective Order

S-ITC-007274404

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 44 | | | | RD.Ordinary Exp-Mat | | | |
| 45 | | | | RD.R&D Labor | | | |
| 46 | | | | RD.Depreciation | | | |
| 47 | | | | RD.Consumable | | | |
| 48 | | | | RD.Others | | | |
| 49 | | | | RD.Royalty | | | |
| 50 | | | | RD.Outsourcing SVC | | | |
| 51 | | | Admin. Expense | | | | |
| 52 | | | | Labor Cost | | | |
| 53 | | | | Depreciation | | | |
| 54 | | | | Paid Commission | | | |
| 55 | | | | IT Expense | | | |
| 56 | | | | Other | | | |
| 57 | | | Other Opreating Profit&Loss | | | | |
| 58 | | | | Opreating Profit | | | |
| 59 | | | | Opreating Loss | | | |
| 60 | Operating Profit | | | | | | |
| 61 | NOI/NOE Total | | | | | | |
| 62 | | | NOI | | | | |
| 63 | | | NOE | | | | |
| 64 | Income before Tax | | | | | | |
| 65 | NET O/H | | | | | | |



Confidential Business Information -- Subject to Protective Order

S-ITC-007274406



S-ITC-007274407

# 2. 2011 Business Plan P&L (BCS)

| | | | 2010 Total | |
| --- | --- | --- | --- | --- |
| | | | Actual | % |
| Sales Qty | | | | |
| Gross Sales | | | | |
| | Sales | | | |
| | Other Sales | | | |
| | Return Sales | | | |
| CDE | | | | |
| | Sales Allowance | | | |
| | Rebate | | | |
| | Cash Discount | | | |
| | Price Protection | | | |
| Net Sales Amt | | | | |
| Cost of Goods Sold | | | | |
| | Material Cost | | | |
| | Other Expenses | | | |
| | Return CGS | | | |
| | Other Expense | | | |
| | | LCM | | |
| | | E&O | | |
| | | Inventory Loss(Q) | | |
| | | Inventory Loss(P) | | |
| | | CGS Others | | |
| Gross Margin | | | | |
| Operating Expense | | | | |
| | Sales Admin Expense | | | |
| | | Labor Cost | | |
| | | Service Exp | | |
| | | Trans Exp | | |
| | | Warehouse Fee | | |
| | | Marketing Exp | | |
| | | Depreciation | | |
| | | Paid Commission | | |
| | | Insurance | | |
| | | Sample | | |
| | | IT Expense | | |
| | | Lease & Rent | | |
| | | Bad Debt Exp | | |
| | | Other Expense | | |
| | R&D Expense | | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274408



Confidential Business Information -- Subject to Protective Order

S-ITC-007274409



Confidential Business Information -- Subject to Protective Order

S-ITC-007274410

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 44 | | | | RD.Ordinary Exp-Mat | | | |
| 45 | | | | RD.R&D Labor | | | |
| 46 | | | | RD.Depreciation | | | |
| 47 | | | | RD.Consumable | | | |
| 48 | | | | RD.Others | | | |
| 49 | | | | RD.Royalty | | | |
| 50 | | | | RD.Outsourcing SVC | | | |
| 51 | | | Admin. Expense | | | | |
| 52 | | | | Labor Cost | | | |
| 53 | | | | Depreciation | | | |
| 54 | | | | Paid Commission | | | |
| 55 | | | | IT Expense | | | |
| 56 | | | | Other | | | |
| 57 | | | Other Opreating Profit&Loss | | | | |
| 58 | | | | Opreating Profit | | | |
| 59 | | | | Opreating Loss | | | |
| 60 | Operating Profit | | | | | | |
| 61 | NOI/NOE Total | | | | | | |
| 62 | | | NOI | | | | |
| 63 | | | NOE | | | | |
| 64 | Income before Tax | | | | | | |
| 65 | NET O/H | | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274412



Confidential Business Information -- Subject to Protective Order

S-ITC-007274413

# 2. 2011 Business Plan P&L (Wimax)

| | B / C | D | F |
|---|---|---|---|
| | | | 2010 Total Actual |
| | Sales Q'ty | | |
| | Gross Sales | | |
| | Sales | | |
| | Other Sales | | |
| | Return Sales | | |
| | CDE | | |
| | Sales Allowance | | |
| | Rebate | | |
| | Cash Discount | | |
| | Price Protection | | |
| | Net Sales Amt | | |
| | Cost of Goods Sold | | |
| | Material Cost | | |
| | Other Expenses | | |
| | Return CGS | | |
| | Other Expense | | |
| | | LCM | |
| | | E&O | |
| | | Inventory Loss(Q) | |
| | | Inventory Loss(P) | |
| | | CGS Others | |
| | Gross Margin | | |
| | Operating Expense | | |
| | Sales Admin Expense | | |
| | | Labor Cost | |
| | | Service Exp | |
| | | Trans Exp | |
| | | Warehouse Fee | |
| | | Marketing Exp | |
| | | Depreciation | |
| | | Paid Commission | |
| | | Insurance | |
| | | Sample | |
| | | IT Expense | |
| | | Lease & Rent | |
| | | Bad Debt Exp | |
| | | Other Expense | |
| | R&D Expense | | |

S-ITC-007274414



Confidential Business Information -- Subject to Protective Order

S-ITC-007274415



Confidential Business Information -- Subject to Protective Order

S-ITC-007274416

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 44 | | | | RD.Ordinary Exp-Mat | | |
| 45 | | | | RD.R&D Labor | | |
| 46 | | | | RD.Depreciation | | |
| 47 | | | | RD.Consumable | | |
| 48 | | | | RD.Others | | |
| 49 | | | | RD.Royalty | | |
| 50 | | | | RD.Outsourcing SVC | | |
| 51 | | | Admin. Expense | | | |
| 52 | | | | Labor Cost | | |
| 53 | | | | Depreciation | | |
| 54 | | | | Paid Commission | | |
| 55 | | | | IT Expense | | |
| 56 | | | | Other | | |
| 57 | | | Other Opreating Profit&Loss | | | |
| 58 | | | | Opreating Profit | | |
| 59 | | | | Opreating Loss | | |
| 60 | | Operating Profit | | | | |
| 61 | | NOI/NOE Total | | | | |
| 62 | | | NOI | | | |
| 63 | | | NOE | | | |
| 64 | | Income before Tax | | | | |
| 65 | | NET O/H | | | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274417



Confidential Business Information -- Subject to Protective Order

S-ITC-007274418



Confidential Business Information -- Subject to Protective Order

S-ITC-007274419

# 2. 2011 Business Plan P&L (WS)

| | | | 2010 Total Actual | % |
|---|---|---|---|---|
| Sales Q'ty | | | | |
| Gross Sales | | | | |
| | Sales | | | |
| | Other Sales | | | |
| | Return Sales | | | |
| CDE | | | | |
| | Sales Allowance | | | |
| | Rebate | | | |
| | Cash Discount | | | |
| | Price Protection | | | |
| Net Sales Amt | | | | |
| Cost of Goods Sold | | | | |
| | Material Cost | | | |
| | Other Expenses | | | |
| | Return CGS | | | |
| | Other Expense | | | |
| | | LCM | | |
| | | E&O | | |
| | | Inventory Loss(Q) | | |
| | | Inventory Loss(P) | | |
| | | CGS Others | | |
| Gross Margin | | | | |
| Operating Expense | | | | |
| | Sales Admin Expense | | | |
| | | Labor Cost | | |
| | | Service Exp | | |
| | | Trans Exp | | |
| | | Warehouse Fee | | |
| | | Marketing Exp | | |
| | | Depreciation | | |
| | | Paid Commission | | |
| | | Insurance | | |
| | | Sample | | |
| | | IT Expense | | |
| | | Lease & Rent | | |
| | | Bad Debt Exp | | |
| | | Other Expense | | |
| | R&D Expense | | | |
| | | RD Ordinary Exp-Mat | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274420



Confidential Business Information -- Subject to Protective Order

S-ITC-007274421



Confidential Business Information -- Subject to Protective Order

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 45 | | | | | | | |
| 46 | | | | RD.R&D Labor | | | |
| 47 | | | | RD.Depreciation | | | |
| 48 | | | | RD.Consumable | | | |
| 49 | | | | RD.Others | | | |
| 50 | | | | RD.Royalty | | | |
| 51 | | | | RD.Outsourcing SVC | | | |
| 52 | | | Admin. Expense | Labor Cost | | | |
| 53 | | | | Depreciation | | | |
| 54 | | | | Paid Commission | | | |
| 55 | | | | IT Expense | | | |
| 56 | | | | Other | | | |
| 57 | | | Other Opreating Profit&Loss | | | | |
| 58 | | | | Opreating Profit | | | |
| 59 | | | | Opreating Loss | | | |
| 60 | | Operating Profit | | | | | |
| 61 | | NOI/NOE Total | NOI | | | | |
| 62 | | | NOE | | | | |
| 63 | | Income before Tax | | | | | |
| 64 | | NET O/H | | | | | |
| 65 | | | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274424



Confidential Business Information -- Subject to Protective Order

S-ITC-007274425

# 2. 2011 Business Plan P&L (Memory)

| | | | 2010 Total Actual |
|---|---|---|---|
| Sales Q'ty | | | |
| Gross Sales | | | |
| | Sales | | |
| | Other Sales | | |
| | Return Sales | | |
| CDE | | | |
| | Sales Allowance | | |
| | Rebate | | |
| | Cash Discount | | |
| | Price Protection | | |
| Net Sales Amt | | | |
| Cost of Goods Sold | | | |
| | Material Cost | | |
| | Other Expenses | | |
| | Return CGS | | |
| | Other Expense | | |
| | | LCM | |
| | | E&O | |
| | | Inventory Loss(Q) | |
| | | Inventory Loss(P) | |
| | | CGS Others | |
| Gross Margin | | | |
| Operating Expense | | | |
| | Sales Admin Expense | | |
| | | Labor Cost | |
| | | Service Exp | |
| | | Trans Exp | |
| | | Warehouse Fee | |
| | | Marketing Exp | |
| | | Depreciation | |
| | | Paid Commission | |
| | | Insurance | |
| | | Sample | |
| | | IT Expense | |
| | | Lease & Rent | |
| | | Bad Debt Exp | |
| | | Other Expense | |
| | R&D Expense | | |
| | | RD.Ordinary Exp-Mat | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274426



Confidential Business Information -- Subject to Protective Order

S-ITC-007274427



Confidential Business Information -- Subject to Protective Order

S-ITC-007274428

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 45 | | | | RD-R&D Labor | | |
| 46 | | | | RD.Depreciation | | |
| 47 | | | | RD.Consumable | | |
| 48 | | | | RD.Others | | |
| 49 | | | | RD.Royalty | | |
| 50 | | | | RD.Outsourcing SVC | | |
| 51 | | | Admin. Expense | | | |
| 52 | | | | Labor Cost | | |
| 53 | | | | Depreciation | | |
| 54 | | | | Paid Commission | | |
| 55 | | | | IT Expense | | |
| 56 | | | | Other | | |
| 57 | | | Other Opreating Profit&Loss | | | |
| 58 | | | | Opreating Profit | | |
| 59 | | | | Opreating Loss | | |
| 60 | Operating Profit | | | | | |
| 61 | NOI/NOE Total | | | | | |
| 62 | | | NOI | | | |
| 63 | | | NOE | | | |
| 64 | Income before Tax | | | | | |
| 65 | NET O/H | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274431

# 2. 2011 Business Plan P&L (SVC)

| | | | 2010 Total Actual | % |
|---|---|---|---|---|
| Sales Q'ty | | | | |
| Gross Sales | | | | |
| | Sales | | | |
| | Other Sales | | | |
| | Return Sales | | | |
| CDE | | | | |
| | Sales Allowance | | | |
| | Rebate | | | |
| | Cash Discount | | | |
| | Price Protection | | | |
| Net Sales Amt | | | | |
| Cost of Goods Sold | | | | |
| | Material Cost | | | |
| | Other Expenses | | | |
| | Return CGS | | | |
| | Other Expense | | | |
| | | LCM | | |
| | | E&O | | |
| | | Inventory Loss(Q) | | |
| | | Inventory Loss(P) | | |
| | | CGS Others | | |
| Gross Margin | | | | |
| Operating Expense | | | | |
| | Sales Admin Expense | | | |
| | | Labor Cost | | |
| | | Service Exp | | |
| | | Trans Exp | | |
| | | Warehouse Fee | | |
| | | Marketing Exp | | |
| | | Depreciation | | |
| | | Paid Commission | | |
| | | Insurance | | |
| | | Sample | | |
| | | IT Expense | | |
| | | Lease & Rent | | |
| | | Bad Debt Exp | | |
| | | Other Expense | | |
| | R&D Expense | | | |
| | | RD.Ordinary Exp-Mat | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274432

Confidential Business Information -- Subject to Protective Order

S-ITC-007274433



Confidential Business Information -- Subject to Protective Order

S-ITC-007274434

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 45 | | | | RD.R&D Labor | | | |
| 46 | | | | RD.Depreciation | | | |
| 47 | | | | RD.Consumable | | | |
| 48 | | | | RD.Others | | | |
| 49 | | | | RD.Royalty | | | |
| 50 | | | | RD.Outsourcing SVC | | | |
| 51 | | | Admin. Expense | | | | |
| 52 | | | | Labor Cost | | | |
| 53 | | | | Depreciation | | | |
| 54 | | | | Paid Commission | | | |
| 55 | | | | IT Expense | | | |
| 56 | | | | Other | | | |
| 57 | | | Other Opreating Profit&Loss | | | | |
| 58 | | | | Opreating Profit | | | |
| 59 | | | | Opreating Loss | | | |
| 60 | Operating Profit | | | | | | |
| 61 | NOI/NOE Total | | NOI | | | | |
| 62 | | | NOE | | | | |
| 63 | | | | | | | |
| 64 | Income before Tax | | | | | | |
| 65 | NET O/H | | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274436



Confidential Business Information -- Subject to Protective Order

# 2. 2011 Business Plan P&L (HQ)

|  | A | B | C | D | F | G |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 2010 Total |  |
|  |  |  |  |  | Actual | % |
| 5 | Sales Q'ty |  |  |  |  |  |
| 6 | Gross Sales |  |  |  |  |  |
| 8 |  | Sales |  |  |  |  |
| 9 |  | Other Sales |  |  |  |  |
| 10 |  | Return Sales |  |  |  |  |
| 11 | CDE |  |  |  |  |  |
| 12 |  | Sales Allowance |  |  |  |  |
| 13 |  | Rebate |  |  |  |  |
| 14 |  | Cash Discount |  |  |  |  |
| 15 |  | Price Protection |  |  |  |  |
| 16 | Net Sales Amt |  |  |  |  |  |
| 17 | Cost of Goods Sold |  |  |  |  |  |
| 18 |  | Material Cost |  |  |  |  |
| 19 |  | Other Expenses |  |  |  |  |
| 20 |  | Return CGS |  |  |  |  |
| 21 |  | Other Expense |  |  |  |  |
| 22 |  |  | LCM |  |  |  |
| 23 |  |  | E&O |  |  |  |
| 24 |  |  | Inventory Loss(Q) |  |  |  |
| 25 |  |  | Inventory Loss(P) |  |  |  |
| 26 |  |  | CGS Others |  |  |  |
| 27 | Gross Margin |  |  |  |  |  |
| 28 | Operating Expense |  |  |  |  |  |
| 29 |  | Sales Admin Expense |  |  |  |  |
| 30 |  |  | Labor Cost |  |  |  |
| 31 |  |  | Service Exp |  |  |  |
| 32 |  |  | Trans Exp |  |  |  |
| 33 |  |  | Warehouse Fee |  |  |  |
| 34 |  |  | Marketing Exp |  |  |  |
| 35 |  |  | Depreciation |  |  |  |
| 36 |  |  | Paid Commission |  |  |  |
| 37 |  |  | Insurance |  |  |  |
| 38 |  |  | Sample |  |  |  |
| 39 |  |  | IT Expense |  |  |  |
| 40 |  |  | Lease & Rent |  |  |  |
| 41 |  |  | Bad Debt Exp |  |  |  |
| 42 |  |  | Other Expense |  |  |  |
| 43 |  | R&D Expense |  |  |  |  |
| 44 |  |  | RD.Ordinary Exp-Mat |  |  |  |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274438



Confidential Business Information -- Subject to Protective Order

S-ITC-007274439



Confidential Business Information -- Subject to Protective Order

S-ITC-007274440

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 45 | | | | RD.R&D Labor | | | |
| 46 | | | | RD.Depreciation | | | |
| 47 | | | | RD.Consumable | | | |
| 48 | | | | RD.Others | | | |
| 49 | | | | RD.Royalty | | | |
| 50 | | | | RD.Outsourcing SVC | | | |
| 51 | | | Admin. Expense | | | | |
| 52 | | | | Labor Cost | | | |
| 53 | | | | Depreciation | | | |
| 54 | | | | Paid Commission | | | |
| 55 | | | | IT Expense | | | |
| 56 | | | | Other | | | |
| 57 | | | Other Opreating Profit&Loss | | | | |
| 58 | | | | Opreating Profit | | | |
| 59 | | | | Opreating Loss | | | |
| 60 | Operating Profit | | | | | | |
| 61 | NOI/NOE Total | | NOI | | | | |
| 62 | | | NOE | | | | |
| 63 | | | | | | | |
| 64 | Income before Tax | | | | | | |
| 65 | NET O/H | | | | | | |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274441

Confidential Business Information -- Subject to Protective Order

S-ITC-007274442



Confidential Business Information -- Subject to Protective Order

S-ITC-007274443

# 2. 2011 Business Plan P&L (RND)

| | | | 2010 Total |
|---|---|---|---|
| | | | Actual |  % |

Sales Q'ty

Gross Sales

Sales
Other Sales
Return Sales

CDE

Sales Allowance
Rebate
Cash Discount
Price Protection

Net Sales Amt

Cost of Goods Sold

Material Cost
Other Expenses
Return CGS
Other Expense

LCM
E&O
Inventory Loss(Q)
Inventory Loss(P)
CGS Others

Gross Margin

Operating Expense

Sales Admin Expense

Labor Cost
Service Exp
Trans Exp
Warehouse Fee
Marketing Exp
Depreciation
Paid Commission
Insurance
Sample
IT Expense
Lease & Rent
Bad Debt Exp
Other Expense

R&D Expense

RD.Ordinary Exp-Mat

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274445



Confidential Business Information -- Subject to Protective Order

S-ITC-007274446

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 45 | | | RD.R&D Labor | | | |
| 46 | | | RD.Depreciation | | | |
| 47 | | | RD.Consumable | | | |
| 48 | | | RD.Others | | | |
| 49 | | | RD.Royalty | | | |
| 50 | | | RD.Outsourcing SVC | | | |
| 51 | | Admin. Expense | | | | |
| 52 | | | Labor Cost | | | |
| 53 | | | Depreciation | | | |
| 54 | | | Paid Commission | | | |
| 55 | | | IT Expense | | | |
| 56 | | | Other | | | |
| 57 | | Other Opreating Profit&Loss | | | | |
| 58 | | | Opreating Profit | | | |
| 59 | | | Opreating Loss | | | |
| 60 | Operating Profit | | | | | |
| 61 | NOI/NOE Total | | | | | |
| 62 | | NOI | | | | |
| 63 | | NOE | | | | |
| 64 | Income before Tax | | | | | |
| 65 | NET O/H | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



S-ITC-007274449

## 3. 2011 Invenoty Plan

| | | | '09 Dec. | '10 Sep. | '10 Avg. | '10 Dec. | '11 Avg. | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|
| | WT | 3701 | Sales | | | | | | |
| | | | Days | | | | | | |
| | Wireless System | 3704 | Sales | | | | | | |
| | | | Days | | | | | | |
| | BCS | 3705 | Sales | | | | | | |
| | | | Days | | | | | | |
| | Wimax | 3707 | Sales | | | | | | |
| | | | Days | | | | | | |
| | SVC | 3709 | Sales | | | | | | |
| | | | Days | | | | | | |
| | Total | | Sales | | | | | | |
| | | | Days | | | | | | |

※ HQ Guidline - STA Total 9.2days (WT : 8.4 days / NW : 36.2 days)
※ '09~'11 STB Exclude

## 3. 2011 AR Plan

| | | '09 Dec. | '10 Sep. | '10 Avg. | '10 Dec. | '11 Avg. | Jan | Feb |
|---|---|---|---|---|---|---|---|---|
| | WT | Sales | | | | | | |
| | | Days | | | | | | |
| | Wimax | Sales | | | | | | |
| | | Days | | | | | | |
| | Wireless System | BCS | Sales | | | | | | |
| | | | Days | | | | | | |
| | STB | Sales | | | | | | |
| | | Days | | | | | | |
| | Memory | Sales | | | | | | |
| | | Days | | | | | | |
| | Total | Sales | | | | | | |
| | | Days | | | | | | |

※ HQ Guidline - STA Total 30 days
※ G3 : NW System / G4 : NW Infra
※ SVC : DR
※ Non-samsung customer

Confidential Business Information -- Subject to Protective Order

S-ITC-007274450

| K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (Days, KS) |
| Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |

Confidential Business Information -- Subject to Protective Order

S-ITC-007274451

# 4. 2011 Balance Summary

| | | | '09 Dec. | '10 Plan Dec. | '10 Dec. | vs. '09 | vs. Plan |
|---|---|---|---|---|---|---|---|
| Assets | | | | | | | |
| (Assets turn ratio) | | | | | | | |
| | Current Assets | | | | | | |
| | | Cash | | | | | |
| | | AR | | | | | |
| | | Inventory | | | | | |
| | Long term Assets | | | | | | |
| | Others | | | | | | |
| Liabilities | | | | | | | |
| (Liabilities %) | | | | | | | |
| | Current liabilities | | | | | | |
| | | AP | | | | | |
| | | Others | | | | | |
| Equity | | | | | | | |
| (Equity %) | | | | | | | |
| | Capital | | | | | | |
| | Retained earning | | | | | | |
| | Net Income | | | | | | |

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274453

# 5. 2011 Headcount Summary

| | | | STA | | | DTL | HQ Support | Total |
| | | WT | NW | Mgmt/SVC | Total | | | |
|---|---|---|---|---|---|---|---|---|
| '09 | Total | | | | | | | |
| | (Dispatcher) | | | | | | | |
| '10 Actual | Total | | | | | | | |
| | (Dispatcher) | | | | | | | |
| '10 Plan | Total | | | | | | | |
| | (Dispatcher) | | | | | | | |
| '10 Dec. | Total | | | | | | | |
| | (Dispatcher) | | | | | | | |
| '11 Plan | Total | | | | | | | |
| | (Dispatcher) | | | | | | | |

* VZW lab is transferred to HQ Support from DTL effective '11 Jan.

| | |
|---|---|
| Sales($M) | |
| (Person/$M) | |
| Labor($M) | |
| Sales/% | |
| (Person/$K) | |
| Avg. H/C Total | |

| STA | |
| DTL | |
| HQ Sppt. | |

Confidential Business Information -- Subject to Protective Order

## 6. 2011 HHP Investment Summary

| | | | 2009 | 2010 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Actual | Plan | Acutal | Achieve(%) | Plan | Growth |
| WT | VZW | CDE + MDF vs. N.Sales (%) CDE MDF | | | | | | |
| | SPR | CDE + MDF vs. N.Sales (%) CDE MDF | | | | | | |
| | ATT | CDE + MDF vs. N.Sales (%) CDE MDF | | | | | | |
| | TMO | CDE + MDF vs. N.Sales (%) CDE MDF | | | | | | |
| | Reg | CDE + MDF vs. N.Sales (%) CDE MDF | | | | | | |

※ Excluding Cash discount in CDE

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274456

## 7-1. HHP Generation

| Total | | '09 Actual | % | '10 Plan | % | '10 Actual | % | '11 Plan | % | Jan |
|---|---|---|---|---|---|---|---|---|---|---|
| 1G | Qty | | | | | | | | | |
| | N. Sales | | | | | | | | | |
| | ASP | | | | | | | | | |
| 2G | 매출 | | | | | | | | | |
| | Qty | | | | | | | | | |
| | N. Sales | | | | | | | | | |
| | ASP | | | | | | | | | |
| 3G | Qty | | | | | | | | | |
| | N. Sales | | | | | | | | | |
| | ASP | | | | | | | | | |
| 4G | Qty | | | | | | | | | |
| | N. Sales | | | | | | | | | |
| | ASP | | | | | | | | | |
| Other | Qty | | | | | | | | | |
| | N. Sales | | | | | | | | | |

※ Other : SWC-E100('09), SCH-LC11('10)

Confidential Business Information -- Subject to Protective Order

S-ITC-007274457



Confidential Business Information -- Subject to Protective Order

S-ITC-007274458

# 7-2. '11 HHP Characteristic

| | | | '09 Actual | % | '10 Plan | % | '10 Actual | % | '11 Plan | % | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |
| | Smartphone | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |
| | Non-Smart | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |
| | Prepaid | 수량 | | | | | | | | | |
| | | 매출 | | | | | | | | | |
| Total Smartphone | | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |
| | Android | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |
| | Window Media | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |
| S Amoled (Otca) | | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |
| Tablet PC | | Qty | | | | | | | | | |
| | | N. Sales | | | | | | | | | |
| | | ASP | | | | | | | | | |

※ LTE 4G phone
※ Tablet PC is include Android OS category
※ Tablet PC : P1, P3 Product

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007274460