# EXHIBIT 8
# PUBLIC REDACTED
# VERSION

SAMNDCA00367772

## GL Description & Usage

| Category | GL | Global Description |
|---|---|---|
| | | |
| Supplies | 53510100 | Consumable Supplies Expense-Office |
| | 53510900 | Consumable Supplies Expense-Low Value Assets |
| | 53516900 | Consumable Supplies Expense-Other |
| | 53630100 | Travel Expense-Local |
| Travel | 53631000 | Travel Expense-Domestic |
| | 53631011 | Travel Expense-Domestic-Air |
| | 53631019 | Travel Expense-Domestic-Per diem |
| | 53632000 | Travel Expense-Overseas |
| | 53670200 | Telecom Exp-Telephone |
| Communications | 53670300 | Telecom Exp-Cellular Phone |
| | 53670400 | Telecom Exp-Postage |
| | 53676900 | Telecom Exp-Other |
| | 53751101 | Commission&Service Charges-Finance-General |
| | 53751103 | Commis&Service Charges-Finance-Giro&Auto Transfer |
| | 53752103 | Commission&Service Charges-Legal Fee-Litigation |
| | 53752107 | Commission&Service Charges-Legal Fee-Patent |
| | 53752501 | Commission&Service Charges-Service-General |
| | 53752505 | Commission&Service Charges-Service-Part Time |
| Commission & Service | 53752513 | Commission&Service Charges-Service-Inspection |
| | 53752517 | Commission&Service Charges-Service-Consulting |
| | 53752519 | Commission&Service Charges-Service-Salesforce |
| | 53756900 | Commission&Service Charges-Others |
| | 53850100 | Keeping expense-Outsourcing |
| | 54290300 | Service Expense-Agency(C/E12) |
| | 54336900 | Packing Expense-Other |
| | 54970101 | HQ Expense-Direct Expense-Overhead |
| | 54130301 | IT Expense-SM-Labor Cost |
| IT Expense | 54130501 | IT Expense-Facility Fee |
| | 54136900 | IT Expense-Other |
| Books & Printing | 53830300 | Publishing & Book Expense-Publishing |
| | 53833100 | Publishing & Book Expense-Printing |
| | 54010100 | Entertainment Social Exp-Reception |
| Social Expense | 54011100 | Entertainment Social Exp-Congrats and Condolences |
| | 54012100 | Entertainment Social Expense-Gift |
| | 54096900 | Event Expense-Other |

SAMNDCA00367773

| | D |
|---|---|
| 1 | |
| 2 | |
| 3 | **STA Usage** |
| 4 | General consumable supplies such as paper, pencils from Staples |
| 5 | Office equipment, non consumable supplies, and other low value assets under threshold |
| 6 | Supplies for Movement Type B15 and Valuation Class 7000 from GMP. |
| 7 | Transportation expense reimbursement (Auto linked to Transportation expense at EP) |
| 8 | Domestic travel transportation, limo service, parking, rental car, mileage, lodging, food, etc (Auto linked to Travel Settlement) |
| 9 | Travel airfare and SHA fee |
| 10 | Domestic travel per diem based on exception granted |
| 11 | Overseas travel expenses including visa application, lodging and food. |
| 12 | Expenses for land line telephones and conference |
| 13 | Expenses for cell phone and other mobile device (Wireless LAN Card) |
| 14 | Expenses for postage |
| 15 | Expense for non trade carrier service (UPS, FedEx, etc),Data line (SNA, AT&T, Verizon) service, Messenger service b/w buildings. |
| 16 | Bank fees |
| 17 | ADP payroll processing fees |
| 18 | Legal services for non patent work |
| 19 | Legal services for patent |
| 20 | Financial audit service and consulting service |
| 21 | Service IOA labor cost |
| 22 | COG testing expenses, CTIA expense, legal expenses and outsourcing expense for some HQ support cost centers are accumulated here until they are billed to HQ.  At that time they are posted to HQ AR |
| 23 | All STA contractor and temp expense for STA headcount |
| 24 | Carrier related penalties. |
| 25 | Other outsourcing service performed by non STA headcount that does not fall under any of above categories (including security expense, Contract basis or Project basis expenses) |
| 26 | Logistic warehouse cost for variable service portion LCC 2002 |
| 27 | Repairing Service for STB Warranty Claims |
| 28 | Clearing GL to re-class packaging overhead expense to COGS |
| 29 | NAHQ overhead allocation |
| 30 | IT labor cost of SDSA and other vendor - IT system and infra operation cost (On-site/Data center), Development,Programming  by ITO, IT dispatcher and other ITO support ; Data center operation fee and IT system and infra operation cost other than SDSA |
| 31 | Computer software expenses or software maintenance / license renewal. |
| 32 | GERP IT expense - GERP SAP shared maintenance service fee and ID Purchasing Fee. |
| 33 | Subscription for magazines, newspapers, and other publications |
| 34 | Printing / Copy |
| 35 | Internal (all STA) & External (not all STA) entertainment - Business purpose, number of attendees, name of attendees are required. |
| 36 | Monetary condolence expenses |
| 37 | Social gifts to customer and visitors. (FOC inventory request order reason: 912 Social-Gift) |
| 38 | Companywide entertainment arranged and sponsored by HR - HR only |

SAMNDCA00367774

| | A | B | C |
|---|---|---|---|
| 39 | | 54050300 | Employee Edu&Drill Exp-External Training |
| 40 | Training | 54052100 | Employee Edu&Drill Exp-Hiring Expense |
| 41 | | 54070500 | Vocational Training Exp-General Operation |
| 42 | | 54370700 | Ordinary Research & Development Exp-Outsourcing Service |
| 43 | R&D Service Expense | 54371301 | Ordinary Research & Development Exp-Technical Consulting |
| 44 | | | |
| 45 | | | Separate Template should be provided to support budget. |
| 46 | | | No need for budget |

SAMNDCA00367775

| | D |
|---|---|
| 39 | Training and education expense for employees - seminar, conference, or classes |
| 40 | Costs incurred with recruiting and hiring new personnel |
| 41 | Expenses incurred by BCS for dealer training and changed to dealers |
| 42 | Outsourcing service for R&D division - R&D Only |
| 43 | Contractor Expense for R&D division - R&D only |
| 44 | |
| 45 | |
| 46 | |

SAMNDCA00367776

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | ☐ 2011 Yearly Budget Plan | | | | | | | |
| 2 | | | | Division: | WT-Logistics | | | |
| 3 | | | | Cost Center: | | | | |
| 4 | | | | 2011 Headcount: | | | | |
| 5 | | Category | GL | Description | Jan | Feb | Mar | Apr |
| 6 | | | | | | | | |
| 7 | Total | | | | | | | |
| 8 | | Supplies | 53510100 | Consumable Supplies Expense-Office | | | | |
| 9 | | | 53510900 | Consumable Supplies Expense-Low Value Assets | | | | |
| 10 | | | 53516900 | Consumable Supplies Expense-Other | | | | |
| 11 | | Travel | 53630100 | Travel Expense-Local | | | | |
| 12 | | | 53631000 | Travel Expense-Domestic | | | | |
| 13 | | | 53631011 | Travel Expense-Domestic-Air | | | | |
| 14 | | | 53631019 | Travel Expense-Domestic-Per diem | | | | |
| 15 | | | 53632000 | Travel Expense-Overseas | | | | |
| 16 | | Communications | 53670200 | Telecom Exp-Telephone | | | | |
| 17 | | | 53670300 | Telecom Exp-Cellular Phone | | | | |
| 18 | | | 53670400 | Telecom Exp-Postage | | | | |
| 19 | | | 53676900 | Telecom Exp-Other | | | | |
| 20 | | Commissions & Service | 53751101 | Commission&Service Charges-Finance-General | | | | |
| 21 | | | 53751103 | Commis&Service Charges-Finance-Giro&Auto Transfer | | | | |
| 22 | | | 53752103 | Commission&Service Charges-Legal Fee-Litigation | | | | |
| 23 | | | 53752107 | Commission&Service Charges-Legal Fee-Patent | | | | |
| 24 | | | 53752501 | Commission&Service Charges-Service-General | | | | |
| 25 | | | 53752505 | Commission&Service Charges-Service-Part Time | | | | |
| 26 | | | 53752513 | Commission&Service Charges-Service-Inspection | | | | |
| 27 | | | 53752517 | Commission&Service Charges-Service-Consulting | | | | |
| 28 | | | 53752519 | Commission&Service Charges-Service-Salesforce | | | | |
| 29 | | | 53756900 | Commission&Service Charges-Others | | | | |
| 30 | | | 53850100 | Keeping expense-Outsourcing | | | | |
| 31 | | | 54290300 | Service Expense-Agency(C/E12) | | | | |
| 32 | | | 54336900 | Packing Expense-Other | | | | |
| 33 | | | 54970101 | HQ Expense-Direct Expense-Overhead | | | | |
| 34 | | IT Expense | 54130301 | IT Expense-SM-Labor Cost | | | | |
| 35 | | | 54130501 | IT Expense-Facility Fee | | | | |
| 36 | | | 54136900 | IT Expense-Other | | | | |
| 37 | | Books & Printing | 53830300 | Publishing & Book Expense-Publishing | | | | |
| 38 | | | 53833100 | Publishing & Book Expense-Printing | | | | |
| 39 | | Social Expense | 54010100 | Entertainment&Social Exp-Reception | | | | |
| 40 | | | 54011100 | Entertainment&Social Exp-Congrats and Condolences | | | | |
| 41 | | | 54012100 | Entertainment&Social Expense-Gift | | | | |
| 42 | | | 54096900 | Event Expense-Other | | | | |
| 43 | | Training | 54050300 | Employee Edu&Drill Exp-External Training | | | | |
| 44 | | | 54052100 | Employee Edu&Drill Exp-Hiring Expense | | | | |
| 45 | | | 54070500 | Vocational Training Exp-General Operation | | | | |

SAMNDCA00367777



SAMNDCA00367778

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 46 | | **R&D Service Expense** | 54370700 | Ordinary Research & Development Exp-Outsourcing Service | | | | |
| 47 | | | 54371301 | Ordinary Research & Development Exp-Technical Consulting | | | | |
| 48 | | | | | | | | |
| 49 | | | | Separate Template should be provided to support budget. | | | | |
| 50 | | | | No need for budget | | | | |

SAMNDCA00367779

| | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|
| 46 | - | - | - | - | - | - | - | - | - |
| 47 | - | - | - | - | - | - | - | - | - |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

□ 2011 Yearly Budget Plan

| | | Division: | WT-Logistics | | | |
| | | Cost Center: | C3700061 | | | |
| | | 2011 Headcount: | | | | |

| Category | GL | Description | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|
| | | | | | Logistics | | |
| Total | | | | | | | |
| Supplies | 53510100 | Consumable Supplies Expense-Office | | | | | |
| | 53510900 | Consumable Supplies Expense-Low Value Assets | | | | | |
| | 53516900 | Consumable Supplies Expense-Other | | | | | |
| Travel | 53630100 | Travel Expense-Local | | | | | |
| | 53631000 | Travel Expense-Domestic | | | | | |
| | 53631011 | Travel Expense-Domestic-Air | | | | | |
| | 53631019 | Travel Expense-Domestic-Per diem | | | | | |
| | 53632000 | Travel Expense-Overseas | | | | | |
| Communications | 53670200 | Telecom Exp-Telephone | | | | | |
| | 53670300 | Telecom Exp-Cellular Phone | | | | | |
| | 53670400 | Telecom Exp-Postage | | | | | |
| | 53676900 | Telecom Exp-Other | | | | | |
| Commissions & Service | 53751101 | Commission&Service Charges-Finance-General | | | | | |
| | 53751103 | Commiss&Service Charges-Finance-Giro&Auto Transfer | | | | | |
| | 53752103 | Commission&Service Charges-Legal Fee-Litigation | | | | | |
| | 53752107 | Commission&Service Charges-Legal Fee-Patent | | | | | |
| | 53752501 | Commission&Service Charges-Service-General | | | | | |
| | 53752505 | Commission&Service Charges-Service-Part Time | | | | | |
| | 53752513 | Commission&Service Charges-Service-Inspection | | | | | |
| | 53752517 | Commission&Service Charges-Service-Consulting | | | | | |
| | 53752519 | Commission&Service Charges-Service-Salesforce | | | | | |
| | 53756900 | Commission&Service Charges-Others | | | | | |
| | 53850100 | Keeping expense-Outsourcing | | | | | |
| | 54290300 | Service Expense-Agency(C/E12) | | | | | |
| | 54336900 | Packing Expense-Other | | | | | |
| | 54970101 | HQ Expense-Direct Expense-Overhead | | | | | |
| IT Expense | 54130301 | IT Expense-SM-Labor Cost | | | | | |
| | 54130501 | IT Expense-Facility Fee | | | | | |
| | 54136900 | IT Expense-Other | | | | | |
| Books & Printing | 53830300 | Publishing & Book Expense-Publishing | | | | | |
| | 53833100 | Publishing & Book Expense-Printing | | | | | |
| Social Expense | 54010100 | Entertainment&Social Exp-Reception | | | | | |
| | 54011000 | Entertainment&Social Exp-Congrats and Condolences | | | | | |
| | 54012100 | Entertainment&Social Expense-Gift | | | | | |
| | 54096900 | Event Expense-Other | | | | | |
| Training | 54050300 | Employee Edu&Drill Exp-External Training | | | | | |
| | 54052100 | Employee Edu&Drill Exp-Hiring Expense | | | | | |
| | 54070500 | Vocational Training Exp-General Operation | | | | | |

SAMNDCA00367780

SAMNDCA00367781



SAMNDCA00367782

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 46 | | **R&D Service Expense** | 54370700 | Ordinary Research & Development Exp-Outsourcing Service | | | | | |
| 47 | | | 54371301 | Ordinary Research & Development Exp-Technical Consulting | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | Separate Template should be provided to support budget. | | | | | |
| 50 | | | | No need for budget | | | | | |

SAMNDCA00367783

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |

SAMNDCA00367784

| Category | | GL | Description | Jan | Feb | Mar |
|---|---|---|---|---|---|---|
| 2011 Yearly Budget Plan | | | | | | |
| | | | Division: | WT-Logistics | | |
| | | | Cost Center: | C3702062 | | Logistics-Coppell |
| | | | 2011 Headcount: | | | |
| Total | | | | | | |
| | Supplies | 53510100 | Consumable Supplies Expense-Office | | | |
| | | 53510900 | Consumable Supplies Expense-Low Value Assets | | | |
| | | 53516900 | Consumable Supplies Expense-Other | | | |
| | Travel | 53630100 | Travel Expense-Local | | | |
| | | 53631000 | Travel Expense-Domestic | | | |
| | | 53631011 | Travel Expense-Domestic-Air | | | |
| | | 53631019 | Travel Expense-Domestic-Per diem | | | |
| | | 53632000 | Travel Expense-Overseas | | | |
| | Communications | 53670200 | Telecom Exp-Telephone | | | |
| | | 53670300 | Telecom Exp-Cellular Phone | | | |
| | | 53670400 | Telecom Exp-Postage | | | |
| | | 53676900 | Telecom Exp-Other | | | |
| | Commissions & Service | 53751101 | Commission&Service Charges-Finance-General | | | |
| | | 53751103 | Commis&Service Charges-Finance-Giro&Auto Transfer | | | |
| | | 53752103 | Commission&Service Charges-Legal Fee-Litigation | | | |
| | | 53752107 | Commission&Service Charges-Legal Fee-Patent | | | |
| | | 53752501 | Commission&Service Charges-Service-General | | | |
| | | 53752505 | Commission&Service Charges-Service-Part Time | | | |
| | | 53752513 | Commission&Service Charges-Service-Inspection | | | |
| | | 53752517 | Commission&Service Charges-Service-Consulting | | | |
| | | 53752519 | Commission&Service Charges-Service-Salesforce | | | |
| | | 53756900 | Commission&Service Charges-Others | | | |
| | | 53850100 | Keeping expense-Outsourcing | | | |
| | | 54290300 | Service Expense-Agency(C/E12) | | | |
| | | 54336900 | Packing Expense-Other | | | |
| | | 54970101 | HQ Expense-Direct Expense-Overhead | | | |
| | IT Expense | 54130301 | IT Expense-SM-Labor Cost | | | |
| | | 54130501 | IT Expense-Facility Fee | | | |
| | | 54136900 | IT Expense-Other | | | |
| | Books & Printing | 53830300 | Publishing & Book Expense-Publishing | | | |
| | | 53833100 | Publishing & Book Expense-Printing | | | |
| | Social Expense | 54010100 | Entertainment&Social Exp-Reception | | | |
| | | 54011100 | Entertainment&Social Exp-Congrats and Condolences | | | |
| | | 54012100 | Entertainment&Social Expense-Gift | | | |
| | | 54096900 | Event Expense-Other | | | |
| | Training | 54050300 | Employee Edu&Drill Exp-External Training | | | |
| | | 54052100 | Employee Edu&Drill Exp-Hiring Expense | | | |
| | | 54070500 | Vocational Training Exp-General Operation | | | |

SAMNDCA00367785

| | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | August 2010 Headcount: | | | | | | |
| 5 | | | | 2011 Budget | | | | | | 2011 |
| 6 | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| 7 | | | | | | | | | | |
| ... | | | | | | | | | | |
| 45 | | | | | | | | | | |

SAMNDCA00367786

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 46 | | **R&D Service Expense** | 54370700 | Ordinary Research & Development Exp-Outsourcing Service | | | |
| 47 | | | 54371301 | Ordinary Research & Development Exp-Technical Consulting | | | |
| 48 | | | | | | | |
| 49 | | | | Separate Template should be provided to support budget. | | | |
| 50 | | | | No need for budget | | | |

SAMNDCA00367787

| | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |

SAMNDCA00367788

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | □ 2011 Yearly Budget Plan | | | | | | | |
| 2 | | | | Division: | WT-Logistics | | | |
| 3 | | | | Cost Center: | C3702063 | | Logistics-ORD | |
| 4 | | | | 2011 Headcount: | | | | |
| 5 | Category | | GL | Description | Jan | Feb | Mar | Apr |
| 6 | | | | | | | | |
| 7 | Total | | | | | | | |
| 8 | | | 53510100 | Consumable Supplies Expense-Office | | | | |
| 9 | | Supplies | 53510900 | Consumable Supplies Expense-Low Value Assets | | | | |
| 10 | | | 53516900 | Consumable Supplies Expense-Other | | | | |
| 11 | | | 53630100 | Travel Expense-Local | | | | |
| 12 | | | 53631000 | Travel Expense-Domestic | | | | |
| 13 | | Travel | 53631011 | Travel Expense-Domestic-Air | | | | |
| 14 | | | 53631019 | Travel Expense-Domestic-Per diem | | | | |
| 15 | | | 53632000 | Travel Expense-Overseas | | | | |
| 16 | | | 53670200 | Telecom Exp-Telephone | | | | |
| 17 | | | 53670300 | Telecom Exp-Cellular Phone | | | | |
| 18 | | Communications | 53670400 | Telecom Exp-Postage | | | | |
| 19 | | | 53676900 | Telecom Exp-Other | | | | |
| 20 | | | 53751101 | Commission&Service Charges-Finance-General | | | | |
| 21 | | | 53751103 | Commis&Service Charges-Finance-Gro&Auto Transfer | | | | |
| 22 | | | 53752103 | Commission&Service Charges-Legal Fee-Litigation | | | | |
| 23 | | | 53752107 | Commission&Service Charges-Legal Fee-Patent | | | | |
| 24 | | | 53752501 | Commission&Service Charges-Service-General | | | | |
| 25 | | | 53752505 | Commission&Service Charges-Service-Part Time | | | | |
| 26 | | Commissions & Service | 53752513 | Commission&Service Charges-Service-Inspection | | | | |
| 27 | | | 53752517 | Commission&Service Charges-Service-Consulting | | | | |
| 28 | | | 53752519 | Commission&Service Charges-Service-Salesforce | | | | |
| 29 | | | 53756900 | Commission&Service Charges-Others | | | | |
| 30 | | | 53850100 | Keeping expense-Outsourcing | | | | |
| 31 | | | 54290300 | Service Expense-Agency(C/E12) | | | | |
| 32 | | | 54336900 | Packing Expense-Other | | | | |
| 33 | | | 54970101 | HQ Expense-Direct Expense-Overhead | | | | |
| 34 | | | 54130301 | IT Expense-SM-Labor Cost | | | | |
| 35 | | IT Expense | 54130501 | IT Expense-Facility Fee | | | | |
| 36 | | | 54136900 | IT Expense-Other | | | | |
| 37 | | Books & Printing | 53830300 | Publishing & Book Expense-Publishing | | | | |
| 38 | | | 53833100 | Publishing & Book Expense-Printing | | | | |
| 39 | | | 54010100 | Entertainment&Social Exp-Reception | | | | |
| 40 | | Social Expense | 54011100 | Entertainment&Social Exp-Congrats and Condolences | | | | |
| 41 | | | 54012100 | Entertainment&Social Expense-Gift | | | | |
| 42 | | | 54096900 | Event Expense-Other | | | | |
| 43 | | | 54050300 | Employee Edu&Drill Exp-External Training | | | | |
| 44 | | Training | 54052100 | Employee Edu&Drill Exp-Hiring Expense | | | | |
| 45 | | | 54070500 | Vocational Training Exp-General Operation | | | | |

SAMNDCA00367789

| | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | August 2010 Headcount: | | | | | | |
| 5 | | | 2011 Budget | | | | | | 2011 |
| 6 | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |

SAMNDCA00367790

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 46 | | **R&D Service Expense** | 54370700 | Ordinary Research & Development Exp-Outsourcing Service | | | | |
| 47 | | | 54371301 | Ordinary Research & Development Exp-Technical Consulting | | | | |
| 48 | | | | | | | | |
| 49 | | | | Separate Template should be provided to support budget. | | | | |
| 50 | | | | No need for budget | | | | |

SAMNDCA00367791

| | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |