QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF THOMAS D. PEASE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**:   October 1, 2013<br>**Time**:   10:00 a.m.<br>**Place**:  Courtroom 5, 4th Floor<br>**Judge**:  Hon. Paul S. Grewal |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Samsung respectfully moves for leave to file the Supplemental Declaration of Thomas D. Pease in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions ("Supplemental Pease Declaration").  The Supplemental Pease Declaration is attached as Exhibit 1 to this motion.

Samsung's motion should be granted.  As Samsung showed in its opposition papers, Apple's motion for discovery and sanctions is premature because Samsung and Quinn Emanuel are conducting an ongoing investigation into the inadvertent disclosures at issue in Apple's motion.  Samsung and Quinn Emanuel also are continuing to provide information to Apple regarding the results of their investigation, including in response to Apple's requests for such information.  The Supplemental Pease Declaration addresses and attaches a letter Quinn Emanuel sent to Apple on September 25, 2013 that provides additional information about Samsung's and Quinn Emanuel's investigation.  Because this information, and Quinn Emanuel's provision of it to Apple, are directly relevant to the issues raised in Apple's motion, Samsung should be given leave to supplement the record relating to Apple's motion with the Supplemental Pease Declaration.

Accordingly, Samsung respectfully requests that the Court grant Samsung's Motion for Leave.

DATED:  September 25, 2013      QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By  /s/ Victoria F. Maroulis
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    Michael T. Zeller
                                    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC