1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF THOMAS D. PEASE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Leave to File Supplemental Declaration of Thomas D. Pease in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions.

Having considered Samsung's Motion for Leave, and good cause having been shown, the Court GRANTS Samsung's motion.   The Supplemental Declaration of Thomas D. Pease, submitted as Exhibit 1 to Samsung's Motion for Leave, shall be deemed filed.

**IT IS SO ORDERED.**

DATED:   _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge