QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS D. PEASE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**: October 1, 2013<br>**Time**: 10:00 a.m.<br>**Place**: Courtroom 5, 4th Floor<br>**Judge**: Hon. Paul S. Grewal |

02198.51855/5537228

Case No. 11-cv-01846-LHK
SUPPLEMENTAL PEASE DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER

## Declaration of Thomas D. Pease

1. I am a member of the bar of the State of New York, admitted to practice before the International Trade Commission, and a partner in the firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in two actions in the Northern District of California, Case Nos. 11-cv-1846 LHK (PSG) ("the 1846 action") and 12-cv-00630-LHK ("the 630 action"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. In my declaration in this matter dated September 6, 2013, I provided information about the inadvertent disclosures by Quinn Emanuel to Samsung of information designated by Apple as confidential pursuant to the Protective Order in this case. I further addressed the investigation that Quinn Emanuel and Samsung are conducting to identify additional information about the disclosures. This investigation has been ongoing for weeks. In the course of the investigation, Quinn Emanuel has identified additional instances when the work-product previously identified as containing the inadvertently-disclosed information was sent to Samsung. To keep Apple apprised of the status of the investigation, on September 25, 2013, my partner Robert Becher sent Apple a letter that notified Apple of the additional disclosures and provided details about them, including the dates, senders and recipients of the emails to which the information designated as confidential was attached. A true and correct copy of Mr. Becher's September 25 letter to Apple is attached as Exhibit A. Quinn Emanuel's and Samsung's investigation remains ongoing and we will continue to keep the Court and Apple apprised of the results.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 25, 2013, at New York, New York.

By  */s/ Thomas Pease*

Thomas Pease

-1-   Case No. 11-cv-01846-LHK
SUPPLEMENTAL PEASE DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER

02198.51855/5537226.1

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Thomas Pease.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis