# EXHIBIT A

CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

September 25, 2013

<u>CONTAINS INFORMATION DESIGNATED</u>
<u>HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY</u>

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

Re:     <u>Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)</u>

Dear Mark:

I write on behalf of Samsung Electronics America, Inc., Samsung Telecommunications America LLC, and Samsung Electronics Co., Ltd. (collectively, "Samsung"), and on behalf of the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") to provide Apple with information regarding additional emails attaching the incompletely redacted Teece Report identified in my August 1, 2013 letter. Details regarding these inadvertent disclosures are contained in Attachment A.

In addition, we also wish to notify you that, in the incompletely redacted Teece report that was transmitted with the emails identified in Attachment A hereto, as well as the emails identified in Attachment A to my letter dated August 1, 2013, paragraphs 89, 111, 215 and 265(d) were not redacted.

Very truly yours,

Robert J. Becher

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

## Attachment A

## Relevant Emails Sent From or To Samsung Personnel

- **A May 1, 2012 email** from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf, sent to Yunhee Kang, Daniel Ko, Seung Ho Ahn, Jaewan Chi, Richard An, Brian Kim, Youngjo Lim, Clayton Kim, Daniel Shim, Beyong Ho Yuu, KyuHyuk Lee, KyungSeok Lee; Hoshin Lee, SeungKyun Oh JaeHyun Park, Jaehawk Lee, Kijoong Kang, Jay Shim, Han Yong Uhm, Jin Hwan Kwak, and Marc Bellefont of Samsung; the following individuals at Bristows LLP: Pat Treacy and Myles Jelf; the following individuals and distribution list at Allen & Overy LLP: Laetitia Benard, and "Samsung_team @AllenOvery.com"; the following individuals at Quinn Emanuel: Thomas Pease, Marcus Grosch, Jan Ebersohl, Eric Wall and Victoria Maroulis; the following individuals at Blake Dawson/Ashurst: Amanda Lees, Peter Chalk and Wen-Ts'ai Lim; the following email distribution list at Vanzetti e Associati: studio@vanzettieassociati.it; the following individual at Ohno & Partners: Seiji Ohno; the following individuals at Simmons & Simmons: Bas Berghius van Woortman and Mattie de Koning; the following individuals at rospatt osten pross: Max von Rospatt and Henrik Timmann Dr.; the following individuals at Lee & Ko: Young Mo Kwon and Hyeon Gil Ryoo; the following individuals at Clifford Chance: Thomas Vinje, Michel Petite and Ashwin vanRooijen; the following email distribution list at Modiano & Partners: "legal@modiano.com"; and the following individual at Zimmermann & Partner: Joel Naegerl.

  The following recipients have not been previously identified: KyungSeok Lee; Han Yong Uhm; Marc Bellefont; Myles Jelf; Laetitia Benard, "Samsung_team @AllenOvery.com"; Marcus Grosch; Jan Ebersohl; Amanda Lees; Peter Chalk; Wen-Ts'ai Lim; Bas Berghius van Woortman; Mattie de Koning; Max von Rospatt; Henrik Timmann Dr.; Young Mo Kwon; Hyeon Gil Ryoo; Thomas Vinje; Michel Petite; Ashwin vanRooijen; "legal@modiano.com"; and Joel Naegerl.

- **A July 5, 2012 email** from Hojin Chang of Samsung, attaching a zip file containing the incompletely redacted Teece report, sent to Jin Hwan Kwak, Caleb Lee; Sanghoon Park; Jinho Park; Yeon-wook Son; Clayton Kim, Brian Kim, Kenneth Korea; and Daniel Shim of Samsung; and Thomas Pease of Quinn Emanuel. There are four previously unidentified recipients on this email: Caleb Lee; Sanghoon Park; Jinho Park; and Yeon-wook Son. As reflected in the attachments, the incompletely redacted Teece report was attached as an annex to a July 4, 2012 filing with the European Commission.