| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S MOTIONS TO FILE UNDER SEAL (DKT. NOS. 2433 AND 2444)** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration regarding Samsung's Motions to Seal filed in connection with Samsung's Reply in Support of Motion to Strike Portions of the Expert Report of Julie L. Davis, CPA ("Samsung's Reply in Support of Motion to Strike") (Dkt. No. 2433) and Samsung's Opposition to Apple's Motion to Exclude Exhibits on Samsung's Exhibit List ("Samsung's Opposition to Motion to Exclude") (Dkt. No. 2444) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Samsung requested an order granting its motion to file under seal portions of its Reply in Support of Motion to Strike and Exhibit 1 to the Reply Declaration of Anthony P. Alden in Support of Samsung's Motion to Strike. (Dkt. No. 2433.) These documents contain quotes from an earlier-filed excerpt of the August 26, 2013 deposition of Julie L. Davis (Dkt. No. 2386-6). Apple supported sealing this capacity information with a declaration when the deposition excerpt was filed, including the lines Samsung now quotes. (Dkt. No. 2392 ¶¶ 4-6.) As stated in my earlier declaration, capacity information is among the most highly confidential information at Apple. (*Id.* ¶ 6.) Access to Apple's confidential capacity information would give competitors and manufacturers unfair advantages over Apple. (*Id.*) Samsung's proposed redactions to these documents are adequate and narrowly tailored to cover Apple's capacity information.

3. Samsung also requested an order granting its motion to file under seal Exhibit 4 to the Reply Declaration of Anthony P. Alden in Support of Samsung's Opposition to Motion to Exclude. (Dkt. No. 2444.) Apple does not maintain a claim of confidentiality with respect to this document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of September, 2013 at Cupertino, California.

                                                   */s/ Cyndi Wheeler*
                                                   Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Erik J. Olson, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: September 26, 2013         */s/ Erik J. Olson*
                                                    Erik J. Olson

DECLARATION OF CYNDI WHEELER RE SAMSUNG'S MOTS. TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3336455

2