1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

| | |
|---|---|
| 11 APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| 12             Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE** |
| 13      v. | **MOTION TO SEAL** |
| 14 SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG | |
| 15 ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG | |
| 16 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 17 | |
| 18             Defendants. | |

19
20
21
22
23
24
25
26
27
28

1          Samsung filed an Administrative Motion To File Documents Under Seal ("Samsung's

2    Motion to Seal") related to Samsung's Reply in Support of Motion to Strike Portions of the

3    Expert Report of Julie L. Davis, CPA ("Samsung's Reply in Support of Motion to Strike").  (Dkt.

4    No. 2433.)  Apple timely filed a declaration in support of sealing Apple's confidential

5    information.  The Court finds that Apple's sealing requests are narrowly tailored and justified.

6          Therefore, Samsung's Reply in Support of Motion to Strike (Dkt. No. 2432) and Exhibit 1

7    to the Reply Declaration of Anthony P. Alden in Support of Samsung's Motion to Strike (Dkt. No.

8    2432-2) may be filed under seal-in-part consistent with Samsung's proposed redactions.

9

10   **IT IS SO ORDERED.**

11

12   Dated: _____          _____

13                                         Hon. Lucy H. Koh
                                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28