1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CHRISTOPHER L. ROBINSON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS *IN LIMINE*** <br><br>Date:     October 17, 2013<br>Time:    1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

ROBINSON DECLARATION ISO APPLE'S OPPOSITION TO SAMSUNG'S *MOTIONS IN LIMINE*
Case No. 11-cv-01846-LHK (PSG)
sf-3336869

I, Christopher L. Robinson, declare as follows:

1. I am an associate at Morrison & Foerster LLP, counsel of record for Apple Inc. in this above-captioned action. I make this declaration based on personal knowledge. This declaration and its supporting documents are filed in support of Apple's Opposition to Samsung's Motions *In Limine*.

2. Attached as **Exhibit A** hereto is a true and correct copy of excerpts from the deposition transcript of Michael Wagner, taken August 20, 2013.

3. Attached as **Exhibit B** hereto is a true and correct copy of excerpts from the deposition transcript of Michael Wagner, taken May 12, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 26th day of September 2013 in San Francisco, California.

CHRISTOPHER ROBINSON