# Exhibit A

```
                                                           688
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4     -----------------------------------:

 5     APPLE INC., a California corporation,:

 6               Plaintiff,               :

 7          v.                            :

 8     SAMSUNG ELECTRONICS CO., LTD., a   :Civil Action No.

 9     Korean business entity, SAMSUNG    :11-CV-01846-LHK

10     ELECTRONICS AMERICA, INC., a New   :

11     York corporation, and SAMSUNG      :

12     TELECOMMUNICATIONS AMERICA, LLC, a :

13     Delaware limited liability company, :

14               Defendants.              :

15     -----------------------------------:

16     (Caption continued on next page.)

17        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18                       VOLUME 4

19       Videotaped Deposition of MICHAEL J. WAGNER

20                  Palo Alto, California

21                Tuesday, August 20, 2013

22                       8:04 a.m.

23     Job No.: 42222

24     Pages: 688 - 963

25     Reported by:  Anne Torreano, CCSR, RPR, CCRR
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

695

| | | |
|---|---|---|
| 1 | Emanuel. | 08:05:23 |
| 2 | THE VIDEOGRAPHER:  The court reporter today | 08:05:23 |
| 3 | is Anne Torreano, representing Planet Depos. | 08:05:24 |
| 4 | Would the reporter please swear in the | 08:05:28 |
| 5 | witness? | 08:05:30 |
| 6 | MICHAEL J. WAGNER, | 08:05:30 |
| 7 | having been duly sworn to tell the truth, | 08:05:30 |
| 8 | testified as follows: | 08:05:30 |
| 9 | EXAMINATION | 08:05:36 |
| 10 | BY MR. QUARLES: | 08:05:36 |
| 11 | Q.  Good morning, Mr. Wagner. | 08:05:36 |
| 12 | A.  Good morning, Mr. Quarles. | 08:05:38 |
| 13 | Q.  And congratulations on becoming a grandfather | 08:05:39 |
| 14 | again. | 08:05:42 |
| 15 | A.  Thank you. | 08:05:42 |
| 16 | Q.  You have provided deposition testimony in | 08:05:43 |
| 17 | this case three times; correct? | 08:05:46 |
| 18 | A.  I have. | 08:05:47 |
| 19 | Q.  Is there any testimony in any of those | 08:05:48 |
| 20 | depositions that you would like to correct or amend? | 08:05:51 |
| 21 | A.  Maybe there's one thing that I would. | 08:05:53 |
| 22 | Q.  What would that be? | 08:05:58 |
| 23 | A.  Mr. Olson, in one of my depositions, and I | 08:05:59 |
| 24 | can't remember if it's the second or third, I think it | 08:06:05 |
| 25 | was the third, went over what appeared to be some | 08:06:07 |

| | | |
|---|---|---|
| 1 | report, so no, I don't think I could have done it at | 03:46:53 |
| 2 | that point in time. | 03:46:55 |
| 3 | BY MR. QUARLES: | 03:46:58 |
| 4 | Q.  And what portion of the pretrial stipulation | 03:46:58 |
| 5 | are you talking about? | 03:47:06 |
| 6 | A.  I think it's the introduction dates of the | 03:47:07 |
| 7 | products. | 03:47:16 |
| 8 | Q.  If the start of the design-around period is a | 03:47:50 |
| 9 | factual issue -- do you have that in mind? | 03:47:59 |
| 10 | A.  I do. | 03:48:01 |
| 11 | Q.  -- are you aware of any fact that suggests | 03:48:03 |
| 12 | that the design-around would have started at the time | 03:48:07 |
| 13 | that you claim it would have started in your report? | 03:48:12 |
| 14 | MS. MAROULIS:  Objection.  Vague, incomplete | 03:48:15 |
| 15 | hypothetical. | 03:48:16 |
| 16 | THE WITNESS:  No. | 03:48:18 |
| 17 | BY MR. QUARLES: | 03:48:19 |
| 18 | Q.  Figures 26 and 27 of your report are based on | 03:48:19 |
| 19 | the summation method; correct? | 03:48:43 |
| 20 | A.  Yes. | 03:48:53 |
| 21 | Q.  Take a look at figure 24 of your report. | 03:48:53 |
| 22 | They're talking about the conference | 03:49:44 |
| 23 | tomorrow? | 03:49:47 |
| 24 | A.  I assumed that. | 03:49:47 |
| 25 | MS. MAROULIS:  Didn't mean to exclude anyone. | 03:49:52 |

961

1    C E R T I F I C A T E

2          I, Anne M. Torreano, Certified Shorthand

3    Reporter, do hereby certify that the aforementioned

4    witness was first duly sworn as noted by stipulation

5    of counsel to testify to the truth; that I was

6    authorized to and did report said deposition in

7    stenotype; and that the foregoing pages are a true and

8    correct transcription of my shorthand notes of said

9    deposition.

10         I further certify that said deposition was

11   taken at the time and place hereinabove set forth and

12   that the taking of said deposition was commenced and

13   completed as hereinabove set out.

14         I further certify that I am not an attorney

15   or counsel of any of the parties, nor am I financially

16   interested in the action.

17         The foregoing certification of this

18   transcript does not apply to any reproduction of the

19   same by any means, unless under the direct control

20   and/or direction of the certifying reporter.

21         Dated this 16th day of August, 2013.

22

23

24   _____

25         ANNE M. TORREANO, CA-10520