Exhibit B

Highly Confidential - Attorneys' Eyes Only

Page 255

1                    UNITED STATES DISTRICT COURT
2                   NORTHERN DISTRICT OF CALIFORNIA
3                        SAN JOSE DIVISION
4
5        APPLE INC., a California
         corporation,
6
                         Plaintiff,
7
         vs.                              CASE NO.   11-cv-01846-LHK
8
         SAMSUNG ELECTRONICS CO.,
9        LTD., a Korean business
         entity; SAMSUNG ELECTRONICS
10       AMERICA,INC., a New York
         corporation; SAMSUNG
11       TELECOMMUNICATIONS AMERICA,
         LLC, a Delaware limited
12       liability company,
13                       Defendants.
         _____/
14
15           H I G H L Y   C O N F I D E N T I A L
16            A T T O R N E Y S'  E Y E S   O N L Y
17
18       VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                          VOLUME II
20                   PALO ALTO, CALIFORNIA
21                  SATURDAY, MAY 12, 2012
22
         BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
         CSR LICENSE NO. 9830
24
         JOB NO. 49053
25

Highly Confidential - Attorneys' Eyes Only

Page 259

1  from my office.  And also present here is Terry Musika   09:00

2  of Invotex Group, who is an expert in the case.   09:00

3      MR. ANDERSON:  Carl Anderson of Quinn Emanuel   09:00

4  for Michael Wagner and Samsung.   09:00

5      THE VIDEOGRAPHER:  Will the court reporter   09:00

6  please swear in the witness.   09:00

7   09:00

8          MICHAEL WAGNER,   09:00

9      having been sworn as a witness   09:00

10     by the Certified Shorthand Reporter,   09:00

11        testified as follows:   09:01

12   09:01

13      THE VIDEOGRAPHER:  You may proceed.   09:01

14   09:01

15      EXAMINATION BY MR. OLSON   09:01

16      MR. OLSON:  Q.  Mr. Wagner, you understand   09:01

17  you're here to testify regarding certain opinions you   09:01

18  have regarding the damages that would be paid to Apple   09:01

19  for violations of its intellectual property by   09:01

20  Samsung; correct?   09:01

21   A   Correct.   09:01

22   Q   And you've testified more than 300 times   09:01

23  before; correct?   09:01

24   A   I have.   09:01

25   Q   All right.  So I'm not going to bother with   09:01

Highly Confidential - Attorneys' Eyes Only

Page 518

1   of work, let alone it being peer reviewed or something    16:35

2   that someone has written about.    16:35

3        Interbrand doesn't do what he does.  But, you    16:35

4   know, generally, he tried to develop this subset of    16:35

5   companies earning its brand.  The Interbrand method is    16:35

6   one way you could -- you could use.    16:35

7      Q   Certainly, Interbrand is well respected    16:35

8   inside of the industry?    16:35

9      A   I think it is.    16:35

10     Q   And this is one of the primary types of    16:35

11  calculations that Interbrand does; correct?    16:35

12        MR. ANDERSON:  Objection; vague;    16:35

13  misrepresents the facts in evidence.    16:35

14        THE WITNESS:  I -- well, again, they don't do    16:35

15  exactly what Mr. Musika did, but what they do do is    16:36

16  how they come up with the value of brands.    16:36

17        MR. OLSON:  Right.    16:36

18     Q   Let me put it this way:  The way -- what they    16:36

19  do is part of what has made them a trusted source    16:36

20  inside the industry?    16:36

21     A   I agree with that.    16:36

22     Q   Are there any other major criticisms you have    16:36

23  of his method of calculating an income range?    16:36

24     A   No.  I mean, as far as looking at, like,    16:36

25  overall companies, Apple and Samsung, no.    16:36

Highly Confidential - Attorneys' Eyes Only

Page 557

1                    CERTIFICATE OF REPORTER

2

3

4          I, ANDREA M. IGNACIO HOWARD, hereby certify

5     that the witness in the foregoing deposition was by me

6     duly sworn to tell the truth, the whole truth, and

7     nothing but the truth in the within-entitled cause;

8

9          That said deposition was taken in shorthand

10    by me, a Certified Shorthand Reporter of the State of

11    California, and was thereafter transcribed into

12    typewriting, and that the foregoing transcript

13    constitutes a full, true and correct report of said

14    deposition and of the proceedings which took place;

15

16         That I am a disinterested person to the said

17    action.

18

19         IN WITNESS WHEREOF, I have hereunto set my

20    hand this 13th day of May, 2012.

21

22    _____

23    ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25