UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION *IN LIMINE* REGARDING REEXAMINATION PROCEEDINGS** |

1    On September 12, 2013, Plaintiff Apple Inc. ("Apple") filed its Motion *In Limine*
2  Regarding Reexamination Proceedings.  *See* Dkt. 2400.  Samsung opposes the motion, which
3  came on for hearing on October 17, 2013.

4    Having considered the arguments of the parties and the papers filed in support of and in
5  opposition to the motion, the Court hereby DENIES Apple's motion in its entirety.

7  **IT IS SO ORDERED.**

10 Dated: _____, 2013

    _____
    Honorable Lucy H. Koh
    United States District Judge