1
2
3
4
5
6
7
8
9
10                           UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

| 13 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 14 | Plaintiff, | **[PROPOSED] ORDER DENYING APPLE'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO "PRIOR ART"** |
| 15 | vs. | |
| 16 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

21
22
23
24
25
26
27
28

1    On September 12, 2013, Plaintiff Apple Inc. ("Apple") filed its Motion *In Limine* to
2 Preclude References To "Prior Art".  *See* Dkt. 2402.  Samsung opposes the motion, which came
3 on for hearing on October 17, 2013.
4    Having considered the arguments of the parties and the papers filed in support of and in
5 opposition to the motion, the Court hereby DENIES Apple's motion in its entirety.

7    **IT IS SO ORDERED.**

10 Dated: _____, 2013

_____
Honorable Lucy H. Koh
United States District Judge

-1-   Case No. 11-cv-01846-LHK
[PROPOSED] ORDER DENYING APPLE'S MOTION IN LIMINE
TO PRECLUDE REFERENCES TO "PRIOR ART"