1
2
3
4
5
6
7
8
9
10                              UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

| | |
|---|---|
| 13  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 14  Plaintiff, | **[PROPOSED] ORDER DENYING APPLE'S MOTION *IN LIMINE* REGARDING DESIGN-AROUND THEORIES** |
| 15  vs. | |
| 16  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 19  Defendants. | |

21
22
23
24
25
26
27
28

1    On September 12, 2013, Plaintiff Apple Inc. ("Apple") filed its Motion *In Limine*
2  Regarding Design-Around Theories Not Timely Disclosed In Advance of First Trial. *See*
3  Dkt. 2403. Samsung opposes the motion, which came on for hearing on October 17, 2013.
4    Having considered the arguments of the parties and the papers filed in support of and in
5  opposition to the motion, the Court hereby DENIES Apple's motion in its entirety.

7    **IT IS SO ORDERED.**

10  Dated: _____, 2013

                                                   _____
                                                   Honorable Lucy H. Koh
                                                   United States District Judge