1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 20 | Plaintiff, | **DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S OPPOSITIONS TO APPLE'S MOTIONS *IN LIMINE*** |
| 21 | vs. | |
| 22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:   October 17, 2013<br>Time:   1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| 25 | Defendants. | |

27
28

1  I, Anthony P. Alden, declare:

2  1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit A is a true and correct copy of excerpts from the August 26, 2013 deposition of Apple's new damages expert, Julie L. Davis.

3. Attached as Exhibit B is a true and correct copy of Apple's Response to Non-Final Office Action in the *Ex Parte* Reexamination of U.S. Patent No. 7,844,915.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los Angeles, California on September 26, 2013.

　　　　　　　　　　　　　　　　　　　 /s/ *Anthony P. Alden*
　　　　　　　　　　　　　　　　　　　Anthony P. Alden

-1- Case No. 11-cv-01846-LHK
ALDEN DECLARATION ISO SAMSUNG'S OPPOSITIONS TO APPLE'S MOTIONS IN LIMINE

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Anthony P. Alden.

                    */s/ Victoria Maroulis*