# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4     APPLE, INC., a California

5     Corporation,

6              Plaintiff,       Civil Action No.

7       vs.                     11-CV-01846-LHK

8     SAMSUNG ELECTRONICS CO., LTD.,

9     et. al.,

10             Defendants.

11    _____/

12

13

14    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

15        VIDEOTAPED DEPOSITION OF JULIE DAVIS

16                  CHICAGO, ILLINOIS

17              MONDAY, AUGUST 26, 2013

18

19

20

21

22

23    Reported by:

24    DEBORAH HABIAN, RMR, CRR, CLR

25    JOB NO. 65086

Page 114

1   A.   That's my understanding.

2   Q.   And that's the date when a patentee

3   provides accused infringer with notice that the

4   infringer's specific products allegedly infringe

5   specific patents, correct?                         11:04AM

6   A.   That's generally my understanding of

7   that term.

8   Q.   In the hypothetical, if an infringer

9   knew prior to the notice date that the product

10  may infringe and started a design-around, would   11:04AM

11  it be appropriate to calculate availability of

12  noninfringing alternatives as of that date or as

13  of the notice date?

14  A.   If the infringer knew about the patent

15  and knew that it was accused of infringing that    11:04AM

16  patent, then it could start design-around at

17  that point.  I'm not aware of any facts in this

18  case that there was such knowledge prior to the

19  dates of notice provided by the judge.

20  Q.   Okay.  You stated in your report that         11:05AM

21  you asked Invotex, which is Mr. Musika's

22  company, to stop the accumulation of lost

23  profits for Galaxy Tab 7.0 products in July 2011

24  based on the jury's findings that Samsung's

25  Galaxy Tab 10.1 4G LTE did not infringe Apple's    11:05AM

Highly Confidential - Outside Counsels' Eyes Only

Page 115

1  patents; is that correct?

2      A.  Yes.

3      Q.  Why did you do that?

4      A.  I have assumed, for purposes of that

5  lost profits calculation, that the noninfringing    11:05AM

6  Galaxy tablet that was introduced in July

7  of 2011 would have been an acceptable

8  alternative for the buyers of the infringing

9  tablet and, therefore, they would have purchased

10 that product instead.                               11:06AM

11     Q.  You're aware that Samsung's Intercept

12 phone was found not to infringe any Apple

13 patents; is that correct?

14     A.  I'm aware of that.

15     Q.  And that product was first sold in June    11:06AM

16 2010; is that right?

17     A.  I'd have to look that up to know

18 exactly when it was first sold.

19     Q.  Does that sound correct to you?

20     A.  I don't know one way or the other.         11:06AM

21     Q.  Okay.  Why did you not calculate lost

22 profits on sale of the 12-something -- Samsung

23 phones at issue after that date?

24     A.  Why did I what?

25     Q.  I'm sorry.  Why did you calculate lost     11:06AM

Highly Confidential - Outside Counsels' Eyes Only

Page 116

1  profits on sales of the 12 Samsung smartphones
2  at issue after that date?
3       A.  Because while that is a noninfringing
4  alternative, that doesn't mean that every buyer
5  who purchased an infringing phone would have            11:07AM
6  instead purchased an Intercept and so,
7  therefore, I have included the Intercept in the
8  market share data and given its appropriate
9  share as exhibited in the real world, but I do
10 not believe that every purchaser of an                  11:07AM
11 infringing phone would have instead chosen an
12 Intercept.
13      Q.  And why not?
14      A.  The Intercept was not a particularly
15 popular product.  Therefore, I don't think it           11:07AM
16 would have taken the sales of all of the Samsung
17 products.  I think --
18      Q.  What is your --
19      A.  -- it would have been part of the
20 market share of other alternatives, but it              11:07AM
21 wouldn't have taken all of them.
22      Q.  What is your basis for saying that
23 Intercept was not a popular phone?
24      A.  The sales of that phone.
25      Q.  What is your basis for saying that             11:08AM