**Contains Attorneys' Eyes Only Information Subject to Protective Order**

1   HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
3   RACHEL KREVANS (SBN 116421)
rkrevans@mofo.com
4   ERIC J. OLSON (SBN 175815)
ejolson@mofo.com
5   MORRISON & FOERSTER LLP
425 Market Street
6   San Francisco, California  94105-2482
Telephone:  (415) 268-7000
7   Facsimile:  (415) 268-7522

8

Attorneys for Plaintiff and
9   Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION

13

14   APPLE INC., a California corporation,

15              Plaintiff,

16        v.

17   SAMSUNG ELECTRONICS CO., LTD., A
Korean business entity; SAMSUNG
18   ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
19   TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

20              Defendants.

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK (PSG)

**FILED UNDER SEAL**

**APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF THOMAS D. PEASE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**

**Date**:    October 1, 2013
**Time**:    10:00 a.m.
**Place**:   Courtroom 5, 4th Floor
**Judge**:   Hon. Paul S. Grewal