| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781) hmcelhinny@mofo.com MICHAEL A. JACOBS (SBN 111664) mjacobs@mofo.com RACHEL KREVANS (SBN 116421) rkrevans@mofo.com ERIC J. OLSON (SBN 175815) ejolson@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) william.lee@wilmerhale.com WILMER CUTLER PICKERING   HALE AND DORR LLP 60 State Street Boston, Massachusetts  02109 Telephone:  (617) 526-6000 Facsimile:  (617) 526-5000  MARK D. SELWYN (CA SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING   HALE AND DORR LLP 950 Page Mill Road Palo Alto, California  94304 Telephone:  (650) 858-6000 Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") in connection with Apple's Response to Samsung's Motion for Leave to File Supplemental Declaration of Thomas D. Pease in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Apple's Response").

Samsung has filed the declaration required under Civil L.R. 79-5 to provide evidence of good cause for this Court to permit filing under seal. The declaration established that Apple's Response to Samsung's Motion for Leave to File Supplemental Declaration of Thomas D. Pease in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Apple's Response") contains Samsung's non-public, confidential information.

**IT IS SO ORDERED.**

Dated:  _____, 2013          _____
                                             Hon. Paul S. Grewal
                                             United States District Judge