QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents submitted in connection with Samsung's Reply in Support of Its Motion to Preclude Certain Testimony Identified on Apple's Witness List and Deposition Designations, filed September 30, 2013.

Samsung requests an order granting its motion to file under seal:

1. The confidential, unredacted version of Samsung's Reply in Support of Its Motion to Preclude Certain Testimony Identified on Apple's Witness List and Deposition Designations; and

2. Exhibit 1 to the Declaration of Anthony P. Alden in Support of Samsung's Reply In Support of Its Motion to Preclude Certain Testimony Identified on Apple's Witness List and Deposition Designations ("Alden Declaration").

Exhibit 1 to the Alden Declaration includes information that Apple has designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this action.   Samsung expects that Apple will file a declaration as required by Local Rule 79-5(d) to permit the filing of the above documents under seal.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

DATED: September 30, 2013          Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC