1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10   APPLE INC., a California corporation,      CASE NO. 11-CV-01846-LHK

11                 Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                                SAMSUNG'S ADMINISTRATIVE
12          vs.                                 MOTION TO FILE DOCUMENTS
                                                UNDER SEAL**
13   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
14   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
15   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
16
                   Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

2    Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3    Motion to File Documents Under Seal.

4    Apple has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to

5    provide evidence of good cause for this Court to permit filing under seal.  The declaration

6    establishes that the confidential, unredacted version of Samsung's Reply in Support of Its Motion

7    to Preclude Certain Testimony Identified on Apple's Witness List and Deposition Designations,

8    and Exhibit 1 to the Declaration of Anthony P. Alden in Support thereto ("Alden Declaration"),

9    contain Apple's non-public, confidential information.

10    Accordingly, for good cause shown, the Court GRANTS Samsung's Administrative

11    Motion and ORDERS that Exhibit 1 to the Alden Declaration be filed under seal.

12    **IT IS SO ORDERED.**

13

14   DATED: _____        _____

15                                              The Honorable Lucy H. Koh
                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28