UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 1, 2013                                  Time in Court: 1 hour and 33 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: William Lee, Mark Selwyn and Joseph Mueller
Defendant Attorney(s) present: Michael Zeller, Robert Becher and Susan Estrich
Non-Party Attorney(s) present: Randall Allen

### PROCEEDINGS:
**[Plaintiff Apple, Inc. And Non-Party Nokia Corporation's Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order
(Docket Nos. 2374-2 and 2434)**

Counsel present oral arguments.
The court takes matter under submission; written order after hearing to be issued.

///