| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI REGARDING SAMSUNG'S MOTION TO FILE UNDER SEAL (DKT. NO. 2477)** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration regarding Samsung's Motion to Seal filed in connection with Samsung's Reply in Support of Its Motion to Preclude Certain Testimony Identified on Apple's Witness List and Deposition Designations ("Reply in Support of Motion to Preclude"). (Dkt. No. 2477.)

2. Samsung requested an order granting its motion to file under seal the unredacted version of its Reply in Support of Motion to Preclude and Exhibit 1 to the Declaration of Anthony P. Alden in Support of Samsung's Reply in Support of Motion to Preclude.

3. Apple does not maintain a claim of confidentiality with respect to the above documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of October, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI RE SAMSUNG'S MOT. TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3339252

1