Exhibit 1

**Samsung's itemization of witnesses, documents, or other evidentiary material to be presented concerning the amount of damages.**

Witnesses[1]

1. Robert John Anders
2. Fred Anzures
3. Yongseok Bang
4. Timothy Benner
5. Tony Blevins
6. Mark Buckley
7. Imran Chaudhri
8. Greg Christie
9. Justin Denison
10. Stephen Gray
11. Greg Joswiak
12. Eric Jue
13. Wookyun Kho
14. Jin Soo Kim
15. Min-Hyouk Lee
16. Sam Lucente
17. Stan Ng
18. Bas Ording
19. Jaewoo Park
20. Todd Pendleton
21. Andrew Platzer
22. Arthur Rangel
23. Dongseok Ryu
24. Douglas Satzger
25. Timothy Sheppard
26. Itay Sherman
27. Jong-wook Shim
28. Jaegwan Shin
29. Steven Sinclair
30. Ramamirtham Sukumar
31. Boris Teksler
32. Andries Van Dam
33. Michael Wagner
34. Jeeyuen Wang
35. Richard Williamson
36. Sun-young Yi
37. Ravin Balakrishnan

---

[1] Samsung is also seeking clarification from the Court regarding the testimony of Hyoung Shin Park, as discussed in the Joint Pretrial Statement.

38. Peter Bressler
39. Susan Kare
40. Karan Singh

More information about these witness is listed in Samsung's witness list, Exhibit 3.

Exhibits:[2]

| Trial Ex. No. | Description |
|---|---|
| PX 7 | Photographs of accused Samsung devices |
| PX 10 | Design alternatives considered by Peter Bressler |
| PX 20 | Design alternatives considered by A. Hedge |
| PX 22 | Design alternatives considered by S. Kare |
| PX 30 | Summary of surveys conducted by J. Hauser |
| PX 52 | Presentation: Samsung's Use of Apple Patents in Smartphones |
| PX 69 | 2011 Wireless Smartphone Satisfaction Study, March 2011 |
| PX 147 | Sony Xperia Arc S |
| PX 148 | Nokia Lumia 800 |
| PX 158A | Photos of Blackberry Torch GUI |
| PX 159 | Photos of Nokia N9 GUI |
| PX 160 | Screenshot of Meizu M8 GUI |
| PX 167 | Phone model 956 |
| PX 168 | Phone model 961 |
| DX 511 | Japanese Design Patent JP D1241638 |
| DX 526 | Samsung F700 |
| DX 528 | XNav sourcecode |
| DX 534 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2 |
| DX 535 | ComTech United States Report Q1, 2011 |
| DX 536 | IDC Worldwide Quarterly Mobile Phone Tracker - 2011 Q4 |
| DX 537 | IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4 |
| DX 541 | iPad and iPod Touch, US & WW Sales Data, Q4FY07 - Q2FY12 |

---

[2] Samsung is also seeking clarification from the Court regarding use of exhibits DX 522, 566, 596, and 625, as discussed in the Joint Pretrial Statement.

| Trial Ex. No. | Description |
|---|---|
| DX 542 | iPhone US & WW Sales Data Q3FY07 – Q2FY12 |
| DX 543 | iPhone Units/Revenue Report Q3FY07 - Q1FY12 (Domestic) |
| DX 544 | iPad US Profitability on a Per Unit Basis |
| DX 546 | Bederson, et al.: Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics |
| DX 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 - November 30, 2004, found on the MERL-Drive in the folders: MERLDrive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch, and MERL-rive/diamondtouch/people/forlines/ Mandelbrot/src/com/merl/forlines/fractal, and MERL DiamondTouch Table with Mandelbrot files |
| DX 550 | Nomura Yasuhiro patent, Japanese application and translation |
| DX 551 | U.S. Patent Appl. No. 2002/0030699 |
| DX 556 | Jefferson Han TED Video - Unveiling the genius of multi-touch interface design available at http://www.ted.com/talks/jeff_han_demos_his_breakthrough_touchscreen.html |
| DX 561 | U.S. Patent Appl. No. 60/718187; U.S. Patent No. 7,933,632 |
| DX 562 | March 8, 2006 email from R. Howarth to J. Ive |
| DX 572 | April 15, 2011 email string, subject: "Re: iPhone v Android Preso", with Smartphone Market Study US January 2011 attached |
| DX 578 | April 14, 2010 email string and meeting agenda, subject : "iPhone 'firsts'" |
| DX 581 | Worldwide iPhone Q3'10 Performance Summary, July 7, 2010 |
| DX 586 | Samsung-Apple Licensing Discussion, October 5, 2010 |
| DX 587 | Worldwide iPhone Q4 '10 Performance Summary, October 6, 2010 |
| DX 589 | Worldwide iPhone Q1 '11 Performance Summary, January 5, 2011 |
| DX 590 | U.S. Patent No. 7,872,640 and WO 03/081458 |
| DX 592 | ComTech United States Report Q4, 2010 |

| Trial Ex. No. | Description |
|---|---|
| DX 594 | March 10, 2011 email string, subject: "Android shipments grow 1580%, now 'king of the hill' in Europe" |
| DX 595 | droid Market Overview, CY10 Q4 |
| DX 601 | October 20, 2010 email string, subject: Joz Q4 Earnings Notes |
| DX 605 | ComTech United States Report Q4, 2011 |
| DX 614 | iPad Buyer Survey: Initial US Results, Apple Market Research & Analysis, August 2010 |
| DX 617 | iPad Tracking Study FY11-Q2 Report, Apple Market Research & Analysis, May 2011 |
| DX 627 | Best Buy circulars |
| DX 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: TableCloth source code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; Screenshot of Diamond Touch-Flash Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm TableCloth screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 and MERL DiamondTouch Table with Tablecloth files |
| DX 676 | Samsung financial spreadsheet (updated for new trial) |
| DX 680 | Y.S. Bang sketchbook |
| DX 682 | Minhyouk Lee Sketchbook |
| DX 683 | Jin Soo Kim Sketchbook |
| DX 684 | Photographic summary of Samsung devices and translations of select pages |
| DX 687 | Apple email string regarding competitor products |
| DX 692 | J. Han email string |
| DX 693 | Mandelbrot source code |
| DX 694 | April 7, 2005 email from S. Hotelling to G. Christie then to S. Forstall, subject "LaunchTile" |
| DX 701 | Summaries of Apple's Consumer Surveys Pursuant to FRE 1006 (updated for new trial) |
| DX 702 | Summaries of Data Concerning Hypothetical Design Around Cost Pursuant to FRE 1006 (updated for new trial) |
| DX 703 | Summaries of Apple and Samsung ASP Data Pursuant to FRE 1006 (updated for new trial) |
| DX 704 | Summary of jury's liability findings for 13 products at issue in new trial (updated for new trial) |

| Trial Ex. No. | Description |
|---|---|
| DX 709 | Competitive analysis document |
| DX 710 | Internal Apple email regarding competitive update |
| DX 711 | Competitive update presentation |
| DX 712 | Internal Apple email regarding competitive phone tracker |
| DX 714 | Email and Presentation: Samsung Juke (SGH-F210) Cell Phone/MP3 Player $300 - iPod Engineering Teardown Report - January 2008 |
| DX 716 | Email and HTC Touch HD Take Apart presentation |
| DX 717 | Samsung Galaxy Tab 10.1 Take-Apart |
| DX 720 | Annotated Video of Tablecloth Running on a Diamondtouch |
| DX 721 | Annotated Videos of LaunchTile and Xnav |
| DX 722 | Annotated Video of LaunchTile running on a HP series 1900 ipaq Pocket PC |
| DX 724 | April 7, 2005 email from S. Forstall to G. Christie |
| DX 727 | Korean Design Patent KR30-0418547 (N.B. Certified translation has unique bates range following original) |
| DX 728 | Japanese Design Patent JP D1241383 ( N.B. Certified translation has unique bates range following original) |
| DX 751 | 381 video completed on July 5, 2012 |
| DX 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 |
| DX 754 | Apple 10-K Forms, 2007-2011 |
| DX 755 | Apple iPhone Units / Revenue Report |
| DX 756 | Apple iPhone Units / Revenue Report |
| DX 757 | Royalties Chart |
| DX 758 | Royalties Chart |
| DX 760 | January 15, 2009 email from G. Joswiak to P. Oppenheimer |

| Trial Ex. No. | Description |
|---|---|
| DX 761 | Presentation: Taking on The iPad |
| DX 762 | October 31, 2010 email from S. Jobs to S. Forstall |
| DX 763 | iPad Consideration: Quantitative Research Among CE Buyers, August 2011 |
| DX 764 | 09-01-11 E-mail from Rangel to Ng (Ng, Exh 2) September 1, 2011 email from A. Rangel to S. Ng |
| DX 765 | Email from G. Joswiak with attached "earnings call transcript," attachment dated July 22, 2010 |
| DX 766 | iPad Tracking Study FY11-Q4 Report, Apple Market Research & Analysis, November 2011 |
| DX 767 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q4 |
| DX 768 | iPad Tracking Study July 2010 Report, Apple Market Research & Analysis, September 2010 |
| DX 769 | iPad Tracking Study FY10-Q4 Report, Apple Market Research & Analysis, October 2010 |
| DX 770 | iPad Tracking Study FY11-Q1 Report, Apple Market Research & Analysis, February 2011 |
| DX 771 | iPad Tracking Study FY11-Q3 Report, Apple Market Research & Analysis, August 2011 |
| DX 772 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q2 |
| DX 773 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q3 |
| DX 774 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q4 |
| DX 775 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q1 |
| DX 776 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q3 |
| DX 777 | Apple's US Sales of iPad Products |
| DX 781 | Summaries of Samsung Profits Pursuant to FRE 1006 (updated for new trial) |
| DX 900 | January 6, 2010 e-mail to Jinsoo Kim |
| DX 901 | Declaration of Julie L. Davis dated April 3, 2009, CIF Licensing v. Agere Sys., Inc., Case No. 07-170 (JJF) |

| Trial Ex. No. | Description |
|---|---|
| DX 902 | Declaration of Julie L. Davis dated August 3, 2012, Mformation Techs., Inc. v. RIM, Ltd., Case No. C-08-4990 (JW) |
| DX 903 | Declaration of Julie L. Davis dated February 23, 2009, Spectralytics, Inc. v. Cordis Corp., Case No. 0:05-cv-01464-PJS-RLE |
| DX 904 | Declaration of Julie L. Davis dated Sept. 20, 2011, Mformation Techs., Inc. v. RIM, Ltd., Case No. C-08-4990 (JW) |
| DX 905 | Deposition of Julie L. Davis, Calphalon Corp. v. Meyer Corp., Case No. Civ. S-05-971 |
| DX 906 | Deposition of Julie L. Davis, Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp., Case No. 99-CV-309 |
| DX 907 | Deposition of Julie L. Davis, Rodeo Cold Marketing Co. v. Coors Brewing Co., Case No. 03-cv-05280 |
| DX 908 | Deposition of Julie L. Davis, DE Technologies, Inc. v. Dell Inc.., Case No. 04-cv-00628 |
| DX 909 | Trial Transcript, Riddell Inc. v. Schutt Sports, Inc., Case No. 08-CV-711-BBC |
| DX 910 | Trial Transcript, Advanced Med. Optics, Inv. v. Alcon Inc., Case No. 03-1095 (KAJ) |
| DX 911 | Trial Transcript, Ajinomoto Co. v. Archer-Daniels-Midland Co., Case No. 95-218 (SLR) |
| DX 912 | Trial Transcript, Alloc, Inc. vs. Pergo, Inc., Case No. CV-02-0736 |
| DX 913 | Trial Transcript, Baxter Healthcare Corp. v. Fresenius Med. Care Holdings, Case No. C 07-01359 PJH |
| DX 914 | Trial Transcript, Calphalon Corp. v. Meyer Corp., Case No. Civ. S-05-971 (vol. 1) |
| DX 915 | Trial Transcript, CIF Licensing v. Agere Sys., Inc., Case No. 07-170 (JJF) |
| DX 916 | Trial Transcript, Coloplast A/S v. Generic Med. Devices, Inc., Case No. C10-0227BHS |
| DX 917 | Trial Transcript, EMI Group N. Am. v. Cypress Semiconductor, Case No. 98-350 (RRM) |
| DX 918 | Trial Transcript, Honeywell Int'l v. Universal Avionics Sys. Corp., Case No. 03-242-MPT |

| Trial Ex. No. | Description |
|---|---|
| DX 919 | Trial Transcript, Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp., Case No. 99-CV-309 |
| DX 920 | Trial Transcript, John Mezzalingua Assocs., Inc. v. Arris Int'l, Inc., Case No. 03-C-0353-C |
| DX 921 | Trial Transcript, Kim v. ConAgra Foods, Inc., Case No. 01-CV-2467 |
| DX 922 | Trial Transcript, Lepage's Inc. v. 3M, Case No. 97-3983 |
| DX 923 | Trial Transcript, Lucent Techs., Inc. v. Newbridge Networks, Inc., Case No. 97-347-JJF |
| DX 924 | Trial Transcript, Mars, Inc. v. H.J. Heinz Co., L.P., Case No. CV-01-10961-RGK |
| DX 925 | Trial Transcript, Mformation Techs., Inc. v. RIM, Ltd., Case No. C 08-4990 (JW) |
| DX 926 | Trial Transcript, Network-1 Security Solutions, Inc. v. Cisco Sys., Inc., Case No. 6:08-cv-30 |
| DX 927 | Trial Transcript, Novozymes A/S v. Genencor Int'l, Inc., Case No. 05-160 (KAJ) |
| DX 928 | Trial Transcript, Precor Inc. v. Life Fitness, Case No. C-94-1586-C |
| DX 929 | Trial Transcript, QinetiQ Limited V. Samsung Telecomms. Am., L.P., Case No. 2:03-cv-00221 |
| DX 930 | Trial Transcript, Richardson-Vicks, Inc. v. Upjohn Co., Case No. 93-556 (SLR) |
| DX 931 | Trial Transcript, Santarus, Inc. v. Par Pharma., Inc., Case No. 07-551(GMS) |
| DX 932 | Trial Transcript, Solvay, S.A. v. Honeywell Specialty Materials LLC, Case No. 06-557 |
| DX 933 | Trial Transcript, Spectralytics, Inc. v. Cordis Corp., Case No. 0:05-cv-01464-PJS-RLE |
| DX 934 | Trial Transcript, Time Inc. v. Peterson Publishing Co., LLC, Case No. 97-CV-5879 HB |
| DX 935 | Trial Transcript, Tomita Techs. USA, LLC v. Nintendo Co., Ltd., Case No. 11-cv-4256 (JSR) |
| DX 936 | Trial Transcript, Tyco Healthcare Group L.P. v. Biolitec, Inc., Case No. C-08-3129 MMC |
| DX 937 | Cost Accounting: A Managerial Emphasis (Horngren, Datar, & Foster, 11th Ed.) |

| Trial Ex. No. | Description |
|---|---|
| DX 938 | Apple Licensing Agreement with HTC |
| DX 939 | U.S. Senate Permanent Subcommittee on Investigations, Memorandum re: Offshore Profit Shifting and U.S. Tax Code, May 21, 2013 |
| DX 940 | Declaration of Marylee Robinson dated September 21, 2012 (Dkt. 2120-14) |
| DX 941 | Declaration of Marylee Robinson dated July 5, 2013 (Dkt. 2331) |
| DX 942 | Declaration of Marylee Robinson dated November 9, 2012 (Dkt. 2129) |
| DX 943 | Expert Report of Terry L. Musika, March 22, 2012 |
| DX 944 | Supplemental Expert Report of Terry L. Musika, May 8, 2012 |
| DX 945 | Updated Rebuttal Expert Report of Michael J. Wagner, August 26, 2013 |
| DX 946 | Expert Report of Julie L. Davis, August 23, 2013 |
| DX 947 | Deposition of Terry L. Musika, May 14, 2012 |
| DX 948 | Deposition of Julie L. Davis, August 26, 2013 |
| DX 949 | Deposition of Marylee Robinson, November 5, 2012 |
| DX 950 | May 8, 2013 letter from E. Olson to V. Maroulis disclosing Julie Davis as an expert |
| DX 951 | May 16, 2013 letter from E. Olson to A. Alden re: Davis disclosure |
| DX 952 | Summary of Damages Calculations For New Trial |
| DX 953 | Annotated Video of ThinkFree Office on Samsung Intercept |
| DX 954 | Apple's Opposition to Samsung's Motions in Limine (Dkt. No. 1206) |
| DX 955 | Apple's Opposition to Samsung's Motion for JMOL, New Trial and/or Remittitur (Dkt. 2050) |
| DX 956 | Order Denying Permanent Injunction (Dkt. No. 2197) |
| DX 957 | Apple Demonstrative re P. Bressler (PDX026) |
| DX 958 | Ex Parte Reexamination File History of U.S. Patent No. 7,469,381 (Application No. 90/012,304) |
| DX 959 | Ex Parte Reexamination File History of U.S. Patent No. 7,844,915 (Application No. 90/012,332) |
| DX 960 | Apple's Objections and Responses, as well as Supplemental and Amended Responses, to Samsung's First Set of Interrogatories, September 12, 2011 |
| DX 961 | Apple's Demonstrative re Singh (PDX029) |
| DX 962 | Apple Demonstrative re Kare (PDX014) |

| Trial Ex. No. | Description |
|---|---|
| DX 963 | Claim Construction Orders (Dkt. No. 1447) |
| DX 964 | Claim Construction Orders (Dkt. No. 0849) |
| DX 965 | Claim Construction Orders (Dkt. No. 1266 ) |
| DX 966 | Claim Construction Orders (Dkt. No. 1425) |
| DX 967 | 2012.07.31 Trial Transcript |
| DX 968 | 2012.08.03 Trial Transcript |
| DX 969 | 2012.08.06 Trial Transcript |
| DX 970 | 2012.08.07 Trial Transcript |
| DX 971 | 2012.08.10 Trial Transcript |
| DX 972 | 2012.08.13 Trial Transcript |
| DX 973 | 2012.08.14 Trial Transcript |
| DX 974 | 2012.08.15 Trial Transcript |
| DX 975 | 2012.08.16 Trial Transcript |
| DX 976 | 2012.08.17 Trial Transcript |
| DX 977 | 2012.08.20 Trial Transcript |
| DX 978 | 2012.08.21 Trial Transcript |
| DX 979 | 2012.08.24 Trial Transcript |
| DX 980 | Affidavit of Julie L. Davis dated December 20, 1996, Caterpillar Inc. v. Detroit Diesel Corp., Case No. 3:95-CV-0489 RM |
| JX 1007 | Galaxy S (i9000) |
| JX 1008 | Acclaim |
| JX 1009 | Intercept |
| JX 1010 | Galaxy S Vibrant |
| JX 1011 | Galaxy S Captivate |
| JX 1012 | Galaxy S Epic 4G |
| JX 1013 | Galaxy S Fascinate |
| JX 1014 | Transform |
| JX 1015 | Galaxy S Mesmerize |
| JX 1016 | Galaxy S Continuum |
| JX 1017 | Galaxy S Showcase 500 |
| JX 1018 | Nexus S |
| JX 1019 | Galaxy S 4G |
| JX 1020 | Gem |
| JX 1021 | Sidekick 4G |
| JX 1022 | Galaxy Prevail |
| JX 1023 | Nexus S 4G |
| JX 1024 | Replenish |

| Trial Ex. No. | Description |
|---|---|
| JX 1025 | Droid Charge |
| JX 1026 | Indulge |
| JX 1027 | Infuse 4G |
| JX 1028 | Exhibit 4G |
| JX 1029 | Gravity Smart |
| JX 1030 | Galaxy Ace |
| JX 1031 | Galaxy S II (AT&T) |
| JX 1032 | Galaxy S II (i9100) |
| JX 1033 | Galaxy S II (T-Mobile) |
| JX 1034 | Galaxy S II (Epic 4G Touch) |
| JX 1035 | Galaxy S II (Skyrocket) |
| JX 1036 | Galaxy Tab 7.0 |
| JX 1037 | Galaxy Tab 10.1 (WiFi) |
| JX 1038 | Galaxy Tab 10.1 (4G LTE) |
| JX 1042 | Certified copy of US D604,305, issued November 17, 2009 |
| JX 1043 | Certified copy of D618,677, issued June 29, 2010 |
| JX 1044 | Certified copy of US 7,844,915, issued November 30, 2010 |
| JX 1045 | Certified copy of US 7,469,381, issued December 23, 2008 |
| JX 1046 | Certified copy of US 7,864,163, issued January 4, 2011 |
| JX 1047 | Certified file history of US 7,469,381, issued December 23, 2008 |
| JX 1048 | Certified file history of US 7,844,915, issued November 30, 2010 |
| JX 1049 | Certified file history of US 7,864,163, issued January 4, 2011 |
| JX 1063 | File wrapper for U.S. D604,305 |
| JX 1064 | File history  for U.S. D618,677 |
| JX 1086 | Korean design patent KR 30-0452985 |
| JX 1093 | LG Prada Phone |
| JX 1095 | U.S. Patent No. D461,802 |
| JX 1098 | Fascinate (with Android version 2.1-update1) |
| JX 1099 | Galaxy Tab 7.0 (with Android version 2.2) |
| DX 2277 | Pantech Hotshot |
| DX 2278 | Blackberry Storm |

| Trial Ex. No. | Description |
|---|---|
| DX 2515 | Email string ending in 10-14-05 T. Fadell to S. Forstall, et al., re: Samsung SGH-T809 |
| DX 2517 | November 18, 2008 email from H. Zhang to Isable-staff, subject "Competitive Analysis" |
| DX 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 |
| DX 2520 | Email string ending in March 30, 2011 email from R. Huang to S. Forstall, subject: "Navigation on iPhone" |
| DX 2522 | January 24, 2011 email E. Cue to T. Cook, subject "Why I Just Dumped the iPad (Hing: Size Matters)" |
| DX 2524 | October 5, 2005 email S. Jobs to J. Ive, et al., subject:" =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-10_Bang_&_Olufsen_=93fas?==?WINDOWS-252?Q?hionphone=94?=" |
| DX 2525 | November 7, 2006 email T. Fadell to S. Jobs, et al., subject: "Samsung Unveils New Communications Device (AP)" |
| DX 2526 | Nook Color Tablet |
| DX 2527 | Blackberry Storm 9550 |
| DX 2528 | LG G2x |
| DX 2530 | Sony XPERIA X1 phone |
| DX 2531 | Blackberry Storm 2 9550 phone |
| DX 2532 | HTC EVO 4G phone |
| DX 2533 | HTC myTouch 4G phone |
| DX 2534 | Motorola Atrix phone |
| DX 2535 | HTC Desire S phone |
| DX 25A1 | Summary of Apple's damages calculations |
| DX 2627 | 3GSM Congress Trade Show Report |
| DX 2628 | CES & Macworld Trade Show Report |

More information about these exhibits is listed in Samsung's exhibit list, Exhibit 5.