Exhibit 2

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S WITNESS LIST FOR NEW DAMAGES TRIAL**<br><br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

Apple provides herewith its witness list for the new damages trial. Apple reserves the right to supplement and/or modify this witness list, and to call such other or additional witnesses as may be permitted, in the discretion of this Court, and/or to introduce additional witnesses for impeachment or rebuttal purposes.

Dated: September 9, 2013  MORRISON & FOERSTER LLP

By: */s/ Harold J. McElhinny*
HAROLD J. MCELHINNY

Attorneys for Plaintiff
APPLE INC.

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Blevins, Tony | Previously provided | Mr. Blevins is currently the Vice President of Procurement at Apple. Mr. Blevins may testify regarding Apple's history, products, components, supply chain and procurement, supplier relationships, and technology, and the sales and marketing of Apple's products. |
| Davis, Julie | Previously provided | Ms. Davis is a CPA with over 35 years of experience and is a principal with Davis & Hosfield Consulting LLC. Her fields of expertise include accounting, finance, valuation, business planning, and economic damages analysis. Ms. Davis may testify regarding the contents of and subjects disclosed in her expert report, including the damages that Apple has suffered due to Samsung's violation of Apple's intellectual property. |
| Hauser, John | Previously provided | Dr. Hauser is the Kirin Professor of Marketing at the MIT Sloan School of Management. His field of expertise includes marketing research, customer satisfaction, and consumer decision-making. Dr. Hauser may testify regarding the contents of and subjects disclosed in his expert report, including the conjoint studies that he conducted to determine the price premium Samsung consumers are willing to pay for the features associated with the patents-in-suit. |

sf-3328281

1

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Schiller, Phil | Previously provided | Mr. Schiller is the Senior Vice President of Worldwide Product Marketing at Apple. Mr. Schiller may testify regarding Apple's marketing for Apple mobile devices such as the iPhone and iPad, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Schiller also may testify regarding drivers of demand for devices such as Apple's iPhone and iPad products and the competitive market for mobile devices, such as smartphones and tablets. |

sf-3328281

2

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Balakrishnan, Ravin | Previously provided | Dr. Balakrishnan is a Professor of Computer Science at the University of Toronto. His fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Balakrishnan may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background relevant to the '381 patent, Samsung's infringement of that patent and the functionality and operation of Samsung's Infringing Products. |
| Bressler, Peter | Previously provided | Mr. Bressler, FIDSA, is an industrial designer and an adjunct professor at the University of Pennsylvania. Mr. Bressler may testify regarding the contents of and subjects disclosed in his expert reports, including the industrial design and the background of the D'677 patent, and Samsung's infringement and Apple's practice of those patents. |
| Buckley, Mark | Previously provided | Mr. Buckley is a financial analyst at Apple. Mr. Buckley may testify regarding information from Apple's internal systems relating to Apple's financial results, Apple's manufacturing capacity, and the profitability of Apple's products and services. |

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Denison, Justin | Address known to Samsung | Mr. Denison is STA's Chief Strategy Officer. He may be called to testify regarding the development, design, sales and marketing of the infringing Samsung products, Samsung's awareness of and consideration of Apple, its products, and its intellectual property, competition between Apple and Samsung in the smartphone and tablet markets, and the pricing and hardware and software design of Samsung's infringing products. |
| Forstall, Scott | Previously provided | Mr. Forstall was the Senior Vice President of iOS software at Apple at the time of the first trial and is a named inventor of the '163 patent. Mr. Forstall may testify regarding the graphical user interfaces in Apple products such as the iPhone and iPad, the design and development process for these interfaces, and the inventions of the '381, '915, and '163 utility patents and their significance. |

sf-3328281

4

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Joswiak, Greg | Previously provided | Mr. Joswiak is the Vice President for iPod, iPhone, and iOS Product Marketing at Apple. Mr. Joswiak may testify regarding Apple's marketing for Apple's iOS devices such as the iPhone, including Apple's advertising strategy and expenditures, sales figures, other publicity for these products, and internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products.  Mr. Joswiak also may testify regarding the competitive market for mobile devices, such as smartphones. |
| Kare, Susan | Previously provided | Ms. Kare is an icon designer and user interface graphic designer.  Ms. Kare may testify regarding the contents of and subjects disclosed in her expert reports, including icon and user interface graphics design and the background of the D'305 patent, and Samsung's infringement and Apple's practice of that patent. |

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Singh, Karan | Previously provided | Dr. Singh's fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Singh may testify regarding the contents of and subjects disclosed in his expert reports and pre-trial declarations, including the technical background relevant to the asserted claims of the '163 and '915 patents, Samsung's infringement of those patents, and the functionality and operation of Samsung's Infringing Products as they relate to those patents. |
| Sood, Sanjay | Previously provided | Dr. Sood is an Associate Professor at the Anderson Graduate School of Management of the University of California, Los Angeles. Dr. Sood may testify regarding the contents of and subjects disclosed in his expert report, including the importance of design in consumer choice, Apple's brand equity, and the impact of Samsung's infringing products on Apple's product designs and overall brand. |

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Stringer, Christopher | Previously provided | Mr. Stringer is currently a Senior Director of Industrial Design at Apple and is a co-inventor on the D'677 patent.  Mr. Stringer may testify regarding the industrial design process at Apple, the background, conception, and reduction to practice of that patent, other designs considered by Apple, and the background, design, and success of Apple's products. |
| Teksler, Boris | Previously provided | Mr. Teksler was the Director of Patent Licensing and Strategy at Apple at the time of the first trial.  Mr. Teksler may testify regarding Apple's practices and policies with respect to licensing of its intellectual property and Apple's efforts to stop Samsung from violating Apple's intellectual property and proprietary technology.  Mr. Teksler may also testify concerning Apple's licensing negotiations with Samsung. |
| Watrous, Bruce "BJ" | Previously provided | Mr. Watrous is the Vice President & Chief IP Counsel at Apple and may testify concerning Apple's licensing negotiations with Samsung. |

sf-3328281

*Apple v. Samsung*, No. 11-01846

Apple's Witness List For New Damages Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Winer, Russell | Previously provided | Dr. Winer is the William Joyce Professor of Marketing and the Chair of the Marketing Department at the Stern School of Business, New York University.  Dr. Winer may testify regarding the content of and subjects disclosed in his expert reports, including the strength of Apple's brand, the relationship between Apple's product design and the strength of Apple's brand, and the impact that Samsung's infringing products have on Apple's product designs and the overall Apple brand. |

APPLE'S DEPOSITION DESIGNATIONS FOR NEW DAMAGES TRIAL

| Witness | Substance of Testimony To Be Given |
|---|---|
| Benner, Timothy | Mr. Benner is STA's Senior Manager of Consumer Insights and Analytics. Apple may present testimony from Mr. Benner concerning the subjects of his deposition, including without limitation consumer surveys in Samsung's possession relating to the smartphone and tablet markets. |
| Chang, Dong Hoon[1] | Mr. Chang is a Senior Vice President at Samsung and head of SEC's Mobile Design Group. Apple may present testimony from Mr. Chang concerning the subjects of his depositions, including without limitation the accused Samsung products, Samsung's design and development process and strategy, the availability of alternative designs, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property. |
| Choi, Geesung | Mr. Choi is the head of Samsung Group's corporate strategy and recently served as CEO and Vice Chairman of Samsung Electronics. Apple may present testimony from Mr. Choi regarding the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's corporate strategy and structure, and Samsung's practices and actions concerning the retention and preservation of documents. |
| Conley, Cira | Ms. Conley is a corporate representative for Gravity Tank. Apple may present testimony from Ms. Conley concerning the subjects of her deposition, including without limitation Gravity Tank's relationship with and work for Samsung. |
| Denison, Justin[1] | Mr. Denison is STA's Chief Strategy Officer. Apple may present testimony from Mr. Denison concerning the subjects of his depositions or trial testimony, including without limitation the accused Samsung products, Samsung's sales and marketing of the accused products, |

*Apple v. Samsung*, No. 11-01846

APPLE'S DEPOSITION DESIGNATIONS FOR NEW DAMAGES TRIAL

| Witness | Substance of Testimony To Be Given |
|---|---|
|  | Samsung's design and development process and strategy, competition between Apple and Samsung, the overall U.S. smartphone and tablet markets, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and intellectual property. |
| Hong, Wong Pyo | Mr. Hong is an Executive Vice President and the head of SEC's global product strategy. Apple may present testimony from Mr. Hong concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, the availability of alternative designs, Samsung's consideration, analysis and emulation of Apple's designs, technology, products, and/or intellectual property, and Samsung's corporate strategy and structure. |
| Kho, Wookyun | Mr. Kho is an engineer in SEC's Advanced Development Software Group 1.  Apple may present testimony from Mr. Kho concerning the subjects of his deposition, including without limitation Samsung's implementation of the bounce feature in its products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Lam, Ioi[1] | Mr. Lam is an engineer at Samsung.  Apple may present testimony from Mr. Lam concerning the subjects of his depositions, including without limitation the accused Samsung products, the user interface and functionality of the accused Samsung products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Lee, JunWon[1] | Mr. Lee is SEC's Director of Licensing. Apple may present testimony from Mr. Lee concerning the subjects of his deposition or for which he was designated as a corporate |

sf-3328347

2

| Witness | Substance of Testimony To Be Given |
|---|---|
| | representative, including without limitation Samsung's awareness of Apple's patents, Samsung's notice of Apple's claims of patent infringement and trade dress violations, and the lack of any Samsung licenses comparable to the intellectual property at issue. Apple may also present testimony from Mr. Lee concerning Samsung's licenses and licensing practices. |
| Lee, MinHyouk[1] | Mr. Lee is vice president of the Mobile Communications Division Design Team at SEC. Apple may present testimony from Mr. Lee concerning the subjects of his deposition or trial testimony, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the availability of alternative designs. |
| Ling, Qi | Mr. Ling is an engineer at Samsung. Apple may present testimony from Mr. Ling concerning the subjects of his deposition, including without limitation the accused Samsung products, the user interface and functionality of Samsung's accused products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Nam, Ki Hyung[1] | Mr. Nam is a senior engineer at SEC. Apple may present testimony from Mr. Nam concerning the subjects of his depositions or trial testimony, including the authenticity of certain documents. |
| Park, Hyoung Shin[1] | Ms. Park is a Senior Designer at Samsung. Apple may present testimony from Ms. Park concerning the subjects of her depositions or trial testimony, including without limitation the accused Samsung products, Samsung's design and development process and strategy, and its awareness, consideration, analysis, and emulation of Apple's designs, technology, |

*Apple v. Samsung*, No. 11-01846

APPLE'S DEPOSITION DESIGNATIONS FOR NEW DAMAGES TRIAL

| Witness | Substance of Testimony To Be Given |
|---|---|
| | products, and/or intellectual property. |
| Park, Junho | Mr. Park is a director of product planning at Samsung.  Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's competitive intelligence practices, and the authenticity of certain documents. |
| Pendleton, Todd[1] | Mr. Pendleton is STA's Chief Marketing Officer.  Apple may present testimony from Mr. Pendleton concerning the subjects of his depositions, including without limitation the accused Samsung products, Samsung's and Apple's product designs, competition between Apple and Samsung, Samsung's marketing and advertising with respect to the feature patents, Samsung's business, and the overall U.S. smartphone and tablet markets. |
| Rosenberg, Brian | Mr. Rosenberg is STA's Senior Vice President of Mobile Phone and Tablet Sales. Apple may present testimony from Mr. Rosenberg concerning the subjects of his deposition, including without limitation information concerning sales, pricing, retail channels, and carriers of Samsung's accused products, competition between Apple and Samsung, Samsung's business, Samsung's business strategies, and the overall U.S. smartphone and tablet markets. |
| Ryu, DongSeok | Mr. Ryu is responsible for UX negotiations with carriers at SEC.  Apple may present testimony from Mr. Ryu concerning the subjects of his deposition, including without limitation Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's ability to alter user interfaces, Samsung's business |

| Witness | Substance of Testimony To Be Given |
|---|---|
| | strategies, and the visual appearance of Samsung's user interfaces in relation to Apple's user interfaces. |
| Sheppard, Tim[1] | Mr. Sheppard is STA's Vice President of Finance and Operations. Apple may present testimony from Mr. Sheppard concerning the subjects of his depositions, including without limitation the financial results and profitability of Samsung's accused products, Samsung's productions of financial information to Apple, Samsung's tax relationship with the United States and transfer/allocation of profits between the three named defendants, the pricing and sales of Samsung's accused products, and Samsung's relationships with wireless network carriers. |
| Shin, Jaegwan[1] | Mr. Shin is an engineer at Samsung. Apple may present testimony from Mr. Shin concerning the subjects of his depositions, including without limitation the accused Samsung products, the user interface and functionality of the accused Samsung products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Sohn, Dale | Mr. Sohn is STA's President and Chief Executive Officer. Apple may present testimony from Mr. Sohn concerning the subjects of his deposition, including without limitation the accused Samsung products, competition between Apple and Samsung, similarity of Apple's and Samsung's products, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property. |
| Yeo, JungMin | Ms. Yeo is an industrial designer at Samsung. Apple may present testimony from Ms. Yeo concerning the subjects of her deposition, including without limitation the accused Samsung products, the design and development of Samsung's tablet computer devices and |

*Apple v. Samsung*, No. 11-01846

APPLE'S DEPOSITION DESIGNATIONS FOR NEW DAMAGES TRIAL

| Witness | Substance of Testimony To Be Given |
|---|---|
|  | smartphone devices, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products. |

Name : N.D. Cal. Case No. 11-cv-1846 only

Name[1]: N.D. Cal. Case No. 11-cv-1846; also ITC No. 337-TA-794, -796[†]

[†]As Samsung has designated testimony from International Trade Commission Investigation Nos. 337-TA-794 & 796, Apple also does so.

sf-3328347

6