Exhibit 5

Samsung's Trial Exhibits

| Trial Exhibit List | | | | | |
|---|---|---|---|---|---|
| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
| PX 7 | Photographs of accused Samsung devices | N/A | N/A | Damages | Peter Bressler; Julie Davis; Susan Kare; Philip Schiller; Michael Wagner |
| PX 10 | Design alternatives considered by Peter Bressler | N/A | N/A | Damages | Robert Anders; Peter Bressler; Julie Davis; Sam Lucente; Itay Sherman; Michael Wagner |
| PX 20 | Design alternatives considered by A. Hedge | N/A | N/A | Damages | Robert Anders; Peter Bressler; Julie Davis; Itay Sherman; Michael Wagner |
| PX 22 | Design alternatives considered by S. Kare | N/A | N/A | Damages | Robert Anders; Julie Davis; Susan Kare; Sam Lucente; Itay Sherman; Michael Wagner |
| PX25A1 | Summary of Apple's damages calculations | N/A | N/A | Damages | Julie Davis; Michael Wagner |
| PX 30 | Summary of surveys conducted by J. Hauser | N/A | N/A | Damages | Julie Davis; John Hauser; Ramamirtham Sukumar; Michael Wagner |
| PX 52 | Presentation: Samsung's Use of Apple Patents in Smartphones | APLNDC00001103 | APLNDC00001125 | Damages | Mark Buckley; Julie Davis; Jun Won Lee; Phil Schiller; Boris Teksler; Michael Wagner; BJ Watrous |
| PX 69 | 2011 Wireless Smartphone Satisfaction Study, March 2011 | SAMNDCA10246338 | SAMNDCA10246445 | Damages | Timothy Benner; Julie Davis; Justin Denison; John Hauser; Greg Joswiak; Todd Pendleton; Arthur Rangel; Michael Wagner |
| PX 147 | Sony Xperia Arc S | N/A | N/A | Damages | Robert Anders; Peter Bressler; Julie Davis; Douglas Satzger; Itay Sherman; Michael Wagner |
| PX 148 | Nokia Lumia 800 | N/A | N/A | Damages | Robert Anders; Peter Bressler; Julie Davis; Douglas Satzger; Itay Sherman; Michael Wagner |
| PX 158A | Photos of Blackberry Torch GUI | N/A | N/A | Damages | Imran Chaudhri; Julie Davis; Samuel Lucente; Susan Kare; Michael Wagner |
| PX 159 | Photos of Nokia N9 GUI | N/A | N/A | Damages | Imran Chaudhri; Julie Davis; Samuel Lucente; Susan Kare; Michael Wagner |

10/3/2013

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| PX 160 | Screenshot of Meizu M8 GUI | N/A | N/A | Damages | Imran Chaudhri; Julie Davis; Samuel Lucente; Susan Kare; Michael Wagner |
| PX 167 | Phone model 956 | N/A | N/A | Damages | Robert Anders; Peter Bressler; Julie Davis; Douglas Satzger; Itay Sherman; Christopher Stringer; Michael Wagner |
| PX 168 | Phone model 961 | N/A | N/A | Damages | Robert Anders; Peter Bressler; Julie Davis; Douglas Satzger; Itay Sherman; Christopher Stringer; Michael Wagner |
| DX 511 | Japanese Design Patent JP D1241638 | SAMNDCA00255247 | SAMNDCA00255260 | Damages | Robert Anders; Peter Bressler; Sam Lucente; Jaewoo Park; Itay Sherman; Jong-wook Shim; Sun-young Yi |
| DX 526 | Samsung F700 | | | Damages | Peter Bressler; Min Hyouk Lee; Sam Lucente; Hyoung Shin Park; Jaewoo Park;  Itay Sherman; Jong-wook Shim; Sun-young Yi |
| DX 528 | XNav sourcecode | Ex. G ISO Bederson's Declaration ISO Opposition to PI Motion | | Damages | Andries van Dam |
| DX 534 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2 | APLNDC0000036266 | APLNDC0000036348 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 535 | ComTech United States Report Q1, 2011 | APLNDC0002831037 | APLNDC0002831088 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 536 | IDC Worldwide Quarterly Mobile Phone Tracker - 2011 Q4 | APLDC-Y00000408211 | APLDC-Y00000408211 | Damages | Julie Davis; Phil Schiller; Michael Wagner |
| DX 537 | IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4 | APLNDC-Z0000000003 | APLNDC-Z0000000003 | Damages | Julie Davis; Phil Schiller; Michael Wagner |
| DX 541 | iPad and iPod Touch, US & WW Sales Data, Q4FY07 - Q2FY12 | APLNDC0003149779 | APLNDC0003149794 | Damages | Mark Buckley; Julie Davis; Michael Wagner |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 542 | iPhone US & WW Sales Data Q3FY07 – Q2FY12 | APLNDC0003149809 | APLNDC0003149814 | Damages | Mark Buckley; Julie Davis; Michael Wagner |
| DX 543 | iPhone Units/Revenue Report Q3FY07 - Q1FY12 (Domestic) | APLNDC-Y0000051357 | APLNDC-Y00000513362 | Damages | Mark Buckley; Julie Davis; Michael Wagner |
| DX 544 | iPad US Profitability on a Per Unit Basis | APLNDC-Y0000051599 | APLNDC-Y0000051605 | Damages | Mark Buckley; Julie Davis; Michael Wagner |
| DX 546 | Bederson, et al.: Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics | Ex. G ISO Bederson's Declaration ISO MSJ | | Damages | Stephen Gray; Andries van Dam |
| DX 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 - November 30, 2004, found on the MERL-Drive in the folders: MERLDrive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch, and MERL-rive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/forlines/fractal, and MERL DiamondTouch Table with Mandelbrot files | MERL0000001 | | Damages | Stephen Gray |
| DX 550 | Nomura Yasuhiro patent, Japanese application and translation | SAMNDCA00359127 | SAMNDCA00359156 | Damages | Stephen Gray |
| DX 551 | U.S. Patent Appl. No. 2002/0030699 | APLNDC-Y0000085763 | APLNDC-Y0000085767 | Damages | Stephen Gray |
| DX 556 | Jefferson Han TED Video - Unveiling the genius of multi-touch interface design available at http://www.ted.com/talks/jeff_han_demos_his_breakthrough_touchscreen.html | S-ITC-0000110899 (Samsung's Invalidity Contentions, Ex. J-5) | | Damages | Ravin Balakrishnan; Julie Davis; Scott Forstall; Stephen Gray; Andrew Platzer; Phil Schiller; Karan Singh; Andries van Dam; Michael Wagner |
| DX 561 | U.S. Patent Appl. No. 60/718187; U.S. Patent No. 7,933,632 | SAMNDCA00402181 APLNDC-Y0000096275 | SAMNDCA00402322 APLNDC-Y0000096300 | Damages | Stephen Gray |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 562 | March 8, 2006 email from R. Howarth to J. Ive | APLNDC0003040119 | APLNDC0003040124 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Christopher Stringer; Michael Wagner |
| DX 572 | April 15, 2011 email string, subject: "Re: iPhone v Android Preso", with Smartphone Market Study US January 2011 attached | APLNDC0002007608 | APLNDC0002007704 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 578 | April 14, 2010 email string and meeting agenda, subject : "iPhone 'firsts'" | APL-ITC796-0000119763 | APL-ITC796-0000119767 | Damages | Julie Davis; Scott Forstall; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 581 | Worldwide iPhone Q3'10 Performance Summary, July 7, 2010 | APL7940000082356 | APL7940000082378 | Damages | Mark Buckley; Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | APLNDC00010886 | APLNDC00010903 | Damages | Mark Buckley; Julie Davis; Jun Won Lee; Phil Schiller; Boris Teksler; Michael Wagner; BJ Watrous |
| DX 587 | Worldwide iPhone Q4 '10 Performance Summary, October 6, 2010 | APL7940001120491 | APL7940001120512 | Damages | Mark Buckley; Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 589 | Worldwide iPhone Q1 '11 Performance Summary, January 5, 2011 | APL7940000102312 | APL7940000102332 | Damages | Mark Buckley; Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 590 | U.S. Patent No. 7,872,640 and WO 03/081458 | SAMNDCA00020541 | SAMNDCA00024748 | Damages | Andries van Dam |
| DX 592 | ComTech United States Report Q4, 2010 | APLNDCAL0010809 | APLNDCAL0010809.54 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 594 | March 10, 2011 email string, subject: "Android shipments grow 1580%, now 'king of the hill' in Europe" | APL-ITC796-0000074705 | APL-ITC796-0000074708 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 595 | Android Market Overview, CY10 Q4 | APLNDC00004618 | APLNDC00004736 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 601 | October 20, 2010 email string, subject: Joz Q4 Earnings Notes | APL-ITC796-0000119893 | APL-ITC796-000011919 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 605 | ComTech United States Report Q4, 2011 | APLNDC-Y0000148505 | APLNDC-Y0000148555 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 614 | iPad Buyer Survey: Initial US Results, Apple Market Research & Analysis, August 2010 | APLNDC-Y0000023361 | APLNDC-Y0000023427 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 617 | iPad Tracking Study FY11-Q2 Report, Apple Market Research & Analysis, May 2011 | APLNDC0000036349 | APLNDC0000036570 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 627 | Best Buy circulars | SAMNDCA00357159 | SAMNDCA00359048 | Damages | Timothy Benner; Justin Denison; Todd Pendleton |

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: TableCloth source code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; Screenshot of Diamond Touch-Flash Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm TableCloth screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 and MERL DiamondTouch Table with Tablecloth files | MERL0000001 | | Damages | Andries van Dam |
| DX 676 | Samsung financial spreadsheet (updated for new trial) | SAMNDCA00402074 | SAMNDCA00402075 | Damages | Julie Davis; Timothy Sheppard; Michael Wagner |
| DX 680 | Y.S. Bang sketchbook | SAMNDCA00197929 | SAMNDCA00198057 | Damages | YongSeok Bang |
| DX 682 | Minhyouk Lee Sketchbook | SAMNDCA00197773 | SAMNDCA00197901 | Damages | Min Hyouk Lee |
| DX 683 | Jin Soo Kim Sketchbook | SAMNDCA00197131 | SAMNDCA00197263 | Damages | Jin Soo Kim |
| DX 684 | Photographic summary of Samsung devices and translations of select pages | N/A | N/A | Damages | YongSeok Bang; Justin Denison; Jin Soo Kim; Min Hyouk Lee; Hyoung Shin Park |
| DX 687 | Apple email string regarding competitor products | APLNDC0001260016 | APLNDC0001260024 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Christopher Stringer; Michael Wagner |
| DX 692 | J. Han email string | NYU-0003405 | NYU-0031996 | Damages | Ravin Balakrishnan; Mark Buckley; Julie Davis; Scott Forstall; Stephen Gray; Andrew Platzer; Phil Schiller; Karan Singh; Boris Teksler; Andries van Dam; Michael Wagner; BJ Watrous |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 693 | Mandelbrot source code | MERL0000001 | | Damages | Stephen Gray |
| DX 694 | April 7, 2005 email from S. Hotelling to G. Christie then to S. Forstall, subject "LaunchTile" | APLNDC00019933 | APLNDC00019935 | Damages | Ravin Balakrishnan; Mark Buckley; Greg Christie; Julie Davis; Scott Forstall; Stephen Gray; Andrew Platzer; Phil Schiller; Karan Singh; Andries van Dam; Michael Wagner |
| DX 701 | Summaries of Apple's Consumer Surveys Pursuant to FRE 1006 (updated for new trial) | N/A | N/A | Damages | Michael Wagner |
| DX 702 | Summaries of Data Concerning Hypothetical Design Around Cost Pursuant to FRE 1006 (updated for new trial) | N/A | N/A | Damages | Michael Wagner |
| DX 703 | Summaries of Apple and Samsung ASP Data Pursuant to FRE 1006 (updated for new trial) | N/A | N/A | Damages | Michael Wagner |
| DX 704 | Summary of jury's liability findings for 13 products at issue in new trial (updated for new trial) | N/A | N/A | Damages | Michael Wagner |
| DX 709 | Competitive analysis document | Joswiak Ex. 17 APL7940014663269 | APL7940014663279 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 710 | Internal Apple email regarding competitive update | APLNDC0001509486 | APLNDC001509497 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 711 | Competitive update presentation | APLNDC0001531935 | APLNDC0001531982 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 712 | Internal Apple email regarding competitive phone tracker | APLNDC0002230186 | APLNDC0002230243 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 714 | Email and Presentation: Samsung Juke (SGH-F210) Cell Phone/MP3 Player $300 - iPod Engineering Teardown Report - January 2008 | APLNDC0002367163 | APLNDC0002367181 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |

10/3/2013

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 716 | Email and HTC Touch HD Take Apart presentation | APLNDC0001360046 | APLNDC0001360058 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 717 | Samsung Galaxy Tab 10.1 Take-Apart | APLNDC0002868532 | APLNDC0002868553 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 720 | Annotated Video of Tablecloth Running on a Diamondtouch | Bogue Decl. ISO MSJ Ex. 4-5 | | Damages | Andries van Dam |
| DX 721 | Annotated Videos of LaunchTile and Xnav | Van Dam Expert Report Ex. 11a-f | | Damages | Andries van Dam |
| DX 722 | Annotated Video of LaunchTile running on a HP series 1900 ipaq Pocket PC | Gray Decl. Ex. 4-5 | | Damages | Stephen Gray |
| DX 724 | April 7, 2005 email from S. Forstall to G. Christie | APLNDC-00019963 | APLNDC-00019965 | Damages | Julie Davis; Greg Christie; Scott Forstall; Greg Joswiak; Bas Ording; Phil Schiller; Christopher Stringer; Michael Wagner |
| DX 727 | Korean Design Patent KR30-0418547 (N.B. Certified translation has unique bates range following original) | SAMNDCA00255321 | SAMNDCA00255329 | Damages | Robert Anders; Peter Bressler; Sam Lucente; Jaewoo Park; Itay Sherman; Jong-wook Shim; Sun-young Yi |
| DX 728 | Japanese Design Patent JP D1241383 ( N.B. Certified translation has unique bates range following original) | SAMNDCA00255283 | SAMNDCA00255295 | Damages | Robert Anders; Peter Bressler; Sam Lucente; Jaewoo Park; Itay Sherman; Jong-wook Shim; Sun-young Yi |
| DX 751 | 381 video completed on July 5, 2012 | | | Damages | Wookyun Kho; Andries van Dam |
| DX 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | Wagner Report | | Damages | Julie Davis; Timothy Sheppard; Michael Wagner |
| DX 754 | Apple 10-K Forms, 2007-2011 | APLNDC-Y0000134964 APLNDC-Y0000135409 | APLNDC-Y0000135265 APLNDC-Y0000135789 | Damages | Mark Buckley; Julie Davis; Phil Schiller; Michael Wagner |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 755 | Apple iPhone Units / Revenue Report | APLNDC-Y0000051357 | APLNDC-Y0000051362 | Damages | Mark Buckley; Julie Davis; Michael Wagner |
| DX 756 | Apple iPhone Units / Revenue Report | APLNDC-Y0000408219 APLNDC0003149810 | APLNDC0003149814 | Damages | Mark Buckley; Julie Davis; Michael Wagner |
| DX 757 | Royalties Chart | APLNDC0001772330-R | APLNDC0001772336-R | Damages | Mark Buckley; Julie Davis; Boris Teksler; Michael Wagner; BJ Watrous |
| DX 758 | Royalties Chart | APLNDC-Y0000236371-R | APLNDC-Y0000236405-R | Damages | Mark Buckley; Julie Davis; Boris Teksler; Michael Wagner; BJ Watrous |
| DX 760 | January 15, 2009 email from G. Joswiak to P. Oppenheimer | APLNDC0002094897 | APLNDC0002094898 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 761 | Presentation: Taking on The iPad | APL-ITC796-0000488440 | APL-ITC796-0000488507 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 762 | October 31, 2010 email from S. Jobs to S. Forstall | APLNDC0001324916 | APLNDC0001324917 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 763 | iPad Consideration: Quantitative Research Among CE Buyers, August 2011 | APLNDC-Y0000025460 | APLNDC-Y0000025574 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 764 | 09-01-11 E-mail from Rangel to Ng (Ng, Exh 2) September 1, 2011 email from A. Rangel to S. Ng | APLNDC0001867475 | APLNDC0001867477 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 765 | Email from G. Joswiak with attached "earnings call transcript," attachment dated July 22, 2010 | APL-ITC796-0000071024 | APL-ITC796-0000071048 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 766 | iPad Tracking Study FY11-Q4 Report, Apple Market Research & Analysis, November 2011 | APL-ITC796-0000508285 | APL-ITC796-0000508544 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 767 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q4 | APLNDC-X0000006548 | APLNDC-X0000006647 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 768 | iPad Tracking Study July 2010 Report, Apple Market Research & Analysis, September 2010 | APLNDC-Y0000023428 | APLNDC-Y0000023578 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 769 | iPad Tracking Study FY10-Q4 Report, Apple Market Research & Analysis, October 2010 | APLNDC-Y0000023579 | APLNDC-Y0000023729 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 770 | iPad Tracking Study FY11-Q1 Report, Apple Market Research & Analysis, February 2011 | APLNDC-Y0000023730 | APLNDC-Y0000023907 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 771 | iPad Tracking Study FY11-Q3 Report, Apple Market Research & Analysis, August 2011 | APLNDC-Y0000024130 | APLNDC-Y0000024333 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 772 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q2 | APLNDC-Y0000026687 | APLNDC-Y0000026807 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 773 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q3 | APLNDC-Y0000027136 | APLNDC-Y0000027255 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 774 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q4 | APLNDC-Y0000027256 | APLNDC-Y0000027340 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 775 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q1 | APLNDC-Y0000027341 | APLNDC-Y0000027422 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 776 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q3 | APLNDC0000036172 | APLNDC0000036265 | Damages | Julie Davis; John Hauser; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 777 | Apple's US Sales of iPad Products | APL794-F0000008247 | APL794-F0000008258 | Damages | Mark Buckley; Julie Davis; Michael Wagner |
| DX 781 | Summaries of Samsung Profits Pursuant to FRE 1006 (updated for new trial) | | | Damages | Michael Wagner |
| DX 900 | January 6, 2010 e-mail to Jinsoo Kim | SAMNDCA10097468 | SAMNDCA 10097469 | Damages | Jin Soo Kim |
| DX 901 | Declaration of Julie Davis dated April 3, 2009, CIF Licensing v. Agere Sys., Inc., Case No. 07-170 (JJF) | | | Damages | Julie Davis; Michael Wagner |
| DX 902 | Declaration of Julie Davis dated August 3, 2012, Mformation Techs., Inc. v. RIM, Ltd., Case No. C-08-4990 (JW) | | | Damages | Julie Davis; Michael Wagner |
| DX 903 | Declaration of Julie Davis dated February 23, 2009, Spectralytics, Inc. v. Cordis Corp., Case No. 0:05-cv-01464-PJS-RLE | | | Damages | Julie Davis; Michael Wagner |
| DX 904 | Declaration of Julie Davis dated Sept. 20, 2011, Mformation Techs., Inc. v. RIM, Ltd., Case No. C-08-4990 (JW) | | | Damages | Julie Davis; Michael Wagner |
| DX 905 | Deposition of Julie Davis, Calphalon Corp. v. Meyer Corp., Case No. Civ. S-05-971 | | | Damages | Julie Davis; Michael Wagner |
| DX 906 | Deposition of Julie Davis, Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp., Case No. 99-CV-309 | | | Damages | Julie Davis; Michael Wagner |

10/3/2013

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 907 | Deposition of Julie Davis, Rodeo Cold Marketing Co. v. Coors Brewing Co., Case No. 03-cv-05280 | | | Damages | Julie Davis; Michael Wagner |
| DX 908 | Deposition of Julie Davis, DE Technologies, Inc. v. Dell Inc.., Case No. 04-cv-00628 | | | Damages | Julie Davis; Michael Wagner |
| DX 909 | Trial Transcript, Riddell Inc. v. Schutt Sports, Inc., Case No. 08-CV-711-BBC | | | Damages | Julie Davis; Michael Wagner |
| DX 910 | Trial Transcript, Advanced Med. Optics, Inv. v. Alcon Inc., Case No. 03-1095 (KAJ) | | | Damages | Julie Davis; Michael Wagner |
| DX 911 | Trial Transcript, Ajinomoto Co. v. Archer-Daniels-Midland Co., Case No. 95-218 (SLR) | | | Damages | Julie Davis; Michael Wagner |
| DX 912 | Trial Transcript, Alloc, Inc. vs. Pergo, Inc., Case No. CV-02-0736 | | | Damages | Julie Davis; Michael Wagner |
| DX 913 | Trial Transcript, Baxter Healthcare Corp. v. Fresenius Med. Care Holdings, Case No. C 07-01359 PJH | | | Damages | Julie Davis; Michael Wagner |
| DX 914 | Trial Transcript, Calphalon Corp. v. Meyer Corp., Case No. Civ. S-05-971 (vol. 1) | | | Damages | Julie Davis; Michael Wagner |
| DX 915 | Trial Transcript, CIF Licensing v. Agere Sys., Inc., Case No. 07-170 (JJF) | | | Damages | Julie Davis; Michael Wagner |
| DX 916 | Trial Transcript, Coloplast A/S v. Generic Med. Devices, Inc., Case No. C10-0227BHS | | | Damages | Julie Davis; Michael Wagner |
| DX 917 | Trial Transcript, EMI Group N. Am. v. Cypress Semiconductor, Case No. 98-350 (RRM) | | | Damages | Julie Davis; Michael Wagner |
| DX 918 | Trial Transcript, Honeywell Int'l v. Universal Avionics Sys. Corp., Case No. 03-242-MPT | | | Damages | Julie Davis; Michael Wagner |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 919 | Trial Transcript, Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp., Case No. 99-CV-309 | | | Damages | Julie Davis; Michael Wagner |
| DX 920 | Trial Transcript, John Mezzalingua Assocs., Inc. v. Arris Int'l, Inc., Case No. 03-C-0353-C | | | Damages | Julie Davis; Michael Wagner |
| DX 921 | Trial Transcript, Kim v. ConAgra Foods, Inc., Case No. 01-CV-2467 | | | Damages | Julie Davis; Michael Wagner |
| DX 922 | Trial Transcript, Lepage's Inc. v. 3M, Case No. 97-3983 | | | Damages | Julie Davis; Michael Wagner |
| DX 923 | Trial Transcript, Lucent Techs., Inc. v. Newbridge Networks, Inc., Case No. 97-347-JJF | | | Damages | Julie Davis; Michael Wagner |
| DX 924 | Trial Transcript, Mars, Inc. v. H.J. Heinz Co., L.P., Case No. CV-01-10961-RGK | | | Damages | Julie Davis; Michael Wagner |
| DX 925 | Trial Transcript, Mformation Techs., Inc. v. RIM, Ltd., Case No. C 08-4990 (JW) | | | Damages | Julie Davis; Michael Wagner |
| DX 926 | Trial Transcript, Network-1 Security Solutions, Inc. v. Cisco Sys., Inc., Case No. 6:08-cv-30 | | | Damages | Julie Davis; Michael Wagner |
| DX 927 | Trial Transcript, Novozymes A/S v. Genencor Int'l, Inc., Case No. 05-160 (KAJ) | | | Damages | Julie Davis; Michael Wagner |
| DX 928 | Trial Transcript, Precor Inc. v. Life Fitness, Case No. C-94-1586-C | | | Damages | Julie Davis; Michael Wagner |
| DX 929 | Trial Transcript, QinetiQ Limited V. Samsung Telecomms. Am., L.P., Case No. 2:03-cv-00221 | | | Damages | Julie Davis; Michael Wagner |
| DX 930 | Trial Transcript, Richardson-Vicks, Inc. v. Upjohn Co., Case No. 93-556 (SLR) | | | Damages | Julie Davis; Michael Wagner |

10/3/2013

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 931 | Trial Transcript, Santarus, Inc. v. Par Pharma., Inc., Case No. 07-551(GMS) | | | Damages | Julie Davis; Michael Wagner |
| DX 932 | Trial Transcript, Solvay, S.A. v. Honeywell Specialty Materials LLC, Case No. 06-557 | | | Damages | Julie Davis; Michael Wagner |
| DX 933 | Trial Transcript, Spectralytics, Inc. v. Cordis Corp., Case No. 0:05-cv-01464-PJS-RLE | | | Damages | Julie Davis; Michael Wagner |
| DX 934 | Trial Transcript, Time Inc. v. Peterson Publishing Co., LLC, Case No. 97-CV-5879 HB | | | Damages | Julie Davis; Michael Wagner |
| DX 935 | Trial Transcript, Tomita Techs. USA, LLC v. Nintendo Co., Ltd., Case No. 11-cv-4256 (JSR) | | | Damages | Julie Davis; Michael Wagner |
| DX 936 | Trial Transcript, Tyco Healthcare Group L.P. v. Biolitec, Inc., Case No. C-08-3129 MMC | | | Damages | Julie Davis; Michael Wagner |
| DX 937 | Cost Accounting: A Managerial Emphasis (Horngren, Datar, & Foster, 11th Ed.) | | | Damages | Julie Davis; Michael Wagner |
| DX 938 | Apple Licensing Agreement with HTC | APLNDC-Y0000408242 | APLNDC-Y0000408383 | Damages | Mark Buckley; Julie Davis; Phil Schiller; Boris Teksler; Michael Wagner; BJ Watrous |
| DX 939 | U.S. Senate Permanent Subcommittee on Investigations, Memorandum re: Offshore Profit Shifting and U.S. Tax Code, May 21, 2013 | | | Damages | Phil Schiller; Mark Buckley; Julie Davis; Michael Wagner |
| DX 940 | Declaration of Marylee Robinson dated September 21, 2012 (Dkt. 2120-14) | | | Damages | Julie Davis; Michael Wagner |
| DX 941 | Declaration of Marylee Robinson dated July 5, 2013 (Dkt. 2331) | | | Damages | Julie Davis; Michael Wagner |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 942 | Declaration of Marylee Robinson dated November 9, 2012 (Dkt. 2129) | | | Damages | Julie Davis; Michael Wagner |
| DX 943 | Expert Report of Terry L. Musika, March 22, 2012 | | | Damages | Julie Davis; Michael Wagner |
| DX 944 | Supplemental Expert Report of Terry L. Musika, May 8, 2012 | | | Damages | Julie Davis; Michael Wagner |
| DX 945 | Updated Rebuttal Expert Report of Michael J. Wagner, August 26, 2013 | | | Damages | Michael Wagner |
| DX 946 | Expert Report of Julie Davis, August 23, 2013 | | | Damages | Julie Davis; Michael Wagner |
| DX 947 | Deposition of Terry L. Musika, May 14, 2012 | | | Damages | Julie Davis; Michael Wagner |
| DX 948 | Deposition of Julie Davis, August 26, 2013 | | | Damages | Julie Davis; Michael Wagner |
| DX 949 | Deposition of Marylee Robinson, November 5, 2012 | | | Damages | Julie Davis; Michael Wagner |
| DX 950 | May 8, 2013 letter from E. Olson to V. Maroulis disclosing Julie Davis as an expert | | | Damages | Julie Davis; Michael Wagner |
| DX 951 | May 16, 2013 letter from E. Olson to A. Alden re: Davis disclosure | | | Damages | Julie Davis; Michael Wagner |
| DX 952 | Summary of Damages Calculations For New Trial | | | Damages | Michael Wagner |
| DX 953 | Annotated Video of ThinkFree Office on Samsung Intercept | | | Damages | Ravin Balakrishnan; Stephen Gray; John Hauser; Karan Singh; Andries van Dam; Michael Wagner |
| DX 954 | Apple's Opposition to Samsung's Motions in Limine (Dkt. No. 1206) | | | Damages | Julie Davis; Michael Wagner |
| DX 955 | Apple's Opposition to Samsung's Motion for JMOL, New Trial and/or Remittitur (Dkt. 2050) | | | Damages | Julie Davis; Michael Wagner |

10/3/2013

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 956 | Order Denying Permanent Injunction (Dkt. No. 2197) | | | Damages | Timothy Benner; Julie Davis;  Justin Denison; John Hauser; Todd Pendleton; Phil Schiller; Ramamirtham Sukumar; Michael Wagner |
| DX 957 | Apple Demonstrative re P. Bressler (PDX026) | | | Damages | Robert Anders; Peter Bressler; Sam Lucente; Itay Sherman; Michael Wagner |
| DX 958 | Ex Parte Reexamination File History of U.S. Patent No. 7,469,381 (Application No. 90/012,304) | | | Damages | Ravin Balakrishnan; Stephen Gray; Karan Singh; Andries van Dam; Michael Wagner |
| DX 959 | Ex Parte Reexamination File History of U.S. Patent No. 7,844,915 (Application No. 90/012,332) | | | Damages | Ravin Balakrishnan; Stephen Gray; Karan Singh; Andries van Dam; Michael Wagner |
| DX 960 | Apple's Objections and Responses, as well as Supplemental and Amended Responses, to Samsung's First Set of Interrogatories, September 12, 2011 | | | Damages | Julie Davis; Michael Wagner |
| DX 961 | Apple's Demonstrative re Singh (PDX029) | | | Damages | Stephen Gray; John Hauser; Karan Singh |
| DX 962 | Apple Demonstrative re Kare (PDX014) | | | Damages | Robert Anders; Julie Davis; Susan Kare; Sam Lucente; Itay Sherman; Michael Wagner |
| DX 963 | Claim Construction Orders (Dkt. No. 1447) | | | Damages | Robert Anders; Ravin Balakrishnan; Peter Bressler; Julie Davis; Stephen Gray; John Hauser; Susan Kare; Sam Lucente; Karan Singh; Ramamirtham Sukumar; Andries van Dam; Michael Wagner |

10/3/2013

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 964 | Claim Construction Orders (Dkt. No. 0849) | | | Damages | Robert Anders; Ravin Balakrishnan; Peter Bressler; Julie Davis; Stephen Gray; John Hauser; Susan Kare; Sam Lucente; Karan Singh; Ramamirtham Sukumar; Andries van Dam; Michael Wagner |
| DX 965 | Claim Construction Orders (Dkt. No. 1266 ) | | | Damages | Robert Anders; Ravin Balakrishnan; Peter Bressler; Julie Davis; Stephen Gray; John Hauser; Susan Kare; Sam Lucente; Karan Singh; Ramamirtham Sukumar; Andries van Dam; Michael Wagner |
| DX 966 | Claim Construction Orders (Dkt. No. 1425) | | | Damages | Robert Anders; Ravin Balakrishnan; Peter Bressler; Julie Davis; Stephen Gray; John Hauser; Susan Kare; Sam Lucente; Karan Singh; Ramamirtham Sukumar; Andries van Dam; Michael Wagner |
| DX 967 | 2012.07.31 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 968 | 2012.08.03 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 969 | 2012.08.06 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 970 | 2012.08.07 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 971 | 2012.08.10 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 972 | 2012.08.13 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 973 | 2012.08.14 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 974 | 2012.08.15 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 975 | 2012.08.16 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 976 | 2012.08.17 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 977 | 2012.08.20 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 978 | 2012.08.21 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |
| DX 979 | 2012.08.24 Trial Transcript | | | Damages | Julie Davis; Michael Wagner |

10/3/2013

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 980 | Affidavit of Julie Davis dated December 20, 1996, Caterpillar Inc. v. Detroit Diesel Corp., Case No. 3:95-CV-0489 RM | | | Damages | Julie Davis; Michael Wagner |
| JX 1007 | Galaxy S (i9000) | AS18 | AS18 | Damages | |
| JX 1008 | Acclaim | AS357 | AS357 | Damages | |
| JX 1009 | Intercept | AS28 | AS28 | Damages | |
| JX 1010 | Galaxy S Vibrant | AS42 | AS42 | Damages | |
| JX 1011 | Galaxy S Captivate | AS319 | AS319 | Damages | |
| JX 1012 | Galaxy S Epic 4G | AS6 | AS6 | Damages | |
| JX 1013 | Galaxy S Fascinate | AS145 | AS145 | Damages | |
| JX 1014 | Transform | AS41 | AS41 | Damages | |
| JX 1015 | Galaxy S Mesmerize | AS316 | AS316 | Damages | |
| JX 1016 | Galaxy S Continuum | AS315 | AS315 | Damages | |
| JX 1017 | Galaxy S Showcase 500 | AS313 | AS313 | Damages | |
| JX 1018 | Nexus S | AS32 | AS32 | Damages | |
| JX 1019 | Galaxy S 4G | AS16 | AS16 | Damages | |
| JX 1020 | Gem | AS314 | AS314 | Damages | |
| JX 1021 | Sidekick 4G | AS38 | AS38 | Damages | |
| JX 1022 | Galaxy Prevail | AS320 | AS320 | Damages | |
| JX 1023 | Nexus S 4G | AS151 | AS151 | Damages | |
| JX 1024 | Replenish | AS35 | AS35 | Damages | |
| JX 1025 | Droid Charge | AS97 | AS97 | Damages | |
| JX 1026 | Indulge | AS221 | AS221 | Damages | |
| JX 1027 | Infuse 4G | AS310 | AS310 | Damages | |
| JX 1028 | Exhibit 4G | AS9 | AS9 | Damages | |
| JX 1029 | Gravity Smart | AS23 | AS23 | Damages | |
| JX 1030 | Galaxy Ace | AS12 | AS12 | Damages | |
| JX 1031 | Galaxy S II (AT&T) | AS341 | AS341 | Damages | |
| JX 1032 | Galaxy S II (i9100) | AS359 | AS359 | Damages | |
| JX 1033 | Galaxy S II (T-Mobile) | AS88 | AS88 | Damages | |
| JX 1034 | Galaxy S II (Epic 4G Touch) | AS123 | AS123 | Damages | |
| JX 1035 | Galaxy S II (Skyrocket) | AS117 | AS117 | Damages | |

10/3/2013

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| JX 1036 | Galaxy Tab 7.0 | AS192 | AS192 | Damages | |
| JX 1037 | Galaxy Tab 10.1 (WiFi) | 203 | 203 | Damages | |
| JX 1038 | Galaxy Tab 10.1 (4G LTE) | AS236 | AS236 | Damages | |
| JX 1042 | Certified copy of US D604,305, issued November 17, 2009 | APLNDC00030421 | APLNDC00030425 | Damages | |
| JX 1043 | Certified copy of D618,677, issued June 29, 2010 | APLNDC00032473 | APLNDC00032478 | Damages | |
| JX 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | APLNDC00025380 | APLNDC00025432 | Damages | |
| JX 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | APLNDC00022467 | APLNDC00022527 | Damages | |
| JX 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | APLNDC00027870 | APLNDC00027921 | Damages | |
| JX 1047 | Certified file history of US 7,469,381, issued December 23, 2008 | APLNDC00024705 | APLNDC00025379 | Damages | |
| JX 1048 | Certified file history of US 7,844,915, issued November 30, 2010 | APLNDC00027081 | APLNDC00027869 | Damages | |
| JX 1049 | Certified file history of US 7,864,163, issued January 4, 2011 | APLNDC00022528 | APLNDC00024334 | Damages | |
| JX 1063 | File wrapper for U.S. D604,305 | APLPROS0000011134 | APLPROS0000011368 | Damages | |
| JX 1064 | File history  for U.S. D618,677 | APLPROS0000011597 | APLPROS0000011959 | Damages | |
| JX 1086 | Korean design patent KR 30-0452985 | SAMNDCA00255357 | SAMNDCA00255365 | Damages | |
| JX 1093 | LG Prada Phone | | | Damages | |
| JX 1095 | U.S. Patent No. D461,802 | SAMNDCA00023750 | SAMNDCA00023757 | Damages | |
| JX 1098 | Fascinate (with Android version 2.1-update1) | | | Damages | |
| JX 1099 | Galaxy Tab 7.0 (with Android version 2.2) | | | Damages | |
| DX 2277 | Pantech Hotshot | | | Damages | Robert Anders; Peter Bressler; Julie Davis; Itay Sherman; Michael Wagner |
| DX 2278 | Blackberry Storm | | | Damages | Robert Anders; Peter Bressler; Julie Davis; Itay Sherman; Michael Wagner |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 2515 | Email string ending in 10-14-05 T. Fadell to S. Forstall, et al., re: Samsung SGH-T809 | APLNDC0001256874 | APLNDC0001256875 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Bas Ording; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2517 | November 18, 2008 email from H. Zhang to Isable-staff, subject "Competitive Analysis" | APL7940004187872 | APL7940004187872 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | APL7940012391981 | APL7940012391993 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2520 | Email string ending in March 30, 2011 email from R. Huang to S. Forstall, subject: "Navigation on iPhone" | APLNDC0003062766 | APLNDC0003062768 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2522 | January 24, 2011 email E. Cue to T. Cook, subject "Why I Just Dumped the iPad (Hing: Size Matters)" | APLNDC0001840403 | APLNDC0001840406 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2524 | October 5, 2005 email S. Jobs to J. Ive, et al., subject:" =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-10_Bang_&_Olufsen_=93fas?==?WINDOWS-252?Q?hionphone=94?=" | APLNDC0001256893 | APLNDC0001256894 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Bas Ording; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2525 | November 7, 2006 email T. Fadell to S. Jobs, et al., subject: "Samsung Unveils New Communications Device (AP)" | APLNDC00011256941 | APLNDC0001256943 | Damages | Julie Davis; Scott Forstall; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2526 | Nook Color Tablet | | | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |

10/3/2013

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 2527 | Blackberry Storm 9550 | | | Damages | Robert Anders; Peter Bressler; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |
| DX 2528 | LG G2x | | | Damages | Robert Anders; Peter Bressler; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |
| DX 2530 | Sony XPERIA X1 phone | | | Damages | Robert Anders; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |
| DX 2531 | Blackberry Storm 2 9550 phone | | | Damages | Robert Anders; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |
| DX 2532 | HTC EVO 4G phone | | | Damages | Robert Anders; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |
| DX 2533 | HTC myTouch 4G phone | | | Damages | Robert Anders; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |
| DX 2534 | Motorola Atrix phone | | | Damages | Robert Anders; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |

10/3/2013

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 2535 | HTC Desire S phone | | | Damages | Robert Anders; Julie Davis; Greg Joswiak; Eric Jue; Sam Lucente; Stan Ng; Arthur Rangel; Phil Schiller; Itay Sherman; Steven Sinclair; Michael Wagner |
| DX 2627 | 3GSM Congress Trade Show Report | APLNDC0002467894 | APLNDC0002467944 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| DX 2628 | CES & Macworld Trade Show Report | APL-ITC796-0000036567 | APL-ITC796-0000036615 | Damages | Julie Davis; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Phil Schiller; Steven Sinclair; Michael Wagner |
| **Exhibits Not Intended To Be Used At Trial And Identified Solely For Purposes Of Appeal** | | | | | |
| Trial Ex. No. | Description | BegBates | EndBates | | |
| DX 507 | Japanese Design Patent JP D1204221 ("JP221") | SAMNDCA00402432 | SAMNDCA00402444 | | |
| DX 512 | Korean Design Patent KR 30-0398307 | SAMNDCA00282113 | SAMNDCA00282120 | | |
| DX 515 | Korean Design Patent KR 30-0394921 | SAMNDCA00255305 | SAMNDCA00255311 | | |
| DX 516 | Mac OS X 10.4 Tiger | | | | |
| DX 520 | U.S. Design Patent No. D534,516 | SAMNDCA00326488 | SAMNDCA00326498 | | |
| DX 522 | MPCP Project 2006 | SAMNDCA00321382 | SAMNDCA00321427 | | |
| DX 538 | U.S. Design Patent No. D581,922 | SAMNDCA00414425 | SAMNDCA00414429 | | |
| DX 558 | U.S. Design Patent No. D638,815 | SAMNDCA00365643 | SAMNDCA00365648 | | |
| DX 566 | IReen Interactive Design - September 14, 2006 | SAMNDCA00321539 | SAMNDCA00321599 | | |
| DX 579 | June 4, 2010 Apple internal e-mail, subject: "Re: receiver up high in Y" | APLNDC0002326562 | APLNDC0002326563 | | |
| DX 596 | MPCP Project 2006 | SAMNDCA00321659 | SAMNDCA00321679 | | |
| DX 620 | Nokia Fingerprint Document | SAMNDCA00326336 SAMNDCA00326380 | SAMNDCA00326337 SAMNDCA00326381 | | |
| DX 623 | Sony CAD | APLNDC-NCC00000274 | APLNDC-NCC00000282 | | |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BegBates | EndBates | Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| DX 625 | Untitled Mobile Design Team Presentation with images of mock-ups | SAMNDCA00321707 SAMNDCA00321753 | SAMNDCA00321726 SAMNDCA00321766 | | |
| DX 649 | February 22, 2006 email forwarding "Sony Strives for Original Design (Business Week)." | APLNDC0001207640 | APLNDC0001207643 | | |
| DX 678 | U.S. Patent Pub. No. 2004/0041504 A1 | SAMNDCA00027692 | SAMNDCA00027708 | | |
| DX 690 | Nishibori Exhibit 2 Various photos of Sony device | APL-ITC796-X0000016675 | APL-ITC796-X0000016693 | | |
| DX 715 | Report: Mini-Teardown: Samsung Galaxy S (T-Mobile Vibrant) - iPod/iPhone New Tech - 8.10.10 | APL7940009836305 | APL7940009836317 | | |
| DX 730 | U.S. Design Patent No. D558,758 | SAMNDCA00373544 | SAMNDCA00373547 | | |
| DX 732 | Japanese Design Patent D1279226 (Issued Aug. 21, 2006) and translation | SAMNDCA00199346 | SAMNDCA00199353 | | |
| DX 733 | Korean Design Patent KR 30-0403504 | SAMNDCA00199270 | SAMNDCA00199275 | | |
| DX 734 | European Union RCD 000505532-0001 | SAMNDCA00199223 | SAMNDCA00199226 | | |
| DX 735 | Japanese Design Patent D1189312 | SAMNDCA00199315 | SAMNDCA00199319 | | |
| DX 737 | Korean Design Patent KR 30-0304213 | SAMNDCA00021593 | SAMNDCA00021596 | | |
| DX 738 | European Union RCD 000569157-0005 | SAMNDCA00021315 | SAMNDCA00021319 | | |
| DX 742 | Samsung F300 | | | | |
| DX 743 | U.S. Pat. Appl. No. 29/382,846 | APLNDC-Y0000307694 | APLNDC-Y0000309349 | | |
| JX 1092 | File Wrapper for U.S. Patent No. D627,790 | APLPROS0000012054 | APLPROS0000012253 | | |
| JX 1096 | United States Patent No. 6,983,424 | SAMNDCA00199786 | SAMNDCA00199806 | | |
| DX 2502 | U.S. Patent No. D618,678 Certified Copy - June 29, 2010 | | | | |
| DX 2504 | U.S. Patent No. D558,757 Certified Copy - January 1, 2008 | | | | |