# ATTACHMENT A

**Liability Verdict**

| Product | Utility Patents | | | Design Patents | | | | Reg. iPhone | UnReg. Comb. iPhone | Trade Dress UnReg. iPhone 3G | UnReg. iPad / iPad 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | '163 | '381 | '915 | D305 | D087 | D677 | D889 | | | | |
| Captivate | | ✓ | ✓ | ✓ | | | | | | | |
| Continuum | | ✓ | ✓ | ✓ | | | | | | | |
| Droid Charge | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| Epic 4G | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| Exhibit 4G | ✓ | ✓ | ✓ | | | | | | | | |
| Fascinate | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | |
| Galaxy Ace | | ✓ | ✓ | | | | | | | | |
| Galaxy Prevail | | ✓ | ✓ | ✓ | | | | | | | |
| Galaxy S (i9000) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | |
| Galaxy S 4G | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | |
| Galaxy S II 2 (AT&T) | ✓ | ✓ | ✓ | | | | ✓ | | | | |
| Galaxy S II 2 (i9100) | ✓ | ✓ | ✓ | | | | ✓ | | | | |
| Gem | | ✓ | ✓ | ✓ | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | ✓ | | ✓ | | | | ✓ | | | | |
| Indulge | | ✓ | ✓ | ✓ | | | | | | | |
| Infuse 4G | ✓ | ✓ | ✓ | ✓ | | ✓ | | | | | |
| Intercept | | | | | | | | | | | |
| Mesmerize | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | |
| Nexus S 4G | | ✓ | ✓ | | | | | | | | |
| Replenish | ✓ | ✓ | | | | | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | ✓ | | ✓ | | ✓ | | ✓ | |
| Transform | | | ✓ | | | | | | | | |
| Vibrant | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | | ✓ | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | | ✓ | | | | | |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | ✓ | ✓ | ✓ | | | | | | | | |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) Galaxy Tab 10.1 LTE / Galaxy Tab 10.1 (4G LTE) | ✓ | ✓ | ✓ | | | | | | | | |