Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.

              Plaintiff(s),

   v.

Samsung Electronics Co., et al.

              Defendant(s).

Case No: 11-cv-1846-lhk

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew J. Danford, an active member in good standing of the bar of Supreme Judicial Ct. of MA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Selwyn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| WilmerHale<br>60 State Street, Boston, MA  02109 | WilmerHale<br>950 Page Mill Road, Palo Alto, CA  94304 |
| MY TELEPHONE # OF RECORD:<br>(617) 526-6806 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6031 |
| MY EMAIL ADDRESS OF RECORD:<br>andrew.danford@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mark.selwyn@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 672342.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  10/02/13

                            Andrew J. Danford
                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew J. Danford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 4, 2013

                          *Lucy H. Koh*
         UNITED STATES DISTRICT/**XXXXXX** E JUDGE

*PRO HAC VICE* APPLICATION & ORDER