*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2382 (Mot. and Apple Dec.); 2394 (Samsung Dec.) | Exh. A to the Olson Dec. ISO Apple's Mot. to Strike – Michael Wagner's August 26, 2013 Rebuttal Report | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and licensing information; Apple's capacity information. | This document has not previously been filed.  However, it contains similar financial information to, including the exact Apple capacity information as, the Corrected Expert Report of Michael J. Wagner dated April 20, 2012.  The Federal Circuit has ordered that portions of that earlier report may be sealed. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, -- F.3d --, 2013 WL 4487610 (Fed. Cir. 2013)("*Apple*").  The specific portions Apple requests be sealed were identified with green highlighting when the exhibit was filed.  (Dkt. No. 2382-3, Ex. A.)  The specific portions Samsung requests be sealed are identified in the September 6, 2013 Declaration of James Shin (Dkt. No. 2394). |
| 2382 (Mot. and Apple Dec.); 2394 (Samsung Dec.) | Exh. B to the Olson Dec. ISO Apple's Mot. to Strike – Excerpt from August 20, 2013 Deposition of Michael J. Wagner | Apple and Samsung | Apple profit margin and cost information; Samsung's internal cost accounting categorizations. | This document has not previously been filed.  However, it contains the type of Apple financial information that the Federal Circuit ordered may be sealed. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, -- F.3d --, 2013 WL 4487610 (Fed. Cir. 2013)("*Apple*").  The specific portions Apple requests be sealed were identified with green highlighting when the exhibit was filed.  (Dkt. No. 2382-3, Ex. B.)  The specific portions Samsung requests be sealed, and the harm Samsung could suffer from disclosure regarding its internal cost accounting categorizations, are identified in the September 6, 2013 Declaration of James Shin (Dkt. No. 2394). |
| 2385 | N/A (*see* Dkt. No. 2390) | N/A (*see* Dkt. No. 2390) | N/A (*see* Dkt. No. 2390) | N/A.  Dkt. No. 2385 is moot.  Samsung filed a Corrected Administrative Motion to File Under Seal (Dkt. No. 2390). |
| 2390 (Mot.); 2392 (Apple Dec.) | Samsung's Mot. to Strike | Apple | Apple's capacity information | This document has not previously been filed.  However, it contains the type of information that the Court has previously held sealable. Dkt. No. 1649 at 12-13.  The specific portions Apple requests be sealed were redacted in Samsung's public redacted version. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2390 (Mot.); 2385, 2430 (Samsung Decs.); 2392 (Apple Dec.) | Exh. 1 to the Becher Dec. ISO Samsung's Mot. to Strike – Expert Report of Julie L. Davis, CPA (as of 8/23/2013) | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | The Court has not previously ruled on the confidentiality of the Davis expert report.  However, the financial data the parties seek to seal is similar, and in some cases identical, to the financial data included in the original and supplemental expert reports of Terry L. Musika, CPA dated March 22, 2012 and May 8, 2012, and the Corrected Expert Report of Michael J. Wagner dated April 20, 2012.  *See* Dkt. Nos. 2326-1 and 2340.  The Court previously sealed Apple's capacity information, but denied sealing of most financial information.  (Dkt. No. 1649 at 12-15, 19-21.)  However, the Federal Circuit has ordered that the similar financial data included in the Wagner and Musika expert reports be sealed.  *See Apple.* The Court has generally granted requests to seal detailed IDC information such as the industry-wide details Apple sought to seal in this report.  (*E.g.*, Dkt. No. 1649 at 10; Dkt. No. 2346 at 4.)  Judge Grewal recently granted the parties' requests to seal the Musika expert report.  (Dkt. No. 2397.)  The specific portions that Apple requests be sealed were submitted as Exhibit A to the September 6, 2013 Declaration of Cyndi Wheeler.  (Dkt. No. 2392, Ex. A.)  The specific portions of the Davis Expert Report Samsung requests be sealed are identified in the September 19, 2013 Declaration of James Shin (Dkt. No. 2430). |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2390 (Mot.); 2385 (Samsung Dec.); 2392 (Apple Dec.) | Exh. 2 to the Becher Dec. ISO Samsung's Mot. to Strike – March 22, 2012 Expert Report of Terry L. Musika, CPA | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | The parties previously filed and moved to seal this Musika expert report. The Court previously sealed Apple's capacity information, but denied sealing of most financial information. (Dkt. No. 1649 at 12-15, 19-21.) However, the Federal Circuit has ordered that portions of the document be sealed. *See Apple*. The Federal Circuit's opinion supersedes earlier rulings on motions to seal. *See id*. The Court has generally granted requests to seal detailed IDC information such as the industry-wide details Apple sought to seal in this report. (*E.g.*, Dkt. No. 1649 at 10; Dkt. No. 2346 at 4.) Judge Grewal also recently granted the parties' requests to seal this report, and pursuant to the Court's order, a public redacted version has been filed. (Dkt. No. 2397; *see also* Dkt. No. 2454-6 (public redacted version).) The specific portions that Apple requests be sealed were submitted as Exhibit B to the September 6, 2013 Declaration of Cyndi Wheeler. (Dkt. No. 2392, Ex. B.) |
| 2390 (Mot.); 2385 (Samsung Dec.); 2392 (Apple Dec.) | Exh. 3 to the Becher Dec. ISO Samsung's Mot. to Strike – May 8, 2012 Supplemental Expert Report of Terry L. Musika, CPA | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | The parties previously filed and moved to seal this report, including as Exhibit B to the Musika Dec. ISO Apple's Opp. to Samsung's *Daubert* Mot. (Dkt. No. 991) and Exhibit 5 to the Martin Dec. ISO Samsung's *Daubert* Mot. (Dkt. No. 927). The Court previously sealed Apple's capacity information, but denied sealing of most financial information. (Dkt. No. 1649 at 12-15, 19-21.) However, the Federal Circuit has ordered that portions of the document be sealed. *See Apple*. The Federal Circuit's opinion supersedes earlier rulings on motions to seal. *See id*. The Court has generally granted requests to seal detailed IDC information such as the industry-wide details Apple sought to seal in this report. (*E.g.*, Dkt. No. 1649 at 10; Dkt. No. 2346 at 4.)) The specific portions that Apple requests be sealed were submitted as Exhibit C to the September 6, 2013 Declaration of Cyndi Wheeler. (Dkt. No. 2392, Ex. C.) |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2390 (Mot. ); 2392 (Apple Dec.) | Exh. 5 to the Becher Dec. ISO Samsung's Mot. to Strike – Excerpts from the August 26, 2013 Deposition of Julie L. Davis | Apple | Apple's capacity information | This document has not previously been filed. However, it contains the type of information that the Court has previously held sealable. Dkt. No. 1649 at 12-13. The specific portions that Apple requests be sealed were redacted in Samsung's public redacted version. |
| 2390 (Mot.); 2392 (Apple Dec.) | Samsung's Proposed Order Granting Mot. to Strike | Claim withdrawn | | Samsung moved to seal the document because it related to information designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality. |
| 2390 (Mot. ); 2392 (Apple Dec.) | Samsung's 702 Mot. re Julie Davis's Qualifications | Claim withdrawn | | Samsung moved to seal the document because it related to information designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality. |
| 2398 (Mot.); 2427 (Apple Dec.) | Samsung's Opp. to Apple's Mot. to Strike | Claim withdrawn | | Samsung moved to seal the document because it contains information from the Expert Report of Julie L. Davis, CPA, which was designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality with respect to the quoted information. |
| 2398 (Mot.); 2427 (Apple Dec.) | Exh. 1 to Alden Dec. ISO Samsung's Opp. to Apple's Mot. to Strike | Claim withdrawn | | Samsung moved to seal the document because it contains information from the Expert Report of Julie L. Davis, CPA, which was designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality with respect to the quoted information. |
| 2404 (Mot.) | Exh. A to Zhang Dec. ISO Apple's Mot. in Limine re Design-Around Theories | Claim withdrawn | | Apple moved to seal the document because it was marked "Highly Confidential – Attorneys' Eyes Only" during discovery, but Samsung no longer maintains a claim of confidentiality over the document. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2407 (Mot. and Apple Dec.) | Apple's Opp. to Samsung's Mot. to Strike | Apple | Apple's capacity information. | This document has not previously been filed. However, it contains the type of information that the Court has previously held sealable (Dkt. No. 1649 at 12-13), citing a paragraph of the Davis Expert Report, discussed *supra*. |
| 2407 (Mot. and Apple Dec.); 2429 (Samsung Dec.) | Exh. A to Robinson Dec. ISO Apple's Opp. to Samsung's Mot. to Strike – March 22, 2012 Expert Report of Terry L. Musika, CPA | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | This report is discussed above under Dkt. No. 2390, Exhibit 2 to the Becher Dec. ISO Samsung's Motion to Strike. |
| 2407 (Mot. and Apple Dec.); 2429 (Samsung Dec.) | Exh. B to Robinson Dec. ISO Apple's Opp. to Samsung's Mot. to Strike – May 8, 2012 Supplemental Expert Report of Terry L. Musika, CPA. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | This report is discussed above under Dkt. No. 2390, Exhibit 3 to the Becher Dec. ISO Samsung's Motion to Strike. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2407 (Mot. and Apple Dec.); 2430 (Samsung Dec.) | Exh. C to Robinson Dec. ISO Apple's Opp. to Samsung's Mot. to Strike – Annotated version of Expert Report of Julie L. Davis, CPA (as of 8/23/2013). | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | This report is identical to the report discussed above under Dkt. No. 2390, Exhibit 1 to the Becher Dec. ISO Samsung's Motion to Strike – Expert Report of Julie L. Davis, CPA, with the addition of annotations relating it to the Musika report. |
| 2407 (Mot. and Apple Dec.); 2430 (Samsung Dec.) | Exh. D to Robinson Dec. ISO Apple's Opp. to Samsung's Mot. to Strike – Redline of Davis report vs. March 22, 2012 Musika Report. | Apple and Samsung | Both parties' confidential financial data, including sales, profits, profit margins, and costs, and calculations that reveal confidential financial data; Apple's capacity information; third-party IDC's market research information. | As this is a redline, it contains the same information as the reports discussed above under Dkt. No. 2390, Exhibits 1 and 2 to the Becher Dec. ISO Samsung's Motion to Strike. |
| 2407 (Mot.); 2429 (Samsung Dec.) | Exh. J to Robinson Dec. ISO Apple's Opp. to Samsung's Mot. to Strike – Excerpt from the May 14, 2012 deposition of Terry Musika | Claim withdrawn | | Apple moved to seal the document because the transcript of the May 14, 2012 deposition of Terry Musika was designated "Highly Confidential – Attorneys' Eyes Only." However, Samsung does not maintain a claim of confidentiality over the excerpts included in Exhibit J. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2407 (Mot.); 2394; 2429 (Samsung Decs.) | Exh. K to Robinson Dec. ISO Apple's Opp. to Samsung's Mot. to Strike – Excerpt from the August 20, 2013 deposition of Michael J. Wagner. | Samsung | Samsung's internal cost accounting categorizations. | The portions of this document Samsung seeks to seal (pages 853-55) were also filed along with Exhibit B to the Declaration of Erik Olson (Dkt. No. 2382). The Court has not previously addressed this material. The specific portions Samsung requests be sealed, and the harm Samsung could suffer from disclosure regarding its internal cost accounting categorizations, are identified in the September 6, 2013 Declaration of James Shin (Dkt. No. 2394). |
| 2433 (Mot.); 2464 (Apple Dec.) | Samsung's Reply ISO Mot. to Strike | Apple | Apple's capacity information | This contains the same confidential capacity information discussed above under Dkt. No. 2390, Exhibit 5 to the Becher Dec. ISO Samsung's Motion to Strike. The specific portions that Apple requests be sealed were redacted in Samsung's public redacted version. |
| 2433 (Mot.); 2464 (Apple Dec.) | Exh. 1 to Alden Dec. ISO Samsung's Reply ISO Mot. to Strike | Apple | Apple's capacity information | This contains the same confidential capacity information discussed above under Dkt. No. 2390, Exhibit 5 to the Becher Dec. ISO Samsung's Motion to Strike. The specific portions that Apple requests be sealed were redacted in Samsung's public redacted version. |
| 2444 (Mot.); 2464 (Apple Dec.) | Exh. 4 to Alden Dec. ISO Samsung's Mot. to Exclude Exhibits | Claim withdrawn | | Samsung moved to seal the document because it related to information designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality. |
| 2477 (Mot.); 2484 (Apple Dec.) | Samsung's Reply ISO Mot. to Preclude Testimony | Claim withdrawn | | Samsung moved to seal the document because it related to information designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality. |

*Apple v. Samsung*, No. 11-1846-LHK
Joint Submission Regarding Sealing Motions Pending Before the Hon. Lucy H. Koh Filed Between 8/28/2013 and 9/30/2013

| Sealing Dkt. Nos. | Document | Party Claiming Confidentiality | Type of Information | Sealing History |
|---|---|---|---|---|
| 2477 (Mot.); 2484 (Apple Dec.) | Exh. 1 to Alden Dec. ISO Samsung's Reply ISO Mot. to Preclude Testimony | Claim withdrawn | | Samsung moved to seal the document because it related to information designated "Highly Confidential – Attorneys' Eyes Only," but Apple does not maintain a claim of confidentiality. |