UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER STRIKING APPLE'S UNAUTHORIZED OBJECTIONS TO SAMSUNG'S EXHIBIT AND WITNESS LISTS |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In its August 22, 2013 Case Management Order, the Court directed the parties to exchange exhibit and witness lists by September 9, 2013 and set the following parameters on the procedure for filing objections to these exhibit and witness lists:

> The parties shall file objections to the admissibility of exhibits by September 16, 2013. Oppositions are due September 23, 2013, and replies are due September 30, 2013. The motions and oppositions are limited to seven pages with replies limited to four pages. A maximum of 30 exhibits may be challenged. . . . [T]he parties are [further] ordered to exchange witness lists by September 9, 2013. The parties shall file objections to any witnesses by September 16, 2013. Oppositions are due September 23, 2013, and replies are due September 30, 2013. The motions and oppositions are limited to seven pages with replies limited to four pages.

1

Case No.: 11-CV-01846-LHK
ORDER STRIKING APPLE'S UNAUTHORIZED OBJECTIONS TO SAMSUNG'S EXHIBIT AND WITNESS LISTS

("August 22 Order") ECF No. 2369 at 2. Thus, the Court permitted the parties to file only two documents per side on September 16: one document objecting to the opposing party's exhibit list and one document objecting to the opposing party's witness list.

In spite of the plain terms of this Court's Order, Apple filed a total of four documents objecting to Samsung's exhibit and witness lists on September 16. Two of the four documents are styled as "Motions to Strike," ECF Nos. 2413, 2415; the remaining two documents are styled as "Objections," ECF Nos. 2414, 2416-1. Samsung now moves to strike these latter "Objections"—which are essentially charts that list Apple's objections to all, or nearly all, of Samsung's proposed exhibits and witnesses—on the ground that they were not authorized by the Court's August 22 Order. ("Mot.") ECF No. 2422.

Apple's opposes Samsung's Motion, claiming that the August 22 Order authorized filing a list of objections *as well as* a substantive motion to strike. ("Opp'n") ECF No. 2436 at 1. Apple is incorrect. The Court's August 22 Order allowed for one set of objections per issue per side. Accordingly, the Court GRANTS Samsung's Motion to Strike Docket Numbers 2414 and 2416-1, and will consider only Apple's "Motions to Strike." ECF Nos. 2413, 2415.

**IT IS SO ORDERED.**

Dated: October 4, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-01846-LHK
ORDER STRIKING APPLE'S UNAUTHORIZED OBJECTIONS TO SAMSUNG'S EXHIBIT AND WITNESS LISTS