IRELL & MANELLA LLP
Andrei Iancu (184973)
aiancu@irell.com
Alan J. Heinrich (212782)
aheinrich@irell.com
David A. Schwarz (159376)
dschwarz@irell.com
Jonathan Lange (238056)
jlange@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Nonparties
Research In Motion Corporation and
Research In Motion Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 5:11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE IN COUNSEL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jonathan Lange has ceased to be counsel of record for non-parties Research In Motion Corporation and Research In Motion Ltd. in this matter and requests removal from the e-filing service list. Irell & Manella LLP remains counsel of record.

Dated: October 4, 2013

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ *Jonathan Lange*
      Jonathan Lange

Attorneys for Nonparties
Research in Motion Corporation and
Research in Motion Ltd.