
1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16
                        UNITED STATES DISTRICT COURT
17
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | CASE No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE SAMSUNG'S MOTIONS FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDERS (ECF NO. 2483, NO. 11-CV-01846; ECF NO. 785, NO. 12-CV-00630)** |

Case No. 11-01846-LHK (PSG)
DECLARATION OF ROBERT J. BECHER IN SUPPORT OF MOTION TO SHORTEN TIME

# DECLARATION OF ROBERT J. BECHER

I, Robert J. Becher, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Samsung seeks to order and/or shorten the briefing schedule on (a) Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, Dkt. 2483, in Case No. 11-01846; (b) Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, Dkt. 785 in Case No. 12-00630; and (c) Samsung's Emergency Miscellaneous Administrative Request Pursuant to Civil L.R. to Stay October 2, 2013 Orders Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, if Necessary, Resolution of Petition for a Writ of Mandamus, in Case Nos. 11-01846 and 12-00630.

3. Samsung seeks the shortened briefing scheduled set forth in its Motion to Shorten so that it has a meaningful opportunity to obtain review of the Nondispositive Pretrial Order of Magistrate Judge, Dkt. 2483, in Case No. 11-01846 and Nondispositive Pretrial Order of Magistrate Judge, Dkt. 785 in Case No. 12-00630, prior to the October 16, 2013 deadline for compliance with those orders.

4. Both parties have requested time modifications on numerous prior occasions. *See, e.g.*, Dkt Nos. 1393, 1389, 1259, 1146, 952 and 738.

5. The requested time modification would not affect the overall schedule for the case.

6. Counsel for Samsung contacted counsel for Apple on October 5, 2013, in an effort to reach agreement on a shortened briefing schedule that would ensure Samsung's Motion for Relief from the Orders could be heard before compliance with the Orders becomes due.

7. Apple did not agree to Samsung's proposed schedule, and responded that it opposes all relief sought by Samsung's Motion. Nokia has not responded to Samsung's proposed schedule. A true and correct copy of Samsung's request to Apple and Nokia, and Apple's

1 | response, is attached hereto as Exhibit A.

2 |     I declare under penalty of perjury under the laws of the United States that the foregoing is

3 | true.   Executed on this 6th day of October in Los Angeles, California.

                                          */s/Robert J. Becher*
                                          Robert J. Becher

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:   October 6, 2013              By:               */s/ Victoria F. Maroulis*
                                       Victoria F. Maroulis