# Exhibit A

## Joseph Sarles

| | |
|---|---|
| **From:** | Selwyn, Mark [Mark.Selwyn@wilmerhale.com] |
| **Sent:** | Sunday, October 06, 2013 8:36 AM |
| **To:** | Joseph Sarles |
| **Cc:** | Victoria Maroulis; Mueller, Joseph; 'Randall.Allen@alston.com'; 'Ryan.Koppelman@alston.com' |
| **Subject:** | RE: Apple v. Samsung |

Apple opposes.

**From:** Joseph Sarles [mailto:josephsarles@quinnemanuel.com]
**Sent:** Saturday, October 05, 2013 10:39 PM
**To:** Mueller, Joseph; Selwyn, Mark; 'Randall.Allen@alston.com'; 'Ryan.Koppelman@alston.com'
**Cc:** Victoria Maroulis
**Subject:** Apple v. Samsung

Counsel,

I write regarding the October 2, 2013 Orders of Magistrate Judge Grewal, specifically Dkt. 2483 in Case No. 11-01846 and Dkt. 785 in Case No. 12-630.  Samsung intends to appeal each of these Orders to Judge Koh and seek a stay of the Orders pending resolution of the appeals.  In accordance with L.R. 7-11, please advise whether Apple and Nokia will agree to a stay of the Orders pending resolution of Samsung's Motions for Relief, and if necessary, disposition of a petition for a writ of mandamus to the Court of Appeals.  Further, pursuant to Local Rule 6-1(b) and 6-3, please inform us if you would be amenable to the following briefing schedule on these appeal motions and motions for stay:

a. Samsung's Motions For Relief and Stay will be filed on October 6, 2013;
b. Apple's and Nokia's Oppositions to Samsung's Motions for Stay will be filed on or before October 7, 2013;
c. Apple's and Nokia's Oppositions to Samsung's Motions for Relief will be filed on or before October 9, 2013; and
d. Samsung will waive any reply and request a hearing be held on October 11, 2013 or at the Court's earliest availability.

If we do not hear from you by 11 a.m. PDT tomorrow, we will assume that Apple and Nokia oppose the proposed briefing schedule and stipulated stay set forth above.

Best,

Joseph Sarles


**Joseph C. Sarles**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Main: (213) 443-3000 | Direct: (213) 443-3888 | Fax: (213) 443-3100
josephsarles@quinnemanuel.com
http://www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.