1

2

3

4

5

6

7

8                                        UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11   APPLE INC., a California corporation,           CASE NO. 11-cv-01846-LHK-PSG

12                  Plaintiff,
                                                      **[PROPOSED] ORDER GRANTING**
13          vs.                                       **SAMSUNG'S MOTION TO SHORTEN**
                                                      **TIME**
14   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
15   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
16   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge (re: Dkt. 2483), Order re: Apple's Motion for Sanctions in Case No. 11-1846; Motion for Relief From Non-Dispositive Pretrial Order of Magistrate Judge (re: Dkt. 785), Stipulation and Order Re Motion for Protective Order By Nokia Corporation in Case No. 12-0630; and an Emergency Miscellaneous Administrative Request Pursuant to Civil L.R. 7-11 to Stay October 2, 2013 Orders Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, If Necessary, Resolution of Petition for Writ of Mandamus in Case Nos. 11-1846 and 12-0630.    Samsung concurrently filed a Motion to (1) Shorten Time for Briefing and Hearing re: Samsung's Emergency Administrative Request for a Stay and (2) Set a Briefing Schedule for Samsung's Motions for Relief from Nondispositive Pretrial Orders (Dkt. 2483, Case No. 11-CV-1846, Dkt. 785; Case No. 12-CV-0630, Dkt. 785) re: Apple's Motion for Sanctions and Motion for Protective Order by Nokia Corporation, pursuant to Civil Local Rules 6-1(b) and 6-3.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time for Briefing and Hearing, and sets the following schedule,

1.   Apple's Oppositions to Samsung's Motions for Stay to be filed on or before October 7, 2013;

2.   Apple's Oppositions to Samsung's Motions for Relief to be filed on or before October 9, 2013;

3.   Samsung waives any reply; and

4.   The Court sets these motions for a hearing on October 11, 2013, at _____.

1       **IT IS SO ORDERED.**

2

3 DATED:    _____, 2013

4

5

6                            _____
                           HONORABLE LUCY H. KOH

7                            United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28