1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO STAY OCTOBER 2, 2013 ORDERS PENDING RESOLUTION OF SAMSUNG'S FED. R. CIV. P. 72 OBJECTIONS AND, IF NECESSARY, RESOLUTION OF PETITION FOR A WRIT OF MANDAMUS** |
|---|---|

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an Emergency
3 Miscellaneous Administrative Request Pursuant to Civil L.R. 7-11 to Stay October 2, 2013 Orders
4 Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, If Necessary, Resolution of
5 Petition for a Writ of Mandamus.

6  Having considered the arguments of the parties and the papers submitted, the Court
7 GRANTS Samsung's Emergency Miscellaneous Administrative Request Pursuant to Civil L.R. 7-
8 11 to Stay October 2, 2013 Orders Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections
9 and, If Necessary, Resolution of Petition for a Writ of Mandamus.

10  There Court hereby STAYS the Magistrate Judge Grewal's October 2, 2013 Order
11 regarding Apple's Motion for Sanctions (Dkt. 2483).

13  **IT IS SO ORDERED.**

15 Dated: _____, 2013

16  _____
   Honorable Lucy H. Koh
17  United States District Judge

-1-  Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE
REQUEST PURSUANT TO CIVIL L.R. 7-11 TO STAY OCTOBER 2, 2013 ORDER