# Exhibit E

**From:** Robert Becher
**Sent:** Thursday, October 03, 2013 4:34 PM
**To:** 'Mueller, Joseph'
**Cc:** Amar Thakur
**Subject:** Apple v. Samsung

Dear Joe:

As you know, Nokia and Samsung entered into a Stipulation and Order re Motion for Protective Order by Nokia Corporation ("Stipulation"). We have previously indicated that we would share the information resulting from the procedures set forth in this Stipulation with Apple as long as Apple will not contend that doing so constitutes a waiver of the attorney-client privilege or attorney work product protection. Based on statements Apple made at the hearing on its Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order, it appears that Apple is not willing to agree and will contend to the contrary. Please let us know today if Apple will stipulate that: (i) nothing in the Stipulation will constitute a waiver of any claim of attorney-client privilege or attorney work product or other claim of confidentiality in the NDCA II case, the NDCA I case or any other federal or state action or administrative proceeding and it will not argue to the contrary; (ii) that Stroz Friedberg's review of Samsung's documents pursuant to the Stipulation will not constitute a waiver of any claim of attorney-client privilege or attorney work product or other claim of confidentiality protection in the NDCA II case, the NDCA I case or any other federal or state action or administrative proceeding and it will not argue to the contrary; and (iii) that Samsung's voluntary or inadvertent production of documents pursuant to the Stipulation shall not be deemed a waiver of any claimed privilege or protection in the NDCA II case, the NDCA I case or any other federal or state action or administrative proceeding.

Regards, Rob