# Exhibit F

| | |
|---|---|
| **From:** | Robert Becher |
| **Sent:** | Saturday, October 05, 2013 1:35 PM |
| **To:** | 'Mueller, Joseph' |
| **Cc:** | Amar Thakur |
| **Subject:** | Apple v. Samsung |

Joe—

As you know, Judge Grewal's October 2 Order (Dkt. 2483) requires Samsung to provide Nokia with "access to and full participation in" all the ordered discovery, including production of "e-mails and other communications sent or received since March 24, 2012 by the Samsung employees who received the confidential information. . . to the extent that they relate to Apple's licenses with Nokia, Ericsson, Sharp, and Philips." Dkt. 2483 at 5. Please confirm that Apple agrees that Samsung should produce to Nokia such documents and communications related to Apple's licenses with Ericsson, Sharp, and Philips and that Apple will not assert that doing so is a violation of any confidentiality obligation of Samsung.

Regards, Rob