# Exhibit G

# WILMERHALE

October 5, 2013

**By E-mail**

Robert J. Becher, Esq.
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Mark D. Selwyn

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

Re: *Apple Inc. v. Samsung Electronics Co. Ltd., et al.,*
<u>Case No. 11-cv-01846-LHK (PSG)</u>

Dear Rob:

Pursuant to the Court's October 2, 2013 Order, I have attached Notices of Deposition for Kenneth Korea, Clayton Kim, Jaewan Chi, Daniel Shim, and Seungho Ahn. We request that Samsung produce the documents required by the Court's Order at least 48 hours before the depositions, including "[a]ll e-mails and other communications sent or received since March 24, 2012 by the Samsung employees who received the confidential information (more specifically, the Samsung employees listed in the attachments to Mr. Becher's August 1 letter) to the extent that they relate to Apple's licenses with Nokia, Ericsson, Sharp, and Philips." We will not be able to conclude the depositions if Samsung has not completed the required document production beforehand. We will provide you with a Notice of Deposition for a fifth Samsung employee after we receive Samsung's document production.

Sincerely yours,

*/s/ Mark D. Selwyn*

Mark D. Selwyn

MDS:le

cc:    Randall Allen, Esq.