1
2
3
4
5
6
7
8
9
10                         UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

13 | APPLE INC., a California corporation,          | CASE NO. 11-cv-01846-LHK
14 |              Plaintiff,                         |
15 |        vs.                                      | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (RE: DKT. 2483), ORDER RE: APPLE'S MOTION FOR SANCTIONS**
16 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
17 |                                                  |
18 |                                                  |
19 |              Defendants.                         |
20

1     Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Motion for Relief from
3 Nondispostive Pretrial Order of Magistrate Judge (re: Dkt. 2483), Order re: Apple's Motion for
4 Sanctions.

5     Having considered the arguments of the parties and the papers submitted, the Court
6 GRANTS Samsung's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge
7 (re: Dkt. 2483), Order re: Apple's Motion for Sanctions.

8     There Court hereby REVERSES the Magistrate Judge Grewal's October 2, 2013 Order
9 regarding Apple's Motion for Sanctions (Dkt. 2483).

10

11     **IT IS SO ORDERED.**

12

13 Dated: _____, 2013

14                                                                                                                                 _____
15                                                                                                                            Honorable Lucy H. Koh
                                                                                                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28