QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents filed in connection with Samsung's Motion for Relief from Non-dispositive Pretrial Order of Magistrate Judge (re: Docket No. 2483), Order re: Apple's Motion for Sanctions ("Samsung's Motion for Relief").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal:

1. Portions of Exhibit A to the Declaration of Susan Estrich in Support of Samsung's Motion for Relief ("Exhibit A").

Exhibit A consists of a partially redacted version of the Expert Report of Professor David J. Teece dated March 22, 2012 and includes proposed and actual royalty rates for various licensing agreements Apple and Samsung are parties to.   While Samsung believes that some of the rates have been publicly disclosed, Apple and/or third-parties Nokia, Ericsson, Siemens, Phillips, and Motorola may consider the information confidential.   Samsung expects that Apple and/or third parties will file a declaration required by Civil Local Rule 79-5(d) establishing good cause to permit filing under seal.   In addition, Samsung considers non-public financial terms of its licensing agreements highly confidential.

The Court has previously found that non-public payment terms included in licensing agreements sealable.   (*See* Dkt. No. 1649 at 7, 10-11.)

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1 | DATED: October 6, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC