1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone:   (650) 801-5000
    Facsimile:   (650) 801-5100
9
    William C. Price (Bar No. 108542)
10  williamprice@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
11  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
12  Los Angeles, California 90017
    Telephone: (213) 443-3000
13  Facsimile: (213) 443-3100

14  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16

17                      UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

21               Plaintiff,                      **DECLARATION OF JAE-HWAN KIM**

22          vs.

23  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
24  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
25  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
26
                 Defendants.
27

28

1     I, Jae-Hwan Kim, declare:

2     1.     I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC").    I have

3   personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if

4   called as a witness, could and would testify to those facts under oath.

5     2.     I submit this declaration in support of Samsung's Administrative Motion to File

6   Under Seal portions of Exhibit A to the Declaration of Susan Estrich in Support of Samsung's

7   Motion for Relief from Non-dispositive Pretrial Orders of Magistrate Judge ("Exhibit A").

8     3.     I have not reviewed Exhibit A, but am informed and believe that it consists of a

9   partially redacted version of the Expert Report of Professor David J. Teece dated March 22, 2012

10   and includes royalty rates proposed by Motorola and Ericsson during licensing negotiations with

11   Samsung, and actual royalty rates from Samsung's licensing agreements.    Because these rates are

12   not publicly available and have not been disclosed to any third party by Samsung or its licensing

13   counter-parties, except under strict confidentiality designations, Samsung considers the terms

14   included in Exhibit A highly confidential.

15     4.     For the foregoing reasons, Samsung requests that the non-public rates included in

16   Exhibit A be sealed.

17     I declare under penalty of perjury of the laws of the United States that the foregoing is true

18   and correct.    Executed in Suwon, South Korea on October 7, 2013.

19

20                                                    */s/ Jae-Hwan Kim*
                                                      Jae-Hwan Kim
21

22

23

24

25

26

27

28

1

**ATTESTATION**

2        I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file

3   this Declaration.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jae-Hwan

4   Kim has concurred in this filing.

5

6   Dated:   October 6, 2013                          By:   */s/ Victoria F. Maroulis*
                                                               Victoria F. Maroulis
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28