1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9

| | |
|---|---|
| 10  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 11                  Plaintiff, | |
| 12              vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 13  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 14  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 15  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 16 | |
| 17                  Defendants. | |

18

19       Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

20   Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's

21   Administrative Motion to File Under Seal.

22       Having considered Samsung's motion, and good cause having been shown, the Court

23   GRANTS Samsung's motion and ORDERS sealed:

24           1.  Portions of Exhibit A to the Declaration of Susan Estrich in Support of Samsung's
                 Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (re:
25               Docket No. 2483), Order re: Apple's Motion for Sanctions.

26       **IT IS SO ORDERED.**

27

28

02198.5185

1

2    DATED:      _____, 2013

3

4

5                                                    _____
                                                     Honorable Lucy H. Koh
6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28