| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California  94065-2139 |
| 9 | Telephone:  (650) 801-5000 |
| | Facsimile:  (650) 801-5100 |
| 10 | |
| 11 | William C. Price (Bar No. 108542) |
| | williamprice@quinnemanuel.com |
| 12 | Michael T. Zeller (Bar No. 196417) |
| | michaelzeller@quinnemanuel.com |
| 13 | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, California 90017 |
| 14 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS |
| 17 | CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 18 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 21 | APPLE INC., a California corporation, | **Case No. 11-CV-01846-LHK (PSG)** |
| 22 | Plaintiff, | **DECLARATION OF SUSAN ESTRICH IN SUPPORT OF SAMSUNG'S MOTIONS FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDERS OF MAGISTRATE JUDGE** |
| 23 | vs. | |
| 24 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 25 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 26 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27 | | |
| 28 | Defendants. | |

Case No. 11-cv-01846-LHK
ESTRICH DECLARATION ISO SAMSUNG'S MOTIONS FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDERS

I, Susan Estrich, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. As explained in the Declaration of Thomas D. Pease, dated September 6, 2013 (Dkt. 2395-3) and the Supplemental Declaration of Thomas D. Pease, dated September 25, 2013 (Dkt. 2460-2), the alleged disclosures at issue arose from the inadvertent failure to redact certain information from an otherwise redacted copy of the expert report of David J. Teece (the "Teece Report") before that report was forwarded by e-mail to certain Samsung employees. A true and correct copy of the incompletely-redacted Teece Report that was provided to Samsung employees is attached as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on October 6, 2013.

      /s/ *Susan Estrich*
      Susan Estrich

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Susan Estrich has concurred in this filing.

Dated: October 6, 2013　　　　　　　　By:　　*/s/ Victoria F. Maroulis*

　　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis