UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br>            12-CV-00630-LHK<br><br>ORDER RE: SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE SAMSUNG'S EMERGENCY ADMINISTRIATIVE REQUEST FOR STAY AND MOTIONS FOR RELIEF FROM NONDISPOSITIVE ORDERS OF MAGISTRATE JUDGE GREWAL (Dkt. 788, Case No. 11-CV-01846; Dkt. 2493, Case No. 12-CV-00630) |

Samsung has filed a motion to shorten the briefing schedule on three motions it filed on October 7, 2013: (1) Samsung's motion for relief from the nondispositive pretrial order of Magistrate Judge Grewal, Dkt. 2483, in Case No. 11-CV-01846; (2) Samsung's motion for relief from the nondispositive pretrial order of Magistrate Judge Grewal, Dkt. 785, in Case No. 12-CV-00630; (3) Samsung's emergency request to stay both nondispositive orders pending resolution of Samsung's motions for relief and pending the resolution of any petition for writ of mandamus

1

Samsung may seek to file. ECF No. 788 (Case No. 12-CV-00630); ECF No. 2493 (Case No. 11-CV-01846).

Samsung asks that Apple file its opposition to its motion for a stay on October 7, 2013 and its opposition to Samsung's motion for relief from the nondispositive orders by October 9, 2013. The Court orders that Apple must file any opposition to Samsung's motion for stay and motions for relief by October 9, 2013. As Samsung has waived its reply to Apple's opposition briefs, *see* ECF No. 788 at 3, the Court will not entertain a reply to any of Apple's opposition briefs.  No hearing will be scheduled regarding these matters because the Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b).

The Court will endeavor to issue a ruling promptly. There is no stay of Judge Grewal's orders while these motions are pending unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: October 7, 2013

_____
LUCY H. KOH
United States District Judge