| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION TO SEAL REGARDING PREVIOUSLY FILED DAUBERT OPPOSITION AND SUPPORTING MUSIKA DECLARATION** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motion to Seal Regarding Previously Filed Daubert Opposition and Supporting Musika Declaration.

2. Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Apple's Daubert Opposition") and the Declaration of Terry L. Musika, CPA in Support of Apple's Daubert Opposition ("Musika Declaration") both refer to profit margin and profit-related information from Exhibit 41.3-S of the May 8, 2012 Supplemental Expert Report of Terry L. Musika.

3. Lines 1 to 3 on page 6 of Apple's Daubert Opposition quote from the confidential portion of Exhibit 41.3-S to the Musika Supplemental Report. This information includes product profit margin information and several pieces of data that relate to calculations performed on the product profit margin. If unredacted, the data that relates to the profit margin would reveal the range or degree of the margin. A proposed redacted version is attached as **Exhibit A**.

4. Lines 16-17 on page 12 of the Musika Declaration quote from the same confidential portion of Exhibit 41.3-S to the Musika Supplemental Report. These lines also include product profit margin information and pieces of data that reveal the range or degree of the margin. A proposed redacted version is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of October, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: October 9, 2013   */s/ Richard S.J. Hung*
Richard S.J. Hung

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOT. TO SEAL PREVIOUSLY FILED DAUBERT OPP.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3340816

2