|   |   |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL REGARDING PREVIOUSLY FILED DAUBERT OPPOSITION AND SUPPORTING MUSIKA DECLARATION** |
| v. |  |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |  |
| Defendants. |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

1  Apple filed a motion to seal portions of its Opposition to Samsung's Motion to Exclude
2  Opinions of Certain of Apple's Experts, originally filed May 31, 2012, and the supporting
3  Declaration of Terry L. Musika, CPA.
4  The Court finds that Apple's sealing request is narrowly tailored and justified.  Therefore,
5  the above documents may be filed partially under seal consistent with Apple's requests and
6  proposed redacted versions.

8  **IT IS SO ORDERED.**

Dated: _____    _____
                                                              Hon. Lucy H. Koh
                                                              United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SEAL RE PREVIOUSLY FILED DAUBERT OPP.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3340819

1