UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br>5:12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST TO STAY OCTOBER 2, 2013 ORDERS** |

On October 7, 2013, Samsung filed an emergency request to stay the October 2, 2013 orders of Magistrate Judge Grewal (Dkt. No. 2483, Case No. 11-CV-1846, and Dkt. No. 785, Case No. 12-CV-630) pending resolution of Samsung's motions for relief and pending the resolution of any petition for mandamus Samsung may seek to file. On October 9, 2013, Apple and Nokia responded in opposition.

Upon due consideration of the parties' arguments, Samsung's emergency request to stay the

[PROPOSED] ORDER RE SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST TO STAY OCTOBER 2, 2013 ORDERS

October 2, 2013 orders (Dkt. No. 2494, Case No. 11-CV-1846; Dkt. No. 789, Case No. 12-CV-630) is hereby DENIED. There will be no stay of Judge Grewal's orders pending the resolution of Samsung's objections or appeal.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
LUCY H. KOH
United States District Judge