UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

On October 7, 2013, Samsung filed a motion for relief from the October 2, 2013 nondispositive pretrial order of Magistrate Judge Grewal, Order re: Apple's Motion for Sanctions (Dkt. No. 2483). On October 9, 2013, Apple and Nokia responded in opposition.

Upon due consideration of the parties' arguments, the Court DENIES Samsung's motion for relief (Dkt. No. 2495) from Magistrate Judge Grewal's October 2, 2013 order. Samsung's objections are overruled, and Magistrate Judge Grewal's Order re: Apple's Motion for Sanctions

1   is hereby AFFIRMED.

2   **IT IS SO ORDERED.**

3   Dated: _____, 2013

_____
LUCY H. KOH
United States District Judge