1  HAROLD J. MCELHINNY (CA SBN 66781)      WILLIAM F. LEE
   hmcelhinny@mofo.com                     william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)       WILMER CUTLER PICKERING
   mjacobs@mofo.com                        HALE AND DORR LLP
3  RACHEL KREVANS (CA SBN 116421)          60 State Street
   rkrevans@mofo.com                       Boston, MA 02109
4  ERIK J. OLSON (CA SBN 175815)           Telephone: (617) 526-6000
   ejolson@mofo.com                        Facsimile: (617) 526-5000
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482   MARK D. SELWYN (SBN 244180)
   Telephone:  (415) 268-7000              mark.selwyn@wilmerhale.com
7  Facsimile:  (415) 268-7522              WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
8                                          950 Page Mill Road
                                           Palo Alto, California 94304
9  Attorneys for Plaintiff and            Telephone: (650) 858-6000
   Counterclaim-Defendant APPLE INC.       Facsimile: (650) 858-6100

10

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK (PSG)

16          Plaintiff,

17          v.                                   **DECLARATION OF MARK D.
                                                 SELWYN IN SUPPORT OF APPLE'S
18  SAMSUNG ELECTRONICS CO., LTD., a             CORRECTED ADMINISTRATIVE
    Korean corporation; SAMSUNG                  MOTION TO FILE DOCUMENTS
    ELECTRONICS AMERICA, INC., a New             UNDER SEAL**
19  York corporation; and SAMSUNG
    TELECOMMUNICATIONS AMERICA,
20  LLC, a Delaware limited liability company,

21          Defendants.

22

23

24

25

26

27

28

Declaration of Mark D. Selwyn in Support of Apple's
Corrected Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

1      I, Mark D. Selwyn, hereby declare as follows:

2          1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

3   counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law

4   in the State of California, the Commonwealth of Massachusetts, and the State of New York, and

5   am admitted to practice before the U.S. District Court for the Northern District of California.  I

6   am familiar with the facts set forth herein, and, if called as a witness, I could and would testify

7   competently to those facts under oath.

8          2.      Exhibit 2 to my declaration in support of Apple Inc.'s Combined Opposition to

9   Samsung's (1) Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge and (2)

10  Emergency Request to Stay ("Apple's Opposition") was filed entirely under seal because it may

11  contain or discuss information that Samsung considers confidential.  Apple seeks to seal Exhibit 2

12  only insofar as it contains or discusses the confidential terms of Apple's licenses or licensing

13  negotiations.  The Court has previously allowed Apple to seal discussion of "pricing terms,

14  royalty rates, and minimum payment terms of . . . licensing agreements."  *See, e.g.*, Dkt. No. 1649

15  (citing *In re Electronic Arts*, 298 Fed. App'x 568, 569 (9th Cir. 2008)).  Particularly here, where

16  the motion at issue is not dispositive and the specific terms of Apple's licenses are not relevant to

17  the motion, such information should be sealed.  *See, e.g., Apple Inc. v. Samsung Electronics Co.,*

18  *Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 2013 WL 4487610, at *8-11 (Fed. Cir.

19  Aug. 23, 2013) ("the public has less of a need for access to court records attached only to non-

20  dispositive motions because those documents are often unrelated, or only tangentially related, to

21  the underlying cause of action") (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,

22  1179 (9th Cir. 2006)).

23         3.      Apple's request to seal is necessary to protect its confidential business information

24  and information that Samsung may consider confidential.

25

26

27

28

Declaration of Mark D. Selwyn in Support of Apple's
Corrected Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

1    I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th

2    day of October, 2013 at Palo Alto, California.

3                                                        _/s/_ Mark D. Selwyn

4                                                        Mark D. Selwyn

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Mark D. Selwyn in Support of Apple's
Corrected Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of the above and foregoing document has been

3   served on October 10, 2013 to all counsel of record who are deemed to have consented to

4   electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                        */s/* Mark D. Selwyn
                                         Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Mark D. Selwyn in Support of Apple's
Corrected Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)