QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STATEMENT OF RECENT DEVELOPMENT REGARDING REEXAMINATION OF U.S. PATENT NO. 7,844,915** |

1   Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
2 Samsung Telecommunications America, LLC (collectively "Samsung") bring to the Court's
3 attention Apple's Request for Personal Interview ("Request for Personal Interview") in the *ex*
4 *parte* reexamination of U.S. Patent No. 7,844,915 (the "'915 Patent"), dated October 3, 2013.

5   As set forth in Samsung's Statement of Recent Decision Regarding Reexamination of U.S.
6 Patent No. 7,844,915 filed on September 17, 2013 (Dkt. 2421), Apple delayed the reexamination
7 proceedings by seeking an extension of the deadline for its Response to the Examiner's Final
8 Office Action, from September 26, 2013 to October 26, 2013.  In doing so, Apple appears to have
9 misinformed the Examiner to successfully delay the reexamination.  Dkt. 2421 at 1.

10   Apple has now requested an in-person interview with the Examiner during the week of
11 October 14-18, in advance of its October 26, 2013 response deadline.  Apple's Request for
12 Personal Interview is relevant to the upcoming damages trial because Apple has again confirmed
13 the narrow scope and value of the '915 patent.  In the Final Office Action rejecting the '915
14 Patent, the Examiner found that the Nomura reference meets the "distinguishing between a single
15 input point . . . and two or more input points" claim limitation because Nomura discloses an
16 algorithm that "distinguishes between (a) a single input point that is interpreted as a scroll
17 operation and (b) two input points that are interpreted as a gesture operation."  Dkt. 2349-1 at 7.
18 Now, seeking to distinguish Nomura, Apple argues that the Examiner's interpretation of "two or
19 more" is too broad and that "one of ordinary skill would understand the phrase 'two or more input
20 points' to essentially mean '2 – infinite,' which defines a set of input points, **all** of which would be
21 interpreted as a gesture operation."  Request For Interview at 3 (emphasis in original).  In other
22 words, according to Apple, the scope of the '915 patent is so narrow that so long as three input
23 points, four input points, five input points, or any arbitrarily large number of input points causes a
24 scrolling operation instead of a gesture operation, there would be no infringement.

25   A copy of Apple's Request for Personal Interview is attached hereto as Exhibit A.

| | | |
|---|---|---|
| 1 | DATED:  October 10, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Victoria F. Maroulis*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Michael T. Zeller

    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC