1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522

8
   Attorneys for Plaintiff and
9  Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

15  APPLE INC., a California corporation,        Case No.    11-cv-01846-LHK (PSG)

16                  Plaintiff,

17         v.                                    **CERTIFICATE OF SERVICE**

18  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
19  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
20  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
21
                    Defendants.
22

23

24

25

26

27

28

1

2

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Fed. R. Civ. P. 5(b)]**

3        I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

4    is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause,

5    and I am over the age of eighteen years.

6        I further declare that on October 9, 2013, I served a copy of:

7    **1. APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS**
     **OF CERTAIN OF APPLE'S EXPERTS (Sealed Version of Exhibit A to**
8    **Declaration of Nathan Sabri in Support of Apple's Motion to Seal Regarding**
     **Previously Filed Daubert Opposition and Supporting Musika Declaration)**
9

10   **2. DECLARATION OF TERRY L. MUSIKA, CPA IN SUPPORT OF APPLE'S**
     **OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF**
11   **CERTAIN OF APPLE'S EXPERTS (Sealed Version of Exhibit B to Declaration**
     **of Nathan Sabri in Support of Apple's Motion to Seal Regarding Previously Filed**
12   **Daubert Opposition and Supporting Musika Declaration)**

13

14   ☒    BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a
          true and correct copy through Morrison & Foerster LLP's electronic mail system to
15        the e-mail address(s) set forth below, or as stated on the attached service list per
          agreement in accordance with Fed. R. Civ. P. 5(b).
16
     Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:
17
     *Samsungv.Apple@quinnemanuel.com*
18
     Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:
19
     *WHAppleSamsungDamagesRetrial@wilmerhale.com*
20

21

22        I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

23   Francisco, California on October 9, 2013.

24

25

26

27   _____
     Robin Sexton
28

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3327176