QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-cv-01846-LHK<br><br>SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS<br><br>Trial Date:  November 12, 2013<br>Pre-Trial Conference:  October 17, 2013<br>Place:  Courtroom 8,  4th Floor<br>Judge: Hon. Lucy H. Koh |

1

**<u>SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS</u>**

2        Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

3   Telecommunications America, LLC (collectively, "Samsung") hereby submit the following *voir*

4   *dire* questions.

5        1.        Based on who the parties are in the case and the issues to be decided, would you

6   please raise your hand if you have such strong feelings about this case, the parties, or the issues

7   that you could not be fair and impartial?

8        2.        If you look on your chairs, there is a list of lawyers, witnesses, and law firms that

9   are involved in this case.  Would you please raise your hand if you are family, friends or

10  acquaintances with any of them, know any of them, have heard or read about any of them, or have

11  some prior knowledge of them?

12       3.        Would you please raise your hand if you are family, friends or acquaintances with

13  me or any of the court personnel?

14       4.        Would you please raise your hand if you, a family member or close friend,

15  currently or has ever worked for Apple, Samsung, Google, Motorola, HTC, Nokia, Seagate, or for

16  any company that was or is a business partner of those companies?

17       5.        Would you please raise your hand if you, a family member, or close friend have

18  any business relationship with, or ownership or financial interest in Apple, Samsung, Google,

19  Motorola, HTC, Nokia, Seagate, or any company that was or is a business partner of those

20  companies?

21       6.        Would you please raise your hand if you have heard or read anything about the

22  legal dispute between Apple and Samsung?

23            a.        If yes, what have you heard about the dispute? (*in private follow-up*)

24            b.        What is the source of the information you've heard or read about the

25                      dispute? (*in private follow-up*)

26            c.        Have you formed any impression of the dispute? (*in private follow-up*)

27       7.        Would you please raise your hand if you have read any books or seen any movies

28  about Apple or Samsung?

8.      What kind of cell phone do you own now and have you owned in the past, and who has made them?

9.      Do you currently own a tablet computer, or have you owned one in the past, and if so, who has made it?

10.      Would you please raise your hand if you currently own or have ever owned a product made by Apple or Samsung, other than a smartphone or tablet?

11.      Would you please raise your hand if are you currently thinking about purchasing a Samsung or Apple product?

12.      Would you please raise your hand if you knew, before today, that Apple is headquartered in Cupertino, California?

13.      Would you please raise your hand if you knew, before today, that Samsung is headquartered in South Korea?

14.      Would you please raise your hand if, in choosing between two different brands of the same type of product, the fact that one is marketed as American made and one is made in another country would factor into your purchase decision?

15.      Would you please raise your hand if you have been negatively impacted by the sale of foreign products in the United States?

16.      Would you please raise your hand if you've ever owned a business?

17.      Would you please raise your hand if you, a family member or close friend have ever applied for a patent, copyright, trademark or trade dress registration with the US Patent & Trademark Office?  If so, please explain what it was for, whether or not it was granted, and when it was.

18.      Would you please raise your hand, if you, a family member or close friend have ever been involved in a dispute over a patent, copyright, trademark or trade dress?

19.      Would you please raise your hand if you, a business you own or worked for, or anyone you know has ever been involved in a lawsuit?

20.      Would you please raise your hand if you have ever served on a jury before?

21.     Would you please raise your hand if you, a family member or close friend ever created or developed something, and you or they believed that the idea was taken from you or them?

22.     Would you please raise your hand if you have ever been accused of taking an idea from someone else?

23.     Would you please raise your hand if you graduated from a 4-year college with a degree?

24.     Would you please raise your hand if you, anyone in your family, or any close friends have any special training, education, or work experience in law, law firms or court systems?

25.     Would you please raise your hand if you, anyone in your family, or any close friends have any special training, education or work experience in patents, copyrights, trademarks, or trade dresses?

26.     Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in cell phone or tablet computer technology, software, design, manufacturing, or sales?

27.     Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in accounting, finance or economics?

28.     Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in licensing or contracts?

29.     Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in research and development?

30.     Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in computer science or electrical engineering?

31.     Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in graphic or industrial design?

32.     Would you please raise your hand if you, anyone in your family or any close friends have any special training, education or work experience in the creative arts, such as writing, painting, music, or acting?

33.     Would you please raise your hand if you have strong feelings or strong opinions about the amount of money juries award in lawsuits that would prevent you from being a fair and impartial juror?

34.     Would you please raise your hand if you believe that the amount of money juries award in lawsuits has a positive impact on the way corporations conduct their business?

35.     If you are selected to be a member of the jury, you must follow the law that I will tell you to apply, disregarding your own ideas about what the law is or should be.  Will you do this?

36.     Jurors have to listen to the testimony of the various witnesses and decide how much or how little weight to give the testimony.  Are you will and able to do that?

37.     Do you know of anything I haven't touched on that might affect your qualifications or ability to serve as a juror in this case or prevent you from rendering an impartial verdict based solely on the evidence and on my instructions to you about the law?

DATED: October 10, 2013               Respectfully submitted,

                                      QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


                                      By */s/ Victoria F. Maroulis*
                                         Charles K. Verhoeven
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         William C. Price
                                         Michael T. Zeller

                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC. and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC