1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700
5
    Kevin P.B. Johnson (Bar No. 177129)
6   kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
7   victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
8   Redwood Shores, California  94065-2139
    Telephone:  (650) 801-5000
9   Facsimile:  (650) 801-5100
10
    William C. Price (Bar No. 108542)
11  williamprice@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
12  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
13  Los Angeles, California 90017
    Telephone: (213) 443-3000
14  Facsimile: (213) 443-3100
15
16  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
17  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC

18

19                          UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 21  APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| 22            Plaintiff, | **SAMSUNG'S PROPOSED SPECIAL VERDICT FORM** |
| 23       v. | |
| 24  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS | Judge:   Hon. Lucy H. Koh |
| 25  AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS | Place:   Courtroom 8, 4th Floor<br>Trial:    November 12, 2012 at 9 a.m. |
| 26  AMERICA, LLC, a Delaware limited liability company, | |
| 27            Defendants. | |

28

We, the jury, unanimously agree to the answer to the following question and return it under the instructions of this Court as our verdict in this case.

1. The damages Samsung should pay Apple is as follows:
   *Note: except where blacked-out, you may choose from columns (a), (b) or (c) with respect to each infringing sale of a product, but you may not award Apple more than one type of remedy ((a), (b), or (c)) for each infringing sale.*

| Product | (a) Reasonable Royalty | (b) Lost Profits | (c) Samsung's Profits | Total ($) |
|---|---|---|---|---|
| Captivate (JX 1011) | | | | |
| Continuum (JX 1016) | | | | |
| Droid Charge (JX 1025) | | | | |
| Epic 4G (JX 1012) | | | | |
| Exhibit 4G (JX 1028) | | | ■ | |
| Galaxy Prevail (JX 1022) | | | ■ | |
| Galaxy Tab (JX 1036) | | | ■ | |
| Gem (JX 1020) | | | | |
| Indulge (JX 1026) | | | | |
| Infuse 4G (JX 1027) | | | | |
| Nexus S 4G (JX 1023) | | | ■ | |
| Replenish (JX 1024) | | | ■ | |
| Transform (JX 1014) | | | ■ | |
| | | | **Grand Total** | |

Have the presiding juror sign and date this form.

Signed:_____     Date:_____

                                                    PRESIDING JUROR