HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S PROPOSED *VOIR DIRE***<br><br>Place:　Courtroom 8, 4th Floor<br>Judge:　Hon. Lucy H. Koh<br>Trial:　November 12, 2013 |

**APPLES' PROPOSED *VOIR DIRE* QUESTIONS**

Pursuant to the Court's Guidelines for Final Pretrial Conference in Jury Trials, Apple hereby submits the following *voir dire* questions.

Proposed *Voir Dire* Questions:

1.   How many of you have heard of the first *Apple v. Samsung* trial that took place last summer?

2.   Does anyone have any opinions about the verdict?  Just answer yes or no.  (If yes, side bar to probe opinions about the first trial).

   a.   What do you know about the first trial?

   b.   From what sources did you hear this information?

   c.   What do you believe the verdict was?

   d.   Did you agree with the verdict?  Why or why not?

   e.   Did you think the damage award was too high, too low, or about right?

   f.   Is there anything about your opinions about the first trial that would prevent you from being a fair and impartial juror on this case?

3.   Do you, a family member, or a close friend have any business relationship (including stock ownership) with any of the following companies:  Apple, Samsung, Google, Motorola, HTC, or Nokia?

4.   Do any of you have strong feelings or opinions about the United States patent system or intellectual property laws?

5.   Do any of you believe that patents unfairly limit competition?

6.   Is there anyone on the panel that believes that certain kinds of ideas should not be patented?

1    Dated: October 10, 2013                    MORRISON & FOERSTER LLP

2

3                                               By:    /s/ Harold J. McElhinny
                                                       HAROLD J. MCELHINNY
4
                                                Attorneys for Plaintiff
5                                               APPLE INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28