HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S PROPOSED VERDICT FORM FOR THE DAMAGES RETRIAL** |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S DAMAGES CLAIMS**

1. **What is the total dollar amount that Apple is entitled to receive from Samsung for Samsung's infringement of Apple's utility and design patents?**

    $_____.

2. **For the total dollar amount in your answer to Question 1, please provide the dollar breakdown by product.**

| Infringing Samsung Product | Amount |
|---|---|
| Captivate | |
| Continuum | |
| Droid Charge | |
| Epic 4G | |
| Exhibit 4G | |
| Galaxy Prevail | |
| Galaxy Tab | |
| Gem | |
| Indulge | |
| Infuse 4G | |
| Nexus S 4G | |
| Replenish | |
| Transform | |

Have the presiding juror sign and date this form.

Signed:_____ Date:_____

                                                                                                               PRESIDING JUROR