1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21           Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS** |
| 22       vs. | **UNDER SEAL PURSUANT TO THE COURT'S OCTOBER 11, 2013 CASE** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **MANAGEMENT ORDER** |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | |
| 27           Defendants. | |

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's October 11, 2013 Case
Management Order, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this
administrative motion for an order to seal portions documents submitted in connection with
Samsung's Motion to Strike Portions of the Expert Report of Julie L. Davis, CPA ("Samsung's
Motion to Strike"), and Samsung's Motion Pursuant to Fed. R. Evid. 702 with Respect to Julie
Davis's Qualifications ("Samsung's *Daubert* Motion"), filed August 30, 2013.

The Court's October 11, 2013 Case Management Order requires Samsung to "file versions of the Motion to Strike portions of Davis's Report and the Daubert motion highlighting only what Samsung seeks to seal." (Dkt. No. 2416.) Throughout the briefing process, the parties have met and conferred and mutually updated their claims of confidentiality. On October 4, 2013, the parties jointly filed a chart identifying portions of pending motions that each party seeks to seal. (Dkt. No. 2490.)

As explained therein, Samsung does not maintain a claim of confidentiality over any portion of Samsung's Motion to Strike or *Daubert* Motion briefs; however Apple maintains a claim of confidentiality over portions of Samsung's Motion to Strike. (*See id.*) Samsung maintains a claim of confidentiality over portions of Exhibits 1-3 to the Declaration of Robert J. Becher in Support of Samsung's Motion to Strike ("Becher Exhibits"). (*See id.*; *see also* Dkt. No. 2390 (Samsung's Corrected Administrative Motion to File Under Seal); Dkt. No. 2385 (Declaration of James Shin in Support of Samsung's Administrative Motion to File Under Seal); and Dkt. No. 2480 (Declaration of James Shin in Further Support of Samsung's Administrative Motion to File Under Seal).) Apple also maintains a claim of confidentiality over the Becher Exhibits. (*See* Dkt. Nos. 2392 and 2490).

Accordingly, filed concurrently with this motion are:

1. An unredacted version of Samsung's *Daubert* Motion;
2. A public redacted version of Samsung's Motion to Strike with portions Apple seeks to seal redacted;

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

3. A highlighted version of Samsung's Motion to Strike with portions Apple seeks to seal highlighted in blue;

4. A highlighted version of Exhibit 1 to the Becher Declaration with portions Samsung seeks to seal highlighted in green;

5. A highlighted version of Exhibit 2 to the Becher Declaration with portions Samsung seeks to seal highlighted in green; and

6. A highlighted version of Exhibit 3 to the Becher Declaration with portions Samsung seeks to seal highlighted in green.

## CONCLUSION

For the foregoing reasons, Samsung respectfully requests that the Court grant this Administrative Motion to File Under Seal. Pursuant to Civil Local Rule 79-5, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

DATED: October 11, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
  Charles K. Verhoeven
  Kevin P.B. Johnson
  Victoria F. Maroulis
  Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC