HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ANNOTATED DAVIS EXHIBITS 24-PT, 25-PT, AND 53-PT** |

1      The Court's October 11, 2013, Case Management Order directed Apple to file a chart

2  identifying the correlation between the documents identified in Terry Musika's Exhibits 24, 24-S,

3  25, and 25-S and the trial exhibits admitted in the first trial in August 2012.

4      Attached hereto as **Exhibits A, B, C, and D** are versions of Terry Musika's Exhibits 24,

5  24-S, 25, and 25-S, respectively, annotated with cross-references to the trial exhibits on Apple's

6  Exhibit List.  Those annotations appear in the left-hand margin of the attached documents.

7  Exhibits admitted in the first trial in August 2012 appear in bold underline.

8      Attached as **Exhibits E and F** are annotated versions of Julie Davis's Exhibits 24-PT and

9  25-PT, respectively, which are identical in format and content to Terry Musika's Exhibits 25-S

10  and 26-S, except that translations have been revised to reflect agreements reached between the

11  parties during the course of the first trial, and content has been "greyed out" to reflect the

12  reduction in the scope of the patents at issue in the new damages trial.  No documents were added

13  to or removed from Terry Musika's Exhibits 25-S and 26-S in creating Julie Davis's Exhibits 24-

14  PT and 25-PT.

15      Attached as **Exhibits G and H** are annotated versions of Terry Musika's Exhibit 53-S and

16  Julie Davis's Exhibit 53-PT.  Like Exhibits 24 and 25, Exhibit 53 is relevant to damages issues

17  discussed at the October 10, 2013, hearing.  Also like Exhibits 24-PT and 25-PT, Exhibit 53-PT is

18  identical in format and content to Terry Musika's Exhibit 53-S, except for updated translations

19  agreed upon by the parties during the course of the first trial.

21  Dated: October 11, 2013          MORRISON & FOERSTER LLP

23                  By:  */s/  Erik Olson*

24                      ERIK OLSON

25                      Attorneys for Plaintiff
                            APPLE INC.