HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.     11-cv-01846-LHK (PSG)<br><br>**APPLE'S STATEMENT CONCERNING THE PROPOSED TESTIMONY OF JULIE DAVIS**<br><br>Date:      October 17, 2013<br>Time:      1:30 PM<br>Place:     Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh |

Julie Davis, Apple's damages expert, will offer opinions about demand for products that practice the New Trial Patents and demand for the specific patented features. (Her testimony is described in more detail in Apple's Brief On Evidence Of Copying Or Demand, submitted concurrently with this statement.) Ms. Davis will testify about the factual support for her opinions, which includes Samsung and third party documents that could also be deemed to be evidence of copying. In her testimony about those documents, she will point out that the documents are evidence that Samsung personnel had concluded that relevant features and attributes were attractive to consumers and were important in the smartphone market. She will also point out that some of the documents evidence Samsung's decision to incorporate those features and attributes into Samsung devices. She will testify that this is evidence of demand for products that practice the New Trial Patents and demand for the specific patented features. However, in this and all her other testimony, she will not use the word "copying" to describe Samsung's actions or intentions.

Respectfully submitted,

MORRISON & FOERSTER LLP

Dated: October 13, 2013

By: /s/ Harold J. McElhinny
    HAROLD J. MCELHINNY

Attorneys for Plaintiff
APPLE INC.