HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S BRIEF ON EVIDENCE OF COPYING OR DEMAND** |

I, Nathan Sabri, hereby declare as follows:

1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Apple's Brief on Evidence of Copying or Demand.

2.      Attached as **Exhibit 1** hereto is a true and correct copy of excerpts from the deposition transcript of Julie Davis, taken August 26, 2013.

3.      Attached as **Exhibit 2** hereto is a true and correct copy of excerpts from the Expert Report of John R. Hauser, dated March 22, 2012.

4.      Attached as **Exhibit 3** hereto is a true and correct copy of excerpts from the deposition transcripts of John Hauser, taken April 27, 2012 and November 29, 2012.

5.      Attached as **Exhibit 4** hereto is a true and correct copy of excerpts from the Rebuttal Expert Report of Ravin Balakrishnan, Ph.D. regarding Infringement of U.S. Patent No. 7,469,381, dated April 16, 2012.

6.      Attached as **Exhibit 5** hereto is a true and correct copy of excerpts from the Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent No. 7,469,381, dated March 22, 2012.

7.      Attached as **Exhibit 6** hereto is a true and correct copy of excerpts from the deposition transcript of Ravin Balakrishnan, taken April 20, 2012.

8.      Attached as **Exhibit 7** hereto is a true and correct copy of excerpts from the deposition transcript of Karan Singh, taken April 26, 2012.

9.      Attached as **Exhibit 8** hereto is a true and correct copy of excerpts from the Expert Report of Karan Singh Ph.D. regarding Infringement of U.S. Patent Nos. 7,864,163, 7,844,915, 7,853,891, dated March 22, 2012.

10.      Attached as **Exhibit 9** hereto is a true and correct copy of Apple's First Amended and Supplemental Initial Disclosures Pursuant to Rule 26(A)(1), dated March 4, 2012.

11.      Attached as **Exhibit 10** hereto is a true and correct copy of excerpts from the deposition transcripts of Greg Joswiak, taken February 23-24, 2012.

1    12.    Attached as **Exhibit 11** hereto is a true and correct copy of excerpts from the
2  deposition transcript of Timothy Benner, taken February 22, 2012.

3    13.    Attached as **Exhibit 12** hereto is a true and correct copy of excerpts from the
4  deposition transcript of Dong Hoon Chang, taken March 7, 2012.

5    14.    Attached as **Exhibit 13** hereto is a true and correct copy of excerpts from the
6  deposition transcript of Gee-Sung Choi, taken April 17, 2012.

7    15.    Attached as **Exhibit 14** hereto is a true and correct copy of excerpts from the
8  deposition transcript of Cira Conley, taken April 13, 2012.

9    16.    Attached as **Exhibit 15** hereto is a true and correct copy of excerpts from the
10  deposition transcript of Won-Pyo Hong, taken April 19, 2012.

11    17.    Attached as **Exhibit 16** hereto is a true and correct copy of excerpts from the
12  deposition transcripts of Wookyun Kho, taken January 12, 2012 and March 4, 2012.

13    18.    Attached as **Exhibit 17** hereto is a true and correct copy of excerpts from the
14  deposition transcript of Ioi Lam, taken March 8, 2012.

15    19.    Attached as **Exhibit 18** hereto is a true and correct copy of excerpts from the
16  deposition transcript of MinHyouk Lee, taken March 3, 2012, *In the Matter of Certain Electronic*
17  *Digital Media Devices and Components,* Case No. 337-TA-796.

18    20.    Attached as **Exhibit 19** hereto is a true and correct copy of excerpts from the
19  deposition transcript of Junho Park, taken March 30, 2012.

20    21.    Attached as **Exhibit 20** hereto is a true and correct copy of excerpts from the
21  deposition transcript of Todd Pendleton, taken March 21, 2012.

22    22.    Attached as **Exhibit 21** hereto is a true and correct copy of excerpts from the
23  deposition transcript of DongSeok Ryu, taken February 29, 2012.

24    23.    Attached as **Exhibit 22** hereto is a true and correct copy of excerpts from the
25  deposition transcript of Jaegwan Shin, taken January 27, 2012.

26    24.    Attached as **Exhibit 23** hereto is a true and correct copy of excerpts from the
27  deposition transcripts of Michael Wagner, taken May 12, 2012 and August 20, 2013.

28

1       I declare under penalty of perjury that the foregoing is true and correct.  Executed this

2  13th day of October, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECL. OF NATHAN SABRI IN SUPPORT OF APPLE'S BRIEF ON EVIDENCE OF COPYING OR DEMAND
CASE NO. 11-CV-01846-LHK (PSG)
sf-3343086

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated:  October 13, 2013

_/s/ Harold J. McElhinny_
Harold J. McElhinny

DECL. OF NATHAN SABRI IN SUPPORT OF APPLE'S BRIEF ON EVIDENCE OF COPYING OR DEMAND
CASE NO. 11-cv-01846-LHK (PSG)
sf-3343086

4