Exhibit 1

Highly Confidential - Outside Counsels' Eyes Only

Page 1

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4      APPLE, INC., a California

5      Corporation,

6              Plaintiff,        Civil Action No.

7        vs.                     11-CV-01846-LHK

8      SAMSUNG ELECTRONICS CO., LTD.,

9      et. al.,

10              Defendants.

11      _____/

12

13

14      HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

15          VIDEOTAPED DEPOSITION OF JULIE DAVIS

16                CHICAGO, ILLINOIS

17             MONDAY, AUGUST 26, 2013

18

19

20

21

22

23      Reported by:

24      DEBORAH HABIAN, RMR, CRR, CLR

25      JOB NO. 65086

Highly Confidential - Outside Counsels' Eyes Only

Page 9

1           THE VIDEOGRAPHER:  We are now on the

2    record.  This marks the beginning of Videotape

3    No. 1 in the deposition of Julie Davis in the

4    matter of Apple vs. Samsung Electronics Company,

5    Ltd. in the U.S. District Court, Northern          08:35AM

6    District of California, San Jose Division, case

7    No. 11 CV-01846.

8           This deposition is being held at 500

9    West Madison Street, Chicago, Illinois on

10   August 26th, 2013, and the time is now 8:35 a.m.   08:35AM

11          Will attorneys please identify

12   themselves.

13          MS. MAROULIS:  Victoria Maroulis with

14   Quinn Emanuel, counsel for Samsung.  With me is

15   my partner, Anthony Alden, also of Quinn          08:36AM

16   Emanuel, and also present is Greg Pinsonneault

17   of LitiNomics.

18          MS. KREVANS:  Rachel Krevans, Morrison

19   & Foerster for Apple, Inc.

20          MR. OLSON:  Erik Olson, Morrison &         08:36AM

21   Foerster for Apple, Inc.

22          MR. QUARLES:  Jim Quarles from

23   WilmerHale also present.

24          THE VIDEOGRAPHER:  Will the court

25   reporter please swear in the witness.             08:36AM

Highly Confidential - Outside Counsels' Eyes Only

Page 10

1          THE REPORTER:  Raise your right hand,

2     please.

3                         (Witness sworn.)

4          THE WITNESS:  I do.

5          THE REPORTER:  Thank you.

6               JULIE DAVIS,

7     called as a witness herein by the Defendant,

8     having been first duly sworn, was examined and

9     testified as follows:

10                    EXAMINATION

11    BY MS. MAROULIS:

12         Q.  Good morning, Ms. Davis.

13         A.  Good morning.

14         Q.  You're appearing as an expert on behalf

15    of Apple in this case, correct?          08:36AM

16         A.  I am.

17                    (Davis 1 was marked for ID)

18    BY MS. MAROULIS:

19         Q.  I place before you what's been

20    premarked as Exhibit 1 for identification.  08:36AM

21    Please confirm that this is your expert report

22    that you prepared in this case.

23         A.  (Reviewing document.)

24             It certainly appears to be.

25         Q.  And this is the August 23, 2013,  08:37AM

Highly Confidential - Outside Counsels' Eyes Only

Page 18

1   consumer electronics, right?

2      A.   Consumer electronics is another area

3   where I have worked on a number of cases, but I

4   do not think of myself as being an expert on the

5   electronics themselves.  I've just learned a lot    08:45AM

6   about the market through my work in those cases.

7      Q.   In this case you're not purporting to

8   give an expert opinion on what drives demand for

9   smartphones or tablets, correct?

10      A.   I think my expert opinion does cover      08:45AM

11   aspects of what drives demand for smartphones

12   and tablets.

13      Q.   Is this your opinion or are you relying

14   on somebody else for that opinion?

15      A.   I'm relying upon the documents and       08:45AM

16   deposition testimony of a number of different

17   people, all of whom and all of which documents

18   I've identified in my report.

19      Q.   So in this case, are you appearing as

20   an expert on what drives demand for smartphones   08:45AM

21   or tablets?

22      A.   I think that aspect of my opinion

23   requires me to have considered that area, so to

24   some extent yes, I have to have knowledge and

25   expertise in that area to determine what drives   08:46AM

Highly Confidential - Outside Counsels' Eyes Only

Page 19

1    demand for purposes of the lost profits

2    calculation.

3        Q.   What do you believe qualifies you to

4    render opinions on what drives demand for

5    smartphones and tablets?                          08:46AM

6        A.   Having worked on a number of different

7    cases, I have reviewed a lot of material

8    covering the industry and have certainly

9    reviewed the material in this case that

10   addresses the demand factor.                      08:46AM

11       Q.   What did you review in this case that

12   qualifies you to render expert opinion on what

13   drives demand?

14       A.   I have reviewed the documents produced

15   by Apple and Samsung.  I have reviewed the        08:46AM

16   deposition testimony and the trial testimony of

17   the witnesses that address that area and I have

18   detailed that information in my report.

19       Q.   You haven't reviewed all of the

20   documents produced in this case, correct?         08:46AM

21       A.   I have not.

22       Q.   The only documents you reviewed and

23   relied on are the ones listed in your report?

24       A.   There are probably other documents that

25   I have reviewed, but to the extent that I have    08:47AM

Highly Confidential - Outside Counsels' Eyes Only

1    relied upon them, they are identified in my

2    report.

3        Q.   How many documents would you say you

4    reviewed in this case roughly?

5        A.   I have no idea how to quantify that.      08:47AM

6        Q.   Besides reviewing the documents in this

7    case, what else do you believe qualifies you to

8    render expert opinion on what drives demand?

9        A.   You said besides the documents --

10       Q.   Reviewed the documents, uh-huh.          08:47AM

11       A.   -- I have reviewed.  I think I've

12   mentioned the deposition testimony and the trial

13   testimony of the witnesses who address this

14   issue.

15       Q.   Anything else that you believe           08:47AM

16   qualifies you to render expert testimony in

17   this?

18       A.   I think we have covered that

19   information.  I don't think I have anything

20   sitting here right now I would add to that.       08:47AM

21       Q.   How did you decide which documents to

22   review with respect to what drives demand in the

23   smartphone market?

24       A.   I started my work in that area

25   reviewing Mr. Musika's reports and Mr. Wagner's   08:48AM

Highly Confidential - Outside Counsels' Eyes Only

1   reports, the declarations of both of those

2   individuals, the documents and deposition

3   testimony that they each referred to.  I also

4   reviewed the trial testimony on that topic.

5   Those are some of the things that come to mind.   08:48AM

6       Q.  Did Apple's attorneys provide you a set

7   of documents to review?

8       A.  I don't think there's anything else

9   that Apple's attorneys provided me that wasn't

10   already available to me.                          08:48AM

11       Q.  So the basis of your testimony in this

12   case, the basis of your opinion, what drives

13   demand is limited to what you reviewed in

14   Mr. Musika's reports, Mr. Wagner's reports and

15   trial and deposition testimony; is that right?    08:48AM

16       A.  There's nothing else that comes to mind

17   as I sit here right now.

18       Q.  You didn't personally conduct any

19   consumer demand studies, correct?

20       A.  I did not.                                 08:49AM

21       Q.  You didn't design any consumer demand

22   studies?

23       A.  I did not, but your questions do cause

24   me to amend my earlier answer, because of course

25   I reviewed Dr. Hauser's work and his report and   08:49AM

Highly Confidential - Outside Counsels' Eyes Only

Page 22

1  his conclusions which cover this area.

2      Q.  In -- separately from relying on

3  Dr. Hauser's report you didn't ask anyone else

4  to conduct a consumer demand study, right?

5      A.  I did not.                          08:49AM

6      Q.  Now, you said you reviewed Mr. Musika's

7  reports in this case; is that right?

8      A.  I have.

9      Q.  Do you understand that as an expert,

10  you have an independent duty to come up with     08:49AM

11  independent opinions in the case?

12      A.  I think it depends upon the assignment.

13  That is typically the assignment that I am

14  given.  I understand that we are restricted, to

15  some degree in this case, by the judge's rules   08:50AM

16  imposed as it relates to the November trial.

17      Q.  What was the assignment given to you in

18  this case?

19      A.  Generally speaking, I was asked to

20  review the material that had already been        08:50AM

21  produced in this case and presented to the jury

22  and determine what the appropriate amount of

23  damages would be as it relates to the products

24  and patents that are the subject of the new

25  trial.  All that had to be done, of course,      08:50AM

Highly Confidential - Outside Counsels' Eyes Only

Page 38

1    would expect, based upon my calculation, that

2    Apple would have sold 10,504 more phones if

3    Samsung was not selling the Transform.

4         Q.  In your opinion on lost profits, did

5    you consider the court's findings on the order          09:09AM

6    denying a permanent injunction to Apple?

7         A.  Yes, I did.

8         Q.  How did that order affect your opinion?

9         A.  I'm aware that there is no permanent

10   injunction against Apple, at least as of this          09:09AM

11   point.  I'm aware that that issue has been

12   appealed.  I'm aware that the Federal Circuit

13   has now heard that argument.  My understanding

14   of the state of affairs right now is that there

15   is no permanent injunction assessed against any        09:09AM

16   of the infringing products.

17        Q.  In the order, the Court states that

18   "Apple's evidence does not establish that any of

19   Apple's three design patents cover a particular

20   feature that actually drives consumer demand."         09:10AM

21            Do you recall a statement to that

22   effect?

23        A.  I recall something to that effect.

24        Q.  How did that impact your expert

25   opinion?                                                09:10AM

Highly Confidential - Outside Counsels' Eyes Only

Page  39

1        A.   I don't think that view is consistent

2   with all the evidence I have read or reviewed

3   and taken out of context of the rest of the

4   order.  I'm not sure the judge was saying that

5   there is no consumer demand for these features.      09:10AM

6   I think overall what I understood her to be

7   saying was that any effect on Apple can be

8   adequately compensated through the damages that

9   have been awarded.

10       Q.   Did I understand you to say that you         09:10AM

11  disagree with the Court?

12       A.   I would want to have the information or

13  the exact quotation from the Court in front of

14  me, but I believe there is evidence that the

15  patented features in this case do drive demand      09:11AM

16  for at least for some customers.  That may not

17  be true for all customers and maybe that's what

18  the judge was addressing.  I don't know that.

19       Q.   But do you disagree with the statement

20  that I read to you?  And I'll represent to you I     09:11AM

21  read it correctly.

22       A.   Once again, out -- outside the context

23  of the rest of her order, I -- I don't have a

24  view.

25       Q.   Okay.  Do you recall the order also        09:11AM

Highly Confidential - Outside Counsels' Eyes Only

1    stated that Apple -- "Apple did not establish,

2    at the preliminary injunction stage, that the

3    '381 patent was central enough to Samsung's

4    products to drive sales and has not established

5    that fact here either, nor has Apple established    09:11AM

6    that either the '915 or the '163 patents

7    actually drive sales of any Samsung products,

8    neither statements about broad categories nor

9    evidence of copying nor the conjoined survey

10   provides sufficiently strong evidence of            09:12AM

11   causation."

12        Do you recall a statement like that?

13        A.   I don't recall that statement

14   specifically.

15        Q.   I will represent to you that I            09:12AM

16   correctly read from the Court's order.

17        Did you take that statement and ruling

18   by the Court into consideration when presenting

19   your analysis?

20        A.   Yes, I have considered that.             09:12AM

21        Q.   Do you agree with that statement?

22        A.   Outside the context of the rest of her

23   order, I'm not sure exactly what that statement

24   is getting at.  She may be saying that it

25   doesn't drive all sales.  And I'm not saying       09:12AM

Highly Confidential - Outside Counsels' Eyes Only

Page 41

1    that it drives all sales, but I'm saying that it

2    does drive enough sales that Apple lost profits

3    associated with those sales.

4        Q.  So do you agree or disagree with the

5    statement?                                        09:13AM

6        A.  I don't have a view outside the context

7    of the rest of the order.

8        Q.  If Apple can't prove that customers

9    there were buying Samsung's 13 products asserted

10   in this trial for the patented features or        09:13AM

11   designs, it could not get lost profit damages,

12   correct?

13       A.  I think you may be asking a legal

14   question that I'm not qualified to answer.

15   However, it is my understanding that Apple must    09:13AM

16   prove demand for the patented product.  I

17   believe that's slightly different than demand

18   for the patented feature.

19          I happen to think there is evidence of

20   demand for the feature as well, but I believe      09:14AM

21   the test under the Panduit factors is demand for

22   the patented product.

23       Q.  Is it your opinion, then, that Apple

24   does not have to show a specific demand for the

25   patent features in this case?                      09:14AM

Highly Confidential - Outside Counsels' Eyes Only

1    A.  I think that's a legal question I'm not

2    qualified to answer.

3    Q.  In preparing your report, which did you

4    assume, that you had to show demand for the

5    product or demand for the specific patented          09:14AM

6    features?

7    A.  In my report I have recited the

8    language of the Panduit factor that says "demand

9    for the patented product."  However, I have also

10   provided several pages of documentation as to        09:14AM

11   demand for the patented features as well.

12   Q.  Why did you include in your report the

13   section regarding the demand on the patented

14   features?

15   A.  Did you ask me why?                               09:15AM

16   Q.  Um-hum.

17   A.  Because I think it's important for the

18   jury to understand that there is demand for the

19   patented features.

20   Q.  Aside from whether it's important, did          09:15AM

21   you assume that Apple had to show demand for

22   patent features in order to receive damages?

23   A.  I had no assumption one way or the

24   other on that.

25   Q.  So it was just gratuitously included in         09:15AM

Highly Confidential - Outside Counsels' Eyes Only

Page 51

1    A.  Well, I've talked at some length about

2   the other patented features of this case that I

3   believe drive demand.  So I think there's

4   evidence of demand for each of the five patents

5   that we're here to discuss.                          09:26AM

6    Q.  Other -- the -- other than the features

7   that are involved in this case and are patented

8   allegedly by Apple, what other features drive

9   the demand for Samsung phones?

10    A.  Once again, I haven't set out to            09:26AM

11   prepare a list because I don't need to have a

12   separate list, given that I'm looking at real

13   world data on who bought what and when.

14   However, to answer your question, another thing

15   that would drive that would be the carrier.      09:27AM

16    Q.  Anything else in addition to the AMOLED

17   screens and carriers?

18    A.  I think those are the things that I

19   recall Mr. Wagner pointing to.

20    Q.  Do you believe that ability to access    09:27AM

21   Internet on the phone is more or less important

22   than having a bounce-back feature on the phone?

23    A.  I think they're intertwined.  How you

24   access the Internet and interact with the

25   website once you've accessed the Internet has    09:27AM

Highly Confidential - Outside Counsels' Eyes Only

Page 52

1  something to do with the '381 technology.

2      Q.  Is it your opinion that one needs '381

3  technology to access the Internet?

4      A.  No.  That is not my understanding.

5  Anyway, I'm not a technical person.          09:27AM

6      Q.  Okay.  What is more important for

7  consumer demand, sending and receiving an e-mail

8  or having a bounce-back feature on your phone?

9      A.  It depends on how you're addressing

10  consumer demand.  If the consumer is already     09:28AM

11  looking at only models of phones that access and

12  can send e-mail, then there's nothing

13  differentiating about that as a factor.

14          Therefore, the '381 technology that

15  would be available on the Samsung or Apple      09:28AM

16  phones would differentiate that phone, as an

17  example, from other phones that did not provide

18  that but all of them provided e-mail.

19      Q.  So is it your opinion that it's equally

20  important for a consumer to be able to send and   09:28AM

21  receive e-mail and to have bounce-back feature

22  on their phones?

23      A.  I think there are a list of fundamental

24  activities that need to be true for a consumer

25  to buy a phone.  For example, it has to actually  09:28AM

Highly Confidential - Outside Counsels' Eyes Only

Page 53

1    make and receive phone calls.  However, because

2    every smartphone does that, the consumer's

3    choice no longer rides on that capability.  The

4    consumer's choice is driven by other factors

5    like we've been talking about.                    09:29AM

6        Q.  What's the basis of your last opinion

7    you just stated?

8        A.  Well, I think it's pretty obvious that

9    to the extent a consumer is choosing between two

10   phones, he or she will make a choice dependant    09:29AM

11   upon differentiating characteristics.

12       If both phones perform similarly in the

13   basic capabilities, there's no distinguishing

14   characteristic there to drive the sale.

15       Q.  So for your analysis, did you assume      09:29AM

16   that Samsung's 13 products accused in this case

17   and Apple's products are same or identical

18   except for the patented features?

19       A.  Not necessarily, but for the examples

20   you've been using, all of those products do, in   09:30AM

21   fact, make and receive phone calls; they do

22   allow for receipt and sending of e-mails.  So

23   there are a whole number of basic functionality

24   features that those phones perform equally well.

25       Q.  Is it fair to say that good reception     09:30AM

Highly Confidential - Outside Counsels' Eyes Only

Page 54

1    in a smartphone is more important as a demand

2    driver than bounce-back?

3         A.   Not necessarily, and I also understand

4    good reception to be something that's driven in

5    part by the carrier as well as the manufacturer.   09:30AM

6         Q.   So you believe a consumer would compare

7    two phones and choose the one with bounce-back

8    over the one that has better reception?

9         A.   I don't know how the consumer would

10   know the reception capability of two phones.       09:30AM

11        Q.   Well, presumably, consumer can read

12   reviews and do market research, right?

13        A.   I don't know of any metrics that most

14   consumers would look at to determine the

15   reception of those phones other than to compare    09:31AM

16   carriers where there is a lot more information

17   available.

18        Q.   So in your opinion, the bounce-back

19   feature and good reception are equal or neutral

20   as demand drivers, right?                          09:31AM

21        A.   I have not had reason to measure one

22   against the other.  However, I think because the

23   example you've given, where a consumer is

24   comparing two phones presumably at the same

25   carrier, they would expect the reception          09:31AM

Highly Confidential - Outside Counsels' Eyes Only

Page 55

1   capabilities to be similar.

2       Q.  Is it fair to say that screen size on

3   the smartphone is a more important demand driver

4   than the bounce-back feature?

5       A.  It depends upon how different the          09:31AM

6   screen size is.  My recollection is that the

7   screen size of most of the infringing products

8   is not much different than the iPhone screen

9   size.

10          To the extent that a consumer is          09:32AM

11  selecting a smartphone, screen size might be a

12  differentiating characteristic for other phones,

13  like if they're comparing it with a BlackBerry,

14  for instance, that doesn't have the same size of

15  screen, but I don't think it's likely to be as    09:32AM

16  important to someone choosing between an iPhone

17  and a Samsung accused product.

18      Q.  Do you believe there's a difference in

19  consumer decision-making between 4.5-inch

20  screens versus 3.5-inch screens?                   09:32AM

21      A.  There may be for some consumers and

22  that would be factored into my Mor-Flo analysis.

23      Q.  Of the different market drivers that

24  we've been discussing, do you agree that they

25  could drive demand for Samsung phones?             09:33AM

Highly Confidential - Outside Counsels' Eyes Only

Page 56

1      A.  I think they may drive demand for some

2  consumers, and those consumers have been

3  captured through my analysis of the real world

4  market shares.

5      Q.  Do you believe GPS navigation ability    09:33AM

6  on the phone is more or less important than

7  bounce-back feature?

8      A.  Once again, it depends upon whether

9  there are differentiating characteristics

10  between the choices the consumer is making.  To    09:33AM

11  the extent that he or she is considering two

12  phones which are comparable in their GPS

13  capabilities, that would not be something that

14  would drive demand.

15      Q.  So you believe there's no difference    09:33AM

16  between those two potential demand drivers?

17      A.  For the customer I just described to

18  you, that's probably true.  That may not be true

19  in all cases.

20      Q.  In other words, you think that GPS    09:34AM

21  navigation of the phone is equally important for

22  a consumer in consumer purchasing decisions as

23  bounce-back feature?

24      A.  If the capabilities of the two phones

25  that are being compared are similar in terms of    09:34AM

Highly Confidential - Outside Counsels' Eyes Only

Page 57

1    their GPS technology, that would not be

2    something that drives demand.  If those phones

3    have different GPS capabilities, for some

4    consumers that might make a difference in their

5    choice and those have been factored into my          09:34AM

6    analysis.

7        Q.  How about ability to listen to music on

8    your phone?  Is that more or less important in

9    driving demand than bounce-back feature?

10       A.  Once again, if two phones that are           09:34AM

11   being considered by a consumer have similar

12   capabilities in terms of being able to listen to

13   music, that's not a factor that will drive their

14   decision on which of those two to select.

15       Q.  And where a consumer is choosing            09:35AM

16   between two phones that do not have the same

17   capability to listen to music, would that be

18   more of a demand driver or less of a demand

19   driver than the bounce-back feature?

20       A.  We can't know for sure for any specific     09:35AM

21   consumer.  All we can do is look at the

22   aggregate results of what would happen in the

23   real world.

24       Q.  So you have not considered in your

25   analysis whether if a consumer is comparing a       09:35AM

Highly Confidential - Outside Counsels' Eyes Only

Page 58

1    phone with one of the features that I gave you

2    and the '381 patented technology, whether one is

3    more or less of a driver in the decision?

4        A.  Well, we have to talk about features

5    individually.  The one you just gave me has to          09:35AM

6    do with the ability to listen to music.  I'm not

7    aware of any significant differences in the

8    ability to listen to music between the Samsung

9    infringing phones and the Apple iPhones.

10        Q.  For any of the features that we've been       09:36AM

11    discussing, did you analyze Apple phones versus

12    Samsung phones, whether they do or do not have

13    such features?

14        A.  Not on a feature-by-feature basis in

15    all cases.  I'm aware that many of those             09:36AM

16    features are similar between the two products,

17    and the only ones that will drive demand will be

18    ones where there are differences that are

19    important to the customers.

20        Q.  Did you compare the Samsung accused          09:36AM

21    phones with iPhones to determine that they are

22    the same exact -- except for the patented

23    features?

24        A.  No, I have not done feature-by-feature

25    analysis for each of the infringing phones.  I      09:36AM

Highly Confidential - Outside Counsels' Eyes Only

Page 59

1    have instead relied upon the marketplace and the

2    real world data that reflects decisions made by

3    customers who did compare those features

4    presumably when they made their decision.

5        Q.  So for the purpose of your analysis,        09:37AM

6    you're simply assuming that these phones have

7    the same features except for patented features,

8    correct?

9        A.  No, not necessarily.  I am simply

10   assuming that the customers who had previously    09:37AM

11   purchased a Samsung phone that was no longer now

12   available because of the infringement, those

13   customers would behave similar to other

14   customers in the marketplace and I've relied

15   upon that real world data for my analysis.        09:37AM

16       Q.  Okay.  What about having a 4G

17   capability?  Is that more or less important than

18   having a patented bounce-back technology?

19       A.  Once again, I think that depends on

20   whether that's a factor that's important to a      09:38AM

21   consumer.  If it is important to a consumer and

22   one phone has it and another doesn't, then that

23   may be something that influences demand.

24   However, if it's important to a consumer and

25   both phones have it or both phones don't, then     09:38AM

Highly Confidential - Outside Counsels' Eyes Only

Page 60

1    that can't be a demand driver.

2        Q.  Did you compare the 4G capabilities of

3    Apple and Samsung devices?

4        A.  I'm aware of some of those comparisons.

5    I do not have them committed to memory.          09:38AM

6        Q.  So you didn't personally analyze

7    whether the 13 accused products in this case and

8    Apple phones have the same 4G capabilities?

9        A.  That's correct.

10       Q.  Is having a good functioning camera in   09:38AM

11   the smartphone a demand driver?

12       A.  Once again, I think it can be for some

13   people, but only to the extent that there are

14   differences between the camera capability of

15   the -- between the phones that consumer is        09:39AM

16   considering.

17       Q.  And is it more or less of a demand

18   driver than '381 patented bounce-back

19   technology?

20       A.  I think that depends on any individual   09:39AM

21   consumer and whether or not there are

22   differences in the choices they're trying to

23   make.

24       Q.  Is battery life a demand driver for

25   Samsung phones?                                   09:39AM

Highly Confidential - Outside Counsels' Eyes Only

Page 61

1      A.   I would expect battery life to be an

2   issue that many consumers consider.

3      Q.   So it is a demand driver?

4      A.   It can be for some individuals.

5      Q.   Is it more or less of a demand driver      09:39AM

6   than the '381 patented bounce-back feature?

7      A.   Once again, it depends on the choice

8   the consumer is trying to make.  If the battery

9   life is roughly equal between two phones, then

10   that no longer has any impact on that consumer's   09:40AM

11   choice for that purchase.

12      Q.   Did you investigate whether Apple and

13   accused Samsung phones have equal battery life?

14      A.   I'm aware there are a number of

15   different products with different battery lives.   09:40AM

16   I have not tried to line up each of them

17   separately as it relates to their battery life

18   specifications.

19      Q.   So is it your assumption that the

20   battery life on the accused Samsung products and   09:40AM

21   Apple products is the same?

22      A.   Not necessarily, but I think the

23   battery life feature is one of those things that

24   gets factored into the overall Mor-Flo analysis,

25   because I'm relying upon the real world            09:40AM

Highly Confidential - Outside Counsels' Eyes Only

Page 62

1    decisions made by real world people, some of

2    whom would have considered battery life.

3        Q.   In your analysis, when you say when the

4    phones are roughly equal but have different

5    patented features, what features did you compare      09:41AM

6    as between Samsung and Apple phones?

7        A.   I don't know what you mean.

8        Q.   Did you compare Apple and Samsung

9    phones feature by feature?

10       A.   Not specifically, as we've discussed.      09:41AM

11       Q.   You've been testifying that assuming

12   phones have the same capability as in playing

13   music or battery life or sending e-mail or

14   screen size, patented features can make a

15   difference, right?                                    09:41AM

16       A.   That's correct.

17       Q.   How did you determine that the accused

18   13 products and Apple products have the same

19   capabilities otherwise?

20       A.   I didn't need to prove that the            09:41AM

21   products were identical otherwise.  I'm using

22   upon the -- I'm relying upon the real world

23   decisions that were made by real world people

24   who did consider those match-ups.

25       Q.   Do you consider the ability to download    09:42AM

Highly Confidential - Outside Counsels' Eyes Only

Page 63

1   apps to be as important or less important demand

2   driver than the '381 patented bounce-back?

3       A.  Once again, I think that depends upon

4   the individual involved.  I'm aware that the

5   Samsung phones that are found to be infringing        09:42AM

6   in this case have that ability as do the Apple

7   iPhones.

8       Q.  I'm going to give you a list of

9   features and ask you if you have similar

10  response or a different response.                     09:42AM

11      So is playing video on the phone a

12  demand driver?

13      A.  Once again, it can be for some

14  consumers.  It's only going to be a demand

15  driver if it's important to that consumer, and       09:42AM

16  there are differences of significance between

17  the products that that consumer is considering.

18      Q.  And is the rest of your response

19  similar to what you've been giving before which

20  is that you assume Apple and Samsung phones both      09:43AM

21  have these major features?

22      A.  Well, I can't know for sure without

23  knowing your list of major -- major features,

24  but I think the basic functionality of the

25  phones is -- is very similar and to the extent       09:43AM

Highly Confidential - Outside Counsels' Eyes Only

Page 64

1    that there are differences in those features,

2    that has already been factored in through the

3    Mor-Flo analysis.

4        Q.  And once again, you did not separately

5    analyze the features.  It's all merged into your    09:43AM

6    Mor-Flo analysis, right?

7        A.  That's correct.  I relied upon the real

8    world data from Mor-Flo.

9        Q.  Okay.  Is the ability to play games on

10   the smartphone a demand driver?                      09:43AM

11       A.  Once again, it would be perhaps for

12   some consumers.  It can only be a demand driver

13   if there is a difference between the products

14   that the consumer is considering as it relates

15   to that capability and that would all be            09:44AM

16   included in the market share data that's part of

17   the Mor-Flo analysis.

18       Q.  Is ability to send text messages a

19   demand driver?

20       A.  Once again, I would expect text           09:44AM

21   messages to be a little bit like e-mails, that

22   most phones in the smartphone category can send

23   text messages and, therefore, that would not

24   likely represent a distinguishing factor that

25   would demand -- that would drive demand in a       09:44AM

Highly Confidential - Outside Counsels' Eyes Only

Page 65

1    consumer purchase.

2        Q.  Is an ability to have a slide-out or

3    physical keyboard a demand driver for any of the

4    13 accused Samsung phones?

5        A.  I think it can be for some consumers        09:44AM

6    who want a physical keyboard.  Those consumers

7    presumably would not have been among the market

8    share that purchased from Apple and, therefore,

9    would not be included in my lost profits.

10       Q.  So you agree that the Apple phones          09:45AM

11   you're analyzing do not have slide-out physical

12   keyboard, correct?

13       A.  I do agree with that.

14       Q.  Is having a slide-out or physical

15   keyboard a more or less significant demand          09:45AM

16   driver than the '381 bounce-back feature?

17       A.  I think that depends on any given

18   individual.  For some it might be more; for some

19   it might be less.  That's why I've relied upon

20   the real world market shares.                       09:45AM

21       Q.  And you did not make that analysis as

22   to who would find the slide-out keyboard more or

23   less important in their purchasing decision,

24   right?

25       A.  I'm not aware of any information           09:45AM

Highly Confidential - Outside Counsels' Eyes Only

Page 66

1    provided by Samsung on its customers that would

2    allow us to make that conclusion.

3        Q.  Did you look for any other data outside

4    of what Samsung provided?

5        A.  Well, I thought you were asking me          09:46AM

6    about the Samsung customers.  I'm not aware of

7    any other data about Samsung customers and why

8    any specific one of them made the purchase they

9    did.

10       Q.  Is network speed a demand driver?           09:46AM

11       A.  It can be, but I also understand that

12   to be largely related to the choice of carriers.

13       Q.  But you agree that some consumers buy

14   phones based on the network speed, correct?

15       A.  I think that may be something they          09:46AM

16   consider.  To the extent that there's a

17   difference between the products that they are

18   looking at related to network speed and that is

19   a factor that is important to them, then that

20   may enter into their decision-making process.     09:46AM

21       Q.  And is this factor more or less

22   important than the '381 patented bounce-back

23   technology?

24       A.  We can't know the answer to that

25   related to any specific consumer.  All we can do  09:46AM

Highly Confidential - Outside Counsels' Eyes Only

Page 67

1    is look at the market overall and the market

2    shares that fall out of that analysis.

3        Q.  When you say "we can't know," what do

4    you mean by that?

5        A.  Well, unless Samsung provided us a list    09:47AM

6    of each person who purchased the infringing

7    phones and someone conducted a survey about why

8    that individual purchased that phone, we can't

9    know for sure any specific individual

10   decision-making inputs.  All we can know is the    09:47AM

11   output of the collective decision-making made by

12   the market.

13       Q.  You know Dr. Hauser designed a survey

14   you're relying on?

15       A.  I am.                                       09:47AM

16       Q.  Do you know whether he asked any

17   surveyed individuals whether they would buy a

18   phone based on the '381 patented technology?

19       A.  I'm aware that he did --

20       Q.  That --                                     09:48AM

21       A.  -- or more specifically, my

22   understanding of what he did was to combine the

23   '381, the '163 and the '915 in his study and

24   then a separate study of the '915 separately.

25       Q.  So you agree with me that he did not       09:48AM

Highly Confidential - Outside Counsels' Eyes Only

Page 68

1    conduct a study specific to the '381 patent that

2    asked consumers whether they bought a phone

3    because of the bounce-back feature?

4        A.   I believe that's accurate, but I don't

5    think I should be answering on behalf of          09:48AM

6    Dr. Hauser.  That's a question better directed

7    toward him.

8        Q.   That is your understanding, though, of

9    his work --

10       A.   That's my --                              09:48AM

11       Q.   -- on which you relied?

12       A.   That's my recollection of his report

13   and his conclusions.

14       Q.   Is it fair to say that affordability of

15   a phone is a significant demand driver?          09:48AM

16       A.   I think the affordability of a phone is

17   something that's factored into a decision-making

18   process for most consumers.

19       Q.   That could be a defining

20   decision-making attribute, couldn't it?          09:48AM

21       A.   It could be.

22       Q.   For a lot of people, how much the phone

23   costs is very important?

24       A.   How much the phone -- the phone costs

25   that person is important, yes, not necessarily   09:49AM

Highly Confidential - Outside Counsels' Eyes Only

Page 69

1  how much the phone costs the carrier.

2      Q.  You're right.  How much the person has

3  to pay out of pocket to get the phone is very

4  important in purchasing a phone, right?

5      A.  For many customers I believe that to be      09:49AM

6  true.

7      Q.  Do you believe that's more or less

8  important than having a '381 patented

9  bounce-back feature?

10     A.  Once again, it depends upon whether      09:49AM

11 that's a distinguishing characteristic.  To the

12 extent that the consumer can purchase one of two

13 or more phones at roughly the same price point,

14 it's something like the '381 that differentiates

15 between them.                                    09:49AM

16     Q.  And that requires you to assume that

17 the Samsung phones accused in this case are at

18 the same price point as Apple phones, correct?

19     A.  I'm aware that they are in most cases,

20 yes.                                             09:50AM

21     Q.  So is it your opinion that Apple and

22 Samsung phones are priced the same with respect

23 to customers?

24     A.  I think a customer who purchased an

25 infringing Samsung phone during my lost profits      09:50AM

Highly Confidential - Outside Counsels' Eyes Only

Page 70

1    period could have found a phone from Apple that

2    would have been similarly priced.

3        Q.  Do you know what proportion of Apple

4    consumers purchased their phones due to the

5    bounce-back functionality as claimed in the '381    09:50AM

6    patent?

7        A.  I'm not aware of any data that reflects

8    what proportion of Apple customers purchased

9    their phone because of the '381 patented

10   technology.                                          09:51AM

11       Q.  Do you know whether any consumers

12   purchased their Apple phones solely due to the

13   bounce-back technology?

14       A.  I'm aware that Apple believes that's

15   important technology, but I'm not aware of any      09:51AM

16   specific consumer who has been surveyed and

17   addressed that question one way or the other.

18       Q.  Does every customer who purchases Apple

19   phone or one of the 13 accused Samsung phones

20   know about the existence of the bounce-back         09:51AM

21   feature?

22       A.  I doubt if most of those customers know

23   anything about the '381 patent.  I would expect

24   that because of the intuitive nature of that

25   technology, they have used that feature, whether    09:52AM

Highly Confidential - Outside Counsels' Eyes Only

Page 71

1    they know about it consciously or not.

2        Q.   What do you mean "intuitive nature"?

3        A.   I'm aware that the '381 bounce-back

4    feature is something that can be used without

5    consciously knowing about --                       09:52AM

6        Q.   How do you know --

7        A.   -- some process or mechanical means of

8    doing so.

9        Q.   How do you know that?

10       A.   I think that's true even by watching     09:52AM

11   the ads for the Apple iPhones as an example.

12       Q.   Do you believe the ads that Apple has

13   for its phones specifically exhibit bounce-back

14   feature --

15       A.   I think that --                          09:53AM

16       Q.   -- as claimed by the '381 patent?

17       A.   I think there are some ads where the

18   '381 bounce-back feature is apparent.

19       Q.   Does the ad actually advise the

20   customer about bounce-back feature?               09:53AM

21       A.   No.   It just shows the use of the

22   phone -- or at least the ones I'm thinking of

23   show the use of the phone where the bounce-back

24   is apparent.

25       Q.   When you say it's apparent, what do you  09:53AM

Highly Confidential - Outside Counsels' Eyes Only

Page 72

1    mean by that?

2        A.   The individual who is holding the phone

3    and scrolling on the touch screen goes beyond

4    the edge sufficiently enough to give rise to the

5    bounce back during the course of the ad.          09:53AM

6        Q.   And so for the purpose of your

7    analysis, you're assuming that anytime a

8    document -- a document goes to the edge, that is

9    sufficient to satisfy the '381 patented

10   technology?                                       09:53AM

11       A.   Once again, I don't have a technical

12   background.  So I couldn't tell you exactly

13   what's sufficient to evidence the '381 patented

14   technology.  However, because I think of the

15   '381 technology as the bounce-back aspect of the  09:54AM

16   phone, once you've gone beyond the edge of a

17   document or a photo or a list of e-mails and it

18   bounces back or exhibits, the rubber band

19   effect, I think of that as the '381 technology.

20       Q.   So you assume, for the purposes of your  09:54AM

21   report, that anytime you have the rubber banding

22   visual effect, that satisfies the patented

23   feature of the '381 patent?

24       A.   I don't know if that's true anytime,

25   but I believe it is in many cases.  I think      09:54AM

Highly Confidential - Outside Counsels' Eyes Only

Page 73

1    you're asking a technical question I may not be

2    qualified to answer.

3       Q.   So, for example, for your purposes, it

4    would not matter whether the purpose or intent

5    of the algorithm was to cause the effect or          09:54AM

6    something else, correct?

7       A.   I have no idea how to answer your

8    question.

9       Q.   You don't have an opinion on that?

10      A.   I do not have a technical opinion, nor        09:55AM

11   do I have the technical expertise.

12      Q.   Okay.  What about Samsung ads?  You

13   talked about Apple ads.

14          Do Samsung ads exhibit or showcase the

15   bounce-back feature?                                  09:55AM

16      A.   They may do so.  I'm not recalling any

17   as I sit here right now.

18      Q.   Okay.  Have you seen any Samsung ads

19   that have the bounce-back feature exhibited?

20      A.   I can't remember.                             09:55AM

21      Q.   So you can't think of any sitting here?

22      A.   None come to mind as I sit here right

23   now.

24      Q.   How many consumers do you believe knew

25   about the bounce-back feature before buying the       09:55AM

Highly Confidential - Outside Counsels' Eyes Only

Page 74

1  phone?

2      A.  Well, once again, I think the

3  bounce-back feature is something that's not

4  necessarily a conscious aspect of the phone.

5  It's something that because it is intuitive and      09:56AM

6  is part of the ease of use of navigating the

7  phone, it is something that the consumers just

8  know.

9      Q.  You're just speculating, right?

10     A.  No, I don't think so at all.  I think      09:56AM

11  that's apparent from the testimony of the Apple

12  personnel who address the bounce-back feature,

13  and I think that's apparent even from the

14  reviews of the feature in the Samsung documents

15  that talk about how that particular feature is      09:56AM

16  fun and whimsical and Samsung wanted to

17  incorporate it in its own phones.

18     Q.  Do you know of any consumers who knew,

19  prior to purchasing the phone, about the '381

20  patented bounce-back feature?                        09:56AM

21     A.  I'm a little confused.  What's

22  different about that question than the one we

23  just talked about?

24     Q.  Because you didn't answer it.

25         Do you know whether any people know      09:57AM

Highly Confidential - Outside Counsels' Eyes Only

Page 75

1    about the bounce-back feature prior to

2    purchasing the phones?  And that's a "yes or no,

3    I don't know."

4         MS. KREVANS:  You should feel free to

5    answer in whatever way you feel to be accurate    09:57AM

6    and truthful, Miss Davis.

7         THE WITNESS:  I think that for some

8    consumers, they know about it because they're

9    familiar with how to use it, but they may not

10   think of it consciously.  They have not been    09:57AM

11   instructed on its use because such instructions

12   are not necessary.  That's the way I would have

13   to answer that question.

14   BY MS. MAROULIS:

15   Q.  You are assuming that the individuals    09:57AM

16   know about the bounce-back feature before they

17   purchase the phone.

18        You don't have any actual evidence of

19   that, right?

20   A.  I think some customers know about it    09:57AM

21   because they've seen it in ads or they've seen

22   it on other phones used by their friends or

23   family members.  They would not isolate the

24   bounce-back feature as something separate that

25   they know about because it's just part of    09:58AM

Highly Confidential - Outside Counsels' Eyes Only

Page 76

1    navigating the system.  It's part of the ease of

2    use.

3         Q.  How many individuals do you believe

4    know about the bounce-back feature before they

5    purchase the phone?                              09:58AM

6         A.  I don't have an answer for that.

7         Q.  You can't name a single person who

8    purchased the phone knowing that it had a

9    bounce-back feature ahead of time, right?

10        A.  I certainly purchased a phone knowing    09:58AM

11   it had a bounce-back feature ahead of time.

12        Q.  And was that a significant driver in

13   your purchasing decision?

14        A.   It certainly had to do with the

15   navigation features that made it a much more     09:58AM

16   attractive phone for me than the BlackBerry I

17   also had.

18        Q.  Did you buy your phone because of a

19   bounce-back feature?

20        A.  I had -- did not purchase the iPhone 5   09:59AM

21   specifically because of the bounce-back feature.

22        Q.  How many individuals that you can

23   quantify purchased their phones with the

24   knowledge of the bounce-back feature?  Do you

25   have that number?                                09:59AM

Highly Confidential - Outside Counsels' Eyes Only

Page 77

1      A.  I don't know that number.  I don't

2   think anybody knows that number.

3      Q.  Aside from anybody, do you personally

4   know that number?

5      A.  I do not know that number.            09:59AM

6      Q.  Okay.  Did you ask anyone to conduct a

7   survey to determine whether any of the consumers

8   who purchased the phones knew about the

9   bounce-back feature before they bought the

10  phones?                                       09:59AM

11     A.  I was familiar with Dr. Hauser's

12  survey.  I did not ask someone to perform a

13  different survey, since I understood that to be

14  contrary to the judge's rules for the new trial.

15        MS. MAROULIS:  I think we've been going  10:00AM

16  for over an hour.  So we can take a quick break.

17        THE VIDEOGRAPHER:  Going off the record

18  the time is now 10:00 a.m.

19              (Recess taken from 10:00 a.m.

20               to 10:14 a.m.)                    10:14AM

21        THE VIDEOGRAPHER:  Going on the record.

22  This marks the beginning of Videotape No. 2.

23  The time is now 10:14 a.m.

24  BY MS. MAROULIS:

25     Q.  Ms. Davis, prior to the break, I've     10:14AM

Highly Confidential - Outside Counsels' Eyes Only

Page 78

1    questioned you about the comparative importance

2    of the '381 patented technology with our demand

3    drivers.

4         Do you recall that?

5    A.  I do.                                    10:14AM

6    Q.  Would your responses be similar if I

7    asked you similar questions about the demand for

8    '163 patented technology?

9    A.  It depends on your exact question, but

10   I would expect the answers to be similar since    10:14AM

11   it will all be driven by whether the features

12   we're comparing that with are differentiating

13   between choices that a consumer makes and if

14   not, then that probably doesn't drive demand.

15   Q.  In other words, if I gave you the same    10:15AM

16   list of features that I gave you with respect to

17   the '381 patent and asked you to compare them to

18   the '163 patented technology, your answers would

19   be similar?

20   A.  I think they would be.                   10:15AM

21   Q.  Okay.  And the same would be true of

22   the '915 patented technology.

23   A.  Yes, I believe so.

24   Q.  And the same would be true of the '677

25   patented design, correct?                    10:15AM

Highly Confidential - Outside Counsels' Eyes Only

Page 79

1      A.   Yes, probably so.

2      Q.   How do you personally define the '163

3   patented technology for our conversation here?

4      A.   Once again, I don't have a technical

5   background, but I think of the '163 technology      10:15AM

6   as the double-tap-to-zoom,

7   double-tap-to-recenter on a second box.

8      Q.   So if I refer to it as tap-to-zoom to

9   center today, you would understand I'm referring

10  to '163 technology?                                10:15AM

11     A.   That's a mouthful, but I would

12  understand what you're talking about.

13     Q.   And how do you personally define the

14  '915 technology?

15     A.   I think of the '915, once again having   10:16AM

16  no technical background myself, as the

17  pinch-to-zoom patent.  It's the scroll versus

18  the gesture.

19     Q.   And how do you define, for purposes of

20  today, the '677 design?                            10:16AM

21     A.   I think of the '677 design as the

22  overall face of the phone that includes the

23  black look and the frame around the touch screen

24  and that sort of thing.

25     Q.   The face -- the face of the phone has    10:16AM

Highly Confidential - Outside Counsels' Eyes Only

Page 80

1    to be black, correct?

2        A.  That's my understanding.

3        Q.  In forming your expert opinion, did you

4    ask anyone whether the they purchased any of

5    Samsung devices because of the tap-to-zoom to          10:17AM

6    center feature?

7        A.  I did not personally ask anyone that

8    question.

9        Q.  Did you commission a survey to ask

10   people whether they bought their phones in             10:17AM

11   response to tap-to-zoom to center feature?

12       A.  I did not create any new evidence like

13   that that would have been inconsistent with the

14   judge's orders in this case.

15       Q.  Okay.  And you didn't commission a             10:17AM

16   survey to determine how many people would not

17   have bought Samsung phones if they didn't have

18   the tap-to-zoom to center feature?

19       A.  That's correct.

20       Q.  And Mr. Musika also did not commission        10:17AM

21   any such surveys, right?

22       A.  Not to my knowledge.

23       Q.  Neither you nor did Mr. Musika also

24   commissioned surveys to determine how many

25   people bought Samsung accused phones because of       10:18AM

Highly Confidential - Outside Counsels' Eyes Only

Page 86

1    Q.  Same question with respect to '677

2    patented design?

3    A.  I don't know of any information that

4    would allow me to answer the number of people

5    who purchased or chose not to purchase because    10:24AM

6    of the '677 feature.

7    Q.  You didn't set out to test it

8    empirically or otherwise, correct?

9    A.  I did not perform any survey that would

10   have elicited responses from individuals on that   10:24AM

11   particular question.

12   Q.  Okay.  For your demand opinion, you

13   relied on Dr. Hauser's survey with respect to

14   '381, '163, '915 patents, correct?

15   A.  Among other things, yes, I did.          10:24AM

16   Q.  Okay.  And Dr. Hauser purported to

17   determine the price premium, if any, that

18   Samsung consumers are willing to pay for the

19   features associated with the patents at issue,

20   correct?                                      10:24AM

21   A.  That's generally my understanding of

22   his survey, yes.

23   Q.  He didn't purport to measure demand for

24   the patented features, did he?

25   A.  I think of his survey as related to     10:25AM

Highly Confidential - Outside Counsels' Eyes Only

Page 102

1    determine how many people would not have bought

2    Infuse 4G if it did not have the -- the '677

3    patented design, correct?

4        A.  Neither Mr. Musika, to my knowledge,

5    nor I performed or commissioned any such          10:45AM

6    surveys.

7        Q.  Okay.  And you also have not spoken

8    with any iPhone buyers who purchased their

9    phones based on D'677 patented design, correct?

10       A.  I have not performed any such survey     10:45AM

11   and, therefore, have not spoken to any buyers

12   for purposes of determining why they purchased

13   their phones.

14       Q.  And you have not commissioned any

15   surveys like that either, correct?                10:45AM

16       A.  I have not.

17       Q.  And you are not aware of such surveys,

18   correct?

19       A.  I'm not aware of any such surveys that

20   address that specific question.                   10:45AM

21       Q.  Dr. Hauser's survey does not focus on

22   design patents; is that right?

23       A.  To my knowledge, that is correct.

24       Q.  In your report you rely on various

25   documents that you identify in Exhibit 24-PT as   10:45AM

Highly Confidential - Outside Counsels' Eyes Only

Page 103

1      evidence of demand; is that correct?

2          A.  I do.

3          Q.  Is there anywhere else in your

4      report -- strike that.

5              Aside from the documents listed in          10:46AM

6      Exhibit 24-PT, are you relying on any other

7      documents relating to purported demand for

8      D'677?

9          A.  I believe there are also some documents

10     in Exhibit 53 that relate to the D'677 patent.      10:46AM

11     I believe there may also be some documents that

12     I cite specifically in the Demand section of my

13     report that are not included on either of those

14     lists that relate to that topic.

15         Q.  Okay.  Please turn your attention to         10:46AM

16     Exhibit 24-PT, which is part of your expert

17     report, and let me know if any of the examples

18     there refer specifically to Infuse 4G.

19         A.  (Reviewing document.)

20         Q.  None of them mention Infuse 4G; is that      10:47AM

21     correct?

22         A.  I'm not through the end of the exhibit

23     yet.  (Reviewing document.)

24              As I sit here right now, there are no

25     listings on Exhibit 24-PT that relate              10:50AM

Page 104

1   specifically and only to the Infuse 4G.

2       Q.  And there are also no documents listed

3   on that exhibit that mention the device

4   specifically having a front face for the device

5   in black, correct?                          10:50AM

6       A.  There are no documents, that I recall

7   sitting here right now, listed on Exhibit 24-PT

8   that specifically use those words.

9       Q.  So the answer's no?

10      A.  I can't recall any such documents, as I   10:50AM

11  sit here right now, that use that language on

12  Exhibit 24-PT.

13      Q.  So your answer is that none of the

14  documents on Exhibit 24-PT mention the black

15  face of the device, correct?                10:51AM

16      A.  I think that's a different question.  I

17  think you used other words in your last

18  question.  There may be some that relate to the

19  black face of the device.

20      Q.  But you don't know of any after you     10:51AM

21  reviewed the list of exhibits on 24-PT that

22  mention black face, correct?

23      A.  There are such documents.  I don't know

24  if they're on 24-PT or not, but I'm happy to go

25  back and look for them if they are.         10:51AM

Highly Confidential - Outside Counsels' Eyes Only

1          (Reviewing document.)

2      Q.   I'll represent to you that there are

3   not, but feel free to review.

4      A.   The document I'm thinking about in

5   particular that relates to the black face is one     10:52AM

6   that I believe was marked as PX 185 for the

7   trial.  I don't know if it's listed on this

8   exhibit or not.  There may be others --

9      Q.   Does it relate to black face or

10   mentions black face?                                 10:52AM

11      A.   It relates to a broader set of

12   questions than that, but it certainly mentions

13   the -- the black face.

14      Q.   Any other documents you can think of?

15      A.   That's the one that comes to mind, as I     10:52AM

16   sit here right now.

17      Q.   The examples in 24-PT schedule, do

18   they -- how many of them show demand for the

19   D'677 patent as opposed to other design patents

20   or trade dress of Apple?                             10:52AM

21      A.   I can't answer that question without

22   looking back at the documents.  I've not looked

23   at them for that specific purpose.

24      Q.   Sitting here today, you cannot identify

25   a single document on that list that relates         10:53AM

Highly Confidential - Outside Counsels' Eyes Only

Page 106

1    specifically to the demand for D'677 patent as

2    opposed to any other design patents or trade

3    dress, correct?

4        A.  Well, a number of these talk about the

5    design of the device and the overall look of the   10:53AM

6    device, because the design and the look of the

7    device are in part related to the '677, because

8    the '677 is the look of the front of the device.

9    I think there would be some overlap.

10       Q.  Did you assume for purpose of your         10:53AM

11   analysis that D'77 -- I'm sorry -- D'677 claims

12   the overall look of iPhone is that broad?

13       A.  I think of it as the picture of the

14   device that's included in the patent itself and

15   that includes, to some extent, the overall look   10:54AM

16   of the front of the device.

17       Q.  Okay.  So going back to my question, if

18   we take specifically '677 design, none of the

19   documents on that list address that expressly as

20   separate from other design patents or trade       10:54AM

21   dress of Apple, correct?

22       A.  I'd have to look back at the documents

23   themselves to answer that.

24       Q.  But sitting here right now, you don't

25   have any recollection of a document like that?    10:54AM

Highly Confidential - Outside Counsels' Eyes Only

Page 107

1    A.   There isn't one that jumps out to me,

2    as I sit here right now, that addresses that

3    point in particular.

4    Q.   Most iPhone users put a case on their

5    phones when they use it, correct?                    10:54AM

6    A.   I think a lot of iPhone users do so,

7    but that doesn't necessarily cover the front of

8    the device.

9    Q.   Have you seen data in Apple surveys

10   that suggest that 70 or more percent of iPhone      10:55AM

11   users use a case on their phones?

12   A.   I have seen such data.  I don't recall

13   the specifics, but that number does not sound

14   out of line to me.

15   Q.   You did not address that evidence in        10:55AM

16   your report, correct?

17   A.   No, I don't think the percentage of

18   customers who put a cover on the device has

19   anything to do with the demand for the design,

20   particularly since the covers don't necessarily    10:55AM

21   cover up that design.

22   Q.   So, no, you have not considered that

23   evidence as part of your report?

24   A.   Not as it relates to the demand for the

25   patented feature or the patented product.           10:55AM

Highly Confidential - Outside Counsels' Eyes Only

1    Q.   Okay.   A number of documents in the

2   24-PT mention words "beautiful" and such Apple

3   doesn't have a patent on beautiful design,

4   right?

5    A.   To my knowledge, you can't patent          10:56AM

6   beautiful design, but I think the designs that

7   Apple has patented are believed to be beautiful

8   by many.

9    Q.   You realize the patent has to claim

10   particular features or designs, correct?          10:56AM

11    A.   That's generally my understanding of

12   the law.

13    Q.   Okay.   And Apple cannot simply claim a

14   patent on beautiful or cool or any other

15   attributes.   Those are just descriptions;        10:56AM

16   they're not patented features, right?

17    A.   I think that's probably fair to say.

18    Q.   And Apple doesn't have a patent on a

19   rectangular device with round corners; is that

20   right?                                            10:56AM

21    A.   I don't know if it does or not, but I

22   don't believe that description alone is what's

23   covered by these patents.

24    Q.   Okay.   None of the documents on list

25   24-PT mention the placement of the speaker; is    10:57AM

Highly Confidential - Outside Counsels' Eyes Only

1    that correct?

2        A.  I do not recall any documents on

3    Exhibit 24-PT that relate specifically to the

4    placement of the speakers.

5        Q.  We're going to switch topics now.          10:57AM

6            In addressing the availability of lost

7    profits, at what point in time is the

8    availability of acceptable noninfringement

9    alternative relevant?

10       A.  That would be relevant during the          10:57AM

11   damages period in which I compute lost profits.

12       Q.  At what point in time, though?  When

13   does the availability start?

14       A.  For the '381 patent, that would start

15   in August of 2010.  For the '915 and the '677     10:57AM

16   patent, it would start in April of 2011, as I

17   recall, and the remaining patent, the '163, as I

18   recall, starts in June based upon the judge's

19   order.

20       Q.  Now, when does the availability of         10:58AM

21   acceptable noninfringement alternatives become

22   relevant?  It's a slightly different question

23   than damages period.

24       A.  I view them to be related, though,

25   because the acceptability -- or the availability  10:58AM

Highly Confidential - Outside Counsels' Eyes Only

Page 331

```
 1   STATE OF ILLINOIS        )
                              )   ss:
 2   COUNTY OF C O O K        )
 3              I, Deborah Habian, a Certified
     Shorthand Reporter within and for the State of
 4   Illinois, do hereby certify:
 5        That previous to the commencement of the
     examination of the witness, the witness was duly
 6   sworn to testify the whole truth concerning the
     matters herein;
 7
          That the foregoing deposition was reported
 8   stenographically by me, was thereafter
     reduced to printed transcript by me, and
 9   constitutes a true record of the testimony given
     and the proceedings had;
10
          That the said deposition was taken before
11   me at the time and place specified;
12        That the reading and signing by the witness
     of the deposition transcript was agreed upon as
13   stated herein;
14              That I am not a relative or
     employee of attorney or counsel, nor a relative
15   or employee of such attorney or counsel for any
     of the parties hereto, nor interested directly or
16   indirectly in the outcome of this action.
17              IN WITNESS WHEREOF, I do hereunto set
     my hand this 26th day of August, 2013.
18
19
20
21        _____
          DEBORAH HABIAN, CSR, RMR, CRR, CBC
22        Notary Public
          CSR No. 084-02432
23
24
25
```