Exhibit 6

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4  APPLE, INC., a California Corporation

5  vs.                              CN:11-CV-01846-LHK

6  SAMSUNG ELECTRONICS COMPANY,

7  LTD, a Korean business entity; SAMSUNG

8  ELECTRONICS AMERICA, INC., a New

9  York Corporation; SAMSUNG

10 TELECOMMUNICATIONS AMERICA, LLC,

11 a Delaware Limited Liability Company.

12 _____/

13

14

15      The videorecorded deposition of RAVIN

16 BALAKRISHNAN, PH.D., was held on Friday, April 20,

17 2012, commencing at 9:07 A.M., at the Law Offices of

18 Quinn Emanuel, 1299 Pennsylvania Avenue, N.W., Suite

19 825, Washington, D.C., before Ronda J. Thomas, a

20 Notary Public.

21

22

23 REPORTED BY:

24 Ronda J. Thomas, RPR, CLR

25 JOB NO. 48807

```
1    Morrison and Foerster on behalf of the plaintiff,           09:08
2    Apple.                                                      09:08
3               MR. AHN:  Matthew Ahn of Morrison and            09:08
4    Forester on behalf of Apple.                                09:08
5               MR. BUSEY:  And, also, I'm representing the      09:08
6    witness.                                                    09:08
7               THE VIDEOGRAPHER:  Will the court reporter       09:08
8    please swear the witness.                                   09:08
9    Whereupon,                                                  09:08
10                RAVIN BALAKRISHNAN, PH.D.,                     09:08
11   called as a witness, having been first duly sworn to tell   09:08
12   the truth, the whole truth, and nothing but the truth, was  09:08
13   examined and testified as follows:                          09:08
14              EXAMINATION BY MR. JOHNSON:                      09:08
15       Q    Good morning, Dr. Balakrishnan.                    09:08
16       A    Good morning.                                      09:09
17       Q    How many times have you been deposed now?          09:09
18       A    I don't have a precise count.  I would say         09:09
19   somewhere between half a dozen and ten.                     09:09
20                   (Brief pause.)                              09:09
21       Q    Sorry about that.                                  09:09
22            Is the bulk of your consulting work now for        09:09
23   Apple?                                                      09:09
24            MR. BUSEY:  Objection just to form.                09:09
25       A    The current litigation consulting I'm doing        09:09
```

Page 219

1      THE VIDEOGRAPHER: This is the end of tape       04:57
2  5. We're off the record at 16:57.                   04:57
3      (Off the record.)                               05:07
4      THE VIDEOGRAPHER: This is the beginning of      05:09
5  tape 6. We're back on the record at 17:09.          05:09
6  BY MR. JOHNSON:                                     05:09
7      Q   Dr. Balakrishnan, so at the end of your     05:09
8  report in section F you refer to secondary          05:09
9  consideration of nonobviousness?                    05:09
10     A   Yes, sir.                                   05:09
11     Q   And you refer to several different articles 05:09
12 that talk about the iPhone, right? And I'm, my      05:09
13 question is: None of these documents refer          05:09
14 specifically to the features that are described in  05:09
15 the '381 patent as being the reason for the popularity 05:09
16 of the device, do they?                             05:10
17     MR. BUSEY: Objection to form.                   05:10
18     A   You're talking about these documents at the 05:10
19 bottom of 141 and 142 of my report?                 05:10
20     Q   Right.                                      05:10
21     A   These documents in general talk in general  05:10
22 about the overall user interface experience of the  05:10
23 iPhone and the iPod, iPad and iPod Touch. And the '381 05:10
24 patent is one part of that.                         05:10
25     Q   Yeah but they don't specifically talk about 05:10

Page 220

| | | |
|---|---|---|
| 1 | the rubber banding or snap back function that's | 05:10 |
| 2 | disclosed in the '381 patent as being one of the | 05:10 |
| 3 | reasons why the iPhone is popular, do they? | 05:10 |
| 4 | A    I'm not sure the specific mention of that | 05:11 |
| 5 | rubber banding.  But it's certainly part of the overall | 05:11 |
| 6 | experience. | 05:11 |
| 7 | Q    Again, though, so let me ask you a little | 05:11 |
| 8 | bit different.  Do you have any evidence that the | 05:11 |
| 9 | commercial success of the iPhone is attributed to the | 05:11 |
| 10 | inventions that are disclosed in the '381 patent? | 05:11 |
| 11 | MR. BUSEY:  Objection to form.  Go ahead. | 05:11 |
| 12 | A    Yes.  The articles I cite here talk about | 05:11 |
| 13 | the user interface, the overall user interface | 05:11 |
| 14 | experience and you cannot divorce the rubber banding or | 05:11 |
| 15 | snap back action as part of that user interface. | 05:11 |
| 16 | Q    They don't discuss the snap back feature, | 05:11 |
| 17 | do they? | 05:11 |
| 18 | A    They talk about the general user interface | 05:11 |
| 19 | and I'm saying you cannot take one feature out and say | 05:11 |
| 20 | that's not, now the general user interface is the same. | 05:11 |
| 21 | That is part, the integral part of the user interface | 05:12 |
| 22 | of the iPhone. | 05:12 |
| 23 | Q    Do any of those articles, any of the | 05:12 |
| 24 | documents you've looked at describe the features in | 05:12 |
| 25 | the '381 patent as the reasons for the commercial | 05:12 |

Page 221

| | | |
|---|---|---|
| 1 | success? | 05:12 |
| 2 | MR. BUSEY: Objection to the form. | 05:12 |
| 3 | A    Well one, I'm reading this more carefully. | 05:12 |
| 4 | One of the citations is to a YouTube video and the | 05:12 |
| 5 | audience reaction which I cite here on page 41, states, | 05:12 |
| 6 | isn't that cool. This is when the iPhone is being | 05:13 |
| 7 | introduced and many new "i" features are being shown. | 05:13 |
| 8 | There's a statement that says, isn't that | 05:13 |
| 9 | cool, do a little rubber banding up when I went off the | 05:13 |
| 10 | edge. | 05:13 |
| 11 | And that's the reaction to the | 05:13 |
| 12 | demonstration of that functionality. | 05:13 |
| 13 | So at least in that one instance that | 05:13 |
| 14 | particular functionality is being shown and the | 05:13 |
| 15 | audience clearly reacted to it. | 05:13 |
| 16 | Q    You watched that video from beginning to | 05:13 |
| 17 | end? | 05:13 |
| 18 | A    I have watched it. | 05:13 |
| 19 | Q    Okay. And who made that statement? | 05:13 |
| 20 | A    That was I believe Steve Jobs who was | 05:13 |
| 21 | showing the feature and then there was an audience | 05:13 |
| 22 | reaction to that. | 05:13 |
| 23 | Q    What was the audience reaction? | 05:13 |
| 24 | A    It was real classic, strike the classic. | 05:13 |
| 25 | It was the reaction of wow or, you know, | 05:13 |

| | | |
|---|---|---|
| 1 | gasp, of that nature.  I can't remember the exact. | 05:13 |
| 2 | Q    In relation to the rubber banding effect? | 05:13 |
| 3 | A    I believe so. | 05:13 |
| 4 | Q    You're sure about that? | 05:13 |
| 5 | A    I said I believe so. | 05:13 |
| 6 | Q    I'm asking if you're sure about it? | 05:13 |
| 7 | A    I'd have to look at the video again to be | 05:14 |
| 8 | 100 percent sure.  And if I looked at all these other | 05:14 |
| 9 | documents right now, again, I might be able to point to | 05:14 |
| 10 | references to the feature. | 05:14 |
| 11 | Q    But sitting here right now you don't | 05:14 |
| 12 | remember any particular documents referring you to the | 05:14 |
| 13 | snap back functions in the '381 patent as being the | 05:14 |
| 14 | reason for the commercial success of the ' '381 -- of | 05:14 |
| 15 | the '381 patent and iPhone? | 05:14 |
| 16 | MR. BUSEY:  Objection.  Mischaracterizes | 05:14 |
| 17 | the witness' testimony.  Go ahead. | 05:14 |
| 18 | A    Off the top of my head beyond the reference | 05:14 |
| 19 | to the video which I just cited, the other references, | 05:14 |
| 20 | off the top of my head, they certainly talk about the | 05:14 |
| 21 | overall user interface experience and as I said the | 05:14 |
| 22 | ' '381 is an integral, the rubber banding shown in | 05:14 |
| 23 | ' '381 is an integral part of that. | 05:14 |
| 24 | I do not recall off the top of my head | 05:14 |
| 25 | whether there is a specific mention of rubber banding | 05:14 |

1   DISTRICT OF COLUMBIA, to wit:
2        I, RONDA J. THOMAS, a Notary Public of the
3   District of Columbia, do hereby certify that the
4   within-named witness personally appeared before me
5   at the time and place herein set out, and after
6   having been duly sworn by me, according to law, was
7   examined by counsel.
8        I further certify that the examination was
9   recorded stenographically by me and this transcript
10  is a true record of the proceedings.
11       I further certify that I am not of counsel to
12  any of the parties, nor in any way interested in the
13  outcome of this action.
14       As witness my hand and notarial seal this
15  21st day of April, 2012.
16
                                  _____
                                  RONDA J. THOMAS
17                                Notary Public
18
19
20
21
22
23
24  My Commission Expires:
25  August 31, 2013