Exhibit 10

CONFIDENTIAL BUSINESS INFORMATION

 1          UNITED STATES INTERNATIONAL TRADE COMMISSION

 2                      WASHINGTON, D.C.

 3   In the Matter of               )

 4                                  )

 5   CERTAIN ELECTRONIC DEVICES,    ) NO. 337-TA-794

 6   INCLUDING WIRELESS             )

 7   COMMUNICATION DEVICES,         )

 8   PORTABLE MUSIC AND DATA        )

 9   PROCESSING DEVICES AND         )

10   TABLET COMPUTERS               )

11   ----------------------------

12

13

14                      ***

15          CONFIDENTIAL BUSINESS INFORMATION

16                      ***

17

18       VIDEOTAPED DEPOSITION OF GREG JOSWIAK

19              PALO ALTO, CALIFORNIA

20          THURSDAY, FEBRUARY 23, 2012

21

22

23   Reported By:

24   Yvonne Fennelly, CCRR, CSR No. 5495

25   JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 8

1          My name is Frank Clare.  I am the

2    legal video specialist from TSG Reporting,

3    Incorporated, headquartered at 747 Third Avenue,

4    New York, New York.

5          The court reporter is Yvonne Fennelly          09:40AM

6    in association with TSG Reporting.

7          Will counsel please introduce

8    yourselves.

9          MS. MAROULIS:  Victoria Maroulis with

10   Quinn Emanuel, counsel for Samsung.                   09:40AM

11         MR. JACOBS:  Michael Jacobs, Morrison

12   Foerster for Apple.

13         MR. SELWYN:  Mark Selwyn from Wilmer

14   Hale on behalf of Apple.

15         MS. WHEELER:  Cyndi Wheeler from           09:40AM

16   Apple.

17         MS. KRIPKE:  Julia Kripke, Morrison

18   Foerster on behalf of Apple.

19         THE VIDEOGRAPHER:  Thank you.

20         The court reporter will now swear in       09:40AM

21   the witness.

22               GREG JOSWIAK,

23      having been first duly sworn was

24      examined and testified as follows:

25               EXAMINATION                          09:40AM

CONFIDENTIAL BUSINESS INFORMATION

Page 34

1    Samsung.

2    BY MS. MAROULIS:

3         Q.    Mr. Joswiak, go ahead and answer,

4    please.

5         A.    Again, as counsel has just stated,          10:12AM

6    I'm not the legal person for dealing with

7    licensees in a business development sense as

8    much as, again, if you are referring to people

9    who are licensees of our software, users of our

10   products, then that would be capable of doing      10:12AM

11   that.

12        Q.    In your preparation for this

13   deposition, you assume that licensees and

14   potential licensees are users; correct?

15        A.    Within my scope, that's correct.          10:12AM

16        Q.    Please turn to Exhibit 3 before you.

17   It is Samsung's Amended First 30(b)(6)

18   Deposition Notice to Apple on damages topics.

19             Have you seen this document before?

20             The topics are on page 10.                  10:13AM

21        A.    I believe I have.

22        Q.    Is it your understanding, sir, that

23   you've been designated to testify as Apple's

24   corporate designee on Topics 1 through 3, 5, 10,

25   and 13?                                               10:14AM

CONFIDENTIAL BUSINESS INFORMATION

Page 35

1          A.     One through three, again, in regards

2     to iPod and iPhone; five, same scope, iPhone and

3     iPod Touch.

4               And what was the last one?  I

5     apologize.                                          10:14AM

6          Q.     10 and 13.

7          A.     10 and 13.

8               As it relates to the smartphone

9     market and -- you know, again, as it relates to

10     iPhone and iPod Touch, and they're competitive     10:15AM

11     in the markets that they're in.

12          Q.     Did you speak with anyone at Apple to

13     prepare yourself on these topics?

14          A.     I did not.

15          Q.     Do you recall reviewing any specific   10:15AM

16     documents during your Tuesday meeting to prepare

17     yourself for these topics?

18          A.     We looked at a number of documents.

19     I don't recall the specific documents.

20          Q.     Did you look at any business plans?    10:15AM

21               MR. JACOBS:  Objection to form.

22               THE WITNESS:  I don't recall if there

23     was a business plan in the stack or not.

24     BY MS. MAROULIS:

25          Q.     Did you review any forecasts in        10:15AM

CONFIDENTIAL BUSINESS INFORMATION

Page 36

1    preparation for this deposition?

2         A.    I don't believe that there were any

3    forward-looking forecasts in that preparation,

4    if that's what you're asking.

5         Q.    You testified earlier that you          10:16AM

6    reviewed some competition analysis.  Were those

7    documents done internally by Apple or

8    externally?

9         A.    The ones I recall seeing were done

10   internally by Apple.  I don't recall if there     10:16AM

11   was a third-party one in there as well.

12        Q.    Do you see the Topic 2 says, Industry

13   market and competition analysis performed by

14   Apple or on Apple's behalf?

15              What did you do to prepare yourself     10:16AM

16   to testify about studies done by somebody else

17   on Apple's behalf?

18        A.    We lead the customer research that we

19   do.  Anybody who's, quote-unquote, doing it on

20   our behalf, is really just contracted to field    10:17AM

21   the study, generally speaking.  Internally,

22   they're seen as Apple research.

23        Q.    So when answering my questions today,

24   later today, about consumer research, you will

25   be including those external research as Apple's   10:17AM

CONFIDENTIAL BUSINESS INFORMATION

Page 37

1    research?

2        A.    Correct.  We would see that as Apple

3    research.

4            And maybe to give you some color,

5    like, we don't contract an IDC, for example, to        10:17AM

6    go do a specific Apple research.  We might just

7    use somebody who is going to make the phone

8    calls or conduct the Web.

9        Q.    Does Apple ever contract research

10    entirely where someone else is overseeing the        10:17AM

11    research and setting goals?

12            MR. JACOBS:  Objection to form.

13            And this is, obviously, outside of

14    litigation; correct?

15            MS. MAROULIS:  Yes.  Outside of        10:18AM

16    litigation or any surveys or whatnot performed

17    for the case.

18            THE WITNESS:  We would, to my

19    knowledge, always set the goals for our primary

20    research.  We might buy somebody else's        10:18AM

21    secondary research, but we lead our own primary

22    research.

23    BY MS. MAROULIS:

24        Q.    In preparation for this deposition,

25    did you review any such secondary research?        10:18AM

CONFIDENTIAL BUSINESS INFORMATION

Page 38

1        A.    I believe I did.

2        Q.    Do you remember what, exactly?

3        A.    At the very least, I believe that

4    there were both IDC and Gartner market research

5    reports.                                    10:18AM

6        Q.    Does Apple have regular subscription

7    to IDC and Gartner?

8        A.    We do.

9        Q.    What documents, if any, did you

10   review in preparation for your testimony on    10:19AM

11   Topic 13, which is all injuries, including the

12   scope of such injuries, Apple believes it has

13   suffered and will suffer as a result of

14   Samsung's accused actions?

15       A.    I don't believe that there were any    10:19AM

16   documents related specifically to that.

17       Q.    Please turn to Exhibit 4 before you,

18   which is Samsung's Amended First 30(b)(6) Notice

19   to Apple on design and trade dress topics.

20            Have you seen this document before?    10:19AM

21       A.    Yes, I believe I have.

22       Q.    Do you understand that you've been

23   designated to testify on Topics 6 through 10 of

24   this deposition notice?

25            MR. JACOBS:  And, again, subject to    10:20AM

CONFIDENTIAL BUSINESS INFORMATION

Page 39

1    the products limitation that we've discussed

2    previously, that this witness will be testifying

3    on these topics from his vantage point as head

4    of marketing for the specified products.

5            THE WITNESS:  As counsel has stated,        10:21AM

6    yes, as it relates to the products within my

7    scope, specific to this testimony, iPod Touch

8    and iPhone.

9    BY MS. MAROULIS:

10       Q.    What did you do to prepare yourself        10:21AM

11   to testify on Topic 6, which is the strength

12   fame distinctiveness and secondary meaning of

13   Apple's asserted trademark and trade dress

14   rights?

15       A.    I don't recall any specific document.      10:21AM

16       Q.    Did you review any documents to

17   prepare for this topic?

18       A.    I don't recall.

19       Q.    Let's look at Topic 7, which is

20   Apple's advertising and marketing for iPhone,        10:21AM

21   iPad, and iPod Touch versions, including

22   strategy, budget, channels, content, media,

23   return on investment analysis, analysis studies

24   data, and commentary relating to the

25   effectiveness of consumer relations to that         10:21AM

CONFIDENTIAL BUSINESS INFORMATION

Page 40

1    advertising and marketing.

2         MR. JACOBS:  And I believe you know,

3    Ms. Maroulis, we've designated additional

4    persons to talk especially about the

5    quantitative aspects of these topics.          10:22AM

6         And Mr. Joswiak will be testifying --

7    my word, not yours, see if you agree with

8    this -- qualitatively about these matters.

9         THE WITNESS:  And as such, I've

10   reviewed various advertising materials.        10:22AM

11   BY MS. MAROULIS:

12        Q.    Did you review any budgets?

13        A.    I may have, but I don't believe so.

14   I don't recall it.

15        Q.    Now, Counsel just made a comment     10:22AM

16   about quantitative versus qualitative.  What

17   portions of the topic are you prepared to

18   testify about today?

19        A.    Again, my expertise to my scope would

20   generally be on the qualitative side of this    10:22AM

21   equation.

22        Q.    What does that mean?

23        A.    The marketing messages, the

24   advertised -- you know, the marketing itself,

25   not necessarily the return on investment, not   10:23AM

CONFIDENTIAL BUSINESS INFORMATION

Page 41

1    necessarily the cost of the advertisement or,

2    you know, the financial side of the marketing.

3        Q.    Is it correct, then, that you're not

4    prepared today to testify about return on

5    investment or budget aspects of the Topic 7?        10:23AM

6        A.    I believe we designated other

7    individuals for that.

8        Q.    What have you done to prepare for

9    this topic?

10       A.    To restate, so I've looked at various     10:23AM

11   advertisements in preparation.  I believe some

12   of our internal studies, both primary research

13   as well as potentially some of the secondary

14   research that may have been related to this.

15       Q.    Did you speak with anyone from           10:23AM

16   Apple's advertising group?

17       A.    I did not.

18       Q.    Did you speak with anyone of Apple's

19   outside advertising providers?

20       A.    I did not.                                10:24AM

21       Q.    Please turn to Topic 8, which is all

22   facts supporting Apple's belief that confusion

23   has occurred or is likely to occur between any

24   Apple products and any Samsung products at

25   issue.                                             10:24AM

CONFIDENTIAL BUSINESS INFORMATION

Page 42

1    What have you done to prepare

2  yourself to testify on this topic today?

3    A.    Again, relying largely on the role

4  that I have within Apple, being the person who

5  is responsible for the product marketing of          10:24AM

6  iPod, iPhone, and iOS.

7    Q.    Did you review any documents to

8  prepare for this topic?

9    A.    Nothing specifically coming to mind.

10 I don't recall if there were things that touched     10:24AM

11 this topic.

12   Q.    What things touched this topic?

13   A.    I said I'm not recalling any specific

14 things that touched this topic.

15   Q.    Did you speak with any Apple store       10:24AM

16 personnel?

17   A.    I did not.

18   Q.    Did you speak with any Apple sales

19 reps?

20   A.    I did -- not in preparation for this.   10:25AM

21 Part of my role would be, of course, having

22 conversations with those individuals just for

23 the sake of what my job is, but not in

24 preparation for this testimony.

25   Q.    In preparation for this deposition,     10:25AM

CONFIDENTIAL BUSINESS INFORMATION

Page 43

1     have you spoken with any individuals handling

2     consumer calls through telephone lines?

3          A.    I did not.

4          MR. JACOBS:  And especially on these

5     topics, Counsel, obviously, this witness will          10:25AM

6     not have access to any outside counsel.  Only

7     documents that have been produced to Apple's

8     counsel in the litigation that might bear on

9     these topics, and also will not be testifying on

10    work that's been done by the litigation team in        10:25AM

11    preparation for this matter.  So he'll be

12    talking about information that he has, that

13    Apple has in the ordinary course of its business

14    on these topics.

15         MS. MAROULIS:  That was unnecessary              10:25AM

16    because that is assumed that he will not have

17    access to protective order documents.

18         MR. JACOBS:  Good.

19    BY MS. MAROULIS:

20         Q.    Now, Mr. Joswiak, besides your             10:26AM

21    general expertise in this issue and having

22    reviewed some documents that you cannot recall,

23    did you do anything else to prepare for Topic 8?

24         A.    I don't believe so, no.

25         Q.    Topic 9 is all facts supporting           10:26AM

CONFIDENTIAL BUSINESS INFORMATION

Page 44

1    Apple's belief that dilution of Apple's trade

2    dress has occurred or is likely to occur as a

3    result of any action by Samsung.

4            What did you do to prepare for this

5    topic?                                    10:26AM

6        A.    Again, largely relying on the scope

7    of my job as the person who leads the product

8    marketing for iPod, iPhone, and iOS.

9        Q.    Did you review any documents in

10   preparation for this particular topic?     10:26AM

11       A.    I don't believe any documents that

12   directly spoke to that topic.

13       Q.    In preparation for testifying on this

14   topic, what did you understand "dilution" to

15   mean?                                     10:27AM

16       A.    A loss of distinctiveness.

17       Q.    Did you review any studies that

18   suggested to you loss of distinctiveness in

19   preparation of this deposition?

20       A.    Not that I recall.              10:27AM

21       Q.    On Topic 8 is all market and consumer

22   testing surveys or research Apple has conducted,

23   commissioned, or otherwise received concerning

24   phones, tablets, and media players.

25            What did you do to prepare to testify  10:27AM

CONFIDENTIAL BUSINESS INFORMATION

Page 45

1    on this topic?

2              MR. JACOBS:  I believe you mean Topic

3    10.

4              MS. MAROULIS:  Topic 10.

5              THE WITNESS:  Yeah, sure.                10:27AM

6              Can you repeat it because I went to

7    your other number and didn't realize.

8    BY MS. MAROULIS:

9        Q.    Topic 10 is all market and consumer

10   testing and research.  What did you do to        10:27AM

11   prepare to testify on that topic?

12       A.    I looked at various surveys, research

13   that we had done, as well as -- and a

14   collection, an exhaustive list of research that

15   has been done in this area by Apple.             10:28AM

16             MR. JACOBS:  And we've prepared that

17   for you.  When we get to that topic, we can give

18   you that list.

19             MS. MAROULIS:  Actually, if you give

20   me that list before, we might have some of these  10:28AM

21   documents here, so if you have it somewhere,

22   please hand it off to Ms. Unger.

23             Thank you.

24   BY MS. MAROULIS:

25       Q.    All right.                              10:28AM

CONFIDENTIAL BUSINESS INFORMATION

Page 46

1           Mr. Joswiak, we've gone over four

2    different corporate designee topics and talked

3    about your preparation, your meeting.

4           Is there anything else you've done to

5    prepare for today's deposition that we have not          10:28AM

6    yet discussed, which is your meeting on Tuesday

7    with counsel and review of documents?

8        A.   We had one preparation meeting a long

9    time ago before the first time this deposition

10   was rescheduled.  I don't recall the date.  We          10:29AM

11   kept combining these because of the three cases,

12   so I had one false start.

13       Q.   Do you remember when that was?

14       A.   I'm going to go out on a limb and say

15   December sometime, but I don't recall a specific         10:29AM

16   date.

17       Q.   During that time frame in December,

18   other than meeting with counsel, did you speak

19   with anyone at Apple to prepare for any of the

20   topics that were then contemplated?                      10:29AM

21       A.   I did not.

22       Q.   You can set those exhibits aside.

23           MR. JACOBS:  I'm happy to give you

24   our index.  So I'm handing counsel a document

25   we've prepared for purposes of this witness's            10:29AM

CONFIDENTIAL BUSINESS INFORMATION

Page 47

1   30(b)(6) deposition.

2            It's a catalog of studies that covers

3   this topic or addresses Topic 10 of Samsung's

4   first deposition notice.  It also has a list of

5   iPad studies in it, so we put it all in one                10:30AM

6   document, and this witness is prepared to talk

7   about the iPhone and the iPod Touch primary

8   research that Apple conducts.

9            MS. MAROULIS:  Let's mark this,

10  actually, as an exhibit.                                    10:30AM

11           (Document marked Exhibit 5

12           for identification.)

13  BY MS. MAROULIS:

14      Q.   Mr. Joswiak, I'm handing you what's

15  been marked as Exhibit 5, and I understand from            10:30AM

16  counsel that this is the index of primary

17  research studies that was gathered from market

18  research and analysis server at Apple, and it

19  lists various studies; is that correct?

20      A.   I don't know where it was collected,            10:31AM

21  but this does look like a very exhaustive list

22  of the market research that is done by our

23  market researchers' organization as it relates

24  to iPod, iPhone, and iPad.

25      Q.   Did you participate in selecting             10:31AM

CONFIDENTIAL BUSINESS INFORMATION

Page 56

1   do you consider yourself well versed in

2   technical matters?

3            MR. JACOBS:  Objection to form,

4   vague.

5            THE WITNESS:  Yes, two pieces to        10:55AM

6   that.  So technical communications was something

7   I was responsible for, things like tech notes or

8   programming magazine that my organization put

9   out.

10            I have a high-level understanding of      10:55AM

11   technical topics, given my education and my job,

12   but I'm certainly not an engineer.

13   BY MS. MAROULIS:

14       Q.    Have you written any portions of any

15   software at Apple as part of your job?            10:55AM

16       A.    Thank goodness, no.

17       Q.    Do you read code?

18       A.    I do not.

19       Q.    When did you start working on iPod?

20            MR. JACOBS:  Objection to form.          10:56AM

21            So actually, maybe we should -- are

22   you just asking his personal background now and

23   when he personally started getting involved in

24   the iPod project?

25            MS. MAROULIS:  Yeah, I'm asking his      10:56AM

CONFIDENTIAL BUSINESS INFORMATION

Page 57

1    personal background.

2              I know you're 30(b)(6), but when I

3    mean you and your responsibilities, I mean

4    Mr. Joswiak, at the moment.

5              THE WITNESS:  We officially kicked          10:56AM

6    off what became the iPod, of course it wasn't

7    initially -- it was just a project.  We hadn't

8    named it yet, but would become the iPod, in I

9    believe it was February of 2001.

10   BY MS. MAROULIS:                                       10:56AM

11       Q.    And you've been involved with this

12   product from the very beginning?

13       A.    I have.

14       Q.    Did you participate in all stages of

15   the planning of the product or only got involved     10:56AM

16   once it was developed?

17       A.    I was involved in lots of phases of

18   the product.  I can't say all.  There may have

19   been discussions that happened without me, but I

20   think in the spirit of what you're saying, I was     10:57AM

21   involved in principally from the beginning with

22   the iPod.

23       Q.    You were involved in conceiving the

24   product, not just when it was ready, executed,

25   and ready to launch?                                  10:57AM

CONFIDENTIAL BUSINESS INFORMATION

Page 73

1      Q.    Does Mr. Jeff Williams report to

2  Mr. Cook?

3      A.    Oh, thank you.

4            Yeah, Jeff Williams, who leads our

5  operations.                                    11:18AM

6      Q.    And what is Mr. Williams'

7  responsibilities?

8      A.    He would lead all the operational

9  aspects of the organization, which include

10 manufacturing, procurement, things of that sort.    11:18AM

11     Q.    You mentioned Mr. Eddie Cue.  What

12 are his specific responsibilities?

13     A.    He's responsible for iTunes, iTunes

14 Store, the App Store, iCloud, application

15 engineering, the various engineering            11:19AM

16 organizations related to those topics that I

17 just stated.

18     Q.    Going back to your own

19 responsibilities now that you've, hopefully,

20 outlined the organizational structure.          11:19AM

21           How would you describe your current

22 job responsibilities day-to-day?

23     A.    As I described with the general

24 product marketing role, my role would be largely

25 working with our executive team and our          11:19AM

CONFIDENTIAL BUSINESS INFORMATION

Page 74

1    engineers on the definition of our future

2    products, working with the engineering teams to

3    bring a marketing perspective into the

4    development and decision-making that happens

5    during the course of development of those                11:20AM

6    products, helping form the marketing store and

7    key messages in leading that effort for our

8    iPhone and iPod and iOS, and then going out and

9    being a public spokesperson for each of those

10   product areas, and, of course, bringing in that         11:20AM

11   perspective of understanding why we did what we

12   did.

13           Also, serving on the team, of course,

14   of product people, occasionally bring a

15   perspective to other products when asked.                11:21AM

16       Q.    What does that entail, serving on a

17   team of products?

18       A.    Again, we're a very cohesive

19   organization, I'd say, at Apple, and oftentimes,

20   we like to bounce ideas, share things across            11:21AM

21   different product groups to try to make sure we

22   fully thought something through.

23       Q.    Did you participate on the product

24   teams for any of the released versions of iPhone

25   that are at issue in this case?                           11:21AM

CONFIDENTIAL BUSINESS INFORMATION

Page 75

1        A.    Again, I've been part of the iPhone

2   since before it was called the iPhone, so

3   certainly, I had some involvement.

4        Q.    Any others?

5            MR. JACOBS:  Any other what?              11:21AM

6   BY MS. MAROULIS:

7        Q.    Strike that.

8            You say you were involved with the

9   original iPhone.  Were you involved in the

10  subsequent iPhone releases?                       11:22AM

11       A.    Yes.  Every iPhone.

12       Q.    You mentioned that part of your

13  responsibility was working with the executive

14  team to define the future products.

15            Looking back to when the current       11:22AM

16  products were not yet released, what, in

17  particular, was your role with respect to those

18  products?

19            MR. JACOBS:  Objection; vague.

20            THE WITNESS:  Yeah, again, it's my      11:22AM

21  every day.  So, you know, I bring a perspective

22  in as to, you know, from the marketing

23  perspective to the creation of those products.

24  Things that I believe our customers need, things

25  I believe that will be important in the future,   11:22AM

CONFIDENTIAL BUSINESS INFORMATION

Page 76

1    things of that sort.

2    BY MS. MAROULIS:

3         Q.    Do you participate in technical

4    meetings with technical aspects of the products

5    that are discussed?                              11:22AM

6              MR. JACOBS:  Objection to form.

7              THE WITNESS:  I certainly have lots

8    of meetings with our engineers.  How technical

9    they are might depend on the audience.  There

10   certainly, I'm sure, are many more highly         11:23AM

11   technical meetings that I'm not part of, but

12   certainly, I'm part of what you might be

13   referring to as technical meetings.

14   BY MS. MAROULIS:

15        Q.    Are you part of a team that makes a    11:23AM

16   decision whether to include a particular feature

17   in the phone, for example, bounce-back feature?

18        A.    That's two different questions.  So

19   on the first part, I certainly am part of a team

20   that would be part of decision-making or          11:23AM

21   recommendation making as far as features.

22              The latter part of your question is

23   really a UI question, a user interface question,

24   of which we have a user interface organization

25   that leads that, conceives those sort of things   11:23AM

CONFIDENTIAL BUSINESS INFORMATION

Page 77

1      that are different than a feature, per se.  It's

2      how it works.

3          Q.    Do you have input into how-it-works

4      decisions?

5          A.    Only as part of a small number of          11:24AM

6      people who may be using something before it's

7      released, and I might provide my personal

8      opinion on how something is working, how well

9      something is working, but I don't have direct

10     involvement in leading any UI decisions.         11:24AM

11         Q.    So you may, for example, give input

12     as to having or not having a camera, but not the

13     specifics of which camera and how the camera

14     works?

15             MR. JACOBS:  Objection to form.          11:24AM

16             THE WITNESS:  I was specifically in

17     the prior question talking about UI elements and

18     I might say how I like using something as a

19     personal preference or don't like using

20     something, whether I thought something was       11:25AM

21     confusing or not confusing, for example.  Did I

22     understand it without somebody having to explain

23     it to me, those sorts of things, is what I was

24     referring to.

25     ///

CONFIDENTIAL BUSINESS INFORMATION

Page 78

1    BY MS. MAROULIS:

2        Q.    So using the bounce-back example,

3    again, you wouldn't necessarily contribute how

4    the feature works but would you contribute to

5    the decision of whether to have that                    11:25AM

6    functionality at all?

7        A.    You're correct in the first part.  I

8    would not have decision-making or influence in

9    the creation of that feature.  I don't recall,

10   on the second part whether I gave any feedback         11:25AM

11   to how well it worked or not.  That would have

12   been a long time ago.  I do not recall.

13       Q.    In your role, do you have any

14   responsibilities for competitor products

15   analysis?                                               11:25AM

16       A.    Certainly, as a part of product

17   marketing, I would feel that it's important for

18   us to understand what's going on in the market,

19   and that would include understanding, certainly,

20   aspects of some key competition.                        11:26AM

21       Q.    My question was a little different.

22       A.    I'm sorry.

23       Q.    Are you the person responsible for

24   competitor analysis within the organization of

25   marketing that we've been discussing?                   11:26AM

CONFIDENTIAL BUSINESS INFORMATION

Page 82

1    familiar with some competitor issues?

2         A.    I'm sorry?

3         Q.    Strike that.

4               In your job, you're familiar with

5    competitor situations, generally, who Apple's        11:30AM

6    competitors are and Apple's performance against

7    those competitors?

8         A.    Certainly part of my job would be

9    understanding the competitive landscape.

10        Q.    Is tracking Apple's market share         11:30AM

11   against its competitors part of your

12   responsibilities?

13        A.    No, that would be, again, part of

14   Art's organization.

15        Q.    Do you receive periodic reports about    11:30AM

16   how Apple is doing, market share-wise?

17        A.    I do.

18        Q.    How often?

19        A.    It depends on the report, you know,

20   we get several, and the product area.  It could      11:30AM

21   be anywhere from monthly to quarterly.

22        Q.    Now that you've described your

23   responsibilities, I'd like to talk to you about

24   what types of documents you and your team

25   creates on a regular basis, and I know you're a      11:31AM

CONFIDENTIAL BUSINESS INFORMATION

Page 83

1    corporate designee, but right now, I'm asking

2    about you personally and your familiarity.

3              What Apple documents do you generate

4    as part of your responsibilities day to day?

5              MR. JACOBS:  Objection to form.        11:31AM

6              THE WITNESS:  I'm sorry, documents --

7    what was the scope of the question?  What type

8    of documents?

9    BY MS. MAROULIS:

10         Q.    Documents that you generate regularly   11:31AM

11   in your day-to-day responsibilities.

12             MR. JACOBS:  Objection to form.

13             THE WITNESS:  Just overall documents

14   that I create?

15   BY MS. MAROULIS:                                  11:31AM

16         Q.    Let me clarify.

17             So there are different types of

18   reports that a company keeps, sales reports,

19   some are market share reports, some are

20   marketing updates.                               11:32AM

21         A.    Uh-huh.

22         Q.    Are there any regular documents -- I

23   don't mean day-to-day e-mails with everyone you

24   work with -- documents that you are responsible

25   for creating as part of your job?                11:32AM

CONFIDENTIAL BUSINESS INFORMATION

Page 84

1           MR. JACOBS:  Objection to form.

2           THE WITNESS:  Not so much a regular,

3       any regular reports, again, things like that, as

4       far as the research we just talked about, would

5       be regular reports driven by Art's organization.      11:32AM

6           I might do marketing presentations,

7       you know, product presentations, not necessarily

8       on a periodic, you know, weekly, monthly sort of

9       thing, but more generated by event, you know,

10      new product coming out or describing the product      11:32AM

11      internally or externally.

12      BY MS. MAROULIS:

13          Q.    Any others?

14          MR. JACOBS:  Objection to form.

15          THE WITNESS:  There are lots of            11:32AM

16      things that go into the creation of those.

17      Myself and/or my team might be responsible for

18      creating something we call "brain dump" that

19      leads into the creation of said materials.  We

20      might be part of creating a product brief,           11:33AM

21      again, all relating around those same topics of

22      preparing for a new product.  Those are what

23      immediately come to mind.

24      BY MS. MAROULIS:

25          Q.    What is a brain dump?              11:33AM

CONFIDENTIAL BUSINESS INFORMATION

Page 85

1        A.    A brain dump is something that's

2    meant to be consumed by very few individuals.

3    Generally, I would, in my capacity, have created

4    it for Phil and Steve, Steve Jobs, when he was

5    CEO, which would outline my -- both mine and my        11:33AM

6    team's exhaustive understanding of the features

7    and specs and key messages for a new product.

8        Q.    Do you create a brain dump for every

9    product before it's released?

10            MR. JACOBS:  Objection to form.              11:34AM

11            THE WITNESS:  We would create one for

12    each major new product.

13            For example, if we were bringing out

14    a new iPod Touch, we would create a brain dump.

15    If we were bringing out a new iPhone, we would        11:34AM

16    create a brain dump.  If we were coming out with

17    a new significant version of iOS, we would

18    create a brain dump.

19    BY MS. MAROULIS:

20        Q.    Do you recall creating such a brain          11:34AM

21    dump for iPhone 3G?

22        A.    I don't recall the specific brain

23    dump, but I would very much expect that we did.

24        Q.    Do you recall having created that for

25    Apple iPhone 3GS?                                      11:35AM

CONFIDENTIAL BUSINESS INFORMATION

Page 86

1   A. Same answer.  I don't recall the

2 specific document, but I have no doubt that we

3 would have done that.

4   Q. How about iPhone 4?

5   A. Same answer.  I don't recall the   11:35AM

6 specific brain dump, but it would be my

7 expectation that we created that.

8   Q. And same answer for iPhone 4S?

9   A. That one is a little bit closer to

10 mine.  I do recall, yes, we did create that.   11:35AM

11   Q. And is it literally called brain

12 dump?

13   A. It's literally called brain dump.  We

14 call it something code name, usually brain dump,

15 or if the product name is already known, maybe,   11:35AM

16 you know, such-and-such product brain dump, but,

17 yes.

18   Q. Do you actually recall code names for

19 the products I asked you about, if I were to ask

20 you?   11:35AM

21   A. I do.

22   Q. Okay.

23   If you would, please tell me what is

24 the code name for iPhone 3G?

25   A. N82.   11:35AM

CONFIDENTIAL BUSINESS INFORMATION

Page 87

1          Q.     How about iPhone 3GS?

2          A.     N88 -- N as in Nancy.

3          Q.     IPhone 4?

4          A.     N90.  And then N92, which was the

5     CDMA version, all capitals.                          11:36AM

6          Q.     And how about, do you know the codes

7     for iPads as well, even though it's not part of

8     your immediate responsibilities?

9          A.     The original iPad was N48.

10         Q.     How about iPad 2?                         11:36AM

11         A.     I'm trying to think.  I'm drawing --

12    I'm forgetting, I apologize.

13         Q.     What about iPod Touch, what was the

14    code for that?

15         A.     The original iPod Touch was N45.  I'm    11:37AM

16    trying to remember the second one.

17                The most recent one, which is N81, I

18    am momentarily lapsing on the in-between ones.

19         Q.     And I think I neglected to ask you

20    the code for Apple iPhone, the original one.         11:37AM

21         A.     P2, is what we generally called it.

22                We might have had one other one that

23    I didn't use, maybe something with a 68, but --

24         Q.     For original iPhone?

25         A.     Yeah, but we have largely called it      11:38AM

CONFIDENTIAL BUSINESS INFORMATION

Page 88

1    P2.

2        Q.    Why are codes used at Apple?

3        MR. JACOBS:  Objection to form.

4        THE WITNESS:  We use codes so that we

5    can talk about a product that, first of all,          11:38AM

6    hasn't been named, necessarily.  Second, allows

7    us to have some discussion about it while

8    remaining confidential about what that product

9    is.

10   BY MS. MAROULIS:                                       11:38AM

11       Q.    Is there a document that summarizes

12   codes for all products and kind of matches them

13   up?

14       A.    There very well might be.  I do not

15   have such a document.                                  11:38AM

16       Q.    You just remember them by heart?

17       A.    I do my best to remember them, and as

18   you see that I'm sometimes less than successful

19   to remember the old ones.

20       MR. JACOBS:  Just to take care of            11:39AM

21   this now, I think you said N48 for the iPad, and

22   is it K?

23       THE WITNESS:  Oh, K48, sorry.  Thank

24   you very much, Counsel.

25       K48.  Again, the numbers start -- the        11:39AM

CONFIDENTIAL BUSINESS INFORMATION

Page 89

1    old ones start to become difficult to remember.

2    Thank you.

3    BY MS. MAROULIS:

4        Q.    And if you recall the codes for iPad

5    3G and iPad 2 3GL, I'll take that as well.        11:39AM

6        A.    And I'm sure I would make some more

7    mistakes.  I don't --

8              MS. MAROULIS:  We have to change the

9    tape, so.

10             MR. JACOBS:  This is a good time,        11:39AM

11   anyway.

12             MS. MAROULIS:  You want to take a

13   break as well?

14             MR. JACOBS:  Yes.

15             MS. MAROULIS:  Okay.                     11:39AM

16             THE VIDEOGRAPHER:  This is the end of

17   Disk No. 1 in the deposition of Greg Joswiak.

18   We are off the record at 11:39 a.m.

19             (Recess taken.)

20             THE VIDEOGRAPHER:  This is the          11:49AM

21   beginning of Disk No. 2 in the deposition of

22   Greg Joswiak.  We're on the record at 11:50 a.m.

23   BY MS. MAROULIS:

24       Q.    Mr. Joswiak, before the break, we

25   discussed documents that you prepare in your      11:51AM

CONFIDENTIAL BUSINESS INFORMATION

Page 90

1    regular duties, and you mentioned one of them

2    being a product brief.  What is a product brief?

3         A.    My group, as I mentioned earlier,

4    would have some responsibility over educating

5    our outbound marketing people on what's              11:51AM

6    important about our products and what might be

7    important to market and it messages the

8    marketing story.  So we would be, in the course

9    of doing that, we would create something called

10   a product brief, which might explain some of        11:51AM

11   those messages that the marketing team could

12   then operate from.

13        Q.    Is it a document intended to be used

14   with the public?

15        A.    No, it's an internal document.           11:51AM

16        Q.    So it's a confidential document?

17        A.    It is very much confidential.

18        Q.    Does it provide talking points for

19   sales folks, or is it more detailed than that?

20        A.    It's a marketing document, not a         11:52AM

21   sales document, so it would be aimed at people

22   who again are going to create marketing

23   materials, websites, advertisements, et cetera.

24        Q.    Does it detail key features of a

25   product?                                             11:52AM

CONFIDENTIAL BUSINESS INFORMATION

Page 91

1            MR. JACOBS:  Objection to form.

2            THE WITNESS:  It would talk about the

3       product and key features, the level of detail, I

4       think, is a matter of relativity and opinion.

5       BY MS. MAROULIS:                                   11:52AM

6            Q.    Does it compare -- strike that.

7            Does the product brief compare the

8       product and discuss it to competition?

9            A.    It doesn't have to.  It may, in some

10      cases, provide some competitive landscape, but     11:52AM

11      it doesn't -- it's not required in that

12      document.

13           Q.    Does a product brief, on any given

14      product, describe how this product is different

15      from its earlier generation?                       11:53AM

16           A.    That would be one of the goals, is to

17      say what's new and exciting about this new

18      product.

19           Q.    Who receives those product briefs,

20      typically?                                         11:53AM

21           A.    Again, the intended recipient is our

22      key individuals in our MarComm, or our marketing

23      communications organization.

24           Q.    So the same individuals reporting to

25      Hiroki Asai?                                       11:53AM

CONFIDENTIAL BUSINESS INFORMATION

Page 92

1          A.     Hiroki Asai.

2                 That's correct.

3          Q.     Besides product briefs and brain

4    dumps, can you think of any regularly produced

5    marketing documents?                              11:54AM

6          A.     By my organization, you mean?

7          Q.     Correct.

8                 MR. JACOBS:  Objection to form.

9                 THE WITNESS:  We, again, would

10   participate in the engineering side of the        11:54AM

11   products as well.  There are development cycles

12   and milestones in there, on occasion.  There

13   might be some marketing input, some marketing

14   requirements that might be included in that.

15   Again, it's not periodic, it's more driven by a   11:54AM

16   new product being created.

17   BY MS. MAROULIS:

18         Q.     You mentioned that some of these

19   documents you create as part of a new product

20   coming out, is there a specific progression of    11:55AM

21   documents at Apple from the beginning the

22   product is conceived to when the product is

23   launched?

24                MR. JACOBS:  Objection to form.

25                THE WITNESS:  Again, if we split the  11:55AM

CONFIDENTIAL BUSINESS INFORMATION

Page 93

1    world in two pieces, on the engineering side, as

2    I just mentioned, we would have some

3    participation on engineering milestones, and

4    provide the marketing insight, which

5    occasionally, could say, here are some key          11:55AM

6    requirements, some things we need on this

7    product.

8            Then when we flip over, if you will,

9    to the outbound side, to leading the marketing

10   efforts, it's primarily the documents I talked      11:55AM

11   about that at least are coming to mind.

12   BY MS. MAROULIS:

13       Q.   On the engineering milestone side,

14   what are the key milestone documents in which

15   you as VP of marketing has participation?           11:55AM

16           MR. JACOBS:  Objection to form.

17           THE WITNESS:  Again, the key

18   engineering decision milestones, if you will,

19   that we would participate in, would be a concept

20   review, and then a product proposal review.         11:56AM

21   BY MS. MAROULIS:

22       Q.   Any others?

23       A.   That marketing would have

24   participation in, those are the ones that are

25   coming to mind.                                      11:56AM

CONFIDENTIAL BUSINESS INFORMATION

Page 94

1      Q.    What is a concept review?

2      A.    When we have a new product idea, but

3  it hasn't been given the full green light that

4  we're going to develop it, we investigate what

5  it will take to develop that product, and we            11:56AM

6  will bring the key development teams together to

7  discuss the technical aspects of developing that

8  product.  That's a concept review.

9      Q.    Is that a document or a meeting?

10     A.    It's a meeting.                                11:57AM

11     Q.    As part of this meeting, does your

12  team prepare any documents?

13          MR. JACOBS:  Objection to form.

14          THE WITNESS:  We don't create a

15  document, per se.  Again, there may be slides           11:57AM

16  that are used and there may be some marketing

17  input to just that portion of the discussion.

18  As I mentioned, perhaps the marketing

19  requirements.

20  BY MS. MAROULIS:                                        11:57AM

21     Q.    Is the name of the document or

22  presentation that's shown at the meeting concept

23  review?

24     A.    It would be AN, as in Nancy, PP

25  concept review.                                         11:57AM

CONFIDENTIAL BUSINESS INFORMATION

Page 95

1    Q.    ANPP concept review.

2          What does AN stand for?

3    A.    Apple new product process.

4    Q.    And there are such new Apple product

5    process concept review for each of the iPhones          11:58AM

6    that came out at Apple?

7    A.    I assume there would be, but I would

8    only be saying that because that would be part

9    of the process.  I don't have personal

10   recollection of each of those.                          11:58AM

11   Q.    Do you have personal recollection of

12   any of the ANPP concept reviews for the products

13   we discussed today?

14   A.    No.

15   Q.    Who participates in the concept              11:58AM

16   review meetings at which these documents are

17   discussed?

18          MR. JACOBS:  Objection to form.

19          THE WITNESS:  Again, the idea of them

20   is to bring the key development teams across          11:58AM

21   functional effort that's going to be required to

22   create that product is to bring them together to

23   discuss the challenges, potential schedules, et

24   cetera.

25   ///

CONFIDENTIAL BUSINESS INFORMATION

Page 96

BY MS. MAROULIS:

Q.    Does anyone take notes or official minutes of those meetings?

A.    I don't.  I don't know if anybody does.                                                    11:59AM

Q.    Have you ever seen someone circulate minutes after a concept review meeting?

A.    I don't know about minutes.  There might be -- at the end of such a review, is a decision to move forward or not.                        11:59AM

Certainly, that decision gets communicated.  I don't recall if there is anything else communicated along with that decision.

Q.    If the decision is not to proceed          11:59AM with a product, is there a report of some kind generated?

MR. JACOBS:  Objection to form.

THE WITNESS:  I'm not aware of that. The key thing for me, and the reason maybe I'm      12:00PM most keyed on that is it would be a yes or a no, are we moving forward or not.

BY MS. MAROULIS:

Q.    If the answer is yes and the green light is given to a new product, what's formed      12:00PM

CONFIDENTIAL BUSINESS INFORMATION

Page 97

1    as does this instruction take?

2         A.    Passing the concept review is not yet

3    the green light.  That's the signal that it's

4    okay to proceed to the next step.

5         Q.    What is the next step?                12:00PM

6         A.    As I mentioned, that would culminate

7    in a product proposal review, which is the,

8    okay, we're now ready to propose that here is

9    everything that it will really take to do this

10   product, final schedule, costs, estimates, all   12:00PM

11   that kind of stuff.  And then, again, the same

12   sort of thing, a decision, yes or no.

13        Q.    Is there a product proposal review

14   for every product that is launched at Apple?

15             MR. JACOBS:  Objection to form.         12:00PM

16             THE WITNESS:  I don't know about

17   every product.  Again, certainly major products,

18   that would be part of the expectation.

19   BY MS. MAROULIS:

20        Q.    Would there be a product proposal     12:01PM

21   review for each of the iPhones released to date?

22        A.    My expectation is just by part of

23   process that there was, but I don't have

24   personal recollection of those meetings.

25        Q.    And are these documents called        12:01PM

CONFIDENTIAL BUSINESS INFORMATION

Page 98

1    product proposal review?

2         A.    Again, it would be led by ANPP, and

3    then PPR.

4         Q.    Do these documents list codes on them

5    for a relevant product?                          12:01PM

6         A.    They would only speak in code.

7         Q.    So those are the codes we discussed

8    before the break, again, 62, 98?

9         A.    As it relates to these, the products

10   that we're talking about, that's correct.        12:01PM

11        Q.    Which groups put together this

12   document?  I assume it's a collaborative effort;

13   correct?

14             MR. JACOBS:  Objection to form.

15             THE WITNESS:  Again, engineering       12:02PM

16   would lead this.  These are engineering

17   meetings.  Engineering would lead, pulling that

18   together and presenting it.

19   BY MS. MAROULIS:

20        Q.    And the marketing group would have    12:02PM

21   some input into that?

22        A.    Oftentimes, marketing would have

23   input into that, at least the part that relates

24   to marketing.

25        Q.    Is a product proposal review          12:02PM

CONFIDENTIAL BUSINESS INFORMATION

Page 99

1    discussed at a particular meeting?

2          A.    That is a meeting.   The product

3    proposal review is a meeting.

4          Q.    Who attends those meetings,

5    typically?                                    12:02PM

6          A.    Just like the concept review, it's a

7    collection of cross-functional engineering

8    efforts as well as having some representation

9    from product marketing.

10         Q.    Who in the executive team attends    12:02PM

11   these meetings?

12         A.    As it again would relate to iPod or

13   iPhone, it would be whomever is leading the

14   hardware engineering at that time, and I say

15   that because currently, that's Bob Mansfield,    12:03PM

16   but that wasn't always the case.

17         Q.    Would Tim Cook participate in

18   meetings like that?

19              MR. JACOBS:  Objection to form.

20              THE WITNESS:  He would not.          12:03PM

21   BY MS. MAROULIS:

22         Q.    Who would be the most senior Apple

23   executive to participate at the product proposal

24   review meetings?

25         A.    In the current organization, Bob     12:03PM

CONFIDENTIAL BUSINESS INFORMATION

Page 100

1    Mansfield would be, I believe.  I don't usually

2    attend them, so that's my belief without a

3    hundred percent certainty.

4         Q.    Once the proposal -- strike that.

5              Once the product proposal review is          12:03PM

6    approved, what is the next step in the product

7    cycle, in the next document that gets prepared?

8              MR. JACOBS:  Objection to form, lacks

9    foundation.

10             THE WITNESS:  I certainly don't know          12:03PM

11   about any documents that are prepared, but

12   that's, again, the green light, if you will, and

13   that's my words, not Apple's words, as far as

14   green light, to develop a new product or go into

15   all the necessary work to bring that product to          12:04PM

16   market.

17   BY MS. MAROULIS:

18        Q.    Between these green lights to develop

19   the product and the product launch, what type of

20   marketing documents does your group create, if          12:04PM

21   any?

22        A.    So as I mentioned before, certainly,

23   again, there would be a brain dump.  There would

24   be a launch presentation, which we would have

25   heavy participation in, the product brief for          12:04PM

CONFIDENTIAL BUSINESS INFORMATION

Page 101

1    educating our marketing communications team.

2              We'd be involved in review of various

3    webpages, perhaps, of the marketing content that

4    we would review.

5        Q.   Are there any documents that your          12:04PM

6    team creates after the product launch in

7    connection with the product?

8              MR. JACOBS:  Objection.  Objection to

9    form.

10             THE WITNESS:  Not that immediately is      12:05PM

11   coming to mind.  Obviously, we would be part of

12   the process of marketing that's created, again,

13   reviewing stuff that I had mentioned, reviewing

14   press releases, things of that sort, but I don't

15   think, at least coming to mind, there is any        12:05PM

16   major document we're creating after that.

17   BY MS. MAROULIS:

18       Q.   We've been talking about documents

19   that you and your team creates.

20             Are there any regular Apple documents      12:05PM

21   that you receive as part of your

22   responsibilities on a regular basis, other than

23   e-mail?

24             MR. JACOBS:  Objection to form.

25             THE WITNESS:  As I mentioned earlier,      12:05PM

CONFIDENTIAL BUSINESS INFORMATION

Page 126

1    worse than last year?

2        A.    IPod Touch is doing, for example,

3    holiday, and holiday was -- and year on year has

4    been fairly stable.

5        Q.    When Apple's market share goes down,        12:34PM

6    does Apple do any analysis to determine why the

7    market share went down?

8            MR. JACOBS:  Objection to form.

9            THE WITNESS:  Again, we're always

10   trying to be cognizant what's going on with our        12:34PM

11   products and the market, whether things are

12   going up, down, or staying the same.  So there

13   is nothing unique that happens if we saw market

14   share going down, if that's your question.

15   BY MS. MAROULIS:                                       12:34PM

16       Q.    Do you study the causes of the market

17   share drop?

18       A.    Again, as you'll see in some of those

19   reports, certainly there is looking at various

20   aspects of the market, which would certainly        12:34PM

21   help inform our understanding of how we're doing

22   in the market.

23       Q.    Does Apple ever attribute the loss of

24   market share to any particular competitor in the

25   field?                                                 12:35PM

CONFIDENTIAL BUSINESS INFORMATION

Page 127

1          MR. JACOBS:  Objection to form.

2          THE WITNESS:  I think it's Econ 101,

3     we're selling in a competitive market and

4     competitors have an impact on your sales.

5     BY MS. MAROULIS:                          12:35PM

6          Q.   Does Apple try to correlate which

7     competitor had what impact on its market share?

8          MR. JACOBS:  Objection to form.

9          THE WITNESS:  We look, again, at

10    where competitors, how competitors are doing in    12:35PM

11    the market.  It's not always easy to draw a

12    direct line as to say, this caused that, but

13    certainly, you can see who's doing well and

14    who's not and use your intuition to understand,

15    to connect the dots.                       12:35PM

16    BY MS. MAROULIS:

17         Q.   Does Apple have any evidence that

18    Samsung's products released in this case caused

19    a market share drop to Apple?

20         MR. JACOBS:  Objection to form.        12:36PM

21         THE WITNESS:  To complete the thought

22    from the prior question, certainly, we would see

23    in the Android space that the handset provider

24    that is doing the best is Samsung.  They have

25    significantly outgrown the other two competitors   12:36PM

CONFIDENTIAL BUSINESS INFORMATION

Page 128

1    that I mentioned, being HTC and Motorola in the

2    Android space.  And so certainly, you know, them

3    doing well, and one might argue it's, you know,

4    and argue the sales report would suggest the two

5    largest smartphone providers are Apple and              12:36PM

6    Samsung, that there is a lot of competition

7    going on for customers between the two of us.

8    BY MS. MAROULIS:

9        Q.    Does Apple have specific evidence

10   that Samsung's devices being sold caused Apple          12:36PM

11   to lose market share?

12            MR. JACOBS:  Objection to form.

13            THE WITNESS:  As I said, sometimes it

14   can be hard to get a report that draws that

15   complete line.  Certainly, we saw that, for             12:37PM

16   example, in the quarter that I mentioned, the

17   third calendar quarter, where our market share

18   was down, that Samsung did particularly well.

19   Certainly, there was anecdotal evidence, and in

20   some places, country evidence of them doing well        12:37PM

21   at our expense.

22   BY MS. MAROULIS:

23       Q.    What anecdotal evidence are you

24   referring to?

25       A.    When we talk to partners, channel             12:37PM

CONFIDENTIAL BUSINESS INFORMATION

Page 129

1   partners, and get their insights as to what's

2   going on in the market.

3        Q.    Which channel partners does Apple

4   talk to about Samsung?

5        A.    Well, again, we would talk          12:37PM

6   competitively, you know, about what's going on

7   in the marketplace with any direct channel

8   provider.  I mentioned a couple earlier.  It

9   could be carriers, it could be an indirect

10  reseller, Best Buy.                            12:38PM

11       Q.    Which carriers?

12       A.    We have well over a hundred carriers,

13  so I don't recall a specific conversation.

14  Obviously, we talk to some of the bigger ones

15  more often than we talk to the smaller ones,    12:38PM

16  but, you know, we have a lot of relationships.

17       Q.    Do you include AT&T and Verizon in

18  those?

19            MR. JACOBS:  Objection to form.

20            THE WITNESS:  We would definitely      12:38PM

21  include AT&T and Verizon as part of our carrier

22  partners.

23  BY MS. MAROULIS:

24       Q.    What are the larger ones?

25       A.    Well, in the United States, it's AT&T  12:38PM

CONFIDENTIAL BUSINESS INFORMATION

Page 130

1    and Verizon and Sprint, you know.  In the UK,

2    it's O2, Allonge, Vodafone.  In France, it's

3    SFR.  You know, I could go country by country,

4    if you want to do that.  We have a lot of

5    carriers.  There is over a hundred.  It might        12:38PM

6    take a while.

7        Q.    Is there a document by the way that

8    lists all carriers or explains what carriers

9    Apple has a relationship with?

10           MR. JACOBS:  Objection; lacks              12:39PM

11   foundation.

12           THE WITNESS:  Certainly, we've been

13   public about this information.  Normally, when a

14   carrier is going to start selling the iPhone,

15   they -- they and oftentimes us will be -- will    12:39PM

16   announce that through a press release.  So

17   certainly, at the very least, there is a

18   collection of press releases that you could

19   collect literally off our website.

20   BY MS. MAROULIS:                                  12:39PM

21       Q.    Did Apple have any specific

22   conversations with its channel partners in which

23   channel partners told Apple that Samsung's gains

24   in the market came at the expense of Apple?

25       A.    Generally, I would get that            12:39PM

CONFIDENTIAL BUSINESS INFORMATION

Page 131

1   information passed on by people who are in my

2   organization, who would have those separate

3   conversations and relationships.

4        Q.    Can you give me an example of any

5   specific conversation?                                12:39PM

6        A.    Well, again, I have a person in my

7   group whose responsibility it is for having

8   those relationships with, for example, the

9   carriers, reselling our products.  They would

10  convey to me, based on the collection of their       12:40PM

11  conversations.  They would not provide me a

12  transcript of --

13       Q.    Who is the person on your team who

14  does that?

15       A.    Frank Casanova.                            12:40PM

16       Q.    Did Mr. Casanova report to you, at

17  any given time, that he had a conversation with

18  a carrier in which the carrier informed him that

19  Apple's losses in the market were due to

20  Samsung's gains?                                      12:40PM

21       A.    It wouldn't come in that direct of a

22  conversation.  It would come in who's doing

23  well, who's not, and, again, drawing that

24  intuition, as I mentioned earlier, to be able to

25  say that those gains may be the reasons for our      12:40PM

CONFIDENTIAL BUSINESS INFORMATION

Page 132

1    losses.  But normally, again, no one can

2    directly draw the line between those two dots

3    with any sort of report and say, gosh, if this

4    customer didn't buy this, then, for sure, they

5    would have bought that.                         12:41PM

6         Q.   So the insight and intuition you're

7    referring to is that of Mr. Casanova, not of the

8    carriers?

9         A.   It could be both.

10        Q.   Are you aware of any specific          12:41PM

11   conversations where the carrier took that

12   position?

13        A.   As I said, I don't track his specific

14   conversations he's relaying to me, conversations

15   that he's been part of.                          12:41PM

16        Q.   So sitting here today, as a corporate

17   designee of Apple, you're not aware of any

18   concrete evidence that a carrier said that

19   Samsung's gains were due to Apples' losses by a

20   person?                                          12:41PM

21             MR. JACOBS:  Objection.

22             THE WITNESS:  Again, I can't quote

23   you a transcript or a specific date of a

24   conversation, no.

25   BY MS. MAROULIS:                                 12:41PM

CONFIDENTIAL BUSINESS INFORMATION

Page 133

1      Q.    So the answer is no, you don't have

2   direct evidence?

3            MR. JACOBS:  Objection to form.

4            THE WITNESS:  No, I don't have a

5   specific conversation to note to you.            12:41PM

6   BY MS. MAROULIS:

7      Q.    You also mentioned that you have

8   country-by-country evidence; is that right?

9      A.    No, I said sometimes that emerges on

10  a county-by-country basis.  For example, in      12:41PM

11  Korea, which is obviously the home country of

12  Samsung, is the only country that didn't see

13  significant growth with the iPhone 4S.

14  Certainly, we know, again, from these types of

15  conversations, that Samsung has been very        12:42PM

16  aggressive in selling against us in Korea, and

17  as a result, the iPhone 4S has not grown there

18  to expectations.

19            MR. JACOBS:  Would this be a good

20  time for a lunch break?                          12:42PM

21            MS. MAROULIS:  Can I ask one more

22  question?

23            MR. JACOBS:  Sure.

24            MS. MAROULIS:  Maybe two.

25            MR. JACOBS:  Two.                       12:42PM

CONFIDENTIAL BUSINESS INFORMATION

Page 134

1    BY MS. MAROULIS:

2        Q.    Do you have any specific evidence

3    that Samsung's gains in the market did not come

4    from sources other than Apple?

5        A.    I'm sorry, repeat that.              12:43PM

6        Q.    Let me rephrase that.

7            Does Apple have any evidence that

8    Samsung's market share gains in the market did

9    not come from other competitors, other than

10   Apple?                                         12:43PM

11       A.    Again, as I stated, Samsung has been

12   the strongest growth of any of the Android

13   handset providers.  I'm sure that would mean

14   that some of their growth also came from their

15   competition, others selling Android as well.   12:43PM

16       Q.    And Apple hasn't done a study showing

17   whether Samsung's gain in the market came from

18   Apple versus its other competitors?

19       A.    Not one that I'm aware of at least.

20           MS. MAROULIS:  Okay.                    12:43PM

21           Now we can take a lunch break.

22           THE WITNESS:  Good.  I'm starving.

23           THE VIDEOGRAPHER:  We are off the

24   record at 12:43 p.m.

25           (Luncheon recess taken at 12:42 p.m.)

CONFIDENTIAL BUSINESS INFORMATION

Page 273

1      Q.    And outside the survey context,

2    you're not aware of any anecdotal evidence that

3    consumers purchasing Samsung products thought

4    that the packaging indicated it was an Apple

5    product; correct?                                    05:20PM

6      A.    I'm unaware of any study to that

7    effect.

8      Q.    Okay.

9            One of the topics that we looked at

10   this morning, and if you need to consult          05:20PM

11   Exhibit 4, is No. 9, which is all facts

12   supporting Apple's belief that dilution of

13   Apple's trade dress has occurred or likely to

14   occur as a result of any Samsung or any actions

15   by Samsung.                                         05:20PM

16           Do you recall that?

17     A.    As far as what I'm responsible for,

18   for designation, yes.

19     Q.    Yes.

20           What evidence does Apple have that        05:20PM

21   there has been any dilution of Apple's trade

22   dress as a result of Samsung's action?

23     A.    So, again, I'll offer you this.  All

24   right?

25           When we created the iPod, we created      05:21PM

CONFIDENTIAL BUSINESS INFORMATION

Page 274

1    something that was very unique and distinctive

2    in the market, and we, over the course of a

3    couple years, grew to a very high market share,

4    and you heard me talk about in the U.S. our

5    market share grew to over 70 percent and remains          05:21PM

6    over 70 percent today.

7              Largely, that was the case, because

8    no one made a successful copy of the iPod and it

9    remained very distinctive as far as the gold

10   standard for music players.                               05:21PM

11             The iPhone, in the smartphone market,

12   was copied, and as a result, instead of it

13   having that same luxury, if you will, that the

14   iPod had of being very distinctive and alone in

15   the way it looks and what it does, as a                   05:22PM

16   marketing professional, the intuition is that

17   some of the differences there are there -- it's

18   just too easy for a customer to think they're

19   getting something very similar to an iPhone, and

20   they buy an alternative; whereas, in the iPod            05:22PM

21   market, that didn't happen.

22        Q.   Other than your intuition as a

23   long-time marketing professional, do you or

24   Apple have any evidence of actual dilution?

25        A.   I'm unaware of any study outside of            05:22PM

CONFIDENTIAL BUSINESS INFORMATION

Page 275

1    legal to that effect.

2         Q.    Is there any evidence of loss of

3    distinctiveness on behalf of Apple's customers,

4    of Apple products?

5         A.    Again, marketing didn't commission a          05:23PM

6    study to that effect, so anything I would offer

7    you would be my intuition as a marketing

8    professional.

9         Q.    Does Apple have any evidence that it

10   lost customers to Samsung as a result of what         05:23PM

11   you suggest as a loss of distinctiveness?

12        A.    Again, other than the obvious

13   intuition, we have no studies that we've

14   commissioned, one way or the other, that would

15   offer a pro or con to that position.                  05:23PM

16        Q.    So sitting here today, you're not

17   aware of a single customer that Apple lost due

18   to alleged Samsung actions?

19             MR. JACOBS:  Objection to form.

20             THE WITNESS:  Again, I was speaking         05:24PM

21   to do we have any studies or data to that

22   effect, and, like I said, we have not

23   commissioned any reports or studies to that

24   effect.

25   ///

CONFIDENTIAL BUSINESS INFORMATION

Page 276

1   BY MS. MAROULIS:

2       Q.    On Topic 8, which is all facts

3   supporting Apple's belief that confusion has

4   occurred or is likely to occur, we discussed on

5   the question of whether actual confusion          05:24PM

6   occurred or not.

7            Are there any studies that the

8   marketing group has done, outside legal

9   department and outside counsel, to indicate any

10  future potential for confusion?                    05:24PM

11      A.    No.

12      Q.    With respect to Topic 6, which is

13  strength, fame, distinctiveness and secondary

14  meaning of Apple's asserted trademark and trade

15  dress rights, are there any studies that you're    05:25PM

16  aware of on behalf of Apple testing the

17  secondary meaning of Apple's asserted IP?

18      A.    No.  Again, that would be something

19  that's more in the legal area as we've talked

20  about the surveys that we do them, generally       05:25PM

21  about improving my product, improving our

22  product experience.

23      Q.    What about any studies that assess

24  whether, by looking at a product consumer

25  associated with Apple and only Apple.  Are there   05:25PM

CONFIDENTIAL BUSINESS INFORMATION

Page 277

1      any studies like that?

2            A.    I'm sorry, repeat.

3            Q.    Are there any studies that show that

4      customers associated Apple products with Apple

5      just by looking at them?                          05:26PM

6            A.    Not that I'm aware of.

7            Q.    Turning to Topic 7 in Exhibit 4,

8      which is Apple's advertising and marketing for

9      iPhone, iPad, and iPod Touch versions, including

10     strategy, budgets, channels, content media,       05:27PM

11     return on investment analysis, and analysis, can

12     you please describe what types of marketing

13     Apple does to promote these products?

14           A.    Uh-huh.

15           MR. JACOBS:   Again, this will be,           05:27PM

16     again, on the iPhone and iPod Touch.

17     BY MS. MAROULIS:

18           Q.    Let me ask you an introductory

19     question.

20           Is the types of marketing done on           05:27PM

21     iPhone and iPod Touch similar or the same to

22     marketing for iPad or are they different?

23           A.    They can be different.  You know,

24     certainly, they all start off with a launch.  A

25     presentation done on stage that unveils the       05:28PM

CONFIDENTIAL BUSINESS INFORMATION

Page 285

1    and distinctiveness of our products, people

2    wanting the stars of the shows and movies to be

3    carrying Apple products.

4            Okay.

5            I'm sorry, to repeat your other          05:37PM

6    question?

7        Q.    Just give me a minute.

8            So is this last activity, placement

9    in movies, that's not part of the budget; right,

10   because you said it's free, or is there a budget   05:37PM

11   item associated with that?

12       A.    The budget is in the cost of the

13   equipment itself, it's not in paying for the

14   placement.

15       Q.    Okay.                                    05:38PM

16            Going back to my prior question,

17   which is:  When Apple promotes its products,

18   what features does it emphasize?

19            MR. JACOBS:  Objection to form.

20            THE WITNESS:  You know, again, it         05:38PM

21   depends on the product, but certainly, first and

22   foremost, if I were to look at my recipe when

23   I'm creating a product launch is what the

24   product looks like.

25            People are going to, on a new design     05:38PM

CONFIDENTIAL BUSINESS INFORMATION

Page 286

1   we're going to celebrate that first and

2   foremost, here's how beautiful the product is,

3   you know, it's new and thin, you know, how thin

4   it is, how beautiful it is, the materials we've

5   used, the look of it.  It's a very important          05:38PM

6   aspect of a new product.  And if it isn't a new

7   design, somewhere up front, I have to explain

8   why it's not.

9           Then I'm trying mostly to explain new

10  features, when we create a new product.  What        05:38PM

11  makes it new and different than the product that

12  preceded it.  I'm trying my best, usually in

13  these things, to try to create something that's

14  around the experience versus just specs.

15          I don't want to just, you know, end          05:39PM

16  up with just specs; although, sometimes we do

17  need to declare specs.  I've tried my best to

18  keep the marketing of iPhones and iPods

19  different than marketing a personal computer or

20  a Mac.                                                05:39PM

21          I try as much as possible to stay

22  away from ingredients, say, with frequencies of

23  chips and processors, and, you know, try to keep

24  it as, again, as much about the experience as

25  possible, and something that can speak to the         05:39PM

CONFIDENTIAL BUSINESS INFORMATION

Page 287

1   broadest population and not just geeky people.

2            No offense to geeky people.

3   BY MS. MAROULIS:

4       Q.    That would be all of your lawyers.

5       A.    And we want geeky people to like it,          05:39PM

6   too, but I don't want to only speak to those

7   people.

8            We're fortunate that we create the

9   hardware and the software, so, again, I can

10  create more of a product story, that's about how    05:40PM

11  the whole thing works together, and I don't have

12  to just emphasize one side or the other, but

13  certainly, iOS is a big part and software is a

14  big part of the experience on iPhones and iPod

15  Touches.                                              05:40PM

16      Q.    Is how the iPhone functions a big

17  part of the promotion?

18      A.    It depends what you mean by function.

19  Certainly, does it do what it says it does, do

20  we show us how it works?  Absolutely.  I mean,       05:40PM

21  in our iPhone commercials, for the longest time,

22  our commercials were all about just showing the

23  iPhone; showing it full screen on your TV where

24  you saw what it was doing and how simple it was

25  for a person to flick or swipe and make happen       05:40PM

CONFIDENTIAL BUSINESS INFORMATION

Page 288

1   what they wanted -- what was cool happening on

2   that phone such that it got people the really

3   clear understanding that this is what the device

4   is capable of doing and here's how easy it is to

5   make it do that.                                05:41PM

6            That's the functionality you're

7   speaking to, and, again, we would highlight

8   different things for different times for

9   different products.

10       Q.    What about other parts of             05:41PM

11  functionality, functionality of design where

12  something is portable or easy to put in a

13  pocket, for example?  Do you promote that?

14           MR. JACOBS:  Objection.  Objection to

15  form.                                           05:41PM

16           THE WITNESS:  Again, there is lots of

17  aspects of design, certainly, again, as I said,

18  first and foremost, we love to show off how

19  beautiful a new product is.

20           Certainly, you know, size, you know,    05:41PM

21  is part of portability, and if there is a

22  portability story to tell, we'll tell that, but

23  that's almost a story unto itself.

24           Colors, when colors make sense.

25  ///

CONFIDENTIAL BUSINESS INFORMATION

Page 289

1    BY MS. MAROULIS:

2        Q.    I'm sorry, you said portability is a

3    story unto itself.  I just want to understand

4    what you mean by that.

5        A.    Well, when we show design of a          05:42PM

6    product, first and foremost, we're showing it

7    for the design itself, the beauty, the, you

8    know, the distinctiveness, the wonderfulness of

9    what we've gone through a lot of trouble to

10   create that is, hopefully, going to just, in and   05:42PM

11   of itself, delight our customers.

12            Now, once you've gotten past that,

13   another story might be, well, we've made it this

14   much lighter or this much smaller and, you know,

15   maybe there is a portability story to that, but    05:42PM

16   what I'm saying is that that would be a second

17   story, not to interfere with the first story.

18       Q.    But the notion of how much lighter or

19   smaller or more comfortable it is, is a

20   significant point for which you promote Apple      05:43PM

21   products; is that correct?

22       A.    It depends on the product.  And it

23   depends -- it has.  There have been products

24   where we've talked about, you know, it's this

25   much smaller, it's this much more comfortable,     05:43PM

CONFIDENTIAL BUSINESS INFORMATION

Page 290

1    sure, but it's not as much of a standard, if you

2    will, as to how we introduce a product as to

3    highlight the design itself.

4         Q.    In promoting the product, do you

5    emphasize how comfortably it fits in the hand?        05:43PM

6         A.    It's happened over time.  I

7    remember that was something we talked about,

8    certainly with press, at the very least, with

9    the iPhone 3G at least.  But, again, it depends

10   on the product.                                        05:43PM

11        Q.    In promoting iPhone or iPad, do you

12   emphasize how light it is such that it can be

13   taken anywhere with you?

14             MR. JACOBS:  Objection to scope.

15             THE WITNESS:  Again, I can't answer        05:44PM

16   on the iPhone side.  I wouldn't have connected

17   those two statements.  We might -- generally not

18   even -- I can't remember.  I know we've talked

19   about the weight too much of an iPhone.  We

20   might have, but it's not coming to mind.               05:44PM

21             Certainly, we've talked about the

22   thinness of the product, and, again, as we

23   talked about this morning, thinness is important

24   because we think thinner products look better.

25   You know, and there's an excitement that goes         05:44PM

CONFIDENTIAL BUSINESS INFORMATION

Page 291

1    with that.  And --

2    BY MS. MAROULIS:

3         Q.    In promoting Apple's products, do you

4    emphasize price point?

5         A.    You have to talk about something                05:44PM

6    about how much something costs, you know.  When

7    people are making a value consideration, they

8    obviously have to know how much they're going to

9    have to pay for the new product.

10             It's usually near the end, for               05:44PM

11   example, of a launch presentation, we will have

12   shown the design, the new features, you know,

13   hopefully some demos, how it works, and one of

14   the last things we talk about is pricing, P&A

15   it's called, pricing and availability, how much            05:45PM

16   some things cost and when it will be available.

17        Q.    So the pricing does appear in some of

18   the advertisements?

19        A.    I was talking about the launch

20   presentation, the on-stage launch presentation.           05:45PM

21             On our TV ads, I don't remember us,

22   at least any time recently, talking about

23   pricing in TV ads.  Certainly, at some of the

24   point of purchase display stuff, would highlight

25   the features and there might be some price.               05:46PM

CONFIDENTIAL BUSINESS INFORMATION

Page 292

1          Certainly, there is an Apple retail

2     where we're -- will have that on our point of

3     purchase stuff at Apple retail, the price.

4     Certainly, in our website, we show the price.

5          Q.    In promoting iPhone and iPod --          05:46PM

6     strike that.

7               In promoting iPhone products, does

8     Apple emphasize the apps and App Store as the

9     selling point of the phone?

10         A.    We absolutely have.  The App Store is   05:46PM

11    we think, you know, the greatest marketplace in

12    the world for creating apps for your phone, and

13    we've certainly highlighted the number of apps

14    that we've had and updated those numbers over

15    time, and certainly the benefits we have in the   05:46PM

16    way we've approached the App Store and curating

17    it the way we do and providing a great customer

18    experience around it.

19         Q.    Certainly, there are a lot of

20    advertisements featuring the apps in the App      05:47PM

21    Store; is that right?

22         A.    There are featuring apps.  One of our

23    campaigns was really -- a few of our campaigns

24    was really about showing third-party apps

25    running on the phone, as I've mentioned seeing     05:47PM

CONFIDENTIAL BUSINESS INFORMATION

Page 293

1    the phone on the full screen, seeing what it

2    does, a lot of those campaigns were around

3    third-party apps themselves that were running on

4    the phone.

5         Q.    Was that the campaign, "There's An          05:47PM

6    App For That"?

7         A.    That was one of the campaigns, yes.

8         Q.    And that's not related to product

9    design as such, this is availability of

10   third-party products on the Apple phone;            05:47PM

11   correct?

12        A.    That specifically was more about

13   third-party apps and the wonderful new things it

14   could help you do with your phone.

15        Q.    What percentage of advertising          05:47PM

16   efforts are related to third-party apps, would

17   you say?

18             MR. JACOBS:  Objection to form.

19             THE WITNESS:  We wouldn't have split

20   it out that way.  Again, it would be more about    05:47PM

21   iPhone advertising that some of the campaigns

22   featured third-party apps.  We wouldn't break it

23   out to say this is this much expense around

24   third-party app marketing.  We still see that in

25   the end as iPhone marketing.                       05:48PM

CONFIDENTIAL BUSINESS INFORMATION

Page 294

BY MS. MAROULIS:

    Q.    Would you be in a position to list

for me specific media in which Apple advertises,

both print and TV, or is that a question for a

different person?                                              05:48PM

    A.    I certainly don't have that off the

top of my head.  I don't know if we have

somebody designated for that.

    Q.    It is one of the topics, but --

    A.    We might have to provide a list             05:48PM

or however you want --

        MR. JACOBS:  Maybe you could --

        MS. MAROULIS:  I can ask --

        MR. JACOBS:  You may be able to ask a

more focused question.                                         05:48PM

BY MS. MAROULIS:

    Q.    All right.

        Mr. Joswiak, can you list for me all

the print media in which iPhone and iPod are

advertised?                                                    05:48PM

        MR. JACOBS:  I was hoping for more

focused.

        THE WITNESS:  Yeah, I mean, that

would be a pretty long list, I think.  I'm

saying that would be a difficult thing to know    05:49PM

CONFIDENTIAL BUSINESS INFORMATION

Page 295

1    off the top of your head, so we'd have to

2    provide --

3    BY MS. MAROULIS:

4        Q.    Let me ask a different question.

5              Is there a document that Apple has          05:49PM

6    that would have an exhaustive accurate list of

7    all the print media in which it advertises?

8        A.    I'm not sure.

9        Q.    Who would know that?

10       A.    Hiroki.                                      05:49PM

11       Q.    And with respect to TV, does Apple

12   place its advertisements with every TV station

13   or any particular ones?

14       A.    Again, we would pick shows more than

15   just networks, so we would pick the shows that    05:49PM

16   we want to be advertising in.

17       Q.    How does Apple pick which shows to

18   advertise in?

19       A.    We use an agency, MAL, Media Arts

20   Lab, and they're an advertising agency.  They      05:49PM

21   create our ads and work to get them placed in

22   the best places.

23       Q.    Is there an internal guidance

24   document or documents as to which shows are more

25   appropriate for Apple products?                    05:50PM

CONFIDENTIAL BUSINESS INFORMATION

Page 296

1          A.    Not a guidance document that I'm

2     aware of.

3          Q.    So this function is outsourced to

4     Media Arts Lab to determine which shows to place

5     the advertising in?                              05:50PM

6          A.    Again, there would be conversation

7     they would have with Apple, but there is no

8     document, per se, that we tell them where to put

9     them.

10         Q.    Who handles the content of the Web   05:50PM

11    advertising?

12         A.    Our MarComm organization would own

13    that responsibility.  Again, they would work

14    with MAL, as appropriate, if some content needed

15    to be created for that.                          05:51PM

16         Q.    Is MAL the only outside media agency

17    that assists Apple in its marketing promotional

18    efforts?

19         A.    It's advertising efforts.

20         Q.    Advertising.                          05:51PM

21         A.    That's correct.

22         Q.    Are there other agencies that have

23    similar role with respect to other marketing

24    activities?

25         A.    There might be some, like Eight,     05:51PM

CONFIDENTIAL BUSINESS INFORMATION

Page 297

1   Inc., for example, would help us kind of create,

2   on occasion create something for our stores or

3   if we're going to create something at a launch

4   venue that needs some design work.  They are

5   relatively small contractors like that, but MAL        05:51PM

6   is the only large scale agency that we work

7   with.

8            MR. JACOBS:  And just to be clear,

9   are you asking U.S. only still?

10           MS. MAROULIS:  Yes.                            05:51PM

11           THE WITNESS:  Assuming that's U.S.

12           MS. MAROULIS:  Yes, I am.

13  BY MS. MAROULIS:

14      Q.   Does Mr. Rangel's group or another

15  organization of Apple measure consumer reaction       05:52PM

16  to various ads and other promotional efforts?

17           MR. JACOBS:  Objection to form.

18           THE WITNESS:  I don't believe he

19  does.

20  BY MS. MAROULIS:                                       05:52PM

21      Q.   Is there any other way in which Apple

22  tests the effectiveness of its advertising?

23      A.   MAL may do some stuff on their own.

24  I'm not sure.  That's outside of Apple

25  marketing.  Those things are also fairly             05:52PM

CONFIDENTIAL BUSINESS INFORMATION

Page 300

1              C E R T I F I C A T E

2

3    STATE OF CALIFORNIA          )

4                                 )  ss:

5    COUNTY OF CONTRA COSTA       )

6

7              I, YVONNE FENNELLY, CCRR, CSR 5495,

8    within and for the State of California, do

9    hereby certify:

10             That GREG JOSWIAK, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by such witness.

14             I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage; and that I am in no way

17   interested in the outcome of this matter.

18             IN WITNESS WHEREOF, I have hereunto

19   set my hand this 23rd day of February, 2012.

20

21

22   _____

     YVONNE FENNELLY, CCRR, CSR NO. 5495

23

24

25

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 305

1          UNITED STATES INTERNATIONAL TRADE COMMISSION
2                     WASHINGTON, D.C.
3                        --o0o--
4

In the Matter of

5

CERTAIN ELECTRONIC DEVICES
6  INCLUDING WIRELESS          Investigation No. 337-TA-794
   COMMUNICATION DEVICES,
7  PORTABLE MUSIC AND DATA
   PROCESSING DEVICES, AND
8  TABLET COMPUTERS
9  _____/
10

                         ***
11

           CONFIDENTIAL BUSINESS INFORMATION
12

                         ***
13
14            Friday, February 24, 2012
15                       ***
16          VIDEOTAPED DEPOSITION OF
17        GREGORY JOSWIAK, VOLUME II
18                       ***
19            Palo Alto, California
20
21
22
23
24  Reported by:  Terri D. Kinser, CSR No. 4393
25  JOB NO: 46688

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 310

1    Incorporated, headquartered at 747 Third Avenue, New          09:09

2    York, New York.  The court reporter is Terri Kinser, in       09:09

3    association with TSG Reporting.                                09:09

4        Will counsel please introduce yourselves?                 09:09

5            MS. MAROULIS:  Victoria Maroulis, counsel for          09:09

6    Samsung.                                                       09:09

7            MR. JACOBS:  Michael Jacobs, counsel for Apple.        09:09

8            THE VIDEOGRAPHER:  Will the court reporter             09:09

9    please swear in the witness?                                   09:09

10

11                GREGORY JOSWIAK,

12   called as a witness, who, being by me first duly sworn,

13   was thereupon examined and interrogated as hereinafter

14   set forth:

15

16        EXAMINATION CONTINUED BY MS. MAROULIS

17           MS. MAROULIS:  Welcome back, Mr. Joswiak.  How         09:09

18   are you today?                                                 09:09

19       A.   Doing okay.  Thank you.                               09:09

20       Q.   I'd like to remind you that you're still under        09:09

21   oath.                                                          09:09

22       Do you understand that?                                    09:09

23       A.   I do.                                                 09:09

24       Q.   Yesterday you testified that you've been              09:09

25   previously deposed before and I place before you what I        09:09

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 346

1    with -- there's a different business manager lead for    10:20

2    iPhone.  There's a different business manager lead for    10:20

3    iPod.    10:20

4        Q.    Who is the business manager lead for iPhone?    10:20

5        A.    Mark Tian, T-i-a-n, I believe.    10:20

6        Q.    What is his position?    10:20

7        A.    Business -- I believe, business manager for    10:20

8    iPhone -- business analyst.  I'm not quite sure of the    10:20

9    title.    10:20

10        Q.    And who is the lead business management person    10:20

11    for iPod?    10:20

12        A.    John Palchak.  P-o-l-c-h-e-k (sic), maybe or    10:20

13    maybe Palchak (pronunciation).    10:20

14        If you want, at break I'll get the spelling for you.    10:20

15            THE REPORTER:  Thank you.    10:20

16            MS. MAROULIS:  What is his position?    10:20

17        A.    It would be the same role for iPod, business    10:21

18    manager.    10:21

19        Q.    Do you know who does forecasting on the    10:21

20    business management team for iPad?    10:21

21        A.    Susan Marsal is, I believe, her last name and    10:21

22    again, I could confirm the spelling at break.    10:21

23        Q.    Mr. Joswiak, yesterday we discussed your    10:21

24    preparation for your deposition and specifically,    10:21

25    counsel provided a list of survey and marketing research    10:21

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 347

1    that was prepared by Mr. Rangel's group and that you        10:21

2    have reviewed in preparation for your deposition.           10:21

3       Do you remember that?                                    10:21

4       A.   I do.                                               10:21

5       Q.   I'm going to show you some of the documents         10:21

6    that I will represent to you came from that list and        10:22

7    hopefully, you'll recognize them.                           10:22

8       A.   Okay.                                               10:22

9            MS. MAROULIS:  What's the next exhibit?             10:22

10           THE REPORTER:  This will be Exhibit 40.             10:22

11           (Exhibit 40 was marked for identification.)         10:22

12           THE WITNESS:  Do you want me to review the          10:23

13   whole document or just --                                   10:24

14           MS. MAROULIS:  I want to understand whether         10:24

15   you're familiar with this document.                         10:24

16      A.   Not this particular document, no.                   10:24

17      Q.   Did you see it during your preparation?             10:24

18      A.   I don't recall seeing this one in my                10:24

19   preparation.  I may have.  I saw lots of documents.         10:24

20      Q.   This is a document entitled "iPad Buyers            10:24

21   Survey, Initial U.S. Results," right?                       10:24

22      A.   That's what it says, yes.                           10:24

23      Q.   Have you been introduced to the results of the     10:24

24   survey, whether or not you've seen the actual document?     10:24

25      A.   Again, my scope is iPhone and iPod Touch.  I        10:24

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 348

| | | |
|---|---|---|
| 1 | generally don't review iPad documents. | 10:24 |
| 2 | Q.   Do you review similar documents with respect to | 10:24 |
| 3 | iPhone and iPod? | 10:24 |
| 4 | MR. JACOBS:  Objection.  Form. | 10:24 |
| 5 | THE WITNESS:  I would look at iPhone and iPod | 10:24 |
| 6 | buyer surveys. | 10:24 |
| 7 | MS. MAROULIS:  Why does Apple conduct these | 10:24 |
| 8 | surveys? | 10:24 |
| 9 | A.   As I said yesterday, we're always trying to | 10:24 |
| 10 | create better products.  This helps us understand things | 10:24 |
| 11 | about our customers:  What they like, what they don't | 10:25 |
| 12 | like, why they're doing what they're doing. | 10:25 |
| 13 | Q.   Do you understand the survey to test why buyers | 10:25 |
| 14 | purchase a particular Apple product? | 10:25 |
| 15 | A.   As an element of it -- that is certainly an | 10:25 |
| 16 | element of the surveys. | 10:25 |
| 17 | Q.   Can you please turn to Page 23384? | 10:25 |
| 18 | A.   (Witness complies.) | 10:25 |
| 19 | Q.   Do you agree that this survey concludes that | 10:25 |
| 20 | the product features, such as being portable, | 10:25 |
| 21 | lightweight, Wi-Fi capable and easy to use were the | 10:25 |
| 22 | hooks for purchasing iPad? | 10:25 |
| 23 | MR. JACOBS:  Objection.  Form. | 10:25 |
| 24 | THE WITNESS:  I agree that's what the slide | 10:25 |
| 25 | says.  I don't know the conversation that went in or | 10:26 |

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 349

1    around or how that conclusion was drawn.                10:26

2         MS. MAROULIS:  Does the conclusion appear          10:26

3    correct to you?                                         10:26

4         MR. JACOBS:  Objection to the form, scope.         10:26

5         THE WITNESS:  I have no idea.  Again, I'm not      10:26

6    the iPad person.                                        10:26

7         MS. MAROULIS:  Does it surprise you to see that    10:26

8    the study concluded that the reason people wanted iPad  10:26

9    were its portability, light weight, weight and Wi-Fi    10:26

10   capability.                                             10:26

11        MR. JACOBS:  Same objections.                      10:26

12        THE WITNESS:  It would surprise me if those        10:26

13   were the only reasons somebody wanted an iPad.  It seems 10:26

14   to be to me a fairly simplistic view of the world.      10:26

15        MS. MAROULIS:  Do you believe Apple's marketing    10:26

16   group would conduct a simplistic research product?      10:26

17        MR. JACOBS:  Objection.                            10:26

18        THE WITNESS:  I believe, as we talked              10:26

19   yesterday, on occasion, a researcher likes to impose    10:26

20   their own thoughts and opinions on something that may or 10:26

21   may not be supported by data.  I don't know this survey 10:26

22   enough to tell you if that's an appropriate conclusion. 10:26

23        MS. MAROULIS:  Who reviews these surveys to        10:27

24   make sure they're well balanced and test the right      10:27

25   attributes?                                             10:27

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 350

| | | |
|---|---|---|
| 1 | MR. JACOBS:  Objection.  Form, scope. | 10:27 |
| 2 | THE REPORTER:  I'm sorry? | 10:27 |
| 3 | MR. JACOBS:  Scope. | 10:27 |
| 4 | THE WITNESS:  It's not necessarily that anybody | 10:27 |
| 5 | did outside the research team.  The research team | 10:27 |
| 6 | generally creates these.  They're done repetitively. | 10:27 |
| 7 | They're done fairly often and they publish them. | 10:27 |
| 8 | MS. MAROULIS:  What do you mean, "publish"? | 10:27 |
| 9 | A.  Send them to us. | 10:27 |
| 10 | Q.  You don't mean they're distributed outside | 10:27 |
| 11 | Apple? | 10:27 |
| 12 | A.  No, I do not mean they're distributed outside | 10:27 |
| 13 | of Apple, but there isn't necessarily by process a | 10:27 |
| 14 | review step that would have a product marketing team | 10:27 |
| 15 | necessarily challenging the assessments.  We're more | 10:27 |
| 16 | likely to do that on other surveys. | 10:28 |
| 17 | Q.  Do you recall ever participating in the survey | 10:28 |
| 18 | planning and challenging assessments and assumptions | 10:28 |
| 19 | that Mr. Rangel's group put into the surveys? | 10:28 |
| 20 | A.  I have challenged his assumptions and | 10:28 |
| 21 | conclusions many times, yes. | 10:28 |
| 22 | Q.  Was it in the process of creating a survey or | 10:28 |
| 23 | was it after the survey was done already? | 10:28 |
| 24 | A.  Generally, for creating a survey.  It's fairly | 10:28 |
| 25 | collaborative on things we want to learn and how we're | 10:28 |

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 351

| | | |
|---|---|---|
| 1 | going to ask those questions.  Those are less | 10:28 |
| 2 | challenging.  More likely, it's again in how conclusions | 10:28 |
| 3 | are drawn once a survey is done. | 10:28 |
| 4 | Q.   So do you disagree with his particular | 10:28 |
| 5 | conclusion on Page 23384? | 10:28 |
| 6 | A.   I would certainly understand that these are | 10:28 |
| 7 | important elements, but my expectation -- there's a lot | 10:28 |
| 8 | more that goes into an iPad purchase than it being light | 10:28 |
| 9 | and having Wi-Fi; otherwise, there would be a lot more | 10:29 |
| 10 | successful products on the market. | 10:29 |
| 11 | Q.   Do you disagree that at least a number of users | 10:29 |
| 12 | thought that these were the most distinguishing or | 10:29 |
| 13 | attractive features of the iPad? | 10:29 |
| 14 | A.   Again, I don't know the data that led to the | 10:29 |
| 15 | conclusion. | 10:29 |
| 16 | Q.   Let's look at Page 23386. | 10:29 |
| 17 | Do you see Slide 26 that's entitled "Portability was | 10:29 |
| 18 | the main feature prompting acquisition, with Wi-Fi, ease | 10:29 |
| 19 | of use and being lightweight also high on the list"? | 10:29 |
| 20 | A.   I see the same slide as you do, yes. | 10:29 |
| 21 | Q.   Do you see that on the left side there is | 10:29 |
| 22 | different attributes of iPad and on the right side, the | 10:29 |
| 23 | percentages of -- actually, let me ask you:  What do | 10:29 |
| 24 | those percentages represent? | 10:30 |
| 25 | MR. JACOBS:  Objection.  Form, scope. | 10:30 |

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 352

1        THE WITNESS:  Give me a minute to review it.      10:30

2        MS. MAROULIS:  Take your time.                    10:30

3        MR. JACOBS:  Can I have a standing objection,     10:30

4    Counsel, on scope issues, since this witness has not  10:30

5    been designated on iPad?                              10:30

6        MS. MAROULIS:  Yes, you can have a standing       10:30

7    objection on that.  This document did appear, however, 10:30

8    on your list of Exhibit 5.                            10:30

9        MR. JACOBS:  Right, but I made it clear that we   10:30

10   were including iPad on the list for completeness, even 10:30

11   though this witness was not designated to so testify.  10:30

12       MS. MAROULIS:  That's fair.  I'll take a scope    10:30

13   objection subject to Apple designating somebody else on 10:30

14   iPad.                                                 10:30

15       THE WITNESS:  Again, from a cursory read, it      10:30

16   appears the question was asked to the people on the   10:30

17   survey, "What features or specific attributes of an iPad 10:30

18   made you want one?"  And it appears that there was a  10:31

19   list presented to the user and each one that they would 10:31

20   have mentioned would have been ticked off, but again, I 10:31

21   don't -- I don't know specifically how it was asked.   10:31

22       MS. MAROULIS:  Do you see that portability is     10:31

23   the highest sought after feature?                     10:31

24   A.   I see that's what the graph indicates.           10:31

25   Q.   And that Wi-Fi capability is the next most       10:31

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 353

1    important feature to the users on this survey?       10:31

2        A.   I see that's what it says.                  10:31

3        Q.   And ease of use is the third most important 10:31

4    feature?                                             10:31

5        A.   I see that's what it says.                  10:31

6        Q.   And it's followed by additional tasks.  Some of 10:31

7    them are -- strike that -- additional features, such as 10:31

8    lightweight and long battery life?                   10:31

9        A.   I see that.                                 10:31

10       Q.   Do you see any features on this list that   10:31

11   relate to purely outward design appearance of the    10:31

12   product?                                             10:31

13       A.   Again, I don't know if this was an assisted 10:32

14   list or an unassisted list.  My guess is, looking at 10:32

15   this, it's an assisted list, but I don't know that for a 10:32

16   fact.                                                10:32

17       Q.   What is the distinction you're drawing between 10:32

18   assisted and unassisted list?                        10:32

19       A.   In an assisted list -- and I'm assuming this is 10:32

20   a web survey -- in an assisted list, there is a list of 10:32

21   answers that the users can select from.  In an       10:32

22   unassisted list or an unaided list, they're just asked 10:32

23   the question and their answer is recorded and then later 10:32

24   categorized.                                         10:32

25       Q.   Which of the two methods does the Apple     10:32

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 354

1  marketing research team typically use?                    10:32

2      A.   I'm not sure there's a typical answer.  We do    10:32

3  both.                                                     10:32

4      Q.   Is one of those two methods better suited for a  10:32

5  particular type of survey?                                10:33

6      A.   I'm not a survey expert.  So let me first say    10:33

7  that, but as a product marketing person, sometimes --     10:33

8  especially when we're not sure of the type of answers     10:33

9  you might get, you might want to get unassisted.  You      10:33

10 might want to have -- to see what customers tell you       10:33

11 without you providing a list of possibilities.            10:33

12     Q.   Assisted lists surveys are easier to run,         10:33

13 correct?                                                   10:33

14     A.   Assisted lists are much easier to run and         10:33

15 report on -- actually, more easy to report on.            10:33

16     Q.   Because they entail a user simply clicking on     10:33

17 multiple choice questions?                                 10:33

18     A.   Yes.  It's less the fact that it's easier for     10:33

19 the user, because a user could type in an answer.  It's    10:33

20 later how to summarize the results.  It's harder when      10:33

21 it's unassisted, because people could have answered the    10:33

22 same thing in 15 different ways and you have to figure     10:33

23 out how to group those.                                   10:33

24     Q.   When Apple conducts unassisted surveys, how is    10:33

25 the data processed?                                        10:34

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 355

1          MR. JACOBS:  Objection.  Foundation.          10:34

2          THE WITNESS:  Again, I'm not the person who     10:34

3    would process that, but my understanding is somebody   10:34

4    would go through and have to read them and make an     10:34

5    assessment as to which category does it belong in.     10:34

6          MS. MAROULIS:  Is it someone on Mr. Rangel's     10:34

7    team?                                                  10:34

8      A.   My expectation is it would be either somebody  10:34

9    on Art's team or if he has a vendor compiling results, 10:34

10   but I don't -- I don't know their specific process.    10:34

11     Q.   How much interpretation does the marketing team 10:34

12   add when it takes the unassisted survey data and       10:34

13   presents conclusions in key notes such as this?        10:34

14         MR. JACOBS:  Objection.  Form, mischaracterizes  10:34

15   the testimony.                                         10:34

16         THE WITNESS:  Yeah.  Again, I don't know how to  10:34

17   answer that in a hypothetical.  As I've stated, there's 10:34

18   certain times where the research team will draw a      10:34

19   conclusion.  Sometimes it's based on -- completely on  10:34

20   data.  Sometimes it goes beyond the bounds of the data 10:35

21   they receive.                                          10:35

22         MS. MAROULIS:  Does Apple ever use outside       10:35

23   vendors for the unassisted surveys?                    10:35

24     A.   Again, as I stated, I'm not sure quite what the 10:35

25   mechanical process is for Art and his team.            10:35

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 356

1    Q.   Incidentally, the reason I'm asking you these    10:35

2    questions is you were designated on the topic of the    10:35

3    surveys.    10:35

4    A.   Of the surveys, yes.  Not necessarily the    10:35

5    process for collecting the data.    10:35

6    Q.   All right.  Let's turn to Page 23389.    10:35

7    Do you see the slide entitled "12 planned activities    10:35

8    that made owners want an iPad for browsing and the    10:35

9    web" -- "browsing the web"?    10:35

10    A.   I see that.    10:36

11    Q.   Do you see that web browser, personal e-mail    10:36

12    and reading of e-books are the top ranked activities    10:36

13    here?    10:36

14    A.   It depends how you're looking at the    10:36

15    rankings -- whether it's the top two box or it's the top    10:36

16    box.  They would read differently depending on the --    10:36

17    Q.   Why do you say that?    10:36

18    A.   Top two box are the -- when you combine the top    10:36

19    two answers in this case, it's most important, and then    10:36

20    as I stated below, any other mention -- that's not even    10:36

21    actually the top two box.  The top box is the most    10:36

22    important, of which then the order would be slightly    10:36

23    different.  It would be browse the web, read e-books and    10:37

24    then apps is number three.    10:37

25    Q.   Is the difference between top box and top two    10:37

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 472

1    share information?                                          14:58

2         MR. JACOBS:  Objection.  Form.                         14:58

3         THE WITNESS:  As I indicated, sometimes they're 14:58

4    different.  They want their report so that would mean at 14:58

5    least one of them is wrong.                                 14:58

6         MS. MAROULIS:  The data provided in those          14:58

7    reports is generally reliable, correct?                     14:58

8         MR. JACOBS:  Objection.  Form.                         14:58

9         THE WITNESS:  Again, I'd rather look at a          14:58

10   specific report and also compare one to the other and  14:58

11   decide if there's ...                                       14:58

12        MS. MAROULIS:  What is the most reliable           14:58

13   document that Apple lists -- that lists Apple's            14:58

14   understanding of the market share?                          14:58

15   A.   Again, the two that I use are IDC and Gartner.   14:58

16   I'm just stating that they're not always the same number 14:58

17   so ...                                                      14:58

18   Q.   Mr. Joswiak, are you aware of any evidence of    14:58

19   loss of sales by Apple to Samsung as a result of any of 14:58

20   Samsung's actions?                                          14:59

21   A.   We've discussed some.  We've discussed Korea a  14:59

22   few minutes ago.  We certainly again have discussed my  14:59

23   intuition that Samsung's rise, you know, means that       14:59

24   they're selling to consumers which I would have           14:59

25   otherwise preferred they were buying iPhones.             14:59

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 473

| | | |
|---|---|---|
| 1 | Q.   We also saw data showing that Samsung is | 14:59 |
| 2 | selling to consumers that used to be with RIM, correct? | 14:59 |
| 3 | A.   Same for us. | 14:59 |
| 4 | Q.   But there is no determinative way to say that | 14:59 |
| 5 | Samsung is selling to consumers that otherwise would | 14:59 |
| 6 | have bought Apple products? | 14:59 |
| 7 | A.   As I stated, I don't have data to that effect. | 14:59 |
| 8 | Q.   And again, with respect to sales in Korea, | 14:59 |
| 9 | there's no direct evidence that any of those purchasers | 14:59 |
| 10 | would have purchased Apple products, right? | 15:00 |
| 11 | MR. JACOBS:  Objection.  Form. | 15:00 |
| 12 | THE WITNESS:  Again, historically whenever we | 15:00 |
| 13 | released the new iPhone in Korea, since the time we | 15:00 |
| 14 | started selling in Korea, it's done very well.  This is | 15:00 |
| 15 | the first time that our sales increase hasn't been what | 15:00 |
| 16 | we would expect in Korea. | 15:00 |
| 17 | MS. MAROULIS:  Still, you cannot correlate it | 15:00 |
| 18 | directly to sales by Samsung, correct? | 15:00 |
| 19 | A.   As I stated, my understanding of the situation | 15:00 |
| 20 | does reflect upon Samsung's activities in the market. | 15:00 |
| 21 | Q.   Those alleged activities are limited to Korea, | 15:00 |
| 22 | right? | 15:00 |
| 23 | A.   The ones I was specifically talking to were in | 15:00 |
| 24 | relation to Korea, correct. | 15:00 |
| 25 | Q.   Mr. Joswiak, I don't have any further questions | 15:00 |

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 475

REPORTER'S CERTIFICATE

I, TERRI D. KINSER, a Certified Shorthand Reporter of the State of California, duly authorized to administer oaths, do hereby certify that the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript (x) was ( ) was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.


IN WITNESS WHEREOF, I have this date subscribed my name.


Dated: February 25, 2012.

_____

TERRI D. KINSER, CSR #4393