Exhibit 12

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
2              SAN JOSE DIVISION
         Civil Action No.:  11-CV-01846-LHK
3

4   APPLE, INC., a California corporation,
         Plaintiff,
5
    vs.
6
    SAMSUNG ELECTRONICS CO., LTD.,
7   a Korean business entity, et al.
         Defendants.
8   _____

9     UNITED STATES INTERNATIONAL TRADE COMMISSION
                WASHINGTON, D.C.
10  _____

11  In the Matter of:

12  CERTAIN ELECTRONIC DIGITAL        Case No.:

13  MEDIA DEVICES AND COMPONENTS        337-TA-796

14  THEREOF

15  _____

16
          *** HIGHLY CONFIDENTIAL ***
17        SUBJECT TO PROTECTIVE ORDER

18     VIDEOTAPED PERSONAL DEPOSITION OF:

19          DONG HOON CHANG

20

21

22       Wednesday, March 7, 2012
           Kim & Chang
23       Seoul, South Korea
         9:09 a.m. to 8:39 p.m.

24

25

| | | |
|---|---|---|
| 09:11:23 | 1 | correct. |
| 09:11:24 | 2 | VIDEOGRAPHER:  At this time will the court |
| 09:11:26 | 3 | reporter please swear in the witness and |
| 09:11:28 | 4 | interpreters. |
| | 5 | COURT REPORTER:  Do you solemnly swear or |
| | 6 | affirm that you will well and truly interpret |
| | 7 | the questions propounded by counsel and the |
| | 8 | answers given by the witness from Korean to |
| | 9 | English and English to Korean to the best of |
| 09:11:41 | 10 | your ability. |
| 09:11:41 | 11 | LEAD INTERPRETER:  I do. |
| 09:11:42 | 12 | CHECK INTERPRETER:  Yes. |
| 09:11:42 | 13 | DONG HOON CHANG, |
| 09:11:42 | 14 | after having been duly sworn by the reporter, pursuant |
| 09:11:42 | 15 | to stipulation of counsel, was examined and testified |
| 09:11:55 | 16 | through the interpreter as follows: |
| 09:11:55 | 17 | THE WITNESS:  I do. |
| 09:11:58 | 18 | MR. OVERSON:  Before we begin, Counsel, I |
| 09:12:01 | 19 | just want to confirm that this deposition is |
| 09:12:04 | 20 | going to be usable in both the ITC and the |
| 09:12:07 | 21 | Northern District of California actions. |
| 09:12:09 | 22 | MR. ZELLER:  That's correct.  The agreement |
| 09:12:11 | 23 | is is that today's testimony will be in |
| 09:12:14 | 24 | connection with both matters and also will be |
| 09:12:18 | 25 | limited to today. |

12:11:32    1    Q.    So you don't think that the results of the

12:11:36    2    survey as reported in Exhibit 2147 is accurate?

12:11:53    3    A.    That is what I'm thinking.

12:11:56    4    Q.    And you don't think it's accurate as to the

12:12:00    5    designers' views of Apple or of Samsung, correct?

12:12:12    6    A.    That's right.

12:12:26    7          (Exhibit 2148 was marked for

12:12:29    8    identification.)

12:12:29    9    BY MR. OVERSON:

12:12:40    10    Q.    I've handed you an exhibit that we've marked

12:12:43    11    as Exhibit 2148.  It has numbers SAMNDCA 10809390

12:12:52    12    through 460.

12:12:57    13          And on the cover it says, Feasibility Review

12:13:00    14    on Stand Alone AP Business For Smartphone Market.

12:13:07    15          And it has a date September 2007 and then it

12:13:12    16    says, System LSI.

12:13:14    17          Do you know what system LSI refers to?

12:13:46    18    A.    Yes, that's an arm that makes semiconductor

12:13:49    19    products.

12:13:59    20    Q.    Do you recognize this document?

12:14:02    21    A.    No, I had not seen this at all.  This is not

12:14:09    22    our department.

12:14:31    23    Q.    Do you recall discussing with anyone at

12:14:34    24    Samsung making a semiconductor product for the

12:14:45    25    smartphone market?

| | | |
|---|---|---|
| 12:15:04 | 1 | A.    I have not. |
| 12:15:09 | 2 | Q.    If you'll look on page 426 of this document, |
| 12:15:19 | 3 | there is a page that says "iPhone Effect Analysis." |
| 12:15:31 | 4 | A.    Okay. |
| 12:15:37 | 5 | Q.    And after the first bullet point it says, |
| 12:15:48 | 6 | "Need to compete with iPhone no matter what in whatever |
| 12:15:53 | 7 | possible way." |
| 12:15:54 | 8 | Do you see that? |
| 12:16:13 | 9 | A.    Yes, I see it. |
| 12:16:19 | 10 | Q.    And then at the second bullet point it says, |
| 12:16:32 | 11 | "Accelerate complements and strengthens hardware |
| 12:16:39 | 12 | performance for competitors' smartphones multi-media |
| 12:16:44 | 13 | features." |
| 12:16:46 | 14 | Do you see where I am? |
| 12:16:47 | 15 | LEAD INTERPRETER:  Interjection by the |
| 12:16:47 | 16 | interpreter. |
| 12:16:50 | 17 | When counsel says "complements," how is the |
| 12:16:53 | 18 | spelling, p-l-e-m-e-n-t-s? |
| 12:16:59 | 19 | MR. OVERSON:  It's l-e. |
| 12:17:01 | 20 | LEAD INTERPRETER:  Just to... |
| 12:17:06 | 21 | MR. OVERSON:  Maybe I can make this shorter. |
| 12:17:07 | 22 | BY MR. OVERSON: |
| 12:17:08 | 23 | Q.    Do you see underneath the next bullet point |
| 12:17:11 | 24 | there's an HW written in English? |
| 12:17:15 | 25 | THE WITNESS:  Yes, yes, hardware.  (In |

| | | |
|---|---|---|
| 12:17:16 | 1 | English.) |
| 12:17:16 | 2 | A. Yes, yes, hardware. |
| 12:17:18 | 3 | BY MR. OVERSON: |
| 12:17:19 | 4 | Q. Can you read what that says there? |
| 12:17:24 | 5 | A. The portion that reads, "Hardware portion: |
| 12:17:32 | 6 | Easily copied." |
| 12:17:37 | 7 | Q. Have you ever had a conversation with anyone |
| 12:17:39 | 8 | at Samsung regarding whether it would be hard or easy |
| 12:17:44 | 9 | to copy the hardware of the Apple iPhone? |
| 12:18:05 | 10 | MR. ZELLER: Grossly mischaracterizes the |
| 12:18:08 | 11 | document. Grossly mischaracterizes the |
| 12:18:14 | 12 | document. Lacks foundation as to the document. |
| 12:18:25 | 13 | (Discussion held between Lead Interpreter |
| 12:18:38 | 14 | and Check Interpreter.) |
| 12:18:38 | 15 | LEAD INTERPRETER: The interpreter will just |
| 12:18:40 | 16 | reinterpret the question. |
| 12:19:04 | 17 | A. No. |
| 12:19:08 | 18 | (Discussion held between Lead Interpreter |
| 12:19:29 | 19 | and Check Interpreter.) |
| 12:19:29 | 20 | CHECK INTERPRETER: Actually, one quick |
| 12:19:31 | 21 | interjection as to the response that was given |
| 12:19:33 | 22 | earlier as to the portion where it reads "easily |
| 12:19:36 | 23 | copied." Actually, if you look at the Korean |
| 12:19:39 | 24 | document there's no tense involved whatsoever |
| 12:19:41 | 25 | here. So there's no tense. |

| | | |
|---|---|---|
| 12:36:48 | 1 | all.  And I was in charge of the UX part only at that |
| 12:36:51 | 2 | time. |
| 12:36:52 | 3 | Q.    And according to this document, there were |
| 12:37:00 | 4 | experts assembled across the whole world to test and |
| 12:37:06 | 5 | get reactions to Samsung's products versus Apple's |
| 12:37:12 | 6 | products, true? |
| 12:37:30 | 7 | MR. ZELLER:  Lacks foundation, |
| 12:37:35 | 8 | mischaracterizes the document. |
| 12:37:39 | 9 | A.    As I mentioned earlier, sir, this is the |
| 12:37:59 | 10 | first time I'm seeing this.  I don't know who these |
| 12:38:03 | 11 | individuals may or may not have been.  I don't know if |
| 12:38:06 | 12 | they are -- they were the most famous people in the |
| 12:38:10 | 13 | whole world or what.  I don't know who they may have |
| 12:38:14 | 14 | been.  I don't know under what, say, methodology they, |
| 12:38:20 | 15 | you know, may have conducted this and whether |
| 12:38:22 | 16 | sufficiently they conducted this.  I do not know. |
| 12:38:22 | 17 | BY MR. OVERSON: |
| 12:38:29 | 18 | Q.    And no one ever told you in October of 2007 |
| 12:38:33 | 19 | when you were one of the leaders in the design group of |
| 12:38:36 | 20 | the mobile division, no one ever told you that your |
| 12:38:41 | 21 | products from Samsung were found to be inferior to |
| 12:38:45 | 22 | Apple in all areas in a survey of international |
| 12:38:50 | 23 | experts. |
| 12:39:12 | 24 | MR. ZELLER:  Argumentative, mischaracterizes |
| 12:39:21 | 25 | the witness' testimony, mischaracterizes the |

| | | |
|---|---|---|
| 12:39:25 | 1 | document. |
| 12:39:28 | 2 | A.   As I mentioned earlier, this is shown as |
| 12:39:56 | 3 | being something done by the management center.  And as |
| 12:39:59 | 4 | of that point in time, they and we on the business |
| 12:40:04 | 5 | division part, the designers, design division's part, |
| 12:40:09 | 6 | there really wasn't a whole lot of communication going |
| 12:40:11 | 7 | on.  In fact, the two units weren't really getting |
| 12:40:16 | 8 | along.  We were sort of in a competitive situation. |
| 12:40:16 | 9 | BY MR. OVERSON: |
| 12:40:25 | 10 | Q.   Okay.  Looking at page 3137, you see at the |
| 12:40:43 | 11 | top underneath where it says, "Inferior to the |
| 12:40:46 | 12 | competitor in all items," can you read the next line? |
| 12:40:54 | 13 | I can read it says "intrigue" in English, |
| 12:40:57 | 14 | but then after that it's Korean.  Could you read it? |
| 12:41:15 | 15 | A.   "Great disparity in terms of the intrigue |
| 12:41:27 | 16 | and the perspective of design leadership." |
| 12:41:36 | 17 | LEAD INTERPRETER:  Interjection.  The |
| 12:41:37 | 18 | interpreter is taking intrigue, quote/unquote, |
| 12:41:40 | 19 | appearing in lower case "i" there, to be a |
| 12:41:45 | 20 | proper noun, hence, the Intrigue.  The |
| 12:41:49 | 21 | interpreter may be wrong. |
| 12:41:50 | 22 | BY MR. OVERSON: |
| 12:41:50 | 23 | Q.   Okay.  And then if you look below there is, |
| 12:41:53 | 24 | in fact, a table that has "desire, intrigue, delight." |
| 12:41:58 | 25 | And then the far right there's a subpart that says, |

| | | |
|---|---|---|
| 12:42:01 | 1 | "design leadership."  And it says that Apple scored |
| 12:42:07 | 2 | 19.6 out of 20 and Samsung 11.0. |
| 12:42:11 | 3 | Do you see that? |
| 12:42:36 | 4 | MR. ZELLER:  Lacks foundation as to the |
| 12:42:37 | 5 | document, mischaracterizes the document. |
| 12:42:52 | 6 | A.    Not only is this the first time I'm seeing |
| 12:42:55 | 7 | this, sir, I am not able to agree with this. |
| 12:42:58 | 8 | BY MR. OVERSON: |
| 12:42:59 | 9 | Q.    So, first of all, let's make sure that we're |
| 12:43:01 | 10 | clear.  The document has those numbers that I read, |
| 12:43:05 | 11 | correct? |
| 12:43:15 | 12 | A.    That is what it reads, yes, you are correct. |
| 12:43:18 | 13 | MR. ZELLER:  But let me still state for the |
| 12:43:20 | 14 | record, you're interpreting the document.  You |
| 12:43:23 | 15 | say "score," and there's nothing on here that |
| 12:43:26 | 16 | says that.  So when you're reading numbers, |
| 12:43:29 | 17 | whatever the context is, it's your |
| 12:43:31 | 18 | interpretation.  Let the record reflect that. |
| 12:43:34 | 19 | MR. OVERSON:  Improper objection, Counsel. |
| 12:43:37 | 20 | MR. ZELLER:  It's a completely proper |
| 12:43:39 | 21 | objection. |
| 12:43:39 | 22 | MR. OVERSON:  It's a coaching objection is |
| 12:43:40 | 23 | what it is. |
| 12:43:41 | 24 | MR. ZELLER:  Oh, that's nonsense and you |
| 12:43:43 | 25 | know it. |

| | | |
|---|---|---|
| 12:46:21 | 1 | BY MR. OVERSON: |
| 12:46:21 | 2 | Q.   So next to the box there above the table |
| 12:46:23 | 3 | that shows results, there's something written, and it |
| 12:46:26 | 4 | starts with DID.  And that's written.  I can read that. |
| 12:46:29 | 5 | What does it say after that? |
| 12:46:52 | 6 | LEAD INTERPRETER:  Interjection. |
| 12:46:54 | 7 | Syntax-wise the interpreter will rework this |
| 12:46:57 | 8 | into the proper order. |
| 12:46:59 | 9 | "Bullet point, comparison as to DID, |
| 12:47:02 | 10 | detailed categories average score." |
| 12:47:09 | 11 | MR. ZELLER:  And let me also state for the |
| 12:47:11 | 12 | record my objection.  Apparently this exercise |
| 12:47:14 | 13 | is now reduced to having a high-level executive |
| 12:47:17 | 14 | of Samsung come in to read documents into the |
| 12:47:20 | 15 | record.  This is an absurd waste of time. |
| 12:47:20 | 16 | BY MR. OVERSON: |
| 12:47:25 | 17 | Q.   Okay.  Mr. Chang, you see that there are |
| 12:47:28 | 18 | average scores reflected on tables below the heading, |
| 12:47:31 | 19 | do you see that? |
| 12:47:41 | 20 | MR. ZELLER:  Lacks foundation as to the |
| 12:47:44 | 21 | document. |
| 12:47:49 | 22 | A.   Yes. |
| 12:47:51 | 23 | BY MR. OVERSON: |
| 12:47:58 | 24 | Q.   So given that you were in the design |
| 12:48:00 | 25 | leadership at Samsung and there was a survey done that |

| | | |
|---|---|---|
| 12:48:06 | 1 | showed that Samsung scored poorly versus Apple on |
| 12:48:11 | 2 | design leadership, do you believe that someone at |
| 12:48:14 | 3 | Samsung should have shown you this document? |
| 12:48:40 | 4 | MR. ZELLER:  Mischaracterizes the witness' |
| 12:48:43 | 5 | testimony.  He's already told you now at least |
| 12:48:45 | 6 | twice in response to your questions about design |
| 12:48:47 | 7 | leadership that that's wrong.  Second, you |
| 12:48:50 | 8 | continue to mischaracterize and ask him about a |
| 12:48:53 | 9 | document he has now told you repeatedly he has |
| 12:48:56 | 10 | not seen. |
| 12:49:15 | 11 | A.   At that time there was a gentleman serving |
| 12:49:33 | 12 | as the overall design leader above me, and I wouldn't |
| 12:49:37 | 13 | know if he did get to see this or not.  But as for me, |
| 12:49:41 | 14 | I did not. |
| 12:49:41 | 15 | BY MR. OVERSON: |
| 12:50:08 | 16 | Q.   Would you agree with me, Mr. Chang, that the |
| 12:50:11 | 17 | information about the survey in particular having to do |
| 12:50:14 | 18 | with design leadership would have been relevant to your |
| 12:50:20 | 19 | job as of October 2007? |
| 12:50:37 | 20 | MR. ZELLER:  Mischaracterizes the witness' |
| 12:50:50 | 21 | testimony, misstates the document, lacks |
| 12:50:52 | 22 | foundation as to the document. |
| 12:50:55 | 23 | A.   Well, with due respect, whether I ought to |
| 12:51:28 | 24 | have seen this or not versus whether I, in fact, did or |
| 12:51:32 | 25 | didn't see this, in my opinion, are two separate |

02:54:34  1    A.   DI, I think, is in reference to design

02:54:40  2    identity.

02:54:47  3    Q.   Do you know who from the Design Management

02:54:51  4    Center created this document?

02:55:02  5    A.   Back then, no, I don't know.

02:55:32  6        (Exhibit 2151 was marked for

02:55:47  7    identification.)

02:55:47  8        MR. ZELLER:  I'm sorry, what's this number?

02:55:49  9        MR. OVERSON:  2151.

02:55:50  10   BY MR. OVERSON:

02:55:51  11   Q.   Mr. Chang, I've handed you a document, and

02:55:53  12   on the cover it says, "Touch portfolio key takeaways,

02:55:57  13   final presentation 24th of December 2008, Gravity Tank

02:56:03  14   collaborates with Samsung."  The numbers are SAMNDCA

02:56:09  15   10805169 and they go on to 75.

02:56:35  16       Do you know who Gravity Tank is?

02:56:40  17   A.   Yes, I do.

02:56:41  18   Q.   Who are they?

02:56:43  19   A.   So they engage in this kind of evaluation --

02:56:53  20   they're a dedicated research entity.

02:56:59  21   Q.   And do you recall that they did a study

02:57:06  22   regarding the iPhone and Samsung touch products in

02:57:13  23   2008?

02:57:45  24   A.   Well, as I mentioned earlier, we tend to

02:57:48  25   engage in quite a lot of research.  We do a lot of

02:57:50  1  studies.  And I do not recall specifically with respect

02:57:53  2  to this here, but we do conduct this kind of research.

02:58:02  3      Q.    Do you recall whether you saw the results of

02:58:09  4  Gravity Tank's research that's reflected in Exhibit

02:58:14  5  2151?

02:58:33  6      A.    You mean this document, right?

02:58:36  7      Q.    We can start there, yes.

02:58:40  8      A.    All right.  It's not entirely clear to me.

02:58:45  9      Q.    If you look on the third page of the

02:59:13  10  document, it has 171 at the bottom.  There's an

02:59:22  11  executive summary iPhone feedback.

02:59:24  12        Do you see that?

02:59:28  13      A.    Yes, I see it.

02:59:29  14      Q.    And it is written in Korean.

02:59:35  15      A.    Yes.

02:59:36  16      Q.    And generally as of this time period, late

02:59:43  17  2008, would you in the normal course of business review

02:59:52  18  executive summaries of consumer feedback on the design

02:59:56  19  of competitors' products?

03:00:22  20      A.    There are certain things that I would have

03:00:24  21  seen and some that I wouldn't have.

03:00:30  22      Q.    Okay.  Let's look at the executive summary

03:00:33  23  iPhone feedback.  The first point is that the iPhone is

03:00:44  24  the most preferred touch phone brand in all of the five

03:00:49  25  high-value segments.

03:00:51  1        Do you see that?

03:01:10  2    A.   I see it.

03:01:16  3    Q.   And was that your understanding as of late

03:01:21  4  2008, that the iPhone was the most preferred phone in

03:01:25  5  all of the high-value segments?

03:01:36  6        MR. ZELLER:  Lacks foundation as to the

03:01:43  7     document.

03:01:45  8    A.   That I am not too sure about.

03:01:45  9  BY MR. OVERSON:

03:01:55  10   Q.   The next bullet, it says, "Consumers

03:01:59  11  recognize the iPhone screen's centric design as the

03:02:04  12  touch phone standard."

03:02:06  13        As of late 2008, was it your view that the

03:02:09  14  iPhone had become the high standard for the touch phone

03:02:16  15  business?

03:02:41  16        MR. ZELLER:  Misstates the document, lacks

03:02:43  17     foundation as to the document.

03:03:03  18    A.   Well, this here is something, again, by

03:03:51  19  Gravity Tank.  And I don't know as to what the intent

03:03:55  20  or purpose of this research may or may not have been,

03:03:59  21  but personally I do not agree with what is stated here.

03:04:03  22        And with respect to it being screen centric

03:04:06  23  it is actually the phones made by Samsung that is being

03:04:09  24  screen centric phones.  And, as I'm sure you've seen,

03:04:14  25  Samsung has always worked very hard in terms of the

| | | |
|---|---|---|
| 03:04:17 | 1 | display aspects in terms of innovations in that regard. |
| 03:04:22 | 2 | And here domestically within Korea we had a |
| 03:04:25 | 3 | phone called the Haptic phone in which the -- it was a |
| 03:04:31 | 4 | touchscreen phone and it was a phone that was a very |
| 03:04:35 | 5 | big success with the Korean folks, certainly more so in |
| 03:04:39 | 6 | comparison to the iPhone, and something that people |
| 03:04:42 | 7 | loved.  It was a big hit. |
| 03:04:46 | 8 | Q.    Do you still sell the Haptic phone? |
| 03:05:05 | 9 | A.    The Haptic phone went through Haptic 1, |
| 03:05:22 | 10 | Haptic 2, Haptic 3, Yunah -- |
| 03:05:26 | 11 | LEAD INTERPRETER:  Y-u-n-a-h. |
| 03:05:31 | 12 | A.    -- Yunah Haptic, Haptic 4, 5, Haptic Pop. |
| 03:05:37 | 13 | So in other words, Haptic 1, Haptic 2.  So altogether I |
| 03:05:40 | 14 | believe we sold well over 3 million domestically here |
| 03:05:43 | 15 | in Korea around the same time.  And they have all been |
| 03:05:47 | 16 | switched over to the Galaxy line. |
| 03:05:54 | 17 | Q.    Did you ever sell the Haptic line in the |
| 03:05:57 | 18 | United States? |
| 03:06:05 | 19 | A.    My understanding is it went out under a |
| 03:06:08 | 20 | different name. |
| 03:06:09 | 21 | Q.    Do you know the name? |
| 03:06:12 | 22 | A.    Ah, no, I cannot recall. |
| 03:06:16 | 23 | Q.    Okay. |
| 03:06:19 | 24 | A.    The reason for that is because the carriers |
| 03:06:24 | 25 | change the names to their liking and sell them, so... |

| | | |
|---|---|---|
| 03:06:30 | 1 | Q.   There's a third bullet under Executive |
| 03:06:35 | 2 | Summary iPhone Feedback, and it relates to user |
| 03:06:39 | 3 | interface.  And I believe it says that the iPhone has |
| 03:06:45 | 4 | surpassed Nokia's, quote, easy-to-use, end quote, |
| 03:06:49 | 5 | concept and is being evaluated as a, quote, |
| 03:06:55 | 6 | sexy-to-use, end quote. |
| 03:07:24 | 7 | MR. ZELLER:  Misstates the document. |
| 03:08:09 | 8 | A.   Again, I'm repeating myself when I say that |
| 03:08:12 | 9 | this is something that Gravity Tank is stating.  It's |
| 03:08:16 | 10 | based upon their take on things.  I don't know if they |
| 03:08:19 | 11 | are of this opinion, but I personally differ, beg to |
| 03:08:22 | 12 | differ. |
| 03:08:24 | 13 | And as between Apple and Nokia, I think |
| 03:08:26 | 14 | Apple is a little better in terms of the UIC, but when |
| 03:08:31 | 15 | it comes to sexy to use and those emotional types of |
| 03:08:35 | 16 | things, I think Samsung is actually far better. |
| 03:08:39 | 17 | Samsung by way of its Haptic, the way we named it, the |
| 03:08:43 | 18 | Haptic, to begin with, say, by use of the Emoticons and |
| 03:08:47 | 19 | sexy to use, all right, attractiveness, so I think we |
| 03:08:52 | 20 | do far better in those areas. |
| 03:08:55 | 21 | Q.   Okay, I'm going to ask you about -- there's |
| 03:08:57 | 22 | a box at the bottom of the executive summary iPhone |
| 03:09:03 | 23 | feedback, and I'm going to ask you to read it, because |
| 03:09:10 | 24 | I don't have a clear translation of it.  And then I'm |
| 03:09:14 | 25 | going to ask you whether you agree with the finding. |

03:09:41   1          MR. ZELLER:  Objection as to form as to

03:09:43   2      "finding."

03:10:10   3          LEAD INTERPRETER:  The interpreter is

03:10:11   4      looking at page SAMNDCA 10805171.

03:10:21   5      A.    "Loyalty on the part of iPhone users is very

03:10:26   6   high based upon Apple's brand power and the intended

03:10:31   7   hard lock-in mechanism such that it appears it would be

03:10:38   8   difficult to induce customer exodus, arrow, rather than

03:10:49   9   a strategy of winning over existing iPhone users.  A

03:10:56   10  more effective strategy would appear to be one to

03:11:01   11  preempt the further influx of new customers."

03:11:08   12         LEAD INTERPRETER:  Interjection.  With

03:11:09   13     standard disclaimers that this is on-the-fly on

03:11:12   14      the part of the interpreter.

03:11:13   15         MR. OVERSON:  Thank you.

03:11:13   16  BY MR. OVERSON:

03:11:14   17     Q.    The first point was that Apple's brand power

03:11:18   18  is such that there's a hard lock-in and loyalty of

03:11:22   19  iPhone users and that they're hard to take away.

03:11:27   20         Do you agree with that?

03:11:44   21         MR. ZELLER:  Misstates the document.  Lacks

03:11:49   22      foundation as to the document.

03:11:52   23     A.    As I mentioned earlier, this document is by

03:12:03   24  Gravity Tank.  I personally do not know as to the exact

03:12:07   25  basis or the underlying intent here.  One thing I could

03:12:34    1   say about this, as I mentioned earlier, is, say when

03:12:38    2   you speak in terms of the iPhone, I do believe that it

03:12:40    3   is the case that in and amongst Apple-mania folk,

03:12:46    4   meaning pre-existing Apple-mania types of people, the

03:12:49    5   loyalty on such users' part is pretty high to my

03:12:53    6   understanding.

03:12:53    7   BY MR. OVERSON:

03:13:00    8    Q.   And is it your understanding that the

03:13:01    9   loyalty to Apple is not high amongst iPhone users who

03:13:05   10   didn't already own Apple products?

03:13:27   11      MR. ZELLER:   Question is vague.

03:13:31   12    A.   I'm sorry, I don't quite believe I'm able to

03:13:42   13   understand that question.   Could you run that by me

03:13:44   14   again, please?

03:13:44   15   BY MR. OVERSON:

03:13:50   16    Q.   I understood you to say that if people

03:13:53   17   already own an Apple device and buy an iPhone their

03:13:56   18   loyalty is high to the iPhone.

03:14:00   19      But do you have an understanding as to

03:14:03   20   whether people have high loyalty to the iPhone if they

03:14:07   21   buy the iPhone without ever having bought an Apple

03:14:10   22   device before?

03:14:47   23      MR. ZELLER:   Mischaracterizes the witness'

03:14:49   24    testimony.

03:14:53   25   A.   I don't quite know.

| | | |
|---|---|---|
| 03:14:53 | 1 | BY MR. OVERSON: |
| 03:14:56 | 2 | Q.    So the last sentence of the Executive |
| 03:15:01 | 3 | Summary iPhone Feedback suggested that Samsung focus |
| 03:15:12 | 4 | more on attracting new smartphone customers as opposed |
| 03:15:18 | 5 | to trying to take away Apple's existing customers. |
| 03:15:22 | 6 | Did Samsung follow that advice? |
| 03:15:47 | 7 | MR. ZELLER:  Lacks foundation as to the |
| 03:16:00 | 8 | document, assumes facts not in evidence as to |
| 03:16:02 | 9 | the document. |
| 03:16:08 | 10 | A.    Again, this is something by Gravity Tank |
| 03:16:35 | 11 | setting forth their opinion on these sorts of things. |
| 03:16:39 | 12 | And when it comes to strategy, there are, quite |
| 03:16:41 | 13 | frankly, lots of things. |
| 03:16:52 | 14 | (Discussion held between Lead Interpreter |
| 03:16:54 | 15 | and Check Interpreter.) |
| 03:16:54 | 16 | A.    You say that this is a proposal; well, we |
| 03:17:02 | 17 | tend to receive a lot of proposals.  There are lots of |
| 03:17:05 | 18 | research activities out there.  And we of our own |
| 03:17:12 | 19 | establish our directionality. |
| 03:17:12 | 20 | BY MR. OVERSON: |
| 03:17:20 | 21 | Q.    Did Samsung agree with the last sentence of |
| 03:17:28 | 22 | the executive summary on the iPhone that Gravity Tank |
| 03:17:35 | 23 | wrote? |
| 03:17:46 | 24 | MR. ZELLER:  Lacks foundation as to Samsung. |
| 03:18:26 | 25 | A.    You ask if Samsung was in agreement with |

03:18:29   1   that.  I don't know, because when you talk about

03:18:33   2   Samsung, first of all, in terms of management alone,

03:18:37   3   there are lots of folks who might be involved in any

03:18:40   4   decision-making process.  And with something like this,

03:18:43   5   this might entail a number of folks coming together

03:18:47   6   from design, technology, management in order to form

03:18:53   7   some sort of a decision.  And it's not like you get to

03:18:57   8   form a full consensus on, say, some singular issue, as

03:19:04   9   have we here.

03:19:05   10       MR. OVERSON:  Shall we take a break?

03:19:07   11       MR. ZELLER:  Thank you.

03:19:07   12       VIDEOGRAPHER:  Going off the record.  The

03:19:09   13   time is 3:19.

03:32:45   14       (A recess was taken.)

03:32:45   15       VIDEOGRAPHER:  Back on the record.  The time

03:32:47   16   is 3:32.

12:02:57   17       (Exhibit 2152 was marked for

03:33:07   18   identification.)

03:33:07   19   BY MR. OVERSON:

03:33:07   20       Q.   Mr. Chang, you mentioned McKinsey and

03:33:10   21   Company earlier, and I'm handing you a document that

03:33:13   22   has McKinsey and Company at the bottom of it.  It's a

03:33:19   23   Power Point.  Its numbers are SAMNDCA 10807316 through

03:33:27   24   387.

03:33:29   25       And it says, "Confidential winning and

03:58:34 1 crisis. And I'm thinking, gosh, here's a, you know,

03:58:37 2 great company, a company that does well on its own and

03:58:42 3 they're talking about crisis. What the hey, I say.

03:58:45 4 As you know, the thing is the competition is

03:58:48 5 fierce out there. The mighty Motorola has been felled,

03:58:52 6 as has been the case of Nokia, Rim. You know, every

03:58:58 7 year the rankings tend to change, and so everybody is

03:59:02 8 always emphasizing, he, the man, is always emphasizing

03:59:06 9 the fact that we're in a crisis mode. And when you say

03:59:08 10 to me, sir, that J.K. Shin says crisis, not surprising

03:59:12 11 at all.

03:59:23 12 (Exhibit 2153 was marked for

03:59:24 13 identification.)

03:59:24 14 MR. OVERSON: Mr. Zeller, you might want the

03:59:39 15 one that's translated.

03:59:41 16 MR. ZELLER: Oh, I have one. I've seen this

03:59:46 17 in other depositions.

03:59:46 18 BY MR. OVERSON:

03:59:56 19 Q. We have marked as Exhibit 2153 an e-mail

03:59:59 20 chain that has the numbers SAMNDCA 10247373 through 78.

04:00:10 21 And if you start with the -- first e-mail

04:00:32 22 would be towards the back of the document. It's on a

04:00:45 23 page that ends in 375. And it seems to be sent by

04:00:57 24 Hyesun Kim, manager of G5 Wireless communication

04:01:02 25 design.

| | | |
|---|---|---|
| 04:01:17 | 1 | It's dated February 10th, 2010.  The title |
| 04:01:20 | 2 | is Summary of Executive Level Meeting Supervised By |
| 04:01:24 | 3 | Head of Division. |
| 04:01:26 | 4 | And you'll see on the -- if you go down, |
| 04:02:00 | 5 | there's an attendees list, and you're listed as the |
| 04:02:02 | 6 | first person on the attendees list.  Do you see that? |
| 04:02:10 | 7 | A.    That is correct.  I was there at this |
| 04:02:13 | 8 | meeting. |
| 04:02:21 | 9 | Q.    Okay.  I see -- let me make sure I find the |
| 04:02:42 | 10 | right spot on the Korean version. |
| 04:02:54 | 11 | So on the page that has 77 at the bottom. |
| 04:03:01 | 12 | A.    All right. |
| 04:03:07 | 13 | Q.    At the top, let's see, the second paragraph |
| 04:03:11 | 14 | down, it says, "Influential figures outside the company |
| 04:03:16 | 15 | come across the iPhone and they point out that Samsung |
| 04:03:19 | 16 | is dozing off." |
| 04:03:21 | 17 | Do you see that? |
| 04:03:35 | 18 | A.    I see it. |
| 04:03:36 | 19 | Q.    Did Mr. Shin say that at the meeting? |
| 04:03:46 | 20 | A.    Well, we're talking about things from a few |
| 04:03:55 | 21 | years back, and I'm not able to exactly recall each and |
| 04:03:58 | 22 | every word as such, but I do understand the context |
| 04:04:08 | 23 | thereof and I generally recall that context. |
| 04:04:33 | 24 | And as I mentioned earlier, it's always like |
| 04:04:36 | 25 | that.  He says, let's do better.  Come on.  This is an |

| | | |
|---|---|---|
| 04:04:40 | 1 | emergency.  We're in a crisis mode.  How should I say? |
| 04:04:43 | 2 | The man likes ringing the warning bell, sounding the |
| 04:04:48 | 3 | alarm.  He's a driver -- |
| 04:04:55 | 4 | (Discussion held between Lead Interpreter |
| 04:04:56 | 5 | and Check Interpreter.) |
| 04:04:56 | 6 | A.    -- again, here, as usual. |
| 04:04:56 | 7 | BY MR. OVERSON: |
| 04:05:03 | 8 | Q.    The next paragraph states, "All this time |
| 04:05:06 | 9 | we've been paying all our attention to Nokia and |
| 04:05:09 | 10 | concentrated our efforts on things like folder, bar, |
| 04:05:13 | 11 | slide; yet when our UX is compared to the unexpected |
| 04:05:19 | 12 | competitor Apple's iPhone, the difference is truly that |
| 04:05:23 | 13 | of heaven and earth." |
| 04:05:28 | 14 | This was a criticism of Samsung's user |
| 04:05:35 | 15 | interface, true? |
| 04:05:57 | 16 | MR. ZELLER:  Assumes facts. |
| 04:05:59 | 17 | A.    You said is it true?  I do not think that to |
| 04:06:02 | 18 | be true. |
| 04:06:02 | 19 | BY MR. OVERSON: |
| 04:06:09 | 20 | Q.    Do you recall that Mr. Shin said words to |
| 04:06:14 | 21 | these effect, if not these exact words, he said words |
| 04:06:18 | 22 | to these effect at the meeting? |
| 04:07:18 | 23 | A.    With respect to the significance of |
| 04:07:20 | 24 | something like this, as you, Counsel, seem to be |
| 04:07:25 | 25 | suggesting, I think what's important here is the |

04:07:27  1  context; the overall context being, hey, guys, let's do

04:07:31  2  a great job.  It's not -- it's in the sense that with

04:07:36  3  respect to whatever company out there, whoever they be,

04:07:41  4  we do well in comparison to every other single

04:07:44  5  competitor out there.  It says a lot of things here

04:07:48  6  about what shall be done or whatever in terms of the

04:07:51  7  Apple iPhone and such, but I think what's important

04:07:54  8  here is the context.

04:07:56  9        And I do not recall as to every single word

04:07:59  10  that may have been spoken there, but I have to

04:08:05  11  understand very well the context of the day.

04:08:09  12        CHECK INTERPRETER:  "And also recall clearly

04:08:11  13   as to the context where these things were said."

04:08:11  14  BY MR. OVERSON:

04:08:16  15   Q.   And when Mr. Shin spoke to you at this

04:08:20  16  meeting, you understood that he was saying that Apple's

04:08:25  17  iPhone and its user interface were superior to that of

04:08:34  18  Samsung's products at the time, true?

04:08:59  19        MR. ZELLER:  Mischaracterizes the document.

04:09:06  20   A.   My understanding, my recollection is that

04:09:10  21  the man was saying, do well in terms of the UI.

04:09:10  22  BY MR. OVERSON:

04:09:19  23   Q.   And Mr. Shin told you at that meeting that

04:09:21  24  he saw a, quote, crisis of design, end quote, true?

04:09:53  25   A.   I see where it reads a crisis in design;

04:09:55    1  however, not that I actually recall him saying that,

04:09:58    2  the fact is, "crisis" as a word is something that we

04:10:00    3  hear so often that even if he did say that, it's not

04:10:04    4  surprising at all.

04:10:08    5    Q.   If you read down two paragraphs from where

04:10:13    6  it says "It's a crisis of design," there's a paragraph

04:10:18    7  about the way the mobile communications division has

04:10:23    8  worked in the past being diligent and modifying designs

04:10:29    9  when customers wanted them but that that style of

04:10:40   10  business won't work anymore now that the iPhone has

04:10:44   11  arrived.

04:10:45   12     Do you see that?

04:11:15   13     MR. ZELLER:  Mischaracterizes the document.

04:11:28   14    A.   As I mentioned earlier, my recollection is

04:11:30   15  that the man was saying, let's do a great job, let's do

04:11:34   16  well.

04:11:34   17  BY MR. OVERSON:

04:11:36   18    Q.   So what did you understand the comment that

04:11:39   19  "The iPhone's emergence means the time we have to

04:11:43   20  change our methods has arrived"?

04:11:46   21     How does the iPhone's emergence mean that

04:11:50   22  Samsung had to change its methods?  What was your

04:11:54   23  understanding of that comment?

04:12:17   24     MR. ZELLER:  Assumes facts, asked and

04:12:19   25   answered.

04:13:03  1    A.    Again, as I've been continually telling you,

04:13:07  2    the point here was that the overall direction of the

04:13:10  3    business was moving from one that was a hardware

04:13:14  4    oriented type of business to a software plus contents

04:13:18  5    type of business; that the establishment of an

04:13:25  6    ecosystem as such was the way business was changing and

04:13:29  7    that such was the trend, not just on Apple's part, but

04:13:33  8    on the part of the industry as a whole in terms of the

04:13:36  9    trend that we also ought to be changing in that sort of

04:13:40  10   a way.  That's what my understanding was.

04:13:40  11  BY MR. OVERSON:

04:13:45  12    Q.    If you look earlier in the document, after

04:13:50  13  Mr. Hyesun Kim sent this on February 10th, 2010, there

04:13:59  14  was a reply from Eun-Jung Ko.

04:14:24  15    A.    Eun-Jung Ko.

04:14:27  16        LEAD INTERPRETER:  And general spelling for

04:14:27  17    madame reporter, E-u-n, dash, J-u-n-g, last name

04:14:32  18    K-o.

04:14:33  19  BY MR. OVERSON:

04:14:34  20    Q.    And who is Mr. Ko?  Or Ms.

04:16:37  21        Have you had a chance to review the

04:16:39  22  document, Mr. Chang?

04:16:41  23    A.    Yes.

04:16:42  24    Q.    And Ms. Ko, she works in your department; is

04:16:50  25  that right?

04:16:53  1    A.    That is right.

04:16:54  2    Q.    And she wrote additions and corrections to

04:16:58  3  the summary of the meeting; is that true?

04:17:09  4        MR. ZELLER:  Lacks foundation as to the

04:17:10  5      document.

04:17:12  6    A.    Well, it is true that this is by Eun-Jung

04:17:32  7  Ko, but it's the same as in the previous case, I cannot

04:17:36  8  have any certainty that what this individual or as to

04:17:39  9  the other individual, you know, what they say.  I don't

04:17:41  10  know if it's 100 percent accurate or what.

04:17:41  11  BY MR. OVERSON:

04:17:47  12    Q.    Is it the normal practice at Samsung after

04:17:50  13  such a meeting to write up a summary?

04:18:04  14        MR. ZELLER:  Question is overbroad, vague.

04:18:14  15    A.    It's a case-by-case situation, it's

04:18:16  16  different.

04:18:16  17  BY MR. OVERSON:

04:18:17  18    Q.    And when such a summary is made of a meeting

04:18:20  19  that you attended, would it be the normal practice that

04:18:23  20  you would receive that summary?

04:18:34  21    A.    Well, sometimes I would and sometimes not.

04:18:45  22        MR. OVERSON:  Okay.  I think we have to

04:18:47  23      change the tape.

04:18:48  24        VIDEOGRAPHER:  This marks the end of

04:18:49  25      videotape number 3 in the deposition of Dong

| | | |
|---|---|---|
| 04:18:53 | 1 | Hoon Chang.  Going off the record.  The time is |
| 04:18:55 | 2 | 4:18. |
| 04:32:00 | 3 | (A recess was taken.) |
| 04:32:00 | 4 | VIDEOGRAPHER:  Back on the record.  This |
| 04:32:24 | 5 | marks the beginning of videotape number 4 in the |
| 04:32:27 | 6 | deposition of Dong Hoon Chang.  The time is |
| 04:32:31 | 7 | 4:32. |
| 04:32:32 | 8 | BY MR. OVERSON: |
| 04:32:32 | 9 | Q.   We were looking at Exhibit 2153.  And if you |
| 04:32:36 | 10 | would, could you turn to the page that has 374 at the |
| 04:32:41 | 11 | end.  And you'll see in the middle of the page there is |
| 04:32:59 | 12 | a "JK" with an exclamation point. |
| 04:33:07 | 13 | Have you found that?  I can show you if that |
| 04:33:10 | 14 | helps. |
| 04:33:16 | 15 | MR. ZELLER:  The part where it says, "All |
| 04:33:18 | 16 | the carriers tell me"? |
| 04:33:22 | 17 | MR. OVERSON:  Yes. |
| 04:33:22 | 18 | BY MR. OVERSON: |
| 04:33:25 | 19 | Q.   Okay.  Have you found where I am? |
| 04:33:27 | 20 | A.   Yes. |
| 04:33:27 | 21 | Q.   It says, "All the carriers tell me, 'Hey, |
| 04:33:36 | 22 | JK, your phones have great technological prowess and |
| 04:33:41 | 23 | everything's great, but it's hard to sell them as |
| 04:33:46 | 24 | high-end phones.'" |
| 04:33:47 | 25 | Did Mr. Shin say that at meeting? |

| | | |
|---|---|---|
| 04:34:04 | 1 | MR. ZELLER:  Mischaracterizes the document, |
| 04:34:09 | 2 | incomplete. |
| 04:34:17 | 3 | A.    As I mentioned earlier, sir, I am not the |
| 04:35:03 | 4 | one who wrote this.  And I cannot quite speak as to the |
| 04:35:06 | 5 | accuracy of this.  For that it's an entirely different |
| 04:35:10 | 6 | matter.  In other words, I'm saying, I don't know as to |
| 04:35:14 | 7 | that.  What I do know, however, having been there |
| 04:35:17 | 8 | myself, is the context in which JK said what he said. |
| 04:35:20 | 9 | Not that I recall things word by word, but I know what |
| 04:35:24 | 10 | the man said.  I know best about that.  In fact, what |
| 04:35:28 | 11 | he was saying was, let's do well, let us not rest on |
| 04:35:34 | 12 | our laurels, let us do a good job. |
| 04:35:34 | 13 | BY MR. OVERSON: |
| 04:35:38 | 14 | Q.    Okay.  Two paragraphs down from there I see |
| 04:35:42 | 15 | the following statement, "I hear things like this, |
| 04:35:46 | 16 | 'Let's make something like the iPhone.'" |
| 04:35:48 | 17 | Do you see that?  What I'm going to ask you |
| 04:35:52 | 18 | is, did Mr. Shin say that at the meeting? |
| 04:36:12 | 19 | MR. ZELLER:  Mischaracterizes the document. |
| 04:36:17 | 20 | A.    I don't recall.  And likewise, it's the same |
| 04:36:34 | 21 | thing, the guy was saying, let's do well, let's come up |
| 04:36:37 | 22 | with something good. |
| 04:36:37 | 23 | BY MR. OVERSON: |
| 04:36:40 | 24 | Q.    The next paragraph reads, "When everybody, |
| 04:36:43 | 25 | both consumers and the industry, talk about UX, they |

04:36:47  1  weigh it against the iPhone.  The iPhone has become the

04:36:50  2  standard.  That's how things are already."

04:36:54  3        Did Mr. Shin say that at the meeting?

04:37:25  4    A.  I don't recall.  And parenthetically it

04:37:36  5  says, "Consumer as well as industry altogether," close

04:37:42  6  paren.  Quite frankly, I don't know.  I'm somewhat

04:37:45  7  dubious as to whether this person accurately summarized

04:37:48  8  things.

04:38:07  9    Q.  Okay.  The next paragraph says, "Do you know

04:38:12  10  how difficult the Omnia is to use?  When you compare

04:38:16  11  the 2000 [sic] version of the iPhone with our current

04:38:21  12  Omnia, can you honestly say the Omnia is better?  If

04:38:26  13  you compare the UX with the iPhone it's a difference

04:38:30  14  between heaven and earth."

04:38:32  15        Did Mr. Shin say that at the meeting?

04:38:59  16    A.  I don't recall.  And certainly not on a

04:39:16  17  word-by-word basis.  And further, I don't know if this

04:39:20  18  is an accurate summation.  And as I mentioned earlier,

04:39:22  19  the overall gist was -- the overall context was that,

04:39:28  20  let us do well, let us not rest on our present laurels.

04:39:35  21    Q.  So did you take away the message from

04:39:42  22  Mr. Shin from this meeting that Samsung needed to learn

04:39:46  23  the wisdom from the iPhone and its success?

04:40:02  24        MR. ZELLER:  Assumes facts, vague.

04:40:15  25    A.  Sir, as I mentioned earlier, when the

04:40:54  1  competition puts out products, new products out there,

04:40:57  2  we do benchmarking and what have you.  But to say that,

04:41:04  3  geez, we try to do things the way some other particular

04:41:09  4  phone does things, that we try to emulate them, that's

04:41:14  5  totally -- that cannot be.

04:41:14  6  BY MR. OVERSON:

04:41:33  7     Q.   Did you attend a meeting regarding the

04:41:36  8  Lismore product where the CEO GS Choi strongly

04:41:42  9  criticized Samsung's user interface division?

04:42:09  10     A.   I don't recall.

04:42:20  11       (Exhibit 2154 was marked for

04:42:30  12  identification.)

04:42:30  13  BY MR. OVERSON:

04:42:33  14     Q.   This is an e-mail string.  Starts off

04:42:37  15  SAMNDCA 10247549 and it goes to 52.

04:42:45  16       And at the top of the first string is an

04:42:53  17  e-mail -- I'm sorry, on the first page is an e-mail

04:42:57  18  from Sung Sik Lee.  It's dated Tuesday, March 2nd,

04:43:04  19  2010.  Subject:  To UX executives.

04:43:08  20       Do you know who Sung Sik Lee is?

04:43:31  21     A.   Yes, I do.

04:43:32  22     Q.   Who is he?

04:43:34  23     A.   He reports to me.  And he was a director who

04:43:50  24  was charged with the UI, meaning the UX.

04:43:58  25     Q.   And in March of 2010 were you on the list of

04:44:03   1   UX executives who would receive reports like this?

04:44:21   2   A.   This type of a report you say?

04:44:23   3   Q.   Yes.

04:44:25   4   A.   That's right.  However, I, of course, do not

04:44:33   5   get to see everything.

04:44:37   6   Q.   You see at the top of the front page of the

04:44:42   7   exhibit it says, "Importance high," then, this is

04:44:49   8   principal Sung Sik Lee, "At the Lismore conference

04:44:56   9   yesterday, CEO Gee-Sung Choi strongly criticized

04:45:02   10   Samsung's UX's mindset of, quote, clinging to the past

04:45:06   11   generation, end quote"?

04:45:08   12        Do you recall that meeting at the Lismore

04:45:12   13   conference?

04:45:52   14   A.   Yeah, I think I -- yes, I think there was

04:45:56   15   something like that.

04:46:03   16        Now, whereas it reads with respect to the

04:46:08   17   parties receiving this, it says UX officers.  I -- may

04:46:12   18   I ask Mr. Interpreter how that was earlier translated?

04:46:16   19        LEAD INTERPRETER:  Interjection by the

04:46:19   20        interpreter.  The interpreter did not say that,

04:46:26   21        counsel did.

04:46:37   22   A.   Oh, okay, yeah, I understand.  All right

04:46:38   23   then.

04:46:39   24        As for this e-mail, this is the first time

04:46:41   25   I'm seeing this.  Because when you say officers, that

04:46:44   1   means UX officers, managers and so forth.

04:46:57   2        (Discussion held between Lead Interpreter

04:46:59   3   and Check Interpreter.)

04:46:59   4   A.   So manager level people.

04:47:01   5   BY MR. OVERSON:

04:47:02   6   Q.   Do you recall the meeting?

04:47:08   7   A.   Yes, there was a meeting.

04:47:11   8   Q.   And you attended?

04:47:14   9   A.   Yes, I -- yeah, that is my recollection.

04:47:20   10   Q.   And do you recall the CEO of your company

04:47:24   11   stating that you needed to learn through the lessons of

04:47:30   12   the iPhone in your UX development?

04:48:07   13   A.   It really is the same to the context with

04:48:11   14   respect to J.K. Shin.  My understanding is that the man

04:48:15   15   was saying, do well, come up with the best thing out

04:48:19   16   there.  Up the ante in comparison to what we've got

04:48:24   17   right now.

04:48:32   18   Q.   So in the fourth paragraph down it says,

04:48:35   19   "Ultimately we must learn through the lessons of the

04:48:39   20   iPhone that it is insufficient only to provide good

04:48:42   21   features."

04:48:43   22        Do you recall the iPhone being discussed at

04:48:45   23   the Lismore conference in March of 2010?

04:49:24   24   A.   I'm sorry, Mr. Interpreter, how was that?

04:49:28   25        LEAD INTERPRETER:  The interpreter will

04:49:29  1   repeat.

04:49:30  2   A.   Mr. Interpreter, just the last part of the

04:49:32  3   question.

04:49:44  4       MR. ZELLER:  Excuse me.  Question lacks

04:49:47  5   foundation as to the document.  It's also vague

04:49:50  6   and ambiguous at this point as to what's being

04:49:52  7   asked because it's compound.

04:50:01  8   A.   No.  And...

04:50:43  9       No, because this is something that's written

04:50:46  10  by this director.  And what he himself is stating as

04:50:51  11  per this paragraph that essentially reads, in effect,

04:50:55  12  that just providing everything -- something that's good

04:51:04  13  to everybody is not the end all and be all...

04:51:10  14      Firstly, about that, this is not exactly --

04:51:13  15  this is but this person's opinion.  This is what this

04:51:18  16  person is saying, this individual.  He is not quoting

04:51:24  17  the words of CEO Gee-Sung Choi.

04:51:40  18      And further, when you look at the overall

04:51:42  19  context of this, they're not saying, let us come up

04:51:46  20  with an iPhone-like UX; they're saying, let's come up

04:51:50  21  with a great UX.  In fact, the way in which we mull

04:51:58  22  over things is mostly in terms of how we can come up

04:52:01  23  with a UX that's different from the iPhone's UX.

04:52:22  24      (Exhibit 2155 was marked for

04:52:23  25  identification.)

04:52:23    1    BY MR. OVERSON:

04:52:24    2    Q.   Handed you another document.  It's Exhibit

04:52:27    3    2155.  It's dated the same day as that last exhibit,

04:52:31    4    March 2nd, 2010.  On the front cover it says, Relative

04:52:48    5    Evaluation Report on S1 iPhone.

04:52:53    6        Do you see that?

04:52:57    7    A.   Yes.

04:53:01    8    Q.   Is the S1 the product that became the

04:53:09    9    Galaxy?

04:53:19   10    A.   That's correct.

04:53:20   11    Q.   And this document goes through -- I'll give

04:53:38   12    the number, it's SAMNDCA 203880 through 4010.

04:54:03   13        And it compares the user interface of the

04:54:05   14    iPhone with the S1 product.

04:54:15   15        MR. ZELLER:  Not a question as far as I can

04:54:19   16     ascertain.  Also lacks foundation.

04:54:30   17        MR. OVERSON:  It was not a question.  I'm

04:54:33   18     just letting him interpret as I go.

04:54:35   19        MR. ZELLER:  I see.  I'll wait then.

04:54:42   20    BY MR. OVERSON:

04:54:43   21    Q.   So at this point, March 2010, I take it you

04:54:46   22    were still interested in the kind of user interface

04:54:53   23    that Samsung would put in its newest generation phone,

04:54:57   24    true?

04:54:59   25        LEAD INTERPRETER:  Interjection by the

| | | |
|---|---|---|
| 04:55:00 | 1 | interpreter.  The "you" as in the witness or... |
| 04:55:03 | 2 | MR. OVERSON:  Yes. |
| 04:55:04 | 3 | LEAD INTERPRETER:  With that understanding, |
| 04:55:05 | 4 | thank you. |
| 04:55:30 | 5 | MR. ZELLER:  Objection, vague. |
| 04:55:43 | 6 | A.   Well, this is, in fact, after I was put in |
| 04:56:24 | 7 | charge of the overall mobile group.  I, as such, was |
| 04:56:29 | 8 | tasked with the entire group, and it was after I was |
| 04:56:33 | 9 | promoted to SVP.  And of course, although I would get |
| 04:56:38 | 10 | furnished with reports as to the overall state of |
| 04:56:42 | 11 | things, and, yes, indeed the buck stops with me in an |
| 04:56:47 | 12 | overall sense in terms of design, but in actuality -- |
| 04:56:56 | 13 | CHECK INTERPRETER:  "I have the overall |
| 04:56:57 | 14 | responsibility." |
| 04:56:58 | 15 | LEAD INTERPRETER:  Thank you. |
| 04:56:59 | 16 | A.   I have the overall responsibility as far as |
| 04:57:01 | 17 | design is concerned, but in actuality there is the |
| 04:57:04 | 18 | actual working level staff, and then there are |
| 04:57:07 | 19 | directors, there are vice-presidents.  For instance, on |
| 04:57:10 | 20 | the UX side there's the UX VP.  On the product design |
| 04:57:14 | 21 | side there's the product design VP. |
| 04:57:14 | 22 | BY MR. OVERSON: |
| 04:57:21 | 23 | Q.   Were you aware in March of 2010 that Samsung |
| 04:57:27 | 24 | employees were going through each user interface |
| 04:57:32 | 25 | feature of an iPhone and comparing it to the S1 so that |

04:57:41    1   they could see whether to add that feature to the S1 or

04:57:46    2   not?

04:57:58    3        MR. ZELLER:  Lacks foundation as to the

04:58:18    4        document, vague.

04:58:22    5      A.   First of all, this is the first time I'm

04:58:34    6   seeing this document.  And this document is not by our

04:58:36    7   design team, but by the technology team.

04:58:44    8        Let me just peruse through it.

04:59:47    9        As I mentioned earlier, whenever a new

04:59:56   10   product is put out, we generally conduct benchmarking.

05:00:00   11   And I think this is something that comes by way of such

05:00:03   12   benchmarking.  But as I mentioned earlier, this is not

05:00:18   13   by our department and it's certainly not by me.

05:00:18   14   BY MR. OVERSON:

05:00:31   15      Q.   And there are a number of differences that

05:00:35   16   are noted between the S1's user interface and the

05:00:38   17   iPhone.  And then there are directions for improvement

05:00:42   18   whereby the S1 will be updated to have the same

05:00:50   19   functionality as the iPhone.  Can you see that?

05:00:54   20        MR. ZELLER:  Hold on.  For the record,

05:01:21   21        that's obviously grossly mischaracterizes the

05:01:24   22        document and is argumentative.

05:01:25   23        And for the record, this is an extremely

05:01:27   24        long document that the witness has testified he

05:01:30   25        has never seen before, so to purport to

| | | |
|---|---|---|
| 05:01:36 | 1 | summarize it in that fashion is really improper. |
| 05:01:39 | 2 | I'm going to say to the witness that if he |
| 05:01:41 | 3 | wants you to provide a summary of this kind of |
| 05:01:43 | 4 | document you have not seen before, you need to |
| 05:01:45 | 5 | read every page of it. |
| 05:01:47 | 6 | I mean, this is an absolutely ludicrous |
| 05:01:50 | 7 | exercise with a top executive of this company. |
| 05:01:53 | 8 | He's already told you that this is not his |
| 05:01:56 | 9 | document, it's not his group, he has not seen it |
| 05:01:58 | 10 | here before. And your conduct is grossly |
| 05:02:00 | 11 | improper. |
| 05:02:15 | 12 | Is Apple going to produce Tim Cook so we can |
| 05:02:19 | 13 | go through voluminous documents he's never seen |
| 05:02:23 | 14 | before and ask him to interpret and read them |
| 05:02:26 | 15 | for us? Is that Apple's position? |
| 05:02:46 | 16 | BY MR. OVERSON: |
| 05:03:14 | 17 | Q. Mr. Chang, could you turn to the last page |
| 05:03:16 | 18 | of the exhibit, please. And we'll take this last page |
| 05:03:28 | 19 | as an example page rather than the broader question. |
| 05:03:36 | 20 | This page relates to the graphical user |
| 05:03:46 | 21 | interface of the menu icons. And it shows a picture of |
| 05:03:50 | 22 | the iPhone icons across from the S1 icons. |
| 05:04:12 | 23 | And in the heading it says, "Graphical user |
| 05:04:19 | 24 | interface of the menu icons are monotonous. |
| 05:04:25 | 25 | "iPhone: It maximizes a three-dimensional |

| Time | Line | Text |
|---|---|---|
| 05:04:29 | 1 | effect utilizing the light and the curve of icon frames |
| 05:04:32 | 2 | is smooth. |
| 05:04:33 | 3 | "S1: There is no feeling of light coming in |
| 05:04:36 | 4 | and the smoothness in icon's edge curves fall short." |
| 05:04:40 | 5 | Do you see where I'm reading? |
| 05:05:34 | 6 | MR. ZELLER: Question lacks foundation as to |
| 05:05:35 | 7 | this document. |
| 05:05:56 | 8 | A. As I mentioned before, sir, this is not by |
| 05:06:27 | 9 | our department. It's not by me. I don't know as to |
| 05:06:30 | 10 | the basis on which this is written as to what the |
| 05:06:33 | 11 | intent may have been. And here I see what it reads, |
| 05:06:38 | 12 | but I don't agree with this whatsoever. |
| 05:06:42 | 13 | And when it comes to the usage of icons in |
| 05:06:46 | 14 | this sort of a fashion, that is something that had been |
| 05:06:49 | 15 | there well before the iPhone. Our company did it that |
| 05:06:53 | 16 | way. That's the style of things that the industry in |
| 05:06:56 | 17 | general has been doing things. |
| 05:06:56 | 18 | BY MR. OVERSON: |
| 05:07:14 | 19 | Q. There was a suggestion here to implement |
| 05:07:22 | 20 | icons to become more luxurious and smooth by providing |
| 05:07:27 | 21 | effects of light and remove a feeling of rigidness by |
| 05:07:31 | 22 | making the edge curve more smooth. |
| 05:07:34 | 23 | Do you know, did they do that? Did Samsung |
| 05:07:36 | 24 | do that change? |
| 05:07:56 | 25 | MR. ZELLER: Lacks foundation as to the |

| | | |
|---|---|---|
| 05:08:18 | 1 | document, asked and answered. |
| 05:08:55 | 2 | A.   As I mentioned earlier, sir, this document |
| 05:08:57 | 3 | is not by the design department.  This is the first |
| 05:08:59 | 4 | time I'm seeing it.  And you talk about the suggestion. |
| 05:09:02 | 5 | I think you can see for yourself we didn't.  And, in |
| 05:09:06 | 6 | fact, when you look at the very last reference here, it |
| 05:09:09 | 7 | states, in effect, that we want to -- we will want to |
| 05:09:13 | 8 | differentiate things so as to ensure that we do not |
| 05:09:16 | 9 | look like the iPhone. |
| 05:09:16 | 10 | BY MR. OVERSON: |
| 05:09:20 | 11 | Q.   How did you differentiate the icons on the |
| 05:09:26 | 12 | Galaxy phone so that they looked different from the |
| 05:09:30 | 13 | icons on the iPhone? |
| 05:09:41 | 14 | MR. ZELLER:  Question is overbroad. |
| 05:09:51 | 15 | A.   Quite frankly, sir, just because something |
| 05:10:33 | 16 | might have a certain silhouette as to the outer, say, |
| 05:10:37 | 17 | boundary doesn't make it the same.  When it comes to |
| 05:10:40 | 18 | the use of icons, what's important are the individual |
| 05:10:44 | 19 | coloration schemes, the shapes, the styles.  Indeed, |
| 05:10:49 | 20 | there are a myriad of things that are involved. |
| 05:10:52 | 21 | When you speak as to differentiating things, |
| 05:10:55 | 22 | just because something is within, say, a similar |
| 05:10:59 | 23 | looking, say -- |
| 05:11:02 | 24 | LEAD INTERPRETER:  Strike. |
| 05:11:03 | 25 | A.   Just because something may be similarly |

05:11:06    1   within a square, that doesn't mean that all icons are

05:11:12    2   the same, for they are different.  In fact, when you

05:11:14    3   look at the other phones out there in the market you

05:11:17    4   will see that most of them all have these -- are all

05:11:20    5   found within these squarish boxes.

05:11:20    6   BY MR. OVERSON:

05:11:29    7       Q.    The last page of this exhibit has 4010 on

05:11:33    8   it.  In the GT-I9000 side, is that the same as the S1,

05:11:41    9   GT-I9000?

05:11:55   10           MR. ZELLER:  Lacks foundation as to this

05:11:57   11       document.

05:12:04   12       A.    Well, my recollection is not entirely

05:12:07   13   certain.  I think not.  When I -- but as I look at

05:12:14   14   this, there's the S1 and a whole bunch of other things

05:12:18   15   too, I think.  Iris, the I9000, the GT-I9000.  And as

05:12:37   16   such, I'm not sure if it is or isn't the S1.

05:12:37   17   BY MR. OVERSON:

05:12:41   18       Q.    Okay.  If you look on that same page it

05:12:44   19   discusses S1 in the heading.  Do you see that?

05:12:48   20       A.    Yes.  Yes.

05:12:49   21       Q.    And there was a phone called the I9000 that

05:12:53   22   ended up being released as a Galaxy phone, right?

05:13:07   23       A.    Yes, there was one that was put out as the

05:13:11   24   I9000, but it is not entirely clear to me as to whether

05:13:15   25   that coincides with the S1 or not.  I think it might be

| | | |
|---|---|---|
| 05:13:23 | 1 | either the S1 or maybe one of two other phones. |
| 05:13:29 | 2 | Q.   If you look on that same last page |
| 05:13:31 | 3 | underneath GT-I9000, the third statement next to the |
| 05:13:36 | 4 | image of the icons, the Samsung icon, it says, "Strong |
| 05:13:43 | 5 | feeling that the iPhone's icon concept has been |
| 05:13:48 | 6 | copied." |
| 05:13:49 | 7 | Do you see that? |
| 05:14:12 | 8 | A.   Here it reads "Feeling."  As to this |
| 05:14:35 | 9 | feeling, who this individual was, what kind of |
| 05:14:37 | 10 | expertise that person comes with, what the overall |
| 05:14:43 | 11 | artistic feeling of that person may or may not be, I |
| 05:14:49 | 12 | have no idea.  This is a rather subjective statement |
| 05:14:53 | 13 | and I cannot agree with this at all. |
| 05:15:00 | 14 | Q.   Did anyone ever come to you from any source |
| 05:15:03 | 15 | since you've been in charge of design at Samsung and |
| 05:15:05 | 16 | say, your icons on your user interface look too much |
| 05:15:17 | 17 | like the ones from the iPhone? |
| 05:15:27 | 18 | MR. ZELLER:  Mischaracterizes the document, |
| 05:15:43 | 19 | mischaracterizes the witness' testimony. |
| 05:15:56 | 20 | A.   No. |
| 05:15:56 | 21 | BY MR. OVERSON: |
| 05:16:05 | 22 | Q.   Do you believe that the icons on the Galaxy |
| 05:16:08 | 23 | series products look similar to the icons on iPhone |
| 05:16:17 | 24 | products? |
| 05:16:30 | 25 | MR. ZELLER:  Question's overbroad. |

06:29:04    1        Again, we've got a number of things ongoing

06:29:08    2    concurrently.  We prepare as to those contingencies.

06:29:12    3    And there's the basic form, all right, plus a number of

06:29:16    4    different variations on it, including certain ensuing

06:29:21    5    possibilities that are also taken into consideration as

06:29:23    6    part of our overall review.

06:29:23    7    BY MR. OVERSON:

06:29:33    8      Q.    Did you make alternative models for

06:29:39    9    President Shin to review for the new flagship product

06:29:46   10    in response to this e-mail?

06:30:10   11      A.    Yes, we did, but I don't think we came up

06:30:25   12    with a QWERTY product.  We did consider that at the

06:30:31   13    onset, but later on we chose not to include that --

06:30:35   14        (Discussion held between Lead Interpreter

06:30:37   15    and Check Interpreter.)

06:30:37   16      A.    -- to my recollection.

06:30:39   17        After all, this request is something coming

06:31:00   18    from the team leader for strategic marketing.

06:31:05   19    Mr. Shin, for his part was saying, oh, I think I'd like

06:31:10   20    to see such and such a thing.  But to that, I think

06:31:13   21    what was happening here was the head of strategic

06:31:15   22    marketing was saying, and while at it, why not QWERTY

06:31:18   23    as well.  But basically we did not come to include

06:31:22   24    QWERTY, to my recollection.

06:31:26   25      Q.    Who at Samsung made the final decision to

06:31:30  1   have the flagship product look like the Galaxy as

06:31:34  2   opposed to some other form factor?

06:31:50  3        MR. ZELLER:  Question's overbroad, vague.

06:32:16  4     A.   Well, with respect to this particular

06:32:19  5   matter -- well, be it for the flashy product or what,

06:32:27  6   doesn't matter, save for some particular instances, for

06:32:30  7   the most part that is done by us.

06:32:38  8        (Discussion held between Lead Interpreter

06:32:40  9   and Check Interpreter.)

06:32:40  10  BY MR. OVERSON:

06:32:40  11    Q.   When you say "us," do you mean your design

06:32:44  12  department?

06:32:48  13    A.   Yes, our design department.

06:32:54  14    Q.   When you decided to make the Galaxy look the

06:32:57  15  way it does, did you have any concerns that it was

06:33:01  16  getting to look too close like the Apple iPhone?

06:33:29  17    A.   No, that's not the case.

06:33:31  18    Q.   Were there any discussions at all at Samsung

06:33:34  19  to your knowledge about whether it would be a problem

06:33:38  20  to design the Samsung Galaxy product to look the way it

06:33:43  21  did in light of the way the iPhone looks?

06:34:10  22        MR. ZELLER:  Question's vague.

06:34:30  23    A.   No, there weren't any such discussions.  And

06:34:35  24  as a designer -- well, I suppose if you were to ask

06:34:40  25  some designers out there, I don't think you're going to

06:34:43    1    come across too many folks who would say that the

06:34:46    2    Galaxy's design looks like that of the iPhone.

06:35:02    3        Leaving aside the issue as to designers, I

06:35:06    4    mean, when you look at, let's say external websites and

06:35:11    5    what have you, I think you'll come across a lot of

06:35:14    6    things that suggest that maybe Apple is going a little

06:35:16    7    overboard.

06:35:24    8    Q.    So in your opinion the Galaxy products don't

06:35:26    9    look like iPhone products.

06:35:35    10    A.    Of course not.

06:35:40    11    Q.    Did you have any role in deciding -- well,

06:35:46    12    did you have any role in the design of the Galaxy

06:35:50    13    tablet product?

06:36:04    14    A.    I -- any and all mobile products as coming

06:36:10    15    out of Samsung come under my purview.

06:36:17    16    Q.    Before I go further about the tablet, I'm

06:36:19    17    going to come back to the phone.

06:36:21    18        Did you ever consider any Apple patents when

06:36:26    19    you were designing the Galaxy phone?

06:36:31    20        MR. ZELLER:  I'm going to caution the

06:36:45    21     witness and instruct the witness not to disclose

06:36:49    22     communications with counsel.  In other words,

06:37:04    23     you can only answer the question outside the

06:37:06    24     context of communications with counsel.

06:37:21    25    A.    What was your question?  Sorry.

06:37:21  1   BY MR. OVERSON:

06:37:30  2     Q.    Did you ever consider any Apple patents when

06:37:33  3   you were designing the Galaxy phone?

06:37:42  4         MR. ZELLER:  And, again, you need to

06:37:47  5     exclude -- you should only answer the question

06:37:50  6     with respect to communications that were outside

06:37:54  7     the context of communications with counsel.

06:38:15  8     A.    When we were doing our design work, we never

06:38:26  9   thought that this looked like the iPhone, so we did not

06:38:32  10  take those things into --

06:38:33  11        LEAD INTERPRETER:  Strike.

06:38:34  12    A.    We did not consider those.

06:38:37  13        LEAD INTERPRETER:  Strike.

06:38:38  14    A.    We did not consider anything like that.

06:38:38  15  BY MR. OVERSON:

06:38:55  16    Q.    So there are design patents and there are

06:38:59  17  also utility patents.  And the ones in this case have

06:39:06  18  to do -- some of them have to do with features such as

06:39:09  19  the bounce effect.  That's just an example.

06:39:11  20        Did you consider any of Apple's patents, not

06:39:15  21  just design patents, any Apple patents, when you were

06:39:19  22  designing the Galaxy phone?

06:39:55  23        MR. ZELLER:  Again, I instruct you can only

06:39:57  24    answer that question outside the context of

06:40:00  25    communications with counsel.

06:40:13    1    A.   Yes.

06:40:18    2       LEAD INTERPRETER:  Sorry.

06:40:18    3    A.   All right.

06:40:27    4       LEAD INTERPRETER:  Start over again.

06:40:30    5    A.   Yes.

06:40:44    6       As far as the design aspects, we within

06:40:46    7    design did not take into consideration anything like

06:40:49    8    that.  And here what you say is a utility patent, I

06:40:54    9    think you are speaking about things on the UX side of

06:40:58    10    things.  Those things we did pay some attention to.

06:40:58    11    BY MR. OVERSON:

06:41:06    12    Q.   What Apple patents --

06:41:08    13       LEAD INTERPRETER:  And interjection.  Based

06:41:10    14    upon the general overall reaction, that "yes"

06:41:14    15    was directed towards Mr. Zeller's instruction.

06:41:17    16    I think that was made obvious.

06:41:17    17    BY MR. OVERSON:

06:41:21    18    Q.   What Apple patents did you pay attention to

06:41:23    19    on the UX side?

06:41:33    20       MR. ZELLER:  Again, you can answer the

06:41:34    21    question only outside the context of

06:41:36    22    communications with counsel.

06:42:00    23    A.   For instance, such things as bounce, the

06:42:03    24    bouncing effect that you referenced earlier, or unlock,

06:42:06    25    those things we did consider.

06:42:06    1  BY MR. OVERSON:

06:42:11    2    Q.   So you were aware of those patents before

06:42:14    3  you started selling the product?

06:42:23    4      MR. ZELLER:  Again, this has to be outside

06:42:25    5   the context of communications with counsel.

06:42:40    6    A.   Before the filing of the suit, we did not

06:43:02    7  know as to whether that would be an infringement of

06:43:06    8  such a thing, because when you talk about something

06:43:09    9  like bouncing, that's something that basically comes

06:43:13   10  with the Android platform.  We believed that under the

06:43:16   11  Android platform we would be protected.

06:43:25   12      MR. OVERSON:  I think we're out of tape.

06:43:29   13      VIDEOGRAPHER:  This marks the end of

06:43:30   14   videotape number 4 in the deposition of Dong

06:43:33   15   Hoon Chang.  Going off the record.  The time is

06:43:35   16   6:43.

06:43:39   17    (A recess was taken.)

06:57:39   18      VIDEOGRAPHER:  Back on the record.  This

06:57:40   19   marks the beginning of videotape number 5 in the

06:57:42   20   deposition of Dong Hoon Chang.  The time is

06:57:46   21   6:57.

06:57:47   22      MR. ZELLER:  I'm moving to strike the

06:57:48   23   answers before the break on the grounds of work

06:57:52   24   product and attorney-client privilege.  All this

06:57:56   25   witness' communications regarding Apple's

07:44:47    1    and Check Interpreter.)

07:44:47    2         LEAD INTERPRETER:  Interjection.

07:44:48    3    A.    That's why there's this one EVP who is with

07:44:53    4    development who is listed as being the team leader of

07:44:56    5    this task force.

07:44:59    6         (Exhibit 2161 was marked for

07:44:59    7    identification.)

07:44:59    8    BY MR. OVERSON:

07:45:00    9    Q.    I'm going to show you what has been marked

07:45:03   10    as 2161, which is an e-mail dated at the top dated

07:45:17   11    April 22nd, 2010.  And this goes to you; is that

07:45:20   12    correct?

07:45:33   13    A.    My name is included there.

07:45:35   14    Q.    And you see that there's an attachment to

07:45:37   15    that e-mail that is called the P1 versus iPad app.

07:45:43   16    Then it goes on.

07:45:54   17         And do you see from this --

07:45:57   18         LEAD INTERPRETER:  No audible answer for the

07:45:58   19      interpreter.

07:46:06   20    BY MR. OVERSON:

07:46:07   21    Q.    Does this e-mail, Exhibit 2161 --

07:46:09   22    A.    Yes, I --

07:46:13   23         I'm sorry, yes.

07:46:13   24    BY MR. OVERSON:

07:46:16   25    Q.    Okay.  And looking at Exhibit 2161, this

| | | |
|---|---|---|
| 07:46:20 | 1 | e-mail and the description of the attachment that went |
| 07:46:23 | 2 | to you with this e-mail, does that refresh your |
| 07:46:25 | 3 | recollection that you received the document that we |
| 07:46:29 | 4 | marked as Exhibit 2159? |
| 07:46:34 | 5 | MR. ZELLER:  Mischaracterizes the witness' |
| 07:46:53 | 6 | testimony.  He said he didn't see it in this |
| 07:46:55 | 7 | form.  This is not the same date.  Completely |
| 07:47:04 | 8 | lacks foundation and it's grossly misleading. |
| 07:47:14 | 9 | LEAD INTERPRETER:  And by the witness before |
| 07:47:15 | 10 | the objection. |
| 07:47:17 | 11 | A.    No. |
| 07:47:23 | 12 | No, as a matter of fact, on any given day I |
| 07:47:25 | 13 | probably get a good 200 e-mails.  And quite honestly, I |
| 07:47:34 | 14 | don't get to see all the attachments. |
| 07:47:45 | 15 | And what I tell people is, if there be |
| 07:47:48 | 16 | anything important, for the most part try to include |
| 07:47:51 | 17 | those in the main body.  And when it comes to |
| 07:47:57 | 18 | attachments, unless it's some special circumstance, I |
| 07:48:03 | 19 | don't really get to see those. |
| 07:48:03 | 20 | BY MR. OVERSON: |
| 07:48:12 | 21 | Q.    Mr. Chang, would you agree with me that you |
| 07:48:14 | 22 | were sent the exhibit that's marked as 2159 as an |
| 07:48:21 | 23 | attachment to the e-mail on April 22nd, 2010 that is |
| 07:48:28 | 24 | marked as 2161? |
| 07:48:57 | 25 | MR. ZELLER:  Lacks foundation. |

07:49:02  1   A.   It's the same thing, not having opened it, I

07:49:05  2   cannot have any certainty as to whether it was this

07:49:07  3   document or not.

07:49:07  4   BY MR. OVERSON:

07:49:20  5   Q.   And in April -- would you agree with me that

07:49:23  6   in April of 2010 members of the Samsung UX Innovation

07:49:29  7   Task Force were comparing the user interface of the

07:49:37  8   tablet that was being developed at Samsung with

07:49:40  9   features of the Apple iPad?

07:50:08  10       MR. ZELLER:  Lacks foundation as to this

07:50:11  11     document.

07:50:30  12  A.   So like I said, given that we are always

07:50:33  13  engaged in conducting benchmarking, maybe this could be

07:50:35  14  the part of something like that.  But I, then again,

07:50:38  15  cannot speak with any certainty as to this particular

07:50:41  16  document.

07:50:41  17  BY MR. OVERSON:

07:50:47  18  Q.   Do you recall that the iPad had the bounce

07:50:58  19  function?

07:51:04  20  A.   I do.

07:51:06  21  Q.   And then did you decide to integrate that

07:51:10  22  function into the tablet's user interface after seeing

07:51:17  23  the Apple iPad with the bounce function?

07:51:31  24       MR. ZELLER:  The question is vague as to

07:51:33  25     that function.

07:51:42 1    A.   Well, there's that too certainly, but as far

07:51:45 2  as this matter is concerned, this falls under one of

07:51:47 3  those things about which I had discussions with our

07:51:50 4  legal department folks so I cannot talk about this.

07:51:53 5       MR. ZELLER:  So the record is clear.  He's

07:51:55 6    agreeing with, I think, that's vague when he

07:51:57 7    says "there's that too certainly."  He's not

07:52:01 8    agreeing with the question.  He's agreeing with

07:52:02 9    the fact it's vague.

07:52:04 10      LEAD INTERPRETER:  That appears to be the

07:52:06 11    case, Mr. Zeller.

07:52:07 12      MR. ZELLER:  Thank you.

07:52:07 13 BY MR. OVERSON:

07:52:20 14    Q.   I'm not trying to ask about any

07:52:22 15  conversations with attorneys.  I'm trying to ask about

07:52:25 16  timing of when things happened.

07:52:26 17      So is it true that you received an iPad and

07:52:34 18  you saw the bounce function and thereafter you decided

07:52:39 19  to integrate the bounce function into the Galaxy

07:52:44 20  tablet?

07:53:31 21      MR. ZELLER:  Question is vague.

07:53:38 22    A.   Well, to be exact, it's not like I make

07:53:43 23  decisions as to such items as to, let's say, a bounce

07:53:50 24  function, let's put this in, let's not put this in.

07:53:54 25  It's not like I look at those and make individual

| | | |
|---|---|---|
| 07:53:56 | 1 | decision on such things. |
| 07:54:12 | 2 | The way things go is generally things get |
| 07:54:17 | 3 | underway, at some point in time I tend to get furnished |
| 07:54:23 | 4 | with some reports, especially as to there being certain |
| 07:54:26 | 5 | issues. But if there are, in fact, any issues then I |
| 07:54:29 | 6 | end up speaking -- having discussions with the folks in |
| 07:54:32 | 7 | the legal department as to what those problems are, |
| 07:54:35 | 8 | about what those problems might be. |
| 07:54:37 | 9 | MR. ZELLER: Okay. I'm instructing the |
| 07:54:40 | 10 | witness not to disclose the substance of any |
| 07:54:43 | 11 | communications with the legal department. |
| 07:54:43 | 12 | BY MR. OVERSON: |
| 07:55:11 | 13 | Q. When I've been asking questions about the |
| 07:55:14 | 14 | bounce function, what is your understanding of what |
| 07:55:16 | 15 | that is? |
| 07:55:26 | 16 | MR. ZELLER: Question is vague. |
| 07:55:27 | 17 | I'm also again instructing the witness not |
| 07:55:30 | 18 | to disclose the substance of any communications |
| 07:55:33 | 19 | with counsel or those working for counsel. |
| 07:55:58 | 20 | A. Quite frankly, I'm not sure if I get the |
| 07:56:03 | 21 | thrust of your question when you ask as to what my |
| 07:56:06 | 22 | understanding is about that. Are you asking if I like |
| 07:56:08 | 23 | that or don't like? What are you asking about? |
| 07:56:08 | 24 | BY MR. OVERSON: |
| 07:56:15 | 25 | Q. When I was referring to the bounce function, |

1          C E R T I F I C A T E

2   (Seoul)

3   (South Korea)

4
           I, Tracey S. LoCastro, Registered
5   Professional Reporter, do hereby certify
    that the aforementioned witness was first duly sworn
6   as noted by stipulation of counsel to testify the
    whole truth; that I was authorized to and did report
7   said deposition in stenotype; and that the foregoing
    pages are a true and correct transcription of my
8   shorthand notes of said deposition.

9          I further certify that said deposition was
    taken at the time and place hereinabove set forth
10  and that the taking of said deposition was commenced
    and completed as hereinabove set out.
11
           I further certify that I am not attorney
12  or counsel of any of the parties, nor am I a
    relative or employee of any attorney or counsel of
13  party connected with the action, nor am I
    financially interested in the action.
14
           The foregoing certification of this
15  transcript does not apply to any reproduction of the
    same by any means unless under the direct control
16  and/or direction of the certifying reporter.

17

18         IN WITNESS WHEREOF, I have hereunto

19  set my hand this 9th day of March, 2012.

20

21
           _____
22         TRACEY S. LOCASTRO,
           Registered Professional Reporter
23

24

25