Exhibit 13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
2            SAN JOSE DIVISION

3      Civil Action No.:  11-CV-01846-LHK

4

APPLE, INC., a California corporation,

5
          Plaintiff,

6

7  vs.

8  SAMSUNG ELECTRONICS CO., LTD.,
   a Korean business entity;
9  SAMSUNG ELECTRONICS AMERICA, INC.,
   a New York corporation; and
10 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
   a Delaware limited liability company,
11          Defendants.
   _____/

12

13

14

15      *** HIGHLY CONFIDENTIAL ***
        ATTORNEYS' EYES ONLY

16

17      VIDEOTAPED PERSONAL DEPOSITION OF:

18          GEE-SUNG CHOI

19

20

21      Tuesday, April 17, 2012
        Kim & Chang
22      Seoul, South Korea
        1:24 p.m. to 6:24 p.m.

23

24

25

| | | |
|---|---|---|
| 01:26:29 | 1 | administer the oaths, and we stipulate that we |
| 01:26:29 | 2 | waive any objection to the validity of the |
| 01:26:31 | 3 | deposition based on the oaths. |
| 01:26:32 | 4 | MR. QUINN:  That is fine. |
| | 5 | COURT REPORTER:  Do you solemnly swear or |
| | 6 | affirm that you will well and truly interpret |
| | 7 | the questions propounded by counsel and the |
| | 8 | answers given by the witness from Korean to |
| | 9 | English and English to Korean to the best of |
| 01:26:46 | 10 | your ability? |
| 01:26:46 | 11 | LEAD INTERPRETER:  I do. |
| 01:26:46 | 12 | CHECK INTERPRETER:  Yes, I do. |
| 01:26:46 | 13 | GEE-SUNG CHOI, |
| 01:26:46 | 14 | after having been duly sworn by the reporter, pursuant |
| 01:26:46 | 15 | to stipulation of counsel, was examined and testified |
| 01:27:02 | 16 | through the interpreter as follows: |
| 01:27:02 | 17 | THE WITNESS:  I do. |
| 01:27:02 | 18 | EXAMINATION |
| 01:27:02 | 19 | BY MR. MCELHINNY: |
| 01:27:06 | 20 | Q.    Good afternoon, Vice-Chairman Choi.  As you |
| 01:27:09 | 21 | may have heard, my name is Harold McElhinny.  I'm with |
| 01:27:13 | 22 | the law firm of Morrison and Foerster and I'm |
| 01:27:15 | 23 | representing Apple, and I'm going to ask you some |
| 01:27:17 | 24 | questions this afternoon. |
| 01:27:33 | 25 | Sir, have you ever given testimony under |

| | | |
|---|---|---|
| 02:40:21 | 1 | you see that? |
| 02:40:26 | 2 | A.   Yes. |
| 02:40:26 | 3 | MR. QUINN:  It's vague and ambiguous.  I |
| 02:40:28 | 4 | mean, again, lacks any foundation the witness |
| 02:40:33 | 5 | has seen it.  If the question is does he see the |
| 02:40:36 | 6 | date, that's fine, but as phrased, I think the |
| 02:40:37 | 7 | question lacks foundation. |
| 02:40:37 | 8 | BY MR. MCELHINNY: |
| 02:40:53 | 9 | Q.   My question for now is just whether or not |
| 02:40:55 | 10 | you see the e-mail in front of you from Dong Jin Koh. |
| 02:41:04 | 11 | A.   Yes, I'm looking at it. |
| 02:41:05 | 12 | Q.   What was Mr. Koh's position in September of |
| 02:41:09 | 13 | 2008? |
| 02:41:22 | 14 | A.   I would believe he was charged with the |
| 02:41:25 | 15 | management of development. |
| 02:41:30 | 16 | Q.   In the telephone, Mobile Communications |
| 02:41:32 | 17 | Division, correct? |
| 02:41:35 | 18 | A.   Yes. |
| 02:41:36 | 19 | Q.   All right.  If you see the first two |
| 02:41:38 | 20 | paragraphs of his e-mail. |
| 02:41:44 | 21 | A.   Yes. |
| 02:41:45 | 22 | Q.   Do you see there where he purports to quote |
| 02:41:49 | 23 | the president? |
| 02:41:57 | 24 | A.   Yes, I'm looking at it. |
| 02:41:59 | 25 | Q.   And do you see that the quote that he has |

02:42:01  1   there from the president is, "It is my feeling that the

02:42:06  2   Apple iPhone's touch method C-type is becoming the de

02:42:12  3   facto standard in the market"?

02:42:14  4        Do you see that?

02:42:16  5        My question now is just:  Do you see that?

02:42:37  6   A.   Yes, I'm looking at it.

02:42:39  7   Q.   Okay.  And right now my question is:  Is

02:42:41  8   that an accurate quotation of something you said to

02:42:46  9   Mr. W.P. Hong in the summer of 2008?

02:43:10  10       (Discussion held between Lead Interpreter

02:43:19  11  and Check Interpreter.)

02:43:19  12  A.   Well, based upon what you're saying, I would

02:43:26  13  believe you to be speaking with reference to the e-mail

02:43:30  14  by Won Pyo Hong.  But here right now we're looking at

02:43:35  15  an e-mail by Dong Jin Koh.  And one way or another that

02:43:40  16  too is from a while ago.  So I don't quite recall.

02:43:40  17  BY MR. MCELHINNY:

02:43:45  18  Q.   Sir, let me give you a clear question.

02:43:47  19       In the summer of 2008 did you say to

02:43:51  20  W.P. Hong, "It is my feeling that the Apple iPhone's

02:43:57  21  touch method C-type is becoming the de facto standard

02:44:02  22  in the market"?

02:44:28  23  A.   We're talking apparently about something

02:44:33  24  that's already four or more years or so ago.  I cannot

02:44:37  25  exactly recall.

02:44:39   1      Q.   Okay.  Did you say to the head of the Office

02:44:44   2   of Development, "It is my feeling that the Apple

02:44:48   3   iPhone's touch method C-type is becoming the de facto

02:44:52   4   standard in the market"?

02:45:05   5         MR. QUINN:  Objection as to when, time

02:45:09   6      period.

02:45:15   7         MR. MCELHINNY:  In the summer of 2008.

02:45:24   8      A.   Well, leaving aside all that, the fact is I

02:45:28   9   cannot recall things to this level of detail at this

02:45:31  10   point in time.

02:45:33  11   BY MR. MCELHINNY:

02:45:33  12      Q.   Fair enough.

02:45:34  13         Let me just test that one more time.

02:45:38  14         Do you deny saying what you are quoted as

02:45:46  15   saying in this document?

02:45:49  16         MR. QUINN:  Well -- objection, assumes facts

02:45:55  17      not in evidence, lacks foundation,

02:45:59  18      argumentative.

02:46:08  19      A.   There's no need or anything on my part to

02:46:18  20   deny it or whatever because I do not recall anything of

02:46:22  21   this sort of detail.  I do not know if this is or isn't

02:46:26  22   correct.

02:46:26  23   BY MR. MCELHINNY:

02:46:27  24      Q.   Is it true, sir, that in the end of the year

02:46:32  25   of 2008 Samsung began the development of a C-type

| | | |
|---|---|---|
| 03:01:44 | 1 | Here begins disc number 2 in the deposition of |
| 03:01:48 | 2 | Gee-Sung Choi.  The time is 3:01. |
| 03:01:51 | 3 | BY MR. MCELHINNY: |
| 03:01:52 | 4 | Q.    Sir, we're looking at Exhibit 2321. |
| 03:01:58 | 5 | Have you ever seen this document before? |
| 03:02:03 | 6 | MR. QUINN:  Objection. |
| 03:02:04 | 7 | A.    No. |
| 03:02:05 | 8 | MR. QUINN:  And, again, in answering the |
| 03:02:06 | 9 | question, follow my previous advice to exclude |
| 03:02:10 | 10 | anything you saw in connection with this |
| 03:02:12 | 11 | litigation. |
| 03:02:24 | 12 | A.    I have not. |
| 03:02:24 | 13 | BY MR. MCELHINNY: |
| 03:02:25 | 14 | Q.    At the end of 2009 did you give directions |
| 03:02:33 | 15 | for the year 2010 to the Office of Development? |
| 03:02:48 | 16 | MR. QUINN:  Objection, vague and ambiguous |
| 03:02:49 | 17 | as to what directions are referred to. |
| 03:03:01 | 18 | A.    I have not seen this document previously. |
| 03:03:14 | 19 | And I am not sure if this is talking about me or |
| 03:03:16 | 20 | somebody else.  And as to whether I was in this sort of |
| 03:03:20 | 21 | a meeting or not, I think I'd have to look into it |
| 03:03:23 | 22 | later on. |
| 03:03:23 | 23 | BY MR. MCELHINNY: |
| 03:03:25 | 24 | Q.    Fair enough. |
| 03:03:26 | 25 | Do you see the first bullet point? |

| | | |
|---|---|---|
| 03:03:33 | 1 | A.   Yes. |
| 03:03:34 | 2 | Q.   And do you see where it says, "Going forward |
| 03:03:36 | 3 | our comparison standard is Apple iPhone"? |
| 03:03:44 | 4 | (Discussion held between Lead Interpreter |
| 03:03:46 | 5 | and Check Interpreter.) |
| 03:03:46 | 6 | MR. QUINN:  Objection, lacks foundation. |
| 03:03:46 | 7 | (Discussion held between Lead Interpreter |
| 03:04:23 | 8 | and Check Interpreter.) |
| 03:04:23 | 9 | MR. QUINN:  Is there a controversy between |
| 03:04:26 | 10 | the interpreters? |
| 03:04:27 | 11 | CHECK INTERPRETER:  Actually, if I may, I |
| 03:04:29 | 12 | think the expression that is indicated here, I |
| 03:04:33 | 13 | would translate it as comparison in reference |
| 03:04:37 | 14 | rather than comparison standard. |
| 03:04:40 | 15 | LEAD INTERPRETER:  Explain the nature of |
| 03:04:41 | 16 | your question better. |
| 03:04:43 | 17 | CHECK INTERPRETER:  I'm sorry? |
| 03:04:44 | 18 | LEAD INTERPRETER:  My colleague is concerned |
| 03:04:45 | 19 | about the frame of reference as to the word |
| 03:04:48 | 20 | "standard."  And I think the question was fair |
| 03:04:51 | 21 | as to the Korean word used here. |
| 03:04:55 | 22 | CHECK INTERPRETER:  I don't think I am |
| 03:04:56 | 23 | concerned about anything, but anyway. |
| 03:04:59 | 24 | LEAD INTERPRETER:  Then there should be |
| 03:05:00 | 25 | no -- |

| | | |
|---|---|---|
| 03:05:01 | 1 | MR. QUINN:  Wait a second.  I'm now unclear |
| 03:05:03 | 2 | about whether the checker agrees with the |
| 03:05:05 | 3 | translation, the use of the word "standard." |
| 03:05:08 | 4 | CHECK INTERPRETER:  I would interpret it as |
| 03:05:09 | 5 | "comparison reference." |
| 03:05:11 | 6 | LEAD INTERPRETER:  The interpreter states on |
| 03:05:12 | 7 | the record very explicitly that the question as |
| 03:05:17 | 8 | framed is a fair summation of what appears in |
| 03:05:21 | 9 | the Korean. |
| 03:05:22 | 10 | My colleague is welcome to differ in |
| 03:05:27 | 11 | opinion, but the interpreter believes that that |
| 03:05:29 | 12 | is a fair reading of the Korean sentence. |
| 03:05:29 | 13 | MR. QUINN:  So I take it there's a |
| 03:05:31 | 14 | disagreement there. |
| 03:05:32 | 15 | LEAD INTERPRETER:  Apparently. |
| 03:05:33 | 16 | BY MR. MCELHINNY: |
| 03:05:33 | 17 | Q.    Mr. Choi, do you see the Korean phrase |
| 03:05:37 | 18 | that's at the first bullet point here? |
| 03:05:44 | 19 | A.    Yes, I see it. |
| 03:05:45 | 20 | Q.    And is that phrase a directive that you gave |
| 03:05:51 | 21 | to the Office of Development in December of 2009? |
| 03:05:55 | 22 | MR. QUINN:  It's vague and ambiguous. |
| 03:06:07 | 23 | Vague and ambiguous, unintelligible, lacks |
| 03:06:11 | 24 | any foundation.  The witness has said he doesn't |
| 03:06:13 | 25 | know that he's ever seen the document before. |

03:06:28    1    A.    Indeed, I don't -- I've not seen this

03:06:31    2  document, but more importantly, I don't even know if I

03:06:34    3  was in that meeting or not.

03:06:34    4  BY MR. MCELHINNY:

03:06:36    5    Q.    And my question is whether or not you gave

03:06:37    6  that direction that is listed at the first bullet point

03:06:42    7  on this document.

03:06:48    8       MR. QUINN:  Same objections.

03:06:56    9    A.    Well, seeing as how I don't even know if I

03:07:00   10  was there at that meeting, I -- I think it's impossible

03:07:03   11  for me to recall as to what I may have said.

03:07:46   12       (Exhibit 2641 was marked for

03:07:47   13  identification.)

03:07:47   14  BY MR. MCELHINNY:

03:07:47   15    Q.    Sir, I'm handing you a document which has

03:07:52   16  been marked as 2641.

03:08:04   17       Sir, I've handed you a multiple-page

03:08:07   18  document.  It runs from Bates numbers SAMNDCA 20012936

03:08:14   19  through 20012942.

03:08:57   20       My first question, sir, is, are you familiar

03:09:00   21  with the Alkon, A-L-K-O-N, product that is depicted

03:09:06   22  in -- on these pages?

03:09:16   23       MR. QUINN:  Objection, lacks foundation,

03:09:18   24    assumes facts.

03:09:29   25    A.    I don't think I've seen this document in the

| | | |
|---|---|---|
| 03:11:44 | 1 | A.   I don't know. |
| 03:11:48 | 2 | (Discussion held between Lead Interpreter |
| 03:11:49 | 3 | and Check Interpreter.) |
| 03:11:49 | 4 | MR. QUINN:  I think you've answered the |
| 03:11:50 | 5 | question. |
| 03:11:53 | 6 | A.   Oh, okay. |
| 03:12:04 | 7 | BY MR. MCELHINNY: |
| 03:12:05 | 8 | Q.   I'm handing you a document which has been |
| 03:12:06 | 9 | marked as Exhibit 2154. |
| 03:12:42 | 10 | Sir, this is a four-page document.  Purports |
| 03:12:45 | 11 | to be an e-mail chain from someone named Sung Sik Lee. |
| 03:12:50 | 12 | It bears Bates pages SAMNDCA 10247549 through 10247552. |
| 03:13:19 | 13 | Bears the date March 2, 2010. |
| 03:13:27 | 14 | Sir, are you familiar with a gentleman by |
| 03:13:29 | 15 | the name of Sung Sik Lee? |
| 03:13:35 | 16 | A.   Yes. |
| 03:13:35 | 17 | Q.   And was he employed by Samsung in March of |
| 03:13:39 | 18 | 2010? |
| 03:13:43 | 19 | A.   Yes, I think that would be the case. |
| 03:13:46 | 20 | Q.   And do you know what his position was on |
| 03:13:48 | 21 | that date? |
| 03:14:01 | 22 | A.   I figure he was charged with handling the UX |
| 03:14:07 | 23 | within the design center. |
| 03:14:08 | 24 | Q.   And what does UX stand for, sir? |
| 03:14:12 | 25 | A.   User experience. |

| | | |
|---|---|---|
| 03:14:13 | 1 | Q.   And what does that mean? |
| 03:14:18 | 2 | A.   It means user experience, right? |
| 03:14:21 | 3 | Q.   And I understand those are the words, but |
| 03:14:23 | 4 | what does Samsung define as the user experience? |
| 03:14:27 | 5 | MR. QUINN:  Objection -- objection, vague as |
| 03:14:36 | 6 | to whether it's Samsung, whether there's a |
| 03:14:38 | 7 | Samsung definition or whether Mr. Choi has a |
| 03:14:40 | 8 | definition.  And I also object that it assumes |
| 03:14:57 | 9 | that there is a Samsung definition. |
| 03:15:15 | 10 | A.   Well, I'm neither a designer nor an engineer |
| 03:15:26 | 11 | and while I can say that UX is an overall reference, |
| 03:15:31 | 12 | more or less, as to user experience, but if you ask me |
| 03:15:34 | 13 | to define the details thereof, I would not be able to |
| 03:15:37 | 14 | do so. |
| 03:15:37 | 15 | BY MR. MCELHINNY: |
| 03:15:38 | 16 | Q.   Do you see that this e-mail is addressed to |
| 03:15:40 | 17 | UX executives?  Do you see that? |
| 03:15:48 | 18 | A.   Yes, I see that. |
| 03:15:49 | 19 | Q.   And what were the positions that were UX |
| 03:15:54 | 20 | executives in March of 2010? |
| 03:16:02 | 21 | MR. QUINN:  Objection, lacks foundation. |
| 03:16:07 | 22 | A.   You know, I don't believe that this is |
| 03:16:23 | 23 | really, quote/unquote, executives, per se.  In Korean |
| 03:16:26 | 24 | the word "kanbu" -- |
| 03:16:31 | 25 | LEAD INTERPRETER:  K-A-N-B-U, by the |

03:16:31    1      interpreter.

03:16:32    2      A.    -- doesn't mean executives.  It just means

03:16:35    3    managers and above, so...

03:16:37    4    BY MR. MCELHINNY:

03:16:37    5      Q.    Okay.  And what is the definition of what

03:16:40    6    made up UX managers?

03:16:51    7          MR. QUINN:  Lacks foundation and assumes

03:16:53    8      facts not in evidence.

03:17:00    9      A.    Well, I could only speculate as to that.

03:17:02    10    You still want that answer?

03:17:02    11    BY MR. MCELHINNY:

03:17:04    12      Q.    Please.

03:17:05    13          MR. QUINN:  Calls for speculation.

03:17:19    14      A.    Well, mind you, I'm not the one who wrote

03:17:25    15    this.  And anyhow, in reference to the one who did

03:17:29    16    write it, I would simply figure that he was addressing

03:17:32    17    those whom he regarded as being the UX officers, you

03:17:37    18    know, managers and above.

03:17:39    19          MR. QUINN:  Objection, move to strike,

03:17:40    20      speculation, lacks foundation.

03:17:49    21      A.    I did say that I was speculating.

03:17:49    22    BY MR. MCELHINNY:

03:17:53    23      Q.    Sir, if you look in the first paragraph

03:17:54    24    there, there's a reference to Lismore.  Do you see

03:17:57    25    that?

03:18:02  1   A.   Yes, I see it.

03:18:03  2   Q.   Do you know what that refers to?

03:18:05  3      MR. QUINN:  Objection, asked and answered,

03:18:07  4   calls for speculation, lacks foundation.

03:18:12  5   A.   Again, I am repeating myself when I say that

03:18:28  6   as far as code names are concerned, unless we actually

03:18:31  7   have the product that goes with it, there's no way to

03:18:33  8   tell as to what the respective product may be.

03:18:33  9   BY MR. MCELHINNY:

03:18:39  10   Q.   So the answer is you don't know what that

03:18:41  11   product is.

03:18:43  12      MR. QUINN:  Same objections.

03:18:52  13   A.   I do not know.

03:18:53  14   BY MR. MCELHINNY:

03:18:54  15   Q.   Do you see that you're quoted again in that

03:18:56  16   paragraph?

03:19:01  17      MR. QUINN:  Lacks foundation, argumentative.

03:19:05  18   A.   I see it.

03:19:05  19   BY MR. MCELHINNY:

03:19:06  20   Q.   Is that an accurate quotation of something

03:19:08  21   you said?

03:19:16  22   A.   I cannot recall.  I do not know that I can

03:19:19  23   speculate as to whether it is correct or not.

03:19:22  24   Q.   Have you ever criticized Samsung's UX

03:19:26  25   mindset of clinging to the past generation?

| | | |
|---|---|---|
| 03:19:45 | 1 | A.  I have no recollection. |
| 03:19:48 | 2 | Q.  Okay. |
| 03:20:06 | 3 | Sir, are you familiar with a product called |
| 03:20:40 | 4 | the Galaxy Tablet 10.1? |
| 03:20:48 | 5 | A.  I know as to the product.  I know what |
| 03:20:51 | 6 | product that is. |
| 03:20:53 | 7 | Q.  Did the Galaxy Tablet 10.1 have a code name |
| 03:20:58 | 8 | while it was under development? |
| 03:21:07 | 9 | A.  No, that I have no recollection of. |
| 03:21:09 | 10 | Q.  Okay.  While the Galaxy Tablet was under |
| 03:21:12 | 11 | development, did you personally order a redesign of |
| 03:21:14 | 12 | that product? |
| 03:21:32 | 13 | A.  I have no recollection. |
| 03:21:33 | 14 | Q.  Do you recall ordering a redesign of the |
| 03:21:35 | 15 | Galaxy Tablet in response to the release of the iPad 2? |
| 03:21:59 | 16 | A.  I have no recollection. |
| 03:22:15 | 17 | Q.  Sir, I'm handing you a document which was |
| 03:22:18 | 18 | marked as Exhibit -- that has been marked as Exhibit -- |
| 03:22:20 | 19 | previously marked as Exhibit 1288. |
| 03:22:42 | 20 | Sir, if you would look, please, at page 515. |
| 03:24:24 | 21 | Do you see that? |
| 03:24:34 | 22 | Do you see there an e-mail from Jung-Il Choi |
| 03:24:43 | 23 | dated March 5th, 2011? |
| 03:24:52 | 24 | A.  Yes, I see it. |
| 03:24:53 | 25 | Q.  And do you see that this e-mail purports to |

1            C E R T I F I C A T E

2   (Seoul)

3   (South Korea)

4

5            I, Tracey S. LoCastro, Registered
    Professional Reporter, do hereby certify
6   that the aforementioned witness was first duly sworn
    as noted by stipulation of counsel to testify the
7   whole truth; that I was authorized to and did report
    said deposition in stenotype; and that the foregoing
8   pages are a true and correct transcription of my
    shorthand notes of said deposition.

9            I further certify that said deposition was
    taken at the time and place hereinabove set forth
10  and that the taking of said deposition was commenced
    and completed as hereinabove set out.

11

12           I further certify that I am not attorney
    or counsel of any of the parties, nor am I a
13  relative or employee of any attorney or counsel of
    party connected with the action, nor am I
    financially interested in the action.
14

15           The foregoing certification of this
    transcript does not apply to any reproduction of the
16  same by any means unless under the direct control
    and/or direction of the certifying reporter.

17

18           IN WITNESS WHEREOF, I have hereunto

19  set my hand this 18th day of April, 2012.

20

21

22   _____
         TRACEY S. LOCASTRO,
         Registered Professional Reporter
23

24

25