Exhibit 14

1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
2                       SAN JOSE DIVISION
3                                      Civil Action No.
                                       11-CV-01846-LHK
4
     APPLE, INC., a California
5      Corporation,
                         Plaintiff,
6          vs.
     SAMSUNG ELECTRONICS CO., LTD.,
7    a Korean business entity, SAMSUNG
     ELECTRONICS AMERICA, INC., a
8    New York corporation and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
9    a Delaware Limited Liability
     Company, a California corporation,
10                       Defendants.
     SAMSUNG ELECTRONICS CO., LTD., a
11   Korean business entity, SAMSUNG
     ELECTRONICS AMERICA, INC., a New
12   York corporation, and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
13   a Delaware Limited Liability
     Company, a California corporation,
14        Counterclaim-Plaintiffs,
          vs.
15   APPLE, INC., a California
     Corporation,
16        Counterclaim-Defendant
     _____/
17
18
19                    FRIDAY, APRIL 13, 2012
20                   VIDEO DEPOSITION OF
21                GRAVITYTANK - CIRA CONLEY
22
23
24   Reported By:  DEBORAH HABIAN, RMR
25   Job No:       48400

1          THE WITNESS:  Good morning.

2                    CIRA CONLEY,

3     called as a witness herein by the

4     Plaintiff/Counterclaim Defendant, having been

5     first duly sworn, was examined and testified as

6     follows:

7                    EXAMINATION

8     BY MR. LLEWELLYN:

9          Q.  Good morning, Ms. Conley.  Have you

10    been deposed before?                          08:33AM

11         A.  Once.

12         Q.  And do you recall the basic rules?

13         A.  Yes.

14         Q.  And if you could provide verbal

15    responses as you -- even as you nod your head,   08:33AM

16    that would be helpful to the reporter.

17              Do you understand that?

18         A.  Yes.

19         Q.  And if you have any need for

20    clarification on a question that I ask, please   08:33AM

21    go ahead and just ask me.

22              Is that all right?

23         A.  Yes.

24         Q.  And if you need a break at any point,

25    just tell us and we can take a break.           08:33AM

1  file cabinet by year, by client.

2      Q.  And where is that physical cabinet

3  located?

4      A.  It's at our offices at 114 West

5  Illinois on the third floor in the main part of      08:36AM

6  our office.

7      Q.  And is there a physical cabinet for

8  Samsung?

9      A.  Not just for Samsung.

10      Q.  I'm just trying to understand.  You      08:36AM

11  said that they were kept by, I believe, client

12  and year?

13      A.  By year and client.

14      Q.  So you have to go look at each year?

15      A.  Correct.      08:36AM

16      Q.  And is there a folder or file within

17  each yearly cabinet for Samsung?

18      A.  Not just for Samsung.  By project.

19      Q.  Does gravitytank do work for Samsung?

20      A.  Yes.      08:36AM

21      Q.  And what sort of work does gravitytank

22  do for Samsung?

23      A.  Market research services.

24      Q.  And what are "Market research

25  services"?      08:37AM

1    A.  It is going out and talking to

2  consumers, understanding what they would like to

3  see in products and services and then reporting

4  that back to the client.

5    Q.  And when you were collecting documents    08:37AM

6  from gravitytank's files in response to the

7  subpoena, how did you identify which of the

8  Samsung documents might be responsive?

9    A.  I opened every file, I looked at every

10  page, and if there was any reference to the    08:37AM

11  category on the subpoena, I pulled it.

12    Q.  And are those documents that you pulled

13  from gravitytank's files what your counsel

14  ultimately produced to the parties in this

15  litigation?    08:38AM

16    A.  Ask that again.

17    Q.  Are the documents that you pulled from

18  gravitytank's files what your counsel ultimately

19  produced to the parties in this litigation?

20    A.  I guess I'm confused where you said    08:38AM

21  "where my counsel produced."  Someone came and

22  picked up the documents.  Okay?  So I -- I don't

23  think our counsel produced them.  They were

24  picked up from our office.

25    Q.  And do you know who picked them up from    08:38AM

Page 12

1    your office?

2         A.   I don't have the name of the courier

3    service or the copy service with me.

4         Q.   And do you know if those documents were

5    sent to your counsel for production or sent          08:38AM

6    directly to the parties in this case?

7         A.   I do not know where they went.  It was

8    picked up by the copy service.  I signed saying

9    that, yes, you could take these.

10        Q.   In the client files that you were          08:39AM

11   describing earlier, are those the type of

12   documents or a type of document that gravitytank

13   creates in the normal course of its business?

14        A.   Yes.

15        Q.   And are those documents the type of        08:39AM

16   documents that are normally relied upon by

17   gravitytank as a record of its activities for a

18   specific client?

19        A.   Yes.

20        Q.   Were any of the documents collected        08:39AM

21   ones on which you had worked personally before

22   collecting them?

23        A.   No.

24        Q.   Have you done work on Samsung projects?

25        A.   No.                                        08:40AM

Page 28

1    don't know what those are though.

2        Q.  And do you know, what were the

3    deliverables or reports that gravitytank

4    produced pursuant to this research service

5    agreement that is gravitytank Exhibit 2?          09:04AM

6        A.  Yes.

7        Q.  And what were those?

8        A.  I don't know them off the top of my

9    head.  When I see them, I can recognize them.

10       Q.  And so you're aware that there were    09:04AM

11   certain documents or reports that were produced

12   pursuant to this agreement, just not off the top

13   of your head?

14       A.  Correct.

15                (Exhibit 3 marked for ID)          09:05AM

16       MR. LLEWELLYN:  Please mark this as 3.

17   BY MR. LLEWELLYN:

18       Q.  I've asked the court reporter to hand

19   you an exhibit marked gravitytank 3 with the

20   title "Research Agreement Change Order."          09:05AM

21       Do you see that?

22       A.  Yes.

23       Q.  And this document has Bates No.

24   gravitytank A-6 in the right-hand corner; is

25   that correct?                                    09:06AM

1       A.  Yes.

2       Q.  And this document runs from Bates No. 6

3  to 7; is that correct?

4       A.  Yes.

5       Q.  Is this one of the documents you          09:06AM

6  collected?

7       A.  Yes.

8       Q.  And where did you collect this document

9  from?

10      A.  From my computer hard drive.            09:06AM

11      Q.  And this -- is this the kind of

12  document that gravitytank maintains in the

13  ordinary course of its business?

14      A.  Yes.

15      Q.  Do you have any reason to believe this    09:06AM

16  is not a true and correct copy of the research

17  service agreement change order?

18      A.  No.

19      Q.  And were you involved in the execution

20  of this research service agreement change order?  09:06AM

21      A.  Yes.

22      Q.  And, in fact, you executed this

23  document, correct?

24      A.  Yes.

25      Q.  Is there any formal reason why you        09:07AM

1    executed this document but not Exhibit 2, the

2    research service agreement?

3        A.  No reason.

4        Q.  So it's just who's in the office that

5    day and can sign?                                    09:07AM

6        A.  (Nodding.)

7            Yes.

8        Q.  Thanks very much.

9        A.  Sorry.

10       Q.  And do you know why this change order       09:07AM

11   was entered into?

12       A.  I don't know the specific details, but

13   it was additional work that needed to be done on

14   the touch part of the project.

15       Q.  And do you recall in general what that      09:07AM

16   additional work was that needed to be done on

17   the touch project?

18       A.  I believe additional meeting and travel

19   time.

20       Q.  And does that mean meeting and travel       09:08AM

21   time for gravitytank employees?

22       A.  Correct.

23       Q.  What do you mean by "meeting"?

24       A.  Meeting with the client.

25       Q.  And were you involved in any of those       09:08AM

1    meetings with the client?

2        A.  No.

3        Q.  Do you know how many people worked on

4    the touch -- strike that.

5            Do you know how many gravitytank          09:08AM

6    employees worked on the touch line-up project?

7        A.  On the touch line up, was between two

8    to three people.

9        Q.  And did that project involve a

10   comparison of various touch screen devices?        09:08AM

11       A.  I'd have to look at the report.

12       Q.  If you look under 4.2, there's a

13   heading that says, "Stream of work."

14           Do you see that?

15       A.  Yes.                                        09:09AM

16       Q.  And the first one is "Music and style."

17           Do you see that?

18       A.  Yes.

19       Q.  And that corresponds to the music and

20   style in the research service agreement of          09:09AM

21   Exhibit 2, correct?

22       A.  Correct.

23       Q.  And then there are two touch stream of

24   works identified on Exhibit 3, correct?

25       A.  Yes.                                        09:09AM

1   just the title of the report.

2       Q.  I'm just trying to figure out and

3   confirm.  It sounds like the rollout strategy is

4   not a formal type of document that gravitytank,

5   you know, has on its bill of deliverables where        09:13AM

6   someone could say, "I just want a rollout

7   strategy"?

8       A.  Correct, it doesn't exist like that.

9       Q.  Did you collect this Exhibit 4?

10      A.  Yes.                                            09:14AM

11      Q.  And where did you collect this exhibit

12  from?

13      A.  From the archive file.

14      Q.  And the archive file is the collection

15  of documents that were delivered to Samsung,           09:14AM

16  correct?

17      A.  Say that again.

18      Q.  And the archive file is the collection

19  of documents that were delivered to Samsung,

20  correct?                                                09:14AM

21      A.  Yes.

22      Q.  And if you look at the Bates numbers of

23  this document, they run from gravitytank A-178

24  to gravitytank A-271, all the way at the very

25  back of the document.                                   09:14AM

1      A.  Do you want me to look at each page?

2      Q.  No.  You can just look --

3      A.  Okay.

4      Q.  -- beginning and end.

5      A.  Okay.                                    09:14AM

6      Q.  Is that correct?

7      A.  Yes.

8      Q.  Did you make a copy of the documents

9  that you pulled from the file, or did you

10  actually pull the original that gravitytank had   09:15AM

11  for collection?

12      A.  I pulled the original from the archive

13  file for collection.

14      Q.  And so gravitytank no longer has, for

15  example, this document in its files?          09:15AM

16      A.  It was returned.

17      Q.  So you sent them out to be copied?

18      A.  They were picked up to be copied by, I

19  believe, your service.

20      Q.  And then the originals came back to     09:15AM

21  you?

22      A.  Correct.

23      Q.  Do you have any reason to believe this

24  is not a true and correct copy of the touch

25  portfolio rollout strategy?                   09:15AM

1        A.  It appears to be a copy of what we

2    furnished, but I'd have to compare page-by-page

3    to make sure there is nothing different.

4        Q.  And you obviously don't have the

5    originals from your files here today?          09:15AM

6        A.  No.

7        Q.  It says "Final presentation, 17

8    December 2008."

9        A.  Yes.

10       Q.  Do you know if there was a presentation   09:16AM

11   to Samsung on the touch portfolio rollout

12   strategy on December 17th, 2008?

13       A.  There was a final presentation.  I

14   don't know if it was on that date.

15       Q.  Is a final presentation a term that      09:16AM

16   means anything in particular, or is that simply

17   the title of this document?

18       A.  It's just the title of this document.

19       Q.  And have you seen this document --

20   strike that.                                    09:16AM

21           Had you seen this document before

22   collecting it for production in this matter?

23       A.  Yes.

24       Q.  And in what capacity did you see this

25   document?                                       09:16AM

1     A.  During end-of-year reviews working with

2   my team in archiving projects, I will sometimes

3   look at the reports.

4     Q.  But you didn't have any role in

5   preparing this document?                              09:17AM

6     A.  No.

7     Q.  And I'm guessing you didn't have any

8   role in presenting this document to the client?

9     A.  No.

10     Q.  Do you have any role in delivering a        09:17AM

11   document like this to the client?

12     A.  No.

13     Q.  Is there any term that is used within

14   gravitytank and/or that we could use in this

15   deposition to refer to client deliverables, such  09:18AM

16   as this document?

17     A.  Client deliverable, a presentation,

18   executive summary, project report.  There

19   isn't -- we don't have an industry standard way

20   of referring to these.                              09:18AM

21     Q.  I'm just trying to figure out if

22   there's a term I can use to ask whether -- about

23   this type of document, because you've produced a

24   number of documents that are presentations or

25   reports of some sort.                               09:19AM

1          Is there any term you're comfortable

2     using to refer collectively to such documents

3     that may be delivered to a client?

4          A.  I guess client deliverable.

5          Q.  Are client deliverables, such as          09:19AM

6     Exhibit 4, the type of documents that

7     gravitytank creates in the normal course of its

8     business?

9          A.  Yes.

10         Q.  I assume -- strike that.              09:19AM

11         Does gravitytank keep copies of client

12    deliverables as a record of its business

13    activities, at least in part?

14         A.  Yes.

15         Q.  And I believe you testified previously   09:20AM

16    that the archives from which you collected

17    documents are the archives gravitytank keeps of

18    documents delivered to clients, correct?

19         A.  Yes.

20         Q.  Is there any -- strike that.            09:20AM

21         So based on what we've discussed

22    previously, can we use the term "client

23    deliverables" to refer to what that archive

24    contains, documents delivered to clients?

25         A.  Yes.                                    09:20AM

Page 40

1    Q.  I'm just trying to confirm there's not

2  some other word you use to refer to the archive,

3  it's an archive of client reports or --

4    A.  We call --

5    Q.  You just call it the archive?              09:20AM

6    A.  It's client deliverable archive drawer,

7  yeah.  But like I said, we don't have a standard

8  term.  Some people in the office will say "The

9  client report" or "The project deliverable" or

10 -- we all just generally know it's the            09:21AM

11 deliverable or the outcome of the project is

12 kept in that archive area.

13   Q.  And if I understand your prior

14 testimony, the archive area includes hard

15 copies; is that correct?                          09:21AM

16   A.  It's only hard copies.

17   Q.  Does gravitytank also keep electronic

18 copies of client deliverables, such as

19 Exhibit 4?

20   A.  Yes.                                        09:21AM

21   Q.  And where are those kept?

22   A.  In an archive part of our server.

23   Q.  Is the hard copy in the physical

24 archive simply a printout of the version of the

25 document in the archived part of the server?      09:22AM

Page 44

1    BY MR. LLEWELLYN:

2        Q.   I asked the reporter to mark as

3    gravitytank 5 a document with the title, "Touch

4    portfolio rollout strategy recommendation based

5    on consumer insight."                          09:27AM

6            Do you see that?

7        A.   Yes.

8        Q.   And this document has Bates gravitytank

9    A-272 to gravitytank A-448.

10           Do you see that?                        09:27AM

11       A.   Yes.

12       Q.   Exhibit 5 has the same title as

13   Exhibit 4, correct?

14       A.   Correct.

15       Q.   But Exhibit 5 is longer than Exhibit 4?  09:27AM

16       A.   Correct.

17       Q.   Why is that?

18       A.   One is an executive summary, one is the

19   full report.

20       Q.   So is Exhibit 4 the executive summary?  09:28AM

21       A.   Yes.

22       Q.   And Exhibit 5 is the full report?

23       A.   Yes.

24       Q.   And in the normal course of

25   gravitytank's business, does it create both an    09:28AM

Page 45

1    executive summary and a full report in some

2    instances?

3         A.  Not in our normal course of business.

4         Q.  Has gravitytank ever done this before?

5         A.  Yes.                                    09:28AM

6         Q.  When I asked in the normal course of

7    business, I just mean, has gravitytank -- well,

8    strike that.

9             Do you know to whom at Samsung

10   Exhibit 5 was delivered?                         09:28AM

11        A.  It would have been to the vice

12   president of product planning group.

13        Q.  Do you know if it was provided to

14   anyone else at Samsung?

15        A.  Don't know.                             09:29AM

16        Q.  So as far as you know, the executive

17   summary and the full report were not delivered

18   to different audiences but are instead two

19   versions of the same report?

20        A.  Correct.                                09:29AM

21            MR. KARAS:  Objection, vague.

22            THE WITNESS:  One is presented, one is

23   given digitally.

24   BY MR. LLEWELLYN:

25        Q.  And when you say "Given digitally,"     09:29AM

1    what do you mean by that?

2        A.   It is either e-mailed or uploaded

3    through a client portal; again, delivering the

4    final report.

5        Q.   When you say "Client portal," do you         09:29AM

6    mean an FTP site or do you actually have a

7    client-specific portal for a client like

8    Samsung?

9        A.   It's either done through FTP or through

10   something we call base camp.  It's -- yeah.         09:30AM

11       Q.   I like base camp.

12            Do you know if Exhibits 4 or 5 were

13   sent to Samsung via e-mail?

14       A.   I don't know.

15       Q.   So you don't know by which means,           09:30AM

16   whether FTP or e-mail, a digital copy might have

17   been provided?

18       A.   Correct.

19       Q.   Do you know whether the presentation to

20   Samsung's VP of planning included only Samsung's    09:30AM

21   VP of planning or were there other Samsung

22   employees present?

23       A.   I think there were other designers

24   present.

25       Q.   In its work for Samsung, does              09:31AM

1   gravitytank deal directly with any Samsung

2   employees?

3       A.  Yes.

4       Q.  And who are those Samsung employees

5   that gravitytank deals directly with?          09:31AM

6       A.  I don't know them by name, but they're

7   our client contacts.

8       Q.  In its work for Samsung, is gravitytank

9   given an objective or a goal and sent off to do

10  work and then report; or does gravitytank      09:31AM

11  interact with Samsung throughout the process?

12      MR. KARAS:  Objection, vague,

13  overbroad, compound.

14  BY MR. LLEWELLYN:

15      Q.  You can answer.                         09:31AM

16      A.  Typically is we're giving an objective,

17  and then we deliver.

18      Q.  So in a normal situation, gravitytank

19  wouldn't be on the phone every day talking about

20  results?                                       09:32AM

21      A.  Correct.

22      Q.  And how interviews are going, et

23  cetera?

24          Did you collect Exhibit 5 from the same

25  physical archive that you collected Exhibit 4? 09:32AM

Page 48

1      A.  Yes.

2      Q.  And is Exhibit 5 a document that was

3   created in the normal course of gravitytank's

4   business?

5      A.  Yes.                                    09:32AM

6      Q.  And is Exhibit 5 a document that is a

7   type of document normally relied upon by

8   gravitytank as a record of its business

9   activity?

10     A.  Yes.                                    09:32AM

11     Q.  Are there differences in the

12  gravitytank teams that worked on Exhibit 4

13  versus Exhibit 5?

14     A.  No.

15     Q.  So the same gravitytank team created   09:33AM

16  both full report and then the executive summary?

17     A.  Correct.

18     Q.  And do you know who was on that team?

19     A.  Yes.

20     Q.  Who was on that team?                   09:33AM

21     A.  Michael Winnick, Robert Zolna and Brian

22  Brigham.

23     Q.  Are any of those team members

24  gravitytank partners?

25     A.  Yes.                                    09:33AM

Page 96

1   STATE OF ILLINOIS      )
                            )   ss:
2   COUNTY OF C O O K       )

3              I, Deborah Habian, a Certified Shorthand
    Reporter within and for the State of Illinois, do
4   hereby certify:

5        That previous to the commencement of the
    examination of the witness, the witness was duly
6   sworn to testify the whole truth concerning the
    matters herein;

7

         That the foregoing deposition was reported
8   stenographically by me, was thereafter
    reduced to printed transcript by me, and constitutes
9   a true record of the testimony given and the
    proceedings had;

10

         That the said deposition was taken before me at
11  the time and place specified;

12       That the reading and signing by the witness of
    the deposition transcript was agreed upon as stated
13  herein;

14              That I am not a relative or employee of
    attorney or counsel, nor a relative or employee of
15  such attorney or counsel for any of the parties
    hereto, nor interested directly or
16  indirectly in the outcome of this action.

17              IN WITNESS WHEREOF, I do hereunto set my
    hand this 13th day of April, 2012.

18

19

20

21

             DEBORAH HABIAN, CSR, RMR, CRR, CBC
22           Notary Public
             CSR No. 084-02432

23

24

25