Exhibit 16

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4   APPLE INC., a California        )
    corporation,                    )
5                                   )
                    Plaintiff,      )
6                                   )
         vs.                        )   No: 11-CV-01846-LHK
7                                   )
    SAMSUNG ELECTRONICS CO., LTD,   )
8   a Korean business entity;       )
    SAMSUNG ELECTRONICS AMERICA,    )
9   INC., a New York corporation;   )
    SAMSUNG TELECOMMUNICATIONS      )
10  AMERICA, LLC, a Delaware        )
    limited liability company       )
11                                  )
                    Defendants.     )
12  _____)

13

14    **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

15

16          DEPOSITION OF WOOKYUN KHO

17           San Francisco, California

18          Thursday, January 12, 2012

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 45308

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 5

1             MR. CHUNG:  Minn Chung, same,

2         representing Apple.

3             MR. BEARD:  Brooks Beard with

4         Morrison Foerster representing Apple.

5             MR. TUNG:  Mark Tung from Quinn            09:21

6         Emanuel representing Samsung.

7             MS. KIM:  Rosa Kim from Samsung

8         in-house.

9             THE VIDEOGRAPHER:  Thank you.

10        Would the reporter please swear the            09:21

11        witness and interpreters.

12                 WOOKYUN KHO,

13             Having been duly sworn, by the

14        Certified Shorthand Reporter, was

15        examined and testified as follows:            09:21

16            THE VIDEOGRAPHER:  Thank you.

17        Please proceed.

18                 EXAMINATION

19   BY MR. MCELHINNY:

20        Q.   Good morning, Mr. Kho.  I               09:21

21   introduced myself before the deposition started,

22   but I'll do it again.  My name is Harold

23   McElhinny.  I'm an attorney in the United States,

24   and I represent Apple Inc.

25             And as you may know, Apple Inc.          09:22

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 38

1    trouble, so let's see if we can focus that for a

2    minute.  Did you ever test, while you worked at

3    Samsung, did you ever test an iPhone 3G S?

4           A.    I have used iPhone 3G S.

5           Q.    From where did you obtain that          11:03

6    phone?

7           A.    This was a device that was just at

8    the company.

9           Q.    How did it come to you?

10          A.    Well, there is a person who has          11:04

11   that.  I just briefly borrowed it.

12          Q.    And who was the name of the person

13   that you borrowed it from?

14          A.    I do not recall that exactly.

15          Q.    Was this person an engineer on          11:04

16   your team?

17          A.    This was not a person who works in

18   the same team as I.

19          Q.    What team did this person work on?

20          A.    I do not recall the name of the          11:05

21   team exactly.

22          Q.    How did you know that this person

23   had an iPhone 3G S?

24          A.    I knew it just because that person

25   were managing, not just the iPhone 3G S, but, say     11:06

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 39

1    pretty much all the competitor's cellular phones.

2            Q.    What plant did you work at?

3            A.    I do not work as a plant, per se.

4            Q.    Okay.  What office?  What is the

5    office address that you work?                       11:07

6            A.    I work at an office that's located

7    in the city of SUWON of KYEONGGIDO of South

8    Korea.

9            Q.    Does that office have a name at

10   Samsung?                                            11:07

11           A.    Yes, it does.

12           Q.    And what is the name of that

13   office?

14           A.    R-3.

15           Q.    This person from whom you borrowed   11:08

16   the iPhone 3G S, does that person work at R-3?

17           A.    Yes, at the time, he worked at

18   R-3.

19           Q.    When was this that you borrowed

20   the phone from this person?                         11:08

21           A.    I believe it was around August or

22   September of 2010.

23           Q.    Do you remember how long you had

24   it, the iPhone, the iPhone 3G S?

25           A.    I believe it was for a day or two.   11:09

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 40

1          Q.     Did you borrow this iPhone 3G S as

2     part of an assignment that you had been given?

3          A.     Right, I borrowed it, and in the

4     midst of carrying out my work, in the interim, I

5     briefly needed it.                                        11:11

6          Q.     Briefly?

7          A.     Needed it.

8          Q.     What was the work that you were

9     doing that caused you to need an iPhone 3G S?

10         A.     There is something similar to the        11:11

11    work I was carrying out.  So I borrowed it for

12    comparison purpose.

13         Q.     And what was the work that you

14    were carrying out?

15         A.     I was carrying out the work of        11:12

16    improving on the bouncing effect.

17         Q.     So that we all understand and are

18    using the same terms, what do you mean when you

19    say "bouncing effect"?

20         A.     My understanding of it is that        11:13

21    this is an effect in order to let the user know,

22    say when there is a list, in order to let the

23    user know that it is done or over with, when the

24    list reaches the end.

25         Q.     When did you start working on the       11:14

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 41

1    bounce effect?

2            A.    I believe that was around the

3    start of the year 2010.

4            Q.    You mentioned this morning that

5    while you've been employed at Samsung, you've          11:15

6    used an iPhone 4; is that correct?

7                  Whatever is here does not make

8    sense, so I'm going to ask a different question.

9                  You mentioned this morning that

10   while you worked at Samsung, you used an iPhone        11:15

11   4; is that correct?

12           A.    I personally have an iPhone 4.

13           Q.    I understand that.  But didn't you

14   also tell me that you obtained one, you got one

15   at work to test as well?                               11:16

16                 Let me ask you a different

17   question.  While you've been working at Samsung,

18   have you tested a iPhone 4 as part of your

19   employment?

20           A.    Yes, I have tested iPhone 4.             11:16

21           Q.    All right.  And did you test your

22   own personal iPhone 4 or did you test some other

23   iPhone 4?

24           A.    I have used my personal phone as

25   well as the one that was at the company as well.       11:17

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 42

1      Q.    Okay.  I don't want to talk about
2   yours; I want to talk about the one that was at
3   the company.  Okay?
4           When did you test -- when did you
5   get access to the one that was at the company?        11:18
6      A.    It was at the same time when, as
7   when I had borrowed iPhone 3G S.
8      Q.    Did you borrow the iPhone 4 from
9   the same person?
10      A.    Yes, it was borrowed from the same       11:18
11   person.
12      Q.    And you don't remember what
13   organization that person is in?
14      A.    It's just that I know physically
15   where it is, but I do not know the name of the      11:19
16   organization that he belongs to.
17      Q.    Physically, where is he?
18      A.    Are you asking about the current
19   location?
20      Q.    Sure.                                     11:19
21      A.    The person who handles this or
22   these is at the same location, and -- but then
23   the personnel may change.  So I would not know
24   the exactly the location of the person, but I do
25   know the location where I need to go to borrow.      11:20

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 43

1        Q.    Where is that?

2        A.    Currently, that's at the 18th

3   floor of R-3.

4        Q.    What floor are you on at R-3?

5        A.    Likewise, on the 18th floor.          11:21

6        Q.    You mentioned this morning that

7   you had also borrowed an iPad 1, correct?

8        A.    Well, it's correct that I have

9   borrowed iPhone 3G S and iPhone 4.  Well, what's

10  confusing me now is that as far as -- as far as    11:22

11  the borrowing this, I don't think that was asked

12  this morning.  Was it?

13       Q.    We'll have a record of it.

14             THE INTERPRETER:  Hold on.

15             Correction.  This morning, I did talk    11:23

16             about iPhone 3G S and iPhone 4 I have,

17             but what's confusing me now that as far

18             as borrowing this, I don't think that was

19             asked this morning, was it?

20       Q.    Let me ask a simple question.           11:23

21  During the time that you've been employed at

22  Samsung, have you ever done any testing or

23  analysis of an iPad 1?

24       A.    iPhone 1 -- correction.  iPad 1

25  was also used for comparison purpose, as was the   11:24

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 44

1    case with iPhone 3G S and iPhone 4.

2         Q.    When you did the comparisons on

3    the iPad 1, when did you do that?

4         A.    That was at the same time when I

5    did the work, having borrowed iPhone 3G S and        11:25

6    iPhone 4.

7         Q.    Okay.  At any time that you've

8    been employed at Samsung, have you ever done

9    testing or analysis of an iPad 2?

10        A.    I have done compare -- I have used     11:25

11   iPad 2 for the comparison purpose.

12        Q.    Was that at the same time as these

13   other three?

14        A.    No.  I don't think at that time

15   frame, iPad 2 was around.                             11:26

16             MR. MCELHINNY:  We are going to

17   change the tape.

18             THE VIDEOGRAPHER:  This marks the

19             end of Disk Number 1 in the deposition of

20             Wookyun Kho.  The time is 11:27 a.m. and    11:26

21             we are off the record.

22             (Luncheon recess was taken from

23             11:27 a.m to 12:57 p.m.)

24             THE VIDEOGRAPHER:  This marks the

25             beginning of Disk Number 2 in the          12:56

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 48

1    not exactly know now.

2          Q.    Okay.  Is he still in the Advanced

3    Development Software Group?

4          A.    Yes.  Along with me, yes.

5          Q.    And is he still in part of that          01:04

6    group that reports to vice president Chin?

7          A.    I understand that to be the case,

8    at least up until the point that I came here.

9          Q.    Okay.  I'm going to jump around

10   now.  I want to go back to August or September      01:05

11   2010 when you looked at the two phones and the

12   iPad.  Did you borrow all three of those items at

13   exactly the same time?

14         A.    That was not the case.

15         Q.    Okay.  Do you remember the order        01:06

16   in which you looked at them?

17         A.    I do not recall that exactly.

18         Q.    Okay.  Can you tell me

19   specifically why it was you were looking at these

20   Apple devices?                                       01:06

21         A.    Yes.

22         Q.    Please do.

23         A.    At the time, the work I was doing

24   was to improve the performance of the bouncing

25   effect, and because of that, I had borrowed to      01:07

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 49

1    make comparisons with the devices.  And I'm going

2    to just cut a little bit of time in my testimony.

3            Q.    Sure.

4            A.    And I'm sorry.  What was the

5    question?                                              01:07

6            Q.    That's the problem with cutting

7    into your testimony.  It's a skill.  My question

8    is:  I want to hear in your words why it was that

9    you were looking at these devices?

10           A.    At the time, I was involved in the      01:08

11   work of improving the bouncing effect, and iPhone

12   and iPad had effects that were similar in

13   appearance or the shape, and -- but relatively

14   speaking, they were -- they seem to be operating

15   more smoothly.                                          01:09

16                 And so what I wanted to do is to

17   make comparisons with our company's devices, and

18   thereby try to improve, try to figure out how to

19   go back improving on the performance.  And so

20   this was a part of that work of making              01:10

21   comparisons.

22                 So this was one of the device --

23   one of the many that I make comparisons with.

24           Q.    So if we focus on the work that

25   you were doing in this August/September 2010 time    01:10

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 50

1    frame, that's when I want to focus on right now.

2    Were you working -- let me ask a basic question.

3               You say you wanted to improve the

4    bounce effect.  Do you mean improve the bounce

5    effect in a Samsung product?                          01:11

6          A.    Yes.  That's correct.

7          Q.    Okay.  At this time frame, August

8    and September, were you working with a specific

9    Samsung product?

10         A.    Yes, there was a product that I          01:12

11   was working with.

12         Q.    And what was that product?

13         A.    I think there were two.  Galaxy S1

14   and Galaxy Tab, the first generation, one with

15   seven inches.                                         01:12

16         Q.    And forgive me.  I should know

17   this but I don't.  In August or September of

18   2010, was the Galaxy S1 released to the

19   marketplace?

20              MR. TUNG:  Objection.  Lacks              01:13

21         foundation.

22              THE WITNESS:  As to whether Galaxy

23         S1 was being sold at the time, I do not

24         exactly recall.

25         Q.    Okay.  Did you understand at this        01:13

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 51

1  time, in August of 2010, that you were working on

2  a research and development project for future

3  products?

4        A.   Because I do not remember whether

5  Galaxy S1 had been released or not, therefore I          01:15

6  would not know exactly sure on that.  I'm not,

7  not exactly -- I was -- I would not exactly know

8  on that.  But a Galaxy Tab 1 had not been sold

9  yet, so you could say that this was part of

10 research and development work for future                  01:15

11 products.

12       Q.   Again, I'm going to keep saying

13 this just so that -- we'll talk about other time

14 periods, but right now, I'm talking about

15 August/September 2011 when you were doing this            01:15

16 comparison.  Do you remember what Samsung

17 products you compared the Apple products to?

18       A.   Yes, I do.

19       Q.   And what were those, sir?

20       A.   Galaxy S1 and Galaxy Tab, the            01:16

21 first generation.

22       Q.   Did you participate in any way in

23 writing the software for the bounce function in

24 the Galaxy S1?

25            MR. TUNG:  Objection.  Vague.            01:17

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 69

1    generated.  I just mentioned my name.

2            Q.    Okay.  I want to make sure I've

3    got it straight.  I think you told me that you

4    did the comparisons with the iPhone 3GS for one

5    or two days; is that right?                          02:28

6            A.    Yes.  I had it for a day or two.

7            Q.    Did you take any notes while you

8    were doing this comparison?

9            A.    No, I did not write down any

10   notes.                                               02:28

11           Q.    Were you given this assignment?

12   Did somebody tell you to do this comparison?

13           A.    It's just that to come up --

14   create such an event, well, you would always need

15   to compare with competitor products.  This is       02:29

16   just a routine process.  So even without any such

17   specific instruction, comparison work would

18   proceed.

19           Q.    My question is a little

20   different.  My question is:  Did anyone give you    02:30

21   instruction to do that comparison?

22           A.    I was not given a direct

23   instruction to make comparison.

24           Q.    Did anyone -- did you have any

25   discussions with anyone about the fact that you     02:30

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 70

1    were going to do a comparison before you did it?

2         A.    Yes, I did.

3         Q.    And with whom did you have those

4    discussions?

5         A.    I did that with the senior                      02:31

6    engineer, Sueng-Yun Lee, who was my supervisor at

7    the time.

8         Q.    Did you have discussions with any

9    other person about the fact that you were going

10   to do this comparison other than Seung-Yun Lee?        02:31

11        A.    There was this outside company who

12   we worked -- we or I -- worked with at the time.

13   And so I discussed that with people of that

14   company.

15        Q.    Were the discussions with the               02:32

16   outside company at the same time as with

17   Seung-Yun Lee, or were they separate?

18        A.    They occurred separately.  But

19   right now, as to your phrase "discussion," I

20   don't know if I would go along with that; rather,     02:33

21   that it was more in the vein of letting know that

22   this was going to -- that was going to take

23   place, or let's do that.

24        Q.    Okay.  Fair enough.  Did you at

25   any time exchange any e-mail correspondence with      02:33

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 77

1          A.    Yes.  That's correct.

2          Q.    And is it a he?  Seong, it's a

3    he?  Is he in charge of a team today?

4          A.    Yes.  That's correct.

5          Q.    And what team is he in charge of          02:54

6    today?

7          A.    My understanding is that prior to

8    my arrival here, I think he was the team leader

9    for the Advanced UX Team.

10         Q.    Is the Advanced UX Team the same          02:55

11   team as the UX Team that provides the software

12   requirements?

13         A.    Well, it is different from that

14   Advanced UX Team.  And as for the name itself, I

15   think I made an error here.  It was not -- it is          02:56

16   not Advanced UX Team; I think it is Advanced UI

17   Team.

18         Q.    And is the Advanced UI Team today

19   part of the Advanced Development Software Group?

20         A.    Yes.  My understanding is that          02:57

21   it's -- it belongs to the Advanced Development

22   Group 1.

23         Q.    So back to the Bounce project.

24   What kinds of things was NemusTech doing?

25         A.    They assisted in the overall          02:57

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 78

1  implementation of the bounce effect.

2       Q.     Did they write code?

3       A.     Yes.  They also wrote codes

4  directly.

5       Q.     When they wrote code, did they          02:58

6  submit that code to you?

7       A.     Some of it was provided to me,

8  some were not.

9       Q.     If they provided code to you, was

10  that done by e-mail?                                02:58

11       A.     Yes.  Source code was provided

12  through e-mail.

13       Q.     Who else at Samsung received

14  source code from NemusTech concerning the bounce

15  effect, if you know?                                02:59

16       A.     I would think that some of the

17  people who were on the same team as I at the time

18  would have received such codes, and I do not

19  exactly recall who were at the team at the time,

20  but one I do recall is the senior engineer,          03:00

21  Seung-Yun Lee.

22       Q.     What else did NemusTech do on that

23  Bounce project other than write code?

24       A.     If you say something else or who

25  else, what could possibly there be?                 03:01

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 79

1        Q.    I don't know the answer to that.

2  That's why I ask the questions.

3        A.    Well, the assignment was to

4  develop software, so other than developing soft

5  ware I don't think there was anything additional     03:02

6  that they did separately or specifically.

7        Q.    Did NemusTech send you any kind of

8  documents other than source code documents?

9        A.    I don't think there were instances

10  of creating documents other than, say, composing    03:03

11  the contents of an e-mail.  So creating these

12  documents and sending them to me.

13       Q.    Okay.  Why did you tell

14  NemusTech that you were going to do a comparison

15  with the Apple iPhone?                      03:03

16       A.    Considering that we were doing

17  development work together, it was with the view

18  in mind that they also engaged in comparison

19  work, likewise, that I let them know.

20       Q.    Do you remember specifically what    03:04

21  you said to them?

22       A.    I did not exactly recall that.

23       Q.    We are going to change the tape?

24           MR. TUNG:  Could I make a

25          statement before we -- I just wanted to    03:05

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 80

1          designate the transcript highly

2          confidential, attorneys eyes only, and

3          reserve the right for the witness to

4          submit errata after we receive the final

5          transcript.                                    03:05

6               THE VIDEOGRAPHER:  This marks the

7          end of Disc Number 2 in the deposition of

8          Wookyun Kho.  The time is 3:07 p.m., and

9          we are off the record.

10               (Recess taken from 3:07 p.m. to        03:19

11          3:22 p.m.)

12               THE VIDEOGRAPHER:  This marks the

13          beginning of disc number three in the

14          deposition of Wookyun Kho.  The time is

15          3:22 p.m., and we are back on the record     03:20

16          Q.    Mr. Kho, is it your understanding

17     that people at NemusTech also did comparisons

18     between Samsung products and Apple products?

19          A.    Yes.  That is my understanding.

20          Q.    And was it one of the two             03:21

21     gentlemen that you identified before?

22               MR. TUNG:  Objection.  Vague.

23               THE WITNESS:  No, that was not

24          applicable to one of those two people.

25          Q.    Do you know who it was at             03:21

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 81

1    NemusTech who did the comparison?

2           A.    I know who that was, it's just

3    that I cannot seem to recall the name.

4           Q.    Can we go off for a second,

5    please?                                            03:22

6                 THE VIDEOGRAPHER:  Time is

7           3:23 p.m., and we are off the record.

8                      (Brief recess taken.)

9                 THE VIDEOGRAPHER:  The time is

10          3:24 p.m., and we are back on the record.   03:23

11   BY MR. McELHINNY:

12          Q.    Do you know what Apple products

13   NemusTech used for its comparisons?

14          A.    Yes, I do.

15          Q.    And what products were those?         03:23

16          A.    I know for sure that iPad was

17   used, but I'm not sure about the others.

18          Q.    And why do you know for sure that

19   an iPad was used?

20          A.    At the time, what I was doing was     03:23

21   to try to prove when the performance of Galaxy

22   Tab.  And of course, there are other aspects too,

23   but in terms of the competition, this being a

24   tablet device, iPad was a competitor product,

25   competitive product.  And NemusTech also worked    03:25

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 82

1    on improvement of performance with iPad in hand,

2    and so my recollection is that the comparison was

3    done with iPad.

4            Q.    Do you know where NemusTech got

5    the iPad that it used?                              03:26

6            A.    No, I do not.

7            Q.    Do you know what Samsung tablet

8    device NemusTech used for the comparison?

9            A.    Yes, I do.

10           Q.    And which was that?                    03:27

11           A.    Galaxy Tab, the first generation.

12           Q.    Is that called P1?

13           A.    Yes.  That's correct.

14           Q.    Do you know, the P1 was not

15   publicly available in May of 2010, correct?         03:27

16           A.    My recollection is that as of May

17   2010, it was not yet being sold.

18           Q.    So the P1 that you were working

19   with was a secret at Samsung, correct?

20           A.    Yes.  Yes, that's correct.            03:28

21           Q.    Where did you get the P1 that you

22   used for your comparisons?

23           A.    Although I do not recall exactly,

24   I think it was around the summer of 2010.

25           Q.    I'm sorry.  Where did you get it?     03:28

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 83

1    Who gave it to you?

2         A.    It was provided by the company.

3         Q.    Who at the company provided it to

4    you?

5         A.    I do not really know that because          03:29

6    these would be made all at once and brought over,

7    so it would be difficult to say who it was that

8    provided.

9         Q.    But somebody gave it to you,

10   right?                                                 03:29

11        A.    Yes.  That's correct.

12        Q.    And my question is, do you

13   remember who gave it to you?

14        A.    Yes, I do.

15        Q.    Who was that?                               03:30

16        A.    Senior engineer Seung-Yun Lee.

17        Q.    Do you know who gave NemusTech its

18   P1?

19        A.    Several were provided, and also

20   not all at once, so I would not know as to all        03:31

21   the circumstances.

22        Q.    Do you know the name of any -- let

23   me ask that question.  Did you ever give

24   NemusTech a P1?

25        A.    Yes.  I had brought over P1 over           03:31

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 90

1    such numbers, and then compilation is done.  And

2    after that binary would be created, and such

3    binary would be put into a device and it is run.

4         Q.    Can you do the inputting phase on

5    your computer?                                      03:58

6         A.    Of the process that I just

7    described, such things as the making corrections

8    or revisions in the source code, or compilation,

9    or the generation of the binary, this would all

10   be carried out on computer.  And after that, that 03:58

11   would be moved over to the device and then it is

12   run.

13        Q.    When you make these changes to

14   source code and compile it, does your computer

15   keep a record of what you have done?               03:59

16        A.    No, that is not the case.

17        Q.    Did you ever create a paper record

18   of the changes that you made to the numbers in

19   the summer of 2010?

20        A.    No, that never happened as far as    04:00

21   this correction or revision work.  I think I told

22   you that occurred in August or September, but

23   rather than phrase it as summer, I would rather

24   say it would be either late summer or  fall.

25        Q.    As you sit here today, do you        04:00

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 91

1    remember what changes you made to various numbers

2    in order to fine tune the effect on the Samsung

3    machine?

4         A.    It's not that this process of

5    improving on the performance occurred just once.          04:02

6    I think that was the very first time when it was

7    begun, and it continued thereafter as well.  And

8    as far as what was changed at that very first

9    time, I cannot recall exactly as to all of them.

10        Q.    Can you tell me what happened at          04:02

11   the demonstration?  Who demonstrated what to

12   whom?

13        A.    My recollection is that I probably

14   demonstrated two senior engineer Seung-Yun Lee

15   and also the principle engineer Jeong-Sik Seong.      04:04

16   And I think I was showing the devices where these

17   tuned up numbers were applied and how the changes

18   occurred like thus.

19        Q.    At this demonstration, did you

20   have an Apple device there?                      04:04

21        A.    My recollection is that it was

22   there.  I had it.

23        Q.    Sorry.  I'm sorry.  And what Apple

24   device was there?

25        A.    At the time of the demonstration,          04:05

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 92

1    I think only the iPad was there.

2           Q.    And what Samsung devices were

3    there?

4           A.    I think only the Galaxy Tab first

5    generation were there.                              04:05

6           Q.    Do you remember when this

7    demonstration occurred?

8           A.    Considering that it occurred

9    almost at the end of the work or improvement of

10   performance, and which was run for the first      04:06

11   time, it probably was once again August or

12   September of 2010.

13          Q.    How many Galaxy tab -- it was the

14   P1, correct?  I'm sorry.

15          A.    That's correct.                       04:06

16          Q.    And how many P1s did you

17   demonstrate?

18          A.    I think at the time I brought only

19   one for demonstration.

20          Q.    And did you demonstrate more than   04:07

21   one way of fine tuning the Samsung device?

22          A.    Yes, that is correct.

23          Q.    Again, mechanically, step by step,

24   if you're holding the device and you demonstrate

25   one option, how do you change the software so      04:07

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 93

1  that you can -- how do you change the

2  demonstration so that you can demonstrate a

3  different option?

4       A.   When I was sitting by myself and

5  doing the testing to look for an appropriate      04:09

6  value, well, there would be a great differences,

7  discrepancies between the values.  And so one at

8  a time would be input to do the testing.

9         So if during that process one is

10  able to come up with a value that's suitable,    04:10

11  then I would try out some numbers in the

12  vicinity, several.  And with those numbers in

13  hand, I would create a testing program that one

14  would be able to select vis-a-vis software, and

15  that was input into the device.             04:11

16       Q.  Does the testing program that you

17  used for the demonstration still exist anywhere?

18       A.   It would not exist in that form of

19  the title.  There have been continuous upgrades.

20       Q.   Upgrades to the testing program?    04:11

21       A.   It may not be precise to call that

22  a testing program, rather it is a program for

23  demonstration purposes that shows all the work

24  that is carried out by the team that I'm in

25  charge of.  And as the scope of work continued to  04:13

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 94

1    increase for my team, there has been continuous

2    upgrades to the program.

3            Q.    Does that demonstration program --

4    upgraded demonstration program exist today?

5            A.    Yes, of course.  I have that.                04:13

6            Q.    Does it have a name?

7            A.    Yes, there is.

8            Q.    And what is the name of that

9    program?

10           A.    Touchwiz effect.                              04:13

11           Q.    What was the result of the

12   demonstration that you gave to your superiors?

13           A.    When you say, "The result of the

14   demonstration," you could say the result of the

15   demonstration was to select the most suitable one    04:14

16   among them.

17           Q.    And when that selection was made,

18   what was the next step then?

19           A.    The values that were chosen thus

20   would be directly applied to the cellular phone     04:15

21   and/or tablet devices.

22           Q.    At the demonstration where you had

23   the iPad device and the P1 device, did you

24   demonstrate any other devices at that

25   demonstration?                                       04:15

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 95

1      A.    No.  At the time the object of the

2  demonstration comparison was Galaxy Tab, and if

3  you were to talk about the competitive models,

4  there was only the iPad.  And so it was --

5  comparison was done only with that.                    04:16

6      Q.    How was that demonstration meeting

7  set up?

8      A.    It's not that a specific meeting

9  was set up, per se, but rather it was the case

10  where I, along with senior engineer, Seung-Yun     04:17

11  Lee, went to where principle engineer Jeong-Sik

12  Seong was and showed him the result.

13      Q.    Don't you have to make an

14  appointment to go see the principle engineer?

15      A.    No, there is no need.                       04:18

16      Q.    In August and September of 2010

17  when you were doing these comparisons, you

18  mentioned, I believe, that you also compared

19  products from other competitors; is that right?

20      A.    Yes.  That's correct.                       04:18

21      Q.    And what other, during this time

22  period, what other products did you compare to

23  the P1 device?

24          I'm sorry.  That question is not

25  going to help.  What other products did you use     04:19

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 96

1    to compare bounce effect with?

2            A.    At the time there was one cellular

3    phone put out by HTC, I recall, but I cannot

4    recall the name of it.

5            Q.    And did you borrow a physical copy        04:19

6    of the HTC phone in this August/September time

7    frame?

8            A.    My recollection is that I

9    borrowed.

10           Q.    And did you borrow it from the        04:20

11   same person that you borrowed the Apple from?

12           A.    Yes.   That was borrowed from the

13   same person.

14           Q.    To your knowledge, did NemusTech

15   ever report to anyone at Samsung the conclusions        04:20

16   of the comparisons that they did?

17           A.    No.   The comparison results were

18   never reported.

19                 MR. TUNG:   We have been going

20                 another hour.   Whenever you get to a        04:21

21                 convenient point.

22                 MR. MCELHINNY:   Time flies.   Let's

23                 take a break.

24                 THE VIDEOGRAPHER:   The time is

25                 4:23 p.m., and we are off the record.        04:21

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 105

1          Q.    And again, if my notes are

2     correct, you got the iPad 2 from senior engineer

3     Kim, correct?

4          A.    Yes.  That's what I recall.

5          Q.    Okay.  And since the names are --          05:09

6     what team were you on in April or May of 2011?

7          A.    The Effect.

8          Q.    And you were the head of that

9     team, correct?

10         A.    No.  I was not the head of the          05:10

11    team at the time.

12         Q.    Okay.  And can you tell me, to the

13    best of your recollection what, if anything,

14    senior engineer Kim said to you when he gave you

15    the iPad 2?                                          05:10

16         A.    He asked me, considering that the

17    operations on iPad 2 were very fast, and he asked

18    me whether it would not be possible for our

19    device to be able to be run at that fast a speed.

20         Q.    If we focused just on the bounce          05:11

21    effect, to your observation, was the bounce

22    effect in the iPad 2 different than the bounce

23    effect in the iPad 1?

24         A.    Bounce effects were not different

25    in between iPad 1 and iPad 2.                        05:12

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 106

1       Q.      When you did the comparison in
2    April and May 2011, what Samsung product or
3    products did you compare the iPad 2 to?
4       A.      They were of a Galaxy Tab series,
5    and the comparisons were made of the models and          05:13
6    the lines of 10.0 inches and 8.9 inches.
7       Q.      At the time that you did the
8    comparisons, were the Samsung devices still in
9    research and development phases?
10      A.      Yes, that's what I recall.                     05:14
11      Q.      And do you remember what their P
12   numbers were?  That's a terrible question.  Did
13   they have P numbers, the devices that you used?
14      A.      And by "P number," you're
15   referring to something such as P1, et cetera?             05:14
16      Q.      Yes, or any other research name
17   that was used for that product.
18      A.      P5 and P7, they are too numerous,
19   and I'm not able to quite match them up, but at
20   the time, they all matched up.                            05:15
21      Q.      Okay.  How much time did you spend
22   doing this comparison between the iPad 2 and the
23   two Samsung products?
24      A.      That work was not done in a
25   continuous fashion; rather, it was done                   05:16

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 107

1   intermittently, a little bit at a time, which

2   lasted a month or two.  But it kept what -- it

3   was kept up continuously.

4           Q.   How long does it take to compare

5   the bounce function in the iPad 2 with a Samsung          05:16

6   product?

7           A.   I don't exactly know how long it

8   will take because I've never compared the bounce

9   effect with an iPad 2.

10          Q.   When you were doing the                      05:17

11  comparisons in May, April and May, what were you

12  comparing?

13          A.   Well, in the case of an iPad, if

14  you hold it and if you turn it around, the screen

15  would turn as well.  And in the case of the iPad,        05:18

16  the time it takes for that to take place is quite

17  short, but in case of Galaxy Tab, that delay in

18  between was somewhat longer.  So that was

19  compared.

20          Q.   At Samsung or on your team, did              05:18

21  you have a name for effect where the picture

22  changes when the aspect of the tablet is changed?

23          A.   Yes, we did.

24          Q.   And what did you call that?

25          A.   That was called screen rotation            05:19

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 108

1    effect.

2         Q.    Other than the bounce effect and

3    the screen rotation effect, have you ever

4    compared an iPad to any Samsung tablet for any

5    other kind of effect?                              05:20

6         A.    No, I have not.

7         Q.    Whatever happened to the iPad 2

8    that you were using in April and May 2011?

9         A.    I would think that this would

10   still remain at the company.                       05:21

11        Q.    Is it still at your workstation?

12        A.    No, that is not the case.

13        Q.    What did you do with it?

14        A.    Well, at the time, it was senior

15   engineer In-Ho Kim who is it.  So when I was        05:21

16   making comparisons, I would briefly borrow to

17   make comparisons, and subsequent to such

18   comparisons, I would return that to him.

19        Q.    In April and May of 2011 when you

20   were making these comparisons, were you also fine   05:22

21   tuning the software for the Samsung 10.0 and 8.9?

22             MR. TUNG:  You mean Samsung Galaxy

23        Tab?

24             MR. McELHINNY:  Yes, please.

25             THE WITNESS:  It was the purpose          05:23

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 124

1       Q.    Do you know Dooju Byun?

2       A.    No, I do not.

3       Q.    Do you know Jaeg Wan Shin?

4       A.    No I do not.

5       Q.    Do you know Qi Ling?                    06:24

6       A.    No, I do not.

7       Q.    Do you know Jeeyeun Wang?

8       A.    No, I do not.

9       Q.    That's very effective.  Thank

10  you.                                              06:24

11          (Exhibit 1234, Behold3 Document,

12          Bates stamped SAMNDCA0058318

13          through SAMNDCA00508408 marked for

14          identification.)

15  BY MR. McELHINNY:                                 06:26

16          Q.    Sir, I've had marked a large

17  document.  It's been marked as 1234.  The first

18  page of it has the Bates number Sam NDCA

19  00508318, and it runs through 00508411.

20              You're welcome to look at as much     06:27

21  of that as you like.  I'm going to ask you about

22  specific pages.  Are you ready for me to ask you

23  a question?

24          A.    Yes.

25          Q.    On the cover, there's a reference   06:27

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 125

1    to something called the Behold3.  Do you see

2    that?

3            A.    Yes.

4            Q.    And can you tell me what the

5    Behold3 was?                                        06:27

6            A.    I know of it only to the extent

7    that this was an Android device that Samsung

8    made.

9            Q.    This document on the front bears

10   the title of the SW, which I assume is Software    06:28

11   Verification Group.  Do you see that?

12           A.    Yes, I do.

13           Q.    And in May of 2010, were you aware

14   of something called the Software Verification

15   Group?                                             06:28

16           A.    Yes, I was.

17           Q.    Was the Software Verification

18   Group part of the Google Android Group?

19           A.    No that was not the case.

20           Q.    Was it located in R3?               06:29

21           A.    My understanding is otherwise.

22           Q.    Do you know where it was located

23   in May of 2010?

24           A.    My understanding is that it was

25   probably in G-O-O-M-I, G-U-M-I.                    06:29

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 126

1        Q.    In Korea?

2        A.    Yes.

3        Q.    In your normal course of your

4    duties on your team, did you have an interaction

5    with the Software Verification Group?                06:30

6        A.    Yes.

7        Q.    And what was the nature of the

8    interaction?

9        A.    Well, Software Verification Group,

10   what they mainly do is to test the work that we      06:31

11   software developers carry out and provide

12   feedback.  So, therefore, we would continue to be

13   in communication throughout the development

14   process.

15       Q.    Did you ever communicate with the          06:31

16   Software Verification Group at any time about any

17   of the software you had written for the bounce

18   effect?

19       A.    Yes, it did.

20       Q.    Was that communication by e-mail?          06:32

21       A.    E-mail as well as other avenues of

22   communication, yes.

23       Q.    How far is Gumi from Suwon?

24       A.    It takes about three to four hours

25   by car.                                              06:32

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 127

1     Q.    Did you have video conferences?

2     A.    No.  Video conferences were never

3  held.

4     Q.    Would it be fair to say that most

5  of your communications with the Software          06:33

6  Verification Group were in writing?

7     A.    It's not the case of direct

8  communication, per se.  So as you can see here, a

9  report would be created like this, and it would

10  be uploaded to a central server.  So you could     06:34

11  consider that such takes place in a format such

12  as this.

13     Q.    When you say "such as this," you

14  mean the Behold3 report that you have in front of

15  you, correct?                                      06:34

16     A.    Yes.  Typically, it would be

17  created in a format such as this.

18     Q.    How would you learn that such a

19  report was available to you on the server?

20     A.    Typically, I would be communicated   06:35

21  of that through e-mail.

22     Q.    Okay.  Do you know who was the

23  head of the Software Verification Group in any

24  time in 2010?

25     A.    No, I do not.                         06:35

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 128

1        Q.    If you would look, please, does

2    the central server that you just talked about,

3    does it have a name?

4        A.    Typically -- well, I would rather

5    say -- well, there is a name given recently and          06:37

6    the name is PLM, and I think one can access that

7    through this site.

8        Q.    Sir, if you look at the bottom of

9    the page, it's Page 14 out of 94.  It is Bates

10   page 508331.  Do you see the second bullet point        06:37

11   says, "Evaluation Outline"?

12       A.    Yes.

13       Q.    And then it says that "the

14   subjects were a Behold3 manufacturing by Samsung

15   in an Apple iPhone."  Do you see that?                   06:38

16       A.    Yes, I do.

17       Q.    And then it says that the

18   evaluators -- that there were 30 people involved

19   in doing the evaluation.  Do you see that?

20       A.    Yes, I do.                                     06:39

21       Q.    And it refers to something, to an

22   Internet user group called "power user buzz

23   marketing recruit."  Do you see it?

24       A.    Yes, I do.

25       Q.    Are you familiar with the power               06:39

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 129

1    user buzz marketing recruit group?

2           A.    No.  I absolutely do not know.

3           Q.    If you look then, please, at Page

4    66 out of 94, which ends in the Bates numbers

5    383.  Do you see where it compares the Behold3 to          06:40

6    the iPhone?

7           A.    Yes, I do.

8           Q.    And it says that in the Behold3,

9    when a web page is dragged to its limit, there is

10   no effect, correct?                                          06:41

11          A.    That's what's written.

12          Q.    And it says on the other hand, on

13   the iPhone, the iPhone has a bouncing visual

14   effect which creates entertainment value?

15          A.    Yes, that's what's written.                    06:41

16          Q.    And then at the bottom, on the

17   very bottom line, it talks about the improvements

18   to be made.  Do you see that?

19          A.    Yes.

20          Q.    And can you tell us, please, what             06:42

21   it is, the improvement that this says should be

22   made?

23          A.    So by that, you want me to read

24   it?

25          Q.    No.  I mean, I can read it, but I             06:42

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 130

1    want to know what your understanding of the words

2    is.

3              A.    The way I understand it is at the

4    time of dragging a web page, currently, there is

5    no effect, so which is not interesting enough;          06:43

6    therefore, by providing a visual effect, it ought

7    to make it interesting.

8              Q.    My question --

9              MR. TUNG:  When you get to a point

10             that we can take a break, can we take a       06:44

11             break?

12             MR. McELHINNY:  Sure.  Let me ask

13             one more question.

14             Q.    Were you personally involved in

15    doing any of the work on the improvement to be         06:44

16    made that's described on this film?

17             A.    No.  Not at all.

18             Q.    I can give you a break.  It's

19    6:44.  I'm only going to go until 7:00.

20             MR. TUNG:  So you're just going to            06:44

21             stop at 7:00?

22             MR. McELHINNY:  Yeah I'm going to

23             stop at 7:00.

24             MR. TUNG:  We are prepared to stay

25             later.  I know we discussed that no one       06:45

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 131

1           -- I think neither party or anyone has

2           arranged for the possibility of

3           continuing tomorrow.  So, you know, we

4           can offer to stay later if that's what

5           needs, but if you'll be done at 7:00.          06:45

6                MR. McELHINNY:  Well, just so it's

7           clear, I'm going to be done at 7:00,

8           because that's a long day of depositions.

9                MR. TUNG:  Okay.

10               MR. McELHINNY:  We are entitled to          06:45

11          14 hours with him.  I have offered to do

12          it tomorrow if you want to do it

13          tomorrow.  I understand that's not

14          convenient, but my plan right now is just

15          to adjourn at 7:00, and then we'll all          06:45

16          reserve our rights for whatever happens

17          after that.

18               MR. TUNG:  Okay.  We can discuss

19          what happens off the record.

20               MR. McELHINNY:  Okay.                       06:45

21               (Exhibit 1235, Email dated May 16,

22          2011, Bates number SAMNDACA00036232,

23          marked for identification.)

24     BY MR. McELHINNY:

25          Q.   Again, sir, you've been handed a          06:48

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 137

1            C E R T I F I C A T E

2        STATE OF CALIFORNIA      )

3                                 )

4        COUNTY OF SAN FRANCISCO )

5            I, LINDA VACCAREZZA, a Certified

6        Shorthand Reporter for the State of

7        California, do hereby certify:

8            That WOOKYUN KHO, the witness whose

9        deposition is hereinbefore set forth, was

10       duly sworn by me and that such deposition

11       is a true record of the testimony given

12       by such witness.

13           I further certify that I am not

14       related to any of the parties to this

15       action by blood or marriage; and that I

16       am in no way interested in the outcome of

17       this matter.

18           IN WITNESS WHEREOF, I have hereunto

19       set my hand this 12th day of January,

20       2012.

21

22       _____

23        LINDA VACCAREZZA, CSR. NO. 10201

24

25

```
              HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION

 3           Civil Action No.:  11-CV-01846-LHK


 4
     APPLE, INC., a California corporation,
 5
              Plaintiff,
 6

 7   vs.

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA, INC.,
     a New York corporation; and
10   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
11           Defendants.
     _____/
12

13

14

15           *** HIGHLY CONFIDENTIAL ***
                  ATTORNEYS' EYES ONLY
16

17       CONTINUED VIDEOTAPED 30(b)(6) and PERSONAL

18                   DEPOSITION OF:

19                   WOOKYUN KHO

20                    VOLUME 2

21

22

23            Sunday, March 4, 2012
                  Kim & Chang
24             Seoul, South Korea
             9:05 a.m. to 3:47 p.m.
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

141

| | | |
|---|---|---|
| 09:08:36 | 1 | is Stephanie Kim. |
| 09:08:38 | 2 | MR. TUNG:  Mark Tung from Quinn Emanuel for |
| 09:08:42 | 3 | Samsung and the witness.  With me is Ed Kim from |
| 09:08:46 | 4 | Samsung. |
| 09:08:49 | 5 | LEAD INTERPRETER:  Ted Kim, main |
| 09:08:51 | 6 | interpreter. |
| 09:08:52 | 7 | CHECK INTERPRETER:  James Victory, check |
| 09:08:54 | 8 | interpreter. |
| 09:08:55 | 9 | VIDEOGRAPHER:  Counsel, please state any |
| 09:08:57 | 10 | stipulations or statements you have on the |
| 09:09:00 | 11 | record. |
| 09:09:01 | 12 | MR. AHN:  We understand the court reporter |
| 09:09:02 | 13 | is not authorized to administer oaths in this |
| 09:09:06 | 14 | venue; nevertheless, we request that she |
| 09:09:08 | 15 | administer the oath, and we stipulate that we |
| 09:09:11 | 16 | waive any objections to the validity of the |
| 09:09:13 | 17 | deposition based on the oaths. |
| 09:09:15 | 18 | VIDEOGRAPHER:  At this time will the court |
| 09:09:17 | 19 | reporter please swear in the witness and |
| 09:09:18 | 20 | interpreters. |
| | 21 | COURT REPORTER:  Do you solemnly swear or |
| | 22 | affirm that you will well and truly interpret |
| | 23 | the questions propounded by counsel and the |
| | 24 | answers given by the witness from Korean to |
| | 25 | English and English to Korean to the best of |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

142

| | | |
|---|---|---|
| 09:09:31 | 1 | your ability? |
| 09:09:31 | 2 | LEAD INTERPRETER:  I do. |
| 09:09:32 | 3 | CHECK INTERPRETER:  I do. |
| 09:09:32 | 4 | WOOKYUN KHO, |
| 09:09:32 | 5 | after having been duly sworn by the reporter, pursuant |
| 09:09:32 | 6 | to stipulation of counsel, was examined and testified |
| 09:09:47 | 7 | through the interpreter as follows: |
| 09:09:47 | 8 | THE WITNESS:  Yes. |
| 09:09:47 | 9 | EXAMINATION |
| 09:09:47 | 10 | BY MR. AHN: |
| 09:09:54 | 11 | Q.    Good morning, Mr. Kho. |
| 09:09:55 | 12 | A.    Good morning. |
| 09:09:55 | 13 | Q.    We've already met off the record, but I |
| 09:09:59 | 14 | wanted to introduce myself again.  My name is Matthew |
| 09:10:03 | 15 | Ahn, and I'm an attorney representing Apple. |
| 09:10:20 | 16 | A.    Yes. |
| 09:10:21 | 17 | Q.    I believe you were previously deposed on |
| 09:10:24 | 18 | January 12th; is that right? |
| 09:10:33 | 19 | A.    Yes, that's correct. |
| 09:10:34 | 20 | Q.    Today will be essentially the same as that |
| 09:10:38 | 21 | first time.  I'm going to ask you a number of |
| 09:10:40 | 22 | questions, and your counsel may occasionally object, |
| 09:10:43 | 23 | but unless he instructs you not to answer the question |
| 09:10:49 | 24 | you should still answer my questions. |
| 09:11:10 | 25 | A.    Yes. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:02:30 | 1 | effect will be executed by a Samsung product that calls |
| 10:02:41 | 2 | the ABS.list view member variable; is that correct? |
| 10:03:21 | 3 |        MR. TUNG:  Objection, vague, assumes facts, |
| 10:03:24 | 4 |    mischaracterizes testimony, beyond the scope. |
| 10:04:11 | 5 |   A.   I think I gave you this answer earlier.  You |
| 10:04:34 | 6 | were just now saying that a member variable being |
| 10:04:42 | 7 | called by -- being called, called by, and I don't think |
| 10:04:50 | 8 | that is correct in terms of concept.  The member |
| 10:04:55 | 9 | variable within ABS view being executed by being called |
| 10:05:07 | 10 | by some other application, that would not be a correct |
| 10:05:18 | 11 | expression, ABS list view. |
| 10:05:18 | 12 | BY MR. AHN: |
| 10:05:23 | 13 |   Q.   Are you saying "ABS" or "AVS"? |
| 10:05:34 | 14 |   A.   "B." |
| 10:05:43 | 15 |   Q.   When the contacts application in a Samsung |
| 10:05:49 | 16 | Android product displays a bounce effect, is that using |
| 10:05:56 | 17 | the source code that you wrote? |
| 10:06:20 | 18 |        MR. TUNG:  Objection, vague, beyond the |
| 10:06:22 | 19 |    scope, asked and answered. |
| 10:06:52 | 20 |     We've been going about an hour, so when you |
| 10:06:55 | 21 |    get to a breaking point, can we take a break? |
| 10:06:58 | 22 |   A.   It is correct that when the bounce effect is |
| 10:07:01 | 23 | being executed in contacts application, in that case it |
| 10:07:09 | 24 | is correct that the code I wrote in connection with |
| 10:07:18 | 25 | bounce effect is being executed. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

158

| | | |
|---|---|---|
| 10:07:26 | 1 | MR. AHN:  Just a few more questions then we |
| 10:07:28 | 2 | can take a break. |
| 10:07:28 | 3 | BY MR. AHN: |
| 10:07:38 | 4 | Q.    Have you ever seen a Samsung Android product |
| 10:07:41 | 5 | displaying the bounce effect? |
| 10:07:58 | 6 | MR. TUNG:  Objection, vague, beyond the |
| 10:08:00 | 7 | scope. |
| 10:08:05 | 8 | A.    Yes, I have. |
| 10:08:05 | 9 | BY MR. AHN: |
| 10:08:07 | 10 | Q.    Which products? |
| 10:08:15 | 11 | MR. TUNG:  Same objections. |
| 10:08:24 | 12 | A.    There are too many so that it would be |
| 10:08:29 | 13 | difficult for me to enumerate. |
| 10:08:32 | 14 | BY MR. AHN: |
| 10:08:33 | 15 | Q.    Can you give me a few examples? |
| 10:08:37 | 16 | MR. TUNG:  Same objections. |
| 10:09:01 | 17 | A.    There are the cellular phones such as |
| 10:09:06 | 18 | Galaxy S, and there are the tablets such as Galaxy Tab. |
| 10:09:13 | 19 | And there are just way too many models for me to -- so |
| 10:09:18 | 20 | that it would be difficult for me to pick them out. |
| 10:09:18 | 21 | BY MR. AHN: |
| 10:09:26 | 22 | Q.    Can you give me any specific products' |
| 10:09:28 | 23 | names? |
| 10:09:35 | 24 | MR. TUNG:  Objection, vague and beyond the |
| 10:09:37 | 25 | scope. |

American Realtime Court Reporters / Asia
www.americanrealtime.com  (561) 279-9132

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

159

| 10:09:49 | 1 | A.    I thought I just told you Galaxy S and |
| 10:09:52 | 2 | Galaxy Tab.  Doesn't that do it? |
| 10:09:52 | 3 | BY MR. AHN: |
| 10:10:03 | 4 | Q.    Do most Samsung Android products use the |
| 10:10:08 | 5 | bounce effect code that you wrote? |
| 10:10:21 | 6 | MR. TUNG:  Objection, vague, lacks |
| 10:10:23 | 7 | foundation, beyond the scope. |
| 10:10:38 | 8 | A.    Yes, that is my understanding. |
| 10:10:40 | 9 | BY MR. AHN: |
| 10:10:40 | 10 | Q.    Does it matter which version of Android |
| 10:10:43 | 11 | those phones or tablets are running? |
| 10:11:08 | 12 | MR. TUNG:  Objection, vague, beyond the |
| 10:11:17 | 13 | scope. |
| 10:11:18 | 14 | A.    Yes, there is that connection or |
| 10:11:26 | 15 | relationship. |
| 10:11:34 | 16 | MR. AHN:  Let me rephrase my question. |
| 10:11:34 | 17 | BY MR. AHN: |
| 10:11:39 | 18 | Q.    You just testified that most Samsung Android |
| 10:11:41 | 19 | products use the bounce effect source code that you |
| 10:11:45 | 20 | prepared; is that correct? |
| 10:11:59 | 21 | MR. TUNG:  Objection, vague, beyond the |
| 10:12:03 | 22 | scope. |
| 10:12:23 | 23 | A.    Yes, as you put it, most Samsung Android |
| 10:12:27 | 24 | products are using the bounce effect, the source code |
| 10:12:44 | 25 | which I wrote. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

160

| | | |
|---|---|---|
| 10:12:44 | 1 | BY MR. AHN: |
| 10:12:45 | 2 | Q.   Is the bounce effect source code that you |
| 10:12:47 | 3 | prepared the same regardless of which version of |
| 10:12:51 | 4 | Android those Samsung products are using? |
| 10:13:27 | 5 | MR. TUNG:  Objection, vague, beyond the |
| 10:13:29 | 6 | scope. |
| 10:13:56 | 7 | A.   I'm a little confused.  The Android versions |
| 10:14:14 | 8 | keep being upgraded.  And are you asking me on each of |
| 10:14:17 | 9 | such occasions the bounce effect code that's used, is |
| 10:14:25 | 10 | it the same? |
| 10:14:27 | 11 | MR. TUNG:  So we've been going longer than |
| 10:14:31 | 12 | an hour and 10 minutes, if we could take a |
| 10:14:34 | 13 | break, please. |
| 10:14:34 | 14 | MR. AHN:  I'm just about to wrap up. |
| 10:14:34 | 15 | BY MR. AHN: |
| 10:14:42 | 16 | Q.   Let me try it this way.  Is the source code |
| 10:14:47 | 17 | that you prepared on Samsung products that use Android |
| 10:14:50 | 18 | version 2.1? |
| 10:15:24 | 19 | MR. TUNG:  Objection, vague, beyond the |
| 10:15:25 | 20 | scope, lacks foundation. |
| 10:15:44 | 21 | A.   Typically we go by code names.  And when you |
| 10:15:53 | 22 | say Android version 2.1, that is somewhat confusing to |
| 10:16:01 | 23 | me.  Could you tell me by the code name? |
| 10:16:01 | 24 | BY MR. AHN: |
| 10:16:05 | 25 | Q.   I believe Android version 2.1 is known as |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

161

| | | |
|---|---|---|
| 10:16:08 | 1 | Eclair. |
| 10:16:31 | 2 | A.    So what was used for the Eclair version, of |
| 10:17:08 | 3 | course, I did participate for some of it, but I did not |
| 10:17:14 | 4 | write all of it. |
| 10:17:22 | 5 | Q.    So the bounce effect code that you prepared |
| 10:17:27 | 6 | was used for Android version 2.1, otherwise known as |
| 10:17:32 | 7 | Eclair? |
| 10:17:47 | 8 | MR. TUNG:  Objection, vague, beyond the |
| 10:17:49 | 9 | scope, lacks foundation. |
| 10:17:58 | 10 | A.    Yes.  The code I wrote was also used in |
| 10:18:15 | 11 | Eclair version. |
| 10:18:15 | 12 | BY MR. AHN: |
| 10:18:20 | 13 | Q.    Was that code also used in Android version |
| 10:18:22 | 14 | 2.2, otherwise known as FROYO? |
| 10:18:36 | 15 | MR. TUNG:  Same objections. |
| 10:18:47 | 16 | A.    I would not say it is the same code, but |
| 10:19:14 | 17 | because there continue to be upgrades, I would not say |
| 10:19:23 | 18 | it is the same code that I had written. |
| 10:19:31 | 19 | MR. TUNG:  Counsel, I'm going to ask you a |
| 10:19:32 | 20 | third time, can we take a break? |
| 10:19:35 | 21 | MR. AHN:  Just one second.  I think there |
| 10:19:37 | 22 | was part of the answer that might not have been |
| 10:19:39 | 23 | interpreted. |
| 10:19:43 | 24 | Let me just re-ask that question again so we |
| 10:19:46 | 25 | can get the answer to make sure it's complete. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

162

| | | |
|---|---|---|
| 10:19:46 | 1 | BY MR. AHN: |
| 10:19:52 | 2 | Q.    You prepared bounce effect code which was |
| 10:19:59 | 3 | used in Android version 2.2, otherwise known as FROYO; |
| 10:20:07 | 4 | is that correct? |
| 10:20:19 | 5 | MR. TUNG:  Objection, vague, lacks |
| 10:20:20 | 6 | foundation, beyond the scope. |
| 10:20:36 | 7 | A.    Yes, it is correct that the code I wrote was |
| 10:20:43 | 8 | used in the FROYO version. |
| 10:20:43 | 9 | BY MR. AHN: |
| 10:20:48 | 10 | Q.    For Samsung products, correct? |
| 10:20:53 | 11 | MR. TUNG:  Same objections. |
| 10:20:58 | 12 | A.    Correct.  It is correct that they were used |
| 10:21:05 | 13 | in Samsung products. |
| 10:21:06 | 14 | MR. AHN:  All right.  Let's take a break. |
| 10:21:08 | 15 | VIDEOGRAPHER:  Going off the record.  The |
| 10:21:10 | 16 | time is 10:19. |
| 10:40:56 | 17 | (A recess was taken.) |
| 10:40:56 | 18 | VIDEOGRAPHER:  Back on the record.  The time |
| 10:41:36 | 19 | is 10:39. |
| 10:41:39 | 20 | BY MR. AHN: |
| 10:41:40 | 21 | Q.    Was the bounce effect source code that you |
| 10:41:43 | 22 | wrote used in Samsung products that used Android |
| 10:41:49 | 23 | version 2.3, otherwise known as Gingerbread? |
| 10:42:09 | 24 | MR. TUNG:  Objection, vague, lacks |
| 10:42:10 | 25 | foundation, beyond the scope. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

163

| | | |
|---|---|---|
| 10:42:30 | 1 | A.    Yes, it was used in Samsung product that |
| 10:42:36 | 2 | used Android version 2.3 known as Gingerbread. |
| 10:42:46 | 3 | Q.    Was the bounce effect source code that you |
| 10:42:49 | 4 | wrote used in Samsung products that used Android |
| 10:42:52 | 5 | version 3.0, otherwise known as Honeycomb? |
| 10:43:10 | 6 | MR. TUNG:  Same objections. |
| 10:43:19 | 7 | A.    The code I wrote was used in Samsung |
| 10:43:28 | 8 | products that used Honeycomb. |
| 10:43:33 | 9 | BY MR. AHN: |
| 10:43:34 | 10 | Q.    Which application had -- strike that. |
| 10:43:41 | 11 | Which application in Samsung's products |
| 10:43:50 | 12 | would contain the bounce effect? |
| 10:44:11 | 13 | MR. TUNG:  Objection, vague, lacks |
| 10:44:14 | 14 | foundation, beyond the scope. |
| 10:44:43 | 15 | A.    It's not that all of the Samsung products |
| 10:44:57 | 16 | contain the bounce effect.  And also I do not |
| 10:45:03 | 17 | participate in the development of applications.  So I |
| 10:45:09 | 18 | would not exactly know which applications use the code |
| 10:45:16 | 19 | that I wrote. |
| 10:45:16 | 20 | BY MR. AHN: |
| 10:45:19 | 21 | Q.    Do you know of any applications in any |
| 10:45:23 | 22 | Samsung Android products that use the bounce effect |
| 10:45:28 | 23 | code that you wrote? |
| 10:45:44 | 24 | MR. TUNG:  Objection, vague, beyond the |
| 10:45:46 | 25 | scope. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

164

| | | |
|---|---|---|
| 10:46:14 | 1 | A.    Yes, in some of the applications of the |
| 10:46:18 | 2 | Samsung cellular phones and the contact application |
| 10:46:25 | 3 | that you mentioned earlier, that contains bounce |
| 10:46:29 | 4 | effect. |
| 10:46:38 | 5 | Q.    Before the break you mentioned that the code |
| 10:46:40 | 6 | wasn't exactly the same for each version of Android. |
| 10:46:44 | 7 | Can you tell me what some of the differences were? |
| 10:47:08 | 8 | MR. TUNG:  Objection, vague.  And to the |
| 10:47:10 | 9 | extent it goes beyond code and deals with bounce |
| 10:47:13 | 10 | effect in lists, it's beyond the scope. |
| 10:47:39 | 11 | A.    I think it would be difficult for me to |
| 10:47:42 | 12 | describe those in words. |
| 10:47:45 | 13 | BY MR. AHN: |
| 10:47:46 | 14 | Q.    Why would it be difficult? |
| 10:48:34 | 15 | A.    Not only is it not easy to describe the code |
| 10:48:39 | 16 | in terms of words, but also this is not a small |
| 10:48:45 | 17 | program.  This is a code that carries out a major |
| 10:48:52 | 18 | functionality, so I'm thinking it would be difficult to |
| 10:48:57 | 19 | describe in words the differences. |
| 10:49:02 | 20 | Q.    What do you mean when you say "a major |
| 10:49:05 | 21 | functionality"? |
| 10:49:38 | 22 | A.    It's not that I have any particular meaning |
| 10:49:50 | 23 | with which I mention that, rather it's simply I meant |
| 10:49:57 | 24 | to say that it's not simple to implement this |
| 10:50:02 | 25 | functionality. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

223

```
 1                    C E R T I F I C A T E

 2    (Seoul)

 3    (South Korea)

 4
              I, Tracey S. LoCastro, Registered
 5    Professional Reporter, do hereby certify
      that the aforementioned witness was first duly sworn
 6    as noted by stipulation of counsel to testify the
      whole truth; that I was authorized to and did report
 7    said deposition in stenotype; and that the foregoing
      pages are a true and correct transcription of my
 8    shorthand notes of said deposition.

 9              I further certify that said deposition was
      taken at the time and place hereinabove set forth
10    and that the taking of said deposition was commenced
      and completed as hereinabove set out.

11
                I further certify that I am not attorney
12     or counsel of any of the parties, nor am I a
       relative or employee of any attorney or counsel of
13     party connected with the action, nor am I
       financially interested in the action.

14
                The foregoing certification of this
15    transcript does not apply to any reproduction of the
      same by any means unless under the direct control
16    and/or direction of the certifying reporter.

17

18              IN WITNESS WHEREOF, I have hereunto

19    set my hand this 6th day of March, 2012.

20

21                     _____

22                     TRACEY S. LOCASTRO,
                       Registered Professional Reporter

23

24

25
```