# Exhibit 17

Highly Confidential - Attorneys' Eyes Only

Page 1

1       UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3            SAN JOSE DIVISION
4              --oOo--
5   APPLE, INC., A CALIFORNIA     )
6   CORPORATION,                  )
7              PLAINTIFF,         ) No.  11-CV-01846-LHK
8       vs.                       )
9   SAMSUNG ELECTRONICS CO.,      )
10  LTD., A KOREAN BUSINESS       )
11  ENTITY; SAMSUNG ELECTRONICS   )
12  AMERICA, INC., A NEW YORK     )
13  CORPORATION; SAMSUNG          )
14  TELECOMMUNICATIONS AMERICA,   )
15  LLC, A DELAWARE LIMITED       )
16  LIABILITY COMPANY,            )
17              DEFENDANTS.       )
18  _____)
19
20       VIDEOTAPED DEPOSITION OF IOI KIM LAM
21     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
22           San Francisco, California
23           Thursday, March 8, 2012
24   Reported By:
     KATHLEEN WILKINS, CSR #10068, RPR, CRR, CCRR, CLR
25   JOB NO. 47476

Highly Confidential - Attorneys' Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | & Foerster representing Apple. | 10:02 |
| 2 | MR. BRIGGS:  Todd Briggs from Quinn | 10:02 |
| 3 | Emanuel representing Samsung and the witness | 10:02 |
| 4 | Mr. Lam, and also with me is Michelle Yang from | 10:02 |
| 5 | Samsung. | 10:02 |
| 6 | THE VIDEOGRAPHER:  Would the court | 10:02 |
| 7 | reporter please swear in the witness. | 10:02 |
| 8 | IOI KIM LAM, | 10:02 |
| 9 | having been duly sworn, | 10:02 |
| 10 | was examined and testified as follows: | 10:02 |
| 11 | --oOo-- | 10:02 |
| 12 | THE VIDEOGRAPHER:  Please begin. | 10:02 |
| 13 | EXAMINATION BY MR. MONACH | 10:02 |
| 14 | BY MR. MONACH: | 10:02 |
| 15 |     Q.    Good morning, Mr. Lam. | 10:02 |
| 16 |     A.    Good morning. | 10:02 |
| 17 |     Q.    Have you ever had your deposition taken | 10:02 |
| 18 | before? | 10:03 |
| 19 |     A.    No. | 10:03 |
| 20 |     Q.    My name is Andrew Monach.  I represent | 10:03 |
| 21 | Apple in a lawsuit against Samsung.  And I'm here | 10:03 |
| 22 | to ask you some questions that will be | 10:03 |
| 23 | transcribed. | 10:03 |
| 24 |     Do you understand that? | 10:03 |
| 25 |     A.    Yes. | 10:03 |

Highly Confidential - Attorneys' Eyes Only

Page 27

| | | |
|---|---|---|
| 1 | representative. | 10:31 |
| 2 | A.    As part of my information-gathering for | 10:31 |
| 3 | these topics that I've been designated for, I've | 10:31 |
| 4 | not encountered a case where that was the goal. | 10:31 |
| 5 | Q.    Did you ask? | 10:31 |
| 6 | A.    Yes. | 10:31 |
| 7 | Q.    Who did you ask? | 10:31 |
| 8 | A.    So I asked Mr. Sangheon Kim about the | 10:32 |
| 9 | videos and about the purposes of those videos, and | 10:32 |
| 10 | he did not list what you mentioned as the purpose | 10:32 |
| 11 | of those videos. | 10:32 |
| 12 | Q.    Okay.  Handing you a document that was | 10:32 |
| 13 | previously marked as Exhibit 1424, which is Bates | 10:32 |
| 14 | numbered SAMNDCA229388 through -391 from Jaegwan | 10:32 |
| 15 | Shin to Ioi Lam and Qi Ling dated March 14th, | 10:33 |
| 16 | 2011. | 10:33 |
| 17 | Mr. Lam, is this an e-mail that you | 10:33 |
| 18 | received from Mr. Shin? | 10:33 |
| 19 | A.    Based on the e-mail header, it would | 10:33 |
| 20 | suggest to me it's from Mr. Shin.  So I believe it | 10:33 |
| 21 | was an e-mail that was sent from Mr. Shin to me. | 10:33 |
| 22 | Q.    What's Mr. Shin's job? | 10:33 |
| 23 | A.    What is Mr. Shin's job?  Mr. Shin is a | 10:33 |
| 24 | dispatcher from -- I call it from Korea -- of | 10:33 |
| 25 | my -- my own limited knowledge of what his job is, | 10:33 |

```
                                                          Page 28
1    I know what my interaction with him is.                10:33
2         Q.    In general, what is your interaction        10:33
3    with Mr. Shin?                                         10:34
4         A.    With Mr. Shin, in our team, Mr. Shin        10:34
5    would provide information that are sent to us from     10:34
6    headquarters from Korea.                               10:34
7         Q.    And do you recall this e-mail,              10:34
8    Exhibit 1424, that lists the iPhone and then says,     10:34
9    "Scroll, zoom and double tap," and then beneath        10:34
10   that, "Same user scroll, zoom and double tap"?         10:34
11        A.    So this is a very long e-mail.              10:34
12        Q.    I just want you to focus on the very        10:34
13   first piece since the rest of it is -- the first       10:34
14   part is in English and the rest is in Korean.  So      10:34
15   just focus on that first block, please.                10:34
16        A.    Yes.  So -- so I think I've seen an         10:34
17   e-mail like this.                                      10:35
18        Q.    Okay.  And what do the columns scroll,      10:35
19   zoom and double tap refer to?                          10:35
20        A.    Scroll, zoom and double tap.                10:35
21              So this e-mail was sent long time ago,      10:35
22   so I think, if my memory is correct, is they are       10:35
23   referring to the scroll and zoom and double-tap        10:35
24   operations.                                            10:35
25        Q.    Of a phone, correct?                        10:35
```

Highly Confidential - Attorneys' Eyes Only

Page 29

| | | |
|---|---|---|
| 1 | A.   Of a phone, yes.  Seems to me to be two | 10:35 |
| 2 | phones. | 10:35 |
| 3 | Q.   And is it the same code name for a | 10:35 |
| 4 | Samsung phone? | 10:35 |
| 5 | A.   Yes. | 10:35 |
| 6 | Q.   Which one? | 10:35 |
| 7 | A.   I think it's the prototype of the | 10:35 |
| 8 | Galaxy S II. | 10:35 |
| 9 | Q.   So in this e-mail in March of 2011, was | 10:36 |
| 10 | Mr. Shin reporting on the relative performance on | 10:36 |
| 11 | scroll, zoom and double tap for the iPhone and the | 10:36 |
| 12 | prototype Galaxy S II? | 10:36 |
| 13 | MR. BRIGGS:  Objection.  Foundation. | 10:36 |
| 14 | THE WITNESS:  Yes, I think he's | 10:36 |
| 15 | related -- he's sending those numbers to me. | 10:36 |
| 16 | BY MR. MONACH: | 10:36 |
| 17 | Q.   What is -- what is -- and do you | 10:36 |
| 18 | understand the purpose of his sending that | 10:36 |
| 19 | information to you? | 10:36 |
| 20 | A.   As I said, this e-mail seems to be -- | 10:36 |
| 21 | it's a long time ago.  If I remember correctly, | 10:36 |
| 22 | it's about making sure that the prototype device | 10:36 |
| 23 | performed well in the areas that are listed in | 10:37 |
| 24 | those tables. | 10:37 |
| 25 | Q.   Okay.  What does scroll mean to you? | 10:37 |

Highly Confidential - Attorneys' Eyes Only

Page 33

| | | |
|---|---|---|
| 1 | Q.    Making it either larger or smaller? | 10:41 |
| 2 | A.    That's correct. | 10:41 |
| 3 | Q.    And is it your understanding that this | 10:41 |
| 4 | chart in Exhibit 1424 refers to the initial | 10:42 |
| 5 | response time in the smoothness of changing the | 10:42 |
| 6 | scale by means of a double tap in the iPhone | 10:42 |
| 7 | device and in the Samsung Galaxy S II prototype? | 10:42 |
| 8 | A.    Yes.  This table seems to list the | 10:42 |
| 9 | initial response time in milliseconds and the | 10:42 |
| 10 | smoothness, but I'm not sure what the smoothness | 10:42 |
| 11 | mean because those -- doesn't seem like | 10:42 |
| 12 | milliseconds to me. | 10:42 |
| 13 | Q.    Okay. Did you do any -- by you, I mean | 10:42 |
| 14 | the San Jose lab -- make any modifications to the | 10:42 |
| 15 | code for the Galaxy S II prototype in response to | 10:43 |
| 16 | this e-mail from Mr. Shin? | 10:43 |
| 17 | A.    In response to this e-mail?  I don't | 10:43 |
| 18 | remember whether we made any changes in response | 10:43 |
| 19 | to this e-mail. | 10:43 |
| 20 | Q.    Do you recall making any changes, even | 10:43 |
| 21 | if it wasn't in response to this e-mail, to the | 10:43 |
| 22 | Galaxy S II code in order to make its performance | 10:43 |
| 23 | closer to the performance of the Apple product? | 10:43 |
| 24 | A.    I remember that for the Galaxy S II | 10:43 |
| 25 | device, I remember that our team was asked to | 10:44 |

Page 34

| | | |
|---|---|---|
| 1 | improve performance so that our performance will | 10:44 |
| 2 | be better than the source code that Google | 10:44 |
| 3 | provided to us, the baseline source code from | 10:44 |
| 4 | Android. | 10:44 |
| 5 | Q.   And was that request made so that the | 10:44 |
| 6 | Samsung phone would perform more like the Apple | 10:44 |
| 7 | products and would have been inferior if you | 10:44 |
| 8 | simply used the base Android code? | 10:44 |
| 9 | MR. BRIGGS:  Objection.  Vague. | 10:44 |
| 10 | Foundation.  Compound. | 10:44 |
| 11 | THE WITNESS:  I don't remember receiving | 10:44 |
| 12 | such request. | 10:45 |
| 13 | BY MR. MONACH: | 10:45 |
| 14 | Q.   Let me show you what's been previously | 10:45 |
| 15 | marked as Exhibit 1425, which is an e-mail from | 10:45 |
| 16 | Jaegwan Shin to Ioi Lam and Qi Ling dated March | 10:45 |
| 17 | 23rd, 2011. | 10:45 |
| 18 | A.   Okay. | 10:45 |
| 19 | Q.   Is this a copy of an e-mail that you | 10:45 |
| 20 | received from Mr. Shin on or around March 23rd, | 10:45 |
| 21 | 2011? | 10:45 |
| 22 | A.   It's been a long time ago, so I don't | 10:45 |
| 23 | remember receiving that e-mail, but from the | 10:45 |
| 24 | subject it seems to be an e-mail from Mr. Shin to | 10:45 |
| 25 | myself. | 10:45 |

Highly Confidential - Attorneys' Eyes Only

Page 50

1    A.   Elastic bounce.  So our team is                11:12
2  engineering team and sometimes we are very loose      11:12
3  in terms of using different terms to describe         11:12
4  effects.  Elastic bounce.                             11:12
5       So your question is, I did implement --          11:12
6  which products have I implemented?                    11:12
7    Q.   We have an initial question before that,       11:12
8  which is, what did you mean by elastic bounce?        11:12
9    A.   In this e-mail?                                11:12
10   Q.   Start with in this e-mail, yes.                11:12
11   A.   In this e-mail, I don't remember the           11:12
12 particular context.                                   11:13
13   Q.   Okay.  What is -- what does elastic            11:13
14 bounce mean generally to you based on your work at    11:13
15 Samsung?                                              11:13
16   A.   Elastic bounce has -- so it means that         11:13
17 something is bouncing elastically.  So if you have    11:13
18 a rubber ball that bounces, we have animations        11:13
19 that we do that in HTML pages.                        11:13
20   Q.   Did you -- did you implement elastic           11:13
21 bounce as you've used that term in the Samsung        11:13
22 mobile browser?                                       11:13
23   A.   Yes, I have.                                   11:13
24   Q.   All right.  And how did -- how did that        11:13
25 work?                                                 11:13

Page 51

| | | |
|---|---|---|
| 1 | A. So if you pull -- if you scroll a page | 11:13 |
| 2 | and it goes beyond the page limit, the page will | 11:13 |
| 3 | bounce back. | 11:13 |
| 4 | Q. Bounce back when you release your | 11:14 |
| 5 | finger? | 11:14 |
| 6 | A. Yes. | 11:14 |
| 7 | Q. And was that elastic bounce, as you've | 11:14 |
| 8 | just described it, something that was included or | 11:14 |
| 9 | not included in the basic Android code? | 11:14 |
| 10 | A. In the basic Android code. | 11:14 |
| 11 | MR. BRIGGS: Objection. Foundation. | 11:14 |
| 12 | THE WITNESS: Which version of the | 11:14 |
| 13 | Android? | 11:14 |
| 14 | BY MR. MONACH: | 11:14 |
| 15 | Q. Any version. | 11:14 |
| 16 | A. Including future versions or just -- | 11:14 |
| 17 | Q. Future versions, no. I mean something | 11:14 |
| 18 | that exists now or in the past. I'm not asking | 11:14 |
| 19 | you to foretell the future. | 11:14 |
| 20 | A. Basic Android code, you mean code that | 11:14 |
| 21 | Google gives out? | 11:14 |
| 22 | Q. Yes. | 11:14 |
| 23 | A. So I work only on the browser, so I'm | 11:14 |
| 24 | not aware if other functionality in the group or | 11:14 |
| 25 | Android code might have such a feature. | 11:14 |

Highly Confidential - Attorneys' Eyes Only

Page 55

| | | |
|---|---|---|
| 1 | Q.    Had you seen Apple products with -- | 11:18 |
| 2 | either Apple products or videos of Apple products | 11:18 |
| 3 | with what you have described as the bounce effect | 11:18 |
| 4 | before you implemented it at Samsung? | 11:18 |
| 5 | A.    Yes. | 11:18 |
| 6 | Q.    Okay.  Which products? | 11:19 |
| 7 | A.    The iPhone. | 11:19 |
| 8 | Q.    What about a tablet? | 11:19 |
| 9 | A.    The iPad, yes. | 11:19 |
| 10 | Q.    Okay.  Did the fact that you had seen | 11:19 |
| 11 | the bounce effect in the iPhone and iPad browser | 11:19 |
| 12 | contribute in any way to your decision to later | 11:19 |
| 13 | implement that feature in Samsung products? | 11:19 |
| 14 | MR. BRIGGS:  Objection.  Vague. | 11:19 |
| 15 | THE WITNESS:  So my -- the full reason | 11:19 |
| 16 | that I started to implement feature is I got very | 11:19 |
| 17 | frustrated with the Google source code, like it | 11:19 |
| 18 | stop abruptly.  So for me to feel like I'm | 11:19 |
| 19 | browsing the web in a good way, I thought I should | 11:19 |
| 20 | do it.  I'm very particular about the software | 11:19 |
| 21 | that I use. | 11:19 |
| 22 | BY MR. MONACH: | 11:19 |
| 23 | Q.    And at the time you got frustrated with | 11:19 |
| 24 | the Google code, you had seen, either on a device | 11:19 |
| 25 | or a video, Apple's solution to this problem of | 11:19 |

Page 56

| | | |
|---|---|---|
| 1 | abruptly stopping at the end of a page, right? | 11:20 |
| 2 | A.    I have seen it, but even if I had not | 11:20 |
| 3 | seen it, I would have -- I would have done it | 11:20 |
| 4 | myself. | 11:20 |
| 5 | Q.    The next bullet point on the e-mail | 11:20 |
| 6 | we've been talking about, 2395, says, "The | 11:20 |
| 7 | background is now rendered using dark gray." | 11:20 |
| 8 | Does that refer to the area outside the | 11:20 |
| 9 | boundary of a web page? | 11:20 |
| 10 | A.    It seems to be. | 11:20 |
| 11 | Q.    And why did you decide to use dark gray? | 11:20 |
| 12 | A.    So if I remember correctly, you see the | 11:20 |
| 13 | bracket says similar to U1. So I wanted to make | 11:20 |
| 14 | the P5 look similar to the U1. | 11:20 |
| 15 | Q.    Had you also implemented this bounce | 11:21 |
| 16 | effect in U1? | 11:21 |
| 17 | A.    Bounce effect, yes, I did. | 11:21 |
| 18 | Q.    And does your previous testimony | 11:21 |
| 19 | describe the circumstances of -- | 11:21 |
| 20 | A.    Yes. | 11:21 |
| 21 | Q.    -- how you decided to do that and what | 11:21 |
| 22 | you had seen before doing that? | 11:21 |
| 23 | A.    Yes. | 11:21 |
| 24 | MR. BRIGGS:  Objection. Vague. | 11:21 |
| 25 | MR. MONACH:  Why don't we take a short | 11:21 |

```
                                                          Page 123
1    Compound.                                             02:15
2    BY MR. MONACH:                                        02:15
3         Q.    I'll be happy to rephrase it.              02:15
4               So one of the things -- one of the         02:15
5    things you worked on, as we saw in one of these       02:15
6    documents, was improving double tap to zoom.          02:15
7               Do you recall that?                        02:15
8         A.    The part about being cut off?              02:15
9         Q.    One part was being cut, another talked     02:16
10   about getting the right HTML block.  There were       02:16
11   various discussions of double tap to zoom.            02:16
12              Do you recall that?                        02:16
13        A.    Yes.                                       02:16
14        Q.    And your group in San Jose was             02:16
15   attempting to improve upon the basic Android          02:16
16   functionality in that regard, right?                  02:16
17        A.    Yes.                                       02:16
18        Q.    And as products were being developed,      02:16
19   you attempted to optimize double tap-to-zoom          02:16
20   performance and to fix any bugs in that feature,      02:16
21   correct?                                              02:16
22        A.    Yes.                                       02:16
23        Q.    So in doing that optimization and bug      02:16
24   fixing, did you use Samsung devices, either           02:16
25   prototypes or commercial devices, and operate them    02:16
```

Page 124

| | | |
|---|---|---|
| 1 | using the touch screen to test the performance and | 02:16 |
| 2 | to test the performance of the bug fixes or | 02:16 |
| 3 | improvements that you made? | 02:16 |
| 4 | A.   We use almost always the prototypes. | 02:16 |
| 5 | Q.   Okay.  Of both the Samsung phone and the | 02:17 |
| 6 | Samsung tablet, right? | 02:17 |
| 7 | A.   That's correct. | 02:17 |
| 8 | Q.   And you did that with respect to | 02:17 |
| 9 | tap-to-zoom features? | 02:17 |
| 10 | A.   Yes. | 02:17 |
| 11 | Q.   And you did that with respect to what | 02:17 |
| 12 | you've described as elastic bounce? | 02:17 |
| 13 | A.   Yes. | 02:17 |
| 14 | Q.   And you did that with respect to | 02:17 |
| 15 | pinching or depinching for zooming? | 02:17 |
| 16 | A.   Yes. | 02:17 |
| 17 | Q.   And you did that for scrolling? | 02:17 |
| 18 | A.   Yes. | 02:17 |
| 19 | Q.   And you did that for other translations | 02:17 |
| 20 | of the web page? | 02:17 |
| 21 | MR. BRIGGS:  Objection.  Vague. | 02:17 |
| 22 | THE WITNESS:  What do you mean by "other | 02:17 |
| 23 | translations"? | 02:17 |
| 24 | BY MR. MONACH: | 02:17 |
| 25 | Q.   For example, if you could tap on a | 02:17 |

Highly Confidential - Attorneys' Eyes Only

Page 125

| | | |
|---|---|---|
| 1 | single tap to move text as opposed to double | 02:17 |
| 2 | tapping to zoom. | 02:17 |
| 3 | A.    I don't remember doing that. | 02:17 |
| 4 | Q.    Okay. But you remember the others that | 02:17 |
| 5 | we -- | 02:17 |
| 6 | A.    Yes. | 02:17 |
| 7 | Q.    -- that I just went through? | 02:17 |
| 8 | A.    Yes. | 02:17 |
| 9 | Q.    And you were trying to optimize the | 02:17 |
| 10 | performance of all those different features, | 02:18 |
| 11 | correct? | 02:18 |
| 12 | A.    Yes. | 02:18 |
| 13 | Q.    And why were you trying to do that? | 02:18 |
| 14 | A.    Because we want to give our users a | 02:18 |
| 15 | device that's fast, that's faster than our | 02:18 |
| 16 | competitors. | 02:18 |
| 17 | Q.    And did you believe that it would be | 02:18 |
| 18 | important to your users to optimize those | 02:18 |
| 19 | different commands and gestures like scrolling, | 02:18 |
| 20 | tap to zoom, pinch to zoom, elastic bounce? | 02:18 |
| 21 | A.    We believe it's important that our | 02:18 |
| 22 | device has good performance in those areas and | 02:18 |
| 23 | other areas as well. | 02:18 |
| 24 | MR. MONACH: Okay. Thank you. That's | 02:18 |
| 25 | all I have. | 02:18 |

Highly Confidential - Attorneys' Eyes Only

Page 127

CERTIFICATE

STATE OF CALIFORNIA           )
                              )
COUNTY OF SAN FRANCISCO       )

       I, KATHLEEN A. WILKINS, RPR, CRR, CCRR, CLR, a Certified Shorthand Reporter in the State of California, hereby certify:

       That IOI LAM, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of March, 2012.

_____
KATHLEEN WILKINS, RPR, CRR, CCRR, CLR, CSR 10068