Exhibit 18

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
    CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
         UNITED STATES INTERNATIONAL TRADE COMMISSION
                        WASHINGTON, D.C.


    _____

    In the Matter of:

    CERTAIN ELECTRONIC DIGITAL                  Case No.:

    MEDIA DEVICES AND COMPONENTS                337-TA-796

    THEREOF

    _____




              *** CONFIDENTIAL BUSINESS INFORMATION ***
                     SUBJECT TO PROTECTIVE ORDER




         VIDEOTAPED 30(b)(6) and PERSONAL DEPOSITION OF:
                            MINHYOUK LEE




                      Saturday, March 3, 2012
                            Kim & Chang
                         Seoul, South Korea
                       9:14 a.m. to 8:04 p.m.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

7

|  |  |  |
|---|---|---|
|  | 1 | affirm that you will well and truly interpret |
|  | 2 | the questions propounded by counsel and the |
|  | 3 | answers given by the witness from Korean to |
|  | 4 | English and English to Korean to the best of |
| 09:17:21 | 5 | your ability? |
| 09:17:21 | 6 | LEAD INTERPRETER:  I do. |
| 09:17:22 | 7 | CHECK INTERPRETER:  I do. |
|  | 8 | MINHYOUK LEE, |
|  | 9 | after having been duly sworn by the reporter, pursuant |
|  | 10 | to stipulation of counsel, was examined and testified |
|  | 11 | through the interpreter as follows: |
|  | 12 | THE WITNESS: |
|  | 13 | EXAMINATION |
|  | 14 | BY MR. STERN: |
| 09:17:37 | 15 | Q.   Could you please state your name for the |
| 09:17:38 | 16 | record? |
| 09:17:41 | 17 | A.   My name is Minhyouk Lee. |
| 09:17:45 | 18 | Q.   Good morning, Mr. Lee.  My name is Peter |
| 09:17:48 | 19 | Stern.  I represent Apple in an action pending between |
| 09:17:52 | 20 | Apple and Samsung in the International Trade |
| 09:17:54 | 21 | Commission.  And we're here this morning, obviously, |
| 09:17:56 | 22 | for the purpose of taking your deposition. |
| 09:18:21 | 23 | I'm going to be asking you some questions. |
| 09:18:23 | 24 | If you don't understand my question and would like me |
| 09:18:26 | 25 | to rephrase it, please let me know and I'll do my best |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

157

```
07:17:22   1    explain for me what is the particular role and function
07:17:24   2    of the ID Cluster?
07:17:52   3         A.   ID Cluster is primarily charged with
07:17:57   4    searching for a new device type and new product types.
07:18:13   5         Q.   Is that a substantially different role from
07:18:15   6    the Product Design Groups 1 and 2 at Samsung?
07:18:48   7         A.   In the sense that both of their roles
07:18:55   8    involve the product planning and creating the design
07:19:02   9    work, their roles may be the same, but in the sense
07:19:07  10    which phone products are planned for, the roles may
07:19:13  11    differ.
07:19:31  12              For instance, products having hybrid concept
07:19:39  13    was created and the Galaxy Note that you all are all
07:19:47  14    aware is something that ID Cluster team -- design team
07:19:53  15    created.  And various other -- significant other number
07:20:09  16    of products than that has been conceived and is still
07:20:15  17    being conceived.  And further providing information
07:20:25  18    would be related to information about new product,
07:20:30  19    which I cannot disclose.  So this will be it.
07:20:35  20              (Exhibit 20 was marked for identification.)
07:20:36  21    BY MR. STERN:
07:20:36  22         Q.   I'd like to hand you a copy of what will be
07:20:38  23    marked as Exhibit 20, Mr. Lee.
07:20:52  24              And we have a translation for this one.
07:21:16  25              The Bates numbers for this document are
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

158

```
07:21:19   1    SAMNDCA 10247373 through 378.
07:26:21   2         A.    I've read it.
07:26:23   3         Q.    Mr. Lee, do you recognize Exhibit 20 as an
07:26:25   4    internal Samsung communication consisting of an e-mail
07:26:35   5    string, the most recent of which being an e-mail dated
07:26:37   6    February 11th, 2010?
07:27:06   7         A.    Looking at this e-mail dated February 11th,
07:27:22   8    first of all, I'm looking at this e-mail for the first
07:27:25   9    time, today.  And just skimming through the content of
07:27:33   10   the body text, it appears that the business unit leader
07:27:36   11   is very upset at something, because he doesn't normally
07:27:41   12   make statements like this that are reflected there.
07:28:14   13              And as to the second e-mail on the bottom of
07:28:16   14   the first page, the subject of which is the summary of
07:28:22   15   the executive level brief meeting hosted by the
07:28:31   16   business unit leader, since I personally attended this
07:28:37   17   meeting, I did not look into the detailed record again
07:28:46   18   when it came via e-mail.  And I'm looking at the
07:28:49   19   summary for the first time, today.
07:28:51   20        Q.    But this document consists of an internal
07:28:54   21   Samsung e-mail string recording the comments of the
07:28:58   22   head of the business division, correct, Mr. Lee?
07:29:24   23              MR. ZELLER:  Assumes facts.
07:29:43   24        A.    I don't know how to explain as to that
07:29:46   25   because there are many portions that I don't
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 07:29:48 | 1 | understand. |
| 07:30:46 | 2 |       The portion of this body text that I really |
| 07:30:49 | 3 | don't understand about the most is this section where |
| 07:30:52 | 4 | it starts on the very bottom line of the first page |
| 07:30:55 | 5 | where it reads, as to this portion, this senior VP said |
| 07:31:05 | 6 | that -- |
| 07:31:07 | 7 |       (Discussion held between Lead Interpreter |
| 07:31:13 | 8 | and Check Interpreter.) |
| 07:31:13 | 9 | A.    -- said that an answer that such is being |
| 07:31:20 | 10 | done. |
| 07:31:21 | 11 |       And to that answer he said, "No, I'm not |
| 07:31:27 | 12 | saying that it should be done in such a manner, but |
| 07:31:36 | 13 | instead I'm just stating that I personally like this, |
| 07:31:42 | 14 | but other people may have their own preferred UX that |
| 07:31:51 | 15 | suits their taste or liking.  So, therefore, what I'm |
| 07:31:58 | 16 | saying is things that have to be well carried out |
| 07:32:04 | 17 | according to such." |
| 07:32:15 | 18 |       The fact that it's not referred to as UX, |
| 07:32:20 | 19 | but UX that is not a UX and also by referring to as UX |
| 07:32:27 | 20 | that is not like UX.  What it means by all those |
| 07:32:31 | 21 | references does not mean that UX has to be removed or |
| 07:32:35 | 22 | omitted, but rather what it means is that it is the |
| 07:32:44 | 23 | matter of fact and it's something that is obvious to |
| 07:32:50 | 24 | the extent that it does not necessarily have to be |
| 07:32:54 | 25 | referred as UX necessarily, because it goes without |

```
07:32:59   1    saying that that's what he said.
07:33:11   2              And underneath, this is the most important
07:33:13   3    and the portion that I really don't understand about
07:33:17   4    the most is the last sentence where it says, recording
07:33:23   5    all these statements without omitting a word or
07:33:29   6    character, still, although I understand as to what the
07:33:38   7    intent will be, but it is still somewhat complicated...
07:33:57   8              Jubb, J-U-B-B, dot dot.  There is a Korean
07:34:06   9    character that indicate a person's tears, drop, drop,
07:34:10  10    tears.
07:34:16  11              Well, first of all, what I want to say about
07:34:18  12    this content is this does not appear to be something
07:34:22  13    official.  Well, because official documents not
07:34:43  14    prepared in this kind of manner.  And the way it
07:34:49  15    appears to me is that the senior designer Yun Jung Koe
07:34:57  16    appears to have recorded what occurred at the meeting
07:35:03  17    to reflect that the president was very angry at
07:35:06  18    something.  And that's the impression I'm getting upon
07:35:09  19    reading this.
07:35:09  20              CHECK INTERPRETER:  "Because official
07:35:10  21         documents are not prepared in this kind of
07:35:13  22         manner, and the way it appears to me is that
07:35:15  23         what's reflected at this meeting and the senior
07:35:17  24         engineer Un Jung Cho's impression of that
07:35:20  25         meeting is just roughly stated without any rhyme
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

161

| | | |
|---|---|---|
| 07:35:24 | 1 | or reason to it as to what the president had |
| 07:35:28 | 2 | said." |
| 07:35:31 | 3 | BY MR. STERN: |
| 07:35:32 | 4 | Q. Who is the president to whom the e-mail |
| 07:35:35 | 5 | chain is referring, Mr. Lee? |
| 07:35:46 | 6 | A. I think it's referring to the president |
| 07:35:49 | 7 | named Jung Yun Shin. |
| 07:35:54 | 8 | Q. And the comments that you've been alluding |
| 07:35:57 | 9 | to were made by Mr. Shin at a meeting that took place |
| 07:36:00 | 10 | on February 10th, 2010, correct? |
| 07:36:24 | 11 | A. Well, I clearly stated earlier that I did |
| 07:36:27 | 12 | not personally attend this meeting, and the date |
| 07:36:30 | 13 | reflected here shows the date of this message was sent. |
| 07:36:46 | 14 | Solely by looking at the body text of this |
| 07:36:48 | 15 | e-mail, I don't seem to find a date and location of the |
| 07:36:51 | 16 | meeting. |
| 07:36:53 | 17 | Q. Mr. Lee, take a look at the bottom portion |
| 07:36:56 | 18 | of the page that ends in Bates number 375. |
| 07:37:06 | 19 | A. Yep. |
| 07:37:07 | 20 | Q. Does that confirm for you the date of the |
| 07:37:09 | 21 | meeting on which the comments of Mr. Shin were |
| 07:37:13 | 22 | recorded? |
| 07:37:24 | 23 | MR. ZELLER: Objection, assumes facts and it |
| 07:37:26 | 24 | contrary to the witness' testimony. |
| 07:37:33 | 25 | A. Yes, it does come from that date. |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

162

```
07:38:08   1        To clarify, the first e-mail that you see on
07:38:09   2   the page, I told you it's an e-mail prepared by the UX
07:38:13   3   design team; however, there is no mention of when and
07:38:15   4   what meeting that e-mail is about.
07:38:23   5        And as to the second e-mail that's below
07:38:28   6   that first e-mail, there is a date and location of the
07:38:33   7   meeting where the subject of which was the summary of
07:38:40   8   the brief meeting that was held on an executive level
07:38:45   9   hosted by the business unit leader.  That's why I told
07:38:49  10   you of the location and date.
07:38:51  11        One more thing.
07:39:23  12        If you look at the e-mail you can see the
07:39:26  13   author of this e-mail message is Hyesun Kim, who has
07:39:32  14   nothing to do with design.  She is with the personnel
07:39:35  15   team and she has no involvement in the design.  But she
07:39:42  16   prepared this, as she personally participated in this
07:39:46  17   meeting as a member of the personnel team.
07:39:52  18        I would like to repeat myself again that
07:39:56  19   manager Hyesun Kim has no relation whatsoever with the
07:40:01  20   design and she's with the personnel team.
07:40:01  21   BY MR. STERN:
07:40:05  22      Q.   Mr. Lee, at the top of the page that ends in
07:40:07  23   Bates number 376, do you see a list of attendees of the
07:40:11  24   meeting that took place on February 10th, 2010?
07:40:28  25      A.   Yes.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

163

```
07:40:29    1         Q.    Do you see your name appearing on the list
07:40:31    2    of attendees, Mr. Lee?
07:40:34    3         A.    Yes.
07:40:37    4         Q.    Do you have any recollection of attending
07:40:39    5    this meeting?
07:40:41    6         A.    Yes, I did attend this meeting.
07:40:59    7               But I see that my title is not accurately
07:41:02    8    reflected here.  It says principal, but by February
07:41:08    9    2010 I think I was already VP.
07:41:10   10               But, no, no, I was momentarily confused.
07:41:14   11    This is correct.
07:41:14   12         Q.    What do you remember about the meeting that
07:41:16   13    took place on February 10th, 2010, Mr. Lee?
07:42:01   14         A.    At this moment I simply remember of the
07:42:03   15    overall atmosphere of the meeting that was held back at
07:42:06   16    the time; however, I don't recall as to detail
07:42:10   17    specifics thereof.  And what I do remember about the
07:42:14   18    meeting was that the president came to the meeting
07:42:19   19    unnoticed and provided various different suggestion
07:42:26   20    comments by gathering up variety of different
07:42:33   21    designers, as I recall.
07:42:36   22         Q.    Mr. Lee, do you remember on that occasion
07:42:38   23    Mr. Shin saying that there was a crisis of design
07:42:41   24    because of the unexpected competition from Apple's
07:42:45   25    iPhone, as is indicated on the last page of this
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

164

```
07:42:47   1    document?
07:43:09   2           MR. ZELLER:  Mischaracterizes the document.
07:43:11   3       A.   Where is that reference indicated?
07:43:11   4    BY MR. STERN:
07:43:16   5       Q.   At the top paragraph of the page that ends
07:43:23   6    in Bates number 377.
07:43:41   7       A.   Where specifically in that paragraph,
07:43:43   8    please?
07:43:44   9       Q.   At the end of the first full paragraph, and
07:43:47  10    the phrase "it's a crisis of design" appears in bold
07:43:53  11    lettering.
07:44:07  12       A.   I found that reference.  I just found that
07:44:10  13    reference in the paragraph.  Could you please restate
07:44:13  14    your question in connection with that reference,
07:44:16  15    please?
07:44:17  16       Q.   Yes.  My question is:  Do you remember
07:44:19  17    Mr. Shin stating that Samsung faced a, quote/unquote,
07:44:23  18    crisis of design as a result of unexpected competition
07:44:27  19    from Apple's iPhone?
07:44:29  20           MR. ZELLER:  Mischaracterizes the document.
07:45:03  21       A.   Well, I find a slightly different content in
07:45:05  22    that paragraph as compared to what you just stated in
07:45:11  23    English and the reference you just quoted.
07:45:27  24           If you look at this last portion of that
07:45:42  25    first paragraph where it reads, "In comparison with
```

```
07:45:52    1    Apple's iPhone that is an unexpected competitor, the UX
07:46:01    2    is literally -- the difference of UX is literally
07:46:08    3    heaven and earth.  It is a crisis of design."
07:46:55    4              By looking at that body text, the reference
07:46:57    5    UX is a comprehensive reference that is intended to
07:47:04    6    include UI and GUI together.  And since UX is Android
07:47:13    7    platform based, which is not made by Samsung, where it
07:47:19    8    references design crisis, the design reference, the
07:47:26    9    term "design" there included product design and UX
07:47:31   10    design.  And based on the entire context, the UX is
07:47:36   11    referring to iPhone's UX from design's perspective.
07:47:56   12              And if I were to reemphasize what I just
07:47:59   13    said, it is referring to the comprehensive UX term,
07:48:05   14    which is referring to Android platform that is not made
07:48:09   15    by Samsung but by Android.
07:48:09   16    BY MR. STERN:
07:48:15   17       Q.    Is it your testimony, Mr. Lee, that Mr. Shin
07:48:21   18    was not saying that there was a crisis of design for
07:48:24   19    Samsung?
07:48:38   20              MR. ZELLER:  Question is vague.  Are you
07:48:39   21        asking about the document, or are you asking
07:48:41   22        about what he remembers from the meeting?
07:48:49   23              MR. STERN:  I'm asking about his
07:48:50   24        recollection.
07:48:54   25              MR. ZELLER:  Just so the question is clear,
```

```
07:48:55   1          Mr. Lee, set the document aside for this
07:48:58   2      question.
07:49:04   3      A.   May I have the question one more time,
07:49:07   4  please?  I'm sorry.
07:49:09   5          MR. STERN:  Sure.
07:49:09   6  BY MR. STERN:
07:49:38   7      Q.   Do you recall, Mr. Lee, Mr. Shin saying at
07:49:42   8  the meeting that there was a crisis of design?
07:49:57   9      A.   I cannot provide any precise answer as to
07:50:09  10  that based upon my personal memory, but looking at this
07:50:12  11  document I see that such is mentioned by him that there
07:50:17  12  was a crisis that I see here.
07:50:42  13          Within Samsung the term "crisis" is
07:50:48  14  something that is commonly and frequently talked about
07:50:52  15  our group by chairman Gun Hee Lee for past ten years,
07:50:57  16  and continuously so.  Within Samsung he always talks
07:51:01  17  about various different crisis such as economic crisis,
07:51:05  18  financial crisis.  Design crisis is something that I
07:51:10  19  normally and frequently hear, so by this reference to
07:51:16  20  design crisis, that is not something that just comes to
07:51:22  21  me or that I get a feeling, any special feeling upon
07:51:27  22  hearing the term.
07:51:28  23          CHECK INTERPRETER:  One small correction,
07:51:31  24     "By the reference to crisis," not "design
07:51:34  25         crisis."
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

167

```
07:52:00   1      A.    And moreover, the term "crisis" is a term
07:52:12   2   that I often use in commenting on my subordinates
07:52:22   3   people, and I always use that term to refer to all
07:52:24   4   different crisis.  And that just indicates how
07:52:29   5   competition is always severe and critical because it
07:52:36   6   concerns red ocean business, so to speak, and I mention
07:52:41   7   such a term to bring that to the attention of people
07:52:45   8   working under me.
07:52:48   9           MR. STERN:  Mr. Lee, subject to late
07:52:50  10        production of documents in this case, I'm going
07:52:52  11        to suspend the deposition.  That's all I have
07:52:54  12        for you today.  Thank you.
07:53:02  13           MR. ZELLER:  I have just a few questions for
07:53:04  14        you.
07:53:07  15           But first I want to get it on the record
07:53:09  16        that I think we all agree as to, or at least I
07:53:13  17        believe that there may be an understanding that
07:53:15  18        there needs to be a correction to the Exhibit 19
07:53:20  19        sight translation that was rendered.
07:53:35  20           The lead interpreter had initially
07:53:38  21        interpreted a phrase from Exhibit 19 as "Apple's
07:53:43  22        purported similar products."
07:53:49  23           And I believe that the lead translator
07:53:52  24        misspoke and that it should have been properly
07:53:54  25        rendered as "Apple 's similar-purposed
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

173

1    C E R T I F I C A T E

2    (Seoul)

3    (South Korea)

4

5    I, Tracey S. LoCastro, Registered Professional Reporter, do hereby certify that the aforementioned witness was first duly sworn

6    as noted by stipulation of counsel to testify the whole truth; that I was authorized to and did report

7    said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my

8    shorthand notes of said deposition.

9    I further certify that said deposition was taken at the time and place hereinabove set forth

10   and that the taking of said deposition was commenced and completed as hereinabove set out.

11

12   I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of

13   party connected with the action, nor am I financially interested in the action.

14

15   The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control

16   and/or direction of the certifying reporter.

17

18   IN WITNESS WHEREOF, I have hereunto

19   set my hand this 5th day of March, 2012.

20

21   [signature]

22   TRACEY S. LOCASTRO,
     Registered Professional Reporter

23

24

25