Exhibit 19

1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
2                          SAN JOSE DIVISION

3     _____

4     APPLE, INC., a California
      corporation,
5              Plaintiff,
      vs.                                        Civil Action. No.
6                                                11-CV-01846-LHK
      SAMSUNG ELECTRONICS CO., LTD., a
7     Korean business entity, SAMSUNG
      ELECTRONICS AMERICA, INC., a New
8     York corporation, and SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
9     a Delaware limited liability
      company, a California corporation.
10             Defendants.

11

12    SAMSUNG ELECTRONICS CO., LTD., a
      Korean business entity, SAMSUNG
13    ELECTRONICS AMERICA, INC., a New
      York corporation, and SAMSUNG
14    TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability
15    company, a California corporation.
               Counterclaim-Plaintiffs,
16    vs.

17    APPLE, INC., a California
      corporation,
18             Counterclaim-Defendant.
      _____
19
                     *** HIGHLY CONFIDENTIAL ***
20                   *** ATTORNEYS' EYES ONLY ***

21           VIDEOTAPED INDIVIDUAL DEPOSITION OF:
                            JUNHO PARK
22                          (VOLUME 2)

23                        March 30, 2012
                            Kim & Chang
24                       Seoul, South Korea
                       1:14 p.m. - 7:12 p.m.
25

| | | |
|---|---|---|
| 13:15:34 | 1 | interpreter. |
| 13:15:40 | 2 |     CHECK INTERPRETER: Eunice Hyo-Rim Lee, check |
| 13:15:41 | 3 | interpreter. |
| 13:15:43 | 4 |     MR. AHN: We understand the court reporter is |
| 13:15:43 | 5 | not authorized to administer oaths in this venue. |
| 13:15:43 | 6 | Nevertheless, we request that he administer the oath, and |
| 13:15:43 | 7 | we stipulate that we waive any objection to the validity |
| 13:15:43 | 8 | of the deposition based on the oaths. |
| 13:15:54 | 9 |     VIDEOGRAPHER: At this time our reporter will |
| 13:15:55 | 10 | swear in the witness and interpreters, and we can |
| 13:15:56 | 11 | proceed. |
| 13:15:58 | 12 |     MR. ANDERSON: Agreed. |
| 13:15:59 | 13 |     (Interpreters sworn.) |
| 13:15:59 | 14 |                 JUNHO PARK, |
| 13:15:59 | 15 | after having been duly sworn by the reporter, pursuant |
| 13:15:59 | 16 | to stipulation of counsel, was examined and testified |
| 13:15:59 | 17 | through the interpreter as follows: |
| 13:16:30 | 18 |                  EXAMINATION |
| 13:16:30 | 19 | BY MR. AHN: |
| 13:16:30 | 20 |    Q.   Good afternoon, Mr. Park. |
| 13:16:34 | 21 |    A.   Yes. Good morning -- good afternoon. |
| 13:16:36 | 22 |    Q.   I understand that you were previously deposed |
| 13:16:40 | 23 | for this lawsuit in January. Is that right? |
| 13:16:50 | 24 |    A.   Yes. |
| 13:16:52 | 25 |    Q.   The same rules and procedures from that |

| | | |
|---|---|---|
| 17:18:40 | 1 | A. Correct. |
| 17:18:40 | 2 | Q. You intended to send it to him, correct? |
| 17:18:51 | 3 | A. Yes. |
| 17:18:57 | 4 | Q. You thought he should have the information |
| 17:18:59 | 5 | contained in your email, correct? |
| 17:19:11 | 6 | MR. ANDERSON: Objection. Asked and answered |
| 17:19:12 | 7 | twice. |
| 17:19:19 | 8 | A. I already provided you with an answer. |
| 17:19:22 | 9 | Q. (By MR. AHN) Please give it to me one more |
| 17:19:24 | 10 | time. |
| 17:19:26 | 11 | MR. ANDERSON: Same objection. |
| 17:19:37 | 12 | A. I just reported it in accordance with the |
| 17:19:43 | 13 | format that you -- that we used whenever we make a |
| 17:19:52 | 14 | report. |
| 17:19:56 | 15 | Q. (By MR. AHN) I'm going to hand you what I've |
| 17:19:57 | 16 | marked as Exhibit 2556. Exhibit 2556 bears the Bates |
| 17:20:04 | 17 | numbers SAMNDCA10168358 through 8382. |
| 17:20:29 | 18 | Do you recognize Exhibit 2556? |
| 17:20:37 | 19 | A. No. |
| 17:20:42 | 20 | Q. You've never seen it before? |
| 17:20:46 | 21 | A. I do not recall. |
| 17:20:50 | 22 | Q. On the cover of this document, there is a name, |
| 17:20:54 | 23 | Sang Hung, on the right-hand side. Do you see that? |
| 17:21:01 | 24 | A. Yes. |
| 17:21:08 | 25 | Q. Do you know who that is? |

| | | |
|---|---|---|
| 17:21:09 | 1 | A. Yes. |
| 17:21:10 | 2 | Q. Who is Mr. Hung? |
| 17:21:24 | 3 | A. He's responsible for conducting research at |
| 17:21:27 | 4 | STA. |
| 17:21:31 | 5 | Q. Does Mr. Hung send you any documents? |
| 17:21:48 | 6 | A. He tends to send me relevant documents. |
| 17:21:53 | 7 | Q. Is this the type of document that Mr. Hung |
| 17:21:58 | 8 | sends you on occasion? |
| 17:22:06 | 9 | MR. ANDERSON: Objection. Objection. The |
| 17:22:08 | 10 | witness has testified he lacks knowledge or recollection |
| 17:22:11 | 11 | of the document. |
| 17:22:28 | 12 | A. I do not have a recollection as to this |
| 17:22:31 | 13 | document, but he used to send me other research data |
| 17:22:38 | 14 | documents. |
| 17:22:39 | 15 | Q. (By MR. AHN) That's all I'm trying to figure |
| 17:22:41 | 16 | out, if this is the type of document that Mr. Hung has |
| 17:22:44 | 17 | previously sent you. |
| 17:22:54 | 18 | MR. ANDERSON: Same objection. Also vague. |
| 17:23:08 | 19 | A. I received at one point or another some |
| 17:23:15 | 20 | research results document. |
| 17:23:18 | 21 | Q. (By MR. AHN) I just have one more question for |
| 17:23:21 | 22 | you about this document. |
| 17:23:23 | 23 | If you can turn to the page ending in 370. At |
| 17:23:41 | 24 | the bottom of the page, it states, "Double tap is being |
| 17:23:46 | 25 | used in some commercial mobile browsers (e.g., Apple |

| | | |
|---|---|---|
| 17:23:52 | 1 | iPhone Safari)."  Do you see that? |
| 17:24:13 | 2 |     A.    Yes. |
| 17:24:13 | 3 |     Q.    Do you have any information about research into |
| 17:24:17 | 4 | double-tap gestures on mobile browsers? |
| 17:24:35 | 5 |     A.    I do not recall. |
| 17:24:50 | 6 |     Q.    I have one more question about this document. |
| 17:24:56 | 7 | If you can turn to the page ending in 381. |
| 17:25:13 | 8 | Towards the top of the page, it states, "Adopt Double-Tap |
| 17:25:19 | 9 | as a supplementary zooming method for up to two levels of |
| 17:25:24 | 10 | zooming and back to original in mass market touch |
| 17:25:29 | 11 | devices.  The UX of iPhone can be used as a design |
| 17:25:35 | 12 | benchmark."  Do you see that? |
| 17:26:08 | 13 |     A.    I can see what is written here. |
| 17:26:10 | 14 |     Q.    Do you have any information about the use of |
| 17:26:14 | 15 | the iPhone as a design benchmark for any Samsung product? |
| 17:26:32 | 16 |     MR. ANDERSON:  Objection.  Vague. |
| 17:26:36 | 17 |     A.    I cannot recall. |
| 17:26:52 | 18 |     Q.    (By MR. AHN)  I'm going to hand you what I've |
| 17:26:54 | 19 | marked as Exhibit -- |
| 17:26:55 | 20 |     MR. ANDERSON:  Excuse me.  I think one of the |
| 17:26:57 | 21 | interpreters has requested we take a break.  Would this |
| 17:27:00 | 22 | be an okay time to take a break? |
| 17:27:03 | 23 |     MR. AHN:  Sure.  Let's keep it short. |
| 17:27:06 | 24 |     VIDEOGRAPHER:  This marks the end of Disk |
| 17:27:08 | 25 | Number 3 in the deposition of Junho Park.  Going off the |

```
 1                  C E R T I F I C A T E

 2    SEOUL            )
                       )
 3    SOUTH KOREA      )

 4              I, Jason T. Meadors, Registered Professional
      Reporter and Certified Realtime Reporter, do hereby
 5    certify that the aforementioned witness was first duly
      sworn by me pursuant to stipulation of counsel to testify
 6    to the truth; that I was authorized to and did report
      said deposition in stenotype; and that the foregoing
 7    pages are a true and correct transcription of my
      shorthand notes of said deposition.
 8
                I further certify that said deposition was
 9    taken at the time and place hereinabove set forth and
      that the taking of said deposition was commenced and
10    completed as hereinabove set out.

11              I further certify that I am not attorney or
      counsel of any of the parties, nor am I a relative or
12    employee of any attorney or counsel of any party
      connected with the action, nor am I financially
13    interested in the action.

14              The foregoing certification of this transcript
      does not apply to any reproduction of the same by any
15    means unless under the direct control and/or direction of
      the certifying reporter.
16

17
                IN WITNESS WHEREOF, I have hereunto set my hand
18    this 31st day of March, 2012.

19

20              _____
                Jason T. Meadors
21              Certified Realtime Reporter
                Registered Professional Reporter
22

23

24

25
```