Exhibit 21

Highly Confidential - Attorneys Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4    APPLE INC., a California

     corporation,

5

6            Plaintiff,

7    vs.                    Case No. 11-cv-01846-LHK

8    SAMSUNG ELECTRONICS CO., LTD.,

     a Korean business entity;

9    SAMSUNG ELECTRONICS AMERICA,

     INC., a New York corporation;

10   SAMSUNG TELECOMMUNICATIONS

     AMERICA, LLC, a Delaware

11   limited liability company,

12           Defendants.

     --------------------------------/

13

14

15             HIGHLY CONFIDENTIAL

16            ATTORNEYS' EYES ONLY

17      VIDEOTAPED DEPOSITION OF DONGSEOK RYU

            San Francisco, California

18        Wednesday, February 29, 2012

19

20

21   Reported by:

     LORRIE L. MARCHANT, CSR No. 10523

22   RPR, CRR, CCRR, CLR

23   JOB NO. 46563

24

25

Highly Confidential - Attorneys Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | JEESOO K. JUNG and SUSAN KWAN, | 09:08 |
| 2 | the interpreters herein, were duly sworn/affirmed by | 09:08 |
| 3 | the reporter to correctly interpret the English | 09:08 |
| 4 | language into Korean, and the Korean language into | 09:08 |
| 5 | English. | 09:08 |
| 6 | THE INTERPRETER:  I do. | 09:08 |
| 7 | CHECK INTERPRETER:  I do. | 09:08 |
| 8 | THE REPORTER:  Do you solemnly swear or | 09:08 |
| 9 | affirm under the penalties of perjury that the | 09:08 |
| 10 | testimony you are about to offer will be the truth, | 09:08 |
| 11 | the whole truth and nothing but the truth? | 09:08 |
| 12 | THE WITNESS:  Yes. | 09:08 |
| 13 | EXAMINATION BY MR. ZHANG | 01:14 |
| 14 | BY MR. ZHANG: | 09:08 |
| 15 | Q.   Good morning, Mr. Ryu. | 09:08 |
| 16 | Would you mind stating your name for the | 09:08 |
| 17 | record and spelling it, please. | 09:08 |
| 18 | A.   My name is Dongseok Ryu.  My English | 09:09 |
| 19 | spelling is D-O-N-G-S-E-O-K, R-Y-U. | 09:09 |
| 20 | Q.   And, Mr. Ryu, do you sometimes also go by | 09:09 |
| 21 | the English name Justin? | 09:09 |
| 22 | A.   Yes. | 09:09 |
| 23 | Q.   Do you understand that there is currently a | 09:09 |
| 24 | lawsuit pending between Apple and Samsung venued in | 09:09 |
| 25 | a Northern -- Northern California court? | 09:09 |

Highly Confidential - Attorneys Eyes Only

Page 14

1  screen.                                                      09:27

2       Are you aware of something called the                   09:27

3  application screen on the Galaxy S user interface?           09:27

4       A.   Yes.                                               09:27

5       Q.   For any of the carriers in the U.S., did           09:27

6  you customize the background color of the                    09:28

7  application screen for the Galaxy S?                         09:28

8            MR. HALL:  Vague as to time.                       09:28

9            THE WITNESS:  Yes.                                 09:28

10           BY MR. ZHANG:                                      09:28

11      Q.   And do you recall what this customization          09:28

12 was on the background color for any of the carriers?         09:28

13      A.   We made changes to the colors with regard          09:29

14 to Galaxy S for Verizon devices and T-Mobile                 09:29

15 devices, T-Mobile Sidekick, and also made changes to         09:29

16 colors by applications.  For example, for the e-mail         09:29

17 application of the AT&T devices.                             09:29

18      Q.   Do you have an understanding of a feature          09:29

19 called "LaTeX" in the context of user interface?            09:29

20           MR. HALL:  Lacks foundation.                       09:30

21           THE WITNESS:  No.                                  09:30

22           BY MR. ZHANG:                                      09:30

23      Q.   Do you have understanding of a feature             09:30

24 called "double tap to zoom" in the context of user           09:30

25 interface?                                                   09:30

Highly Confidential - Attorneys Eyes Only

Page 27

1  responsibilities within the advanced mobile UX          10:01

2  design team?                                            10:01

3      A.   I was responsible for developing the user      10:02

4  interface concept that would go into the products       10:02

5  which would be released within the next one or two      10:02

6  years.                                                  10:02

7      Q.   When you were a part of the advanced mobile     10:02

8  UX design team, did you work on user interfaces for     10:02

9  touchscreen cellular phones?                            10:02

10     A.   Yes.                                            10:02

11     Q.   Do you recall any particular touchscreen        10:02

12 cellular phones that you worked on during this 2005     10:02

13 to 2007 time period?                                    10:02

14     A.   I was responsible for the development of        10:03

15 the advanced concepts, so I was not engaged in the      10:03

16 mass production stage, which means I was involved in    10:03

17 the initial concept of the product.  So when it         10:03

18 comes to actual model names, I don't have any           10:03

19 recollection.                                           10:03

20         MR. ZHANG:  I'll mark as the next exhibit a     10:03

21 document Bates-stamped SAMNDCA10223593, titled          10:03

22 "Touch Portfolio Rollout Strategies Recommendation      10:03

23 Based on Consumer Insight," and it appears dated        10:03

24 December 17, 2008.                                       10:03

25 ///                                                     10:03

Highly Confidential - Attorneys Eyes Only

Page 28

1        (Marked for identification purposes,        10:03

2        Exhibit 1870.)                              10:03

3        BY MR. ZHANG:                               10:04

4    Q.   Mr. Ryu, if you could review the document.   10:04

5        MR. HALL:  I'll note, again, this document   10:04

6   is in English, and I'll object to the extent that  10:04

7   there are portions that were not prepared by the   10:04

8   witness that he may not understand.               10:04

9        Go ahead and look through it.               10:04

10        THE WITNESS:  Even though I don't have a    10:05

11  recollection as to the document itself, I know what  10:05

12  this project concerned was.                       10:05

13        BY MR. ZHANG:                               10:05

14   Q.   Can you tell me what the -- this project     10:05

15  that you're referring to was?                     10:05

16   A.   If you look at the first page, you may be    10:06

17  able to see the word "gravitytank.  gravitytank is  10:06

18  the name of the third-party company, and we asked   10:06

19  this company to make a suggestion for Samsung.  And  10:06

20  my understanding is that this is the project result  10:06

21  suggested by that company to Samsung.             10:06

22   Q.   So I'll represent to you that this document  10:06

23  was retrieved from your electronic files.         10:06

24        Do you have any doubt that you received     10:06

25  this document in the course of your work at Samsung?  10:06

Highly Confidential - Attorneys Eyes Only

Page 29

1    A.   No.  It is true that I have received this        10:06

2    document.                                             10:07

3    Q.   Do you have an understanding of why, around      10:07

4    this December 2008 time frame, you would have         10:07

5    received this document as part of your work at        10:07

6    Samsung?                                              10:07

7    A.   It was Samsung's product planning team that      10:08

8    asked -- asked gravitytank to work on this project.   10:08

9    And then that product planning team invited me to     10:08

10   come to an occasion where gravitytank made a          10:08

11   presentation using this material.                     10:08

12        And afterwards they forwarded this material      10:08

13   to me for my reference, and I think that's why I      10:08

14   saved this document on my computer.                   10:08

15   Q.   Do you have an understanding of why Samsung      10:08

16   was comparing the iPhone user interface to its own    10:08

17   user interfaces in this time frame?                   10:08

18        MR. HALL:  Vague.  Calls for speculation.        10:08

19        THE WITNESS:  As you can see on page 12,         10:09

20   Samsung used to make comparisons with Nokia, Sony,    10:09

21   Ericsson, LG and Blackberry.  And Apple's iPhone was  10:09

22   one of those comparisons.                             10:09

23        BY MR. ZHANG:                                    10:09

24   Q.   Do you recall -- and I'll -- I'll point          10:09

25   your attention to page 21 of this document.  And      10:09

Highly Confidential - Attorneys Eyes Only

Page 30

1   also I believe page 19 -- I'll just say 19 through     10:09

2   21 of this document.     10:10

3        Do you recall the consumers' complaints     10:10

4   that you have heard of concerning Samsung's user     10:10

5   interface?     10:10

6        MR. HALL:  Lacks foundation.     10:10

7        THE WITNESS:  Which time frame are you     10:10

8   referring to?     10:10

9        BY MR. ZHANG:     10:10

10   Q.   Let's start with the 2008 time frame.     10:10

11   A.   It will be somewhat difficult for me to     10:11

12   pinpoint a particular complaint because it is part     10:11

13   of my work to receive complaints from consumers.     10:11

14   Q.   Do you recall any of the consumers'     10:11

15   complaints about Samsung's user interfaces in the     10:11

16   2008 time frame?     10:11

17        MR. HALL:  Lacks foundation.     10:11

18        THE WITNESS:  I used to hear about the     10:12

19   complaints regarding the complexities of the cell     10:12

20   phones compared to the phones which were released in     10:12

21   2003 and 2004.     10:12

22        BY MR. ZHANG:     10:12

23   Q.   So you don't recall any customer complaints     10:12

24   about Samsung phones that were released -- about the     10:12

25   user interface of Samsung phones that were released     10:12

Highly Confidential - Attorneys Eyes Only

Page 31

| | |
|---|---|
| 1 | after 2007? | 10:12 |
| 2 | MR. HALL:  Mischaracterizes testimony. | 10:12 |
| 3 | Lack of foundation. | 10:12 |
| 4 | THE WITNESS:  What I have just mentioned | 10:13 |
| 5 | was the primary complaints received from the | 10:13 |
| 6 | consumers.  But other than that, there is nothing | 10:13 |
| 7 | particular that I can pinpoint. | 10:13 |
| 8 | BY MR. ZHANG: | 10:13 |
| 9 | Q.  So I just want to be clear.  You mentioned | 10:13 |
| 10 | complaints about complexities of phones that were | 10:13 |
| 11 | released in 2003 and 2004; is that correct? | 10:13 |
| 12 | MR. HALL:  Mischaracterizes testimony. | 10:13 |
| 13 | THE WITNESS:  I cannot pinpoint a | 10:14 |
| 14 | particular year.  But when it comes to cell phones | 10:14 |
| 15 | which were released in 2003 and 2004 -- actually, | 10:14 |
| 16 | Samsung has been developing cell phones for over 20 | 10:14 |
| 17 | years, but when it comes to the information | 10:14 |
| 18 | architecture of those phones, they were very simple | 10:14 |
| 19 | and they didn't carry a lot of functions. | 10:14 |
| 20 | So when it comes to the structure of those | 10:14 |
| 21 | functions, it was pretty simple and easy to use for | 10:14 |
| 22 | the consumers. | 10:15 |
| 23 | However, later on, cell phones carried more | 10:15 |
| 24 | functions which had a very complicated menu | 10:15 |
| 25 | structure compared to those previous phones. | 10:15 |

Highly Confidential - Attorneys Eyes Only

Page 32

1  Consumers complained that the later versions of        10:15

2  phones became very complex.                            10:15

3          BY MR. ZHANG:                                  10:15

4      Q.   So aside from what you just testified to,     10:15

5  you are not aware of any other customer complaints     10:15

6  as to Samsung -- the user interface of Samsung         10:15

7  mobile phones released after 2007; is that correct?    10:15

8          MR. HALL:  Mischaracterizes testimony.         10:15

9          THE WITNESS:  I don't think that's the         10:16

10 case.  My understanding as to your previous question   10:16

11 was that -- whether or not I have any recollection     10:16

12 as to the complaints during the time frame between     10:16

13 2007 and 2008.  With regard to that, I provided such   10:16

14 an answer.                                             10:16

15         BY MR. ZHANG:                                  10:16

16     Q.   So let me ask a new question.                 10:16

17         Aside from the complexities of the data        10:16

18 structure that you just testified to, are you aware    10:16

19 of any other customer complaints about the Samsung     10:16

20 cellular phone user interfaces released after 2007?    10:17

21         MR. HALL:  Lacks foundation.                   10:17

22         THE WITNESS:  Yes.                             10:17

23         BY MR. ZHANG:                                  10:17

24     Q.   And what were they?                           10:17

25     A.   There were many complaints, depending on      10:18

Highly Confidential - Attorneys Eyes Only

Page 33

1   the models.  For example, some complaints were          10:18

2   concerned with regard to the performance of speed.      10:18

3   And some people were complaining about the fonts,       10:18

4   which were not clear.  And some people were             10:18

5   complaining about the inconvenience of downloading      10:18

6   or activating applications.                             10:18

7       Q.   Do you recall hearing complaints from         10:18

8   consumers that Samsung's mobile phone user              10:18

9   interfaces were too complex compared to the iPhone?     10:18

10          MR. HALL:  Vague.  Lacks foundation.            10:19

11          THE WITNESS:  I don't believe so.               10:19

12          BY MR. ZHANG:                                   10:19

13      Q.   Do you recall hearing complaints from         10:19

14  consumers that Samsung's mobile phone user              10:19

15  interfaces were not sleek like the iPhone's user        10:19

16  interface?                                              10:19

17          MR. HALL:  Vague.  Lacks foundation.            10:19

18          THE WITNESS:  I don't have much                 10:19

19  recollection as to comparing ours with the iPhones.    10:19

20          BY MR. ZHANG:                                   10:19

21      Q.   So I'll point you to page 21 of the           10:20

22  document, of the exhibit before you.  And the top       10:20

23  line of the document reads:  Many users are quick to    10:20

24  criticize the design of the graphical user             10:20

25  interface, GUI, as too playful and cartoonlike          10:20

Highly Confidential - Attorneys Eyes Only

Page 34

1   versus the sleek, industrial design of the -- of the        10:20

2   phone.                                                       10:20

3            Do you recall -- do you recall receiving           10:20

4   the criticism that Samsung's mobile phone user              10:21

5   interfaces were too playful and cartoonlike rather          10:21

6   than sleek?                                                  10:21

7            MR. HALL:  Lacks foundation.  Assumes              10:21

8   facts.                                                       10:21

9            THE WITNESS:  Yes.                                 10:21

10           BY MR. ZHANG:                                      10:21

11      Q.   Do you recall receiving the criticism from         10:21

12   consumers that Samsung's mobile phone interfaces            10:21

13   lacked fun factor when compared with the iPhone?            10:21

14           MR. HALL:  Lacks foundation.  Assumes              10:22

15   facts.                                                       10:22

16           THE WITNESS:  I don't have such a                  10:22

17   recollection.                                                10:22

18           MR. HALL:  Whenever you get a chance for a         10:22

19   break.  We've been going over an hour.                      10:22

20           MR. ZHANG:  Sure.                                  10:22

21           BY MR. ZHANG:                                      10:22

22      Q.   Aside from criticisms from consumers, do           10:22

23   you recall that Samsung did self-inspections of its         10:22

24   mobile phone user interfaces compared to the iPhone?        10:22

25      A.   Which time frame are you referring to?             10:22

Highly Confidential - Attorneys Eyes Only

Page 35

| | | |
|---|---|---|
| 1 | Q.   Any time frame from 2007 to 2010. | 10:22 |
| 2 | MR. HALL:  Vague as to "self-inspection." | 10:22 |
| 3 | THE WITNESS:  As part of our investigations | 10:23 |
| 4 | into our competitors' products, we do that.  That | 10:23 |
| 5 | also includes the products of HTC and Motorola. | 10:23 |
| 6 | BY MR. ZHANG: | 10:23 |
| 7 | Q.   Do you recall a specific self-inspection of | 10:23 |
| 8 | Samsung mobile user interfaces compared to the | 10:23 |
| 9 | iPhone that was done in 2007, when the iPhone was | 10:23 |
| 10 | released? | 10:23 |
| 11 | MR. HALL:  Vague. | 10:23 |
| 12 | THE WITNESS:  I don't believe I have such a | 10:24 |
| 13 | recollection as for now. | 10:24 |
| 14 | MR. ZHANG:  We can take a break. | 10:24 |
| 15 | MR. HALL:  Great.  That will be great. | 10:24 |
| 16 | THE VIDEOGRAPHER:  We are now going off the | 10:24 |
| 17 | record.  The time is 10:23 a.m. | 10:24 |
| 18 | (Recess taken, from 10:24 to 10:38.) | 10:24 |
| 19 | THE VIDEOGRAPHER:  We are now back on the | 10:38 |
| 20 | record.  The time is 10:38 a.m. | 10:38 |
| 21 | BY MR. ZHANG: | 10:38 |
| 22 | Q.   Welcome back, Mr. Ryu. | 10:38 |
| 23 | When you're working on the user interface | 10:39 |
| 24 | of the Samsung Galaxy S phone, is it true that you | 10:39 |
| 25 | have a stock set of Android features to begin with? | 10:39 |

Highly Confidential - Attorneys Eyes Only

Page 36

1        MR. HALL:  Vague.  Assumes facts.        10:39

2        THE WITNESS:  Yes.        10:39

3        BY MR. ZHANG:        10:39

4    Q.   Does the stock Android features include the        10:39

5   design for particular icons that are displayed on        10:39

6   the user interface?        10:39

7        MR. HALL:  Vague.  Ambiguous.        10:40

8        THE WITNESS:  Yes.        10:40

9        BY MR. ZHANG:        10:40

10   Q.   And what particular icons are included in        10:40

11   the standard Android set?        10:40

12        MR. HALL:  Lacks foundation.  Assumes        10:40

13   facts.        10:40

14        THE WITNESS:  All the icons for all        10:40

15   applications were prepared.        10:40

16        BY MR. ZHANG:        10:40

17   Q.   Is it true that Samsung has the ability to        10:40

18   modify the appearance of these icons that were        10:40

19   provided by Android?        10:40

20        MR. HALL:  Lacks foundation.  Calls for        10:41

21   speculation.        10:41

22        THE WITNESS:  Yes.  And the same holds true        10:41

23   for other manufacturers, including HTC?        10:41

24        MR. ZHANG:  I'd like to mark as the next        10:41

25   exhibit a set of graphics, which I'll represent to        10:41

Highly Confidential - Attorneys Eyes Only

Page 37

1    you is Apple's D305 design patent on the left and          10:41

2    photographs of Samsung's Galaxy S 4G user interface       10:41

3    on the right.                                             10:41

4         And as to the cell of figures on the                10:41

5    bottom, Apple's D305 patent figure icons appear on       10:41

6    the top and Samsung's Galaxy S 4G icons appear on        10:41

7    the bottom.                                               10:42

8         (Marked for identification purposes,                10:42

9         Exhibit 1871.)                                       10:42

10        BY MR. ZHANG:                                        10:42

11    Q.   And, Mr. Ryu, you worked on the Galaxy S 4G         10:43

12   for the T-Mobile; is that correct?                       10:43

13    A.   Yes.                                                10:43

14    Q.   Do you see the square with rounded corner          10:43

15   design for the icons in the Galaxy S 4G user             10:43

16   interface in this exhibit?                               10:43

17        MR. HALL:  Objection as to characterization         10:43

18   of the document.  The document speaks for itself.        10:43

19        THE WITNESS:  I can see the icons.                  10:43

20        BY MR. ZHANG:                                        10:43

21    Q.   Was it mandated by Android that the icons          10:43

22   in the Galaxy S 4G user interface be squares with        10:43

23   rounded corners?                                         10:43

24        MR. HALL:  Lacks foundation.  Calls for             10:44

25   speculation.                                             10:44

Highly Confidential - Attorneys Eyes Only

Page 38

1          You can answer if you know.                    10:44

2          THE WITNESS:   What do you mean by "mandated    10:44

3    by Android"?                                          10:44

4          BY MR. ZHANG:                                   10:44

5     Q.   Was it part of the basic Android feature       10:44

6    set that all of its icons be squares with rounded    10:44

7    corners?                                              10:44

8          MR. HALL:  Lacks foundation.                    10:44

9          THE WITNESS:  No.  When it comes to the        10:44

10   basic features provided by the Android, there were   10:44

11   no squares.                                           10:44

12         BY MR. ZHANG:                                   10:45

13    Q.   So Samsung made a choice to make its Galaxy    10:45

14   S 4G icons squares with rounded corners; is that     10:45

15   correct?                                              10:45

16         MR. HALL:  Lacks foundation.                    10:45

17         THE WITNESS:  Yes.  That is correct.           10:45

18         BY MR. ZHANG:                                   10:45

19    Q.   What about the background color of the         10:45

20   Galaxy S 4G user interface?  Do you see that it is   10:45

21   black in this graphic?                                10:45

22    A.   Yes.                                            10:45

23    Q.   Is a black background color required by the    10:45

24   basic Android feature set?                            10:45

25         MR. HALL:  Calls for speculation.              10:46

Highly Confidential - Attorneys Eyes Only

Page 39

1          THE WITNESS:  The -- a basic Android          10:46

2     feature set has a black background color.  And the     10:46

3     same was true to other manufacturers.          10:46

4          But it is somewhat strange to see this          10:46

5     black color as the background color.  I don't          10:46

6     believe it to be the real background image of the     10:46

7     phone.          10:46

8          BY MR. ZHANG:          10:46

9      Q.   Well, I'll represent to you that this is a     10:46

10     photograph taken from a Galaxy S 4G that we          10:46

11     purchased from T-Mobile.          10:46

12          But did Samsung have the ability to change     10:47

13     the background color for this application screen?     10:47

14          MR. HALL:  Vague.  Lacks foundation.          10:47

15          THE WITNESS:  With regard to that, I'm not     10:47

16     quite sure.          10:47

17          BY MR. ZHANG:          10:47

18      Q.   Do you see the line of small round dots at     10:47

19     the top of the Galaxy S 4G user interface?          10:47

20      A.   Yes.          10:47

21      Q.   Is that a standard feature of the Android     10:48

22     software?          10:48

23      A.   No.          10:48

24      Q.   So this feature was added by Samsung; is     10:48

25     that correct?          10:48

Highly Confidential - Attorneys Eyes Only

Page 40

| | | |
|---|---|---|
| 1 | MR. HALL:  Lacks foundation. | 10:48 |
| 2 | THE WITNESS:  Yes. | 10:48 |
| 3 | BY MR. ZHANG: | 10:48 |
| 4 | Q.   Do you know of a reason why this row of | 10:48 |
| 5 | dots was designed in this particular manner? | 10:48 |
| 6 | MR. HALL:  Vague and ambiguous.  Lacks | 10:48 |
| 7 | foundation. | 10:48 |
| 8 | THE WITNESS:  Yes. | 10:49 |
| 9 | BY MR. ZHANG: | 10:49 |
| 10 | Q.   Can you tell me what that reason is? | 10:49 |
| 11 | A.   People tend to download a lot of | 10:49 |
| 12 | applications on their Android phones.  Then the list | 10:49 |
| 13 | of applications -- | 10:49 |
| 14 | THE INTERPRETER:  Strike that. | 10:49 |
| 15 | THE WITNESS:  But then the number of | 10:49 |
| 16 | applications listed could increase.  Then it is | 10:49 |
| 17 | necessary for the users to locate the applications | 10:49 |
| 18 | that they saved. | 10:50 |
| 19 | So in order to identify the page of the | 10:50 |
| 20 | applications that users want to locate, we needed to | 10:50 |
| 21 | insert a certain way of indications.  So we decided | 10:50 |
| 22 | to put this -- these dots in a row to identify the | 10:50 |
| 23 | locations of applications downloaded. | 10:50 |
| 24 | BY MR. ZHANG: | 10:50 |
| 25 | Q.   Do you know of a reason why these dots | 10:50 |

Highly Confidential - Attorneys Eyes Only

Page 46

1   phones.  One type is this container type, with the        11:03

2   square and rounded corner outline.  And another type      11:03

3   is -- does not.  It has a different geometric             11:03

4   outline.                                                   11:03

5          Is it your opinion that an icon with a             11:03

6   square with rounded corner outline functions better      11:03

7   than an icon that does not have such an outline?          11:03

8          MR. HALL:  Objection.  Vague.                      11:04

9   Mischaracterizes testimony.  Lack of foundation.          11:04

10  Calls for an expert opinion.                               11:04

11         THE WITNESS:  First of all, we don't divide        11:04

12  icons into squares and nonsquares.                         11:04

13         And I don't believe the shape of the icon          11:05

14  imposes a challenge in terms of usability, and the        11:05

15  reason why we decided to adopt this shape was             11:05

16  because compared to the shape of the home screen, it      11:05

17  was well matched.                                          11:05

18         MR. ZHANG:  So I'll mark as the next               11:05

19  exhibit a document Bates-labeled SAMNDCA10215943.         11:05

20  It's titled "Kepler Usability Evaluation Results,"        11:05

21  and appears dated April 27, 2010.                          11:05

22         (Marked for identification purposes,               11:05

23         Exhibit 1872.)                                      11:05

24         BY MR. ZHANG:                                       11:06

25     Q.   And, Mr. Ryu, before we actually discuss          11:06

Highly Confidential - Attorneys Eyes Only

Page 53

1    Q.   Do you know who at Samsung would know          11:26

2    whether the background color of this application    11:26

3    screen could have been altered by Samsung?          11:26

4         MR. HALL:  Calls for speculation.              11:26

5         THE WITNESS:  No.                              11:26

6         BY MR. ZHANG:                                  11:26

7    Q.   Does the black background of the Galaxy S      11:26

8    4G application screen serve a functional purpose?   11:26

9         MR. HALL:  Vague.  Lacks foundation.  Calls    11:27

10   for an expert opinion.                              11:27

11        THE WITNESS:  Well, I don't know.              11:27

12        BY MR. ZHANG:                                  11:27

13   Q.   What about the dock of four icons at the       11:27

14   bottom of the Galaxy S 4G user interface?  Do you   11:27

15   see those on the exhibit before you?                11:27

16        MR. HALL:  Object to the extent it             11:27

17   characterizes [sic] the document.  The document     11:27

18   speaks for itself.                                  11:27

19        THE WITNESS:  I can see the icons.             11:27

20        BY MR. ZHANG:                                  11:27

21   Q.   Okay.  Would you actually mind, just for       11:27

22   clarity, pointing out to the camera the bottom four 11:27

23   icons that you're referring to?  Let the camera     11:27

24   capture that.                                       11:28

25   A.   (Complies.)                                    11:28

Highly Confidential - Attorneys Eyes Only

Page 54

1    Q.   Great.  Thank you.                           11:28

2         Do you see that there is a gray-colored       11:28

3    band underneath those four bottom icons in the    11:28

4    Galaxy S 4G user interface?                        11:28

5         MR. HALL:  Object to the characterization     11:28

6    of the document.                                   11:28

7         THE WITNESS:  Yes.                            11:28

8         BY MR. ZHANG:                                 11:28

9    Q.   Was that gray band a customization added by   11:28

10   Samsung?                                           11:28

11        MR. HALL:  Lacks foundation.  Calls for       11:28

12   speculation.                                       11:28

13        THE WITNESS:  It could be a request made by   11:29

14   the carrier, or it could be an internal decision.  11:29

15        BY MR. ZHANG:                                 11:29

16   Q.   But it's your understanding that the gray     11:29

17   band is not a basic Android feature; is that       11:29

18   correct?                                           11:29

19        MR. HALL:  Mischaracterizes testimony.        11:29

20        THE WITNESS:  Correct.                        11:29

21        BY MR. ZHANG:                                 11:29

22   Q.   Do you know of a functional purpose that is   11:29

23   served by this gray band underneath the four bottom 11:29

24   icons?                                             11:29

25        MR. HALL:  Lacks foundation.  Calls for an    11:30

Highly Confidential - Attorneys Eyes Only

Page 55

| | | |
|---|---|---|
| 1 | expert opinion. | 11:30 |
| 2 | THE WITNESS:  Yes. | 11:30 |
| 3 | BY MR. ZHANG: | 11:30 |
| 4 | Q.   Can you tell me what that purpose is? | 11:30 |
| 5 | A.   The applications above the band and four | 11:30 |
| 6 | applications on that band have a -- different | 11:30 |
| 7 | purposes.  Four -- | 11:30 |
| 8 | THE INTERPRETER:  Strike that. | 11:30 |
| 9 | THE WITNESS:  The four applications on the | 11:30 |
| 10 | band remain on the home screen as well.  But the | 11:30 |
| 11 | above applications are the applications you can only | 11:30 |
| 12 | see on the application list; therefore, the band | 11:30 |
| 13 | serves as the divider for that. | 11:31 |
| 14 | BY MR. ZHANG: | 11:31 |
| 15 | Q.   Would you agree with me that a differently | 11:31 |
| 16 | colored band could serve just as well as a divider | 11:31 |
| 17 | for the bottom four icons? | 11:31 |
| 18 | MR. HALL:  Lacks foundation.  Calls for an | 11:31 |
| 19 | expert opinion.  Object to the extent it calls for a | 11:31 |
| 20 | legal conclusion. | 11:31 |
| 21 | THE WITNESS:  Yes. | 11:31 |
| 22 | BY MR. ZHANG: | 11:31 |
| 23 | Q.   Would you agree with me that the Galaxy S | 11:31 |
| 24 | 4G application screen is designed to fit four wide, | 11:32 |
| 25 | five tall matrix of icons? | 11:32 |

Highly Confidential - Attorneys Eyes Only

Page 56

| | | |
|---|---|---|
| 1 | MR. HALL:  Vague.  Calls for speculation. | 11:32 |
| 2 | THE WITNESS:  Yes. | 11:32 |
| 3 | BY MR. ZHANG: | 11:32 |
| 4 | Q.   Did Samsung have the ability to alter the | 11:32 |
| 5 | number of icons that would be displayed in each row | 11:32 |
| 6 | for the Galaxy S 4G? | 11:32 |
| 7 | MR. HALL:  Vague.  Lacks foundation.  Calls | 11:33 |
| 8 | for speculation. | 11:33 |
| 9 | THE WITNESS:  I understand that Samsung has | 11:33 |
| 10 | that ability. | 11:33 |
| 11 | BY MR. ZHANG: | 11:33 |
| 12 | Q.   Is there a particular functional benefit to | 11:33 |
| 13 | having a matrix of icons that is four icons wide? | 11:33 |
| 14 | MR. HALL:  Lack of foundation.  Calls for | 11:33 |
| 15 | speculation. | 11:33 |
| 16 | THE WITNESS:  To my understanding, the | 11:34 |
| 17 | standard icon provided by the Android is either 72 | 11:34 |
| 18 | by 72 or 92 by 92.  So the basic feature provided by | 11:34 |
| 19 | the Android allows us to put four icons in terms of | 11:34 |
| 20 | wide. | 11:34 |
| 21 | But in terms of length, I think Samsung has | 11:34 |
| 22 | the ability to alter the number.  We can either have | 11:35 |
| 23 | three lines or four lines. | 11:35 |
| 24 | BY MR. ZHANG: | 11:35 |
| 25 | Q.   So I just want to be clear.  Samsung has | 11:35 |

Highly Confidential - Attorneys Eyes Only

Page 57

1    the ability to alter the number of icons that are        11:35

2    displayed in each row of the Galaxy S 4G application      11:35

3    screen?                                                   11:35

4          MR. HALL:  Mischaracterizes testimony.             11:35

5          THE WITNESS:  When you say "row," that             11:35

6    represents width; right?                                  11:35

7          BY MR. ZHANG:                                       11:35

8      Q.   Yes.                                               11:35

9      A.   We are not able to alter the row.                  11:35

10     Q.   Does Samsung have the ability to alter the        11:36

11   number of icons that are displayed in each vertical      11:36

12   column of the Galaxy S 4G user application screen?        11:36

13     A.   I'm not quite sure whether Samsung has such       11:36

14   an ability or not, but I believe it is possible for       11:36

15   Samsung to do that given the limited space.               11:36

16     Q.   And you are aware of other Samsung phones         11:36

17   that have been released where the user interface          11:36

18   contains rows of three icons; right?                      11:36

19         MR. HALL:  Vague as to time.  Assumes              11:37

20   facts.                                                    11:37

21         THE WITNESS:  It could be three or it could        11:37

22   be five.  We can alter the number depending on the        11:37

23   size of the width on the screen.                          11:37

24         BY MR. ZHANG:                                       11:37

25     Q.   Is there a particular functional benefit to       11:37

Highly Confidential - Attorneys Eyes Only

Page 58

| | | |
|---|---|---|
| 1 | having four icons in each row? | 11:37 |
| 2 | MR. HALL:  Lacks foundation.  Calls for an | 11:38 |
| 3 | expert opinion. | 11:38 |
| 4 | THE WITNESS:  When you design the size of | 11:38 |
| 5 | the -- | 11:38 |
| 6 | THE INTERPRETER:  Strike that.  Strike | 11:38 |
| 7 | that. | 11:38 |
| 8 | THE WITNESS:  When you design the size of | 11:38 |
| 9 | icons, you have to make sure that you can press | 11:38 |
| 10 | those icons with your thumb finger.  But if you | 11:39 |
| 11 | include the three icons, that's too big.  And if you | 11:39 |
| 12 | include the five icons, you don't have enough space | 11:39 |
| 13 | to press those icons with your thumb finger, which | 11:39 |
| 14 | triggers the inconvenience of the usage.  So those | 11:39 |
| 15 | icons -- | 11:39 |
| 16 | THE INTERPRETER:  Strike that. | 11:39 |
| 17 | THE WITNESS:  The size of those icons was | 11:39 |
| 18 | designed to fit the size of a finger. | 11:39 |
| 19 | BY MR. ZHANG: | 11:39 |
| 20 | Q.   So is it your testimony that when icons are | 11:39 |
| 21 | displayed in a cellular phone user interface, a row | 11:39 |
| 22 | of four icons is the best configuration available? | 11:39 |
| 23 | MR. HALL:  Vague.  Lacks foundation.  Calls | 11:40 |
| 24 | for an expert opinion.  Object to the extent it | 11:40 |
| 25 | calls for a legal conclusion. | 11:40 |

Highly Confidential - Attorneys Eyes Only

Page 59

| | |
|---|---|
| 1 | THE WITNESS:  I'm not telling you that we | 11:40 |
| 2 | have to include the four icons.  We include the | 11:40 |
| 3 | number of icons that fit the size of a cell phone. | 11:40 |
| 4 | BY MR. ZHANG: | 11:40 |

1     THE WITNESS:  I'm not telling you that we     11:40

2   have to include the four icons.  We include the     11:40

3   number of icons that fit the size of a cell phone.   11:40

4     BY MR. ZHANG:     11:40

5   Q.   So would you agree with me that a row of     11:40

6   three icons could also fit on a screen of a cellular   11:40

7   phone?     11:40

8     MR. HALL:  Vague and ambiguous.  Lacks     11:41

9   foundation.  Calls for an expert opinion.     11:41

10     THE WITNESS:  This --     11:41

11     THE INTERPRETER:  Strike that.     11:41

12     THE WITNESS:  We are talking about the     11:41

13   4-inch device.  If you consider the size of this     11:41

14   device, three icons are too big, as I mentioned     11:41

15   earlier.  It doesn't look good.     11:41

16     CHECK INTERPRETER:  Interjection.     11:41

17     (Interpreter and check interpreter confer.)   11:41

18     THE INTERPRETER:  Correction.     11:41

19     THE WITNESS:  We are talking about the 4G     11:41

20   device.  If you consider the size of this device,     11:41

21   three icons are too big, as I mentioned earlier.  It   11:41

22   doesn't look good.     11:41

23     BY MR. ZHANG:     11:41

24   Q.   Is there a particular functional benefit to   11:42

25   having a matrix of icons that displays five icons in   11:42

Highly Confidential - Attorneys Eyes Only

Page 60

1    each vertical column?                                    11:42

2         MR. HALL:  Lacks foundation.  Calls for an          11:42

3    expert opinion.                                          11:42

4         THE WITNESS:  Yes.                                  11:42

5         BY MR. ZHANG:                                       11:42

6    Q.   And what is the functional benefit?                11:42

7    A.   Given the size of the screen and the size          11:43

8    of a finger, that matrix can include the largest        11:43

9    number of icons that fit into the size of the           11:43

10   finger.                                                  11:43

11        (Interpreter and check interpreter confer.)         11:43

12        THE INTERPRETER:  Strike that.  Correction          11:43

13   by the interpreter.                                      11:43

14        THE WITNESS:  Given the size of the screen          11:43

15   and the size of a finger, that matrix can include        11:43

16   the large number of icons.                               11:43

17        BY MR. ZHANG:                                       11:43

18   Q.   So is it your testimony that anything other         11:43

19   than a four-wide by five-tall matrix of icons on the     11:43

20   Galaxy S 4G application screen would not function as     11:43

21   well?                                                    11:44

22        MR. HALL:  Vague.  Lacks foundation.  Calls         11:44

23   for an expert opinion.  Mischaracterizes testimony.     11:44

24        THE WITNESS:  Correct.  The four-wide by            11:44

25   five-tall matrix was the most suitable configuration    11:44

Highly Confidential - Attorneys Eyes Only

Page 61

| | | |
|---|---|---|
| 1 | for this device. | 11:45 |
| 2 | BY MR. ZHANG: | 11:45 |
| 3 | Q.   Are you aware that the iPhone also has a | 11:45 |
| 4 | four-wide by five-tall matrix of icons in its user | 11:45 |
| 5 | interface? | 11:45 |
| 6 | MR. HALL:  Assumes facts. | 11:45 |
| 7 | THE WITNESS:  Yes. | 11:45 |
| 8 | BY MR. ZHANG: | 11:45 |
| 9 | Q.   Are you aware of any Samsung cellular | 11:45 |
| 10 | phones that had a four-wide by five-tall matrix of | 11:45 |
| 11 | icons before the iPhone was released? | 11:45 |
| 12 | MR. HALL:  Vague.  Calls for speculation. | 11:45 |
| 13 | THE WITNESS:  No. | 11:45 |
| 14 | BY MR. ZHANG: | 11:45 |
| 15 | Q.   So then is it your -- your opinion that the | 11:45 |
| 16 | iPhone was the first to adopt the best configuration | 11:45 |
| 17 | for the display of icons on a cellular phone screen? | 11:46 |
| 18 | MR. HALL:  Vague.  Lacks foundation.  Calls | 11:46 |
| 19 | for speculation.  Object to the extent it calls for | 11:46 |
| 20 | a legal conclusion. | 11:46 |
| 21 | THE WITNESS:  I was not referring to the | 11:46 |
| 22 | iPhone. | 11:46 |
| 23 | BY MR. ZHANG: | 11:46 |
| 24 | Q.   I'm sorry.  I don't -- I don't quite | 11:46 |
| 25 | understand your answer.  Can you explain a little | 11:46 |

Highly Confidential - Attorneys Eyes Only

Page 62

| | | |
|---|---|---|
| 1 | bit? | 11:46 |
| 2 | A.   If I combine your previous three questions, | 11:47 |
| 3 | you are ask -- | 11:47 |
| 4 | THE INTERPRETER:  Strike that. | 11:47 |
| 5 | THE WITNESS:  You asked me whether Samsung | 11:47 |
| 6 | phone was optimized by the size four by five, and | 11:47 |
| 7 | you also asked me if iPhone adopted that kind of | 11:47 |
| 8 | matrix. | 11:47 |
| 9 | And you also asked me whether iPhone was | 11:47 |
| 10 | the best phone in terms of that matrix.  So I | 11:47 |
| 11 | answered that I didn't agree with you. | 11:47 |
| 12 | BY MR. ZHANG: | 11:47 |
| 13 | Q.   Are you aware of any touchscreen cellular | 11:47 |
| 14 | phones that had a four-wide by five-tall arrangement | 11:48 |
| 15 | of icons in its user interface before the iPhone? | 11:48 |
| 16 | MR. HALL:  Vague.  Calls for speculation. | 11:48 |
| 17 | Calls for an expert opinion. | 11:48 |
| 18 | THE WITNESS:  I don't know whether it is | 11:48 |
| 19 | four by five, but LG Prada, which was released in | 11:48 |
| 20 | 2006, had the similar configuration. | 11:48 |
| 21 | BY MR. ZHANG: | 11:48 |
| 22 | Q.   Do you recall whether it exactly had a | 11:48 |
| 23 | four-wide by five-tall arrangement of icons, the LG | 11:48 |
| 24 | Prada? | 11:49 |
| 25 | A.   I don't have a clear recollection. | 11:49 |

Highly Confidential - Attorneys Eyes Only

Page 63

1    Q.   Do you see the -- the battery indicator and        11:49

2  the time and the reception indicator that's at the        11:49

3  top of the Galaxy S 4G user interface?                    11:49

4        MR. HALL:  Vague.  Object to the                    11:49

5  characterization.                                         11:49

6        BY MR. ZHANG:                                       11:49

7    Q.   Does Samsung have the ability to customize         11:49

8  that part of the Galaxy 4G user interface?                11:49

9        MR. HALL:  Vague.  Lacks foundation.                11:50

10       THE WITNESS:  No.                                   11:50

11       BY MR. ZHANG:                                       11:50

12   Q.   Turning your attention to the icons that           11:50

13 are at the bottom portion of the exhibit, can you         11:50

14 tell me if the phone icon that appears at the             11:50

15 leftmost part of this chart -- and I'm talking about      11:50

16 the Galaxy S 4G phone icon at the bottom -- whether       11:50

17 that is a customized icon.                                11:50

18   A.   Yes, that is my understanding.                     11:50

19   Q.   So Samsung changed this phone icon from the        11:50

20 standard phone icon that came with the Android            11:50

21 software; is that correct?                                11:51

22       MR. HALL:  Mischaracterization of                   11:51

23 testimony.  Lacks foundation.                             11:51

24       THE WITNESS:  Yes, that is my                       11:51

25 understanding.                                            11:51

Highly Confidential - Attorneys Eyes Only

Page 64

| | | |
|---|---|---|
| 1 | BY MR. ZHANG: | 11:51 |
| 2 | Q.   And with respect to the next icon, the | 11:51 |
| 3 | clock icon to the right of that, can you tell me | 11:51 |
| 4 | whether the clock icon for the Galaxy S 4G is a | 11:51 |
| 5 | customized icon? | 11:51 |
| 6 | A.   That is my understanding. | 11:51 |
| 7 | Q.   So Samsung changed this clock icon from the | 11:51 |
| 8 | standard clock icon that came with the Android | 11:51 |
| 9 | software; is that correct? | 11:51 |
| 10 | MR. HALL:  Mischaracterizes testimony. | 11:51 |
| 11 | Lacks foundation. | 11:51 |
| 12 | THE WITNESS:  Yes, that is my | 11:51 |
| 13 | understanding. | 11:52 |
| 14 | BY MR. ZHANG: | 11:52 |
| 15 | Q.   And with respect to the camera icon that is | 11:52 |
| 16 | to the right of that, is it your understanding that | 11:52 |
| 17 | the camera icon is a customized icon? | 11:52 |
| 18 | A.   Yes. | 11:52 |
| 19 | Q.   And moving one over, is it your | 11:52 |
| 20 | understanding that the notepad icon of the Galaxy S | 11:52 |
| 21 | 4G is a customized icon? | 11:52 |
| 22 | A.   Its correct name is memo. | 11:52 |
| 23 | Q.   Oh. okay. | 11:52 |
| 24 | Is it your understanding that the memo icon | 11:52 |
| 25 | of the Galaxy S 4G phone interface is a customized | 11:52 |

Page 65

1    icon?                                                    11:52

2        A.   Yes.                                            11:53

3        Q.   And is it your understanding that the last      11:53

4    icon on the right here, the Galaxy S 4G settings          11:53

5    icon, is a customized icon?                               11:53

6        A.   Yes.                                            11:53

7        Q.   Did you have to approve the Galaxy S 4G          11:53

8    application screen design before it was commercially      11:53

9    manufactured?                                             11:53

10            MR. HALL:  Vague.                                11:53

11            THE WITNESS:  Yes.                               11:53

12            BY MR. ZHANG:                                    11:53

13       Q.   Did any of your superiors have to approve        11:53

14   the Galaxy S 4G application screen design before it       11:53

15   was commercially released?                                11:53

16            MR. HALL:  Calls for speculation.                11:54

17            THE WITNESS:  Yes, there were some               11:54

18   occasions where there were some issues.                   11:54

19            BY MR. ZHANG:                                    11:54

20       Q.   Do you recall who of your superiors had to       11:54

21   approve these issues in the Galaxy S 4G application       11:54

22   screen design before it was commercially released?        11:54

23       A.   Yes.                                            11:54

24       Q.   Can you tell me their names?                     11:54

25       A.   Vice President Kyungshik Lee.                    11:54

Highly Confidential - Attorneys Eyes Only

Page 74

| | | |
|---|---|---|
| 1 | BY MR. ZHANG: | 12:26 |
| 2 | Q.   Do you know Sang Hee Bae? | 12:26 |
| 3 | A.   Yes. | 12:26 |
| 4 | Q.   Who is he? | 12:26 |
| 5 | A.   Yes.  He was the designer responsible for | 12:27 |
| 6 | the GUI about -- for the AT&T when I was the head of | 12:27 |
| 7 | the North American cell. | 12:27 |
| 8 | (Interpreter and check interpreter confer.) | 12:27 |
| 9 | THE INTERPRETER:  Correction. | 12:27 |
| 10 | THE WITNESS:  Yes.  She was the designer | 12:27 |
| 11 | responsible for the GUI for the AT&T when I was the | 12:27 |
| 12 | head of the North American cell. | 12:27 |
| 13 | BY MR. ZHANG: | 12:27 |
| 14 | Q.   And I'll turn your attention to the page of | 12:27 |
| 15 | this document that ends in 11112979.  It's towards | 12:27 |
| 16 | the very back. | 12:27 |
| 17 | A.   Yes. | 12:27 |
| 18 | Q.   And do you see a sentence there under the | 12:27 |
| 19 | heading "Current Samsung Android GUI Design" that | 12:27 |
| 20 | starts with "iPhone's GUI effect"? | 12:27 |
| 21 | A.   Yes. | 12:28 |
| 22 | Q.   Would you mind reading that sentence into | 12:28 |
| 23 | the record, please. | 12:28 |
| 24 | A.   Are you referring to this portion | 12:28 |
| 25 | (indicating) or that portion (indicating)? | 12:28 |

Highly Confidential - Attorneys Eyes Only

Page 75

1    Q.   I'm sorry.  The portion towards the top        12:28

2    that says ...                                        12:28

3    A.   The effect of the GUI of the iPhone.           12:28

4    Google's GED GUI has a feel of techie while          12:28

5    Samsung's GUI has a design which has a similar feel  12:29

6    of Apple.                                            12:29

7    Q.   When you were head of the North American       12:29

8    cell, was it a goal to make Samsung's user           12:29

9    interfaces have the feel of Apple's user interface?  12:29

10        MR. HALL:  Vague.  Ambiguous.                   12:29

11        THE WITNESS:  No.                               12:29

12        BY MR. ZHANG:                                   12:29

13    Q.   Do you know why Sang Hee Bae is saying in      12:29

14    this document that Samsung's graphical user          12:30

15    interface design feels like Apple's?                 12:30

16        MR. HALL:  Calls for speculation.               12:30

17        THE WITNESS:  This document is not an           12:31

18    official document.  This document was prepared by an 12:31

19    entry-level employee of Samsung.                     12:31

20        She joined Samsung in the fall of 2010, and     12:31

21    she prepared this document for self-study.  She      12:31

22    studied by herself with regard to the phones of our  12:31

23    competitors, so she wrote down what she felt;        12:31

24    therefore, this is not a Samsung's official          12:31

25    document.                                            12:31

Highly Confidential - Attorneys Eyes Only

Page 76

| | | |
|---|---|---|
| 1 | In order to study, she searched the | 12:31 |
| 2 | Internet and compared our products with our | 12:31 |
| 3 | competitors'.  So what is contained in this document | 12:31 |
| 4 | is a personal feeling of that employee.  Therefore, | 12:31 |
| 5 | she didn't report this to us or -- nor -- | 12:32 |
| 6 | THE INTERPRETER:  Strike "nor." | 12:32 |
| 7 | THE WITNESS:  And we didn't -- we didn't | 12:32 |
| 8 | reflect why she wrote down in this document.  So, | 12:32 |
| 9 | once again, this is a personal feeling of a designer | 12:32 |
| 10 | who joined the Samsung. | 12:32 |
| 11 | THE INTERPRETER:  Strike that. | 12:32 |
| 12 | THE WITNESS:  Once again, this is a | 12:32 |
| 13 | personal feeling of a designer who was newly hired | 12:32 |
| 14 | at the time. | 12:32 |
| 15 | BY MR. ZHANG: | 12:32 |
| 16 | Q.   What -- is it -- is Ms. Hee the author of | 12:32 |
| 17 | this -- Ms. Bae the author of this -- sorry.  Let me | 12:32 |
| 18 | start over. | 12:32 |
| 19 | Is Ms. Bae the person who's referred to on | 12:32 |
| 20 | the front face of this document? | 12:32 |
| 21 | A.   The document doesn't indicate the name | 12:33 |
| 22 | preparing -- | 12:33 |
| 23 | THE INTERPRETER:  Strike that. | 12:33 |
| 24 | THE WITNESS:  The document doesn't indicate | 12:33 |
| 25 | the author of this document, but if you look at the | 12:33 |

Highly Confidential - Attorneys Eyes Only

Page 77

1    bottom portion, you can see the name who printed out      12:33

2    this document.                                            12:33

3           And I have a rough recollection of giving          12:33

4    this kind of assignment to Ms. Bae.                       12:33

5           BY MR. ZHANG:                                      12:33

6      Q.   So you recall asking Ms. Bae to perform            12:33

7    such a comparison between Samsung's Galaxy S1 user         12:33

8    interfaces and its competitors' user interfaces; is       12:33

9    that correct?                                             12:34

10          MR. HALL:  Mischaracterizes testimony.             12:34

11          THE WITNESS:  Correct.  This was one of the        12:34

12   on-the-job training subjects that I gave to the new       12:34

13   designers.  So within the first two or three months       12:34

14   of joining the company, these new designers were          12:34

15   given some subjects, such as this.  And I recall          12:34

16   giving this assignment to her.                            12:34

17          MR. ZHANG:  I'd like to mark as the next           12:34

18   exhibit a document Bates-labeled SITC000075167.  And      12:34

19   it appears to be an e-mail from Sungyoun Ahn to           12:35

20   Mr. Ryu, dated May 9, 2010.                               12:35

21          (Marked for identification purposes,               12:35

22          Exhibit 1874.)                                     12:35

23          MR. ZHANG:  Rather, I should have said it's        12:35

24   a chain of e-mails that ends with an e-mail from          12:35

25   Mr. Ahn to Mr. Ryu dated May 9, 2010.                     12:35

Highly Confidential - Attorneys Eyes Only

Page 91

1                   CERTIFICATE
2

      STATE OF CALIFORNIA )
3                          :  ss
      COUNTY OF SONOMA    )
4

5      I, Lorrie L. Marchant, a Certified Shorthand
6  Reporter, a Registered Professional Reporter, a
7  Certified Realtime Reporter, and a Certified
8  Realtime Professional within and for the State of
9  California, do hereby certify:
10     That DONGSEOK RYU, the witness whose deposition
11  is herein set forth, was duly sworn/affirmed by me
12  and that such deposition is a true record of the
13  testimony given by such witness.
14     I further certify that I am not related to any
15  of the parties to this action by blood or marriage
16  and that I am in no way interested in the outcome of
17  this matter.
18     In witness whereof, I have hereunto set my hand
19  this 29th day of February, 2012.
20

21

22

23     ----------------------------------------------
      LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24     CSR No. 10523
25