Exhibit 22

Highly Confidential Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN JOSE DIVISION
4    APPLE INC., a California        )
     corporation,                    )
5                                     )
                     Plaintiff,       )
6                                     )
          vs.                         )   No: 11-CV-01846-LHK
7                                     )
     SAMSUNG ELECTRONICS CO., LTD,    )
8    a Korean business entity;        )
     SAMSUNG ELECTRONICS AMERICA,     )
9    INC., a New York corporation;    )
     SAMSUNG TELECOMMUNICATIONS       )
10   AMERICA, LLC, a Delaware         )
     limited liability company        )
11                                    )
                     Defendants.      )
12   _____)
13

14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

15

16          DEPOSITION OF JAEGWAN SHIN
17            San Francisco, California
18           Friday, January 27, 2012
19

20

21

22

23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 44993

Highly Confidential Attorneys' Eyes Only

Page 5

1          MS. KIM:  Samantha Kim, Morrison

2      Foerster for Apple.

3          MS. YANG:  Michelle Yang from

4      Samsung.

5          MR. TUNG:  Mark Tung from Quinn          09:32

6      Emanuel for Samsung.

7          THE VIDEOGRAPHER:  Will the court

8      reporter please swear in the witness.

9        (Korean Interpreters sworn.)

10          JAEGWAN SHIN,                           09:32

11          Having been duly sworn, by the

12      Certified Shorthand Reporter, was

13      examined and testified as follows:

14              EXAMINATION

15  BY MR. KREEGER:                                 09:32

16      Q.   Good morning.

17      A.   Good morning.

18      Q.   We met off the record, but my name

19  is Matthew Kreeger, and I'm an attorney at

20  Morrison Foerster.  We are here to take your   09:32

21  deposition.  Could you begin by giving us your

22  full name, please?

23      A.   Yes.  My name is Jaegwan Shin.

24      Q.   Mr. Shin, do you understand that

25  I'm going to ask you a series of questions and  09:33

Highly Confidential Attorneys' Eyes Only

Page 38

1    individuals that we have just discussed?

2              MR. TUNG:  Objection.  Vague and

3         compound.

4              THE WITNESS:  When it comes to the

5         organizational charts that I have seen          11:12

6         before, it did not list all the

7         people.  -- strike that.  It did not list

8         the names of the people.

9         Q.    You haven't seen an organizational

10   chart that included names?                           11:13

11        A.    That chart included some of the

12   names but not all of the names stated here.

13              (Exhibit 1332, Email from Jaegwan

14        Shin dated October 6, 2010, Bates stamped

15        SAMNDCA00525347 through SAMNDCA00525349,        11:13

16        marked for identification.)

17   BY MR. KREEGER:

18        Q.    I've shown you what's been marked

19   as Exhibit 1332.  Have you seen this document

20   before?                                              11:14

21        A.    Are you specifically referring to

22   these e-mails, or just overall e-mail documents?

23        Q.    I'm asking about these e-mails in

24   particular.

25        A.    I can't quite recall.                     11:14

Highly Confidential Attorneys' Eyes Only

Page 39

1       Q.   This is an e-mail chain.  I want

2  to start by asking you about the middle of the

3  page of Exhibit 1332.

4        There's what appears to be an

5  e-mail from you to Ioi Lam and Waddah Kudaimi --   11:15

6  I apologize for probably mispronouncing their

7  names -- dated October 5th, 2010.  Do you see

8  that?

9       A.   Yes.

10       Q.   The e-mail refers to, "Here are   11:16

11  some lists for browser screen effect from HQ."

12  Do you see that?

13       A.   Yes.

14       Q.   Do you know what you meant by

15  "browser screen"?   11:16

16       A.   Yes.

17       Q.   What did you mean?

18       A.   It refers to screens that appear

19  when you are using a browser.

20       Q.   Did the San Jose Mobile   11:16

21  Communications Lab have responsibility for

22  writing code for the browser?

23       MR. TUNG:  Objection.  Vague.

24       THE WITNESS:  Some of the

25       responsibilities by San Jose Mobile   11:17

Highly Confidential Attorneys' Eyes Only

Page 40

1          Communications Lab include browser-

2          related matters if there are requests

3          from the headquarters.

4     Q.    Who besides the San Jose Mobile

5  Communications Lab is responsible for writing        11:17

6  code for the browser?

7          MR. TUNG:  Objection.  Lacks

8          foundation.

9          THE WITNESS:  Yes.  There are

10          many.  The headquarters are R&D team and     11:18

11          overseas labs.

12     Q.    But sometimes, HQ would ask the

13  San Jose Mobile Communications Lab to make

14  revisions to the browser code; is that right?

15     A.    Yes, that is right.                          11:18

16     Q.    And they would do so by directing

17  their request to you; is that right?

18     A.    Sometimes it is through me or

19  sometimes it's through the head of the lab,

20  Mr. Chung.  But mostly, it was instructed to me.      11:19

21     Q.    You say, "HQ is asking us to make

22  it for P1 project."  What is a P1 project?

23     A.    It refers to Samsung's seven-inch

24  tablet.

25     Q.    As of the time that you wrote this        11:20

Highly Confidential Attorneys' Eyes Only

Page 41

1    e-mail in October 2010, that seven-inch tablet

2    had not yet been released to the market; is that

3    right?

4            A.    I'm not quite sure as to that.

5            Q.    You attached three video files to          11:20

6    your e-mail, correct?

7                  MR. TUNG:  Objection.  Calls for

8            speculation.

9                  THE WITNESS:  In general, when our

10           headquarters make a request related to          11:21

11           our business matters, they would send

12           some video files as attachment.  So I

13           don't have any particular recollection as

14           to this.

15           Q.    You're saying that the individuals       11:21

16   at HQ as a general matter would send videos that

17   would indicate revisions they wanted you to make

18   to the Samsung products?

19                 MR. TUNG:  Objection.  Assumes

20           facts.                                          11:22

21                 THE WITNESS:  The purpose of

22           sending videos is to make their requests

23           more clear, so they would send them as

24           supplementary data.

25           Q.    In this case, it looks as though          11:23

Highly Confidential Attorneys' Eyes Only

Page 42

1    you were forwarding videos you received from --

2    well, can you tell who it was that from HQ had

3    sent these videos to you?

4              MR. TUNG:  Objection.  Assumes

5         facts.                                      11:23

6              THE WITNESS:  Based on looking at

7         the e-mail below, I can see the sender.

8         Q.    Who was it?

9         A.    He's a person who is working at

10   the headquarters R&D center.                     11:24

11        Q.    What is his name?

12        A.    Seung Hwan Han.  S-E-U-N-G.

13   H-W-A-N.  H-A-N.

14        Q.    So the last page of this -- well,

15   the second page of Exhibit 1332 is mostly in     11:24

16   Korean.  That's information that Mr. Han was

17   relaying to you; is that correct?

18        A.    Yes.

19        Q.    And these were a list of revisions

20   that they wanted the San Jose media -- start     11:25

21   again.

22              These were revisions that Mr. Han

23   wanted the San Jose Mobile Communications Lab to

24   make to the browser?

25        A.    Yes, it appears to be the case.       11:25

Highly Confidential Attorneys' Eyes Only

Page 43

1       Q.    The third bullet or the third item

2   there, Item Number 3, can you read what it was

3   that he was asking you to do in Item Number 3?

4       A.    "It does not provide a bounce

5   effect on a browser screen so it is not          11:26

6   emotionally appealing."

7       Q.    Does it also refer to the

8   attachment 35.WMV?

9       A.    Here, it says that refer to the

10  attachment.                                       11:27

11      Q.    I would like to play for you the

12  video that was produced to us as represented as

13  being the attachment to this e-mail, particularly

14  the one that's labeled 35.WMV.  So we have it set

15  up here with a monitor that we can point in your   11:27

16  general direction so you can see this video.

17          MR. TUNG:  And for the record, are

18      you going to provide the video onto a CV

19      so we can enter it as an exhibit?

20          MR. KREEGER:  We have a CD for the        11:27

21      exhibit, but I thought I would identify

22      it with a Bates number.  Can you do that

23      for me?

24          So we are going to play a

25      video that was produced to us, and I'll       11:28

Highly Confidential Attorneys' Eyes Only

Page 44

1          mark it as Exhibit 1333, which contains

2          this video that has been given Bates

3          number SAMNDCA 00201281.  And that's a

4          silent video, and it's the one that we

5          are going to play now.                          11:28

6               (Exhibit 1333, Compact Disk,

7          marked for identification.)

8          (Pause in proceedings while viewing

9          video).

10              THE WITNESS:  The device on the            11:30

11         right side seems to be Samsung's seven-

12         inch tablet.

13         Q.    Is it a Samsung seven-inch tablet

14    that was the device in development?

15         A.    I'm not quite sure as to whether          11:30

16    it was under development or it was already

17    released.

18         Q.    And can you tell me what the

19    device on the left was?

20         A.    I'm not quite sure.                        11:30

21         Q.    The e-mail refers to something

22    called "bounce effect."  Is that a term that you

23    used at Samsung?

24         A.    Yes.  It is not an official term,

25    but we use it a lot.                                  11:31

Highly Confidential Attorneys' Eyes Only

Page 45

1       Q.    And when you use the term "bounce

2   effect," what do you mean?

3       A.    Literally, this is to provide an

4   effect of the screen bouncing.

5       Q.    Is the behavior that -- start            11:31

6   again.

7              In the video, there are two

8   devices, as you mentioned.  The device on the

9   left, is that displaying a bounce effect?

10      A.    Yes.                                      11:32

11      Q.    And the device on the right did

12  not show a bounce effect; is that right?

13      A.    Yes.  Based on what I have seen on

14  the screen, in the video, that was the case.

15      Q.    What you mean is in the video, the        11:32

16  Samsung device did not display bounce?

17      A.    That is correct.

18      Q.    What did you understand Mr. Hon

19  meant by "emotionally appealing"?

20           MR. TUNG:  Objection.  Calls for           11:33

21      speculation.

22           THE WITNESS:  As for me, I

23      couldn't also understand what that means

24      by "emotionally appealing."

25      Q.    Is that a phrase that is used at          11:33

Highly Confidential Attorneys' Eyes Only

Page 78

1           Korean.

2                THE INTERPRETER:  Correction.  So

3           if the figure is low, that means the

4           image stays for a shorter period of time.

5                MR. KREEGER:  Let me start the          02:24

6      question over.

7           Q.   The number that's written there,

8      0.872, that's how long the checkerboard appears

9      before disappearing?

10          A.   Yes.                                     02:24

11          Q.   All right.  Now, let's move into

12     the scroll.  What does 0.197 mean?

13          A.    That indicates initial response

14     speed.

15          Q.   Which gesture is being measured         02:25

16     here under the scroll entries?

17          A.    Initial response speed refers to

18     the time it takes from the time you touch the

19     screen with your fingers to the beginning of

20     scrolling.                                         02:25

21          Q.   So a lower number means that the

22     scrolling feature is more responsive initially,

23     correct?

24          A.   Yes.

25          Q.   Let's move down to the double tap       02:26

Highly Confidential Attorneys' Eyes Only

Page 79

1    entries.  First of all, what is the double tap

2    that's being mentioned here?

3          A.    When it comes to double tap, if

4    you double tap the screen, then you can zoom in

5    or zoom out the screen.                              02:27

6          Q.    And all these behaviors that are

7    being measured on this table relate to the

8    browser, right?

9          A.    Yes.

10         Q.    So the double tap features that     02:27

11   you're discussing in this table is the behavior

12   that if you're looking at a web page that has

13   multiple items and you double-click on one of the

14   items, the browser zooms in on that item?

15              MR. TUNG:  Objection.  Vague.          02:28

16              THE WITNESS:  Yes.

17         Q.    What does the 0.159 under the

18   P7500 column mean?

19         A.    Where is it?

20         Q.    Sorry?                                 02:28

21         A.    Where is it?

22         Q.    Under the P7500 column.  That's

23   the last entry on the page with the Bates number

24   ending in 365.

25         A.    That's the initial response speed    02:29

Highly Confidential Attorneys' Eyes Only

Page 80

1   of the double tap.

2        Q.    And now the entry on the same

3   column on the next page, 0.738 -- before we do

4   that, what's 95.89 percent?

5        A.    As was the case with the pinch-to-          02:29

6   zoom, it also indicates smoothness with regard to

7   frames.

8        Q.    What is the 0.738 in that same

9   column?

10       A.    It indicates the time taken when          02:30

11  you double tap to zoom out.

12       Q.    And just so we are clear, the

13  double tap to zoom out feature is when you've

14  previously zoomed in on an image on a browser and

15  you double tap it again, it then zooms out to      02:30

16  show you the entire browser?

17            MR. TUNG:  Objection.  Vague.

18        Incomplete hypothetical.

19            THE WITNESS:  When you zoom in,

20        the screen will expand.  If you double    02:31

21        tap again, then it will zoom out, which

22        means it will go back to the original

23        size.

24       Q.    All right.  What's the last row?

25  It says "typing."  What's the 0.212 measuring?      02:31

Highly Confidential Attorneys' Eyes Only

Page 81

1        A.    You type numbers using the

2  keyboard, so this indicates the time taken for

3  those numbers to appear in the window.

4        Q.    Do you know why this table was

5  generated?                                        02:32

6        A.    This is something commonly done in

7  the course of development, because products under

8  development were not completely optimized, so we

9  tend to compare those products under development

10  with commercialized ones in the market to compare  02:33

11  their performance.

12        Q.    And how do you choose which

13  products on the market to compare the Samsung

14  products in development to?

15        A.    We made comparisons with all the     02:33

16  products.

17        Q.    Well, in this case, in this table,

18  you were comparing three Samsung products against

19  the iPad 1 and the iPad 2.  Why did you choose

20  those two products to compare the Samsung          02:34

21  products to?

22             MR. TUNG:  Objection.  Lacks

23        foundation.

24             THE WITNESS:  This particular

25        table shows comparisons with iPad          02:34

Highly Confidential Attorneys' Eyes Only

Page 82

1              products, but there are other tables that

2              show comparisons with other companies'

3              products as well.

4                   THE INTERPRETER:  Correction.

5              This particular table shows comparisons          02:35

6              with iPad products, but there are quite a

7              number of tables that show comparisons

8              with other companies' products.

9              Q.    The e-mail that concludes the

10   table was sent by someone named Sangheon Kim.  Do        02:35

11   you know Mr. Kim?

12             A.    Yes.

13             Q.    What is his role as Samsung?

14             A.    He's working at Samsung's R&D

15   team.                                                     02:36

16             Q.    He says, "I summarized performance

17   issues based on the latest binary KE 4."  First

18   of all, do you know what "KE 4" means?

19             A.    Yes.

20             Q.    What is it?                                02:36

21             A.    It refers to a software version.

22             Q.    Was that a software version in

23   development?

24                   MR. TUNG:  Objection.  Vague.

25                   THE WITNESS:  I wouldn't know             02:36

Highly Confidential Attorneys' Eyes Only

Page 95

1    Q.    And then above that, looks as
2 though you did as asked and translated the
3 information in the table; is that right?
4    A.    Yes.
5    Q.    Where did the table come from          03:22
6 originally?
7    A.    From our headquarters R&D team.
8    Q.    Do you know who from the
9 headquarters R&D team sent you this table?
10    A.    I don't have a recollection as to     03:23
11 that, but based on this e-mail, it was sent by a
12 person named Tuckin Yoo.
13          THE INTERPRETER:  Spelling by
14 interpreter.  T-U-C-K-I-N-Y-O-O.
15    Q.    Do you know the actual spelling of     03:23
16 the name?
17    A.    I don't know.
18    Q.    You say:  Based on HQ's analysis,
19 3D animation caused the delay to launch Gallery
20 on P1 compared to iPad, which is using 2-D         03:24
21 animation."
22          Was this a comparison of the time
23 to launch the Gallery application on the Samsung
24 tablet compared to the iPad?
25    A.    Yes, it appears so.                    03:24

Highly Confidential Attorneys' Eyes Only

Page 96

1              (Exhibit 1337, Email from Jaegwan

2          Shin dated May 9, 2011, Bates stamped

3          SAMNDCA00201521 through SAMNDCA00201527,

4          marked for identification.)

5    BY MR. KREEGER:                                    03:25

6          Q.    Have you seen this document,

7    Exhibit 1337 before?

8          A.    I don't recall.

9          Q.    So the first e-mail which is the

10   latest in time is from you to Srirama.  Is that a    03:26

11   developer in the India lab?

12         A.    I don't know who that Srirama is,

13   but it seems to me that I sent a reply to the

14   previous e-mail that was sent by him.

15         Q.    You don't know who he is?           03:27

16         A.    Correct.

17         Q.    You say, "We already have a class

18   called kinetic in WebView.Java that does what you

19   need.  What is WebView.Java?

20         A.    WebView.Java is one of the file     03:27

21   names in Android.

22         Q.    Were you referring in this e-mail

23   to a Samsung proprietary version of WebView.Java?

24              MR. TUNG:  Objection.  Lacks

25          foundation.  Assumes facts.             03:28

Highly Confidential Attorneys' Eyes Only

Page 97

1              THE WITNESS:  Samsung doesn't have

2         its own WebView.Java.  Android has

3         WebView.Java and Samsung has made some

4         revisions to that.

5         Q.    Samsung has made revisions to the        03:29

6    Android WebView.Java?

7         A.    Yes.

8         Q.    So when you said, "We already have

9    a class called kinetic in WebView.Java," you were

10   referring to revisions that Samsung had made to       03:29

11   WebView.Java?

12        A.    I'm not quite sure whether or not

13   a class called a kinetic was originally in

14   WebView.Java.

15        Q.    Well, who do you mean when you say        03:30

16   "we" in this e-mail?

17        A.    Generally, it refers to Samsung.

18        Q.    Do you remember how you got the

19   information that appears in this portion of the

20   e-mail?                                               03:30

21              MR. TUNG:  Objection.  Vague.

22              THE WITNESS:  I don't quite

23        recall.

24        Q.    If you turn to the page that ends

25   in the Bates number 522, should be the second        03:31

Highly Confidential Attorneys' Eyes Only

Page 98

1    page of Exhibit 1337.  On the bottom, there's a

2    note that says, "Hello, Ajay."

3                  First of all, do you know who Ajay

4    is?

5          A.    I don't know who that person is,          03:31

6    but it appears to me that he's one of the

7    engineers working at SISO.

8          Q.    Below that, it says, "I think it's

9    difficult to postpone this issue because iPad 2

10   are showing very less checker pattern, so please    03:32

11   find the optimal tuning."

12                  Do you recall there being an issue

13   that the Samsung tablet was showing too much

14   checkerboard in comparison to the iPad?

15         A.    I don't recall as to that, but          03:32

16   when it comes to products in development, they

17   tend to show low performance, so this is

18   something very common.

19                  THE INTERPRETER:  I don't recall

20               as to that but when it comes to products  03:33

21               in development, they always tend to show

22               low performance, so this is something

23               very common.

24                  MR. KREEGER:  Off the record,

25               please.                                   03:33

Highly Confidential Attorneys' Eyes Only

Page 108

1           given by the interpreter.

2                MR. KREEGER:  Thank you.  So is

3           this table yet another instance of a

4           comparison of the Samsung product to

5           competitive product?                        04:17

6                THE WITNESS:  Yes.

7      Q.    On the last two columns, there are

8  various entries.  Let's just take one of them.

9  Under the booting row, under the iPad, what do

10 the entries say there?                               04:18

11     A.    "Equal."

12     Q.    Does that mean that the iPad 2 was

13 considered to be equal to the Samsung product?

14               MR. TUNG:  Objection.  Vague.

15               THE WITNESS:  It means booting        04:18

16          speed is similar.

17     Q.    Similar, but as between the iPad 2

18 and the Samsung product?

19     A.    Here, it indicates comparison with

20 P5 product.                                          04:19

21     Q.    So in this case, the booting speed

22 was determined between the iPad 2 and the P5 to

23 be similar?

24     A.    Yes

25     Q.    And under "zoom," what does it          04:19

Highly Confidential Attorneys' Eyes Only

Page 109

1    say?

2          A.    It says "superior."

3          Q.    Does that mean that the booting

4    speed for the P5 was determined to be superior to

5    the zoom?                                              04:19

6          A.    Yes.

7          Q.    Then we have some entries there in

8    red or orange.  Let look at the next one, which

9    is "scroll."  What does it say under the score

10   for the iPad 2 for the scroll movement?               04:20

11         A.    It says "inferior."

12         Q.    And that means that the

13   performance of the P5 scrolling was found to be

14   inferior to the iPad 2?

15               MR. TUNG:  Objection.  Vague.              04:20

16               THE WITNESS:  When it comes to the

17         KC 5 version of P5, yes.  That's correct.

18               (Exhibit 1342, Samsung Andriod 3.0

19         Document, Bates stamped SAMNDCA00201700

20         through SAMNDCA00201770, marked for             04:21

21         identification.)

22   BY MR. KREEGER:

23         Q.    Have you seen Exhibit 1342

24   before?

25         A.    I don't recall.                           04:22

Highly Confidential Attorneys' Eyes Only

Page 115

```
 1              C E R T I F I C A T E

 2      STATE OF CALIFORNIA        )

 3                                 )

 4      COUNTY OF SAN FRANCISCO )

 5          I, LINDA VACCAREZZA, a Certified

 6      Shorthand Reporter for the State of

 7      California, do hereby certify:

 8          That JAEGWAN SHIN, the witness whose

 9      deposition is hereinbefore set forth, was

10      duly sworn by me and that such deposition

11      is a true record of the testimony given

12      by such witness.

13          I further certify that I am not

14      related to any of the parties to this

15      action by blood or marriage; and that I

16      am in no way interested in the outcome of

17      this matter.

18          IN WITNESS WHEREOF, I have hereunto

19      set my hand this 28th day of January,

20      2012.

21

22      _____

23       LINDA VACCAREZZA, CSR. NO. 10201

24

25
```