| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S PROFFERS OF EVIDENCE |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Trial Date: November 12, 2013<br>Pre-trial Conf.: October 17, 2013<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

Case No. 11-cv-01846-LHK
ALDEN DECLARATION ISO SAMSUNG'S PROFFERS OF EVIDENCE

1    I, Anthony P. Alden, declare:

2    1.    I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

6    2.    Attached as Exhibit 1 is a true and correct copy of excerpts from the 9/14/2011 deposition of Andries van Dam in this action.

8    3.    Attached as Exhibit 2 is a true and correct copy of excerpts from the 1/12/2012 deposition of Wookyun Kho in this action.

10    4.    Attached as Exhibit 3 is a true and correct copy of excerpts from the 2/2/2012 deposition of Jin Soo Kim in this action.

12    5.    Attached as Exhibit 4 is a true and correct copy of excerpts from the 2/2/2012 deposition of Jeeyeun Wang in this action.

14    6.    Attached as Exhibit 5 is a true and correct copy of excerpts from the 2/29/2012 deposition of Dongseok Ryu in this action.

16    7.    Attached as Exhibit 6 is a true and correct copy of excerpts from the 3/2/2012 deposition of Minhyouk Lee in this action.

18    8.    Attached as Exhibit 7 is a true and correct copy of excerpts from the 5/2/2012 deposition of Andries van Dam in this action.

20    9.    Attached as Exhibit 8 is a true and correct copy of excerpts from the 5/4/2012 deposition of Stephen Gray in this action.

22    10.    Attached as Exhibit 9 is a true and correct copy of excerpts from the 2/3/2012 deposition of Jin Soo Kim in the ITC proceeding titled *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796.

25    11.    Attached as Exhibit 10 is a true and correct copy of the direct witness statement of Minhyouk Lee submitted in the ITC proceeding titled *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796 on June 4, 2012.

12. Attached as Exhibit 11 is a true and correct copy of the direct witness statement of Yongseok Bang submitted in the ITC proceeding titled *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796 on June 4, 2012.

13. Attached as Exhibit 12 is a true and correct copy of an email sent on July 5, 2012 from Richard Hung of Morrison Foerster, counsel for Apple, to counsel for Samsung. Highlighting has been added.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the 1/27/2012 deposition of Jaegwan Shin in this action.

15. Attached as Exhibit 14 is a true and correct copy of excerpts from the 4/5/2012 deposition of Jaegwan Shin in the ITC proceeding titled *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the 3/3/2012 deposition of Minhyouk Lee in the ITC proceeding titled *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796.

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the 2/29/2012 deposition of Hyoung Shin Park in this action.

18. Attached as Exhibit 17 is a true and correct copy of excerpts from the 3/1/2012 deposition of Hyoung Shin Park in the ITC proceeding titled *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796.

19. Attached as Exhibit 18 is a true and correct copy of excerpts from the 8/20/2013 deposition of Michael Wagner in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on October 13, 2013.

*/s/ Anthony P. Alden*
Anthony P. Alden

**E-FILING SIGNATURE ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Anthony P. Alden.

                                  */s/ Victoria F. Maroulis*
                                  Victoria F. Maroulis