# EXHIBIT 2

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4   APPLE INC., a California        )
    corporation,                     )
5                                    )
                      Plaintiff,     )
6                                    )
           vs.                       )  No: 11-CV-01846-LHK
7                                    )
    SAMSUNG ELECTRONICS CO., LTD,    )
8   a Korean business entity;        )
    SAMSUNG ELECTRONICS AMERICA,     )
9   INC., a New York corporation;    )
    SAMSUNG TELECOMMUNICATIONS       )
10  AMERICA, LLC, a Delaware         )
    limited liability company        )
11                                   )
                      Defendants.    )
12  _____  )

13

14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

15

16             DEPOSITION OF WOOKYUN KHO

17               San Francisco, California

18               Thursday, January 12, 2012

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 45308

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 86

1    Q.    Did you ever report an any of
2    those conclusions in writing?
3    A.    I do not really recall.
4    Q.    Did you ever report on your
5    conclusions to your supervisor?                    03:40
6    A.    If you're talking about some
7    conclusions, it seems to be referring to some
8    saying captured in writing and reporting thus.
9    And I don't think such type of reporting would --
10   if any, would have hardly ever occurred.  Rather,  03:42
11   the bouncing effect itself actually was -- had
12   been changed and a demonstration was given on
13   that, I believe.
14   Q.    When you say, "The bouncing effect
15   had been changed," do you mean the bouncing       03:42
16   effect in the Samsung device had been changed?
17   A.    Well, what had happened was the
18   bouncing effect that went into Samsung's
19   products, they were revised, and when you say
20   change, it seems like a wholesale change, and     03:43
21   it's not that case at all, wholesale change or
22   wholesale revision.
23         Rather, as part of the improvement
24   of the performance.  Or let's say, I can put it
25   this way, some sort of slight tuning operation.   03:44

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 87

1  I think that would be more appropriate to say
2  that.
3        Q.   Okay.  Tell me what happened at
4  the demonstration that you're talking about.
5        A.   There are these numbers that would                03:44
6  be used in order to display, or implement, or
7  show the bouncing effect.  So several were
8  created.  And several such sets, if you will,
9  were input into the device and tried to find out
10 which looked better.  And of course, at the time              03:46
11 of my testing I had a whole lot more number of
12 sets that I was working out of, which I took out
13 -- I took out two or three, and I think I showed
14 those.
15            THE INTERPRETER:  Okay.  Good                      03:46
16        point.  So going back to what put into
17        the device could be -- could -- may very
18        well be, were put into several devices.
19       Q.   I'm trying to see if I understand
20 it, so correct me if I'm wrong.  After you                    03:47
21 compared the Samsung device with the Apple
22 device, you input different instruction sets into
23 the Samsung device to see how they would change
24 the bounce effect.  Am I right about that?
25       A.   No.  Rather, the comparison was                    03:47

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 88

1  done at the end of the work to improve the
2  performance. And in terms of the work involved
3  in improvement of the performance, there would be
4  several numbers that would be involved vis-a-vis
5  the comparison with Apple device.                    03:49
6              And on the other hand, when you
7  say instruction set, typically when you say
8  instruction set, it commonly refers to the
9  changing of the source code itself at the time of
10 the software development.                            03:50
11             So this was not the case at all,
12 where the source code itself was changed.
13 Rather, the numbers in it were changed a little,
14 and the comparison was being made as compared to
15 Apple device whether our device would look          03:51
16 smoother.
17     Q.    So there were numbers in the
18 software for the Samsung device; is that correct?
19     A.    Yes. That's correct.
20     Q.    And you were able to adjust those         03:51
21 numbers. And by adjusting the numbers, change
22 the effect; is that right?
23     A.    It's not the changing of the
24 effect itself; I think it would be more
25 appropriate to say that one could adjust or         03:52

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 89

1  manipulate the speed.
2         Q.    Did the numbers control anything
3  other than speed?
4         A.    Such things as the time or the
5  duration where the bouncing effect is maintained,       03:54
6  and also for this bouncing effect, the function
7  would be used.  And by changing the numbers that
8  go into such functions, that would not
9  necessarily change -- that would not change the
10 duration in which the effect is maintained, nor         03:55
11 the numbers.
12              Well, how should I put it?  I
13 think it's most appropriate to say that the shape
14 of the function would be changed.  Or rather, the
15 pattern of the function would be changed.               03:55
16              THE INTERPRETER:  Correction that
17        would not change the duration.  That
18        would not change the duration in which
19        the effect is maintained, nor the speed.
20        Q.    Mr. Kho, can you tell me                   03:56
21 mechanically what you do to change the number in
22 the software?  How do you do that?  What steps do
23 you take?
24        A.    There are numbers that go into a
25 source code and you would change the values of          03:57

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 90

```
 1   such numbers, and then compilation is done.  And
 2   after that binary would be created, and such
 3   binary would be put into a device and it is run.
 4         Q.    Can you do the inputting phase on
 5   your computer?                                            03:58
 6         A.    Of the process that I just
 7   described, such things as the making corrections
 8   or revisions in the source code, or compilation,
 9   or the generation of the binary, this would all
10   be carried out on computer.  And after that, that         03:58
11   would be moved over to the device and then it is
12   run.
13         Q.    When you make these changes to
14   source code and compile it, does your computer
15   keep a record of what you have done?                      03:59
16         A.    No, that is not the case.
17         Q.    Did you ever create a paper record
18   of the changes that you made to the numbers in
19   the summer of 2010?
20         A.    No, that never happened as far as             04:00
21   this correction or revision work.  I think I told
22   you that occurred in August or September, but
23   rather than phrase it as summer, I would rather
24   say it would be either late summer or  fall.
25         Q.    As you sit here today, do you                 04:00
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 91

1 remember what changes you made to various numbers
2 in order to fine tune the effect on the Samsung
3 machine?
4     A.   It's not that this process of
5 improving on the performance occurred just once.                04:02
6 I think that was the very first time when it was
7 begun, and it continued thereafter as well.  And
8 as far as what was changed at that very first
9 time, I cannot recall exactly as to all of them.
10    Q.   Can you tell me what happened at                       04:02
11 the demonstration?  Who demonstrated what to
12 whom?
13    A.   My recollection is that I probably
14 demonstrated two senior engineer Seung-Yun Lee
15 and also the principle engineer Jeong-Sik Seong.               04:04
16 And I think I was showing the devices where these
17 tuned up numbers were applied and how the changes
18 occurred like thus.
19    Q.   At this demonstration, did you
20 have an Apple device there?                                    04:04
21    A.   My recollection is that it was
22 there.  I had it.
23    Q.   Sorry.  I'm sorry.  And what Apple
24 device was there?
25    A.   At the time of the demonstration,                     04:05

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 109

1      of tuning in mind that I continued to do
2      the comparisons. But the end result is
3      that I did not do or accomplish any
4      tuning.
5      Q.   Have you personally ever written    05:23
6  any software code that deals with the screen
7  rotation function?
8      A.   No. I have never written software
9  that deals with screen rotation effect.
10     Q.   Going back to August and September  05:24
11 2010, okay? When you were working on the bounce
12 effect, were you working on a particular
13 application within the Samsung software?
14     A.   No, that was not the case.
15     Q.   Are you familiar with an            05:25
16 application on Samsung devices called the
17 "contacts application"?
18     A.   I do know that application, but I
19 wouldn't say I'm familiar with it.
20     Q.   Was the bounce effect that you      05:25
21 were working on, was that incorporated in the
22 contacts application?
23     A.   Rather than to say that it was
24 incorporated, I think it would be more correct to
25 say that what I created was used by the contacts   05:26

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 110

1  application.

2      Q.    Do you own a Samsung phone?

3      A.    No, that is not the case.

4      Q.    Do you know for a fact that the
5  contact application in the Galaxy Tab uses the    05:27
6  Bounce software that you wrote?

7      A.    Could that question be repeated
8  once?

9      Q.    Sure. Do you know for a fact that
10 the software you wrote for Bounce was used in the    05:28
11 contacts application that was actually released
12 with the Galaxy Tab product?

13     A.    There were many versions to Galaxy
14 Tab. Most of them used what I wrote, but then
15 there are some that used what I did not create.    05:29

16     Q.    Is there -- did someone else at
17 Samsung create bounce effect software?

18     A.    No, that was not the case.

19     Q.    So if a device had a bounce
20 effect, you wrote the software?    05:29

21     A.    No, there are instances that are
22 contrary.

23     Q.    So there are devices on the market
24 that have bounce effect but you didn't write the
25 software?    05:30

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 111

1    A.   Of the devices, in the case of a
2    specific -- some of the specific applications,
3    there are some which did not use -- correction --
4    which used the application which I did not write.
5    Q.   And who wrote that application?                05:31
6         MR. TUNG.  Objection.  Lacks
7         foundation.
8         THE WITNESS:  I would not know who
9         developed the application.
10   Q.   How do you know that there are               05:31
11   products on the marketplace that have a bounce
12   effect that you didn't write the software for?
13   A.   The bounce effect that was created
14   by using the libraries submitted by NemusTech
15   would be a situation where it did not use the     05:32
16   code I wrote.
17   Q.   Are you familiar with an
18   application in the Galaxy -- are you familiar
19   with the Galaxy S 4G phone?
20   A.   I have heard of that name, but I             05:33
21   do not know that, what that is exactly.
22   Q.   Let me ask it another way.  Are
23   you familiar with an application in Samsung
24   products called the gallery application?
25   A.   Well, I know of the application,             05:33

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 112

```
 1   but I wouldn't say I'm familiar with it.
 2          Q.    So I'm sure -- do you know what it
 3   does?
 4          A.    Yes, I do.
 5          Q.    What does it do?                              05:34
 6          A.    It shows all the photographs that
 7   are contained in the device.
 8          Q.    And in Samsung products, does the
 9   gallery application have a bounce effect?
10          A.    Well, one could say that, or you              05:34
11   could say that.  But if you were to go by the
12   definition of bounce effect that I'm thinking of,
13   which I measured in the morning, in that light,
14   it does not.
15          Q.    Is any of the code which you have             05:35
16   written for bounce effect used in the Galaxy
17   application?
18          A.    No.
19          Q.    Is any of the code that you wrote
20   for bounce effect used in the browser               05:35
21   application?
22          A.    No, that was not the case.
23                Mr. McELHINNY:  Okay.  Let's
24   change the tape.
25                THE VIDEOGRAPHER:  This marks the      05:36
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 118

1    -- I'm able to access -- to access those portions
2    that I have authority for.
3         Q.    And what portions do you have
4    authority for?
5         A.    I have the authority to access the                06:02
6    store places or repositories that would be
7    applicable to the project that I participate in.
8         Q.    And what are the names of those
9    repositories?
10        A.    It's not that there is a separate                 06:03
11   name given to such repository; they are
12   distinguished by numbers.
13        Q.    Have you, in the time that you've
14   been at Samsung, have you written software code
15   for effects other than the bounce effect?                    06:04
16        A.    Yes, I have.
17        Q.    Is there any particular effect
18   that you've spent more time on than you've spent
19   on the bounce effect?
20        A.    No.  This is the bounce effect                    06:05
21   that I've spent the most time on.
22        Q.    What would be second?
23        A.    If you were to exclude the bounce
24   effect, the rest would comprise of various minor
25   things such that it's not -- such that I would               06:06

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 119

```
 1   not be able to specifically point out what would
 2   comprise number two.
 3        Q.   Does the phrase "list view," are
 4   you familiar with list view?
 5        A.   Yes.                                              06:06
 6        Q.   And what does "list view" refer to
 7   as you use it?
 8        A.   This is one of the widgets
 9   provided by Android framework.
10        Q.   And what does it do?                              06:07
11        A.   There is something called an
12   adapter that is connected to list view.  So data
13   would be obtained from there, that is the
14   adapter.  And so this would carry out the role of
15   showing the list on the screen of thereby.        06:08
16        Q.   Are you familiar with something at
17   Samsung called "the glow effect"?
18        A.   My understanding is that there is
19   no such effect that is called glow effect.
20        Q.   Okay.  Do you know whether or not              06:09
21   in some Samsung projects, the bounce effect has
22   been replaced by an effect that looks like a blue
23   light?
24        A.   Yes, I know that.
25        Q.   Right.  What do you call the                   06:10
```