# EXHIBIT 3

1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
2               SAN JOSE DIVISION

3  _____

4  APPLE, INC., a California corporation,

5  Plaintiff,

6  v.                                    Civil Action No.
                                        11-CV-01846-LHK
7
  SAMSUNG ELECTRONICS CO., LTD.,
8  a Korean business entity;
  SAMSUNG ELECTRONIC AMERICA, INC.,
9  a New York corporation; and
  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
10  a Delaware limited liability company,

11  Defendants.
  _____

12

13
                *** HIGHLY CONFIDENTIAL ***
14                ATTORNEYS EYES ONLY

15           VIDEOTAPED PERSONAL DEPOSITION OF:

16

17                    JINSOO KIM

18

19

20               February 2, 2012

21                 Kim & Chang

22                 Seoul, Korea

23            9:50 a.m. - 5:41 p.m.

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

45

```
 1   BY MR. STERN:

 2       Q.    I'm sorry.  Maybe I should say you were

 3   recommended to be commended.

 4       A.    Yes, that is correct.

 5       Q.    What was your role in designing the Galaxy Ace?

 6       A.    My role is to direct exterior design for Galaxy

 7   Ace.

 8       Q.    And this document on the first page is dated

 9   August 24th, 2011, correct?

10       A.    Yes, that is correct.

11       Q.    Do you recall receiving this document at around

12   that time?

13       A.    From whom did I receive this document?  I think

14   this document was prepared by us.

15       Q.    You and your team prepared the document?

16       A.    Yes.

17       Q.    The name JK Shin appears at the bottom of the

18   first page, if I'm not mistaken.  Do you see that?

19       A.    Yes, I can see that.

20       Q.    Okay.  And was the idea for JK Shin to sign this

21   document at some point?

22       A.    Writing a recommendation letter does not

23   necessarily mean that.  It would be approved by the head of

24   this business division.  There are a lot of recommended

25   products that need to be --
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

46

 1           LEAD INTERPRETER:  Strike that.

 2      A.   There are a lot of recommended products that need

 3 to go up to the higher level, but Mr. Shin hasn't seen this

 4 recommendation letter.

 5      Q.   So as far as you know, you haven't actually

 6 received the commendation for which you were to be

 7 recommended in this document; is that correct?

 8      A.   Correct.

 9      Q.   Okay.  But you or someone from your team prepared

10 the contents of this document, correct?

11      A.   Yes.

12      Q.   So would it be fair to say that the contents of

13 the document reflect your thinking about the design of the

14 Galaxy Ace product?

15           MS. CARUSO:  Objection, vague.

16      A.   Let me read it again.

17 BY MR. STERN:

18      Q.   Sure.

19           (Pause.)

20           THE WITNESS:  (Through Interpreter)

21 Ms. Interpreter, would you repeat the translation again?

22           (Translation.)

23      A.   To a certain extent, I believe that is correct.

24 BY MR. STERN:

25      Q.   Look, please, at the second page -- well, at the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    page marked -73740, which contains some bullet-pointed text

 2    and pictures of the Samsung Galaxy Ace, if you will.

 3         A.    Text with bullet points?

 4         Q.    Well, some -- there are some text with a series

 5    of paragraphs set off by an individual hyphen before the

 6    paragraph.

 7               MR. STERN:  That's what I'd like the witness

 8    to look at.

 9         A.    Yes.

10    BY MR. STERN:

11         Q.    Could you please read the second paragraph,

12    Mr. Kim.

13         A.    Friendly and simple exterior design overall gives

14    the first impression to the users in a way that do not

15    offend them.  And this properly reflects consumers' needs

16    and what consumers want.  They want to see a big display in

17    a small size.  So such needs were reflected here.  And to do

18    so, we apply that to the -- to a small frame -- smallest

19    possible frame that we can realize.

20         Q.    Mr. Kim, in order to achieve a design that's

21    described in the text that you just read, did you have to

22    make some particular design choices?

23               MS. CARUSO:  Objection, vague, lacks

24    foundation.

25         A.    I don't clearly understand your question.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  (Through Interpreter)

 2    Ms. Interpreter, would you repeat what he asked?

 3    BY MR. STERN:

 4       Q.   Sure, I'm simply trying to get an idea of how you

 5    approached your role as a designer with respect to this

 6    product.  What were the choices that you made in your work

 7    as a designer in order to achieve the successful design that

 8    you just read about?

 9              MS. CARUSO:  Objection, vague, lacks

10    foundation, compound.

11       A.   Let me tell you one of the choices that I made.

12    When it comes to the Galaxy Ace, I borrowed design language

13    from Galaxy Tab.

14    BY MR. STERN:

15       Q.   From the Galaxy Tab?

16       A.   Yes.

17       Q.   And what specific design features did you borrow

18    from the Galaxy Tab in designing the Galaxy Ace?

19              MS. CARUSO:  Objection, lacks foundation.

20       A.   Overall shape and the portion that covers battery

21    cover are the ones that I borrowed from the Galaxy Tab.

22              CHECK INTERPRETER:  Interjection --

23              MR. STERN:  "Overall shape," perhaps?

24              LEAD INTERPRETER:  I said "overall."

25              CHECK INTERPRETER:  "Overall shape."
```

1          "And the portion, the back cover, embraces on

2    the back of the device, the shape of it was one of the

3    features."

4               MR. STERN:  Okay.

5    BY MR. STERN:

6         Q.    Maybe it would be helpful to look at an actual

7    model.

8               MR. STERN:  Could I have the Galaxy Ace,

9    please.  I'd like to ask that this phone and its box be

10   marked as the next exhibit in order and handed to the

11   witness.

12              (Deposition Exhibit 1370 was marked.)

13        A.    Yes.

14   BY MR. STERN:

15        Q.    Mr. Kim, is this a sample of the Galaxy Ace that

16   you helped to design and that we've been discussing?

17              MS. CARUSO:  Objection.  Would you like him

18   to open up this package and look at the phone?

19              MR. STERN:  I'd be delighted to have him do

20   that.  That was going to be my next request.

21        A.    Yes.

22   BY MR. STERN:

23        Q.    Now, Mr. Kim, you testified that in designing the

24   Galaxy Ace, you borrowed the overall shape of the Galaxy

25   Tab, correct?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       A.    Yes.

 2       Q.    Can you please explain for me specifically what

 3  you mean by that with reference to the phone that you're

 4  holding in your hands.

 5       A.    Is there the Galaxy Tab model available today?

 6       Q.    Yes.  I do not have it at this moment in the

 7  room.  If it would be helpful, I can see if I can get it

 8  right now.  Shall I do that?

 9       A.    Yes, please.

10             MR. STERN:  Let's take a two-minute break,

11  and I'll see if I can get the Tab for you.  Thank you.

12             THE VIDEOGRAPHER:  Going off the record.  The

13  time now is 14:00.

14             (Recess taken.)

15             THE VIDEOGRAPHER:  We are now back on the

16  record.  The time now is 14:06.

17             MR. STERN:  Back on the record.

18  BY MR. STERN:

19       Q.    Mr. Kim, unfortunately, we don't have a Galaxy

20  7.0.  We have an 8.9 and 10.1.  Would either of those models

21  be helpful to you in your testimony or should we try to move

22  forward without having a Tab entered into the record?

23       A.    I think if we have 7.0, it will be very helpful

24  to better the understanding.

25       Q.    Unfortunately, I don't have that handy.  Is it
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  possible for you to give me a verbal explanation of the

2  borrowing of the 7.0 that you have in mind?

3      A.    Yes.

4      Q.    Please go ahead.

5      A.    When it comes to the overall design, actually we

6  scaled down the size of the Galaxy Tab 7.0.  So when it

7  comes to the front side of this product, the color of frame

8  is black.

9          CHECK INTERPRETER:  "When it comes to the

10  overall design actually, we scaled down the size of the

11  Galaxy Tab 7.0.  And so when you look at the side frame

12  of this phone, actually on Galaxy Tab 7.0, the color of

13  the frame is black."

14  BY MR. STERN:

15      Q.    And because the color of the Galaxy Tab 7.0 is

16  black, you took that color for use in the Galaxy Ace; is

17  that correct?

18      A.    When it comes to the Galaxy Ace and the Galaxy

19  Tab, I told you that there is a difference in terms of

20  color.

21      Q.    And what difference is there in terms of color?

22      A.    When it comes to the color of the Galaxy Tab 7.0,

23  it is black as this.  When it comes to the Ace, it is not

24  black; rather, it is deposited color which blings -- shiny

25  blings.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

52

1      Q.     Which blinks or sparkles?

2             LEAD INTERPRETER:  Can I -- can the

3   interpreter ask the witness to repeat what he just said

4   in his testimony?

5             MR. STERN:  Yes.

6             (Translation.)

7      A.     When it comes to the design concept of the back

8   cover, I exactly borrowed what is in the Galaxy Tab --

9   Galaxy Tab, which is white.  So I sized --

10            LEAD INTERPRETER:  Strike that.

11     A.     I scaled down the Galaxy Tab to make the back

12  cover of the Ace.

13            CHECK INTERPRETER:  Interjection.

14            (A discussion was had off the record between

15  Lead Interpreter and Check Interpreter in Korean.)

16            CHECK INTERPRETER:  Actually, the witness did

17  not include a subject word, so it's unclear if it was

18  the witness, himself, or somebody else who did the work.

19            MR. STERN:  Okay.

20  BY MR. STERN:

21     Q.     Are there other elements of the Galaxy Tab that

22  were borrowed in designing the Galaxy Ace?

23     A.     Other than that, there is none.

24     Q.     Okay.  In borrowing certain elements of the

25  Galaxy Tab to design the Galaxy Ace, did you also modify

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    some of those elements that were borrowed?

2        A.    Yes.

3        Q.    And what were those modifications?

4        A.    Since this is somewhat different from the Galaxy

5    Tab, which is tablet, when I review the mechanical

6    feasibility study, I take into consideration about the fact

7    that it is something that we need to hold with our hand.  So

8    we try to decrease the portions as much as possible, if we

9    can, so that we can improve the feel of holding the product.

10       Q.    You try to decrease certain portions of the phone

11   in order to improve the feel of holding the phone because

12   it's smaller; is that correct?

13            MS. CARUSO:  Objection, vague.

14       A.    In my opinion, that could be possible.

15   BY MR. STERN:

16       Q.    Let me ask you some questions about specific

17   design elements of the Galaxy Ace.  Mr. Kim, would you agree

18   that the Galaxy Ace is rectangular in shape?

19            MS. CARUSO:  Objection, vague.

20       A.    I don't believe it takes the form of a perfect

21   rectangular.

22   BY MR. STERN:

23       Q.    Okay.

24       A.    If you look at the very top of that product,

25   there is a curve.  And that curve is in existence in the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

54

1    bottom part of that product as well.

2        Q.    Why did you design that particular portion of the

3    phone with the exterior shape and curves that you indicated

4    as you did?

5        A.    As I mentioned earlier, while reviewing the

6    mechanical feasibility study, we tried to identify the

7    portions that we can decrease.  So we try to maximize to

8    make it slimmer.

9        Q.    Looking at the front of the Galaxy Ace phone,

10   would you agree that the Galaxy Ace contains a fully

11   reflective front surface?

12           MS. CARUSO:  Objection, mischaracterizes the

13   record.

14       A.    Would you pinpoint the portions that you are

15   referring to more exactly?

16   BY MR. STERN:

17       Q.    I'm talking about the front face of the phone.

18   And I'm asking whether or to what extent the phone has a

19   fully reflective front surface.  And let me be clear.  I'm

20   not trying to put words in your mouth in terms of what the

21   front of the phone looks like.  I'm simply trying to

22   understand why you designed the front of the phone in the

23   way that you did.

24           MS. CARUSO:  Objection, vague, compound.

25           Can you -- I don't understand what the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

55

```
 1   question is now.

 2   BY MR. STERN:

 3       Q.    Mr. Kim, why did you and your team design the

 4   front face of the Galaxy Ace in the way that you did?

 5       A.    As I have mentioned earlier, I just borrowed the

 6   design shape from the Galaxy Tab, and I just scaled down the

 7   size.

 8       Q.    Were you involved in designing the Galaxy Tab

 9   7.0?

10       A.    Yes, I was.

11       Q.    Do you know why the Galaxy Tab has a fully

12   reflective front surface as it does?

13           MS. CARUSO:  Objection, vague,

14   mischaracterizes the record.

15       A.    From my perspective, this window reflects and

16   also this frame reflects --

17           LEAD INTERPRETER:  Strike that.

18       A.    From my perspective, both this window and the

19   frame are reflective from the front side.  So would you

20   clarify what you are referring to, the window only or do you

21   also include the frame?

22   BY MR. STERN:

23       Q.    I'm referring to window.

24       A.    From my perspective, I think this is related to

25   the functions.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1         Q.    And what is the relation to functions?

 2         A.    Many designers are trying to get rid of this

 3   frame that you can see exteriorly --

 4               LEAD INTERPRETER:  Strike that.

 5         A.    Many designers are trying to get rid of this

 6   exterior frame.  However, with the current technology

 7   available, nobody can get rid of this frame completely from

 8   a technical perspective as well as the perspective of using

 9   that particular product.

10   BY MR. STERN:

11         Q.    Mr. Kim, when you refer to the frame, are you

12   referring to what's sometimes called a -- well, let me try

13   to make sure I understand what you're saying.  When you

14   refer to the frame, are you referring to a metallic area

15   that circles the front face of the phone?

16               MS. CARUSO:  Objection, vague.

17         A.    It's not metallic.

18   BY MR. STERN:

19         Q.    What is it made of?

20         A.    It is made of PC plastic, and on top of it we

21   deposit it.

22         Q.    Okay.  I'm not concerned with the PC plastic; I'm

23   concerned with the glass or plastic that goes on the front

24   face of the phone, not the portion that encircles the phone.

25               When you referred to the window, I thought that's
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

57

1    the portion of the phone that you were referring to, and

2    that's why I directed my question to the window.  So my

3    question for you, simply, Mr. Kim, is, why did your team

4    design the window of the Galaxy Ace in the way that you did?

5              MS. CARUSO:  Objection, asked and answered.

6        A.    As I said earlier, it is related to the

7    functional aspect --

8              LEAD INTERPRETER:  I would like to ask the

9    check interpreter to offer her rendition.

10             CHECK INTERPRETER:  Let's just have him

11   repeat it.

12             LEAD INTERPRETER:  It was unclear.  Let me

13   ask the witness.

14             (Translation.)

15       A.    In order to assemble the window with the PC

16   portion, we need to assemble it with the double-sided tape

17   in the back side of the phone.

18             And in order to increase the reliability of the

19   strength of the touch and in order to optimize the

20   sensitivity of such touch, we needed to put sensor tape in

21   the bottom part of this product.  In order to do that, we

22   needed to expand --

23             LEAD INTERPRETER:  Strike that.

24             CHECK INTERPRETER:  "We put sensor tape under

25   the touch" --

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. STERN:  Should I have the witness restate

 2   hits testimony?

 3              (Translation.)

 4       A.    In order to increase the reliability of the

 5   strength of the touch and optimize the sensitive [sic] of

 6   such touch, we needed to put touch sensor tape in the bottom

 7   portion of this product.  And actually there is a lattice

 8   which is invisible into this product that tracks the

 9   movements of the fingers.

10              So in order to secure the performance of this

11   product, we need to have a sensor placed on this product.

12   BY MR. STERN:

13       Q.    Is it your testimony, Mr. Kim, that the touch

14   sensor tape you testified about is placed under the black

15   mask and under the button on the front face of the phone?

16              MS. CARUSO:  Objection, lacks foundation.

17       A.    It's not touch sensor tape, it's touch sensor

18   film.  And it is called either touch sensor film or touch

19   sensor pattern.

20              LEAD INTERPRETER:  Let me clarify his

21   testimony with the witness -- the witness's testimony.

22              (Translation.)

23       A.    In order for the surrounding portions of the

24   window to be able to identify the locations of the fingers,

25   it needs to secure the certain size in the bottom part of
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    this black portion.

2    BY MR. STERN:

3        Q.    Let me try a different direction.

4              Mr. Kim, on the front surface of the phone, is

5    there a black mask that surrounds the display area under the

6    glass?

7              MS. CARUSO:  Objection, vague.

8        A.    Are you asking me as to this portion?

9    BY MR. STERN:

10       Q.    Yes, I am.

11       A.    Yes, that's correct.  This black portion which

12   surrounds this display are the portions that recognize the

13   movements of the fingers.

14       Q.    On the Galaxy Ace, is the height of the mask from

15   the top of the display to the top of the phone the same

16   length as the length of the mask from the bottom of the

17   display to the bottom of the phone?

18             And just to be sure -- just to be clear, what I'm

19   asking is, is the display area centered on the front surface

20   of the phone?

21             MS. CARUSO:  Objection, vague.

22       A.    What is the margin of the error?

23   BY MR. STERN:

24       Q.    Well, I'm referring to -- let's say that the

25   margin would be something that basically can't be detected

1   by the eye.  If you look at it, you're going to look at it

2   and think, that looks centered.

3           MS. CARUSO:  Objection, vague.

4       A.    Let me ask you again.  Are you asking me as to

5   the portion that turns on in terms of display?  Are you

6   asking me whether that portion is centered?

7   BY MR. STERN:

8       Q.    Yes.

9       A.    It's not exactly centered.

10      Q.    Let me ask you a follow-up question.  Is the

11  particular arrangement of the display on the front face of

12  the phone required by the nature of the touch sensor

13  technology used by the phone?

14          MS. CARUSO:  Objection, vague.

15      A.    Yes, that is correct.  We can produce products

16  only when there is a certain design that satisfy the

17  functions of that product.

18  BY MR. STERN:

19      Q.    If you wanted, for example, to increase the

20  length of the mask at the bottom of the phone where the

21  button appears and decrease the size of the mask at the top

22  of the phone, would that have been possible in light of the

23  touch sensor technology used by the phone?

24          MS. CARUSO:  Objection, vague, incomplete

25  hypothetical.

1      A.    Are you asking me as to the portion where the LCD

2    is on?

3            CHECK INTERPRETER:  "Up to this."

4      A.    Up to this.

5    BY MR. STERN:

6      Q.    Yes.  I'm asking if it would have been possible

7    to increase -- to raise the -- well, let me -- let me take

8    that back.

9            What I'm asking is, would it have been possible

10   to alter the margins of the mask such that the product still

11   would have functioned with the touch sensor technology that

12   it employs?

13           MS. CARUSO:  Objection, vague, incomplete

14   hypothetical.

15           THE WITNESS:  (Through Interpreter)  Would

16   you repeat the interpretation again?

17   BY MR. STERN:

18     Q.    Sure.  Let me try a slightly different question.

19           Would it have been possible in your design of the

20   Galaxy Ace to modify the width of the band where the mask

21   appears at the top of the front face of the phone and the

22   bottom of the front face of the phone?

23           MS. CARUSO:  Objection, vague, incomplete

24   hypothetical.

25     A.    Product designers cannot tell --

```
 1              LEAD INTERPRETER:  Strike that.
 2       A.   Product designers cannot ask to decrease these
 3  margin portions indefinitely because this product can
 4  function only when there is a minimum number of components
 5  necessary.
 6              CHECK INTERPRETER:  "Product designer cannot
 7  ask to decrease these margin portions indefinitely
 8  because this product can function when there is at least
 9  a minimum number of components necessary."
10  BY MR. STERN:
11       Q.   I'm not asking whether it would have been
12  possible to decrease the margins indefinitely; I'm asking
13  whether it would have been possible to modify the margins of
14  the band around the display area at all.
15              MS. CARUSO:  Objection, vague, incomplete
16  hypothetical.
17       A.   From this current status, it is possible to
18  increase it, but at the time of developing this product, it
19  was difficult to decrease it more than this.
20  BY MR. STERN:
21       Q.   To decrease what?
22       A.   I'm referring to the length of this cell phone.
23  You can decrease the margins --
24              LEAD INTERPRETER:  Strike that.
25       A.   You can decrease the black margins of this phone
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   only after decreasing the length of the cell phone.

 2   BY MR. STERN:

 3       Q.    Okay.  So it's your testimony that it would not

 4   have been possible to modify the centering of the display on

 5   the front face of the phone in any regard.

 6            MS. CARUSO:  Objection, misstates the

 7   testimony.  Incomplete hypothetical.

 8       A.    Are you --

 9            LEAD INTERPRETER:  Strike that.

10       A.    Is your question limited to the Galaxy Ace?

11   BY MR. STERN:

12       Q.    Yes.

13            THE WITNESS:  (Through Interpreter)  Please

14   reinterpret the question, please.

15   BY MR. STERN:

16       Q.    Sure.  My question has to do with the centering

17   of the display area within the front face of the phone.  And

18   my question is whether it would have been possible to modify

19   the centering of that display area in the design of the

20   phone and still maintain the functionality of the phone.

21            MS. CARUSO:  Objection.  There's no question

22   pending.

23            MR. STERN:  There is, actually.  I just

24   repeated my question.

25            MS. CARUSO:  You said my question has to do
```

64

 1   with, but -- oh, wait.  Sorry.  I didn't see that.  I

 2   apologize.  Let me object to your question, it is vague

 3   and an incomplete hypothetical.

 4       A.    At the time it was very difficult to move this

 5   display area.

 6   BY MR. STERN:

 7       Q.    Directing your attention to the button on the

 8   front of the phone.  Is there any particular reason why a

 9   single button appears on the front of the phone?

10            MS. CARUSO:  Objection, vague.

11       A.    There is a single button that is visible, but if

12   you include touch buttons, actually, there are three

13   buttons.

14   BY MR. STERN:

15       Q.    Okay.  Let me ask -- let me limit my question to

16   visible buttons.  Is there a reason why only one visible

17   button appears on the front of the phone?

18            MS. CARUSO:  Objection, vague.

19            THE WITNESS:  (Through Interpreter)  Would

20   you repeat your translation, please?

21            (Translation.)

22       A.    When it comes to such an issue, it could be

23   related to the OS or it could be related to the usability.

24   I think there could be many different reasons.

25   ///

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MR. STERN:

 2       Q.    Would it have been possible to design the phone

 3   so that it contained more than one visible button on the

 4   front surface?

 5            MS. CARUSO:  Objection, vague, incomplete

 6   hypothetical.

 7       A.    Let me give you an example.  Let's say there are

 8   two buttons that you actually press.  In order to do that,

 9   you need to add one more key to the front surface of this

10   phone, but having more than three keys was a requirement

11   made by Google's OS.

12            (A discussion was had off the record between

13   Lead Interpreter and Check Interpreter in Korean.)

14            CHECK INTERPRETER:  "There are two buttons

15   you can press down on the front face.  And in order to

16   do that, you could either add one more button or you

17   could have more -- three or more buttons.  And that was

18   the requirement demanded by Google OS."

19   BY MR. STERN:

20       Q.    Would it have been possible to meet the

21   requirements of Google OS if you had added an additional one

22   visible button on the front surface of the phone?

23            MS. CARUSO:  Objection, lacks foundation,

24   calls for speculation.

25       A.    Since you are assuming a fact, I'm answering --
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

66

```
 1                LEAD INTERPRETER:  Strike that.

 2        A.    Since you are assuming, I'm giving you this

 3   answer.  If there are two physical keys, I don't believe

 4   there is any space that additional key can go.

 5                MR. STERN:  Let's change -- we're about to

 6   change the tape.

 7                THE VIDEOGRAPHER:  Going off the record.  The

 8   time now is 14:50.  This is the end of Tape No. 2.

 9                (Recess taken.)

10                THE VIDEOGRAPHER:  We are now back on the

11   record.  The time now is 15:02.  This is the beginning

12   of Tape No. 3.

13   BY MR. STERN:

14        Q.    Mr. Kim, when was the Galaxy Ace released for

15   sale in the United States, if you know?

16                MS. CARUSO:  Objection, lacks foundation,

17   calls for speculation, assumes facts not in evidence,

18   and mischaracterizes the record.

19        A.    As far as I understand, it was not released in

20   the U.S. market.

21   BY MR. STERN:

22        Q.    When was the Galaxy Ace developed by you and your

23   team?

24        A.    As to the exact time frame, I cannot recall.

25        Q.    Was the design of the Galaxy Ace by you and your
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

67

1   team before or after the release of the Apple iPhone?

2           MS. CARUSO:  Objection, vague.

3       A.    After.

4   BY MR. STERN:

5       Q.    In designing the Galaxy Ace, did you review or

6   conduct a competitive analysis on the Apple iPhone?

7           MS. CARUSO:  Objection, vague.

8       A.    There's nothing we did separately.

9   BY MR. STERN:

10      Q.    In designing the Galaxy Ace, did you seek to make

11  the Galaxy Ace look like the Apple iPhone?

12      A.    No, not at all.

13          (Deposition Exhibit 1371 was marked.)

14      Q.    Mr. Kim, could you take the phone that's

15  contained in Exhibit 1371 out of the box and take a look at

16  it, please.

17          What you have in your hands is an Apple iPhone

18  3G, correct?

19      A.    Yes.  Yes, that is correct.

20      Q.    In your work previously, have you had an

21  opportunity to review the Apple 3G?

22          MS. CARUSO:  Objection, vague.

23      A.    As I mentioned earlier, there was not an occasion

24  where I reviewed this separately.

25  ///

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   BY MR. STERN:

2       Q.    Mr. Kim, would you agree with me that there is a

3   substantial similarity between the Galaxy Ace and the Apple

4   iPhone 3G?

5             MS. CARUSO:  Objection, vague, calls for a

6   legal conclusion, calls for an expert opinion.

7       A.    Personally, I cannot agree with you.

8   BY MR. STERN:

9       Q.    Okay.  Why can't you agree with me?

10      A.    Let me compare these two in detail.

11            First of all, there is a difference with regard

12  to the size of the receiver hole on the front surface of the

13  phones, and the distance between the receiver hole and the

14  top portion of the window, and the shape of the decoration

15  that covers the receiver.

16            Let me give you some additional explanations on

17  this.  When it comes to Samsung, if the receiver hole is

18  sitting down like this, you can have some residue materials

19  -- foreign materials captured here, so we don't take this

20  kind of shape anymore.

21            If you look at the bottom portion of the hole,

22  there is a Samsung logo.  And if you look at the bottom

23  portion of the display, there is a button.  One is circular,

24  the other one is square.  That makes you think these two

25  phones are different.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1         And there is also difference in terms of

2  thickness of the metallic frame that you can see on the

3  front surface of the phones.  And if you look at this phone,

4  from the top, side, and the bottom, there is different --

5         LEAD INTERPRETER:  Strike that.

6     A.   If you look at this from the top, side, and the

7  bottom, there is a portion that looks like metallic, but

8  actually it's not metallic.  But when it comes to thickness

9  of these portions, they are different.

10        And if you look at the back side of this phone,

11  one has a high glossy cover, the other one is covered with a

12  material which is rough.  We call it "hyperskin."  It is

13  shown in Samsung's product, not in Apple's product.

14        Of course, when it comes to the size and location

15  of the camera, they are different as well.  And the location

16  of speakers is also very different.  And there is a stark

17  difference when it comes to the fact that one has a battery

18  that is detachable while the other does not.

19        And if we go into further detail, there is a

20  difference in the sections that constitute the frame of the

21  front surface of the phone.  And also there is a difference

22  in terms of the location of a power key.  And there is also

23  a slot for micro SD -- --

24        LEAD INTERPRETER:  Strike that.

25     A.   And there is also a slot for -- slot called micro

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

70

```
1    SD which is not available when it comes to -- on iPhone.

2              LEAD INTERPRETER:  Let me confirm a word with

3    the witness.

4              (Translation.)

5         A.    And there is curvage in the bottom and top

6    portions of the phone.  When we say the "straight line,"

7    that is referring to a line that connects one point to

8    another point.

9              As I mentioned earlier, Cooper has an R value in

10   the bottom and top portions of the phone, so it is not

11   straight.

12   BY MR. STERN:

13        Q.    Anything else?

14        A.    Should I go into further detail, and should I say

15   everything?

16        Q.    Yes, please.

17        A.    And the mic hole for communication is located in

18   the bottom portion.  On the other hand, when it comes to an

19   iPhone, the mic hole is not visible on the front surface of

20   the phone.  Personally, I cannot locate where the mic hole

21   is located when it comes to the iPhone.

22             When it comes to connecting of iPhone, you have

23   to use the 30-pin connector from the bottom portion of the

24   phone, but when it comes to the Ace, you use the micro USB,

25   which is located in the top portion of the phone, by sliding
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   it.

2       Q.   I'm simply interested in the design aspects of

3   the phone, Mr. Kim, not the functional portions.

4         MS. CARUSO:  To the extent that that is

5   supposed to be a limitation on the answer, I object to

6   it.  You asked about why the phones don't look alike to

7   him or are substantially similar.  He's answering that

8   question.

9       A.   Unlike what the counsel has pointed out, I'm not

10   trying to explain the functions or functionality of this

11   phone, but in order to design a product, it is very

12   important to identify the locations of those functional

13   features.

14   BY MR. STERN:

15       Q.   Fair enough.

16         (A discussion was had off the record between

17   the Lead Interpreter and the Check Interpreter in

18   Korean.)

19         CHECK INTERPRETER:  "So, for example, there

20   are the 30-pin connector and the -- there are these two

21   features that look like speaker, but I think just one of

22   them is a speaker.  I found if I block one of those

23   holes, I could not hear sound.  So that's why I'm saying

24   it."

25       A.   So if the location of these functional features

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

72

1    are towards the window or towards the bottom of where the

2    battery is, then there is a high possibility of changing the

3    lines where the metal frames are located.

4              Therefore, I believe that only after defining the

5    functional features or locations of those functional

6    features, one would be able to define the design for such a

7    product.

8              So if one designer asks for --

9              LEAD INTERPRETER:  Strike that.

10       A.    If one designer asks an engineer to manufacture a

11   cell phone after designing it in a circular shape, then that

12   designer doesn't have any concept for design.

13             (A discussion was had off the record between

14   the Lead Interpreter and the Check Interpreter in

15   Korean.)

16             LEAD INTERPRETER:  Correction.

17       A.    If one designer asks an engineer to manufacture a

18   cell phone after designing it in a ball shape, that designer

19   doesn't have any idea what the design is.

20   BY MR. STERN:

21       Q.    Do you see any similarities between the Galaxy

22   Ace and the iPhone?

23             MS. CARUSO:  Objection, vague.

24   BY MR. STERN:

25       Q.    In terms of design, of course.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A.    As I mentioned earlier, there is no ambiguity in

2   distinguishing these two products.  You know, you can

3   instantly tell the difference between the two phones.

4       Q.    That's not what I asked.  I asked for points of

5   similarity.

6             MS. CARUSO:  Objection.

7             Are you now asking the witness to identify

8   points of similarity?

9             MR. STERN:  Yes.

10            MS. CARUSO:  It's a different question than

11  what you previously asked.

12      A.    When it comes to similarity, I think that they

13  could look alike in terms of components used and in terms of

14  engineering.

15  BY MR. STERN:

16      Q.    What about the exterior appearance of the front

17  of the phone, do you see any points of similarity?

18            MS. CARUSO:  Objection, vague.

19      A.    When you say the "front of the phone," are you

20  referring to the front side which excludes the window or are

21  you referring only -- you are referring only to the window

22  or are you referring to both -- you are referring to the

23  entire front side, including the window?

24  BY MR. STERN:

25      Q.    Okay.  Mr. Kim, could you hold the phones up,