# EXHIBIT 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
            HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION

 3           Civil Action No:  11-CV-01846-LHK


 4
    APPLE INC., a California corporation,
 5

 6           Plaintiff,

 7  vs.

 8  SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
 9  SAMSUNG ELECTRONICS AMERICA, INC.,
    a New York corporation; and
10  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
11

12           Defendants.

13  _____

14

15             *** HIGHLY CONFIDENTIAL ***
                   ATTORNEYS' EYES ONLY
16

17           VIDEOTAPED PERSONAL DEPOSITION OF:

18                     JEEYEUN WANG

19


20


21                     February 2, 2012
                        Kim & Chang
22                   Seoul, South Korea
                   9:53 a.m. - 4:51 p.m.
23


24


25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A    I also quite don't understand the question
 2  fully, so is this a question directed to all
 3  designs, design activities?
 4  BY MR. BEARD:
 5      Q    I was just picking up on something you
 6  said in your answer where you said that Samsung
 7  created and gave birth to these icons that are
 8  reflected on the third column by means of various
 9  different variations of icons.
10           My question is, what did you mean by
11  "various different variations of icons"?
12           MS. KASSABIAN:  And I'll object that the
13  question is vague and ambiguous and compound because
14  you are asking her to tell you a narrative story
15  about many different icons in one answer.
16      A    When Samsung comes up with variations of
17  icons, it considers many different factors, such as
18  icon shape, color, and metaphor, and also the forms
19  of icons that have been used by Samsung over the
20  years.  Also, applications or significance of
21  various applications bear, and overall comprehensive
22  factors are incorporated into all these efforts.
23  So, in my answer here, I was referring to all those
24  activities.
25  BY MR. BEARD:
```

```
 1       Q    Does Samsung consider the icons that were

 2   created by competitors in deciding how to prepare

 3   its own icons?

 4            MS. KASSABIAN:  Objection.  Vague and

 5   ambiguous as to the term "consider."  You may

 6   answer.

 7       A    It does not only go to icons only, but it

 8   also goes to all design-related activities.  All in

 9   all, our company does things like competitive

10   research, what's called benchmarking, and also

11   conducts user preference trends, market research,

12   technical analysis and forecasting.

13   BY MR. BEARD:

14       Q    What's your current title?

15       A    Senior designer.

16            (Exhibit 1386 was marked for

17   identification.)

18   BY MR. BEARD:

19       Q    You have just been handed Deposition

20   Exhibit Number 1386.  This is a functional

21   organizational chart by Group/Team dated January

22   2012 bearing Bates Number S-ITC-003006124 through

23   6249.

24            If I can trouble you to turn to the page

25   that ends with an ending Bates Number 6129.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   have seen this document.  I would like a moment to

 2   look through this to see what the content is.

 3   BY MR. BEARD:

 4        Q    Please.

 5        A    I'm ready.

 6        Q    So my question is:  The guideline referred

 7   to at the top of this e-mail, what guideline is that

 8   referring to?

 9             MS. KASSABIAN:  Objection.  Calls for

10   speculation.

11        A    I am clearly refreshing my recollection so

12   I think I can accurately answer the question now.

13   The guideline used back at the time is referring to

14   color usage guideline, and what's shown here, the

15   language is color usage principles in the body.

16             So, at the time, we were trying to come up

17   with guidelines for color principles.  At Samsung,

18   from the past, and also at the present time, are

19   always considers showing a lot of color and as much

20   color as possible is one of the important means to

21   have LCD performance function well.

22             Since many different colors are being used

23   for one phone, there has been an occasion where

24   Mr. Chang was giving instructions to well-defined

25   messages that color should be conveying.  And he has
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  high-level instructions and directions from

2  superiors that the color has to be showing a lot and

3  in greater size, whatever that may be, so I remember

4  that.

5          (Interpreters conferring.)

6          CHECK INTERPRETER:  May the interpreter

7  rendition at this point.  "At Samsung we have our

8  principles when designing such that we put a lot of

9  focus on making the color show more, the color to

10 show brighter, and this type of high-level

11 instructions would come down to the designers."

12         INTERPRETER:  Well, that was not exactly

13 the words coming from the witness that the color

14 should be brighter.

15         So I reserve with respect -- stand by my

16 rendition.  That is a departure from the original

17 testimony.

18         COURT REPORTER:  Is Ms. Sam Kim on the

19 record?  Because I can't hear her.

20         MS. KASSABIAN:  No, she is not.  I mean,

21 she can be, but she is not an interpreter.  We have

22 got two interpretations that are on the record, and

23 we can move on.

24 BY MR. BEARD:

25     Q    At the time this e-mail was written in

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  colors, vivid background, how come ours is so crappy

2  although we use the same LCD?"

3      A    Yes.

4          MS. KASSABIAN:  And I'm going to object.

5  I presume that Mr. Beard is reading a translation or

6  some note written by his associate, so to the extent

7  that that's not a certified translation, I would

8  just object that the document speaks for itself.

9  BY MR. BEARD:

10     Q    Was this the subject matter that your

11  superiors were addressing you about in this e-mail?

12          MS. KASSABIAN:  I maintain the same

13  objections.

14     A    First of all, I don't quite recall this

15  model name Eternity at the moment.

16          First of all, the superior's request, if

17  you will, those are something that are made pretty

18  often and always, and we internally refer to that as

19  VOC, to convey to people who work on these aspects

20  to do better and to work better in terms of certain

21  features as compared with a competitor's.  Why can't

22  we do better.  And those things are the directions

23  coming down from the superiors always.

24  BY MR. BEARD:

25     Q    By "VOC," do you mean "voice of consumer"?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  also take into consideration the target audience the

2  device is for, end quote.

3          My question is:  Do you recall receiving

4  this guidance from -- sorry, this feedback from

5  AT&T?

6          MS. KASSABIAN:  Objection.  Lacks

7  foundation.  Calls for speculation.

8      A    I don't recall.

9  BY MR. BEARD:

10     Q    Do you know if Samsung did anything to

11 respond to this feedback?

12          MS. KASSABIAN:  Objection, calls for

13 speculation.

14     A    Yes, I do recall that.

15 BY MR. BEARD:

16     Q    And what did Samsung do?

17     A    Well, I did not know that was the general

18 content of this e-mail because of my language

19 barrier.  If you look at the third page, you see in

20 "name" Young Kyong Ahn.  She is no longer with the

21 company now.  I remember having revised this very

22 project with her at the time.

23          Sometimes carriers provide their own

24 icons, propose their own icons to us, and AT&T did

25 that at the time.  AT&T had colors like orange and

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    blue, and since there have been many negative

2    feedbacks on those colors and all those colors were

3    revised so that the colors became more brighter --

4    colorful.

5          However, I don't recall as to what the

6    solution of response was provided to the feedbacks

7    as reflected in this e-mail.  But with respect to

8    this project, there was a very positive evaluation

9    that came down internally, and I recall that this

10   project was concluded with the carrier being

11   satisfied with the project in the end.

12          MS. KASSABIAN:  Counsel, do you have a

13   translation of this document so that -- since the

14   witness is not fluent in written English and you

15   have got a document in front of her that's partially

16   English, did you happen to bring a translation since

17   she indicated some confusion over the English

18   portions of it?

19          MR. BEARD:  No.  We have documents from

20   her that are written in English as well, so, no, I

21   have not brought any translations.

22          MS. KASSABIAN:  Okay.

23          MR. BEARD:  If she doesn't understand, she

24   can tell us you she doesn't understand.

25          MS. KASSABIAN:  Yeah.  I think that's

```
 1   details reflected here other than that.

 2   BY MR. BEARD:

 3       Q    So, then, let's go ahead and set aside

 4   this document and let me ask you the question.

 5            Do you believe that the iPhone has set the

 6   industry standard for the user experience?

 7            MS. KASSABIAN:  Objection, vague as to

 8   time and irrelevant.

 9       A    I also think that's irrelevant question.

10   BY MR. BEARD:

11       Q    Please answer my question.

12            MS. KASSABIAN:  You can answer as to your

13   own personal opinion, if you have one, and I'll

14   restate my objection that it's vague as to time.

15   And as to the phrase "user experience."

16       A    It's my personal view that -- well, first

17   of all, I don't know what the term "industry

18   standard" as indicated here is referring to and I

19   cannot acknowledge as to that.  And also, when you

20   see this third paragraph of the body text where it

21   reads, "It has to be something different from just

22   suggesting we should do something just because

23   iPhone has done something in this area or field."

24            But looking through this e-mail, what I'm

25   able to grasp from it is -- the feel I'm getting
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  from this portion is that by this reference, it is

2  suggested that we need to do way better than the

3  competitors.  That's what I can figure out.

4  BY MR. BEARD:

5     Q    So my question was different.  I asked you

6  to set aside the document and I was asking you a

7  question.

8          My question to you, as a senior designer

9  at Samsung, do you believe that the iPhone has set

10 the industry standard for the user experience?

11         MS. KASSABIAN:  Objection.  The question

12 is vague.  It's been asked and answered.  And it's

13 also irrelevant.

14    A    I personally think that's totally not the

15 case.

16         (Exhibit 1396 was marked for

17 identification.)

18 BY MR. BEARD:

19    Q    You have been handed Exhibit 1396.  This

20 is a PowerPoint presentation dated November 11,

21 2010, entitled "UX Report," bearing Bates numbers

22 SAMNDCA10249777 through 800.

23         Have you seen this document before?

24    A    I have you not seen this presentation

25 material before.  I see that there are many slides

```
 1  projects?

 2          MS. KASSABIAN:  Objection, vague.

 3      A   The term "reference" is also vague.  For

 4  instance, iPhone's icons, if you look at this

 5  document, it seems that everything is included here.

 6  Well, this is not only done for the iPhone, but also

 7  for HTC.  So all in all we do a lot of analysis of

 8  other companies' terminals.

 9  BY MR. BEARD:

10      Q   Why do you do analysis of other companies'

11  products?

12          (Interpreters conferring.)

13          INTERPRETER:  Terminals -- are you going

14  to render?

15          CHECK INTERPRETER:  The check interpreter

16  would like to change the word "terminal" to "user

17  equipment."

18          INTERPRETER:  I respectfully disagree.  I

19  stand by.

20  BY MR. BEARD:

21      Q   Why do you prepare competitive analysis

22  for other companies' products?

23          MS. KASSABIAN:  Objection.  Misstates the

24  witness's prior testimony.

25      A   Are you referring to analysis of other
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  companies' products?

2  BY MR. BEARD:

3      Q    Yes.  Going back to your last answer.

4      A    So it is correct that you asked about the

5  purpose of analysis like icons and UX by other

6  companies, right, here?

7      Q    Yes.  In your answer you said that you do

8  competitive analysis, I think you used the word

9  "terminals" or whatever it is, but you said

10  competitive analysis of other companies' terminals.

11          MS. KASSABIAN:  And I'll object to

12  counsel's declination to go with the check

13  interpreter's translation.

14          Yeah, he went with yours instead of hers.

15          INTERPRETER:  I'm not check interpreter.

16          MS. KASSABIAN:  I know.  He went with

17  yours and not the check interpreter.  I don't

18  believe that "terminal" is the proper translation of

19  that word.  But anyway, why don't we ask a new

20  question.  I think we --

21          INTERPRETER:  Interpreter interjection:  I

22  know that "terminal" is sometimes referred to as

23  "user equipment," but "terminal" is sometimes

24  referred to as "user device."

25  BY MR. BEARD:

1       Q    Let's try this.  When you refer to

2   "terminal" or "user equipment," are you talking, for

3   example, about a competing product to those that

4   Samsung offers, such as the iPhone?

5       A    When I said "competitive analysis," I was

6   referring to analysis of competitors, meaning the

7   manufacturers or what the carriers wants or

8   requires.  Also, referring to functional analysis,

9   technical analysis of the same time period or new

10  technology that is introduced in that same time

11  period.  And I don't regard any manufacturer as a

12  competitor anymore, rather the supplier who provides

13  services, I consider those service providers as

14  competitors.

15          (Interpreters conferring.)

16  BY MR. BEARD:

17      Q    What service providers are you referring

18  to?

19          MS. KASSABIAN:  Hold on, we have got a

20  translation issue.  It doesn't sound right to me.

21          (Interpreters conferring.)

22          INTERPRETER:  As to the latter portion,

23  maybe some original Korean words were missing.

24          Second construction is that, "I don't

25  regard only the manufacturers to be competitors

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   anymore but also suppliers who provide services as

2   competitors."

3   BY MR. BEARD:

4        Q    The iPhone is a competitive product,

5   correct?

6        A    Yes.  It's a good competitor.

7        Q    Why does Samsung do competitive analysis

8   of the iPhone?

9             MS. KASSABIAN:  Objection.  Lacks

10  foundation and calls for speculation.  The witness

11  has already said she doesn't do competitive

12  analyses.

13            You can answer, if you know.

14       A    First of all, I have already stated that

15  we do not only perform analysis on iPhones, but also

16  on others as well.

17            The reason we would receive these analysis

18  materials such as this one is that to conduct

19  analysis so that we secure higher competitiveness

20  than our competitors.  And one more thing is just as

21  well we could see in the body text of the e-mails

22  coming from the executives of the company,

23  high-level personnel, another reason that we conduct

24  such analysis is that we want to do far better than

25  any other competitors, that's one of the reasons,

1   and to differentiate from those competitors.

2   BY MR. BEARD:

3        Q    You testified a moment ago that the iPhone

4   was a "good competitor."  What did you mean by that?

5        A    As you know, iPhones are very popular to

6   people.  So in order to make our products way better

7   than those, we would like to see and encounter

8   better or stronger competitors than iPhone maker.  I

9   don't know what that would be called.  Positive

10  competition maybe?  Like when you are running, you

11  would probably want to run faster than who is one

12  second ahead of you.  That's one's natural instinct,

13  and that's how we want to -- that's what I meant by

14  "good competitor" earlier.

15            (Exhibit 1398 was marked for

16  identification.)

17  BY MR. BEARD:

18       Q    You have just been handed Exhibit 1398.

19  It is a four-page document that doesn't have a

20  title.  It bears Bates numbers SAMNDCA10266144

21  through 47, and this document was also sourced to

22  you.

23            Have you seen this document before?

24       A    No.

25            MS. KASSABIAN:  Are you done with 1398?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A     No, I do not.

 2      Q     You can set that document aside.

 3      A     I'm curious as to the content of this.

 4   Perhaps I'll look at it later.

 5      Q     Within your team, is there a document

 6   provided to designers that lays out the design

 7   specifications or goals for the designers to follow

 8   in creating icons?

 9            MS. KASSABIAN:  Objection.  Vague.

10      A     May I have the question translated one

11   more time, please?

12      Q     Of course.

13            INTERPRETER:  (Speaking Korean.)

14      A     No.

15   BY MR. BEARD:

16      Q     Have you heard of something called a

17   design brief that provides guidance for designers on

18   how to create icons?

19      A     I think I have studied that during

20   college.

21      Q     But you don't recall a document of that

22   nature that was prepared by Samsung.  Is that

23   correct?

24      A     When I joined the company, I experienced

25   working on these projects whereby the entry-level
```

1  employees were asked, among many placed products, to

2  pick out which are Samsung-like products and which

3  are -- which designs are Samsung-like designs.  We

4  were to differentiate or distinguish the ones that

5  are like Samsung designs and ones that are not.

6          I remember expressing in a line of

7  adjectives.  For example, ones that are complicated

8  is not like Samsung's.  Simple one is like

9  Samsung's.  When certain product makes you laugh,

10  ha, ha, ha, like that, that's not like Samsung.  And

11  upon seeing a certain product, it makes you smile

12  like this, then that's like Samsung.  Things like

13  that.  We were asked to distinguish ones that are

14  from Samsung from ones that are not.

15          And with respect to documents, I think

16  there are ones that contains Samsung's philosophy,

17  and designers would simply come up with designs

18  pursuant to those documents containing philosophies.

19     Q    Do you have a copy of the philosophy to

20  which you just referred?

21     A    Yes, it's on my PC.

22     Q    Are designers given any instruction

23  regarding engineering or technical issues that

24  constrain icon design?

25     A    What was that again, please?

```
 1        Q     Are designers given any instruction

 2   regarding engineering or technical issues that

 3   constrain icon design?

 4        A     In terms of Android operating system,

 5   designers would be instructed as to how to insert

 6   icons and what number of bits would be used for

 7   image files, but those are something that could

 8   simply be created by using Photoshop on a

 9   commonsensical level.

10        Q     Other than the Android operating system

11   that you just identified, can you think of any other

12   instructions given to engineers regarding

13   engineering or technical issues that constrain icon

14   design?

15        A     Designers would not get those instructions

16   for icons in particular.

17              At the time I joined the company, we were

18   told to design with four grade colors.  And also to

19   design from 256 different colors, and I think it was

20   160,000 colors.  We designers were to come up with

21   designs from those many different colors, so now we

22   are to choose from all colors that are out there.

23              CHECK INTERPRETER:  May the second

24   interpreter provide her rendition?

25              "At the very beginning, we were instructed
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  to make designs out of four grades, and then later

2  on it was expanded to 256 colors, and then after

3  that it was expanded to 160,000 colors.  But

4  nowadays, we are allowed to make color designs from

5  all different colors."

6      A    I'm not exactly sure about that figure

7  $160,000 actually.

8           CHECK INTERPRETER:  "Colors."

9           INTERPRETER:  "Colors."  What did I say?

10  "Colors."  Apologies by the interpreter.

11  BY MR. BEARD:

12      Q    As a designer, are you given any

13  instructions that particular icons must adopt?

14           MS. KASSABIAN:  Objection, vague as to

15  time.

16      A    Internally within Samsung, the

17  instructions are always given to come up with a more

18  colorful, way bigger and more visible, more visible

19  color design.

20  BY MR. BEARD:

21      Q    Is there any other instruction that you

22  are given on styles that particular icons must

23  adopt?

24           MS. KASSABIAN:  Objection.  Vague as to

25  time.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A    Well, it is vague as to time.

 2  BY MR. BEARD:

 3      Q    Any time between January of 2008 and the

 4  present.

 5           MS. KASSABIAN:  Overbroad and compound.

 6      A    Well, this is basic fundamentals, but

 7  there is also instruction not to go with a design

 8  that's unintelligible to the user and also not

 9  necessarily change in metaphor that has been adopted

10  by Samsung in the past unless there is a serious

11  problem of the issue of recognition by the user.

12  There have been those instructions.

13  BY MR. BEARD:

14      Q    For the instruction that you just

15  identified relating to color, visibility, and

16  metaphor, are those written in a document?

17      A    No.  Well, the things that I have just

18  mentioned are the ones that I learned from college

19  and also have been told continuously by executive

20  members of the company ever since joining the

21  company, and that's the activities that are carried

22  out by the designers of Samsung.  So it's like a

23  Bible internally within Samsung.

24           MR. BEARD:  Let's take a short break.

25           VIDEOGRAPHER:  Going off the record at
```