# EXHIBIT 5

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4    APPLE INC., a California
      corporation,
 5
 6            Plaintiff,
 7    vs.                         Case No. 11-cv-01846-LHK
 8    SAMSUNG ELECTRONICS CO., LTD.,
      a Korean business entity;
 9    SAMSUNG ELECTRONICS AMERICA,
      INC., a New York corporation;
10    SAMSUNG TELECOMMUNICATIONS
      AMERICA, LLC, a Delaware
11    limited liability company,
12            Defendants.
      ---------------------------------/
13
14
15               HIGHLY CONFIDENTIAL
16               ATTORNEYS' EYES ONLY
17       VIDEOTAPED DEPOSITION OF DONGSEOK RYU
             San Francisco, California
18          Wednesday, February 29, 2012
19
20
21    Reported by:
      LORRIE L. MARCHANT, CSR No. 10523
22    RPR, CRR, CCRR, CLR
23    JOB NO. 46563
24
25
```

Page 7

| | | |
|---|---|---|
| 1 | fully before we take a break. | 09:11 |
| 2 | Is that okay? | 09:11 |
| 3 | A. Yes. | 09:11 |
| 4 | Q. Is there any reason, Mr. Ryu, that you | 09:11 |
| 5 | can't give your best testimony here today? | 09:11 |
| 6 | A. No, there isn't. | 09:11 |
| 7 | MR. ZHANG: I would like to mark the first | 09:12 |
| 8 | exhibit for the day, which will be 1868. | 09:12 |
| 9 | (Marked for identification purposes, | 09:12 |
| 10 | Exhibit 1868.) | 09:12 |
| 11 | MR. ZHANG: A LinkedIn profile of Mr. Ryu. | 09:12 |
| 12 | BY MR. ZHANG: | 09:12 |
| 13 | Q. Mr. Ryu, if you could review this profile | 09:12 |
| 14 | and tell me if it is accurate. | 09:12 |
| 15 | A. Yes, it is accurate. | 09:13 |
| 16 | Q. Did you prepare this LinkedIn profile | 09:13 |
| 17 | yourself? | 09:13 |
| 18 | A. Yes. | 09:13 |
| 19 | Q. And, Mr. Ryu, what is your current job | 09:13 |
| 20 | responsibility at Samsung Telecommunications | 09:13 |
| 21 | America? | 09:13 |
| 22 | A. I'm responsible for engaging in UX | 09:13 |
| 23 | negotiations with the carriers, such as AT&T and | 09:13 |
| 24 | T-Mobile. | 09:13 |
| 25 | Q. Do carriers like AT&T and T-Mobile have | 09:13 |

Highly Confidential - Attorneys Eyes Only

Page 8

1  input into the user interface of Samsung's mobile                 09:13
2  electronic devices?                                                09:14
3          MR. HALL: Objection. Vague. Lacks                          09:14
4  foundation.                                                        09:14
5          You can answer if you know.                                09:14
6          THE WITNESS: I forgot the question.                        09:14
7          MR. ZHANG: Could you please retranslate                    09:14
8  it.                                                                09:14
9          (Question retranslated.)                                   09:14
10         THE WITNESS: Yes.                                          09:14
11         BY MR. ZHANG:                                              09:14
12     Q.  Do you make suggestions in your current                    09:14
13 role in the design of Samsung's user interfaces?                   09:14
14         MR. HALL: Objection. Vague.                                09:15
15         THE WITNESS: Yes.                                          09:15
16         BY MR. ZHANG:                                              09:15
17     Q.  Do you sometimes forward the suggestions                   09:15
18 that are given to you by the carriers along to the                 09:15
19 user interface design team at Samsung?                             09:15
20         MR. HALL: Objection. Vague as to time.                     09:15
21         THE WITNESS: Yes.                                          09:15
22         BY MR. ZHANG:                                              09:15
23     Q.  And before your current role, what was the                 09:15
24 immediately past job title that you held at Samsung?               09:15
25     A.  I was the head of the North American UX                    09:16

Highly Confidential - Attorneys Eyes Only

Page 9

| | | |
|---|---|---|
| 1 | cell in the U.S. part within the design group. | 09:16 |
| 2 | Q.  And as the head of North American UX cell, | 09:16 |
| 3 | were you in charge of the user interfaces for | 09:16 |
| 4 | Samsung's phones that were sold in North America? | 09:16 |
| 5 | MR. HALL:  Objection.  Vague as to "in | 09:16 |
| 6 | charge." | 09:16 |
| 7 | THE WITNESS:  Yes. | 09:17 |
| 8 | BY MR. ZHANG: | 09:17 |
| 9 | Q.  And what U.S.-released Samsung mobile | 09:17 |
| 10 | phones do you recall working on when you were head | 09:17 |
| 11 | of North America mobile UX design? | 09:17 |
| 12 | A.  Actually, I don't have a clear recollection | 09:17 |
| 13 | as to the names of mobile phones because I do not | 09:17 |
| 14 | recall them usually.  But I was responsible for all | 09:18 |
| 15 | the phones released to the carriers in the fields | 09:18 |
| 16 | of -- in the fields of -- with regard to Galaxy S | 09:18 |
| 17 | and tablet. | 09:18 |
| 18 | Q.  And by "Galaxy S," are you including in | 09:18 |
| 19 | that all the U.S. variants of the phone that were | 09:18 |
| 20 | released for the different carriers? | 09:18 |
| 21 | MR. HALL:  Objection.  Lacks foundation. | 09:18 |
| 22 | THE WITNESS:  Yes.  That was my role. | 09:18 |
| 23 | BY MR. ZHANG: | 09:18 |
| 24 | Q.  And how long were you the head of North | 09:18 |
| 25 | America mobile UX design? | 09:18 |

Highly Confidential - Attorneys Eyes Only

Page 10

| | | |
|---|---|---|
| 1 | A. One and a half years. | 09:19 |
| 2 | Q. And is it correct that -- that that time | 09:19 |
| 3 | period -- the time period that you were head of | 09:19 |
| 4 | North America mobile UX design was 2010 to 2011? | 09:19 |
| 5 | A. Yes. | 09:19 |
| 6 | Q. And I note on your profile that it says | 09:19 |
| 7 | before you were head of North America mobile UX | 09:19 |
| 8 | design, you were the head of Next Tablet UX task | 09:19 |
| 9 | force team. | 09:19 |
| 10 | Can you tell me what your job | 09:19 |
| 11 | responsibilities were when you held that title? | 09:19 |
| 12 | A. At that time tablet devices were not | 09:20 |
| 13 | available. Only cellphones were available at the | 09:20 |
| 14 | time. So I was responsible for developing user | 09:20 |
| 15 | interfaces for tablet devices. | 09:20 |
| 16 | Q. When you were working as the head of Next | 09:20 |
| 17 | Tablet UX task force team, did you also work on user | 09:20 |
| 18 | interfaces for Samsung's cellular phones? | 09:20 |
| 19 | A. No. | 09:20 |
| 20 | Q. And I note that you were involved in | 09:21 |
| 21 | Samsung's global program for language, English. | 09:21 |
| 22 | Do you use the English language in your | 09:21 |
| 23 | work at Samsung? | 09:21 |
| 24 | A. Yes. | 09:21 |
| 25 | Q. So if I show you some English language | 09:21 |

Highly Confidential - Attorneys Eyes Only

Page 26

| | | |
|---|---|---|
| 1 | BY MR. ZHANG: | 09:59 |
| 2 | Q.   So I'll represent to you that this document | 09:59 |
| 3 | was retrieved from your electronic files. | 09:59 |
| 4 | Do you have any doubt that you received | 09:59 |
| 5 | this document in the course of your work at Samsung? | 09:59 |
| 6 | A.   No. | 09:59 |
| 7 | Q.   Do you have any understanding of why you | 09:59 |
| 8 | would have come to receive this file in the course | 09:59 |
| 9 | of your work at Samsung? | 09:59 |
| 10 | A.   I think I attended a meeting where this | 10:00 |
| 11 | presentation material was presented, and then these | 10:00 |
| 12 | materials seem to be handed out to the participants | 10:00 |
| 13 | of that particular meeting. | 10:00 |
| 14 | And this document is something that I | 10:00 |
| 15 | rarely see in the course of my work.  That's why I | 10:00 |
| 16 | believe I decided to save it on my computer. | 10:00 |
| 17 | Q.   Mr. Ryu, do you recall when in 2007 you | 10:00 |
| 18 | joined the design strategy team? | 10:01 |
| 19 | A.   It was early April. | 10:01 |
| 20 | Q.   And before that, what were your job | 10:01 |
| 21 | responsibilities within the advanced -- | 10:01 |
| 22 | (Reporter clarification.) | 09:58 |
| 23 | THE WITNESS:  Early April. | 09:58 |
| 24 | BY MR. ZHANG: | 09:58 |
| 25 | Q.   And before that, what were your job | 10:01 |

Highly Confidential - Attorneys Eyes Only

Page 27

| | | |
|---|---|---|
| 1 | responsibilities within the advanced mobile UX | 10:01 |
| 2 | design team? | 10:01 |
| 3 | A. I was responsible for developing the user | 10:02 |
| 4 | interface concept that would go into the products | 10:02 |
| 5 | which would be released within the next one or two | 10:02 |
| 6 | years. | 10:02 |
| 7 | Q. When you were a part of the advanced mobile | 10:02 |
| 8 | UX design team, did you work on user interfaces for | 10:02 |
| 9 | touchscreen cellular phones? | 10:02 |
| 10 | A. Yes. | 10:02 |
| 11 | Q. Do you recall any particular touchscreen | 10:02 |
| 12 | cellular phones that you worked on during this 2005 | 10:02 |
| 13 | to 2007 time period? | 10:02 |
| 14 | A. I was responsible for the development of | 10:03 |
| 15 | the advanced concepts, so I was not engaged in the | 10:03 |
| 16 | mass production stage, which means I was involved in | 10:03 |
| 17 | the initial concept of the product. So when it | 10:03 |
| 18 | comes to actual model names, I don't have any | 10:03 |
| 19 | recollection. | 10:03 |
| 20 | MR. ZHANG: I'll mark as the next exhibit a | 10:03 |
| 21 | document Bates-stamped SAMNDCA10223593, titled | 10:03 |
| 22 | "Touch Portfolio Rollout Strategies Recommendation | 10:03 |
| 23 | Based on Consumer Insight," and it appears dated | 10:03 |
| 24 | December 17, 2008. | 10:03 |
| 25 | /// | 10:03 |