# EXHIBIT 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3    APPLE, INC., a California
      corporation,
 4                                              CASE NO.
              Plaintiff,                        11cv01846-LHK
 5
      v.
 6
      SAMSUNG ELECTRONICS, CO., LTD.,
 7    a Korean business entity;
      SAMSUNG ELECTRONICS AMERICA,
 8    INC., a New York corporation;
      SAMSUNG TELECOMMUNICATIONS
 9    AMERICA, LLC, a Delaware limited
      liability company,
10
              Defendants.
11    _____

12    SAMSUNG ELECTRONICS, CO., LTD.,
      a Korean business entity;
13    SAMSUNG ELECTRONICS AMERICA,
      INC., a New York corporation;
14    SAMSUNG TELECOMMUNICATIONS
      AMERICA, LLC, a Delaware limited
15    liability company,

16            Counterclaim-Plaintiffs,

17    v.
      APPLE, INC., a California
18    corporation,

19            Counterclaim-Defendant.

20

21       *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22              VIDEOTAPED PERSONAL DEPOSITION OF:
                          MINHYOUK LEE
23
                          March 2, 2012
24                         Kim & Chang
                        Seoul, South Korea
25                   9:03 A.M. - 3:47 P.M.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

| | | |
|---|---|---|
| 09:22:16 | 1 | that. |
| 09:22:17 | 2 | (Witness reviews document.) |
| 09:25:09 | 3 | A.   Yes. |
| 09:25:27 | 4 | BY MR. STERN: |
| 09:25:27 | 5 | Q.   Mr. Lee, are you able to tell me what |
| 09:25:30 | 6 | Exhibit 2106 is? |
| 09:25:32 | 7 | A.   Well, this is a recommendation, basically, to |
| 09:25:54 | 8 | enter a project for review of the Proud Samsung Employee |
| 09:26:02 | 9 | Award, which is given within Samsung. |
| 09:26:07 | 10 | Q.   So, in other words, this was a recommendation |
| 09:26:11 | 11 | that the Galaxy S -- well, strike that. |
| 09:26:15 | 12 | What is the particular product that is referred |
| 09:26:19 | 13 | to in Exhibit 2106, Mr. Lee? |
| 09:26:25 | 14 | A.   It's the Galaxy S. |
| 09:26:35 | 15 | Q.   And does this document recommend that the |
| 09:26:38 | 16 | design team for the Galaxy S receive a commendation? |
| 09:26:42 | 17 | A.   The people, the core members of designing the |
| 09:27:04 | 18 | Galaxy S are recommended. |
| 09:27:07 | 19 | Q.   And your name appears as a participating |
| 09:27:11 | 20 | designer on the Galaxy S Project, right? |
| 09:27:14 | 21 | A.   That is correct. |
| 09:27:20 | 22 | Q.   Mr. Lee, what was your design philosophy for |
| 09:27:22 | 23 | the Galaxy S product? |
| 09:27:26 | 24 | A.   Well, first of all, in regards with design, we |
| 09:28:21 | 25 | wanted to make this easy to use for users, and then we |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

| | | |
|---|---|---|
| 09:28:26 | 1 | considered manufacturability, that is for manufacturing, |
| 09:28:32 | 2 | there's a lot of elements for that in there. |
| 09:28:34 | 3 | So what exactly was it is hard to define |
| 09:28:39 | 4 | because design involves complex elements, and we took all |
| 09:28:43 | 5 | of that into consideration, productivity, usability, to |
| 09:28:46 | 6 | make it good to use and to -- it has ease of use.  That |
| 09:28:52 | 7 | was the focus. |
| 09:29:15 | 8 | And also the Galaxy S is part of the dozens of |
| 09:29:29 | 9 | designs that I've been leading, so it's a part of my |
| 09:29:35 | 10 | design identity, so I cannot say -- or I cannot define |
| 09:29:39 | 11 | that there's a particular philosophy just for the |
| 09:29:45 | 12 | Galaxy S.  What I've done, what I'm doing and what I will |
| 09:29:47 | 13 | do, it has a combination, a connection of all. |
| 09:29:53 | 14 | Q.    When you designed the Galaxy S, were you trying |
| 09:29:56 | 15 | to create a product that people would find beautiful? |
| 09:30:10 | 16 | A.    Regarding beauty, that -- the focus was not |
| 09:30:38 | 17 | 100% only put on that.  Like I mentioned, there are many |
| 09:30:41 | 18 | elements involved.  We took into consideration various |
| 09:30:45 | 19 | elements, such as usability, manufacturability.  Those |
| 09:30:49 | 20 | were considered as well, and beauty was not the only |
| 09:30:54 | 21 | consideration we made. |
| 09:30:58 | 22 | And also, the definition of beauty is different |
| 09:31:23 | 23 | for all people, and the values that people put on beauty |
| 09:31:27 | 24 | can be different.  I have my beauty, and everybody here |
| 09:31:30 | 25 | would have what they view as beautiful, so to ask about |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

35

| | | |
|---|---|---|
| 10:49:55 | 1 | pertaining to the Galaxy S.  I mean, I started to draw |
| 10:49:58 | 2 | when I was three years old, and in university, I majored |
| 10:50:02 | 3 | and studied in automotive design, product design.  I've |
| 10:50:05 | 4 | been designing automobiles for five years, and now at |
| 10:50:10 | 5 | Samsung it's been ten years doing design work. |
| 10:50:12 | 6 | And that's just a part of my life, all of the |
| 10:50:15 | 7 | experiences that I have, that I have accumulated within |
| 10:50:21 | 8 | me, you know, that is what it is.  Ten -- everything that |
| 10:50:24 | 9 | I've seen ten years ago, yesterday, based on my experience |
| 10:50:28 | 10 | is where it comes out, not some particular archetype |
| 10:50:32 | 11 | design. |
| 10:50:33 | 12 | CHECK INTERPRETER:  "So it's difficult to say |
| 10:50:36 | 13 | what it's based on.  I think it's rather vague and |
| 10:50:39 | 14 | difficult to express it that way." |
| 10:50:42 | 15 | BY MR. STERN: |
| 10:50:42 | 16 | Q.    Okay.  Mr. Lee, were you the lead designer for |
| 10:50:46 | 17 | the Galaxy S? |
| 10:50:59 | 18 | A.    Yes. |
| 10:50:59 | 19 | Q.    How did the design process for the Galaxy S |
| 10:51:01 | 20 | begin? |
| 10:51:03 | 21 | MR. ZELLER:  The question is overbroad. |
| 10:51:17 | 22 | A.    The beginning of the Galaxy S, it's hard to |
| 10:51:50 | 23 | really pinpoint that, where it started in terms of whether |
| 10:51:56 | 24 | it spurred out of design, hardware, product, planning, and |
| 10:52:00 | 25 | so forth.  So it's really hard to pinpoint that. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

48

| | | |
|---|---|---|
| 11:31:29 | 1 | Q. In the context of the design of the Galaxy S, |
| 11:31:33 | 2 | do you recall discussion about whether the product should |
| 11:31:35 | 3 | have a curved face? |
| 11:31:55 | 4 | (A discussion was had off the record between |
| 11:32:05 | 5 | Lead Interpreter and Check Interpreter in Korean.) |
| 11:32:05 | 6 | A. Yes. |
| 11:32:07 | 7 | BY MR. STERN: |
| 11:32:07 | 8 | Q. And what was that discussion? |
| 11:32:08 | 9 | A. If you look at the design history of the |
| 11:32:47 | 10 | Galaxy S, we had the Haptic and then the J-E-T, Jet, and |
| 11:32:52 | 11 | it's part of that heritage, you see. And I designed these |
| 11:32:56 | 12 | phones as well, but I wanted to maintain a certain design |
| 11:33:00 | 13 | identity, so in regards with the glass part, there was -- |
| 11:33:04 | 14 | I made a proposal to curve it. |
| 11:33:23 | 15 | And so -- but doing this kind of curve, you see |
| 11:34:10 | 16 | there's a lot of technical issues involved with that. The |
| 11:34:14 | 17 | productivity will drop. This S Project, you see, there |
| 11:34:18 | 18 | was a requirement, we were going to do annually 2 million |
| 11:34:22 | 19 | to 3 million units, so I needed to have a design that was |
| 11:34:27 | 20 | efficient for that, considering that if we had done the |
| 11:34:34 | 21 | curve, for instance, the yield, the production yield would |
| 11:34:38 | 22 | have decreased, and the defect rate as well, it would have |
| 11:34:42 | 23 | been -- maybe we would only have one good out of ten. |
| 11:34:48 | 24 | Also the cost of production compared to general glass |
| 11:34:53 | 25 | would have been much more. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

49

| | | |
|---|---|---|
| 11:34:55 | 1 | So with the requirement of 2 million to |
| 11:34:58 | 2 | 3 million annually, we had to take that into |
| 11:35:03 | 3 | consideration.  All over the world in production, we see |
| 11:35:08 | 4 | that there is defects or difficulties technically to do |
| 11:35:14 | 5 | that.  That's why we didn't do curved glass. |
| 11:35:17 | 6 | CHECK INTERPRETER:  I would say "technical |
| 11:35:19 | 7 | deficiencies" instead of "defects or difficulties |
| 11:35:21 | 8 | technically." |
| 11:35:36 | 9 | A.   Also, this touch window, it involves a TSP |
| 11:36:51 | 10 | technology behind it, you see.  You have to have that. |
| 11:36:54 | 11 | This is highly sensitive.  And if it is not flat, but |
| 11:36:59 | 12 | curved, you will have a high rate of defect. |
| 11:37:03 | 13 | And also glass is not digital, it is analog, so |
| 11:37:08 | 14 | it is very difficult to control the measurements, and if |
| 11:37:12 | 15 | there is -- for us you see if there is even a slight bend, |
| 11:37:19 | 16 | then that would be considered bad.  So in order to |
| 11:37:21 | 17 | maintain a level of quality, which we need to do, it would |
| 11:37:24 | 18 | be very difficult to do so, and to do so would be the |
| 11:37:27 | 19 | cause of increased cost. |
| 11:37:30 | 20 | And there's also very minute complicated |
| 11:37:33 | 21 | issues, other issues involved, but bending the glass has a |
| 11:37:41 | 22 | problem. |
| 11:37:43 | 23 | CHECK INTERPRETER:  "Also, this is a touch |
| 11:37:45 | 24 | window.  To use a touch window, the technology called TSP |
| 11:37:51 | 25 | is required, and this is a highly sensitive part.  If it's |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

50

| | | |
|---|---|---|
| 11:37:56 | 1 | not flat and however slight the curve is there, the |
| 11:37:59 | 2 | defects rate go up significantly.  The glass is not |
| 11:38:04 | 3 | digital, it is analog, so it is very difficult to control |
| 11:38:09 | 4 | precisely the size.  So -- and we also consider even the |
| 11:38:14 | 5 | slightest bending would be a defect, in order to maintain |
| 11:38:19 | 6 | a certain level of quality; and if we came to do it, it's |
| 11:38:26 | 7 | going to be one other reason to bring up the cost |
| 11:38:29 | 8 | significantly and drop the productivity quite a bit. |
| 11:38:33 | 9 | "So if the glass -- there were many problems |
| 11:38:35 | 10 | associated with curved glass." |
| 11:38:38 | 11 | BY MR. STERN: |
| 11:38:39 | 12 |     Q.    As ultimately manufactured, the front face of |
| 11:38:43 | 13 | the Galaxy S is glass, rather than plastic? |
| 11:38:55 | 14 |     A.    Yes.  It is glass, and it must be, because |
| 11:39:24 | 15 | that -- because of the manufacturability, it's the most |
| 11:39:27 | 16 | efficient and also there's the fact of the TSP and |
| 11:39:32 | 17 | sensitivity.  Among all of the materials on earth, |
| 11:39:37 | 18 | manufacturability-wise, glass is the most fit. |
| 11:39:44 | 19 |           (A discussion was had off the record between |
| 11:39:49 | 20 | Lead Interpreter and Check Interpreter in Korean.) |
| 11:39:49 | 21 |           LEAD INTERPRETER:  Correction, excuse me.  The |
| 11:39:50 | 22 | word "sensitivity" in my rendition, I would like to change |
| 11:39:54 | 23 | to "strength." |
| 11:39:58 | 24 |           MR. STERN:  Let's take a break to change the |
| 11:40:00 | 25 | tape. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

60

| | | |
|---|---|---|
| 12:25:33 | 1 | Mr. Lee, when you were designing the Galaxy S, |
| 12:25:36 | 2 | did you consider the Apple iPhone 3GS product in any |
| 12:25:43 | 3 | regard? |
| 12:25:44 | 4 | MR. ZELLER: First of all, the question is a |
| 12:25:45 | 5 | non sequitur as to this document, which he has already |
| 12:25:49 | 6 | testified he hasn't seen before, so there's no foundation |
| 12:25:51 | 7 | as to that. And the question is vague and ambiguous, |
| 12:25:55 | 8 | since it appears to be linking these up. |
| 12:26:15 | 9 | A.    Looking at this positioning competition map, |
| 12:26:57 | 10 | this map, looking at this and asking that, I don't |
| 12:27:02 | 11 | understand the -- because the positioning meaning here or |
| 12:27:05 | 12 | the document meaning, I don't know. |
| 12:27:09 | 13 | CHECK INTERPRETER: "Looking at this |
| 12:27:10 | 14 | positioning competition map, I don't know why you're |
| 12:27:12 | 15 | coming up with that document based on this mapping. I |
| 12:27:16 | 16 | don't understand as to the meaning, based on this |
| 12:27:20 | 17 | mapping." |
| 12:27:21 | 18 | BY MR. STERN: |
| 12:27:22 | 19 | Q.    Putting aside this document for a moment, |
| 12:27:24 | 20 | you're familiar with the Apple iPhone 3GS, correct? |
| 12:27:27 | 21 | A.    Yes, I know it. |
| 12:27:36 | 22 | Q.    When you were asked to begin work on designing |
| 12:27:41 | 23 | the Galaxy S, did anybody say to you, "We need a product |
| 12:27:45 | 24 | to compete with the iPhone 3GS," or words to that effect? |
| 12:27:58 | 25 | A.    No, that was not the case. We needed a |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

61

| | | |
|---|---|---|
| 12:28:21 | 1 | smartphone, and we did not have in mind a particular model |
| 12:28:26 | 2 | in the design or development. |
| 12:28:30 | 3 | Q.    Did anybody say to you when you undertook |
| 12:28:33 | 4 | design of the Galaxy S that you should design a product |
| 12:28:38 | 5 | that looked like the iPhone or words that effect? |
| 12:28:47 | 6 | A.    No, that didn't -- that did not take place. |
| 12:29:08 | 7 | Q.    Did anybody say to you, "Don't design a product |
| 12:29:11 | 8 | that looks like the iPhone," or words to that effect? |
| 12:29:16 | 9 | MR. ZELLER:   The question is argumentative, |
| 12:29:29 | 10 | vague. |
| 12:29:35 | 11 | A.    Whether that was said or not, no, I've never |
| 12:29:59 | 12 | heard of that before, and as the leader of the project, I |
| 12:30:04 | 13 | just proceeded in the perspective of developing the |
| 12:30:06 | 14 | Galaxy S. |
| 12:30:08 | 15 | BY MR. STERN: |
| 12:30:09 | 16 | Q.    What does that mean, "proceeded in the |
| 12:30:11 | 17 | perspective of developing the Galaxy S"? |
| 12:30:15 | 18 | A.    We took the given hardware specs, the design |
| 12:30:53 | 19 | direction from the Haptic, the Jet, to the Galaxy S, and |
| 12:30:58 | 20 | afterwards, just took the perspective of that design and |
| 12:31:02 | 21 | concentrated only on that and did not refer to anything |
| 12:31:07 | 22 | that anybody else said. |
| 12:31:11 | 23 | Q.    But you knew, didn't you, Mr. Lee, that the |
| 12:31:13 | 24 | smartphone that you were developing would compete with the |
| 12:31:17 | 25 | Apple iPhone 3GS, didn't you? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

69

```
14:13:16   1   BY MR. STERN:
14:13:16   2       Q.   Were you involved in the design of the F700 in
14:13:20   3   any way?
14:13:21   4       A.   Oh, yes.  I've looked at him do the design, and
14:14:02   5   if he asks my opinion, I would give him my opinion, and we
14:14:06   6   have discussions.  That is the strength, the strong point
14:14:09   7   of design in Samsung, not only in mobile, but for TV,
14:14:15   8   washers, refrigerators, other products as well.  Designers
14:14:19   9   have a good system of collaborating with each other within
14:14:22  10   Samsung.
14:14:22  11       Q.   In designing the Galaxy S product, did you make
14:14:26  12   use of the design of the F700 in any way?
14:14:28  13            MR. ZELLER:  The question is vague.
14:14:31  14       A.   Well, there were many different designs, and
14:15:12  15   the way I see it, whether it is the F700 or any other
14:15:18  16   product for that matter, in this -- everything in this
14:15:20  17   world, every design in this world can be shared.
14:15:24  18            CHECK INTERPRETER:  "There are many designs,
14:15:28  19   and when it comes to design, from my perspective,
14:15:32  20   irrespective of types of product, whether that might be
14:15:34  21   F700 or a TV, all the design in this world shares certain
14:15:41  22   commonality to a certain extent."
14:15:43  23       A.   So regarding the F700, that was closely
14:16:09  24   designed by SangMin Hyun and myself.  Just a few meters
14:16:15  25   away on the next seat, I saw him design it, and we had
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

70

| | | |
|---|---|---|
| 14:16:20 | 1 | many discussions on this F700. |
| 14:16:47 | 2 |         LEAD INTERPRETER:  Okay.  I would like to |
| 14:16:48 | 3 | clarify and correct a little bit of the previous |
| 14:16:50 | 4 | translation by clarifying with the witness that, "I was |
| 14:16:53 | 5 | seated very close to this person, so I saw him design at a |
| 14:17:00 | 6 | close proximity.  So although I don't know the full |
| 14:17:04 | 7 | history of this design, I do know certain perspectives of |
| 14:17:06 | 8 | the design of this phone." |
| 14:17:07 | 9 | BY MR. STERN: |
| 14:17:08 | 10 |     Q.   Okay.  My question actually was a little bit |
| 14:17:09 | 11 | different. |
| 14:17:09 | 12 |         At the time you designed the Galaxy S phone, |
| 14:17:12 | 13 | you were aware of the F700, correct? |
| 14:17:15 | 14 |     A.   Yes, when I was designing, I knew it. |
| 14:17:33 | 15 |     Q.   In designing the Galaxy S, did you consciously |
| 14:17:37 | 16 | draw on the design of the F700 in any way as a source of |
| 14:17:43 | 17 | reference or inspiration for your work? |
| 14:17:47 | 18 |         MR. ZELLER:  The question is vague. |
| 14:18:04 | 19 |     A.   The F700, well not only this one, but before |
| 14:18:31 | 20 | that, long before, there were many other products, so I |
| 14:18:34 | 21 | cannot just limit it to this one. |
| 14:18:37 | 22 |         CHECK INTERPRETER:  "I don't think you can |
| 14:18:39 | 23 | limit this to one product, F700.  Even before F700, there |
| 14:18:45 | 24 | are many different products, and I don't think you can |
| 14:18:49 | 25 | really limit it to F700.  That would be very vague to do." |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

84

| | | |
|---|---|---|
| 15:07:29 | 1 | similar to the iPhone 3? |
| 15:07:32 | 2 | MR. ZELLER:  That assumes facts, misstates the |
| 15:07:35 | 3 | documents -- the document, rather, lacks foundation, |
| 15:07:42 | 4 | argumentative. |
| 15:08:11 | 5 | A.    Whether this was written by an employee, a |
| 15:09:32 | 6 | consumer or a professor is unclear who wrote this.  And I |
| 15:09:40 | 7 | don't think talking about something like that is what I am |
| 15:09:43 | 8 | to talk about.  It's not something that I can talk about. |
| 15:09:47 | 9 | I told you about the Galaxy S development |
| 15:09:50 | 10 | history, Samsung's philosophy, design philosophies with |
| 15:09:56 | 11 | its products, and that we do not consider the iPhone, but |
| 15:10:03 | 12 | that we were designing a smartphone.  Time after time I |
| 15:10:11 | 13 | have emphasized that. |
| 15:10:12 | 14 | And for you to ask me these questions, who did |
| 15:10:17 | 15 | this or that, I cannot agree with that. |
| 15:10:20 | 16 | CHECK INTERPRETER:  "It is unclear whether this |
| 15:10:21 | 17 | was written by a Samsung employee or consumer or a |
| 15:10:24 | 18 | professor.  Without knowing who wrote this, I don't think |
| 15:10:29 | 19 | I can speak about it without that basis. |
| 15:10:35 | 20 | "In regards to Galaxy S development history, |
| 15:10:39 | 21 | Samsung product philosophy, along with my design |
| 15:10:44 | 22 | philosophy, it were all embodied in it, and I did not have |
| 15:10:53 | 23 | iPhone in mind.  I designed smartphone, and I kept |
| 15:10:57 | 24 | repeating and emphasizing that. |
| 15:11:00 | 25 | "And without telling me who wrote this, I |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

86

```
15:14:44   1    case.  There's many more designs that even myself am not
15:14:49   2    aware of.
15:14:51   3              And with all these designs, the language is all
15:14:54   4    different, so to say that what is similar or different, we
15:14:59   5    cannot really say that.  And this document has no
15:15:04   6    foundation.
15:15:06   7              CHECK INTERPRETER:  "The design sampled in this
15:15:09   8    document and how it was collected, I believe there's not
15:15:12   9    enough of a basis.  This document shows as if Samsung only
15:15:20  10    had four designs before iPhone and only four afterwards.
15:15:26  11    Matter of fact, Samsung has many more designs to the point
15:15:30  12    that I don't even know all of them.  And there are
15:15:34  13    different languages for many different designs, so based
15:15:38  14    on this document, if it pointed out if there's a
15:15:41  15    difference or similarity, there's no point to it."
15:15:45  16    BY MR. STERN:
15:15:46  17       Q.    Mr. Lee, who at Samsung gave the instruction to
15:15:49  18    make the Galaxy series of phones look so similar to the
15:15:54  19    iPhone?
15:15:55  20              MR. ZELLER:  Assumes facts contrary to
15:15:57  21    evidence, lacks foundation.
15:16:24  22       A.    That fact has never happened.
15:16:32  23              CHECK INTERPRETER:  "There's no such fact
15:16:36  24    exists."
15:16:38  25              (MH Lee Deposition Exhibit 2119 marked.)
```