# EXHIBIT 8

Page 1

1            UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3
4  APPLE INC., a California      )
   corporation,                  )
5               Plaintiff,       )
                                 )
6  vs.                           ) Case No. 11-cv-01846-LHK
                                 )
7  SAMSUNG ELECTRONICS CO.,      )
   LTD., a Korean business       )
8  entity; SAMSUNG ELECTRONICS   )
   AMERICA, INC., a New York     )
9  corporation; SAMSUNG          )
   TELECOMMUNICATIONS AMERICA,   )
10 LLC, a Delaware limited       )
   liability company,            )
11              Defendants.      )
   _____)
12
13
14        H I G H L Y  C O N F I D E N T I A L
15        A T T O R N E Y S'  E Y E S  O N L Y
16
17        VIDEOTAPED DEPOSITION OF STEPHEN GRAY
18                 Palo Alto, California
19                 Friday, May, 4, 2012
20
21
22 BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR
23 CSR LICENSE NO. 12885
24 JOB NO. 49273
25

Highly Confidential - Attorneys' Eyes Only

Page 105

| | |
|---|---|
| 1  screen is not a display. So the display is the | 12:28:39 |
| 2  combination of the information source, the light source | |
| 3  and the surface under which it can be observed. So to | |
| 4  me it's the combination is the way I think about it. | |
| 5  BY MR. MONACH: | 12:28:54 |
| 6      Q.  Okay. What is your understanding of the | |
| 7  meaning of the term "integrated display" that is | |
| 8  integrated with a data processing system? | |
| 9      A.  So when I use the term "integrated," it has to | |
| 10 do with a collection of interoperable components which | 12:29:22 |
| 11 are -- which cooperate to perform some computing | |
| 12 function of one kind or another. So an integrated | |
| 13 system is a collection of computing components -- | |
| 14 election of components which are interoperable for the | |
| 15 purposes of some -- performing some computing function. | 12:29:44 |
| 16     Q.  So anything that can communicate with | |
| 17 something else, you would say those two things are | |
| 18 integrated? | |
| 19         MS. MAROULIS: Objection; misstates testimony. | |
| 20         THE WITNESS: The components that can -- is | 12:30:03 |
| 21 a -- components can which, is the way you used -- posed | |
| 22 the question -- I would not -- the ability to | |
| 23 communicate is not the same as the actual communication. | |
| 24 So the components integrated an interoperable -- in | |
| 25 other words, communicating to use -- go back to your | 12:30:24 |

Page 106

1   communicate -- are an integrated system when they are           12:30:27
2   interoperable to perform some computing function.
3           MR. MONACH:  I think we're out of tape, so
4   it's now our lunch break.
5           THE WITNESS:  Lunch break by definition.               12:30:39
6           THE VIDEOGRAPHER:  The time is 12:30 p.m.  And
7   this marks the end of disk 2 in the deposition of
8   Stephen Gray.  We're off the record.
9           (Recess taken from 12:30 p.m. to 1:16 p.m.)
10          THE VIDEOGRAPHER:  This marks the beginning of         13:16:07
11  disk 3 in the deposition of Stephen Gray.  The time is
12  1:16 p.m.  And we are back on the record.
13  BY MR. MONACH:
14      Q.  Mr. Gray, I want to go back to your definition
15  of touch-sensitive display that is integrated with the         13:16:24
16  data processing system in Claim 8 of the '915.
17          Is it your testimony that a display and a data
18  processing system are integrated so long as they are
19  interoperable to perform some computing function?
20          MS. MAROULIS:  Objection; assumes facts.               13:16:50
21          THE WITNESS:  I think what I -- what I tried
22  to say was interoperable for the purposes of performing
23  some computing operation.
24  BY MR. MONACH:
25      Q.  All right.  So is it your position that the            13:17:09

Highly Confidential - Attorneys' Eyes Only

Page 150

1    THE WITNESS:  I believe the -- I mean, I have            14:48:57
2  observed -- or I have analyzed several of the products.
3  I'm trying to think specifically in the context of the
4  '163.
5    Sitting here right now, it's hard for me to              14:49:17
6  distinguish what I have analyzed exclusively in the '163
7  or exclusively in the '915.  I think I'm more
8  comfortable with the idea that I've analyzed numerous
9  products that -- and both of them analyzed in the
10 context of the -- of the '915 and the '163.               14:49:32
11 BY MR. MONACH:
12    Q.  In Claim 50, to continue beyond the part we
13 discussed earlier, the next limitation says,
14 "instructions for displaying at least a portion of a
15 structured electronic document on the touch screen       14:49:54
16 display."
17    In your analysis of the '163 patent, how did
18 you interpret structured electronic document"?
19    A.  So in my -- I'm going to -- I have a good
20 definition in here, in my report.                         14:50:20
21    Well, I mean, I'll -- I can find it.  It's --
22 basically it's a -- a structured electronic document is
23 a document -- two dimensional information space that has
24 content and structure commingled.  The structure
25 provides or adds meaning to the -- to the content.  And   14:50:55

Highly Confidential - Attorneys' Eyes Only

Page 151

1  let me -- if you'd like, I'll -- I can get the --                14:51:01
2          MS. MAROULIS:  Your discussion of '163 starts
3  on page 77.
4          THE WITNESS:  So if you don't mind, I'm going
5  to read it into the record.                                      14:51:29
6          "As understood" -- this is on page 78 of my
7  invalidity report in paragraph 274, starting at line 12.
8  "As understood by those in the art, a structured
9  electronic document refers to any type of
10 two-dimensional information space containing embedded             14:51:49
11 coding that provides some meaning or structure to the
12 document."
13 BY MR. MONACH:
14     Q.  "Embedded coding" refers to coding that is in
15 the electronic document itself; is that right?                    14:52:20
16     A.  That's correct.  Data elements that are within
17 the document that -- that are -- that comprise the
18 structure.
19     Q.  All right.  Is a Web page an example of a
20 structured electronic document as that term is used in            14:52:43
21 the '163 patent?
22     A.  Well, in HTML -- a document expressed in HTML,
23 which is the language that is used to display -- create
24 a Web page -- excuse me -- which is the language that is
25 used to contain the data in the control information in            14:53:07

Highly Confidential - Attorneys' Eyes Only

Page 152

1  order to allow a browser to display a Web page.  The           14:53:16
2  HTML is an example of a structured electronic document.
3         Web page itself is a rendering of that HTML
4  file onto a display space, presentation space.
5     Q.  All right.  And are there various tags in HTML           14:53:37
6  documents that are used to define the structure of that
7  document?
8     A.  Yes.  There are tags that are -- that are --
9  that surround the content that provide the meaning or
10 the structure to the document.                                  14:54:01
11    Q.  What are some --
12    A.  There are tags -- let me -- actually, I want
13 to finish that.  I did pause.  Not your fault.
14        So -- so the tags are of two kinds.  Some tags
15 are -- are simply tags that are used for the manner --          14:54:16
16 to describe the manner in which the page would be
17 displayed.  Other tags are informational.  Some are
18 both.
19    Q.  What are some examples of tags that are used
20 in HTML documents?                                              14:54:36
21    A.  An easy one to think about is the header.  The
22 H1 tag.  So an H1 says -- tells the -- is contained in
23 the HTML page.  It surrounds a set of content and is
24 used to identify a heading in a particular document.
25 The heading then is understood by the rendering                 14:55:00

Highly Confidential - Attorneys' Eyes Only

Page 156

1  BY MR. MONACH:                                                15:00:37

2     Q.   So does there have to be any precise visible

3  boundary drawn on the screen to indicate the logical

4  grouping of tags within a DIV tag?

5     A.   No.  There are -- there is no obligation on --       15:01:00

6  there's no requirement on the part of a browser to take

7  information -- data, including tags and content -- that

8  is delineated by a set of DIV tags.  And there's no

9  obligation on the part of the browser to render that

10 page with some visible delineation -- there's no              15:01:24

11 obligation in a page just generally.  DIV tags can be

12 used in a variety of different ways.  Oftentimes that

13 happens, but there's no obligation.

14    Q.   All right.  In the context of the '915

15 patent -- and let's just stay with -- I'm sorry -- '163       15:01:52

16 patent.  Thank you.  '163 patent.  Let's stick with

17 Claim 50.  The next phrase says, "wherein the structured

18 electronic document comprises a plurality of boxes of

19 content."

20         Sticking with our context -- our context of an        15:02:14

21 HTML document that could be displayed on a Web browser,

22 what do you understand a "box of content" to be?

23    A.   So in my -- when I read -- read the patent,

24 it -- the way I read it is that this box of content

25 that -- these boxes of content which comprise the              15:02:44

Highly Confidential - Attorneys' Eyes Only

Page 157

1  structured electronic document are -- are collections of     15:02:47
2  images, text, other hypertext links, a variety of things
3  that are delineated and rendered with some visible,
4  distinct boundary around them.  In other words, they're
5  visibly separable from other boxes.  So box A and box B     15:03:09
6  have different delineated boundaries.  If there are --
7  in a document that only has box A and box B.
8      Q.   What do you mean by a "delineated boundary"?
9  Can white space between two blocks of text or between a
10 block of text and an image meet your understanding of a    15:03:36
11 box of content?
12     A.   So in my view, if the -- yes, if -- I think I
13 understand your question.  In my view, white space could
14 provide that delineation, that delineation between boxes
15 of content.  Preferable delineation would be some sort    15:03:57
16 of a line, right, or something that specifically
17 identifies it.  But I can imagine a document where white
18 space could be -- could be the delineation.
19     Q.   What about the author's logical grouping of
20 tags, for example, a DIV tag, DIV tag 1 versus DIV tag    15:04:19
21 2, each of which contains information?  Would -- could a
22 box of content in a structured electronic document in
23 the '163 patent refer to that?
24          MS. MAROULIS:  Objection; calls for legal
25 conclusion.                                                15:04:44

Highly Confidential - Attorneys' Eyes Only

Page 158

1    THE WITNESS:  So the DIV tags by themselves do    15:04:49
2 not necessarily yield an electronic -- a structured
3 electronic document presentation that would provide the
4 physical boundary or the delineation between the boxes.
5 It doesn't have to.  The DIV tag boundaries could be    15:05:06
6 used by a browser to separate to control, to allow for
7 boxes of content, but it isn't a -- it isn't a
8 requirement of the DIV tags, it's a requirement of how
9 the DIV tags are applied.
10 BY MR. MONACH:    15:05:35
11    Q.  So would you agree or disagree that an
12 author's grouping of HTML content in different areas
13 could constitute a box of content for purposes of the
14 '163 patent?
15    A.  I think I followed.  Would you mind repeating?    15:06:03
16    Q.  I'll re- -- it wasn't a very good question.
17 Let me rephrase it.
18       Does the box of content in the '163 patent
19 require a visible separation of one box from another on
20 the screen, or could it refer to a logical separation    15:06:35
21 contained in the underlying code of the structured
22 electronic document that doesn't necessarily show up as
23 distinct visible areas on the screen?
24       MS. MAROULIS:  Objection; calls for legal
25 conclusion.  Incomplete hypothetical.    15:07:01

Highly Confidential - Attorneys' Eyes Only

Page 159

1   THE WITNESS: I don't -- sitting here right     15:07:25
2   now, my opinion is in the context of the '163 patent,
3   the DIV tag controls do not have to yield a
4   structured -- the presentation of an HTML document where
5   the individual DIV contained content elements are       15:07:45
6   separated visibly on the rendered Web page. It doesn't
7   have to be -- doesn't have to be that way.
8   BY MR. MONACH:
9      Q.   I'm not sure you answered my question, so let
10  me try again.                                           15:08:10
11     A.   Frankly, I'm not sure either.
12     Q.   You've talked -- we've already talked about a
13  couple of different understandings of yours of what a
14  box of content could be, one that is visibly delineated
15  with a boundary line; another one that's visibly        15:08:27
16  delineated, for example, by spacing of two areas on the
17  screen.
18          And my question is under the '163 patent, does
19  a box of content require that it be -- that the box be
20  visibly segregated from -- or separated from other      15:08:51
21  boxes, or could a box of content be separated from other
22  boxes of content by the logical construction of the Web
23  page?
24          MS. MAROULIS: Objection; compound. Calls for
25  legal conclusion.                                       15:09:07

```
                                                              Page 160
1            THE WITNESS:  I think that the boxes of          15:09:15
2    content in the '163 patent, which are selectable, need
3    to be delineated visibly in order for the -- for the
4    selection to take place.  So in my view, the -- the
5    delineation, the visible delineation is a requirement in  15:09:39
6    order -- for the boxes in the -- that are referred to in
7    the '163 patent.
8    BY MR. MONACH:
9        Q.  The patent goes on to say -- well, let me back
10   up a second.                                              15:10:00
11           Do the accused devices that you looked at have
12   the ability to display at least a portion of a
13   structured electronic document on the touch screen
14   display?
15           MS. MAROULIS:  Objection; calls for a legal       15:10:21
16   conclusion.
17           THE WITNESS:  The devices that -- that I
18   looked at, the accused devices that I looked at, I think
19   all -- yeah, all had the ability to display at least a
20   portion of a structured electronic document on a         15:10:37
21   display.
22   BY MR. MONACH:
23       Q.  Did they have the ability to display at least
24   a portion of a structured electronic document on the
25   touch screen display wherein the structured electronic   15:10:48
```