# EXHIBIT 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
            HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
 1           UNITED STATES INTERNATIONAL TRADE COMMISSION
                          WASHINGTON, D.C.
 2
     _____
 3
     In the Matter of:
 4
     CERTAIN ELECTRONIC DIGITAL              Case No.:
 5
     MEDIA DEVICES AND COMPONENTS            337-TA-796
 6
     THEREOF
 7
     _____
 8

 9       *** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY ***

10
         VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF:
11

12                         JINSOO KIM

13

14

15                      February 3, 2012

16                        Kim & Chang

17                      Seoul, South Korea

18                    8:59 a.m. - 6:51 p.m.

19

20

21

22

23

24

25
```

```
 1   analysis by themselves about competitors' products if
 2   they want."
 3              MS. CARUSO:  Objection --
 4              LEAD INTERPRETER:  I'm not done yet.  Hold
 5   on.
 6              CHECK INTERPRETER:  Hold on.
 7              (Translation.)
 8              MS. CARUSO:  Objection, compound, beyond the
 9   scope, lacks foundation.
10       A.     As you mentioned earlier, we are talking about
11   the sketching stage now.  So at that stage, if you tell the
12   designers don't do this and don't do that, then the scope of
13   idea would be significantly decreased so you cannot get good
14   ideas or good designs out of it.
15              So that kind of issue can be verified in the
16   process of creating mock-ups.
17   BY MR. STERN:
18       Q.     So far as you're aware, did Samsung ever instruct
19   designers not to prepare designs that resembled the Apple
20   iPhone?
21              MS. CARUSO:  Objection, vague as to time.
22              THE WITNESS:  (Through Interpreter)
23   Interpretation again, more simply.
24              (Translation.)
25       A.     I don't believe there is any designer at Samsung
```

1  who would make something which resembles other companies'
2  designs, so I don't think they needed that kind of --
3  designs -- without -- even though there is no instruction as
4  such.
5  BY MR. STERN:
6      Q.   The Apple iPhone -- the original Apple iPhone was
7  released in 2007, correct?
8           MS. CARUSO:  Objection, beyond the scope,
9  lacks foundation.
10     A.   Are you asking me as to the iPhone 3G?
11 BY MR. STERN:
12     Q.   No.  The original iPhone.
13     A.   I don't know exactly as to the year.
14     Q.   After it was released, the Apple iPhone received
15 wide publicity, correct?
16          MS. CARUSO:  Objection, vague.
17          CHECK INTERPRETER:  "Yes, I believe it was
18 publicized."
19          (A discussion was had off the record between
20 Lead Interpreter and Check Interpreter in Korean.)
21          CHECK INTERPRETER:  We have a problem with
22 "publicity."
23          MR. STERN:  I can make a simpler question.
24          LEAD INTERPRETER:  Yes, please.
25 ///