# EXHIBIT 10

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

RX-3444C

미국 무역위원회 (US ITC)

워싱턴 D.C.

Thomas B. Pender 행정법판사님 귀하

| | |
|---|---|
| 사안:<br><br>특정 전자 디지털 미디어 장치 및 그 부품 | 사건번호 337-TA-796 |

이민혁(Minhyouk Lee) 증인의 직접신문 진술서

2012 년 5 월 3 일 제출함

1

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

# 목차

증인의 인적사항 ................................................................................................. 3

GALAXY S 제품들의 디자인 ......................................................................... 5

피제소 제품들의 디자인 요소들 .................................................................. 10

모방한다는 주장 ............................................................................................. 35

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

## 증인의 인적 사항

**질문 번호 1:** 안녕하십니까? 기록을 위하여 본인의 성함을 말씀해 주십시오

이민혁입니다

**질문 번호 2:** 어디에서 거주하십니까?

저는 한국 서울에 거주합니다

**질문 번호 3:** 현재 어느 직장에서 근무하십니까?

삼성전자에서 근무합니다

**질문 번호 4:** 삼성에서의 현재 직함은 어떻게 되십니까?

2010 년 12 월이후부터, 모바일 디자인팀의 상무입니다

**질문 번호 5:** 대학을 다녔습니까?

예, 저는 산업 디자인 전공으로 1996 년에 경희대학교를 졸업하였습니다.

**질문 번호 6:** 경희대학교는 어디에 있습니까?

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

경희대학교는 한국 수원에 있는 사립대학입니다. 이 대학은 한국에서 손꼽히는 대학들중 하나입니다.

**질문 번호 7:** 1996 년 경희대학교 졸업후에 취업하셨습니까?

예.

**질문 번호 8:** 졸업이후 직장 경력을 설명해주시겠습니까?

제가 졸업했던 1996 년 경에 삼성 자동차에서 자동차 디자인 하는 일을 시작하였습니다. 1999 년에 프리랜서 디자이너로 일하기 위해서 삼성을 그만 두었고 그러다가 나중에 LG 전자에서 1 년 반 정도 재직하였습니다. 2001 년 7 월 경에, 모바일 기기 선임 디자이너로 삼성에 복귀하였고 그후로는 계속 삼성에서 일하고 있습니다.

**질문 번호 9:** 2001 년 7 월 삼성 복귀 후에 얼마나 오랫동안 선임 디자이너라는 직함으로 일하셨습니까?

2003 년도 말까지 입니다. 2004 년도에 책임 디자이너로 승진되어 일하다가, 2007 년 3 월경에 수석 디자이너로 다시 승진했습니다.

**질문 번호 10:** 삼성에서 수석 디자이너라는 직함으로는 얼마나 오랫동안 일하셨습니까?

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

2010 년 12 월까지입니다. 그때 제 현재 직위인 디자인 담당 상무가 되었습니다.

**질문 번호 11**: 증인, "디자이너"라는 공식 직함 자체는 삼성 재직 기간 중 제한된 기간에만 해당되는 것 같습니다. 하지만, 편의상, 삼성에서 디자인 일을 하신 모든 기간을 통틀어 '디자이너'라고 호칭하고자 합니다. 괜찮으십니까?

예, 저는 삼성에서 재직하는 모든 기간동안 디자인 일을 하였습니다.

### 갤럭시 제품군의 디자인

**질문 번호 12**: 삼성의 디자이너로서, Galaxy S 라고 하는 제품계열의 디자인에 어느 정도 관여하셨습니까?

예, 저는 갤럭시 에스라고 알려진 일련의 단말기들을 산출하게 된 갤럭시 에스 프로젝트의 메인 디자이너 중 한 사람이었습니다.

**질문 번호 13**: 나중에 Galaxy S 시리즈가 된 그 디자인을 언제 시작하셨습니까?

2009 년 9 월이나 10 월쯤이었습니다.

**질문 번호 14**: 본인의 Galaxy S 디자인 접근방식에 대해 간략히 설명해 주시겠습니까?

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

Galaxy S 는 삼성 전통의 연속선상에 있었습니다. 그것은 2000 년대 초반에 시작되어 일찍부터 개발되어 왔었던 삼성의 디자인 철학의 많은 측면을 반영합니다. Galaxy S 의 오리지널 디자인은 제가 2008 년에 디자인했던 S8000 Jet, 짧게는 제트(Jet)라고 하는 디자인으로부터 추출되었습니다.

Jet 는 터치스크린 폰이었고 제 원래 의도는 그 단말기 전면의 하단에 커브형의 전면 유리 디자인이 전면에서부터 아래쪽으로 더 기울어지게 하는 것이었습니다. 제조상의 제약 때문에, 우리는 유리부분을 평평하게 유지해야만 했습니다. 경사진 모양을 구현하고자, 우리는 디스플레이 화면 밑의 하단에 유리가 아닌 재질을 사용해야 했습니다. Jet 는 그 상단과 하단에 둥근 형상의 코너부를 가지고 있었습니다만, 상단의 코너부가 하단의 코너부보다 더 날카롭고 덜 둥글려졌었습니다. 기술적인 디자인 용어로는, 상단의 코너부의 R-값이 하단의 코너부보다 적었습니다. 이것의 용도는 폰을 잡는 것과 한 손으로 사용하는 것을 쉽게하도록 하기 위해서였습니다. 폰 하단의 좀 더 둥근 코너부는 폰을 한 손에 쥐기에 더 편리하고 엄지손가락을 사용해서 터치스크린을 사용하기도 더 편리하게 합니다.

Jet 의 대형 디스플레이 화면 형식이 Galaxy S 에게 적용될 것이었지만, 수퍼 아몰레드 (Super AMOLED) 디스플레이 화면이 될 것이라는 것을 알았던 저는, 그 Jet 의 디자인을

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

개선하고 싶었습니다. 기술적인 개선이 이미 이루어져서 일부 부품들은 더 작아졌고, 그래서

전면 표면의 더욱 많은 부분이 디스플레이 화면에 할당될 수 있었습니다.

**질문 번호 15:** **Galaxy S 를 디자인하실 때 특정 디자인 영감을 가지고 계셨습니까?**

저는 대담한 크롬 디테일과 곡선들로 이루어진 오래된 자동차들의 선들에서부터 영감을

받았었고, 이런 요소들을 사용하면서 Jet 의 곡선 모양의 전면으로 이어지는 디자인을 갖고

싶었는데, 이것을 유리를 이용해서 만들고 싶었습니다. 저의 Galaxy S 의 초기 디자인들은

이것의 좀 더 스타일을 살린, 드라마틱한 접근방식을 반영하고 있습니다.

**질문 번호 16: 본인의 초기의 아이디어들을 반영하는 시제품을 어느하나라도 만드셨습니까?**

예.

**질문 번호 17: 증거 제시물 CX2081 호가 그 시제품들 중 하나를 보여주고 있습니까?**

예.  이것이 제가 Galaxy S 폰을 위해 개발했던 초기 디자인 중 하나입니다. 보시는 것

처럼, 제 원래의 디자인은 매우 스타일이 있는 룩(look)을 가지고 있었습니다.  유리 전면 표면을

잡아주는 조각한듯한 크롬 부분이 그 장치를 두르는 동안 그 형상과 두께가 변하고 있습니다. 그

폰의 앞의 유리 표면의 하단 또한 아래쪽으로 경사가 지도록 깎여있고 폰의 배면이 이런 경사를

반복하고 있습니다. 저의 초기의 디자인은 삼성 자동차에서 자동차 디자이너로서 활동했던 때의

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

디자인 랭귀지(language)와 자동차 디자인에 대한 제 자신의 관심에서 온 것이 많은데, 금속과

크롬 장식이 특히 더 그러합니다.





법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨





(CX-2081)

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

### 피제소 제품들의 디자인 요소들

**질문 번호 18**:  증거 제시물 RPX-165 라고 표시된 이 폰이 상업용으로 출시된 Galaxy S 단말기 중의 하나입니까?

예.  그것은 T-Mobile 향으로 저희가 만든 Vibrant 로서, 미국 내 출시된 최초의 Galaxy S 단말기였습니다.



(RPX-165)

**질문 번호 19**: 증거 제시물 RPX-149 라고 표시된 이 폰이 상업용으로 출시된 Galaxy S 단말기 중의 하나입니까?

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

예.  그것은 Galaxy S 4G 입니다. 그것은 Vibrant 와 동일한 형상를 가지고 있습니다.

차이점은 단지 단말기 배터리 커버의 색상, 재질 그리고 마감 뿐입니다.



(RPX-149)

**질문 번호 20: 본인께서는 색상, 재질, 마감을 언급하셨습니다. 무슨 의미로 말씀하십니까?**

색상은 폰의 색상을 칭합니다. 저희는 색상, 재질, 마감을 간단히 CMF 라고 칭합니다.

그것은 폰이 어떻게 인식되는가에 아주 중요한 역할을 합니다. 저희 모바일제품부서에는 50 명의

디자이너들이 CMF 관련 작업을 하도록 배정되어 있습니다. 우리가 무선기기를 디자인 할 때마다,

많은 CMF 대안들이 고려됩니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 21: Galaxy S 4G 의 마감에 대해 설명해주시겠습니까?**

Galaxy S 4G 는 배면에 비교적 고가의 마감 공정을 사용하는데, 그것은 자성에 민감한 입자를 담고있는 페인트를 스프레이함으로써 만들어집니다. 그 후에 자석들은 재료를 특정방향으로 잡아당기는 데 쓰입니다. Galaxy S 4G 상에서는 이것이 표면에 비추어 반사되는 빛의 방향에 따라 달라지는 시각적 현상을 만들어 냅니다.



(RPX-149)

**질문 번호 22: Vibrant 의 마감을 표현해 주시겠습니까?**

Vibrant 의 마감 역시 프리미엄, 멀티 디멘션 효과를 창출합니다. 텍스쳐(texture)를 가지고 있는 것처럼 보이지만 실제로는 매끄럽습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 23:** 왜 Galaxy S 단말기들은 본인의 초기 시제품들과는 결과적으로 다른 모양이 되었습니까?

원래는, 제가 Jet 를 디자인 할 때부터 생각하고 있었던 좀 더 구배(curved) 형상이 유지되도록 Galaxy S 의 전면 유리에 구배가 있기를 원했습니다. 저는 제가 Galaxy S 를 디자인 할 때 쯤이면 구배형의 유리를 사용하는것이 경제적으로 실현가능하다고 생각했지만 제조 능력상의 문제 때문에 가능하지 않았고, 그래서 평면 유리로 바뀌었습니다.

또한, 조각된 크롬 특색물과 조각된 배면의 초기 디자인이 추가적인 난제가 되었는데 배터리와 터치 센스 등 내장 부품들의 적절한 실장에 방해가 되었기 때문입니다. 또한, 우리가 폰 디자인에 실행하는 신뢰성 검사의 일부로서, 시제품을 장시간동안 회전 드럼속에서 텀블링을 시켜봅니다. 제 원래 디자인의 조각된 크롬 특색물이 과도한 변형을 일으키면서 그 검사에서 취약함을 보였습니다. 그와 동시에, Galaxy S 의 규모를 감안할 때 그 디자인은 양산을 위해서는 실현가능한 디자인이 아니었습니다.

**질문 번호 24:** 최종 제품이 초기의 시제품와 다른 것이 특이한 일이었습니까?

아닙니다. 흔히, 저같은 디자이너들은 좀 더 과감하고 극적인 접근방식으로 시작을 하지만, 디자인은 거의 언제나 더 순화되기까지의 정제 과정을 거치게 됩니다. 예를 들어, 제 자동차 디자이너 시절로 돌아가서 이야기하자면, 기업체들은 극적이고, 과감한, 그리고 때로는

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

특한 스타일을 갖춘 컨셉트 자동차를 자주 디자인합니다.   고성능 스포츠카 같은 구별된 시장층의 자동차들은 아주 두드러지게 디자인된 차들을 팔 수 있겠지만, 통상적으로  컨셉트 자동차들은 양산되지는 않습니다.   폭넓은 구매자 층에 다가가는 차들의 스타일은 훨씬 더 차분하고, 좀 더 기능에 충실하고 안락하고 효율적이며 실사용자에게 부담이 없는 디자인들이 상업적으로 더 성공적인 경향을 보입니다.

**질문 번호 25: 초기의 시제품과 비교하여 Galaxy S 디자인이 휴대폰의 경우엔 좀 더 세련되게 나올 것이라고 기대할만한 어떤 특별한 이유가 있었습니까?**

2000 년대 중반에는, 시장에서 특정 연령대나 성별 등 다양하게 구별된 시장계층을 위한 휴대폰을 디자인하는 것이 흔한 일이었습니다. 하지만, 그런 특수화된 산업 디자인은 터치스크린 단말기에서는 적합하지 않습니다. 단순히 전화 번호나 문자 메시지같은 것들과는 반대로, 영화, 기사, 사진같은 콘텐츠의 시각적인 디테일(detail)을 디스플레이 화면상으로 좀 더 선명하게 보는 것이 더욱 더 중요해지면서, 특정 대상 그룹에게 좀 더 직접적으로 호감을 주는 장식적인 디자인의 디테일은 오히려 산만함을 유발하게 되었습니다. 따라서, Galaxy S 의 시기에는, 스마트폰의 디자인은 좀 더 미니멀(minimal)해지고 익명성을 띠게 되었습니다. 터치스크린 스마트폰들은 아직도 사용자들로 하여금 그들의 휴대폰을 맞춤화하고 개인 표현하는 것을 가능하게 하지만, 그 개성의 표현이 산업 디자인에서 가장 강하게 표현되는 것 대신에, 이제는

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

사용자 인터페이스를 통해서 구현되고 있습니다. 피처폰과 같은 경우에는, 디스플레이 화면에 보여질 사용자의 맞춤화의 선택의 폭이 작았지만, 터치스크린 스마트폰들은 사용자들이 저마다 다른 테마, 배경화면, 앱, 위짓(widget) 등을 자주 선택할 수 있도록 합니다.

초점이 디스플레이 화면으로 바뀌어짐으로 인해서, 좀 더 정제된, 좀 덜 과감한 산업 디자인이 사용자들에겐 더욱 도움이 되었습니다. 왜냐면, 산업디자인이 화면상에 보여지는 콘텐츠와 상충되는 것을 피할 수 있고, 화면이 제일 중요한 요소가 되기 때문입니다.

저는 텔레비전에 있어서도 디스플레이의 최대화를 추구하는 유사한 추세를 지켜보았습니다. 집안의 TV 만 보더라도 다이얼, 손잡이, 두드러지는 안테나, 그리고 간혹 다리와 캐비넷까지 갖춘 아주 덩치가 큰 제품이었던 적이 있었습니다. 기술이 진보하면서, TV 들이 점점 말쑥해지고 더욱 더 미니멀 해졌습니다. 이제는, 평면 스크린 기술, HD 기능과 리모콘으로 인해서, TV 디자인이 극도로 미니멀해지고 익명성의 모습을 띠게 되었습니다. 앞에서 그리고 측면에서 보면, 그것들은 본질적으로 그 장치를 같이 묶어주기 위한 가장자리를 도는 얇은 베젤을 갖춘 단지 대형 디스플레이로만 보입니다. 초점이 거의 전적으로 디스플레이의 성능에 맞춰져 있습니다. 모바일 기기들은 약간은 다른 고려사항들이 있지만, 전반적인 추세는 같습니다. 디스플레이가 가장 중요한 것입니다. 그렇기 때문에, 산업 디자인이 그것과 상충돼서는 안됩니다. 오히려 제품을 보조하기 위한 필수요건을 제공해야만 하는 겁니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 26: Galaxy S 디자인을 위한 필수요소들은 무엇이었습니까?**

이 폰은 한 손으로 잡기에 편안한 형상이어야 했습니다. 상대적으로 대형의 디스플레이 화면을 갖추고, 리시버와 스피커, 이어폰 잭, 마이크, 카메라를 담고 있어야 했으며, 전원을 켜고 끄고, 홈 스크린으로 돌아가고, 볼륨을 조절하는 등 기기와 상호작용을 할 수 있는 수단을 제공해야 하고, 이런 모든 기능이 구동될 수 있게 하는 부품들을 포함하는 것이 필요했습니다.

Galaxy S 이전에 제가 개발했던 많은 피쳐폰들과는 달리, 스마트폰에는 디자인의 자유로움이 그리 많지 않습니다. 대형의 화면 크기가 사용되면서, 버튼이나 다른 특색물들과 장식을 위한 공간은 점점 더 줄어듭니다. 그래서 디자이너로서의 제 역할의 일부는 그 기기가 필요로 하는 것들을 포함하는 간결한 방법을 결정하면서, 편안하고, 안전하면서 제조가능한 형상을 제공하는 것입니다.

**질문 번호 27: Galaxy S 를 앞에서부터 보면 그 코너부들이 날카로운 것이 아니라 둥글러져 보이는 것은 이유가 있습니까?**

휴대폰라는 것은 사람들이 그들의 손에 쥐는 것입니다. 둥글려진 코너들은 날카로운 코너들보다 부드러운 감을 주며 잡기가 더 쉽고 더 편안합니다. 많은 피쳐폰들이 사용자가 잡는 부위에 둥글려진 가장자리를 가지고 있고, 스마트폰들에도 마찬가지로 편안함을 주는 특색을 추가하는 것은 자연스러운 것 입니다. 특별히, 스마트폰들은 상대적인 새로움 때문에 사용자가

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

직관적으로 편안하지 않을 수 있는 형태나 크기였기 때문입니다. 제가 Jet 디자인을 했을때처럼,

저는 Galaxy S 에도 둥글려진 코너부들을 사용하였습니다. Galaxy S 4G 휴대폰에서 볼 수 있는

것 처럼, Galaxy S 휴대폰의 코너부들은 상단의 두 군데보다 하단의 것들이 더 둥글려져

있습니다.



(RPX-149)

만약 그것을 제대로 된 방향으로 손에 들었다가 거꾸로 들어보게되면, 좀 더 둥글려진

코너들이 갖는 손바닥에서의 느낌의 차이를 감지할 수 있을 것입니다. 그 코너들이 전혀

둥글려지지 않았다면, 그 느낌은 덜 편안할 것입니다.

둥글려진 코너부들은 날카로운 코너들보다 좀 더 내구성이 강하다는 기능적인 장점을

더합니다. 코너가 더 작은 R-값 (래디어스)를 가지고 있는 단말기들, 다시 말해서 좀 더 날카로운

코너부들을 가진 단말기들은, 더 큰 R-값(래디어스)를 가지고 있는, 좀 더 둥글려진 코너부를

가진 단말기들에 비해, 회전하는 드럼속에 시제품을 넣고 장시간 텀블링을 해보는 내구성

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

시험에서의 결과가 좋지 않습니다. 추가로, 그것들은 제조상 불량품에서도 더 낮은 비율을 가지고 있습니다.

**질문 번호 28**: 왜 Galaxy S 는 기기의 앞면 전체에 걸쳐서 투명한 평면을 가지고 있습니까?

제가 아까 말씀드린 것 처럼, 원래는, 제가 Jet 를 디자인 할 때부터 생각하고 있었던 좀 더 커브형상이 유지 되도록 Galaxy S 의 전면 유리가 커브형상을 갖기를 원했습니다. 저는 제가 Galaxy S 를 디자인 할 때 쯤이면 커브형의 유리를 사용하는것이 경제적으로 실현가능하다고 생각했지만 제조 능력 상의 문제 때문에 가능하지 않았고, 그래서 평면 유리로 바뀌었습니다.

**질문 번호 29**: 그것은 왜 실행 불가능하셨습니까?

유리판을 신뢰성을 갖추면서 일관성있게 구부려서 커브형상을 만들수 있는 방법이 없었습니다. 그렇기 때문에, 커브형태로 보이게 하기 위해서 더 굵은 유리판이 사용되어야 하고 또 깍아내야 합니다. 이렇게 되면 커브형태의 유리는 훨씬 더 비싸지게 되는데, 왜냐하면 처음부터 더 많은 유리가 필요하게 되고 각 조각을 만들어 내는데 상당히 더 많은 시간을 요하기 때문입니다. 또한, 커브형의 유리는 평면 유리에 비해 내구력이 부족했고, 제조 공정에서

또 다른 추가 비용을 발생시켰습니다. 유리에 너무 많은 비용이 드는 것을 방지하기 위해 저희는 평면 유리를 택했습니다. 하지만, 우리는 터치스크린의 기능성을 저해하지 않기 위해서는

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

디스플레이 영역 위의 유리가 평평하고 투명한 것이 분명히 필요했습니다. 더불어, 한 개로 된 매끈한 프론트 표면은 더 쉽게 깨끗하게 닦을 수 있습니다.

**질문 번호 30: 왜 리시버 혹은 이어피스 슬롯에 특정한 형상과 그 위치를 Galaxy S 의 전면에 두는 것을 선택하셨습니까?**

리시버(receiver)의 위치는 기구팀, 하드웨어부서와 음향 부서들과 합동으로 결정하는 것이지, 디자이너 혼자 결정하는 사안이 아닙니다. 디스플레이가 폰 앞면의 거의 대부분을 차지하기 때문에, 리시버의 가장 논리적으로 합당한 위치는 디스플레이 화면 위에, 사용자가 폰을 들어서 귀에 갖다 대었을 때 수평으로 중심이 되는 곳입니다. 그 슬롯의 크기는 음향 품질의 이유로 인한 기술적인 연구에 의해 결정되며, 둥굴려진 형상은 유리에 구멍을 자르기위해 사용되는 드릴에 끼우는 날 때문입니다. 드릴의 날이 스핀동작을 하면서 동그란 구멍을 만들게 됩니다.  이 드릴의 날을 사용하게 되면 유리에서 시작되고 멈추는 곳에 커브형태의 가장자리가 남을 수 밖에 없게 되는데, 그렇게 되면 최대한 맑고 깨끗한 음향을 가져오기에는 너무 작은 원형이나, 장원형(oblong shape)이 생겨나게 됩니다. 이 형상은 가장자리가 커브형상을 하고 있기 때문에 유리가 잘려져서 날카로운 코너를 가지고 있는 것보다 - 예를 들어 직사각형과 같은 – 외부로부터 가해지는 어떤 압력에 쉽게 깨지지 않고 더 강합니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

제가 Galaxy S 를 디자인 했을 때, 우리는 리시버를 디스플레이의 상단과 의 가장자리 사이에 배치할 수 있었습니다. Jet 폰 위한 제 초기의 디자인에서는, 리시버의 열린부분이 커버 유리와 트림이 만나는 가장 상단의 가장자리에 절단되어 있었습니다. Jet 를 제가 디자인했던 당시에는, 스피커 부품들이 제가 Galaxy S 를 디자인했던 때에 비해 거의 두배정도 컸기 때문에, Jet 에서는 리시버의 구멍을 배치하는 것이 훨씬 더 자유롭지 못했습니다. 기능적인 관점에서보면 리시버를 폰의 최상단의 가장자리보다 낮게 배치하는 것이 더 좋은데, 그것은 사용자에게 더 편안하기도 하고 음향의 새는것을 감소시킵니다. Jet 폰의 초기때처럼 리씨버의 열린부분이 기기의 가장 최상단에 위치하면, 그 부품의 성능은 그만큼 좋지 않으며, 사용자는 폰을 얼굴에서부터 더 멀리 잡아야 할 것 같은 느낌을 받을 수 있습니다.

**질문 번호 31: 증인께서는 "베젤"이라는 용어를 익히 잘 알고 계십니까?**

예. 어떤 사람들은 Galaxy S 디자인의 경우 전면을 감싸고 있는 금속처럼 보이는 재질의 것을 베젤이라고 칭하는 것을 알고 있습니다만. 저는 그것을 "프론트"라고 칭합니다 왜냐하면 그것이 폰의 앞면이 제자리에 있도록 잡아주기 때문입니다.

**질문 번호 32: Galaxy S 가 프론트 부분을 가지고 있는 무슨 이유가 있습니까?**

예. 유리의 전면을 가지고 있는 것은 무엇이라도 그 표면을 제품의 나머지에 부착시키는 수단이 필요합니다. 프론트 부분이나 베젤은 삼성 제품들에 오랜 기간동안 사용되어 오고

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

있습니다. 예를 들자면, 그것들은 삼성의 TV 화면에 수십년간 적용되어 오고 있습니다. 프론트

부분은 또한 만약에 부딪히거나 떨어뜨렸을 때의 손상으로부터 디스플레이를 보호 합니다.

**질문 번호 33: Galaxy S 4G 의 앞부분의 모습을 묘사해 주시겠습니까?**

그 기기를 앞에서 보면, 프론트 부분 혹은 베젤이 그 디스플레이를 둘러싸는 것을 볼 수

있습니다.



(RPX-149)

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

그 기기를 위에서 내려다 보면, 프론트 부분이 코너들에서는 상당히 길거나 더 두껍고, 중간부분에서는 더 짧거나 더 얇습니다.



(RPX-149)

밑에서 기기를 보게 되면, 그 프론트 부분이 다른 어느 부위에서보다 전면의 주위에서 훨씬 더 길거나 더 두껍습니다.



(RPX-149)

보실 수 있는 것처럼, 앞의 외관의 형상은 아직도 제 원래 디자인의 역동성을 어느 정도 암시하고 있는데, 크기와 형상에 있어서 일정하지 않기 때문입니다. 추가적으로, 프론트 부분이 금속으로 만들어지지는 않았지만, 그리고 금속은 휴대폰에서 안테나의 사용을 방해할 수 있기 때문에, 금속처럼 보이도록 만들어서 폰이 좀 더 고가품 혹은 세련미를 더하도록 했습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 34: 금속적인 디테일을 포함해서 삼성 폰의 디자인에 있어서 무엇인가 새로운 것이었습니까?**

아닙니다. 삼성은 지난 10 년동안 피처폰들에 이런 종류의 금속으로 보이게하는 디테일을 사용해 왔습니다. 두개만 예를 드리자면, 삼성 SCH-E500 과 삼성 SGH-E908 이 각각 금속성 트림(metallic trim)을 사용했습니다.

**질문 번호 35: 증인께서는 증거 제시물 RX-3281C 에 나와있는 폰을 알아보시겠습니까?**

예.  저는 그것을 삼성 SCH-E500 단말기 인 것으로 인식합니다. 디스플레이 화면 주위와 패턴을 띠고 영역을 둘러싼 금속성 트림이 보이실 것입니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨



(RX-3281C)

**질문 번호 36: 증인께서는 증거 제시물 RX-3282C 에 나와 있는 폰을 알아보시겠습니까?**

예.  저는 2006 년 6 월부터의 삼성 SGH-E908 로 인식합니다. 앞면 하단의 버튼 주변의

금속성 트림이 보이실 것 입니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨



(RX-3282C)

**질문 번호 37: 증인께서는 Galaxy S 에 또 다른 디자인의 어떤 요소들을 포함시켰습니까?**

이 기기에서 보실 수 있는 것 처럼, 측면에서 보이는 단말기는 균일한 두께를 가지고 있지

않습니다. 그 단말기는 어느 휴대폰에서나 바람직한 얇은 디자인을 가지고 있지만, 그 기기의

배면의 아래쪽 부분에 융기 혹은 돌출부위로써 독특한 조각된 형상을 가지고 있습니다. 그래서

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

독특한 형태와 느낌을 그 단말기에 부여하고 있습니다. 그 용기는 또한 디자인에 있어서도 기능을 발휘합니다. 폰의 틀 속에 그쯤의 부위에 내부 안테나인 "인테나(intenna)"가 있습니다. 인테나를 위한 더 큰 공간을 만듦으로해서, 우리는 폰의 길이를 줄일 수 있었습니다. 그 돌출부위 또한 폰의 배면에 잡을 수 있는 것을 제공해서 들고 있는 것이 더 용이해 지도록 했습니다.

또한, 그 폰의 앞면을 보시면, 액티브 디스플레이 영역과 프론트 부분사이의 디스플레이를 둘러싼 검은색 부위가 보이실 것입니다. 이것은 블랙 마스크(black mask)라고 불립니다. 이것은 접착제 및 유리 표면 밑에 있는 여타 내부 부품들을 감추는 역할을 합니다. 그 블랙 마스크 테두리는 측면에서 보다 상단과 하단에서 더 폭이 넓은데, 그 이유는 그것이 리시버 슬롯의 상단과 하단의 공간을 커버하고, 기능 버튼들과 또 다른 필요한 부품들을 단말기 내 이지만 디스플레이 화면의 뒤가 아닌 곳에 위치하도록 합니다. 블랙 색상은 디스플레이의 측면에서로 부터의 발광을 방지하기 위해, 내부 부품들을 감추기 위해, 제조상의 불량품의 빈도수를 감소하기 위해 쓰이는 가장 비용이 저렴한 색상입니다.

**질문 번호 38:** 미국내에서 출시되었던 모든 Galaxy S 단말기들이 다 그 기기의 뒷쪽의 아랫쪽 분에 같은 용기나 돌출부위가 있었습니까?

아닙니다. T-Mobile 을 제외한 Verizon 이나 Cellular 같은 미국내의 통신업체들에서 판매한 Galaxy S 단말기들은 다 같은 용기나 돌출부위를 가지고 있지 않았습니다. 이런

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

단말기들에는 Fascinate, Mesmerize, 그리고 Showcase 폰들이 포함되며, 3 개 모두 동일한

물리적 디자인을 가지고, 앞에는 각 통신업체의 로고를 가지고 있었습니다만, Showcase 는

예외여서 앞에 삼성 로고만 있었기 때문에 그 로고가 디스플레이 화면위에 위치했습니다.

**질문 번호 39: 증인께서는 증거 제시물 RPX-144 를 Fascinate 단말기로 알아보십니까?**

예, 맞습니다. 이것의 물리적인 디자인이 Mesmerize 와 Showcase 단말기들과

동일합니다.



(RPX-144)

**질문 번호 40: 왜 그 버전들은 뒤에 융기가 없었습니까?**

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

Verizon 에서는 Galaxy S 의 구주향 T-Mobile 모델과의 차별화를 원했습니다. 그 한 방법으로 우리는 폰의 배면에 융기를 제거하고 납작하게 함으로써 정면을 위로한 채 테이블 위에 놓여졌을 때, 배면의 큰 부위가 테이블에 닿도록 했습니다. 이렇게 하기 위해서, 우리는 인테나를 수용할 수 있도록 디스플레이 화면 밑에 폰의 아랫쪽 부분을 더 늘려야 했습니다.

**질문 번호 41: T-Mobile 단말기들과 Fascinate, Mesmerize, 그리고 Showcase 폰들 간에 또 다른 산업 디자인적인 차이점이 있었습니까?**

예. 우리는 단말기에 세번째 섹션을 추가했습니다. T-Mobile 의 Galaxy S 디자인들은 폰의 뒷부분의 배터리 커버에 연결된 프론트 부분만을 가지고 있었지만, 이런 다른 모델들은 프론트 뒤에 혹은 만약에 뉘어져 있는 상태라면 그 밑에 '리어' 부분을 포함하고 있었습니다. 이 설명자료가 제가 무엇을 이야기하는지를 도시하는 데 도움을 주고 있습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨



RDX-2.1 에서 보실 수 있는 것 처럼, 리어는 그 폰의 가장자리를 둘러싼 금속으로 보이는 테로 구성되어 있습니다.  앞에서 부터는, 이 테두리는 보이지 않았지만, 옆에서는 이런  특징이 중앙 부분을 강조함으로써 폰이 얇아 보이도록 합니다.

**질문 번호 42: 증인께서는 Galaxy S 라인에 기준한 또 다른 디자인을 잘 아십니까?**

예.   예를 들자면 삼성 Transform 이 있는데, 그것은 슬라이더식 쿼티자판을 포함했고 Galaxy S 디자인의 파생품이었습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 43: 슬라이드식 자판을 추가한 것 이외에, 그 디자인은 어떤식으로라도 영향을 받았습니까?**

예, 그 슬라이드식 자판은 단말기에 장착된 레일 시스템을 사용했습니다. 그 추가된 하드웨어가 내부 부품을 위해 사용했을 공간을 차지하게 되었습니다. 리시버 스피커가 폰의 최상단 가장자리까지 밀려올라가는 것이 필요했는데, 스피커의 위치로서는 차선이었지만, 리시버의 열린부분이 스피커와 줄을 맞추기 위해 폰의 전면에 더 높은쪽으로 놓였습니다. 또한, 슬라이더 장치와 부착되는 금속 부분이 인테나의 배치에 영향을 주었으며, 그것을 수용하기 위해서 단말기 몸체의 크기를 늘려야 했습니다.

**질문 번호 44: 증인께서는 삼성 Focus S 폰을 잘 아십니까?**

예, 제가 Focus S 폰의 디자인을 감독하였습니다.

**질문 번호 45: Focus S 단말기에 이르게 되었던 디자인의 고려사항들은 무엇이었습니까?**

Focus S 단말기는 윈도우즈 모바일 OS 를 위해서 디자인되었습니다. 다른 여타 윈도우즈 폰들과 마찬가지로, 그것은 윈도우즈 사용자 인터페이스와 균형을 맞추기위해서 미니멀한 디자인을 사용합니다. Focus S 는 전체가 하나인, " 싱글바디 single body " 조립형태를 갖추도록 디자인 되었습니다. 다른 Galaxy S 단말기들의 2 개 혹은 3 개의 조각으로 이루어지는 조립에

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

반해서, 그것은 앞의 유리 표면에서부터 뒷까지 전부 매끈하게 이어지는 것 입니다. 폰의

뒷부분을 형성하기 보다는, 배터리 커버가 뒷 표면의 한 부분만을 차지하는 것입니다.  본 RDX-

2.2 의 설명 이미지들이 이런 다른 접근 방식의 도시를 해 줍니다.



법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 46: Focus S 단말기는 Galaxy S 보다 더 얇습니까?**

예, 확연히 눈에 띨 만큼 입니다. 최초의 Galaxy S 의 디자인과 Focus 의 디자인 사이의 2 년간의 기간사이에 다수의 기술적인 진보가 있었고, 그로 인해 이전에 가능했던 것 보다도 더 얇게 만들 수 있었습니다.

**질문 번호 47: 증인께서는 Galaxy Player 4.0 과 Galaxy Player 5.0 기기들을 익히 잘 알고 계십니까?**

예, 그런 미디어 플레이어 기기들도 약간의 변형을 갖추었지만 제 Galaxy S 디자인의 파생품들이었습니다.  Galaxy 4.0 Player 의 앞면은 Galaxy S 4G 와 Vibrant 디자인과 대등한 반면, 5.0 은 명백하게 더 크지만 그 디자인은 Fascinate, Mesmerize, Showcase 폰들과 더 유사합니다. Galaxy Player 들은 단말기 기기로써 디자인 된 것이 아니었기 때문에, 인테나를 필요치 않았습니다. 이것은 우리가 Vibrant 와 Galaxy S 4G 디자인의 조각된 옹기대신에 평평한 배면을 사용할 수 있도록 했습니다. 우리는 또한 플레이어가 헤드폰이나 이어피스 없이 사용될 때의 음향의 질을 향상하기 위해서 하나의 리어 스피커를 추가했습니다.

5.0 는 4.0 이후에 나왔고 좀 더  향상된 미디어 보기를 위해 훨씬 더 큰 화면을 갖춘 조금 더 고가품 버전이었습니다. 5.0 에는 카메라 기능에 플래쉬가, 그리고 마이크로 SD 슬롯 하나가

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

또 더해졌습니다. 그 기기의 측면상의 버튼의 배치 또한 Galaxy S 단말기들과는 약간 달랐고

Galaxy Player 의 전면에는 터치키가 4 개 대신에 3 개만을 가지고 있었습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 48: 증인께서는, 디자이너로서 고객들의 마음을 끄는 제품을 디자인하는 것이 귀하의 목표입니까?**

저는 디자이너로서 훌륭해 보이는 제품을 창조하고 싶습니다. 그것이 제게는 개인적인 자부심입니다. 하지만 제품을 디자인한다는 것은 외관만을 말하는 것이 아닙니다. 설계할 때 검토하는 요소에는 많은 것이 있습니다. 형태, 기능, 사용성, 제조가능성, 무게, 단가, 자재 등과 같은 여러 가지 요소를 고려해야 합니다. 디자인이 훌륭한 것으로 평가 받을 수 있도록 하기 위해서는, 제품이 훌륭한 소프트웨어,제조 엔지니어링, 색상, 자재, 마감의 조합이어야 합니다. 우리의 목표는 이러한 모든 요소들을 효과적으로 결합한 훌륭한 디자인을 창조하는 것입니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

## 특허 침해 혐의

**질문 번호 49:** 증인, 애플사는 삼성이 Galaxy S 시리즈를 디자인함에 있어 아이폰을 카피했다고 주장합니다. 사실입니까?

절대로 그렇지 않습니다. Galaxy S 디자인은 아이폰과는 별개로 독자적으로 창조된 삼성의 전통 디자인을 기반으로 합니다. 이런 디자인은 오랜 기간동안 존재해 왔으며, 직사각형 모양, 대형 디스플레이 화면, 평평한 전면 표면, 베젤 및 그 외 애플이 아이폰 디자인에서 사용한 요소들과 같은 기능적인 특징들이 포함되어 있습니다. 그것은 Focus S 에서도 마찬가지입니다.

**질문 번호 50:** 하지만 갤럭시 S 를 디자인했을 때 분명히 아이폰을 본 적이 있으셨겠죠?

저는 언론을 통해 아이폰을 본 적이 있지만 그 당시에 한번이라도 손에 들어 본적이 있었는지는 기억나지 않습니다. 아이폰은 한국에서는 2009 년 11 월 말 까지는 출시되지 않았었고, 그것은 제가 갤럭시 S 를 디자인 하는데 있어 삼성의 디자인 전통의 일부로 이끌어내었던 Jet 를 비롯한 다른 많은 단말기들을 디자인한 이후였습니다.

**질문 번호 51:** 삼성에서 본인 위에 있는 어떤 사람에게서 갤럭시 S 나 다른 여타의 폰의 디자인을 아이폰과 비슷하게 만들라는 압력을 받은 적이 있습니까?

없습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 번호 52:** 삼성에 있는 사람이 갤럭시 S 나 다른 여타의 폰이 아이폰과 비슷하게 보이도록 해야 한다거나 아이폰과 비슷한 기능을 포함시켜야 한다고 제안하는 것을 들은 적이 있습니까?

없습니다.

**질문 번호 53:** 아이폰 디자인 특허를 보신 적이 있습니까?

이번 소송과 관련해서 보기 전까지는 없습니다.

**질문 번호 54:** 본 증인 진술서에는 변호사의 상기 질문에 대한 증인 본인의 대답이 나와 있습니까?

예.

**질문 번호 55:** 변호사로부터 받은 질문에 대한 답변들은 본인이 알고 믿고 있는 한 진실되고 정확합니까?

예.

\*          \*          \*

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

저는 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.

일자:  2012-5-3

이민혁

프론트

배터리 커버



**Galaxy S 4G**

프론트

리어

배터리 커버



**Fascinate/Mesmerize/
Showcase**

**RDX-2-1**

프론트

배터리 커버



**Galaxy S 4G**

프론트

리어

배터리 커버

**Fascinate/Mesmerize/
Showcase**

프론트
(전체가 하나)



**Focus S**

**RDX-2-2**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION PURSUANT TO PROTECTIVE ORDER

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled *DIRECT WITNESS STATEMENT OF MINHYOUK LEE* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability.  I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 3, 2012

_____

Alex N. Jo, Translator

CONTAINS CONFIDENTIAL BUSINESS INFORMATION          RX-3444C
SUBJECT TO PROTECTIVE ORDER

# UNITED STATES INTERNATIONAL TRADE COMMISSION
# WASHINGTON, DC

### Before The Honorable Thomas B. Pender
### Administrative Law Judge

| | |
|---|---|
| **In the Matter of:**<br><br>**CERTAIN ELECTRONIC DIGITAL MEDIA DEVICES AND COMPONENTS THEREOF** | **Investigation No. 337-TA-796** |

## DIRECT WITNESS STATEMENT OF MINHYOUK LEE

## SUBMITTED MAY 3, 2012

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

WITNESS BACKGROUND ............................................................................ 3

DESIGN OF GALAXY S PRODUCTS ........................................................... 5

DESIGN ELEMENTS OF ACCUSED PRODUCTS .................................... 10

ALLEGED COPYING................................................................................... 35

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## WITNESS BACKGROUND

**QUESTION NO. 1:**   **Good morning. Please state your name for the record.**

Minhyouk Lee.

**QUESTION NO. 2:**   **Where do you live?**

I live in Seoul, South Korea.

**QUESTION NO. 3:**   **Where do you currently work?**

I work for Samsung Electronics Corporation.

**QUESTION NO. 4:**   **What is your current job title at Samsung?**

Since December 2010, my title is Vice President of the mobile design group.

**QUESTION NO. 5:**   **Did you attend college?**

Yes, I graduated from Kyunghee University in 1996, majoring in the field of industrial design.

**QUESTION NO. 6:**  **Where is Kyunghee University?**

Kyunghee University is a private university in the city of Suwon, South Korea.  It is ranked as one of the top universities in South Korea.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 7:     Did you enter the work force after graduating from Kyunghee University in 1996?**

Yes.

**QUESTION NO. 8:     Can you please walk us through your employment background starting after graduation?**

I started working for Samsung Motors designing automobiles around the time of my graduation in 1996.  I left Samsung in 1999 to work as a freelance designer and was later employed at LG Electronics for approximately a year and a half.  Around July 2001, I returned to Samsung as a designer of mobile devices and have worked there since then.

**QUESTION NO. 9:     How long did you have the title of designer at Samsung after you returned in July 2001?**

Through 2003.  In 2004, I was promoted to senior designer and held that title until approximately March 2007, when I was promoted to principal designer.

**QUESTION NO. 10:  How long did you have the title of principal designer at Samsung?**

Until December 2010, when I became Vice President of design, which is my current position.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 11:   Mr. Lee, I understand that the title "designer," standing alone, describes only a limited part of your time at Samsung, but to make this easier, I would like to use "designer" to include all of the time at Samsung that you have worked in design.  Is that okay?**

Yes, I worked in design the whole time I was at Samsung.


## DESIGN OF GALAXY S PRODUCTS


**QUESTION NO. 12:    As a designer at Samsung, did you have some involvement in the design of a product series called Galaxy S?**

Yes.  I was a main designer for the Galaxy S Project, which resulted in the series of phones known as Galaxy S.

**QUESTION NO. 13:  When did you start designing what became the Galaxy S series?**

Around September or October of 2009.

**QUESTION NO. 14:  Mr. Lee, can you briefly walk us through your approach to designing the Galaxy S?**

Galaxy S was a continuation of Samsung heritage.  It reflects many aspects of Samsung's design philosophy that had been developed early on, starting in the early 2000s.  The original Galaxy S design drew from a design called S8000 Jet, or "Jet" for short, which I designed in 2008.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

The Jet was a touch screen phone and my original intent was for it to have a curved front glass design at the bottom of the front face where the glass would slope down and away from the front.  Due to manufacturing limitations, we had to keep the glass portion flat.  To achieve the sloped appearance, we had to use non-glass materials at the bottom below the display screen.  The Jet had rounded corners on the top and bottom, with the top corners being sharper or less rounded than the bottom corners.  In technical design terms, the radius in the corners on the top was smaller than it was in the bottom corners.  The purpose of this was to make the phone easy to hold and operate with one hand.  Having more rounded corners at the bottom of the phone makes it more comfortable to hold in one hand and to use the thumb to interact with the touchscreen.

While the large display screen format of the Jet was a given for the Galaxy S, which I knew would have a Super AMOLED display screen, I wanted to improve the Jet design, and technological improvements had already made some of the components smaller, allowing for a design in which more of the front surface could be devoted to the display screen.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 15:  Did you have any particular design inspiration when designing the Galaxy S?**

I was inspired by the lines of old automobiles, with bold chrome details and curves.  I wanted to have a design that used these elements, and continuing with the curved front surface of the Jet, which I was hoping could be done with glass.  My early designs for the Galaxy S reflected this more stylized and dramatic approach.

**QUESTION NO. 16:   Did you create any prototypes that reflected your earlier ideas?**

Yes.

**QUESTION NO. 17:    Is exhibit CX-2081 one of the prototypes?**

Yes.  This is one of the early designs I developed for the Galaxy S phone.  As you can see, my original designs had a very stylized look.  The sculpted chrome front piece, which holds the glass front surface, changed in shape and thickness as it travelled around the device.  The bottom of the front glass surface of the phone was also sculpted to slope downward and the backside of the phone echoed this slope. My early designs borrowed a lot from the design language of my time as an automobile designer at Samsung

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Motors and my interest in car design, particularly with metal and chrome

ornamentation.





**CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER**





(CX-2081)

CONTAINS CONFIDENTIAL BUSINESS INFORMATION       RX-3444C
SUBJECT TO PROTECTIVE ORDER

## DESIGN ELEMENTS OF ACCUSED PRODUCTS

**QUESTION NO. 18:** **Is this phone, labeled as exhibit RPX-165, one of the Galaxy S phones as commercially released?**

Yes, that is the Vibrant, which we made for T-Mobile, and which was

the first Galaxy S phone released in the U.S.



(RPX-165)

**QUESTION NO. 19:** **Is this phone, labeled as exhibit RPX-149, also one of the Galaxy S phones as commercially released?**

Yes, that is the Galaxy S 4G. It has the same body shape as the Vibrant.

The only difference is the color, materials, and finishing on the battery cover

of the phone.

10

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



(RPX-149)

## QUESTION NO. 20:    You referred to color, materials, and finishing. What do you mean by that?

Color refers to the color of the phone.  We refer to colors, materials, and finishing as CMF for short.  It can play a significant role in how a phone is perceived.  Fifty designers in our mobile products division are assigned to work only on CMF issues.  Whenever we design a mobile device, many CMF alternatives are considered.

## QUESTION NO. 21:    Can you describe the finish on the Galaxy S 4G?

The Galaxy S 4G uses a relatively expensive finishing process on the back, which is created by spraying paint that has particles that are

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

magnetically sensitive.  Magnets are then used to pull the material in a certain way.  On the Galaxy S 4G this gives an interesting visual appearance that changes depending on the way the light reflects off the surface.



(RPX-149)

## QUESTION NO. 22:     Can you describe the finish on the Vibrant?

The Vibrant finish also produces a premium, multi-dimensional effect. It looks textured but is actually smooth.

## QUESTION NO. 23:     Why did the Galaxy S phones wind up looking different than your early protoypes?

Originally, I wanted the Galaxy S to have a curve in the front glass, in keeping with the more curved shapes I was originally thinking of even when designing the Jet.  I thought by the time I was designing the Galaxy S phone

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

that it would be economically feasible to use curved glass, but it was not possible due to manufacturing capacity issues, so it was changed to flat glass.

Also, the sculpted chrome feature and sculpted back of the early designs posed additional challenges because they interfered with the proper mounting of the internal components such as the battery and touch sensors. Also, as part of the reliability testing we do on our phone designs, we subject prototypes to an extended period of tumbling inside a revolving drum. The sculpted chrome feature from my original design performed poorly in this test, undergoing excessive deformation. At the time, that design was not a feasible design for a mass-production phone on the scale of the Galaxy S.

**QUESTION NO. 24:    Was it unusual that the final product was different from the early prototype?**

No. Often, designers like myself will begin with a more bold, dramatic approach, but the design almost always goes through a process of refinement until it becomes milder. For example, referring back to my time as an automobile designer, companies will often design concept cars that have dramatic, bold, and sometimes unusual styling. Although cars with discrete markets, like performance sports cars, may sell more strikingly designed cars, typically concept cars do not get mass produced. The styling of cars that

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

reach a broad audience is generally much more subdued, and designs that are more functional, comfortable, efficient, and affordable for the end user tend to be more commercially successful.

**QUESTION NO. 25:** **Was there any reason particular to mobile phones to expect the design of the Galaxy S to become more refined from the early prototypes?**

In the mid-2000s, it was common to design cell phones for various discrete segments in the market, such as specific age groups or genders. However, such specialized industrial designs do not work as well for touch screen smartphones.  As the visual detail of the content on the display screen becomes more important to see clearly—such as movies, articles, and pictures, as opposed to simply phone numbers or texts—use of the types of ornamental design details that more directly appeal to certain target groups becomes more distracting.  Thus, at the time of the Galaxy S, the industrial designs of smartphones were becoming more minimal and anonymous. Touch screen smartphones still enable users to customize and personalize their phones, but instead of that personalization being most strongly expressed in the industrial design, it is now expressed through the user interface.  With feature phones, there were few user customization options for what was shown on the display screens, but touch screen smartphones often

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

allow the user to select from different themes, background wallpapers, apps, and widgets.

Given the shift in focus to the display screen, having a more refined, less bold, industrial design better served the user.  It avoids having the industrial design clash with the content displayed on the screen and lets the screen be the paramount element.

I've observed a similar trend toward maximizing the display with televisions.  Home television sets used to be much bulkier products, with dials, knobs, prominent antennae, and even sometimes legs and cabinets.  As technology advanced, televisions became sleeker and more minimal.  Now, with flat screen technology, HD capacity, and remote controls, television designs are extremely minimal and anonymous looking.  From the front and sides, they appear to be essentially just large displays with a thin bezel around the outer edge to hold the unit together.  The focus is almost entirely on the quality of the display.  Mobile devices have some different considerations, but the overall trend is the same: the display is the most important thing.  Therefore, industrial design should not compete with it;  it should provide the essentials to support the product.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 26:  What were the essentials for the Galaxy S design?**

The phone needed to be a comfortable shape to hold in the hand; hold a relatively large display screen; have a receiver and speaker, an earphone jack, a microphone, and a camera; and provide a means to interact with the device, such as turning it on and off, returning to the home screen, adjusting the volume, and containing the components to make all of these functions operative.

Unlike many of the feature phones I developed prior to the Galaxy S, there is not as much design freedom with smartphones.  As larger screen sizes are used, there is less and less room for buttons or other features and ornamentation, so part of my role as a designer is to determine a compact way to include what the device needs and still provide a comfortable, safe, manufacturable shape.

**QUESTION NO. 27:  Is there a reason that the corners of the Galaxy S when viewed from the front are rounded and not sharp?**

A phone is something people hold in their hands.  Rounded corners have a softer feeling than sharp corners and are easier and more comfortable to hold.  Many feature phones have rounded edges where the user holds them, and it was natural to add comfort features to touch screen smartphones as

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

well — particularly because they were forms and sizes users might not intuitively be comfortable with because of their relative newness.  As I did with the Jet design, I used rounded corners for the Galaxy S.  As you can see in the Galaxy S 4G phone, the corners on the Galaxy S phones are more rounded at the bottom than the two at the top.



(RPX-149)

If you hold it in your hand right-side up and then up-side down, you can feel the difference in your palm that the more rounded corners have.  If the corners were not rounded at all, the feel would be less comfortable.

Rounded corners have the added functional benefit of being more durable than sharp corners.  Phones with smaller radii in the corners, that is, phones with sharper corners, do not fare as well as phones with larger radii, or more rounded corners, in the durability test in which prototypes are

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

subjected to an extended period of tumbling inside a revolving drum.  In addition, they have a lower rate of manufacturing defects.

**QUESTION NO. 28:  Why does the Galaxy S have a clear, flat surface across the front of the device?**

As I mentioned earlier, I originally wanted the Galaxy S to have a curve in the front glass, in keeping with the more curved shapes I was originally thinking of even when designing the Jet.  I thought by the time I was designing the Galaxy S phone that it would be economically feasible to use curved glass, but it was not possible due to manufacturing capacity issues, so it was changed to flat glass.

**QUESTION NO. 29:     Why was it not feasible?**

There was not a way to reliably and consistently bend a sheet of glass and make it curved.  Therefore, to give it the appearance of curving, a thicker sheet of glass needs to be used and then carved away.  This makes curved glass far more expensive because it requires more glass to start with and it takes significantly longer to create each piece.  Also, the curved glass was not as durable as flat glass, adding yet another cost to the manufacturing process.  To keep the glass from becoming too costly to manufacture, we went with the flat design.  But we certainly needed it to be flat and clear over the display

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

area so as not to interfere with the functionality of the touchscreen.  In addition, having a single, smooth front surface made it easier to wipe clean.

**QUESTION NO. 30**:  **Why did you choose the particular shape and placement of the receiver or earpiece slot on the front of the Galaxy S?**

The location of the receiver is determined jointly by mechanical, hardware, and sound engineers and is not something determined by the designer alone.  Because the display takes up most of the front of the phone, the most logical place to put the receiver is above the display screen in a location that is centered horizontally when a user holds the phone up to his or her ear.  The size of the slot is determined by engineering research for sound quality reasons, and the rounded shape is due to the drill bit used to cut the hole in the glass.  The drill bit creates a circular hole as it spins, so where it starts and stops in the glass necessarily leaves curved edges and results in either a circle, which would be too small for maximum sound clarity, or an oblong shape.  This shape, with curved edges, is also stronger than a shape cut into the glass with sharp corners, such as rectangle, which would break more easily with pressure applied to the front surface.

When I designed the Galaxy S, we were able to locate the receiver between the top of the display and the edge of the phone.  On my earlier

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

design for the Jet phone, the receiver opening was cut out of the top edge of the cover glass where it met the trim.  At the time I designed the Jet, the speaker components were approximately twice as large as they were when I designed the Galaxy S, so we had less freedom for the Jet in how we would position the receiver hole.  It is better from a functionality standpoint to locate the receiver lower than the top edge of the phone because it is both more comfortable for users and reduces sound leakage.  When the receiver opening is located all the way at the top of the device as in the earlier Jet phone, performance for that component is not as good and the user may feel the need to hold the phone angled further away from the face.

**QUESTION NO. 31:  Mr. Lee, are you familiar with the term "bezel"?**

Yes, I know some people refer to the metallic looking piece of material surrounding the front face in the case of the Galaxy S design as a bezel, but I refer to it as the "front" because it holds the front of the phone in place.

**QUESTION NO. 32:  And is there a reason why the Galaxy S has a front piece?**

Yes, anything with a glass front surface needs a means to attach that surface to the rest of the product.  Front pieces or bezels have been used in Samsung products for many years.  For example, they have been applied to

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Samsung TV screens for decades. The front piece also protects the display from damage if bumped or dropped.

**QUESTION NO. 33:** **Can you describe the appearance of the front in the Galaxy S 4G?**

In the front view of the device, you can see the front piece, or bezel, surrounding the display.



(RPX-149)

In the top view of the device, the front piece is substantially taller, or thicker, on the corners, and shorter, or thinner, in the middle.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



(RPX-149)

In the bottom view of the device, the front piece is much taller, or thicker, than in other portions around the front face.



(RPX-149)

As you can see, the exterior shape of the front still hints at some of the dynamism of my original design, because it is not uniform in size and shape. Additionally, although the front piece is not made of metal, since metal can interfere with antenna use in mobile phones, it is made to look metallic to give the phone a more premium or polished look.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 34:  Was including a metallic detail something new in Samsung phone design?**

No, Samsung has used this type of metallic-looking detail in feature phones for over the last ten years.  As just two examples, the Samsung SCH-E500 and the Samsung SGH-E908 each used metallic trim.

**QUESTION NO. 35:  Do you recognize the phone depicted here in Exhibit RX-3281C?**

Yes, I recognize that as the Samsung SCH-E500 phone.  You can see the metallic trim around the display screen and the surrounding patterned area..

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



(RX-3281C)

## QUESTION NO. 36:  Do you recognize the phone shown in Exhibit RX-3282C?

Yes, I recognize that as the Samsung SGH-E908 phone from June 2006.  You can see the metallic trim around the button on the bottom of the front face.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



(RX-3282C)

## QUESTION NO. 37:  What other design elements did you incorporate into the Galaxy S?

As you can see from this device, the phone in the profile view is not a

uniform thickness.  The phone has a thin design, as is desirable in any mobile

phone, but has a distinctive sculptured shape with a bump or protrusion in the

lower portion of the back of the device, which gives the phone a unique form

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

and feel.  The bump is also functional in the design.  Inside the phone cavity at that point is the "intenna," an internal antenna.  By creating a larger cavity within the phone for the intenna, we were able to reduce the height of the phone.  The protrusion also works to provide a grip on the back of the phone, making it easier to hold.

Also, if you look at the front face of the phone, you see a black area surrounding the display, between the active display area and the front piece.  This is called the black mask.  This serves to hide the adhesive material and other internal components that are under the glass surface.  The black mask border is wider on the top and bottom than on the sides, because it covers the space at the top and bottom for the receiver slot, function buttons, and other components that are required to be placed within the phone but not behind the display screen.  The black color is the most cost effective color to use for preventing light emission from around the sides of the display, for hiding the interior components, and for reducing the frequency of manufacturing defects.

**QUESTION NO. 38:  Do all of the Galaxy S phones that were released in the United States have the same bump or protrusion on the lower portion of the back of the device?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

No, Galaxy S phones sold by carriers in the United States other than T-Mobile, such as Verizon and Cellular, did not have the same bump or protrusion.  These phones included the Fascinate, Mesmerize, and Showcase phones. All three had the same physical design, but with different carrier logos on the front, except for the Showcase, which has only the Samsung logo on the front, so that logo is placed above the display screen.

**QUESTION NO. 39:  Do you recognize exhibit RPX-144 as the Fascinate phone?**

Yes, that's correct.  This is the same physical design as the Mesmerize and Showcase phones.



CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

(RPX-144)

## QUESTION NO. 40:  Why did those versions not have the bump on the back?

Verizon had wanted to differentiate from the European/T-Mobile model of the Galaxy S.  One of the ways we did this was to remove the bump from the back of the phone and flatten it out so that when placed on a table face up, a large portion of the back surface touches the table.  To do this, we had to lengthen the lower portion of the phone below the display screen to accommodate the intenna.

## QUESTION NO. 41:  Were there any other industrial design differences between the T-Mobile phones and the Fascinate, Mesmerize, and Showcase?

Yes.  We added a third section to the phone.  Whereas the T-Mobile Galaxy S designs had just the front piece, which connected to the battery cover on the back of the phone, these other models included a rear piece behind the front—or below it, if it is lying down.  This demonstrative helps illustrate what I am talking about:

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



As you can see from RDX-2.1, the rear consisted of a metallic-looking rim around the perimeter of the phone.  From the front, this rim was not visible, but from the side, this feature helps make the phone look thinner by highlighting the center portion.

 **QUESTION NO. 42:  Are you familiar with any other designs that are based on the Galaxy S line?**

Yes.  For example, the Samsung Transform, which incorporated a slider-style QWERTY keyboard, was a derivative of the Galaxy S design.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 43:  Aside from the addition of the sliding keyboard, was the design affected in any way?**

Yes, the sliding keyboard used a rail system, which was mounted on the phone.  The addition of that hardware took up space otherwise used by internal phone components.  It required the receiver speaker to be pushed toward the top edge of the phone, so the receiver opening had to be made higher on the front face of the phone to align with the speaker, even though that is a sub-optimal location for the speaker.  Also, the metal pieces attaching the slider mechanism affected the placement of the intenna, so the phone body had to increase in size to accommodate it.

**QUESTION NO. 44:  Are you familiar with the Samsung Focus S phone?**

Yes, I supervised the design of the Focus S phone.

**QUESTION NO. 45:  What design considerations led to the Focus S phone?**

The Focus S phone was designed for the Windows mobile operating system.  Like many other Windows phones, it uses a minimal design to balance the Windows user interface.  The Focus S was designed to have a one-piece, or "single-body," construction, which extends smoothly from the front glass surface all the way through the back.  Rather than form the back

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

portion of the phone, the battery cover occupies only a portion of the back surface, as opposed to the two- and three-piece constructions of other Galaxy S phones.  The demonstrative image RDX-2.2 helps illustrate these differing approaches.



CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 46:  Is the Focus S phone thinner than the Galaxy S?**

Yes, quite noticeably so.  In the two-year span between the design of the first Galaxy S design and the Focus, a number of technological advancements occurred, which allowed us to make it thinner than was possible previously.

**QUESTION NO. 47:  Are you aware of the Galaxy Player 4.0 and Galaxy Player**

**5.0 devices?**

Yes, those media player devices were also derivatives of my Galaxy S design, with some minor changes.  The front of the Galaxy 4.0 Player matches the Galaxy S 4G and Vibrant designs, whereas the 5.0 uses a design more similar to the Fascinate/Mesmerize/Showcase phones — although distinctly larger.  The Galaxy Players were not designed as phone devices, so they didn't need an intenna.  This allowed us to use a flat back instead of the sculpted bump of the Vibrant and Galaxy S 4G design.  We also added an additional rear speaker to enhance the sound quality for when the player is used without headphones or ear buds.

The 5.0 came out after the 4.0 and was a more premium version, with a much larger screen, designed for more enhanced media viewing.  There was

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

also a flash added to the camera functionality in the 5.0 and a micro SD slot. The button placement on the sides of the device were also slightly different than the Galaxy S phones and the front of the Galaxy Players had only three touch keys instead of four.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION               RX-3444C
SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 48**:  **Mr. Lee, as a designer, is it a goal of yours to design products that are attractive to consumers?**

As a designer, I want to create products that I think are attractive.  It is a point of personal pride for me.  But designing a product cannot be only about exterior looks.  There are many different elements that go into a design.  You have to consider form, functionality, usability, manufacturability, weight, cost, materials, and other things.  To be evaluated as a good design, the product has to have a combination of good software, manufacturing, engineering, color, materials, and finishing.  It is our goal to create a good design that incorporates all of these elements effectively.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION          RX-3444C
SUBJECT TO PROTECTIVE ORDER

## ALLEGED COPYING

**QUESTION NO. 49:  Mr. Lee, Apple accuses Samsung of copying the iPhone in designing the Galaxy S series.  Is that true?**

Absolutely not.  The Galaxy S design is based on Samsung's heritage designs that were created independent of the iPhone.  These designs have been around for years and include functional characteristics such as a rectangular shape, large display screen, flat front surface, bezel and other elements that Apple used in the iPhone design. The same is true of the Focus S.

**QUESTION NO. 50:   Certainly, you had seen an iPhone at the time you designed the Galaxy S, though?**

I had seen the iPhone through media but I do not recall if I had even held one at that time.   They were not released in Korea until late November 2009, which is after I had designed the Jet and many other Samsung phones, which I drew on as part of Samsung's design heritage in designing the Galaxy S.

**QUESTION NO. 51:  Did you ever receive pressure from anyone above you at Samsung to make the Galaxy S or any other phone design look more like the iPhone?**

No.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 52:   Did you ever hear anyone at Samsung suggest that the Galaxy S or any other phone should look more like the iPhone or include features that were more like the iPhone?**

    No.

**QUESTION NO. 53: Have you seen any of the design patents for the iPhone?**

    Not until I saw them in connection with this lawsuit.

**QUESTION NO. 54:  Does this witness statement contain your answers to the**

**foregoing questions from counsel?**

    Yes.

**QUESTION NO. 55:  Are these answers to the questions from counsel true and**

**correct to the best of your knowledge and belief?**

    Yes.

*     *     *

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge, information and belief.


Date:  May 3, 2012                          _____

                                            Minhyouk Lee