# EXHIBIT 11

미국 무역위원회 (US ITC)

워싱턴 D.C.

**Thomas B. Pender 행정법판사님 귀하**

사안:

특정 전자 디지털 미디어 장치 및 그 부품

사건번호 337-TA-796

**방용석(Yongseok Bang) 증인의 직접신문 진술서**

**RX-3445C**

기본 규칙 제 9.1 조항과 명령 5 호에 의거해  피신청인 Samsung Electronics Co., Ltd., Samsung Telecommunications America LLC, 및 Samsung Electronics America, Inc. (통틀어  "삼성")는 방용석의 증인 진술서를 제출합니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

날짜: 2012 년 5 월 3 일                    삼가 제출합니다.

제출인   /s/ *Eric Huang*_____
         Charles K. Verhoeven
         Quinn Emanuel Urquhart & Sullivan, LLP
         50 California Street, 22nd Floor
         San Francisco, CA 94111
         전화: 415-875-6600

         Kevin P.B. Johnson
         Victoria Maroulis
         Quinn Emanuel Urquhart & Sullivan, LLP
         555 Twin Dolphin Drive, 5th Floor
         Redwood Shores, California 94065
         전화: 650-801-5066

         Eric Huang
         Quinn Emanuel Urquhart & Sullivan, LLP
         51 Madison Ave., 22nd Floor
         New York, NY 10010
         전화: 212-849-7000

         William Price
         Quinn Emanuel Urquhart & Sullivan, LLP
         865 S. Figueroa St., 10th Floor
         Los Angeles, California 90017
         전화: 213-443-3000

         Charles F. Schill
         Steptoe & Johnson LLP
         1330 Connecticut Ave., NW
         Washington, DC 20036
         전화: 202-429-8162

         피신청인측 변호인 Samsung
         Electronics Co., Ltd., Samsung Electronics
         America, Inc., and Samsung Telecommunications
         America, LLC

## 목차

페이지

학력, 경력 등 ................................................................................................................4

피제소 제품의 디자인 ....................................................................................................6

카피했다는 주장 ..........................................................................................................23

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

## 학력, 경력 등

**질문 1 번:**

**안녕하십니까? 기록을 위해 성함을 말씀해 주십시오.**

**질문 1 번에 대한 증인의 답변:**

방용석입니다.

**질문 2 번:**

**어디에 살고 계십니까?**

**질문 2 번에 대한 증인의 답변:**

한국 경기도 용인시에서 살고 있습니다.

**질문 3 번:**

**현재 어디에서 근무하십니까?**

**질문 3 번에 대한 증인의 답변:**

삼성전자(SEC)에서 근무합니다.

**질문 4 번:**

**삼성에서 현재 직위가 어떻게 되십니까?**

**질문 4 번에 대한 증인의 답변:**

2007 년부터 삼성에서 책임 디자이너로 근무하고 있습니다.

**질문 5 번:**

**대학을 다니셨겠지요?**

**질문 5 번에 대한 증인의 답변:**

예, 1996 년 웨스턴 미시건 대학에서 산업디자인 전공으로 학사학위를 받고 졸업했습니다.

**질문 6 번:**

**1996 년 웨스턴 미시건대학을 졸업하신 후 무엇을 하셨습니까?**

**질문 6 번에 대한 증인의 답변:**

군복무를 위해 한국으로 돌아갔습니다.

**질문 7 번:**

**그 후에 취직하셨습니까?**

**질문 7 번에 대한 증인의 답변:**

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

예.

**질문 8 번:**

**대졸 이후부터의 직장경력에 대해 말씀해주시겠습니까?**

**질문 8 번에 대한 증인의 답변:**

대학졸업후 제 첫 직장은 Innodesign 이었습니다. Innodesign 은 산업디자인 컨설팅업체로서 본사는 미국 팔로알토에있고 서울에 지사를 두고 있습니다. Innodesign 은 컨수머 일렉트로닉스 제품을 포함하여 다양한 제품에 대한 산업디자인 컨설팅서비스를 제공합니다. Innodesign 후에는 디자인 정글 및 디자인 컨티누엄이라는 두 군데의 디자인 컨설팅업체에서 근무했습니다.

2001 년에는디자이너 직위로 삼성전자에 취직했습니다. 그 후 선임 디자이너로 그리고 나중에는 현재의 직위인 책임 디자이너로 승진했습니다.

## 피제소 제품의 디자인

**질문 9 번:**

**삼성의 디자이너로서 모바일폰의 디자인에 관여하셨습니까?**

**질문 9 번에 대한 증인의 답변:**

예, 2006 년부터 삼성 무선사업부 소속입니다. 블루투스 헤드세트와 여러 피처폰의 디자인을 해오다가 Infuse 4G 라는 스마트폰 디자인을 담당하게되었습니다. 그후 저는 삼성 Galaxy S II 라는 스마트폰을 담당하게 되었습니다.  Galaxy S II 모바일폰 제품 라인에는 AT & T 에 의해 판매된

Galaxy S II, T-Mobile 에 의해 판매된 Galaxy S II, Sprint 에 의해 판매된 Galaxy S II Epic Touch, AT & T 에 의해 판매된 Galaxy S II - Skyrocket 등이 포함되어 있습니다.


**질문 10 번:**

**Infuse 4G 라는 프로젝트에는 언제부터 일하기 시작했습니까?**


**질문 10 번에 대한 증인의 답변:**

2010 년 3 월경부터 Infuse 4G 디자인을 시작했습니다.

**질문 11 번:**

**대략 어떤 과정을 통하여 Infuse 4G 디자인을 하셨는지 설명해 주실 수 있습니까?**

**질문 11 번에 대한 증인의 답변:**

제가 관여했던 대부분의 제품디자인과 마찬가지로 LCD 사이즈, 칩셋 스펙, 소프트웨어 스펙, 배터리 용량, 스피커 사이즈 등 상품기획팀으로부터 제품에 탑재될 구성요소들에 대해 특정 스펙들을 통보 받았습니다. 제 경험으로는 이러한 엔지니어링 사양들은 기구개발팀과 하드웨어팀에 의해 결정되는 것이 통상적이고 그 후에 저희가 그런 기술적인 사양들과 정합이 되는 디자인을 생성할 수 있도록 저희 디자이너들에게 커뮤니케이션을 합니다. 이러한 사양을 염두에 두면서, 사람들에게 어필할 수 있는 산업디자인, 제품사양 및 여러 기능, 사용자들을 위한 사용성, 제조비용을 포함하는 제조 측면의 고려사항 등 여러가지 서로 다른 고려사항들간에 적절한 밸런스를 제공하는 디자인을 창출하기 위해 엔지니어들과 협업을 합니다. 최종 제품 디자인에 도달하기전까지는 몇 주나 몇 달 간에 걸쳐 엔지니어들과 인터액티브한 협업과정을 거치는 것은 당연한 과정이었습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 12 번:**

**Galaxy S II 에 있어서도 유사한 과정을 거치셨습니까?**

**질문 12 번에 대한 증인의 답변:**

예.

**질문 13 번:**

**증인께서 나름대로 이해하시는 삼성의 디자인 철학에 대해 말씀해 주실 수 있습니까?**

**질문 13 번에 대한 증인의 답변:**

삼성 디자이너들에게 계속 주입되는 삼성의 핵심철학 중 하나는 직관적이고 사용자친화적인

제품을 디자인 하는 것입니다. 이는 스마트폰을 포함하는 컨수머 제품 디자인에 있어 제품의

기능성이나 사용의 용이성 향상에 도움이 되지지 않는 선(line)이나 요소(element)들을 제거하여

디자인을 심플하게 한다, 즉 "형상은 기능을 따라야한다(form should follow function)" 라는 제

개인적인 철학과 부합합니다.

**질문 14 번:**

**INFUSE 4G 작업을 하시는 동안 본인의 디자인 목표는 무엇이었습니까?**

**질문 14 번에 대한 증인의 답변:**

애당초부터 저는 종래에 시중에 출시된 스마트폰과는 다른 폰을 디자인하고자 했습니다. 특히,

삼성 Galaxy S 등의 기존 스마트폰에 비해 더욱더 스마트해 보이고 세련되어 보이는 제품을

디자인하고 싶었습니다. 더욱더 스마트하다는 말은 예전 기기들에 비해 더욱 슬림하고 더욱

미니멀한 디자인, 즉, 폰에 더욱 깔끔한 테크놀러지 필을 주면서 좀더 바짝 둥글려진 코너를 가진

폰을 의미합니다. 그 당시에는 HTC 폰, Nokia 폰, Galaxy S 등 여러 스마트폰들이 큰 R-값을 가진

둥그란 코너를 가지고 있었습니다. 그렇기 때문에 작은 R-값을 가지면서 더욱 바짝 둥글려진

오똑한 코너를 만드는 것이 Infuse 4G 디자인을 다른 제품과 차별화 시키고자 하는 방법 중 한가지

였습니다. 또한, 더욱 스마트하고 더욱 세련된 외관을 가지면서 시중에 나와 있는 다른 스마트폰과

차별되는 폰을 만들기 위해 더욱더 평평하고 덜 둥그런 뒷면을 가지고 일체형 "유니바디" 구조를

가진 폰을 디자인 하고 싶었습니다. 많은 스마트폰들이 스크린을 고정시켜주는 앞면부분과 그

뒤에 있는 뒷부분 그리고 베터리커버를 가지고 있었는데 저는 이런 부분들의 수를 줄이고

싶었습니다. 그래서 앞면과 뒷부분들을 합치고 배터리커버가 뒷표면의 일부만 차지하도록

만들었습니다.



Contains Confidential Business Information – Subject to Protective Order

9

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

이밖에, 슬림한 모양을 주고 폰의 파지감이 좋게 하기 위해 약간의 엣지를 유니바디 하우징 측면부들에 추가했습니다.



또한, 삼성에서 "하이퍼스킨"이라고 부르는 질감의 재료를 탈착가능한 배터리커버의 재질로 사용하기로 저는 결정했습니다. 하이퍼스킨은 당시 흔히 사용되었던 재료들과는 외양에 있어서 아주 많이 다르고 느낌도 달랐으며 더 나은 그립을 제공했습니다.

10



**질문 15 번:**

**Infuse 4G 의 디스플레이 스크린 사이즈는 어떤 사이즈였습니까?**

**질문 15 번에 대한 증인의 답변:**

4.5 인치였습니다. 당시에는 엄청 큰 것으로 여겨졌습니다. 다른 스마트폰 디스플레이 스크린보다

훨씬 더 큰 사이즈였습니다.

**질문 16 번:**

**디스플레이 스크린의 사이즈를 본인이 결정하셨습니까?**

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 16 번에 대한 증인의 답변:**

아닙니다. 디스플레이 스크린 사이즈는 하드웨어 엔지니어들과 상품기획팀에서 제공한

사양이었습니다.

**질문 17 번:**

**INFUSE 4G 는 결국 출시됐습니까?**

**질문 17 번에 대한 증인의 답변:**

예. Infuse 4G 는 출시되어 AT & T 에서만 판매되었습니다.

**질문 18 번:**

**CPX-83, 그게 AT & T 가 판매한 Infuse 4G 입니까?**

**질문 18 번에 대한 증인의 답변:**

예, CPX-83 은 삼성 Infuse 4G 입니다.

**질문 19 번:**

**방 책임님 , Galaxy S II 의 디자인 과정을 설명해 주실 수 있습니까?**

**질문 19 번에 대한 증인의 답변:**

저는 Infuse 4G 디자인을 시작한 후에 Galaxy S II 작업을 시작했습니다. 저한테 주어진 사양 중

하나는 Galaxy S II 이 4.3 인치 디스플레이 스크린을 가져야 한다는 것이었는데 이는 Infuse 4G 에

사용된 4.5 인치 디스플레이 스크린보다 약간 작은 것이었습니다. 미국에서 AT & T 에 의해서만

판매됐던 Infuse 4G 와는 달리 Galaxy S II 은 글로벌 유통을 목적으로 했었습니다. 제가

이해하기로는 약간 더 작은 스크린사이즈, 즉  약간 더 작은 단말기 사이즈 스펙은 약간 더 작은

사이즈의 단말기를 선호하는 글로벌 선호도에 맞추기 위한 취지였습니다.

하지만 Infuse 4G 와 마찬가지로 저는 예전의 폰에 비하여 더 스마트하고 더 미니멀한 폰을

원했습니다. 이에 따라 Infuse 4G 와 Galaxy S II 사이에는 여러 공통적인 디자인 요소들이 있으며

더욱 미니멀한 모양과 좀 더 타이트하고 깔끔한 코너 등을 포함시켜 기술적인 느낌과 하단부에서

약간의 돌출된 부분 혹은 "힙(hip)"과 질감이 있는 배터리커버를 포함하는 더 평평한 뒷면을

만들고자 했습니다.

Galaxy S II 은 유니바디 하우징은 없지만 Infuse 4G 와 마찬가지로 더욱 더 슬림한 외관과 더 나은

그립을 제공하기 위해 하우징 측면에 약간의 엣지를 포함시켰습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨



질문 20 번:

**CPX-57 은 미국에서 상용화되어 출시된 Galaxy S II 중 하나입니까?**

**질문 20 번에 대한 증인의 답변:**

예, CPX-57 은 Galaxy S II 이고 AT&T 에 의해 판매되었습니다.

**질문 21 번:**

**Infuse 4G 와 Galaxy S II 을 디자인 하시던 당시에, iPhone 버전들을 보신 적 있었습니까?**

**질문 21 번에 대한 증인의 답변:**

오리지널 iPhone 은 이미지만 봤고, 실물로는 iPhone 3G 는 봤지만 iPhone 4 는 본 적이 없었습니다.

**질문 22 번:**

**Infuse 4G 와 Galaxy S II 를 디자인하면서 다른 제조업체들의 폰들을 고려하셨습니까?**

**질문 22 번에 대한 증인의 답변:**

새롭고 다른 제품을 디자인 하기 위해 Infuse 4G 와 Galaxy S II 을 디자인 하던 당시, 시중에 나와있는 여러 제조업체들의 다양한 폰을 참고 했습니다. 시중에 어떤 것들이 나와있는지 모르는 상태에서는 우리가 뭔가 다르게 하고 있다는 것을 알 수가 없습니다.

**질문 23 번:**

**CPX-57 에 나와있는 것 외에 삼성에서 Galaxy S II 의 다른 어떤 버전들을 만들었습니까?**

**질문 23 번에 대한 증인의 답변:**

예, 삼성은 다양한 무선사업자들이 미국에서 판매하도록 상이한 여러가지 Galaxy S II 버전을 만들었습니다. 예를 들자면, 삼성은 T-Mobile (CPX-58) 에 의해 판매된 Galaxy S II - SGH-T989, Sprint (CPX-40) 에 의해 판매된 Galaxy S II-Epic Touch, AT & T 에 의해 판매된 Galaxy S II— Skyrocket (CPX-59) 등을 만들었습니다.  상기 Galaxy S II 모델들은  모두 4.5 인치 스크린을 가지고 있었습니다. 여러 무선사업자들은 경쟁사가 제공하는 것과 다른 룩(look)의 디바이스를 제공하고 싶어했기 때문에 코너 R-값, 카메라 오프닝, 뒷면 모양, 배터리 커버 등을 포함해 여러 단말기 버전들간에 특정 디자인 요소들에 변화를 주었습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨



질문 24 번:

**CPX-59 을 미국 내에서 상용화 출시된 Galaxy S II--Skyrocket 으로 알아 보시겠습니까?**

질문 24 번에 대한 증인의 답변:

예, CPX-59 은  AT & T 에 의해 판매된 Galaxy S II – Skyrocket 입니다.

질문 25 번:

**CPX-40 도 미국 내에서 상용화 출시된 Galaxy S II--Epic Touch 으로 알아보시겠습니까?**

질문 25 번에 대한 증인의 답변:

예, CPX-40 은  Sprint 에 의해 판매된 Galaxy S II-- Epic Touch 입니다.

**질문 26 번:**

**CPX-58 을  미국 내에서 상용화 출시된 Galaxy S II SGH-T989 로 알아보시겠습니까?**

**질문 26 번에 대한 증인의 답변:**

예, CPX-58 은 T-Mobile 에 의해 판매된 Galaxy S II 버전입니다.

**질문 27 번:**

**Infuse 4G 과 Galaxy S II 단말기는 공통의 디자인 요소를 공유합니까?**

**질문 27 번에 대한 증인의 답변:**

일반적인 차원에서 Infuse 4G 와 Galaxy S II 폰은 일반적으로 직사각형인 모양, 동그란 코너, 큰

디스플레이 스크린 등 F700, Jet, Omnia, Galaxy S 및 다른 단말기들을 포함하여 삼성의

전통디자인에서 찾아볼 수 있는 공통적인 디자인 요소들을 포함하고 있습니다.

**질문 28 번:**

**왜 the Infuse 4G 와 the Galaxy S II 가 직사각형 모양을 갖도록 디자인하셨습니까?**

**질문 28 번에 대한 증인의 답변:**

직사각형 모양은 다른 모양에 비해 사용자가 더 쉽고 편하게 손안에 잡고 있을 수 있습니다. 또한,

디스플레이 스크린은 전반적으로 직사각형이기 때문에 그런 직사각형 모양의 스크린을 수용할 수

있는 가장 효율적인 방법은 폰의 몸체역시 전반적인 직사각형 모양으로 해 주는 것입니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 29 번:**

**Infuse 4G 및 the Galaxy S II 를 디자인 하시면서 더 바짝 둥글려진 코너와 더 작은 R-값을 원하셨다고 말씀하셨습니다. 왜 Infuse 4G 와 Galaxy S II 를 코너가 완전히 직각으로 디자인을 하지 않으셨습니까?**

**질문 29 번에 대한 증인의 답변:**

모바일 폰은 사람들이 손에 쥐고 귀에 대고 이리저리 가지고 다니는 것 입니다. 뾰족한 코너를 가진 폰을 손에 들고 다니거나 귀에 대는 것은 편하지 않을 것입니다. 또한, 코너가 완전히 사각형이라면 옷에 걸리기 쉬우며 특히 폰을 주머니에 넣거나 주머니에서 뺄 때 걸리기 쉽습니다. 네모난 코너는 또한 어떤 물건에 부딪치거나 떨어뜨릴 경우 동그란 코너보다 부러지기 쉽고 일부가 떨어져 나가기 쉽습니다.

**질문 30 번:**

**디스플레이 스크린의 사이즈는 어떤 식으로 폰 디자인에 영향을 미칩니까?**

**질문 30 번에 대한 증인의 답변:**

앞면 디자인은 컨수머들이 디스플레이에 보이는 정보와 이미지를 보거나 인터랙션을 하거나 액세스를 할 때 즐거운 경험이 제공될 수 있을 정도로 충분히 큰 터치스크린 디스플레이를 가진 스마트폰을 찾으며 요구한다는 사실이 주도적인 역할을 했습니다. 삼성이 포커스 그룹 스터디(FGS) 를 실시한 결과 컨수머들은 더 큰 디스플레이를 원한다는 결과가 나왔습니다. 큰 터치스크린 디스플레이는 폰 전면의 대부분을 차지하기 때문에 유저와 디스플레이사이의

인터랙션을 극대화하기 위해서는 폰의 앞면을 커버하는 유리와 같은 투명한 표면을 갖는 것이

필요합니다 .


**질문 31 번:**

**왜 Infuse 4G and 및 Galaxy S II 디바이스의 앞면 표면은 평평합니까?**


**질문 31 번에 대한 증인의 답변:**

평평한 유리는 제가 이런 디자인에서 원했던 더욱 스마트하고 테크놀러지 룩에 부합됩니다. 또한

저는 평평한 유리가 이런 폰에 대해 사실상 가용성 있는 유일한 옵션으로 판단했습니다. 커브가

있는 휘어진 유리는 평평한 유리에 비해 제조비용이 높아집니다. 휘어진 유리를 만들기 위해서는

두꺼운 유리시트의 여러 부분을 깎아버려야 하는데 처음에 시작할 때부터 더 많은 유리가

필요하고 하나를 만드는 데에 있어 상당히 더 오래 걸리기 때문에 휘어진 유리가 상당히 더

비싸지게 됩니다. 휘어진 유리를 만드는 과정은 제조과정에서 더 많이 깨지기 때문에 전반적인

비용이 늘어나게 됩니다. 또한, 평평한 유리표면은 디스플레이에 대한 가시화 시인성을 높여주고

폰을 더욱더 슬림하게 만들수 있도록 해줍니다. 휘어진 유리는 돌출되기 때문에 디바이스가 더욱

두껍게 만듭니다. 이런 여러 이유로 인해 평평한 유리표면이 선호됩니다. 이밖에, 휘어진 유리는

디스플레이를 둘러싸는 림의 위로 돌출하는데 폰을 부딪치거나 떨구는 경우 더 쉽게 부러지거나

금이 갑니다. Infuse 4G 및 Galaxy S II 에서 디스플레이를 둘러싸는 가는 림은 평평한 유리 위로

다소 솟아올라 있는데 이로 인해 유리가 더 보호됩니다.


**질문 32 번:**

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**Infuse 4 G 와 Galaxy S II 의 앞면에 있는 리시버 혹은 이어피스의 구멍 모양과 위치는 왜 이렇게 선택하셨습니까?**

**질문 32 번에 대한 증인의 답변:**

리시버 구멍의 위치는 기구팀, 하드웨어팀, 음향팀에 의해 합동으로 결정이 되며 디자이너들이 독자적으로 결정하는 것이 아닙니다. 디스플레이가 폰 전면의 대부분을 차지하기 때문에 리시버 구멍의 위치로 가장 논리적인 곳은 유저가 폰을 자신의 귀에 댔을 때 수평적으로 중심이 되는 디스플레이 윗부분입니다. 리시버 구멍의 사이즈는 음향품질 이유로 인해 엔지니어링 리서치에 의해 결정되며 동그란 모양은 유리에서 구멍을 깎아내는데 사용되는 드릴 날 때문입니다. 드릴 날은 동그라며 이에 따라 유리에서 시작하고 멈추는 곳은 커브 모양의 엣지를 남기게 됩니다. 끝부분이 둥글려진 좁고 수평한 슬롯은 리시버에서 나오는 음향을 최적화 해줍니다. 폰 자체와 디스플레이 스크린이 사각형이기 때문에 이 모양은 폰의 사각형 라인과도 시각적으로 부합됩니다. 또한, 날카로운 코너를 가진 사각형 혹은 네모난 모양의 구멍은 비록 경비적 측면에서 유효하게 제조될 수 있다 하더라도, 전면에 압박이 가해질 경우 더욱 쉽게 부러지게 됩니다.



이 어 피스 **(Ear Piece)**

[CPX-83]

[CPX-57]

Contains Confidential Business Information – Subject to Protective Order                    RDX-3-6

**질문 33 번:**

**왜 Infuse 4G 와 Galaxy S II 폰은 디스플레이 스크린 주변에 검은색 경계가 있습니까?**

**질문 33 번에 대한 증인의 답변:**

디스플레이를 둘러싸는, 즉, 디스플레이와 외부 림 혹은 디바이스의 몸체 사이에 있는 검은색 경계를 블랙 마스크 (BM)이라고 합니다. BM 은 유리표면 밑에 있는 접착물질과 다른 내부부품들이 안 보이게 가려주는 용도를 가지고 있습니다.

디바이스 앞 표면 측면의 BM 은 더욱 좁은데 이는 폰을 너무 넓게 만들지 않고 디스플레이 스크린의 폭을 극대화시키기 위한 것으로, 손으로 쥘때 효율적이고 편하게 해주는동시에 디스플레이 모듈과 관련된 추적 센서와 접착 물질들이 안 보이게 가려주는 용도로도 사용됩니다. 앞 표면 상단부와 하단부에 있는 BM 은 더 넓은데, 이는 디스플레이 위에 위치한 근접 센서와

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

리시버 등의 위치에 있는 일단의 필요한  내부 부품 및 디스플레이 밑에 위치한 버튼, 마이크, USB
포트, 안테나 등의 배치를 위한 것입니다.



**질문 34 번:**

**디자이너로서 컨수머들에게 매력적인 제품을 디자인 하는 것이 본인의 목표입니까?**

**질문 34 번에 대한 증인의 답변:**

저는 디자이너로서 당연히 컨수머들에게 독특하고 기억에 남을 만한 제품을 디자인하고 싶습니다.

하지만 디자인은 제품의 단순한 외관보다 훨씬 더 많은 것을 의미합니다. 스마트폰과 같은

디바이스를 디자인 하는 것은 여러 목표들을 조율하는 밸런스를 맞추는 것입니다. 예를 들자면,

양질의 외관 외에 잘 디자인된 폰은 디바이스의 기능적 feature 의 성능을 최적화 해줍니다. 그리고

컨수머가 사용하기 편리하고 안전하며 비용효과적으로 제조 할 수 있습니다. 디자이너로서 저의 목표는 이런 여러 목표들간의 적절한 밸런스를 찾아내는 것입니다. 저는 Infuse 4G 와 Galaxy S II 폰에서 이를 성공적으로 달성했다고 생각합니다.

## 카피했다는 주장

**질문 35 번:**

**방 책임님 , 애플은 삼성이 Galaxy S II 폰과 Infuse 를 디자인하면서 iPhone 을 카피했다고 주장합니다. 이런 일이 실제로 벌어졌습니까?**

**35 번에 대한 증인의 답변:**

아닙니다. 삼성에서 우리는 경쟁사들의 제품들으로부터 우리의 제품을 차별화 시키는 디자인을 만들어내고자 최선을 다합니다. 다른 제품을 카피하는 것이 아니고 더 나은 디자인을 만들어내고자 항상 노력합니다.

**질문 36 번:**

**Infuse 4G 나 Galaxy S II 의 디자인이 iPhone 처럼 보이게 하도록 삼성의 윗선으로부터 압력을 받은 적이 있습니까?**

**질문 36 번에 대한 증인의 답변:**

아닙니다. 오히려 우리는 시중에 이미 나와 있는 제품들과 다른 모양을 가진 제품을 창출하도록 지시 받고 있습니다.

법원 보호명령에 따른 사업기밀정보(CBI)가 포함됨

**질문 37 번:**

**Infuse 4G 혹은 Galaxy S II 디자인이 iPhone 처럼 보이게 하도록 해야 한다거나 혹은 iPhone 처럼 보이도록 하는 산업디자인요소를 포함시켜야 한다는 이야기를 삼성에서 한 번이라도 들은 적이 있습니까?**

**질문 37 번에 대한 증인의 답변:**

없습니다. 거듭 말씀 드리지만 저희는 경쟁사들의 제품들로부터 자사 제품을 차별화 시키기를 원했습니다.

**질문 38 번:**

**본 증인 진술서에는 변호사로부터의 상기 질문들에 대한 본인의 답변이 나와 있습니까?**

**질문 38 번에 대한 증인의 답변:**

예.

**질문 39 번:**

**변호사로부터 받은 질문에 대한 그 답변들은 본인이 알고 있고 판단하는 한 진실되고 정확합니까?**

**질문 39 번에 대한 증인의 답변:**

예.

\*          \*          \*

저는 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.



날짜:

**방용석(Yongseok Bang)**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the ***DIRECT WITNESS STATEMENT OF YONGSEOK BANG*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 3, 2012

_____

Alex N. Jo, Translator

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the *DIRECT WITNESS STATEMENT OF YONGSEOK BANG* is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 16, 2012

Sue Mi Jones, Translator

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

### UNITED STATES INTERNATIONAL TRADE COMMISSION
### WASHINGTON, DC

**Before The Honorable Thomas B. Pender**
**Administrative Law Judge**

| | |
|---|---|
| In the Matter of:<br><br>**CERTAIN ELECTRONIC DIGITAL MEDIA DEVICES AND COMPONENTS THEREOF** | **Investigation No. 337-TA-796** |

## DIRECT WITNESS STATEMENT OF YONGSEOK BANG

### RX-3445C

Pursuant to Ground Rule 9.1 and Order No. 5, Respondents Samsung Electronics Co., Ltd.,

Samsung Telecommunications America LLC, and Samsung Electronics America, Inc.

(collectively, "Samsung") hereby respectfully submit the Witness Statement of Yongseok Bang.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Dated:  May 3, 2012                          Respectfully submitted,


                                   By:   /s/ *Eric Huang*_____
                                         Charles K. Verhoeven
                                         Quinn Emanuel Urquhart & Sullivan, LLP
                                         50 California Street, 22nd Floor
                                         San Francisco, CA 94111
                                         Telephone: 415-875-6600

                                         Kevin P.B. Johnson
                                         Victoria Maroulis
                                         Quinn Emanuel Urquhart & Sullivan, LLP
                                         555 Twin Dolphin Drive, 5th Floor
                                         Redwood Shores, California 94065
                                         Telephone: 650-801-5066

                                         Eric Huang
                                         Quinn Emanuel Urquhart & Sullivan, LLP
                                         51 Madison Ave., 22nd Floor
                                         New York, NY 10010
                                         Telephone: 212-849-7000

                                         William Price
                                         Quinn Emanuel Urquhart & Sullivan, LLP
                                         865 S. Figueroa St., 10th Floor
                                         Los Angeles, California 90017
                                         Telephone: 213-443-3000

                                         Charles F. Schill
                                         Steptoe & Johnson LLP
                                         1330 Connecticut Ave., NW
                                         Washington, DC 20036
                                         Telephone: 202-429-8162

                                         Counsel for Respondents Samsung
                                         Electronics Co., Ltd., Samsung Electronics
                                         America, Inc., and Samsung
                                         Telecommunications America, LLC

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## TABLE OF CONTENTS

**Page**

BACKGROUND ...........................................................................................................................4

DESIGN OF ACCUSED PRODUCTS ...........................................................................................6

ALLEGED COPYING .................................................................................................................23

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

# BACKGROUND

**QUESTION NO. 1:**

**Good morning.  Please state your name for the record.**

**WITNESS RESPONSE TO QUESTION NO. 1:**

Yongseok Bang.

**QUESTION NO. 2:**

**Where do you live?**

**WITNESS RESPONSE TO QUESTION NO. 2:**

I live in Yongin City, Gyeonggi Province, South Korea.

**QUESTION NO. 3:**

**Where do you currently work?**

**WITNESS RESPONSE TO QUESTION NO. 3:**

I work for Samsung Electronics Co., Ltd.

**QUESTION NO. 4:**

**What is your current job title at Samsung?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**WITNESS RESPONSE TO QUESTION NO. 4:**

I have been a Senior Designer at Samsung since 2007.

**QUESTION NO. 5:**

**Did you attend college?**

**WITNESS RESPONSE TO QUESTION NO. 5:**

Yes, I earned my bachelor's degree in industrial design from Western Michigan University in 1996.

**QUESTION NO. 6:**

**What did you do after graduating Western Michigan University in 1996?**

**WITNESS RESPONSE TO QUESTION NO. 6:**

I returned to Korea for military service.

**QUESTION NO. 7:**

**Did you enter the work force after that?**

**WITNESS RESPONSE TO QUESTION NO. 7:**

Yes.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## QUESTION NO. 8:

**Can you please walk us through your employment background starting after graduation?**

## WITNESS RESPONSE TO QUESTION NO. 8:

My first professional employment following college was with Innodesign, an industrial design consulting firm with headquarters in Palo Alto and a branch office in Seoul.  Innodesign provides industrial design consulting services for a wide range of products, including consumer electronics products.  After Innodesign, I worked at two other design consulting firms, Design Jungle, and later, Design Continuum.  In 2001, I accepted a position with Samsung Electronics Co. as an Assistant Designer.  I was later promoted to Designer and, later, promoted again to Senior Designer, my current position.

## DESIGN OF ACCUSED PRODUCTS

## QUESTION NO. 9:

**As a designer at Samsung, have you had any involvement in the design of mobile phones?**

## WITNESS RESPONSE TO QUESTION NO. 9:

Yes.  Beginning in 2006, I have been a part of Samsung's Mobile Communications Division.  After spending some time working on the design of Bluetooth headsets and a number of feature phones, I was responsible for the design of a product known as the Samsung Infuse 4G smartphone.  I subsequently worked on another product known as the Samsung Galaxy S II smartphone.  The Galaxy S II line of mobile phones includes the Galaxy S II sold by AT&T, the Galaxy S II sold by T-

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Mobile, the Galaxy S II – Epic Touch sold by Sprint, and the Galaxy S II – Skyrocket, also sold by AT&T.

**QUESTION NO. 10:**

**When did you begin working on the Infuse 4G?**

**WITNESS RESPONSE TO QUESTION NO. 10:**

I began working on the design of the Infuse 4G in approximately March of 2010.

**QUESTION NO. 11:**

**Can you describe generally the process you followed in designing the Infuse 4G?**

**WITNESS RESPONSE TO QUESTION NO. 11:**

As with most of the product designs I have been involved with, I received certain specifications from the product planning team regarding the elements to be used in the product, such as the LCD size, chipset factor, software factor, battery capacity and speaker size.  In my experience, it is typical that engineering specifications such as these would be determined by the mechanical engineering and hardware teams, and then communicated to the designers so that we could generate a design that would be compatible with the technical specifications.  Taking these specifications into account, I then work with the engineers to create a design that strikes the right balance among an number of different considerations such as an appealing industrial design, product specifications and functions, usability for the consumer and manufacturing considerations, including manufacturing costs.  This

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

was necessarily an interactive process with the engineers that took place over weeks and months before we arrived at a final product design.

## QUESTION NO. 12:

**Did you follow a similar process for the Galaxy S II?**

## WITNESS RESPONSE TO QUESTION NO. 12:

Yes.

## QUESTION NO. 13:

**Can you tell us about Samsung's design philosophy as you understand it?**

## WITNESS RESPONSE TO QUESTION NO. 13:

One of Samsung's core philosophies, which is constantly instilled into Samsung designers, is to design products that are intuitive and user-friendly.  This is consistent with my own personal philosophy that in designing consumer products, including smartphones, form should follow function by eliminating lines and elements that do not enhance the product's functionality and ease of use and thereby simplifying the design.

## QUESTION NO. 14:

**What were your design objectives in working on the Infuse 4G?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## WITNESS RESPONSE TO QUESTION NO. 14:

I set out to design a phone that was different from smartphones that had previously been brought to market.  In particular, I wanted to design a product that looked smarter and more refined than previous smartphones, including Samsung's Galaxy S.  By "smarter" I mean a design that was thinner and more minimal than previous devices, and one that had more tightly-rounded corners, giving the phone a crisper and more technological feel.  At the time, a number of smartphones, such as HTC phones, Nokia phones, and the Galaxy S, had rounded corners with larger radii, so making the corners more tightly-rounded with smaller radii was one way I wanted to differentiate the Infuse 4G design from other products.  I also wanted to design a phone that had a flatter, less rounded back and a "unibody" construction, again to create a smarter, more refined look and to differentiate it from the smartphones that were then in the market.  Whereas many smartphones had a front piece that held the screen, a rear piece behind it, and a battery cover, I wanted to reduce the number of pieces.  So I combined the front and rear pieces and made the battery cover take up only a portion of the back surface.



CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

In addition, I added a slight edge to the sides of the unibody housing to create a thinner look and to make the phone easier to grip.



Further, I decided to use a textured material that Samsung calls "hyperskin" for the removable battery cover. Hyperskin was much different in look and feel from materials commonly used at that time and it also provided a better grip.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



**QUESTION NO. 15:**

**What was the size of the display screen on the Infuse 4G?**

**WITNESS RESPONSE TO QUESTION NO. 15:**

4.5 inches.  At the time, it was considered huge—much bigger than other smartphone display screens.

**QUESTION NO. 16:**

**Did you decide on the size of the display screen?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**WITNESS RESPONSE TO QUESTION NO. 16:**

No.  The size of the display screen was a specification provided to me by the hardware engineers and the product planning team.


**QUESTION NO. 17:**

**Was the Infuse 4G ultimately released?**

**WITNESS RESPONSE TO QUESTION NO. 17:**

Yes.  The Infuse 4G was released, and was sold exclusively by AT&T.


**QUESTION NO. 18:**

**Is CPX-83 the Infuse 4G phone that was sold by AT&T?**

**WITNESS RESPONSE TO QUESTION NO. 18:**

Yes, **CPX-83** is the Samsung Infuse 4G.


**QUESTION NO. 19:**

**Mr. Bang, can you describe the design process of the Galaxy S II?**

**WITNESS RESPONSE TO QUESTION NO. 19:**

I began working on the Galaxy S II after I began designing the Infuse 4G.  One of the specifications I was provided for the Galaxy S II was a 4.3 inch display screen, slightly smaller than the 4.5 inch display screen used with the Infuse 4G.  Unlike the Infuse 4G which was sold exclusively by AT&T in the United States, the

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Galaxy S II was intended for global distribution.  It is my understanding that the specification for a slightly smaller screen size and thus smaller device was intended to accommodate the more global preference for a somewhat smaller device.

As with the Infuse 4G, however, I wanted to make a phone that was smarter and more minimal than previous phones.  To that end, there are a number of common design elements between the Infuse 4G and the Galaxy S II, including a more minimal look and more tightly rounded, crisper corners, to create a technological feel as well as a flatter back that includes a slight bump or "hip" on the bottom and a textured battery cover.  While the Galaxy S II does not have a unibody housing, like the Infuse 4G it includes a slight edge on side of the housing to create a thinner appearance and provide a better grip.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



**QUESTION NO. 20:**

**Is CPX-57 one of the Galaxy S II phones that was commercially released in the U.S.?**

**WITNESS RESPONSE TO QUESTION NO. 20:**

Yes, **CPX-57** is the Galaxy S II, which was sold by AT&T.

**QUESTION NO. 21:**

**When you designed the Infuse 4G and the Galaxy S II, had you seen versions of the iPhone?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**WITNESS RESPONSE TO QUESTION NO. 21:**

I had seen images of the original iPhone, and seen the actual iPhone 3G, but not the iPhone 4.

**QUESTION NO. 22:**

**Did you consider other manufacturer's phones in designing the Infuse 4G and Galaxy S II?**

**WITNESS RESPONSE TO QUESTION NO. 22:**

We referenced various phones from different manufacturers in the market when we were designing the Infuse 4G and the Galaxy S II in order to design a product that was new and different.  We cannot know that we are doing something different without knowing what is on the market.

**QUESTION NO. 23:**

**Did Samsung make versions of the Galaxy S II other than the one shown in CPX-57?**

**WITNESS RESPONSE TO QUESTION NO. 23:**

Yes.  Samsung made different versions of the Galaxy S II for sale in the United States by different wireless carriers.  For example, Samsung made the Galaxy S II SGH-T989, which was sold by T-Mobile **(CPX-58)**, the Galaxy S II – Epic Touch, which was sold by Sprint **(CPX-40)**, and the Galaxy S II – Skyrocket **(CPX-59)**,

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

which was also sold by AT&T.  Each of these versions of the Galaxy S II has a 4.5

inch screen.  Because the various wireless carriers wanted to offer a device that

looked different from that offered by their competitors, changes were made to

certain designs elements, including the corner radii, the camera opening, and the

shape of the back and the battery cover, across different versions of the device.



**QUESTION NO. 24:**

**Do you recognize CPX-59 as Galaxy S II--Skyrocket that was commercially released in the U.S.?**

**WITNESS RESPONSE TO QUESTION NO. 24:**

Yes, **CPX-59** is the Galaxy S II – Skyrocket, which was sold by AT&T.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 25:**

**Do you also recognize CPX-40 as the Galaxy S II--Epic Touch that was commercially released in the U.S.?**

**WITNESS RESPONSE TO QUESTION NO. 25:**

Yes, **CPX-40** is the Galaxy S II-- Epic Touch, which was sold by Sprint.

**QUESTION NO. 26:**

**Do you recognize CPX-58 as the Galaxy S II SGH-T989 that was commercially released in the U.S.?**

**WITNESS RESPONSE TO QUESTION NO. 26:**

Yes, **CPX-58** is the version of the Galaxy S II that was sold by T-Mobile.

**QUESTION** NO. 27:

**Do the Infuse 4G and the Galaxy S II line of phones share common design elements?**

**WITNESS RESPONSE TO QUESTION NO. 27:**

At a general level, the Infuse 4G and Galaxy S II phones incorporate common design elements such as a generally rectangular shape, rounded corners, and a large display screen, among others, that are found in Samsung's heritage designs, including the F700, Jet, Omnia, and Galaxy S, as well as others.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## QUESTION NO. 28:

**Why did you design the Infuse 4G and the Galaxy S II to have a rectangular shape?**

## WITNESS RESPONSE TO QUESTION NO. 28:

A rectangular shape is easier and more comfortable for the user to hold in his or her hand than other shapes.  In addition, because display screens are generally rectangular, the most efficient way to accommodate a rectangular screen is for the body of the phone also to be generally rectangular.

## QUESTION NO. 29:

**You mentioned that in designing the Infuse 4G and the Galaxy S II, you wanted a phone with more tightly-rounded corners and smaller radii.  Why didn't you design the Infuse 4G and Galaxy S II so that the corners are completely squared off?**

## WITNESS RESPONSE TO QUESTION NO. 29:

A mobile phone is something people hold in their hand, place against their ear and carry around with them.  It would not be comfortable to hold a phone with pointed corners in your hand or to place it against your ear.  Additionally, corners that are completely squared off are more likely to snag on clothes, particularly when you put the phone in or take it out of a pocket.   Square corners are also more prone to breaking or chipping than rounded corners if the phone is knocked against something or dropped.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**QUESTION NO. 30:**

**How does the size of the display screen affect the design of the phone?**

**WITNESS RESPONSE TO QUESTION NO. 30:**

The design of the front face is largely driven by the fact that consumers seek out and demand smartphones with touchscreen displays that are sufficiently large to provide an enjoyable experience when accessing, interacting with, or viewing the images and information shown on the display.  Samsung conducted focus group studies that indicated that consumers wanted larger display screens.  Because a large touchscreen display takes up most of the front surface of the phone, it is necessary to have a clear surface such as glass covering the front of the phone to maximize the user's interaction with the display.

**QUESTION NO. 31:**

**Why are the front surfaces of the Infuse 4G and the Galaxy S II devices flat?**

**WITNESS RESPONSE TO QUESTION NO. 31:**

Flat glass was consistent with the smarter, technological look I wanted for those designs.  I also viewed flat glass as the only option practically available for those phones.  Curved glass is much more expensive to manufacture than flat glass.  In order to make curved glass, you must carve away portions of a thick sheet of glass, which makes curved glass far more expensive because it requires more glass to start with and it takes significantly longer to create each piece.  The process of creating curved glass also results in more breaking during the manufacturing process which adds to the overall cost.  A flat glass surface also provides more

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

visibility to the display and allows you to keep the phone thinner.  Curved glass would protrude and cause the device to be thicker.  For all of these reasons, a flat glass surface is preferable.  Additionally, curved glass that protrudes above the rim surrounding the display would break or crack more easily if the phone is bumped or dropped.  The thin rim surrounding the display in the Infuse 4G and Galaxy S II is raised slightly above the flat glass to offer greater protection.

## QUESTION NO. 32:

**Why did you choose the particular shape and placement of the receiver or earpiece opening on the front of the Infuse 4G and Galaxy S II?**

## WITNESS RESPONSE TO QUESTION NO. 32:

The location of the receiver opening is determined jointly by mechanical, hardware and sound departments and is not something determined by the designers alone. Because the display takes up most of the front of the phone, the most logical place to put the receiver opening is above the display screen in a location that is centered horizontally when a user holds the phone up to his or her ear.  The size of the receiver opening is determined by engineering research for sound quality reasons, and the rounded shape is due to the drill bit used to cut the hole in the glass.  The drill bit is round, so where it starts and stops in the glass necessarily leaves curved edges .  The narrow, horizontal slot with rounded ends optimizes the sound that comes out of the receiver.  Because the phone itself and the display screen are rectangular, this shape also maintains visual consistency with the rectangular lines of the phone.  In addition, a rectangular or square shaped opening with sharp corners, even if it could be made in a cost-effective manner, would result in more breakage if pressure were applied to the front surface.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER



**Earpiece**

[CPX-83]

[CPX-57]

Contains Confidential Business Information – Subject to Protective Order          RDX-3-6

## QUESTION NO. 33:

**Why do the Infuse 4G and Galaxy S II phones have a black border around the display screen?**

## WITNESS RESPONSE TO QUESTION NO. 33:

The black border surrounding the display, between the display and the outer rim or body of the device, is called the black mask.  The black mask serves to hide the adhesive material and other internal components that are under the glass surface.

The black mask is narrower on the sides of the front surface of the device to maximize the width of the display screen without making the product too wide to be effectively or comfortably held by human hands, while also hiding adhesive

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

material and trace sensors that are associated with the display module.  The black mask is wider on the top and bottom of the front surface to accommodate certain necessary internal components found in those locations such as receiver and proximity sensor above the display and the buttons, microphone, USB port and antennae below the display.



**Black Mask**

Hidden under black mask: adhesive material, trace sensors, buttons, antennae, receiver, camera, and wiring

Contains Confidential Business Information – Subject to Protective Order            RDX-3-7

**QUESTION NO. 34:**

**As a designer, is it a goal of yours to design products that are attractive to consumers?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**WITNESS RESPONSE TO QUESTION NO. 34:**

As a designer, I of course want to design products that are unique and memorable to consumers.  But design is much more than simply how a product looks.  Designing a device like a smartphone involves balancing many different objectives.  For example, in addition to looking good, a well designed phone optimizes the performance of the device's functional features, is easy, comfortable and safe for consumers to use and can be manufacture in a cost effective way.  My goal as a designer is to strike the right balance among these different objectives.  I believe that I succeeded in doing that with the Infuse 4G and the Galaxy S II phones.

## <u>ALLEGED COPYING</u>

**QUESTION NO. 35:**

**Mr. Bang, Apple contends that Samsung copied the iPhone in designing the Galaxy S II phones and the Infuse.  Did that happen?**

**WITNESS RESPONSE TO QUESTION NO. 35:**

No.  At Samsung we strive to create designs that differentiate our products from those of our competitors.  We are always trying to make better designs, not copy other products.

**QUESTION NO. 36:**

**Did you ever receive pressure from anyone above you at Samsung to make the Infuse 4G or Galaxy S II designs look like the iPhone?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**WITNESS RESPONSE TO QUESTION NO. 36:**

No.  To the contrary, we are directed to create products that look different from the products already in the market.


**QUESTION NO. 37:**

**Did you ever hear anyone at Samsung suggest that the Infuse 4G or Galaxy S II designs should look more like the iPhone or include industrial design features that were more like the iPhone?**


**WITNESS RESPONSE TO QUESTION NO. 37:**

No.  Again, we wanted to differentiate our products from our competitors' products.


**QUESTION NO. 38:**

**Does this witness statement contain your answers to the foregoing questions from counsel?**


**WITNESS RESPONSE TO QUESTION NO. 38:**

Yes.


**QUESTION NO. 39:**

**Are these answers to the questions from counsel true and correct to the best of your knowledge and belief?**

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**WITNESS RESPONSE TO QUESTION NO. 39:**

Yes.

*        *        *

      I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge, information and belief.

Date:  May 3, 2012       _____

                       Yongseok Bang