# EXHIBIT 13

Page 1

1           UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                SAN JOSE DIVISION
4  APPLE INC., a California         )
   corporation,                     )
5                                   )
              Plaintiff,            )
6                                   )
        vs.                         )  No: 11-CV-01846-LHK
7                                   )
   SAMSUNG ELECTRONICS CO., LTD,    )
8  a Korean business entity;        )
   SAMSUNG ELECTRONICS AMERICA,     )
9  INC., a New York corporation;    )
   SAMSUNG TELECOMMUNICATIONS       )
10 AMERICA, LLC, a Delaware         )
   limited liability company        )
11                                  )
              Defendants.           )
12 _____  )
13
14    **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16           DEPOSITION OF JAEGWAN SHIN
17            San Francisco, California
18           Friday, January 27, 2012
19
20
21
22
23 Reported By:
24 LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25 JOB NO. 44993

Highly Confidential Attorneys' Eyes Only

Page 11

```
1              THE WITNESS:  There are many R&D
2         centers, but the R&D center I was
3         referring to here was Samsung Mobile --
4         was the one that belongs to Samsung
5         mobile division.                              09:46
6         Q.   Do you have a title?
7         A.   My current title is senior
8    director.
9         Q.   How long have you had that
10   position?                                          09:46
11        A.   Since 2009.
12        Q.   What was your position before you
13   were senior director?
14        A.   I was principal engineer when I
15   was in Korea.                                      09:47
16        Q.   When did you first join Samsung?
17        A.   It was 1993.
18        Q.   Were you working in Korea from
19   1993 all the way until 2009?
20        A.   Yes, correct.                            09:47
21        Q.   For Samsung that entire time?
22        A.   Yes.
23        Q.   Are there other senior directors
24   in the San Jose Mobile Communications Lab?
25        A.   No.                                      09:47
```

Highly Confidential Attorneys' Eyes Only

Page 12

1   Q.   What are your responsibilities as
2   senior director at the San Jose Mobile
3   Communications Lab?
4   A.   There is no determined role,
5   identified role, but currently, I'm working --   09:48
6   I'm -- that.
7        I'm assisting technical
8   communications between our headquarters, R&D
9   center and local engineers.  I'm also assisting
10  with matters related to Google approval which is   09:49
11  incorporated into the Android terminals or
12  devices.  I'm also responsible for communications
13  with Google when it comes to technical issues
14  related to Android devices.
15  Q.   Anything else?   09:49
16  A.   Besides those, I'm also
17  responsible for handling the matters requested by
18  the headquarters from Korea as an expat.  And
19  once in a while, there are guests from Korea;
20  then I would be responsible for making   09:50
21  arrangements for meetings or for other matters.
22  Q.   You mentioned that one of your
23  roles is to facilitate technical communication
24  between the R&D at headquarters and local
25  engineers.  With whom do you communicate at the   09:51

Highly Confidential Attorneys' Eyes Only

Page 19

1    Q.    What issue is being discussed in
2    the e-mail?
3    A.    It appears to me that there are
4    some problems with regard to wi-fi access.
5    Q.    And in order to evaluate the                    10:10
6    problems with wi-fi access, tests were run
7    comparing the iPad 2 and the Samsung P4 MR1?
8    A.    It appears to be that that was the
9    case.
10   Q.    Are you aware of other instances               10:10
11   where Samsung would evaluate the performance of a
12   Samsung device by comparing it to an Apple
13   device?
14          MR. TUNG:  Objection.  Assumes
15          facts.  Mischaracterizes testimony.           10:11
16          THE WITNESS:  In general, Samsung
17          used to compare products under
18          development with commercialized products
19          or products in the market.
20   Q.    Are you saying that in general,                10:11
21   Samsung compares -- start again.
22          Are you saying that in the course
23   of developing Samsung products, it compares its
24   products to other commercialized products?
25   A.    Yes, sometimes it compares its                 10:12

Highly Confidential Attorneys' Eyes Only

Page 20

1  products under development with Samsung's
2  products in the market or other companies'
3  products in the market.  And we are trying to
4  make as many comparisons as possible.
5       Q.   In the course of developing                10:13
6  Samsung's products, are you aware of instances in
7  which Samsung compared its products in
8  development to Apple products in particular?
9       A.   That's a general course of
10 development, so there's no particular incidence     10:13
11 that I can recall now.
12      Q.   You can't think of any instances,
13 sitting here today?
14      A.   Yes, that is correct.
15      Q.   Do you own any Apple products?             10:14
16      A.   No.
17      Q.   Have you used any Apple products
18 in the course of your job?
19      A.   Yes, I have.
20      Q.   Which products?                            10:14
21      A.   iPad.
22      Q.   Any others?
23      A.   iPod Touch.
24      Q.   Any others?
25      A.   iPhone.                                    10:14

Highly Confidential Attorneys' Eyes Only

Page 47

1    Q.    Do you know if any of the San Jose
2    Mobile Communications Lab engineers worked on the
3    bounce effect?
4    A.    What do you mean by
5    responsibilities related to bounce effect?                11:36
6    Actually, there is no particular job or separate
7    job with regard to bounce effect.
8    Q.    I'm sorry.  We were
9    miscommunicating.  That wasn't my question.  My
10   question was if you knew whether any of the San           11:37
11   Jose engineers worked on the bounce effect.
12   A.    When it comes to bounce effect,
13   actually, it is applied to the browser or
14   gallery.  So there are bounce effects by
15   applications.  But when it comes to San Jose              11:38
16   Mobile Communications Lab, there is some engineer
17   or engineers who worked on a bounce effect
18   applied to the browser.
19   Q.    Who at the San Jose Mobile
20   Communications Lab worked on the bounce effect as         11:38
21   applied to the browser?
22   A.    Ioi Lam.
23   Q.    Anyone else?
24   A.    Qi Ling.
25   Q.    Anyone else?                                        11:38

Highly Confidential Attorneys' Eyes Only

Page 62

1  of the San Jose engineers worked on the bounce
2  effect as applied to the browser.  Is that right?
3         A.   Yes.  That's right.
4         Q.   Did the work that the San Jose
5  engineers worked on the browser, was that applied            01:42
6  to particular devices or to all of the Samsung
7  devices?
8              MR. TUNG:  Objection.  Vague.
9              THE WITNESS:  It depends on the
10             request from the headquarters.  It could         01:43
11             be a particular device-related request
12             from the headquarters, or it could be
13             applied to all general devices.
14        Q.   For the work that was done on the
15  bounce effect, was that for particular devices?             01:43
16        A.   When you say "the work done on the
17  bounce effect," which work are you referring to?
18        Q.   Work performed by engineers in San
19  Jose.
20        A.   It was not for a particular                      01:44
21  device.  In the beginning, we started working on
22  the device called P1; but later on -- I'm not
23  quite sure whether they applied it to other
24  devices or not, because the engineers at San Jose
25  lab do not write source code directly.                      01:45

Page 63

1           THE INTERPRETER:  Strike that.
2       "Because engineers at San Jose lab do not
3       directly write source code that goes into
4       production."
5       Q.   What do you mean by "engineers in    01:45
6  the San Jose lab do not directly write source
7  code that goes into production"?
8       A.   San Jose lab is only responsible
9  for handling the requests sent from the
10 headquarters.  So based on their request, we    01:47
11 would create a patch, and we would send it to the
12 headquarters.  But when it comes to the real
13 application of those patches we will patch into
14 production, it is the responsibility of the
15 headquarters.                                   01:47
16      Q.   So in the case of the bounce
17 effect, the San Jose lab designed one or more
18 patches and sent them to headquarters to be
19 incorporated into production code?
20      A.   That's the general work process.     01:47
21      Q.   And the patches that San Jose lab
22 provided for the bounce effect could have been
23 used in multiple devices?
24      A.   Since that's not a part of our
25 responsibilities, I'm quite sure as to that.    01:48

Highly Confidential Attorneys' Eyes Only

Page 89

1       THE INTERPRETER: Minor
2  correction. Because those vice presidents have a
3  lot of customary discussions in order to improve
4  performance of all our products.
5       When it comes to performance, our                    03:05
6  vice presidents wanted our products to stay ahead
7  of other products.
8       Correction. When it comes to
9  performance, our vice presidents want all our
10 products to stay ahead of other products.                 03:05
11    Q.   Did you attend any meetings where
12 someone from top management indicated that they
13 wanted to improve the Samsung products'
14 performance compared to iPad?
15       MR. TUNG: Objection. Vague.                         03:06
16       THE WITNESS: I don't have any
17       particular recollection as to that. But
18       this is something generally discussed
19       within our company. It's not only
20       limited to iPad, but when it comes to our           03:06
21       products, our people want our products to
22       be more competitive than other products.
23       CHECK INTERPRETER: I don't have
24       any particular recollection as to that,
25       but this is something, extremely general            03:07

Highly Confidential Attorneys' Eyes Only

Page 88

1  Q.  You go on to say, "However, top
2  management is currently very aggressive to
3  improve performance compared to iPad."
4      What did you mean by "top
5  management"?                                          03:02
6  A.  Mostly, it refers to vice
7  president's level at R&D.
8  Q.  What individuals were at the vice
9  president level at R&D?
10 A.  With regard to this particular        03:02
11 issue, I'm not quite sure which vice president
12 was involved.  It depends, because there are so
13 many vice presidents.
14 Q.  How did you know that top
15 management was currently very aggressive to    03:03
16 improve the performance compared to the iPad?
17 A.  At that time, I'm not quite sure
18 what kind of intention I had when I was writing
19 this e-mail.  I'm not quite sure whether I was
20 told it directly in person, or I received such an   03:04
21 e-mail, or I had just a general understanding
22 about the discussions done by the top level vice
23 presidents, because those vice presidents have a
24 lot of discussions in order to improve
25 performance of all our products.                     03:04

Page 87

1  confliction with our changes." What did you mean
2  by that?
3       A.   If San Jose lab work with --
4  strike that.
5            If the San Jose lab and India lab    02:59
6  work on the same source code, then there can be
7  some miscommunication between the two parties,
8  then it can trigger some side effects.
9       Q.   To whom did you express this
10 concern?                                        03:00
11      A.   To people who are stated in this
12 e-mail. I expressed those concerns to Ioi Lam
13 and Qi Ling.
14      Q.   Looks as though you're telling Ioi
15 Lam and Qi Ling that you had expressed concern to  03:00
16 someone else?
17      A.   Perhaps I might have said so to
18 the people at the headquarters.
19      Q.   Do you know who at headquarters
20 you were discussing this issue with?            03:01
21      A.   I don't particularly recall to
22 whom I delivered such concerns, but this kind of
23 a request was made from the headquarters to SISO,
24 so I think I talked about this issue with the
25 headquarters.                                   03:01

Page 86

1           MR. TUNG:  Objection.
2       Mischaracterizes testimony.
3           THE WITNESS:  It seems like they
4       are trying to do double tap.
5       Q.   Looking at Exhibit 1334, the                02:56
6   second e-mail in the chain is from Srirama
7   Chandra Sekhar.  Do you know who that is?
8       A.   I don't know who that person is,
9   but it appears to me he's someone who is working
10  at Samsung's India lab.                              02:56
11      Q.   Then at the very top e-mail is one
12  that's from you to Ioi Lam and Qi Ling.  And you
13  begin by saying "HQ is asking SISO to involve P4
14  browser improvement as well."  What does SISO
15  stand for?                                           02:57
16      A.   Samsung's India lab.
17      Q.   What did you mean by "HQ is asking
18  SISO to involve P4 browser improvement as well"?
19      A.   Previously, I testified that San
20  Jose lab was involved in the optimization of         02:58
21  features such as scrolling or pinch-to-zoom.  So
22  this e-mail seems to indicate that San Jose lab
23  needs to work with India lab as well.
24      Q.   You go on to say, "I expressed
25  concern about potential side effects from            02:59

Page 85

| | | |
|---|---|---|
| 1 | Shin on January 27th, 2012.  The time is | |
| 2 | 2:42 p.m.  We are off the record. | |
| 3 | (Recess taken from 2:42 p.m. to | |
| 4 | 2:54 p.m.) | |
| 5 | THE VIDEOGRAPHER:  This is the | 02:53 |
| 6 | beginning of Tape 3 of the deposition of | |
| 7 | Jaegwan Shin on January 27th, 2012.  The | |
| 8 | time is 2:54 p.m.  We are back on the | |
| 9 | record. | |
| 10 | BY MR. KREEGER: | 02:54 |
| 11 | Q.  I'm going to show you another | |
| 12 | video.  This one bears the Bates label SAMNDCA | |
| 13 | 00201319.  Just show that to you now. | |
| 14 | MR. TUNG:  Do you want to put an | |
| 15 | exhibit number on there? | 02:54 |
| 16 | MR. KREEGER:  It's actually | |
| 17 | contained on the same exhibit that we already | |
| 18 | introduced.  It's just 14 seconds, so keep your | |
| 19 | eye on the monitor.  It will go back fast. | |
| 20 | (pause while viewing video) | 02:55 |
| 21 | BY MR. KREEGER: | |
| 22 | Q.  Okay.  So looking at the 14 second | |
| 23 | video, SAMNDCA 00201, the video that we just saw | |
| 24 | that ends in 201319, did that show the double tap | |
| 25 | to zoom feature that we have been discussing? | 02:55 |

Highly Confidential Attorneys' Eyes Only

Page 84

1      just finish up this page and then we can
2      go on.
3           MR. TUNG: Sure.
4      Q.   The next one is "In KE 2 version,
5  ECIM test." First of all, do you know what "ECIM   02:39
6  test" means?
7      A.   Yes.
8      Q.   What does that mean?
9      A.   It indicates Samsung's internal
10 bug tracking system.                                02:40
11     Q.   "P4 failed in these two test
12 cases." P4 was -- is a reference to a Samsung
13 tablet?
14     A.   Yes.
15     Q.   Which tablet is it?                        02:40
16     A.   On the table, it refers to P7500.
17     Q.   What was meant by "failed only in
18 these two test cases"?
19     A.   I'm not quite sure why it failed
20 in these two tests. I think that that conclusion   02:41
21 was made by the QA team.
22          MR. KREEGER: Let's go ahead and
23 take a break.
24          THE VIDEOGRAPHER: This is the end
25     of Tape 2 of the deposition of Jaegwan          02:41

Page 83

1         whether this version was in development
2         or whether it was commercialized, because
3         every time there's a new software, the
4         new version would come out, but it
5         appears to me that this version was in                02:37
6         development.
7     Q.  Towards the bottom of the page, it
8  reads, "Touch performance problems. Sanhose
9  followed these issues."  Is that someone's name,
10 S-A-N-H-O-S-E?                                                02:38
11    A.  I think it was a typo. It refers
12 to San Jose.
13    Q.  Sorry about that. I got it now.
14 So what did you -- start again.
15         Do you know what he meant by "San                    02:38
16 Jose followed these issues"?
17    A.  When it comes to the performance
18 of scrolling, pinch-to-zoom and double tap, San
19 Jose was involved in optimizations with regard to
20 those features. So I know that's why this kind           02:39
21 of an e-mail was sent to us.
22         MR. TUNG:  When we get to a
23 convenient break point, it's been about an hour,
24 we can break?
25         MR. KREEGER:  All right. Let me              02:39

Page 82

1       products, but there are other tables that
2       show comparisons with other companies'
3       products as well.
4            THE INTERPRETER:  Correction.
5       This particular table shows comparisons                02:35
6       with iPad products, but there are quite a
7       number of tables that show comparisons
8       with other companies' products.
9       Q.   The e-mail that concludes the
10  table was sent by someone named Sangheon Kim.  Do           02:35
11  you know Mr. Kim?
12       A.   Yes.
13       Q.   What is his role as Samsung?
14       A.   He's working at Samsung's R&D
15  team.                                                       02:36
16       Q.   He says, "I summarized performance
17  issues based on the latest binary KE 4."  First
18  of all, do you know what "KE 4" means?
19       A.   Yes.
20       Q.   What is it?                                       02:36
21       A.   It refers to a software version.
22       Q.   Was that a software version in
23  development?
24            MR. TUNG:  Objection.  Vague.
25            THE WITNESS:  I wouldn't know                     02:36

Highly Confidential Attorneys' Eyes Only

Page 81

1   A.   You type numbers using the
2   keyboard, so this indicates the time taken for
3   those numbers to appear in the window.
4   Q.   Do you know why this table was
5   generated?                                              02:32
6   A.   This is something commonly done in
7   the course of development, because products under
8   development were not completely optimized, so we
9   tend to compare those products under development
10  with commercialized ones in the market to compare     02:33
11  their performance.
12  Q.   And how do you choose which
13  products on the market to compare the Samsung
14  products in development to?
15  A.   We made comparisons with all the              02:33
16  products.
17  Q.   Well, in this case, in this table,
18  you were comparing three Samsung products against
19  the iPad 1 and the iPad 2.  Why did you choose
20  those two products to compare the Samsung            02:34
21  products to?
22       MR. TUNG:  Objection.  Lacks
23       foundation.
24       THE WITNESS:  This particular
25       table shows comparisons with iPad             02:34

Highly Confidential Attorneys' Eyes Only

Page 80

1  of the double tap.
2       Q.   And now the entry on the same
3  column on the next page, 0.738 -- before we do
4  that, what's 95.89 percent?
5       A.   As was the case with the pinch-to-        02:29
6  zoom, it also indicates smoothness with regard to
7  frames.
8       Q.   What is the 0.738 in that same
9  column?
10      A.   It indicates the time taken when          02:30
11 you double tap to zoom out.
12      Q.   And just so we are clear, the
13 double tap to zoom out feature is when you've
14 previously zoomed in on an image on a browser and
15 you double tap it again, it then zooms out to      02:30
16 show you the entire browser?
17           MR. TUNG:  Objection.  Vague.
18      Incomplete hypothetical.
19           THE WITNESS:  When you zoom in,
20      the screen will expand.  If you double        02:31
21      tap again, then it will zoom out, which
22      means it will go back to the original
23      size.
24      Q.   All right.  What's the last row?
25 It says "typing."  What's the 0.212 measuring?    02:31