# EXHIBIT 14

```
                                                              Page 1
 1       UNITED STATES INTERNATIONAL TRADE COMMISSION
 2                     Washington, D.C.
 3        Before the Honorable Charles E. Bullock
 4         Acting Chief Administrative Law Judge
 5
 6   In the Matter of:               )
 7   CERTAIN ELECTRONIC DIGITAL      )
 8   MEDIA DEVICES AND COMPONENTS ) Inv. No. 337-TA-796
 9   THEREOF                         )
10                                   )
11
12
13
14           CONFIDENTIAL BUSINESS INFORMATION
15              SUBJECT TO PROTECTIVE ORDER
16
17              DEPOSITION OF JAEGWAN SHIN
18                THURSDAY, APRIL 5, 2012
19
20
21
22
23   Job 48220
24   REPORTED BY:
25   JANIS JENNINGS, CSR 3942, CLR, CCRR
```

1   to improve performance compared to iPad."
2          Do you see that?
3      A.  Yes.
4      Q.  To whom were you referring when you were
5   referring to "top management"?
6      A.  Usually it refers to the R&D head at
7   headquarters.
8      Q.  Do you recall who that individual was in
9   May of 2011?
10     A.  The head of the R&D center at the time is
11  the same individual as now.
12     Q.  And who is that, sir?
13     A.  Cheol Whan Lee.
14         THE INTERPRETER:  Spelling by the
15  Interpreter:  C-h-e-o-l, H-w-a-n, L-e-e.
16  BY MR. ENGELHARDT:
17     Q.  At any point in time did Mr. Lee convey to
18  you any instruction to analyze an iPad in any way?
19     A.  No, he did not.
20     Q.  Okay.  At any point in time did Mr. Lee
21  or anyone within R&D at SEC convey to you an
22  instruction to copy the iPad?
23         MR. LYONS:  Objection.  Vague and
24  ambiguous and calls for a legal conclusion.
25         You can answer the question.

Confidential Business Information

Page 82

1             THE WITNESS:  No.
2    BY MR. ENGELHARDT:
3         Q.    At any point in time did anyone at SEC
4    convey any instruction to copy the iPad?
5             MR. LYONS:  Same objection.  Calls for
6    a legal conclusion.  Vague and ambiguous.
7             THE WITNESS:  No.
8             MR. ENGELHARDT:  Okay.  You can put that
9    document aside, sir.
10            I'd like to ask the court reporter to mark
11   as Shin Exhibit 9 the following document.
12            (Exhibit 9 was marked for identification
13            and attached hereto.)
14   BY MR. ENGELHARDT:
15        Q.    Mr. Shin, you have before you a document
16   that has been marked as Shin Exhibit 9 which is a
17   document that bears production Nos. S-ITC-600119386
18   through 600119410.
19            If I can kindly ask you to review that
20   document and please indicate to me when you have
21   completed your review.
22        A.    Yes, I'm done.
23        Q.    Sir, have you ever seen the emails that
24   are embodied within that exhibit before?
25        A.    I do not have a clear recollection as to