# EXHIBIT 15

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
    CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
1         UNITED STATES INTERNATIONAL TRADE COMMISSION
                        WASHINGTON, D.C.
2

3    _____

4    In the Matter of:

5    CERTAIN ELECTRONIC DIGITAL                 Case No.:

6    MEDIA DEVICES AND COMPONENTS               337-TA-796

7    THEREOF

8    _____

9

10

11
            *** CONFIDENTIAL BUSINESS INFORMATION ***
12                 SUBJECT TO PROTECTIVE ORDER

13

14
        VIDEOTAPED 30(b)(6) and PERSONAL DEPOSITION OF:
15                         MINHYOUK LEE

16

17

18
                     Saturday, March 3, 2012
19                        Kim & Chang
                       Seoul, South Korea
20                  9:14 a.m. to 8:04 p.m.

21

22

23

24

25
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

13

| | | |
|---|---|---|
| 09:30:27 | 1 | Q.    Vice-president of what, Mr. Lee? |
| 09:30:33 | 2 | A.    Of design team. |
| 09:30:39 | 3 | Q.    And how long did you stay in the position of |
| 09:30:44 | 4 | vice-president of design team, Mr. Lee? |
| 09:30:56 | 5 | A.    I maintained the same position of VP from |
| 09:31:03 | 6 | December 2010 till to date. |
| 09:31:11 | 7 | Q.    In your role as a designer at Samsung, |
| 09:31:17 | 8 | Mr. Lee, did you have some involvement in the design of |
| 09:31:20 | 9 | a product platform called Galaxy S? |
| 09:31:49 | 10 | A.    Yes, I have been leading the design as I've |
| 09:31:58 | 11 | been involved in the design of the project called |
| 09:32:01 | 12 | Galaxy S Project. |
| 09:32:15 | 13 |        LEAD INTERPRETER:  Galaxy S Project. |
| 09:32:17 | 14 | A.    The project name started out as S Project |
| 09:32:20 | 15 | and Galaxy was designated afterwards. |
| 09:32:23 | 16 |        CHECK INTERPRETER:  Correction as to the |
| 09:32:24 | 17 |    previous answer.  I believe the witness just |
| 09:32:27 | 18 |    said "S Project." |
| 09:32:30 | 19 | BY MR. STERN: |
| 09:32:30 | 20 | Q.    And did the S Project -- well, strike that. |
| 09:32:32 | 21 |        And did the S Project lead to a platform of |
| 09:32:36 | 22 | phones that you referred to as Galaxy S? |
| 09:32:54 | 23 | A.    Yes, conclusively it led to that. |
| 09:32:57 | 24 | Q.    And were phones based on the Galaxy S |
| 09:33:02 | 25 | platform sold under various product names and numbers |

| | | |
|---|---|---|
| 11:15:08 | 1 | BY MR. STERN: |
| 11:15:09 | 2 | Q.    Okay.  My question is whether in designing |
| 11:15:13 | 3 | the Vibrant you intended to use a flat glass front |
| 11:15:19 | 4 | surface or a curved glass front surface. |
| 11:16:29 | 5 | A.    At the first of the initial design planning |
| 11:16:51 | 6 | phase, there was what's called a Z Haptic product.  And |
| 11:16:57 | 7 | in order to connect it with the design heritage, there |
| 11:17:06 | 8 | were -- in the course of carrying out S Project, there |
| 11:17:09 | 9 | were various factors that were considered.  And there |
| 11:17:16 | 10 | was an intention to go with the curved glass front |
| 11:17:22 | 11 | surface, but in that -- in such event it will result in |
| 11:17:31 | 12 | a drastic decrease in productability and the cost |
| 11:17:39 | 13 | itself exceeded ten times more than the general |
| 11:17:45 | 14 | hardware product glass material and therefore it |
| 11:17:52 | 15 | drastically dropped the manufacturability.  So from |
| 11:17:58 | 16 | design perspective, we could not but yield to such a |
| 11:18:06 | 17 | reality and could not but come to a compromise. |
| 11:18:16 | 18 | CHECK INTERPRETER:  I'd like to interject. |
| 11:18:18 | 19 | "At the beginning of the design phase there |
| 11:18:20 | 20 | were products called Jet and Haptic.  And the |
| 11:18:25 | 21 | design heritage, it was desired to maintain and |
| 11:18:29 | 22 | continue that design heritage.  During the |
| 11:18:33 | 23 | project of S Project there were various design |
| 11:18:38 | 24 | proposals.  And we contemplated applying the |
| 11:18:43 | 25 | glass, particularly the curved glass; however, |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

47

| | | |
|---|---|---|
| 11:18:46 | 1 | doing so would result in dramatic decrease in |
| 11:18:54 | 2 | productability and also the cost-wise it was |
| 11:18:58 | 3 | going to result in ten times more cost than as |
| 11:19:03 | 4 | compared to the hardware, regular hardware |
| 11:19:07 | 5 | glass.  So in other words, the manufacturability |
| 11:19:09 | 6 | was going to be drastically lower.  So it was |
| 11:19:14 | 7 | something that I had to go through a discussion |
| 11:19:17 | 8 | and compromise." |
| 11:19:17 | 9 | BY MR. STERN: |
| 11:19:22 | 10 | Q.    Mr. Lee, as a designer, do you find that |
| 11:19:24 | 11 | there are some occasions when you create and |
| 11:19:30 | 12 | manufacture a product that has reduced productivity but |
| 11:19:37 | 13 | yet is special and especially beautiful and is |
| 11:19:44 | 14 | marketable for that reason? |
| 11:20:12 | 15 | Mr. Lee, let me give you a simpler question. |
| 11:20:16 | 16 | Are there occasions, Mr. Lee, when you are |
| 11:20:24 | 17 | willing to ignore a reduction in productivity for the |
| 11:20:31 | 18 | sake of creating a product that is especially |
| 11:20:53 | 19 | beautiful? |
| 11:20:54 | 20 | MR. ZELLER:  The question is vague. |
| 11:20:59 | 21 | (Discussion held between Lead Interpreter |
| 11:21:20 | 22 | and Check Interpreter.) |
| 11:21:20 | 23 | A.    I'm a designer and I'm a creative person and |
| 11:21:31 | 24 | sometimes even wish that I could fly the sky. |
| 11:22:22 | 25 | I'm an inhouse designer, and I believe the |

```
11:22:26   1   major role of an inhouse designer is while it is true
11:22:30   2   that designers are to pursue beauty and design mystery,
11:22:41   3   if you will, since I'm an inhouse designer, I have but
11:22:50   4   to consider factors like productability and company's
11:22:55   5   sales factors, among other things.
11:22:58   6              If I were not an inhouse designer and
11:23:03   7   rather a private -- a designer working in a private
11:23:09   8   sector, then I would, irrespective of whether I were to
11:23:17   9   create one design per day or one design per year, I
11:23:21  10   could well go without considering the manufacturability
11:23:25  11   and other corporate factors.  But yet again, I still
11:23:30  12   believe that it is the reality and the inhouse
11:23:35  13   designer's special role to consider all those important
11:23:39  14   factors, as I stated, for Samsung.
11:23:43  15              CHECK INTERPRETER:  Just minor interjection.
11:23:45  16          I'd like to strike the words "a private designer
11:23:50  17          working in a private sector," instead
11:23:54  18          "independent designer."
11:23:55  19   BY MR. STERN:
11:23:56  20       Q.   Mr. Lee, would you agree with me that design
11:23:59  21   mystery, the phrase you used, is one important factor
11:24:02  22   for customers in choosing which cell phone to buy?
11:24:22  23              MR. ZELLER:  Question is vague, lacks
11:24:23  24          foundation.
11:24:27  25              CHECK INTERPRETER:  I'd like to interject.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

49

```
11:24:29   1          I think the previous answer came out as "design
11:24:32   2       mystery," but I think the witness actually used
11:24:35   3       the word "aesthetics."
11:24:39   4          (Discussion held between Lead Interpreter
11:24:47   5   and Check Interpreter.)
11:24:47   6          LEAD INTERPRETER:  Interpreter -- the lead
11:24:48   7       interpreter misheard one syllable of a word.
11:24:54   8       Stand corrected.
11:24:54   9   BY MR. STERN:
11:24:55  10       Q.   So the word is "aesthetics"?
11:24:57  11          LEAD INTERPRETER:  Yes.
11:24:58  12          MR. STERN:  All right, that's fine.
11:24:58  13          LEAD INTERPRETER:  One syllable.
11:24:58  14   BY MR. STERN:
11:25:00  15       Q.   Are aesthetics an important consideration
11:25:02  16   for customers in deciding which cell phone to buy,
11:25:05  17   Mr. Lee?
11:25:18  18          MR. ZELLER:  Question is overbroad and
11:25:20  19       compound, vague, lacks foundation.
11:25:49  20       A.   I think what I'm going to say right now was
11:25:51  21   included in my previous answer, but yet again, there
11:25:55  22   are many different factors and elements to a phone,
11:25:59  23   including software factor, size factor, weight factor,
11:26:06  24   form factor, color factor, among other things.  And I
11:26:10  25   don't think any one of those is less important.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

50

| | | |
|---|---|---|
| 11:26:17 | 1 | CHECK INTERPRETER: "There isn't anything |
| 11:26:18 | 2 | that is not important." |
| 11:26:20 | 3 | BY MR. STERN: |
| 11:26:21 | 4 | Q.   My question was about aesthetics, Mr. Lee. |
| 11:26:23 | 5 | Is it your testimony that aesthetics play no |
| 11:26:26 | 6 | role in consumer decision-making regarding which cell |
| 11:26:29 | 7 | phone to buy? |
| 11:26:39 | 8 | MR. ZELLER:  First of all, it |
| 11:26:48 | 9 | mischaracterizes his testimony, as you just |
| 11:26:50 | 10 | heard.  Number two, it's asked and answered. |
| 11:26:56 | 11 | Third, it is vague. |
| 11:27:05 | 12 | A.   When you say product design, that is not a |
| 11:27:36 | 13 | work that is carried out by one individual or one |
| 11:27:43 | 14 | individual team, but rather by many different teams' |
| 11:27:49 | 15 | joint work.  So as to say which specific element or |
| 11:27:55 | 16 | which specific portion becomes a decision factor and |
| 11:28:00 | 17 | becomes the most important factor for determining which |
| 11:28:04 | 18 | phone consumers would buy based on, that concept is, |
| 11:28:10 | 19 | for me, a very difficult concept to agree upon. |
| 11:28:14 | 20 | CHECK INTERPRETER:  "So as to which specific |
| 11:28:16 | 21 | element would dictate the characteristic of the |
| 11:28:21 | 22 | phone or the decision-making factor is something |
| 11:28:24 | 23 | that I cannot really agree with you." |
| 11:28:28 | 24 | BY MR. STERN: |
| 11:28:28 | 25 | Q.   Mr. Lee, as a designer, part of your job is |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

81

| | | |
|---|---|---|
| 02:18:12 | 1 | consumer decision-making for the purchase of |
| 02:18:15 | 2 | smartphones in the United States? |
| 02:18:32 | 3 |       MR. ZELLER:  Asked and answered. |
| 02:20:13 | 4 |   A.    If I may repeat myself, design is something |
| 02:20:16 | 5 | that cannot conclusively be determined by its exterior |
| 02:20:20 | 6 | looks alone.  You have to take into consideration many |
| 02:20:28 | 7 | different elements, such as form, functionality, |
| 02:20:32 | 8 | usability and weight factor, among other things.  In |
| 02:20:37 | 9 | order for a certain design to be evaluated as a good |
| 02:20:44 | 10 | design, it has to be comprised of a good software, good |
| 02:20:48 | 11 | manufacturing engineering methodology and an |
| 02:20:55 | 12 | entrepreneurial mind, good material, good color and |
| 02:21:01 | 13 | many other values that a company may seek after. |
| 02:21:08 | 14 |       So all those combined comprehensively would |
| 02:21:13 | 15 | result to a consumer's purchase.  One would not just |
| 02:21:18 | 16 | grab something just because it has a good exterior |
| 02:21:22 | 17 | design only.  For instance, when one purchases |
| 02:21:29 | 18 | clothing, for example, one -- a consumer would consider |
| 02:21:34 | 19 | brand image, texture, color and the manufacturer who |
| 02:21:38 | 20 | made that particular piece of clothing. |
| 02:21:44 | 21 |       And, again, in simple terms, design is not |
| 02:21:48 | 22 | evaluated by its external looks alone, and that is |
| 02:21:55 | 23 | because there are many different elements that go into |
| 02:21:59 | 24 | a design to have a good design as a result, numerous |
| 02:22:07 | 25 | and countless elements to it. |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

117

| | | |
|---|---|---|
| 04:20:11 | 1 | stories such as you get inspiration from a light |
| 04:20:13 | 2 | above or from the sky or beautiful flowers; |
| 04:20:16 | 3 | however, product does not design involve |
| 04:20:21 | 4 | dramatic movement or amusing feeling.  It gets |
| 04:20:30 | 5 | completed and made gradually and little by |
| 04:20:33 | 6 | little.  And that's the design story behind it." |
| 04:21:06 | 7 | A.   I would like to state on the record the |
| 04:21:08 | 8 | reason I smile -- project a smiling gesture from time |
| 04:21:17 | 9 | to time is because the translator is stopping from time |
| 04:21:21 | 10 | to time for her to render her translation, and I was |
| 04:21:26 | 11 | making that gesture out of fluster created by the |
| 04:21:34 | 12 | translator.  And I would like to explain that it is not |
| 04:21:37 | 13 | to show my unfaithfulness or casualness in terms of |
| 04:21:44 | 14 | testimony. |
| 04:21:52 | 15 | MR. STERN:  I'd like to show you another |
| 04:21:54 | 16 | exhibit, Mr. Lee, which will be 12. |
| 12:02:57 | 17 | (Exhibit 12 was marked for identification.) |
| 04:21:57 | 18 | BY MR. STERN: |
| 04:21:57 | 19 | Q.   Mr. Lee, do you recognize this phone as the |
| 04:22:01 | 20 | Samsung Jet? |
| 04:22:10 | 21 | A.   Yes. |
| 04:22:11 | 22 | Q.   This morning you gave some testimony about |
| 04:22:13 | 23 | the Samsung Jet, as I recall, correct? |
| 04:22:23 | 24 | A.   Correct. |
| 04:22:23 | 25 | Q.   Do you recall when the Samsung Jet was |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

118

```
04:22:25   1   released into the market?
04:22:40   2        A.    I think it was in 2008.
04:22:43   3        Q.    Did the Samsung Jet serve as the basis in
04:22:47   4   any way for the design of the Project S phone?
04:23:03   5            MR. ZELLER:  Question is vague.
04:23:11   6        A.    There is core relationship in terms of
04:23:15   7   design.
04:23:16   8   BY MR. STERN:
04:23:16   9        Q.    What's the core relationship?
04:24:11  10        A.    The fact that the upper top corner is small
04:24:32  11   and the bottom corner is big, that is, like I stated
04:24:40  12   earlier, in order to induce somewhat a comfortable grip
04:24:49  13   and to facilitate and maintain easy operations.
04:24:55  14            And on the rear side where there's plastic
04:24:59  15   polycarbonate material, the polycarbonate effect is on
04:25:04  16   the rear side by means of providing curveness there.
04:25:12  17   We were -- we were looking for 3-D effects, and the 3-D
04:25:15  18   effects is seeking one step up technical advancement.
04:25:27  19   And on the Galaxy S's rear side, was on the rear side,
04:25:36  20   involves advanced technology.
04:25:38  21            And the Jet product is what implemented and
04:25:46  22   applied these concepts.
04:26:44  23            LEAD INTERPRETER:  Counsel, I need to stop
04:26:45  24       the witness here.
04:26:48  25        A.    The reason, in terms of talking about this
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

```
05:06:09   1          translator, that she should go ahead and
05:06:11   2          translate that portion, then we'll go back and
05:06:15   3          we'll try and do it, you know, with the witness
05:06:17   4          deciding where those breaks should be as opposed
05:06:20   5          to just being interrupted.  And we'll see if
05:06:24   6          that helps.
05:06:24   7              MR. STERN:  That sounds like a good
05:06:26   8          solution.
05:06:27   9      A.  Yes, I understand.
05:06:30  10              CHECK INTERPRETER:  "I'll do it that way."
05:06:30  11  BY MR. STERN:
05:06:33  12      Q.  Mr. Lee, at any point during the designing
05:06:37  13  of the S Project -- strike that.
05:06:43  14          At any point during the design work of the
05:06:45  15  S Project, did you and your fellow designers consider
05:06:51  16  the design of the Apple iPhone?
05:07:07  17      A.  No, we did not.
05:07:08  18      Q.  Did you refer to the Apple iPhone as part of
05:07:11  19  your design work in any way?
05:07:25  20              MR. ZELLER:  The question is vague.
05:07:27  21      A.  No, I did not.
05:07:29  22  BY MR. STERN:
05:07:30  23      Q.  Did you create any comparisons between the
05:07:32  24  designs you were making in project S and the Apple
05:07:37  25  iPhone?
```