# EXHIBIT 16

```
                    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
 2                        SAN JOSE DIVISION

 3            Civil Action No.:  11-CV-01846-LHK


 4
       APPLE, INC., a California corporation,
 5
                 Plaintiff,
 6

 7     vs.

 8     SAMSUNG ELECTRONICS CO., LTD.,
       a Korean business entity;
 9     SAMSUNG ELECTRONICS AMERICA, INC.,
       a New York corporation; and
10     SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
       a Delaware limited liability company,
11            Defendants.
       _____/
12

13

14

15               *** HIGHLY CONFIDENTIAL ***
                    ATTORNEYS' EYES ONLY
16

17            VIDEOTAPED PERSONAL DEPOSITION OF:

18                   HYOUNG SHIN PARK

19

20

21            Wednesday, February 29, 2012
                    Kim & Chang
22              Seoul, South Korea
                8:15 a.m. to 11:31 a.m.
23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7

| 08:19:48 | 1 | A. Are you talking about -- |
| 08:19:52 | 2 | CHECK INTERPRETER: Mass production. |
| 08:19:54 | 3 | A. -- mass production design. |
| 08:19:54 | 4 | BY MR. HO: |
| 08:19:58 | 5 | Q. I'm unsure of what you're referring to as |
| 08:20:00 | 6 | mass production. |
| 08:20:01 | 7 | You said that you design mobile devices. |
| 08:20:12 | 8 | A. Yes. |
| 08:20:13 | 9 | Q. Which mobile devices have you designed? |
| 08:20:22 | 10 | MS. CARUSO: Objection, vague. I think the |
| 08:20:23 | 11 | witness is asking you if you're talking about |
| 08:20:25 | 12 | ones that have been released commercially. |
| 08:20:33 | 13 | (Discussion held between Lead Interpreter |
| 08:20:41 | 14 | and Check Interpreter.) |
| 08:20:41 | 15 | BY MR. HO: |
| 08:20:42 | 16 | Q. Do you have an answer? |
| 08:20:50 | 17 | A. So I worked on the folder that's destined |
| 08:20:57 | 18 | for U.S. And also I worked on two MP3 destined for |
| 08:21:18 | 19 | Europe. And also F700. And also three types for |
| 08:21:39 | 20 | emerging market. |
| 08:21:40 | 21 | And there were three folders for U.S. Three |
| 08:21:48 | 22 | bar-type for U.S., not folder. So bar-type was not for |
| 08:22:00 | 23 | U.S. |
| 08:22:00 | 24 | And also I designed wave three. |
| 08:22:06 | 25 | Q. By bar-types do you mean bar-type phones? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

8

| | | |
|---|---|---|
| 08:22:13 | 1 | A.    Yes, yes, yes. |
| 08:22:15 | 2 | Q.    And what was the F700? |
| 08:22:35 | 3 | A.    It was a QWERTY device slide -- |
| 08:22:35 | 4 | COURT REPORTER:  Look on the screen. |
| 08:22:51 | 5 | A.    It was a QWERTY, Q-W-E-R-T-Y, device slide |
| 08:22:56 | 6 | phone with the touch LCD. |
| 08:22:59 | 7 | CHECK INTERPRETER:  Belated correction:  So |
| 08:23:01 | 8 | I worked on three folders that were for U.S. |
| 08:23:07 | 9 | should be replaced with the previous answer, so |
| 08:23:11 | 10 | I worked on folder for U.S. |
| 08:23:14 | 11 | LEAD INTERPRETER:  Corrected. |
| 08:23:14 | 12 | BY MR. HO: |
| 08:23:17 | 13 | Q.    And what are folders? |
| 08:23:20 | 14 | A.    It's a foldable phone. |
| 08:23:28 | 15 | Q.    Do you recall the names of those phones? |
| 08:23:35 | 16 | A.    It's been a while so I don't recall the |
| 08:23:58 | 17 | model names. |
| 08:23:59 | 18 | CHECK INTERPRETER:  Number. |
| 08:24:00 | 19 | A.    Model numbers. |
| 08:24:02 | 20 | However, I did one for Verizon and I did |
| 08:24:05 | 21 | another one for T-Mobile and I did another one for |
| 08:24:11 | 22 | TELUS for Canada. |
| 08:24:14 | 23 | BY MR. HO: |
| 08:24:14 | 24 | Q.    And do you recall the names of the bar-type |
| 08:24:16 | 25 | phones that you designed? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10

| | | |
|---|---|---|
| 08:26:56 | 1 | BY MR. HO: |
| 08:26:57 | 2 | Q.    Do you design the user interface of these |
| 08:27:00 | 3 | phones? |
| 08:27:05 | 4 | A.    No. |
| 08:27:06 | 5 | Q.    Do you design the external hardware of these |
| 08:27:11 | 6 | phones? |
| 08:27:15 | 7 | MS. CARUSO:  Objection, vague. |
| 08:27:27 | 8 | A.    So the external hardware, well, I do design |
| 08:27:32 | 9 | for the external case. |
| 08:27:36 | 10 | BY MR. HO: |
| 08:27:37 | 11 | Q.    Did you do the design for the external case |
| 08:27:39 | 12 | of the F700? |
| 08:27:45 | 13 | A.    Yes. |
| 08:27:47 | 14 | Q.    Were there other people who also assisted |
| 08:27:51 | 15 | with the design of the external case of the F700? |
| 08:28:00 | 16 | MS. CARUSO:  Objection, vague. |
| 08:28:12 | 17 | A.    I'm not clear whether you're referring to |
| 08:28:16 | 18 | the time when we were designing or the time when we are |
| 08:28:22 | 19 | mass producing. |
| 08:28:22 | 20 | BY MR. HO: |
| 08:28:25 | 21 | Q.    The time when you were designing. |
| 08:28:56 | 22 | A.    So at that time we had four product designer |
| 08:29:01 | 23 | and three of U.S. related designer and one from package |
| 08:29:07 | 24 | team and two from color CMF designer and one leader and |
| 08:29:17 | 25 | also the product planning team. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

| | | |
|---|---|---|
| 08:29:20 | 1 | CHECK INTERPRETER:  Replace U.S. with UX. |
| 08:29:24 | 2 | LEAD INTERPRETER:  UX. |
| 08:29:24 | 3 | BY MR. HO: |
| 08:29:27 | 4 | Q.   What was the name of the leader? |
| 08:29:33 | 5 | A.   Sang Min Hyun. |
| 08:29:37 | 6 | LEAD INTERPRETER:  S-A-N-G M-I-N H-Y-U-N, |
| 08:29:43 | 7 | interpreter's spelling. |
| 08:29:43 | 8 | BY MR. HO: |
| 08:29:44 | 9 | Q.   Is he still employed at -- well, first, is |
| 08:29:48 | 10 | Sang Min Hyun a male or female? |
| 08:29:53 | 11 | A.   He's a male. |
| 08:29:54 | 12 | Q.   Is he still employed at Samsung? |
| 08:29:59 | 13 | A.   Yes. |
| 08:29:59 | 14 | Q.   And what is his position? |
| 08:30:03 | 15 | A.   He's a designer. |
| 08:30:07 | 16 | CHECK INTERPRETER:  Principal. |
| 08:30:09 | 17 | A.   Principal designer. |
| 08:30:11 | 18 | BY MR. HO: |
| 08:30:12 | 19 | Q.   When did the project for the F700 start? |
| 08:30:25 | 20 | A.   The kickoff was around May of 2006. |
| 08:30:34 | 21 | Q.   Who gave instructions for the kickoff in May |
| 08:30:40 | 22 | of 2006? |
| 08:30:48 | 23 | MS. CARUSO:  Objection, lacks foundation. |
| 08:31:12 | 24 | A.   Well, it is not accurate.  Well, I can't |
| 08:31:15 | 25 | really recall. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

| | | |
|---|---|---|
| 08:31:15 | 1 | BY MR. HO: |
| 08:31:19 | 2 | Q.   Do you recall what were the goals of |
| 08:31:25 | 3 | design -- strike that. |
| 08:31:26 | 4 | What were the goals of designing the F700? |
| 08:31:36 | 5 | MS. CARUSO:  Objection, vague, lacks |
| 08:31:38 | 6 | foundation. |
| 08:31:56 | 7 | A.   So at the time the goal for kickoff was to |
| 08:31:58 | 8 | create an iconic design for Samsung. |
| 08:32:05 | 9 | BY MR. HO: |
| 08:32:05 | 10 | Q.   Did the F700 achieve this goal? |
| 08:32:15 | 11 | MS. CARUSO:  Objection, vague. |
| 08:32:29 | 12 | A.   That is not for me to determine so I can't |
| 08:32:32 | 13 | really tell. |
| 08:32:33 | 14 | BY MR. HO: |
| 08:32:33 | 15 | Q.   In your personal opinion. |
| 08:32:38 | 16 | A.   So my personal opinion. |
| 08:32:39 | 17 | Q.   In your personal opinion -- do you have any |
| 08:32:42 | 18 | personal opinion whether the F700 achieved its goal? |
| 08:32:52 | 19 | MS. CARUSO:  Objection, vague. |
| 08:33:31 | 20 | A.   Yes.  I think that the fact that we had |
| 08:33:42 | 21 | emerged our all forces in designing the slide phone |
| 08:33:49 | 22 | with UX team, product design team, package team, and |
| 08:33:54 | 23 | all the other coworkers were very significant.  And for |
| 08:34:04 | 24 | that I think we did a very iconic job. |
| 08:34:04 | 25 | BY MR. HO: |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

| | | |
|---|---|---|
| 08:40:36 | 1 | Q.    What was the inspiration for the F700 |
| 08:40:39 | 2 | design? |
| 08:40:58 | 3 | A.    So the internal name for this phone was |
| 08:41:31 | 4 | bowl. |
| 08:41:32 | 5 | CHECK INTERPRETER:  The nickname. |
| 08:41:34 | 6 | A.    The nickname was bowl, and that was |
| 08:41:37 | 7 | expressing the feeling of containing the water in a |
| 08:41:42 | 8 | bowl.  And so we named it so to represent that we |
| 08:41:48 | 9 | wanted -- represent the fact that we wanted to put as |
| 08:41:52 | 10 | much contents in that phone. |
| 08:41:56 | 11 | CHECK INTERPRETER:  As if a bowl is full of |
| 08:42:00 | 12 | water. |
| 08:42:03 | 13 | A.    And so there was a full-touch phone and also |
| 08:42:09 | 14 | there was a QWERTY version phone that we worked on |
| 08:42:17 | 15 | previously. |
| 08:42:24 | 16 | CHECK INTERPRETER:  May the interpreters |
| 08:42:25 | 17 | confer, please. |
| 08:42:26 | 18 | (Discussion held between Lead Interpreter |
| 08:42:34 | 19 | and Check Interpreter.) |
| 08:42:34 | 20 | A.    And also there were 3-to-4 key version.  So |
| 08:42:50 | 21 | that is why we nicknamed F700 to be Q bowl. |
| 08:42:59 | 22 | BY MR. HO: |
| 08:43:00 | 23 | Q.    So was the F700's inspiration a bowl of |
| 08:43:05 | 24 | water? |
| 08:43:11 | 25 | MS. CARUSO:  Objection, mischaracterizes the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

| | | |
|---|---|---|
| 08:43:13 | 1 | testimony. |
| 08:43:18 | 2 | A.    Yes. |
| 08:43:19 | 3 | BY MR. HO: |
| 08:43:19 | 4 | Q.    Was there any other inspiration for the |
| 08:43:22 | 5 | F700? |
| 08:43:59 | 6 | A.    So on top of that we also wanted to create a |
| 08:44:03 | 7 | mysterious feeling, so something with bluish, a vase |
| 08:44:12 | 8 | feel, something that you will get from the plate. |
| 08:44:19 | 9 | CHECK INTERPRETER:  Pottery. |
| 08:44:20 | 10 | LEAD INTERPRETER:  Pottery, thank you. |
| 08:44:21 | 11 | A.    From a pottery. |
| 08:44:23 | 12 | So in order to express that feeling we did |
| 08:44:26 | 13 | the hard coating. |
| 08:44:27 | 14 | CHECK INTERPRETER:  We applied CMF.  And |
| 08:44:37 | 15 | used a coating. |
| 08:44:39 | 16 | BY MR. HO: |
| 08:44:40 | 17 | Q.    What about the F700 symbolizes a bowl of |
| 08:44:46 | 18 | water? |
| 08:45:04 | 19 | MS. CARUSO:  Objection, vague. |
| 08:45:56 | 20 | A.    So I don't know whether you have seen the |
| 08:45:58 | 21 | design, but it has a roundy shape and it has a pottery |
| 08:46:07 | 22 | section.  And on the window part it feels like it is |
| 08:46:11 | 23 | submerged, and that's how we did the finish for that |
| 08:46:14 | 24 | part. |
| 08:46:15 | 25 | CHECK INTERPRETER:  Slightly submerged. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

17

| | | |
|---|---|---|
| 08:46:19 | 1 | A.    Slightly submerged. |
| 08:46:21 | 2 | And when you say inspiration, you don't make |
| 08:46:24 | 3 | that product to look like just -- to look just exactly |
| 08:46:30 | 4 | your inspiration, but you're just taking the little |
| 08:46:34 | 5 | details or feelings and apply your inspiration to that. |
| 08:46:39 | 6 | CHECK INTERPRETER:  Also the shape. |
| 08:46:39 | 7 | BY MR. HO: |
| 08:46:45 | 8 | Q.    What do you mean by pottery section? |
| 08:46:53 | 9 | A.    Not session, section. |
| 08:46:54 | 10 | Q.    And what do you mean by pottery section? |
| 08:47:01 | 11 | A.    I was referring to the flat surface. |
| 08:47:05 | 12 | Q.    And did you also say the display is |
| 08:47:07 | 13 | submerged? |
| 08:47:17 | 14 | MS. CARUSO:  Objection, mischaracterizes the |
| 08:47:18 | 15 | testimony. |
| 08:47:34 | 16 | A.    So it is the feel of water being almost full |
| 08:47:38 | 17 | in that container, but what was mass produced now looks |
| 08:47:43 | 18 | like it's little bit submerged in that container. |
| 08:47:52 | 19 | CHECK INTERPRETER:  The check interpreter |
| 08:47:54 | 20 | would like to make a belated correction. |
| 08:47:57 | 21 | "I was referring to one section," rather |
| 08:48:01 | 22 | than "I was referring to the flat surface." |
| 08:48:01 | 23 | BY MR. HO: |
| 08:48:14 | 24 | Q.    And what exactly is submerged in that |
| 08:48:16 | 25 | container? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

| | | |
|---|---|---|
| 08:48:27 | 1 | MS. CARUSO:  Objection, mischaracterizes the |
| 08:48:29 | 2 | testimony. |
| 08:48:41 | 3 | A.    Because I am a designer, so I was imagining |
| 08:49:09 | 4 | putting the hardware components within that.  That was |
| 08:49:12 | 5 | what I imagined. |
| 08:49:15 | 6 | But I'm sorry, what was your question? |
| 08:49:15 | 7 | BY MR. HO: |
| 08:49:18 | 8 | Q.    The question -- sorry. |
| 08:49:18 | 9 | Earlier you referred to something being |
| 08:49:20 | 10 | submerged in a container.  I was just wondering what |
| 08:49:24 | 11 | you thought was submerged in a container. |
| 08:49:40 | 12 | MS. CARUSO:  Objection, mischaracterizes the |
| 08:49:42 | 13 | testimony. |
| 08:50:20 | 14 | A.    So it was the feel that makes it look like |
| 08:50:26 | 15 | the large LCD was contained within the hardware, the |
| 08:50:35 | 16 | large LCD display was contained in the hardware, and so |
| 08:50:41 | 17 | this will give a very simple, clean feeling by showing |
| 08:50:48 | 18 | that mobile device is housed in the hardware. |
| 08:50:48 | 19 | BY MR. HO: |
| 08:50:59 | 20 | Q.    Besides the bowl of water and the mysterious |
| 08:51:03 | 21 | feeling with respect to the bluish face feel, vase |
| 08:51:09 | 22 | feel, was there any other inspiration for the F700? |
| 08:51:36 | 23 | (Discussion held between Lead Interpreter |
| 08:51:43 | 24 | and Check Interpreter.) |
| 08:51:43 | 25 | A.    No.  As far as the external design, no. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

26

| | | |
|---|---|---|
| 09:09:46 | 1 | you input the keys and the feel when you use the slide. |
| 09:10:09 | 2 | Q.    Did you consider the designs of other phones |
| 09:10:13 | 3 | when you were designing the F700? |
| 09:10:21 | 4 | MS. CARUSO:  Objection, vague. |
| 09:10:28 | 5 | A.    When I was doing that project. |
| 09:10:28 | 6 | BY MR. HO: |
| 09:10:31 | 7 | Q.    Yes. |
| 09:10:40 | 8 | A.    There were many different design ideas |
| 09:10:45 | 9 | because we had four designers working on that project. |
| 09:10:54 | 10 | Q.    Did you consider designs of other released |
| 09:10:57 | 11 | phones when you were designing the F700? |
| 09:11:05 | 12 | MS. CARUSO:  Objection, vague. |
| 09:11:11 | 13 | A.    I don't understand your question. |
| 09:11:11 | 14 | BY MR. HO: |
| 09:11:15 | 15 | Q.    When you're looking -- let me step back. |
| 09:11:18 | 16 | When you're generally designing phones and |
| 09:11:22 | 17 | mobile devices, do you look at the design of other |
| 09:11:27 | 18 | phones for inspiration? |
| 09:11:44 | 19 | MS. CARUSO:  Objection, vague. |
| 09:11:47 | 20 | A.    No. |
| 09:11:49 | 21 | BY MR. HO: |
| 09:11:49 | 22 | Q.    And is that also true for when you were |
| 09:11:52 | 23 | designing the F700? |
| 09:11:58 | 24 | A.    Yes. |
| 09:12:02 | 25 | Q.    Just so I understand, you did not consider |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:12:05 | 1 | designs of other Samsung phones, for instance, when you |
| 09:12:09 | 2 | were designing the F700. |
| 09:12:24 | 3 | MS. CARUSO:  Objection, vague, |
| 09:12:26 | 4 | mischaracterizes the testimony. |
| 09:12:43 | 5 | A.    Well, that's not what I meant.  What I |
| 09:12:45 | 6 | designed was what I designed, and if my design can be |
| 09:12:50 | 7 | referenced in the future that will be great. |
| 09:12:50 | 8 | BY MR. HO: |
| 09:12:54 | 9 | Q.    Did you reference prior Samsung phone |
| 09:12:57 | 10 | designs in designing the F700? |
| 09:13:07 | 11 | (Discussion held between Lead Interpreter |
| 09:13:09 | 12 | and Check Interpreter.) |
| 09:13:09 | 13 | MS. CARUSO:  Objection, vague. |
| 09:13:26 | 14 | A.    So there definitely was the feel for Samsung |
| 09:13:32 | 15 | blue when we did CMF and marketing.  And since the |
| 09:14:02 | 16 | design was simple, I wanted to have and also approached |
| 09:14:10 | 17 | the blue/black image of Samsung and I wanted to include |
| 09:14:16 | 18 | that heritage of Samsung into the CMF. |
| 09:14:27 | 19 | BY MR. HO: |
| 09:14:27 | 20 | Q.    Do you remember any specific phones that you |
| 09:14:29 | 21 | were referencing when designing the F700? |
| 09:14:39 | 22 | MS. CARUSO:  Objection, vague. |
| 09:14:46 | 23 | A.    There's no specific phones. |
| 09:14:50 | 24 | MS. CARUSO:  We've been going about an hour. |
| 09:14:52 | 25 | Can we take a break? |

| | | |
|---|---|---|
| 09:42:48 | 1 | A.   I was only mentioning on the color, the |
| 09:42:52 | 2 | color that Samsung owns.  That's what I was referencing |
| 09:42:55 | 3 | to. |
| 09:42:56 | 4 | BY MR. HO: |
| 09:42:57 | 5 | Q.   Besides the color, was there any aspect of |
| 09:43:00 | 6 | the exterior design of prior Samsung phones that you |
| 09:43:04 | 7 | referenced in designing the F700? |
| 09:43:22 | 8 | MS. CARUSO:  Objection, vague. |
| 09:43:30 | 9 | A.   No, I did not reference them. |
| 09:43:30 | 10 | BY MR. HO: |
| 09:43:34 | 11 | Q.   Did you reference any third-party phones |
| 09:43:36 | 12 | when designing the F700? |
| 09:43:46 | 13 | MS. CARUSO:  Objection, vague. |
| 09:43:53 | 14 | A.   No.  As far as I can recall, no. |
| 09:43:53 | 15 | BY MR. HO: |
| 09:44:04 | 16 | Q.   Earlier you also testified that there were |
| 09:44:06 | 17 | four different designers on the F700 project; is that |
| 09:44:09 | 18 | correct? |
| 09:44:18 | 19 | MS. CARUSO:  Objection, mischaracterizes the |
| 09:44:19 | 20 | record. |
| 09:44:37 | 21 | A.   At the time of the kickoff just for the |
| 09:44:41 | 22 | product designer there were four of us. |
| 09:44:45 | 23 | BY MR. HO: |
| 09:44:45 | 24 | Q.   Are there four exterior designers? |
| 09:44:53 | 25 | A.   The product exterior designers, yes. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

31

| | | |
|---|---|---|
| 09:44:56 | 1 | Q.    Did they come up with other designs for the |
| 09:45:00 | 2 | F700? |
| 09:45:07 | 3 | MS. CARUSO:  Objection, vague. |
| 09:45:16 | 4 | A.    No, that is not right. |
| 09:45:19 | 5 | BY MR. HO: |
| 09:45:19 | 6 | Q.    What did they do? |
| 09:45:32 | 7 | A.    They designed the full-touch and 3/4 key. |
| 09:45:39 | 8 | Q.    Was there anyone who also worked on the |
| 09:45:41 | 9 | exterior case design besides you of the F700? |
| 09:45:54 | 10 | MS. CARUSO:  Objection, vague, vague as to |
| 09:45:57 | 11 | time. |
| 09:46:10 | 12 | A.    Are you referring to the designer at the |
| 09:46:13 | 13 | beginning. |
| 09:46:13 | 14 | BY MR. HO: |
| 09:46:15 | 15 | Q.    Yes. |
| 09:46:21 | 16 | A.    There were four product designers. |
| 09:46:25 | 17 | Q.    Did these four product designers assist or |
| 09:46:29 | 18 | come up with the designs of the exterior case of the |
| 09:46:33 | 19 | F700? |
| 09:46:48 | 20 | MS. CARUSO:  Objection, vague and compound. |
| 09:47:02 | 21 | A.    The reason for having the four designer |
| 09:47:05 | 22 | initially was for the purpose of competition. |
| 09:47:05 | 23 | BY MR. HO: |
| 09:47:12 | 24 | Q.    Did you compete with -- were you one of the |
| 09:47:14 | 25 | four designers? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:47:19 | 1 | A.    Yes. |
| 09:47:20 | 2 | Q.    And did you each submit different designs |
| 09:47:23 | 3 | for the F700? |
| 09:47:37 | 4 | MS. CARUSO:  Objection, vague. |
| 09:47:46 | 5 | A.    Yes. |
| 09:47:48 | 6 | MS. CARUSO:  Before the witness continues, |
| 09:47:49 | 7 | can we adjust the temperature? |
| 09:47:51 | 8 | MR. HO:  Let's take a quick break. |
| 09:47:53 | 9 | MS. CARUSO:  Everyone is pretty warm. |
| 09:47:57 | 10 | VIDEOGRAPHER:  Going off the video record. |
| 09:47:59 | 11 | The time is 9:47 a.m. |
| 09:49:26 | 12 | (A recess was taken.) |
| 09:49:26 | 13 | VIDEOGRAPHER:  We're back on the video |
| 09:49:59 | 14 | record.  The time is 9:50 a.m. |
| 09:50:04 | 15 | LEAD INTERPRETER:  Before we begin, |
| 09:50:05 | 16 | interpreter would like to make a correction.  As |
| 09:50:08 | 17 | for the previously rendered term "3/4 key," the |
| 09:50:13 | 18 | correct translation -- interpretation will be "3 |
| 09:50:18 | 19 | by 4 key." |
| 09:50:21 | 20 | BY MR. HO: |
| 09:50:21 | 21 | Q.    Was the design you submitted in the F700 |
| 09:50:24 | 22 | competition the design that became what was mass |
| 09:50:29 | 23 | produced for the F700? |
| 09:50:45 | 24 | MS. CARUSO:  Objection, mischaracterizes the |
| 09:50:47 | 25 | record, assumes facts not in evidence.  Vague. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

33

| | | |
|---|---|---|
| 09:51:02 | 1 | A.    Yes, you may be able to see it that way. |
| 09:51:02 | 2 | BY MR. HO: |
| 09:51:07 | 3 | Q.    What were the names of the other designers |
| 09:51:09 | 4 | in the competition? |
| 09:51:19 | 5 | A.    Sung Kwon Kim. |
| 09:51:41 | 6 | LEAD INTERPRETER:  S-U-N-G K-W-O-N K-I-M. |
| 09:51:47 | 7 | A.    Jiyoung Lee. |
| 09:51:49 | 8 | LEAD INTERPRETER:  J-I-Y-O-U-N-G L-E-E. |
| 09:51:55 | 9 | A.    And a person named Steven who is American |
| 09:51:58 | 10 | Russian. |
| 09:52:00 | 11 | CHECK INTERPRETER:  All the spellings are |
| 09:52:05 | 12 | provided by the interpreter. |
| 09:52:08 | 13 | BY MR. HO: |
| 09:52:09 | 14 | Q.    Do you recall Steven's last name? |
| 09:52:13 | 15 | A.    No, I don't recall. |
| 09:52:19 | 16 | Q.    When did this design competition take place? |
| 09:52:32 | 17 | A.    So it began in May. |
| 09:52:36 | 18 | Q.    When did it conclude? |
| 09:52:41 | 19 | MS. CARUSO:  Objection, vague. |
| 09:52:55 | 20 | A.    Although I don't recall the exact -- |
| 09:52:59 | 21 | exactly, but I think it probably ended around August. |
| 09:52:59 | 22 | BY MR. HO: |
| 09:53:04 | 23 | Q.    And is that May 2006 to August 2006? |
| 09:53:09 | 24 | A.    Yes. |
| 09:53:10 | 25 | Q.    Who selected the winning design? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

34

| | | |
|---|---|---|
| 09:53:32 | 1 | A.    Since I did not attend to the final PT -- |
| 09:53:37 | 2 | CHECK INTERPRETER:  Presentation. |
| 09:53:38 | 3 | A.     -- final presentation, so I don't really |
| 09:53:41 | 4 | recall. |
| 09:53:41 | 5 | BY MR. HO: |
| 09:53:47 | 6 | Q.   Were you given any parameters when you were |
| 09:53:50 | 7 | submitting designs of the F700? |
| 09:53:57 | 8 | MS. CARUSO:  Objection, vague. |
| 09:54:06 | 9 | A.   I don't understand what you mean by |
| 09:54:08 | 10 | parameters. |
| 09:54:08 | 11 | BY MR. HO: |
| 09:54:09 | 12 | Q.   Were you given any guidelines for the design |
| 09:54:12 | 13 | of the F700? |
| 09:54:21 | 14 | (Discussion held between Lead Interpreter |
| 09:54:24 | 15 | and Check Interpreter.) |
| 09:54:24 | 16 | MS. CARUSO:  Objection, vague. |
| 09:54:37 | 17 | A.   There were no separate guidelines. |
| 09:54:44 | 18 | CHECK INTERPRETER:  There were no guidelines |
| 09:54:46 | 19 |    that I received. |
| 09:54:46 | 20 | BY MR. HO: |
| 09:54:48 | 21 | Q.   Were you given any instructions when |
| 09:54:50 | 22 | designing the F700? |
| 09:54:58 | 23 | MS. CARUSO:  Objection, vague. |
| 09:55:08 | 24 | A.   I did not receive any instructions. |
| 09:55:15 | 25 | BY MR. HO: |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

35

| | | |
|---|---|---|
| 09:55:15 | 1 | Q.    How did you become a part of this |
| 09:55:20 | 2 | competition? |
| 09:55:29 | 3 | A.    I don't recall exactly how I became a part |
| 09:55:34 | 4 | of that competition. |
| 09:55:39 | 5 | Q.    Were you free to design the F700 any way you |
| 09:55:46 | 6 | desired? |
| 09:55:53 | 7 | MS. CARUSO:  Objection, vague. |
| 09:56:12 | 8 | A.    When I was planning the first draft, there |
| 09:56:21 | 9 | were many freedoms under the control of the leader. |
| 09:56:21 | 10 | BY MR. HO: |
| 09:56:26 | 11 | Q.    Who was the leader? |
| 09:56:27 | 12 | CHECK INTERPRETER:  "Although I'm not sure." |
| 09:56:27 | 13 | BY MR. HO: |
| 09:56:27 | 14 | Q.    Who was the leader? |
| 09:56:36 | 15 | A.    Sang Min Hyun. |
| 09:56:38 | 16 | LEAD INTERPRETER:  S-A-N-G M-I-N H-Y-U-N. |
| 09:56:42 | 17 | Interpreter's spelling. |
| 09:56:51 | 18 | BY MR. HO: |
| 09:56:52 | 19 | Q.    For later drafts was there less freedom for |
| 09:56:55 | 20 | your design? |
| 09:57:10 | 21 | MS. CARUSO:  Objection, vague. |
| 09:57:24 | 22 | A.    I don't quite understand what you mean by |
| 09:57:26 | 23 | freedom. |
| 09:57:26 | 24 | BY MR. HO: |
| 09:57:30 | 25 | Q.    Earlier you said that for the first draft I |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

40

| | | |
|---|---|---|
| 10:09:45 | 1 | BY MR. HO: |
| 10:09:51 | 2 | Q.    When did you stop making changes to the |
| 10:09:53 | 3 | exterior case of the F700? |
| 10:11:01 | 4 | A.    So the purpose of the design is to provide a |
| 10:11:09 | 5 | pretty organized exterior housing space for -- housing |
| 10:11:16 | 6 | for a functional components.  So we continuously make |
| 10:11:25 | 7 | changes as we work with the development by -- you know, |
| 10:11:32 | 8 | with their consensus.  So there are many things that we |
| 10:11:37 | 9 | have to consider as to the little detailed components |
| 10:11:42 | 10 | and the location of those components.  So I don't quite |
| 10:11:45 | 11 | recall exactly when. |
| 10:11:49 | 12 | Q.    Did your winning design for the F700 that |
| 10:11:52 | 13 | you submitted in the competition look generally like |
| 10:11:57 | 14 | the phone that was released to market? |
| 10:12:20 | 15 | MS. CARUSO:  Objection, vague. |
| 10:12:35 | 16 | A.    So are you asking me the proposed design and |
| 10:12:38 | 17 | the proposed mass production were same? |
| 10:12:38 | 18 | BY MR. HO: |
| 10:12:43 | 19 | Q.    Yes. |
| 10:12:44 | 20 | A.    Yes. |
| 10:12:44 | 21 | Q.    Were there any difference between the two? |
| 10:13:24 | 22 | A.    Although there were slight adjustments in |
| 10:13:30 | 23 | the process of consensus -- in the process of working |
| 10:13:34 | 24 | together with the development part, such as the key |
| 10:13:44 | 25 | locations and the additional speaker and the location |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

50

| | | |
|---|---|---|
| 10:38:19 | 1 | Q.    Did you consider the design of the iPhone |
| 10:38:21 | 2 | when you were designing the F700? |
| 10:38:31 | 3 | MS. CARUSO:  Objection, vague, vague as to |
| 10:38:32 | 4 | time. |
| 10:38:35 | 5 | A.    No. |
| 10:38:36 | 6 | BY MR. HO: |
| 10:38:37 | 7 | Q.    At the time when you looked at the iPhone on |
| 10:38:39 | 8 | the website, were you designing the F700? |
| 10:38:50 | 9 | MS. CARUSO:  Objection, vague. |
| 10:39:04 | 10 | A.    It was being developed at that time. |
| 10:39:04 | 11 | BY MR. HO: |
| 10:39:09 | 12 | Q.    Were you still in the process of designing |
| 10:39:11 | 13 | the F700 at that time? |
| 10:39:20 | 14 | MS. CARUSO:  Objection, vague, asked and |
| 10:39:22 | 15 | answered. |
| 10:39:32 | 16 | A.    Yes. |
| 10:39:37 | 17 | BY MR. HO: |
| 10:39:37 | 18 | Q.    Were you aware of any rumors about the |
| 10:39:39 | 19 | release of the iPhone before the announcement? |
| 10:39:55 | 20 | (Discussion held between Lead Interpreter |
| 10:39:55 | 21 | and Check Interpreter.) |
| 10:40:12 | 22 | A.    No. |
| 10:40:14 | 23 | CHECK INTERPRETER:  I was not. |
| 10:40:14 | 24 | BY MR. HO: |
| 10:40:20 | 25 | Q.    Are you aware of any other Samsung phones |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

60

| | | |
|---|---|---|
| 11:16:01 | 1 | A.    iPhone 1 was not available in Korea, so |
| 11:16:04 | 2 | without looking at the actual product, you cannot do |
| 11:16:07 | 3 | the comparison.  On the pictures you cannot do the |
| 11:16:11 | 4 | comparison of the entire -- the part of the product. |
| 11:16:11 | 5 | BY MR. HO: |
| 11:16:16 | 6 | Q.    Did you do any comparisons based on pictures |
| 11:16:20 | 7 | or photos of the iPhone? |
| 11:16:29 | 8 | MS. CARUSO:  Objection, vague. |
| 11:16:32 | 9 | A.    No. |
| 11:16:32 | 10 | BY MR. HO: |
| 11:16:35 | 11 | Q.    Are you aware of any comparisons by anyone |
| 11:16:38 | 12 | else at Samsung between the F700 and the iPhone? |
| 11:16:51 | 13 | MS. CARUSO:  Objection, vague. |
| 11:16:56 | 14 | A.    I don't really know. |
| 11:16:59 | 15 | MR. HO:  Let's take a quick break.  I think |
| 11:17:01 | 16 | I'll just have a few questions.  Let me just |
| 11:17:06 | 17 | take a look at my notes to make sure I've got |
| 11:17:09 | 18 | everything. |
| 11:17:09 | 19 | VIDEOGRAPHER:  Going off the video record. |
| 11:17:12 | 20 | The time is 11:17 a.m. |
| 11:25:16 | 21 | (A recess was taken.) |
| 11:25:16 | 22 | VIDEOGRAPHER:  We're back on the video |
| 11:25:38 | 23 | record.  The time is 11:25 a.m. |
| 11:25:43 | 24 | BY MR. HO: |
| 11:25:43 | 25 | Q.    After the iPhone was released, did you do |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

61

| | | |
|---|---|---|
| 11:25:47 | 1 | anything to change the way you designed phones in |
| 11:25:51 | 2 | response to the iPhone? |
| 11:26:08 | 3 | A.    Um, no.  I didn't. |
| 11:26:10 | 4 | Q.    Do you know if Samsung did anything in the |
| 11:26:14 | 5 | way it designed the phones in response to the iPhone? |
| 11:26:33 | 6 | MS. CARUSO:  Objection, vague. |
| 11:26:36 | 7 | (Discussion held between Lead Interpreter |
| 11:26:49 | 8 | and Check Interpreter.) |
| 11:26:49 | 9 | A.    No. |
| 11:26:51 | 10 | MR. HO:  I'll mark as Exhibit 1702 document |
| 11:26:56 | 11 | Bates labelled SAMNDCA 10310951 to 978. |
| 12:02:57 | 12 | (Exhibit 1702 was marked for |
| 11:27:16 | 13 | identification.) |
| 11:27:16 | 14 | BY MR. HO: |
| 11:27:17 | 15 | Q.    Do you recognize this document, Ms. Park? |
| 11:27:23 | 16 | A.    This is my first time seeing it. |
| 11:27:32 | 17 | MR. HO:  And I'm going to mark as Exhibit |
| 11:27:36 | 18 | 1703 a document Bates labelled SAMNDCA 10295752 |
| 11:27:45 | 19 | to 778. |
| 12:02:57 | 20 | (Exhibit 1703 was marked for |
| 11:28:02 | 21 | identification.) |
| 11:28:02 | 22 | MS. CARUSO:  Is there a copy for me? |
| 11:28:04 | 23 | MR. HO:  Sorry. |
| 11:28:04 | 24 | BY MR. HO: |
| 11:28:12 | 25 | Q.    Do you recognize this document, Ms. Park? |