# EXHIBIT 17

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
   CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
1        UNITED STATES INTERNATIONAL TRADE COMMISSION
                      WASHINGTON, D.C.
2

3   _____

4   In the Matter of:

5   CERTAIN ELECTRONIC DIGITAL              Case No.:

6   MEDIA DEVICES AND COMPONENTS            337-TA-796

7   THEREOF

8   _____

9

10

11
          *** CONFIDENTIAL BUSINESS INFORMATION ***
12              SUBJECT TO PROTECTIVE ORDER

13

14
             VIDEOTAPED PERSONAL DEPOSITION OF:
15                   HYOUNG SHIN PARK

16

17

18
                  Thursday, March 1, 2012
19                       Kim & Chang
                     Seoul, South Korea
20               9:05 a.m. to 5:08 p.m.

21

22

23

24

25
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

29

| | | |
|---|---|---|
| 10:35:05 | 1 | A.    There is a Crest by itself and there is |
| 10:35:12 | 2 | another type, which is Crest Solar.  Those are two |
| 10:35:15 | 3 | separate types. |
| 10:35:18 | 4 | Q.    And the third one is Sling. |
| 10:35:25 | 5 | A.    I think it was Sling. |
| 10:35:34 | 6 | Q.    Besides these four cell phones that you |
| 10:35:48 | 7 | identified, is there anything else that you designed as |
| 10:35:54 | 8 | a senior designer at Samsung? |
| 10:36:08 | 9 | MS. CARUSO:  Objection, vague.  You mean |
| 10:36:09 | 10 | that was mass produced? |
| 10:36:12 | 11 | MR. HO:  Sure, I can limit it to that was |
| 10:36:15 | 12 | mass produced. |
| 10:36:15 | 13 | A.    No, nothing else. |
| 10:36:18 | 14 | BY MR. HO: |
| 10:36:20 | 15 | Q.    And you designed the exterior case for these |
| 10:36:25 | 16 | phones; is that correct? |
| 10:36:32 | 17 | A.    Yes. |
| 10:36:32 | 18 | Q.    And when you were a designer, did you design |
| 10:36:36 | 19 | the exterior case of the earlier phones that you |
| 10:36:39 | 20 | identified? |
| 10:36:53 | 21 | A.    Yes. |
| 10:36:59 | 22 | Q.    Let's talk about the F700 phone that you |
| 10:37:01 | 23 | designed as a designer at Samsung. |
| 10:37:09 | 24 | A.    Yes. |
| 10:37:09 | 25 | Q.    When did the F700 project start? |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

30

| | | |
|---|---|---|
| 10:37:26 | 1 | A. That project kicked off in May 2006. |
| 10:37:31 | 2 | Q. Was there a project concept for the F700? |
| 10:37:39 | 3 | MS. CARUSO: Objection, vague. |
| 10:37:57 | 4 | A. The concept of it was to make Samsung's |
| 10:38:03 | 5 | iconic mobile phone. |
| 10:38:07 | 6 | BY MR. HO: |
| 10:38:09 | 7 | Q. In May 2006 was there a specific kind of |
| 10:38:14 | 8 | phone that Samsung wanted to make with respect to the |
| 10:38:18 | 9 | F700 project? |
| 10:38:29 | 10 | MS. CARUSO: Objection, vague, assumes facts |
| 10:38:33 | 11 | not in evidence. |
| 10:38:50 | 12 | A. When you said Samsung Electronics, who are |
| 10:38:52 | 13 | you referring to? |
| 10:38:52 | 14 | BY MR. HO: |
| 10:38:57 | 15 | Q. Who started the F700 project? |
| 10:39:05 | 16 | MS. CARUSO: Objection, vague, assumes facts |
| 10:39:07 | 17 | not in evidence, lacks foundation. |
| 10:39:39 | 18 | A. At the time it was my fourth year into |
| 10:39:57 | 19 | engineer, engineer as a title, therefore I don't know |
| 10:40:03 | 20 | what directions would have been issued from superiors |
| 10:40:09 | 21 | in that regard. |
| 10:40:09 | 22 | BY MR. HO: |
| 10:40:12 | 23 | Q. You were an engineer? |
| 10:40:15 | 24 | LEAD INTERPRETER: Oh, designer by the |
| 10:40:17 | 25 | interpreter. Apologies by the interpreter. |

| | | |
|---|---|---|
| 10:54:32 | 1 | and what form factor it could be composed of, those |
| 10:54:36 | 2 | elements were relied upon each designer per each |
| 10:54:42 | 3 | designer's capability to come up with the most |
| 10:54:50 | 4 | appropriate design conclusively. |
| 10:54:50 | 5 | BY MR. HO: |
| 10:54:57 | 6 | Q.   And was this to come up with a design for |
| 10:55:00 | 7 | the F700? |
| 10:55:08 | 8 | MS. CARUSO:  Objection, vague. |
| 10:55:27 | 9 | A.   As to that, I would not know for sure |
| 10:55:31 | 10 | whether that was to come up with a design for that. |
| 10:55:31 | 11 | BY MR. HO: |
| 10:55:34 | 12 | Q.   What were you supposed to come up with a |
| 10:55:37 | 13 | design for? |
| 10:55:44 | 14 | MS. CARUSO:  Objection, asked and answered. |
| 10:55:59 | 15 | A.   For Samsung's iconic cell phone. |
| 10:55:59 | 16 | BY MR. HO: |
| 10:56:04 | 17 | Q.   But at the time when you were designing as |
| 10:56:09 | 18 | part of the design competition, you did not know that |
| 10:56:12 | 19 | this was for the F700 project; is that correct? |
| 10:56:28 | 20 | MS. CARUSO:  Objection, assumes facts not in |
| 10:56:30 | 21 |    evidence, vague. |
| 10:56:43 | 22 | A.   The start name for the project was MPCP. |
| 10:56:57 | 23 | That's an acronym.  And at this time I don't quite |
| 10:57:11 | 24 | recall as to what those letters stand for. |
| 10:57:11 | 25 | BY MR. HO: |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

39

| | | |
|---|---|---|
| 11:07:08 | 1 | Q. And just so I understand, the MPCP project |
| 11:07:12 | 2 | became the F700 project; is that right? |
| 11:07:20 | 3 | MS. CARUSO: Objection, vague. |
| 11:07:34 | 4 | A. The output that resulted from the MPCP |
| 11:07:39 | 5 | project led to the mass production of F700. |
| 11:07:39 | 6 | BY MR. HO: |
| 11:07:52 | 7 | Q. Just so I fully understand. MPCP project |
| 11:07:55 | 8 | was to create some kind of Samsung iconic design to |
| 11:07:59 | 9 | beat out, for instance, the Motorola RAZR which was |
| 11:08:04 | 10 | really popular at the time. And from that sprung the |
| 11:08:09 | 11 | F700 project. Is that right? |
| 11:08:32 | 12 | MS. CARUSO: Objection, vague, compound, |
| 11:08:35 | 13 | assumes facts not in evidence. |
| 11:08:49 | 14 | A. That is right in terms of design intention; |
| 11:08:55 | 15 | the purpose of design, so to speak. |
| 11:08:57 | 16 | Q. When did the MPCP project start? |
| 11:09:07 | 17 | A. In May. Around May. |
| 11:09:11 | 18 | Q. May of what year? |
| 11:09:13 | 19 | A. Of 2006. |
| 11:09:22 | 20 | Q. And earlier you said that the F700 project |
| 11:09:25 | 21 | also started in May 2006. Were you really referring to |
| 11:09:35 | 22 | the start of the MPCP project? |
| 11:09:41 | 23 | A. Yes. |
| 11:09:42 | 24 | Q. Is there another date that is more accurate |
| 11:09:46 | 25 | for the start of the F700 project? |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

40

| Time | # | |
|---|---|---|
| 11:09:56 | 1 | MS. CARUSO:  Objection, assumes facts not in |
| 11:09:59 | 2 | evidence. |
| 11:10:11 | 3 | A.  As to that, I'm not quite sure, because I |
| 11:10:13 | 4 | don't know what the leader might have done in that |
| 11:10:18 | 5 | regard. |
| 11:10:18 | 6 | BY MR. HO: |
| 11:10:19 | 7 | Q.  Do you recall when you first heard the term |
| 11:10:21 | 8 | "F700"? |
| 11:10:38 | 9 | A.  Around the mid point of mass production. |
| 11:10:47 | 10 | When the mass production is selected, then there is a |
| 11:10:52 | 11 | code that's designated.  Samsung's product model names |
| 11:11:04 | 12 | are all designated with numbers included. |
| 11:11:13 | 13 | Q.  Earlier you also testified that there was a |
| 11:11:17 | 14 | front-touch-type LCD slide type phone that came out |
| 11:11:22 | 15 | about a month after the MPCP kickoff; is that right? |
| 11:11:40 | 16 | MS. CARUSO:  Objection, mischaracterizes the |
| 11:11:42 | 17 | testimony. |
| 11:11:59 | 18 | A.  Well, by that I meant that's approximately |
| 11:12:08 | 19 | when that the -- in the course of co-working with other |
| 11:12:17 | 20 | design teams that we were suggesting to go with the |
| 11:12:24 | 21 | full-touch implemented phones. |
| 11:12:24 | 22 | BY MR. HO: |
| 11:12:32 | 23 | Q.  And by full-touch implemented phones what do |
| 11:12:35 | 24 | you mean? |
| 11:12:36 | 25 | CHECK INTERPRETER:  May the interpreters |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

41

| | | |
|---|---|---|
| 11:12:37 | 1 | have a moment to confer, please? |
| 11:12:43 | 2 | (Discussion held between Lead Interpreter |
| 11:12:58 | 3 | and Check Interpreter.) |
| 11:12:58 | 4 | A.   By that I mean the front display is |
| 11:13:04 | 5 | full-touch type. |
| 11:13:09 | 6 | BY MR. HO: |
| 11:13:09 | 7 | Q.   And earlier you testified that one of the |
| 11:13:14 | 8 | goals of the F700 project was to create an iconic |
| 11:13:19 | 9 | Samsung design; what do you mean by that? |
| 11:13:55 | 10 | A.   At the time when we heard the term "RAZR," |
| 11:14:00 | 11 | we could visualize very thin metallic sleek type of |
| 11:14:05 | 12 | phone.  So Samsung also wanted to make a product that |
| 11:14:40 | 13 | gives an impression of blue high technology and a great |
| 11:14:51 | 14 | usability. |
| 11:14:55 | 15 | Q.   Why did Samsung want to make a product that |
| 11:14:59 | 16 | gave -- let me start over. |
| 11:15:00 | 17 | Why did Samsung want to make a product that |
| 11:15:03 | 18 | gave an impression of blue? |
| 11:15:11 | 19 | MS. CARUSO:  Objection, vague, lacks |
| 11:15:13 | 20 | foundation, calls for speculation. |
| 11:15:41 | 21 | A.   Of the phones that had already been |
| 11:15:44 | 22 | successful in the market made by Samsung gave a slight |
| 11:15:54 | 23 | bluish color impression. |
| 11:15:54 | 24 | BY MR. HO: |
| 11:15:57 | 25 | Q.   Do you recall which phones were these? |

American Realtime Court Reporters / Asia
www.americanrealtime.com  (561) 279-9132

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

59

| | | |
|---|---|---|
| 01:08:50 | 1 | Q. And what do you mean by the exterior case? |
| 01:09:14 | 2 | A. By external case I was referring to the |
| 01:09:16 | 3 | entire exterior of the device and hardware. |
| 01:09:23 | 4 | Q. Is it what consumers would see without |
| 01:09:26 | 5 | taking apart the phone? |
| 01:09:38 | 6 | A. Yes. |
| 01:09:39 | 7 | Q. Did you have any inspiration for your design |
| 01:09:47 | 8 | of the F700? |
| 01:09:51 | 9 | MS. CARUSO: Objection, vague. |
| 01:09:57 | 10 | A. Are you referring to any inspiration that I |
| 01:10:01 | 11 | had for the exterior design? |
| 01:10:01 | 12 | BY MR. HO: |
| 01:10:05 | 13 | Q. Yes. |
| 01:10:49 | 14 | A. Like I stated yesterday, at the time the |
| 01:10:54 | 15 | design output from the MPCP project came out, we |
| 01:11:01 | 16 | decided that the design be called bowl. And by bowl, |
| 01:11:07 | 17 | the meaning of it is that the image is water that's |
| 01:11:16 | 18 | filled in a piece of a bowl to its rim. And I was |
| 01:11:23 | 19 | envisioning that image and wanted that to be reflected |
| 01:11:27 | 20 | in my design. |
| 01:11:39 | 21 | And the Q-bowl concept came from the concept |
| 01:11:46 | 22 | of QWERTY function plus the bowl design that I got the |
| 01:11:58 | 23 | image of the bowl from. |
| 01:11:58 | 24 | BY MR. HO: |
| 01:12:03 | 25 | Q. So Q refers to QWERTY. |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

60

```
01:12:06   1        A.    Yes.
01:12:08   2        Q.    And the bowl refers to the bowl of water.
01:12:13   3        A.    Yes, yes.
01:12:16   4        Q.    Was there anything else besides that bowl of
01:12:20   5   water imagery that served as inspiration for the F700
01:12:26   6   design?
01:12:35   7              MS. CARUSO:  Objection, vague.
01:12:39   8        A.    No.
01:12:39   9   BY MR. HO:
01:12:43  10        Q.    Did you reference any other phones in your
01:12:46  11   design of the F700?
01:12:59  12              MS. CARUSO:  Objection, vague.
01:13:02  13        A.    When you say any other phones, you're
01:13:06  14   referring to other phones that are mass produced?
01:13:06  15   BY MR. HO:
01:13:09  16        Q.    Yes.
01:13:11  17        A.    Samsung's mass-produced phones?
01:13:14  18              MR. HO:  Let me just re-ask a better
01:13:17  19       question.
01:13:17  20   BY MR. HO:
01:13:17  21        Q.    Did you reference any other Samsung
01:13:19  22   mass-produced phones in your design of the F700?
01:13:31  23              MS. CARUSO:  Objection, vague.
01:13:39  24        A.    There wasn't any that I referenced in terms
01:13:42  25   of the phone's exterior design.  However, with respect
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

61

```
01:13:58   1   to CMF element I referenced Samsung's bluish-black
01:14:07   2   color phone.
01:14:07   3        Q.   Did you reference any other third-party
01:14:11   4   mass-produced phones in your design of the F700?
01:14:20   5             MS. CARUSO:  Objection, vague.
01:14:25   6        A.   No.
01:14:25   7   BY MR. HO:
01:14:26   8        Q.   Other than phones, did you reference any
01:14:29   9   other products in your design of the F700?
01:14:40  10             MS. CARUSO:  Objection, vague.
01:14:56  11        A.   Which other products are you referring to?
01:15:02  12   BY MR. HO:
01:15:02  13        Q.   Are there any other products that served as
01:15:04  14   a reference point for the F700 when you were designing
01:15:06  15   it?
01:15:13  16             MS. CARUSO:  Objection, vague.
01:15:18  17        A.   A bowl of water.
01:15:18  18   BY MR. HO:
01:15:25  19        Q.   Are you aware of any subsequent Samsung
01:15:30  20   phones that came after the F700 that referenced the
01:15:33  21   F700 as a design?
01:15:47  22             MS. CARUSO:  Objection, vague.
01:15:57  23        A.   I'm not aware of whether any other
01:16:02  24   subsequent phones were using that as a reference.  I
01:16:10  25   have no way of knowing that.
```

| | | |
|---|---|---|
| 01:21:44 | 1 | control such a phenomenon. |
| 01:21:48 | 2 | Q. Were there other details that were being |
| 01:21:50 | 3 | adjusted during the development phase? |
| 01:22:09 | 4 | A. And in that marketplace by that time there |
| 01:22:13 | 5 | was a speaker that was added on the front surface on |
| 01:22:17 | 6 | the QWERTY design. |
| 01:22:21 | 7 | Q. When was a speaker added? |
| 01:22:27 | 8 | A. As to that, I don't exactly recall. |
| 01:22:30 | 9 | Q. Was it in 2006? |
| 01:22:34 | 10 | A. Probably so, I think. |
| 01:22:38 | 11 | Q. And what was the purpose of the speaker? |
| 01:22:43 | 12 | A. Stereo sound function to make the sound |
| 01:22:55 | 13 | louder. |
| 01:22:58 | 14 | Q. And were there other things that were |
| 01:23:00 | 15 | adjusted during the development phase? |
| 01:23:11 | 16 | A. And also the camera was upgraded more. |
| 01:23:18 | 17 | Q. Anything else? |
| 01:23:25 | 18 | A. Other than that I'm not sure.  That's about |
| 01:23:27 | 19 | it. |
| 01:23:28 | 20 | Q. Do you recall what the display screen size |
| 01:23:33 | 21 | of the F700 was? |
| 01:23:48 | 22 | A. 2.97, 2.98 or 2.78, something like that. |
| 01:23:55 | 23 | Q. And do you know when that display screen |
| 01:23:59 | 24 | size was determined? |
| 01:24:06 | 25 | MS. CARUSO:  Objection, vague. |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

65

```
01:24:14   1         A.    That size was being decided upon since the
01:24:19   2   design mock-up came out.
01:24:19   3   BY MR. HO:
01:24:26   4         Q.    So that size was determined around August
01:24:28   5   2006; is that correct?
01:24:39   6         A.    As I recall, the SMD developed it, meaning
01:24:53   7   the size, to fit the LCD size that we had proposed as
01:25:09   8   much as possible.
01:25:11   9         Q.    By "we," who do you mean?
01:25:20  10         A.    MPCP project members, our entire team
01:25:27  11   members.
01:25:28  12         Q.    And that includes you?
01:25:30  13         A.    Well, I was the senior personnel and there
01:25:43  14   was a leader who was primarily engaged, and that had to
01:25:49  15   be coordinated with the UX team also.
01:26:06  16               The LCD size can greatly be dependent upon
01:26:11  17   the UX design, GUI, because of the pixel size.
01:26:19  18         Q.    Do you know who were members of the UX team
01:26:24  19   that were involved with F700?
01:26:31  20               MS. CARUSO:  Objection, vague.
01:26:52  21         A.    I believe the person who was charged with
01:26:56  22   the design of the MPCP project and the person who was
01:27:01  23   charged with the mass production were two different
01:27:04  24   personnel.
01:27:04  25   BY MR. HO:
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

68

```
01:33:53   1    would bring and the color changes that would allow you
01:34:01   2    to recognize -- that would allow you to recognize the
01:34:08   3    color changes at the time of input.  This is what the
01:34:12   4    GUI team does.
01:34:12   5    BY MR. HO:
01:34:16   6         Q.    Is the GUI team separate from the UX team?
01:34:24   7               MS. CARUSO:  Objection, vague, vague as to
01:34:26   8         time, lacks foundation, calls for speculation.
01:34:38   9         A.    Are you referring to the UX that's in F700?
01:34:38  10    BY MR. HO:
01:34:42  11         Q.    Yes.
01:34:49  12         A.    I'm not quite familiar with that
01:34:54  13    organizational structure.  What I am aware of is that
01:35:23  14    the UI team is charged with menu tree and various input
01:35:29  15    paths and what other things...
01:35:33  16               And the GUI operates and is in charge of all
01:36:18  17    the graphic related concept to fit in that structure or
01:36:30  18    graphs that it makes and also the special effects and
01:36:34  19    graphic conversion mechanism, that's what the team is
01:36:43  20    in charge of developing, as I'm aware.
01:36:46  21         Q.    And you mentioned that the F700 was awarded
01:36:49  22    a red dot award for the crux design; is that correct?
01:37:02  23         A.    I'm not sure if that was an award or just
01:37:07  24    the certification.
01:37:09  25         Q.    How do you spell crux?
```