# EXHIBIT 18

```
                                                              688
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    ------------------------------------:
 5    APPLE INC., a California corporation,:
 6              Plaintiff,                 :
 7         v.                              :
 8    SAMSUNG ELECTRONICS CO., LTD., a     :Civil Action No.
 9    Korean business entity, SAMSUNG      :11-CV-01846-LHK
10    ELECTRONICS AMERICA, INC., a New     :
11    York corporation, and SAMSUNG        :
12    TELECOMMUNICATIONS AMERICA, LLC, a   :
13    Delaware limited liability company,  :
14              Defendants.                :
15    ------------------------------------:
16    (Caption continued on next page.)
17         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                        VOLUME 4
19        Videotaped Deposition of MICHAEL J. WAGNER
20               Palo Alto, California
21              Tuesday, August 20, 2013
22                      8:04 a.m.
23    Job No.: 42222
24    Pages: 688 - 963
25    Reported by:  Anne Torreano, CCSR, RPR, CCRR
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

815

| | | |
|---|---|---|
| 1 | obviously available at the time of your prior report; | 11:15:37 |
| 2 | is that -- | 11:15:39 |
| 3 | A.  It was. | 11:15:39 |
| 4 | Q.  There is no reason that you couldn't have | 11:15:42 |
| 5 | disclosed that opinion in your prior report; correct? | 11:15:45 |
| 6 | A.  There's no reason. | 11:15:49 |
| 7 | Q.  Samsung had notice of the D'677 patent in | 11:15:51 |
| 8 | April 2011; correct? | 11:15:58 |
| 9 | A.  Yes. | 11:16:00 |
| 10 | Q.  Samsung never marketed a white version of the | 11:16:01 |
| 11 | Infuse 4G; correct? | 11:16:05 |
| 12 | A.  As far as I know, they have not. | 11:16:09 |
| 13 | Q.  All right.  Now, is it your conclusion that | 11:16:10 |
| 14 | every person who bought a black Infuse 4G would find a | 11:16:16 |
| 15 | white Infuse 4G to be an acceptable substitute? | 11:16:21 |
| 16 | A.  No. | 11:16:27 |
| 17 | Q.  In figure 47 at page 197 of your report, you | 11:16:27 |
| 18 | show some alternative designs for the D'677 patent? | 11:16:45 |
| 19 | A.  Yes. | 11:16:53 |
| 20 | Q.  Involving a different placement of the phone | 11:16:54 |
| 21 | speaker; correct? | 11:16:56 |
| 22 | A.  Correct. | 11:16:57 |
| 23 | Q.  You did not offer an opinion in any of your | 11:16:57 |
| 24 | prior reports concerning the placement of the phone | 11:17:02 |
| 25 | speaker; correct? | 11:17:04 |

816

| | | |
|---|---|---|
| 1 | A.  I did not.  And I believe these were all | 11:17:05 |
| 2 | accused phones at the time of my earlier report, so I | 11:17:10 |
| 3 | would not have done this analysis at that time. | 11:17:14 |
| 4 | Q.  Now, it was possible to have moved the | 11:17:16 |
| 5 | speaker slot in April 2012? | 11:17:24 |
| 6 | A.  It was. | 11:17:27 |
| 7 | Q.  Okay.  Now, in paragraph 524 of your report | 11:17:28 |
| 8 | you say that you spoke with a Mr. KwangJin Bei about a | 11:17:39 |
| 9 | possible design-around of the D'677 patent for the | 11:17:45 |
| 10 | Infuse 4G? | 11:17:49 |
| 11 | A.  Yes. | 11:17:50 |
| 12 | Q.  Correct? | 11:17:51 |
| 13 | You had that conversation on -- in July of | 11:17:52 |
| 14 | 2013; correct? | 11:18:00 |
| 15 | A.  Yes. | 11:18:01 |
| 16 | Q.  You did not speak with Mr. Bei in forming the | 11:18:02 |
| 17 | opinions that you offered in your prior reports; | 11:18:06 |
| 18 | correct? | 11:18:08 |
| 19 | A.  That is correct. | 11:18:08 |
| 20 | Q.  You -- Mr. Bei is a Samsung engineer in | 11:18:09 |
| 21 | Korea; correct? | 11:18:15 |
| 22 | A.  He is. | 11:18:15 |
| 23 | Q.  Now, whatever information you got from | 11:18:16 |
| 24 | Mr. Bei in 2013 you could have gotten in 2012; | 11:18:23 |
| 25 | correct? | 11:18:28 |

817

| | | |
|---|---|---|
| 1 | MS. MAROULIS:  Objection.  Calls for | 11:18:28 |
| 2 | speculation. | 11:18:29 |
| 3 | THE WITNESS:  Again, I don't know that, but | 11:18:30 |
| 4 | it's possible I could have. | 11:18:32 |
| 5 | BY MR. QUARLES: | 11:18:34 |
| 6 | Q.  You would have expected Mr. Bei to have -- | 11:18:34 |
| 7 | withdrawn. | 11:18:39 |
| 8 | Is there anything that you understand Mr. Bei | 11:18:39 |
| 9 | learned between 2012 and 2013 that informed his | 11:18:42 |
| 10 | ability to talk to you? | 11:18:46 |
| 11 | A.  No. | 11:18:47 |
| 12 | Q.  Okay.  Excuse me for just one second. | 11:18:49 |
| 13 | Now, reserving my -- our argument that this | 11:19:20 |
| 14 | new opinion comes too late, I want to see if I can | 11:19:34 |
| 15 | understand what it is you're talking about here. | 11:19:41 |
| 16 | You only asked Mr. Bei about the cost of | 11:19:47 |
| 17 | changing the design of the Infuse 4G, quote, at the | 11:19:51 |
| 18 | time of development of the Infuse 4G; correct? | 11:19:54 |
| 19 | A.  Correct. | 11:19:58 |
| 20 | Q.  So you were saying, "If you are writing on a | 11:19:59 |
| 21 | blank slate and you wanted to change the design, what | 11:20:07 |
| 22 | would the cost have been?" | 11:20:13 |
| 23 | A.  I don't think that's exactly what I asked | 11:20:16 |
| 24 | him, no. | 11:20:18 |
| 25 | Q.  You're saying -- am I saying -- withdrawn. | 11:20:18 |

818

| | | |
|---|---|---|
| 1 | In some form of words did you say to him, "I | 11:20:22 |
| 2 | want you to assume that you're going to design from | 11:20:25 |
| 3 | the beginning the Infuse 4G"? | 11:20:32 |
| 4 | A.  No. | 11:20:37 |
| 5 | MS. MAROULIS:  Objection.  Assumes facts. | 11:20:37 |
| 6 | THE WITNESS:  No.  Yeah, that's not what I | 11:20:38 |
| 7 | asked him. | 11:20:40 |
| 8 | BY MR. QUARLES: | 11:20:40 |
| 9 | Q.  Okay.  Tell me what you asked him. | 11:20:40 |
| 10 | A.  I said that if the design that you actually | 11:20:42 |
| 11 | did end up implementing for the Infuse 4G was found | 11:20:46 |
| 12 | to -- or would be infringing of Apple's patents in the | 11:20:50 |
| 13 | fact that -- based on its design and the two design | 11:20:56 |
| 14 | elements that would be infringing would be basically | 11:21:01 |
| 15 | the straight top and bottom and the speaker placement, | 11:21:03 |
| 16 | could you -- what would it cost you to design the | 11:21:08 |
| 17 | phone so that it would not infringe that. | 11:21:12 |
| 18 | And that would be that you would have a more | 11:21:14 |
| 19 | rounded top and bottom to the phone and that you would | 11:21:17 |
| 20 | place the speaker more at the top of the phone.  And | 11:21:20 |
| 21 | that's what I asked him to give me information about. | 11:21:23 |
| 22 | Q.  Were you asking him to assume that the Infuse | 11:21:25 |
| 23 | 4G had been designed before and was in the market and | 11:21:33 |
| 24 | being sold? | 11:21:37 |
| 25 | A.  No, no. | 11:21:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

819

| | | |
|---|---|---|
| 1 | Q. Were you asking him if you were to implement | 11:21:42 |
| 2 | these changes before you conducted any design work, | 11:21:46 |
| 3 | what would the cost be? | 11:21:51 |
| 4 | A. Well, not before, but would there be any | 11:21:53 |
| 5 | difference in costs of designing the phones compared | 11:21:57 |
| 6 | to what you actually did and these alternatives. | 11:22:01 |
| 7 | Q. Now, Samsung does not concede, does it, that | 11:22:04 |
| 8 | it knew about the D'677 patent at the time of the | 11:22:08 |
| 9 | development of the Infuse 4G? | 11:22:14 |
| 10 | A. That's my understanding. | 11:22:16 |
| 11 | Q. Samsung learned about the D'677 patent only | 11:22:16 |
| 12 | after designing the Infuse 4G; correct? | 11:22:21 |
| 13 | A. Correct. | 11:22:24 |
| 14 | Q. You did not discuss with Mr. Bei the cost of | 11:22:24 |
| 15 | redesigning the Infuse 4G at the time of actual | 11:22:27 |
| 16 | notice; correct? | 11:22:31 |
| 17 | A. Correct, because that would be something | 11:22:32 |
| 18 | that's not relevant to me as a patent damage expert. | 11:22:33 |
| 19 | Q. You say -- withdrawn. | 11:22:38 |
| 20 | You say it's not relevant to you because you | 11:22:45 |
| 21 | believe that the -- withdrawn. | 11:22:49 |
| 22 | You do not have an opinion as to the cost of | 11:22:54 |
| 23 | redesigning the Infuse 4G at the time of actual | 11:22:58 |
| 24 | notice; correct? | 11:23:03 |
| 25 | A. That is correct. | 11:23:04 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

820

| | | |
|---|---|---|
| 1 | Q. And one thing we can agree upon is that | 11:23:05 |
| 2 | Samsung has never actually redesigned the Infuse 4G; | 11:23:09 |
| 3 | correct? | 11:23:14 |
| 4 | A. As far as I know -- | 11:23:14 |
| 5 | MS. MAROULIS: Objection. Assumes facts. | 11:23:15 |
| 6 | THE WITNESS: As far as I know, they have | 11:23:16 |
| 7 | not. | 11:23:17 |
| 8 | BY MR. QUARLES: | 11:23:18 |
| 9 | Q. The product that they're still selling is the | 11:23:18 |
| 10 | same product they started selling? | 11:23:24 |
| 11 | A. I don't know if it's still being sold. | 11:23:25 |
| 12 | MS. MAROULIS: Objection. Assumes facts. | 11:23:27 |
| 13 | BY MR. QUARLES: | 11:23:28 |
| 14 | Q. And so you don't have an opinion as to the | 11:23:28 |
| 15 | cost of redesigning the Infuse 4G once it's come to | 11:23:44 |
| 16 | market? | 11:23:48 |
| 17 | A. Correct. | 11:23:48 |
| 18 | Q. In paragraphs 140 to 148 you express your | 11:23:49 |
| 19 | opinion about what you say consumers would do with | 11:24:00 |
| 20 | respect to the design-arounds; correct? | 11:24:04 |
| 21 | A. I would say that discussion starts at | 11:24:06 |
| 22 | paragraph 143, but besides that, yes. | 11:24:34 |
| 23 | Q. Now, for your purposes, you have accepted | 11:24:42 |
| 24 | that the Samsung engineers' suggestion that the | 11:24:46 |
| 25 | design-around times would take between two to four | 11:24:51 |