1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
16 Telecommunications America, LLC

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 20 | Plaintiff, | **NOTICE OF APPEARANCE** |
| 21 | vs. | |
| 22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25 | Defendants. | |

02198.51855/5565888.1

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that John S. Gordon of Quinn Emanuel Urquhart & Sullivan,

3   LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4   America, Inc. and Samsung Telecommunications America, LLC.

5   Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6   directed to:

7       John S. Gordon (CA Bar No. 112750)
    johngordon@quinnemanuel.com
8       Quinn Emanuel Urquhart & Sullivan, LLP
    865 South Figueroa Street, 10th Floor
9       Los Angeles, CA 90017-2543
    Telephone: (213) 443-3000
10      Facsimile: (213) 443-3100

11

12  DATED:      October 14, 2013        QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
13

14

15                                     By   /s/ John S. Gordon
                                          Charles K. Verhoeven
16                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
17                                        Edward DeFranco
                                          Michael T. Zeller
18                                        Attorneys for SAMSUNG ELECTRONICS CO.,
19                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
20                                        TELECOMMUNICATIONS AMERICA, LLC

21

22

23

24

25

26

27

28