HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (SBN 116421)
rkrevans@mofo.com
ERIC J. OLSON (SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.　11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Attached here to as **Exhibit A** is a proposed redacted version of the April 3, 2012 Deposition of Tony Blevins. The redacted portions contain confidential information regarding Apple's supply chain, including Apple's supply policies and practices, the identity of manufacturers for specific Apple products, and information regarding Apple's supply of products at specific points in time.

3. Information regarding Apple's supply chain is highly confidential and disclosure of this information would cause Apple harm and put Apple at a competitive disadvantage. As explained in the July 30, 2012 Declaration from Jim Bean, Vice President of Financial Planning & Analysis, information regarding capacity "is immensely valuable precisely because of its confidential nature. Companies engaging in free-market competition normally do not share this type of sensitive financial information with each other and thus must compete without perfect insight into their competitors' financial status, business models, or business plans. Maintaining the confidentiality of its financial data thus allows Apple to remain competitive in an opaque and fast-moving marketplace. Making Apple's confidential information available to the public, and thus to Apple's competitors, would allow those competitors to obtain economic value from its disclosure at Apple's expense." (Dkt. No. 1502 ¶ 5.) Information about Apple's supply policies and practices, including how Apple plans supply, Apple's projected demand, manufacturer information for specific products and Apple's supply of products at specific points in time is akin to capacity information and disclosure of it would be harmful for the same reasons. (*See id.* at ¶¶ 5-6.)

4. The relief requested in this motion is necessary and is narrowly tailored to protect confidential information.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 14th day of October, 2013, at Cupertino, CA.

Dated: October 14, 2013         By:  /S/ Cyndi Wheeler
                                     Cyndi Wheeler

DECLARATION OF CYNDI WHEELER ISO APPLE'S MOTION TO FILE UNDER SEAL
CASE NO. 4:11-cv-01846-LHK

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: October 14, 2013 By:    */s/ Mark D. Selwyn*
                                                                     Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 14, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark D. Selwyn
Mark D. Selwyn