HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Documents Under

2 Seal ("Apple's Motion to Seal") regarding Exhibit A to the Declaration of Cyndi Wheeler.

3    The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore,

4 the following document may be filed partially under seal consistent with Apple's request and

5 proposed redacted version:

| Document | Sealable Portion |
|---|---|
| April 3, 2012 Deposition Transcript of Tony Blevins | Apple's Proposed Redactions at 19:1-6, 19:10-21:18, 22:11-24:25, 25:11-26:1, 27:4-28:15, 28:23-29:18, 30:2-33:25, 39:4-40:9, 45:6-19, 46:14-47:11, 48:20-49:10, 50:10-51:17, 76:23-77:25, 78:3-17, 79:9-13. 79:17-22, 79:24-80:10, 88:6-21, 89:17-23, 90:6-18, 91:23-92:18, 92:23-93:16, 93:21-94:1, 94:23-95:14, 96:1-17, 96:20-97:7 |

**IT IS SO ORDERED.**

Dated: _____, 2013        _____
                                      Hon. Lucy H. Koh
                                      United States District Judge