| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |    HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (CA SBN 244180) |
| San Francisco, California  94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone:  (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile:  (415) 268-7522 |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| Attorneys for Plaintiff and | Palo Alto, California  94304 |
| Counterclaim-Defendant APPLE INC. | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|           Plaintiff, | |
|     vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|           Defendants. | |

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party of the within-entitled action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On October 14, 2013, I served the following document(s):

1. **EXHIBIT A TO THE DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [FILED UNDER SEAL]**

BY ELECTRONIC SERVICE: I caused all documents to be sent by E-Mail to the Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

Samsungv.Apple@quinnemanuel.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 14, 2013, at Palo Alto, California.

Liv Herriot