# EXHIBIT 1

# Summary of Apple's Damages Calculations

## Prepared by Invotex Group

PLAINTIFF'S EXHIBIT NO.25A
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Table of Four Damages Scenarios

### Apple's Lost Profits, Samsung's Profits, and Reasonable Royalty

|  | NOTICE PERIOD 1  1/ | NOTICE PERIOD 2  2/ |
|---|---:|---:|
| Apple's Lost Profits Portion | $ 488,777,933 | $ 717,153,309 |
| Samsung's Profits Portion | 2,240,567,255 | 2,141,009,095 |
| Reasonable Royalty Portion | 21,244,907 | 16,978,469 |
| **Total** | **$ 2,750,590,095** | **$ 2,875,140,873** |

### Samsung's Profits and Reasonable Royalty

|  | NOTICE PERIOD 1  1/ | NOTICE PERIOD 2  2/ |
|---|---:|---:|
| Samsung's Profits Portion | $ 2,481,102,629 | $ 2,451,001,389 |
| Reasonable Royalty Portion | 22,844,274 | 18,596,767 |
| **Total** | **$ 2,503,946,903** | **$ 2,469,598,156** |

**Source/Notes:**

1/ Damages calculated from start of violation of unregistered trade dress; for registered trade dress, design patents and utility patents damages calculated as of the first unlawful sale occurring on or after August 4, 2010.

2/ Damages calculated from start of violation of unregistered trade dress; August 4, 2010 for the '381 Patent; April 15, 2011 for '915, patent, 'D677 design patent, and '983 registered trade dress; and June 16, 2011 for the '163 patent, 'D087, 'D305, and 'D889 design patents.

Apple Inc. v. Samsung Electronics Co., LTD., et al.
## Samsung Accused Products vs. Apple's Asserted Intellectual Property

| # | Accused Products | Utility Patents | | | Design Patents | | | | Trade Dress | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | '163 | '381 | '915 | 'D087 | 'D305 | 'D677 | 'D889 | iPhone 3G | iPhone / iPhone 3G / iPhone 4 | iPad and iPad 2 | '983 |
| 1 | Captivate | x | x | x | | x | | | x | x | | x |
| 2 | Continuum | x | x | x | | x | | | x | x | | x |
| 3 | Droid Charge | x | x | x | | x | | | x | x | | x |
| 4 | Epic 4G | x | x | x | | x | | | x | x | | x |
| 5 | Exhibit 4G | x | x | x | | | | | | | | |
| 6 | Fascinate | x | x | x | | x | x | | x | x | | x |
| 7 | Galaxy Ace | x | x | x | | | x | | | x | | |
| 8 | Galaxy Prevail | x | x | x | | | | | x | x | | x |
| 9 | Galaxy S (i9000) | x | x | x | x | x | x | | x | x | | x |
| 10 | Galaxy S 4G | x | x | x | x | x | x | | x | x | | x |
| 11 | Galaxy S II (AT&T) | x | x | x | x | | x | | x | x | | x |
| 12 | Galaxy S II (i9100) | x | x | x | x | | x | | x | x | | x |
| 13 | Galaxy S II (T-Mobile) | x | | x | | | x | | x | x | | x |
| 14 | Galaxy S II (Epic 4G Touch) | | | | x | | x | | x | x | | x |
| 15 | Galaxy S II (Skyrocket) | | | | x | | x | | x | x | | x |
| 16 | Galaxy S Showcase (i500) | | | | | x | x | | x | x | | x |
| 17 | Galaxy Tab | x | x | x | | | | | | | | |
| 18 | Galaxy Tab 10.1 (WiFi) | x | x | x | | | | x | | | x | |
| 19 | Galaxy Tab 10.1 (4G LTE) | x | x | x | | | | x | | | x | |
| 20 | Gem | x | x | x | | x | | | | | | |
| 21 | Indulge | x | x | x | | x | | | | | | |
| 22 | Infuse 4G | x | x | x | x | x | x | | x | x | | x |
| 23 | Intercept | x | x | x | | | | | | | | |
| 24 | Mesmerize | x | x | x | | x | x | | x | x | | x |
| 25 | Nexus S 4G | x | x | x | | | | | | | | |
| 26 | Replenish | x | x | x | | | | | | | | |
| 27 | Transform | x | | x | | | | | | | | |
| 28 | Vibrant | x | x | x | x | x | x | | x | x | | x |

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Apple's Damages Per Samsung Product
### (Apple's Lost Profits, Samsung's Profits, and Reasonable Royalty)

See Damages Period Below 1/

| Product | Apple's Lost Profits | Samsung's Profits Design and Trade Dress | Reasonable Royalty | Total |
|---|---|---|---|---|
| Captivate | $204,416,141 | $80,875,138 | | $285,291,279 |
| Continuum | $6,968,546 | $38,394,243 | | $45,362,789 |
| Droid Charge | $37,618,271 | $106,195,729 | | $143,814,000 |
| Epic 4G | $31,188,642 | $306,955,837 | | $338,144,479 |
| Exhibit 4G | $0 | | $2,163,641 | $2,163,641 |
| Fascinate | $47,703,423 | $239,589,391 | | $287,292,814 |
| Galaxy Ace | $0 | $0 | | $0 |
| Galaxy Prevail | $8,573,370 | $142,893,684 | | $151,467,054 |
| Galaxy S (i9000) | $0 | $0 | | $0 |
| Galaxy S 4G | $13,856,419 | $148,720,623 | | $162,577,042 |
| Galaxy S II (AT&T) | $0 | $101,235,891 | | $101,235,891 |
| Galaxy S II (Epic 4G Touch) | $0 | $250,817,469 | | $250,817,469 |
| Galaxy S II (i9100) | | | | $0 |
| Galaxy S II (Skyrocket) | $0 | $80,683,895 | | $80,683,895 |
| Galaxy S II (T-Mobile) | $0 | $209,479,270 | | $209,479,270 |
| Galaxy S Showcase (i500) | $850,630 | $52,878,789 | | $53,729,419 |
| Galaxy Tab | $19,758,093 | | $2,985,072 | $22,743,164 |
| Galaxy Tab 10.1 (4G LTE) | $0 | $23,157,629 | | $23,157,629 |
| Galaxy Tab 10.1 (WiFi) | $604,391 | $34,468,520 | | $35,072,911 |
| Gem | $4,772,044 | $9,812,539 | | $14,584,583 |
| Indulge | $3,997,563 | $37,990,715 | | $41,988,278 |
| Infuse 4G | $44,404,466 | $91,228,491 | | $135,632,957 |
| Intercept | $11,103,621 | | $4,296,259 | $15,399,880 |
| Mesmerize | $9,667,526 | $108,640,214 | | $118,307,740 |
| Nexus S 4G | $9,126,938 | | $3,463,885 | $12,590,824 |
| Replenish | $7,266,720 | | $6,547,080 | $13,813,800 |
| Transform | $7,846,846 | | $1,788,970 | $9,635,816 |
| Vibrant | $19,054,281 | $176,549,189 | | $195,603,469 |
| **Total** | **$488,777,933** | **$2,240,567,255** | **$21,244,907** | **$2,750,590,095** |

**Sources/Notes:**
1/ Damages calculated from start of violation of unregistered trade dress; for registered trade dress, design patents and utility patents damages calculated as of the first unlawful sale occurring on or after August 4, 2010.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Apple's Damages Per Samsung Product
## (Samsung's Profits and Reasonable Royalty)

See Damages Period Below 1/

| Product | Samsung's Profits Design and Trade Dress | Reasonable Royalty | Total |
|---|---|---|---|
| Captivate | $202,100,404 | | $202,100,404 |
| Continuum | $40,997,793 | | $40,997,793 |
| Droid Charge | $126,682,172 | | $126,682,172 |
| Epic 4G | $325,452,234 | | $325,452,234 |
| Exhibit 4G | $0 | $2,163,641 | $2,163,641 |
| Fascinate | $267,735,061 | | $267,735,061 |
| Galaxy Ace | $0 | | $0 |
| Galaxy Prevail | $144,668,457 | | $144,668,457 |
| Galaxy S (i9000) | $0 | | $0 |
| Galaxy S 4G | $155,204,780 | | $155,204,780 |
| Galaxy S II (AT&T) | $101,235,891 | | $101,235,891 |
| Galaxy S II (Epic 4G Touch) | $250,817,469 | | $250,817,469 |
| Galaxy S II (i9100) | $0 | | $0 |
| Galaxy S II (Skyrocket) | $80,683,895 | | $80,683,895 |
| Galaxy S II (T-Mobile) | $209,479,270 | | $209,479,270 |
| Galaxy S Showcase (i500) | $53,518,267 | | $53,518,267 |
| Galaxy Tab | $0 | $3,933,382 | $3,933,382 |
| Galaxy Tab 10.1 (4G LTE) | $23,157,629 | | $23,157,629 |
| Galaxy Tab 10.1 (WiFi) | $34,504,887 | | $34,504,887 |
| Gem | $10,188,963 | | $10,188,963 |
| Indulge | $40,027,960 | | $40,027,960 |
| Infuse 4G | $111,982,436 | | $111,982,436 |
| Intercept | $0 | $4,484,025 | $4,484,025 |
| Mesmerize | $114,099,746 | | $114,099,746 |
| Nexus S 4G | $0 | $3,656,594 | $3,656,594 |
| Replenish | $0 | $6,700,512 | $6,700,512 |
| Transform | $0 | $1,906,120 | $1,906,120 |
| Vibrant | $188,565,314 | | $188,565,314 |
| **Total** | **$2,481,102,629** | **$22,844,274** | **$2,503,946,903** |

**Sources/Notes:**
1/ Damages calculated from start of violation of unregistered trade dress; for registered trade dress, design patents and utility patents damages calculated as of the first unlawful sale occurring on or after August 4, 2010.

## Apple's Damages Per Samsung Product
### (Apple's Lost Profits, Samsung's Profits, and Reasonable Royalty)

See Damages Period Below 1/

| Product | Apple's Lost Profits | Samsung's Profits Design and Trade Dress | Reasonable Royalty | Total |
|---|---|---|---|---|
| Captivate | $224,055,985 | $85,259,173 | | $309,315,158 |
| Continuum | $18,147,484 | $36,419,091 | | $54,566,575 |
| Droid Charge | $62,164,253 | $94,958,921 | | $157,123,174 |
| Epic 4G | $30,073,879 | $308,175,023 | | $338,248,903 |
| Exhibit 4G | $5,793,341 | | $1,928,627 | $7,721,968 |
| Fascinate | $43,441,974 | $247,170,124 | | $290,612,098 |
| Galaxy Ace | $0 | $0 | | $0 |
| Galaxy Prevail | $28,232,355 | $139,122,176 | | $167,354,532 |
| Galaxy S (i9000) | $0 | $0 | | $0 |
| Galaxy S 4G | $11,346,145 | $152,147,202 | | $163,493,347 |
| Galaxy S II (AT&T) | $34,512,460 | $79,421,905 | | $113,934,365 |
| Galaxy S II (Epic 4G Touch) | $0 | $250,817,469 | | $250,817,469 |
| Galaxy S II (i9100) | | | | $0 |
| Galaxy S II (Skyrocket) | $0 | $80,683,895 | | $80,683,895 |
| Galaxy S II (T-Mobile) | $5,214,811 | $206,981,721 | | $212,196,532 |
| Galaxy S Showcase (i500) | $850,630 | $52,878,789 | | $53,729,419 |
| Galaxy Tab | $24,854,133 | | $2,166,550 | $27,020,683 |
| Galaxy Tab 10.1 (4G LTE) | $6,749,809 | $15,272,112 | | $22,021,921 |
| Galaxy Tab 10.1 (WiFi) | $33,221,986 | $22,041,404 | | $55,263,390 |
| Gem | $5,522,010 | $4,163,196 | $688,586 | $10,373,793 |
| Indulge | $1,603,295 | $15,060,312 | $290,148 | $16,953,756 |
| Infuse 4G | $120,163,628 | $64,499,359 | | $184,662,987 |
| Intercept | $6,391,594 | | $3,111,309 | $9,502,904 |
| Mesmerize | $9,488,949 | $109,352,440 | | $118,841,389 |
| Nexus S 4G | $9,682,088 | | $2,607,751 | $12,289,839 |
| Replenish | $13,354,424 | | $5,606,772 | $18,961,195 |
| Transform | $3,490,907 | | $578,726 | $4,069,633 |
| Vibrant | $18,797,167 | $176,584,781 | | $195,381,947 |
| **Total** | **$717,153,309** | **$2,141,009,095** | **$16,978,469** | **$2,875,140,873** |

**Sources/Notes:**
1/ Damages calculated from start of violation of unregistered trade dress; August 4, 2010 for the '381 Patent; April 15, 2011 for '915, patent, 'D677 design patent, and '983 registered trade dress; and June 16, 2011 for the '163 patent, 'D087, 'D305, and 'D889 design patents.

## Apple's Damages Per Samsung Product
### (Samsung's Profits and Reasonable Royalty)

See Damages Period Below 1/

| Product | Samsung's Profits Design and Trade Dress | Reasonable Royalty | Total |
|---|---|---|---|
| Captivate | $202,100,404 | | $202,100,404 |
| Continuum | $40,997,793 | | $40,997,793 |
| Droid Charge | $126,682,172 | | $126,682,172 |
| Epic 4G | $325,452,234 | | $325,452,234 |
| Exhibit 4G | | $2,044,683 | $2,044,683 |
| Fascinate | $267,735,061 | | $267,735,061 |
| Galaxy Ace | $0 | | $0 |
| Galaxy Prevail | $144,668,457 | | $144,668,457 |
| Galaxy S (i9000) | $0 | | $0 |
| Galaxy S 4G | $155,204,780 | | $155,204,780 |
| Galaxy S II (AT&T) | $101,235,891 | | $101,235,891 |
| Galaxy S II (Epic 4G Touch) | $250,817,469 | | $250,817,469 |
| Galaxy S II (i9100) | $0 | | $0 |
| Galaxy S II (Skyrocket) | $80,683,895 | | $80,683,895 |
| Galaxy S II (T-Mobile) | $209,479,270 | | $209,479,270 |
| Galaxy S Showcase (i500) | $53,518,267 | | $53,518,267 |
| Galaxy Tab | | $3,149,250 | $3,149,250 |
| Galaxy Tab 10.1 (4G LTE) | $23,157,629 | | $23,157,629 |
| Galaxy Tab 10.1 (WiFi) | $34,504,887 | | $34,504,887 |
| Gem | $4,434,398 | $720,882 | $5,155,279 |
| Indulge | $15,681,286 | $290,148 | $15,971,434 |
| Infuse 4G | $111,982,436 | | $111,982,436 |
| Intercept | | $3,183,406 | $3,183,406 |
| Mesmerize | $114,099,746 | | $114,099,746 |
| Nexus S 4G | | $2,754,517 | $2,754,517 |
| Replenish | | $5,836,708 | $5,836,708 |
| Transform | | $617,173 | $617,173 |
| Vibrant | $188,565,314 | | $188,565,314 |
| **Total** | **$2,451,001,389** | **$18,596,767** | **$2,469,598,156** |

**Sources/Notes:**
1/ Damages calculated from start of violation of unregistered trade dress; August 4, 2010 for the '381 Patent; April 15, 2011 for '915, patent, 'D677 design patent, and '983 registered trade dress; and June 16, 2011 for the '163 patent, 'D087, 'D305, and 'D889 design patents.