# EXHIBIT 2

# Summary of Apple's Damages Calculations

## Prepared by Invotex Group

PLAINTIFF'S EXHIBIT NO. 25A1
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Table of Two Damages Scenarios

### Apple's Lost Profits, Samsung's Profits, and Reasonable Royalty

| | | |
|---|---|---:|
| Apple's Lost Profits Portion | $ | 488,777,933 |
| Samsung's Profits Portion | | 2,240,567,255 |
| Reasonable Royalty Portion | | 21,244,907 |
| **Total** | **$** | **2,750,590,095** |

### Samsung's Profits and Reasonable Royalty

| | | |
|---|---|---:|
| Samsung's Profits Portion | $ | 2,481,102,629 |
| Reasonable Royalty Portion | | 22,844,274 |
| **Total** | **$** | **2,503,946,903** |

Note: Damages calculated from start of violation of unregistered trade dress; for registered trade dress, design patents and utility patents damages calculated as of the first unlawful sale occurring on or after August 4, 2010.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Samsung Accused Products vs. Apple's Asserted Intellectual Property

| # | Accused Products | Utility Patents | | | Design Patents | | | | Trade Dress | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | '163 | '381 | '915 | 'D087 | 'D305 | 'D677 | 'D889 | iPhone 3G | iPhone / iPhone 3G / iPhone 4 | iPad and iPad 2 | '983 |
| 1 | Captivate | x | x | x | | x | | | x | x | | x |
| 2 | Continuum | x | x | x | | x | | | x | x | | x |
| 3 | Droid Charge | x | x | x | | x | | | x | x | | x |
| 4 | Epic 4G | x | x | x | | x | | | x | x | | x |
| 5 | Exhibit 4G | x | x | x | | | | | | | | |
| 6 | Fascinate | x | x | x | | x | x | | x | x | | x |
| 7 | Galaxy Ace | x | x | x | | | x | | | x | | |
| 8 | Galaxy Prevail | x | x | x | | | | | x | x | | x |
| 9 | Galaxy S (i9000) | x | x | x | x | x | x | | x | x | | x |
| 10 | Galaxy S 4G | x | x | x | x | x | x | | x | x | | x |
| 11 | Galaxy S II (AT&T) | x | x | x | x | | x | | x | x | | x |
| 12 | Galaxy S II (i9100) | x | x | x | x | | x | | x | x | | x |
| 13 | Galaxy S II (T-Mobile) | x | | x | | | x | | x | x | | x |
| 14 | Galaxy S II (Epic 4G Touch) | | | | x | | x | | x | x | | x |
| 15 | Galaxy S II (Skyrocket) | | | | x | | x | | x | x | | x |
| 16 | Galaxy S Showcase (i500) | | | | | x | x | | x | x | | x |
| 17 | Galaxy Tab | x | x | x | | | | | | | | |
| 18 | Galaxy Tab 10.1 (WiFi) | x | x | x | | | | x | | | x | |
| 19 | Galaxy Tab 10.1 (4G LTE) | x | x | x | | | | x | | | x | |
| 20 | Gem | x | x | x | | x | | | | | | |
| 21 | Indulge | x | x | x | | x | | | | | | |
| 22 | Infuse 4G | x | x | x | x | x | x | | x | x | | x |
| 23 | Intercept | x | x | x | | | | | | | | |
| 24 | Mesmerize | x | x | x | | x | x | | x | x | | x |
| 25 | Nexus S 4G | x | x | x | | | | | | | | |
| 26 | Replenish | x | x | x | | | | | | | | |
| 27 | Transform | x | | x | | | | | | | | |
| 28 | Vibrant | x | x | x | x | x | x | | x | x | | x |

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Apple's Damages Per Samsung Product
### (Apple's Lost Profits, Samsung's Profits, and Reasonable Royalty)

See Damages Period Below 1/

| Product | Apple's Lost Profits | Samsung's Profits Design and Trade Dress | Reasonable Royalty | Total |
|---|---|---|---|---|
| Captivate | $204,416,141 | $80,875,138 | | $285,291,279 |
| Continuum | $6,968,546 | $38,394,243 | | $45,362,789 |
| Droid Charge | $37,618,271 | $106,195,729 | | $143,814,000 |
| Epic 4G | $31,188,642 | $306,955,837 | | $338,144,479 |
| Exhibit 4G | $0 | | $2,163,641 | $2,163,641 |
| Fascinate | $47,703,423 | $239,589,391 | | $287,292,814 |
| Galaxy Ace | $0 | $0 | | $0 |
| Galaxy Prevail | $8,573,370 | $142,893,684 | | $151,467,054 |
| Galaxy S (i9000) | $0 | $0 | | $0 |
| Galaxy S 4G | $13,856,419 | $148,720,623 | | $162,577,042 |
| Galaxy S II (AT&T) | $0 | $101,235,891 | | $101,235,891 |
| Galaxy S II (Epic 4G Touch) | $0 | $250,817,469 | | $250,817,469 |
| Galaxy S II (i9100) | | | | $0 |
| Galaxy S II (Skyrocket) | $0 | $80,683,895 | | $80,683,895 |
| Galaxy S II (T-Mobile) | $0 | $209,479,270 | | $209,479,270 |
| Galaxy S Showcase (i500) | $850,630 | $52,878,789 | | $53,729,419 |
| Galaxy Tab | $19,758,093 | | $2,985,072 | $22,743,164 |
| Galaxy Tab 10.1 (4G LTE) | $0 | $23,157,629 | | $23,157,629 |
| Galaxy Tab 10.1 (WiFi) | $604,391 | $34,468,520 | | $35,072,911 |
| Gem | $4,772,044 | $9,812,539 | | $14,584,583 |
| Indulge | $3,997,563 | $37,990,715 | | $41,988,278 |
| Infuse 4G | $44,404,466 | $91,228,491 | | $135,632,957 |
| Intercept | $11,103,621 | | $4,296,259 | $15,399,880 |
| Mesmerize | $9,667,526 | $108,640,214 | | $118,307,740 |
| Nexus S 4G | $9,126,938 | | $3,463,885 | $12,590,824 |
| Replenish | $7,266,720 | | $6,547,080 | $13,813,800 |
| Transform | $7,846,846 | | $1,788,970 | $9,635,816 |
| Vibrant | $19,054,281 | $176,549,189 | | $195,603,469 |
| **Total** | **$488,777,933** | **$2,240,567,255** | **$21,244,907** | **$2,750,590,095** |

**Sources/Notes:**
1/ Damages calculated from start of violation of unregistered trade dress; for registered trade dress, design patents
and utility patents damages calculated as of the first unlawful sale occurring on or after August 4, 2010.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Apple's Damages Per Samsung Product
## (Samsung's Profits and Reasonable Royalty)

See Damages Period Below 1/

| Product | Samsung's Profits Design and Trade Dress | Reasonable Royalty | Total |
|---|---|---|---|
| Captivate | $202,100,404 | | $202,100,404 |
| Continuum | $40,997,793 | | $40,997,793 |
| Droid Charge | $126,682,172 | | $126,682,172 |
| Epic 4G | $325,452,234 | | $325,452,234 |
| Exhibit 4G | $0 | $2,163,641 | $2,163,641 |
| Fascinate | $267,735,061 | | $267,735,061 |
| Galaxy Ace | $0 | | $0 |
| Galaxy Prevail | $144,668,457 | | $144,668,457 |
| Galaxy S (i9000) | $0 | | $0 |
| Galaxy S 4G | $155,204,780 | | $155,204,780 |
| Galaxy S II (AT&T) | $101,235,891 | | $101,235,891 |
| Galaxy S II (Epic 4G Touch) | $250,817,469 | | $250,817,469 |
| Galaxy S II (i9100) | $0 | | $0 |
| Galaxy S II (Skyrocket) | $80,683,895 | | $80,683,895 |
| Galaxy S II (T-Mobile) | $209,479,270 | | $209,479,270 |
| Galaxy S Showcase (i500) | $53,518,267 | | $53,518,267 |
| Galaxy Tab | $0 | $3,933,382 | $3,933,382 |
| Galaxy Tab 10.1 (4G LTE) | $23,157,629 | | $23,157,629 |
| Galaxy Tab 10.1 (WiFi) | $34,504,887 | | $34,504,887 |
| Gem | $10,188,963 | | $10,188,963 |
| Indulge | $40,027,960 | | $40,027,960 |
| Infuse 4G | $111,982,436 | | $111,982,436 |
| Intercept | $0 | $4,484,025 | $4,484,025 |
| Mesmerize | $114,099,746 | | $114,099,746 |
| Nexus S 4G | $0 | $3,656,594 | $3,656,594 |
| Replenish | $0 | $6,700,512 | $6,700,512 |
| Transform | $0 | $1,906,120 | $1,906,120 |
| Vibrant | $188,565,314 | | $188,565,314 |
| **Total** | **$2,481,102,629** | **$22,844,274** | **$2,503,946,903** |

**Sources/Notes:**
1/ Damages calculated from start of violation of unregistered trade dress; for registered trade dress, design patents and utility patents damages calculated as of the first unlawful sale occurring on or after August 4, 2010.