HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE'S STATEMENT CONCERNING CAPACITY ANALYSIS** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an order to seal portions of the following documents relating to Apple's Statement Concerning Capacity Analysis ("Apple's Capacity Statement"):

- Apple's Capacity Statement.
- Exhibit 1 to the Declaration of Erik J. Olson in Support of Apple's Statement Concerning Capacity Analysis ("Olson Decl.")
- Exhibit 2 to the Olson Decl., consisting of page 159 from the August 26, 2013 Deposition of Julie Davis.
- Exhibit 3 to the Olson Decl., consisting of an annotated version of Exhibit 26-S from the Expert Report of Julie L. Davis, CPA ("Davis Report") and the July 28, 2012 Supplemental Expert Report of Terry L. Musika, CPA ("July 2012 Musika Report").
- Exhibit 4 to the Olson Decl., consisting of an annotated version of Exhibit 17.2-PT-H from the Davis Report
- Exhibit 5 to the Olson Decl., consisting of Exhibit 17.2-S2 from the July 2012 Musika Report.

The above documents contain confidential Apple capacity information that the Court has consistently held may be sealed (Dkt. No. 1649 at 12-13) and profit/margin information that the Federal Circuit has held may be sealed. *Apple Inc. v. Samsung Elecs. Co., Ltd.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 2013 U.S. App. LEXIS 17626, at *24-25 (Fed. Cir. Aug. 23, 2013.)

Exhibits 3, 4, and 5 are updated versions of exhibits that the Court held sealable with respect to capacity information and the Federal Circuit held sealable with respect to profit and margin information. (*See* Dkt. No. 1649 at 12-13 (granting Apple's motion to seal "with respect to its proposed redactions in Exh. 17, 26, and 27 [from the Musika report], all of which contain information about Apple's capacity"); *id.* at 13 (granting Apple's motion to seal "updated or supplemented versions of the above exhibits," including "Exs. 17.2-S, 26, and 27 [from the Musika report], all of which contain capacity data[.]"); *Apple*, 2013 U.S. App. LEXIS 17626, at *24-25.)

1   Exhibit 1 is a chart that incorporates capacity information from the confidential portions
2   of Exhibits 17.2-S2 and 17.2-PT-H and is sealable for the same reasons as the underlying exhibits.
3   Exhibit 2 is a deposition excerpt that quotes from the confidential portion of Exhibit 26-S
4   and is sealable for the same reason as the exhibit it quotes.
5   Apple's Capacity Statement refers to:

- Information from the confidential portions of the above exhibits, which is sealable for the same reason as the exhibits themselves;

- Information from the March 22, 2012 Expert Report of Terry L. Musika, CPA that the Court held may be sealed (Apple's Capacity Statement at 1 n.2 (citing Musika Rpt. ¶ 127); *see* Dkt. No. 1649 at 12 (granting Apple's motion with respect to paragraph 127 of Musika Report)); and

- Information from a previously filed deposition of Julie Davis that Apple supported sealing (Apple's Capacity Statement at 2 n.3 (citing Dkt. No. 2386-6 at 240); *see* Dkt. No. 2392 ¶¶ 4-6 (supporting sealing of page 240 in Dkt. No. 2386-6).)

Capacity and profit/margin information is among the most highly confidential Apple data. (Dkt. No. 2392 ¶ 6.)  Apple goes to extensive lengths to protect this confidential information. (*Id.*)  Armed with capacity information, Apple's competitors could predict when Apple is more likely to have constrained capacity in order to increase production of competing products, or lower prices of competing products when Apple is more likely to have excess capacity and be more vulnerable to a price cut.  (*Id.*)  Manufacturers with Apple's capacity data would be able to harm Apple by negotiating exorbitant rates with unfairly gained knowledge.  (*Id.*; *see also* Dkt. No. 2527-1 ¶ 3 (supporting sealing supply chain and capacity information in deposition transcript of Tony Blevins); Dkt. No. 1502 ¶¶ 5-6 (supporting sealing capacity information).)  Profit/loss information would give competitors a substantial advantage over Apple as competitors could tailor offerings and pricing to undercut Apple.  (Dkt. No. 2392 ¶ 6.)  Apple's suppliers could use margins to approximate Apple's cost and alter pricing on components Apple uses in its products. (Dkt. No. 1502 ¶ 8.)

Consistent with the Court's prior orders regarding confidential capacity information, Apple requests that the Court order the above information filed under seal.

Dated:  October 14, 2013          MORRISON & FOERSTER LLP


                                  By:  /s/ Harold J. McElhinny
                                       HAROLD J. MCELHINNY

                                       Attorneys for Plaintiff
                                       APPLE INC.