HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION TO SEAL REGARDING APPLE'S STATEMENT CONCERNING CAPACITY ANALYSIS** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motion to Seal Regarding Apple's Statement Concerning Capacity Analysis ("Apple's Capacity Statement").

2. Apple's Capacity Statement and Exhibits 1 through 5 to the Declaration of Erik J. Olson in Support of Apple's Capacity Statement ("Olson Decl.") refer to confidential Apple capacity information.

3. Exhibits 3 to 5, consisting of an annotated version of Exhibit 26-S from the Expert Report of Julie L. Davis, CPA ("Davis Report") and the July 28, 2012 Supplemental Expert Report of Terry L. Musika, CPA ("July 2012 Musika Report"); an annotated version of 17.2-PT-H from the Davis Report; and 17.2-S2 from the July 2012 Musika Report, respectively, are updated versions of Exhibits 17 and 26 from the March 22, 2012 Expert Report of Terry L. Musika ("March 2012 Musika Report"), which the Court held may be sealed. (Dkt. No. 1649 at 12-13.) Exhibits 4 and 5 (17.2-PT-H and 17.2-S2) also contain margin and profits information, which the Federal Court held was sealable. *Apple Inc. v. Samsung Elecs. Co., Ltd.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 2013 U.S. App. LEXIS 17626, at *24-25 (Fed. Cir. Aug. 23, 2013.)

4. Exhibit 1 is a chart that incorporates capacity information from the confidential portions of Exhibits 17.2-S2 and 17.2-PT-H. (Dkt. No. 1649 at 12-13.)

5. Exhibit 2 is a deposition excerpt that quotes capacity information from the confidential portion of Exhibit 26-S.

6. Apple's Capacity Statement refers to the above information as well as other information from the March 2012 Musika Report that the Court held may be sealed and an excerpt from the deposition of Julie Davis that Apple earlier supported sealing. (Dkt. No. 2392 ¶¶ 4-6.)

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOT. TO SEAL RE CAPACITY STATEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3343587

1

7. Apple has previously filed declarations in support of sealing this information. (*See, e.g.*, Dkt. No. 1502 ¶¶ 5-6; Dkt. No. 2392 ¶ 6; Dkt. No. 2527-1 ¶ 3.) As stated and reiterated in those declarations, Apple goes to extensive lengths to protect this confidential financial and capacity data. (Dkt. No. 2392 ¶ 6.) Apple explained that armed with capacity information, Apple's competitors could predict when Apple is more likely to have constrained capacity in order to increase production of competing products, or lower prices of competing products when Apple is more likely to have excess capacity and be more vulnerable to a price cut. (*Id.*) Apple also explained that manufacturers with Apple's capacity data would be able to harm Apple by negotiating exorbitant rates with unfairly gained knowledge. (*Id.*) Apple explained that profit/loss information would give competitors a substantial advantage over Apple as competitors could tailor offerings and pricing to undercut Apple. (*Id.*) Apple explained that Apple's suppliers could use margins to approximate Apple's cost and alter pricing on components Apple uses in its products. (Dkt. No. 1502 ¶ 8.)

8. Proposed redactions are filed with the Declaration of Erik J. Olson in Support of Apple's Statement Concerning Capacity Analysis.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of October, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOT. TO SEAL RE CAPACITY STATEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3343587

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: October 14, 2013  */s/ Harold J. McElhinny*
Harold J. McElhinny

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOT. TO SEAL RE CAPACITY STATEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3343587

3