1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL REGARDING APPLE'S STATEMENT CONCERNING CAPACITY ANALYSIS** |

Apple filed a motion to seal portions of its Statement Concerning Capacity Analysis ("Apple's Capacity Statement") and supporting documents.

The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the above documents may be filed partially under seal consistent with Apple's requests and proposed redacted versions:

| Document | Sealable Portion |
| --- | --- |
| Apple's Capacity Statement | Apple's Proposed Redactions at 1:8, 1:17-20, 1:24, 2:1, 2:8-10, 2:11-13, 2 n.3, 3:15-18. |
| Exhibit 1 to the Declaration of Erik J. Olson in Support of Apple's Capacity Statement ("Olson Decl.") | All information in the rows ""Beginning Capacity," "Add'l Excess Capacity," "Remaining Capacity," and "Ending Capacity," as well as the total row below the first two rows. |
| Exhibit 2 to the Olson Decl. | Apple's Proposed Redaction at 159:18-21 |
| Exhibit 3 to the Olson Decl. | All information other than data in "total" row of "units sold" section. |
| Exhibit 4 to the Olson Decl. | All information in the rows "Beginning Capacity," "Add'l Excess Capacity," "Total Capacity," "Ending Capacity," "Apple Increm. Margin/Unit," and "Apple's Lost Profits." |
| Exhibit 5 to the Olson Decl. | All information in the rows "Beginning Capacity," "Add'l Excess Capacity," "Total Capacity," "Ending Capacity," "Apple Increm. Margin/Unit," and "Apple's Lost Profits." |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                              Hon. Lucy H. Koh
                                                                              United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SEAL RE STATEMENT CONCERNING CAPACITY ANALYSIS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3343591

1