1
HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
2
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
3
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
4
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
5
MORRISON & FOERSTER LLP
425 Market Street
6
San Francisco, California 94105-2482
Telephone: (415) 268-7000
7
Facsimile: (415) 268-7522
8

9
Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

10

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN JOSE DIVISION

15

16
APPLE INC., a California corporation,

17
Plaintiff,

18
v.

19
SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG ELECTRONICS
20
AMERICA, INC., a New York corporation; and
SAMSUNG TELECOMMUNICATIONS
21
AMERICA, LLC, a Delaware limited liability
company,
22

Defendants.
23

Case No. 11-cv-01846-LHK (PSG)

**DECLARATION OF ERIK J. OLSON
IN SUPPORT OF APPLE'S
STATEMENT CONCERNING
CAPACITY ANALYSIS**

Date:      October 17, 2013
Time:      1:30 PM
Place:     Courtroom 8, 4th Floor
Judge:     Hon. Lucy H. Koh

24

25

26

27

28

I, Erik J. Olson, declare as follows:

1.      I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Apple's Statement Concerning Capacity Analysis.

2.      Attached as **Exhibit 1** hereto is a true and correct copy of a spreadsheet reflecting a capacity evaluation addressing the subject matter stated in footnote 153 of the Expert Report of Julie Davis.

3.      Attached as **Exhibit 2** hereto is a true and correct copy of excerpts from the deposition transcript of Julie Davis, taken August 26, 2013.

4.      Attached as **Exhibit 3** hereto is a true and correct copy of Exhibit 26-S from the July 28, 2012, Supplemental Expert Report of Terry L. Musika, CPA (with annotations to identify numbers discussed in the statement).

5.      Attached as **Exhibit 4** hereto is a true and correct copy of Exhibit 17.2-PT-H from the August 23, 2013, Expert Report of Julie L. Davis, CPA (with annotations to identify numbers discussed in the statement).

6.      Attached as **Exhibit 5** hereto is a true and correct copy of Exhibit 17.2-S2 from the July 28, 2012, Supplemental Expert Report of Terry L. Musika, CPA.

7.      Attached as **Exhibit 6** hereto is a true and correct copy of excerpts from the deposition transcript of Michael Wagner, taken August 20, 2013.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 14th day of October 2013 in Palo Alto, California.

_____
ERIK J. OLSON