# EXHIBIT 1

**REDACTED VERSION**

**Analysis of Excess iPhone Capacity in Light of both Musika Lost Profits Opinion for Products Affirmed and Davis Lost Profits Opinion re: Retrial Products**

| | 2010 | | | | | | | | 2011 | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | |
| Beginning Capacity | | | | | | | | | | | | | | | | | | | | | |
| Add'l Excess Capacity 1/ | | | | | | | | | | | | | | | | | | | | | |
| **Less: Phones Eligible for Lost Profits per Musika Opinion at Trial (excluding Intercept and Products in the New Trial) 2/** | | | | | | | | | | | | | | | | | | | | | |
| Captivate (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Continuum (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Droid Charge (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Epic4G (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Exhibit 4G (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Fascinate | 0 | 0 | 0 | 3,446 | 34,462 | 16,435 | 4,070 | 3,714 | 9,027 | 2,707 | 17,767 | 43,117 | 15,412 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,157 |
| GalaxyAce | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy Prevail (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Galaxy S (i9000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,422 | 12,164 | 10,701 | 1,192 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,479 |
| Galaxy S II(AT&T) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S II(Epic4GTouch) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S II(i9100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S II(Skyrocket) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S II(T-Mobile) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S Showcase(i500) | 0 | 0 | 0 | 0 | 0 | 0 | 791 | 777 | 1,129 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,697 |
| Gem (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Indulge (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Infuse 4G (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Intercept (found not to infringe) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Mesmerize | 0 | 0 | 0 | 0 | 0 | 1,624 | 3,426 | 908 | 3,947 | 3,769 | 4,784 | 6,632 | 4,328 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,418 |
| Nexus S 4G (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Replenish (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Transform (new trial product) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Vibrant | 0 | 314 | 23,257 | 7,603 | 13,588 | 10,813 | 4,841 | 914 | 2,669 | 83 | 662 | 118 | 386 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65,248 |
| **Total** | **0** | **314** | **23,257** | **11,049** | **48,050** | **28,872** | **13,128** | **6,313** | **16,772** | **23,981** | **35,377** | **60,568** | **21,318** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **288,999** |
| Remaining Capacity | | | | | | | | | | | | | | | | | | | | | |
| **Less: Products Elgible for Lost Profits in the New Trial 3/** | | | | | | | | | | | | | | | | | | | | | |
| Captivate | 0 | 0 | 0 | 117,722 | 7,442 | 0 | 0 | 0 | 0 | 0 | 0 | 12,205 | 15,281 | 55,485 | 41,715 | 38,304 | 9,970 | 7,723 | 0 | 0 | 305,847 |
| Continuum | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,151 | 6,482 | 10,660 | 18,104 | 6,355 | 3,587 | 0 | 0 | 0 | 47,339 |
| Droid Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40,292 | 38,159 | 46,183 | 33,545 | 18,848 | 2,457 | 6,996 | 0 | 0 | 186,480 |
| Epic4G | 0 | 0 | 0 | 13,314 | 1,076 | 0 | 0 | 0 | 0 | 0 | 0 | 4,782 | 17,497 | 12,736 | 3,934 | 110 | 0 | 2,509 | 0 | 0 | 55,958 |
| Exhibit 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,870 | 1,581 | 3,581 | 2,591 | 883 | 0 | 0 | 17,506 |
| Galaxy Prevail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,210 | 18,663 | 23,598 | 15,369 | 11,813 | 4,393 | 6,856 | 0 | 0 | 84,902 |
| Gem | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,243 | 2,047 | 5,303 | 2,785 | 1,683 | 1,490 | 1,057 | 0 | 0 | 16,608 |
| Indulge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,168 | 1,800 | 879 | 1,063 | 0 | 0 | 4,910 |
| Infuse 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1471 | 137,419 | 18,891 | 44,692 | 64,558 | 69,495 | 60,541 | 78,366 | 662 | 476,095 |
| Nexus S 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,223 | 22,391 | 1,739 | 996 | 352 | 0 | 0 | 0 | 0 | 28,701 |
| Replenish | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,241 | 1,692 | 0 | 0 | 0 | 0 | 0 | 6,933 |
| Transform | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,999 | 3,330 | 1,660 | 1,891 | 1,624 | 0 | 0 | 0 | 0 | 10,504 |
| **Total** | **0** | **0** | **0** | **131,036** | **8,518** | **0** | **0** | **0** | **0** | **0** | **0** | **72,576** | **261,269** | **190,366** | **167,472** | **149,028** | **94,862** | **87,628** | **78,366** | **662** | **1,241,783** |
| Ending Capacity | | | | | | | | | | | | | | | | | | | | | |

Sources/Notes:

1/ Davis Exhibit 26-S; PX25A1.14; Musika Exhibit 17.2-S2; Davis Exhibit 17.2-PT-H.
2/ Musika Exhibit 17.2-S2, which reflects the detailed calculations in support of PX25A1 (admitted at the first trial).
3/ Davis Exhibit 17.2-PT- H (New Trial Report).