# EXHIBIT 2

**REDACTED VERSION**

Highly Confidential - Outside Counsels' Eyes Only

Page 1

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3             SAN JOSE DIVISION
4   APPLE, INC., a California
5   Corporation,
6            Plaintiff,      Civil Action No.
7     vs.                    11-CV-01846-LHK
8   SAMSUNG ELECTRONICS CO., LTD.,
9   et. al.,
10           Defendants.
11   _____/
12
13
14  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
15       VIDEOTAPED DEPOSITION OF JULIE DAVIS
16              CHICAGO, ILLINOIS
17           MONDAY, AUGUST 26, 2013
18
19
20
21
22
23   Reported by:
24   DEBORAH HABIAN, RMR, CRR, CLR
25   JOB NO. 65086

Highly Confidential - Outside Counsels' Eyes Only

Page 159

1  in lost profits on Samsung's sales of Captivate
2  and Epic 4G in August and September 2010; is
3  that right?
4       A.   That is correct.
5       Q.   Now, from June 2010 --                        12:00PM
6       A.   Oh, I'm sorry.  You said Captivate and
7  Epic 4G together, right?
8       Q.   Yes, um-hum.
9       A.   Yes, that is correct.
10      Q.   From June 2010 to October 2010, Apple         12:01PM
11 did not have excess supply of the iPhone 4; is
12 that correct?
13      A.   That is correct.
14      Q.   Let's look at Exhibit 26-S to your
15 report, please.                                         12:01PM
16      A.   (Witness so doing.)  I'm there.
17      Q.   At the bottom set of rows under "Excess
18 Unused Capacity," this shows ▓▓▓▓▓▓▓▓▓▓
19 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  12:02PM
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22      A.   That is correct.
23      Q.   So your calculation of Apple's lost
24 profits in smartphones in August and
25 September 2010 was premised on the assumption           12:02PM

Highly Confidential - Outside Counsels' Eyes Only

Page 331

1   STATE OF ILLINOIS        )
                             )  ss:
2   COUNTY OF C O O K        )
3            I, Deborah Habian, a Certified
    Shorthand Reporter within and for the State of
4   Illinois, do hereby certify:
5        That previous to the commencement of the
    examination of the witness, the witness was duly
6   sworn to testify the whole truth concerning the
    matters herein;
7
         That the foregoing deposition was reported
8   stenographically by me, was thereafter
    reduced to printed transcript by me, and
9   constitutes a true record of the testimony given
    and the proceedings had;
10
         That the said deposition was taken before
11  me at the time and place specified;
12       That the reading and signing by the witness
    of the deposition transcript was agreed upon as
13  stated herein;
14           That I am not a relative or
    employee of attorney or counsel, nor a relative
15  or employee of such attorney or counsel for any
    of the parties hereto, nor interested directly or
16  indirectly in the outcome of this action.
17           IN WITNESS WHEREOF, I do hereunto set
    my hand this 26th day of August, 2013.
18
19
20
21    _____
          DEBORAH HABIAN, CSR, RMR, CRR, CBC
22        Notary Public
          CSR No. 084-02432
23
24
25