# EXHIBIT 3

REDACTED VERSION

Case 5:11-cv-01846-LHK   Document 2531-7   Filed 10/14/13   Page 2 of 2
Apple Inc. v. Samsung Electronics Co., LTD., et al.
Exhibit 26-S

# iPhone Capacity Analysis
*(Units in Thousands)*

| | | BOH | FYQ2'10 | FYQ3'10 | FYQ4'10 | FYQ1'11 | FYQ2'11 | FYQ3'11 | FYQ4'11 | FYQ1'12 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Inventory** | 1/ | | | | | | | | | |
| iPhone 3G | | | | | | | | | | |
| iPhone 3GS | | | | | | | | | | |
| iPhone 4 | | | | | | | | | | |
| iPhone 4S | | | | | | | | | | |
| Total | | | | | | | | | | |
| **Maximum Manufacturing Capacity** | 2/ | | | | | | | | | |
| iPhone 3G | | | | | | | | | | |
| iPhone 3GS | | | | | | | | | | |
| iPhone 4 | | | | | | | | | | |
| iPhone 4S | | | | | | | | | | |
| Total | | | | | | | | | | |
| **Units Sold** | 2/ | | | | | | | | | |
| iPhone 3G | | | | | | | | | | |
| iPhone 3GS | | | | | | | | | | |
| iPhone 4 | | | | | | | | | | |
| iPhone 4S | | | | | | | | | | |
| Total | | | 8,752 | 8,398 | 14,103 | 16,234 | 18,648 | 20,337 | 17,072 | 37,049 |
| **Ending Potential Inventory** | 3/ | | | | | | | | | |
| iPhone 3G | | | | | | | | | | |
| iPhone 3GS | | | | | | | | | | |
| iPhone 4 | | | | | | | | | | |
| iPhone 4S | | | | | | | | | | |
| Total | | | | | | | | | | |

**Adjustments for Capacity Available for Lost Profits** 4/

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Quarterly Additional Capacity Created (Used)** | 5/ | | | | | | | | | |
| iPhone 3GS | | | | | | | | | | |
| iPhone 4 | | | | | | | | | | |
| iPhone 4S | | | | | | | | | | |
| Total | | | | | | | | | | |
| **Excess Inventory (2 Weeks)** | 6/ | | | | | | | | | |
| iPhone 3GS | | | | | | | | | | |
| iPhone 4 | | | | | | | | | | |
| iPhone 4S | | | | | | | | | | |
| Total | | | | | | | | | | |
| **Excess Unused Capacity** | 7/ | | | | | | | | | |
| iPhone 3GS | | | | | | | | | | |
| iPhone 4 | | | | | | | | | | |
| iPhone 4S | | | | | | | | | | |
| Total | | | | | | | | | | |

**Sources/Notes:**