# EXHIBIT 4

REDACTED VERSION

# Apple's Lost Profits Summary

See Damages Period Below 1/

| | 2010 | | | | | | | | 2011 | | | | | | | | | | | 2012 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | Total |
| **Total Units Sold - Smartphones 2/** | 0 | 0 | 189,922 | 401,326 | 306,452 | 410,269 | 340,262 | 199,565 | 335,209 | 347,586 | 351,465 | 763,181 | 1,469,129 | 1,150,415 | 853,272 | 679,000 | 384,095 | 342,804 | 550,792 | 157,687 | 393,867 | 313,060 | 267,117 | 316,760 | 136,334 | 56,289 | 10,715,858 |
| Captivate | 0 | 0 | 0 | 117,722 | 7,442 | 0 | 0 | 0 | 0 | 0 | 0 | 12,205 | 15,281 | 55,485 | 41,715 | 38,304 | 9,970 | 7,723 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 305,847 |
| Continuum | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,151 | 6,482 | 10,660 | 18,104 | 6,355 | 3,587 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47,339 |
| Droid Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40,292 | 38,159 | 46,183 | 33,545 | 18,848 | 2,457 | 6,996 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 186,480 |
| Epic 4G | 0 | 0 | 0 | 13,314 | 1,076 | 0 | 0 | 0 | 0 | 0 | 0 | 4,782 | 17,497 | 12,736 | 3,934 | 110 | 0 | 2,509 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55,958 |
| Exhibit 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,870 | 1,581 | 3,581 | 2,591 | 883 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,506 |
| Galaxy Prevail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,210 | 18,663 | 23,598 | 15,369 | 11,813 | 4,393 | 6,856 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84,902 |
| Gem | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,243 | 2,047 | 5,303 | 2,785 | 1,683 | 1,490 | 1,057 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,608 |
| Indulge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,168 | 1,800 | 879 | 1,063 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,910 |
| Infuse 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,471 | 137,419 | 18,891 | 44,692 | 64,558 | 69,495 | 60,541 | 78,366 | 662 | 0 | 0 | 0 | 0 | 0 | 0 | 476,095 |
| Nexus S 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,223 | 22,391 | 1,739 | 996 | 352 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,701 |
| Replenish | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,241 | 1,692 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,933 |
| Transform | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,999 | 3,330 | 1,660 | 1,891 | 1,624 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,504 |
| **Total Units Eligible for LP** | 0 | 0 | 0 | 131,036 | 8,518 | 0 | 0 | 0 | 0 | 0 | 0 | 72,576 | 261,269 | 190,366 | 167,472 | 149,028 | 94,862 | 87,628 | 78,366 | 662 | 0 | 0 | 0 | 0 | 0 | 0 | 1,241,783 |
| **Beginning Capacity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Add'l Excess Capacity 3/** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Capacity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Actual Units Eligible for LP** | 0 | 0 | 0 | 131,036 | 8,518 | 0 | 0 | 0 | 0 | 0 | 0 | 72,576 | 261,269 | 190,366 | 167,472 | 149,028 | 94,862 | 87,628 | 78,366 | 662 | 0 | 0 | 0 | 0 | 0 | 0 | 1,241,783 |
| **Ending Capacity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple Increm. Margin/Unit ($) 4/** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple's Lost Profits ($)** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Units Avail. for Other Remedies** | 0 | 0 | 189,922 | 270,290 | 297,934 | 410,269 | 340,262 | 199,565 | 335,209 | 347,586 | 351,465 | 690,605 | 1,207,860 | 960,049 | 685,800 | 529,972 | 289,233 | 255,176 | 472,426 | 157,025 | 393,867 | 313,060 | 267,117 | 316,760 | 136,334 | 56,289 | 9,474,075 |