# EXHIBIT 5

**REDACTED VERSION**

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Apple's Lost Profits Summary
See Damages Period Below 1/

| | | 2010 | | | | | | | | 2011 | | | | | | | | | | 2012 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | Total |
| **Total Units Sold - Smartphones 2/** | 0 | 90,270 | 670,912 | 705,062 | 1,163,042 | 1,160,938 | 689,696 | 376,908 | 607,399 | 671,166 | 659,035 | 1,183,611 | 1,700,355 | 1,388,062 | 1,014,709 | 879,099 | 778,984 | 1,018,987 | 1,252,330 | 704,033 | 1,010,412 | 669,370 | 855,589 | 1,080,077 | 518,531 | 402,746 | 21,251,323 |
| Captivate | 0 | 0 | 133,351 | 130,335 | 74,422 | 76,530 | 19,595 | 67,548 | 56,689 | 53,389 | 28,997 | 22,885 | 14,296 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 678,037 |
| Continuum | 0 | 0 | 0 | 0 | 0 | 119 | 5,200 | 3,326 | 19 | 0 | 2,788 | 4,034 | 6,064 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,550 |
| Droid Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75,547 | 35,697 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 111,244 |
| Epic 4G | 0 | 0 | 1 | 15,116 | 11,044 | 7,999 | 7,739 | 669 | 11,012 | 6,801 | 12,932 | 8,967 | 16,368 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 98,648 |
| Exhibit 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fascinate | 0 | 0 | 0 | 3,446 | 34,462 | 16,435 | 4,070 | 3,714 | 9,027 | 2,707 | 17,767 | 43,117 | 15,412 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,157 |
| Galaxy Ace | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy Prevail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,894 | 17,459 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,353 |
| Galaxy S (i9000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,422 | 12,164 | 10,701 | 1,192 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,479 |
| Galaxy S II (AT&T) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S II (Epic 4G Touch) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S II (i9100) | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy S II (Skyrocket) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S II (T-Mobile) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Galaxy S Showcase (i500) | 0 | 0 | 0 | 0 | 0 | 0 | 791 | 777 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,697 |
| Gem | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,499 | 1,359 | 5,270 | 4,207 | 1,915 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,250 |
| Indulge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,074 | 3,952 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,026 |
| Infuse 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,759 | 128,553 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 131,312 |
| Intercept | 0 | 0 | 0 | 9,243 | 1,197 | 0 | 142 | 2,519 | 6,003 | 4,300 | 3,138 | 3,125 | 5,347 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35,014 |
| Mesmerize | 0 | 0 | 0 | 0 | 0 | 1,624 | 3,426 | 908 | 3,947 | 3,769 | 4,784 | 6,632 | 4,328 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,418 |
| Nexus S 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,044 | 20,946 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,990 |
| Replenish | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,171 | 15,318 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,489 |
| Transform | 0 | 0 | 0 | 0 | 0 | 0 | 83 | 778 | 7,697 | 5,486 | 2,656 | 3,748 | 3,115 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,563 |
| Vibrant | 0 | 314 | 23,257 | 7,603 | 13,588 | 10,813 | 4,841 | 914 | 2,669 | 83 | 662 | 118 | 386 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65,248 |
| **Total Units Eligible for LP** | 0 | 314 | 156,609 | 165,743 | 134,713 | 113,520 | 45,887 | 81,153 | 99,691 | 103,390 | 95,110 | 205,949 | 286,396 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,488,475 |
| **Beginning Capacity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Add'l Excess Capacity 3/ | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Capacity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Actual Units Eligible for LP** | 0 | 314 | 156,609 | 165,743 | 134,713 | 113,520 | 45,887 | 81,153 | 99,691 | 103,390 | 95,110 | 205,949 | 286,396 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,488,475 |
| **Ending Capacity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple Increm. Margin/Unit ($) 4/** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple's Lost Profits ($)** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Units Avail. for Other Remedies** | 0 | 89,956 | 514,303 | 539,319 | 1,028,329 | 1,047,418 | 643,809 | 295,755 | 507,708 | 567,776 | 563,925 | 977,662 | 1,413,959 | 1,388,062 | 1,014,709 | 879,099 | 778,984 | 1,018,987 | 1,252,330 | 704,033 | 1,010,412 | 669,370 | 855,589 | 1,080,077 | 518,531 | 402,746 | 19,762,848 |