Exhibit 6

```
                                                              688
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    ------------------------------------:
 5    APPLE INC., a California corporation,:
 6              Plaintiff,                 :
 7         v.                              :
 8    SAMSUNG ELECTRONICS CO., LTD., a     :Civil Action No.
 9    Korean business entity, SAMSUNG      :11-CV-01846-LHK
10    ELECTRONICS AMERICA, INC., a New     :
11    York corporation, and SAMSUNG        :
12    TELECOMMUNICATIONS AMERICA, LLC, a   :
13    Delaware limited liability company,  :
14              Defendants.                :
15    ------------------------------------:
16    (Caption continued on next page.)
17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                       VOLUME 4
19       Videotaped Deposition of MICHAEL J. WAGNER
20                  Palo Alto, California
21                Tuesday, August 20, 2013
22                       8:04 a.m.
23    Job No.: 42222
24    Pages: 688 - 963
25    Reported by:  Anne Torreano, CCSR, RPR, CCRR
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

793

| | | |
|---|---|---|
| 1 | damage analysis that I believe Apple did not have the | 10:42:16 |
| 2 | capacity, and for the iPhones, I think that by that | 10:42:19 |
| 3 | period of time they did have the capacity, if I heard | 10:42:23 |
| 4 | your question correctly. | 10:42:30 |
| 5 |     Q.  My question was April 2011 to October 2011. | 10:42:31 |
| 6 |     MS. MAROULIS:  Do you need to refer to your | 10:42:47 |
| 7 | schedules? | 10:42:48 |
| 8 |     THE WITNESS:  No, I need to find it in my | 10:42:48 |
| 9 | report. | 10:42:50 |
| 10 |     Like I say, there was a period of time after | 10:42:51 |
| 11 | the iPhone 4 was introduced where there was supply | 10:42:53 |
| 12 | constraints.  It's that period of time that I believe | 10:42:56 |
| 13 | Ms. Davis has not properly addressed. | 10:42:58 |
| 14 |     The same thing happens when the iPad 2 is | 10:43:01 |
| 15 | released.  And I don't have those periods memorized. | 10:43:05 |
| 16 | BY MR. QUARLES: | 10:43:26 |
| 17 |     Q.  Isn't it a -- isn't it correct, sir, that it | 10:43:26 |
| 18 | was from June 2010 to October 2010 that there was a | 10:43:30 |
| 19 | capacity constraint on the iPhone 4? | 10:43:34 |
| 20 |     A.  Thank you, Mr. Olson. | 10:43:37 |
| 21 |     Yeah, see, I was confused.  You're talking | 10:43:39 |
| 22 | about 2011 and the iPhone.  I thought it was 2010 that | 10:43:41 |
| 23 | the problem was. | 10:43:43 |
| 24 |     Q.  Correct.  So by April 2011 through October | 10:43:45 |
| 25 | 2011, that problem was solved? | 10:43:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

794

| | | |
|---|---|---|
| 1 | A.  I think that it was.  I would not be holding | 10:43:54 |
| 2 | that as a constraint on a lost profits claim, if that | 10:43:57 |
| 3 | was the only issue. | 10:43:59 |
| 4 | Q.  Are you going to contend that Apple could not | 10:44:00 |
| 5 | have sold an additional 81,000 units of the iPad or | 10:44:06 |
| 6 | the iPad 2 between April 2011 and June 2011? | 10:44:14 |
| 7 | A.  If, again, I believe that does correspond to | 10:44:19 |
| 8 | the period where there was supply problems, the answer | 10:44:22 |
| 9 | would be yes. | 10:44:24 |
| 10 | Q.  Was there a capacity constraint on the iPad? | 10:44:25 |
| 11 | A.  The iPad, not the iPad 2? | 10:44:32 |
| 12 | Q.  Yes. | 10:44:34 |
| 13 | A.  I haven't studied that in enough detail.  I | 10:44:34 |
| 14 | don't believe there was at that time period, but I'd | 10:44:37 |
| 15 | need my memory refreshed. | 10:44:39 |
| 16 | Q.  Okay.  Now, you don't say, do you, that | 10:44:41 |
| 17 | Samsung was aware of any of the asserted patents | 10:44:49 |
| 18 | before they received the notice the Court has pointed | 10:44:51 |
| 19 | to; correct? | 10:44:54 |
| 20 | A.  I have no information from either you or the | 10:44:55 |
| 21 | jury on that topic. | 10:44:59 |
| 22 | Q.  In the real world, it is not possible to | 10:45:01 |
| 23 | design around a patent that a person doesn't know | 10:45:07 |
| 24 | about; correct? | 10:45:09 |
| 25 | A.  No, it's not impossible.  It's highly | 10:45:10 |

961

1  C E R T I F I C A T E

2  I, Anne M. Torreano, Certified Shorthand

3  Reporter, do hereby certify that the aforementioned

4  witness was first duly sworn as noted by stipulation

5  of counsel to testify to the truth; that I was

6  authorized to and did report said deposition in

7  stenotype; and that the foregoing pages are a true and

8  correct transcription of my shorthand notes of said

9  deposition.

10  I further certify that said deposition was

11  taken at the time and place hereinabove set forth and

12  that the taking of said deposition was commenced and

13  completed as hereinabove set out.

14  I further certify that I am not an attorney

15  or counsel of any of the parties, nor am I financially

16  interested in the action.

17  The foregoing certification of this

18  transcript does not apply to any reproduction of the

19  same by any means, unless under the direct control

20  and/or direction of the certifying reporter.

21  Dated this 16th day of August, 2013.

22

23

24  _____

25  ANNE M. TORREANO, CA-10520