# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Brian Parker Miller
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/13/2002 |
| **BAR NUMBER:** | 506218 |
| **TODAY'S DATE:** | 10/15/2013 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

Official Representative of the State Bar of Georgia

| HEADQUARTERS | SOUTH GEORGIA OFFICE | COASTAL GEORGIA OFFICE |
|---|---|---|
| 104 Marietta Street, Suite 100 | 244 E. Second Street (Zip 31794) | 18 E. Bay Street |
| Atlanta, Georgia 30303 | P.O. Box 1390 | Savannah, Georgia 31401-1225 |
| (404) 527-8700 ■ (800) 334-6865 | Tifton, Georgia 31793-1390 | (912) 239-9910 ■ (877) 239-9910 |
| FAX (404) 527-8717 | (229) 387-0446 ■ (800) 330-0446 | FAX (912) 239-9970 |
| www.gabar.org | FAX (229) 382-7435 | |