| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129 |
| | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California  94065-2139 |
| 8 | Telephone:     (650) 801-5000 |
| | Facsimile:      (650) 801-5100 |
| 9 | |
| 10 | Michael T. Zeller (Bar No. 196417) |
| | michaelzeller@quinnemanuel.com |
| 11 | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, California 90017 |
| 12 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| 13 | |
| 14 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21 | Plaintiff, | **NOTICE OF APPEARANCE** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendant. | |

1  **PLEASE TAKE NOTICE** that Thomas R. Watson, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP and admitted to practice before this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.

>  Thomas R. Watson (Bar No. 227264)
>  tomwatson@quinnemanuel.com
>  555 Twin Dolphin Drive, 5th Floor
>  Redwood Shores, California  94065-2139
>  Telephone:   (650) 801 5000
>  Facsimile:    (650) 801 5100

DATED: October 15, 2013            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                   By */s/ Thomas R. Watson*
                                   THOMAS R. WATSON

                                   Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC