| | |
|---|---|
| Rachel Krevans (SBN 116421) | James A. Shimota (admitted pro hac vice) |
| rkrevans@mofo.com | jshimota@bridgesmav.com |
| Wesley E. Overson (SBN 154737) | Aaron Taggart (SBN 258287) |
| woverson@mofo.com | ataggart@bridgesmav.com |
| Diana B. Kruze (SBN 247605) | Adam R. Brausa (admitted pro hac vice) |
| dkruze@mofo.com | abrausa@bridgesmav.com |
| John K. Blake, Jr. (SBN 262906) | BRIDGES & MAVRAKAKIS LLP |
| jblake@mofo.com | 180 N LaSalle, Suite 2215 |
| MORRISON & FOERSTER LLP | Chicago, IL 60601 |
| 425 Market Street | Telephone: (312) 216-1620 |
| San Francisco, CA 94105-2482 | Facsimile: (312) 216-1621 |
| Telephone: 415.268.7000 | |
| Facsimile: 415.268.7522 | John J. Steele (SBN 122872) |
| | john.steele@johnsteelelaw.com |
| Kenneth H. Bridges (SBN 243541) | JOHN STEELE, ATTORNEY AT LAW |
| kbridges@bridgesmav.com | 2225 East Bayshore Road, Suite 200 |
| Michael T. Pieja (SBN 250351) | Palo Alto, CA 94303 |
| mpieja@bridgesmav.com | Tel: (650) 320-7662 |
| Lawrence Lien (SBN 265851) | |
| llien@bridgesmav.com | |
| BRIDGES & MAVRAKAKIS LLP | |
| 3000 El Camino Real | |
| One Palo Alto Square, 2nd Floor | |
| Palo Alto, CA 94306 | |
| Telephone: (650) 804-7800 | |
| Facsimile: (650) 852-9224 | |

Attorneys for Defendant
APPLE INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLATWORLD INTERACTIVES LLC, | Case No. 3:12-01956-WHO (EDL) |
| Plaintiff, | **SEALING DECLARATION OF JOHN K. BLAKE. JR. IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO AND PORTIONS OF ITS MEMORANDUM IN SUPPORT OF ITS FIRST MOTION TO COMPEL** |
| v. | |
| APPLE INC., | |
| Defendant. | |

SEALING BLAKE DEC. ISO ADMIN MOTION TO FILE UNDER SEAL RE MOTION TO COMPEL
Case No. 3:12-01956-WHO (EDL)
sf-3342852

I, JOHN K. BLAKE, JR., declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice in this Court. I am an associate at the law firm of Morrison & Foerster LLP, counsel of record for Apple, Inc. ("Apple") in this action. I make this declaration in support of Apple's Administrative Motion for Leave to File Under Seal Certain Exhibits and Portions of Its Memorandum in Support of Its First Motion to Compel. I have personal knowledge of the matters stated in this Declaration and I could and would testify competently thereto if called to do so.

2. Apple does not regard this material as confidential and therefore does not believe that these documents should be filed under seal. Nevertheless, pursuant to Civil L.R. 79-5 (d)(1)(B), Apple submits this declaration.

3. Exhibits 20, 21, and 23 to the Blake Declaration were designated as Confidential under the Protective Order in this action by FlatWorld.

4. Exhibits 25-27 to the Blake Declaration were designated as Confidential under the Protective Order in this action by third-party Acacia.

5. Lines 11:8-9, 19:11, 19:12, and 19:13 of its Memorandum in Support of its First Motion to Compel reference Exhibits 20-21, 23, and 25-27 to the Blake Declaration.

6. In accordance with this Court's Standing Order on Confidential and Sealed Documents, I contacted FlatWorld and Acacia to determine whether they would withdraw their claims of confidentiality for the documents listed above. They did not do so.

Executed this 15th day of October, 2013, in Palo Alto, California.

/s/ John K. Blake, Jr.
JOHN K. BLAKE, JR.

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this ADR Certification. In compliance with General Order 45, X.B., I hereby attest that John K. Blake, Jr. has concurred in this filing.

By: /s/ Rachel Krevans
Rachel Krevans