# Exhibit 1

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| JMPriv118A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (No email given) | 07/11/06 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| JMPriv118B | Jen McAleese (No email given) | John J. McAleese, III (jmcaleese@morganlewis.com) | 07/11/06 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| JMPriv118C | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (No email given) | 00/00/00 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| JMPriv118D | Jennifer McAleese (No email given) | John J. McAleese, III (jmcaleese@morganlewis.com) | 07/11/06 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| JMPriv120 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (No email given) | 07/19/06 | Email regarding FlatWorld buisiness administration | Drafted for purpose of business operation. | Spousal | Email |
| JMPriv121 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (No email given) | 07/19/06 | Email regarding FlatWorld business administration | Drafted for purpose of business operation. | Spousal | Email |
| JMPriv122A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (No email given) | 07/19/06 | Email regarding use of Flatworld technology | Drafted for purpose of business operation. | Spousal | Email |
| JMPriv122B | Jennifer McAleese (No email given) | John J. McAleese, III (jmcaleese@morganlewis.com) | 07/19/06 | Email regarding use of Flatworld technology | Drafted for purpose of business operation. | Spousal | Email |
| JMPriv122C | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (No email given) | 00/00/00 | Email regarding use of Flatworld technology | Drafted for purpose of business operation. | Spousal | Email |
| JMPriv124A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 08/04/06 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| JMPriv137A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 01/09/07 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| JMPriv137B | Jennifer McAleese (jenmcaleese@comcast.net) | John J. McAleese, III (jmcaleese@morganlewis.com) | 01/09/07 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| JMPriv139A | Jennifer McAleese (jen@flatworldinteractives.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 05/03/07 | Email with discussion regarding potential patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv141A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 06/14/07 | Email with discussion regarding potent representation for FlatWorld litigation. A redacted version was produced at JM-00000036. | Drafted for purpose of litigation. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| JMPriv143A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 09/17/07 | Email regarding FlatWorld buisiness administration. A redacted version was produced at JM-00000038. | Drafted for purpose of business operation. | Spousal | Email |
| JMPriv147A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 03/11/08 | Email regarding FlatWorld buisiness administration | Drafted for purpose of business planning. | Spousal | Email |
| JMPriv147B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 03/11/08 | Email regarding FlatWorld buisiness administration | Drafted for purpose of business planning. | Spousal | Email |
| JMPriv151A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/07/09 | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv167A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/29/09 | Email with discussion regarding material related to FlatWorld technology. A redacted version was produced at JM-00000046. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv167B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/29/09 | Email with discussion regarding material related to FlatWorld technology. A redacted version was produced at JM-00000046. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv192A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 03/05/10 | Email with discussion regarding legal advice pertaining to potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv194 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net), | 09/27/10 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| JMPriv195A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/28/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv195B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/28/10 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv201A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/16/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv201B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/15/10 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv203 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 01/06/11 | Email with discussion regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| JMPriv205A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 01/06/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv205B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 01/06/11 | Email with discussion regarding potential representation in FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv206A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/04/11 | Email conversation concerning administration of FlatWorld business. A redacted version was produced at JM-00000071. | Drafted for business planning. | Spousal | Email |
| JMPriv212A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/04/11 | Email conversation concerning administration of FlatWorld business. A redacted version was produced at JM-00000076. | Drafted for business planning. | Spousal | Email |
| JMPriv216A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 10/06/11 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| JMPriv216B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/02/11 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv218A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 10/06/11 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| JMPriv218B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/06/11 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv218C | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv218D | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/02/11 | Email with discussion regarding legal advice pertaining to FlatWorld business organization. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv222 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 11/07/11 | Email with discussion regarding material related to FlatWorld patent litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv223A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/07/11 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv223B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 11/07/11 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| JMPriv225A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 02/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv225B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 02/25/13 | Email with discussion regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| JMPriv226 | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (Email Address Unknown) | 05/21/12 | Email with discussion regarding material related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000001A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 06/06/06 | Email with discussion about FlatWorld business development | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000007 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/05/06 | Email with discussion regarding technology related to FlatWorld patents. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000008 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/10/06 | Email with discussion regarding technology related to FlatWorld patents. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000009A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/14/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000009B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 07/14/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000010 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/19/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000011 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/19/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000012A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/19/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000012B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 07/19/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000012C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/19/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000014A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/19/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000014B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 07/19/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000014C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 00/00/00 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000014D | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 07/19/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000014E | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 00/00/00 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000016A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/21/06 | Email with discussion regarding FlatWorld representation for pre-litigation matters. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000016B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 07/21/06 | Email with discussion regarding FlatWorld representation for pre-litigation matters. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000017A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/24/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000017B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 07/24/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000018A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 07/24/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000018B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com | 07/24/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000021 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 08/01/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000022A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 08/01/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning | Spousal | Email |
| MLB_F0000022B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 08/01/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000022C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 00/00/00 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning | Spousal | Email |
| MLB_F0000022D | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 08/01/06 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning | Spousal | Email |
| MLB_F0000022E | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 00/00/00 | Email with discussion regarding FlatWorld business management. | Drafted for purpose of FlatWorld business planning | Spousal | Email |
| MLB_F0000024A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/04/06 | Email with discussion regarding FlatWorld business organization. | Drafted for purpose of FlatWorld business planning. | Spousal | Email |
| MLB_F0000039A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 11/10/06 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000039B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 11/10/06 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000041A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 12/14/06 | Email regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000044 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 12/14/06 | Email regarding FlatWorld litigation preparation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000045A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 01/09/07 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000045B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 01/09/07 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000047 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 09/27/10 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000050A | Jennifer McAleese (jen@flatworldinteractives.com) | John McAleese (jmcaleese@morganlewis.com) | 05/03/07 | Email with discussion regarding Gene Nelson advice pertaining to potential litigation | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000057A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 06/12/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000057B | Jennifer McAleese (jenmcaleese@comcast.net) | John McAleese (jmcaleese@morganlewis.com) | 06/12/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000059A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@comcast.net) | 06/14/07 | Email with discussion regarding potential representation for IP litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000064A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 09/17/07 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000064B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 09/17/07 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000069A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 03/11/08 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000069B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 03/11/08 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000070A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/13/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000070B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/13/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000083 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 08/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000098 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000113A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000113B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/14/08 | Email regarding FlatWorld technology. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000128A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/15/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000128B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/15/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000128C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/14/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000128D | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/14/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000128E | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/14/08 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000146A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000146B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000146C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000146D | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/15/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000146E | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/14/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000146F | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/14/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000146G | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 08/14/08 | Email regarding FlatWorld IP management. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000150A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 08/29/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000150B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 08/29/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000152A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 09/04/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000152B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 09/04/08 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000154 | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 09/24/08 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000154 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 09/24/08 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000155A | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 01/22/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000155B | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 01/22/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000157 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 01/22/09 | Draft non-disclosure agreement. | Drafted for purpose of business planning. | Spousal | NDA |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000162A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 02/03/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000162B | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 02/03/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000165A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 02/26/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000165B | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 02/26/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000168A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/07/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000168B | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 04/07/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000170 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/07/09 | Correspondence regarding FlatWorld business organization. | Drafted for purpose of client engagement. | Spousal | Engagement Letter |
| MLB_F0000172A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 04/09/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000172B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 04/09/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000173A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 04/30/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000173B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 04/30/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000178A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 05/05/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of preserving confidential nature of business information | Spousal | Email |
| MLB_F0000178B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 05/05/09 | Email regarding confidentiality of FlatWorld information. | Drafted for purpose of preserving confidential nature of business information. | Spousal | Email |
| MLB_F0000180 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 05/05/09 | Draft confidentiality agreement. | Drafted for purpose of preserving confidential nature of business information | Spousal | Confidentiality Agreement |
| MLB_F0000184A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 06/10/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000184B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 06/09/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000187A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 06/14/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000187B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 06/14/09 | Email regarding FlatWorld business administration. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000190A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 06/15/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000190B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 06/15/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000192A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 06/15/09 | Email regarding FlatWorld business organization. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000197A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 07/28/09 | Email regarding FlatWorld media and marketing. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000210A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 10/07/09 | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000230A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 10/19/09 | Email regarding FlatWorld initiatives. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000230B | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 10/19/09 | Email regarding FlatWorld initiatives. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000231A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 12/29/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000231B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 12/29/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000231C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 06/07/09 | Email regarding FlatWorld product development. | Drafted for purpose of business planning. | Spousal | Email |
| MLB_F0000258A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 03/05/10 | Email regarding prosecution of FlatWorld intellectual property. | Drafted for purpose of obtaining a patent. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000262A | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 04/13/10 | Email regarding prosecution of FlatWorld intellectual property. | Drafted for purpose of obtaining a patent. | Spousal | Email |
| MLB_F0000268A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/28/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000268B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 10/28/10 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000280A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/16/10 | Email regarding FlatWorld patent strategy. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000280B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 12/16/10 | Email regarding FlatWorld patent strategy. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000282 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 01/06/11 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of market knowledge. | Spousal | Email |
| MLB_F0000286A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 01/06/11 | Email regarding potential FlatWorld litigation and representation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000286B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 01/06/11 | Email regarding potential FlatWorld litigation and representation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000292 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 01/18/11 | Email regarding technology related to FlatWorld patents. | Drafted for purpose of market knowledge. | Spousal | Email |
| MLB_F0000312A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/04/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000316A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/04/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000318A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/04/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000321 | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 04/05/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000322A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/05/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| MLB_F0000322B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 04/05/11 | Email regarding FlatWorld taxation. | Drafted for purpose of business administration. | Spousal | Email |
| MLB_F0000325 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 04/08/11 | Email regarding enforcement options. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000329A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 10/06/11 | Email regarding ownership of FlatWorld intellectual property. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000329B | Jennifer McAleese (jenmcaleese@gmail.com) | John McAleese (jmcaleese@morganlewis.com) | 10/02/11 | Email regarding ownership of FlatWorld intellectual property. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000336A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email regarding ownership of FlatWorld intellectual property. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000336B | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 10/06/11 | Email regarding ownership of FlatWorld intellectual property. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000336C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email regarding ownership of FlatWorld intellectual property. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000336D | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 10/02/11 | Email regarding ownership of FlatWorld intellectual property. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000344 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 11/07/11 | Email regarding information related to FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000346A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/07/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000346B | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 11/07/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000346C | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 11/07/11 | Email regarding potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000350 | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com | 05/21/12 | Email with discussion related to potential FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000351A | John McAleese (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 02/25/13 | Email regarding FlatWorld litigation. | Drafted for purpose of litigation. | Spousal | Email |
| MLB_F0000351B | Jennifer McAleese (jenmcaleese@gmail.com); Mark Carlson (markc@hbsslaw.com) | John McAleese (jmcaleese@morganlewis.com) | 02/25/13 | Email regarding FlatWorld litigation and correspondence with Mark Carlson. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |
| PRIV0360A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/28/10 | Email discussing legal advice from Michael Bonella regarding FlatWorld patent reissue. | Drafted for purpose of litigation. | Spousal; Attorney-Client | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| PRIV0360B | Jennifer McAleese (jenmcaleese@gmail.com | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/28/10 | Email discussing legal advice from Michael Bonella regarding FlatWorld patent reissue. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV0553A | Jennifer McAleese (jenmcaleese@gmail.com | Slavko Milekic; John J. Kenny; John J. McAleese, III (jmcaleese@morganlewis.com) | 10/19/09 | Email requesting legal advice from John J. Kenny regarding potential FlatWorld patent litigation representation. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV0553B | Slavko Milekic | Jennifer McAleese (jenmcaleese@gmail.com); John J. Kenny; John J. McAleese, III (jmcaleese@morganlewis.com) | 10/19/09 | Email discussing potential representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV0553C | Jennifer McAleese (jenmcaleese@gmail.com | Slavko Milekic; John J. Kenny; John J. McAleese, III (jmcaleese@morganlewis.com) | 10/19/09 | Email discussing potential representation for patent litigation. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV0593B | Jennifer McAleese (jenmcaleese@gmail.com | John McAleese (jmcaleese@morganlewis.com) | 10/28/10 | Email containing and requesting legal advice from Michael Bonella. and Gordon Nelson. | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney Client | Email |
| PRIV0595A | Jennifer McAleese (jenmcaleese@gmail.com | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/28/10 | Forward of email discussing potential litigation matter with Michael Bonella. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV0710A | Jennifer McAleese (jenmcaleese@gmail.com | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/02/11 | Email discussing patent prosecution decisions with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| PRIV0714A | Jennifer McAleese (jenmcaleese@gmail.com | John J. McAleese, III (jmcaleese@morganlewis.com) | 05/01/07 | Email regarding prelitigation investigation discussion with Gordon Nelson. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV0860A | Jennifer McAleese (jenmcaleese@gmail.com | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/06/11 | Email regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| PRIV0860B | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| PRIV0860C | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/02/11 | Email regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0862A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/06/11 | Email regarding business planning and potential litigation with Gordon Nelson and Michael Bonella. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0862B | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email regarding business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0862C | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/02/11 | Email regarding business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0900A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/16/10 | Email with discussion of patent strategy and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0900B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/16/10 | Email with discussion of patent strategy and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0947A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/14/06 | Email with discussion of business planning with John J. Kenney. | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |
| PRIV0973A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 12/16/10 | Email with discussion of patent strategy and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0973B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/16/10 | Email with discussion of patent strategy and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney-Client | Email |
| PRIV0982A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/02/11 | Email with discussion of internal FlatWorld governance agreement with Gordon Nelson. | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney-Client | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| PRIV1010A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 04/13/10 | Email with discussion of business planning and patent prosecution status with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and prosecution. | Spousal; Attorney- Client | Email |
| PRIV1036A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 05/01/07 | Email with discussion of patent prosecution status and potential infringement with Gordon Nelson. | Drafted for purpose of prosecution. | Spousal; Attorney- Client | Email |
| PRIV1072A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 01/15/07 | Email with discussion of business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| PRIV1080A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/16/10 | Email with discussion of business planning with Gordon Nelson, Paul Milcetic, and Michael Bonella. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| PRIV1103A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/14/06 | Email with discussion of business planning with John J. Kenney. | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney- Client | Email |
| PRIV1125A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 01/15/07 | Email with discussion of business planning and potential litigation with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and potential litigation. | Spousal; Attorney- Client | Email |
| PRIV1134A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 04/13/10 | Email with discussion of business planning and prosecution status with Gordon Nelson. | Drafted for purpose of FlatWorld business planning and prosecution. | Spousal; Attorney- Client | Email |
| PRIV1172A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/16/10 | Email with discussion of patent monetization strategy with Gordon Nelson. | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney- Client | Email |
| PRIV1189A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email containing forward of discussions of legal issues with Gordon Nelson and Michael Bonella pertaining to patents. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV1189B | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/06/11 | Email containing forward of discussions of legal issues with Gordon Nelson pertaining to patents. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV1189C | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email containing forward of discussions of legal issues with Gordon Nelson pertaining to patents. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |

Emails Sent To or From John McAleese's Morgan Lewis Email Account

| Document Number | Author | Recipient | Date | Subject Matter Addressed in Document | Purpose | Specific Basis for Claim | Title and/or Description of Document |
|---|---|---|---|---|---|---|---|
| PRIV1189D | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 10/02/11 | Email forwarding discussions of legal issues with Gordon Nelson pertaining to patents. | Drafted for purpose of litigation. | Spousal; Attorney- Client | Email |
| PRIV1249A | Jennifer McAleese (jenmcaleese@gmail.com) | John J. McAleese, III (jmcaleese@morganlewis.com) | 12/16/10 | Email with discussion of potential litigation with Michael Bonella. | Drafted for purpose of potential litigation. | Spousal; Attorney- Client | Email |
| PRIV1292A | John J. McAleese, III (jmcaleese@morganlewis.com) | Jennifer McAleese (jenmcaleese@gmail.com) | 10/06/11 | Email containing discussion relating to advice sought from Gordon Nelson regarding patent assignments. | Drafted for purpose of FlatWorld business planning. | Spousal; Attorney- Client | Email |

Yellow highlights indicate documents over which FlatWorld asserts both spousal and attorney-client privileges.