# Exhibit 4

Communications Between FlatWorld and Acacia

| Document Number | Author | Recipient | Date | Purpose | Current Subject | Current Privilege Claim | Previous Subject 4/3/2013 Log | Previous Claim 4/3/2013 Log |
|---|---|---|---|---|---|---|---|---|
| PRIV0484 | Acacia Technologies Group | FlatWorld Interactive LLC | 5/7/2002 | Drafted for purpose of litigation. | PowerPoint | Not privileged. This document was produced by Acacia at ARG0000133. | N/A | PowerPoint relating to potential patent representation. | Attorney-Client |
| PRIV0896 | Acacia Technologies Group | FlatWorld Interactive LLC | 5/7/2002 | Attorney-Client; Common Interest | PowerPoint | PowerPoint relating to potential patent representation. | Drafted for purpose of litigation. | Same as current | Attorney-Client |
| PRIV0416D | Jonathan Taub | Slavko Milekic; Jennifer McAleese; Gordon E. Nelson | 9/15/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000056. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0733 | Slavko Milekic | Jonathan Taub; Jennifer McAleese; Gordon E. Nelson | 9/15/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG0000165. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0774 | Jonathan Taub | Slavko Milekic; Jennifer McAleese; Gordon E. Nelson | 9/15/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG0000056. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0940 | Jonathan Taub | Slavko Milekic; Jennifer McAleese; Gordon E. Nelson | 9/15/2009 | Drafted for purpose of FlatWorld business planning. | Email | Not privileged. This document was produced by Acacia at ARG0000166. | N/A | Email thread regarding business planning. | Attorney-Client; Common Interest |
| PRIV1022 | Slavko Milekic | Jonathan Taub; Jennifer McAleese; Gordon E. Nelson | 9/15/2009 | Drafted for purpose of FlatWorld business planning. | Email | Not privileged. This document was produced by Acacia at ARG0000165. | N/A | Email thread regarding business planning. | Attorney-Client; Common Interest |
| JMPriv151C | Jonathan Taub (jtaub@acaciares.com) | Jennifer McAleese (jenmcaleese@gmail.com); Slavko Milekic (kiddyface@gmail.com); Gene Nelson (genelson@comcast.net) | 9/15/2009 | Attorney-Client, Common Interest | Email | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | NA | NA |
| JMPriv151D | Slavko Milekic (kiddyface@gmail.com) | Jennifer McAleese (jenmcaleese@gmail.com); Gene Nelson (genelson@comcast.net); Jonathan Taub (jtaub@acaciares.com) | 9/15/2009 | Attorney-Client, Common Interest | Email | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | NA | NA |
| MLB_F0000210C | Jonathan Taub (jtaub@acaciares.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com); Gordon E. Nelson (genelson@comcast.net) | 9/15/2009 | Attorney-Client; Common Interest | Email | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | NA | NA |
| MLB_F0000210D | Slavko Milekic (kiddyface@gmail.com) | Jonathan Taub (jtaub@acaciares.com); Jennifer McAleese (jenmcaleese@gmail.com); Gordon E. Nelson (genelson@comcast.net) | 9/15/2009 | Attorney-Client; Common Interest | Email | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | NA | NA |

Communications Between FlatWorld and Acacia

| Document Number | Author | Recipient | Date | Purpose | Current Subject | Current Privilege Claim | Previous Subject 4/3/2013 Log | Previous Claim 4/3/2013 Log |
|---|---|---|---|---|---|---|---|---|
| PRIV0987 | Gordon E. Nelson | Jonathan Taub; Slavko Milekic; Jennifer McAleese; Kathy Olmsted | 9/16/2009 | Drafted for purpose of FlatWorld business planning. | Email | Not privileged. This document was produced by Acacia at ARG0000094. | N/A | Email thread discussing business planning with John J. Kenney. | Attorney-Client; Common Interest |
| PRIV1081 | Gordon E. Nelson | Jonathan Taub; Jennifer McAleese; Slavko Milekic; Kathy Olmsted | 9/16/2009 | Drafted for purpose of FlatWorld business planning. | Email | Not privileged. This document was produced by Acacia at ARG0000094. | N/A | Email thread regarding patent application status. | Attorney-Client; Common Interest |
| PRIV0293B | Jonathan Taub | Jennifer McAleese (jenmcaleese@gmail.com), Slavko Milekic; Gordon E. Nelson | 10/3/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG0000131-132. | N/A | Email thread regarding discussion with Gordon Nelson and Jonathan Taub regarding potential representation for patent litigation. | Spousal; Attorney-Client* ^ |
| JMPriv151B | Jonathan Taub (jtaub@acaciares.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com); Gene Nelson (genelson@comcast.net) | 10/4/2009 | Attorney-Client; Common Interest | Email | Email with discussion regarding potential representation for FlatWorld litigation. | Drafted for purpose of litigation. | NA | NA |
| MLB_F0000210B | Jonathan Taub (jtaub@acaciares.com) | Slavko Milekic (kiddyface@gmail.com); Jennifer McAleese (jenmcaleese@gmail.com); Gordon E. Nelson (genelson@comcast.net) | 10/4/2009 | Attorney-Client; Common Interest | Email | Email with discussion regarding potential FlatWorld representation. | Drafted for purpose of litigation. | NA | NA |
| PRIV0319 | Jonathan Taub | Jennifer McAleese; Slavko Milekic; Gordon E. Nelson | 10/11/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000148. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0354 | Jennifer McAleese | Jonathan Taub; Gordon E. Nelson; Slavko Milekic | 10/11/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000148. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0417 | Jonathan Taub | Slavko Milekic; Jennifer McAleese; Gordon E. Nelson | 10/11/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000148. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0300 | Jonathan Taub | FlatWorld Interactives, LLC | 10/12/2009 | Attorney-Client; Common Interest | Word Document | Correspondence regarding potential representation for patent litigation. | Drafted for purpose of litigation. | Same as current | Same as current |
| PRIV0309 | Jonathan Taub | FlatWorld Interactives, LLC | 10/12/2009 | Attorney-Client; Common Interest | Letter | Letter regarding potential representation for patent litigation. | Drafted for purpose of litigation. | Same as current | Same as current |
| PRIV0315 | Jonathan Taub | FlatWorld Interactives, LLC | 10/12/2009 | Attorney-Client; Common Interest | Letter | Letter regarding potential representation for patent litigation. | Drafted for purpose of litigation. | Same as current | Same as current |
| PRIV0331 | Jonathan Taub | FlatWorld Interactives, LLC | 10/12/2009 | Attorney-Client; Common Interest | Letter | Letter regarding potential representation for patent litigation. | Drafted for purpose of litigation. | Same as current | Same as current |

Communications Between FlatWorld and Acacia

| Document Number | Author | Recipient | Date | Purpose | Current Subject | Current Privilege Claim | Previous Subject 4/3/2013 Log | Previous Claim 4/3/2013 Log |
|---|---|---|---|---|---|---|---|---|
| PRIV0462 | Jonathan Taub | FlatWorld Interactives, LLC | 10/12/2009 | Attorney-Client; Common Interest | Word Document | Notes regarding potential FlatWorld representation for patent litigation sent to counsel for review. | Drafted for purpose of litigation. | Same as current | Same as current |
| PRIV0308 | Jennifer McAleese | Jonathan Taub; Gordon E. Nelson; Slavko Milekic | 10/13/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000150. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0394 | Jennifer McAleese | Jonathan Taub; Slavko Milekic; Gordon E. Nelson | 10/14/2009 | Common Interest; Attorney-Client | Email | Email regarding potential representation for patent litigation. | Drafted for purpose of litigation. | Same as current | Same as current |
| PRIV0483 | Jonathan Taub | Jennifer McAleese; Slavko Milekic; Gordon E. Nelson | 10/15/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000150. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0615 | Jennifer McAleese | Jonathan Taub; Slavko Milekic; Gordon E. Nelson | 10/15/2009 | Drafted for purpose of FlatWorld business planning. | Email | Not privileged. This document was produced by Acacia at ARG000150. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0426B | Jonathan Taub | Jennifer McAleese; Slavko Milekic; Gordon E. Nelson | 10/15/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000150. | N/A | Email thread regarding discussions with Gordon Nelson and Jonathan Taub concerning potential FlatWorld representation for patent litigation. | Spousal; Attorney-Client* |
| PRIV0336 | Jonathan Taub | Jennifer McAleese; Slavko Milekic | 10/19/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000152. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0346 | Jennifer McAleese | Jonathan Taub; Slavko Milekic | 10/19/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000152. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0382 | Jennifer McAleese | Jonathan Taub; Slavko Milekic | 10/19/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000152. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |
| PRIV0410 | Jonathan Taub | Slavko Milekic; Jennifer McAleese; Gordon E. Nelson | 10/30/2009 | Drafted for purpose of litigation. | Email | Not privileged. This document was produced by Acacia at ARG000131-132. | N/A | Email thread regarding potential representation for patent litigation. | Attorney-Client; Common Interest |

Yellow Highlights indicate documents over which FlatWorld maintains its privilege assertions.  FlatWorld has withdrawn its privilege assertions for the remaining documents but yet refuses to produce them.

* FlatWorld's current  privilege log indicates that it asserts spousal privilege over only the last email in these chains —not  over the communications between FlatWorld and Acacia.  (See ECF No. 164 Ex. 49 at PRIV0293A and PRIV0426A.)

^ Apple suspects that FlatWorld produced the document listed as PRIV0293B as Bates Number FWAPP00007038 but FlatWorld refused to confirm.