# Exhibit 8

Acacia Research Group, LLC

Third Party Subpoena in Flatworld Matter

**Documents Withheld Due to Privilege**

| DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|
| 9/15/2009 | Jonathan Taub, Esq. | Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 8/18/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Charles Raasch | Kimberly Bode, paralegal<br>Jonathan Taub, Esq.<br>Marc Booth | | Email regarding 6920619 and reissue process; discussion of University of the Arts (and attachment) | Attorney-Client<br>Common Interest<br>Work Product |
| | | | | | Attorney-Client<br>Common Interest<br>Work Product |
| 9/15/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 9/15/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 9/16/2009 | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Marc Booth<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic<br>Kathy Olmsted | FW: Copy of USSN 11/779,310, reissue application of U.S. Patent 6,920,619, Milekic, "User interface for removing an object from a display" (and attachment) | Attorney-Client<br>Common Interest<br>Work Product |
| | | | | | Attorney-Client<br>Common Interest<br>Work Product |
| | | | | | Attorney-Client<br>Common Interest<br>Work Product |
| 9/16/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Gordon E. Nelson, Esq.<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic<br>Kathy Olmsted<br>Jonathan Taub, Esq.<br>Marc Booth | RE: Copy of USSN 11/779,310, reissue application of U.S. Patent 6,920,619, Milekic, "User interface for removing an object from a display" | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |

Acacia Research Group, LLC

Third Party Subpoena in Flatworld Matter

**Documents Withheld Due to Privilege**

| DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|
| 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer Mcaleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 10/4/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email regarding 6920619 and reissue process; discussion of University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 9/16/2009 | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Gordon E. Nelson, Esq.<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic<br>Kathy Olmsted<br>Marc Booth | RE: Copy of USSN 11/779,310, reissue application of U.S. Patent 6,920,619, Milekic, "User interface for removing an object from a display" | Attorney-Client<br>Common Interest<br>Work Product |
| 8/22/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | | RE: patent question<br>(and attachment) | Attorney-Client<br>Common Interest<br>Work Product |
| | | | | | Attorney-Client<br>Common Interest<br>Work Product |
| 8/25/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | | RE: patent question | Attorney-Client<br>Common Interest<br>Work Product |
| 8/27/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic | RE: patent conversation | Attorney-Client<br>Common Interest<br>Work Product |

Acacia Research Group, LLC

Third Party Supboena in Flatworld Matter

**Documents Withheld Due to Privilege**

| DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|
| 8/28/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese<br>Slavko Milekic | Jennifer McAleese<br>Jonathan Taub, Esq. | Slavko Milekic<br>Jennifer McAleese | RE: patent conversation | Attorney-Client<br>Common Interest<br>Work Product |
| 8/31/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | RE: Conference Call | Attorney-Client<br>Common Interest<br>Work Product |
| 8/31/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Re: Conference Call | Attorney-Client<br>Common Interest<br>Work Product |
| 9/11/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Re: Conference Call | Attorney-Client<br>Common Interest<br>Work Product |
| 10/3/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Slavko Milekic + Acacia re: 6920619 reissue<br>(and attachment) | Attorney-Client<br>Common Interest<br>Work Product |
| | | | | | Attorney-Client<br>Common Interest<br>Work Product |
| | | | | | Attorney-Client<br>Common Interest<br>Work Product |
| 10/11/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | RE: Slavko Milekic + Acacia re: 6920619 reissue | Attorney-Client<br>Common Interest<br>Work Product |
| 10/11/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese<br>Slavko Milekic | Jennifer Mcaleese<br>Jonathan Taub, Esq.<br>Slavko milekic | Slavko Milekic<br>Gordon E. Nelson, Esq.<br>Jennifer McAleese | RE: Slavko Milekic + Acacia re: 6920619 reissue | Attorney-Client<br>Common Interest<br>Work Product |
| 10/15/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Slavko Milekic<br>Gordon E. Nelson, Esq. | Re: Acacia Agreement | Attorney-Client<br>Common Interest<br>Work Product |
| 10/19/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Slavko Milekic | RE: Acacia - FlatWorld Issues reply 10.18.09 | Attorney-Client<br>Common Interest<br>Work Product |
| 10/19/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Slavko Milekic | Re: Acacia - FlatWorld Issues reply 10.18.09 | Attorney-Client<br>Common Interest<br>Work Product |

Acacia Research Group, LLC

Third Party Supboena in Flatworld Matter

**Documents Withheld Due to Privilege**

| DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|
| 9/17/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | BD lead:  University of the Arts | Attorney-Client<br>Common Interest<br>Work Product |
| 8/24/2009 | Slavko Milekic<br>Jonathan Taub, Esq. | Jonathan Taub, Esq.<br>Slavko Milekic | | Re: patent question | Attorney-Client<br>Common Interest<br>Work Product |
| 8/24/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | | RE: patent question | Attorney-Client<br>Common Interest<br>Work Product |
| 8/25/2009 | Slavko Milekic<br>Jonathan Taub, Esq. | Jonathan Taub, Esq.<br>Slavko Milekic | | Re: patent question | Attorney-Client<br>Common Interest<br>Work Product |
| 8/27/2009 | Slavko Milekic | Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic | patent conversation | Attorney-Client<br>Common Interest<br>Work Product |
| 8/28/2009 | Jennifer McAleese<br>Jonathan Taub, Esq. | Jonathan Taub, Esq. | Slavko Milekic<br>Jennifer McAleese | Re: patent conversation | Attorney-Client<br>Common Interest<br>Work Product |
| 9/15/2009 | Slavko Milekic | Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | patent | Attorney-Client<br>Common Interest<br>Work Product |
| 9/15/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | RE: patent | Attorney-Client<br>Common Interest<br>Work Product |
| 10/11/2009 | Jennifer McAleese<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Gordon E. Nelson, Esq.<br>Jennifer McAleese | Re: Slavko Milekic + Acacia re: 6920619 reissue | Attorney-Client<br>Common Interest<br>Work Product |
| 9/11/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | RE: Conference Call | Attorney-Client<br>Common Interest<br>Work Product |
| 9/14/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Re: Conference Call | Attorney-Client<br>Common Interest<br>Work Product |