# Exhibit 9

Acacia Research Group, LLC
Third Party Supboena in Flatworld Matter
**Documents Withheld Due to Privilege**

| | | | **Acacia** | **Role** | | |
|---|---|---|---|---|---|---|
| | | | Jonathan Taub, Esq. | Attorney, Vice President | | |
| | | | Marc Booth | Engineer | | |
| | | | Charles Raasch | Engineer | | |
| | | | Kimberly Bode | Paralegal | | |
| | | | | | | |
| | | | **Flatworld** | **Role** | | |
| | | | Slavko Milekic | Principal, Co-Founder | | |
| | | | Jennifer McAleese | Principal, Co-Founder, Managing Director | | |
| | | | Gordon E. Nelson, Esq. | Attorney | | |
| | | | Kathy Olmsted | Legal Clerk | | |

| No. | DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|---|
| 1 | 9/15/2009 | Jonathan Taub, Esq. | Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 2 | 8/18/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Charles Raasch | Kimberly Bode, paralegal<br>Jonathan Taub, Esq.<br>Marc Booth | | Attachment to No. 1 above: Email chain regarding assignees of 6920619 and Univeristy of the Arts patents | Attorney-Client<br>Common Interest<br>Work Product |
| 3 | 8/18/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Charles Raasch | Kimberly Bode, paralegal<br>Jonathan Taub, Esq.<br>Marc Booth | | Attachment to No. 2 above: spreadsheet with descriptions of patent claims | Attorney-Client<br>Common Interest<br>Work Product |
| 4 | 9/15/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 5 | 9/15/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 6 | 9/16/2009 | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Email chain regarding reissue application of U.S. Patent 6,920,619 | Attorney-Client<br>Common Interest<br>Work Product |
| 7 | 9/17/2009 | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Attachment to No. 6 above: Copy of reissue application documents | Attorney-Client<br>Common Interest<br>Work Product |
| 8 | 9/17/2009 | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Attachment to No. 6 above: Copy of reissue application documents | Attorney-Client<br>Common Interest<br>Work Product |

Acacia Research Group, LLC
Third Party Supboena in Flatworld Matter
**Documents Withheld Due to Privilege**

| No. | DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|---|
| 9 | 9/16/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Gordon E. Nelson, Esq.<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic<br>Kathy Olmsted<br>Jonathan Taub, Esq.<br>Marc Booth | Email chain regarding issued patent and reissue application of U.S. Patent 6,920,619 | Attorney-Client<br>Common Interest<br>Work Product |
| 10 | 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 11 | 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 12 | 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 13 | 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 14 | 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 15 | 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer Mcaleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 16 | 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 17 | 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 18 | 10/4/2009 | Marc Booth<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 19 | 9/16/2009 | Jonathan Taub, Esq.<br>Gordon E. Nelson, Esq. | Gordon E. Nelson, Esq.<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic<br>Kathy Olmsted<br>Marc Booth | Email chain regarding reissue application of U.S. Patent 6,920,619 | Attorney-Client<br>Common Interest<br>Work Product |
| 20 | 8/22/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | | Email chain regarding ownership of U.S. Patent 6,920,619 and licensing relationship | Attorney-Client<br>Common Interest<br>Work Product |

Acacia Research Group, LLC
Third Party Supboena in Flatworld Matter
**Documents Withheld Due to Privilege**

| No. | DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|---|
| 21 | 8/22/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | | Attachment to No. 20 above: Copy of Acacia licensing material | Attorney-Client<br>Common Interest<br>Work Product |
| 22 | 8/25/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | | Email chain regarding ownership of U.S. Patent 6,920,619 and reissue process | Attorney-Client<br>Common Interest<br>Work Product |
| 23 | 8/27/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic | Email chain regarding licensing relationship | Attorney-Client<br>Common Interest<br>Work Product |
| 24 | 8/28/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese<br>Slavko Milekic | Jennifer McAleese<br>Jonathan Taub, Esq. | Slavko Milekic<br>Jennifer McAleese | Email chain regarding licensing relationship | Attorney-Client<br>Common Interest<br>Work Product |
| 25 | 8/31/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Email chain regarding holding conference call | Attorney-Client<br>Common Interest<br>Work Product |
| 26 | 8/31/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Email chain regarding holding conference call | Attorney-Client<br>Common Interest<br>Work Product |
| 27 | 9/11/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Email chain regarding holding conference call | Attorney-Client<br>Common Interest<br>Work Product |
| 28 | 10/3/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding licensing and enforcing patents and partnership structure | Attorney-Client<br>Common Interest<br>Work Product |
| 29 | 10/3/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Attachment to No. 28 above: diagram of partnership model | Attorney-Client<br>Common Interest<br>Work Product |
| 30 | 10/3/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Attachment to No. 28 above: draft of exclusive license agreement | Attorney-Client<br>Common Interest<br>Work Product |
| 31 | 10/11/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding licensing and enforcing patents and partnership structure | Attorney-Client<br>Common Interest<br>Work Product |
| 32 | 10/11/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese<br>Slavko Milekic | Jennifer Mcaleese<br>Jonathan Taub, Esq.<br>Slavko milekic | Slavko Milekic<br>Gordon E. Nelson, Esq.<br>Jennifer McAleese | Email chain regarding licensing and enforcing patents and partnership structure | Attorney-Client<br>Common Interest<br>Work Product |
| 33 | 10/15/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Slavko Milekic<br>Gordon E. Nelson, Esq. | Email chain discussing terms of exclusive license agreement | Attorney-Client<br>Common Interest<br>Work Product |

Acacia Research Group, LLC
Third Party Supboena in Flatworld Matter
**Documents Withheld Due to Privilege**

| No. | DATE SENT | FROM | TO | CC | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|---|
| 34 | 10/19/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Slavko Milekic | Email chain discussing terms of exclusive license agreement | Attorney-Client<br>Common Interest<br>Work Product |
| 35 | 10/19/2009 | Jennifer McAleese | Jonathan Taub, Esq. | Slavko Milekic | Email chain discussing terms of exclusive license agreement | Attorney-Client<br>Common Interest<br>Work Product |
| 36 | 9/17/2009 | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jonathan Taub, Esq.<br>Marc Booth<br>Slavko Milekic | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Common Interest<br>Work Product |
| 37 | 8/24/2009 | Slavko Milekic<br>Jonathan Taub, Esq. | Jonathan Taub, Esq.<br>Slavko Milekic | | Email chain regarding reissue application and ownership of U.S. Patent 6,920,619 | Attorney-Client<br>Common Interest<br>Work Product |
| 38 | 8/24/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | | Email chain regarding reissue application and ownership of U.S. Patent 6,920,620 | Attorney-Client<br>Common Interest<br>Work Product |
| 39 | 8/25/2009 | Slavko Milekic<br>Jonathan Taub, Esq. | Jonathan Taub, Esq.<br>Slavko Milekic | | Email chain regarding reissue application and ownership of U.S. Patent 6,920,621 | Attorney-Client<br>Common Interest<br>Work Product |
| 40 | 8/27/2009 | Slavko Milekic | Jonathan Taub, Esq. | Jennifer McAleese<br>Slavko Milekic | Email chain regarding licensing relationship | Attorney-Client<br>Common Interest<br>Work Product |
| 41 | 8/28/2009 | Jennifer McAleese<br>Jonathan Taub, Esq. | Jonathan Taub, Esq. | Slavko Milekic<br>Jennifer McAleese | Email chain regarding licensing relationship | Attorney-Client<br>Common Interest<br>Work Product |
| 42 | 9/15/2009 | Slavko Milekic | Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding reissue application and licensing relationship | Attorney-Client<br>Common Interest<br>Work Product |
| 43 | 9/15/2009 | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Jonathan Taub, Esq. | Jennifer McAleese<br>Gordon E. Nelson, Esq. | Email chain regarding reissue application and licensing relationship | Attorney-Client<br>Common Interest<br>Work Product |
| 44 | 10/11/2009 | Jennifer McAleese<br>Jonathan Taub, Esq.<br>Slavko Milekic | Jonathan Taub, Esq.<br>Slavko Milekic | Slavko Milekic<br>Gordon E. Nelson, Esq.<br>Jennifer McAleese | Email chain regarding licensing and enforcing patents and partnership structure | Attorney-Client<br>Common Interest<br>Work Product |
| 45 | 9/11/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Email chain regarding holding conference call | Attorney-Client<br>Common Interest<br>Work Product |
| 46 | 9/14/2009 | Jonathan Taub, Esq.<br>Jennifer McAleese | Jennifer McAleese<br>Jonathan Taub, Esq. | Gordon E. Nelson, Esq.<br>Slavko Milekic | Email chain regarding holding conference call | Attorney-Client<br>Common Interest<br>Work Product |