# Exhibit 10

Acacia Research Group, LLC
Third Party Supboena in Flatworld Matter
**Documents Redacted Due to Privilege**

| Acacia | Role | | | | |
|---|---|---|---|---|---|
| Jonathan Taub, Esq. | Attorney, Vice President | | | | |
| Marc Booth | Engineer | | | | |
| Charles Raasch | Engineer | | | | |
| Kimberly Bode | Paralegal | | | | |
| | | | | | |
| **BATES RANGE** | **DATE SENT** | **FROM** | **TO** | **Nature of Communication** | **PRIVILEGE** |
| ARG000001-ARG000001 | 9/15/2009 | Jonathan Taub, Esq. | Marc Booth | Email regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client Work Product |
| ARG000002-ARG000002 | 8/18/2009 | Jonathan Taub, Esq. Marc Booth Charles Raasch | Kimberly Bode, paralegal Jonathan Taub, Esq. Marc Booth | Attachment to ARG000001-ARG000001: Email chain regarding assignees of 6920619 and Univeristy of the Arts patents | Attorney-Client Work Product |
| ARG000003-ARG000054 | 8/18/2009 | Jonathan Taub, Esq. Marc Booth Charles Raasch | Kimberly Bode, paralegal Jonathan Taub, Esq. Marc Booth | Attachment to ARG000002-ARG000002: spreadsheet with descriptions of patent claims | Attorney-Client Work Product |
| ARG000055-ARG000055 | 9/15/2009 | Marc Booth Jonathan Taub, Esq. | Jonathan Taub, Esq. Marc Booth | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client Work Product |
| ARG000056-ARG000057 | 9/15/2009 | Jonathan Taub, Esq. Marc Booth | Marc Booth Jonathan Taub, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client Work Product |
| ARG000058-ARG000058 | 9/16/2009 | Jonathan Taub, Esq. | Marc Booth | Email regarding reissue application of U.S. Patent 6,920,619 | Attorney-Client Work Product |
| ARG000096-ARG000097 | 10/3/2009 | Marc Booth Jonathan Taub, Esq. | Marc Booth Jonathan Taub, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client Work Product |
| ARG000098-ARG000099 | 10/3/2009 | Jonathan Taub, Esq. Marc Booth | Marc Booth Jonathan Taub, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client Work Product |
| ARG000100-ARG000101 | 10/3/2009 | Marc Booth Jonathan Taub, Esq. | Jonathan Taub, Esq. Marc Booth | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client Work Product |
| ARG000102-ARG000103 | 10/3/2009 | Jonathan Taub, Esq. Marc Booth | Marc Booth Jonathan Taub, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client Work Product |

Acacia Research Group, LLC
Third Party Supboena in Flatworld Matter
**Documents Redacted Due to Privilege**

| BATES RANGE | DATE SENT | FROM | TO | Nature of Communication | PRIVILEGE |
|---|---|---|---|---|---|
| ARG000104-ARG000105 | 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq. | Jonathan Taub, Esq.<br>Marc Booth | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Work Product |
| ARG000106-ARG000107 | 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth | Marc Booth<br>Jonathan Taub, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Work Product |
| ARG000108-ARG000109 | 10/3/2009 | Marc Booth<br>Jonathan Taub, Esq. | Jonathan Taub, Esq.<br>Marc Booth | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Work Product |
| ARG000110-ARG000111 | 10/3/2009 | Jonathan Taub, Esq.<br>Marc Booth | Marc Booth<br>Jonathan Taub, Esq. | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Work Product |
| ARG000112-ARG000113 | 10/4/2009 | Marc Booth<br>Jonathan Taub, Esq. | Jonathan Taub, Esq.<br>Marc Booth | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Work Product |
| ARG000153-ARG000154 | 9/17/2009 | Jonathan Taub, Esq.<br>Marc Booth | Jonathan Taub, Esq.<br>Marc Booth | Email chain regarding inventors and owners of 6920619 and University of the Arts patents, and reissue process thereof | Attorney-Client<br>Work Product |