# Exhibit 14

```
Date: Mon, 17 Sep 2007 17:02:24 -0400
From: "jennifer mcaleese" <jenmcaleese@gmail.com>
To: jmcaleese <jmcaleese@morganlewis.com>
Subject: Fwd: Products page
In-Reply-To: <6623dc20709171324j63636209g5d3fee9cfdfe41b@mail.gmail.com>
Delivered-To: jenmcaleese@gmail.com
Status: RO

this looks awesome!

---------- Forwarded message ----------
From: Alexandra Golaski <alexandra@eastern-star.net >
Date: Sep 17, 2007 4:24 PM
Subject: Products page
To: jennifer mcaleese <jenmcaleese@gmail.com>
```

FWAPP00003930