# Exhibit 17

```
Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
 receipt, interested in more information
From: Jennifer McAleese <jenmcaleese@gmail.com>
In-Reply-To: <76997.99733.qm@web80004.mail.sp1.yahoo.com>
Date: Tue, 5 Apr 2011 09:53:19 -0400
To: John McAleese <j.mcaleese@att.net>
Status: RO

Call me when u r driving home so we can discuss response




On Apr 5, 2011, at 9:42 AM, John McAleese <j.mcaleese@att.net> wrote:


Interesting

--- On Tue, 4/5/11, jennifer mcaleese <jenmcaleese@gmail.com> wrote:


      From: jennifer mcaleese <jenmcaleese@gmail.com>
      Subject: Fwd: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
receipt, interested in more information
      To: <mailto:j.mcaleese@att.net> j.mcaleese@att.net
      Date: Tuesday, April 5, 2011, 9:38 AM


      See below:


      ---------- Forwarded message ----------
      From: Kristensen Preben (Nokia-LIP/Copenhagen) <
<http://us.mc800.mail.yahoo.com/mc/compose?to=Preben.Kristensen@nokia.com>
Preben.Kristensen@nokia.com>
      Date: Tue, Apr 5, 2011 at 9:12 AM
      Subject: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt,
interested in more information
      To: <http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com>
jenmcaleese@gmail.com
      Cc: "Nihtila Jukka (Nokia-LIP/Espoo)" <
<http://us.mc800.mail.yahoo.com/mc/compose?to=jukka.nihtila@nokia.com>
jukka.nihtila@nokia.com>, "Melin Paul (Nokia-LIP/Espoo)" <
<http://us.mc800.mail.yahoo.com/mc/compose?to=Paul.Melin@nokia.com>
Paul.Melin@nokia.com>


      ...



              Given your various patent litigations with Apple, I strongly encourage
you to take a look at this patent as a potential patent for your portfolio.  We
filed in 1998 and the patent was granted in 2005.
```

FWAPP00004699

        It has also gone through reissue with a final reissue decision expected very soon.

        *User Interface For Removing An Object From Display: *

        *Patent Number: **6,920,619*

        <http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619 <
<http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>

        Please let me know if you are interested in discussing it.


    Hi Jennifer,

    thanks for approaching Nokia on this offer.

    Your mail has been forwarded to me. I sit in the IPR acquisition arm of our IPR department, so I think it has ended up with the proper person.

    I will take a close look at this opportunity and may approach you for further clarification.

    For now, I am interested in hearing if you have a bidding deadline and a target price in mind. Also, I assume the inventor is a private inventor, but can you share more about the inventor's reasons for wanting to sell?

    Thanks in advance for your help.


    Best regards/Venlig hilsen

    Preben Kjær Kristensen
    Senior manager, IPR Strategy & Acquisitions
    Mobile: +45 2092 0431