# Exhibit 18

```
Status: RO
From: "John McAleese" <j.mcaleese@att.net>
Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt,
interested in more information
To: Jennifer McAleese
Date: Tue, 05 Apr 2011 14:07:05 +0000

idk.  but it definitely got someone's attention

--- On Tue, 4/5/11, Jennifer McAleese <jenmcaleese@gmail.com> wrote:


        From: Jennifer McAleese <jenmcaleese@gmail.com>
        Subject: Re: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
receipt, interested in more information
        To: "John McAleese" <j.mcaleese@att.net>
        Date: Tuesday, April 5, 2011, 9:58 AM


        Yes, definitely
        Why coming from cpenhagen headquarters??? It is a us patent....




        On Apr 5, 2011, at 9:43 AM, John McAleese <j.mcaleese@att.net
<http://us.mc800.mail.yahoo.com/mc/compose?to=j.mcaleese@att.net> > wrote:



Let's talk before you reply to this, okay?

--- On Tue, 4/5/11, jennifer mcaleese <jenmcaleese@gmail.com
<http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com> > wrote:



        From: jennifer mcaleese <jenmcaleese@gmail.com
<http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com> >
        Subject: Fwd: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm
receipt, interested in more information
        To: <http://us.mc800.mail.yahoo.com/mc/compose?to=j.mcaleese@att.net>
j.mcaleese@att.net <http://us.mc800.mail.yahoo.com/mc/compose?
to=j.mcaleese@att.net>
        Date: Tuesday, April 5, 2011, 9:38 AM


        See below:


        ---------- Forwarded message ----------
        From: Kristensen Preben (Nokia-LIP/Copenhagen) <
<http://us.mc800.mail.yahoo.com/mc/compose?to=Preben.Kristensen@nokia.com>
Preben.Kristensen@nokia.com <http://us.mc800.mail.yahoo.com/mc/compose?
to=Preben.Kristensen@nokia.com> >
        Date: Tue, Apr 5, 2011 at 9:12 AM
        Subject: 1998/2005 Existing Swiping Patent - NO PRIOR ART: confirm receipt,
```

```
interested in more information
      To: <http://us.mc800.mail.yahoo.com/mc/compose?to=jenmcaleese@gmail.com>
jenmcaleese@gmail.com <http://us.mc800.mail.yahoo.com/mc/compose?
to=jenmcaleese@gmail.com>
      Cc: "Nihtila Jukka (Nokia-LIP/Espoo)" <
<http://us.mc800.mail.yahoo.com/mc/compose?to=jukka.nihtila@nokia.com>
jukka.nihtila@nokia.com <http://us.mc800.mail.yahoo.com/mc/compose?
to=jukka.nihtila@nokia.com> >, "Melin Paul (Nokia-LIP/Espoo)" <
<http://us.mc800.mail.yahoo.com/mc/compose?to=Paul.Melin@nokia.com>
Paul.Melin@nokia.com <http://us.mc800.mail.yahoo.com/mc/compose?
to=Paul.Melin@nokia.com> >
```

        ...


        Given your various patent litigations with Apple, I strongly encourage you to take a look at this patent as a potential patent for your portfolio.  We filed in 1998 and the patent was granted in 2005.


        It has also gone through reissue with a final reissue decision expected very soon.


        *User Interface For Removing An Object From Display: *

        *Patent Number: **6,920,619*

        <http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619 <
<http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>
http://patft1.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml%2FPTO%2Fsearch-bool.html&r=3&f=G&l=50&co1=AND&d=PTXT&s1=6920619&OS=6920619&RS=6920619>


        Please let me know if you are interested in discussing it.



        Hi Jennifer,

        thanks for approaching Nokia on this offer.

        Your mail has been forwarded to me. I sit in the IPR acquisition arm of our IPR department, so I think it has ended up with the proper person.

        I will take a close look at this opportunity and may approach you for further clarification.

  For now, I am interested in hearing if you have a bidding deadline and a target price in mind. Also, I assume the inventor is a private inventor, but can you share more about the inventor's reasons for wanting to sell?

  Thanks in advance for your help.


  Best regards/Venlig hilsen

  Preben Kjær Kristensen
  Senior manager, IPR Strategy & Acquisitions
  Mobile: +45 2092 0431