# Exhibit 19

```
Status: RO
From: "slavko milekic" <kiddyface@gmail.com>
Subject: Re: Apple's FYR Q1 Results
To: jennifer mcaleese
Date: Wed, 19 Jan 2011 16:00:12 +0000

Jen, I am aware of the numbers.
However, this also means that if Apple has to part with $150 mil. then they can
afford to put $10 mil. (or more) in legal costs (that would still save them  $140
mil.)...
may be you should present these numbers to OT today and see what they say?
Slavko


On Tue, Jan 18, 2011 at 6:44 PM, jennifer mcaleese <jenmcaleese@gmail.com> wrote:


       Did you see the numbers?

       Interesting......FYI...


       7.3mm iPads sold @ $600 each, totaling $4.38bn in sales.
       16.24mm iPhones sold @ $200 each, totaling $3.248bn in sales.

       Roughly, $7.5bn in sales for the quarter.  A 2% royalty (based on the past)
is $150mm.

       It has been estimated that since the iPhone was launched in June of 2008,
that about 60mm have been sold (excluding this quarter's results).
       I do not know the average selling price.  Maybe $250ish???  I will let you do
the rest of the math.

       Jen
```