# Exhibit 22

```
Status: RO
From: "Mail Delivery Subsystem" <mailer-daemon@googlemail.com>
Subject: Delivery Status Notification (Failure)
To: jenmcaleese@gmail.com
Date: Tue, 09 Mar 2010 03:19:28 +0000

Delivery to the following recipient failed permanently:

     hagan@google.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain.
We recommend contacting the other email provider for further information about the
cause of this error. The error that the other server returned was: 550 550 5.2.1
<hagan@google.com>... Mailbox disabled for this recipient (state 14).

----- Original message -----

MIME-Version: 1.0
Received: by 10.101.194.19 with SMTP id w19mr138749anp.157.1268104766514; Mon,
     08 Mar 2010 19:19:26 -0800 (PST)
Date: Mon, 8 Mar 2010 22:19:26 -0500
Message-ID: <6079dcb710030819l916c1f3f49t4b5bbab8e4706e8d@mail.gmail.com>
Subject: Apple's Swiping Mechanism
From: jennifer mcaleese <jenmcaleese@gmail.com>
To: hagan@google.com
Content-Type: multipart/alternative; boundary=001636c92abe25660e048155a673

Hello Ms. Hagan,

May you kindly pass this note along to Mr. Kulpreet if he is still with
Google.  If not, may you please pass this email to his successor.  Thank you
so much!

The patent link below may be of interest to Google regarding Apple's swiping
mechanism.  Our inventor, Slavko Milekic was granted this patent in 2005.
 He filed the patent in 1998 when prior art was not evident.  In 2007, we
placed the patent in reissue to tailor it more closely to iphone claims.
We have been told by many law firms that the patent is extremely valuable
even without the reissue possibilities.

Here is the USPTO link:  User Interface For Removing An Object From Display

http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO2&Sect2=HITOFF&p=1&u=%2Fnetahtml
%2FPTO%2Fsearch-
bool.html&r=2&f=G&l=50&co1=AND&d=PTXT&s1=6,920,619&OS=6,920,619&RS=6,920,619

If you are interested in discussing the patent please let me know. I think
it could be an important asset for your ongoing "talks" with Apple.

Thank you.

Jennifer McAleese
FlatWorld Interactives, LLC
215.680.5750
```