# Exhibit 24

| | |
|---|---|
| **From:** | jennifer mcaleese(jenmcaleese@gmail.com) |
| **To:** | Thomas Reilly |
| **CC:** | slavko milekic |
| **BCC:** | |
| **Subject:** | Fwd: Call back from Examiner in the reissue of USSN 11/779,310,Milekic, "User interface for removing an object from a display", my docket mileki01.003 |
| **Sent:** | 02/01/2011 11:33:11 PM 0000 (GMT) |
| **Attachments:** | |

Hi Tom,

Here is the info we learned earlier this afternoon about the reissue.

Jen

---------- Forwarded message ----------
From: **Gordon E. Nelson** <genelson@comcast.net>
Date: Tue, Feb 1, 2011 at 12:52 PM
Subject: Call back from Examiner in the reissue of USSN 11/779,310, Milekic, "User interface for removing an object from a display", my docket mileki01.003
To: jennifer mcaleese <jenmcaleese@gmail.com>, slavko milekic <kiddyface@gmail.com>
Cc: gen_secy@comcast.net


Hi, Jen, Hi Slavko—


**Re:** reissue of USSN 11/779,310, Milekic, "User interface for removing an object from a display",

   my docket mileki01.003

Examiner Sax returned my call and the news is mixed.  There were two kinds of rejections in the application, rejections based on the "recapture" doctrine (a broadening reissue application cannot recapture breadth that was given up during the prosecution of the original application) and the rejection of new broadened independent claims 21 and 23 as anticipated by U.S. Patent 5,463,725, Henckel, et al., *Data processing system graphical user interface which emulates printed material:*


- Recapture:  The Examiner agrees with my argument that there is no recapture, but has sent the application on to some reissue experts to take an independent look at the recapture issues.  This is standard USPTO procedure with reissue applications.  The application hasn't come back from them yet, but that should happen fairly shortly.

- The rejection of  new broadened independent claims 21 and 23:  The Examiner is sticking to his guns here.


What the Examiner expects he will be doing once the application comes back from the reissue experts is issue a final rejection in which he rejects claims 21 and 23 and their dependent claims 22 and 24 on the basis of Henckel but allows claims 1-20.


At that point, we have a number of choices:

   1.  We can cancel claims 21-24 and let claims 1-20 go to issue.   The only problem with this is that what determines which kind of drag we are using in these claims is a "threshold velocity", and while that is the most straightforward way to do it, there may be other ways and they would arguably not infringe the claim.

   2.  We can deal with the rejection of claims 21-24 in the usual way:  filing an RCE and working out language with the

Examiner.  That won't be quite as fast as option (1).

3.  We can take option (1), file a divisional with claims 21-24 before the patent with claims 1-20 issues and deal with claims 21-24 in the divisional while we litigate/license the patent with claims 1-20.

4.  If we cannot work out our issues with the examiner in either option (2) or in the divisional of option (3), we can appeal, but that as usual will take forever (2 years at least).

Combinations are possible.  For example, we can do option 2 and if it looks like we are going to have to appeal, we can move to option (1) for claims 1-20 and option (3) for claims 21-24.

Thanks and regards, Gene N.

PLease note the new contact information below.

Gordon E. Nelson

Gordon E. Nelson, Patent Attorney, PC

57 Central St.,

P.O. Box 782,

Rowley, MA 01969

email:  genelson@comcast.net

Office: 978-948-7632

Mobile: 978-828-5658

Fax: 978-945-5550

This e-mail transmission and any attachment are intended only for the use of the individual or entity to which the communication is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable laws.  If you are not the intended recipient, you should be aware that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please notify us immediately, return the original message to us at the above address, and delete it.  We greatly appreciate your cooperation.