**FILED UNDER SEAL
Confidential – Subject to Protective Order**

# Exhibit 26