# Exhibit 28

# Morgan Lewis
## Firm Policies & Procedures

Home

## E-Mail and Internet Policy

> **Summary**
>
> The Firm's investment in information technology is intended to facilitate communication among and between Firm personnel and the Firm's clients and other parties involved in the conduct of the Firm's practice. It is the responsibility of each partner and employee to ensure that this technology is used prudently and properly, in a manner consistent with the following policies and procedures:
>
> - The Firm's e-mail system and connection to the Internet are provided for business purposes and may not be used to engage in improper or illegal activity.
>
> - The Firm's Internet connection must not be used to download music or video files that are not directly related to client work, nor should any of these files be stored on the Firm's network. In addition, Internet-based radio services should not be used when listening to a radio in the office.
>
> - The e-mail system and all messages it handles are the property of the Firm. There is no confidentiality with respect to any message sent or received through our system, unless such confidentiality is specifically provided for by law.
>
> - Subscriptions to Internet list services must be coordinated through Practice Group Management and limited to business purposes.
>
> - All confidential, copyrighted and/or proprietary information that is stored electronically must be treated with the same degree of care as if it were in written form.
>
> - The e-mail and Internet systems must not be used to create, send, receive (download) or store any offensive materials or materials that are inconsistent with the Firm's Harassment Policy.
>
> - A partner or employee is not permitted to use the Firm's connection to the Internet to participate in discussion groups, blogs, or chat sessions unless approval is obtained from the user's Practice Group Management or the Managing Partner-Operations.
>
> - The Firm encourages the use of free Internet accounts that may be accessed through the Firm's link, such as those available at *yahoo.com* and *hotmail.com*, for sending and receiving personal e-mail.

Page 1 of 6                                                                 Date of Policy:  May 3, 2006

# Morgan Lewis
# Firm Policies & Procedures

## INTRODUCTION

The Firm's investment in information technology is intended to facilitate communication among and between Firm personnel, Firm clients and other parties who are involved in conducting of the Firm's practice. It is the responsibility of each Partner and employee to ensure that this technology is used only for proper business purposes, in a manner consistent with the Firm's Code of Business Conduct policy.

## E-MAIL

The widespread use of technology to create, send, or receive messages via the Firm's e-mail system, the Internet or other external systems requires that policies and guidelines be established and distributed to all Firm personnel so that there is no misunderstanding about the ownership of messages created, sent, or received over the Firm's systems or stored on the Firm's systems. All users should be familiar with and follow the Firm's policies applicable to these systems. The following policies and procedures govern the use of the electronic mail system and the access to and disclosure of electronic mail messages:

1. E-mail messages have the same status as formal letters, and therefore, users should take steps to properly store all e-mail messages relating to clients or other business of the Firm. Messages related to specific clients/matters should be stored in the Firm's document management system – iManage – for long-term storage and sharing. Other messages should be stored in appropriately-named folders within LotusNotes and then archived.

2. The same restriction on the use of Firm letterhead applies to e-mails sent through the Firm's e-mail system. See the policy on *Firm Letterhead*.

3. The Firm maintains its e-mail system for the purpose of serving its clients and conducting its business and permits only incidental use for personal communications. The use of the e-mail system for any other purpose is unauthorized and a violation of Firm policy. Unauthorized use includes, but is not limited to, transmitting or storing offensive material; compromising the security of information contained on the Firm's computers by downloading applications or otherwise; and conducting, or soliciting for, political, personal, religious or charitable causes or other commercial ventures outside the scope of the user's employment and the user's responsibilities to the Firm. No one should use the Firm's e-mail system, which identifies users as being associated with the Firm, to comment on any such causes – even if someone sends a single e-mail to a friend or acquaintance, that e-mail may circulate literally around the world.

4. Except in the ordinary course of the Firm's business, no one should use the Firm's e-mail system (which identifies the sender as being associated with the Firm) to comment on any pending litigation, transactions or other matters involving specific companies or persons without the prior approval of the sender's Practice Group Management or the Managing Partner-Operations.

# Morgan Lewis
# Firm Policies & Procedures

5.  While the Firm acknowledges the convenience of, and permits, receiving and sending a small number of personal messages through the Firm's system, the Firm recommends that people obtain a free e-mail account that can be accessed through the Firm's Internet link, such as those provided by *yahoo.com* and *hotmail.com*, or use a personal account, such as aol.com that can be accessed through the Internet.

6.  There is no confidentiality with respect to any message sent or received through our system, unless such confidentiality is specifically provided for by law.

7.  The electronic mail system is Firm property, and <u>all</u> copies of messages created, sent, or received on the system or stored on the Firm's system are and remain the Firm's property. They are not the private property of any Partner or employee irrespective of any such designation either by the sender or the recipient (including designation as "private"). Copyright issues applicable to the electronic mail system are set out in paragraph 11 below.

8.  The electronic mail system is not to be used to create, send, receive, or store any offensive or disruptive messages or materials that infringe the copyright or other intellectual property right of any third parties. Among those that are considered offensive are any messages that contain sexual implications, racial slurs, gender-specific comments, defamatory statements, or any other comment that offensively addresses someone's age, sexual orientation, religious or political beliefs, ethnicity, national origin, or disability.

9.  The Firm maintains the right to review, audit, intercept, access and disclose all messages created, received, sent, or stored over the electronic mail system for any purpose. By using the Firm's electronic mail system an employee recognizes the foregoing rights of the Firm and consents to them. The contents of electronic mail may be disclosed within the Firm and to third parties without further permission of the Partner or employee and at the Firm's discretion.

10. Notwithstanding the Firm's right to retrieve and read any electronic mail message, such messages should be treated as confidential by individual lawyers and staff personnel and accessed only by the intended recipient. No Partner or employee should attempt to gain access to a message of another person without the latter's permission. Users must disclose to the Firm any file passwords and codes, including encryption keys, and no such password, code or key may be used that is unknown to the Firm.

11. When retrieving (downloading) materials using the e-mail system, users must adhere to the Firm's Copyright Compliance Policy. Unauthorized copying (or copying that the Firm determines does not constitute a fair use) of any copyrighted materials, including software, is strictly prohibited. When transmitting or sending (uploading) Firm copyrighted materials, users must adhere to the Firm's Copyright Compliance Policy. Users must treat confidential and proprietary information belonging to either the Firm or a client (including but not limited to financial data, attorney-client privileged materials, trade secrets, or any other non-public information) with the same high level of care

required for handling similar material in written form, pursuant to the Firm's Statement of Policy on Insider Trading.

**INTERNET**

The following policies and procedures govern the use of the Firm's computer network and its connection to the Internet. To the extent electronic messages are sent or received via the Internet, the policies and procedures set forth with respect to e-mail are also applicable:

1. The Firm's computer network, including its connection to the Internet, is intended for the conduct of the business of the Firm. The Firm's electronic communications capacity is not unlimited; overloading it will hamper the Firm's goal of prompt communications. Unauthorized use of the Internet is a violation of Firm policy. Unauthorized use includes, but is not limited to, engaging in computer "hacking," on-line gambling, interactive or other game playing, connecting, posting, downloading, transmitting or storing offensive material; disabling or compromising the security of information contained on the Firm's computers; and conducting, or soliciting for, political, personal, religious or charitable causes or other commercial ventures outside the scope of the user's employment and the user's responsibilities to the Firm. The Firm has the ability to, and periodically does, monitor the World Wide Web sites visited by individual users.

2. Providing legal advice or comment via the Internet is the same as providing legal advice or comment in any other forum. A lawyer should not comment on substantive legal issues on the Internet (except for e-mail messages directed to a client) in a manner that can be construed as specific legal advice. Such a communication may create client relations or conflicts issues, as well as questions of detrimental reliance by the recipient. This policy applies to communications through chat rooms, newsgroups, blogs, and other Internet communications facilities. Non-legal personnel are not permitted to participate in or create blogs, chat rooms, etc. without the permission of the Executive Director or the Managing Partner – Operations.

3. There should be no assumption that a message sent via the Internet is confidential. Anything sent through the Internet passes through a number of different computer systems, all with different levels of security. The confidentiality of a message may be compromised at any point along the way, unless the message is encrypted. The Firm can supply encryption programs available for client purposes; these programs can be specifically requested through the Information Technology Department.

4. Practice Group Management or the Managing Partner-Operations must approve in advance any posting or participation in a "chat session," discussion group or blog that would identify the person as being associated with the Firm by means of using the Firm's e-mail address or otherwise. Every Partner and employee must ensure that any postings or discussions comply with the Firm's standards and policies (including conflict of interest policies) and reflect appropriately upon the Firm and its reputation. Client confidences must be maintained. As noted above, we cannot create the impression that we are providing specific legal advice. Under no circumstances should information of a

**Morgan Lewis**
**Firm Policies & Procedures**

confidential, sensitive, or otherwise proprietary nature be put on the Internet. Offensive, demeaning, or disruptive messages are inappropriate under all circumstances.

5. Subscription to list services must be limited to business purposes. Any subscription to a newsgroup must be coordinated with the Practice Group Management.

6. Unless prior approval of the Managing Partner-Operations or the Executive Director has been obtained, a user may not establish an Internet or other external network connection using Firm property, or engage in any activity that could allow an unauthorized person to gain access to the Firm's systems and information. These connections include the establishment of a separate Internet service electronic mail account (other than the free e-mail accounts mentioned above that may be accessed through the Internet) or a host with a public modem dial-in, a World Wide Web home page, a File Transfer Protocol (FTP) or any other capability that makes information available for browsing, downloading or posting by a person who is not employed by the Firm.

7. When downloading (receiving) materials from the Internet, users must adhere to the Firm's Copyright Compliance Policy. Unauthorized copying (or copying that the Firm determines does not constitute fair use) of any copyrighted materials, including software, is strictly prohibited. When transmitting or sending (uploading) Firm copyrighted materials, users must adhere to the Firm's policy pertaining to the creation, use and transfer of Firm Copyrighted Compliance Policy. Users must treat confidential and proprietary information belonging to either the Firm or a client (including but not limited to financial data, attorney-client privileged materials, trade secrets, or any other non-public information) with the same high level of care required for handling similar material in written form, pursuant to the Firm's Statement of Policy on Insider Trading. Such confidential and proprietary information must not be disseminated on or uploaded to any public area of the Internet. When transmitting any confidential or proprietary information to non-public areas of the Internet, users must follow the Firm's current policy on secure Internet transmissions.

8. Under no circumstances may the Firm's Internet resources be used to engage in any improper or illegal activity. The downloading of music or videos, in addition to being a copyright violation, is an inappropriate use of Firm resources and against Firm policies. Everyone associated with the Firm shares a vital interest in our reputation and adherence to the highest standards of conduct.

9. MP3 players are for personal use only. The Firm's Internet connection should not be used to download music or video files that are not directly related to client work, nor should any of these files be stored on the Firm's network. If you download any of these files using a non-Firm Internet connection, you should store these files on your personal computer or on the hard drive of your Firm laptop. However, please note that if you store these files on the hard drive of your Firm laptop, the files may be lost when your laptop is periodically replaced or updated.

# Morgan Lewis
## Firm Policies & Procedures

10. Radios should only be listened to at work if it does not disturb any other personnel. A personal radio rather than an Internet-based radio service should be used when listening to a radio in the office.

11. A user may not download from the Internet material that is inconsistent with the Firm's Harassment Policy. This electronic medium, and any other form of communication with the Firm, may not be used to harass, demean or defame any person, or discriminate against any person on the basis of that person's race, gender, sexual orientation, religion, age, national origin, disability or other criterion prohibited by federal, state or local law.

12. In order to protect the Firm's work product and computer systems in general, all materials retrieved (downloaded) from the Internet will be scanned automatically as they pass from the Internet to the Firm's computer systems.

**A violation of this *E-mail and Internet Use* policy is a serious breach of the Firm's standards of conduct. A person who acts inconsistently with this policy is subject to disciplinary action ranging from revocation of access to the Internet up to and including termination of employment. In some circumstances, the person may also be subject to potential civil and/or criminal penalties.**