# Exhibit 31

# Morgan Lewis
# Firm Policies & Procedures



## Technology, Computer, Email and Internet Policy

### Summary

The Firm's investment in information technology is intended to facilitate communication among and between Firm personnel and the Firm's clients and other parties involved in the conduct of the Firm's practice. It is the responsibility of each partner and employee to ensure that this technology is used prudently and properly, in a manner consistent with the following policies and procedures:

- The Firm's email and other computer systems and connection to the Internet are provided for business purposes and may not be used to engage in improper or illegal activity.

- The Firm's Internet connection must not be used to download music or video files that are not directly related to client work, nor should any of these files be stored on the Firm's network. In addition, Internet-based radio services should not be used when listening to a radio in the office.

- The email and other computer systems and all messages (including instant and text messages) they handle are the property of the Firm. There is no confidentiality with respect to any message sent or received through our systems, unless such confidentiality is specifically provided for by law.

- Each attorney will provide his/her assistant with access to his/her email and calendar accounts. In turn, the assistant is expected to monitor these accounts regularly when the attorney is not in the office.

- Large emailings (of any size) regarding client event invitations, LawFlashes, alumni events, etc. must be sent from the @morganlewis.info email account and not from any @morganlewis.com email account.

- Subscriptions to Internet list services must be coordinated through Practice Group Management and limited to business purposes.

- All confidential, copyrighted and/or proprietary information that is stored electronically must be treated with the same degree of care as if it were in written form.

- The email and Internet systems must not be used to create, send, receive (download) or store any offensive materials or materials that are inconsistent with the Firm's Harassment Policy.

- A partner or employee is not permitted to use the Firm's connection to the Internet to participate in discussion groups, blogs, or chat sessions unless approval is obtained from the user's Practice Group Management or the Managing Partner-Operations.

- If an employee needs to send a personal email message during the work day, [the employee should limit such use and] use free Internet accounts that may be accessed through the Firm's link, such as those available at *google.com*, *yahoo.com* and *hotmail.com*, for sending and receiving personal email.

# Morgan Lewis
# Firm Policies & Procedures

## INTRODUCTION

The Firm's investment in information technology is intended to facilitate communication among and between Firm personnel, Firm clients and other parties who are involved in conducting of the Firm's practice. It is the responsibility of each Partner and employee to ensure that this technology is used only for proper business purposes, in a manner consistent with the Firm's Code of Business Conduct policy.

## EMAIL

The widespread use of technology to create, send, or receive messages via the Firm's email system, the Internet or other external systems requires that policies and guidelines be established and distributed to all Firm personnel so that there is no misunderstanding about the ownership of messages created, sent, or received over the Firm's systems or stored on the Firm's systems. All users should be familiar with and follow the Firm's policies applicable to these systems. The following policies and procedures govern the use of the electronic mail system and the access to and disclosure of electronic mail messages:

1. eMail messages have the same status as formal letters, and therefore, users should take steps to properly store all email messages relating to clients or other business of the Firm. Messages related to specific clients/matters or Firm business should be stored in the Firm's document management system — for long-term storage and sharing. Other messages should be stored temporarily in appropriately-named folders within the Firm's email system and then deleted or archived.

2. The same restriction on the use of Firm letterhead applies to emails sent through the Firm's email system. (See the policy on *Firm Letterhead*). This includes the requirement that all communications from non-lawyers must include the writer's title. In order to present a consistent image to our clients and to avoid any possible confusion, the Firm requires all personnel use the Firm's standardized signature block (see below). There are to be no greetings or taglines at the end of an email signature.

**Attorneys:**

**Thomas J. Sharbaugh**
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2910
Direct: 215.963.5004 | Fax: 877.432.9652
tsharbaugh@morganlewis.com   www.morganlewis.com
Assistant: Diane Gallagher | 215.963.5010 | dgallagher@morganlewis.com

**Administrative & Legal Secretaries / Assistants:**

**Diane Gallagher**
Legal Secretary
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2910
Direct: 215.963.5101 | Fax: 877.432.9652
dgallagher@morganlewis.com   www.morganlewis.com

# Morgan Lewis
# Firm Policies & Procedures

Assistant to: William C. McMahon, Michael N. Peterson, Thomas J. Sharbaugh

**All Other Personnel:**

**Francis X. Fee**
Executive Director
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2910
Direct: 215.963.4984 | Fax: 877.432.9652
ffee@morganlewis.com   www.morganlewis.com
Assistant:  June McPherson / 215.963.4985 / jmcpherson@morganlewis.com

3. The Firm maintains its email and other computer systems for the purpose of serving its clients and conducting its business and permits only incidental use for personal communications. The use of the Firm's systems for any other purpose is unauthorized and a violation of Firm policy. Unauthorized use includes, but is not limited to, transmitting or storing offensive material; compromising the security of information contained on the Firm's computers by downloading applications or otherwise; and conducting, or soliciting for, political, personal, religious or charitable causes or other commercial ventures outside the scope of the user's employment and the user's responsibilities to the Firm. No one should use the Firm's email or other systems, which identify users as being associated with the Firm, to comment on any such causes – even if someone sends a single email to a friend or acquaintance, that email may circulate literally around the world.

4. Many clients and others with whom our attorneys interact use email as their primary means of communication. Absent unusual circumstances, each attorney is expected to provide his/her assistant with access to his/her email and calendar accounts. Assistants with such access are expected to monitor these accounts regularly when the attorney is not in the office. The purpose of this policy is to help the Firm keep current on client correspondence, respond to clients in a timely manner, and get email correspondence to the appropriate person as soon as possible. Individuals having access to the email files of another individual must respect the privacy of the other individual and must not discuss with or disclose to any other person anything other than Firm or client information as needed to perform their job.

5. Internet service providers as well as client organizations use tools to identify spam messages and block email from the domains, e.g., @morganlewis.com, from which spam has been received. eMail messages sent in bulk trigger these spam filters and result in all messages from the sending organization being blocked by the service providers and/or client organizations. Thus, one individual at the firm who sends an email message to a large number of people can cause all messages from the firm to be identified as spam and therefore undeliverable. The process of reversing such a situation can take up to a week to accomplish. To ensure that email communications with external parties can continue to be delivered successfully and timely, mass emailings of any size regarding event invitations, LawFlashes, etc. must be sent from the @morganlewis.info email account

and not from any @morganlewis.com email account. Questions about a particular mailing should be directed to the Marketing Department or your Regional IT Director.

6. Except in the ordinary course of the Firm's business, no one should use the Firm's email or other systems (which identify the sender as being associated with the Firm) to comment on any pending litigation, transactions or other matters involving specific companies or persons without the prior approval of the sender's Practice Group Management or the Managing Partner – Operations.

7. While the Firm acknowledges the convenience of, and permits, receiving and sending a small number of personal messages through the Firm's systems, the Firm recommends that people obtain a free email account that can be accessed through the Firm's Internet link, such as those provided by *google.com*, *yahoo.com* and *hotmail.com*, or use a personal account, such as *aol.com* that can be accessed through the Internet.

8. There is no confidentiality with respect to any message sent or received through the Firm's systems, unless such confidentiality is specifically provided for by law.

9. The Firm's computer and electronic mail systems are Firm property, and all copies of messages, including but not limited to internal and external email messages, instant messaging (IM) messages and text messages, created, sent, or received on any of the Firm's systems or stored on any of the Firm's systems through a laptop, mobile handheld device, cell phone or desktop computer, are and remain the Firm's property and are subject to monitoring by the Firm. They are not the private property of any Partner or employee irrespective of any such designation either by the sender or the recipient (including designation as "private"). Copyright issues applicable to the electronic mail system are set out in paragraph 12 below.

10. The Firm's systems are not to be used to create, send, receive, or store any offensive or disruptive messages or materials that infringe the copyright or other intellectual property right of any third parties. Among those that are considered offensive are any messages that contain sexual implications, racial slurs, gender-specific comments, defamatory statements, or any other comment that offensively addresses someone's age, sexual orientation, religious or political beliefs, ethnicity, national origin, or disability.

11. The Firm maintains the right to review, audit, intercept, access and disclose all messages created, received, sent, or stored over or through any of the Firm's systems for any purpose. By using the Firm's systems an employee recognizes the foregoing rights of the Firm and consents to them. The contents of messages sent over or through the Firm's systems, including but not limited to, internal and external email messages, instant messages and text messages, may be disclosed within the Firm and to third parties without further permission of the Partner or employee and at the Firm's discretion.

12. Notwithstanding the Firm's right to retrieve and read any message created, received, sent, or stored over or through any of the Firm's systems, such messages should be treated as confidential by individual lawyers and staff personnel and accessed only by the intended

**Morgan Lewis**
**Firm Policies & Procedures**

recipient. No Partner or employee should attempt to gain access to a message of another person without the latter's permission, except as noted in paragraph 4 above and such actions are prohibited. Users must disclose to the Firm any file passwords and codes, including encryption keys, and no such password, code or key may be used that is unknown to the Firm.

13. When retrieving (downloading) materials using the email or other Firm systems, users must adhere to the Firm's Copyright Compliance Policy. Unauthorized copying (or copying that the Firm determines does not constitute a fair use) of any copyrighted materials, including software, is strictly prohibited. When transmitting or sending (uploading) Firm copyrighted materials, users must adhere to the Firm's Copyright Compliance Policy. Users must treat confidential and proprietary information belonging to either the Firm or a client (including but not limited to financial data, attorney-client privileged materials, trade secrets, or any other non-public information) with the same high level of care required for handling similar material in written form, pursuant to the Firm's Statement of Policy on Insider Trading.

**INTERNET**

The following policies and procedures govern the use of the Firm's computer network and its connection to the Internet. To the extent electronic messages are sent or received via the Internet, the policies and procedures set forth with respect to email are also applicable:

1. The Firm's computer network, including its connection to the Internet, is intended for the conduct of the business of the Firm. The Firm's electronic communications capacity is not unlimited; overloading it will hamper the Firm's goal of prompt communications. Unauthorized use of the Internet is a violation of Firm policy. Unauthorized use includes, but is not limited to, engaging in computer "hacking," on-line gambling interactive or other game playing, connecting, posting, downloading, transmitting or storing offensive material; disabling or compromising the security of information contained on the Firm's computers; and conducting, or soliciting for, political, personal, religious or charitable causes or other commercial ventures outside the scope of the user's employment and the user's responsibilities to the Firm. The Firm has the ability to, and periodically does, monitor the Internet web sites visited by individual users.

2. Providing legal advice or comment via the Internet is the same as providing legal advice or comment in any other forum. A lawyer should not comment on substantive legal issues on the Internet (except for email messages directed to a client) in a manner that can be construed as specific legal advice. Such a communication may create client relations or conflicts issues, as well as questions of detrimental reliance by the recipient. This policy applies to communications through chat rooms, newsgroups, blogs, and other Internet communications facilities. Non-legal personnel are not permitted to participate in or create blogs, chat rooms, etc. relating to the Firm or Firm related business without the permission of the Executive Director or the Managing Partner – Operations.

# Morgan Lewis
# Firm Policies & Procedures

3. There should be no assumption that a message sent via the Internet is confidential. Anything sent through the Internet passes through a number of different computer systems, all with different levels of security. The confidentiality of a message may be compromised at any point along the way, unless the message is encrypted. The Firm can supply encryption programs/services available for client purposes, including email; these can be specifically requested through the Information Technology Department.

4. Practice Group Management or the Managing Partner-Operations must approve in advance any posting or participation in a "chat session," discussion group or blog that would identify the person as being associated with the Firm by means of using the Firm's email address or otherwise. Every Partner and employee must ensure that any postings or discussions comply with the Firm's standards and policies (including conflict of interest policies) and reflect appropriately upon the Firm and its reputation. Client confidences must be maintained. As noted above, we cannot create the impression that we are providing specific legal advice. Under no circumstances should information of a confidential, sensitive, or otherwise proprietary nature be put on the Internet. Offensive, demeaning, or disruptive messages are inappropriate under all circumstances.

5. Subscription to list services must be limited to business purposes. Any subscription to a newsgroup must be coordinated with the Practice Group Management.

6. Unless prior approval of the Managing Partner-Operations or the Executive Director has been obtained, a user may not establish an Internet or other external network connection using Firm property, or engage in any activity that could allow an unauthorized person to gain access to the Firm's systems and information. These connections include the establishment of a separate Internet service electronic mail account (other than the free email accounts mentioned above that may be accessed through the Internet) or a host with public access to the Internet, an Internet home page, a File Transfer Protocol (FTP) or any other capability that makes information available for browsing, downloading or posting by a person who is not employed by the Firm.

7. When downloading (receiving) materials from the Internet, users must adhere to the Firm's Copyright Compliance Policy. Unauthorized copying (or copying that the Firm determines does not constitute fair use) of any copyrighted materials, including software, is strictly prohibited. When transmitting or sending (uploading) Firm copyrighted materials, users must adhere to the Firm's policy pertaining to the creation, use and transfer of firm copyrighted material as set forth in the Firm Copyrighted Compliance Policy. Users must treat confidential and proprietary information belonging to either the Firm or a client (including but not limited to financial data, attorney-client privileged materials, trade secrets, or any other non-public information) with the same high level of care required for handling similar material in written form, pursuant to the Firm's Statement of Policy on Insider Trading. Such confidential and proprietary information must not be disseminated on or uploaded to any public area of the Internet. When transmitting any confidential or proprietary information to non-public areas of the Internet, users must follow the Firm's current policy on secure Internet transmissions and Electronic File Management.

# Morgan Lewis
## Firm Policies & Procedures

8. Everyone associated with the Firm shares a vital interest in our reputation and adherence to the highest standards of conduct. Under no circumstances may the Firm's Internet resources be used to engage in any improper or illegal activity. The downloading of music, pictures or videos that you do not own or create, in addition to being a copyright violation, is an inappropriate use of Firm resources and against Firm policies. Also, visiting or downloading materials from sites that provide gambling, hate, or pornographic images or information is inappropriate, against Firm policies and may be illegal.

9. MP3 players and other music devices are for personal use only. The Firm's Internet connection should not be used to download music or video files that are not directly related to client work, nor should any of these files be stored on the Firm's network. If you download any of these files using a non-Firm Internet connection, you should store these files on your personal computer.

10. Any music, files, addresses, photography or other personal files stored on Firm property (e.g., laptop or BlackBerry) may be lost when your device is replaced or updated.

11. Radios should only be listened to at work if it does not disturb any other personnel. A personal radio rather than an Internet-based radio service should be used when listening to a radio in the office.

12. A user may not download from the Internet material that is inconsistent with the Firm's Harassment Policy. This electronic medium, and any other form of communication with the Firm, may not be used to harass, demean or defame any person, or discriminate against any person on the basis of that person's race, gender, sexual orientation, religion, age, national origin, disability or other criterion prohibited by federal, state or local law.

13. In order to protect the Firm's work product and computer systems in general, all materials retrieved (downloaded) from the Internet will be scanned automatically as they pass from the Internet to the Firm's computer systems.

**A violation of this *Technology, Computer, eMail and Internet Use* policy is a serious breach of the Firm's standards of conduct. A person who acts inconsistently with this policy is subject to disciplinary action ranging from revocation of access to the Internet up to and including termination of employment. In some circumstances, the person may also be subject to potential civil and/or criminal penalties.**

MLB_A0000182