# Exhibit 32

## Johnston, Ellen H.

| | |
|---|---|
| From: | Strauch, Sharon L. on behalf of Johnston, Ellen H. |
| Sent: | Thursday, June 18, 2009 4:05 PM |
| Subject: | Featured Policy for June - Technology, Computer, E-mail and Internet Policy |

*Sent as a bcc to all personnel:*



As previously announced, we are periodically highlighting a policy from the Firm's *Policies and Procedures*.

Today's *Featured Policy* is *Technology, Computer, E-Mail and Internet Policy.*

The Firm's investment in information technology is intended to facilitate communication among and between Firm personnel and the Firm's clients and other parties involved in the conduct of the Firm's practice. It is the responsibility of each partner and employee to ensure that this technology is used prudently and properly, in a manner consistent with the Firm's Code of Business Conduct. The Firm's technology assets are many, but not unlimited, so your use of them may impact others. For example, if you want/need to share videos or pictures with people outside the Firm, attaching links to the videos/pictures on the Internet is appropriate while attaching the videos/pictures themselves is not -- especially if you are sending them to multiple people. Otherwise, you may be impacting the flow of the Firm's email to and from clients.

If you have any questions regarding this or any other technology policy, call your local office IT Director/Manager.

This policy may be found on MorganNet under *Policies and Procedures* or by using the link below. Please take the time to review this and the many other important policies.

Technology, Computer, E-mail and Internet Policy

**Ellen H. Johnston**
Chief Human Resources Officer
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921
Direct: 215.963.5338 | Main: 215.963.5000 | Fax: 215.963.5001
ejohnston@morganlewis.com | www.morganlewis.com
Assistant: Colleen D. O'Neill-Green | 215.963.5656 | co'neill-green@morganlewis.com

1

MLB_A0000191