# Exhibit 33

## Johnston, Ellen H.

**From:** Strauch, Sharon L. on behalf of Johnston, Ellen H.
**Sent:** Wednesday, May 05, 2010 4:54 PM
**Subject:** Featured Policy for May - Proms, Graduations & Weddings

*Sent as a bcc to all personnel:*



Today's *Featured Policy* is *Technology, Computer, E-Mail and Internet Policy.*

Proms, Graduations, Weddings...tis the season and our internet traffic has confirmed that people are taking lots of pictures. While this policy has been highlighted before, we thought it was timely to remind everyone that sending large attachments through the Firm's email service, both internally and externally can cause problems throughout the system and impact the flow of the Firm's email to clients. When the attachments are sent from your Morgan Lewis account it can also impact the efficiency of your email account. If you want/need to share videos or pictures with people outside the Firm, attaching links to the videos/pictures on the Internet is appropriate while attaching the videos/pictures files themselves is not -- especially if you are sending them to multiple people. There are a number of websites where you can post your pictures and then give access to them to your friends and family, at no charge.

If you have any questions regarding this or any other technology policy, call your local office IT Director/Manager.

This policy may be found on MorganNet under *Policies and Procedures* or by using the link below. Please take the time to review this and the many other important policies.

Technology, Computer, E-mail and Internet Policy

**Ellen H. Johnston**
Chief Human Resources Officer
Morgan, Lewis & Bockius LLP
1701 Market Street | Philadelphia, PA 19103-2921
Direct: 215.963.5338 | Main: 215.963.5000 | Fax: 215.963.5001
ejohnston@morganlewis.com | www.morganlewis.com
Assistant: Colleen D. O'Neill-Green | 215.963.5656 | co'neill-green@morganlewis.com

1