# Exhibit 34

## FIRM MASTER REPORT

| | |
|---|---|
| Attorney: | John J. McAleese III |
| | Created on 05/04/2007 |
| | Please ignore this next section if you are an attorney. |
| | Select Attorney(proxy): |
| | John J. McAleese III/PH/MLBLaw |
| | Set Attorney (click after selecting proxy attorney above) |
| Attorney Number: | MP002027 |
| Phone: | 221.5094 |
| Office: | Philadelphia |
| Practice Group: | Lit-Prod Liab; Tort; Envir |
| Position: | Partner |

### FIRM MASTER REPORT (Calendar Year 2006) - PART I

**I.A  Positions with Entities Organized for Commercial Purposes (Publicly or Privately Held)**

I currently hold or held during calendar year 2006 a position as a director, member, officer, partner (except as a passive limited partner held only for investment), trustee, employee, or a consultant to an entity organized for commercial purposes.

○ YES -- Complete Part A by Clicking the Buttons Below.
● NONE

**I.B  Positions with Nonprofit or Not-for-Profit Entities**

I currently hold or held during calendar year 2006 a position as an officer, director or trustee of a nonprofit organization (other than bar-related organizations) *or* of a not-for-profit entity organized for business purposes:

○ YES -- Complete Part B by Clicking the Buttons Below.
● NONE

**I.C**  I, or members of my immediate family, currently own, or owned during calendar year 2006, either as a matter of record or beneficially, (i) a 5% or greater interest in a corporation or other entity; or (ii) I am actively engaged in the management or operation of a business or otherwise have the power to control a business:

○ YES -- Complete Part C by Clicking the Buttons Below.
● NONE

**I.D**  I currently serve or served during calendar year 2006 as a trustee of a trust which currently owns, or owned during calendar year 2006, either as a matter of record or beneficially, a 5% or greater interest in a publicly or privately held entity:

○ YES -- Complete Part D by Clicking the Buttons Below.
● NONE

**I.E**  I currently hold or held during calendar year 2006 an elected or governmental appointed position or other position with any federal, state or local governmental organization:

○ YES -- Complete Part E by Clicking the Buttons Below.
● NONE

FIRM MASTER REPORT (Calendar Year 2006) - PART II

II. I currently hold or held during calendar year 2006 the following positions which fall into the following categories:

(a) Trustee under a will or *inter vivos* trust, guardian *ad litem*, executor, administrator, conservator or similar position other than those disclosed in response to I.A, B, C, D above (except such positions which arise out of a family relationship);
(b) Receiver, trustee or examiner in bankruptcy, liquidator or other position filled under judicial or quasi-judicial authority;
(c) Referee, master, arbitrator or other quasi-judicial position (except appointments under state or federal compulsory arbitration programs or appointments as master in divorce actions); or
(d) Counsel or other position pursuant to a court appointment (except appointments pursuant to the Federal Criminal Justice Act or other similar appointments to represent indigent persons).

○ YES -- Complete Question II by Clicking the Buttons Below.
● None

III. During 2006, the following compensation, royalties, fees, honoraria and other remuneration and benefits were paid to me or for my benefit, or were paid to or for the benefit of members of my immediate family or entities which I control, directly or indirectly, for my lecturing, writing, teaching, consulting, publishing, service on educational or bar association related panels and similar activities:

○ YES -- Complete Question III by Clicking the Buttons Below.
● None

IV. I currently hold, or held during calendar year 2006, the following powers of attorney (powers of attorney granted by immediate family members, powers of attorney granted for a patent filing and/or a trademark filing before the USPTO relating to an active representation by the Firm, or powers of attorney granted for a tax matter relating to an active representation by the Firm need not be reported). For each power of attorney, I have indicated: 1) the name of the person granting the power; 2) whether the person is a client; 3) whether the power of attorney extends to financial, tax, or business matters; 4) whether the power of attorney extends to personal matters such as health care or withdrawal of life support; and 5) if the power lapses, the date on which it lapses (if no lapse date, check N/A).

○ YES -- Complete Question IV by Clicking the Buttons Below.
● None

V. Investment in or Other Participation in the Financing of ML&B Clients
Identify all investments or participations, direct or beneficial, in the financing of Firm clients (including loans, guarantees, etc., but excluding any investment partnership sponsored by the Firm) made on a private basis (i.e., pursuant to a private placement or on any other basis not available to the public generally) and owned at any time during the immediately preceding calendar year.

During calendar year 2006, I owned the following reportable investment(s), or participated in the following manner in the financing of Firm client(s) pursuant to any private placement of securities:

○ YES -- Complete Question V by Clicking the Buttons Below.
● None

VI. Policies and Procedures - Legal-Lawyer Operations
   Attorney for the Firm; Claims Against the Firm; Claims Against Lawyers;
   Firm Lawyers Serving as Expert or Fact Witnesses

Please indicate by your signature below that (1) you have read and understand these Instructions (dated 10/01/04) and (2) except as noted below, you have complied with the reporting requirements of these Instructions.

Exceptions:

Signature: Signed by John J. McAleese III at 05/04/2007 08:43:45 AM

VII. Policies and Procedures - Legal-Lawyer Operations
   Reporting of Federal Lobbying Activities

Please indicate by your signature below that (1) you have read and understand this Instruction (dated 10/01/04) and (2) except as noted below, you have complied with the reporting requirements of this Instruction.

Exceptions:

Signature: Signed by John J. McAleese III at 05/04/2007 08:43:50 AM

VIII. Policies and Procedures - Clients and Fees
   Trust Accounts

Please indicate by your signature below that you are familiar with this Instruction (dated 10/01/04) and except as noted below, do not and have not at any time during the past year commingled client and personal funds.

Exceptions:

Signature: Signed by John J. McAleese III at 05/04/2007 08:43:53 AM

IX. Policies and Procedures - Legal-Lawyer Operations
   SEC Standards of Professional Conduct

Please indicate by your signature below that (1) you have read and understand this Instruction (dated 10/01/04) and (2) except as noted below, you have complied with the reporting requirements of this Instruction.

Exceptions:

Signature: Signed by John J. McAleese III at 05/04/2007 08:43:58 AM

X. Professional Licensing

A. Please list below all jurisdictions for which you currently pay (or arrange for the Firm to pay) all annual licensing fees (i.e., annual state bar dues for jurisdictions with unified bars, such as D.C., California and Florida, or court fees for states where licensing is handled by court administration, such as New York and Pennsylvania). Do not include non-jurisdictional bar association memberships (e.g. American Bar Association).

Resident Jurisdiction: **Pennsylvania**
I am licensed in my Resident Jurisdiction:  ● Yes  ○ No

B. If you are not currently licensed in your resident jurisdiction, please describe your plans for obtaining admission. Please be specific and detail whether you must sit for the bar examination and when you will sit for the examination, whether you are awaiting the results of a recent bar examination and when you expect the results, or whether you are awaiting the formal act of admission and when you expect that to occur.

C. CLE Resident Jurisdiction. Please indicate, by selecting the appropriate option and signing below, that, for the current licensing period, you have complied, or will comply within applicable deadlines, with the mandatory continuing legal education requirement of your resident jurisdiction in which you are currently licensed to practice law:

☐ I have satisfied the mandatory continuing legal education requirements, if any, for the current licensing year for my resident jurisdiction; or

☐ There are no continuing legal education requirements in my resident jurisdiction; or

☐ By the conclusion of the current licensing year I will have satisfied the mandatory continuing legal education requirements, if any, for my resident jurisdiction in the following manner:

CLE Plans: **Take CLE accredited courses**

D. Are you licensed in any other jurisdictions?  ○ Yes  ● No

F. Are you registered as a Multi-Jurisdictional Practioner in New Jersey?  ● Yes  ○ No

Signature: Signed by John J. McAleese III at 05/04/2007 08:44:29 AM

XI. Lawyer Members of Firm Lawyers' Families

If your parent, child, sibling, or spouse is actively engaged in the practice of law, please provide the following information:
Name, Company/Firm where Employed, City/State, Relationship, Position Held.

○ YES -- Complete Question XI by Clicking the Buttons Below.
● None

XII. Income Tax [FOR PARTNERS ONLY]

I certify that I have made all personal income tax filings and paid all personal income tax liabilities required of me for calendar year 2006 and all prior years. (If you have filed for an extension for 2006, please note for which return(s) and list the date(s) on which the filing(s) will be made and any liabilities will be paid.)

● Yes
○ No - Please note extension details below

**Attorney-Client Privileged**                                                                                                     **MLB0000004**

MLB_FWI_00000279

Signature: Signed by John J. McAleese III at 05/04/2007 08:46:31 AM
☐ N/A (Not a Partner).

### XIII. Tax Shelters and Transactions

Have you been involved in any transaction for clients during the past year where the Firm received fees in excess of $250,000 (or $50,000 if substantially all of the tax benefits of the transaction are provided to natural persons) and one of the following requirements were satisfied? Please err on the side of inclusion.

a. The transaction is/was the same or substantially similar (in structure and result) to a transaction that has been designated by the IRS as a "listed transaction" (a potentially abusive tax shelter). More detailed information concerning these listed transactions is available at http://www.irs.gov/businesses/corporations/article/0,,id=120633,00.html

b. There was an understanding or claim of confidentiality such that the client's disclosure of the federal tax treatment or tax structure of the transaction was restricted for the benefit of any person other than the client (e.g., to protect the advisor's interest in the proprietary nature of the transaction structure).

c. There is contractual protection in which the taxpayer's fees are contingent on achieving a desired federal tax result or has a right to the refund of fees if the expected federal tax results are not realized.

d. Transactions where there is a deductible loss in excess of $10 million in a single tax year or $20 million in a combination of years ($2 million and $4 million, respectively, for non-corporate taxpayers, or $50,000 for certain foreign currency transactions involving an individual or trust), and the transaction is not on an "angel list" of acceptable transactions in Rev. Proc. 2004-66, which can be viewed at http://www.irs.gov/irb/2004-50_IRB/ar11.html

e. Transactions where the taxpayer is an SEC registrant or is a business entity with more than $250 million in assets, there is a book-tax difference in excess of $10 million, and the transaction is not on an "angel list" of acceptable transactions in Rev. Proc. 2004-67, which can be viewed at http://www.irs.gov/irb/2004-50_IRB/ar12.html

f. Transactions involving holding assets for 45 days or less that produce a tax credit in excess of $250,000.

If you have any question concerning the application of these criteria to any transaction, please contact either Miriam Fisher in D.C. at 222-5489 or Gary Wilcox in Philadelphia at 221-5043.

☐ Yes
● No

Signature: Signed by John J. McAleese III at 05/04/2007 08:45:16 AM

### XIV. Annual Acknowledgment and Report Form Regarding Confidentiality Procedures and Securities Trading. (Please check the appropriate boxes.)

Please answer all questions with respect to the reporting period beginning with the date of your last Annual Acknowledgment and Report Form, or the date on which you joined the Firm (if this is the first time you have completed this form) and ending with the date you submit this report.

<u>Personal Investment Activities (Check Applicable Boxes and Note Exceptions Below):</u>

☐ During the reporting period defined above, I did not engage in any transactions in publicly traded securities (stocks, bonds, etc.), or all of my transactions in publicly-traded securities were exempt from the clearance procedures set forth in the Securities Investments in Publicly Traded Securities policy.

**Attorney-Client Privileged**                                                                                                       **MLB0000005**

MLB_FWI_00000280

☐ During the reporting period defined above, I maintained one or more discretionary accounts. Except as noted below, if consulted before any trades in such discretionary accounts, I obtained prior clearance for such trades pursuant to the Securities Investments in Publicly Traded Securities policy.

☐ During the reporting period defined above, I engaged in one or more transactions involving publicly traded securities. Except as noted below, I obtained prior clearance for each such transaction pursuant to the Securities Investments in Publicly Traded Securities policy.

Investment Activities by Others in My Household (Check Applicable Box and Note Exceptions Below):

☒ During the reporting period defined above, my spouse, or others with whom I regularly reside during such period, did not, independently of me, trade in publicly held securities. Except as noted below, I obtained prior clearance for each such transaction pursuant to the Securities Investments in Publicly Traded Securities policy.

☐ During the reporting period defined above, my spouse, or others with whom I regularly reside during such period, independently of me, traded in publicly held securities. Except as noted below, if consulted before any trade by such persons, I obtained prior clearance for such trade pursuant to the Securities Investments in Publicly Traded Securities policy.

☐ Not applicable.

*Certification* - I have read and I understand ML&B's policies and procedures with regard to confidentiality, insider trading and securities investments as set forth in the Insider Trading policy and the Securities Investments in Publicly Traded Securities policy. During the reporting period defined above, I was in full compliance with such procedures, except as set forth below. I will continue to comply with these procedures and I understand that knowing violation of the Firm's policies and procedures in this area may result in the sanctions described in the Insider Trading policy.

Exceptions, if any:

☒ No Exceptions
Signature:  Signed by John J. McAleese III at 05/04/2007 08:45:43 AM

*(Please feel free to speak with any member of the Firm's Securities Trading Subcommittee if you have any questions before signing this acknowledgment.)*

XV. Annual Acknowledgment Regarding Code of Business Conduct and Related Personnel Policies:

    Code of Business Conduct
    Concurrent Employment
    Copyright Compliance Policy
    Correspondence and Use of Firm Letterhead
    Drug Awareness Program
    E-Mail -- Large Distribution
    E-Mail and Internet Policy
    Equal Employment Opportunity
    Harrassment
    Nepotism
    Photography and Filming of Employees and Partners
    Solicitation

I hereby certify that I understand and agree to comply with the above policies. I acknowledged that any conduct on my part that constitutes a violation of these policies may result in disciplinary action, including termination.

Signature:  Signed by John J. McAleese III at 05/04/2007 08:45:50 AM

**Attorney-Client Privileged**

**MLB0000006**

**MLB_FWI_00000281**