# Exhibit 37

## FIRM MASTER REPORT (Calendar Year 2009) – PART I

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

### I.A Positions with Entities Organized for Commercial Purposes (Publicly or Privately Held)

I currently hold or held during calendar year 2009 a position as a **director, member, officer, partner (except as a passive limited partner held only for investment), trustee, employee, or a consultant** to an entity organized for commercial purposes.

- None

**Attorney-Client Privileged**

**MLB0000023**

**MLB_FWI_00000283**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

### I.B Positions with Nonprofit or Not-for-Profit Entities

I currently hold or held during calendar year 2009 a position as an **officer, director or trustee of a nonprofit organization (other than bar-related organizations )** _or_ **of a not-for-profit entity organized for business purposes:**

- None

**Attorney-Client Privileged**

| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

**I.C** I, or members of my immediate family, currently own, or owned during calendar year 2009, either as a matter of record or beneficially, **(i) a 5% or greater interest** in a corporation or other entity; or (ii) I am actively engaged in the management or operation of a business or otherwise have the power to control a business:

| | |
|---|---|
| Organization: | FlatWorld Interactives, LLC |
| Holder of Interest (Name/Relationship): | Jennifer McAleese/Wife |
| Nature of Interest: | Shareholder, Officer |
| Ultimate Parent of Organization: | None |
| Joint Venture Parties: | None |
| Nature of business or commercial purpose: | Software Development |
| Nature/Extent of Participation or Control: | Officer |
| Approximate Annual Revenue: | $0 |
| Client Status: | No |
| Effective Control: | No |
| Financial Institution: | No |
| Federal Securities Law Status: | No |
| ML&B Associated Person: | No. |
| Retain for 2009 Report? | Retain |

**Attorney-Client Privileged**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

**I.D** I currently serve or served during calendar year 2009, as a **trustee of a trust** which currently owns, or owned during calendar year 2009, either as a matter of record or beneficially, a 5% or greater interest in a publicly or privately held entity:

* **None**

**Attorney-Client Privileged**

**MLB0000026**

**MLB_FWI_00000286**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

I.E I currently hold or held during calendar year 2009 an **elected or governmental appointed position** or other position with any federal, state or local governmental organization:

- None

**Attorney-Client Privileged**

**MLB0000027**

**MLB_FWI_00000287**

**FIRM MASTER REPORT (Calendar Year 2009) - PART II**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

**II.**I currently hold or held during calendar year 2009 the following positions which fall into the following categories:

(a) **Trustee under a will or** *inter vivos* **trust, guardian** *ad litem, executor,* **administrator, conservator or similar position** other than those disclosed in response to I.A, B, C, D above (except such positions which arise out of a family relationship);
(b) **Receiver, trustee or examiner in bankruptcy , liquidator or other position** filled under judicial or quasi-judicial authority;
(c) **Referee, master, arbitrator or other quasi-judicial position** (except appointments under state or federal compulsory arbitration programs or appointments as master in divorce actions); or
(d) **Counsel or other position pursuant to a court appointment** (except appointments pursuant to the Federal Criminal Justice Act or other similar appointments to represent indigent persons).

- None

**Attorney-Client Privileged**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

**III.** During 2009, the following compensation, royalties, fees, honoraria and other remuneration and benefits were paid to me or for my benefit, or were paid to or for the benefit of members of my immediate family or entities which I control, directly or indirectly, for my **lecturing, writing, teaching, consulting, publishing, service on educational or bar association related panels** and similar activities:

- None

**Attorney-Client Privileged**

**MLB0000029**

**MLB_FWI_00000289**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

**IV.** I currently hold, or held during calendar year 2009, the following powers of attorney (powers of attorney granted by immediate family members, powers of attorney granted for a patent filing and/or a trademark filing before the USPTO relating to an active representation by the Firm, or powers of attorney granted for a tax matter relating to an active representation by the Firm need not be reported). For each power of attorney, I have indicated: 1) the name of the person granting the power; 2) whether the person is a client; 3) whether the power of attorney extends to financial, tax, or business matters; 4) whether the power of attorney extends to personal matters such as health care or withdrawal of life support; and 5) if the power lapses, the date on which it lapses (if no lapse date, check N/A).

- None

**Attorney-Client Privileged**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

**V. Investment in or Other Participation in the Financing of ML &B Clients**
Identify all investments or participations, direct or beneficial, in the financing of Firm clients (including loans, guarantees, etc., but excluding any investment partnership sponsored by the Firm) made on a private basis (**i.e., pursuant to a private placement or on any other basis not available to the public generally**) and owned at any time during the immediately preceding calendar year.

During calendar year 2009, I owned the following reportable investment(s), or participated in the following manner in the financing of Firm client(s) pursuant to any private placement of securities:

- None

**MLB_FWI_00000291**

  
| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

## VI. Policies and Procedures - Legal-Lawyer Operations
General Counsel (2/2/09)
Claims Against the Firm (2/2/09)
Claims or Motions for Sanctions or Disqualification Against Lawyers or Law Firms; Tolling Agreements; Motions for Recusal Judges (5/13/09)
Firm Lawyers Serving as Expert or Fact Witnesses (2/2/09)
Personal Involvement in Litigation or Other Legal Proceedings (1/21/09)

**Exceptions:**

| None. |
|---|

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:29:54 AM*

## VII. Policies and Procedures - Legal-Lawyer Operations
Reporting of Federal Lobbying Activities

Please indicate by your signature below that (1) you have read and understand this Instruction (dated 10/01/04) and (2) **except as noted** below, you have complied with the reporting requirements of this Instruction.

**Exceptions:**

| None. |
|---|

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:29:57 AM*

## VIII. Policies and Procedures - Clients and Fees
Trust Accounts

Please indicate by your signature below that you are familiar with this Instruction (dated 10/01/04) and **except as noted** below, do not and have not at any time during the past year commingled client and personal funds.

**Exceptions:**

| None. |
|---|

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:30:00 AM*

## IX. Policies and Procedures - Legal-Lawyer Operations
Compliance with the Sarbanes-Oxley Act of 2002

Please indicate by your signature below that (1) you have read and understand this Instruction (dated 10/01/04) and (2) **except as noted** below, you have complied with the reporting requirements of this Instruction.

**Exceptions:**

| None. |
|---|

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:30:03 AM*

**Attorney-Client Privileged**

| Attorney: | JOHN J. MCALEESE, III (02027) |
|---|---|
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

## X. Professional Licensing

A. Please list below all jurisdictions for which you currently pay (or arrange for the Firm to pay) all annual licensing fees (i.e., annual state bar dues for jurisdictions with unified bars, such as D.C., California and Florida, or court fees for states where licensing is handled by court administration, such as New York and Pennsylvania). **Do not include non-jurisdictional bar association memberships (e.g. American Bar Association).**

Resident Jurisdiction: **Pennsylvania**

I am licensed in my Resident Jurisdiction: **Yes**

C. CLE Resident Jurisdiction. Please indicate, by selecting the appropriate option and signing below, that, for the most recently completed CLE period, you have complied with the mandatory continuing legal education requirements of your resident jurisdiction in which you are currently licensed to practice law:

**By the conclusion of the current licensing year I will have satisfied the mandatory continuing legal education requirements, if any, for my resident jurisdiction in the following manner:**

D. Are you licensed in any other jurisdictions?: **No**

F. Are you registered as a Multi-Jurisdictional Practitioner in New Jersey? (If admitted in New Jersey, answer 'No' and you 'do not' need to register.)

No

New Jersey has established a new licensing classification for lawyers in the State of New Jersey referred to as Multi-Jurisdictional Practitioner ("MJP") which permits a lawyer, not admitted to practice in New Jersey to engage in the lawful practice of law in New Jersey under the following circumstances:

- the lawyer engages in the negotiation of the terms of a transaction in furtherance of the lawyer's representation on behalf of an existing client in a jurisdiction in which the lawyer is admitted to practice and the transaction originates in or is otherwise related to a jurisdiction in which the lawyer is admitted to practice;
- the lawyer engages in representation of a party to a dispute by participating in arbitration, mediation or other alternate or complementary dispute resolution program, the representation is on behalf of an existing client in a jurisdiction in which the lawyer is admitted to practice, and the dispute originates in or is otherwise related to a jurisdiction in which the lawyer is admitted to practice;
- the lawyer investigates, engages in discovery, interviews witnesses or deposes witnesses in this jurisdiction for a proceeding pending or anticipated to be instituted in a jurisdiction in which the lawyer is admitted to practice; orm
- the lawyer practices under circumstances other than those listed above, with respect to a matter where the practice activity arises directly out of the lawyer's representation on behalf of an existing client in a jurisdiction in which the lawyer is admitted to practice, provided that such practice in this jurisdiction is occasional and is undertaken only when the lawyer's disengagement would result in substantial inefficiency, impracticality or detriment to the client.

To qualify as a MJP, a lawyer must be admitted to practice law before the highest court of any other state, territory of the United States, Puerto Rico, or the District of Columbia. If a lawyer meets the qualification to practice as a MJP, the lawyer must register with the New Jersey Supreme Court and pay annual dues to the NJ Lawyers' Fund for Client Protection.

**Yes, I do need to register as a Multi-Jurisdictional Practitioner in New Jersey.**

Attorney-Client Privileged

MLB0000033

MLB_FWI_00000293

If you have any questions concerning the need for registration or, if you need to register as a MJP in New Jersey, please contact Lisa Lang in Philadelphia at 221-5852.

G. Are you registered as a Multi-Jurisdictional Practitioner in Connecticut?  (If admitted in Connecticut, answer 'No' and you 'do not' need to register.)

**No**

Effective January 1, 2009, the state of Connecticut amended Rule 5.5 of the Rules of Professional Conduct to provide that a lawyer who is not admitted to practice in Connecticut, but who is admitted in another U.S. jurisdiction that accords similar privileges to Connecticut lawyers, may provide the legal services set forth in Rule 5.5 (c)(3) or (4) on a temporary basis in Connecticut if the lawyer gives notice to the Statewide Bar Counsel **prior to** and **at the conclusion** of each representation and pays the fee prescribed by the Judicial Branch.

If the matter you are handling in Connecticut is covered by a pro hac vice registration a multi-jurisdictional practice registration is not required.

The MJP registration is required for each separate matter. The notification must be done online at the State of Connecticut Judicial Branch website, and payment of the required fee ($100 per matter) is by credit card only.

**Some common examples of matters for which a non-admitted lawyer must comply with Rule 5.5(f):**

Appearing in Connecticut to perform a real estate or business closing and related duties.

Appearing in Connecticut for depositions and other discovery related matters related to litigation pending in another jurisdiction in which the lawyer is admitted to practice.

Appearing in Connecticut for a mediation or arbitration related to litigation pending in another jurisdiction in which the lawyer is admitted to practice.

Appearing in Connecticut for a legal meeting with an existing or potential client.

For further details on the requirements and registration process, please use the links below:

**CT MJP - FAQ:** http://www.jud.ct.gov/SGC/mjp/faq.htm
**CT MJP Registration:** https://www.jud2.ct.gov/mjpn/

Of the Firm's office locations, California, Delaware, the District of Columbia, Illinois, Florida, Massachusetts, Minnesota, New Jersey, and Pennsylvania meet the "similar privileges" rule; please note that New York and Texas do not.

**No, I do not need to register as a Multi-Jurisdictional Practitioner in Connecticut.**

If you have any questions concerning the need for registration, please contact Lisa Lang in Philadelphia at 221.5852.

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:30:58 AM*

**Attorney-Client Privileged**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

## XI. Lawyer Members of Firm Lawyers' Families

If your parent, child, sibling, or spouse is actively engaged in the practice of law, please provide the following information:
**Name, Company/Firm where Employed, City/State, Relationship, Position Held**

- None

**Attorney-Client Privileged**

**MLB0000035**

**MLB_FWI_00000295**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

### XII. Income Tax

I certify that I have made all personal income tax filings **and paid all personal income tax liabilities required of me** for calendar year 2009 and all prior years. (If you have filed for an extension for 2009, please note for which return(s) and list the date(s) on which the filing(s) will be made and any liabilities will be paid.)

   **Yes.**

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:31:26 AM*

**Attorney-Client Privileged**

**MLB0000036**

**MLB_FWI_00000296**

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

## XIII. Tax Shelters and Transactions

Have you been involved in any transaction since January 1, 2009 on behalf of a client or another professional advisor in which all of the following apply:

(i) You or some other attorney at the Firm gave tax advice (written or oral) to a client or another professional advisor;

(ii) The Firm received fees in excess of $250,000 or, if substantially all the tax benefits are being received by natural persons (looking through partnerships, S corporations or trusts for this purpose), $50,000. The fees include fees for the tax strategy, any advice (whether or not tax advice), and the implementation of the transaction. In the case of a "listed transaction" (see below), the threshold amounts are reduced from $250,000 to $25,000, and from $50,000 to $10,000; and

(iii) The transaction is described as or includes one of the following:

a. The transaction is or was the same or substantially similar (in structure and result) to a transaction that has been designated by the IRS as a "listed transaction" or a "transaction of interest" (a potentially abusive tax shelter). To see the 34 "listed transactions," go to http://www.irs.gov/businesses/corporations/article/0,,id=120633,00.html. To see the four "transactions of interest," go to http://www.irs.gov/businesses/corporations/article/0,,id=204156,00.html.

b. There was an understanding or claim of confidentiality such that the client s disclosure of the federal tax treatment or tax structure of the transaction was restricted for the benefit of anyone other than the client (e.g., to protect the advisor s interest in the proprietary nature of the transaction structure).

c. There is contractual protection in which the client s payments of fees to the Firm or another professional advisor are contingent on achieving a desired federal tax result or the fees are otherwise fully or partially refundable if the desired result is not achieved.

d. Transactions where the client is claiming a deductible loss in excess of $10 million in a single tax year or $20 million in a combination of years ($2 million and $4 million, respectively, for non-corporate taxpayers, or $50,000 for certain foreign currency transactions involving an individual or trust), and the transaction is not on an "angel list" of acceptable transactions in Rev. Proc. 2004-66. Generally, most commercial business transactions are included on the "angel list" due to a broad provision for losses realized as a result of the client taxpayer paying cash for the asset that was sold, and therefore would not be included in this category of transactions. To see the "angel list" of exceptions in Rev. Proc. 2004-66, go to http://www.irs.gov/irb/2004-50_IRB/ar11.html.

If you have any questions concerning the application of these criteria to any transaction, please contact either Gary Wilcox at 222-5509 or Miriam Fisher at 222-5489.

No

Explanation (Please provide client name, the names of the other attorneys working on the matter, and when the transaction occurred.):

| None. |
|---|

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:31:34 AM*

| | |
|---|---|
| **Attorney:** | JOHN J. MCALEESE, III (02027) |
| **Phone:** | 215.963.5094 |
| **Office:** | PHILADELPHIA |
| **Practice Group:** | LITIGATION |
| **Position:** | PARTNER |

**XIV. Annual Acknowledgment and Report Form Regarding Confidentiality Procedures and Securities Trading . (Please check the appropriate boxes .)**

Please answer all questions with respect to the reporting period <u>beginning</u> with the date of your last Annual Acknowledgment and Report Form, or the date on which you joined the Firm (if this is the first time you have completed this form) and <u>ending</u> with the date you submit this report.

**Personal Investment Activities (Check Applicable Boxes and Note Exceptions Below ):**

During the reporting period defined above, I did <u>**not**</u> engage in any transactions in publicly traded securities (stocks, bonds, etc.), or <u>all</u> of my transactions in publicly-traded securities were exempt from the clearance procedures set forth in the<u>Securities Investments in Publicly Traded Securities</u> policy.

**Investment Activities by Others in My Household (Check Applicable Box and Note Exceptions Below ):**

During the reporting period defined above, my spouse, or others with whom I regularly reside during such period, did not, independently of me, trade in publicly held securities. Except as noted below, I obtained prior clearance for each such transaction pursuant to the Securities Investments in Publicly Traded Securities

*Certification* - I have read and I understand ML&B's policies and procedures with regard to confidentiality, insider trading and securities investments as set forth in the<u>Confidentiality of Client Information and Insider Trading</u> and the<u>Securities Investments in Publicly Traded Securities</u> policy. During the reporting period defined above, I was in full compliance with such procedures, except as set forth below. I will continue to comply with these procedures and I understand that knowing violation of the Firm's policies and procedures in this area may result in the sanctions described in the<u>Confidentiality of Client Information and Insider Trading</u>.

Exceptions, if any:

| No Exceptions |
|---|

*(Please feel free to speak with any member of the Firm's Securities Trading Subcommittee if you have any questions before signing this acknowledgment.)*

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:31:34 AM*

**XV. Annual Acknowledgment Regarding Code of Business Conduct and Related Personnel Policies :**

<u>The ML&B Code of Business Conduct</u>
<u>Concurrent Employment</u>
<u>Copyright Compliance Policy</u>
<u>Letterhead -- Use of Firm Name and Letterhead</u>
<u>Drug Awareness Program</u>
<u>E-Mail -- Large Distribution</u>
<u>E-Mail and Internet Policy</u>
<u>Equal Employment Opportunity</u>
<u>Harrassment</u>

**Attorney-Client Privileged**

MLB0000038

<u>Nepotism</u>
<u>Photography and Filming of Employees and Partners</u>
<u>Solicitation</u>
<u>Social Networking</u>

I hereby certify that I understand and agree to comply with the above policies. I acknowledge that any conduct on my part that constitutes a violation of these policies may result in disciplinary action, including termination.

*Signature: Signed by John J. McAleese, III at 5/4/2010 11:31:58 AM*

**Attorney-Client Privileged**