# Exhibit 38

FIRM MASTER REPORT (Calendar Year 2010) - PART I

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

I.A Positions with Entities Organized for Commercial Purposes (Publicly or Privately Held)

I currently hold or held during calendar year 2010 a position as a **director, member, officer, partner (except as a passive limited partner held only for investment), trustee, employee, or a consultant** to an entity organized for commercial purposes.

- None

**Attorney-Client Privileged**                                                                                                                MLB0000040

MLB_FWI_00000225

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

### I.B Positions with Nonprofit or Not-for-Profit Entities

I currently hold or held during calendar year 2010 a position as an **officer, director or trustee** of a nonprofit organization (other than bar-related organizations ) <u>or</u> of a not-for-profit entity organized for business purposes:

- None

**Attorney-Client Privileged**

MLB0000041

MLB_FWI_00000226

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

I.C I, or members of my immediate family, currently own, or owned during calendar year 2010, either as a matter of record or beneficially, (i) a **5% or greater interest** in a corporation or other entity; or (ii) I am actively engaged in the management or operation of a business or otherwise have the power to control a business:

| | |
|---|---|
| Organization: | FlatWorld Interactives, LLC |
| Holder of Interest (Name/Relationship): | Jennifer McAleese/Wife |
| Nature of Interest: | Shareholder, Officer |
| Ultimate Parent of Organization: | None |
| Joint Venture Parties: | None |
| Nature of business or commercial purpose: | Software Development |
| Nature/Extent of Participation or Control: | Officer |
| Approximate Annual Revenue: | $0 |
| Client Status: | No |
| Effective Control: | No |
| Financial Institution: | No |
| Federal Securities Law Status: | No |
| ML&B Associated Person: | No. |
| Retain for 2010 Report? | Retain |

**Attorney-Client Privileged**

MLB0000042

MLB_FWI_00000227

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

**I.D** I currently serve or served during calendar year 2010, as a **trustee of a trust** which currently owns, or owned during calendar year 2010, either as a matter of record or beneficially, a 5% or greater interest in a publicly or privately held entity:

- None

**Attorney-Client Privileged**

MLB0000043

MLB_FWI_00000228

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

I.E I currently hold or held during calendar year 2010 an **elected or governmental appointed position** or other position with any federal, state or local governmental organization:

- None

**Attorney-Client Privileged**                                                              MLB0000044

MLB_FWI_00000229

## FIRM MASTER REPORT (Calendar Year 2010) – PART II

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

II. I currently hold or held during calendar year 2010 the following positions which fall into the following categories:

(a) **Trustee under a will or *inter vivos* trust, guardian *ad litem, executor*, administrator, conservator or similar position** other than those disclosed in response to I.A, B, C, D above (except such positions which arise out of a family relationship);
(b) **Receiver, trustee or examiner in bankruptcy, liquidator or other position** filled under judicial or quasi-judicial authority;
(c) **Referee, master, arbitrator or other quasi-judicial position** (except appointments under state or federal compulsory arbitration programs or appointments as master in divorce actions); or
(d) **Counsel or other position pursuant to a court appointment** (except appointments pursuant to the Federal Criminal Justice Act or other similar appointments to represent indigent persons).

- None

**Attorney-Client Privileged**

MLB0000045

MLB_FWI_00000230

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

III. During 2010, the following compensation, royalties, fees, honoraria and other remuneration and benefits were paid to me or for my benefit, or were paid to or for the benefit of members of my immediate family or entities which I control, directly or indirectly, for my **lecturing, writing, teaching, consulting, publishing, service on educational or bar association related panels** and similar activities:

- None

Attorney-Client Privileged

MLB0000046

MLB_FWI_00000231

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

IV. I currently hold, or held during calendar year 2010, the following powers of attorney (powers of attorney granted by immediate family members, powers of attorney granted for a patent filing and/or a trademark filing before the USPTO relating to an active representation by the Firm, or powers of attorney granted for a tax matter relating to an active representation by the Firm need not be reported). For each power of attorney, I have indicated: 1) the name of the person granting the power; 2) whether the person is a client; 3) whether the power of attorney extends to financial, tax, or business matters; 4) whether the power of attorney extends to personal matters such as health care or withdrawal of life support; and 5) if the power lapses, the date on which it lapses (if no lapse date, check N/A).

- None

**Attorney-Client Privileged**

MLB0000047

MLB_FWI_00000232

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

**V. Investment in or Other Participation in the Financing of ML &B Clients**

Identify all investments or participations, direct or beneficial, in the financing of Firm clients (including loans, guarantees, etc., but excluding any investment partnership sponsored by the Firm) made on a private basis (i.e., **pursuant to a private placement or on any other basis not available to the public generally**) and owned at any time during the immediately preceding calendar year.

During calendar year 2010, I owned the following reportable investment(s), or participated in the following manner in the financing of Firm client(s) pursuant to any private placement of securities:

- None

**Attorney-Client Privileged**

MLB0000048

MLB_FWI_00000233

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

### VI. Policies and Procedures – Legal-Lawyer Operations
General Counsel (2/2/09)
Claims Against the Firm (2/2/09)
Claims or Motions for Sanctions or Disqualification Against Lawyers or Law Firms; Tolling Agreements; Motions for Recusal Judges (5/13/09)
Firm Lawyers Serving as Expert or Fact Witnesses (2/2/09)
Personal Involvement in Litigation or Other Legal Proceedings (6/15/10)

Please indicate by your signature below that (1) you have read and understand these instructions and (2) **except as noted below,** you have complied with the reporting requirements of these instructions.
Exceptions:
None.

*Signature: Signed by John J. McAleese, III at 5/18/2011 11:00:37 AM*

### VII. Policies and Procedures – Legal-Lawyer Operations
Reporting of Federal Lobbying Activities

Please indicate by your signature below that (1) you have read and understand this Instruction (dated 10/01/04) and (2) **except as noted below,** you have complied with the reporting requirements of this Instruction.
Exceptions:
None.

*Signature: Signed by John J. McAleese, III at 5/18/2011 11:00:40 AM*

### VIII. Policies and Procedures – Clients and Fees
Trust Accounts

Please indicate by your signature below that you are familiar with this Instruction (dated 10/01/04) and **except as noted below,** do not and have not at any time during the past year commingled client and personal funds.
Exceptions:
None.

*Signature: Signed by John J. McAleese, III at 5/18/2011 11:00:43 AM*
### IX. Policies and Procedures – Legal-Lawyer Operations
Compliance with the Sarbanes-Oxley Act of 2002

Please indicate by your signature below that (1) you have read and understand this Instruction (dated 10/01/04) and (2) **except as noted below,** you have complied with the reporting requirements of this Instruction.
Exceptions:
None.

*Signature: Signed by John J. McAleese, III at 5/18/2011 11:00:47 AM*

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

## X. Professional Licensing

A. Please list below all jurisdictions for which you currently pay (or arrange for the Firm to pay) all annual licensing fees (i.e., annual state bar dues for jurisdictions with unified bars, such as D.C., California and Florida, or court fees for states where licensing is handled by court administration, such as New York and Pennsylvania). **Do not include non-jurisdictional bar association memberships (e.g. American Bar Association).**

Resident Jurisdiction: **Pennsylvania**

I am licensed in my Resident Jurisdiction: **Yes**

C. CLE Resident Jurisdiction. Please indicate, by selecting the appropriate option and signing below, that, for the most recently completed CLE period, you have complied with the mandatory continuing legal education requirements of your resident jurisdiction in which you are currently licensed to practice law:

**I am compliant and have satisfied the mandatory continuing legal education requirements, if any, for the most recently completed compliance period; or**

D. Are you licensed in any other jurisdictions?: **No**

F. Are you registered as a Multi-Jurisdictional Practitioner in New Jersey? (If admitted in New Jersey, answer 'No' and you 'do not' need to register.)

Yes

G. Are you registered as a Multi-Jurisdictional Practitioner in Connecticut? (If admitted in Connecticut, answer 'No' and you 'do not' need to register.)

No

Effective January 1, 2009, the state of Connecticut amended Rule 5.5 of the Rules of Professional Conduct to provide that a lawyer who is not admitted to practice in Connecticut, but who is admitted in another U.S. jurisdiction that accords similar privileges to Connecticut lawyers, may provide the legal services set forth in Rule 5.5 (c)(3) or (4) on a temporary basis in Connecticut if the lawyer gives notice to the Statewide Bar Counsel **prior to** and **at the conclusion** of each representation and pays the fee prescribed by the Judicial Branch.

If the matter you are handling in Connecticut is covered by a pro hac vice registration a multi-jurisdictional practice registration is not required.

The MJP registration is required for each separate matter. The notification must be done online at the State of Connecticut Judicial Branch website, and payment of the required fee ($100 per matter) is by credit card only.

**Some common examples of matters for which a non-admitted lawyer must comply with Rule 5.5(f):**

Appearing in Connecticut to perform a real estate or business closing and related duties.

Appearing in Connecticut for depositions and other discovery related matters related to litigation pending in another jurisdiction in which the lawyer is admitted to practice.

Appearing in Connecticut for a mediation or arbitration related to litigation pending in another jurisdiction in which the lawyer is admitted to practice.

Appearing in Connecticut for a legal meeting with an existing or potential client.

For further details on the requirements and registration process, please use the links below:

**CT MJP - FAQ:** http://www.jud.ct.gov/SGC/mjp/faq.htm
**CT MJP Registration:** https://www.jud2.ct.gov/mjpn/

Of the Firm's office locations, California, Delaware, the District of Columbia, Illinois, Florida, Massachusetts, Minnesota, New Jersey, and Pennsylvania meet the "similar privileges" rule; please note that New York and Texas do not.

**No, I do not need to register as a Multi-Jurisdictional Practitioner in Connecticut.**

If you have any questions concerning the need for registration, please contact Lisa Lang in Philadelphia at 221.5852.

*Signature: Signed by John J. McAleese, III at 5/18/2011 11:01:30 AM*

**Attorney-Client Privileged**

MLB0000051

MLB_FWI_00000236

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

## XI. Lawyer Members of Firm Lawyers' Families

If your parent, child, sibling, or spouse is actively engaged in the practice of law, please provide the following information:
Name, Company/Firm where Employed, City/State, Relationship, Position Held

- None

**Attorney-Client Privileged**

MLB0000052

MLB_FWI_00000237

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

## XII. Income Tax

I certify that I have made all personal income tax filings **and paid all personal income tax liabilities required of me** for calendar year 2010 and all prior years. (If you have filed for an extension for 2010, please note for which return(s) and list the date(s) on which the filing(s) will be made and any liabilities will be paid.)

Yes.

*Signature: Signed by John J. McAleese, III at 5/18/2011 11:01:40 AM*

**Attorney-Client Privileged**

MLB0000053

MLB_FWI_00000238

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

**XIII. Tax Shelters and Transactions**

Have you been involved in any transaction since January 1, 2010 on behalf of a client or another professional advisor in which all of the following apply:

(i) You or some other attorney at the Firm gave tax advice (written or oral) to a client or another professional advisor;

(ii) The Firm received fees in excess of $250,000 or, if substantially all the tax benefits are being received by natural persons (looking through partnerships, S corporations or trusts for this purpose), $50,000. The fees include fees for the tax strategy, any advice (whether or not tax advice), and the implementation of the transaction. In the case of a "listed transaction" (see below), the threshold amounts are reduced from $250,000 to $25,000, and from $50,000 to $10,000; and

(iii) The transaction is described as or includes one of the following:

a. The transaction is or was the same or substantially similar (in structure and result) to a transaction that has been designated by the IRS as a "listed transaction" or a "transaction of interest" (a potentially abusive tax shelter). To see the 34 "listed transactions," go to http://www.irs.gov/businesses/corporations/article/0,,id=120633,00.html. To see the four "transactions of interest," go to http://www.irs.gov/businesses/corporations/article/0,,id=204156,00.html.

b. There was an understanding or claim of confidentiality such that the client's disclosure of the federal tax treatment or tax structure of the transaction was restricted for the benefit of anyone other than the client (e.g., to protect the advisor's interest in the proprietary nature of the transaction structure).

c. There is contractual protection in which the client's payments of fees to the Firm or another professional advisor are contingent on achieving a desired federal tax result or the fees are otherwise fully or partially refundable if the desired result is not achieved.

d. Transactions where the client is claiming a deductible loss in excess of $10 million in a single tax year or $20 million in a combination of years ($2 million and $4 million, respectively, for non-corporate taxpayers, or $50,000 for certain foreign currency transactions involving an individual or trust), and the transaction is not on an "angel list" of acceptable transactions in Rev. Proc. 2004-66. Generally, most commercial business transactions are included on the "angel list" due to a broad provision for losses realized as a result of the client taxpayer paying cash for the asset that was sold, and therefore would not be included in this category of transactions. To see the "angel list" of exceptions in Rev. Proc. 2004-66, go to http://www.irs.gov/irb/2004-50_IRB/ar11.html.

If you have any questions concerning the application of these criteria to any transaction, please contact either Gary Wilcox at 222-5509 or Miriam Fisher at 222-5489.

No

Explanation (Please provide client name, the names of the other attorneys working on the matter, and when the transaction occurred.):

| None. |
|---|

*Signature: Signed by John J. McAleese, III at 5/18/2011 11:01:54 AM*

**Attorney-Client Privileged**

**MLB0000054**

**MLB_FWI_00000239**

| | |
|---|---|
| Attorney: | JOHN J. MCALEESE, III (02027) |
| Phone: | 215.963.5094 |
| Office: | PHILADELPHIA |
| Practice Group: | LITIGATION |
| Position: | PARTNER |

### XIV. Annual Acknowledgment and Report Form Regarding Confidentiality Procedures and Securities Trading. (Please check the appropriate boxes .)

Please answer all questions with respect to the reporting period beginning with the date of your last Annual Acknowledgment and Report Form, or the date on which you joined the Firm (if this is the first time you have completed this form) and ending with the date you submit this report.

**Personal Investment Activities (Check Applicable Boxes and Note Exceptions Below):**

During the reporting period defined above, I did **not** engage in any transactions in publicly traded securities (stocks, bonds, etc.), or **all** of my transactions in publicly-traded securities were exempt from the clearance procedures set forth in the Securities Investments in Publicly Traded Securities policy.

**Investment Activities by Others in My Household (Check Applicable Box and Note Exceptions Below):**

During the reporting period defined above, my spouse, or others with whom I regularly reside during such period, did not, independently of me, trade in publicly held securities. Except as noted below, I obtained prior clearance for each such transaction pursuant to the Securities Investments in Publicly Traded Securities

*Certification* - I have read and I understand ML&B's policies and procedures with regard to confidentiality, insider trading and securities investments as set forth in the Confidentiality of Client Information and Insider Trading and the Securities Investments in Publicly Traded Securities policy. During the reporting period defined above, I was in full compliance with such procedures, except as set forth below. I will continue to comply with these procedures and I understand that knowing violation of the Firm's policies and procedures in this area may result in the sanctions described in the Confidentiality of Client Information and Insider Trading.

Exceptions, if any:

| No Exceptions |
|---|

*(Please feel free to speak with any member of the Firm's Securities Trading Subcommittee if you have any questions before signing this acknowledgment.)*

*Signature: Signed by John J. McAleese, III at 5/18/2011 1:44:58 PM*

### XV. Annual Acknowledgment Regarding Code of Business Conduct and Related Personnel Policies :

The ML&B Code of Business Conduct
Concurrent Employment
Copyright Compliance Policy
Letterhead -- Use of Firm Name and Letterhead
Drug Awareness Program
E-Mail -- Large Distribution
Technology, Computer, E-Mail and Internet Policy
Equal Employment Opportunity
Harrassment

Nepotism
Photography and Filming of Employees and Partners
Solicitation
Social Networking

I hereby certify that I understand and agree to comply with the above policies. I acknowledge that any conduct on my part that constitutes a violation of these policies may result in disciplinary action, including termination.

*Signature: Signed by John J. McAleese, III at 5/18/2011 1:45:14 PM*

**Attorney-Client Privileged**                    MLB0000056

MLB_FWI_00000241