# Exhibit 40

**From**: Jennifer McAleese <jen@flatworldinteractives.com>
**To**: "'Russ Barron'" <Barron@rembrandtip.com>
**CC**: "'slavko milekic'" <kiddyface@gmail.com>
**Subject**: RE: Update...
**Date**: Sun, 15 Jul 2007 07:03:06 -0400
**In-Reply-To**: <B6D5D6377E2A6940BB4D32A200572B5A0FC941D319@srv-exchange.rembrandtip.pri>
**Status**: RO



From: Russ Barron [mailto:Barron@rembrandtip.com]
Sent: Saturday, July 14, 2007 9:01 PM
To: 'Jennifer McAleese'
Cc: 'slavko milekic'
Subject: RE: Update...


Hello,


Thanks for the note. What business model are you looking for?


Best.


Russ

Confidential - Attorneys' Eyes Only                                    REM-00000754

From: Jennifer McAleese [mailto:jen@flatworldinteractives.com]
Sent: Friday, July 13, 2007 7:54 PM
To: Russ Barron
Cc: 'slavko milekic'
Subject: Update...


Hello Russ –


Thank you kindly for meeting with us yesterday. After much discussion, Slavko and I have agreed that Rembrandt's business model is not appropriate for us at this time. We thank you and your colleagues for your interest.


Jennifer McAleese

Confidential - Attorneys' Eyes Only                                                                 REM-00000755