# Exhibit 44



J.D. Scholten
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
**Direct (206) 268-9346**
**Direct Fax (206) 623-0594**
jds@hbsslaw.com

*Via Electronic Mail*

June 4, 2013

Michael Pieja
Bridges & Mavrakakis LLP
One Palo Alto Square
3000 El Camino Real, 2nd Floor
Palo Alto, CA 94306

    Re:    *FlatWorld Interactives LLC v. Apple Inc.*
              *Civil Action No. 3:12-01956*

Dear Mr. Pieja:

We will be sending you FlatWorld's latest document production, with the Bates range of FWAPP00007038- FWAPP00007648, via YouSendIt. There are several documents labeled "Confidential" pursuant to the Protective Order. Additionally, we will be sending documents that were produced and redacted by Fitch, Even, Tabin & Flannery LLP, with the Bates range of FITCH000001- FITCH000119. Please verify once you have received this production.

Feel free to contact me if any questions arise.

                    Best regards,

                    HAGENS BERMAN SOBOL SHAPIRO LLP

                    /s/ J.D. Scholten

                    J.D. Scholten
                    Intellectual Property Paralegal

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

005012-11 615708 V1