# Exhibit 53

**From:** "Shapiro, Stephen" <SShapiro@schnader.com>
**Date:** August 30, 2013, 8:10:01 AM CDT
**To:** 'James Shimota' <jshimota@bridgesmav.com>
**Cc:** 'Ryan Meyer' <ryanm@hbsslaw.com>
**Subject: RE: Rembrandt Documents**

Jim:

Hagens Berman provided us with the following response:

> FlatWorld's position is that Rembrandt's privilege log correctly asserts privilege for each of the documents that you sent me, except that we would also add that the common interest privilege applies to those documents, which is supported by, among other things, statements made in REM-00000750. Therefore, FlatWorld's position is that these documents are privileged and protected by the work product doctrine, and it does not waive privilege or work product protection. FlatWorld requests that Rembrandt not disclose these documents.

In light of this, Rembrandt will not produce unredacted versions of the documents identified on its privilege log.

-Steve

---

**Stephen J. Shapiro**| Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600 | Philadelphia, PA  19103-7286 | www.schnader.com
:sshapiro@schnader.com   | ☎: 215-751-2259 | 📠: 215-751-2205 | Bio

---

**From:** Shapiro, Stephen
**Sent:** Friday, August 02, 2013 3:12 PM
**To:** 'James Shimota'
**Cc:** 'Ryan Meyer'
**Subject:** Rembrandt Documents

Jim:

Attached is the letter I mentioned during our call today.

1

As we discussed earlier today, we will be sending the documents that Rembrandt withheld as work product to Hagens Berman so they can advise whether Flatworld has any objection to Rembrandt producing the documents.  I am confirming that, as we discussed, Apple agrees not treat this action as a waiver of the work product doctrine or otherwise use it against Rembrandt.

Thanks.

-Steve

_____
**Stephen J. Shapiro**| Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600 | Philadelphia, PA  19103-7286 | www.schnader.com
✉:sshapiro@schnader.com | ☎: 215-751-2259 | 📠: 215-751-2205 | Bio