# Exhibit 54

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

October 10, 2013

Writer's Direct Contact
+1 (415) 268.6096
WOverson@mofo.com

*Via Email*

Mark Carlson
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave Suite 3300
Seattle, WA 98101

Re:  *FlatWorld v. Apple*: FlatWorld Production and Privilege Assertions

Dear Mark:

We have not yet met, but my firm now represents Apple in this matter. I look forward to working with you on this case.

I am writing regarding FlatWorld's production and privilege assertions in response to Apple's October 26, 2012, April 25, 2013 June 3, 2013, and June 6, 2013 Requests for Production.

First, we understand that earlier meet and confer efforts on privilege issues reached an impasse, and FlatWorld maintains its assertion of spousal, attorney-client, work product, and common interest privileges over documents logged in its privilege logs. Similarly, we also understand that FlatWorld continues to maintain that the details of Jennifer McAleese's offer to purchase Gordon Nelson's interest in the FlatWorld patent royalties, and information related to the source of FlatWorld's payment of prosecution fees, are not discoverable. We believe FlatWorld's positions are not proper, and we plan to move to compel production of these documents. Please let us know by Noon on October 14, 2013 if your position has changed.

Second, we noticed that PRIV0476 disappeared from FlatWorld's privilege log between April 3, 2013 and May 31, 2013. If you have produced this document, please identify the corresponding Bates Number. If you have not produced this document, please do so or explain your basis for withholding it by October 18.

Third, FlatWorld refused to produce documents responsive to Apple's June 6 Requests for Production, asserting that the requests do not appear to be directed to any materials that are relevant to the merits of any claim or defense in this case. The requested documents are

sf-3336687

MORRISON | FOERSTER

Mark Carlson
October 10, 2013
Page Two

directly relevant to Apple's laches and unclean hands defenses.  Please produce or log all responsive documents by October 18, 2013.

If you would like to discuss any of these issues, I am available any time on October 11, 2013.

Regards,

   */s/*

Wesley E. Overson

sf-3336687