Thursday, March 7, 2013 10:37:46 AM Pacific Standard Time

**Subject:** RE: FlatWorld v. Apple: Notice of Service of Subpoenas
**Date:** Thursday, March 7, 2013 10:36:23 AM Pacific Standard Time
**From:** Mark Carlson
**To:** Michael Pieja
**CC:** Steve Berman, Flatworld NDCA

Mike,

We have decided to move for a protective order before Judge La Porte with respect to Apple's attempt to perform an end run around the jurisdiction of the NDCA to challenge the spousal privilege entries on our privilege log.  Obviously, this must be decided on an expedited basis to avoid production of the privileged documents on March 22 in violation of the privilege.  In compliance with NDCA L.R. 6-3(a)(4)(i), we request a conference today as to whether Apple will agree to shorten time for the Court to hear the motion for a protective order.  We will propose the following schedule:  March 8 for the opening brief, March 13 for the opposition brief, March 15 for the reply brief, and March 18 for the hearing.  Please promptly provide your availability, or consent by reply email.

Mark Carlson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9346

---

**From:** Mark Carlson
**Sent:** Wednesday, March 06, 2013 5:39 PM
**To:** 'Michael Pieja'
**Cc:** Steve Berman; Flatworld NDCA
**Subject:** RE: FlatWorld v. Apple: Notice of Service of Subpoenas

Mike,

The documents that Apple has subpoenaed include documents that were listed on our privilege log as being subject to the spousal privilege, as you well know.  The spousal privilege belongs to Jennifer McAleese, one of FlatWorld's members, and the documents you seek to compel are in the possession of her husband, John McAleese.  We intend to move to quash both subpoenas to the extent that they seek privileged communications between the spouses.  If you would like to avoid a motion to quash in Philadelphia, we "request" (not demand as you misrepresent), that you amend the scope of the subpoenas.  We view this as an attempt by Apple to do an end run around the NDCA.  If you wish to challenge FlatWorld's privilege log, the proper forum for that challenge is in the NDCA, not Philadelphia.

Please let us know whether you will comply with our request.  Otherwise, we will move to quash.

Mark Carlson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9346

---

**From:** Michael Pieja [mailto:mpieja@bridgesmav.com]
**Sent:** Wednesday, March 06, 2013 5:30 PM
**To:** Mark Carlson
**Cc:** Steve Berman; Flatworld NDCA
**Subject:** Re: FlatWorld v. Apple: Notice of Service of Subpoenas

Mark,

We are always happy to meet and confer about any legitimate issue, but we do not understand your position here.  Your email demands that we alter the scope of our subpoenas to Morgan Lewis and John McAleese III.  But these subpoenas were not issued to Flatworld, but rather to third parties.  Please

explain the basis for your demand that Apple alter the scope of subpoenas issued to third parties.  Best regards,

Mike

Michael Pieja
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square
Palo Alto, CA 94306
(650) 804-7810
mpieja@bridgesmav.com

On Mar 5, 2013, at 11:37 AM, Mark Carlson wrote:

Mike,

As stated in FlatWorld's privilege log, FlatWorld asserts that all communications between John and Jennifer McAleese are subject to the spousal privilege.  Therefore, we object to the attached subpoenas to the extent that they seek to invade that privilege by compelling production of such communications.

We request that you either amend the scope of the subpoenas so as to exclude privileged communications, or provide your availability to meet and confer this week.

Mark Carlson | **Hagens Berman Sobol Shapiro LLP |** Direct: (206) 268-9346

---

**From:** Michael Pieja [mailto:mpieja@bridgesmav.com]
**Sent:** Friday, March 01, 2013 3:09 PM
**To:** Steve Berman; Mark Carlson
**Cc:** Flatworld NDCA
**Subject:** FlatWorld v. Apple: Notice of Service of Subpoenas

Counsel:

Please be advised that Apple will serve the subpoenas below on Morgan, Lewis & Bockius LLP and John McAleese III.  Kind regards,

Mike

Michael Pieja
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square
Palo Alto, CA 94306
(650) 804-7810
mpieja@bridgesmav.com