QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF JAE-HWAN KIM** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Jae-Hwan Kim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motion to File Under Seal Exhibit 2 to the Declaration of Mark Selwyn in Support of Apple's Combined Opposition (Dkt. No. 2506; *see also* Dkt. No. 2505) ("Exhibit 2").

3. I have not reviewed Exhibit 2 as I understand the document includes information designated highly confidential by Apple and Nokia, but am informed and believe that it includes a financial term of a licensing offer Samsung made to Apple. Because the specific financial term of Samsung's offer included in Exhibit 2 is not publicly available and has not been disclosed to any third party by Samsung, Samsung considers the information highly confidential.

4. The Court has previously found financial terms included in licensing agreements sealable. (Dkt. No. 1649.)

5. For the foregoing reasons, Samsung requests that the financial term of its offer to Apple be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on October 15, 2013.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jae-Hwan Kim
　　　　　　　　　　　　　　　　　　　　　　Jae-Hwan Kim

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jae-Hwan Kim has concurred in this filing.

Dated:   October 15, 2013            By:  */s/ Victoria F. Maroulis*
                                          Victoria F. Maroulis