HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S STATEMENT REGARDING ACTUAL NOTICE** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Response to Samsung's Statement Regarding Actual Notice.

2. Attached as **Exhibit 1** is a true and correct copy of a Samsung website for the Infuse 4G, available at http://www.samsung.com/ca/consumer/mobile/mobile-phones/smartphones/SGH-I997ZKARWC (last visited Oct. 15, 2013). This website refers to the Infuse 4G as the "Galaxy S Infuse 4G™."

3. Attached as **Exhibit 2** is a true and correct copy of an article on PhoneArena.com entitled, "Samsung Droid Charge…err, Galaxy S Aviator now available on US Cellular," available at http://www.phonearena.com/news/Samsung-Droid-Charge...err-Galaxy-S-Aviator-now-available-on-US-Cellular_id28804 (last visited Oct. 15, 2013). The article includes photographs of the Galaxy S Aviator and notes that the Galaxy S Aviator is "clearly a re-branded [sic] of the Droid Charge." The Droid Charge was entered into evidence at the first trial as a physical exhibit at JX1025 and remains in the possession of the Court.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition testimony of Samsung designer Bo-ra Kim, taken January 11, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S RESPONSE REGARDING ACTUAL NOTICE
Case No. 11-CV-01846-LHK (PSG)
sf-3344168

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: October 15, 2013          */s/ Harold J. McElhinny*
                                  Harold J. McElhinny

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S RESPONSE REGARDING ACTUAL NOTICE
Case No. 11-CV-01846-LHK (PSG)
sf-3344168

2