# Exhibit 1

NEWS | ABOUT SAMSUNG | CAREERS | NEWSLETTER | MY SAMSUNG | PRODUCT REGISTRATION

**SAMSUNG**

CONSUMER   BUSINESS   CONTENT & SERVICES   SUPPORT   PROMOTIONS   Search

# Samsung Galaxy S Infuse 4G™ | Black

Print-friendly

SGH-I997R    34REVIEWS    1    1    Tweet 4    Like 88

OVERVIEW | FEATURES | TECH SPECS | GALLERY | REVIEWS | SUPPORT

A Dazzling Display.

HD Recording Camcorder

Touchwiz UI

Android™ 2.3 Gingerbread



Email a Friend    Print-friendly

## Product Features   See All

**A Dazzling Display.**

The super responsive 4.5" Super AMOLED Plus touchscreen lets you enjoy a larger than life viewing experience on the go. Enjoy movies, shows, games, apps, browsing and more with rich, vivid colours and crisp clarity.



**HD Recording Camcorder**

Your phone goes everywhere you go. Which means you can capture every memorable moment in stunning high definition. With an HDMI out setting, you can screen all of your on-the-go videos right on your HD TV.

## Specifications   See All

**Platform**
Operation System
- Android 2.3 Preloaded

Browser
- Android Browser

**Size**
Dimension(HxWxD)
- 129.80 x 69.50 x 8.99 mm Handset Size

**Battery**
Standard
- Capacity : 1750 mAh Standard Battery
- Talk Time : Up to 3.5 H HSPA Talk Time and up to 4 H GSM Talk Time
- Stand-by Time : Up to 300 H Standby Time

**Physical Specifications**
Weight
- 128 g Weight

**Display**
External
- Technology : Super AMOLED Plus Display
- Resolution : 800 x 480 Resolution
- Size : 4.52" Display Size

**Camera**
Camera Resolution
- 8.0 MP Main Camera with Flash; 1.3 MP Front camera

Digital/Optical Zoom
- 4x Optical / Digital Zoom

Brightness
- 9 Levels Brightness

Shot mode
- Multi-shot Mode Supported

Photo Effects
- 4 Photo Effects Available



Photo quality settings
3264 x 2448 Maximum Resolution;
640 x 480 Minimum Resolution

## Consumer Ratings & Reviews   See All

**Overall**   features   Performance   Design   Value

"My Favorite Phone By Far"

"A Great Phone For Everyday!"

"Its a great Phone"

Like it? A lot? A little? Tell us.

My love for this phone knows no bounds. Not only is it an excellent phone, but it has the staying power; all my friends talk about dropping their iphones and having a broken screen, while I have dropp...

I love this phone. The larger screen makes playing games, apps, and watching videos a pleasure. The sleek design fits in most of my pockets so I don't see why people think it's too big. It is reliable...

When I first got this phone I didnt think I would Like it but it turns out that I love it. The big screen and fast response is really nice. The features are endless.

If you own one of these we'd like to hear what you think of it.

Read More

Read More

Read More

SUBMIT A REVIEW

D3lirium on 2013-08-26

lm86 on 2013-02-20

GuitarSam on 2013-02-19

## Similar Products   See All

Check to Compare   Check to Compare   Check to Compare   Check to Compare


Galaxy S4 Mini


Samsung Galaxy Mega


GALAXY Ace II e™


Galaxy S4

(0)   (5)   (4)   (35)

## From the App Store   See All

View by   **Hot & New**   |   Featured






| **Sinhala PaniniKeypad IME** | **Cute Kawaii Cakes Live Wallpaper** | **Droid Theme (GO LAUNCHER EX)** | **Christmas Themes** | **Christmas Theme HD** | **Chirstmas Cats (GO LAUNCHER EX)** |
|---|---|---|---|---|---|
| Utilities | Theme | Theme | Theme | Theme | Theme |
| Luna Ergonomics Pvt. Ltd | Erick Kurniawan | Ion Laurentiu | Ion Laurentiu | Felicitas Gallego Gallego | Ion Laurentiu |

**Who We Are**
- About Samsung
- Careers
- News
- Affiliated Companies
- Investor Relations
- Samsung Recycling Direct™
- Hope for Children
- Sign up for our newsletter
- The Samsung Store

**What We Make**

**Mobile**
- Mobile Phones
- Galaxy Note
- ATIV
- Tablets
- Galaxy Camera
- Galaxy Gear

**TV & Video**
- TV
- Blu-ray Players
- Home Entertainment
- Wireless Audio

**Camera & Camcorder**
- SMART Cameras
- Galaxy Camera
- SMART Camcorders

**Computing**
- ATIV
- Chrome Devices
- Monitors
- Printer & Multifunction

**How can we help you?**
- Find product support
- Get downloads
- How-to Guides
- Articles
- Contact us
- Accessibility Help

**Home Appliances**
- Refrigerators
- Washers & Dryers
- Microwaves
- Dishwashers
- Ranges
- Vacuums
- LED Lighting

**Accessories**
- Mobile Accessories
- Tablet Accessories
- TV Accessories
- SMART Camera NX Lenses
- SMART Camera NX Accessories
- SMART Camera Accessories
- Supplies & Accessories
- More Accessories

Search

Canada / English   High bandwidth version   FEEDBACK

Business  Privacy  Legal  Contact Us  Careers  Sitemap

Copyright © 1995-2013 SAMSUNG All rights reserved.