Exhibit 2

phoneArena.com    ALL    SHARE THIS PAGE  FOLLOW US:
Login  Register

| HOME | PHONES | TABLETS | NEWS | REVIEWS | DISCUSSIONS | VIDEOS | TIP US |

Home > News > Samsung Droid Charge...err, Galaxy S Aviator now available on US Cellular

# Samsung Droid Charge...err, Galaxy S Aviator now available on US Cellular

*Posted:* 05 Apr 2012, 13:10, by Scott H.

*Categories:* Samsung + Android +

Share:  Discuss 2   Like 0   Tweet



US Cellular has announced availability of their first 4G LTE handset, the Samsung Galaxy S Aviator. Verizon customers may find the Aviator to be a familiar-looking phone, as it's clearly a re-branded of the Droid Charge, which launched on Verizon early in 2011. While the Charge is no longer considered the cream of the crop on Verizon phones, US Cellular customers can pick the device up for a mere $99.99 after a $100 mail-in rebate (for a limited time), which is a much more attractive deal than $299.99 price that Verizon customers were asked to pony up when it first launched.

US Cellular customers also won't have to wait to see a Gingerbread update like Verizon customers did (though no word on when to expect an ICS update), as the software is one of several features US Cellular highlights, including:

- Android 2.3.6 (Gingerbread)
- 4.3-inch Super AMOLED™ Plus touchscreen
- 8 megapixel rear-facing camera
- Front facing webcam
- HDMI port

Sure, the Aviator doesn't sport the hottest specs in the world, but it's also the only game in town for some. That's the real excitement here; US Cellular is finally offering LTE devices to their customers. For those of you who have been waiting patiently, 4G LTE has finally arrived. If you're chomping at the bit to get an LTE Android handset you may not want to dawdle, as the price will go back up to $199.99 once the initial sale period ends.

source: US Cellular via 9to5Google

Share:  Discuss 2   Like 0   Tweet



LightSquared's hedge fund manager considers bankruptcy 05

LG Uplus is 1st carrier to cover an entire country with 4G LTE  05 Apr

---





POPULAR STORIES


1.  Android 4.4 KitKat update: release date, features and rumors


2.  LG Nexus 5 price leaks; different battery size for each model


3.  Nexus 5 system info screenshots emerge, rehash top shelf specs and 12 GB


4.  Nexus 5 and Android 4.4 screenshots show lockscreen changes and confirm

1    


RECENT ARTICLES


The Google Android fork: Google Play




## FEATURED STORIES



 Apple sends out invites for October 22 event, new iPads incoming

Aviate beta is a fresh take on your Android launcher (Hands-On)

 Rumor talks Nexus 5 price, and possible Nexus 4 LTE model

 The best phablets money can buy in 2013

Apple iPad 5 rumor round-up

Apple iPad 5 to feature Touch ID fingerprint scanner

## 2 COMMENTS

 Options   FOLLOW

posted on  05 Apr 2012, 16:38   2


1. **nnaatthhaannx2** (Posts: 810; Member since: 19 Oct 2011)

... anyone care...?

Didn't think so.

posted on  05 Apr 2012, 17:53


2. **jmoita2** (Posts: 929; Member since: 23 Dec 2011)

Zzzzz...

Want to comment? Please login or register.

---

services, Android 4.4, and the Nexus Experience



Nokia Lumia 1520 specs, release date, price roundup: 6" WP phablet to come with 20 MP camera and 4 HAAC mics



Google, NASA, and D-Wave show us the future with quantum computing

  

## HOT PHONES



Apple iPhone 5s | Samsung Galaxy S4 | LG G2 | Sony Xperia Z1



Samsung Galaxy Note 3    HTC One    Nokia Lumia 1020    Google Nexus 4

## INTERESTING STORIES



1 2

The best phablets money can buy in 2013 | Apple iPad 5 rumor round-up | The Google Android Fork | Microsoft unveils Windows Phone Update 3 | Smartphone fingerprint scanners and their potential | Nokia Lumia 1520 specs, release date and price roundup | Android 4.4 KitKat update: release date, features and rumors | The best 10 Android browsers go toe-to-toe



Home    Discussions
Manufacturers    Videos
Carriers
News
Reviews

Affiliates: Mobile Burn, Speed Guide, Cell Phone Accessories

About Us . Advertise . Contact Us . Database Licensing . Links . **Jobs**

PhoneArena network:

CDN services by:

All content (phone reviews, news, specs, info), design and layouts are Copyright 2001-2013 phoneArena.com. All rights reserved.
Reproduction in whole or in part or in any form or medium without written permission is prohibited!
Privacy . Terms of use . Cookies

View mobile version