# Exhibit 3

```
                                                              Page 1
 1               UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California            )
     corporation,                         )
 5                                        )
                   Plaintiff,             )
 6                                        )
           vs.                            )  No: 11-CV-01846-LHK
 7                                        )
     SAMSUNG ELECTRONICS CO., LTD,        )
 8   a Korean business entity;            )
     SAMSUNG ELECTRONICS AMERICA,         )
 9   INC., a New York corporation;        )
     SAMSUNG TELECOMMUNICATIONS           )
10   AMERICA, LLC, a Delaware             )
     limited liability company            )
11                                        )
                   Defendants.            )
12   _____)
13
14      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16              DEPOSITION OF BO-RA KIM
17              San Francisco, California
18              Wednesday, January 11, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 45307
```

Highly Confidential - Attorneys' Eyes Only

Page 5

1        and with me is Corey Cho.
2             MS. CARUSO:  Margaret Caruso Quinn
3        Emanuel, Urquhart & Sullivan for
4        Defendant Samsung.
5             THE VIDEOGRAPHER:  Would the                09:18
6        reporter please swear the witness and
7        interpreters?
8                  BO-RA KIM
9        Having been duly sworn by the
10       Certified Shorthand Reporter, through the        09:19
11       Korean Interpretes, was examined and
12       testified as follows:
13            THE VIDEOGRAPHER:  Thank you.
14       Please proceed.
15                 EXAMINATION                            09:19
16  BY MR. ZHANG:
17       Q.   Good morning, Mr. Kim.
18       A.   Good morning.
19       Q.   You understand that you're
20  testifying under oath here today?                     09:19
21       A.   Yes, I do.
22       Q.   And at times your attorney will
23  object; however, unless she instructs you not to
24  answer a question, you should answer my questions
25  fully and truthfully.                                 09:19

Highly Confidential - Attorneys' Eyes Only

Page 12

1        Interpreters.)

2             THE WITNESS: Okay. So when it

3        was released, as far as the time frame of

4        release, it was in May of 2011.

5        Q.   And what was your role on the                09:37

6   Infuse 4G project?

7        A.   I handled the work of developing

8   four to be bound for AT&T for the Americas for

9   the Sein model.

10       Q.   Is the Sein model the Galaxy S2            09:38

11  phone?

12            MS. CARUSO: Objection. Vague.

13            THE WITNESS: Yes. That's

14       correct.

15       Q.   For the Dempsey phone, did you             09:39

16  work on its industrial design?

17       A.   Yes, I did.

18       Q.   Were you the lead industrial

19  designer for the Dempsey phone?

20            MS. CARUSO: Objection. Vague.              09:39

21            THE WITNESS: Could you ask me the

22       question again, please?

23       Q.   Were you the lead industrial

24  designer for the Infuse 4G phone?

25            MS. CARUSO: Objection. Vague and           09:40

Page 97

1        I assume you mean other than the other
2        phones identified in this document?
3                (Discussion between
4        Interpreters in Korean.)
5                THE INTERPRETER:  I stand by my                04:03
6        interpretation.
7   BY MR. ZHANG:
8        Q.   Can you answer the question,
9   please?
10       A.   Could that be re-interpreted,                     04:03
11  please.
12       Q.   Let me just ask it again.  Aside
13  from the iPhone 4, do you recall another phone
14  that was used as a benchmark during the
15  development of the Infuse 4G?                               04:03
16               MS. CARUSO:  Objection.  Vague.
17       Lacks foundation.  Calls for speculation,
18       and mischaracterizes the record.
19               THE WITNESS:  Infuse 4G was a
20       derivative design that was to be bound                 04:05
21       for the AT&T of the Americas, and it came
22       from a Sein design.  So at this point,
23       design had been somewhat fixed, and it
24       then was designed as Infused 4G.
25               So at that juncture, there is                  04:05

Highly Confidential - Attorneys' Eyes Only

Page 98

1        hardly any benchmarking of the
2        competitor's companies, where the
3        benchmarking, so that is eliminated or
4        obviated.
5   BY MR. ZHANG:                                              04:06
6        Q.   But obviously in this document the
7   Infuse 4G is being compared against the iPhone 4;
8   is that correct?  On Section 4.2 and Section 4.3?
9             MS. CARUSO:  Objection.  Lacks
10       foundation.                                            04:06
11            THE WITNESS:  As far as the
12       performance or functionality, I think
13       there are some references.
14            MR. ZHANG:  Why don't we take a
15  break, and we'll -- I'll look at my notes, and              04:07
16  we'll try to finish up in the next session.
17            THE VIDEOGRAPHER:  The time is
18       4:08 p.m. and we are off the record.
19            (Recess taken from 4:08 p.m. to
20       4:25 p.m.)                                             04:07
21            THE VIDEOGRAPHER:  The time is
22       4:25 p.m. and we are back on the record.
23  BY MR. ZHANG:
24       Q.   Welcome back, Mr. Kim.  I would
25  like to mark as the next exhibit, a document               04:24

Highly Confidential - Attorneys' Eyes Only

Page 115

1
2  repossessed by Apple's counsel.
3         (Time noted:  5:18 p.m.)
4
5
6
7
8                    _____
9                       BO-RA KIM
10
11
12  Subscribed and sworn to before me
13  This      day of             , 2012.
14  _____
15
16
17
18
19
20
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 116

1       C E R T I F I C A T E

2    STATE OF CALIFORNIA       )

3                              )

4    COUNTY OF SAN FRANCISCO   )

5        I, LINDA VACCAREZZA, a Certified

6    Shorthand Reporter for the State of

7    California, do hereby certify:

8        That BO-RA KIM, the witness whose

9    deposition is hereinbefore set forth, was

10   duly sworn by me and that such deposition

11   is a true record of the testimony given

12   by such witness.

13       I further certify that I am not

14   related to any of the parties to this

15   action by blood or marriage; and that I

16   am in no way interested in the outcome of

17   this matter.

18       IN WITNESS WHEREOF, I have hereunto

19   set my hand this 11th day of January,

20   2012.

21

22   _____

23   LINDA VACCAREZZA, CSR. NO. 10201

24

25