| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S STATEMENT REGARDING DESIGN-AROUND START DATES** <br><br> Date:     October 17, 2013 <br> Time:    1:30 PM <br> Place:   Courtroom 8, 4th Floor <br> Judge:  Hon. Lucy H. Koh |

I, Erik J. Olson, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I make this declaration based on personal knowledge in support of Apple's Response to Samsung's Statement Regarding Design-Around Start Dates.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the August 26, 2013 deposition of Julie Davis.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15th day of October 2013 in Palo Alto, California.

*/s/ Erik J. Olson*
ERIK J. OLSON

OLSON DECL. ISO APPLE'S RESPONSE TO SAMSUNG'S STATEMENT RE DESIGN-AROUND START DATES
Case No. 11-CV-01846-LHK (PSG)
sf-3344202

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: October 15, 2013         /s/ Harold J. McElhinny
                                HAROLD J. MCELHINNY