1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21          Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22      vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26          Defendants. | |

27
28

1  Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Samsung
2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal documents filed in connection with Samsung's Response to Apple's Statement Regarding
5  Capacity Analysis ("Samsung's Response").

**RELIEF REQUESTED**

Samsung requests an order granting its motion to file under seal:

1. Portions of Samsung's Response; and
2. Exhibit 2 to the Declaration of Anthony P. Alden In Support of Samsung's Response ("Exhibit 2").

Samsung's Response and Exhibit 2 contain information that Apple has designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this case. Samsung expects that Apple will file a declaration required by Civil Local Rule 79-5(d) establishing good cause to permit filing under seal.

Samsung's Response discusses and cites to documents that are the subject of currently pending motions to seal.  *See* Dkt. 2527.  Similarly, Exhibit 2 is an excerpt from a document that is subject to a currently pending motion to seal filed by Apple.  *See* Dkt. 2407.

Pursuant to General Order No. 62, Samsung's Response and Exhibit 2 will be lodged with the Court for *in camera* review and served on all parties.

DATED: October 15, 2013        QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP

                               By */s/ Victoria F. Maroulis*
                                   Charles K. Verhoeven
                                   Kevin P.B. Johnson
                                   Victoria F. Maroulis
                                   William C. Price
                                   Michael T. Zeller

                                   Attorneys for SAMSUNG ELECTRONICS CO.,
                                   LTD., SAMSUNG ELECTRONICS AMERICA,
                                   INC. and SAMSUNG
                                   TELECOMMUNICATIONS AMERICA, LLC