1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17              UNITED STATES DISTRICT COURT

18     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| 20          Plaintiff, | **DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S** |
| 21        vs. | **RESPONSE TO APPLE'S STATEMENT REGARDING CAPACITY ANALYSIS** |
| 22 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 23 ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **Date**: October 17, 2013<br>**Time**: 1:30 p.m. |
| 24 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Place**: Courtroom 8, 4th Floor<br>**Judge**: Hon. Lucy H. Koh |
| 25          Defendants. | |
| 26 | |

27

28

1        I, Anthony P. Alden, declare:

2        1.     I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3   counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung

4   Telecommunications America, LLC.  I have personal knowledge of the facts set forth in this

5   declaration and, if called upon as a witness, I could and would testify to such facts under oath.

6        2.     Attached as Exhibit 1 is a true and correct copy of excerpts from the October 10,

7   2013 Transcript of Proceedings.

8        3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the redlined

9   version of Ms. Davis's report that Apple filed in connection with it opposition to Samsung's

10  motion to strike (*see* Dkt. 2407-8).

11       I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los

12  Angeles, California on October 15, 2013.

13

14

                */s/ Anthony P. Alden*

15                 Anthony P. Alden

16

17

18

19

20

21

22

23

24

25

26

27

28

ALDEN DECLARATION ISO SAMSUNG'S RESPONSE TO APPLE'S STATEMENT REGARDING CAPACITY ANALYSIS

1

**ATTESTATION OF E-FILED SIGNATURE**

2

3

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

4

foregoing document.  I hereby attest pursuant to Civil L.R. 5-1(i)(3) that concurrence in the

electronic filing of this document has been obtained from Anthony P. Alden.

5

6

7                                                                    */s/ Victoria F. Maroulis*
                                                               Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALDEN DECLARATION ISO SAMSUNG'S RESPONSE TO APPLE'S STATEMENT REGARDING
CAPACITY ANALYSIS