# EXHIBIT 1

```
 1
 2                       UNITED STATES DISTRICT COURT
 3                      NORTHERN DISTRICT OF CALIFORNIA
 4                             SAN JOSE DIVISION
 5
 6
    APPLE INC., A CALIFORNIA          )   C-11-01846 LHK
 7  CORPORATION,                      )
                                      )   SAN JOSE, CALIFORNIA
 8                  PLAINTIFF,        )
                                      )   OCTOBER 10, 2013
 9            VS.                     )
                                      )   PAGES 1-138
10  SAMSUNG ELECTRONICS CO., LTD.,    )
    A KOREAN BUSINESS ENTITY;         )
11  SAMSUNG ELECTRONICS AMERICA,      )
    INC., A NEW YORK CORPORATION;     )
12  SAMSUNG TELECOMMUNICATIONS        )
    AMERICA, LLC, A DELAWARE          )
13  LIMITED LIABILITY COMPANY,        )
                                      )
14                  DEFENDANTS.       )
                                      )
15                                    )
                                      )
16
17               TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
18             UNITED STATES DISTRICT JUDGE
19
20
21               APPEARANCES ON NEXT PAGE
22
23
24
25  OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
                                CERTIFICATE NUMBER 8074
```

1    WAS NOT UNTIL DEPOSITION WHEN IN QUESTIONING WE LEARNED THAT
2    SHE IS NOW RELYING ON THIS INVENTORY THAT THEY NEVER RELIED ON
3    BEFORE.
4            MR. MCELHINNY:  THEY DIDN'T DISCOVER IT BECAUSE, AS
5    REQUIRED BY THE COURT, THE OPINION THAT SHE EXPRESSED IS
6    IDENTICAL TO THE OPINION THAT MR. MUSIKA EXPRESSED IN HIS
7    REPORT.
8        AND THEY HAVE CROSS-EXAMINATION THAT THEY WANT TO CARRY
9    OUT ON HER, HAVE AT IT.  BUT THE OPINIONS THAT SHE EXPRESSED
10   ARE THE SAME.  THE TIME PERIOD HAS SHIFTED.  THE NUMBER OF
11   PHONES HAS BEEN REDUCED.  AND, AGAIN, WE DON'T KNOW HOW THE
12   JURY ATTRIBUTED CAPACITY ISSUES IN THE PRIOR VERDICT, BUT WE'RE
13   DEALING WITH A DIFFERENT NUMBER OF PHONES HERE.
14           MS. MAROULIS:  YOUR HONOR, WE NEVER HAD DISCOVERY
15   THIS ALLEGED INVENTORY THAT MS. DAVIS IS NOW RELYING ON.  IT
16   WOULD BE PROBABLY UNFAIR FOR US TO BE CONFRONTED WITH THIS
17   OPINION.
18           MR. MCELHINNY:  HOW CAN THEY SAY THAT?  IT WAS AN
19   EXHIBIT AT TRIAL AND IT WAS AN EXHIBIT TO HER REPORT.  THEY
20   HAVE TAKEN HER DEPOSITION.  HOW CAN A LAWYER STAND HERE --
21           THE COURT:  WHAT WAS THE TRIAL EXHIBIT NUMBER FOR
22   THIS DOCUMENT?
23           MR. MCELHINNY:  26 -- OH, THE TRIAL EXHIBIT?
24           THE COURT:  I DON'T THINK IT'S 26F.
25           MS. KREVANS:  IT'S PART OF EXHIBIT 25.

1        MR. MCELHINNY:  PART OF EXHIBIT 25, YOUR HONOR.

2        THE COURT:  IT WAS ADMITTED AT TRIAL?

3        MR. MCELHINNY:  NO.  WHAT WAS THE EXHIBIT AT TRIAL?

4        MS. KREVANS:  25A-1.

5        MR. MCELHINNY:  25A-1.

6        THE COURT:  DO YOU DISPUTE THAT IT WAS AN EXHIBIT
7   ADMITTED AT TRIAL?

8        MS. MAROULIS:  NO, YOUR HONOR.  THE EXHIBIT WAS
9   ADMITTED IN FACT, BUT MS. DAVIS CHANGED MR. MUSIKA'S OPINION ON
10  CAPACITY AND INVENTORY AND IT'S A BRAND NEW OPINION.

11       MR. MCELHINNY:  WELL, IT'S BRAND NEW BECAUSE THE
12  DATE HAS CHANGED.

13       MS. MAROULIS:  NO, YOUR HONOR, THAT'S NOT THE CASE.
14  THERE'S NOTHING IN MUSIKA'S REPORT OR HIS TESTIMONY THAT
15  PUTS FORWARD THIS OPINION REGARDING INVENTORY AND FILLING IN
16  THE CAPACITY.  THERE ARE VERY CLEAR ADMISSIONS DURING TRIAL
17  THAT THERE WAS ZERO CAPACITY ON THE IPHONE 4.

18       MR. MCELHINNY:  TO BE CLEAR, THEY CAN HAVE THIS LINE
19  OF CROSS-EXAMINATION AND THEY CAN CROSS-EXAMINE THIS WITNESS
20  WITH MR. MUSIKA'S TESTIMONY.  THEY HAVE ALL OF THE FACTS.  THE
21  FACTS HAVE ALWAYS BEEN IN THE RECORD.  THE OPINIONS HAVE ALWAYS
22  BEEN IN THE RECORD.

23       WE'RE NOT ASKING TO ACCEPT HER OPINION ON IT.

24       THE COURT:  WELL, LET ME ASK IF I WERE TO ALLOW
25  MS. DAVIS TO REVISE HER CAPACITY CONCLUSION TO INCLUDE CHANGES

1   FROM THE NOTICE DATE CHANGING, BUT NOT ALLOWING HER TO VOTE ALL
2   OF APPLE'S MANUFACTURING CAPACITY TO THE PHONES THAT ARE IN
3   THIS CASE, WOULD YOU NEED ANOTHER DEPOSITION OR WHAT?
4              MS. MAROULIS:  LET ME CONSULT MY TEAM, YOUR HONOR,
5   BUT IT WOULD BE A NEW OPINION DEPARTURE FROM PRIOR ANALYSIS.
6              THE COURT:  BUT HOW WOULD YOU LIKE -- WOULD YOU WANT
7   THIS TO BE THE EXHIBIT THEN?  HOW WOULD YOU LIKE ME TO DEAL
8   WITH THIS?  I WANT PROBLEM SOLVING HERE.  I AGREE WITH YOU, SHE
9   SHOULDN'T BE ALLOWED TO USE MAXIMUM CAPACITY.
10             MS. MAROULIS:  SHE SHOULD NOT BE ABLE TO TESTIFY
11  THAT APPLE HAS CAPACITY NOW.  THIS EXHIBIT HAS ALREADY BEEN
12  ADMITTED SO WE CANNOT IN THIS PARTICULAR INSTANCE CHALLENGE
13  THIS PARTICULAR EXHIBIT, BUT SHE CANNOT GIVE OPINIONS THAT
14  APPLE HAD CAPACITY BECAUSE IT'S A MAJOR, MAJOR CHANGE FROM THE
15  LAST TRIAL.
16             THE COURT:  OKAY.  AND THIS EXHIBIT SAYS NO EXCESS
17  UNUSED CAPACITY FROM SECOND QUARTER FISCAL YEAR 2010 THROUGH
18  QUARTER ONE --
19             MS. MAROULIS:  YOUR HONOR, IT'S ROUGHLY JUNE THROUGH
20  OCTOBER OF 2010.
21             THE COURT:  SO IT'S Q3 AND Q4 OF FISCAL YEAR 2010?
22             MS. MAROULIS:  YES, YOUR HONOR.
23             THE COURT:  IT DOES SAY ZERO.
24             MR. MCELHINNY:  EXCUSE ME.  YOUR HONOR, YOU HAVE TO
25  LOOK AT -- DO I HAVE OTHER COPIES?