QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S BRIEF ON EVIDENCE OF COPYING AND DEMAND**<br><br>Trial Date: November 12, 2013<br>Pre-trial Conf.: October 17, 2013<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

I, Anthony P. Alden, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Karan Singh, taken April 26, 2012.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition transcripts of Greg Joswiak, taken February 23-24, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of Samsung's First Amended Rule 30(b)(6) Deposition Notice to Apple, Inc., dated January 30, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Apple's counsel to Samsung's counsel, dated February 11, 2012, regarding Mark Buckley's Rule 30(b)(6) designation.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of Mark Buckley, taken February 23, 2012.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition of Timothy Benner, taken February 22, 2012. Portions designated by Apple in Dkt 1294-1 at page 3 are highlighted in yellow.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on October 15, 2013.

        */s/ Anthony P. Alden*
        Anthony P. Alden

**E-FILING SIGNATURE ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Anthony P. Alden.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis