# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1      UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3    _____
4    APPLE INC., a California       )
     corporation,                   )
5                                   )
            Plaintiff,               )
6                                   )
        vs.                         ) Case No.
7                                   ) 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO.,       )
8    LTD., a Korean business        )
     entity; SAMSUNG ELECTRONICS    )
9    AMERICA, INC., a New York      )
     corporation; SAMSUNG           )
10   TELECOMMUNICATIONS AMERICA,    )
     LLC, a Delaware limited        )
11   liability company,             )
                                    )
12           Defendants.             )
     _____
13
       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15    VIDEOTAPED DEPOSITION OF KARAN SINGH, PH.D.
16            Redwood Shores, California
17             Thursday, April 26, 2012
18                    Volume I
19
20
21   Reported by:
     Danielle de Gracia
22   CSR No. 13650
23   Job No. 143641
24
25   PAGES 1 - 285

Page 134

1   that they would intend to use rather than ask for
2   some functionality that is meaningless to them.  So
3   that is the evidence that I have.
4       Q    Have you ever seen anybody use a Samsung
5   smart phone or tablet computer in a way that would       03:33:55
6   practice the method claims of the '163 patent?
7       A    Outside of my own testing?
8       Q    Outside of your own testing.
9       A    No.
10      Q    Have you ever seen any surveys prepared          03:34:17
11  where people were asked if they used Samsung smart
12  phones or tablets in a way that would infringe the
13  method claims of the '163 patent?
14      A    You are asking me whether -- whether service
15  such as this, as you described, exist or if I have       03:34:44
16  personally seen such a survey?
17      Q    The latter.
18      A    The latter?  No, I have not.
19      Q    Now, you're infringement analysis for the
20  '163 patent is limited to the browser application; is    03:34:59
21  that correct?
22      A    My analysis is detailed in the -- in the
23  infringement report.  The detailed analysis, yes, is
24  limit -- is based on the browser application.
25      Q    Did you do an analysis on any other              03:35:24