# EXHIBIT 2

CONFIDENTIAL BUSINESS INFORMATION

1   UNITED STATES INTERNATIONAL TRADE COMMISSION

2       WASHINGTON, D.C.

3 In the Matter of      )

4             )

5 CERTAIN ELECTRONIC DEVICES, ) NO. 337-TA-794

6 INCLUDING WIRELESS     )

7 COMMUNICATION DEVICES,   )

8 PORTABLE MUSIC AND DATA   )

9 PROCESSING DEVICES AND   )

10 TABLET COMPUTERS     )

11 ----------------------------

12

13

14        ***

15    CONFIDENTIAL BUSINESS INFORMATION

16        ***

17

18   VIDEOTAPED DEPOSITION OF GREG JOSWIAK

19     PALO ALTO, CALIFORNIA

20    THURSDAY, FEBRUARY 23, 2012

21

22

23  Reported By:

24  Yvonne Fennelly, CCRR, CSR No. 5495

25  JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 56

1    do you consider yourself well versed in

2    technical matters?

3            MR. JACOBS:  Objection to form,

4    vague.

5            THE WITNESS:  Yes, two pieces to            10:55AM

6    that.  So technical communications was something

7    I was responsible for, things like tech notes or

8    programming magazine that my organization put

9    out.

10           I have a high-level understanding of         10:55AM

11   technical topics, given my education and my job,

12   but I'm certainly not an engineer.

13   BY MS. MAROULIS:

14       Q.   Have you written any portions of any

15   software at Apple as part of your job?              10:55AM

16       A.   Thank goodness, no.

17       Q.   Do you read code?

18       A.   I do not.

19       Q.   When did you start working on iPod?

20           MR. JACOBS:  Objection to form.             10:56AM

21           So actually, maybe we should -- are

22   you just asking his personal background now and

23   when he personally started getting involved in

24   the iPod project?

25           MS. MAROULIS:  Yeah, I'm asking his         10:56AM

CONFIDENTIAL BUSINESS INFORMATION

Page 127

1          MR. JACOBS:  Objection to form.

2          THE WITNESS:  I think it's Econ 101,

3     we're selling in a competitive market and

4     competitors have an impact on your sales.

5     BY MS. MAROULIS:                              12:35PM

6          Q.   Does Apple try to correlate which

7     competitor had what impact on its market share?

8          MR. JACOBS:  Objection to form.

9          THE WITNESS:  We look, again, at

10    where competitors, how competitors are doing in    12:35PM

11    the market.  It's not always easy to draw a

12    direct line as to say, this caused that, but

13    certainly, you can see who's doing well and

14    who's not and use your intuition to understand,

15    to connect the dots.                              12:35PM

16    BY MS. MAROULIS:

17         Q.   Does Apple have any evidence that

18    Samsung's products released in this case caused

19    a market share drop to Apple?

20         MR. JACOBS:  Objection to form.          12:36PM

21         THE WITNESS:  To complete the thought

22    from the prior question, certainly, we would see

23    in the Android space that the handset provider

24    that is doing the best is Samsung.  They have

25    significantly outgrown the other two competitors   12:36PM

CONFIDENTIAL BUSINESS INFORMATION

Page 128

1  that I mentioned, being HTC and Motorola in the

2  Android space.  And so certainly, you know, them

3  doing well, and one might argue it's, you know,

4  and argue the sales report would suggest the two

5  largest smartphone providers are Apple and                    12:36PM

6  Samsung, that there is a lot of competition

7  going on for customers between the two of us.

8  BY MS. MAROULIS:

9      Q.    Does Apple have specific evidence

10  that Samsung's devices being sold caused Apple               12:36PM

11  to lose market share?

12          MR. JACOBS:  Objection to form.

13          THE WITNESS:  As I said, sometimes it

14  can be hard to get a report that draws that

15  complete line.  Certainly, we saw that, for                   12:37PM

16  example, in the quarter that I mentioned, the

17  third calendar quarter, where our market share

18  was down, that Samsung did particularly well.

19  Certainly, there was anecdotal evidence, and in

20  some places, country evidence of them doing well              12:37PM

21  at our expense.

22  BY MS. MAROULIS:

23      Q.    What anecdotal evidence are you

24  referring to?

25      A.    When we talk to partners, channel                   12:37PM

CONFIDENTIAL BUSINESS INFORMATION

Page 132

1    losses.  But normally, again, no one can

2    directly draw the line between those two dots

3    with any sort of report and say, gosh, if this

4    customer didn't buy this, then, for sure, they

5    would have bought that.                          12:41PM

6         Q.    So the insight and intuition you're

7    referring to is that of Mr. Casanova, not of the

8    carriers?

9         A.    It could be both.

10        Q.    Are you aware of any specific          12:41PM

11   conversations where the carrier took that

12   position?

13        A.    As I said, I don't track his specific

14   conversations he's relaying to me, conversations

15   that he's been part of.                          12:41PM

16        Q.    So sitting here today, as a corporate

17   designee of Apple, you're not aware of any

18   concrete evidence that a carrier said that

19   Samsung's gains were due to Apples' losses by a

20   person?                                          12:41PM

21             MR. JACOBS:  Objection.

22             THE WITNESS:  Again, I can't quote

23   you a transcript or a specific date of a

24   conversation, no.

25   BY MS. MAROULIS:                                 12:41PM

CONFIDENTIAL BUSINESS INFORMATION

Page 133

1       Q.    So the answer is no, you don't have

2    direct evidence?

3             MR. JACOBS:  Objection to form.

4             THE WITNESS:  No, I don't have a

5    specific conversation to note to you.              12:41PM

6    BY MS. MAROULIS:

7       Q.    You also mentioned that you have

8    country-by-country evidence; is that right?

9       A.    No, I said sometimes that emerges on

10   a county-by-country basis.  For example, in        12:41PM

11   Korea, which is obviously the home country of

12   Samsung, is the only country that didn't see

13   significant growth with the iPhone 4S.

14   Certainly, we know, again, from these types of

15   conversations, that Samsung has been very          12:42PM

16   aggressive in selling against us in Korea, and

17   as a result, the iPhone 4S has not grown there

18   to expectations.

19            MR. JACOBS:  Would this be a good

20   time for a lunch break?                            12:42PM

21            MS. MAROULIS:  Can I ask one more

22   question?

23            MR. JACOBS:  Sure.

24            MS. MAROULIS:  Maybe two.

25            MR. JACOBS:  Two.                          12:42PM

CONFIDENTIAL BUSINESS INFORMATION

Page 134

1    BY MS. MAROULIS:

2         Q.    Do you have any specific evidence

3    that Samsung's gains in the market did not come

4    from sources other than Apple?

5         A.    I'm sorry, repeat that.              12:43PM

6         Q.    Let me rephrase that.

7              Does Apple have any evidence that

8    Samsung's market share gains in the market did

9    not come from other competitors, other than

10   Apple?                                          12:43PM

11        A.    Again, as I stated, Samsung has been

12   the strongest growth of any of the Android

13   handset providers.  I'm sure that would mean

14   that some of their growth also came from their

15   competition, others selling Android as well.    12:43PM

16        Q.    And Apple hasn't done a study showing

17   whether Samsung's gain in the market came from

18   Apple versus its other competitors?

19        A.    Not one that I'm aware of at least.

20             MS. MAROULIS:  Okay.                  12:43PM

21             Now we can take a lunch break.

22             THE WITNESS:  Good.  I'm starving.

23             THE VIDEOGRAPHER:  We are off the

24   record at 12:43 p.m.

25             (Luncheon recess taken at 12:42 p.m.)

CONFIDENTIAL BUSINESS INFORMATION

Page 141

1          MS. MAROULIS:  And, Counsel, not to

2    argue, but I believe the witness's designation

3    does include products, documents regarding

4    competitor analysis in one or more of these

5    topics.                                        01:38PM

6          THE WITNESS:  So there may be other

7    organizations I can think of, again, engineering

8    have been measured browser speed by comparison

9    as well as particular side-by-side example.

10   BY MS. MAROULIS:                               01:38PM

11       Q.    Now, why does Apple do this

12   competitor analysis?

13       A.    Well, the example I brought up there

14   in browser speed is because at a particular

15   time, it was an issue in the press as to whose  01:38PM

16   browser on their phones were faster than the

17   other, and as you make improvements, you want to

18   show that you are now faster.

19       Q.    So one goal would be to disprove

20   claims in the press or prove something           01:39PM

21   different?

22       A.    Sometimes it's not disproving.  It

23   may be the case that, at some point in time,

24   competition was faster, and now we have a new

25   software release, for example, and now we're    01:39PM

CONFIDENTIAL BUSINESS INFORMATION

Page 142

1    faster.

2         Q.    What would be other reasons for doing

3    competitor comparison analysis?

4         A.    Again, thickness of a product,

5    appearance of our products are very important to          01:39PM

6    us.  When the iPhone 4 came out, for example, it

7    was the thinnest smartphone.  We had to do

8    competitive research to make sure that was the

9    case.

10        Q.    Any other reasons?                              01:39PM

11        A.    When we're developing a product, for

12   example, we might look at sound quality, what

13   you sound like on the phone, what people sound

14   like to you, and compare that to competitive

15   devices to make sure that we're creating the        01:40PM

16   best phone.

17        Q.    Any other reasons you can think of?

18             MR. JACOBS:  Objection to form,

19   scope.

20             THE WITNESS:  I think those are        01:40PM

21   typical of the same general kind of theme as

22   we're trying to figure out how to be best at

23   what we do.  So to do your best, you've got to

24   kind of benchmark against what's out there.  If

25   you give me time, I can probably think of some        01:40PM

CONFIDENTIAL BUSINESS INFORMATION

Page 143

1    other ones that are all along that same vein.

2    BY MS. MAROULIS:

3        Q.    When Apple conducts these types of

4    competitive analysis, does Apple ever do that

5    with the intention of copying the competitor        01:40PM

6    products?

7        A.    No.  We're not much of -- at least

8    not to my knowledge, we're not a copying kind of

9    place.

10       Q.    And the creation of these competitor        01:40PM

11   documents doesn't mean that Apple has interest

12   in copying; right?

13            MR. JACOBS:  Objection to form.

14            THE WITNESS:  Again, as I stated, the

15   reason for my group doing this is generally how     01:41PM

16   we can market something as being the best and/or

17   understand if something is going to be competing

18   with our best claims.

19   BY MS. MAROULIS:

20       Q.    I'm going to show you what's been          01:41PM

21   marked as Exhibit 6 for identification.

22            And for the record, it's a one-page

23   document with the production range

24   APL7940004187872, and it appears to be an e-mail

25   between Haining Zhang of Apple -- Haining Zhang     01:41PM

CONFIDENTIAL BUSINESS INFORMATION

Page 150

1          MR. JACOBS:  Objection to form.

2          THE WITNESS:  Their goal would be to

3     make things faster, as a general statement, and

4     you'd have to look at each specific case and

5     say, is that possible given what we, for                01:48PM

6     example, the radio we're using.

7     BY MS. MAROULIS:

8          Q.    And if the area in which they were

9     lagging competition was thinness of the device,

10    the goal would be to make it thinner; correct?          01:48PM

11         MR. JACOBS:  Objection to form.

12         THE WITNESS:  Again, our goal is to

13    have amazing products, and thinness is part of

14    it.  We like when we can be the thinnest, but it

15    isn't always the only goal that we have.                01:48PM

16    BY MS. MAROULIS:

17         Q.    But if that were the attribute in

18    which Apple would lag in the competition, the

19    response to the competitor attributes would be

20    to make the device thinner; correct?                    01:49PM

21         MR. JACOBS:  Objection to form.

22         THE WITNESS:  It's possible it would.

23    It depends on what it would take to make it

24    thinner and are you willing to make those

25    choices to do that.                                     01:49PM

CONFIDENTIAL BUSINESS INFORMATION

Page 152

1           THE WITNESS:  That's what I'm worried

2      about.

3           MS. MAROULIS:  That's not my intent.

4      BY MS. MAROULIS:

5           Q.   So this e-mail is dated 2008;        01:50PM

6      correct?

7           A.   Uh-huh.

8           Q.   Speaking only with respect to issued

9      products, what were the areas in which Apple

10     sought to improve itself vis-à-vis its           01:50PM

11     competitors?

12          MR. JACOBS:  Objection to form.

13          THE WITNESS:  In 2008, and, again,

14     maybe I can keep it into the context even of the

15     e-mail that's in front of me in the group.  I    01:50PM

16     think we were wrestling with a couple issues;

17     one is how to get the best 3G performance, data

18     performance we could, not just faster radios,

19     but getting the most speed we could out of a

20     radio, and then because we could control the     01:51PM

21     entire system, you know, how do we transform

22     that to get the fastest throughput, the fastest

23     performance on the device given the network we

24     were on.

25          The other part, as I mentioned           01:51PM

CONFIDENTIAL BUSINESS INFORMATION

Page 153

1    earlier, were call drops, for example, we wanted

2    to make sure that we were better than the

3    competition on the same network as far as

4    holding phone calls.  Some are out of your

5    control.  It's just the network, but you                    01:51PM

6    generally would benchmark yourself against other

7    phones to see on the same drive path, for

8    example, how many times did you drop versus how

9    many times did they drop, how do we improve

10   that.                                                       01:51PM

11   BY MS. MAROULIS:

12       Q.    So, for example, in the call drops,

13   you were benchmarking yourself against other

14   companies and seeking to exceed their results;

15   correct?                                                    01:52PM

16       A.    That would be typical of what we

17   would do.  Again, I don't have the specific

18   recollection, other than this e-mail that you've

19   put before me.

20            MS. MAROULIS:  I'm going to show you             01:52PM

21   a couple of documents that are going to be

22   marked as Exhibits 7 and 8 for identification.

23            (Documents respectively marked as

24            Exhibit 7 and Exhibit 8 for

25            identification.)                                  01:52PM

CONFIDENTIAL BUSINESS INFORMATION

Page 181

1    that we have a particular battery advantage.

2    For background audio, again, we have a

3    responsiveness win in the approach that we do it

4    and a battery life win.

5            For task finishing, again, we would        02:52PM

6    have a battery life win in our approach since

7    they just allow apps to just always be running.

8            Location, we just discussed.

9        Q.   And, again, this type of benchmarking

10   allows Apple to improve its products; right?       02:52PM

11       A.   Yeah, this wasn't so much

12   benchmarking.  Benchmarking is actual test

13   running.  It again would appear to be the

14   engineering understanding, our approach versus a

15   competitor's approach, which is in this case       02:53PM

16   mostly around battery life, which is a better

17   approach for battery life.

18       Q.   And understanding competitors'

19   approach is an important business objective;

20   correct?                                            02:53PM

21           MR. JACOBS:  Objection to form.

22           THE WITNESS:  Being the best at what

23   we do is most important, and in this particular

24   case, we were trying to ensure that we delivered

25   the best battery life for our competitors --       02:53PM

CONFIDENTIAL BUSINESS INFORMATION

Page 182

1    over our competitors, and so it was showing that

2    in the area of multitasking, especially in each

3    area of each multitasking we were going to

4    implement, I would ensure that we're going to

5    still deliver the best battery life.            02:53PM

6    BY MS. MAROULIS:

7        Q.    And so to ensure that you continue to

8    deliver the best battery life, it is important

9    to understand what competitors are doing; right?

10       A.    If you're going to be the best at       02:53PM

11   something, you have to know what your

12   competition is doing.

13       Q.    You can set that document aside.

14             I'm going to show you what's been

15   marked as Exhibit 17.  It's a document with the   02:54PM

16   production range APL7940014663269 through 3279.

17             And it appears to be a multi-page

18   chart that may have been a continuous

19   spreadsheet or not.

20             Please take a look and let me know if   02:54PM

21   you recognize it.

22       A.    I do not recognize it.

23       Q.    Is that a spreadsheet that would have

24   been put together by the marketing group?

25             MR. JACOBS:  Objection; the document    02:57PM

CONFIDENTIAL BUSINESS INFORMATION

Page 227

1    referencing or the reports are done by third

2    parties.  I don't know if we do a specific one

3    or not.  I certainly don't follow it in the

4    tablet space.

5        Q.    Has retention rates of Apple been        04:11PM

6    affected in any way over the past year by

7    Samsung?

8        A.    I don't know data one way or the

9    other.

10       Q.    You don't have any data to support       04:11PM

11   that?

12       A.    I don't have data -- yeah, either

13   plus or minus -- pro or con to that, at least

14   that I'm aware of.

15       Q.    Let's take a look at Exhibit 30.         04:11PM

16            It's a document with a production

17   range APLNDC0001324949 through 4951.

18            Have you seen this document before?

19       A.    Give me a minute.

20            Okay.                                     04:14PM

21            I'm ready.

22       Q.    Do you recollect seeing this document

23   previously?

24       A.    I don't recall it specifically.  I'm

25   sure I did, but I don't recall it.                 04:14PM

CONFIDENTIAL BUSINESS INFORMATION

Page 236

1   research around what customers like and don't

2   like, and then secondary research we talked

3   about as well.  So I'm sure if we're getting

4   some of those, those are some of the touch

5   points.                                          04:23PM

6       Q.    So you're generally aware of user

7   experience and customer experience with respect

8   to the products you're responsible for?

9       A.    I certainly have some awareness, you

10  know, I always wish it were, you know, even      04:24PM

11  more, but we try to stay up on things.

12      Q.    Does Apple have any evidence of

13  instances where consumers confuse the Samsung

14  phone with an Apple phone?

15          MR. JACOBS:  Objection to form.          04:24PM

16          THE WITNESS:  Do we have data or a

17  study, are you asking?

18  BY MS. MAROULIS:

19      Q.    I'm asking for any evidence, so maybe

20  we could start with the studies.                 04:24PM

21      A.    Repeat the question, then, please.

22      Q.    Is Apple aware of any instances of

23  consumers confusing a Samsung phone for an Apple

24  phone?

25      A.    So actually thinking that the Samsung   04:24PM

CONFIDENTIAL BUSINESS INFORMATION

Page 237

1    was an Apple; is that the form of the question?

2         Q.    Correct.

3         A.    I don't have any data to that effect.

4         Q.    Are you aware of any studies that

5    Apple conducted to test that proposition, again,      04:24PM

6    outside litigation?

7              MR. JACOBS:  You're asking --

8              THE WITNESS:  I'm unaware of any.

9    BY MS. MAROULIS:

10        Q.    When you say you're not aware of any,       04:25PM

11   do you know that they don't exist or you don't

12   know one way or another?

13        A.    Well, I can never know when something

14   doesn't exist if I don't know of it.  I

15   certainly am unaware of anything in that area.       04:25PM

16        Q.    As a person designated by Apple for

17   topics of confusion, did you take it upon

18   yourself to investigate whether such actual

19   confusion ever occurred?

20        A.    In that, I'm aware of our exhaustive      04:25PM

21   report of our research, that was not something

22   listed in our research that we had done, and in

23   my capacity, had it been done, I would hope I

24   would have seen it, but it's not something I've

25   seen.                                                04:25PM

CONFIDENTIAL BUSINESS INFORMATION

Page 240

1    immediate line of responsibilities?

2         A.    It's possible, but not definite.

3         Q.    Are you aware of anyone buying an

4    iPad or iPad 2 thinking it was Galaxy Tab?

5         A.    I'm unaware of that.                    04:28PM

6         Q.    Has Apple done any studies or surveys

7    outside litigation that suggests that people

8    buying Samsung products think they look like

9    Apple products?

10             MR. JACOBS:   Think they?              04:28PM

11   BY MS. MAROULIS:

12        Q.    Look like Apple products.

13             Let me rephrase that to say phones,

14   since you're a phone guy.

15        A.    Okay.                                  04:28PM

16             So let's repeat the whole thing, if

17   we could, then.

18        Q.    Has Apple done any studies or surveys

19   outside litigation that suggest that consumers

20   buying Samsung phones think they look like Apple   04:29PM

21   phones?

22        A.    I'm unaware of any reports of that

23   nature.

24        Q.    Does Apple, typically, outside

25   litigation context, conduct research to see        04:29PM

CONFIDENTIAL BUSINESS INFORMATION

Page 257

BY MS. MAROULIS:

Q.    I asked you whether you were aware of any consumers thinking that competitors' devices had icons that were similar in look to Apple devices.                                                 04:59PM

A.    Individual icons?

Q.    Yes.

A.    I don't.  I don't recall any specific evidence to that effect.

Q.    Has Apple ever tested the strength of        04:59PM
the icons, the strength of the market for the icons outside the litigation context?

A.    The strength of the -- repeat the question.

Q.    Has Apple ever conducted any studies      04:59PM
to test the strength of consumer association between Apple and the specific icon on Apple's products?

A.    I'm unaware of a specific study to that effect.  Certainly, our intuition is, as       04:59PM
you had me apply earlier, would be that people recognize those as iPhone icons or Apple's icons.

Q.    But you don't have any specific evidence to back that up; right?                         05:00PM

CONFIDENTIAL BUSINESS INFORMATION

Page  263

1    copying?

2         A.    Uh-huh.  He's a very smart nine year

3    old.

4         Q.    But other than your child, do you

5    have any other --                                    05:07PM

6         A.    I think many of us have read many

7    accounts in the press.  I think some of which

8    we've noted of people who have noted a strange

9    similarity.

10         Q.    Do you have any evidence that any      05:08PM

11    consumer was confused by the layout of Samsung's

12    icons into thinking that the product was Apple's

13    product?

14         A.    Again, I'll restate what I said

15    earlier, which was not calling Samsung a           05:08PM

16    counterfeiter, as a matter of fact, that's not

17    the way I view it, at least.  It's not that

18    they're counterfeiting, but they're creating a

19    copy that's similar enough that some customers

20    can believe they're buying something that's very   05:08PM

21    much like the iPhone instead of the iPhone

22    remaining distinctive and that I think we,

23    again, we see everything from anecdotals to

24    press accounts to our own intuition.

25         Q.    What evidence do you have aside from    05:09PM

CONFIDENTIAL BUSINESS INFORMATION

Page 264

1    Apple's intuition or press stories that there is

2    what you refer to as loss of distinctiveness?

3        A.    Again, I think it's very clear even

4    in our anecdotal conversations with people we

5    know, people who are amazed that the appearance          05:09PM

6    of some of these phones is so similar to ours.

7        Q.    Has Apple done any studies that would

8    suggest that?

9        A.    I don't remember any studies, one way

10   or the other, on that.                                   05:09PM

11           MR. JACOBS:   And outside of

12   litigation, of course.

13   BY MS. MAROULIS:

14       Q.    Whenever I'm asking you about

15   studies, I don't mean surveys that your counsel          05:09PM

16   is currently running.

17       A.    And I understand that.

18       Q.    All right.

19           So what you just testified about does

20   not refer to any actual studies or surveys or            05:10PM

21   research, outside litigation, that Apple had

22   done in its ordinary course of business?

23       A.    Not any formal research, no more

24   about us, again, trying to stay abreast of

25   what's going on in the market.                           05:10PM

CONFIDENTIAL BUSINESS INFORMATION

Page 274

1  something that was very unique and distinctive

2  in the market, and we, over the course of a

3  couple years, grew to a very high market share,

4  and you heard me talk about in the U.S. our

5  market share grew to over 70 percent and remains          05:21PM

6  over 70 percent today.

7          Largely, that was the case, because

8  no one made a successful copy of the iPod and it

9  remained very distinctive as far as the gold

10 standard for music players.                                05:21PM

11         The iPhone, in the smartphone market,

12 was copied, and as a result, instead of it

13 having that same luxury, if you will, that the

14 iPod had of being very distinctive and alone in

15 the way it looks and what it does, as a                    05:22PM

16 marketing professional, the intuition is that

17 some of the differences there are there -- it's

18 just too easy for a customer to think they're

19 getting something very similar to an iPhone, and

20 they buy an alternative; whereas, in the iPod              05:22PM

21 market, that didn't happen.

22     Q.    Other than your intuition as a

23 long-time marketing professional, do you or

24 Apple have any evidence of actual dilution?

25     A.    I'm unaware of any study outside of             05:22PM

CONFIDENTIAL BUSINESS INFORMATION

Page 275

1    legal to that effect.

2        Q.    Is there any evidence of loss of

3    distinctiveness on behalf of Apple's customers,

4    of Apple products?

5        A.    Again, marketing didn't commission a          05:23PM

6    study to that effect, so anything I would offer

7    you would be my intuition as a marketing

8    professional.

9        Q.    Does Apple have any evidence that it

10   lost customers to Samsung as a result of what          05:23PM

11   you suggest as a loss of distinctiveness?

12       A.    Again, other than the obvious

13   intuition, we have no studies that we've

14   commissioned, one way or the other, that would

15   offer a pro or con to that position.                   05:23PM

16       Q.    So sitting here today, you're not

17   aware of a single customer that Apple lost due

18   to alleged Samsung actions?

19            MR. JACOBS:  Objection to form.

20            THE WITNESS:  Again, I was speaking            05:24PM

21   to do we have any studies or data to that

22   effect, and, like I said, we have not

23   commissioned any reports or studies to that

24   effect.

25   ///

CONFIDENTIAL BUSINESS INFORMATION

Page 286

1    we're going to celebrate that first and

2    foremost, here's how beautiful the product is,

3    you know, it's new and thin, you know, how thin

4    it is, how beautiful it is, the materials we've

5    used, the look of it.  It's a very important              05:38PM

6    aspect of a new product.  And if it isn't a new

7    design, somewhere up front, I have to explain

8    why it's not.

9              Then I'm trying mostly to explain new

10   features, when we create a new product.  What           05:38PM

11   makes it new and different than the product that

12   preceded it.  I'm trying my best, usually in

13   these things, to try to create something that's

14   around the experience versus just specs.

15             I don't want to just, you know, end           05:39PM

16   up with just specs; although, sometimes we do

17   need to declare specs.  I've tried my best to

18   keep the marketing of iPhones and iPods

19   different than marketing a personal computer or

20   a Mac.                                                   05:39PM

21             I try as much as possible to stay

22   away from ingredients, say, with frequencies of

23   chips and processors, and, you know, try to keep

24   it as, again, as much about the experience as

25   possible, and something that can speak to the           05:39PM

CONFIDENTIAL BUSINESS INFORMATION

Page 290

1    sure, but it's not as much of a standard, if you

2    will, as to how we introduce a product as to

3    highlight the design itself.

4        Q.    In promoting the product, do you

5    emphasize how comfortably it fits in the hand?        05:43PM

6        A.    It's happened over time.  I

7    remember that was something we talked about,

8    certainly with press, at the very least, with

9    the iPhone 3G at least.  But, again, it depends

10   on the product.                                       05:43PM

11       Q.    In promoting iPhone or iPad, do you

12   emphasize how light it is such that it can be

13   taken anywhere with you?

14            MR. JACOBS:  Objection to scope.

15            THE WITNESS:  Again, I can't answer          05:44PM

16   on the iPhone side.  I wouldn't have connected

17   those two statements.  We might -- generally not

18   even -- I can't remember.  I know we've talked

19   about the weight too much of an iPhone.  We

20   might have, but it's not coming to mind.              05:44PM

21            Certainly, we've talked about the

22   thinness of the product, and, again, as we

23   talked about this morning, thinness is important

24   because we think thinner products look better.

25   You know, and there's an excitement that goes         05:44PM

CONFIDENTIAL BUSINESS INFORMATION

Page 291

1    with that.  And --

2    BY MS. MAROULIS:

3        Q.    In promoting Apple's products, do you

4    emphasize price point?

5        A.    You have to talk about something          05:44PM

6    about how much something costs, you know.  When

7    people are making a value consideration, they

8    obviously have to know how much they're going to

9    have to pay for the new product.

10              It's usually near the end, for           05:44PM

11   example, of a launch presentation, we will have

12   shown the design, the new features, you know,

13   hopefully some demos, how it works, and one of

14   the last things we talk about is pricing, P&A

15   it's called, pricing and availability, how much    05:45PM

16   some things cost and when it will be available.

17       Q.    So the pricing does appear in some of

18   the advertisements?

19       A.    I was talking about the launch

20   presentation, the on-stage launch presentation.    05:45PM

21              On our TV ads, I don't remember us,

22   at least any time recently, talking about

23   pricing in TV ads.  Certainly, at some of the

24   point of purchase display stuff, would highlight

25   the features and there might be some price.         05:46PM

CONFIDENTIAL BUSINESS INFORMATION

Page 297

1    Inc., for example, would help us kind of create,

2    on occasion create something for our stores or

3    if we're going to create something at a launch

4    venue that needs some design work.  They are

5    relatively small contractors like that, but MAL          05:51PM

6    is the only large scale agency that we work

7    with.

8             MR. JACOBS:  And just to be clear,

9    are you asking U.S. only still?

10            MS. MAROULIS:  Yes.                              05:51PM

11            THE WITNESS:  Assuming that's U.S.

12            MS. MAROULIS:  Yes, I am.

13   BY MS. MAROULIS:

14       Q.   Does Mr. Rangel's group or another

15   organization of Apple measure consumer reaction          05:52PM

16   to various ads and other promotional efforts?

17            MR. JACOBS:  Objection to form.

18            THE WITNESS:  I don't believe he

19   does.

20   BY MS. MAROULIS:                                          05:52PM

21       Q.   Is there any other way in which Apple

22   tests the effectiveness of its advertising?

23       A.   MAL may do some stuff on their own.

24   I'm not sure.  That's outside of Apple

25   marketing.  Those things are also fairly               05:52PM

CONFIDENTIAL BUSINESS INFORMATION

Page 298

1      difficult to measure.

2          Q.    To the extent MAL does it, would they

3      report to you such that you would be aware of

4      it?

5          A.    Considering I haven't seen those          05:53PM

6      reports, I wouldn't say either they're not or

7      they're not creating those reports.

8                MS. MAROULIS:  It's about

9      6:00 o'clock.  I think we've been going for an

10     hour, so I suggest we break for the day; is that   05:53PM

11     acceptable?

12               THE WITNESS:  Your call.

13               MS. MAROULIS:  I'm at a good place to

14     stop.

15               MR. JACOBS:  Let's go off the record,     05:53PM

16     and I'll check with her.

17               THE VIDEOGRAPHER:  We are off the

18     record at 5:53 p.m.

19               (Recess taken.)

20

21

22     /////

23

24

25

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 366

```
 1    of their purchase?                                       10:53

 2            MR. JACOBS:  Objection.  Compound.               10:53

 3            THE WITNESS:  The same answer as before.  I      10:53

 4    wouldn't put a lot of stock in a qualitative.  I believe 10:53

 5    that speed can be an important thing, but as a key issue 10:53

 6    as the most important I would have a difficult time with 10:54

 7    that statement.                                          10:54

 8            MS. MAROULIS:  Do you see that this particular    10:54

 9    survey concluded that a fast internet access was a key   10:54

10    need?                                                    10:54

11        A.   I see that's what the slide says.               10:54

12        Q.   The survey also lists other needs to the right? 10:54

13    Do you see that?                                         10:54

14        A.   I do.                                           10:54

15        Q.   And there's six different entries.              10:54

16        Is that correct?                                     10:54

17        A.   That's what I see.                              10:54

18        Q.   And attractive design appears on the very       10:54

19    bottom of the list.                                      10:54

20        Do you see that?                                     10:54

21        A.   I see that's what the list says.                10:54

22        Q.   So in this particular survey, the surveyed      10:54

23    customers ranked "Attractive design" at the bottom of   10:54

24    their other needs?                                       10:54

25            MR. JACOBS:  Objection.  Form.                   10:54
```

CONFIDENTIAL BUSINESS INFORMATION
ATTORNEYS' EYES ONLY PURSUANT TO THE PROTECTIVE ORDER

Page 473

1    Q.   We also saw data showing that Samsung is        14:59

2  selling to consumers that used to be with RIM, correct?  14:59

3    A.   Same for us.                                       14:59

4    Q.   But there is no determinative way to say that     14:59

5  Samsung is selling to consumers that otherwise would     14:59

6  have bought Apple products?                              14:59

7    A.   As I stated, I don't have data to that effect.    14:59

8    Q.   And again, with respect to sales in Korea,        14:59

9  there's no direct evidence that any of those purchasers   14:59

10  would have purchased Apple products, right?             15:00

11       MR. JACOBS:   Objection.   Form.                   15:00

12       THE WITNESS:   Again, historically whenever we     15:00

13  released the new iPhone in Korea, since the time we     15:00

14  started selling in Korea, it's done very well.  This is  15:00

15  the first time that our sales increase hasn't been what  15:00

16  we would expect in Korea.                               15:00

17       MS. MAROULIS:   Still, you cannot correlate it     15:00

18  directly to sales by Samsung, correct?                  15:00

19    A.   As I stated, my understanding of the situation  15:00

20  does reflect upon Samsung's activities in the market.   15:00

21    Q.   Those alleged activities are limited to Korea,   15:00

22  right?                                                   15:00

23    A.   The ones I was specifically talking to were in   15:00

24  relation to Korea, correct.                             15:00

25    Q.   Mr. Joswiak, I don't have any further questions  15:00