# EXHIBIT 6

1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5   APPLE INC., a California        )
    Corporation,                    )
6                                    )
            Plaintiff,               )
7                                    )
    vs.                              )No. 11-CV-01846-LHK
8                                    )
    SAMSUNG ELECTRONICS CO., LTD. , a )
9   a Korean business entity;       )
    SAMSUNG ELECTRONICS AMERICA,     )
10  INC., a New York corporation;   )
    SAMSUNG TELECOMMUNICATIONS        )
11  AMERICA, LLC, a Delaware   )
    limited liability company,       )
12                                   )
            Defendants,              )
13  _____   )

14

15       HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

16            DEPOSITION OF TIMOTHY BENNER

17            WEDNESDAY, FEBRUARY 22, 2012

18

19

20

21

22

23

24   REPORTED BY:  JUDIE A. NICHOLAS, CSR NO. 12229

25   JOB NO:  46809

30

```
 1     now I've kind of forgotten what the first part of     09:37
 2     the question was.                                      09:37
 3            MR. ROBINSON:  Q.  We have to start             09:37
 4     somewhere with this deposition.                        09:37
 5            I'm trying to get STA's testimony               09:37
 6     regarding something you agree you're here to           09:37
 7     testify about, which is the importance of physical     09:37
 8     appearance to consumers of smartphones.                09:38
 9            Now, do you agree with me you're here to        09:38
10     give testimony on behalf of STA on that subject        09:38
11     matter?                                                09:38
12        A.  I do agree to that.                             09:38
13        Q.  Please explain to me, as you would to the      09:38
14     jury, in simple terms, STA's position on whether       09:38
15     the physical appearance of a smartphone is or is       09:38
16     not an important factor in consumer purchasing         09:38
17     decisions.                                             09:38
18        A.  I would say --                                  09:38
19            MS. CARUSO:  Objection:  Calls for a           09:38
20     narrative; compound and vague.                         09:38
21            THE WITNESS:  I would say that physical         09:38
22     appearance is a factor in the decision -- purchase     09:38
23     decisions.  I cannot rate the relative importance      09:38
24     across all of consumers because it varies in           09:38
25     importance by consumer group or segment.               09:38
```

Benner, Timothy 2-22-12

37

```
 1    relative importance.  It is an aspect.          09:45

 2         Q.  Isn't it true, Mr. Benner, that surveys    09:46

 3    that Samsung had received show that the single most  09:46

 4    important reason why consumers purchase a            09:46

 5    particular smartphone brand is because they like     09:46

 6    its overall physical appearance?                     09:46

 7         MS. CARUSO:  Objection:  Mischaracterizes      09:46

 8    the record; lacks foundation.                        09:46

 9         THE WITNESS:  Can you show me which             09:46

10    surveys you're referring to?                         09:46

11         MR. ROBINSON:  Q.  Do you -- did you            09:46

12    understand the question, sir?                        09:46

13         A.  I did understand the question.             09:46

14         Q.  Do you not know how to answer the question  09:46

15    without looking at a document?                       09:46

16         A.  I have many surveys which show different   09:46

17    things among different consumer groups, so I cannot  09:46

18    answer the question as phrased because it is too     09:46

19    broad.                                               09:46

20         Q.  Can you name, sir, one survey that Samsung  09:47

21    has received which shows that the physical           09:47

22    appearance of a particular smartphone -- strike      09:47

23    that.                                                09:47

24         Mr. Benner, can you name a single survey        09:47

25    which Samsung has received that shows that the       09:47
```

17, 18, 19

38

| | | |
|---|---|---|
| 1 | physical appearance of a smartphone is unimportant | 09:47 |
| 2 | to consumer purchasing behavior? | 09:47 |
| 3 | MS. CARUSO:  Objection:  Vague. | 09:47 |
| 4 | THE WITNESS:  I cannot. | 09:47 |
| 5 | MR. ROBINSON:  Q.  Why is that, sir? | 09:47 |
| 6 | A.  Because appearance is an aspect of choice | 09:47 |
| 7 | in almost every decision. | 09:47 |
| 8 | Q.  Are there any surveys, to your knowledge, | 09:47 |
| 9 | that show the physical appearance of a smartphone | 09:47 |
| 10 | is not an important consideration driving consumer | 09:47 |
| 11 | purchases of smartphones? | 09:47 |
| 12 | MS. CARUSO:  Objection:  Asked and | 09:47 |
| 13 | answered, and vague. | 09:47 |
| 14 | THE WITNESS:  I answered that question. | 09:47 |
| 15 | That was the same question. | 09:47 |
| 16 | MR. ROBINSON:  Q.  And your answer was no; | 09:47 |
| 17 | is that right? | 09:47 |
| 18 | MS. CARUSO:  Objection:  Mischaracterizes | 09:47 |
| 19 | the prior testimony. | 09:47 |
| 20 | THE WITNESS:  My answer was no to the | 09:47 |
| 21 | previous question. | 09:47 |
| 22 | MR. ROBINSON:  Q.  The answer is no, you | 09:47 |
| 23 | can't think of a single survey which shows that the | 09:48 |
| 24 | physical appearance of a smartphone is unimportant | 09:48 |
| 25 | to consumer purchasing decisions; is that right? | 09:48 |

20, 21, 22

```
1    you?                                               09:55

2         A.  Yes, I do.                                09:55

3         Q.  Do you recognize this document?           09:55

4         A.  Yes, I do.                                09:55

5         Q.  What is it?                               09:55

6         A.  It is a report by a third-party, J.D.     09:55

7    Powers and Associates, 2009 Wireless Smartphone    09:55

8    Satisfaction Study, Volume I.                      09:56

9         Q.  For the record, Exhibit 1593 is entitled  09:56

10   2009 Wireless Consumer Smartphone Satisfaction     09:56

11   Study, Volume I, Bates SAMNDCA00190144 through      09:56

12   190243.                                            09:56

13        Is Exhibit 1593 a true and correct copy of    09:56

14   the J.D. Powers and Associates 2009 Wireless       09:56

15   Consumer Smartphone Satisfaction Study?            09:56

16        MS. CARUSO:  Objection:  Lacks foundation.    09:56

17        THE WITNESS:  As far as I can tell it is,     09:56

18   but I would have to compare it to my own copy.  But 09:56

19   I don't see any reason to believe it is not.       09:56

20        MR. ROBINSON:  Q.  Sir, do you understand     09:57

21   that documents were produced from your files in    09:57

22   this litigation?                                   09:57

23        A.  Yes.  That's why I said I don't see any   09:57

24   reason to say it's not.                            09:57

25        Q.  Did you have any role in selecting which  09:57
```

56

| | | |
|---|---|---|
| 1 | the record and vague. | 10:27 |
| 2 | THE WITNESS:  I disagree.  It does not say | 10:27 |
| 3 | that. | 10:27 |
| 29, 30, 31  4 | MR. ROBINSON:  Q.  Could you turn, please, | 10:27 |
| 5 | to page an 52 of this document, SAMNDCA00190195. | 10:27 |
| 6 | A.  I'm sorry, which page? | 10:27 |
| 7 | Q.  52 of this report.  The Bates number at | 10:27 |
| 8 | the bottom, 190195. | 10:27 |
| 9 | A.  Yes, 52. | 10:27 |
| 32, 33, 34  10 | Q.  You understand that what's being depicted | 10:27 |
| 11 | in this chart that you see is the results of a | 10:27 |
| 12 | consumer survey done by J.D. Powers relating to | 10:27 |
| 13 | smartphones? | 10:27 |
| 14 | A.  Correct. | 10:27 |
| 15 | Q.  And this is an online survey; is that | 10:27 |
| 16 | correct? | 10:27 |
| 17 | A.  Yes. | 10:27 |
| 18 | Q.  Do you know approximately what the sample | 10:27 |
| 19 | size is? | 10:28 |
| 20 | A.  I could look.  It's in the front of the | 10:28 |
| 21 | page. | 10:28 |
| 22 | Q.  Does about 2,000 sound about right? | 10:28 |
| 23 | A.  Sounds about right. | 10:28 |
| 35, 36, 37  24 | Q.  And do you see at the top it says "Reason | 10:28 |
| 25 | for choosing hand set brand"? | 10:28 |

57

1        A.  Yes.                                    10:28

2        Q.  What do you see is the number one reason   10:28

3    listed on the chart for why consumers chose a hand   10:28

4    set brand?                                    10:28

5        MS. CARUSO:  Objection:  Vague;           10:28

6    mischaracterizes the record.                  10:28

38, 39, 40, 41  7        THE WITNESS:  There is no numeric titles   10:28

8    beside them.  The highest percentage is 46, which   10:28

9    is design and style.                          10:28

10       MR. ROBINSON:  Q.  And you get that all      10:28

11   the way on the top of this chart; is that correct?   10:28

12       A.  Yes.  However, this is a multiple select,   10:28

13   and, again, these are aspects of choice that go   10:28

14   together.  It is not a single -- none of these are   10:28

15   exclusive of each other.                      10:28

16       Q.  Do you disagree that nearly half of all   10:28

17   respondents of this survey said that the reason for   10:28

18   choosing a hand set brand was they liked its   10:28

19   overall design and style?                     10:29

20       A.  I disagree with the way you phrased the   10:29

21   question.                                     10:29

22       Q.  Do you disagree with the content?      10:29

23       A.  Yes.                                   10:29

24       Q.  Why?                                   10:29

25       A.  Because it is -- you said "the" reason.   10:29

Benner, Timothy 2-22-12

```
 1        A.  Correct.  Well, no.  Actually, it's not      10:30

 2   tied for last place because, again, it just means     10:30

 3   that fewer people selected it.                         10:30

 4        MR. ROBINSON:  I'd like to have this              10:30

 5   marked as Exhibit 1594 a J.D. Powers and Associates   10:30

 6   report entitled 2011 Wireless Smartphone              10:30

 7   Satisfaction Study, Bates number SAMNDCA10246338.     10:30

 8                (Exhibit No. 1594 marked               10:30

 9                 for identification.)                  10:30

10        Do you have Exhibit 1594 front of you?          10:31

11        A.  Yes.                                         10:31

12        Q.  Is Exhibit 1594 a true and correct copy of  10:31

13   a J.D. Powers survey relating to smartphones?         10:31

14        A.  It appears to be.                            10:31

15        Q.  Do you recognize this document?             10:31

16        A.  Yes.                                         10:31

17        Q.  Did STA purchase this document from J.D.    10:31

18   Powers?                                               10:31

19        A.  Yes.                                         10:31

20        Q.  Was Exhibit 1594 among the consumer         10:31

21   surveys that STA maintains in the ordinary course    10:31

22   of its business?                                      10:31

23        MS. CARUSO:  Objection:  Vague.                 10:31

24        THE WITNESS:  What do you mean by               10:31

25   "maintains?"                                          10:31
```

Benner, Timothy 2-22-12

45, 46, 47

1         MR. ROBINSON:   Q.   Does STA keep these    10:31

2  documents in its files somewhere?    10:31

3     A.   Yes.    10:31

4     Q.   And is Exhibit 1594, in fact, a document    10:31

5  that STA keeps in its files?    10:31

6         MS. CARUSO:   Objection:   Vague.    10:31

7         THE WITNESS:   To the best of my knowledge,    10:32

8  yes.    10:32

9         MR. ROBINSON:   Q.   Now, you said earlier    10:32

10  that the 2011 J.D. Powers Survey incorporated --    10:32

11  would you agree with me that -- actually, I can't    10:32

12  remember what you said about the reliability or the    10:32

13  improvement of the J.D. Powers studies over time,    10:32

14  and I believe you said that the 2011 was improved    10:32

15  versus the 2009.    10:32

16     A.   Yes.    10:32

17     Q.   Could you please turn to Bates number    10:32

18  SAMNDCA10246395.   This is page 58 of this document.    10:32

19         Let me know when you're there?    10:32

20      (Document reviewed by witness.)    10:32

21     A.   I'm there.    10:32

22     Q.   Do you see a similar chart that looks like    10:32

23  a 2009 study that says "Reasons for choosing hand    10:32

24  set brand"?    10:32

25     A.   Yes.    10:32

```
 1        Q.  What is the criteria at the top?  Could          10:32
 2   you read that for me, and the percentage into the          10:33
 3   record.                                                     10:33
 4        A.  Liked overall design/style, 45.                   10:33
 5        Q.  Thank you.                                        10:33
 6            And do you see Operating System Platform          10:33
 7   on this survey?                                            10:33
 8        A.  I do.                                             10:33
 9        Q.  Is it down towards the bottom?                    10:33
10        A.  Down towards the bottom.                          10:33
11        Q.  With about 20 percent?                            10:33
12        A.  That is correct.                                  10:33
13        Q.  Does this mean that 45 percent of the            10:33
14   respondents said that the reason for choosing a            10:33
15   handset brand because they liked the style?               10:33
16        A.  No.  It says "a" reason.                          10:33
17        Q.  Thank you.                                        10:33
18            With that clarification, do you see touch         10:33
19   screen on this list?                                       10:33
20        A.  Yes.                                              10:33
21        Q.  And do you see that it says 43 percent           10:33
22   near it?                                                   10:33
23        A.  I do see that.                                    10:33
24        Q.  Do you disagree that consumers ranked            10:33
25   highly the physical appearance of a smartphone?           10:34
```

48, 49, 50 (line 13)

51, 52, 53 (line 24)

64

| | | |
|---|---|---|
| 1 | dated 2006.  I started at STA in 2007. | 10:37 |
| 2 | Q.  Could you please turn to the Bates page | 10:37 |
| 3 | numbered SAMNDCA00248762? | 10:37 |
| 4 | A.  What's the actual page on that?  Are these | 10:37 |
| 5 | numbers -- | 10:37 |
| 6 | Q.  I'm not sure if it has actual page | 10:37 |
| 7 | numbers, so I'll probably just be -- | 10:37 |
| 8 | A.  It does. | 10:37 |
| 9 | MS. CARUSO:  It's page 21. | 10:37 |
| 10 | THE WITNESS:  Thank you. | 10:37 |
| 11 | MR. ROBINSON:  Q.  Do you see up at the | 10:37 |
| 12 | top it says "Design is a Key Driver That Gets | 10:38 |
| 13 | Phones Noticed At Point of Purchase and Delivers | 10:38 |
| 14 | Functional and Emotional Benefits"? | 10:38 |
| 15 | A.  I do see that. | 10:38 |
| 16 | Q.  Do you agree or disagree with the | 10:38 |
| 17 | statement? | 10:38 |
| 18 | MS. CARUSO:  Objection:  Vague as to time. | 10:38 |
| 19 | THE WITNESS:  This document was produced | 10:38 |
| 20 | in 2006, so my response to this document is that it | 10:38 |
| 21 | was produced before I was at STA.  I received a | 10:38 |
| 22 | large number of files from my predecessor, so this | 10:38 |
| 23 | was most likely in her files.  This is not a | 10:38 |
| 24 | document which I have ever read nor seen. | 10:38 |
| 25 | MR. ROBINSON:  Court reporter, could you | 10:38 |

63, 64, 65 (lines 2-3)
66, 67, 68 (lines 11-15)
69, 70 (lines 19-25)

73

| | | |
|---|---|---|
| 1 | of a key driver, rather than the key driver. | 10:49 |
| 2 | Design is an issue we consider.  I would not | 10:49 |
| 3 | consider it to be "the key," so my answer would be | 10:49 |
| 4 | STA does not believe that design is "the" key | 10:49 |
| 5 | driver. | 10:49 |
| 6 | Q.  Are you referring to, under HHP, of the | 10:49 |
| 7 | picture of the phone, looks like the iPhone? | 10:49 |
| 8 | MS. CARUSO:  Objection:  Mischaracterizes | 10:49 |
| 9 | the record. | 10:49 |
| 10 | THE WITNESS:  There's nothing that looks | 10:49 |
| 11 | like the iPhone on that page. | 10:49 |
| 12 | MR. ROBINSON:  Q.  You don't think that | 10:49 |
| 13 | the phone depicted next to HHP looks like an | 10:49 |
| 14 | iPhone? | 10:49 |
| 15 | MS. CARUSO:  Objection:  Asked and | 10:49 |
| 16 | answered; argumentative; mischaracterizes the | 10:49 |
| 17 | record. | 10:49 |
| 18 | MR. ROBINSON:  Q.  What does HHP mean? | 10:49 |
| 19 | A.  Handheld phone. | 10:49 |
| 20 | Q.  And do you see underneath in red print it | 10:49 |
| 21 | says "Design (Stylish)," do you see that? | 10:49 |
| 22 | A.  I do see that. | 10:49 |
| 23 | Q.  Does that mean that headquarters | 10:49 |
| 24 | identified the Design (Stylish) as a strategic | 10:49 |
| 25 | driver? | 10:50 |

82, 83, 84 (line 20)

74

 1        A.   It does mean that headquarters identified        10:50

 2   it as such.                                                10:50

 3        Q.   Does -- do you see where it says "Easy to        10:50

 4   Use"?                                                      10:50

 5        A.   I do see that.                                   10:50

 6        Q.   What -- what is meant by "Easy to Use" in        10:50

 7   this context?                                              10:50

 8        A.   I honestly could not tell you that.             10:50

 9        Q.   Do you see on the next page, page 9 --           10:50

10        A.   Yes.                                             10:50

11        Q.   Bates 245853, it says at the top, Meanings      10:50

12   of Global Strategic Attributes, do you see that?          10:50

13        A.   Yes.                                             10:50

14        Q.   And under the box that says HHP, it says        10:50

15   "Stylish Design, Trendy Design."                          10:50

16        A.   I do see that.                                   10:50

17        Q.   It also says "Easy to Use"?                     10:50

18        A.   Yes.                                             10:50

19        Q.   And it also says "High Quality, Trusted         10:50

20   Platform and Application & Tech," do you see that?        10:50

21             MS. CARUSO:  Objection:  Mischaracterizes       10:50

22   the record.                                                10:50

23             THE WITNESS:  I do see it.                       10:50

24             MR. ROBINSON:  Q.  I guess literally it         10:50

25   says "Trusted perform in Application & Tech;" is           10:50

112

1    back, please.                                    11:57

2           THE REPORTER:  Question:  "Was it one of   11:57

3    Samsung's objectives at this time to launch a     11:57

4    product with touch screen ability to directly     11:57

5    compete with the iPhone?"                         11:57

6           THE WITNESS:  As expressed in this         11:58

7    document, that is a possibility.                  11:58

8           MR. ROBINSON:  Q.  Was that, in fact, what 11:58

9    Samsung was considering at this time?             11:58

10          MS. CARUSO:  Objection:  Beyond the scope.  11:58

11          THE WITNESS:  If it was in this document,   11:58

12   it was most likely considered.  We considered all 11:58

13   possibilities, or we like to think that.          11:58

14          MR. ROBINSON:  Q.  Can you turn to page 6,  11:58

15   Bates-labeled SAMNDCA00251513.  Do you see up at   11:58

16   the top where it says Samsung short/medium term    11:58

17   plan?                                             11:58

18       A.  I'm sorry, I think I'm on the wrong page.  11:58

19       Q.  Page 8.                                    11:58

20          MS. CARUSO:  You said 6.                    11:58

21          MR. ROBINSON:  Q.  Did I?  I'm sorry.       11:58

22          Looking at Bates 251513.                    11:58

23       A.  Yes.                                       11:58

24       Q.  What was Samsung's -- what is depicted on  11:58

25   this page?                                        11:59

1        MS. CARUSO:  Objection:  Vague.                    11:59

2        THE WITNESS:  Can you clarify what you're          11:59

3    asking, because there's a lot of things on this        11:59

4    page.                                                  11:59

5        MR. ROBINSON:  Q.  You are here to --              11:59

6        A.  No, I understand that.                         11:59

7        Q.  I just want to make clear that you're here     11:59

8    to testify regarding the substantive content of        11:59

9    this document as well, okay?                           11:59

10       A.  Yes.                                            11:59

11       Q.  SO what is the substantive content being       11:59

12   portrayed here on this page, page 251513?              11:59

13       MS. CARUSO:  Objection:  Vague.                    11:59

14       THE WITNESS:  In this page, it looks at            11:59

15   product short term, medium term plans, which is a      11:59

16   possible strategy being expressed as an option of      11:59

17   what to do regarding product.  It's fairly vague       11:59

18   and high level, so there's no definitive plan.  But    12:00

19   it's a high level.                                     12:00

20       MR. ROBINSON:  Q.  Down at the bottom              12:00

21   where it says "Samsung is addressing areas that        12:00

22   have limited value driving capabilities," did that     12:00

23   refer to Samsung's current product line as of 2008?    12:00

24       A.  In this case I'm not sure what exactly it      12:00

25   is referring to.  It looks like that it is             12:00

114

1    referring to a lot of different features.                    12:00

2          Q.  To the best of Samsung's knowledge and            12:00

3    information, were the features depicted on this              12:00

4    page, browser/user interface display and other,             12:00

5    were those areas of high value driving consumer             12:00

6    demand for smartphones following the release of the         12:00

7    3G iPhone?                                                   12:00

8               MS. CARUSO:  Objection:  Vague; compound.        12:00

9               THE WITNESS:  In my opinion, this is a --        12:00

10   a lot of these, or all of these in combination make         12:01

11   up, again, issues or items that consumers consider.         12:01

12              MR. ROBINSON:  Q.  Was the touch screen,         12:01

13   in particular the multi-finger touch screen, an             12:01

14   important driver of consumer purchasing decisions           12:01

15   following the launch of the 3G iPhone?                      12:01

16              MS. CARUSO:  Objection:  Beyond the scope;       12:01

17   vague.                                                       12:01

18              THE WITNESS:  As I stated earlier, it is         12:01

19   an element of decision making, and I'm not going to         12:01

20   testify to the multi-touch, just to the touch              12:01

21   screen, because I don't remember ever asking about          12:01

22   multi-touch.                                                 12:01

23         Q.  You don't remember asking about                   12:01

24   multi-touch?                                                 12:01

25         A.  In a survey.                                      12:01

1       Q.  In a survey.  So there are -- so STA has       12:01

2    no consumer survey relating to the multi-touch       12:02

3    screen aspects of smartphones?       12:02

4            MS. CARUSO:  Objection:  Vague.       12:02

5            THE WITNESS:  Again, in my knowledge, in       12:02

6    the things that I do, I don't specifically ask       12:02

7    about multi-touch.       12:02

8            MR. ROBINSON:  Q.  On page 9, the next       12:02

9    page, Bates 251514, it says at the top "Product:       12:02

10   Samsung strengths do not translate well to touch."       12:02

11           Do you see that?       12:02

12       A.  I do see that.       12:02

13       Q.  What is meant by the sentence, "In the       12:02

14   touch segment differentiated IDs have little       12:02

15   utility"?       12:02

16       A.  In this case, it means that in the touch       12:02

17   segments that form factor or differentiated ideas       12:02

18   in terms of like flip and things like that are not       12:03

19   as big an issue for touch screen.       12:03

20       Q.  What does "ID" refer to?       12:03

21       A.  Identification.       12:03

22       Q.  Identification.  What's an example of ID?       12:03

23       A.  It would be something like candy bar or       12:03

24   slider or touch, or all of these different things.       12:03

25       Q.  I see.  And these are referring to the       12:03