1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20         Plaintiff, | **DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S RESPONSE TO APPLE'S BRIEF ON EVIDENCE OF COPYING AND DEMAND** |
| 21      vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Trial Date:  November 12, 2013<br>Pre-trial Conf.:  October 17, 2013 |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| 25         Defendants. | |

26

27

28

1  I, Anthony P. Alden, declare:

2  1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Karan Singh, taken April 26, 2012.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition transcripts of Greg Joswiak, taken February 23-24, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of Samsung's First Amended Rule 30(b)(6) Deposition Notice to Apple, Inc., dated January 30, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Apple's counsel to Samsung's counsel, dated February 11, 2012, regarding Mark Buckley's Rule 30(b)(6) designation.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of Mark Buckley, taken February 23, 2012.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition of Timothy Benner, taken February 22, 2012.  Portions designated by Apple in Dkt 1294-1 at page 3 are highlighted in yellow.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los Angeles, California on October 15, 2013.

*/s/ Anthony P. Alden*
Anthony P. Alden

-1-  Case No. 11-cv-01846-LHK
DECLARATION OF ANTHONY P. ALDEN ISO SAMSUNG'S RESPONSE TO APPLE'S BRIEF ON EVIDENCE
OF COPYING AND DEMAND

**E-FILING SIGNATURE ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Anthony P. Alden.

 */s/ Victoria F. Maroulis*
Victoria F. Maroulis