# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3   _____
 4   APPLE INC., a California      )
     corporation,                  )
 5                                 )
             Plaintiff,            )
 6                                 )
        vs.                        ) Case No.
 7                                 ) 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO.,      )
 8   LTD., a Korean business       )
     entity; SAMSUNG ELECTRONICS   )
 9   AMERICA, INC., a New York     )
     corporation; SAMSUNG          )
10   TELECOMMUNICATIONS AMERICA,   )
     LLC, a Delaware limited       )
11   liability company,            )
                                   )
12           Defendants.           )
     _____
13
        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15    VIDEOTAPED DEPOSITION OF KARAN SINGH, PH.D.
16             Redwood Shores, California
17             Thursday, April 26, 2012
18                    Volume I
19
20
21   Reported by:
     Danielle de Gracia
22   CSR No. 13650
23   Job No. 143641
24
25   PAGES 1 - 285
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 134

1   that they would intend to use rather than ask for
2   some functionality that is meaningless to them.  So
3   that is the evidence that I have.
4       Q   Have you ever seen anybody use a Samsung
5   smart phone or tablet computer in a way that would     03:33:55
6   practice the method claims of the '163 patent?
7       A   Outside of my own testing?
8       Q   Outside of your own testing.
9       A   No.
10      Q   Have you ever seen any surveys prepared        03:34:17
11  where people were asked if they used Samsung smart
12  phones or tablets in a way that would infringe the
13  method claims of the '163 patent?
14      A   You are asking me whether -- whether service
15  such as this, as you described, exist or if I have    03:34:44
16  personally seen such a survey?
17      Q   The latter.
18      A   The latter?  No, I have not.
19      Q   Now, you're infringement analysis for the
20  '163 patent is limited to the browser application; is 03:34:59
21  that correct?
22      A   My analysis is detailed in the -- in the
23  infringement report.  The detailed analysis, yes, is
24  limit -- is based on the browser application.
25      Q   Did you do an analysis on any other           03:35:24