# EXHIBIT 6

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4


 5    APPLE INC., a California          )
      Corporation,                      )
 6                                      )
              Plaintiff,                )
 7                                      )
      vs.                               )No. 11-CV-01846-LHK
 8                                      )
      SAMSUNG ELECTRONICS CO., LTD. ,   )
 9    a Korean business entity;         )
      SAMSUNG ELECTRONICS AMERICA,      )
10    INC., a New York corporation;     )
      SAMSUNG TELECOMMUNICATIONS        )
11    AMERICA, LLC, a Delaware   )
      limited liability company,        )
12                                      )
              Defendants,                )
13    _____    )

14

15         HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

16                DEPOSITION OF TIMOTHY BENNER

17                WEDNESDAY, FEBRUARY 22, 2012

18

19

20

21

22

23

24    REPORTED BY:  JUDIE A. NICHOLAS, CSR NO. 12229

25    JOB NO:  46809
```

```
 1    now I've kind of forgotten what the first part of      09:37
 2    the question was.                                       09:37
 3           MR. ROBINSON:  Q.  We have to start              09:37
 4    somewhere with this deposition.                         09:37
 5           I'm trying to get STA's testimony                09:37
 6    regarding something you agree you're here to            09:37
 7    testify about, which is the importance of physical     09:37
 8    appearance to consumers of smartphones.                 09:38
 9           Now, do you agree with me you're here to        09:38
10    give testimony on behalf of STA on that subject        09:38
11    matter?                                                 09:38
12         A.  I do agree to that.                            09:38
13         Q.  Please explain to me, as you would to the     09:38
14    jury, in simple terms, STA's position on whether       09:38
15    the physical appearance of a smartphone is or is       09:38
16    not an important factor in consumer purchasing         09:38
17    decisions.                                              09:38
18         A.  I would say --                                 09:38
19           MS. CARUSO:  Objection:  Calls for a            09:38
20    narrative; compound and vague.                          09:38
21           THE WITNESS:  I would say that physical         09:38
22    appearance is a factor in the decision -- purchase    09:38
23    decisions.  I cannot rate the relative importance     09:38
24    across all of consumers because it varies in          09:38
25    importance by consumer group or segment.               09:38
```

```
 1   relative importance.  It is an aspect.                    09:45
 2        Q.  Isn't it true, Mr. Benner, that surveys          09:46
 3   that Samsung had received show that the single most       09:46
 4   important reason why consumers purchase a                 09:46
 5   particular smartphone brand is because they like          09:46
 6   its overall physical appearance?                          09:46
 7            MS. CARUSO:  Objection:  Mischaracterizes        09:46
 8   the record; lacks foundation.                             09:46
 9            THE WITNESS:  Can you show me which              09:46
10   surveys you're referring to?                              09:46
11            MR. ROBINSON:  Q.  Do you -- did you             09:46
12   understand the question, sir?                             09:46
13        A.  I did understand the question.                   09:46
14        Q.  Do you not know how to answer the question       09:46
15   without looking at a document?                            09:46
16        A.  I have many surveys which show different         09:46
17   things among different consumer groups, so I cannot       09:46
18   answer the question as phrased because it is too          09:46
19   broad.                                                    09:46
20        Q.  Can you name, sir, one survey that Samsung       09:47
21   has received which shows that the physical                09:47
22   appearance of a particular smartphone -- strike           09:47
23   that.                                                     09:47
24            Mr. Benner, can you name a single survey         09:47
25   which Samsung has received that shows the                 09:47
```

Benner, Timothy 2-22-12

```
 1    physical appearance of a smartphone is unimportant       09:47
 2    to consumer purchasing behavior?                         09:47
 3           MS. CARUSO:  Objection:  Vague.                   09:47
 4           THE WITNESS:  I cannot.                           09:47
 5           MR. ROBINSON:  Q.  Why is that, sir?              09:47
 6        A.  Because appearance is an aspect of choice        09:47
 7    in almost every decision.                                09:47
 8        Q.  Are there any surveys, to your knowledge,        09:47
 9    that show the physical appearance of a smartphone        09:47
10    is not an important consideration driving consumer       09:47
11    purchases of smartphones?                                09:47
12           MS. CARUSO:  Objection:  Asked and                09:47
13    answered, and vague.                                     09:47
14           THE WITNESS:  I answered that question.           09:47
15    That was the same question.                              09:47
16           MR. ROBINSON:  Q.  And your answer was no;        09:47
17    is that right?                                           09:47
18           MS. CARUSO:  Objection:  Mischaracterizes         09:47
19    the prior testimony.                                     09:47
20           THE WITNESS:  My answer was no to the             09:47
21    previous question.                                       09:47
22           MR. ROBINSON:  Q.  The answer is no, you          09:47
23    can't think of a single survey which shows that the      09:48
24    physical appearance of a smartphone is unimportant       09:48
25    to consumer purchasing decisions; is that right?         09:48
```

| | | |
|---|---|---|
| 1 | you? | 09:55 |
| 2 | A. Yes, I do. | 09:55 |
| 3 | Q. Do you recognize this document? | 09:55 |
| 4 | A. Yes, I do. | 09:55 |
| 5 | Q. What is it? | 09:55 |
| 6 | A. It is a report by a third-party, J.D. | 09:55 |
| 7 | Powers and Associates, 2009 Wireless Smartphone | 09:55 |
| 8 | Satisfaction Study, Volume I. | 09:56 |
| 9 | Q. For the record, Exhibit 1593 is entitled | 09:56 |
| 10 | 2009 Wireless Consumer Smartphone Satisfaction | 09:56 |
| 11 | Study, Volume I, Bates SAMNDCA00190144 through | 09:56 |
| 12 | 190243. | 09:56 |
| 13 | Is Exhibit 1593 a true and correct copy of | 09:56 |
| 14 | the J.D. Powers and Associates 2009 Wireless | 09:56 |
| 15 | Consumer Smartphone Satisfaction Study? | 09:56 |
| 16 | MS. CARUSO: Objection: Lacks foundation. | 09:56 |
| 17 | THE WITNESS: As far as I can tell it is, | 09:56 |
| 18 | but I would have to compare it to my own copy. But | 09:56 |
| 19 | I don't see any reason to believe it is not. | 09:56 |
| 20 | MR. ROBINSON: Q. Sir, do you understand | 09:57 |
| 21 | that documents were produced from your files in | 09:57 |
| 22 | this litigation? | 09:57 |
| 23 | A. Yes. That's why I said I don't see any | 09:57 |
| 24 | reason to say it's not. | 09:57 |
| 25 | Q. Did you have any role in selecting which | 09:57 |

```
 1    the record and vague.                                 10:27
 2               THE WITNESS:  I disagree.  It does not say 10:27
 3    that.                                                 10:27
 4               MR. ROBINSON:  Q.  Could you turn, please, 10:27
 5    to page an 52 of this document, SAMNDCA00190195.      10:27
 6         A.   I'm sorry, which page?                      10:27
 7         Q.   52 of this report.  The Bates number at     10:27
 8    the bottom, 190195.                                   10:27
 9         A.   Yes, 52.                                    10:27
10         Q.   You understand that what's being depicted   10:27
11    in this chart that you see is the results of a        10:27
12    consumer survey done by J.D. Powers relating to       10:27
13    smartphones?                                          10:27
14         A.   Correct.                                    10:27
15         Q.   And this is an online survey; is that       10:27
16    correct?                                              10:27
17         A.   Yes.                                        10:27
18         Q.   Do you know approximately what the sample   10:27
19    size is?                                              10:28
20         A.   I could look.  It's in the front of the     10:28
21    page.                                                 10:28
22         Q.   Does about 2,000 sound about right?         10:28
23         A.   Sounds about right.                         10:28
24         Q.   And do you see at the top it says "Reason   10:28
25    for choosing hand set brand"?                         10:28
```

| | | |
|---|---|---|
| 1 | A. Yes. | 10:28 |
| 2 | Q. What do you see is the number one reason | 10:28 |
| 3 | listed on the chart for why consumers chose a hand | 10:28 |
| 4 | set brand? | 10:28 |
| 5 | MS. CARUSO: Objection: Vague; | 10:28 |
| 6 | mischaracterizes the record. | 10:28 |
| 7 | THE WITNESS: There is no numeric titles | 10:28 |
| 8 | beside them. The highest percentage is 46, which | 10:28 |
| 9 | is design and style. | 10:28 |
| 10 | MR. ROBINSON: Q. And you get that all | 10:28 |
| 11 | the way on the top of this chart; is that correct? | 10:28 |
| 12 | A. Yes. However, this is a multiple select, | 10:28 |
| 13 | and, again, these are aspects of choice that go | 10:28 |
| 14 | together. It is not a single -- none of these are | 10:28 |
| 15 | exclusive of each other. | 10:28 |
| 16 | Q. Do you disagree that nearly half of all | 10:28 |
| 17 | respondents of this survey said that the reason for | 10:28 |
| 18 | choosing a hand set brand was they liked its | 10:28 |
| 19 | overall design and style? | 10:29 |
| 20 | A. I disagree with the way you phrased the | 10:29 |
| 21 | question. | 10:29 |
| 22 | Q. Do you disagree with the content? | 10:29 |
| 23 | A. Yes. | 10:29 |
| 24 | Q. Why? | 10:29 |
| 25 | A. Because it is -- you said "the" reason. | 10:29 |

1    A.   Correct. Well, no.  Actually, it's not          10:30
2    tied for last place because, again, it just means    10:30
3    that fewer people selected it.                       10:30
4         MR. ROBINSON:  I'd like to have this            10:30
5    marked as Exhibit 1594 a J.D. Powers and Associates  10:30
6    report entitled 2011 Wireless Smartphone             10:30
7    Satisfaction Study, Bates number SAMNDCA10246338.    10:30
8              (Exhibit No. 1594 marked                   10:30
9              for identification.)                      10:30

42, 43, 44
10        Do you have Exhibit 1594 front of you?          10:31
11   A.   Yes.                                            10:31
12   Q.   Is Exhibit 1594 a true and correct copy of      10:31
13   a J.D. Powers survey relating to smartphones?        10:31
14   A.   It appears to be.                               10:31
15   Q.   Do you recognize this document?                 10:31
16   A.   Yes.                                            10:31
17   Q.   Did STA purchase this document from J.D.        10:31
18   Powers?                                              10:31
19   A.   Yes.                                            10:31
20   Q.   Was Exhibit 1594 among the consumer             10:31
21   surveys that STA maintains in the ordinary course    10:31
22   of its business?                                     10:31
23        MS. CARUSO:  Objection: Vague.                  10:31
24        THE WITNESS:  What do you mean by               10:31
25   "maintains?"                                         10:31

45, 46, 47

```
 1           MR. ROBINSON:  Q.  Does STA keep these        10:31
 2   documents in its files somewhere?                     10:31
 3       A.  Yes.                                          10:31
 4       Q.  And is Exhibit 1594, in fact, a document      10:31
 5   that STA keeps in its files?                          10:31
 6           MS. CARUSO:  Objection: Vague.                10:31
 7           THE WITNESS:  To the best of my knowledge,    10:32
 8   yes.                                                  10:32
 9           MR. ROBINSON:  Q.  Now, you said earlier      10:32
10   that the 2011 J.D. Powers Survey incorporated --      10:32
11   would you agree with me that -- actually, I can't     10:32
12   remember what you said about the reliability or the   10:32
13   improvement of the J.D. Powers studies over time,     10:32
14   and I believe you said that the 2011 was improved     10:32
15   versus the 2009.                                      10:32
16       A.  Yes.                                          10:32
17       Q.  Could you please turn to Bates number         10:32
18   SAMNDCA10246395.  This is page 58 of this document.   10:32
19           Let me know when you're there?                10:32
20           (Document reviewed by witness.)               10:32
21       A.  I'm there.                                    10:32
22       Q.  Do you see a similar chart that looks like    10:32
23   a 2009 study that says "Reasons for choosing hand     10:32
24   set brand"?                                           10:32
25       A.  Yes.                                          10:32
```

```
                                                                    61

  1         Q.   What is the criteria at the top?  Could      10:32
  2    you read that for me, and the percentage into the      10:33
  3    record.                                                10:33
  4         A.   Liked overall design/style, 45.              10:33
  5         Q.   Thank you.                                   10:33
  6              And do you see Operating System Platform     10:33
  7    on this survey?                                        10:33
  8         A.   I do.                                        10:33
  9         Q.   Is it down towards the bottom?               10:33
 10         A.   Down towards the bottom.                     10:33
 11         Q.   With about 20 percent?                       10:33
 12         A.   That is correct.                             10:33
 13         Q.   Does this mean that 45 percent of the        10:33
 14    respondents said that the reason for choosing a        10:33
 15    handset brand because they liked the style?            10:33
 16         A.   No.  It says "a" reason.                     10:33
 17         Q.   Thank you.                                   10:33
 18              With that clarification, do you see touch    10:33
 19    screen on this list?                                   10:33
 20         A.   Yes.                                         10:33
 21         Q.   And do you see that it says 43 percent       10:33
 22    near it?                                               10:33
 23         A.   I do see that.                               10:33
 24         Q.   Do you disagree that consumers ranked        10:33
 25    highly the physical appearance of a smartphone?        10:34
```

Benner, Timothy 2-22-12

64

| | | |
|---|---|---|
| 1 | dated 2006.  I started at STA in 2007. | 10:37 |
| 2 | Q.  Could you please turn to the Bates page | 10:37 |
| 3 | numbered SAMNDCA00248762? | 10:37 |
| 4 | A.  What's the actual page on that?  Are these | 10:37 |
| 5 | numbers -- | 10:37 |
| 6 | Q.  I'm not sure if it has actual page | 10:37 |
| 7 | numbers, so I'll probably just be -- | 10:37 |
| 8 | A.  It does. | 10:37 |
| 9 | MS. CARUSO:  It's page 21. | 10:37 |
| 10 | THE WITNESS:  Thank you. | 10:37 |
| 11 | MR. ROBINSON:  Q.  Do you see up at the | 10:37 |
| 12 | top it says "Design is a Key Driver That Gets | 10:38 |
| 13 | Phones Noticed At Point of Purchase and Delivers | 10:38 |
| 14 | Functional and Emotional Benefits"? | 10:38 |
| 15 | A.  I do see that. | 10:38 |
| 16 | Q.  Do you agree or disagree with the | 10:38 |
| 17 | statement? | 10:38 |
| 18 | MS. CARUSO:  Objection:  Vague as to time. | 10:38 |
| 19 | THE WITNESS:  This document was produced | 10:38 |
| 20 | in 2006, so my response to this document is that it | 10:38 |
| 21 | was produced before I was at STA.  I received a | 10:38 |
| 22 | large number of files from my predecessor, so this | 10:38 |
| 23 | was most likely in her files.  This is not a | 10:38 |
| 24 | document which I have ever read nor seen. | 10:38 |
| 25 | MR. ROBINSON:  Court reporter, could you | 10:38 |

Benner, Timothy 2-22-12

```
 1   of a key driver, rather than the key driver.              10:49
 2   Design is an issue we consider.  I would not              10:49
 3   consider it to be "the key," so my answer would be        10:49
 4   STA does not believe that design is "the" key             10:49
 5   driver.                                                   10:49
 6        Q.   Are you referring to, under HHP, of the         10:49
 7   picture of the phone, looks like the iPhone?              10:49
 8             MS. CARUSO:  Objection:  Mischaracterizes       10:49
 9   the record.                                               10:49
10             THE WITNESS:  There's nothing that looks        10:49
11   like the iPhone on that page.                             10:49
12             MR. ROBINSON:  Q.  You don't think that         10:49
13   the phone depicted next to HHP looks like an              10:49
14   iPhone?                                                   10:49
15             MS. CARUSO:  Objection:  Asked and              10:49
16   answered; argumentative; mischaracterizes the             10:49
17   record.                                                   10:49
18             MR. ROBINSON:  Q.  What does HHP mean?          10:49
19        A.   Handheld phone.                                 10:49
20        Q.   And do you see underneath in red print it       10:49
21   says "Design (Stylish)," do you see that?                 10:49
22        A.   I do see that.                                  10:49
23        Q.   Does that mean that headquarters                10:49
24   identified the Design (Stylish) as a strategic            10:49
25   driver?                                                   10:50
```

[82, 83, 84 — marker at line 20]

Benner, Timothy 2-22-12

```
 1        A.   It does mean that headquarters identified     10:50
 2   it as such.                                              10:50
 3        Q.   Does -- do you see where it says "Easy to     10:50
 4   Use"?                                                    10:50
 5        A.   I do see that.                                 10:50
 6        Q.   What -- what is meant by "Easy to Use" in     10:50
 7   this context?                                            10:50
 8        A.   I honestly could not tell you that.            10:50
 9        Q.   Do you see on the next page, page 9 --         10:50
10        A.   Yes.                                           10:50
11        Q.   Bates 245853, it says at the top, Meanings    10:50
12   of Global Strategic Attributes, do you see that?         10:50
13        A.   Yes.                                           10:50
14        Q.   And under the box that says HHP, it says      10:50
15   "Stylish Design, Trendy Design."                         10:50
16        A.   I do see that.                                 10:50
17        Q.   It also says "Easy to Use"?                   10:50
18        A.   Yes.                                           10:50
19        Q.   And it also says "High Quality, Trusted      10:50
20   Platform and Application & Tech," do you see that?      10:50
21             MS. CARUSO:   Objection:   Mischaracterizes   10:50
22   the record.                                              10:50
23             THE WITNESS:   I do see it.                    10:50
24             MR. ROBINSON:   Q.   I guess literally it     10:50
25   says "Trusted perform in Application & Tech;" is        10:50
```

112

| | | |
|---|---|---|
| 1 | back, please. | 11:57 |
| 2 | THE REPORTER: Question: "Was it one of | 11:57 |
| 3 | Samsung's objectives at this time to launch a | 11:57 |
| 4 | product with touch screen ability to directly | 11:57 |
| 5 | compete with the iPhone?" | 11:57 |
| 6 | THE WITNESS: As expressed in this | 11:58 |
| 7 | document, that is a possibility. | 11:58 |
| 8 | MR. ROBINSON: Q. Was that, in fact, what | 11:58 |
| 9 | Samsung was considering at this time? | 11:58 |
| 10 | MS. CARUSO: Objection: Beyond the scope. | 11:58 |
| 11 | THE WITNESS: If it was in this document, | 11:58 |
| 12 | it was most likely considered. We considered all | 11:58 |
| 13 | possibilities, or we like to think that. | 11:58 |
| 14 | MR. ROBINSON: Q. Can you turn to page 6, | 11:58 |
| 15 | Bates-labeled SAMNDCA00251513. Do you see up at | 11:58 |
| 16 | the top where it says Samsung short/medium term | 11:58 |
| 17 | plan? | 11:58 |
| 18 | A. I'm sorry, I think I'm on the wrong page. | 11:58 |
| 19 | Q. Page 8. | 11:58 |
| 20 | MS. CARUSO: You said 6. | 11:58 |
| 21 | MR. ROBINSON: Q. Did I? I'm sorry. | 11:58 |
| 22 | Looking at Bates 251513. | 11:58 |
| 23 | A. Yes. | 11:58 |
| 24 | Q. What was Samsung's -- what is depicted on | 11:58 |
| 25 | this page? | 11:59 |

Benner, Timothy 2-22-12

113

```
1              MS. CARUSO:  Objection:  Vague.              11:59
2              THE WITNESS:  Can you clarify what you're    11:59
3    asking, because there's a lot of things on this        11:59
4    page.                                                  11:59
5              MR. ROBINSON:  Q.  You are here to --        11:59
6         A.   No, I understand that.                       11:59
7         Q.   I just want to make clear that you're here   11:59
8    to testify regarding the substantive content of        11:59
9    this document as well, okay?                           11:59
10        A.   Yes.                                         11:59
11        Q.   SO what is the substantive content being     11:59
12   portrayed here on this page, page 251513?              11:59
13             MS. CARUSO:  Objection:  Vague.              11:59
14             THE WITNESS:  In this page, it looks at      11:59
15   product short term, medium term plans, which is a      11:59
16   possible strategy being expressed as an option of      11:59
17   what to do regarding product.  It's fairly vague       11:59
18   and high level, so there's no definitive plan.  But    12:00
19   it's a high level.                                     12:00
20             MR. ROBINSON:  Q.  Down at the bottom        12:00
21   where it says "Samsung is addressing areas that        12:00
22   have limited value driving capabilities," did that     12:00
23   refer to Samsung's current product line as of 2008?    12:00
24        A.   In this case I'm not sure what exactly it    12:00
25   is referring to.  It looks like that it is             12:00
```

1  referring to a lot of different features.                        12:00
2       Q.  To the best of Samsung's knowledge and                   12:00
3  information, were the features depicted on this                  12:00
4  page, browser/user interface display and other,                  12:00
5  were those areas of high value driving consumer                  12:00
6  demand for smartphones following the release of the              12:00
7  3G iPhone?                                                        12:00
8           MS. CARUSO:  Objection:  Vague; compound.                12:00
9           THE WITNESS:  In my opinion, this is a --                12:00
10 a lot of these, or all of these in combination make              12:01
11 up, again, issues or items that consumers consider.              12:01
12          MR. ROBINSON:  Q.  Was the touch screen,                 12:01
13 in particular the multi-finger touch screen, an                   12:01
14 important driver of consumer purchasing decisions                 12:01
15 following the launch of the 3G iPhone?                            12:01
16          MS. CARUSO:  Objection:  Beyond the scope;               12:01
17 vague.                                                            12:01
18          THE WITNESS:  As I stated earlier, it is                 12:01
19 an element of decision making, and I'm not going to               12:01
20 testify to the multi-touch, just to the touch                     12:01
21 screen, because I don't remember ever asking about                12:01
22 multi-touch.                                                      12:01
23      Q.  You don't remember asking about                          12:01
24 multi-touch?                                                      12:01
25      A.  In a survey.                                             12:01

115

| | | |
|---|---|---|
| 1 | Q. In a survey. So there are -- so STA has | 12:01 |
| 2 | no consumer survey relating to the multi-touch | 12:02 |
| 3 | screen aspects of smartphones? | 12:02 |
| 4 | MS. CARUSO: Objection: Vague. | 12:02 |
| 5 | THE WITNESS: Again, in my knowledge, in | 12:02 |
| 6 | the things that I do, I don't specifically ask | 12:02 |
| 7 | about multi-touch. | 12:02 |
| 8 | MR. ROBINSON: Q. On page 9, the next | 12:02 |
| 9 | page, Bates 251514, it says at the top "Product: | 12:02 |
| 10 | Samsung strengths do not translate well to touch." | 12:02 |
| 11 | Do you see that? | 12:02 |
| 12 | A. I do see that. | 12:02 |
| 13 | Q. What is meant by the sentence, "In the | 12:02 |
| 14 | touch segment differentiated IDs have little | 12:02 |
| 15 | utility"? | 12:02 |
| 16 | A. In this case, it means that in the touch | 12:02 |
| 17 | segments that form factor or differentiated ideas | 12:02 |
| 18 | in terms of like flip and things like that are not | 12:03 |
| 19 | as big an issue for touch screen. | 12:03 |
| 20 | Q. What does "ID" refer to? | 12:03 |
| 21 | A. Identification. | 12:03 |
| 22 | Q. Identification. What's an example of ID? | 12:03 |
| 23 | A. It would be something like candy bar or | 12:03 |
| 24 | slider or touch, or all of these different things. | 12:03 |
| 25 | Q. I see. And these are referring to the | 12:03 |

Benner, Timothy 2-22-12