

# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____NINA S. TALLON_____

was on the ___4TH___ day of _____OCTOBER, 2002_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 5, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk