UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 3hr14min

**JUDGE LUCY H. KOH**

CRT REPRTR: IRENE RODRIGUEZ
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE: 10/10/13
CASE #: 11-01846LHK

CASE TITLE: APPLE, INC. VS. SAMSUNG ELECTRONICS CO., LTD., ET AL

**Appearances for Plaintiff(s)**

HAROLD J. McELHINNY, RACHEL KREVENS

NATHANIEL B. SABRI, WILLIAM F. LEE

C. ROBINSON, M. SELWYN, K. PRUSSIA

**Appearances for Defendant(s)**

VICTORIA MAROULIS, WILLIAM PRICE

CARL ANDERSON, ANTHONY ALDEN

**TODAY'S PROCEEDINGS**

{ } CLAIMS CONSTRUCTION HEARING   { } PRE-TRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| {X} | { } | { } | 1. | TO STRIKE PORTIONS OF WAGNER'S EXPERT REPORT |
| { } | {X} | { } | 2. | PURS TO FED R. EVID. 702 RE QUALIFICATIONS OF EXPERT |
| { } | {X} | { } | 3. | TO STRIKE PORTIONS OF DAVIS' EXPERT REPORT |
| { } | { } | { } | 4. | |

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED          [ ] DENIED          [ ] SUBMITTED          [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments: THE MATTERS ARE ARGUED AND TAKEN UNDER SUBMISSION. A WRITTEN ORDER WILL BE ISSUED.