| | |
|---|---|
| 1 | Rachel Krevans (SBN 116421) |
| | rkrevans@mofo.com |
| 2 | Wesley E. Overson (SBN 154737) |
| | woverson@mofo.com |
| 3 | Diana B. Kruze (SBN 247605) |
| | dkruze@mofo.com |
| 4 | John K. Blake, Jr. (SBN 262906) |
| | jblake@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, CA 94105-2482 |
| | Telephone: (415) 268-7000 |
| 7 | Facsimile: (415) 268-7522 |

Attorneys for APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DOCKET NO. 2536-29]** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

ADMIN MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [Docket No. 2536-29]
Case No. 11-cv-01846-LHK
sf-3344550

1 | Apple hereby moves the Court to remove the following document from ECF, submitted electronically on October 15, 2013: Exhibit 23 to the Declaration of John K. Blake, Jr. in Support of Apple's First Motion to Compel Discovery [Docket No. 2536-29].

Exhibit 23 was designated Confidential by the plaintiff in *FlatWorld Interactives LLC v. Apple* Case No. 12-cv-01956-WHO (EDL) (N.D. Cal.) pursuant to the protective order entered in that case. Counsel intended to file the document as an attachment to a pleading in the *FlatWorld* case. However, it was inadvertently filed in this case.

The ECF Help Desk has already locked the document in question, and Apple has already filed a redacted version of the document in the correct case, where the court will decide whether it should remain under seal. Because Exhibit 23 was not intended to be filed in this case in the first instance, none of the parties in this action would be affected by Apple's request that the document be removed from the docket in this case.

For the foregoing reasons, Apple respectfully requests that the Court grant Apple's motion to permanently remove Exhibit 23 [Docket No. 2536-29] from the court records in this case.

Dated: October 18, 2013

/s/ Rachel Krevans
Rachel Krevans (SBN 116421)
rkrevans@mofo.com
Wesley E. Overson (SBN 154737)
woverson@mofo.com
Diana B. Kruze (SBN 247605)
dkruze@mofo.com
John K. Blake, Jr. (SBN 262906)
jblake@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant Apple Inc. in
*FlatWorld Interactives v. Apple*

ADMIN MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [Docket No. 2536-29]
Case No. 11-cv-01846-LHK
sf-3344550

1