1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10 | APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK
11 |                      Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DOCKET NO. 2536-29]**
12 |         v.
13 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
14 |
15 |
16 |                      Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLE'S ADMIN MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 11-cv-01846 LHK
sf-3344596

1   Apple has moved this Court to remove incorrectly-filed Docket No. 2536-29.  The
2  document at issue was inadvertently filed in this case and contains information that a party
3  designated confidential in another case.
4   Finding good cause therefor, the Court hereby grants Apple's Administrative Motion to
5  Remove Incorrectly Filed Document [Docket No. 2536-29] and orders that it be removed from
6  the publicly available docket.
7   **IT IS SO ORDERED.**

10  Dated: _____, 2013      _____
                                          HONORABLE LUCY H. KOH
11                                         United States District Judge

13   Proposed Order submitted by Morrison & Foerster LLP, counsel for Defendant Apple Inc.
14  in *FlatWorld Interactives v. Apple* No. 12-cv-01956-WHO (EDL) (N.D. Cal.).

[PROPOSED] ORDER GRANTING APPLE'S ADMIN MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 11-cv-01846 LHK
sf-3344596