QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents filed in connection with Samsung's Supplemental Brief in Support of its Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Samsung's Supplemental Brief").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file portions of the documents listed below under seal.

Documents that Include Information Designated "Highly Confidential" by Samsung, Apple, and/or Third-Party Nokia:[1]

- Samsung's Supplemental Brief;
- Declaration of Seungho Ahn in Support of Samsung's Supplemental Brief;
- Declaration of Kenneth Korea in Support of Samsung's Supplemental Brief and Exhibits 1-5 thereto;
- Declaration of Michael McGowan in Support of Samsung's Supplemental Brief;
- Declaration of Jin Hwan Kwak in Support of Samsung's Supplemental Brief;
- Declaration of Daniel Shim in Support of Samsung's Supplemental Brief; and
- Declaration of Indong Kang in Support of Samsung's Supplemental Brief and Exhibit A thereto.

Documents Apple or Nokia may consider confidential:

---

[1] The portions Samsung considers confidential are highlighted in yellow.  The portions Apple may consider confidential are highlighted in green and the portions Nokia may consider confidential are highlighted in blue.

1     • Exhibits C, F, N-S, and X to the Declaration of Robert Becher in Support of
2       Samsung's Supplemental Brief;
3     • Declaration of Peter Camesasca in Support of Samsung's Supplemental Brief; and
4
5     • Declaration of Adriano Vanzetti in Support of Samsung's Supplemental Brief.
6
7       The documents listed above include highly confidential information about Samsung's
8  licensing negotiations, including proposed and actual royalty terms, and detailed information
9  about Samsung's communications with its outside counsel.   The Court has previously found that
10 non-public payment terms included in licensing agreements sealable.   (*See* Dkt. No. 1649 at 7,
11 10-11.)
12      Samsung also expects that Apple and/or third parties will file a declaration required by
13 Civil Local Rule 79-5(e) establishing good cause to permit filing under seal.
14
15
16 DATED: October 21, 2013          Respectfully submitted,
17                                   QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
18
19                                   By */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
20                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
21                                      Michael T. Zeller
22
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
23                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC. and SAMSUNG
24                                      TELECOMMUNICATIONS AMERICA, LLC
25
26
27
28