QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JAE-HWAN KIM** |

I, Jae-Hwan Kim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Administrative Motion to File Under Seal portions of:

- Samsung's Supplemental Brief in Support of its Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Samsung's Supplemental Brief");
- The Declaration of Seungho Ahn in Support of Samsung's Supplemental Declaration;
- The Declaration of Robert Becher in Support of Samsung's Supplemental Brief;
- The Declaration of Michael F. McGowan in Support of Samsung's Supplemental Brief;
- The Declaration of Indong Kang in Support of in Support of Samsung's Supplemental Brief;
- The Declaration of Kenneth Korea in Support of Samsung's Supplemental Brief, and exhibits thereto;
- The Declaration of Jin-Hwan Kwak in Support of Samsung's Supplemental Brief; and
- The Declaration of Daniel Shim in Support of Samsung's Supplemental Brief.

3. I understand that portions of the documents listed above include information Apple and/or other third parties have designated "Highly Confidential – Attorneys' Eyes Only." I have reviewed partially redacted versions of these documents that exclude Apple- and third-party confidential information.

4. Portions of the documents listed in paragraph 2 include actual and proposed royalty rates for Samsung's licensing agreements and specific information about the negotiation of those terms. Because these rates are not publicly available and have not been disclosed to any third

party by Samsung or its licensing counter-parties, except under strict confidentiality designations, Samsung considers the terms included in the documents highly confidential.

5. The documents also include detailed information about Samsung's communications with outside counsel and its investigation of Apple's and Nokia's allegations of protective order violations, which Samsung considers confidential.

6. For the foregoing reasons, Samsung requests that the non-public rates included in documents listed in paragraph 2 be sealed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Suwon, South Korea on October 21, 2013.

                                             */s/ Jae-Hwan Kim*
                                              Jae-Hwan Kim

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jae-Hwan Kim has concurred in this filing.

Dated:   October 21, 2013                    By:   */s/ Victoria F. Maroulis*
                                                              Victoria F. Maroulis