UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed portions of:

- Samsung's Supplemental Brief in Support of its Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order ("Samsung's Supplemental Brief");

- Declaration of Seungho Ahn in Support of Samsung's Supplemental Brief;

- Declaration of Kenneth Korea in Support of Samsung's Supplemental Brief and Exhibits 1 - 5 thereto;

- Declaration of Michael McGowan in Support of Samsung's Supplemental Brief;

- Declaration of Jin Hwan Kwak in Support of Samsung's Supplemental Brief;

- Declaration of Daniel Shim in Support of Samsung's Supplemental Brief; and

- Declaration of Indong Kang in Support of Samsung's Supplemental Brief and Exhibit A thereto.

- Exhibits C, F, N-S, and X to the Declaration of Robert Becher in Support of Samsung's Supplemental Brief;

- Declaration of Peter Camesasca in Support of Samsung's Supplemental Brief; and

- Declaration of Adriano Vanzetti in Support of Samsung's Supplemental Brief.

**IT IS SO ORDERED.**

DATED: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge