
1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100

9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14
   Attorneys for SAMSUNG ELECTRONICS CO.,
15 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JIN HWAN KWAK IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**:　　October 22, 2013<br>**Time**:　　10:00 a.m.<br>**Place**:　　Courtroom 5, 4th Floor<br>**Judge**:　Hon. Paul S. Grewal |

I, Jin Hwan Kwak, declare:

1. I am a Vice President of in charge of licensing at Samsung Electronics Co., Ltd. ("Samsung") and have held this position since December 2011. My main responsibilities are to develop licensing strategies and engage in licensing-related negotiations, including negotiations with Nokia Corporation ("Nokia"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I hold an undergraduate degree in mathematics from Sogang University in South Korea.

3. I have been involved directly or indirectly in the negotiation of many licenses during my employment at Samsung. To assist with my work, I try to monitor information about prevailing license terms in the marketplace, particularly in the context of smartphones. Among other things, I regularly review such public sources as press and Internet reports regarding the smartphone industry, and I am regularly in contact with industry professionals.

4. I sometimes receive hundreds of emails in a day, including many from outside counsel such as Quinn Emanuel. I cannot read or review all the emails I receive. I do not remember receiving or reviewing any emails or attachments from Quinn Emanuel attaching the report of an expert named David Teece. I also do not remember receiving or reviewing any emails or attachments from fellow Samsung employees or other outside counsel attaching the Teece report.

5. I do not know the specific financial terms of the Apple Nokia license are, nor do I recall ever knowing them, or being informed of them in any written document or conversation. I do recall reading news articles about Apple's license with Nokia around the time of that license agreement in 2011, although I do not know for sure whether those news reports were accurate.

6. I received emails from Quinn Emanuel regarding Samsung's International Trade Commission ("ITC") public interest brief, and emails from fellow Samsung employees and other outside counsel also attaching the ITC public interest brief. I recall reviewing these emails, but I do not recall reviewing the ITC public interest brief itself or any Apple license information in it.

1    7.   ███████████████████████████████████████
2    ████████████████████████████████████████████
3    ████████████████████████████████ ███████████
4    ████████████████████████████████████████████
5    ████████████████ ███████████████████████████
6    ██████████████████
7    8.   ███████████████████████████████████████
8    ████████████████████████████████████████ ███
9    ██████████████████████████████████
10   9.   ███████████████████████████████████████
11   ████████████████████████ ███████████████████
12   ███████████████████ ████████████████████████
13   ████████████████████
14   10.  ███████████████████████████████████████
15   ████████████████████████████████ ███████████
16   ██████████████████████████████ █████████████
17   ███████████████████████████████████████████ █
18   █████████████████████████████████████████ ███
19   ████████████████████████████████████████████
20   ████████████████████████████████████████████
21   ██████████████████████████████████ █████████
22   ████████████████████ ███████████████████████
23   11.  ███████████████████████████████████████
24   ██████████████████████████████ █████████████
25   ██████████████████████████████████████
26   █████████████████████████████████████
27
28

1   12.   ██████████████████████████████████████████████

2   ████████████████████████████████████████████████████

3   ████████████████████████████████████

4   13.   ██████████████████████████████████████████████

5   ████████████████████████████████████████████

6   14.   I do not recall reviewing any document from Quinn Emanuel that included the

7   financial terms of Apple's licenses with Ericsson, Sharp, or Philips.   I do not know what those

8   financial terms are, nor do I recall ever knowing them.

9

10   I declare under penalty of perjury under the laws of the United States that the foregoing is

11   true and correct.   Executed in Suwon, South Korea, on October 21, 2013.

12

13                                                                 */s/ Jin Hwan Kwak*
                                                                Jin Hwan Kwak
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **ATTESTATION**

2  I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3 foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic
4 filing of this document has been obtained from Jin Hwan Kwak.

6  */s/ Victoria F. Maroulis*
Victoria F. Maroulis