1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

13
14  APPLE INC., a California corporation,

15           Plaintiff,

16       vs.                                             Case No. 11-cv-01846-LHK (PSG)

17  SAMSUNG ELECTRONICS CO., LTD., a        **[PROPOSED] ORDER GRANTING**
    Korean business entity; SAMSUNG         **SAMSUNG'S ADMINISTRATIVE**
18  ELECTRONICS AMERICA, INC., a New        **MOTION TO FILE DOCUMENTS**
    York corporation; SAMSUNG               **UNDER SEAL**
19  TELECOMMUNICATIONS AMERICA,
20  LLC, a Delaware limited liability company,

21           Defendants.

22
23
24
25
26
27
28

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions; and

2. Exhibits 1-4, 6, and 8-19 to the Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions.

Pursuant to Civil Local Rule 79-5, Apple has filed the Declaration of Mark Selwyn in Support of Apple's Administration Motion to File Documents Under Seal ("Selwyn Declaration").  Accordingly, for good cause shown, the Court grants Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal").

IT IS HEREBY ORDERED that the following documents shall be sealed consistent with Apple's Motion to Seal:

| Document | Portion to Be Sealed |
| --- | --- |
| Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | pp. 1-15 (*see* Redacted Version) |
| Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions | ¶¶ 2, 12-17 |
| Exhibit 1 to the Selwyn Declaration | Entirely under seal |
| Exhibit 2 to the Selwyn Declaration. | Entirely under seal |
| Exhibit 3 to the Selwyn Declaration | Entirely under seal |
| Exhibit 4 to the Selwyn Declaration | Entirely under seal |
| Exhibit 6 to the Selwyn Declaration | Entirely under seal |
| Exhibit 8 to the Selwyn Declaration | Entirely under seal |
| Exhibit 9 to the Selwyn Declaration | Entirely under seal |
| Exhibit 10 to the Selwyn Declaration | Entirely under seal |

| Exhibit 11 to the Selwyn Declaration | Entirely under seal |
| --- | --- |
| Exhibit 12 to the Selwyn Declaration | Entirely under seal |
| Exhibit 13 to the Selwyn Declaration | Entirely under seal |
| Exhibit 14 to the Selwyn Declaration | Entirely under seal |
| Exhibit 15 to the Selwyn Declaration | Entirely under seal |
| Exhibit 16 to the Selwyn Declaration | Entirely under seal |
| Exhibit 17 to the Selwyn Declaration | Entirely under seal |
| Exhibit 18 to the Selwyn Declaration | Entirely under seal |
| Exhibit 19 to the Selwyn Declaration | Entirely under seal |

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge