# EXHIBIT 5

Order NOT Entered

No: (P)NSD315/2013

Federal Court of Australia

District Registry: New South Wales

Division: General

**SAMSUNG ELECTRONICS CO LIMITED** and another named in the schedule
Applicant

**APPLE INC** and another named in the schedule
Respondent

# ORDER

| | |
|---|---|
| **JUDGE:** | Justice Bennett |
| **DATE OF ORDER:** | 11 October 2013 |
| **WHERE MADE:** | Sydney |

**THE COURT ORDERS THAT:**

**Samsung's application to rely on the affidavits of Mr Kim and Mr Korea**

1. On or before 15 October 2013, Samsung inform Apple:

    (a) whether Mr Kwang Jun Kim and Mr Kenneth Korea were among:

    > i. the Samsung employees who received the confidential information referred to in paragraph 2 of the order for production recorded on page 5 (lines 7-11) of the "Order Re: Apple's Motion for Sanctions" issued by United States Magistrate Judge Grewal on 2 October 2013 in proceeding CV-11-1846-LHK between Apple Inc and Samsung Electronics Co Limited and others in the United States District Court for the Northern District of California (**US Order**); or

        ii.  the Samsung employees listed in the attachments to Mr Becher's August 1 letter referred to in the US Order; and

  (b)  whether the individuals on the list referred to in order 2 below (to be provided by Apple's solicitors) were among:

        i.  the Samsung employees referred to in (a)(i) above; or

        ii.  the Samsung employees referred to in (a)(ii) above.

2. On or before 1pm on Monday 14 October 2013, Apple's solicitors provide Samsung's solicitors with a list of individuals who have made affidavits served by Samsung in this proceeding or who are identified in such affidavits (including the annexures to such affidavits) as being persons participating on behalf of Samsung in relation to negotiations with Apple.

3. On or before 18 October 2013, Apple file any evidence in response to Samsung's interlocutory application filed on 6 September 2013.

4. On or before 22 October 2013, Samsung file any evidence in reply in relation to Samsung's interlocutory application filed on 6 September 2013.

5. Samsung's interlocutory application filed on 6 September 2013 be listed for hearing on 24 October 2013 not before 10.30 am.

**Breach of confidentiality regime in Australian proceedings**

6. The issue of the breach of the external counsel only confidentiality regime in the Australian proceeding be stood over to 24 October 2013 for mention.

**Amendment to pleadings**

7. The issue of leave for the filing of the following documents be stood over to 24 October 2013:

  (a)  Apple's Further Amended Defence to Samsung's Amended Points of Cross-Claim for Early Final Hearing; and

  (b)  Samsung's Amended Reply.

**Filing of submissions and evidence**

8. Apple file and serve its closing submissions on construction and direct infringement in respect of the 657 patent by 4 pm on 14 October 2013.

9. Apple file and serve any further report of Professor Stephen King by 4 pm on 14 October 2013.

10. Samsung serve its proposed evidence on Californian law by 30 October 2013.

**Expert meetings**

11. The time for the parties to agree on a protocol or procedure for each joint expert meeting that is to take place pursuant to the orders below be extended to 8 October 2013.

12. Subject to order 13 below, the time for the parties to agree on questions for the joint expert meetings be extended to 8 October 2013.

13. Apple advise Samsung by 14 October 2013 whether it agrees to the questions proposed by Samsung in relation to the joint economic expert meeting.

14. The time for the parties' economic experts to attend an expert meeting (including by telephone or video conference, if unavailable otherwise) and prepare a joint expert report be extended to 15 November 2013.

15. The time by which Professors Molfessis, Delebecque and Libchaber are to attend an expert meeting (including by telephone or video conference, if unavailable otherwise) and prepare a joint expert report be extended to 1 November 2013.

16. The time by which Mr Donaldson and Mr Stasik are to attend an expert meeting (including by telephone or video conference, if unavailable otherwise) and prepare a joint expert report be extended to 15 November 2013.

17. The time by which Professor Dolak and Mr Hintz are to attend an expert meeting (including by telephone or video conference, if unavailable otherwise) and prepare a joint expert report be extended to 1 November 2013.

**Other**

18. By 21 October 2013 Apple provide an answer to Samsung as to whether any of the MDM6610 chipsets, supplied by Qualcomm Inc which were incorporated into the

iPhone 4S and which Apple imported into and sold in Australia on and from 14 October 2011, were supplied by Qualcomm Inc after 21 April 2011.

Date that entry is stamped:

Deputy District Registrar

**Schedule**

No: (P)NSD315/2013

Federal Court of Australia

District Registry: New South Wales

Division: General

**INTELLECTUAL PROPERTY (Patents) ACTION filed by SAMSUNG ELECTRONICS AUSTRALIA PTY LTD ACN 002 915 648(A) on 25-FEB-2013**

Second Applicant: SAMSUNG ELECTRONICS AUSTRALIA PTY LTD ACN 002 915 648

Second Respondent: APPLE PTY LTD TRADING AS APPLE INC