RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:      650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:      404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No.:  5:11-CV-01846-LHK (PSG)<br>             5:12-CV-00630-LHK (PSG)<br><br>**NOKIA CORPORATION'S EX-PARTE ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

PLEASE TAKE NOTICE that Non-Party Nokia Corporation hereby respectfully moves, pursuant to L.R. 7-11 and 79-5(d), for leave to file under seal Exhibits 1–23 and 25 of the Declaration of Ryan Koppelman in Support of Nokia Corporation's Ex Parte Administrative Motion to File Documents Under Seal or portions thereof which have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order in this case.

For these documents to remain under seal, Civil Local Rule 79-5(d) provides, in relevant part: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order."

Respectfully submitted this 21st day of October, 2013.

/s/ Ryan Koppelman

Ryan Koppelman
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2009
Facsimile:    650-838-2001

*Attorneys for Non-Party*
*NOKIA CORPORATION*