1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.:  5:11-CV-01846-LHK (PSG)<br>           5:12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NOKIA CORPORATION'S EX-PARTE ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

The Court has considered Non-Party Nokia Corporation's Ex-Parte Administrative Motion to File Documents Under Seal ("Administrative Motion") in connection with its Memorandum on Samsung's Protective Order Violations. Good cause being shown, Nokia's Administrative Motion is hereby **GRANTED**.

Nokia is **ORDERED** to file under seal those sealable portions identified in its Administrative Motion.

**IT IS SO ORDERED.**

Dated: _____, 2013.

_____
Hon. Lucy H. Koh
U.S. District Court Judge