# Exhibit 4