# Exhibit 7