# Exhibit 8