# Exhibit 11