# Exhibit 13