# Exhibit 14