# Exhibit 15