# Exhibit 16