# Exhibit 19