# Exhibit 20