# Exhibit 21