# Exhibit 25