UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On October 15, 2013, the Court granted Apple's corrected administrative motion to file documents under seal. ECF No. 801 (corrected motion to file under seal); ECF No. 801 (old motion to file under seal), Case No. 12-CV-00630. *See* ECF No. 820, Case No. 12-CV-00630 (Order granting motions to seal). The Court hereby GRANTS ECF No. 2506 (Apple's corrected motion to file under seal) and ECF No. 2505 (Apple's old motion to file under seal) in Case No. 11-CV-001846, as these motions are identical to ECF No. 801 and ECF No. 801 in Case No. 12-CV-00630.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL