HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S CORRECTED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") hereby moves this Court for an order to seal portions of Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions ("Apple's Supplemental Brief") and Exhibits 1-4, 6, and 8-21 to the Declaration of Mark D. Selwyn in support of Apple's Supplemental Brief ("Selwyn Declaration").  As set forth in the declaration filed herewith, portions of Apple's Supplemental Brief and Exhibit 6 to the Selwyn Declaration should be sealed because they contain or discuss Apple's confidential business information.  Portions of Apple's Supplemental Brief have also been filed under seal because they may contain or discuss information that Samsung and/or Nokia consider confidential.  Exhibits 1-4, 6, and 8-21 to the Selwyn Declaration are also being filed entirely under seal because they may contain or discuss information that Samsung and/or Nokia consider confidential.  Apple supports sealing Exhibits 2-4, 8, and 9 insofar as they contain or discuss the confidential terms of Apple's licenses and/or licensing negotiations.  Finally, paragraphs 2 and 12-17 of the Selwyn Declaration are being filed entirely under seal because they may contain or discuss information that Samsung considers confidential.  Apple does not maintain any claim of confidentiality with respect to paragraphs 2 and 12-17.

Dated:  October 21, 2013

WILMER CUTLER PICKERING
   HALE AND DORR LLP

*/s/* Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 21, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                           */s/* Mark D. Selwyn
                                           Mark D. Selwyn