| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF SAMSUNG'S MOTION TO SEAL REGARDING SAMSUNG'S RESPONSE TO APPLE'S STATEMENT CONCERNING CAPACITY ANALYSIS** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal ("Samsung's Motion to Seal") related to Samsung's Response to Apple's Statement Regarding Capacity Analysis ("Samsung's Capacity Response"). (Dkt. No. 2545.)

2. As stated in Samsung's Motion to Seal, Samsung's Capacity Response and Exhibit 2 to the Declaration of Anthony P. Alden in Support of Samsung's Capacity Response ("Exhibit 2") quote from and discuss confidential capacity information documents that are the subject of currently pending motions to seal. (Dkt. Nos. 2390, 2407, and 2531.) Apple supported the sealing of such information in connection with the pending motions to seal. (Dkt. Nos. 2392, 2407-1, and 2531-1.)

3. In particular, Samsung's Capacity Response quotes from Exhibit 26-S, which is a highly confidential capacity document. As Apple explained when it filed Exhibit 26-S, this is an updated version of an exhibit that the Court previously held sealable. (Dkt. No. 2531 at 1.) Samsung's Capacity Response also quotes from pages 166-68 and 240 of the deposition transcript of Julie L. Davis. As Apple explained when Samsung initially filed the deposition excerpt that it now quotes, this portion of Ms. Davis's deposition includes confidential Apple production capacity information that is likely to competitively harm Apple with respect to both competitors and Apple's suppliers if made public. (Dkt. No. 2392 ¶¶ 4-6.)

4. Exhibit 2 consists of an excerpt of a redline of Ms. Davis's expert report against the March 22, 2012 expert report of Terry L. Musika, which Apple initially filed in full. (*Compare* Exhibit 2, *with* Dkt. No. 2407-8.) As Apple explained when it filed the redline, like the expert reports of Ms. Davis and Mr. Musika that it compares, the redline contains confidential Apple information. The pages that Samsung now submits include the confidential capacity information that Apple previously requested to seal, which, as Apple previously explained, is likely to competitively harm Apple if made public. (*See* Dkt. Nos. 2407 at 1-2, 2407-1 ¶¶ 6.)

DECLARATION OF NATHAN SABRI IN SUPPORT OF SAMSUNG'S MOT. TO SEAL RE RESPONSE TO CAPACITY STATEMENT
Case No. 11-CV-01846-LHK (PSG)
sf-3345714

1

5. The redactions that Samsung proposed are sufficient to protect Apple's confidential information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of October, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECLARATION OF NATHAN SABRI IN SUPPORT OF SAMSUNG'S MOT. TO SEAL RE RESPONSE TO CAPACITY STATEMENT
Case No. 11-cv-01846-LHK (PSG)
sf-3345714

2