UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL REGARDING SAMSUNG'S RESPONSE TO APPLE'S STATEMENT CONCERNING CAPACITY ANALYSIS** |

Samsung filed a motion to seal portions of its Response to Apple's Statement Regarding Capacity Analysis ("Samsung's Capacity Response") (Dkt. No. 2545), which Apple timely supported with a declaration.

The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the following documents may be filed partially under seal consistent with Apple's request:

| Document | Sealable Portion |
| --- | --- |
| Samsung's Capacity Response | Proposed redactions at 1:10-11, 3:6-12. |
| Exhibit 2 to the Declaration of Anthony P. Alden in Support of Samsung's Response | Proposed redactions at 80:6, 80:8-10, 80:14-17, 86:3-8, 86:17-20 and 86 n.152. |

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                    Hon. Lucy H. Koh
                                                                    United States District Judge

[PROPOSED] ORDER GRANTING SAMSUNG'S MOT. TO SEAL RE RESPONSE TO CAPACITY STATEMENT
Case No. 11-CV-01846-LHK (PSG)
sf-3345736

1