HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CHRISTOPHER L. ROBINSON IN SUPPORT OF APPLE'S STATEMENT RE GEM SALES**<br><br>Date: November 5, 2013<br>Time: 2:00 PM<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

I, Christopher L. Robinson, declare as follows:

1. I am an associate at Morrison & Foerster LLP, counsel of record for Apple Inc. in this above-captioned action. I make this declaration based on personal knowledge in support of Apple's Statement re: Gem Sales filed on October 21, 2013.

2. Attached as **Exhibit A** hereto is a true and correct copy of excerpts from the deposition transcript of Michael Wagner, taken August 20, 2013.

3. Attached as **Exhibit B** hereto is a true and correct copy of excerpts of Apple Inc.'s Disclosure of Asserted Claims & Infringement Contentions, dated August 26, 2011.

4. Attached as **Exhibit C** hereto is a true and correct copy of excerpts of Samsung's Objections and Responses to Apple Inc.'s Tenth Set of Interrogatories (Nos. 27-38), dated February 29, 2012.

5. Attached as **Exhibit D** hereto is a true and correct copy of excerpts of Samsung's Second Supplemental Objections and Responses to Apple Inc.'s Second Set of Interrogatories (No. 2), dated March 12, 2012.

6. Attached as **Exhibit E** hereto is a true and correct copy of excerpts of Samsung's Second Supplemental Objections and Responses to Apple Inc.'s Fifth Set of Interrogatories (11-12), dated March 19, 2012.

7. Attached as **Exhibit F** hereto is a true and correct copy of excerpts of the Rebuttal Expert Report of Stephen Gray Regarding Non-Infringement of Asserted Claims of U.S. Patent Nos. 7,844,915 and 7,864,163, dated April 16, 2012.

8. Attached as **Exhibit G** hereto is a true and correct copy of excerpts of Expert Report of Jeffrey Johnson, Ph.D., Regarding Non-Infringement of U.S. Patent No. 7,469,381, dated April 16, 2012.

///

///

///

///

///

ROBINSON DECLARATION ISO APPLE'S STATEMENT RE GEM SALES
Case No. 11-cv-01846-LHK (PSG)
sf-3345596

1

9. Attached as **Exhibit H** hereto is a true and correct copy of excerpts of Corrected Rebuttal Expert Report of Sam Lucente, dated April 17, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 21st day of October 2013 in San Francisco, California.

_____
CHRISTOPHER ROBINSON

ROBINSON DECLARATION ISO APPLE'S STATEMENT RE GEM SALES
Case No. 11-cv-01846-LHK (PSG)
sf-3345596

2