# Exhibit A

688

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4    ------------------------------------:

5    APPLE INC., a California corporation,:

6              Plaintiff,              :

7         v.                          :

8    SAMSUNG ELECTRONICS CO., LTD., a     :Civil Action No.

9    Korean business entity, SAMSUNG     :11-CV-01846-LHK

10   ELECTRONICS AMERICA, INC., a New     :

11   York corporation, and SAMSUNG       :

12   TELECOMMUNICATIONS AMERICA, LLC, a   :

13   Delaware limited liability company,  :

14             Defendants.              :

15   ------------------------------------:

16   (Caption continued on next page.)

17      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18                  VOLUME 4

19      Videotaped Deposition of MICHAEL J. WAGNER

20            Palo Alto, California

21           Tuesday, August 20, 2013

22                 8:04 a.m.

23   Job No.: 42222

24   Pages: 688 - 963

25   Reported by:  Anne Torreano, CCSR, RPR, CCRR

695

| # | | Time |
|---|---|---|
| 1 | Emanuel. | 08:05:23 |
| 2 | THE VIDEOGRAPHER:  The court reporter today | 08:05:23 |
| 3 | is Anne Torreano, representing Planet Depos. | 08:05:24 |
| 4 | Would the reporter please swear in the | 08:05:28 |
| 5 | witness? | 08:05:30 |
| 6 | MICHAEL J. WAGNER, | 08:05:30 |
| 7 | having been duly sworn to tell the truth, | 08:05:30 |
| 8 | testified as follows: | 08:05:30 |
| 9 | EXAMINATION | 08:05:36 |
| 10 | BY MR. QUARLES: | 08:05:36 |
| 11 | Q.  Good morning, Mr. Wagner. | 08:05:36 |
| 12 | A.  Good morning, Mr. Quarles. | 08:05:38 |
| 13 | Q.  And congratulations on becoming a grandfather | 08:05:39 |
| 14 | again. | 08:05:42 |
| 15 | A.  Thank you. | 08:05:42 |
| 16 | Q.  You have provided deposition testimony in | 08:05:43 |
| 17 | this case three times; correct? | 08:05:46 |
| 18 | A.  I have. | 08:05:47 |
| 19 | Q.  Is there any testimony in any of those | 08:05:48 |
| 20 | depositions that you would like to correct or amend? | 08:05:51 |
| 21 | A.  Maybe there's one thing that I would. | 08:05:53 |
| 22 | Q.  What would that be? | 08:05:58 |
| 23 | A.  Mr. Olson, in one of my depositions, and I | 08:05:59 |
| 24 | can't remember if it's the second or third, I think it | 08:06:05 |
| 25 | was the third, went over what appeared to be some | 08:06:07 |

844

1  Q.  Well, are you as sure of this opinion as you    12:11:14

2  are of all your other opinions?    12:11:19

3  A.  No, because I don't know the basis and I    12:11:21

4  cannot lay the foundation for the basis about why the    12:11:24

5  models sold to U.S. Cellular and Altel are different    12:11:29

6  in design than the product that was sold to Verizon.    12:11:33

7  I understand they are different, but I was just asked    12:11:37

8  to make this breakout.    12:11:40

9  Q.  Who asked you to make this breakout?    12:11:43

10  A.  Counsel for Samsung.    12:11:45

11  Q.  Well, the Gem was found to infringe how many    12:11:46

12  patents?    12:11:59

13  A.  The Gem, it's on page 23 of my report.  Three    12:11:59

14  patents.    12:12:10

15  Q.  Do you have any information as to how the Gem    12:12:14

16  operating on the U.S. Cellular and Altel networks    12:12:24

17  differs from the Gem being sold on the Verizon    12:12:36

18  Wireless with respect to the '381 patent?    12:12:40

19  A.  No.    12:12:43

20  Q.  Do you have any information as to how --    12:12:43

21  what, if any, difference there is between the Verizon    12:12:51

22  model and the U.S. Cellular and Altel models with    12:12:54

23  respect to the '915 patent?    12:12:59

24  A.  I do not.    12:13:01

25  Q.  Do you have any indication that the icons of    12:13:02

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

845

| | | |
|---|---|---|
| 1 | the Gem vary with respect to the D'305 patent with -- | 12:13:12 |
| 2 | depending on whether it's being operated on the | 12:13:24 |
| 3 | Verizon or the U.S. Cellular and Altel networks? | 12:13:27 |
| 4 | A.  I don't. | 12:13:31 |
| 5 | Q.  Are you aware of any evidence presented to | 12:13:31 |
| 6 | the jury that suggested that there was a difference | 12:13:40 |
| 7 | concerning the operation of the Gem phone that was at | 12:13:44 |
| 8 | all relevant to any patent at issue in the case which | 12:13:54 |
| 9 | depended upon the Gem being operated on the Verizon | 12:14:02 |
| 10 | versus the U.S. Cellular or Altel networks? | 12:14:07 |
| 11 | A.  No.  My understanding was that the only | 12:14:12 |
| 12 | information about the Gem that was presented to the | 12:14:15 |
| 13 | jury was the particular model that was sold to | 12:14:17 |
| 14 | Verizon.  That's the only information I have. | 12:14:20 |
| 15 | Q.  And are you aware of any information that | 12:14:22 |
| 16 | would suggest that there is any difference between the | 12:14:32 |
| 17 | Gem as operating on the Verizon and the U.S. Cellular? | 12:14:38 |
| 18 | A.  No, I am familiar because I've done enough | 12:14:47 |
| 19 | work in this industry to know that different carriers, | 12:14:50 |
| 20 | even for the same phone, have different requirements, | 12:14:53 |
| 21 | and therefore the models could differ.  But how they | 12:14:58 |
| 22 | differ here, I don't have any information, I already | 12:15:02 |
| 23 | told you. | 12:15:04 |
| 24 | Q.  Okay.  And just to make sure, you don't have | 12:15:04 |
| 25 | any information about how the icon layout differs? | 12:15:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

846

| | | |
|---|---|---|
| 1 | A.  I don't. | 12:15:28 |
| 2 | Q.  Do you have any reason to believe there is | 12:15:29 |
| 3 | any difference? | 12:15:31 |
| 4 | A.  I have no reason to believe one way or the | 12:15:32 |
| 5 | other.  I was asked to make this calculation. | 12:15:34 |
| 6 | Q.  You say in paragraph 246 of your opinion that | 12:15:45 |
| 7 | Ms. Davis included calculations of Samsung's profits | 12:15:57 |
| 8 | based on incremental profits and that those | 12:16:02 |
| 9 | calculations are new; right? | 12:16:06 |
| 10 | A.  Yes. | 12:16:07 |
| 11 | Q.  You know that Mr. Musika submitted a | 12:16:08 |
| 12 | supplemental report on May 8th, 2012; correct? | 12:16:12 |
| 13 | A.  I don't know the date, but that sounds about | 12:16:16 |
| 14 | right. | 12:16:18 |
| 15 | Q.  And in his supplemental report, Mr. Musika | 12:16:18 |
| 16 | calculated an incremental profit for the Samsung | 12:16:24 |
| 17 | products accused of infringing the Apple designed | 12:16:27 |
| 18 | products; correct? | 12:16:32 |
| 19 | A.  He did. | 12:16:32 |
| 20 | Q.  He calculated his incremental profit based on | 12:16:34 |
| 21 | material costs and variable costs; correct? | 12:16:38 |
| 22 | A.  At least those two cost categories, yes.  I | 12:16:46 |
| 23 | think he had labor costs in there, too. | 12:16:49 |
| 24 | Q.  Mr. Musika's calculations appeared in Exhibit | 12:16:51 |
| 25 | 50S to his supplemental report.  Let's see if we can | 12:16:57 |

959

| | | |
|---|---|---|
| 1 | I would like to mark the transcript under the | 04:20:56 |
| 2 | protective order highly confidential, attorneys' eyes | 04:20:59 |
| 3 | only. | 04:21:02 |
| 4 | MR. QUARLES:  Thank you. | 04:21:45 |
| 5 | MS. MAROULIS:  Thank you. | 04:21:47 |
| 6 | THE VIDEOGRAPHER:  Is that it? | 04:21:48 |
| 7 | This marks the end of today's deposition of | 04:21:49 |
| 8 | Michael Wagner, volume 4.  We're going off the record | 04:21:53 |
| 9 | at 4:22. | 04:21:56 |
| 10 | (Signature having not been waived, the | |
| 11 | videotaped deposition of MICHAEL J. WAGNER was | |
| 12 | concluded at 4:22 p.m.) | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

960

1                    ACKNOWLEDGEMENT OF DEPONENT

2

3        I, MICHAEL J. WAGNER, do hereby acknowledge that

4     I have read and examined the foregoing testimony, and

5     the same is a true, correct and accurate transcription

6     of the testimony given by me, and any corrections

7     appear on the attached Errata sheet signed by me.

8

9

10    _____    _____

11        (DATE)                    (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

961

C E R T I F I C A T E

1

2          I, Anne M. Torreano, Certified Shorthand

3     Reporter, do hereby certify that the aforementioned

4     witness was first duly sworn as noted by stipulation

5     of counsel to testify to the truth; that I was

6     authorized to and did report said deposition in

7     stenotype; and that the foregoing pages are a true and

8     correct transcription of my shorthand notes of said

9     deposition.

10          I further certify that said deposition was

11     taken at the time and place hereinabove set forth and

12     that the taking of said deposition was commenced and

13     completed as hereinabove set out.

14          I further certify that I am not an attorney

15     or counsel of any of the parties, nor am I financially

16     interested in the action.

17          The foregoing certification of this

18     transcript does not apply to any reproduction of the

19     same by any means, unless under the direct control

20     and/or direction of the certifying reporter.

21          Dated this 16th day of August, 2013.

22

23

24     _____

25              ANNE M. TORREANO, CA-10520

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA