# Exhibit B

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S DISCLOSURE OF ASSERTED CLAIMS & INFRINGEMENT CONTENTIONS** |

1    - Claims 1-3, 6, 9-13, 15, 16 & 20-31 of United States Patent No. 7,812,828
2      ("the '828 patent") (infringement claim chart attached as Exhibit 16);
3    - Claims 1-3, 6-8, 10 & 11 of United States Patent No. 7,663,607 ("the '607
4      patent") (infringement claim chart attached as Exhibit 17); and
5    - Claims 1-3, 5, 7, 9-12, 14, 16-19, 21, 22, 24-26 & 28 of United States Patent No.
6      7,920,129 ("the '129 patent") (infringement claim charts attached as Exhibits 18-
7      19).

Apple's investigation is ongoing, and Apple reserves the right to identify additional asserted claims based upon continued discovery and investigation.

**B.    Patent Local Rule 3-1(b) — Accused Instrumentalities.**

The following Accused Instrumentalities infringe the asserted claims:

| | |
|---|---|
| Galaxy Tab | Gem |
| Galaxy Tab 10.1 | Gravity |
| Acclaim | Indulge |
| Captivate | Infuse 4G |
| Continuum | Intercept |
| Droid Charge | Mesmerize |
| Epic 4G | Nexus S |
| Exhibit 4G | Nexus S 4G |
| Fascinate | Replenish |
| Galaxy Ace | Showcase Galaxy S |
| Galaxy Prevail | Sidekick |
| Galaxy S (i9000) | Transform |
| Galaxy S 4G | Vibrant |

Exhibit 20 discloses which claims of each asserted patent that each Accused Instrumentality infringes based on Apple's investigation thus far. Apple's investigation is

**D.     Patent Local Rule 3-2(d) — Ownership of the Patents-in-Suit.**

Copies of documents evidencing ownership of the patent rights are produced at APLNDC00022694, APLNDC00022697, APLNDC00020228-APLNDC00020232, APLNDC00020395-APLNDC00020397, APLNDC00025526-APLNDC00025528, APLNDC00025531-APLNDC00025533, APLNDC00025601-APLNDC00025602, APLNDC00026545-APLNDC00026546, APLNDC00029314-APLNDC00029315, APLNDC00029357-APLNDC00029358, APLNDC00029369-APLNDC00029370, APLNDC00024804-APLNDC00024806, APLNDC00027201-APLNDC00027202, APLNDC00027203-APLNDC00027204, APLNDC00028352-APLNDC00028353, APLNDC00028407-APLNDC00028408, APLNDC00029106, APLNDC00028678-APLNDC00028684, APLNDC00028910-APLNDC00028911.

**E.     Patent Local Rule 3-2(e) — Patentee's Asserted Practice of the Claimed Inventions.**

Copies of documents showing the operation of any aspects or elements of instrumentalities Apple relies upon as embodying the asserted claims are produced at APLNDC00010918-APLNDC00011045, APLNDC00011048-APLNDC00013689, APLNDC00014225-APLNDC00014244, APLNDC00014267, APLNDC00014338-APLNDC00014356, APLNDC00014365-APLNDC00017963, APLNDC00018483-APLNDC00020221, APLNDC00032716-APLNDC00035791.  In addition, Apple will produce for inspection commercial samples embodying the claimed inventions.

Dated:   August 26, 2011                    MORRISON & FOERSTER LLP

                                            By:   /s/ Michael A. Jacobs
                                                  Michael A. Jacobs

                                            Attorneys for Plaintiff
                                            APPLE INC.