Exhibit G

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., <br><br> V. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC | Case No. 11-CV-01846-LHK |

**EXPERT REPORT OF JEFFREY JOHNSON, PH.D.**
**REGARDING NON-INFRINGEMENT OF U.S. PATENT NO. 7,469,381**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

I.      **INTRODUCTION**

1.      I have been retained by counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") as an expert in this case.

2.      As part of that engagement I have been asked to provide analysis and expert opinions on the following topics: (a) the rebuttal of Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent No. 7,469,381 ("Balakrishnan Report"), asserting infringement of claims 1-11, 13-20 (the "Asserted Claims") of U.S. Patent No. 7,469,381 (the "'381 patent") .

3.      I expect to be called to provide expert testimony regarding opinions formed resulting from my analysis of the issues considered in this report if asked about those issues by the Court.  If asked to do so, I may also provide testimony describing the technologies relating to tablet and touch screen computing devices, graphical user interface design, user interface software, computer programming, as well as the field of human interface interaction generally. I may also discuss the understanding of one of ordinary skill in the art in these technologies.  I may rely on handbooks, textbooks, technical literature, and the like to demonstrate the knowledge of one skilled in the art in the relevant period.

4.      In reaching the conclusions described herein, I have considered the documents and materials identified in Exhibit 2 that is attached to this report.  My opinions are also based upon my education, training, research, knowledge, and personal and professional experience.

5.      I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, in light of any documents, testimony, or other evidence that may emerge during the course of this matter, including depositions that have yet to be taken.

6.      In preparing this report, I have responded to Balakrishnan Report served on

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

interpreted to require the claimed behavior to always occur.

60.     I recognize that in almost all applications electronic documents will have certain edges beyond which one cannot scroll simply because it doesn't make sense to do so – these are not potentially scrollable edges by my terminology defined above.   I understand that the Court's holding should be interpreted to mean that the claims of the '381 Patent require '381 Style Snap-back only on all potentially scrollable edges of electronic documents within an application (*i.e.,* edges that permit over-scrolling).   Under this interpretation, the claims of the '381 Patent are not applicable to the vertical edges of the vertical contact list that do not permit horizontal scrolling, and there is no need to analyze those edges for (non-)infringement purposes.

61.     In consequence, identification of a potentially scrollable edge that exhibits general snap-back behavior, as opposed to the limited '381 Style Snap-back, shows that the application does not meet the strict requirement of always exhibiting '381 Style Snap-back behavior.   Such an application would not infringe the claims of the '381 Patent under the Court's interpretation.

## VII. APPLE'S ALLEGATIONS OF INFRINGEMENT OF THE '381 PATENT

62.     In his expert report, Dr. Ravin Balakrishnan has alleged infringement of the '381 Patent by four applications on various Samsung devices.   I have summarized the allegations in a table below:

|   | Product | Gallery | Contacts | Browser | ThinkFree Office |
|---|---------|---------|----------|---------|------------------|
| 1 | Captivate | X | X | | |
| 2 | Continuum | X | X | | X |
| 3 | Droid Charge | X | X | | X |
| 4 | Epic 4G | X | X | | X |
| 5 | Exhibit 4G | X | X | X | X |
| 6 | Fascinate | X | X | | X |
| 7 | Galaxy Ace | X | X | X | X |
| 8 | Galaxy Prevail | X | | | X |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| 9  | Galaxy S (i9000)                                       | X | X |   | X |
|----|--------------------------------------------------------|---|---|---|---|
| 10 | Galaxy S II (i9000, AT&T, and Epic 4G Touch variants)  | X | X | X |   |
| 11 | Galaxy S 4G                                            | X | X |   | X |
| 12 | Galaxy S Showcase (i500)                               | X | X |   | X |
| 13 | Galaxy Tab 7.0                                         | X |   | X | X |
| 14 | Galaxy Tab 10.1                                        | X |   | X |   |
| 15 | Gravity Smart                                          | X | X | X |   |
| 16 | Gem                                                    |   | X |   |   |
| 17 | Indulge                                                | X | X |   | X |
| 18 | Infuse 4G                                              | X | X |   |   |
| 19 | Intercept                                              |   |   |   | X |
| 20 | Mesmerize                                              | X | X |   | X |
| 21 | Nexus S                                                | X |   |   |   |
| 22 | Nexus S 4G                                             | X |   |   |   |
| 23 | Replenish                                              | X |   |   | X |
| 24 | Sidekick                                               | X | X |   | X |
| 25 | Vibrant                                                | X | X |   |   |

63.  I have analyzed the accused applications on the accused devices as indicated in the table above.  I have observed that the behavior of the accused applications vary across the accused devices, and have categorized my observations of non-infringing versions as follows:

**Gallery**

At least 4 Non-infringing Features in Gallery

|   | Products      | Android Version | Features |   |   |   |
|---|---------------|-----------------|----------|---|---|---|
|   |               |                 | 1        | 2 | 3 | 4 |
| 1 | Captivate     | 2.2             | X        | X |   |   |
| 2 | Continuum     | 2.1-update1     | X        | X |   |   |
| 3 | Droid Charge  | 2.2.1           | X        | X |   |   |
| 4 | Epic 4G       | 2.3.5           |          |   |   | X |
| 5 | Exhibit 4G    | 2.3.3           | X        | X |   |   |
| 6 | Fascinate     | 2.1-update1     | X        | X |   |   |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Galaxy Ace | 2.3.4 | X | X | | |
| 8 | Galaxy Prevail | 2.3.5 | | | | X |
| 9 | Galaxy S (i9000) | 2.3.4 | X | X | | |
| 10 | Galaxy S II | 2.3.5 | | | | X |
| 11 | Galaxy S 4G | 2.3.6 | | | | X |
| 12 | Galaxy S Showcase (i500) | 2.3.5 | | | | X |
| 13 | Galaxy Tab 7.0 | 2.2 | X | | | |
| 14 | Galaxy Tab 10.1 | 3.1 | X | | | |
| 15 | Gravity Smart | 2.2.2 | X | X | | |
| 16 | Indulge | 2.2.1 | X | X | | |
| 17 | Infuse 4G | 2.2.1 | X | X | | |
| 18 | Mesmerize | 2.1-update1 | X | X | | |
| 19 | Nexus S | 2.3.1 | X | X | X | |
| 20 | Nexus S 4G | 2.3.4 | X | X | | |
| 21 | Replenish | 2.2.2 | X | X | | |
| 22 | Sidekick | 2.2.1 | X | X | | |
| 23 | Vibrant | 2.1-update1 | X | X | | |

64.     **Gallery Feature 1: General snapping behavior.**    In horizontal filmstrip mode in Gallery, other than the "edge" or "corner cases" of the left edge of the first image and the right edge of the last image, all of the left and right edges exhibit general snapping behavior, not the more limited '381 style snapback.   Depending on whether the user translates the image past a threshold beyond the edge of the document, the Gallery application can snap-forward to the next image or snap-back to the current image.   This same behavior occurs both in "zoomed-in" and "zoomed-out" modes.    Because the Court has interpreted the '381 Patent claims to require '381 Style Snap-back for all potentially scrollable edges, including ones Apple previously tried to rule out as interior edges, devices with Gallery that include Gallery Feature 1 (general snapping behavior) do not infringe the independent claims of the '381 Patent.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

65. **Gallery Feature 2: Hold still behavior.**  In "zoomed-in" mode of Gallery, a user can translate an image beyond the edge of the document, show an area beyond the edge, and upon lifting her finger, the image will hold still and does not snap back, thus continuing to show area beyond the edge.  Because there is no translation of the document in the second direction after the user lifts her finger, devices with Gallery that include Gallery Feature 2 (hold still behavior) do not infringe the independent claims of the '381 Patent.

66. **Gallery Feature 3: Hard stop.**  In "zoomed-out" mode of Gallery, when the user attempts to translate the image past the edge of the document, the user encounters a hard stop.  No area beyond the edge of the electronic document is displayed, and no translation of the document occurs in the second direction when the finger is lifted off.  Because devices with Gallery that include Gallery Feature 3 (hard stop) do not display an area beyond the edge of the electronic document and do not translate the electronic document in a second direction, , they do not infringe the independent claims of the '381 Patent.

67. **Gallery Feature 4: Blue glow.**  In devices with blue glow, when the user attempts to translate the image past the edge of the document, the user encounters a hard stop but a blue (or other color) glow is overlaid near the edge of the document to provide a visual indicator that an edge has been reached.  No area beyond the edge of the electronic document is displayed, and no translation of the document occurs in the second direction when the finger is lifted off.  Because devices with Gallery that include Gallery Feature 4 (blue glow) do not display an area beyond the edge of the electronic document and do not translate the electronic document in a second direction, they do not infringe the independent claims of the '381 Patent.

**Contacts**

At least 1 Non-infringing Feature in Contacts

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

68. **Contacts Feature 1: Blue glow.**  In devices with blue glow, when the user attempts to translate the list past the edge of the document, the user encounters a hard stop but a blue glow is overlaid near the edge of the document.   No area beyond the edge of the electronic document is displayed, and no translation of the document occurs in the second direction. Because devices with Contacts that include Contacts Feature 1 (blue glow) do not display an area beyond the edge of the electronic document and do not translate the electronic document in a second direction, they do not infringe the independent claims of the '381 Patent.

**Browser**

At least 3 Non-infringing Features in Browser

|   | Product | Android Version | Feature 1 | 2 | 3 |
|---|---|---|---|---|---|
| 1 | Exhibit 4G | 2.3.3 | | | |
| 2 | Galaxy Ace | 2.3.4 | | | |
| 3 | Galaxy S II | 2.3.5 | | | X |
| 4 | Galaxy Tab 7.0 | 2.2 | X | X | |
| 5 | Galaxy Tab 10.1 | 3.1 | | X | |
| 6 | Gravity Smart | 2.2.2 | | | |

69. **Browser Feature 1: Hard Stop.**  When the user attempts to translate the webpage past the edge of the document, the user encounters a hard stop.  No area beyond the edge of the electronic document is displayed, and no translation of the document occurs in the second direction when the finger is lifted off.  Because devices with Browser that include Browser Feature 1 (hard stop) do not display an area beyond the edge of the electronic document and do not translate the electronic document in a second direction, they do not infringe the independent claims of the '381 Patent.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

70.     **Browser Feature 2: "Escapable" Scroll lock.**   In devices with Browser Feature 2 ("escapable" scroll lock), when the user initially begins movement of her finger in a near vertical or horizontal direction, Browser locks the translation of the webpage into constrained vertical or horizontal translation.   However, if the user's finger movement deviates sufficiently from vertical or horizontal respectively, then the initial scroll lock is broken and the webpage then tracks the user's finger, unconstrained in two dimensions.   As described below, applications running in two-dimensional mode without a constraint on translation of the document do not meet both "first direction" limitations of the claims of the '381 Patent, and consequently do not infringe the '381 Patent.

71.     **Browser Feature 3: Blue Glow.**   In devices with blue glow, when the user attempts to translate the webpage past the edge of the document, the user encounters a hard stop but a blue glow is overlaid near the edge of the document.   No area beyond the edge of the electronic document is displayed, and no translation of the document occurs in the second direction.   Because devices with Browser that include Browser Feature 3 (blue glow) do not display an area beyond the edge of the electronic document and do not translate the electronic document in a second direction, they do not infringe the independent claims of the '381 Patent.

**ThinkFree Office**

At least 2 Non-infringing Features in ThinkFree Office Application

|   | Product | TFO Version | Feature | |
|---|---------|-------------|---|---|
|   |         |             | 1 | 2 |
| 1 | Continuum | 2.0.0810.01 |   | X |
| 2 | Droid Charge | 2.0.110222 |   | X |
| 3 | Epic 4G | 2.0.110222 |   | X |
| 4 | Exhibit 4G | 2.0.110222 |   | X |
| 5 | Fascinate | 2.0.0604.01 | X |   |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| 6 | Galaxy Ace | | NO TFO | |
| 7 | Galaxy Prevail | 2.0.110919 | | X |
| 8 | Galaxy S (i9000) | 2.0.110222 | | X |
| 9 | Galaxy S 4G | 2.0.111005 | X | |
| 10 | Galaxy S Showcase (i500) | 2.0.110222 | | X |
| 11 | Galaxy Tab 7.0 | 2.0.0604.01 | | X |
| 12 | Indulge | 2.0.1115.01 | | X |
| 13 | Intercept | 2.0.1115.01 | | X |
| 14 | Mesmerize | 2.0.0810.01 | | |
| 15 | Replenish | 2.0.110222 | | X |
| 16 | Sidekick | 2.0.110222 | | X |

72.     **ThinkFree Office Feature 1:** Vertical layout of pages.   When ThinkFree Office display pages of a PDF document in a vertical layout, there is no snapping behavior observed on any of the edges.   Rather, the user encounters a hard stop on all of the external edges.   No area beyond the edge of the electronic document is displayed, and no translation of the document occurs in the second direction.   Because devices with ThinkFree Office that include ThinkFree Office Feature 1 (Vertical layout of pages) do not display an area beyond the edge of the electronic document and do not translate the electronic document in a second direction, they do not infringe the independent claims of the '381 Patent.

73.     **ThinkFree Office Feature 2:** Horizontal layout of pages.   When ThinkFree Office displays pages of a PDF document in a horizontal layout, the behavior of ThinkFree Office is similar to Gallery Feature 1. General snapping behavior is observed on all right and left edges of pages except the left edge of the first page and right edge of the last page.   Because the Court has interpreted the '381 Patent claims to require '381 Style Snap-back on all potentially scrollable edges, devices with ThinkFree Office that include ThinkFree Office Feature 2 (Horizontal layout of pages) do not infringe the '381 Patent.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

74. In the table below, I indicate which non-infringing features I observed in the accused applications in the accused devices:

|  | Product | Gallery | | | | Contacts | Browser | | | ThinkFree Office | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 1 | 1 | 2 | 3 | 1 | 2 |
| 1 | Captivate | X | X |  |  |  |  |  |  |  |  |
| 2 | Continuum | X | X |  |  |  |  |  |  |  | X |
| 3 | Droid Charge | X | X |  |  |  |  |  |  |  | X |
| 4 | Epic 4G |  |  |  | X | X |  |  |  |  | X |
| 5 | Exhibit 4G | X | X |  |  |  |  |  |  |  | X |
| 6 | Fascinate | X | X |  |  |  |  |  |  | X |  |
| 7 | Galaxy Ace | X | X |  |  |  |  |  |  | NO TFO |  |
| 8 | Galaxy Prevail |  |  |  | X |  |  |  |  |  | X |
| 9 | Galaxy S (i9000) | X | X |  |  |  |  |  |  |  | X |
| 10 | Galaxy S II |  |  |  | X | X |  |  | X |  |  |
| 11 | Galaxy S 4G |  |  |  | X | X |  |  |  | X |  |
| 12 | Galaxy S Showcase (i500) |  |  |  | X |  |  |  |  |  | X |
| 13 | Galaxy Tab 7.0 | X |  |  |  |  | X | X |  |  | X |
| 14 | Galaxy Tab 10.1 | X |  |  |  |  |  | X |  |  |  |
| 15 | Gravity Smart | X | X |  |  |  |  |  |  |  |  |
| 16 | Gem |  |  |  |  |  |  |  |  |  |  |
| 17 | Indulge | X | X |  |  |  |  |  |  |  | X |
| 18 | Infuse 4G | X | X |  |  |  |  |  |  |  |  |
| 19 | Intercept |  |  |  |  |  |  |  |  |  | X |
| 20 | Mesmerize | X | X |  |  |  |  |  |  |  |  |
| 21 | Nexus S | X | X | X |  |  |  |  |  |  |  |
| 22 | Nexus S 4G | X | X |  |  |  |  |  |  |  |  |
| 23 | Replenish | X | X |  |  |  |  |  |  |  | X |
| 24 | Sidekick | X | X |  |  |  |  |  |  |  | X |
| 25 | Vibrant | X | X |  |  |  |  |  |  |  |  |

❖ 4 non-infringement features in the Gallery Application:
  ➢ Feature 1:   general snapping behavior (*See* Exhibit 3)
  ➢ Feature 2:   hold still (*See* Exhibit 4)
  ➢ Feature 3:   hard stop (*See* Exhibit 5)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

- Feature 4:   blue glow (*See* Exhibit 6)

❖ 1 non-infringement feature in the Contact Application:
- Feature 1:   blue glow (*See* Exhibit 7)

❖ 3 non-infringement features in the Browser Application:
- Feature 1:   hard stop (*See* Exhibit 8)
- Feature 2:   "escapable" scroll lock (*See* Exhibit 9)
- Feature 3:   blue glow (*See* Exhibit 10)

❖ 2 non-infringement features in the ThinkFree Office Application:
- Feature 1:   no bounce in vertical layout of pages (*See* Exhibit 11)
- Feature 2:   horizontal layout of pages (*See* Exhibit 12)

75. In the table below, I indicate which claim limitations are not met by each of the non-infringing features identified above:

|  | LIMITATIONS | | | | |
|---|---|---|---|---|---|
|  | "Displaying an area beyond the edge" | "Translating the electronic document in a second direction" | In response to detecting object no longer on the screen, translating… to display a fourth portion[2] | "Translating the electronic document… in a first direction to display a second portion" | "An edge of the electronic document being reached while translating the electronic document in the first direction" |
| **GALLERY** | | | | | |
| Feature 1: general snapping behavior |  |  | X |  |  |
| Feature 2: hold still |  | X |  |  |  |
| Feature 3: hard stop | X | X |  |  |  |
| Feature 4: blue glow | X | X |  |  |  |
| **CONTACTS** | | | | | |

---

[2]   Limitation has been paraphrased to fit in the table.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| Feature 1: blue glow | X | X | | | |
|---|---|---|---|---|---|
| **BROWSER** | | | | | |
| Feature 1: hard stop | X | X | | | |
| Feature 2: "escapable" scroll lock | | | | X | X |
| Feature 3: blue glow | X | X | | | |
| **THINKFREE OFFICE** | | | | | |
| Feature 1: vertical layout | | X | X | | |
| Feature 2: horizontal layout | | | X | | |

### A. Accused Functionality does not "Always" bounce-back

76. As explained above, the Court has interpreted the '381 Patent to require '381 Style Snap-back on all potentially scrollable edges. For at least Gallery and ThinkFree Office, not all potentially scrollable edges of electronic documents displayed within those applications exhibit '381 Style Snap-back, either because there is no snapping behavior of any kind or because the more general snapping feature is present.

### 1. Gallery

77. The discussion in this section focuses on Gallery applications with Gallery Feature 1 described above.

78. In Apple's infringement allegations for Gallery, each image is considered an "electronic document." *See* Balakrishnan Infringement Report Exh. 3 Claim 1 ("The Exhibit 4G phone includes an application called 'Gallery' that displays electronic documents – more specifically, photographs – on the touch screen display. When running the 'Gallery'

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| *[signature]* | April 16, 2012 |
| Jeffrey Johnson, Ph.D. | Date |