HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S STATEMENT REGARDING DESIGN-AROUND START DATES IN RESPONSE TO THE COURT'S OCTOBER 18, 2013 ORDER**<br><br>Judge:     Hon. Lucy H. Koh<br>Place:     Courtroom 8, 4th Floor<br>Trial:      November 12, 2013 at 9 a.m. |

I, Erik J. Olson, declare as follows:

1.      I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action.  I make this declaration based on personal knowledge in support of Apple's Statement Regarding Design-Around Start Dates in Response to the Court's October 18, 2013 Order.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Michael Wagner, taken August 20, 2013.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Samsung's Supplemental Objections and Responses to Apple's Interrogatories to Defendants Relating to Apple's Motion for a Preliminary Injunction—Set Two (Nos. 10-14), dated October 12, 2011.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 21st day of October 2013 in Palo Alto, California.

_/s/ Erik J. Olson_____
ERIK J. OLSON

DECLARATION OF ERIK J. OLSON ISO APPLE'S STATEMENT RE: DESIGN-AROUND START DATES
Case No. 11-cv-01846-LHK (PSG)
sf-3346117

1

1

## ATTESTATION OF E-FILED SIGNATURE

2          I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file

3   this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has

4   concurred in this filing.

5   Dated: October 21, 2013                              _/s/ Harold J. McElhinny_____

6                                                        HAROLD J. MCELHINNY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ERIK J. OLSON ISO APPLE'S STATEMENT RE: DESIGN-AROUND START DATES
Case No. 11-cv-01846-LHK (PSG)
sf-3346117

2