Exhibit A

688

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4     -------------------------------------:

5     APPLE INC., a California corporation,:

6                 Plaintiff,            :

7          v.                          :

8     SAMSUNG ELECTRONICS CO., LTD., a    :Civil Action No.

9     Korean business entity, SAMSUNG    :11-CV-01846-LHK

10    ELECTRONICS AMERICA, INC., a New    :

11    York corporation, and SAMSUNG      :

12    TELECOMMUNICATIONS AMERICA, LLC, a  :

13    Delaware limited liability company, :

14                 Defendants.            :

15    -------------------------------------:

16    (Caption continued on next page.)

17        HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

18                    VOLUME 4

19       Videotaped Deposition of MICHAEL J. WAGNER

20                Palo Alto, California

21             Tuesday, August 20, 2013

22                    8:04 a.m.

23    Job No.: 42222

24    Pages: 688 — 963

25    Reported by:  Anne Torreano, CCSR, RPR, CCRR

794

1    A.  I think that it was.  I would not be holding          10:43:54

2  that as a constraint on a lost profits claim, if that      10:43:57

3  was the only issue.                                         10:43:59

4    Q.  Are you going to contend that Apple could not         10:44:00

5  have sold an additional 81,000 units of the iPad or        10:44:06

6  the iPad 2 between April 2011 and June 2011?               10:44:14

7    A.  If, again, I believe that does correspond to         10:44:19

8  the period where there was supply problems, the answer     10:44:22

9  would be yes.                                               10:44:24

10    Q.  Was there a capacity constraint on the iPad?        10:44:25

11    A.  The iPad, not the iPad 2?                            10:44:32

12    Q.  Yes.                                                 10:44:34

13    A.  I haven't studied that in enough detail.  I         10:44:34

14  don't believe there was at that time period, but I'd      10:44:37

15  need my memory refreshed.                                  10:44:39

16    Q.  Okay.  Now, you don't say, do you, that             10:44:41

17  Samsung was aware of any of the asserted patents          10:44:49

18  before they received the notice the Court has pointed     10:44:51

19  to; correct?                                               10:44:54

20    A.  I have no information from either you or the        10:44:55

21  jury on that topic.                                        10:44:59

22    Q.  In the real world, it is not possible to           10:45:01

23  design around a patent that a person doesn't know         10:45:07

24  about; correct?                                            10:45:09

25    A.  No, it's not impossible.  It's highly              10:45:10

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

795

| | | |
|---|---|---|
| 1 | unlikely. | 10:45:12 |
| 2 | Q.  All right.  And we know that in the real | 10:45:12 |
| 3 | world Samsung did not begin designing around | 10:45:22 |
| 4 | immediately upon being provided notice; correct? | 10:45:27 |
| 5 | A.  I have no information on that subject, but no | 10:45:29 |
| 6 | one's told me that they did. | 10:45:32 |
| 7 | Q.  And there's no evidence that they designed | 10:45:34 |
| 8 | around when Mr. Jobs asked them to stop; correct? | 10:45:37 |
| 9 | MS. MAROULIS:  Objection.  Assumes facts. | 10:45:40 |
| 10 | THE WITNESS:  Again, I don't know when they | 10:45:42 |
| 11 | first started to design around, so I can't answer | 10:45:43 |
| 12 | that.  So I don't know. | 10:45:45 |
| 13 | BY MR. QUARLES: | 10:45:47 |
| 14 | Q.  Okay.  So far as you know, they didn't design | 10:45:47 |
| 15 | around when the suit was filed? | 10:45:52 |
| 16 | MS. MAROULIS:  Objection.  Calls for | 10:45:54 |
| 17 | speculation. | 10:45:55 |
| 18 | THE WITNESS:  As far as I know, they did | 10:45:56 |
| 19 | not.  And I don't know whether they designed around. | 10:46:03 |
| 20 | I don't believe at least they implemented by that | 10:46:07 |
| 21 | date.  They may have designed around, but I don't know | 10:46:08 |
| 22 | that. | 10:46:11 |
| 23 | BY MR. QUARLES: | 10:46:11 |
| 24 | Q.  Now, let's talk briefly about some of your | 10:46:11 |
| 25 | opinions concerning design-arounds. | 10:46:16 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER, VOLUME 4
CONDUCTED ON TUESDAY, AUGUST 20, 2013

939

| | | |
|---|---|---|
| 1 | report, so no, I don't think I could have done it at | 03:46:53 |
| 2 | that point in time. | 03:46:55 |
| 3 | BY MR. QUARLES: | 03:46:58 |
| 4 | Q.  And what portion of the pretrial stipulation | 03:46:58 |
| 5 | are you talking about? | 03:47:06 |
| 6 | A.  I think it's the introduction dates of the | 03:47:07 |
| 7 | products. | 03:47:16 |
| 8 | Q.  If the start of the design-around period is a | 03:47:50 |
| 9 | factual issue -- do you have that in mind? | 03:47:59 |
| 10 | A.  I do. | 03:48:01 |
| 11 | Q.  -- are you aware of any fact that suggests | 03:48:03 |
| 12 | that the design-around would have started at the time | 03:48:07 |
| 13 | that you claim it would have started in your report? | 03:48:12 |
| 14 | MS. MAROULIS:  Objection.  Vague, incomplete | 03:48:15 |
| 15 | hypothetical. | 03:48:16 |
| 16 | THE WITNESS:  No. | 03:48:18 |
| 17 | BY MR. QUARLES: | 03:48:19 |
| 18 | Q.  Figures 26 and 27 of your report are based on | 03:48:19 |
| 19 | the summation method; correct? | 03:48:43 |
| 20 | A.  Yes. | 03:48:53 |
| 21 | Q.  Take a look at figure 24 of your report. | 03:48:53 |
| 22 | They're talking about the conference | 03:49:44 |
| 23 | tomorrow? | 03:49:47 |
| 24 | A.  I assumed that. | 03:49:47 |
| 25 | MS. MAROULIS:  Didn't mean to exclude anyone. | 03:49:52 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER