QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SHONEEL KOLHATKAR**<br><br>Trial Date: November 12, 2013<br>Further Pre-trial Conf.: November 5, 2013<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

I, Shoneel Kolhatkar, declare:

1. I am a Senior Director of Product Planning at Samsung Telecommunications America, LLC ("STA"). I work with U.S. mobile telecommunications carriers and local STA staff to plan our products and market them to the carriers and consumers. I have been employed by STA since February 2009. I started at STA as a Senior Manager, Product Planning, and have been promoted since that time to my current position. Except as to those facts stated on information and belief, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Prior to the release of the Galaxy S III in May 2012, the process for naming Samsung smartphones in the United States was typically as follows: Samsung would prepare a list of proposed names based on marketing research and legal clearances; Samsung would present that list to the carrier; and the carrier would choose the name it wanted. In addition, sometimes the carrier would prepare its own list of names and choose the name from its own list, rather than any of the names Samsung suggested.

3. Sometimes, Samsung would propose to a carrier that a phone be marketed as a "Galaxy" phone; sometimes it would not. Samsung would often want its Android phones to be marketed as "Galaxy" phones, and for its flagship Android phones with Super AMOLED displays to be marketed as "Galaxy S" phones, in order increase awareness of the Galaxy brand. However, sometimes Samsung would not propose a "Galaxy" name, depending on the carrier, and the carrier's intended place for the phone in its line-up.

4. The process described above was followed with respect to the Infuse 4G, which was sold by AT&T. Samsung proposed a list of names to AT&T for the phone. Samsung's proposed list of names included the name "Infuse," but did not include any names incorporating the word "Galaxy." This is how the Infuse 4G got its name and why it was not marketed in the United States as a "Galaxy" phone.

5. Based on discussions with Samsung's team in Canada, I understand that, in contrast to the United States, Samsung proposed the name Galaxy S Infuse 4G for the Canadian market. I understand that Samsung proposed this name to increase awareness of the "Galaxy" brand, while

1 also benefitting from AT&T's marketing of the Infuse 4G. I also understand that, because Samsung generally had more market power with carriers in Canada than in the United States, it convinced the Canadian carrier to name the product Galaxy S Infuse 4G.

6. While there was initially some discussion with Verizon about marketing the Droid Charge as a "Galaxy S" phone, Verizon owns its own brand for Android smartphones called "Droid." Verizon has invested heavily in establishing and promoting this brand. To take advantage of this investment and Verizon's brand marketing, Samsung proposed that the phone now known as the Droid Charge would be marketed under the "Droid" brand, rather than the "Galaxy" brand. Verizon also proposed the name "Charge." This is how the Droid Charge sold by Verizon got its name, and was not marketed in the United States as a "Galaxy" phone.

7. Unlike Verizon, U.S. Cellular does not market its own brand of Android phones. Accordingly, when Samsung proposed that a product with the same basic specifications as the Droid Charge be sold as the Galaxy S Aviator by U.S. Cellular in the United States, U.S. Cellular agreed.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Richardson, Texas, on October 21, 2013.

_____  10/21/13
Shoneel Kolhatkar

**E-FILING SIGNATURE ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Shoneel Kolhatkar.

                                               */s/ Victoria F. Maroulis*
                                               Victoria F. Maroulis