1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                       UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21            Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22       vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26            Defendants. | |

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents filed in connection with Samsung's Proffer of Apple's Patent License and Settlement Agreement With HTC and Testimony Regarding This License ("Samsung's Proffer").

**RELIEF REQUESTED**

Samsung requests an order granting its motion to file under seal:

1. Samsung's Proffer; and
2. Exhibits 1 and 2 to the Declaration of Carl G. Anderson in Support of Samsung's Proffer.

Samsung's Proffer and Exhibits 1 and 2 contain information that Apple has designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order entered in this case. Samsung expects that Apple and/or third parties HTC America, Inc. and HTC Corporation will file declarations required by Civil Local Rule 79-5(d) establishing good cause to permit filing under seal.

Pursuant to General Order No. 62, Samsung's Proffer and Exhibits 1 and 2 will be lodged with the Court for *in camera* review and served on all parties.

DATED: October 21, 2013         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By */s/ Victoria F. Maroulis*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    William C. Price
                                    Michael T. Zeller

                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                LTD., SAMSUNG ELECTRONICS AMERICA,
                                INC. and SAMSUNG
                                TELECOMMUNICATIONS AMERICA, LLC