1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3   Motion to File Documents Under Seal.
4   Apple, HTC America, Inc. and/or HTC Corporation have filed the declaration required
5   under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court
6   to permit filing under seal.  The declaration establishes that the confidential, unredacted version of
7   Samsung's Proffer of Apple's Patent License and Settlement Agreement With HTC and
8   Testimony Regarding This License ("Samsung's Proffer"), and Exhibits 1 and 2 to the Declaration
9   of Carl G. Anderson in Support thereto ("Anderson Declaration"), contain Apple, HTC America,
10  Inc. and/or HTC Corporation's non-public, confidential information.
11  Accordingly, for good cause shown, the Court GRANTS Samsung's Administrative
12  Motion and ORDERS that Samsung's Proffer and Exhibits 1 and 2 to the Anderson Declaration be
13  filed under seal.
14  **IT IS SO ORDERED.**
15
16  DATED:

The Honorable Lucy H. Koh
United States District Judge