1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 20 | Plaintiff, | **DECLARATION OF CARL G. ANDERSON IN SUPPORT OF SAMSUNG'S PROFFER OF APPLE'S PATENT LICENSE AND SETTLEMENT AGREEMENT WITH HTC AND TESTIMONY REGARDING THIS LICENSE** |
| 21 | vs. | |
| 22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25 | Defendants. | |

1     I, Carl G. Anderson, declare:

2     1.   I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

3     2.   Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the transcript of the August 20, 2013 deposition of Michael Wagner.

4     3.   Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the August 26, 2013 deposition of Julie Davis.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on October 21, 2013.

                                                */s/ Carl G. Anderson*
                                                Carl G. Anderson

| | |
|---|---|
| 1 | **E-FILING SIGNATURE ATTESTATION** |

2   I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3 foregoing document. I hereby attest pursuant to Local Rule 5-1(i)(3) that concurrence in the
4 electronic filing of this document has been obtained from Carl G. Anderson.

5

6
7                                 */s/ Victoria F. Maroulis*
                                Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-        Case No. 11-cv-01846-LHK
ANDERSON DECLARATION ISO SAMSUNG'S PROFFER OF APPLE'S LICENSE WITH HTC