QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Dkt. 660)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1      Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby bring this administrative motion to file under seal the following documents:

4      1. Exhibit A to Samsung's Third Amended Disclosure of Asserted Claims and

5         Infringement Contentions (Dkt. 660-1); and

6      2. Exhibit B to Samsung's Third Amended Disclosure of Asserted Claims and

7         Infringement Contentions (Dkt. 660-2).

8      Samsung has established good cause to permit filing these documents under seal through

9  the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents

10 Under Seal.  In short, the above documents discuss and refer to material designated as "HIGHLY

11 CONFIDENTIAL – ATTORNEYS' EYES ONLY," "INTEL CONFIDENTIAL – OUTSIDE

12 ATTORNEYS' EYES ONLY" or "QUALCOMM – OUTSIDE ATTORNEYS' EYES ONLY"

13 under the Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials,

14 the Stipulated Amendment to the Protective Order Regarding Intel Code Production, and the

15 Supplemental Protective Order Regarding Discovery from Non-Party Qualcomm.  Samsung

16 accordingly files these documents under seal, and expects that Apple, Intel, Qualcomm, Alcatel-

17 Lucent and AT&T will comply with L.R. 79-5(d) by filing an appropriate declaration with the

18 Court for those portions and documents that reference confidential information.  Samsung's entire

19 filing has been lodged with the Court for *in camera* review.

1  DATED: October 22, 2013              QUINN EMANUEL URQUHART &
2                                                             SULLIVAN, LLP
3
4                                                     By */s/ Victoria Maroulis*
                                                         Charles K. Verhoeven
5                                                        Kevin P.B. Johnson
                                                         Victoria F. Maroulis
6                                                        William C. Price
7
                                                         Attorneys for Defendants
8                                                        SAMSUNG ELECTRONICS CO., LTD.,
                                                         SAMSUNG ELECTRONICS AMERICA, INC.,
9                                                        and SAMSUNG TELECOMMUNICATIONS
                                                         AMERICA, LLC
10