1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Kevin P.B. Johnson (Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael L. Fazio (Bar No. 228601)
   michaelfazio@quinnemanuel.com
13 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
14 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                 Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                 Defendants. | CASE NO. 12-CV-00630-LHK<br><br>**DECLARATION OF BILL TRAC  IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    I, Bill Trac, declare:

2    1.   I am a member of the State Bar of California, admitted to practice before this
3 Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for
4 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5 Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of
6 personal knowledge, and if called and sworn as a witness, I could and would testify as set forth
7 below.

8    2.   Portions of Exhibit A to Samsung's Third Amended Disclosure of Asserted Claims
9 and Infringement Contentions (Dkt. 660-1) contain information and source code information
10 designated as confidential by Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T.  Pursuant to
11 L.R. 79-5 and Civil Local Rule 5-1, a copy of the unredacted version of Exhibit A has been lodged
12 with the Court for *in camera* review.

13    3.   Portions of Exhibit B to Samsung's Third Amended Disclosure of Asserted Claims
14 and Infringement Contentions (Dkt. 660-1) contain information and source code information
15 designated as confidential by Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T.  Pursuant to
16 L.R. 79-5 and Civil Local Rule 5-1, a copy of the unredacted version of Exhibit B has been lodged
17 with the Court for *in camera* review.

18

19    I declare under penalty of perjury under the laws of the United States that the foregoing is
20 true and correct.  Executed on October 22, 2013 at Washington, D.C.

21

22                                                                    */s/ Bill Trac*
                                                                           Bill Trac
23

24

25

26

27

28

02198.51855/5575581.1

-1-
TRAC DECL. ISO MOTION TO FILE DOCUMENTS UNDER SEAL

**ATTESTATION**

1
2   I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3   foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic
4   filing of this document has been obtained from Bill Trac.
5
6                                                          /s/ Victoria F. Maroulis
7                                                          Victoria F. Maroulis