1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5575616.1

[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal.
4    Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T have each filed the declarations
5  required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for
6  this Court to permit filing under seal. The declarations establish that Exhibits A and B to
7  Samsung's Third Amended Disclosure of Asserted Claims and Infringement Contentions (Dkt.
8  660-1 and 660-2) contain Apple, Intel, Qualcomm, Alcatel-Lucent and AT&T confidential
9  material.
10   Accordingly, for good cause shown, the Court HEREBY ORDERS that Exhibits A and B
11  to Samsung's Third Amended Disclosure of Asserted Claims and Infringement Contentions may
12  be filed under seal.

14  DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge

02198.51855/5575616.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL