QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 2547)** |

02198.51855/5581658.1

Case No. 11-cv-01846-LHK (PSG)
**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

1     Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively "Samsung") hereby move to remove Docket No.
3  2547 (Samsung's Administrative Motion to Seal) and all supporting documents from ECF that
4  were inadvertently submitted on October 22, 2013.   These documents were intended for
5  submission to the other ongoing Apple v. Samsung litigation, Case No. 12-cv-00630-LHK (PSG).
6     For the foregoing reasons, Samsung respectfully requests that the Court grant this Motion
7  to Remove Incorrectly Filed Document 2547.

9  DATED: October 22, 2013           QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

12                                    By   */s/ Victoria Maroulis*
                                         Charles K. Verhoeven
13                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
14                                       Michael T. Zeller
15                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
16                                       INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC

02198.51855/5581658.1

-1-     Case No. 11-cv-01846-LHK (PSG)
**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**