1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 2547)** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have moved for the Court to
3  remove incorrectly-filed Docket No. 2547 and all supporting documents.  The documents at issue
4  were inadvertently filed in this case.
5    Accordingly, for good cause shown, the Court HEREBY ORDERS that Docket No. 2547
6  and all supporting documents be removed from the docket.

8  DATED: _____

The Honorable Lucy H. Koh
United States District Judge