UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 4hr25min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE          DATE: 10/17/13
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                         CASE #: 11-01846LHK

CASE TITLE:   APPLE, INC.   VS.   SAMSUNG ELECTRONICS CO., LTD., ET AL

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| HAROLD J. McELHINNY, RACHEL KREVENS | VICTORIA MAROULIS, WILLIAM PRICE |
| NATHANIEL B. SABRI, WILLIAM F. LEE | CARL ANDERSON, ANTHONY ALDEN |
| C. ROBINSON, K. PRUSSIA, L. FLETCHER | JON CEDERBERG |

**TODAY'S PROCEEDINGS**

{ } CLAIMS CONSTRUCTION HEARING   {X} PRE-TRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ X }   { }     { }       1. IN LIMINE
{ }     {X}     { }       2. IN LIMINE
{ }     { }     { }       3.
{ }     { }     { }       4.

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{ X } Cont'd to 11/5/13    @ 2:00 P.M.   For   FURTHER PRETRIAL CONFERENCE

**ORDER TO BE PREPARED BY:**    [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: THE MATTERS ARE ARGUED AND TAKEN UNDER SUBMISSION. A WRITTEN ORDER WILL BE ISSUED.