HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE'S RESPONSE TO SAMSUNG'S PROFFER OF APPLE'S PATENT LICENSE AND SETTLEMENT AGREEMENT WITH HTC AND TESTIMONY REGARDING THIS LICENSE** |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an order to seal portions of Apple's Response to Samsung's Proffer of Apple's Patent License and Settlement Agreement with HTC and Testimony Regarding This License ("Apple's Response to Samsung's Proffer of HTC License").

Apple's Response to Samsung's Proffer of HTC License references the pricing and royalty terms of Apple's agreement with HTC, which the Court previously held should be sealed due to the competitive harms that Apple and HTC would suffer if this information were disclosed. (Dkt. No. 2192 at 2.)  In particular, Apple seeks to seal two sentences of its response that refer to sections that the Court approved redacting on pages 14 and 23 of the license.  (*Compare* Apple's Response to Samsung's Proffer of HTC License at 2:2-7, *with* Dkt. No. 2182-5 at 14, 23 (redactions approved by Court).)  Consistent with the Court's prior order regarding the confidential pricing and royalty terms of Apple's agreement with HTC, the Court should order that information filed under seal.

Dated: October 23, 2013               MORRISON & FOERSTER LLP


                                      By: */s/ Harold J. McElhinny*
                                           HAROLD J. McELHINNY

                                           Attorneys for Plaintiff
                                           APPLE INC.

APPLE'S MOTION TO SEAL RE APPLE'S RESPONSE TO SAMSUNG'S PROFFER OF HTC LICENSE
Case No. 11-cv-01846-LHK (PSG)
sf-3346938

1