UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL REGARDING APPLE'S RESPONSE TO SAMSUNG'S PROFFER OF APPLE'S PATENT LICENSE AND SETTLEMENT AGREEMENT WITH HTC AND TESTIMONY REGARDING THIS LICENSE** |

Apple filed a motion to seal portions of its Response to Samsung's Proffer of Apple's Patent License and Settlement Agreement with HTC and Testimony Regarding This License.

The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the following document may be filed partially under seal consistent with Apple's request:

| Document | Sealable Portion |
|---|---|
| Apple's Response to Samsung's Proffer of Apple's Patent License and Settlement Agreement with HTC and Testimony Regarding This License | Proposed redactions at 2:2-7. |

**IT IS SO ORDERED.**

Dated: _____        _____
                                     Hon. Lucy H. Koh
                                     United States District Judge