# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 22, 2013                                    Time in Court: 2 hours and 20 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: William Lee, Mark Selwyn and Joseph Mueller
Defendant Attorney(s) present: John Quinn, Robert Becher, Rachel Kassabian, Michael Zeller and Daniel Posner
Non-Party Attorney(s) present: Randall Allen

### PROCEEDINGS:
**Further Hearing on Apple, Inc.'s Motion to Compel and for Sanctions**
**(Dkt Nos. 2374-2, 2434 and 2483)**

Counsel present oral arguments.
The court will conduct an in camera review of documents on logs to be provided to the court in 2 copy sets, each set is to include numbered tabs.  Any attachments to any documents to be placed behind the numbered tab with a letter tab.  Any documents in Korean to be submitted translated into English.  The court prioritizes production of English emails either to or from Dr. Ahn, Mr. Kwak, Mr. Kang and Mr. Kim.
Court to issue order upon review.

///