UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, ) | Case No.: 5:11-cv-01846 LHK |
| ) | |
| Plaintiff, ) | **ORDER SETTING SCHEDULE FOR** |
| v. ) | **IN CAMERA REVIEW** |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., a ) | **(Re: Docket Nos. 2556-58)** |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; and SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On August 23, 2013, Apple, Inc. ("Apple") filed a motion with this court for sanctions against Samsung Electronics Co., LTD., ("Samsung"). Apple also sought further discovery about Samsung's alleged violations of this court's protective order.[1] After hearing from both parties, as

---

[1] For a further recitation of the facts underlying this violation, *see* Docket Numbers 2374-2, 2434, 2483, and 2538.

1

Case No.: 5:11-cv-01846 LHK
ORDER SETTING SCHEDULE FOR IN CAMERA REVIEW

well as Nokia Corporation, the court issued an order on October 2, 2013 granting-in-part Apple's motion to compel. On October 22, 2013, the parties returned to court for a further hearing. At the conclusion of that hearing, the court ordered Samsung to lodge unredacted copies of all documents listed in both its privilege log and its redaction log for an in camera review. The court expressed a preference at that time not to impose a strict, Draconian schedule for this to occur, based on the representation that many of the documents at issue are in Korean. Instead, it instructed that the documents in English be produced "immediately," with those in Korean being produced on a rolling basis thereafter as they are translated into English.

Upon further reflection, and in light of the fact that Samsung has yet to lodge any documents in response to the order, the court believes that a more specific and complete schedule would benefit all concerned. Samsung therefore is ordered to lodge the documents as follows:

| **Description of Document(s)** | **Due By:** |
| --- | --- |
| Documents currently available in English | Thursday, October 24, 2013 at 7:00 pm |
| Communications to or from:<br>• Dr. Seung Ho Ahn<br>• Jin Hwan (James) Kwak<br>• InDong Kang<br>• Clayton Kim | Tuesday, October 29, 2013 at 8:00 am |
| All remaining documents | Monday, November 4, 2013 at 8:00 am |

The court appreciates the challenge in producing translations so quickly. However, given the resources that have been deployed in this case, it has confidence that the task can be accomplished, and the court is loath to allow this process to drag on further, encroaching on the parties' impending trial date before Judge Koh.

2
Case No.: 5:11-cv-01846 LHK
ORDER SETTING SCHEDULE FOR IN CAMERA REVIEW

**IT IS SO ORDERED.**

Dated: October 24, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge