QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM OCTOBER 24, 2013 ORDER SETTING SCHEDULE FOR IN CAMERA REVIEW**<br><br>Place:   Courtroom 5, Fifth Floor<br>Judge:   Hon. Paul Singh Grewal |

Pursuant to Civil L.R. 7-11, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for relief from the deadlines in the Court's October 24, 2103 Order Setting Schedule for in Camera Review (the "Order"). Although counsel has made diligent efforts since receiving the Order at approximately 2:00 p.m. today, it has not been able to make any documents available for delivery to the Court before the initial deadline of 7:00 p.m. today. Counsel notified the Court and opposing counsel after it concluded that documents could not be produced by 7:00 p.m. For the reasons set forth more fully below, Samsung respectfully requests to be relieved of the Court's initial deadline and instead be allowed to begin delivery of documents for in camera review to the Court tomorrow, October 25, 2013.

## ARGUMENT

### I. COMPLIANCE WITH THE COURT'S ORDER WAS NOT POSSIBLE DUE TO THE VOLUME OF DOCUMENTS SUBJECT TO THE ORDER AND THE TIME SAMSUNG HAD AVAILABLE TO COMPLY.

At the October 22, 2013 hearing, the Court ruled from the bench that the Court would conduct an in camera review of all documents in the case. Samsung was required to provide the Court with all documents from its production and all documents withheld for privilege. In addition, the Court ordered that any documents that were redacted for production would be provided in unredacted form for the in camera review. Finally, the Court also ordered with regard to any emails from the production or the privilege log that **all** attachments to those emails must be produced for in camera review whether or not the attachments are relevant and responsive. Declaration Of Albert Bedecarré In Support Of Samsung's Motion For Administrative Relief From Order Setting Schedule For In Camera Review ("Bedecarré Decl.") at ¶3.

The Court stated that production of the materials for in camera review should begin "immediately" but also stated that it understood logistical issues and translations would require some time. The Court therefore prioritized the order in which documents were to be produced.

The Court's instruction was to prioritize any and all communications to or from four individuals at Samsung, Dr. Seung Ho Ahn, Jin Hwan (James Kwak), InDong Kang, and Clayton Kim, that were in the English language.  The next priority was to provide translations of the communications to or from these four individuals that are in Korean.  With respect to the remainder of the production for in camera review, Samsung was to provide English language documents first and then any remaining documents that needed translation from Korean.  *Id*. at ¶4.

Immediately after the hearing on Tuesday, October 22, 2013, Samsung began taking steps to provide the documents for in camera review.  There were a number of hurdles to surmount in order to compile the documents and prepare them for hard copy printing, especially under the Court's orders regarding the scope and prioritization.  First, the Court's instruction to include all attachments to all emails in the production or on the Privilege Log and Redaction Log regardless whether the attachments were responsive required Samsung and its production vendor to fold numerous documents in to the in camera review set.  Second, Samsung had to review each document to sort them by language and thereby segregate those documents with Korean language text from those with only English language text so that translations could be obtained.  Third, according to the Court's instruction to prioritize communications to or from Dr. Seung Ho Ahn, Jin Hwan (James Kwak), InDong Kang, and Clayton Kim, Samsung worked to segregate those documents in each language set for the first in camera productions to the Court.  Samsung also removed exact duplicates from the universe of documents so that the Court would not receive duplicate copies for in camera review.  Without the de-duping process, the Court's in camera review set would have been double in size.  *Id*. at ¶4.

Samsung's work began the very evening after the October 22, 2013 hearing, and has continued ever since that time.  It was not until approximately 3:00 p.m. today, October 24, 2013, that the production team completed the de-duping process, organized the approximately 1150

individual documents by language and identified those documents that were sent to or from the four priority individuals.  The 1150 separate documents totaled over 15,000 pages.  Due to the large effort associated with organizing and compiling this large volume of documents according to the Court's original order from October 22, Samsung was unable to provide any documents to the Court for in camera review on October 22 or October 23, but was working diligently to produce them as quickly as possible.  *Id*. at ¶¶4-6.

On October 24, 2013, the Court issued the Order Setting Schedule for in Camera Review (the "Order").  The Order was issued on PACER after 2:00 p.m. as Dkt. 2588.  The Order instructed Samsung to provide "Documents currently available in English" to the Court by 7:00 p.m. on October 24, 2013, i.e., five hours later on the same day as the Order issued.  This Order was different from the verbal order of the Court at the hearing on October 22, 2013, which had prioritized English language documents and then Korean language documents for four priority individuals as opposed to the large mass of all English language documents.  *Id*. at ¶7.

After receiving the Order, Samsung immediately set about to prepare binders with hard copy print outs of English language documents in order to make some documents available to the Court before the 7:00 p.m. deadline.  The number of English language documents to be prepared totaled approximately 842 documents, comprising 11,500 individual pages.  The production vendor set about to prepare these documents for compilation and printing as soon as possible, and the intention was to produce as many documents as possible before 7:00 p.m.  *Id*. at ¶8.

Although every effort was made to produce some documents today, it was a logistical impossibility to process, print and deliver the English language documents to the Court by 7:00 p.m.  Counsel for Samsung contacted Chambers before the deadline to inform the Court of the volume of documents at issue and Samsung's inability to deliver any documents for in camera review by 7:00 p.m. today.  Samsung counsel also contacted counsel for Apple and Nokia to

inform them that an initial production would not be possible by 7:00 p.m. today. Samsung asked counsel to provide Samsung their position on extending this deadline, but no response has been received. *Id.* at ¶¶9-10.

## II.     REQUESTED RELIEF.

Samsung requests that the Court relieve it of the initial deadline stated in the Order, and commits to working around the clock to prepare the documents for delivery to the Court beginning on October 25, 2013. Samsung will have a portion of the 11,500 pages of English language documents delivered to the Court before noon, and an additional set delivered before 5:00 p.m. Samsung is working diligently to deliver the documents to the Court as fast as possible, and will attempt to meet all remaining deadlines in the Order as well.

DATED:  October 24, 2013            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By/s/  Victoria F. Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC