UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR RELIEF FROM OCTOBER 24, 2013 ORDER SETTING SCHEDULE FOR IN CAMERA REVIEW** |

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Administrative Motion
3 for Relief From October 24, 2013 Order Setting Schedule for In Camera Review.
4  Having considered the papers submitted, the Court GRANTS Samsung's Motion. The
5 Court hereby ORDERS:
6  Samsung is relieved of the initial deadline of producing documents for in camera review
7 by October 24, 2013 at 7:00 p.m., and shall begin producing available English language
8 documents to the Court before noon on October 25, 2013, and an additional set before 5:00 p.m.

10  **IT IS SO ORDERED.**

12 Dated: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge