1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
12

13 | APPLE INC., a California corporation,           | CASE NO. 11-cv-01846-LHK
14 |              Plaintiff,                         |
15 |         vs.                                     | **[PROPOSED]** ORDER GRANTING
   |                                                 | **SAMSUNG'S ADMINISTRATIVE**
16 | SAMSUNG ELECTRONICS CO., LTD., a                | **MOTION FOR RELIEF FROM**
   | Korean business entity; SAMSUNG                 | **OCTOBER 24, 2013 ORDER SETTING**
17 | ELECTRONICS AMERICA, INC., a New                | **SCHEDULE FOR IN CAMERA REVIEW**
   | York corporation; SAMSUNG
18 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
19
   |              Defendants.
20

21
22
23
24
25
26
27
28

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Administrative Motion
3 for Relief From October 24, 2013 Order Setting Schedule for In Camera Review.
4    Having considered the papers submitted, the Court GRANTS Samsung's Motion. The
5 Court hereby ORDERS:
6    Samsung is relieved of the initial deadline of producing documents for in camera review
7 by October 24, 2013 at 7:00 p.m., and shall begin producing available English language
8 documents to the Court before noon on October 25, 2013, and an additional set before 5:00 p.m.
9 All remaining English documents shall be produced by October 28, 2013 at 9am.
10   **IT IS SO ORDERED.**

12 Dated: _October 25_____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge

-1-                                           Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ADMINISTRATIVE RELIEF