HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF SAMSUNG'S MOTION TO SEAL REGARDING SAMSUNG'S PROFFER OF HTC LICENSE** |

I, Nathan Sabri, hereby declare as follows:

1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Samsung's Motion to Seal Regarding Samsung's Proffer of Apple's Patent License and Settlement Agreement with HTC and Testimony Regarding This License ("Samsung's Proffer").  (Dkt. No. 2573.)

2.      Samsung's Proffer references confidential royalty-related terms of Apple's agreement with HTC, which the Court previously approved redacting. (*See* Samsung's Proffer at 1:13-19, n.1; Dkt. No. 2182-5 at 4-6, 14 (proposing redactions); Dkt. No. 2192 at 2 (approving redactions).)  Proposed redactions will be submitted in highlighted form to the Court under seal as **Exhibit A**.  In order to give HTC an opportunity to review and request further redactions if HTC deems it necessary, Apple is not e-filing a public redacted version.

3.      Exhibit 1 to the Declaration of Carl G. Anderson in Support of Samsung's Proffer ("Anderson Decl.") consists of an excerpt from the Deposition of Michael J. Wagner that also references royalty-related terms from Apple's agreement with HTC that the Court previously approved redacting.  (*See* Anderson Decl. Ex. 1 at 908:8-10, 911:3-4, 917:7-21; Dkt. No. 2182-5 at 14; Dkt. No. 2192 at 2.)  Proposed redactions will be submitted in highlighted form to the Court under seal as **Exhibit B**.  In order to give HTC an opportunity to review and request further redactions if HTC deems it necessary, Apple is not e-filing a public redacted version.

4.      As Apple explained previously through the declaration of Jim Bean, the terms of Apple's licensing agreements are held in the strictest confidence.  (Dkt. No. 1502 ¶ 9.)  In particular, Mr. Bean explained that disclosure of price and royalty terms of Apple's licensing agreements would put Apple at a severe competitive disadvantage in its future licensing negotiations.  (*Id.*)

5.      HTC also previously filed a declaration from Vincent Lam explaining that HTC maintains the pricing and royalty terms of its settlement agreement with Apple under the strictest

confidence and that disclosure of this information would result in significant competitive harms to HTC.  (*See* Dkt. No. 2186-1 ¶¶ 3-5.)

6.    Apple's proposed redactions are narrowly tailored and sufficient to protect Apple's and HTC's confidential information.

7.    Apple does not maintain a claim of confidentiality with respect to Exhibit 2 to the Anderson Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of October, 2013 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri