1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11  | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG)
12  |                    Plaintiff,          | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL REGARDING SAMSUNG'S PROFFER OF HTC LICENSE**
13  |          v.                            |
14  | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
15  |
16  |
17  |
18  |                    Defendants.         |

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING SAMSUNG'S MOT. TO SEAL RE PROFFER OF HTC LICENSE
Case No. 11-cv-01846-LHK (PSG)
sf-3347538

Samsung filed a motion to seal its Proffer of Apple's Patent License and Settlement Agreement with HTC and Testimony Regarding This License ("Samsung's Proffer") and Exhibit 1 to the Declaration of Carl G. Anderson in Support of Samsung's Proffer ("Anderson Decl."). Apple filed a declaration in support of sealing portions of these documents.

The above documents refer to information the Court previously ordered may be filed under seal. (Dkt. No. 2192.) Consistent with the Court's prior order, the following documents may be filed partially under seal:

| Document | Sealable Portion |
|---|---|
| Samsung's Proffer | Proposed redactions at 1:13-19, n.1. |
| Exhibit 1 to the Anderson Decl. | Proposed redactions at 908:8-10, 911:3-4, 917:7-21. |

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Lucy H. Koh
                                    United States District Judge

[PROPOSED] ORDER GRANTING SAMSUNG'S MOT. TO SEAL RE PROFFER OF HTC LICENSE
Case No. 11-cv-01846-LHK (PSG)
sf-3347538

1