HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, Apple Inc. ("Apple") hereby moves this
2  Court for an order to seal the second paragraph of the letter filed herewith from William F. Lee
3  to Magistrate Judge Paul S. Grewal dated October 25, 2013.  Apple does not maintain any claim
4  of confidentiality with respect to this letter.  To the extent that Samsung considers the contents of
5  this letter confidential, Apple expects that Samsung will file a declaration in support of sealing in
6  accordance with Civil L.R. 79-5.

Dated:  October 25, 2013                    WILMER CUTLER PICKERING
                                              HALE AND DORR LLP

                                            /s/ Mark D. Selwyn
                                            Mark D. Selwyn (SBN 244180)
                                            (mark.selwyn@wilmerhale.com)
                                            950 Page Mill Road
                                            Palo Alto, CA  94304
                                            Telephone:  (650) 858-6000
                                            Facsimile:  (650) 858-6100

                                            *Attorneys for Plaintiff and
                                            Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 25, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                 */s/* Mark D. Selwyn
                                                 Mark D. Selwyn