QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER** |

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of (i) Apple Inc.'s ("Apple's") Corrected Administrative Motion to File Documents Under Seal in connection with Apple's Supplemental Brief in Support of its Motion for Sanctions ("Apple's Supplemental Brief") (Dkt. No. 2564; *see also* Dkt. No. 2557); and (ii) third-party Nokia Corp.'s ("Nokia's") Administrative Ex-Parte Administrative Motion to File Documents Under Seal in connection with Nokia's Memorandum on Samsung's Protective Order Violations ("Nokia's Memorandum") (Dkt. No. 2558).

3. In connection with Apple's filing of its Supplemental Brief and Nokia's filing of its Memorandum, Apple and Nokia moved to file certain documents under seal, including on the grounds that Samsung may consider certain information contained in those documents to be confidential or sensitive.

4. Of the documents Apple and Nokia have moved to have filed under seal, Samsung maintains a claim of confidentiality over (i) Apple's Supplemental Brief, (ii) Exhibits 1-4, 6, and 8-21 to the Declaration of Mark Selwyn in Support of Samsung's Supplemental Brief; (iii) Nokia's Memorandum; and (iv) Exhibits 2-5, 7, and 9-16 to the Declaration of Ryan W. Koppelman in Support of Nokia's Ex Parte Administrative Motion to File Documents Under Seal, because and to the extent those documents reveal Samsung's actual and proposed terms for licensing agreements, details about Samsung's licensing negotiations with Apple and Nokia, and detailed information about Samsung's attorney-client relationships and litigation strategies in this lawsuit and in other legal matters in which it is engaged.

5. Samsung considers details about its licensing negotiations, including actual and proposed royalty rates, highly confidential because this information has not been disclosed either publicly or to any third party except under strict confidentiality agreements. In addition,

1  Samsung's licensing negotiations with Apple and Nokia are governed by non-disclosure
2  agreements between Samsung, on the one hand, and the respective negotiating counterparties, on
3  the other hand.   As the Court has previously found, details about licensing negotiations, including
4  royalty rates are sealable.   (Dkt. No. 2538 at 4.)

5         6.   Samsung also considers detailed information about its communications with
6  outside counsel and its investigation of Apple's and Nokia's allegations of protective order
7  violations confidential.   The documents attached to Apple's and Nokia's motions reveal details
8  about Samsung's litigation strategies, including the number and identities of the law firms and
9  attorneys that represent Samsung in various litigations around the world, the number and identities
10 of in-house counsel assigned to oversee each litigation and various tasks within those litigations,
11 and the dates and nature of attorney-client privileged communications regarding the preparation of
12 expert reports, court filings and other matters.   Public disclosure of this information is likely to
13 cause Samsung harm as current of potential litigation opponents would gain valuable insight into
14 Samsung's litigation strategies and staffing.

15         7.   For the foregoing reasons, Samsung requests Apple's and Nokia's Administrative
16 Motions be granted in part.

18    I declare under penalty of perjury of the laws of the United States that the foregoing is true
19 and correct.   Executed in Los Angeles, California on October 25, 2013.

21                                    /s/ Robert J. Becher
                                     Robert J. Becher

**ATTESTATION**

1. I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated: October 25, 2013                            By: */s/ Victoria F. Maroulis*
                                                                    Victoria F. Maroulis