UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR ORDER STRIKING APPLE'S LETTER BRIEF DATED OCTOBER 25, 2013 OR, ALTERNATIVELY, FOR LEAVE TO SUBMIT RESPONSE** |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3 Administrative Motion for Order Striking Apple's Letter Brief Dated October 25, 2013 Or,
4 Alternatively, For Leave To Submit Response (the "Motion").
5   For good cause shown, the Court HEREBY GRANTS Samsung's Motion.  [Apple's
6 October 25, 2013 letter, Docket 2595, is hereby stricken from the record.]  [Samsung's proposed
7 response to Apple's October 25, 2013 letter, attached as Exhibit A to Samsung's Motion, is hereby
8 deemed filed.]

10  DATED: _____

            The Honorable Paul S. Grewal
11           United States Magistrate Judge