| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **APPLE'S MOTION TO SEAL REGARDING APPLE'S STATEMENT REGARDING WHETHER INFUSE 4G AND DROID CHARGE ARE GALAXY PHONES** |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an order to seal portions of Apple's Statement Regarding Whether Infuse 4G and Droid Charge are Galaxy Phones ("Apple's Statement") and Exhibits 5 and 6 to the Declaration of Patrick Zhang in Support of Apple's Statement.

The above documents were designated confidential by Samsung, or refer to information designated confidential by Samsung. Apple expects that Samsung will file a declaration supporting the filing of this material under seal.

Dated: October 28, 2013            MORRISON & FOERSTER LLP

                                   By: */s/ Harold J. McElhinny*
                                        HAROLD J. McELHINNY

                                        Attorneys for Plaintiff
                                        APPLE INC.