HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF PATRICK ZHANG IN SUPPORT OF APPLE'S MOTION TO SEAL REGARDING APPLE'S STATEMENT RE WHETHER INFUSE 4G AND DROID CHARGE ARE GALAXY PHONES** |

1  I, Patrick J. Zhang, hereby declare as follows:

2  1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Apple's Motion to Seal Regarding Apple's Statement Regarding Whether Infuse 4G and Droid Charge are Galaxy Phones ("Apple's Statement").

2. Apple's Statement and Exhibits 5 and 6 to the Zhang Declaration in Support of Apple's Statement are marked, or contain information that Samsung designated Highly Confidential Attorneys' Eyes Only under the protective order in this case.  Samsung has indicated that this information should continue to receive confidential treatment.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of October, 2013 at San Francisco, California.

*/s/ Patrick J. Zhang*
Patrick J. Zhang

DECL. OF PATRICK ZHANG ISO APPLE'S MOT. TO SEAL RE APPLE'S STATEMENT RE INFUSE 4G & DROID CHARGE
Case No. 11-cv-01846-LHK (PSG)
sf-3348598

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Patrick Zhang has concurred in this filing.

Dated: October 28, 2013          /s/  Harold J. McElhinny
                                         Harold J. McElhinny

DECL. OF PATRICK ZHANG ISO APPLE'S MOT. TO SEAL RE APPLE'S STATEMENT RE INFUSE 4G & DROID CHARGE
Case No. 11-cv-01846-LHK (PSG)
sf-3348598

2