HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF PATRICK ZHANG IN SUPPORT OF APPLE'S STATEMENT REGARDING WHETHER INFUSE 4G AND DROID CHARGE ARE GALAXY PHONES** |

I, Patrick J. Zhang, hereby declare as follows:

1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Apple's Statement Regarding Whether Infuse 4G and Droid Charge are Galaxy Phones.

2.      Attached as **Exhibit 1** is a true and correct copy of Defendant's Trial Exhibit DX781.

3.      Attached as **Exhibit 2** is a true and correct copy of page SDX3965.009 from Defendant's Trial Demonstrative SDX3965.

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition testimony of Samsung designer Hyejung Lee, taken March 6, 2012.

5.      Attached as **Exhibit 4** is a true and correct copy of the deposition testimony of Shoneel Kolhatkar, taken October 23, 2013.

6.      Attached as **Exhibit 5** is a true and correct copy of a document entitled December 2012 STA Business Updated, produced in this action as SAMNDCA10371473-80 and marked as Exhibit 7 to the deposition of Shoneel Kolhatkar, taken October 23, 2013.

7.      Attached as **Exhibit 6** is a true and correct copy of a Samsung presentation produced in this action as SAMNDCA00401725-85.

8.      Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition testimony of Jaewon Seo, taken February 21, 2012.

9.      Attached as **Exhibit 8** is a true and correct copy of an email produced in this action as SAMNDCA10177049-53 and marked as Exhibit 6 to the deposition of Shoneel Kolhatkar, taken October 23, 2013.

10.      Attached as **Exhibit 9** is a true and correct copy of an email produced in ITC matter 337-TA-796 as S-ITC-001014252-53, and marked as Exhibit 9 to the deposition of Shoneel Kolhatkar, taken October 23, 2013.

Declaration of Patrick Zhang in Support of Apple's Statement Re Infuse 4G & Droid Charge
Case No. 11-cv-01846-LHK (PSG)
sf-3348291

1

1     11.    Attached as **Exhibit 10** is a true and correct copy of an email produced in this

2 action as SAMNDCA10774057-58, and marked as Exhibit 12 to the deposition of Shoneel

3 Kolhatkar, taken October 23, 2013.

4     12.    Attached as **Exhibit 11** is a true and correct copy of an email produced in this

5 action as SAMNDCA10175613-16, and marked as Exhibit 13 to the deposition of Shoneel

6 Kolhatkar, taken October 23, 2013.

7     13.    Attached as **Exhibit 12** is a true and correct copy of an email produced in this

8 action as SAMNDCA10212497-500, and marked as Exhibit 15 to the deposition of Shoneel

9 Kolhatkar, taken October 23, 2013.

10     I declare under penalty of perjury that the foregoing is true and correct. Executed this

11 28th day of October, 2013 at San Francisco, California.

*/s/ Patrick J. Zhang*
Patrick J. Zhang

Declaration of Patrick Zhang in Support of Apple's Statement Re Infuse 4G & Droid Charge
Case No. 11-cv-01846-LHK (PSG)
sf-3348291

2

1    **ATTESTATION OF E-FILED SIGNATURE**

2           I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file

3    this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Patrick Zhang has

4    concurred in this filing.

5    Dated:  October 28, 2013                    */s/ Harold J. McElhinny*
                                                      Harold J. McElhinny
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Patrick Zhang in Support of Apple's Statement Re Infuse 4G & Droid Charge
Case No. 11-cv-01846-LHK (PSG)
sf-3348291

3