Exhibit 2



# SEA, STA and SEC Total Profit

| Product | Earliest date of notice | Total Profit |
|---|---|---|
| Captivate | Complaint | ($46,086,763) |
| Continuum | Complaint | ($648,106) |
| Droid Charge | Complaint | $22,335,101 |
| Epic 4G | Complaint | $68,316,039 |
| Exhibit 4G | Not accused | $0 |
| Fascinate | Complaint | $5,798,256 |
| Galaxy Ace | Complaint | $0 |
| Galaxy Prevail | Complaint | $56,441,912 |
| Galaxy S (i9000) | Complaint | $0 |
| Galaxy S 4G | Complaint | $51,428,235 |
| Galaxy S II 2 (AT&T) | Complaint | $13,273,081 |
| Gem | Amended Complaint | ($4,698,888) |
| Hercules / Galaxy S II (T-Mobile) | Complaint | $83,616,360 |
| Indulge | Amended Complaint | $3,451,480 |
| Infuse 4G | Complaint | $51,579,801 |
| Intercept | Not accused | $0 |
| Mesmerize | Complaint | $33,232,189 |
| Nexus S 4G | Not accused | $0 |
| Replenish | Not accused | $0 |
| Showcase / Galaxy S Showcase (i500) | Complaint | $12,464,938 |
| Transform | Not accused | $0 |
| Vibrant | Complaint | $257,375 |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | Complaint | $168,094,038 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | Complaint | $3,784,225 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | Not accused | $0 |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | Complaint | ($5,674,556) |
| Galaxy Tab 10.1 LTE / Galaxy Tab 10.1 (4G LTE) | Complaint | $1,742,137 |
| **Total** | | **$518,706,851** |

Source: Ex. 781

SDX3965.009