Exhibit 3

HIGHLY CONFIDENTIAL

1

1             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                   SAN JOSE DIVISION

3    _____

4    APPLE, INC., a California
     Corporation,
5          Plaintiff,
     vs.                                    Civil Action. No.
6                                           11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD., a
7    Korean business entity, SAMSUNG
     ELECTRONICS AMERICA, INC., a New
8    York corporation, and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
9    a Delaware limited liability
     company, a California corporation.
10         Defendants.

11

12   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity, SAMSUNG
13   ELECTRONICS AMERICA, INC., a New
     York corporation, and SAMSUNG
14   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability
15   company, a California corporation.
           Counterclaim-Plaintiffs,
16   vs.

17   APPLE, INC., a California
     corporation,
18         Counterclaim-Defendant.
     _____
19

20              *** HIGHLY CONFIDENTIAL ***

21
             VIDEOTAPED INDIVIDUAL DEPOSITION OF:
22                      HYEJUNG LEE

23
                      March 6, 2012
24                    Kim & Chang
                   Seoul, South Korea
25                9:11 a.m. - 12:18 p.m.

| | | |
|---|---|---|
| 10:10:10 | 1 | Q. Does the status bar include a quick panel in |
| 10:10:14 | 2 | any Galaxy UI that you worked on at Samsung? |
| 10:10:44 | 3 | A. Through the user's action on the status bar, |
| 10:10:49 | 4 | the user can access the quick panel, and there are |
| 10:10:51 | 5 | devices that allow this. |
| 10:10:52 | 6 | Q. Are there any Galaxy UIs that you're aware |
| 10:10:57 | 7 | of that do not allow that function? |
| 10:10:58 | 8 | A. Because I only work for the U.S. carrier, |
| 10:11:31 | 9 | and Galaxy is released worldwide, I cannot talk about |
| 10:11:36 | 10 | all devices, and I cannot confirm -- I cannot confirm |
| 10:11:41 | 11 | so. |
| 10:11:41 | 12 | Q. With respect to the Galaxy devices that you |
| 10:11:46 | 13 | are aware of in connection with your work in the |
| 10:11:49 | 14 | American market, can you describe for me any of the UIs |
| 10:11:57 | 15 | of any Galaxy product that does not permit the user to |
| 10:12:03 | 16 | access the quick panel through the status bar? |
| 10:12:07 | 17 | A. I'm not well aware of other models because |
| 10:12:35 | 18 | there are Verizon, AT&T, T-Mobile, Sprint and other |
| 10:12:39 | 19 | regional carriers in the U.S. market. |
| 10:12:40 | 20 | Q. For all the products that you specifically |
| 10:12:49 | 21 | worked on and developed for the U.S. market, were there |
| 10:12:54 | 22 | any Galaxy devices in that group that you're aware of |
| 10:12:59 | 23 | that did not permit the user to access the quick panel |
| 10:13:02 | 24 | through the status bar? |
| 10:13:05 | 25 | MR. LYONS: Vague and ambiguous. |

| | | |
|---|---|---|
| 10:13:06 | 1 | A. The Galaxy S phone I worked on, a Fascinate |
| 10:13:46 | 2 | and Droid -- Droid Charge, you can access the quick |
| 10:13:51 | 3 | panel through the status bar. |
| 10:13:56 | 4 | Q. (By MR. KRAMER) Did all the other Galaxy |
| 10:13:59 | 5 | phones and tablets that you worked on in the U.S. |
| 10:14:02 | 6 | permit the user to access the quick panel through the |
| 10:14:07 | 7 | status bar? |
| 10:14:08 | 8 | MR. LYONS: Vague and ambiguous. |
| 10:14:08 | 9 | A. There are many people in Samsung that work |
| 10:14:50 | 10 | on the UIs for the North American market. I know well |
| 10:14:55 | 11 | about the models that I work on, but I do not know well |
| 10:14:57 | 12 | on the other models. |
| 10:15:00 | 13 | Q. (By MR. KRAMER) My question was |
| 10:15:01 | 14 | specifically limited to the models that you worked on. |
| 10:15:03 | 15 | And my question is, on those models that you |
| 10:15:06 | 16 | worked on, can you think of any Galaxy phone or tablet |
| 10:15:12 | 17 | that did not permit the user to access the quick panel |
| 10:15:16 | 18 | through the status bar? |
| 10:15:41 | 19 | A. All the Verizon models I've worked on, you |
| 10:15:45 | 20 | can access the quick panel through the status bar. |
| 10:15:49 | 21 | Q. Are you aware of a feature called the |
| 10:15:51 | 22 | notification bar in connection with the UI of any |
| 10:15:55 | 23 | Samsung product? |
| 10:15:55 | 24 | A. Although I cannot know all of it, I know the |
| 10:16:25 | 25 | notification feature on the models I worked on. |

| | |
|---|---|
| 1 | C E R T I F I C A T E |
| 2 | SEOUL            ) |
|   |                  ) |
| 3 | SOUTH KOREA      ) |

        I, Melanie L. Giamarco, Registered Professional Reporter and Certified Realtime Reporter, do hereby certify that the aforementioned witness was first duly sworn by me pursuant to stipulation of counsel to testify to the truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

        I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

        I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of any party connected with the action, nor am I financially interested in the action.

        The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

        IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of March, 2012.

_____
Melanie L. Giamarco
Certified Realtime Reporter
Registered Professional Reporter
Certified Shorthand Reporter