Exhibit 4

Confidential Business Information

1              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2                  SAN JOSE DIVISION
3   APPLE INC., a California    §
    Corporation,                §
4                               §
            Plaintiffs          §
5                               §
    VS.                         §   Case No.
6                               §   11-CV-01846-LHK
    SAMSUNG ELECTRONICS CO.,    §
7   LTD., a Korean business     §
    entity; SAMSUNG             §
8   ELECTRONICS AMERICA, INC.,  §
    a New York corporation;     §
9   SAMSUNG TELECOMMUNICATIONS  §
    AMERICA, LLC, a Delaware    §
10  limited liability company,  §
                                §
11          Defendants          §
    _____ §
12

13

14     * * CONFIDENTIAL BUSINESS INFORMATION * *

15

16

17        VIDEOTAPED 30(b)(6) DEPOSITION OF
18             SHONEEL KOLHATKAR
19               Dallas, Texas
20         Wednesday, October 23, 2013
21

22

23  Reported by:
24  MICHEAL A. JOHNSON, CRR
25  JOB NO. 67222

Confidential Business Information

Page 18

1    who was the head of product planning.

2        Q.   Was Mr. Denison someone who was

3    knowledgeable about the strategy for product

4    introductions?

5            MR. MILOWIC:  Objection as to          09:44AM

6    outside the scope.

7        A.   I would not know whether Justin

8    Denison would be knowledgeable.  I hope he is,

9    but I cannot comment on his knowledge.

10   BY MR. LONDEN:                                 09:44AM

11       Q.   And was his position at the same

12   level as Mr. DiCarlo's or above or below it in

13   the company?

14           MR. MILOWIC:  Objection, scope.

15       A.   It seems like they were in the same    09:44AM

16   position as senior directors in the -- in the

17   company, STA's.

18   BY MR. LONDEN:

19       Q.   I would like to ask you some

20   questions about terminology.  Samsung used      09:45AM

21   code names internally for products that were

22   in the process of development and planning; is

23   that right?

24       A.   That is correct.

25       Q.   And is it correct that the internal    09:45AM

Confidential Business Information

Page 19

1   code name -- or an internal code name anyway

2   for the Infuse 4G was Dempsey?

3       A.   That is correct.  That was one of

4   the code names used for Infuse 4G.

5       Q.   And for Droid Charge one of the          09:45AM

6   code names was Stealth?

7       A.   That is correct.

8       Q.   For the Galaxy S II one of the code

9   names was -- I would pronounce it sin,

10  S-e-i-n-e, like the river in Paris.  Is that      09:46AM

11  right?

12      A.   I personally do not recollect Seine

13  as the Galaxy S II code name.

14      Q.   Are you familiar with a product

15  called the Captivate Slide?                       09:46AM

16      A.   I'm aware of the Captivate Slide,

17  yes.

18      Q.   And its code name was Willow?

19      A.   That is -- I believe that to be

20  correct.                                          09:46AM

21      Q.   The Captivate Slide was a Galaxy

22  line phone, right?

23      A.   The Captivate Slide was not a

24  Galaxy line of phones.  The Captivate was a

25  Galaxy phone.                                     09:46AM

Confidential Business Information

Page 24

1   have -- he would definitely be aware of all

2   the products launched and what the Galaxy

3   designation was.  He would also know what are

4   the different options that we are presenting

5   to the carriers for Dempsey and Stealth, yes.        09:54AM

6        Q.   When he said Stealth and Dempsey

7   are Galaxy products, the name Stealth was

8   understood within Samsung to refer to the

9   phone that became the Droid Charge, right?

10       A.   So that is correct, the Stealth          09:55AM

11  became Droid Charge.

12       Q.   And when he said Stealth and

13  Dempsey are Galaxy products, the name Dempsey

14  was understood within Samsung to refer to the

15  phone that became the Infuse 4G, right?           09:55AM

16       A.   So I just want to clarify.  So

17  Stealth became Droid Charge and Dempsey became

18  Infuse 4G, but I don't think -- so he is

19  clearly not saying these are Galaxy products.

20  He's saying the basic goal are these Galaxy         09:55AM

21  products.  So our goal was to have these as

22  Galaxy products.  That does not confirm that

23  these are Galaxy products.  These are just --

24  that is the goal that Samsung had in mind.

25       Q.   And Samsung's goal as of              09:56AM

Page 25

1  September 28, 2010, would have been achieved

2  if those two products had been marketed under

3  the Galaxy S name, right?

4      A.   So the goal would have been

5  achieved, yes, if these had been marketed as          09:56AM

6  Galaxy S products, but they were not.

7          MR. LONDEN:  Mark this, please.

8          (Deposition Exhibit 7 marked.)

9  BY MR. LONDEN:

10     Q.   Before you, marked as Kolhatkar          09:57AM

11  Exhibit 7, is a document entitled "STA

12  Business Update," dated December 2010.  It's

13  identified by production numbers

14  SAMNDCA10371473 through 47 -- sorry, through

15  480.  Have I described it correctly?          09:57AM

16     A.   That's correct.

17     Q.   Is this a type of document that you

18  have seen before?

19     A.   This is a type of document that

20  I've seen.  I don't necessarily recollect          09:58AM

21  seeing this exact document.

22     Q.   And how was -- how were documents

23  of this type used?

24          MR. MILOWIC:  Objection, outside

25  the scope.          09:58AM

Confidential Business Information

Page 26

1    You can obviously answer any

2  questions within your personal knowledge.

3    A.   Yeah, I'm not aware of how this

4  document was used.

5  BY MR. LONDEN:                                      09:58AM

6    Q.   You saw documents like this from

7  time to time within STA?

8        MR. MILOWIC:   Objection to scope.

9    A.   I did see them sometimes within

10 STA, yes.                                           09:58AM

11 BY MR. LONDEN:

12   Q.   The contents listed on the front

13 page are, 1, 2010 Recap; 2, Key Management

14 Issues; 3, 2011 Management Plan; and, 4,

15 Appendix.  Have I described that correctly?        09:58AM

16   A.   Yes.

17   Q.   And if we turn to page 3, that's

18 the beginning of the section on current

19 issues, right?

20   A.   Yes.                                         09:58AM

21   Q.   And of the listed current issues,

22 the third one on page 4 says, "Galaxy S second

23 generation," and the first bullet point is,

24 "Need to extend current Galaxy S devices until

25 launch of carrier-exclusive 2nd generation       09:59AM

Confidential Business Information

Page 27

1   Galaxy S devices (i.e., Stealth, Dempsey),"

2   and I'm ending my quote there.

3        Do you see that?

4        A.   Yes, I do see that.

5        Q.   And that is a statement with -- of          09:59AM

6   a goal that is consistent with what

7   Mr. DiCarlo, your supervisor, had said in

8   September 2010, right?

9        A.   That's correct.  So that was the

10  goal.                                               09:59AM

11       Q.   Now, that goal means that as far as

12  the physical hardware, the functionality and

13  features of the phone, it would have been

14  appropriate if the carriers had decided to

15  call them Galaxy S phones, right?                   10:00AM

16       A.   So that's correct.  So if the

17  carriers had decided to call them Galaxy S

18  devices, they would be marketed as Galaxy S,

19  but they were not.

20       Q.   In terms of Samsung's understanding       10:00AM

21  of what was in the phones, how they looked and

22  how they worked, Galaxy S was an appropriate

23  designation within Samsung's understanding and

24  belief, right?

25            MR. MILOWIC:  Objection, vague.           10:00AM

Confidential Business Information

Page 28

1      A.   That's not correct because Galaxy S

2  is part of the name on the description of the

3  phone.  There are many phones -- the one

4  criteria, it has to be Android.  So these

5  phones definitely met that criteria.  For          10:00AM

6  Galaxy S it would have to be a premium flash

7  device, so that met the criteria.  But if it

8  was not named Galaxy S device, that means it

9  was not a Galaxy S device.

10  BY MR. LONDEN:                                     10:01AM

11      Q.   So let me ask my question a little

12  differently.

13          As far as Samsung's understanding

14  went in late 2010, early 2011, the phones that

15  became the Droid Charge and the Infuse 4G had      10:01AM

16  the hardware and functionality and appearance

17  so that if the carriers had chosen to call

18  them Galaxy S, that would have been an

19  accurate description and an acceptable one,

20  right?                                             10:01AM

21          MR. MILOWIC:  Objection, compound,

22  vague and ambiguous.

23      A.   So it's correct that if the

24  carriers had chosen the name Galaxy S for

25  these devices, they would have ended up being      10:01AM

Confidential Business Information

Page 30

1   relate to that investigation which you did,

2   the Infuse 4G, which is in evidence."

3           It's -- "Your Honor, it's joint

4   Exhibit 1027.  If that could be placed before

5   Mr. Denison."  And it says, "Unless the Galaxy      10:04AM

6   Vibrant, Joint Exhibit 1010."  Do you see

7   that?

8       A.   Yes.

9       Q.   And look please at page 949 at line

10  20.  Samsung's lawyer asks, question, "Are          10:04AM

11  these two phones, the Infuse and the Vibrant,

12  are they both part of the Galaxy family of

13  phones?"

14          Answer, "Yes, they were part of the

15  Galaxy I generation."  End my quote there.          10:05AM

16          Mr. Denison was a knowledgeable

17  person about the Galaxy line of phones, right?

18      A.   He should have been, but I cannot

19  speak to his knowledge.

20      Q.   All right.  One way or the other?          10:05AM

21      A.   I am not aware of his knowledge,

22  frankly.  So I can only speak for myself.

23      Q.   Was Mr. Denison testifying falsely?

24      A.   I would definitely not say that.  I

25  mean, I would -- he's definitely an honest         10:05AM

Confidential Business Information

Page 31

1  person, but I'm just saying he was not tied

2  into the day-to-day of the product strategy

3  that was led by product planning, Nick DiCarlo

4  and my team.  So he may or may not be

5  knowledgeable about specific phones in the          10:06AM

6  portfolio.

7      Q.   But he certainly was stating what

8  he understood to be true, right?

9      A.   Maybe.  I cannot speak to how --

10 what he was stating or what he knew at that          10:06AM

11 point.

12     Q.   But that testimony -- you're not

13 saying he intended it to be misleading or

14 incorrect?

15         MR. MILOWIC:  Objection, assumes          10:06AM

16 facts and mischaracterizes testimony.  The

17 witness has never said that the statement was

18 incorrect.

19     A.   Right.  So I am not saying he's

20 misleading or it's incorrect.  I am saying          10:06AM

21 that his interpretation of what the Infuse 4G

22 was and whether he was completely aware of

23 whether that was a true Galaxy designation is

24 a question.  Because at that point --

25 remember, this was in 2010-2011, we were just          10:06AM

Confidential Business Information

1  launching the Galaxy brand.  All right?  So

2  for us the goal was always to get some of

3  these high-profile phones and devices as

4  Galaxy phones.

5            Now, some ended up being Galaxy          10:07AM

6  phones and some didn't end up being Galaxy

7  phones -- for example, Infuse and Droid did

8  not end up being Galaxy phones -- so there

9  might have been some confusion on the part of

10 which phones ended up being Galaxy phones.          10:07AM

11 BY MR. LONDEN:

12      Q.   But you're not saying that

13 Mr. Denison's statement was incorrect?

14      A.   No, never said that.  I am saying

15 that he didn't purposely mislead.  I am saying    10:07AM

16 that he may not have complete knowledge in

17 which phone was Galaxy versus which wasn't at

18 that time.

19      Q.   But you believe that in his

20 position with the knowledge that he had he        10:07AM

21 correctly stated his understanding when he

22 said what -- that the Infuse 4G was a member

23 of the Galaxy family, right?

24      A.   That could be true.  But again, I

25 know for a fact that Infuse 4G is not a Galaxy    10:08AM

Confidential Business Information

Page 33

1  phone and while the Vibrant is a Galaxy phone.

2  So that's a fact.

3       Q.   And the reason you say the Infuse

4  4G is not a Galaxy phone is that the carrier

5  decided in the end not to use the Galaxy name,        10:08AM

6  right?

7       A.   That is correct.  So ultimately

8  what name we take to market is a joint

9  collaboration between carrier and Samsung, but

10  the carrier has final say in terms of which        10:08AM

11  name they go to market with.

12           So in this case, in Samsung

13  Infuse 4G, carrier said, we do not want

14  another Galaxy in the lineup because they

15  already had Galaxy II, S II, we only want one        10:08AM

16  Galaxy phone in the lineup, and that's why

17  Infuse 4G ended up being not a Galaxy phone.

18       Q.   Are you saying that the Galaxy S II

19  had been announced or launched before the

20  Infuse 4G at AT&T?        10:09AM

21       A.   No, sir.  The naming discussions

22  for the two phones were going on at the same

23  time because I believe they launched around

24  the same time.  I don't know which one

25  launched first or second, but they launched        10:09AM

Confidential Business Information

Page 38

1    been a discussion with AT&T about the Dempsey

2    product, right?

3          A.    That's correct.

4          Q.    And the Dempsey product is the

5    product that became the Infuse 4G, right?          10:15AM

6          A.    That's correct, yes.

7          Q.    And this reflects that there had

8    been a specific discussion with AT&T about

9    taking the Galaxy S brand --

10         A.    Right.                                  10:15AM

11         Q.    -- right?  And it had been

12   Samsung's goal that the Dempsey would take the

13   Galaxy S brand, right?

14         A.    That is correct.

15         Q.    And AT&T informed Samsung that AT&T   10:15AM

16   would not be taking the Galaxy S brand,

17   specifically with respect to the phone that

18   became the Infuse 4G, right?

19         A.    That is correct.

20         Q.    So when you say that the Galaxy S     10:16AM

21   brand had never been discussed specifically

22   with AT&T with respect to the Dempsey product,

23   you were not aware of the communications

24   reflected in this e-mail; is that right?

25               MR. MILOWIC:  Objection,               10:16AM

Page 39

1    mischaracterizes testimony.

2         A.   So what I said was when we proposed

3    this list of names in December 2010 to AT&T,

4    that did not include the name Galaxy S as part

5    of the name because of earlier conversations          10:16AM

6    with AT&T.

7              Now, in subsequent executive

8    discussions it was still Samsung's goal if we

9    can get Galaxy S on Dempsey, that would

10   definitely be favorable.  But there at the            10:16AM

11   end, as you can see, AT&T said we cannot have

12   Galaxy S brand and this cannot be a Galaxy S

13   product.

14   BY MR. LONDEN:

15        Q.   And there was a specific discussion          10:17AM

16   with -- between Samsung and AT&T in which it

17   was proposed that the Galaxy S brand be taken

18   for the Dempsey product and AT&T decided not

19   to, right?

20        A.   That's correct, yes.                         10:17AM

21        Q.   And then the quote I just read

22   suggested -- or asked to make sure the

23   necessary hardware and software changes are in

24   place.  Please look on the -- that page,

25   14253, a little higher.                                10:17AM

Confidential Business Information

Page 41

1    Galaxy S logo.  So I don't know whether he was

2    working on it already.  I cannot comment on

3    that.

4         Q.   In your declaration, Exhibit 2, in

5    paragraph 4, it states, "Samsung proposed a          10:19AM

6    list of names to AT&T for the phone" --

7    referring to the Infuse 4G, right?

8         A.   That is correct.

9         Q.   "Samsung's proposed list of names

10   included the name 'Infuse,' but did not             10:20AM

11   include any names incorporating the word

12   'Galaxy.'"  And I'm ending my quote there.

13        A.   That is correct.

14        Q.   And in addition to what was on that

15   list, there were discussions specifically in        10:20AM

16   which Samsung raised or pursued the goal of

17   naming the Infuse 4G a Galaxy S phone, right?

18             MR. MILOWIC:  Objection, vague as

19   to time.

20        A.   So on -- that is true.  In general        10:20AM

21   our goal was, since we were just building the

22   Galaxy brand, we wanted to have Galaxy brand

23   on the phones.  And Infuse 4G, for example,

24   was an Android phone, so there were

25   discussions at high levels to see if that           10:20AM

Confidential Business Information

Page 42

1    could be a Galaxy S phone.  It did not end up

2    being a Galaxy S phone.

3    BY MR. LONDEN:

4         Q.   So that was also part of the story

5    of how Infuse 4G got its name, right?                  10:21AM

6              MR. MILOWIC:  Objection, vague.

7         A.   So that is -- yes.  I think that's

8    why this gives me an opportunity to explain a

9    lot more in the deposition, to say that all

10   these phones -- like even the Droid Charge, if         10:21AM

11   you look at it, there are -- there were

12   discussions happening to see if it could have

13   Galaxy S name on that.  But then ultimately in

14   that case the Droid was a much bigger brand so

15   we were actually happy that the Droid name was         10:21AM

16   chosen.  But all of these discussions are

17   premium phones.  At that point we wanted

18   Galaxy S on those.

19   BY MR. LONDEN:

20        Q.   Including the Infuse 4G?                      10:21AM

21        A.   Infuse 4G was one of the candidates

22   as well --

23        Q.   And that was discussed --

24        A.   -- from Samsung's perspective.

25        Q.   -- with AT&T?                                10:21AM

Confidential Business Information

Page 45

1   heading for AT&T and to the right of that a

2   heading for T-Mobile and then on the far right

3   a heading for Sprint, correct?

4        A.   That's correct.

5        Q.   And is it correct, as you read this      10:37AM

6   document, to understand the Verizon heading as

7   describing the things below it in the rows

8   that are below?

9             MR. MILOWIC:  Objection to the

10  scope.  To the extent you're asking his          10:37AM

11  personal knowledge about this, he can answer.

12       A.   It seems like the devices below

13  Verizon talk about Verizon, yes.

14  BY MR. LONDEN:

15       Q.   And the bottom row says, "Brand         10:38AM

16  Option."  Below Verizon in that row, it says,

17  "Samsung Galaxy S or Droid."

18       A.   That's correct.

19       Q.   And that's a choice that Samsung

20  presented to Verizon and that Verizon made,      10:38AM

21  right?

22       A.   That is correct.  So just to give a

23  little background, right, so basically our

24  goal was at that point to grow the Galaxy

25  brand, like I've stated before.  But, of         10:38AM

Confidential Business Information

Page 48

1  display type that was in the Galaxy S product?

2      A.   Super AMOLED describes a display

3  type for phones in general, yes.

4      Q.   All the Galaxy line of phones

5  have -- Galaxy S line of phones -- strike        10:42AM

6  that.

7          All of the Galaxy S line of phones

8  had Super AMOLED displays?

9      A.   So at that point we were

10 considering branding a phone and marketing it    10:42AM

11 as Galaxy S.  It would have Super AMOLED

12 display, yes.

13     Q.   And that phone is the Stealth,

14 which became known as the Droid Charge, right?

15         MR. MILOWIC:  Objection, assumes         10:42AM

16 facts, mischaracterizes testimony.

17     A.   So the Stealth had a Super AMOLED

18 display, so it could qualify as a Galaxy S

19 experience, but not all Super AMOLED display

20 phones were a Galaxy S, if that makes sense.     10:43AM

21         MR. LONDEN:  Mark this, please.

22         (Deposition Exhibit 11 marked.)

23 BY MR. LONDEN:

24     Q.   Before you, marked as Kolhatkar

25 Exhibit 11, is an excerpt from deposition        10:43AM

Page 62

1    not an option for Verizon to consider.  And it

2    could have ended up being not Droid, not

3    Galaxy S, either of the two.  Could have been

4    rejected.  So it could have been just an

5    Android, regular Samsung phone.                    11:06AM

6    BY MR. LONDEN:

7         Q.   But in terms of the physical

8    handset and its performance and features, it

9    would have been the same phone, right?

10             MR. MILOWIC:  Objection, vague,          11:06AM

11   ambiguous.

12        A.   So could you repeat that?  I missed

13   the end part.

14   BY MR. LONDEN:

15        Q.   In terms of its physical handset,        11:06AM

16   performance and features and aside from the

17   branding as Droid Charge, it would have been

18   the same phone, right?

19        A.   Same as what?

20        Q.   As the Stealth, according to the         11:06AM

21   option of branding it as a Galaxy S phone.

22        A.   Right.  So basically Galaxy S is

23   basically a name, right?  So the phone does

24   not change, but the name could change.  So the

25   Stealth would remain as it is, but how we take   11:07AM

Confidential Business Information

Page 63

1   it to market, whether it's a Droid, whether

2   it's a Galaxy S, whether it's a Galaxy or

3   whether it's something else is completely

4   dependent on the carrier.  So that's just a

5   name of the device.                          11:07AM

6       Q.   Well, there are smartphones that

7   Samsung makes and sells that could not

8   properly be called Galaxy or Galaxy S, right?

9       A.   So for Galaxy S we had a

10  requirement back then it needs to be Super   11:07AM

11  AMOLED.  Right?  So there were some

12  smartphones that do not qualify as a Galaxy S,

13  that is correct.

14      Q.   And both the Infuse 4G and the

15  Droid Charge qualify in that respect, right?   11:07AM

16      A.   So both the Infuse 4G and Droid

17  Charge were potential candidates for a Galaxy

18  S name, that is correct.  But they could have

19  been non-Galaxy phones and that's what they

20  ended up being.  So not all --                11:08AM

21      Q.   Were you --

22      A.   So not all devices with the same

23  specs are considered as Galaxy S.  It's just a

24  name.  They could be non-Galaxy, they could

25  just be Galaxy or they could be something     11:08AM

Confidential Business Information

1   could be unrelated, and again, I believe that

2   the word "foregoing" is incorrect because

3   ultimately it's Verizon's decision to name a

4   phone.  And then once they decide on the phone

5   name, then of course the other names we have        11:26AM

6   to let go.  If that's what forego means, then

7   yes, it could be related, but I just don't

8   know.

9        Q.   Forego is the word Mr. Sohn used

10  with Verizon, right?                                 11:26AM

11       A.   That's correct.

12       Q.   Okay.  Samsung has accepted the use

13  of the Galaxy S name as a brand for the same

14  product, that is, with the same specifications

15  as the Droid Charge, right?                          11:27AM

16            MR. MILOWIC:  Objection, vague.

17       A.   No, that is false.  The Droid

18  Charge, that phone specifically could have

19  been named Droid or it could have been named

20  Galaxy S.  It was ultimately Verizon's              11:27AM

21  decision in collaboration with Samsung to call

22  it the Droid Charge.  So it is not a Galaxy S

23  phone.

24  BY MR. LONDEN:

25       Q.   Samsung has accepted the use of          11:28AM

Confidential Business Information

Page 82

1    to "First ATT HSPA+, $199 Target."  HSPA+ is

2    high-speed packet access plus?

3          A.   That is correct.

4          Q.   And the Dempsey was the first AT --

5    the Dempsey became the first AT&T HSPA+ phone,    11:50AM

6    right?

7          A.   I believe that to be true.  But

8    that does not indicate that this specific

9    document is talking about Dempsey.

10         Q.   Well, we're just reading this,    11:50AM

11   right?  You don't remember what the

12   document --

13         A.   Right.

14         Q.   -- was drafted to refer to, right?

15         A.   That is correct.  So a phone ending    11:51AM

16   up being -- my point is, the phone ends up

17   being a first HSPA+ phone, for example, that

18   is more of a timing thing.  So there could be

19   multiple phones slotted for that, but then one

20   ends up being first HSPA+.  So I would infer    11:51AM

21   from this document that this is a Dempsey is

22   what I'm saying.

23         Q.   Right.  But this is a slide about

24   sustaining Galaxy S in the first half of 2011,

25   and in the column labeled "Bridge SKU w.    11:51AM

Confidential Business Information

Page 83

1    Promotion," under AT&T, there's a reference to

2    a "First AT&T HSPA+" phone, right?

3        A.    I see that.

4        Q.    See that so far?

5        A.    I see that, yes.                        11:51AM

6        Q.    And as events played out, the first

7    AT&T HSPA+ phone that AT&T sold was the

8    Dempsey, right?

9        A.    That's correct.

10       Q.    So the ultimate Dempsey phone was      11:52AM

11   consistent with the plan expressed here for

12   AT&T, right?

13       A.    So in reference to this particular

14   slide, I will not -- I will not characterize

15   it as a plan.  It could be a goal, which is    11:52AM

16   different from a plan.  I mean, goal is this

17   phone -- for example, you see -- in Verizon

18   you see Galaxy S or Droid.  That's a goal.

19   But the -- what the phone ends up being is

20   completely dependent on the carrier, like I've  11:52AM

21   stated before.

22       Q.    In fact, the first HSPA+ phone sold

23   by AT&T was the Dempsey under the name Infuse

24   4G, correct?

25       A.    That is true.                          11:53AM

Confidential Business Information

Page 86

1   who this was presented to or the background of

2   this document is, to really understand the

3   purpose of this document.  I can see in front

4   that Vibrant and Dempsey are on the same slide

5   and it talks about build on Galaxy S                   11:57AM

6   foundation, so that could be true.  But again,

7   I have no recollection of how this was used or

8   who it was used with, so it's difficult to

9   talk about this.

10  BY MR. LONDEN:                                          11:57AM

11      Q.    Leaving aside whether this is what

12  the document says, it is accurate to say that

13  at about this time Samsung had the goal of

14  building on the Galaxy S foundation, right?

15      A.    What time is this?                            11:57AM

16      Q.    First quarter of --

17      A.    December 2010?

18      Q.    Yeah --

19      A.    Yes.

20      Q.    -- December 2010.                             11:57AM

21      A.    The goal was definitely to build on

22  the Galaxy S foundation.

23      Q.    And consistent with that goal,

24  Samsung had the goal of naming -- or of a

25  carrier, AT&T, naming the Dempsey the Infuse     11:58AM

Confidential Business Information

Page 87

1   4G if the carrier would do that, right?

2        A.   So that is correct.  So if our goal

3   would be to name -- and that's why that was

4   one of the names as an option, whereas a goal

5   would be to grow the Galaxy S brand, but        11:58AM

6   ultimately it is the carrier's decision

7   whether to name it as Galaxy S or not.

8        Q.   And you clearly understood the

9   question that I thought I was asking, but my

10  transcript says that I didn't ask it.  Let      11:58AM

11  me -- let me ask the question again and just

12  confirm that we didn't miss each other's

13  intent.

14        Samsung had the goal, if the carrier

15  would accept it, that the phone ultimately      11:58AM

16  named Infuse 4G would be given a name

17  including Galaxy S, right?

18       A.   That is correct.  The goal was to

19  name our flagship phones, including Infuse 4G,

20  as Galaxy S if the carrier agreed to do so.     11:59AM

21        MR. LONDEN:  All right.  Let's take

22  our lunch break.

23        THE VIDEOGRAPHER:  Off the record

24  at 11:59 a.m.

25        (Recess Taken From 11:59 a.m. To          11:59AM

Confidential Business Information

Page 100

1    of in the software?

2          A.   Different carrier preloads.  Right?

3    So I'm not exactly sure which preloads were

4    loaded, but they have Rogers' preloads, for

5    example, the services that Rogers offers which      01:16PM

6    are not relevant in the United States.

7          Q.   And do you have any other

8    differences in mind?

9               MR. MILOWIC:  Objection, vague.

10         A.   So I do not know any other             01:16PM

11   differences.  That does not mean they do not

12   exist.

13   BY MR. LONDEN:

14         Q.   Do you know a Kim Titus?

15         A.   Yes, Kim Titus used to be head of      01:17PM

16   PR for Samsung Mobile.

17         Q.   And he worked in Dallas where you

18   work?

19         A.   That's correct.

20         Q.   He was in charge of making            01:17PM

21   statements to the public about Samsung's

22   products?

23              MR. MILOWIC:  Objection to the

24   extent this may be outside the scope of this

25   deposition.  Not sure where we're going.         01:17PM

Confidential Business Information

1      A.   I believe that was one of his roles

2  as PR.

3  BY MR. LONDEN:

4      Q.   And do you expect that if he made

5  statements about Samsung's Smartphone or          01:17PM

6  family of Smartphones, he checked first to

7  make sure they were accurate?

8      A.   I do not know whether he checked

9  things before reporting it to the public.  I

10 would hope so, but I have -- I do not claim to   01:18PM

11 know his knowledge previous to making any

12 statements.

13     Q.   I want to show you a video.  That's

14 why I asked about Kim Titus.

15     A.   Okay.                                    01:18PM

16         MR. LONDEN:  And let us mark for

17 the record the web reference so that its

18 source can be confirmed.  This is nothing but

19 a web reference.

20         (Deposition Exhibit 18 marked.)          01:18PM

21 BY MR. LONDEN:

22     Q.   The statement of where on the web

23 is the source of what I'm going to show you

24 now -- show you part of now is marked as

25 Exhibit 18 to your deposition.                    01:19PM

Confidential Business Information

Page 102

1           (Video played.)

2    BY MR. LONDEN:

3        Q.    Now, this is Kim Titus?

4        A.    This is Kim.

5        Q.    I'm going to forward it to save a        01:20PM

6    little time.

7        A.    Okay.

8            MR. MILOWIC:  Do you happen to have

9    a copy of the video?

10           MR. LONDEN:  I will be happy to        01:20PM

11   e-mail it to you.

12           MR. MILOWIC:  Okay.

13           MR. LONDEN:  Or if you have a thumb

14   drive, I can give it to you.

15           MR. MILOWIC:  I do.  Do you have        01:20PM

16   the date of the video?

17           MR. LONDEN:  It may be available

18   here, but I have -- what I have is the video.

19   BY MR. LONDEN:

20       Q.    And I am now going from the part        01:21PM

21   that we listened to at the beginning to two

22   minutes into the presentation.  Okay.  This is

23   two minutes and one second into the video, and

24   I'll restart it.

25           (Video played.)                          01:19PM

Confidential Business Information

Page 103

1    BY MR. LONDEN:

2        Q.   It's at now 3:30, and I'm stopping

3    the tape -- the recording here.  You saw

4    Mr. Titus demonstrating with the Infuse 4G,

5    right?                                          01:23PM

6        A.   (Nods Head.)

7        Q.   And he said that Media Hub is one

8    of the differentiators for the Galaxy S series

9    of phones, right?

10       A.   That's correct.                         01:23PM

11       Q.   And he demonstrated that using the

12   Infuse 4G, right?

13           MR. MILOWIC:  Objection, vague.

14   BY MR. LONDEN:

15       Q.   Now, is it fair to understand from    01:23PM

16   this that Infuse 4G, as far as its hardware

17   and performance is concerned, is in the same

18   category as the Galaxy S series of phones?

19           MR. MILOWIC:  Objection, vague.

20       A.   I do not think you can make that       01:24PM

21   conclusion.  So like I said before, the

22   Samsung Infuse 4G had the basic specs like

23   Super AMOLED and Android for it to qualify as

24   a Galaxy phone if the carrier accepted that.

25   But the carrier rejected it so it ended up not  01:24PM

Confidential Business Information

Page 104

1    being a Galaxy phone.

2            In terms of Kim Titus' statement, I

3    think it's still accurate where he's saying

4    that Media Hub is a key differentiator for

5    Galaxy S phones and we are bringing that          01:24PM

6    capability to the Samsung Infuse 4G to

7    increase the people that we have on Media Hub.

8    That doesn't state that Infuse 4G is a Galaxy

9    S phone.  It was just used to demonstrate the

10   Media Hub capability.                             01:24PM

11   BY MR. LONDEN:

12       Q.   The Infuse 4G had Media Hub,

13   though?

14       A.   It definitely did have Media Hub.

15       Q.   And --                                   01:25PM

16       A.   I think the point is just because

17   it had Super AMOLED and Media Hub doesn't make

18   it a Galaxy S phone.  I think ultimately it's

19   the carrier's decision to name it and to

20   market it as that and then it will become a      01:25PM

21   Galaxy S phone.

22           MR. LONDEN:  For the record, move

23   to strike the answer starting with "I think

24   the point is just" on as nonresponsive.

25   BY MR. LONDEN:                                    01:25PM

Confidential Business Information

Page 105

1    Q.    The Droid Charge also had Media

2    Hub, right?

3    A.    I believe the Droid Charge had

4    Media Hub, that's correct.

5    Q.    And there is no differentiator for    01:25PM

6    Galaxy S phones that the Infuse 4G did not

7    possess, right?

8         MR. MILOWIC:  Objection, vague,

9    ambiguous.

10    A.    So the Galaxy S line of phones    01:26PM

11    ultimately have some set of specifications.

12    Each phone is basically named depending on the

13    carrier's feedback.  So in this case Infuse 4G

14    had the specifications that it could have been

15    named Galaxy Infuse 4G if the carrier, AT&T,    01:26PM

16    had chosen to do so, but since they rejected

17    it, it ultimately becomes a non-Galaxy

18    device --

19    BY MR. LONDEN:

20    Q.    And it's also true that the Droid    01:26PM

21    Charge, that it had the specifications so that

22    it could have been named a Galaxy S phone if

23    the carrier had chosen, right?

24    A.    Yes, that's correct.  So Droid

25    Charge had the specifications.  The goal was    01:26PM

Confidential Business Information

Page 111

1    BY MR. LONDEN:

2        Q.   And was this a changed policy as to

3    the defining parameters?

4            MR. MILOWIC:   Objection, assumes

5    facts.                                          01:36PM

6        A.   No, I do not believe it was a

7    change in policy.   It was, again, the same

8    policy that we applied for our Galaxy S I

9    which was a 2010 product as well.

10   BY MR. LONDEN:                                  01:36PM

11       Q.   Has there come a time when

12   Samsung's policy would require a carrier to

13   use the name Galaxy S or Galaxy S II, some

14   Galaxy label, in the name of all phones that

15   meet some set of parameters?                    01:37PM

16       A.   No, there was never a requirement

17   and it has not changed today where if a phone

18   meets certain requirements it will have to be

19   Galaxy S.   That's not a true statement because

20   they could end up being Galaxy S or a           01:37PM

21   non-Galaxy S device.

22       Q.   It's true that if a phone doesn't

23   meet certain parameters, then the carrier is

24   not permitted -- or given the choice to call

25   it Galaxy S or Galaxy S II, right?              01:37PM

Confidential Business Information

Page 112

1      A.    That is correct.   So at that point

2  if it did not have a Super AMOLED screen, for

3  example, that wouldn't be a proposal that we

4  would put forward as a Galaxy S device to the

5  carrier.                                      01:38PM

6      Q.    But within the group of phones that

7  meet those parameters, it's the carrier's

8  choice basically after the phone has been

9  designed and developed whether it will be

10  called a Galaxy phone, correct?              01:38PM

11      MR. MILOWIC:   Objection, assumes

12  facts, vague.

13      A.    So if a phone met the correct

14  requirements, then during the design and

15  development of the device it will be a        01:38PM

16  negotiation and a discussion with the carrier

17  on what that phone ultimately will be named,

18  whether it ends up being a Galaxy device or

19  not, it completely depends on the name of the

20  device -- naming of the device.   But this is  01:38PM

21  during development, not after.

22  BY MR. LONDEN:

23      Q.    Samsung has parameters that define

24  phones that are eligible or not to be labeled

25  Galaxy, right?                               01:38PM

Confidential Business Information

Page 113

1          MR. MILOWIC:  Objection, asked and

2     answered.

3          A.   Yes.  And the parameters are

4     basically a Galaxy phone needs to be an

5     Android phone.  So that's the basic parameter.    01:39PM

6     For a Galaxy S phone we had a parameter of

7     Android as well as Super AMOLED screen.

8     BY MR. LONDEN:

9          Q.   All right.

10         MR. LONDEN:  Let's take a break.        01:39PM

11    I'm going to review my notes.

12         THE VIDEOGRAPHER:  Off the record

13    at 1:39 p.m.

14         (Recess Taken From 1:39 p.m. To

15    1:45 p.m.)                                   01:45PM

16         THE VIDEOGRAPHER:  Back on record

17    at 1:45 p.m.

18         MR. LONDEN:  Mr. Kolhatkar, I have

19    no more questions.

20         THE WITNESS:  Thank you.               01:45PM

21         MR. MILOWIC:  Thank you, Counsel.

22    I have just a few questions for the witness.

23              EXAMINATION

24    BY MR. MILOWIC:

25         Q.   Sir, if you can pull Exhibit 15 in    01:45PM

Confidential Business Information

Page 119

          C E R T I F I C A T E

STATE OF _____)
                        )
                        )  ss.:
                        )
COUNTY OF _____)


        I, MICHEAL A. JOHNSON, a Notary

Public within and for the State of Texas, do

hereby certify:

        That SHONEEL KOLHATKAR, the witness

whose deposition is hereinbefore set forth,

was duly sworn by me and that such deposition

is a true record of the testimony given by

such witness.

        I further certify that I am not

related to any of the parties to this action

by blood or marriage; and that I am in no way

interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto

set my hand this 23rd day of October, 2013.



        _____

        MICHEAL A. JOHNSON, CRR