Exhibit 7

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

_____

In the Matter of:

CERTAIN ELECTRONIC DIGITAL          Case No.:

MEDIA DEVICES AND COMPONENTS        337-TA-796

THEREOF
_____


*** CONFIDENTIAL BUSINESS INFORMATION ***
SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED PERSONAL DEPOSITION OF:


JAEWON SEO



February 21, 2012

Kim & Chang

Seoul, South Korea

9:17 a.m. - 7:19 p.m.

| | | |
|---|---|---|
| 09:33:53 | 1 | BY MR. AHN: |
| 09:33:54 | 2 | Q. What do you know about Wolfson? |
| 09:34:02 | 3 | A. What I know about that company is that Samsung |
| 09:34:24 | 4 | is using the chips manufactured by that company. |
| 09:34:27 | 5 | Q. What kind of chips? |
| 09:34:28 | 6 | A. CODEC. |
| 09:34:36 | 7 | Q. What is a CODEC? |
| 09:34:38 | 8 | A. It refers to a chip that converts voice signals |
| 09:35:06 | 9 | into electrical signals and vice versa. |
| 09:35:12 | 10 | Q. Is it fair to say that it also converts analog |
| 09:35:14 | 11 | signals to digital signals and vice versa? |
| 09:35:28 | 12 | MR. ROGOYSKI: Objection, lack of |
| 09:35:29 | 13 | foundation, vague. |
| 09:35:37 | 14 | A. I'm not quite sure. |
| 09:35:39 | 15 | BY MR. AHN: |
| 09:35:39 | 16 | Q. You don't know? |
| 09:35:40 | 17 | A. I don't know. |
| 09:35:47 | 18 | Q. What is your current position at Samsung? |
| 09:35:53 | 19 | A. I'm a senior engineer. |
| 09:36:02 | 20 | Q. How long have you held this position? |
| 09:36:04 | 21 | A. For six years. |
| 09:36:18 | 22 | Q. Did you have a different position six years |
| 09:36:24 | 23 | ago? |
| 09:36:24 | 24 | A. No. |
| 09:36:31 | 25 | Q. Did you join Samsung six years ago? |

```
09:36:35   1        A.   Yes.
09:36:41   2        Q.   Where were you before you joined Samsung?
09:36:42   3        A.   In school.
09:36:50   4        Q.   Where were you in school?
09:36:54   5        A.   I was at the Seoul National University.
09:37:09   6        Q.   What were you studying?
09:37:10   7        A.   Electrical engineering.
09:37:18   8        Q.   Did you receive a degree?
09:37:21   9        A.   Yes.
09:37:25  10        Q.   What degree was that?
09:37:27  11        A.   I obtained my Ph.D. degree.
09:37:36  12        Q.   Did you also receive a master's?
09:37:44  13        A.   No.
09:37:54  14             (A discussion was had off the record between
09:38:00  15   Lead Interpreter and Check Interpreter in Korean.)
09:38:00  16             CHECK INTERPRETER:  Reinterpretation.
09:38:02  17             (Translation.)
09:38:04  18        A.   No.
09:38:04  19   BY MR. AHN:
09:38:09  20        Q.   Did you receive a bachelor's degree?
09:38:10  21        A.   Yes.
09:38:19  22        Q.   Where did you receive your bachelor's degree?
09:38:25  23        A.   From Kwangwoon University.
09:38:34  24             LEAD INTERPRETER:  Spelling by the
09:38:35  25   interpreter:  K-w-a-n-g-w-o-o-n.
```

```
10:15:49   1                MR. ROGOYSKI:  Objection, vague.
10:16:13   2        A.      Yes.
10:16:13   3   BY MR. AHN:
10:16:16   4        Q.      Why don't we move to the most recent project
10:16:21   5   that you know has been released for sale.
10:16:37   6        A.      Yes.
10:16:37   7        Q.      What was the operating system for that project?
10:16:39   8        A.      It was Google's Android.
10:16:55   9        Q.      What version?
10:16:56  10        A.      2.3.7.
10:17:13  11        Q.      What product was that for?
10:17:17  12        A.      Nexus S 4G.
10:17:32  13        Q.      Does that phone also have a model number?
10:17:39  14        A.      Yes.
10:17:45  15        Q.      What is it?
10:17:46  16        A.      SPH-D720.
10:18:12  17        Q.      If I refer to that phone as either the "D720"
10:18:20  18   or the "Nexus S," will you know what I mean?
10:18:23  19        A.      Yes.
10:18:39  20        Q.      Are there any other names that you know of for
10:18:41  21   that phone?
10:18:41  22        A.      Yes.
10:18:57  23        Q.      What are they?
10:18:58  24        A.      I think I need to consult with my counsel.
10:19:19  25        Q.      Is that because you think this is an issue
```

| | | |
|---|---|---|
| 10:19:23 | 1 | where privilege is involved? |
| 10:19:24 | 2 | A. Yes, because I'm not quite sure. |
| 10:19:39 | 3 | Q. Let me ask you this. Was there an internal |
| 10:19:42 | 4 | code name for this project? |
| 10:19:53 | 5 | MR. ROGOYSKI: Dr. Seo, again, I'll caution |
| 10:19:57 | 6 | you to answer this question without revealing the |
| 10:20:00 | 7 | details of unreleased features of this project or |
| 10:20:03 | 8 | unreleased aspects of this project, but otherwise, you |
| 10:20:06 | 9 | can answer it to the extent that you are able to. |
| 10:20:47 | 10 | A. As for other names, it was called as Crespo, |
| 10:20:54 | 11 | C-r-e-s-p-o. Sometimes it was called as Crespo-S. |
| 10:21:14 | 12 | Sometimes it was called as Crespo 4G. And it is my |
| 10:21:32 | 13 | understanding that there were other names used by |
| 10:21:37 | 14 | Samsung's customer companies. |
| 10:21:40 | 15 | BY MR. AHN: |
| 10:21:41 | 16 | Q. Do you know what those names are? |
| 10:21:42 | 17 | A. Yes. |
| 10:21:48 | 18 | Q. What were those names? |
| 10:21:49 | 19 | A. I'm not quite sure it is okay for me to list |
| 10:22:03 | 20 | those names. With regard to that, I would like to consult |
| 10:22:06 | 21 | with my counsel. |
| 10:22:07 | 22 | Q. There is a protective order in place, so you |
| 10:22:13 | 23 | need to be able to provide me with what you think is |
| 10:22:17 | 24 | confidential information if it doesn't entail |
| 10:22:21 | 25 | attorney-client privilege. |

1                    C E R T I F I C A T E

2    SEOUL              )
                        )
3    SOUTH KOREA        )

4              I, Lisa A. Knight, Registered Merit
Reporter and Certified Realtime Reporter, do hereby
5    certify that the aforementioned witness was first duly
sworn by me pursuant to stipulation of counsel to
6    testify to the truth; that I was authorized to and did
report said deposition in stenotype; and that the
7    foregoing pages are a true and correct transcription
of my shorthand notes of said deposition.

8

               I further certify that said deposition was
9    taken at the time and place hereinabove set forth and that
the taking of said deposition was commenced and completed
10   as hereinabove set out.

11             I further certify that I am not attorney or
counsel of any of the parties, nor am I a relative or
12   employee of any attorney or counsel of any party connected
with the action, nor am I financially interested in the
13   action.

14             The foregoing certification of this
transcript does not apply to any reproduction of the same
15   by any means unless under the direct control and/or
direction of the certifying reporter.

16

17

               IN WITNESS WHEREOF, I have hereunto set my
18   hand this 22nd day of February, 2012.

19

                    *Lisa A. Knight* (signature)
20
     _____
21        LISA A. KNIGHT
          Certified Realtime Reporter
22        Registered Merit Reporter
          Realtime Systems Administrator

23

24

25