Exhibit 8

.

| | |
|---|---|
| **From:** | Nicholas Dicarlo <ndicarlo@sta.samsung.com> |
| **Sent:** | Tuesday, September 28, 2010 7:59 PM |
| **To:** | YK Yongki Min; junhopark@samsung.com; Omar Khan; Paul Golden |
| **Cc:** | ÀÌ±ÍÈ£; Sonia Estevez; David Townsend; Shoneel Kolhatkar; Sang Beom Han; ±èº´¼ö; ÀåÇüÅÃ; ¹®ÁØ±â; Sang Sun Shim; º¯¼ºÈ£; Bruce Knauf; Christopher Staley; Tim Rowden |
| **Subject:** | RE: RE: Stealth Branding |
| **Attachments:** | image001.jpg |

Basic goal is that Stealth and Dempsey are Galaxy S products, but promoted by carrier to help us build the brand.

**From:** YK Yongki Min
**Sent:** Monday, September 27, 2010 11:26 PM
**To:** junhopark@samsung.com; Omar Khan; Paul Golden
**Cc:** 이귀호; Sonia Estévez; David Townsend; Shoneel Kolhatkar; Sang Beom Han; 김병수; 장형택; 문준기; Sang Sun Shim; 변성호; Bruce Knauf; Christopher Staley; Nicholas Dicarlo; Tim Rowden
**Subject:** RE: RE: Stealth Branding

Junho,

This is new information.  As you may be aware, we will launch first s-AMOLED devices such as Stealth and Dempsy which are exclusive to each carriers, so we don't have any plan to name it GalaxyS2.
If other region will start Galaxy2 campaign 1Q 11, it can't be applied to US since we will not have the devices across the carriers which we can call it " Galaxy2".
The situation is quite different from other region.
We need to deal with from the perspective of US.

Thanks

YK

**From:** Junho Park [mailto:junhopark@samsung.com]
**Sent:** Monday, September 27, 2010 9:34 PM
**To:** 민용기; Nicholas Dicarlo^3; Tim Rowden
**Cc:** 이귀호; Sonia Estévez; David Townsend; Shoneel Kolhatkar; 한상범; 김병수; 장형택; 문준기; 심상선; 변성호; Bruce Knauf; Christopher Staley^3
**Subject:** Re: Fwd: RE: Stealth Branding

YK and Nick,

The reason why we brought up Stealth branding issue to STA is that HQ plans to launch "Galaxy S II" branded flagship smartphone in Q1.'11.
This "Galaxy S II" for global uses "Super AMOELD II" and we may open this product during CES or MWC.

1

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10177049

So STA should synchronize "Galaxy S II" branding plan with HQ marketing team, because Mr. JK Shin heavily emphasized "Galaxy S" and Samsung logo consistency globally.

If HQ marketing plans to use "Galaxy S II" for 1Q.'11 product, NA team should consider equivalent branding and/or marketing activities in same time.

Regards,
Junho


------- Original Message -------
Sender : 이귀호<kenneth.lee@samsung.com> M5(과장)/담당과장/북미상품기획파트(무선)/삼성전자
Date : 2010-09-28 10:05 (GMT+09:00)
Title : Fwd: RE: Stealth Branding

All,

This is very important.
Definitely, choice( Galaxy S franchise or Droid franchise) should be made very carefully.
We hope STA can provide pros and cons of each franchise so that HQ can understand for final decision.
My undesrtanding on Droid is that it is too biased to Moto devices, isn't it?

YK,
Could STA team can establish Stealth brading strategy? most importantly, Whether using Galaxy S franchise( Galaxy S2) or not should be decided.
Thank you.


Best Regards

Kenneth   Lee

Product Planning Team.
Mobile Communication Division
Telecommunication Network Business

SAMSUNG ELECTRONICS CO.,LTD
Tel      : +82-  31-301-2437
Mobile :+82-  10-9530-2437
Fax     : +82-  31-279-0137
E-Mail : kenneth.Lee@samsung.com




------- Original Message -------
Sender : Sonia Estévez<sestevez@sta.samsung.com>
Date : 2010-09-28 06:18 (GMT+09:00)
Title : RE: Stealth Branding

The marketing team seems to be leaning towards the droid brand. I am

2

Highly Confidential - Attorneys' Eyes Only                     SAMNDCA10177050

working with jeanette to get clarification on this.

Sent from my Verizon Wireless Phone

David Townsend <dtownsend@sta.samsung.com> wrote:

My opinion it would be great to get this into the Droid franchise.  Since we already have a Galaxy S franchise established with Verizon, taking a product and placing it into the Droid franchise would be great, especially considering how much brand equity it has here in the States along with all of the marketing support Verizon puts into this.  That and it actually looks like a Droid product.

Cheers,

DT


From: Shoneel Kolhatkar
Sent: Monday, September 27, 2010 3:54 PM
To: Damian Triantafillou; David Townsend; Sonia Est�vez
Cc: ???; Nancy Kwan; Bruce Knauf
Subject: RE: Stealth Branding


David, timely question. We had a meeting last week with VZW as you know. We threw both ideas on the table � Stealth as Galaxy S and Stealth as Droid to VZW. So, as we speak,  no decision has been made, and we are trying to close this decision as soon as possible. Stay tuned


Shoneel Kolhatkar

Sr. Manager, Product Planning

Samsung Telecommunications America


Cell: 214. 236.4031

s.kolhatkar@samsung.com


From: Damian Triantafillou
Sent: Monday, September 27, 2010 12:56 PM
To: David Townsend; Sonia Est�vez
Cc: ???; Shoneel Kolhatkar; Nancy Kwan; Bruce Knauf
Subject: RE: Stealth Branding


Including some folks who are actually working on this.

3

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10177051

Damian Triantafillou

Samsung Telecommunications America

685 US 202/206 - 1st Floor

Bridgewater, NJ   08807

Office:  (908) 541-3626

Mobile:  (908) 591-9260

Email:  dtrianta@sta.samsung.com


From: David Townsend
Sent: Monday, September 27, 2010 12:14 PM
To: Sonia Est�vez; Damian Triantafillou
Cc: ???
Subject: Stealth Branding


All,

Just following up on some of my earlier notes, do we have the branding locked in on the Stealth product?  Do we know yet if this will be a Galaxy S product or possibly become part of the Android franchise?


Cheers,


David Townsend | Chief Designer

Samsung - STA

1301 East Lookout Drive

Richardson, TX 75082


(w) +1 972.761.7026

(m) +1 214.738.7451

dtownsend@sta.samsung.com




   We're making the smartphone BRILLIANT

4

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10177052

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10177053