# Exhibit 9

| | |
|---|---|
| 보낸 사람: | 함윤식 [yoonsik.ham@samsung.com] |
| 보낸 날짜: | 2011년 2월 8일 화요일 오후 9:51 |
| 받는 사람: | cheimer@sta.samsung.com; scistulli@sta.samsung.com |
| 참조: | 함윤식; 임준석; Lori Tretner; 이명환; 알렉스; 양철우; 최승진; 김태훈; 한상범; 윤지영; 부좌영; 이장우; Weiqiang Wu; Paul Marzolf; kboyse@sta.samsung.com; ljagoda@sta.samsung.com; cmatson@sta.samsung.com; npark@sta.samsung.com; jpaek@sta.samsung.com; sdavid@sta.samsung.com; mlutz@sta.samsung.com; 손호성; 조준원; 김용규; 변창흠; 안정훈; 김응도; 정은진 |
| 제목: | [Reminder/Urgent]Final HQ version of Dempsey logo |
| 첨부 파일: | Dempsey_logo_final(HQ).pptx |

Christine, Steve.

Due to the schedule for final CMF, this issue should be closed today.

Please let us get the confirmation from att by Wednesday morning.
(9:00 AM KST)

Thank you.

Nathan


---원본 메시지---
발신인 : yoonsik.ham@samsung.com
발신일자 : 2011/02/07 15:47 (GMT+09:00)

Christine.

Please find the attached file for Dempsey logo location.
There's only one option and this is the final version from HQ.


Front : at&t, SAMSUNG
Rear  : SAMSUNG
- Due to the inlay technology limits, it's impossible to put the at&t logo with  in the back cover.
- SAMSUNG logo should be placed in the front. This is the mandatory regulation of SAMSUNG.
  P1 was special case.

Please share this with AT&T and let us know the final feedback from AT&T by 9th(KST) at the latest.
We should fix this ASAP, so our R&D team do not create any more delay due to the CMF pending issue.

Best Regards
Nathan


-------- Original Message --------
Sender : 함윤식<yoonsik.ham@samsung.com> 대리/북미상품기획그룹(무선)/삼성전자
Date   : 2011-02-05 23:23 (GMT+09:00)
Title  : Re: Re: Galaxy S on Dempsey - No Go

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER                                    S-ITC-001014252

Christine.

Thank you for your great support.

Without Galaxy S logo, we just submitted 1 option with at&t in the front and Samsung in the back.
However, if we consider every possible case, there are 3 options for Dempsey like below.

1. Front: at&t, Samsung
Back: none
2. Front: at&t
Back: Samsung
3. Front: none
Back: at&t, Samsung

Can you clarify what kind of option is the at&t's favorite one?

BR
Nathan




---원본 메시지---
발신인 : 임준석
발신일자 : 2011/02/05 09:20 (GMT+09:00)


Thanks.

We still need information regarding att and samsung logo placement. Any update on this?



---원본 메시지---
발신인 : Christine Heimer
발신일자 : 2011/02/05 02:27 (GMT+09:00)


ALL
During dinner Wednesday night ATT informed us that they will not be taking the Galaxy S brand on the Dempsey product. Please make sure we have all the necessary hardware or software changes in place as soon as possible.
Thank you.

**Christine Heimer**
Director, Product Management, AT&T
Samsung Telecommunications America
Six Concourse Parkway, Suite 1520
Atlanta, GA  30328
Mobile: 404.731.2320
Email: cheimer@sta.samsung.com
IM: joneschristine1 @msn

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER                                                   S-ITC-001014253