Exhibit 10

.

**From:**          Ingon Park <ingon.park@samsung.com>
**Sent:**          Monday, October 18, 2010 10:31 PM
**To:**            David Townsend; Shoneel Kolhatkar; Sonia Estevez; Bruce Knauf; ???; Christopher Staley;
                   ???; ???; ???; ???; ???
**Cc:**            Nicholas Dicarlo; YK Yongki Min
**Subject:**       Re: Branding on Stealth
**Attachments:**   201010191431850_44YDXKW4.jpg; 201010191431937_XT4NZ5JE.jpg


I communicated with HQ Graphic team, and the voices are below:


About Stealth,

**3rd one** will be reasonable.

1st one looks better but, Galaxy-S needs to be apart from camera description.

On 3rd layout, Galaxy-S is placed a little bit too low.


Thanks


------- **Original Message** -------
**Sender** : David Townsend<dtownsend@sta.samsung.com>
**Date** : 2010-10-19 07:30 (GMT+09:00)
**Title** :

Sorry about the quality of the images, couldn't get any high def photo's. Let me know what you think?

Cheers,

**David Townsend |** Chief Designer
Samsung - STA
1301 East Lookout Drive
Richardson, TX 75082

(w) +1 972.761.7026
(m) +1 214.738.7451
dtownsend@sta.samsung.com

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률 등 공업소유권 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지되며, 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

This email message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

1

We're making the smartphone **BRILLIANT**

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하며
관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에
포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포 복사 또는 사용하는 것은 엄격히 금지됩니다.
본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology
or privileged and confidential information otherwise protected under applicable law including the Unfair
Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying
or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10774058