# Exhibit 11

.

| | |
|---|---|
| **From:** | Sonia Estevez <sestevez@sta.samsung.com> |
| **Sent:** | Tuesday, December 14, 2010 5:42 PM |
| **To:** | kenneth.lee@samsung.com; dtownsend@sta.samsung.com; nkwan@sta.samsung.com; kyork@sta.samsung.com |
| **Cc:** | dtrianta@sta.samsung.com; snarula@sta.samsung.com; j.moon@samsung.com; joshua.eom@samsung.com; junhopark@samsung.com; sonyoung2.park@samsung.com; skolhatkar@sta.samsung.com; scottlee@sta.samsung.com; jmojares@sta.samsung.com; cstaley@sta.samsung.com |
| **Subject:** | Re: Fwd: RE: Re: stealth branding |

David,
Can you put these on one single document?
Thanks
Sonia

Sent from my Samsung Galaxy Tab

Kenneth Lee <kenneth.lee@samsung.com> wrote:

David,


Regardless of the VZW's final decision, we had better prepare below 2 options.

Could you expedite the renderings so that it can be discussed on 12/16 PRM.


Option 1: If a Galaxy S device

Need 3 logos: with Google (ok to make small/lighter color), 4G logo, Galaxy S logo.

Option 2: IF a Droid Device

Need to guaranteed Stealth 2 is exclusive to VzW

No Galaxy S logo, just 4G and with Google on back.



Best Regards



Kenneth   Lee

Product Planning Team.

1

Highly Confidential - Attorneys' Eyes Only                     SAMNDCA10175613

Mobile Communication Division
Telecommunication Network Business

SAMSUNG ELECTRONICS CO.,LTD
Tel     : +82-  31-301-2437

Mobile :+82-  10-9530-2437
Fax     : +82-  31-279-0137
E-Mail : kenneth.Lee@samsung.com


------- Original Message -------

Sender : David Townsend<dtownsend@sta.samsung.com>

Date : 2010-12-15 06:20 (GMT+09:00)

Title : RE: Re: stealth branding


Hello Sonia/Damian,

Has Verizon made a decision yet on Stealth branding?   Android vs. Galaxy S.

DT


From: Kenneth Lee [mailto:kenneth.lee@samsung.com]
Sent: Monday, December 13, 2010 5:02 AM
To: David Townsend; Sonia Estévez; 이귀호; Nancy Kwan
Cc: Damian Triantafillou; Sharmila Narula; 문준기; 엄윤성; 박준호; 박선영; Shoneel Kolhatkar; Scott Lee; Jeanette Mojares; Christopher Staley
Subject: Fwd: Re: stealth branding



David,

2

Highly Confidential - Attorneys' Eyes Only                                                        SAMNDCA10175614

Hopefully you can finish it asap so that we can propose during 12/16 PRM.

I recommend you to add 8M camera verbiage above of camera deco. too. ( not on Bezel)

Thank you.


Best Regards


Kenneth   Lee

Product Planning Team.
Mobile Communication Division
Telecommunication Network Business

SAMSUNG ELECTRONICS CO.,LTD
Tel      : +82-  31-301-2437

Mobile :+82-  10-9530-2437
Fax     : +82-  31-279-0137
E-Mail : kenneth.Lee@samsung.com




------- Original Message -------

Sender : David Townsend<dtownsend@sta.samsung.com>

Date : 2010-12-10 05:14 (GMT+09:00)

Title : Re: stealth branding



Ill get everything finished tomorrow morning. Just returning from Korea now.

Sent from my Samsung Captivate(tm) on AT&T

3

Highly Confidential - Attorneys' Eyes Only                         SAMNDCA10175615

Sonia Estévez <sestevez@sta.samsung.com> wrote:

Kenneth, Nancy,

Ev's direction for the branding is as follows:

Option 1: If a Galaxy S device

Need 3 logos: with Google (ok to make small/lighter color), 4G logo, Galaxy S logo.

Option 2: IF a Droid Device

Need to guaranteed Stealth 2 is exclusive to VzW

No Galaxy S logo, just 4G and with Google on back.

So the action is, while we work the above, to provide renderings for both options for review and approval. Please note that on the Droid Pro, the with Google is very light in color, and smaller than other markings. We should consider that and try something similar.

Please let me know when we can see some renderings.

Thanks,

Sonia

<http://ext.samsung.net/mailcheck/SeenTimeChecker?do=eecb9a28213957e344492e68c9760220dcafdc7ece43f443ed10d7de38ba18b8d5a7abfbcd0b30e5b7f13cf5bae7b386af372934a39757bd1b20909a04efd4d2748cfe1d4e847419cf878f9a26ce15a0>


<http://ext.samsung.net/mailcheck/SeenTimeChecker?do=eecb9a28213957e3f25c33a850d91a64c6323abce6f8d6d7a9a375b45c2ccaca512a623d1afbe0a18bafdfb198c35f19391f71391705f1d6db9fdddda33e82cbe4a391424e62fcf6cf878f9a26ce15a0>

Highly Confidential - Attorneys' Eyes Only            SAMNDCA10175616