# Exhibit 12

# Unknown

| | |
|---|---|
| **From:** | Ingon Park <ingon.park@samsung.com> |
| **Sent:** | Tuesday, January 18, 2011 1:39 PM |
| **To:** | Sangsun Andrew Shim; Omar Khan; Àåµ¿ÈÆ; ¹ÚÁØÈ£; ÀÌÀ±Á¤; ÀÌ»ó¼ö; ±è¼®±Ù; È²Ã¢È¯; ÀÌ±ÍÈ£; Àå¿ø¿µ |
| **Cc:** | ¹®ÁØ±â; Sang Kyun Kim; ÇÑ»ó¼ü; È«¿øÇ¥; ÀÌ¿ëÀÏ; º¯¼ºÈ£; ¾öÀ±¼º; ÀÌµ·ÁÖ; ¹Î¿ë±â; Nicholas Dicarlo; Shoneel Kolhatkar; Sonia Estevez |
| **Subject:** | Re: RE: Samsung Droid proposal °ü·Ã VZW CMO Feedback (Stealth2 Actual Form Factor Á¦½Ã ¿äÃ»À Ç °Ç) |
| **Attachments:** | 201101190642067_BEI0XT4N.jpg |

Dear Mr. Shim
We're preparing 4.5" horizontal curved mock-up for Stealth 2.
That doesn't have any sense of Stealth, just shows platformwise reference.

We also bring 2 Fascinate2 Mock-ups.
1 flat and 1curved designs with a little strong aspect of Stealth DNA.
After finalizing Fascinate2 design we can start the next Stealth further.

Thanks.

------- Original Message -------
**Sender** : Sangsun Andrew Shim<sshim@sta.samsung.com>
**Date** : 2011-01-18 01:24 (GMT+09:00)
**Title** : RE: Samsung Droid proposal 관련 VZW CMO Feedback (Stealth2 Actual Form Factor 제시 요청의 건)

Dear Ingon,

What VZW requested to bring is the Stealth2 design. VZW has already seen two different designs for Fascinate2.

박인곤 책임,

버라이즌에서 요청하고 있는 것은 Stealth2 후속 모델 디자인입니다.
Fascinate2 모델 디자인은 2 종으로 12/16일 사업자에 제시한 바 있으나, Stealth 2 디자인은 아직 구체적으로 사업자에 제시된 사항이 없습니다. Droid 모델 참여에 있어 후속 모델의 연속성이 매우 중요시 되는 바, 촉박한 시간이나, 금주 미팅시 적어도 Rendering 정도는 준비될 수 있도록 협조 부탁 드립니다.

감사합니다.

**From:** Omar Khan
**Sent:** Monday, January 17, 2011 9:37 AM
**To:** ingon.park@samsung.com; donghoon chang; Sangsun Andrew Shim; 박준호; 이윤정; 이상수; 김석근; 황창환; 이귀호; 장원영
**Cc:** 문준기; Sang Kyun Kim; Sang Beom Han; 홍원표; 이용일; 변성호; 엄윤성; 이돈주; Yong KI Min; Nicholas Dicarlo; Shoneel Kolhatkar; Sonia Estévez
**Subject:** RE: Samsung Droid proposal 관련 VZW CMO Feedback (Stealth2 Actual Form Factor 제시 요청의 건)

Could you send me both sets as I would like to review.  Thanks.

Sent from my Samsung Superphone

1

Highly Confidential - Attorneys' Eyes Only      SAMNDCA10212497

**From:** Ingon Park
**Sent:** Sunday, January 16, 2011 10:13 PM
**To:** donghoon chang; Sangsun Andrew Shim; 박준호; 이윤정; 이상수; 김석근; 황창환; 이귀호; 장원영
**Cc:** 문준기; Sang Kyun Kim; Sang Beom Han; 홍원표; 이용일; 변성호; 엄윤성; 이돈주; Yong KI Min; Omar Khan; Nicholas Dicarlo; Shoneel Kolhatkar; Sonia Estévez
**Subject:** Re: Re: Samsung Droid proposal 관련 VZW CMO Feedback (Stealth2 Actual Form Factor 제시 요청의 건)

심상선 차장님,
사업자**communication**에서 디자인 일정확보가 너무 필요합니다.
 VzW의 경우 매달 정기미팅이 있는 관계로, 모든 디자인이 **2**주이내에 진행됩니다.
특히 **Stealth2**같은 중요모델의 경우,
좋은 디자인을 발굴해서 다듬을 수 있도록 **communication** 부탁드립니다.

아래 메일은 **Fascinate2**에 관련된 것 같습니다.
**Fascinate2**(舊 **Stealth2** 디자인)는 최초에 **HQ**에서 **2**가지로 디자인제안 있었습니다.
그 중 좀 강한 디자인은 사업부장님께서 **confirm**하지 않으셨고,
다소 잘 다듬어진 디자인을 제안하여, **Fascinate2**로 적용하자는 **feed-back**을 들었습니다.
오늘**(1/17)** 중에 사업부장님께, 최초 강한 디자인을 다시 보여드리고,
VzW쪽에 보여줄 수 있도록 **confirm** 받아보도록 하겠습니다.


Dear Omar
When Design Team developed Stealth2, there were 2 drafts: one stronger and 1 refined.
Mr. JK chose refined one that was proposed to VzW already.

I try to show the stronger one to Mr. JK again to get extra confirmation.
If he agree to propose that, I'll bring the mock-up to Dalas on 18 Jan.


박준호 차장님,
어제**(1/16)** 사업부장님 지시사항 중, **Fascinate2**를 **curved**로 진행하라는 내용이 있었습니다.
상품기획/영업/법인의 의견이 필요할 것 같습니다.
**Fascinate2**를 **curved**로 진행한다면, 사업부장님 새로 제안하신 일정상의 문제가 있을 수 있고,
**AT&T**는 **Dempsey**그대로, **TMO**는 **Seine**으로 진행하고, **Raffello**는 QWERTY이므로,
결국 **Galaxy-S2** 중 **VzW**쪽만 **curved**를 진행하게 됩니다.

현재 디자인그룹에 진행요청된 **Stealth2**는 **Fascinate2**이후에 출시할 **Stealth** 후속입니다.
우선, 모델명 사용 등에 혼선이 없었으면 좋겠고,
동시에 상하반기 모델에 대한 디자인을 진행하는 것도 무리가 있을 것 같습니다.
**Fascinate2**를 **curved**로 진행하는지를 우선 결정하고, **Stealth2**는 추후 진행하는 것이 좋겠습니다.


감사합니다.


------ **Original Message** ------
Sender : donghoon chang<dh.chang@samsung.com> 전문임원(전무)/Senior Vice President/Design Group/Samsung Electronics
Date : 2011-01-17 11:00 (GMT+09:00)
Title : Re: Samsung Droid proposal 관련 VZW CMO Feedback (Stealth2 Actual Form Factor 제시 요청의 건)

박인곤책임, 이상수책임, 아래 심차장 요청관련, 협의 및 협조해 드리기 바랍니다.

2

Highly Confidential - Attorneys' Eyes Only                           SAMNDCA10212498

------- Original Message -------
**Sender** : Sangsun Andrew Shim<sshim@sta.samsung.com>
**Date** : 2011-01-17 10:01 (GMT+09:00)
**Title** : Samsung Droid proposal 관련 VZW CMO Feedback (Stealth2 Actual Form Factor 제시 요청의 건)

박준호 차장님,

유선상으로 통화드린 바와 같이 사업자에서 **Stealth2 Actual Form Factor** 제시를 요청하고 있습니다. 현재 금요일 미팅은 원형 디자인을 보여 주는 것으로 되어 있으나, 가능하다면 **Design Rendering** 정도를 준비해 보여 주고, 사업자 **Feedback**을 받아 **MWC** 또는 **CTIA**기간 통한 최종 **Design**이 제시될 수 있도록 협조 부탁 드립니다.

장동훈 전무님, 협조 부탁드립니다.

감사합니다.


**From:** Dale Sohn
**Sent:** Sunday, January 16, 2011 1:58 PM
**To:** Omar Khan; Nicholas Dicarlo; Yong KI Min; Sang Sun Shim; Shoneel Kolhatkar
**Cc:** 장동훈
**Subject:** FW: Samsung Droid proposal

Do you think HQ is bring in new form factors?
Dale

**From:** Walden, Marni [mailto:Marni.Walden@VerizonWireless.com]
**Sent:** Sunday, January 16, 2011 3:15 PM
**To:** Dale Sohn; Dietel, Jeffrey; Saatchi, Saeed; DonJoo Lee; wp.hong@samsung.com; ???; Christopher Staley
**Subject:** RE: Samsung Droid proposal

Dale,

I know the team is reviewing the proposal but it is most critical that we see the actual form factor.  I believe we have arranged a meeting for this coming Friday between the two teams.  I am hopeful that you will bring the devices at that time.

Thanks,
Marni

**From:** Dale Sohn [mailto:dsohn@sta.samsung.com]
**Sent:** Monday, January 10, 2011 11:13 PM
**To:** Walden, Marni; Dietel, Jeffrey; Saatchi, Saeed; DonJoo Lee; wp.hong@samsung.com; 이용일; Christopher Staley
**Subject:** Samsung Droid proposal

Marni and Jeff,

Again, thanks for your patience while we at Samsung have come to a significant decision.  Samsung will forego our Galaxy S global brand of Smartphone to fully support Verizon Wireless' strategy in order to align the industry's best products with the powerful Verizon Droid Brand. In the enclosed proposal, we have revised the roadmap for 2011 and beyond in the premium Smartphone category. We believe that this will create a win-win opportunity to strengthen the Droid Brand while increasing both volumes and revenues for both companies.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10212499

This decision comes with much debate inside Samsung and has the full support of our senior management.  Our commitment  is to provide Verizon Wireless market leading access to our newest technologies, latest features and services at the earliest possible time.  We ask that Verizon show their commitment with significant promotional and marketing support. I have included a revised presentation that outlines our 2011 proposal and we look forward to meeting next week to discuss 2012 options.  Thanks again for your consideration and I look forward to a favorable response.

Sincerely,

Dale


-------------------------------------------------------------------

DongHoon Chang

Senior Vice President,
Head of Design Group
Mobile Communications Division
SAMSUNG ELECTRONICS CO., LTD.

Tel: +82 (0)2-2255-5500
Fax: +82 (0)2-2255-5499
Mobilel: +82 (0)10-6250-5571
email: dh.chang@samsung.com


-------------------------------------------------------------------


상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.



Highly Confidential - Attorneys' Eyes Only                                          SAMNDCA10212500