1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
3  Stanford Research Park
4  3300 Hillview Avenue
   Palo Alto, California  94304-1203
5  Telephone:  (650) 849-6600
   Facsimile:   (650) 849-6666
6
7  Attorneys for Third Parties
   HTC America Inc., HTC Corporation
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12 | APPLE INC., a California Corporation, | CASE NO. 11-cv-01846-LHK
13 |
14 | Plaintiff, | **DECLARATION OF SCOTT R. MOSKO ON BEHALF OF THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO SAMSUNG'S MOTION TO SEAL REGARDING SAMSUNG'S PROFFER OF HTC LICENSE**
   | v. |
15 | SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company, |
19 | Defendants. |

1    I, Scott R. Mosko hereby declare as follows:

2    1.    I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district.  I submit this declaration in support of HTC's Response to Samsung's Motion to Seal Regarding Samsung's Proffer of HTC License.

3    2.    Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in this matter at Docket No. 2186.

4    3.    Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in this matter at Docket No. 2186-1.

5    4.    Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in this matter at Docket No. 2192.

6    5.    Attached as Exhibit 4 is a true and correct copy of HTC's proposed redacted version of "Samsung's Proffer of Apple's Patent License and Settlement Agreement with HTC and Testimony regarding this License."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October, 2013, at Palo Alto, California.

*/s/ Scott R. Mosko*