| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple hereby identifies the excerpts of deposition testimony and other discovery that it intends to offer at trial other than solely for purposes of impeachment or rebuttal. Apple does not waive its right to object (i) to the witness or to the use of testimony from a witness if the witness is called by Samsung, or (ii) to the use of the discovery response or disclosure if offered by Samsung. Apple reserves the right to amend or supplement its designations of deposition testimony or other discovery, including in response to any evidence offered by Samsung at trial.

Apple also reserves the right to offer any other discovery identified by Samsung.

## I. DEPOSITION DESIGNATIONS

The excerpts of deposition testimony that Apple may offer at trial, other than solely for purposes of impeachment or rebuttal, are identified in the attached Exhibit A. Pursuant to the parties' agreement, Apple shall serve on Samsung copies of these deposition transcripts that have been highlighted to identify the designated testimony. Objections and instructions have been included for ease of reading, but are not designated.

## II. OTHER DISCOVERY

Apple incorporates herein by reference discovery identified before the previous trial. (Dkt. No. 1244.) Apple may offer the discovery listed in Dkt. No. 1244, including the documents incorporated by reference therein, other than discovery offered solely for purposes of impeachment or rebuttal.

Dated: October 29, 2013　　　　　　　　MORRISON & FOERSTER LLP

　　　　　　　　　　　　　　　　　　By: */s/ Harold J. McElhinny*
　　　　　　　　　　　　　　　　　　　　　HAROLD J. MCELHINNY

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　APPLE INC.