1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                     UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20  Plaintiff, | **SAMSUNG'S NOTICE OF FILING PURSUANT TO COURT'S OCTOBER 22, 2013 ORDER (DKT. NO. 2575)** |
| 21  vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25  Defendants. | |

02198.51855/5593173.1

Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE OF FILING

PLEASE TAKE NOTICE that pursuant to the Court's October 22, 2013 Order (Dkt. No. 2575), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby file under-seal and public redacted versions of the following documents on the Court's docket:

- Exhibit 1 to the Declaration of Robert Becher in Support of Samsung's Motion to Strike the Expert Report of Julie L. Davis, CPA ("Samsung's Motion to Strike") ("Becher Declaration") (*see* Dkt. Nos. 2390, 2517);
- Exhibit 2 to the Becher Declaration (*see* Dkt. Nos. 2390, 2517);
- Exhibit 3 to the Becher Declaration (*see* Dkt. Nos. 2390, 2517);
- Exhibit 5 to the Becher Declaration (*see* Dkt. Nos. 2390, 2517); and
- Exhibit 1 to the Declaration of Anthony P. Alden in Support of Samsung's Reply in Support of its Motion to Strike (*see* Dkt. No. 2433).

Because the documents listed above include information designated confidential by Apple, Samsung, and third parties, Samsung has met and conferred with Apple to prepare redacted versions that conform to the parties' sealing requests made to the Court.

In addition, concurrently with this Notice, Samsung files unredacted versions the following documents on the Court's docket:

- Samsung's Motion Pursuant to Fed. R. Evid. 702 with Respect to Julie Davis's Qualifications (*see* Dkt. No. 2390);
- Samsung's Motion to Strike (*see* Dkt. Nos. 2390, 2517);
- Proposed Order Granting Samsung's Motion to Strike (*see* Dkt. No. 2390);
- Samsung's Opposition to Apple Inc.'s Motion to Strike Portions of Michael Wagner's August 26, 2013 Rebuttal Report ("Samsung's Opposition to Apple's Motion to Strike") (*see* Dkt. No. 2398);
- Exhibit 1 to the Declaration of Anthony P. Alden in Support of Samsung's Opposition to Apple's Motion to Strike (*see* Dkt. No. 2398);
- Samsung's Reply in Support of its Motion to Strike (*see* Dkt. No. 2433);

1  • Exhibit 4 to the Declaration of Anthony P. Alden in Support of Samsung's Opposition to Apple Inc.'s Motion to Exclude Exhibits on Samsung's Exhibit List (*see* Dkt. No. 2444);

4  • Samsung's Reply in Support of its Motion to Preclude Certain Testimony Identified on Apple's Witness List and Deposition Designations ("Samsung's Reply in Support of its Motion to Preclude") (*see* Dkt. No. 2477); and

7  • Exhibit 1 to the Declaration of Anthony P. Alden in Support of Samsung's Reply in Support of its Motion to Preclude (*see* Dkt. No. 2477).

DATED: October 29, 2013          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC