# EXHIBIT 4
# UNDER SEAL

```
                                                            Page 1
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE, INC., a California
 5   Corporation,
 6            Plaintiff,       Civil Action No.
 7     vs.                     11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
 9   et. al.,
10            Defendants.
11   _____/
12
13
14   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
15        VIDEOTAPED DEPOSITION OF JULIE DAVIS
16                 CHICAGO, ILLINOIS
17              MONDAY, AUGUST 26, 2013
18
19
20
21
22
23   Reported by:
24   DEBORAH HABIAN, RMR, CRR, CLR
25   JOB NO. 65086
```

Highly Confidential - Outside Counsel Eyes Only

Page 14

1  appearing on behalf of the alleged infringer,
2  correct?
3      A.  Yes.
4      Q.  In the cases where you testified on                08:40AM
5  behalf of the alleged infringer, in the
6  smartphone cases, did you address the subject of
7  lost profits in any of them?
8      A.  I don't believe any of those cases were
9  ones where the patentee asserted a lost profits
10 claim.                                                     08:41AM
11     Q.  So your testimony was limited to
12 reasonable royalty?
13     A.  There may have been other aspects of
14 the testimony, but the primary role was related
15 to reasonable royalty.                                     08:41AM
16     Q.  You never personally negotiated the
17 license; is that right?
18     A.  I have not ever negotiated a patent
19 license, that is correct.
20     Q.  Have you ever negotiated a nonpatent              08:41AM
21 license?
22     A.  There may have been such licenses
23 related to the business of Davis & Hosfield, but
24 I have not negotiated a license on behalf of a
25 client.                                                    08:41AM

Highly Confidential - Outside Counsel Eyes Only

Page 15

1  Q. Davis & Hosfield is your consulting
2  business, correct?
3  A. That is correct.
4  Q. And you're not a -- personally a
5  taxation expert, correct?                           08:41AM
6  A. I do not hold myself out as a taxation
7  expert. I certainly have some tax background
8  related to my education as an accountant.
9  Q. You're not an economist are you?
10 A. I do not think of myself as an             08:42AM
11 economist.
12 Q. You're not an economist, not simply
13 that you don't think of yourself as an
14 economist, correct?
15 A. People who don't know any better have    08:42AM
16 sometimes referred to me as an economist. I do
17 not have a background in economics other than
18 the courses that I completed in pursuit of my
19 accounting and business administration degree.
20 Q. You're not an expert on marketing,       08:42AM
21 correct?
22 A. I do not hold myself out as an expert
23 in marketing. I certainly have to address
24 marketing issues in each of my intellectual
25 property matters.                                   08:42AM

Highly Confidential - Outside Counsel Eyes Only

Page 16

1    Q.  You've never been qualified by a court
2  as an expert on marketing, correct?
3    A.  Not strictly marketing, that's correct.
4    Q.  You're not an expert on consumer
5  decision-making, correct?                                08:43AM
6    A.  I do not think of myself as an expert
7  on consumer decision-making.
8    Q.  And you're not an expert on the
9  telecommunications industry, correct?
10   A.  I certainly have worked on a number of  08:43AM
11 cases in the telecommunications industry, but I
12 have not worked within that industry as an
13 employee.  I do not think of myself as an expert
14 in that industry, other than the knowledge that
15 I have acquired through my work on cases in that  08:43AM
16 industry.
17   Q.  You're not an expert on US smartphone
18 market, right?
19   A.  I know a considerable amount about the
20 US smartphone market having studied it for a  08:43AM
21 number of cases, but I do not consider myself to
22 be an expert in that marketing area.
23   Q.  You're similarly not an expert on US
24 tablet market, correct?
25   A.  Once again, I have learned a great deal  08:43AM