1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Cal. Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     50 California Street, 22nd Floor
3    San Francisco, California 94111
     Telephone: (415) 875-6600
4    Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Cal. Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Cal. Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7    555 Twin Dolphin Drive 5th Floor
     Redwood Shores, California 94065
8    Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
9
     William C. Price (Bar No. 108542)
10   williamprice@quinnemanuel.com
     Michael T. Zeller (Cal. Bar No. 196417)
11   michaelzeller@quinnemanuel.com
     865 S. Figueroa St., 10th Floor
12   Los Angeles, California 90017
     Telephone: (213) 443-3000
13   Facsimile: (213) 443-3100

14   Attorneys for SAMSUNG ELECTRONICS
     CO., LTD., SAMSUNG ELECTRONICS
15   AMERICA, INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC

16

17                UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19   APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20              Plaintiff, | **SAMSUNG'S DEPOSITION DESIGNATIONS** |
| 21          vs. | Judge: Hon. Lucy H. Koh |
| 22   SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Place: Courtroom 8, 4th Floor |
| 23   ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Trial: November 12, 2013 at 9 a.m. |
| 24   TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25 | |
| 26              Defendants. | |

27

28

1    Pursuant to the Court's January 3, 2011 Standing Order for Jury Trials and the parties'

2    stipulation to exchange page and line number in lieu of transcript excerpts, Samsung Electronics

3    Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

4    (collectively, "Samsung") hereby submits its Deposition Designations.   Subject to and without

5    waiving its objection that Samsung sought to add deposition testimony in view of a different scope

6    of the trial, Samsung has designated deposition testimony of the following deponents:

7

8    1.    Fred Anzures

9    2.    Tony Blevins

10   3.    Mark Buckley

11   4.    Imran Chaudhri

12   5.    Greg Christie

13   6.    Greg Joswiak

14   7.    Eric Jue

15   8.    Stan Ng

16   9.    Bas Ording

17   10.   Andrew Platzer

18   11.   Arthur Rangel

19   12.   Douglas Satzger

20   13.   Steven Sinclair

21   14.   Boris Teksler

22   15.   Richard Williamson

23

24   The designations of testimony by page and line number are attached as Exhibit A.

25   Samsung reserves its right to modify its designations.

26

27

28

-1-

Case No. 11-cv-01846-LHK

**SAMSUNG'S DEPOSITION DESIGNATIONS**

1    DATED: October 29, 2013              QUINN EMANUEL URQUHART &
2                                         SULLIVAN, LLP

3                                         By */s/ Victoria F. Maroulis*
                                             _____
4                                             Victoria F. Maroulis
                                              Attorneys for SAMSUNG ELECTRONICS
5                                             CO., LTD., SAMSUNG ELECTRONICS
                                              AMERICA, INC., and SAMSUNG
6                                             TELECOMMUNICATIONS AMERICA, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              -2-              Case No. 11-cv-01846-LHK
                                         **SAMSUNG'S DEPOSITION DESIGNATIONS**