1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
11  michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20              Plaintiff, | **SAMSUNG'S DISCOVERY DESIGNATIONS** |
| 21         vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8, 4th Floor<br>Trial: November 12, 2013 at 9 a.m. |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25 | |
| 26              Defendant. | |

27

28

**SAMSUNG'S DISCOVERY DESIGNATIONS**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby designate for use at trial the following written discovery responses.

1. Apple, Inc.'s Objections and Responses to Samsung's Second Set of Requests for Admission, Responses to Request Nos. 56, 61, 71, 81, 91
2. Apple, Inc.'s Objections and Responses to Samsung's Fourth and Fifth Sets of Requests for Admission, Responses to Request Nos. 1048, 1050-1051, 1067-1078, 1080-1095, 1104-1105, 1141, 1146, 1276-1280, 1282, 1444, 1474-1475, 2343, 2375, 2401-2408, 2418-2422, 2433-2439, 2445-2450, 2469-2473, 2497-2498
3. Apple, Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction, Responses to Request Nos. 1, 2, 3, 4, 6, 7
4. Apple, Inc.'s Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
5. Apple, Inc.'s Second Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
6. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
7. Apple's Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction
8. Apple's Second Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction
9. Apple, Inc.'s Objections and Responses to Samsung Electronics Co., Ltd.'s First Set of Interrogatories to Apple, Responses to Interrogatory Nos. 1, 3-8, 14-15, 18
10. Apple, Inc.'s Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

1  11. Apple, Inc.'s Second Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

12. Apple, Inc.'s Third Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

13. Apple, Inc.'s Fourth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

14. Apple, Inc.'s Fifth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

15. Apple, Inc.'s Amended Objections and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 5 to Apple, Inc.

16. Apple, Inc.'s Second Amended Objections and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 5 to Apple, Inc.

17. Apple, Inc.'s Supplemental Objections and Responses to Samsung's First Set of Interrogatories, Responses to Interrogatory Nos. 8, 14.

18. Apple's Second Supplemental Objection and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 14 to Apple, Inc.

19. Apple, Inc.s Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to Interrogatory Nos. 4, 6, 7, 18

20. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to Interrogatory Nos. 4, 6, 7, 18

21. Apple, Inc.'s Objections and Responses to Samsung's Third Set of Interrogatories

22. Apple, Inc.'s Supplemental Objections and Responses to Samsung's Third Set of Interrogatories

23. Apple, Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories, Responses to Interrogatory Nos. 61, 62, 68-72, 80

| | | |
|---|---|---|
| 1 | DATED: October 29, 2013 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By */s/ Victoria Maroulis* |
| 6 | | Charles K. Verhoeven |
| | | Kevin P.B. Johnson |
| 7 | | Victoria F. Maroulis |
| | | Michael T. Zeller |
| 8 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |