1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK(PSG)

20              Plaintiff,                       **SAMSUNG'S ADMINISTRATIVE
                                                 MOTION TO FILE DOCUMENTS
21          vs.                                  UNDER SEAL**

22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
                Defendants.
26

27

28

1    Pursuant to Civil L.R. 7-11 and 79-5, Defendants Samsung Electronics Co. Ltd., Samsung

2    Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3    "Samsung") hereby bring this administrative motion to file under seal the following documents:

4        1.   Samsung's unredacted Motion for Leave to Take Discovery.

5        Samsung has established good cause to permit filing these documents under seal through

6    the Declaration of Robert Becher in Support of Samsung's Administrative Motion to File

7    Documents Under Seal.  In short, the above documents discuss and refer to material designated as

8    "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," under the Agreed Upon Protective

9    Order Regarding Disclosure and Use of Discovery Materials and certain Non-Disclosure

10    Agreements between Samsung, Apple, and/or Nokia.  Samsung accordingly files these documents

11    under seal, and expects that Apple and Nokia may also comply with L.R. 79-5(e) by filing an

12    appropriate declaration with the Court for those portions and documents that reference their

13    respective confidential information.

14

15

16    DATED: October 29, 2013            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
17

18

19                                       By */s/ Victoria Maroulis*
                                             Charles K. Verhoeven
20                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
21                                           William C. Price

22                                           Attorneys for Defendants
                                             SAMSUNG ELECTRONICS CO., LTD.,
23                                           SAMSUNG ELECTRONICS AMERICA, INC.,
                                             and SAMSUNG TELECOMMUNICATIONS
24                                           AMERICA, LLC

25

26

27

28

02198.51855/5593146.1
                                          -2-              Case No. 11-CV-01846-LHK (PSG)
                    SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL