QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |

I, Robert J. Becher, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of Samsung's [Proposed] Rule 30(b)(6) Deposition Notice to Apple Inc. Regarding the Apple-Nokia Licensing Agreement.

3. Attached as Exhibit 2 is a true and correct copy of Samsung's [Proposed] Requests For Production to Apple Inc. Regarding the Apple-Nokia Licensing Agreement.

4. Attached as Exhibit 3 is a true and correct copy of Samsung's [Proposed] Rule 30(b)(6) Deposition Notice to Nokia Corp. Regarding the Apple-Nokia Licensing Agreement.

5. Attached as Exhibit 4 is a true and correct copy of Samsung's [Proposed] Requests For Production to Nokia Corp. Regarding the Apple-Nokia Licensing Agreement.

6. Attached as Exhibit 5 is a true and correct copy of Samsung's [Proposed] Notice of Deposition Subpoena to Paul Melin.

7. Attached as Exhibit 6 is a true and correct copy of Samsung's [Proposed] Notice of Deposition Subpoena to Eeva Hakoranta.

8. On October 23, 2013, my partner Kevin Smith attempted to resolve the parties' dispute regarding Samsung's request to propound limited discovery on Apple and Nokia , by conducting telephonic meet and confer calls with Nokia's counsel Randall Allen and Apple's counsel Mark Selwyn. On October 25, 2013, Samsung's counsel made further efforts to resolve this dispute when my partners William Price and Rachel Kassabian conducted a telephonic meet and confer call with Nokia's counsel Randall Allen and Apple's counsel Mark Selwyn. Despite these efforts, the parties were unable to reach agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on October 29, 2013.

       */s/ Robert J. Becher*
       Robert J. Becher