UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2    Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3    Administrative Motion to File Documents Under Seal.
4    Samsung[, Apple and Nokia have] has filed the declaration required under Civil L.R. 79-5
5    and General Order No. 62 to provide evidence of good cause for this Court to permit filing under
6    seal.  The declaration[s] establish that the redacted portions of the Motion for Leave to Take
7    Discovery contains confidential material.
8    Accordingly, for good cause shown, the Court HEREBY ORDERS that the unredacted
9    versions of the Motion for Leave to Take Discovery may be filed under seal.

11   DATED:  _____           _____
12                                              The Honorable Paul S. Grewal
                                                United States Magistrate Judge

02198.51855/5593145.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL