UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1       Pending before the Court is a motion by Samsung Electronics Co. Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") for leave to take discovery (the "Motion").  The Court, having considered the Motion,
4  the opposition papers, and the entire file in this case, and finding good cause, HEREBY GRANTS
5  Samsung's Motion, as follows:
6       1.   Apple and Nokia are hereby ordered to respond to the deposition notice, document
7  requests and subpoenas attached to the Declaration of Robert Becher as Exhibits 1-6.
8       2.   The requested depositions shall take place within fourteen (14) days of the date of
9  this Order, unless otherwise agreed by the parties.
10      3.   The requested documents shall be produced by Apple and Nokia within ten (10)
11 days of the date of this Order.
12      IT IS SO ORDERED.

14  DATED: _____         _____
                                          The Honorable Paul S. Grewal
15                                        United States Magistrate Judge

02198.51855/5593202.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE