UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |

1     Pending before the Court is a motion by Samsung Electronics Co. Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") for leave to take discovery (the "Motion").  The Court, having considered the Motion,

4  the opposition papers, and the entire file in this case, and finding good cause, HEREBY GRANTS

5  Samsung's Motion, as follows:

6     1.   The requested depositions of Apple and Nokia witnesses, as referenced in Exhibits

7  2, 4, 6 & 7 of the Declaration of Robert Becher, shall take place within fourteen (14) days of the

8  date of this Order, unless otherwise agreed by the parties.

9     3.   The requested documents, as referenced in Exhibits 3 & 5 of the Declaration of

10 Robert Becher, shall be produced by Apple and Nokia within ten (10) days of the date of this

11 Order.

12    IT IS SO ORDERED.

13

14 DATED: _____

15                                              The Honorable Paul S. Grewal
                                                United States Magistrate Judge