1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    William C. Price (Bar No. 108542)
10  williamprice@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
11  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
12  Los Angeles, California 90017
    Telephone: (213) 443-3000
13  Facsimile: (213) 443-3100

14  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16

17                  UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

20              Plaintiff,

21          vs.                                  **NOTICE RE APPLE'S
                                                 ADMINISTRATIVE MOTION TO FILE
                                                 UNDER SEAL (DKT. NO. 2595)**
22  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
23  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
                Defendants.
26

27

28

02198.51855/5591785.1
                                                      Case No. 11-cv-01846-LHK

1    **PLEASE TAKE NOTICE** that Apple, Inc. has filed an Administrative Motion to File

2  Under Seal a letter from William F. Lee to Magistrate Judge Paul S. Grewal (Dkt. No. 2595).

3  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4  Telecommunications America, LLC do not maintain a claim of confidentiality over the document.

5

6  DATED: October 29, 2013                  QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
7
                                             By  */s/ Victoria F. Maroulis*
8                                                Charles K. Verhoeven
                                                 Kevin P.B. Johnson
9                                                Victoria F. Maroulis
                                                 William C. Price
10                                               Michael T. Zeller
                                                 Attorneys for SAMSUNG ELECTRONICS CO.,
11                                               LTD., SAMSUNG ELECTRONICS AMERICA,
                                                 INC., and SAMSUNG
12                                               TELECOMMUNICATIONS AMERICA, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28