# EXHIBIT A

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  Schedule 6.4-NT
**Patent Assertions**
**Launch Dates and Notice Dates for Products Found to Infringe the Design Patents**

|  | Product | Product Launch Date | Date of First Notice |
|---|---|---|---|
|  |  | [a] | [b] |
|  | Captivate | 7/18/2010 | 6/16/2011 |
|  | Continuum | 11/11/2010 | 6/16/2011 |
|  | Droid Charge | 5/14/2011 | 6/16/2011 |
|  | Epic 4G | 8/31/2010 | 6/16/2011 |
|  | Gem | 4/1/2011 | 6/16/2011 |
|  | Indulge | 6/7/2011 | 6/16/2011 |
| [c] | Infuse 4G | 5/15/2011 | 4/15/2011 (or 6/16/2011) |

**Note**:

[c] See Schedule 29-NT for 6/16/2011 date of first notice.

**Source**:

[a] Schedule 6.3-NT

[b] Apple, Inc. v. Samsung Electronics Co., Ltd., et al., Order Re: Damages, March 1, 2013. [5.17]  See also Schedule 6.1-NT.