# EXHIBIT B



# STA Sales In The United States

| | GALAXY I PHONES | GALAXY II PHONES | NON-GALAXY PHONES |
|---|---|---|---|
| at&t | **Galaxy S Captivate** (July 2010) <br> **Infuse 4G** (May 2011) | **Galaxy S II** (April 2011) <br> **Galaxy S II Skyrocket** (November 2011) | |
| verizon | **Galaxy S Fascinate** (September 2010) | | **Droid Charge** (May 2011) <br> **Gem** (February 2011) <br> **Continuum** (November 2010) |
| T-Mobile | **Galaxy Vibrant** (August 2010) <br> **Galaxy S 4G** (February 2011) | **Galaxy S II** (April 2011) | |
| Sprint | **Galaxy S Epic 4G** (September 2010) | **Galaxy S II Epic 4G Touch** (September 2011) | |

**REGIONAL CARRIERS**

| | GALAXY I PHONES | GALAXY II PHONES | NON-GALAXY PHONES |
|---|---|---|---|
| boost mobile | **Galaxy Prevail** (April 2011) | | |
| c spire wireless | **Galaxy Showcase i500** (October 2010) | | |
| U.S. Cellular | **Galaxy Mesmerize** (October 2010) | | |
| cricket | | | **Indulge** (January 2011) |

SDX3584