|   |   |
|---|---|
| APPLE INC., a California Corporation, | Case No.: 5:11-cv-01846 LHK (PSG) |
| Plaintiff, | **ORDER SHORTENING TIME FOR BRIEFING ON SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket No. 2610)** |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

On October 29, 2013, Samsung Electronics Co., LTD., ("Samsung") filed a motion seeking leave to take discovery against Apple, Inc. ("Apple") and Nokia Corporation ("Nokia") regarding Samsung's alleged violations of this court's protective order.[1] In the interest of preventing this

---

[1] *See* Docket No. 2610-2. For more details regarding the facts underlying the alleged violation and the subsequent motion practice, *see* Docket Nos. 2374-2, 2434, 2483, and 2538.

1

Case No.: 5:11-cv-01846 LHK
ORDER SHORTENING BRIEFING PERIOD ON SAMSUNG'S MOTION FOR DISCOVERY

matter from dragging on even longer, Apple and Nokia are hereby ordered to file any opposition to this motion by 4:00 pm on Friday, November 1, 2013.

**IT IS SO ORDERED.**

Dated: October 31, 2013

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 5:11-cv-01846 LHK
ORDER SHORTENING BRIEFING PERIOD ON SAMSUNG'S MOTION FOR DISCOVERY