| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REPLACEMENT EXHIBIT 6 TO THE DECLARATION OF PATRICK ZHANG IN SUPPORT OF APPLE'S STATEMENT REGARDING WHETHER INFUSE 4G AND DROID CHARGE ARE GALAXY PHONES** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an order to seal Replacement Exhibit 6 to the Declaration of Patrick Zhang in Support of Apple's Statement Regarding Whether Infuse 4G and Droid Charge are Galaxy Phones.  Apple files this replacement exhibit, which is an excerpt of the original exhibit, at Samsung's request in order to minimize the amount of confidential material in the record.

The above document was designated confidential by Samsung and Samsung requested that Apple file it under seal.  Apple expects that Samsung will file a declaration supporting the filing of this material under seal.

Dated: October 31, 2013           MORRISON & FOERSTER LLP

                                  By: */s/ Harold J. McElhinny*
                                       HAROLD J. McELHINNY

                                       Attorneys for Plaintiff
                                       APPLE INC.