| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF PATRICK ZHANG IN SUPPORT OF APPLE'S MOTION TO SEAL REPLACEMENT EXHIBIT 6** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I, Patrick J. Zhang, hereby declare as follows:

2  1.  I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein or understand them to be true.  I submit this declaration in support of Apple's Motion To Seal Replacement Exhibit 6 To The Declaration Of Patrick Zhang In Support Of Apple's Statement Regarding Whether Infuse 4G And Droid Charge Are Galaxy Phones.

2.  Replacement Exhibit 6 is marked Highly Confidential Attorneys' Eyes Only under the protective order in this case.  Samsung has indicated that this document should continue to receive confidential treatment.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st day of October, 2013 at San Francisco, California.

*/s/ Patrick J. Zhang*
Patrick J. Zhang

DECL. OF PATRICK ZHANG ISO APPLE'S MOT. TO SEAL REPLACEMENT EXHIBIT 6
Case No. 11-cv-01846-LHK (PSG)
sf-3349992

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Patrick Zhang has concurred in this filing.

Dated: October 31, 2013            /s/ Harold J. McElhinny
                                       Harold J. McElhinny

DECL. OF PATRICK ZHANG ISO APPLE'S MOT. TO SEAL REPLACEMENT EXHIBIT 6
Case No. 11-cv-01846-LHK (PSG)
sf-3349992

2