QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JAMES SHIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NOS. 2601 & 2620)** |

I, James Shin, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motions to File Under Seal exhibits filed in connection with Apple's Statement Regarding Whether Infuse 4G and Droid Charge are Galaxy Phones ("Apple's Statement") (Dkt. Nos. 2601 & 2620).

3. Samsung does not maintain a claim of confidentiality over any portion of Apple's Statement.

4. Samsung requests that specific portions of Exhibits 5 and 6 to the Declaration of Patrick Zhang in Support of Apple's Statement be sealed.

5. Zhang Exhibit 5 consists of Samsung Telecommunications America, LLC's ("STA's") 2011 Business Update. Portions of the document include detailed non-public financial data, including Samsung's internal market share figures in 2009 and 2010, STA's sales, STA's 2010 consolidated profits and profit margins, STA's projected 2011 consolidated profits and profit margins, and projected sales for 2011. Samsung only requests that the various financial data described above be sealed, not the entire document.

6. Zhang Exhibit 6 consists of Samsung's 2012 product plans and pricing strategy for mobile devices compatible with the Sprint network.[1] The document includes non-public data on wholesale prices and projected wholesale prices in future quarters. Samsung only requests that the wholesale pricing information described above be sealed, not the entire document.

7. Samsung considers the wholesale prices at which it sells mobile devices to a particular carrier highly confidential because Samsung constantly negotiates prices with numerous carrier partners around the world. Public disclosure of the prices Samsung offered to a particular carrier would create an asymmetry of information that would place Samsung at a competitive

---

[1] Apple originally filed an un-excerpted version of the document as Zhang Exhibit 6 (*see* Dkt. No. 2601) and subsequently filed a replacement that only included an excerpt (*see* Dkt. No. 2620).

disadvantage during negotiations.  Carrier partners would be able to use the information to leverage more favorable terms than they otherwise could in an arms-length transaction.

8. The need for confidentiality extends to past pricing strategies due to the cyclical nature of Samsung's pricing strategies and changes to products' wholesale prices over their life cycles.

9. Samsung considers the financial data included in these documents to be highly confidential, including detailed information about profits, and profit margins on various Samsung products.  Samsung does not report the type of product-specific revenue, profit or margin data included in these documents to investors, regulatory bodies, the press, or business analysts.  This type of information is highly confidential to Samsung and Samsung takes extraordinary steps to maintain the secrecy of the information.  Even within Samsung's finance and accounting groups, such data can only be accessed by certain personnel on a restricted, need-to-know basis.  This type of data guides Samsung's pricing, distribution, financial planning, and other business decisions.

10. Samsung's financial data was produced in this case to Apple's outside counsel and experts for the sole purpose of calculating supposed damages and were marked "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

11. The profit data included here are far more sensitive and confidential than company-wide financial statements because they can be used to determine the lowest price at which Samsung can profitably sell its products.  Armed with that information, a competitor could charge a lower price in an effort to gain market share.  Competitors could also use knowledge of Samsung's highest- and lowest-performing product lines to target marketing and advertising efforts.

12. Suppliers could use the same information as leverage to negotiate higher prices for components, and carrier and retail partners would be able to leverage knowledge of Samsung's margins to negotiate lower prices for Samsung's smartphone and tablet products.

//

//

//

1   I declare under penalty of perjury of the laws of the United States that the foregoing is true
2   and correct.  Executed in Suwon, South Korea on November 1, 2013.
3
4                        _____/s/ James Shin_____
                                  James Shin
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/5595731.2                               -3-                        Case No. 11-cv-01846-LHK
                                                                              DECLARATION OF JAMES SHIN

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that James Shin has concurred in this filing.

Dated:  November 1, 2013           By: /s/ Victoria F. Maroulis
                                       Victoria F. Maroulis