UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |

    On October 29, 2013, Samsung filed a Motion for Leave to Take Discovery (Dkt. 2610). Nokia opposed this motion in its Response filed on November 1, 2013.

    Having considered the arguments of the parties, the Court finds that Samsung has not shown good cause for leave to take discovery. Accordingly, Samsung's Motion for Leave is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2013.

_____
Hon. Paul S. Grewal
United States Magistrate Judge