1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal portions of the confidential, unredacted version of Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery.  Pursuant to Civil Local Rule 79-5, Apple has filed the Declaration of Mark Selwyn in Support of Apple's Administration Motion to File Documents Under Seal ("Selwyn Declaration").  Accordingly, for good cause shown, the Court grants Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal").

IT IS HEREBY ORDERED that the following documents shall be sealed consistent with Apple's Motion to Seal:

| Document | Portion(s) to Be Sealed |
|---|---|
| Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery | pp. 1, 2, 4, 5 (*see* Redacted Version) |

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge