[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**JOINT UPDATE REGARDING PROPOSED STIPULATIONS** |

Pursuant to the October 18, 2013 Pretrial Conference Order (Dkt. No. 2552), the parties jointly submit this update regarding proposed stipulations.

## I.   MEET-AND-CONFER PROCESS

The parties exchanged proposed stipulations on October 25, 2013.  On October 30, 2013, the parties' lead trial counsel met and conferred regarding the proposed stipulations as well as several housekeeping matters.

## II.   AGREEMENTS AND LIKELY STIPULATIONS

The parties have reached agreement on a number of issues and are in the process of finalizing several stipulations.

1. **Agreement Not to Submit Optional Trial Briefs.**  The parties have agreed not to file the trial briefs that are optional under the Court's Standing Order.

2. **Stipulation or Joint Motion Regarding Sealing.**  The parties plan to exchange lists of trial exhibits that contain confidential information, and jointly submit in advance of trial a request to seal those exhibits.

3. **Stipulation Regarding Authenticity.**  The parties agree and will file a stipulation confirming that the previous stipulation regarding authenticity of certain documents remains in effect.

4. **Stipulation Regarding Interpreters.**  The parties plan to stipulate that the official interpreters for trial will be Ann Park and Albert Kim, alternating witnesses with each serving as a check interpreter for the other.

5. **Stipulation Regarding Employee and Former Employee Testimony.**  The parties plan to file a stipulation and proposed order with the following language: "The parties agree not to call each other's current or former employees live, provided that:  a) if Apple calls one of its current or former employees who is also on Samsung's "live" witness list, Samsung may examine that witness beyond the scope of the direct examination; b) if Samsung calls one of its current or former employees who is also on Apple's "live" witness list, Apple may examine that witness beyond the scope of the direct examination; c) Apple does not object to Samsung playing deposition designations instead of live testimony of Apple's current or former employees,

1  irrespective of where the witness resides; d) Samsung does not object to Apple playing deposition
2  designations instead of live testimony of Samsung's current or former employees, irrespective of
3  where the witness resides.  Neither party waives other objections to any testimony or
4  designations, including substantive objections and objections that a witness was not timely
5  disclosed in the parties' final July 2012 witness lists or not timely disclosed on proffered topics.
6  Neither party waives its right to impeach any witness with prior testimony."

7  **III.   ATTEMPTING TO RESOLVE**
8  1.   **Stipulation Regarding Exhibit and Witness Disclosure Schedule.**  The parties
9  are attempting to reach agreement on a schedule for exchange of witnesses, exhibits,
10 demonstratives, and high priority objections in advance of the briefs each party will file at 8am
11 two days before such witnesses, exhibits, or demonstratives are to be used.

12 **IV.   STIPULATIONS PROPOSED BUT NOT AGREED TO**
13 1.   Apple proposed that the parties agree not to call their design experts.  Samsung
14 declined.
15 2.   Samsung proposed that Apple agree not to dispute whether the Droid Charge is
16 part of the Galaxy line of products, and in return Samsung would agree that Mr. Wagner will not
17 present damages calculations at trial for the Infuse 4G based on notice dates different from those
18 identified in the Court's March 1 Order re: damages.  Apple declined.

| | |
|---|---|
| Dated: November 1, 2013 | |
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:    */s/ Harold J. McElhinny*<br>          Harold J. McElhinny<br><br>Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>By:    */s/ Victoria F. Maroulis*<br>          Victoria F. Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this submission. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: November 1, 2013                            */s/ Harold J. McElhinny*
                                                                       Harold J. McElhinny