QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND COUNTER DESIGNATIONS TO APPLE'S IDENTIFICATION OF DEPOSITION DESIGNATIONS**<br><br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8, 4th Floor<br>Trial: November 12, 2013 at 9:00 a.m. |

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections and
3 counter designations to Apple's Identification of Deposition Designations (Dkt. 2606-01).
4    The specific objections and counter designations are attached as Exhibit A.  The objection
5 codes used for Samsung's objections are attached as Exhibit B.  Samsung reserves its right to
6 modify its objections and counter designations.

DATED: November 1, 2013       QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By */s/ Victoria F. Maroulis*
                                  Charles K. Verhoeven
                                  Kevin P.B. Johnson
                                  Victoria F. Maroulis
                                  William C. Price
                                  Michael T. Zeller

                                  Attorneys for SAMSUNG ELECTRONICS
                                  CO., LTD., SAMSUNG ELECTRONICS
                                  AMERICA, INC., and SAMSUNG
                                  TELECOMMUNICATIONS AMERICA, LLC