1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

20

21 APPLE INC., a California corporation,           CASE NO. 11-cv-01846-LHK (PSG)

22         Plaintiff,                              **SAMSUNG'S OBJECTIONS TO APPLE'S DISCOVERY DESIGNATIONS**

23     vs.

24 SAMSUNG ELECTRONICS CO., LTD., a               Judge: Hon. Lucy H. Koh
   Korean business entity; SAMSUNG                Place: Courtroom 8, 4th Floor
25 ELECTRONICS AMERICA, INC., a New               Trial: November 12, 2013 at 9:00 a.m
   York corporation; SAMSUNG
26 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
27
            Defendants.
28

**SAMSUNG'S OBJECTIONS TO APPLE'S DISCOVERY DESIGNATIONS**

Samsung objects to Apple's Discovery Designations (Dkt. 2606 citing Dkt. 1244) as follows: Samsung objects that Apple has not narrowed its discovery designations to material that it may use for the retrial as is required by Judge Koh's Pretrial Standing Order.  Samsung incorporates by reference the general and specific objections listed in the written discovery responses Apple has designated for use at trial.  Samsung further objects to the extent Apple's discovery designations include subject matter or evidence that has been excluded by Court order or is not relevant to the retrial.  Samsung further objects to the extent Apple is designating any discovery responses that have been amended or corrected, or that contain incomplete or inaccurate information.

DATED: November 1, 2013                        Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC