HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS** |

Apple submits the following objections and counterdesignations to Samsung's deposition designations filed and served on October 29, 2013. (Dkt. No. 2608.)

## I. OBJECTIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS

Apple objects to Samsung's presentation of deposition testimony from:

- Any Apple employee who is available to testify live at trial, unless the testimony was provided under Rule 30(b)(6) of the Federal Rules of Civil Procedure or by a managing agent, and any witness who is within the Court's subpoena powers. These objections may be withdrawn in a stipulation the parties are finalizing by which each would agree not to call the other's employees or former employees, but instead use deposition testimony.

- Any witness whose deposition took place after the close of fact discovery, except depositions taken by agreement of the parties or under Court order in this action.

Apple objects to the presentation of irrelevant deposition testimony, including without limitation testimony relevant only to Samsung's counterclaims that were litigated in the first trial and testimony relevant only to trade dress claims or patent claims not at issue in the new trial.

Apple incorporates by reference its motion to strike or limit witnesses identified in Samsung's witness list (Dkt. No. 2413) and states the following additional objections to each designated witness:

**Freddy Anzures:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.)

**Imran Chaudhri:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.)

**Greg Christie:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.)

**Bas Ording:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.) Moreover, Mr. Ording's testimony has been excluded, as the Court granted Apple's motion to exclude witnesses not disclosed on Samsung's final witness list from the first trial, and Mr. Ording was not disclosed on that list. (Dkt. No. 2552 at 2-3; *see*

APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3350192

1

*also* Dkt. No. 1278 at 29 (listing Mr. Ording only on "appendix" that Court subsequently struck).) Because Mr. Ording's testimony is excluded, Apple omits Mr. Ording from the attached chart and does not identify specific objections or counterdesignations to the testimony that Samsung designated. In the event that the Court reconsiders its prior orders and permits Samsung to present deposition testimony from Mr. Ording, Apple reserves the right to identify specific objections and counterdesignations.

**Andrew Platzer:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.)

**Douglas Satzger:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.)

**Steven Sinclair:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.)

**Richard Williamson:** Testimony not relevant to Samsung's timely disclosed damages theories. (FRE 402, 403; Dkt. Nos. 2316, 2369.)

Apple's specific objections and counterdesignations to Samsung's individual deposition designations are contained in the attached Exhibit A. Apple reserves the right to revise these counterdesignations to the extent Samsung revises or only uses a subset of its designations. For example, Apple may counterdesignate what Samsung has currently designated should Samsung decide not to use that portion at trial.

Dated: November 1, 2013                MORRISON & FOERSTER LLP

                                       By:  */s/ Harold J. McElhinny*
                                            HAROLD J. MCELHINNY

                                            Attorneys for Plaintiff
                                            APPLE INC.

APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3350192

2