UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ) | VERDICT FORM |
| v. | ) | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) | |
| Defendants. | ) | |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S DAMAGES CLAIMS**

**1. What is the total dollar amount that Apple is entitled to receive in damages from Samsung?**

$_____.

**2. For the total dollar amount in your answer to Question 1, please provide the dollar breakdown by product.**

| Samsung Product | Amount |
|---|---|
| Captivate (JX 1011) | |
| Continuum (JX 1016) | |

1

Case No.: 11-CV-01846-LHK
ORDER RE GEM SALES

| | |
|---|---|
| Droid Charge (JX 1025) | |
| Epic 4G (JX 1012) | |
| Exhibit 4G (JX 1028) | |
| Galaxy Prevail (JX 1022) | |
| Galaxy Tab (JX 1036) | |
| Gem (JX 1020) | |
| Indulge (JX 1026) | |
| Infuse 4G (JX 1027) | |
| Nexus S 4G (JX 1023) | |
| Replenish (JX 1024) | |
| Transform (JX 1014) | |

Have the presiding juror sign and date this form.

Signed:_____ Date:_____
                                                                               PRESIDING JUROR

2

Case No.: 11-CV-01846-LHK
ORDER RE GEM SALES