1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21            Plaintiff, | **DECLARATION OF ROBERT BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SAMSUNG'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO TAKE DISCOVERY** |
| 22       vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | |
| 25 | |
| 26            Defendants. | |
| 27 | |
| 28 | |

I, Robert Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Administrative Motion to File Under Seal Samsung's Reply in Support of Motion for Leave to Take Discovery.

3. For the redacted portions of the brief, Samsung maintains a claim of confidentiality because and to the extent those documents reveal details about Samsung's licensing negotiations with Nokia.   Apple and/or Nokia may also consider the redacted portions of the brief confidential.

4. Samsung considers details about its licensing negotiations, including actual and proposed royalty rates, highly confidential because this information has not been disclosed either publicly or to any third party except under strict confidentiality agreements.   In addition, Samsung's licensing negotiations with Nokia are governed by non-disclosure agreements between Samsung, on the one hand, and Nokia on the other hand.   As the Court has previously found, details about licensing negotiations, including royalty rates are sealable.   (Dkt. No. 2538 at 4.)

5. For the foregoing reasons, Samsung requests its Administrative Motion be granted in part.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.   Executed in Los Angeles, California on November 4, 2013.

                                                  /s/   Robert Becher

1                              **ATTESTATION**

2        I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file

3 this Declaration.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert

4 Becher has concurred in this filing.

5

6 Dated:   November 4, 2013                    By:  */s/ Victoria F. Maroulis*
                                                      Victoria F. Maroulis
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/5593135.1                           -2-                  Case No. 11-cv-01846-LHK
                                                                  DECLARATION OF ROBERT BECHER