UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal.
4  Samsung[, Apple and Nokia have] has filed the declaration required under Civil L.R. 79-5
5  and General Order No. 62 to provide evidence of good cause for this Court to permit filing under
6  seal.  The declaration[s] establish that the redacted portions of the Reply in Support of Motion for
7  Leave to Take Discovery ("Reply") contains confidential material.
8  Accordingly, for good cause shown, the Court HEREBY ORDERS that the following
9  portions of the Reply may be filed under seal:

| Document | Portions That May be Filed Under Seal |
|---|---|
| Samsung's Reply in Support of Motion for Leave to Take Discovery | • Page 3 (lines 18-20);<br>• Page 4 (lines 14-16). |

15  DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge