RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.:  5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 2610)** |

I, RYAN W. KOPPELMAN, declare as follows:

1. I am a partner with the law firm of Alston & Bird LLP, counsel to non-party Nokia Corporation ("Nokia"). I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

2. I have reviewed the redacted portions of Samsung's Motion for Leave to Take Discovery (Dkt. No. 2610-2).

3. The redacted portions of Samsung's Motion contain information that could cause Nokia severe harm should the information become public. [*See*, Feb. 19, 2013 Decl. of Paul Melin, Dkt. No. 2254, ¶ 5].

4. Further, disclosure of the redacted portions of Samsung's Motion could allow a reader to learn highly sensitive information about Nokia's confidential licensing agreements and may have a direct impact on those agreements as well as future agreements. [*Id.*, ¶¶ 8-9].

5. Thus, disclosure of the redacted portions of Samsung's Motion poses a competitive risk to Nokia. [*See, e.g.*, Order Granting Motion to Seal, Dkt. No. 2192 at 2 (Dec. 12, 2012)].

6. The aforementioned harm could weaken Nokia's competitive standing. [*Id.* at 1-2 (quoting *In re Electronic Arts*, 298 F. App'x 568, 569 (9th Cir. 2008)].

7. Finally, the redacted portions of Samsung's Motion are sufficiently limited. Thus, the public interest in disclosure of the redacted material is very limited and is outweighed by the parties' interest in keeping the material under seal. [*Id.* at 2].

8. For the foregoing reasons, the redacted portions of Samsung's Motion for Leave to Take Discovery should remain filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

[*Signature on the Following Page*]

1  Executed this 4th day of November, 2013 in Menlo Park, California.

/s/ Ryan Koppelman

Ryan Koppelman
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2009
Facsimile:     650-838-2001

*Attorneys for Non-Party*
*NOKIA CORPORATION*

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL     3     CASE NO.: 5:11-CV-01846-LHK (PSG)