1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
9  Facsimile:     (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
12 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
14
15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                         UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG)
21 |        Plaintiff,
22 |        vs. | **CERTIFICATE OF SERVICE**
23 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
24 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
25 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
26
   |        Defendants.
27
28

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Redwood Shores, California.

On November 4, 2013, I served true and correct copies of the documents described as

1. Samsung's Unredacted Reply in Support of its Motion For Leave To Take Discovery

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple, Inc.**

Wilmer Cutler Pickering Hale and Dorr LLP

Mark.Selwyn@wilmerhale.com
Joseph.mueller@wilmerhale.com

**Counsel for Nokia Corp.**

Alston & Bird LLP

Ryan.koppelman@alston.com
Randall.allen@alston.com

Executed on November 4, 2013 at Redwood Shores, California.

　　　　　　　　　　　　　　　　　　　　　___/s/ Thomas R. Watson_____
　　　　　　　　　　　　　　　　　　　　　　　　Thomas R. Watson

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Nathan Sun.

                                       */s/ Victoria F. Maroulis*

                                           Victoria F. Maroulis