[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EMPLOYEE AND FORMER EMPLOYEE TESTIMONY** |

1   IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

2   1.   The parties agree not to call each other's current or former employees live, provided that:

   a.   if Apple calls one of its current or former employees who is also on Samsung's "live" witness list, Samsung may examine that witness beyond the scope of the direct examination;

   b.   if Samsung calls one of its current or former employees who is also on Apple's "live" witness list, Apple may examine that witness beyond the scope of the direct examination;

   c.   Apple does not object to Samsung playing deposition designations instead of live testimony of Apple's current or former employees, irrespective of where the witness resides;

   d.   Samsung does not object to Apple playing deposition designations instead of live testimony of Samsung's current or former employees, irrespective of where the witness resides.

2.   Neither party waives other objections to any testimony or designations, including substantive objections and objections that a witness was not timely disclosed in the parties' final July 2012 witness lists or not timely disclosed on proffered topics.

3.   Neither party waives its right to impeach any witness with prior testimony.

1  Dated: November 4, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:   */s/ Harold J. McElhinny*<br>         Harold J. McElhinny<br><br>  Attorneys for Plaintiff and Counterclaim-<br>   Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:   */s/ Victoria F. Maroulis*<br>         Victoria F. Maroulis<br><br>  Attorneys for Defendants and<br>  Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____

   Honorable Lucy H. Koh
   United States District Judge

**ATTESTATION**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: November 4, 2013    */s/ Harold J. McElhinny*
                           Harold J. McElhinny