Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Parties
HTC America Inc., HTC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>                    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**THIRD PARTIES HTC AMERICA, INC., AND HTC CORPORATION'S RESPONSE TO APPLE'S MOTION TO SEAL (DOCKET NO. 2382 and 2605)** |

1    Third parties HTC America, Inc. and HTC Corporation (collectively "HTC") submit this
2 response to Apple's Motion to seal.  (Docket Nos. 2382 and 2605)
3    Apple's Motion refers to the Olson declaration to which the Wagner Expert Report was
4 attached as Exhibit A which in turn refers to a confidential Agreement between HTC and Apple that
5 was the subject of a motion to file under seal in 2012.  In the context of that 2012 Motion to File
6 under seal, HTC specially appeared because the Agreement that was the subject of this motion
7 contained confidential HTC information.  As a result of HTC's pleadings and supporting declaration,
8 this Court ordered that the Agreement be redacted before it was publicly filed.  (Docket No. 2192)
9    HTC respectfully submits that pursuant to Civil L.R. 79-5, portions of Mr. Wagner's report
10 should be redacted before it is filed publicly.
11    I.    BACKGROUND
12    After the first trial in this case, Apple and HTC entered into an Agreement, some of the terms
13 of which are the subject of Apple's current motion to seal.  During post-trial proceedings, Samsung
14 lodged this Agreement with the Court and, concurrently with that lodging, filed a motion to file it
15 under seal.  In response to this 2012 Motion to File under seal, HTC filed a response (Docket No.
16 2186--attached as Exhibit 1 to the accompanying Mosko declaration) and the Lam Declaration
17 (Docket No. 2186-1--attached as Exhibit 2 to the accompanying Mosko declaration) that supported
18 its position that this Agreement contained confidential information.   HTC specifically identified
19 those portions of the Agreement that contained confidential information, the basis for the
20 confidentiality and moved that this Court authorize only a redacted version to be publicly filed.  This
21 Court agreed with HTC's proposed redactions, and ordered that only the redacted version be made
22 public.  (Docket No. 2192)  A copy of this Order is attached to the accompanying Mosko
23 Declaration as Exhibit 3 for the Court's convenience.  The public version of this Agreement was
24 thereafter filed.  (Docket No. 2182-5)
25    II.   APPLE'S CURRENT REQUEST AND APPLE'S RESPONSE
26    Apple's Motion (Docket No. 2382) seeks an order to file the entire Wagner report under seal.
27 Apple also submits a redacted version of the report that Apple believes removes the confidential
28

portions of the report.  Apple submits a declaration from Nathan Sabri to support its claims that its proposed redactions are confidential.  (Docket No. 2382-1).

Recently, through agreement with Samsung, Apple provided to HTC those pages of the Wagner report that contain references to the HTC/Apple agreement.  (Mosko Decl. ¶5).  On October 29, 2013, Apple filed a Notice of Public Filing (Docket No. 2605) which states that it is awaiting review from HTC regarding its position on the proposed redactions.  In response to Apple's pleading, HTC hereby states that in addition to the proposed redactions made by Apple, several more redactions should be made to the report, consistent with those redactions previously approved by this Court before it is filed publicly.

### III. ALL REFERENCES TO TERMS IN THE PREVIOUSLY-REDACTED HTC/APPLE AGREEMENT MUST REMAIN CONFIDENTIAL AND THEREFORE MUST BE REDACTED FROM ANY PUBLIC FILING

HTC moves this Court to require additional redactions because they encompass terms in the HTC/Apple agreement that this Court previously sealed.  Specifically, HTC seeks to exclude from the public version the reference to the scope of the license, the products to which the license applies, and the royalty term. This Court has previously excluded such terms from the public.  *See* Mosko Decl., Ex. 3; *Apple Inc. v. Samsung Electronics Co., Ltd.,* Case No. 11-cv-0146 (Aug. 9, 2012 N.D. Cal.); citing *In re Electronic Arts,* 298 Fed. App'x 568, 569 (9th Cir. 2008).  Disclosure of this information will place HTC at a competitive disadvantage, as stated in Lam declaration, Mosko Decl., Ex. 2.

Attached to the accompanying Mosko Declaration as Exhibit 4 is a copy of portions of the report that contains Apple's proposed redactions *and* the redactions proposed as described above by HTC.  These additional redactions remove from public view the terms of the Agreement that Mr. Wagner refers to that were redacted from the publicly-filed version of the HTC/Apple Agreement.

### IV. HTC REQUESTS NOTIFICATION AND COURTROOM SEALING

HTC has been advised that one or both of the parties in this action may seek to either introduce the HTC/Apple Agreement  or provide testimony about its terms at the upcoming trial.  In the event that either party seeks to offer such testimony, HTC respectfully asks the Court to direct

1  that the parties provide at least 24 hours' notice to HTC, and provide HTC the opportunity to file
2  appropriate pleadings to protect its confidential information.  Additionally in the event either intends
3  to offer such testimony that would reveal information from the Agreement that this Court has
4  ordered should remain sealed and not open to public scrutiny, HTC respectfully requests an Order
5  closing the Courtroom during the time such testimony is offered.

Dated:  November 4, 2013           FINNEGAN, HENDERSON, FARABOW,
                                                          GARRETT & DUNNER, LLP


                                                  By:          /s/ Scott R. Mosko
                                                                  Scott R. Mosko

                                                  Attorneys for Third Parties
                                                  HTC America Inc., and HTC Corporation