1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
3  Stanford Research Park
4  3300 Hillview Avenue
   Palo Alto, California  94304-1203
5  Telephone:  (650) 849-6600
   Facsimile:   (650) 849-6666
6
7  Attorneys for Third Parties
   HTC America Inc., HTC Corporation
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12 | APPLE INC., a California Corporation, | CASE NO. 11-cv-01846-LHK
13 |                                        |
   |                        Plaintiff,     | **DECLARATION OF SCOTT R.**
14 |         v.                            | **MOSKO ON BEHALF OF THIRD**
   |                                        | **PARTIES HTC AMERICA, INC., AND**
15 | SAMSUNG ELECTRONICS CO., LTD., a       | **HTC CORPORATION'S RESPONSE**
   | Korean Corporation; SAMSUNG            | **TO APPLE'S MOTION TO SEAL**
16 | ELECTRONICS AMERICA, INC., a New York  | **(DOCKET NO. 2382 and 2605)**
17 | Corporation; SAMSUNG                   |
   | TELECOMMUNICATIONS AMERICA, LLC, a     |
18 | Delaware Limited Liability Company,    |
19 |                       Defendants.      |

I, Scott R. Mosko hereby declare as follows:

1. I am a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for third parties HTC America, Inc. and HTC Corporation (collectively "HTC"). I am duly licensed to practice law in all state courts of California and am licensed to practice before this district. I submit this declaration in support of HTC's Response to Apple's Motion to Seal (Docket No. 2382).

2. Attached as Exhibit 1 is a true and correct copy of "Third Parties HTC America, Inc. and HTC Corporation and S3G Graphics Co., Ltd's Response to Motion to File Under Seal" as filed in this matter at Docket No. 2186.

3. Attached as Exhibit 2 is a true and correct copy of the "Declaration of Vincent Lam on Behalf of Third Party HTC in Response to Motion to File Under Seal" as filed in this matter at Docket No. 2186-1.

4. Attached as Exhibit 3 is a true and correct copy of the "Order Granting Sealing Motion" as filed in this matter at Docket No. 2192.

5. Recently, as a result of what I understand to be an agreement between Apple and Samsung, Apple provided me with copies of those portions (pages 134 - 140) of the Michael J. Wagner report that contain references to the HTC/Apple agreement. I understand that Mr. Wagner's entire report is the subject of Samsung's Motion to Seal.

6. Attached as Exhibit 4 is a true and correct copy of HTC's *proposed redacted* version of pages 134 - 140 to the expert report of Michael J. Wagner.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of November, 2013, at Palo Alto, California.

                                                                */s/ Scott R. Mosko*