Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 7/2013) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Sibrina Khan | 2a. CONTACT PHONE NUMBER<br>(650) 430-1566 | 3a. CONTACT EMAIL ADDRESS<br>sibrinakhan@quinnemanuel.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Victoria F. Maroulis | 2b. ATTORNEY PHONE NUMBER<br>(650) 801-5022 | 3b. ATTORNEY EMAIL ADDRESS<br>victoriamaroulis@quinnemanuel.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Quinn Emanuel LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 | 5. CASE NAME<br>Apple v. Samsung | 6. CASE NUMBER<br>11-cv-01846 |
|---|---|---|

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Lee-Anne Shortridge

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   ■ CJA: Do not use this form; use Form CJA24

**9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:**

| a. | HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. | SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*) | | | | | c. | DELIVERY TYPE (Choose one per line) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 11/12/13 | LHK | | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| 11/13/13 | LHK | | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| 11/14/13 | LHK | | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| 11/15/13 | LHK | | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| 11/18/13 | LHK | | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| 11/19/13 | LHK | | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).**

| 11. SIGNATURE   /s/Sibrina Khan | 12. DATE<br>11/06/2013 |
|---|---|

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY

Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 7/2013) | **TRANSCRIPT ORDER**<br>**Please use one form per court reporter.**<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Sibrina Khan | 2a. CONTACT PHONE NUMBER<br>(650) 430-1566 | 3a. CONTACT EMAIL ADDRESS<br>sibrinakhan@quinnemanuel.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Victoria F. Maroulis | 2b. ATTORNEY PHONE NUMBER<br>(650) 801-5022 | 3b. ATTORNEY EMAIL ADDRESS<br>victoriamaroulis@quinnemanuel.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Quinn Emanuel LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065 | 5. CASE NAME<br>Apple v. Samsung | 6. CASE NUMBER<br>11-cv-01846 |
|---|---|---|

| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Lee-Anne Shortridge | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL  ☑ CIVIL  ☑ CJA: Do not use this form; use Form CJA24 |
|---|---|

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. | HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. | SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* | | | | | c. | DELIVERY TYPE (Choose one per line) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 11/20/13 | LHK | | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE  /s/Sibrina Khan | 12. DATE<br>11/06/2013 |
|---|---|

DISTRIBUTION:  ☐ COURT COPY    ☐ TRANSCRIPTION COPY    ☐ ORDER RECEIPT    ☐ ORDER COPY