UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1hr24min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE  DATE: 11/5/13
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: 11-01846LHK

CASE TITLE: APPLE, INC. VS. SAMSUNG ELECTRONICS CO., LTD., ET AL

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| HAROLD J. McELHINNY, RACHEL KREVENS | VICTORIA MAROULIS, WILLIAM PRICE |
| NATHANIEL B. SABRI, WILLIAM F. LEE | CARL ANDERSON, ANTHONY ALDEN |
| C. ROBINSON, K. PRUSSIA, L. FLETCHER | JON CEDERBERG, KEVIN JOHNSON |

**TODAY'S PROCEEDINGS**

{ } CLAIMS CONSTRUCTION HEARING   {X} PRE-TRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.  Deft.  Cross Mot.
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED   [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED   [ ] DENIED   [ ] SUBMITTED   [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{ X } Cont'd to 11/8/13   @3:00 P.M.   For   FURTHER PRETRIAL CONFERENCE

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: THE MATTERS ARE ARGUED AND TAKEN UNDER SUBMISSION. A WRITTEN ORDER WILL BE ISSUED.