[counsel listed on the last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS**<br><br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 1, 5th Floor<br>Trial: November 12, 2013 at 9 a.m |

Pursuant to the Court's Order (Dkt. 2645) the parties submit this statement identifying witnesses, deponents, attorneys and firms involved in this case, whose names should presented to the jury.

| | | |
|---|---|---|
| Abramowitz, Anne | McCarthy | Prashanth |
| Agnetta, Bryan | Benner, Timothy | Cheung, Benjamin |
| Agrawal, Ruchika | Beyer, Tom | Cho, Joon-Young |
| Ahn, Deok Keun | Blevins, Tony | Cho, Nara |
| Matthew | Bogue, Adam | Choi, Gee-sung |
| Ahn, Seung-Ho | Borden, Kara | Choi, Sung Ho |
| Alden, Anthony | Borenstein, Ruth N. | Christie, Greg |
| Anders, Robert John | Bramhall, Andrew | Chung, Minhyung |
| Anders, John A. | Bressler, Peter | Chung, Minn |
| Anderson, Carl | Bridges, Kenneth | Conley, Cira |
| Anzures, Fred | Briggs, Todd | Coster, Daniel |
| Arnold, Brett J. | Bright, Andrew | Cultice, Robert |
| Balakrishnan, Ravin | Brinkman, Paul F. | Currie, David C. |
| Balasubramanian, Priya | Brunner, Robert | Dalziel, Melissa |
| Barach, Katharine | Buckley, Mark | D'Amato, John P. |
| Barquist, Charles | Burling, James | Danford, Andrew |
| Bartlett, Jason | Caruso, Margret | Danis, Mark |
| Basinger, Charles A. | Cashman, Adam | Davis, Julie |
| Bassett, David | Cederberg, Jon C. | De Iuliis, Daniele |
| Baxter, Alexander | Chan, Melissa D. | Demsher, Ronald |
| Beard, Brooks | Chang, Dong Hoon | Denison, Justin |
| Becher, Robert | Chapman, Greg | Diener, Michael |
| Bedecarre, Albert P. | Chaudhri, Imran | Donaldson, Richard |
| Bederson, Benjamin | Chen, Stephanie | Dourish, Paul |
| Belville, Heather | Chennakesavan, | Dowd, James |

| | | | |
|---|---|---|---|
| 1 | Ducca, Marissa | Hauser, John | Kerr, Duncan |
| 2 | Duh, Christine | Hedge, Alan | Kho, Wookyun |
| 3 | Eddon, Guy | Herriot, Liv | Kidman, Scott B. |
| 4 | Esch, Michael | Heyison, Michael | Kim, Chang-Ik |
| 5 | Estrich, Susan | Hieta, Saku | Kim, Emilie |
| 6 | Eun, Sung-Ho | Hill, Arthur Lee IV | Kim, Grant |
| 7 | Fazio, Michael | Ho, Francis | Kim, Hyong |
| 8 | Fidler, Roger | Hoellwarth, Quin | Kim, Jin Soo |
| 9 | Fitch, Patrick A. | Holmes, Drew | Kim, Seongwoo |
| 10 | Flanagan, Mark | Hong, Wong Pyo | Kim, Soeng-Hun |
| 11 | Fletcher, Lauren | Hotelling, Steve | Kim, Young-Bum |
| 12 | Florance, Scott | Howarth, Richard | Klestoff, Alexei |
| 13 | Forlines, Clifton | Huang, Eric | Klivans, Peter |
| 14 | Forstall, Scott | Hung, Richard | Knightly, Edward |
| 15 | Frazier, Sarah | Hutnyan, Diane C. | Kolovos , Peter |
| 16 | Gallegos, Hector | Jacobs, Michael | Kramer, Karl |
| 17 | Galvin, Michael | Jacoby, Jacob | Kreeger, Matthew |
| 18 | Givargis, Tony | Jaeckel, Jeffery | Krevans, Rachel |
| 19 | Goldenberg, Richard | Jeong, Moon-Sang | Kripke, Julia |
| 20 | Goldstein, Ryan S. | Johnson, Jeffrey | Kuwayti, Ken |
| 21 | Gosler, Jared | Johnson, Kevin P.B. | Kwak, Yong-Jun |
| 22 | Gray, Stephen | Joswiak, Greg | Lam, Derek |
| 23 | Greenfield, Leon | Jue, Eric | Lam, Ioi |
| 24 | Gunther, Jr., Robert | Kamins, Michael | Larivee, Brian |
| 25 | Hagberg, Karen | Kare, Susan | Lee, JuHo |
| 26 | Hagiz, Ron | Kassabian, Rachel | Lee, JunWon |
| 27 | Hall, Scott C. | Herrick | Lee, Kiwon |
| 28 | Han, Jefferson | Kaufman, Aaron S. | Lee, Min-Hyouk |

| | | | |
|---|---|---|---|
| 1 | Lee, Sanguen | Neill, Anna | Proctor, B. Dylan |
| 2 | Lee, William | Ng, Stan | Prussia, Kevin |
| 3 | Leefer, Nicholas | Nishibori, Shin | Quarles, James |
| 4 | Liao, Andrew | O'Brien, Vince | Quinn, John B. |
| 5 | Libka, Hilary | Oh, Jeong Seok | Rahebi, Bita |
| 6 | Lien, Henry | Olson, Erik | Rangel, Arthur |
| 7 | Ling, Qi | Ording, Bas | Rawson, Taryn S. |
| 8 | Londen, Jack | Ordover, Janusz | Rella, Angela |
| 9 | Looney, Christopher | Osman, Randa A. | Rice, Edward H. |
| 10 | Lucente, Sam | Overson, Wesley | Roarty, Sean |
| 11 | Lutton, Richard "Chip" | Paltian, Markus | Robinson, Christopher |
| 12 | Mack, Brian E. | Park, Hyoung Shin | Rogoyski, Robert |
| 13 | Mantis, George | Park, Jaewoo | Rohrbach, Matthew |
| 14 | Maroulis, Victoria | Park, Junho | Rose, Jessica A. |
| 15 | Martin, Joby | Park, Sang-Ryul | Rosenberg, Brian |
| 16 | Martin, Joseph | Park, Seunggun | Rosenbrock, Karl Heinz |
| 17 | Mazza, Mia | Patel, Ketan | Rossi, Peter |
| 18 | McAlhany, Jr., Robert | Pease, Thomas D. | Rothkopf, Fletcher |
| 19 | McElhinny, Harold | Pendleton, Todd | Ryu, DongSeok |
| 20 | McNeill, Mary H. | Pernick, Marc J. | Sabri, Nathan |
| 21 | Merber, Kenneth | Pieja, Michael | Sadowitz, Michael D. |
| 22 | Miller, Michelle | Platzer, Andrew | Saito, Marina N. |
| 23 | Milowic III, Joseph | Plunkett, Stuart | Saji, Michael |
| 24 | Monach, Andy | Poret, Hal | Satzger, Douglas |
| 25 | Mount, Christopher | Posner, Daniel | Scheibel, Eliza |
| 26 | Mueller, Joseph | Post, Doug | Schiller, Phil |
| 27 | Musika, Terry | Price, Christopher | Schin, MinCheol |
| 28 | Nam, Ki Hyung | Price, William C. | Schmidt, Patrick T. |

| | | | |
|---|---|---|---|
| 1 | Schroepfer, Peter | Stretch, Christopher E. | Wang, Jeeyuen |
| 2 | Seares, Carrie | Stringer, Chris | Watrous, Bruce "BJ" |
| 3 | Seeve, Brian | Suh, Kenneth K. | Watson, Thomas R. |
| 4 | Selwyn, Mark | Sullivan, Kathleen | Webster, James J. |
| 5 | Shah, Ali | Syrett, Timothy | Weinsten, Randal |
| 6 | Shaul, David L. | Tarango, Austin D. | Whang, Eugene |
| 7 | Sheppard, Timothy | Taylor, Jennifer | Whelan, Emily |
| 8 | Sherman, Itay | Tchao, Michael | Whitehurst, Alan L. |
| 9 | Shields, Patrick | Teece, David | Whiteside, Tamara |
| 10 | Shim, Jong-Wook | Teksler, Boris | Williams, Tim |
| 11 | Shin, Jaegwan | Trac, Bill | Williamson, Richard |
| 12 | Sim, Jaehwang | Tucher, Alison | Wiener, Christopher |
| 13 | Sinclair, Steven | Tung, Mark | Winer, Jeremy |
| 14 | Singer, Benjamin L. | Twiggs, Sissie | Winer, Russell |
| 15 | Singer, David | Van Dam, Andries | Woodring, Cooper |
| 16 | Singh, Karan | Van Der Velde, Himke | Yang, Woodward |
| 17 | Sittler, Ed | Van Liere, Kent | Yeo, JungMin |
| 18 | Sohn, Dale | Van Lieshout, Gert-Jan | Yi, Sun-Young |
| 19 | Sood, Sanjay | Verhoeven, Charles K. | Yohannan, Kristin |
| 20 | Souto, Victor | Voron, Vince | Zadesky, Steve |
| 21 | Srivastava, Mani | Wagner, Michael | Zappin, Anthony J. |
| 22 | Stake, Sam S. | Walden, Samuel Calvin | Zeller, Michael T. |
| 23 | Stasik, Eric | Walker, Curran M. | Zhang, Patrick |
| 24 | Steiger, Jon | Walker, Michael | Zorkendorfer, Rico |
| 25 | Stern, Peter | Walker, Nathan | Zorn, Andre |
| 26 | Stevens, Bethany | Wall, Eric | |
| 27 | Stiernberg, Charlie | Walters, Eric | |
| 28 | | | |

1   Bridges & Mavrakakis LLP

2   Crone Hawxhurst LLP

3   Hopenfeld Singer Rice and Saito LLP

4   Morrison & Foerster LLP

5   Quinn Emanuel Urquhart & Sullivan, LLP

6   Steptoe & Johnson LLP

7   Wilmer Cutler Pickering Hale and Dorr LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: November 7, 2013

2

3  MORRISON & FOERSTER LLP
   HAROLD J. McELHINNY (CA SBN
   66781)
4  hmcelhinny@mofo.com
   MICHAEL A. JACOBS (CA SBN
5  111664)
   mjacobs@mofo.com
6  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
7  ERIK OLSON (CA SBN 175815)
   ejolson@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
10 Facsimile:  (415) 268-7522

11 WILLIAM F. LEE
   william.lee@wilmerhale.com
12 WILMER CUTLER PICKERING
   HALE AND DORR LLP
13 60 State Street
   Boston, MA 02109
14 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
15
   MARK D. SELWYN (SBN 244180)
16 mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
17 HALE AND DORR LLP
   950 Page Mill Road
18 Palo Alto, California 94304
   Telephone: (650) 858-6000
19 Facsimile: (650) 858-6100

20

21 By:    /s/  Harold J. McElhinny
           Harold J. McElhinny
22
       Attorneys for Plaintiff and
23     Counterclaim-Defendant APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
 Charles K. Verhoeven (Cal. Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

 Kevin P.B. Johnson (Cal. Bar No. 177129)
 kevinjohnson@quinnemanuel.com
 Victoria F. Maroulis (Cal. Bar No. 202603)
 victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
 michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By:    /s/ Victoria Maroulis
         Victoria Maroulis

       Attorneys for Defendants and
       Counterclaim-Plaintiffs
       SAMSUNG ELECTRONICS CO.,
       LTD., SAMSUNG ELECTRONICS
       AMERICA, INC. and SAMSUNG
       TELECOMMUNICATIONS
       AMERICA, LLC

24

25

26

27

28