1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California  94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California  94065
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
10 | michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 | Los Angeles, California 90017
Telephone: (213) 443-3000
12 | Facsimile: (213) 443-3100

13 | Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
14 | Telecommunications America, LLC

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5607877.1

Case No. 11-cv-01846-LHK
NOTICE OF APPEARANCE

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Katharine F. Barach of Quinn Emanuel Urquhart &

3   Sullivan, LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung

4   Electronics America, Inc. and Samsung Telecommunications America, LLC.

5   Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6   directed to:

7   Katharine F. Barach (CA Bar No. 283358)
     katharinebarach@quinnemanuel.com
8   555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, CA 94065
9   Telephone: (650) 801-5000
     Facsimile: (650) 801-5100

10

11  DATED: November 7, 2013          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
12

13

14                                    By  /s/ Katharine F. Barach
                                          Katharine F. Barach
15                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
16                                        INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC
17

18

19

20

21

22

23

24

25

26

27

28