1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AVAILABILITY OF DEVICES ADMITTED INTO EVIDENCE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **TRIAL** |
| Defendants. | |

02198.51855/4880826.3

Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING AVAILABILITY OF DEVICES ADMITTED INTO EVIDENCE

1  WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (together with
3  Apple, "the Parties") seek to use certain devices that were admitted into evidence during the first
4  trial (from July and August 2012) for the forthcoming damages trial, which will begin on
5  November 12, 2013;

6  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
7  Parties that:

8  1.  All physical devices, including, but not limited to, Exhibits PX 147-148, PX 167-
9  168, DX 526, DX 2277-2278, DX 2526-2535, JX 1000-1038, JX 1050-1057, JX1074-1078, JX
10 1087-1090, JX 1093, and JX 1097-1099 will be made available to the parties for use before and
11 during the forthcoming damages trial, which will begin on November 12, 2013.

13 **IT IS SO STIPULATED.**

02198.51855/4880826.3

-1-  Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING AVAILABILITY OF DEVICES ADMITTED INTO EVIDENCE

Dated: November 6, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:   */s/ Harold J. McElhinny*<br>          Harold J. McElhinny<br><br>   Attorneys for Plaintiff and Counterclaim-<br>   Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>By:   */s/ Victoria F. Maroulis*<br>          Victoria F. Maroulis<br><br>Attorneys for Defendants and<br>Counterclaim-Plaintiffs       SAMSUNG<br>ELECTRONICS CO., LTD., SAMSUNG<br>ELECTRONICS AMERICA, INC. and<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC |

02198.51855/4880826.3

-2-    Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING AVAILABILITY OF DEVICES ADMITTED INTO EVIDENCE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 7, 2013         By:  *Lucy H. Koh*
                                       The Honorable Lucy H. Koh
                                       United States District Court Judge

02198.51855/4880826.3

-3-   Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING AVAILABILITY OF DEVICES ADMITTED INTO EVIDENCE