1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's
3  Administrative Motion to File Documents Under Seal.
4  Samsung has filed the Declaration of Robert J. Becher in Support of Samsung's
5  Administrative Motion to File Under Seal ("Becher Declaration") required under Civil L.R. 79-5
6  and General Order No. 62 to provide evidence of good cause for this Court to permit filing under
7  seal.  The declaration establishes that Samsung's Notice Related to *In Camera* Submission
8  discusses and refers to material that Samsung is obligated not to disclose to third parties for the
9  reasons set forth in Becher Declaration.
10  Having considered Samsung's motion, and good cause having been shown, the Court
11  GRANTS Samsung's motion and ORDERS sealed Samsung's Notice Related to *In Camera*
12  Submission.

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge