| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 7 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065-2139 |
| 9 | Telephone:   (650) 801-5000 Facsimile:   (650) 801-5100 |
| 10 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 11 | Michael T. Zeller (Bar No. 196417) michaelzeller@quinnemanuel.com |
| 12 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 13 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 14 | |
| 15 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 16 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | CASE NO. 11-CV-01846-LHK (PSG) |
| Plaintiff, | | |
| vs. | | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendants. | | |

Case No. 11-cv-01846-LHK (PSG)
**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Redwood Shores, California.

On November 4, 2013, I served true and correct copies of the documents described as

1. Samsung's Unredacted Notice Related to *In Camera* Submission; and
2. Declaration of Robert J. Becher in Support of Samsung's Motion to Seal

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

**Counsel for Apple, Inc.**

Wilmer Cutler Pickering Hale and Dorr LLP

Mark.Selwyn@wilmerhale.com
Joseph.mueller@wilmerhale.com

**Counsel for Nokia Corp.**

Alston & Bird LLP

Ryan.koppelman@alston.com
Randall.allen@alston.com

Executed on November 7, 2013 at Redwood Shores, California.

/s/ Thomas R. Watson
Thomas R. Watson

02198.51855/5608226.1

-2-   Case No. 11-cv-01846-LHK (PSG)
**CERTIFICATE OF SERVICE**

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Nathan Sun.

/s/ *Victoria F. Maroulis*

Victoria F. Maroulis