1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9 |
William C. Price (Bar No. 108542)
10 | williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
11 | michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
12 | Los Angeles, California 90017
Telephone: (213) 443-3000
13 | Facsimile: (213) 443-3100

14 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
15 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

16

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S NOTICE REGARDING PROPOSED SLIDES AND EXHIBITS FOR OPENING STATEMENT** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that, Samsung Electronics Co., Ltd., Samsung Electronics

3  America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") will

4  deliver to the Court four chambers copies of Samsung's exchanged slides to be used during its

5  opening statement along with four chambers copies of Samsung's exchanged slides organized by

6  Apple objection.

8  DATED: November 8, 2013                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                          By   */s/ Victoria F. Maroulis*
                                             Charles K. Verhoeven
                                             Kevin P.B. Johnson
                                             Victoria F. Maroulis
                                             William C. Price
                                             Michael T. Zeller
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC