UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff and Counterdefendant,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER VACATING NOVEMBER 8 HEARING |

The Court finds that no hearing is needed to render its decisions on the objections filed on November 8, 2013. Accordingly, the Court VACATES the hearing set for November 8, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 8, 2013

　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER VACATING NOVEMBER 8 HEARING