1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
15 Telecommunications America, LLC

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19           Plaintiff, | **NOTICE OF APPEARANCE** |
| 20      vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Defendants. | |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Prashanth Chennakesavan of Quinn Emanuel Urquhart &

3   Sullivan, LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung

4   Electronics America, Inc. and Samsung Telecommunications America, LLC.

5   Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6   directed to:

7   Prashanth Chennakesavan (Cal. Bar No. 284022)
    prashanthchennakesavan@quinnemanuel.com
8   865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
9   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
10

11  DATED: November 8, 2013            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
12

13

14                                     By  */s/ Prashanth Chennakesavan*
                                           Prashanth Chennakesavan
15                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
16                                         INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC
17

18

19

20

21

22

23

24

25

26

27

28