UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>NOTICE RE: LOGISTICS FOR NOVEMBER 12 |

There are two trials for which jury selection is beginning on November 12. Jurors have been instructed to arrive at 8 a.m. In light of what will likely be heavy traffic at entry-point security check, the Court will open at 7:15 a.m. The parties, counsel, and media are advised to arrive early to ensure that they pass through security before jurors arrive.

**IT IS SO ORDERED.**

Dated: November 8, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
NOTICE RE: LOGISTICS FOR NOVEMBER 12