| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE OF ALEXEI KLESTOFF** |

1  PLEASE TAKE NOTICE that attorney Alexei Klestoff of Morrison & Foerster LLP, a
2 member of the State Bar of California (CA SBN 224016) and admitted to practice in this Court,
3 and whose contact information appears below, hereby enters an appearance as an additional
4 attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned
5 case.

    Alexei Klestoff
    Morrison & Foerster LLP
    425 Market St.
    San Francisco, CA 94105
    Phone: (415) 268-6841
    Fax: (415) 268-7522
    Email: AKlestoff@mofo.com

Dated: November 8, 2013    MORRISON & FOERSTER LLP

            By: */s/ Alexei Klestoff*
              ALEXEI KLESTOFF

            Attorneys for Plaintiff
            APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Alexei Klestoff has concurred in this filing.

Dated:  November 8, 2013         */s/ Harold J. McElhinny*
                                  Harold J. McElhinny

ATTESTATION
sf-3352224