HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK

**NOTICE OF APPEARANCE OF KENNETH A. KUWAYTI**

PLEASE TAKE NOTICE that attorney Kenneth A. Kuwayti of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 145384) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned case.

Kenneth A. Kuwayti
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Phone: (650) 813-5688
Fax: (650) 494-0792
Email: KKuwayti@mofo.com

Dated: November 8, 2013

MORRISON & FOERSTER LLP

By: */s/ Kenneth A. Kuwayti*
KENNETH A. KUWAYTI

Attorneys for Plaintiff
APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Kenneth A. Kuwayti has concurred in this filing.

Dated: November 8, 2013

*/s/ Harold J. McElhinny*
Harold J. McElhinny