| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **NOTICE OF APPEARANCE OF JACK W. LONDEN** |

NOTICE OF APPEARANCE OF JACK W. LONDEN
CASE NO. 11-CV-01846-LHK
sf-3352218

PLEASE TAKE NOTICE that attorney Jack W. Londen of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 85776) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned case.

> Jack W. Londen
> Morrison & Foerster LLP
> 425 Market St.
> San Francisco, CA 94105
> Phone: (415) 268-7415
> Fax: (415) 268-7522
> Email: JLonden@mofo.com

Dated: November 8, 2013                     MORRISON & FOERSTER LLP

                                            By:   */s/ Jack W. Londen*
                                                  JACK W. LONDEN

                                            Attorneys for Plaintiff
                                            APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jack W. Londen has concurred in this filing.

Dated: November 8, 2013     */s/ Harold J. McElhinny*
                            Harold J. McElhinny

ATTESTATION
sf-3352218