# Exhibit A

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **To:** | "McElhinny, Harold J."; "Sabri, Nathan B."; "william.lee@wilmerhale.com" |
| **Cc:** | "AvSS Damages Trial"; "WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)"; Samsung Damages TrialTeam |
| **Subject:** | RE: Apple v. Samsung (11-cv-1846) -- Shortened Schedule |
| **Date:** | Sunday, November 10, 2013 5:15:00 AM |

Counsel,

This morning, Samsung intends to file its emergency Motion to Enforce that we sought to meet and confer on yesterday.  Samsung's papers will be filed as soon as possible, but no later than 9 am today.  Given that the trial starts on Tuesday morning, Samsung will move to shorten briefing schedule.  Please advise whether Apple will agree to the schedule where Apple's opposition is due today at 6 pm, Samsung's reply is due today by midnight, and the Court hears the motion on November 12 or at any time convenient for the Court.

Thank you.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.