1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an Emergency Motion to
3 Enforce the Court's April 29, 2013 and November 7, 2013 Orders ("Motion to Enforce").
4 Samsung concurrently filed a Motion to Shorten Time for Briefing and Hearing Regarding
5 Samsung's Motion to Enforce pursuant to Civil Local Rule 6-3.

6    Having considered the arguments of the parties and the papers submitted, and good cause
7 having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time, and sets the
8 following schedule:

9    1.   Apple's Opposition to Samsung's Motion to Enforce to be filed on or before
10        November 10, 2013 at 6:00 p.m. PT;
11   2.   Samsung's Reply in Support of its Motion to Enforce to be filed on or before
12        November 10, 2013 at 11:59 p.m. PT; and
13   3.   The Court sets a hearing on November 12, 2013, at _____.

15   **IT IS SO ORDERED.**

17 DATED: _____, 2013

_____
HONORABLE LUCY H. KOH
United States District Court Judge