# EXHIBIT 1

**Joby Martin**

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **Sent:** | Friday, November 08, 2013 10:50 AM |
| **To:** | 'Sabri, Nathan B.'; 'william.lee@wilmerhale.com' |
| **Cc:** | 'AvSS Damages Trial'; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'; Samsung v. Apple |
| **Subject:** | RE: Apple v. Samsung (11-cv-1846) -- Lost Profits |

Harold and Bill,

We saw that Apple stated in its objections that one of our slides "lists only the '915 patent as eligible for lost profits, when Apple has claimed lost profits also on the '381 and '163." (Dkt 2671 at 5:15-16).  We understand that Ms. Davis's opinion, in view of the Court's recent order on Design Around Dates, will be have to be limited to lost profits on '915 patent only.  Please advise this morning whether Apple intends to seek lost profits on '381 and '163 patents at this trial.

Thank you.

Vicki


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.