# EXHIBIT 6

# Joby Martin

| | |
|---|---|
| **From:** | McElhinny, Harold J. [HMcElhinny@mofo.com] |
| **Sent:** | Saturday, November 09, 2013 1:17 PM |
| **To:** | Victoria Maroulis; Sabri, Nathan B.; 'william.lee@wilmerhale.com' |
| **Cc:** | AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'; Samsung v. Apple |
| **Subject:** | RE: Apple v. Samsung (11-cv-1846) -- Lost Profits |

Vicki:

I thought I had answered your first question. Yes, we continue to seek lost profits on those patents as part of Apple's lost profits claim.

The basis of that claim is thoroughly set out in the pleadings, discovery responses, depositions and prior jury instructions in this case. I am not aware of any proposed motion by us or you that justifies a meet and confer on the "basis" of our claims the weekend before trial starts. If you have a specific motion in mind, please comply with the local rules, set out the basis for your motion and the relief you intend to seek. We will review it to see if agreement is possible.

Harold

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Saturday, November 09, 2013 12:51 PM
**To:** McElhinny, Harold J.; Sabri, Nathan B.; 'william.lee@wilmerhale.com'
**Cc:** AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'; Samsung v. Apple
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Lost Profits

Harold,

Thank you for your email. Please answer the following question: will Apple be seeking lost profits on '381 and '163 patents in this trial?

If the answer is yes, please provide a relevant member of your team today for a meet and confer on the basis of Apple's lost profits claim on these two patents.

Vicki

---

**From:** McElhinny, Harold J. [mailto:HMcElhinny@mofo.com]
**Sent:** Saturday, November 09, 2013 12:08 PM
**To:** Victoria Maroulis; Sabri, Nathan B.; 'william.lee@wilmerhale.com'
**Cc:** AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'; Samsung v. Apple
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Lost Profits

Vicki:

The order to which you refer is an order striking certain portions of Julie Davis' expert report. Ms. Davis's testimony will comply fully with that order.

We disagree with your apparent assumption that the order limits Apple's overall claim for lost profits.

Best,

Harold

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Friday, November 08, 2013 10:50 AM
**To:** Sabri, Nathan B.; 'william.lee@wilmerhale.com'
**Cc:** AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'; Samsung v. Apple
**Subject:** RE: Apple v. Samsung (11-cv-1846) -- Lost Profits

Harold and Bill,

We saw that Apple stated in its objections that one of our slides "lists only the '915 patent as eligible for lost profits, when Apple has claimed lost profits also on the '381 and '163." (Dkt 2671 at 5:15-16).  We understand that Ms. Davis's opinion, in view of the Court's recent order on Design Around Dates, will be have to be limited to lost profits on '915 patent only.  Please advise this morning whether Apple intends to seek lost profits on '381 and '163 patents at this trial.

Thank you.

Vicki


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------