# EXHIBIT 11

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4


 5
        APPLE INC., A CALIFORNIA        )  C-11-01846 LHK
 6      CORPORATION,                    )
                                        )  SAN JOSE, CALIFORNIA
 7                     PLAINTIFF,       )
                                        )  NOVEMBER 5, 2013
 8             VS.                      )
                                        )  PAGES 1-65
 9      SAMSUNG ELECTRONICS CO., LTD.,  )
        A KOREAN BUSINESS ENTITY;       )
10      SAMSUNG ELECTRONICS AMERICA,    )
        INC., A NEW YORK CORPORATION;   )
11      SAMSUNG TELECOMMUNICATIONS      )
        AMERICA, LLC, A DELAWARE        )
12      LIMITED LIABILITY COMPANY,      )
                                        )
13                     DEFENDANTS.      )
                                        )
14

15

16              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23    OFFICIAL COURT REPORTER:   LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1        ORDERS AND THEN HAVE THEM TURN INTO SPECIFIC DOCUMENTS.
2             I WOULD PREFER THAT YOUR HONOR DO WHAT YOU'VE BEEN DOING,
3        WHICH IS DENY IT AS BROAD, AND IF THEY HAVE A SPECIFIC
4        OBJECTION TO A SPECIFIC DOCUMENT, THEN WE CAN HEAR IT.
5             THE COURT:  ALL RIGHT.  THAT'S FINE.
6             MS. MAROULIS:  YOUR HONOR, IN THIS INSTANCE, THOUGH,
7        THERE'S A SPECIFIC INSTRUCTION FROM THE COURT, WHICH IS IF IT
8        RELATES TO CROSS, THEY CAN USE THE TESTIMONY.
9             IF IT RELATES GENERALLY TO DOCUMENTS, THAT'S NOT RELEVANT
10       AND IT'S TOO LATE AND THEY SHOULD BE PRECLUDED FROM GENERAL
11       RELIANCE ON ISSUES OF PRESERVATION AND DOCUMENT RETENTION.
12       IT'S NOT RELEVANT AND IT'S PREJUDICIAL.
13            MR. MCELHINNY:  WHAT'S THE "IT"?
14            THE COURT:  WHY DON'T WE DENY IT AND YOU CAN MAKE A
15       SPECIFIC OBJECTION?
16          OKAY, LAST ONE.  EXCLUDE TESTIMONY ABOUT INADEQUATELY
17       DISCLOSED SUBJECT AREAS, THAT'S DENIED.  SAMSUNG IS GUILTY OF
18       THE SAME BROAD DON'T REALLY DISCLOSE TOPICS.  I MEAN, BOTH OF
19       YOU DO THE SAME THING, SO THAT'S DENIED.
20          OKAY.  I'M GRANTING DEFENDANT'S MOTION TO DISMISS, PAGE 7
21       OF ECF NUMBER 2386, AS TO WITNESSES RELYING ON PAST TRIAL
22       TESTIMONY.  THAT MOTION IS GRANTED.  YOU'LL HAVE TO HAVE
23       WITNESSES COME LIVE SO THEY CAN BE CROSS-EXAMINED, AND THEN ANY
24       EXPERTS THEN CAN RELY ON THE TESTIMONY OF WITNESSES WHO
25       TESTIFIED DURING THIS TRIAL, FOR EXAMPLE, ASSUMING THEIR
```

```
 1    CONCLUSIONS TO PROVIDE EXPERT TESTIMONY.
 2         LET ME ASK, WHAT -- THE JURY INSTRUCTION THAT YOU ALL
 3    PROPOSED HAD BOTH KOREAN AND JAPANESE AS LANGUAGES THAT MAY
 4    COME UP OTHER THAN ENGLISH.  WHO ARE THE WITNESSES THAT WILL
 5    NEED A JAPANESE INTERPRETER?
 6         MS. MAROULIS:  THERE WILL BE NO WITNESSES.  THERE MAY
 7    BE SOME PRIOR ART MAYBE, BUT THE WITNESSES WILL BE ONLY KOREAN
 8    OR ENGLISH SPEAKING.
 9         THE COURT:  I SEE, OKAY.  SO THERE MIGHT BE SOME
10    PRIOR ART DOCUMENTS.  OKAY.  I THOUGHT THAT MIGHT BE THE CASE.
11         OKAY.  I STILL INTEND TO ISSUE AN ORDER ON THE HTC
12    LICENSE, ON NON-INFRINGING ALTERNATIVES, ON DAMAGES NOTICE
13    DATES, ON THE GALAXY, ON THE DESIGN AROUND NOTICE DATES, AND
14    THE DAUBERT MOTION AS TO MS. DAVIS.  WE'LL TRY TO GET THESE TO
15    YOU AS QUICKLY AS POSSIBLE.
16         I WAS GOING TO SUGGEST THAT PERHAPS ON TUESDAY WE MEET AT
17    8:30 IN CASE THERE'S ANYTHING OUTSTANDING, OR WE COULD MEET AT
18    8:45.  IT DOESN'T -- IT DOESN'T MATTER.  WE'VE HAD THREE
19    PRETRIAL CONFERENCES, SO THERE'S BEEN --
20         MR. LEE:  TWO THINGS, YOUR HONOR.  MEETING EARLY IS
21    FINE.
22         WE WANTED TO ASK YOU IF WE COULD EVEN GET IN EARLY.  LAST
23    TIME, YOU'LL RECALL, WITH ALL OF THE JURORS ARRIVING AND THE
24    PRESS ARRIVING, SOME OF THE LAWYERS DIDN'T MAKE IT THROUGH
25    UNTIL AFTER THE START TIME, SO WE WERE ACTUALLY WONDERING IF WE
```

| | |
|---|---|
| 1 | COULD ARRANGE THROUGH THE COURT TO GET IN ABOUT 8:00 O'CLOCK SO |
| 2 | WE COULD SET UP BEFORE THE JURORS START TO COME THROUGH |
| 3 | SECURITY AND BEFORE THE PRESS STARTS TO COME THROUGH SECURITY. |
| 4 | WE COULD BE HERE WHENEVER YOUR HONOR WANTED. |
| 5 | THE COURT:  THE JURORS, I THINK, MAY COME AT 7:00. |
| 6 | IS THAT RIGHT? |
| 7 | THE CLERK:  THE BUILDING OPENS AT 7:30, SO THEY START |
| 8 | ASSEMBLING THEN AND THEY DO THE ORIENTATION. |
| 9 | I'M HERE AT 8:00.  I WILL COME STRAIGHT UP HERE AND OPEN |
| 10 | THE COURTROOM. |
| 11 | MR. LEE:  OKAY, THAT'S GREAT.  THAT WAY WE CAN AVOID |
| 12 | SORT OF THE FIRE DRILL WE HAD LAST TIME OF SOME OF US MAKING IT |
| 13 | AND SOME OF US NOT MAKING IT. |
| 14 | THE COURT:  YES.  THE OTHER PROBLEM LAST TIME IS |
| 15 | THERE WAS ANOTHER PATENT TRIAL GOING ON AT THE SAME TIME. |
| 16 | THE CLERK:  THERE IS ANOTHER JUDGE SELECTING A JURY. |
| 17 | THE COURT:  THERE'S A CRIMINAL TRIAL GOING ON RIGHT |
| 18 | NOW. |
| 19 | THE CLERK:  WELL, AND JUDGE DAVILA IS PICKING A JURY |
| 20 | TUESDAY MORNING AS WELL ON A CIVIL CASE. |
| 21 | THE COURT:  OH, OKAY.  ALL RIGHT.  YEAH, SO THERE MAY |
| 22 | BE OTHER CONGESTION NEXT WEEK AS WELL. |
| 23 | MR. LEE:  OKAY. |
| 24 | THE COURT:  OKAY.  SO DO YOU THINK WE NEED 8:30 ON |
| 25 | TUESDAY OR SHOULD WE SAY 8:45?  WHAT WOULD YOU PREFER? |

```
 1              MR. LEE:  8:30 IS FINE.
 2              MR. PRICE:  8:30 JUST TO BE SAFE, YOUR HONOR.
 3              THE COURT:  OKAY.  NOW, DO YOU THINK WE NEED TO MEET
 4   AGAIN JUST IN CASE THERE ARE ANY OUTSTANDING ISSUES?  NOT THAT
 5   I WANT TO CREATE MORE.  WE'RE CERTAINLY QUITE FULL WITH HAVING
 6   TO GET YOU THE ORDERS THAT WE STILL OWE YOU.
 7         MY ONLY CONCERN IS THAT IF YOU FILE A LOT OF OBJECTIONS ON
 8   FRIDAY MORNING AT 8:00, IF THERE ARE ANY THAT WE HAVE QUESTIONS
 9   ABOUT, IT MIGHT BE GOOD TO HAVE AN OPPORTUNITY TO ASK YOU ABOUT
10   THEM.
11         IF WE DON'T HAVE ANY QUESTIONS, THEN I CAN VACATE THAT AS
12   WELL.  WHAT WOULD YOU --
13              MR. MCELHINNY:  WE'LL BE HERE, SO WE'RE AT YOUR
14   CONVENIENCE.
15              MR. PRICE:  RIGHT.
16              THE COURT:  WOULD YOU LIKE TO HAVE IT FRIDAY AT 3:00,
17   AND IF THERE ARE NO ISSUES, WE'LL JUST VACATE IT?  WOULD THAT
18   BE HELPFUL?
19              MR. PRICE:  THAT SOUNDS FINE, YOUR HONOR.
20              THE COURT:  OKAY.  SO FRIDAY AT 3:00, IF WE HAVE ANY
21   ISSUES BASED ON YOUR OBJECTIONS, THEN WE'LL ASK THEM AT THAT
22   TIME.
23              MR. PRICE:  AND, YOUR HONOR, ON ONE OF THE ISSUES YOU
24   SAID YOU WERE GOING TO ISSUE AN ORDER ON, THE DESIGN AROUND
25   START DATE, AND YOU RECALL LAST WEEK, OR AT THE LAST HEARING, I
```

```
1    SAID I DID NOT UNDERSTAND MR. LEE'S ARGUMENT AND YOU SAID
2    "MAYBE YOU WILL ONCE HE FILES SOMETHING," OR SOMETHING TO THAT
3    EFFECT.
4         SO NOW I DO, AND I DIDN'T KNOW IF YOU WANTED --
5              MR. MCELHINNY:  BEFORE YOU JUMP TO THAT, CAN I FINISH
6    A SCHEDULING THING?
7              THE COURT:  YES.
8              MR. PRICE:  SURE.
9              MR. MCELHINNY:  JUST SO YOUR HONOR UNDERSTANDS THIS,
10   WE -- IN ORDER TO GET YOU THE OBJECTIONS AT 8:00 O'CLOCK ON
11   FRIDAY MORNING, WE HAVE AGREED TO EXCHANGE OPENING SLIDES AT
12   NOON ON THURSDAY.
13             THE COURT:  OKAY.
14             MR. MCELHINNY:  IT MAY BE THAT SOME OF YOUR HONOR'S
15   RULINGS --
16             THE COURT:  WILL AFFECT THAT?
17             MR. MCELHINNY:  -- IMPACT WHAT GOES INTO THE OPENING,
18   SO WE MAY -- AND OBVIOUSLY YOUR HONOR WILL DO IT WHEN YOU CAN
19   DO IT, BUT WE MAY NEED TO CHANGE THE SLIDES.
20             THE COURT:  YEAH.
21             MR. MCELHINNY:  OR AT LEAST GET YOUR UNDERSTANDING IF
22   THAT SITUATION COMES UP.
23             THE COURT:  I COULD GIVE YOU THE TENTATIVE RULINGS.
24   WOULD THAT BE HELPFUL?  I JUST DON'T WANT TO, YOU KNOW, REOPEN
25   A PANDORA'S BOX HERE.
```

1           MR. MCELHINNY:  WELL, I JUST CUT THAT OFF.  I DON'T

2    KNOW IF YOU WANT TO HEAR THE PANDORA'S BOX FIRST.

3           (LAUGHTER.)

4           THE COURT:  WELL, OKAY.  WHY DON'T -- IF IT'S

5    HELPFUL, I CAN GIVE YOU WHAT MY TENTATIVE RULINGS ARE AND THEN

6    WE'LL ISSUE -- I THINK, YOU KNOW, THIS CASE SHOULD HAVE WRITTEN

7    RULINGS BECAUSE THESE ARE IMPORTANT ISSUES AND YOU NEED A

8    RECORD ANYWAY SINCE THIS IS ALL GOING UP, UNLESS YOU SETTLE

9    BEFORE NEXT TUESDAY.

10          OKAY.  SO THE SAMSUNG MOTION TO DISMISS I'VE ALREADY RULED

11   ON TODAY.  I'LL ISSUE AN ORDER SIMILAR TO LAST TIME, WHICH JUST

12   SAYS, YOU KNOW, CONSISTENT WITH FEDERAL RULE OF EVIDENCE 403

13   AND THE REASONS STATED ON THE RECORD, THE COURT ORDERS BLAH,

14   BLAH, BLAH, BLAH AS TO EACH ISSUE.

15          THE HTC, I'M GOING TO STAY WITH MY TENTATIVE OF EXCLUDING

16   THAT LICENSE.

17          WITH REGARD TO THE NON-INFRINGING VERDICTS, THAT WILL BE

18   PART OF THIS TRIAL.  IT WILL BE ADMITTED.

19          WITH REGARD TO THE DAMAGES NOTICE DATE, I'M GOING TO STICK

20   WITH THE MARCH 1 ORDER.

21          WITH REGARD TO WHAT'S IN THE GALAXY LINE, I THINK SAMSUNG

22   HAS WAIVED THAT ARGUMENT BY NOT PREVIOUSLY RAISING IT.

23          WITH REGARD TO THE DESIGN AROUND NOTICE DATES, I'M GOING

24   TO GO WITH SAMSUNG.

25          SO SAMSUNG IS GOING TO WIN THE NOTICE, DESIGN AROUND

```
1    NOTICE DATES; APPLE WILL WIN THE GALAXY ISSUE; APPLE WILL WIN

2    THE DAMAGES NOTICE DATE; SAMSUNG WILL WIN THE NON-INFRINGING

3    ALTERNATIVES; APPLE WILL WIN THE HTC LICENSE.

4         AND WITH REGARD TO THE DAUBERT, THIS IS WHAT I'M INTENDING

5    TO DO:  I DO NOT BELIEVE THAT MS. DAVIS IS QUALIFIED TO TESTIFY

6    AS TO COPYING, AND MR. MUSIKA WAS VERY CLEAR DURING HIS TRIAL

7    TESTIMONY THAT HE WAS NOT QUALIFIED TO TESTIFY ON COPYING, THAT

8    THAT WAS BEYOND THE SCOPE OF HIS ROLE AS AN EXPERT, AND THAT HE

9    HAD NO BASIS AND QUALIFICATIONS TO MAKE ANY SUCH OPINIONS.

10        I FIND THAT MS. DAVIS IS SIMILARLY UNQUALIFIED TO TALK

11   ABOUT COPYING.

12        NOW, ON THE OTHER HAND, THERE IS ONE SENTENCE IN

13   MR. MUSIKA'S DAMAGES REPORT WHERE HE SAYS THAT THERE'S AMPLE

14   EVIDENCE OF COPYING, AND HE DOES THAT, I BELIEVE, IN THE

15   CONTEXT OF NON-INFRINGING ALTERNATIVES AND SAMSUNG NEVER

16   OBJECTED TO THAT STATEMENT.

17        SO AS LONG AS OTHER EXPERTS ESTABLISH -- TESTIFY AS TO

18   COPYING AND MS. DAVIS RELIES ON THOSE OTHER TRIAL WITNESSES'

19   CONCLUSIONS ABOUT THAT, THEN SHE CAN TESTIFY AS TO THAT ISSUE

20   OF NON-INFRINGING ALTERNATIVES.

21        HOWEVER, IN MS. DAVIS'S REPORT, SHE GOES AN EXTRA STEP AND

22   SAYS, "WELL, I THINK COPYING IS EVIDENCE OF DEMAND."

23        THAT IS SOMETHING THAT MR. MUSIKA NEVER SAID IN 2012,

24   WHETHER AT TRIAL OR IN HIS EXPERT REPORT, SO THAT'S EXCLUDED.

25        SO THAT'S HOW I'M GOING TO RULE ON THE DAUBERT.
```

```
1              SO I HOPE THAT'S HELPFUL.  SO CAN WE HAVE THIS BE A VERY
2    QUICK PRETRIAL CONFERENCE, UNLIKE THE LAST TWO?  I MEAN, ARE WE
3    DONE?  YOU ALL CAN PREPARE FOR TRIAL AND I CAN KEEP WORKING ON
4    THESE ORDERS TO TRY TO GET THEM TO YOU AS QUICKLY AS POSSIBLE.
5         SO YOU NEED THEM -- I'M SORRY, MR. MCELHINNY.  WHEN ARE
6    YOU DOING YOUR EXCHANGE?
7              MR. MCELHINNY:  NOON THURSDAY, YOUR HONOR.
8              THE COURT:  NOON THURSDAY.
9              MR. MCELHINNY:  I THINK YOU TOLD US WHAT WE NEEDED
10    FOR THAT PURPOSE.
11             THE COURT:  IS THAT OKAY?
12             MR. MCELHINNY:  I THINK SO.
13             THE COURT:  OKAY.  I DOUBT THAT I WILL CHANGE MY MIND
14    ON ANY OF THESE BECAUSE, YOU KNOW, YOU ALL HAVE ADDRESSED THESE
15    AT LEAST TWICE, ON OCTOBER 10TH AND OCTOBER 17TH, AND THEN
16    FURTHER IN WRITING, AND WE'VE ALSO LOOKED AT IT PRETTY CLOSELY,
17    SO THAT'S PROBABLY HOW I'M GOING TO RULE.  WE'LL TRY TO GET YOU
18    WRITTEN ORDERS AS SOON AS WE CAN.
19        OKAY.  SO WHAT ELSE?  OTHER THAN -- ON FRIDAY IF I DON'T
20    HAVE ANY QUESTIONS BASED ON YOUR OBJECTIONS, I COULD JUST, YOU
21    KNOW, FILE A DOCUMENT SAYING IT'S NOT NEEDED.
22        DO YOU ALL WANT TO HAVE ALSO A DATE BY WHICH YOU TELL ME
23    IF YOU THINK YOU NEED ONE SEPARATE FROM WHETHER I NEED ONE?  DO
24    YOU WANT TO FILE MAYBE A JOINT DOCUMENT AT 10:00 O'CLOCK?  I
25    MEAN, I DON'T WANT THIS TO BE AN INVITATION TO NOW RELITIGATE
```