UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY MOTION TO ENFORCE THE COURT'S APRIL 29, 2013 AND NOVEMBER 7, 2013 ORDERS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed an Emergency Motion to
3  Enforce the Court's April 29, 2013 and November 7, 2013 Orders ("Motion to Enforce").
4    Having considered the arguments of the parties and the papers submitted, and good cause
5  having been shown, the Court hereby GRANTS Samsung's Motion to Enforce.  During the
6  retrial on damages scheduled to begin on November 12, 2013, Apple is precluded from (1) arguing
7  for lost profits for any patent other than the '915 patent, and (2) presenting any new theory or
8  calculation of lost profits not disclosed by Ms. Davis in her expert report.

10   **IT IS SO ORDERED.**

12  DATED:   _____, 2013

15                                    _____
                                      HONORABLE LUCY H. KOH
                                      United States District Court Judge