1    [counsel listed on the last page]

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK (PSG)

13              Plaintiff,                          **AMENDED JOINT LIST OF WITNESSES,
                                                    DEPONENTS, ATTORNEYS AND LAW**
14        vs.                                       **FIRMS**

15   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New               Judge: Hon. Lucy H. Koh
     York corporation; SAMSUNG                      Place: Courtroom 1, 5th Floor
17   TELECOMMUNICATIONS AMERICA,                    Trial: November 12, 2013 at 9 a.m.
     LLC, a Delaware limited liability company,
18
                Defendant.
19

20

21

22

23

24

25

26

27

28

1        Pursuant to the Court's Order (Dkt. No. 2645) the parties submit this statement identifying

2   witnesses, deponents, attorneys and firms involved in this case, whose names should presented to

3   the jury, as well as a list of trial dates and times to be used during jury selection.

| | | |
|---|---|---|
| 4   Abramowitz, Anne | Belville, Heather | Chen, Stephanie |
| 5   Agnetta, Bryan | McCarthy | Chennakesavan, |
| 6   Agrawal, Ruchika | Benner, Timothy | Prashanth |
| 7   Ahn, Deok Keun | Beyer, Tom | Cheung, Benjamin |
| 8   Matthew | Blevins, Tony | Cho, Joon-Young |
| 9   Ahn, Seung-Ho | Bogue, Adam | Cho, Nara |
| 10   Alden, Anthony | Borden, Kara | Choi, Gee-sung |
| 11   Anders, Robert John | Borenstein, Ruth N. | Choi, Sung Ho |
| 12   Anders, John A. | Bramhall, Andrew | Christie, Greg |
| 13   Anderson, Carl | Bressler, Peter | Chung, Minhyung |
| 14   Anzures, Fred | Bridges, Kenneth | Chung, Minn |
| 15   Arnold, Brett J. | Briggs, Todd | Conley, Cira |
| 16   Balakrishnan, Ravin | Bright, Andrew | Coster, Daniel |
| 17   Balasubramanian, Priya | Brinkman, Paul F. | Cultice, Robert |
| 18   Barach, Katharine | Brunner, Robert | Currie, David C. |
| 19   Barquist, Charles | Buckley, Mark | Dalziel, Melissa |
| 20   Bartlett, Jason | Burling, James | D'Amato, John P. |
| 21   Basinger, Charles A. | Caruso, Margret | Danford, Andrew |
| 22   Bassett, David | Cashman, Adam | Danis, Mark |
| 23   Baxter, Alexander | Cederberg, Jon C. | Davis, Julie |
| 24   Beard, Brooks | Chan, Melissa D. | De Iuliis, Daniele |
| 25   Becher, Robert | Chang, Dong Hoon | Demsher, Ronald |
| 26   Bedecarre, Albert P. | Chapman, Greg | Denison, Justin |
| 27   Bederson, Benjamin | Chaudhri, Imran | DePuy, Brittany |

28

| | | |
|---|---|---|
| 1 | Diener, Michael | Gunther, Jr., Robert | Jue, Eric |
| 2 | Donaldson, Richard | Hagberg, Karen | Kamins, Michael |
| 3 | Dourish, Paul | Hagiz, Ron | Kare, Susan |
| 4 | Dowd, James | Hall, Scott C. | Kassabian, Rachel |
| 5 | Ducca, Marissa | Han, Jefferson | Herrick |
| 6 | Duh, Christine | Hauser, John | Kaufman, Aaron S. |
| 7 | Eddon, Guy | Hedge, Alan | Kerr, Duncan |
| 8 | Esch, Michael | Herriot, Liv | Kho, Wookyun |
| 9 | Estrich, Susan | Heyison, Michael | Kidman, Scott B. |
| 10 | Eun, Sung-Ho | Hieta, Saku | Kim, Chang-Ik |
| 11 | Fazio, Michael | Hill, Arthur Lee IV | Kim, Emilie |
| 12 | Fidler, Roger | Ho, Francis | Kim, Grant |
| 13 | Fitch, Patrick A. | Hoellwarth, Quin | Kim, Hyong |
| 14 | Flanagan, Mark | Holmes, Drew | Kim, Jin Soo |
| 15 | Fletcher, Lauren | Hong, Wong Pyo | Kim, Seongwoo |
| 16 | Florance, Scott | Hotelling, Steve | Kim, Soeng-Hun |
| 17 | Forlines, Clifton | Howarth, Richard | Kim, Young-Bum |
| 18 | Forstall, Scott | Huang, Eric | Klestoff, Alexei |
| 19 | Frazier, Sarah | Hung, Richard | Klivans, Peter |
| 20 | Gallegos, Hector | Hutnyan, Diane C. | Knightly, Edward |
| 21 | Galvin, Michael | Jacobs, Michael | Kolovos , Peter |
| 22 | Givargis, Tony | Jacoby, Jacob | Kramer, Karl |
| 23 | Goldenberg, Richard | Jaeckel, Jeffery | Kreeger, Matthew |
| 24 | Goldstein, Ryan S. | Jeong, Moon-Sang | Krevans, Rachel |
| 25 | Gosler, Jared | Johnson, Jeffrey | Kripke, Julia |
| 26 | Gray, Stephen | Johnson, Kevin P.B. | Kuwayti, Ken |
| 27 | Greenfield, Leon | Joswiak, Greg | Kwak, Yong-Jun |
| 28 | | | |

Case No. 11-cv-01846-LHK (PSG)
AMENDED JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
sf-3353184

| | | | |
|---|---|---|---|
| 1 | Lam, Derek | Merber, Kenneth | Pernick, Marc J. |
| 2 | Lam, Ioi | Miller, Michelle | Pieja, Michael |
| 3 | Larivee, Brian | Milowic III, Joseph | Platzer, Andrew |
| 4 | Lee, JuHo | Monach, Andy | Plunkett, Stuart |
| 5 | Lee, JunWon | Mount, Christopher | Poret, Hal |
| 6 | Lee, Kiwon | Mueller, Joseph | Posner, Daniel |
| 7 | Lee, Min-Hyouk | Musika, Terry | Post, Doug |
| 8 | Lee, Sanguen | Nam, Ki Hyung | Price, Christopher |
| 9 | Lee, William | Neill, Anna | Price, William C. |
| 10 | Leefer, Nicholas | Ng, Stan | Proctor, B. Dylan |
| 11 | Liao, Andrew | Nishibori, Shin | Prussia, Kevin |
| 12 | Libka, Hilary | O'Brien, Vince | Quarles, James |
| 13 | Lien, Henry | Oh, Jeong Seok | Quinn, John B. |
| 14 | Ling, Qi | Olson, Erik | Rahebi, Bita |
| 15 | Londen, Jack | Ording, Bas | Rangel, Arthur |
| 16 | Looney, Christopher | Ordover, Janusz | Rawson, Taryn S. |
| 17 | Lucente, Sam | Osman, Randa A. | Rella, Angela |
| 18 | Lutton, Richard "Chip" | Overson, Wesley | Rice, Edward H. |
| 19 | Mack, Brian E. | Paltian, Markus | Roarty, Sean |
| 20 | Mantis, George | Park, Hyoung Shin | Robinson, Christopher |
| 21 | Maroulis, Victoria | Park, Jaewoo | Rogoyski, Robert |
| 22 | Martin, Joby | Park, Junho | Rohrbach, Matthew |
| 23 | Martin, Joseph | Park, Sang-Ryul | Rose, Jessica A. |
| 24 | Mazza, Mia | Park, Seunggun | Rosenberg, Brian |
| 25 | McAlhany, Jr., Robert | Patel, Ketan | Rosenbrock, Karl Heinz |
| 26 | McElhinny, Harold | Pease, Thomas D. | Rossi, Peter |
| 27 | McNeill, Mary H. | Pendleton, Todd | Rothkopf, Fletcher |
| 28 | | | |

AMENDED JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
sf-3353184

| | | |
|---|---|---|
| 1 | Ryu, DongSeok | Sohn, Dale | Van Lieshout, Gert-Jan |
| 2 | Sabri, Nathan | Sood, Sanjay | Verhoeven, Charles K. |
| 3 | Sadowitz, Michael D. | Souto, Victor | Voron, Vince |
| 4 | Saito, Marina N. | Srivastava, Mani | Wagner, Michael |
| 5 | Saji, Michael | Stake, Sam S. | Walden, Samuel Calvin |
| 6 | Satzger, Douglas | Stasik, Eric | Walker, Curran M. |
| 7 | Scheibel, Eliza | Steiger, Jon | Walker, Michael |
| 8 | Schiller, Phil | Stern, Peter | Walker, Nathan |
| 9 | Schin, MinCheol | Stevens, Bethany | Wall, Eric |
| 10 | Schmidt, Patrick T. | Stiernberg, Charlie | Walters, Eric |
| 11 | Schroepfer, Peter | Stretch, Christopher E. | Wang, Jeeyuen |
| 12 | Seares, Carrie | Stringer, Chris | Watrous, Bruce "BJ" |
| 13 | Seeve, Brian | Suh, Kenneth K. | Watson, Thomas R. |
| 14 | Selwyn, Mark | Sullivan, Kathleen | Webster, James J. |
| 15 | Shah, Ali | Syrett, Timothy | Weinsten, Randal |
| 16 | Shaul, David L. | Tarango, Austin D. | Whang, Eugene |
| 17 | Sheppard, Timothy | Taylor, Jennifer | Whelan, Emily |
| 18 | Sherman, Itay | Tchao, Michael | Whitehurst, Alan L. |
| 19 | Shields, Patrick | Teece, David | Whiteside, Tamara |
| 20 | Shim, Jong-Wook | Teksler, Boris | Williams, Tim |
| 21 | Shin, Jaegwan | Trac, Bill | Williamson, Richard |
| 22 | Sim, Jaehwang | Tucher, Alison | Wiener, Christopher |
| 23 | Sinclair, Steven | Tung, Mark | Winer, Jeremy |
| 24 | Singer, Benjamin L. | Twiggs, Sissie | Winer, Russell |
| 25 | Singer, David | Van Dam, Andries | Woodring, Cooper |
| 26 | Singh, Karan | Van Der Velde, Himke | Yang, Woodward |
| 27 | Sittler, Ed | Van Liere, Kent | Yeo, JungMin |
| 28 | | | |

Case No. 11-cv-01846-LHK (PSG)
AMENDED JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
sf-3353184

1    Yi, Sun-Young                    Zappin, Anthony J.              Zorkendorfer, Rico

2    Yohannan, Kristin                Zeller, Michael T.              Zorn, Andre

3    Zadesky, Steve                   Zhang, Patrick

4

5  Bridges & Mavrakakis LLP

6  Crone Hawxhurst LLP

7  Hopenfeld Singer Rice and Saito LLP

8  Morrison & Foerster LLP

9  Quinn Emanuel Urquhart & Sullivan, LLP

10  Steptoe & Johnson LLP

11  Wilmer Cutler Pickering Hale and Dorr LLP

12

13        The trial will take place on November 12, 13, 14, 15, 18, 19, and 20, 2013, daily from 9:00

14  a.m. to noon, and 1:00 p.m. to 4:30 p.m.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Dated: November 10, 2013

2 | MORRISON & FOERSTER LLP
HAROLD J. McELHINNY (CA SBN
3 | 66781)
hmcelhinny@mofo.com
4 | MICHAEL A. JACOBS (CA SBN
111664)
5 | mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
6 | rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
7 | ejolson@mofo.com
MORRISON & FOERSTER LLP
8 | 425 Market Street
San Francisco, California  94105-2482
9 | Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
10 |
WILLIAM F. LEE
11 | william.lee@wilmerhale.com
WILMER CUTLER PICKERING
12 | HALE AND DORR LLP
60 State Street
13 | Boston, MA 02109
Telephone: (617) 526-6000
14 | Facsimile: (617) 526-5000
15 |
MARK D. SELWYN (SBN 244180)
16 | mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
17 | 950 Page Mill Road
Palo Alto, California 94304
18 | Telephone: (650) 858-6000
Facsimile: (650) 858-6100
19 |
20 |
By:    */s/ Harold J. McElhinny*
21 |          Harold J. McElhinny
22 |      Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.
23 |

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
 Charles K. Verhoeven (Cal. Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

 Kevin P.B. Johnson (Cal. Bar No. 177129)
 kevinjohnson@quinnemanuel.com
 Victoria F. Maroulis (Cal. Bar No. 202603)
 victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100


William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
 michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By:    */s/ Victoria Maroulis*
         Victoria Maroulis

      Attorneys for Defendants and
Counterclaim-Plaintiffs
 SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS
AMERICA, LLC

24

25

26

27

28

AMENDED JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS
sf-3353184

1

**ATTESTATION**

2           I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file

3   this Joint List of Witnesses, Deponents, Attorneys and Law Firms.  In compliance with Local Rule

4   5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

5

6   Dated:  November 10, 2013                    */s/ Harold J. McElhinny*
                                                   Harold J. McElhinny
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28