1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Emergency Motion to Enforce the Court's April 29, 2013 and November 7, 2013 Orders ("Motion to Enforce"). Samsung concurrently filed a Motion to Shorten Time for Briefing and Hearing Regarding Samsung's Motion to Enforce pursuant to Civil Local Rule 6-3.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time, and sets the following schedule:

1. Apple's Opposition to Samsung's Motion to Enforce to be filed on or before November 10, 2013 at 7:00 p.m. PT
2. Samsung's Reply in Support of its Motion to Enforce to be filed on or before November 10, 2013 at 11:59 p.m. PT;

**IT IS SO ORDERED.**

DATED:    November 10, 2013

_____
HONORABLE LUCY H. KOH
United States District Court Judge