**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff and Counterdefendant, | |
| v. | ORDER SEEKING VIEWS ON JURY DELIBERATION TIMELINE |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaimants. | |

The Court orders the Parties to file short statements on when the jury should resume

deliberations if no verdict is reached by Friday, November 22, 2013. There are three options:

> (1) The jury can return on the Monday and Tuesday of Thanksgiving week (November 25 and November 26)
> (2) The jury can return after Thanksgiving (December 2) or
> (3) The jury can decide which option it prefers between (1) and (2).

Regardless, the jury will not deliberate on Wednesday, November 20, 2013.

The parties shall file statements expressing their views on this matter by 10 a.m. on

November 11, 2013.

**IT IS SO ORDERED.**

Dated: November 10, 2013

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER SEEKING VIEWS ON JURY DELIBERATION TIMELINE