HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S EMERGENCY MOTION TO ENFORCE THE COURT'S APRIL 29, 2013 AND NOVEMBER 7, 2013 ORDERS** |

I, Erik J. Olson, declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I make this declaration based on personal knowledge in support of Apple's Opposition to Samsung's Emergency Motion to Enforce the Court's April 29, 2013 and November 7, 2013 Orders.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Julie L. Davis, taken August 26, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Terry Musika, taken May 14, 2012.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 10th day of November 2013 in San Jose, California.

*/s/ Erik J. Olson*
ERIK J. OLSON

DECLARATION OF ERIK J. OLSON ISO APPLE'S OPPOSITION TO SAMSUNG'S EMERGENCY MOTION TO ENFORCE THE COURT'S APRIL 29, 2013 AND NOVEMBER 7, 2013 ORDERS
Case No. 11-cv-01846-LHK (PSG)

sf-3353292

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: November 10, 2013          /s/ Harold J. McElhinny
                                  HAROLD J. MCELHINNY

DECLARATION OF ERIK J. OLSON ISO APPLE'S OPPOSITION TO SAMSUNG'S EMERGENCY MOTION TO ENFORCE THE COURT'S APRIL 29, 2013 AND NOVEMBER 7, 2013 ORDERS
Case No. 11-cv-01846-LHK (PSG)

2

sf-3353292