# Exhibit A

Highly Confidential - Outside Counsels' Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4   APPLE, INC., a California
5   Corporation,
6             Plaintiff,      Civil Action No.
7     vs.                     11-CV-01846-LHK
8   SAMSUNG ELECTRONICS CO., LTD.,
9   et. al.,
10            Defendants.
11  _____/
12
13
14  HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
15       VIDEOTAPED DEPOSITION OF JULIE DAVIS
16                CHICAGO, ILLINOIS
17             MONDAY, AUGUST 26, 2013
18
19
20
21
22
23  Reported by:
24  DEBORAH HABIAN, RMR, CRR, CLR
25  JOB NO. 65086

1   right thing to do.

2       Q.  You could have done it, but you didn't

3   do it, right?

4       A.  It wouldn't be the right thing to do.

5   I don't know why I would do something that's not      11:10AM

6   appropriate.

7       Q.  One way for the lost profits

8   calculation to account for noninfringing

9   alternatives that Samsung could have -- is by

10  assuming that Samsung could have designed around      11:10AM

11  each of the asserted patents, correct?

12          THE WITNESS:  I might have to have you

13  to read that back to me, please.

14                  (Record read.)

15          THE WITNESS:  If I understand your            11:11AM

16  question correctly, you're asking me that one

17  way to account for noninfringing alternatives

18  would be to consider design-around alternatives.

19  BY MS. MAROULIS:

20      Q.  That's correct.                               11:11AM

21      A.  The answer's yes and I have done that.

22      Q.  Okay.  And you assumed that after

23  Samsung designs around each patent, it would

24  have returned to market with the same level of

25  sales as it had before; is that right?                11:11AM

Highly Confidential - Outside Counsels' Eyes Only

Page 120

1    A.   That's the way I have constructed the
2  calculation.  I think that's conservative and
3  actually unlikely, but it leads to a smaller
4  damages number as a result.
5    Q.   So the answer's yes, that's -- that's        11:11AM
6  the model you built?
7    A.   That's the model that I've used.
8    Q.   So you limited your calculation of lost
9  profits to the period that you assumed Samsung
10 would be out of the market while designing         11:12AM
11 around the asserted patents, correct?
12   A.   Yes, I have.
13   Q.   And the first step to determine this
14 calculation would be to determine how long it
15 will take Samsung to design around, right?         11:12AM
16   A.   That is one of the steps, yes.
17   Q.   Okay.  How did you determine the length
18 of design-around?
19   A.   I have spoken with the individuals at
20 Apple who would have been responsible for          11:12AM
21 designing around that technology, if it was
22 necessary to do so.  I have also spoken with the
23 technical experts and I have reviewed the
24 evidence on those topics.
25   Q.   Have you spoken with anyone at Samsung?     11:12AM