# Exhibit B

Highly Confidential

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE INC., a California           )
     corporation,                       )
 5                                      )
                   Plaintiff,           )
 6                                      )
           vs.                          )  No: 11-cv-01846-LHK
 7                                      )
     SAMSUNG ELECTRONICS CO., LTD,      )
 8   a Korean business entity;          )
     SAMSUNG ELECTRONICS AMERICA,       )
 9   INC., a New York corporation;      )
     SAMSUNG TELECOMMUNICATIONS         )
10   AMERICA, LLC, a Delaware           )
     limited liability company          )
11                                      )
                   Defendants.          )
12   _____)
13
14
15            ** HIGHLY CONFIDENTIAL **
16            DEPOSITION OF TERRY MUSIKA
17            Redwood Shores, California
18                  May 14, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 48801
```

Highly Confidential

Page 22

1       A.    Yes.

2       Q.    So in your report, you suppose
3  that the same number of consumers would buy a
4  Samsung accused product immediately after -- as
5  many consumers would buy it immediately after the    09:37
6  design around as prior to the design around,
7  correct?

8       A.    Just to make sure the record is
9  clear, the design around in no way seeks to or
10 offers an opinion that there is an --  a              09:37
11 commercially acceptable design around; and that
12 the time period that I use was considered to be a
13 minimum time period, not a fixed time period that
14 actually did occur, would occur; and further, the
15 specific point you're mentioning about Samsung's      09:37
16 return to the market at exactly the same
17 percentage is a significantly conservative
18 assumption that wouldn't happen in the real
19 world.  Obviously, Samsung would lose certain
20 market share during its time being out of the        09:37
21 market.

22            But in the interest of being
23 conservative, and again, recognizing the
24 constraints that are put on the calculation
25 resulting in irreparable harm, I've made that        09:38