1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KARA M. BORDEN IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING (1) EXHIBITS TO BE USED WITH BALAKRISHNAN, BLEVINS, DAVIS, HAUSER, AND SINGH AND (2) DESIGNATED DEPOSITION TESTIMONY OF BENNER, CHANG, DENISON, LEE, NAM, AND PENDLETON** |
|---|---|

I, Kara M. Borden, declare:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Apple's Seventh Set of Interrogatories (Nos. 15-16), dated January 4, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of Samsung's Objections and Responses to Apple's Seventh Set of Interrogatories (Nos. 15-16), dated February 3, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent Number 7,469,381, dated March 22, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the Deposition of Ravin Balakrishnan, dated April 20, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on November 11, 2013.

By   */s Kara M. Borden*
        Kara M. Borden

-1-   Case No. 11-cv-01846-LHK
BORDEN DECLARATION ISO SAMSUNG'S OBJECTIONS AND REPONSES RE: BALAKRISHNAN, BLEVINS. DAVIS. HAUSER. SINGH. BENNER. CHANG. DENISON. LEE. NAM AND PENDLETON

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kara M. Borden has concurred in this filing.

Dated: November 11, 2013       By: */s/ Victoria F. Maroulis*
                                    Victoria F. Maroulis