# EXHIBIT D

1       IN THE UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3
4  APPLE, INC., a California Corporation
5  vs.                              CN:11-CV-01846-LHK
6  SAMSUNG ELECTRONICS COMPANY,
7  LTD, a Korean business entity; SAMSUNG
8  ELECTRONICS AMERICA, INC., a New
9  York Corporation; SAMSUNG
10 TELECOMMUNICATIONS AMERICA, LLC,
11 a Delaware Limited Liability Company.
12 _____/
13
14
15     The videorecorded deposition of RAVIN
16 BALAKRISHNAN, PH.D., was held on Friday, April 20,
17 2012, commencing at 9:07 A.M., at the Law Offices of
18 Quinn Emanuel, 1299 Pennsylvania Avenue, N.W., Suite
19 825, Washington, D.C., before Ronda J. Thomas, a
20 Notary Public.
21
22
23 REPORTED BY:
24 Ronda J. Thomas, RPR, CLR
25 JOB NO. 48807

Page 62

| | | |
|---|---|---|
| 1 | where it does not do that, and it does not do the | 10:45 |
| 2 | snapback functionality in elements G and H. | 10:45 |
| 3 | And a simple example of that is what I just | 10:45 |
| 4 | saw in the ThinkFree Office on Exhibit 4. | 10:45 |
| 5 | Q    And the blue glow does not infringe | 10:45 |
| 6 | the '381 patent either? | 10:45 |
| 7 | A    If it is only the blue glow and not the | 10:45 |
| 8 | blue glow in additional to the snapback that's in '381, | 10:45 |
| 9 | then a device or an application, having just the blue | 10:45 |
| 10 | glow and not doing the '381 snapback functionality, | 10:45 |
| 11 | would not infringe. | 10:45 |
| 12 | Q    Were there any other characteristics of the | 10:45 |
| 13 | Browser on products that you reviewed, besides the hard | 10:46 |
| 14 | stop and blue glow that you believe don't infringe? | 10:46 |
| 15 | MR. BUSEY:  Objection.  Ambiguous. | 10:46 |
| 16 | A    I believe I've seen a Browser that had a | 10:46 |
| 17 | yellow glow, but effectively it's the same | 10:46 |
| 18 | functionality as the blue glow but a different color. | 10:46 |
| 19 | And that, that would be the same as blue glow from a | 10:46 |
| 20 | functionality point of view. | 10:46 |
| 21 | Q    Any others? | 10:46 |
| 22 | MR. BUSEY:  Same objection. | 10:46 |
| 23 | A    That's all I can recall right now. | 10:46 |
| 24 | Q    Did you review any products that had a | 10:46 |
| 25 | Contacts application that did not infringe? | 10:46 |

Page 63

| | | |
|---|---|---|
| 1 | A       You said Contacts application? | 10:46 |
| 2 | Q       Yes. | 10:46 |
| 3 | A       I believe I have seen Contacts applications | 10:47 |
| 4 | on some Samsung phones that had a blue or a yellow glow | 10:47 |
| 5 | functionality instead of the snapback functionality of | 10:47 |
| 6 | the '381, and that would not infringe. | 10:47 |
| 7 | Q       Did you see any Contacts applications on | 10:47 |
| 8 | Samsung phones that exhibited a hard stop? | 10:47 |
| 9 | A       Honestly, I don't recall offhand.  I might | 10:47 |
| 10 | have. | 10:47 |
| 11 | Q       Okay.  Do you remember seeing any Samsung | 10:47 |
| 12 | products that have a Gallery application that do not | 10:47 |
| 13 | infringe the '381 patent? | 10:47 |
| 14 | MR. BUSEY:  Objection again to being | 10:48 |
| 15 | ambiguous.  Go ahead. | 10:48 |
| 16 | A       I might have.  I don't recall exactly | 10:48 |
| 17 | whether I have or not because many of these, there are | 10:48 |
| 18 | so many of these phones that I've tried.  And I don't | 10:48 |
| 19 | have a list of the ones that don't do the '381. | 10:48 |
| 20 | Q       You weren't interested in the ones that | 10:48 |
| 21 | don't infringe, right? | 10:48 |
| 22 | A       I was not making, keeping track of it. | 10:48 |
| 23 | Q       There are some phones that have a Gallery | 10:48 |
| 24 | application that exhibit a blue glow, right? | 10:48 |
| 25 | A       That might be true.  I, I just don't have a | 10:48 |