| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|  | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|  | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|  | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|  | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive 5th Floor |
|  | Redwood Shores, California 94065 |
| 8 | Telephone: (650) 801-5000 |
|  | Facsimile: (650) 801-5100 |
| 9 | |
|  | William C. Price (Bar No. 108542) |
| 10 | williamprice@quinnemanuel.com |
|  | Michael T. Zeller (Bar No. 196417) |
| 11 | michaelzeller@quinnemanuel.com |
|  | 865 S. Figueroa St., 10th Floor |
| 12 | Los Angeles, California 90017 |
|  | Telephone: (213) 443-3000 |
| 13 | Facsimile: (213) 443-3100 |

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S NOTICE REGARDING EXHIBITS AND DEMONSTRATIVES AT ISSUE IN SAMSUNG'S OBJECTIONS AND RESPONSES RE (1) EXHIBITS TO BE USED WITH BALAKRISHNAN, BLEVINS, DAVIS, HAUSER, AND SINGH AND (2) DESIGNATED DEPOSITION TESTIMONY OF BENNER, CHANG, DNNISON, LEE, NAM, AND PENDLETON** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that, Samsung Electronics Co., Ltd., Samsung Electronics

3  America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") will

4  deliver to the Court chambers copies of demonstratives and exhibits subject to Samsung's

5  Objections and Responses Regarding (1) Exhibits to be Used with Balakrishnan, Blevins, Davis,

6  Hauser, and Singh and (2) Designated Deposition Testimony of Benner, Chang, Denison, Lee,

7  Nam, and Pendleton that were not previously submitted to the Court by either party.

9  DATED: November 11, 2013            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By   */s/ Victoria F. Maroulis*
                                            Charles K. Verhoeven
                                            Kevin P.B. Johnson
                                            Victoria F. Maroulis
                                            William C. Price
                                            Michael T. Zeller
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC