UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING JURY DELIBERATION SCHEDULE AND ATTORNEY VOIR DIRE |

If jury deliberations do not conclude by Friday, November 22, 2013, the jury will resume deliberations on Monday, November 25, 2013; Tuesday, November 26, 2013; Monday, December 2, 2013; and every consecutive business day thereafter as needed. There will be no deliberations on Wednesday, November 27, 2013.

Each side shall have fifteen minutes for attorney voir dire.

**IT IS SO ORDERED.**

Dated: November 11, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge