QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF ERRATA REGARDING SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING (1) EXHIBITS TO BE USED WITH BALAKRISHNAN, BLEVINS, DAVIS, HAUSER, AND SINGH AND (2) DESIGNATED DEPOSITION TESTIMONY OF BENNER, CHANG, DENISON, LEE, NAM, AND PENDLETON** |

1    PLEASE TAKE NOTICE that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby serve this Notice of Errata concerning Samsung's Objections and Responses Regarding (1) Exhibits to be Used with Balakrishnan, Blevins, Davis, Hauser, and Singh, and (2) Designated Deposition Testimony of Benner, Chang, Denison, Lee, Nam, and Pendleton (Dkt. 2700).

The sentence on page four at lines three through five, which reads "SDX 8008.32 shows a zoomed-out gallery bounce feature, which Dr. Balakrishnan admits falls outside the scope of the patent," should read "SDX 8008.32, which is a replacement slide that Samsung submitted to eliminate post-trial materials, shows a zoomed-out gallery bounce feature, which Dr. Balakrishnan admits falls outside the scope of the patent."

DATED: November 11, 2013             QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

                                     By */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis
                                        Attorneys for SAMSUNG ELECTRONICS
                                        CO., LTD., SAMSUNG ELECTRONICS
                                        AMERICA, INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC