Case 5:11-cv-01846-LHK   Document 2707-3   Filed 11/11/13   Page 1 of 2

# Exhibit C

**SAMSUNG'S PROPOSED FINAL INSTRUCTION NO. __**

During a prior proceeding, a jury found several Samsung products not to infringe certain Apple patents. The table below summarizes which products were found not to infringe, or which were not accused of infringement.

| Products | Utility Patents | | | Design Patents | |
| --- | --- | --- | --- | --- | --- |
| | '163 | '381 | '915 | D'305 | D'677 |
| Captivate | Noninfringing | | | | Not Accused |
| Continuum | Noninfringing | | | | Not Accused |
| Droid Charge | | | | | Not Accused |
| Epic 4G | | | | | Not Accused |
| Exhibit 4G | | | | Not Accused | Not Accused |
| Gala y Prevail | | | | Not Accused | Not Accused |
| Gala y Tab | | | | Not Accused | Not Accused |
| Gem | Noninfringing | | | | Not Accused |
| Indulge | Noninfringing | | | | Not Accused |
| Nexus S 4G | Noninfringing | | | Not Accused | Not Accused |
| Replenish | | | Noninfringing | Not Accused | Not Accused |
| Transform | Noninfringing | Not Accused | | Not Accused | Not Accused |
| Galaxy Ace | | | Noninfringing | Not Accused | Noninfringing |
| Intercept | Noninfringing | Not Accused | Noninfringing | Not Accused | Not Accused |

Source: November 7 Order, Dkt No. 2657 at 3-4.

9

sf-3353496