UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING SAMSUNG'S EMRGENCY MOTION TO ENFORCE THE COURT'S APRIL 29, 2013 AND NOVEMBER 7, 2013 ORDERS |

The Court hereby GRANTS Samsung's Emergency Motion to Enforce the Court's April 29, 2013 and November 7, 2013 Orders. ECF No. 2692. The Court will issue a full order shortly, but issues this ruling now so that the parties may prepare for trial, which begins tomorrow.

**IT IS SO ORDERED.**

Dated: November 11, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
ORDER GRANTING SAMSUNG'S EMRGENCY MOTION TO ENFORCE THE COURT'S APRIL 29, 2013 AND NOVEMBER 7, 2013 ORDERS