QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KARA M. BORDEN IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING (1) EXHIBITS TO BE USED WITH GRAY, SCHILLER, SHEPPARD, VAN DAM, WAGNER AND (2) DESIGNATED DEPOSITION TESTIMONY OF ANZURES, CHAUDHRI, HONG, JOSWIAK, JUE, LAM, NG, RANGEL, SATZGER, SCHILLER, AND SINCLAIR** |

1  I, Kara M. Borden, declare:

2  1.  I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

3  2.  Attached hereto as Exhibit A is a true and correct copy of an email chain from November 10-11, 2013 bearing the subject line "RE: Apple v. Samsung: Damages Exhibits Revised According to Court Orders" containing an email sent from Erik J. Olson to Anthony Alden with a time stamp of November 11, 2013 at 4:12 p.m.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Jose, California on November 12, 2013.

By  */s Kara M. Borden*
    Kara M. Borden

-1-  Case No. 11-cv-01846-LHK
BORDEN DEC. ISO SAMSUNG'S OBJS. AND RESPS. RE: GRAY, SCHILLER, SHEPPARD, VAN DAM, WAGNER, ANZURES, CHAUDHRI, HONG, JOSWIAK, JUE, LAM, NG, RANGEL, SATZGER, SCHILLER, AND SINCLAIR

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kara M. Borden has concurred in this filing.

Dated:  November 12, 2013                    By: */s/ Victoria F. Maroulis*
                                                  Victoria F. Maroulis