# EXHIBIT A

| | |
|---|---|
| **From:** | Anthony Alden |
| **Sent:** | Monday, November 11, 2013 4:55 PM |
| **To:** | 'Olson, Erik J.'; 'AvSS Damages Trial'; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)' |
| **Cc:** | Samsung v. Apple |
| **Subject:** | RE: Apple v. Samsung: Damages Exhibits Revised According to Court Orders |

Erik: we disagree and decline your requests 1 and 2.  With respect to 3, Samsung will remove the "Total iPad" rows from 952.010 but otherwise declines your request.  Samsung also agrees to withdraw 952.13-15.

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Olson, Erik J. [mailto:EJOlson@mofo.com]
**Sent:** Monday, November 11, 2013 4:12 PM
**To:** Anthony Alden; AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'
**Cc:** Samsung v. Apple
**Subject:** RE: Apple v. Samsung: Damages Exhibits Revised According to Court Orders

Anthony:

Anthony:

We disagree that these comply.

Please confirm that you will:

1. DX702
    a. Withdraw page 702.007.  There is no "New Icon" still present in the case and this plus the alleged number of icon per GUI layout was the basis of Mr. Wagner's excluded opinions.  Thus, it is not used on the summary of 702.008.
2. DX781

1

      a. Restore page 781.004 which includes the proper notice period.
3. DX952
      a. Withdraw 952.003 and .004, which reflects new opinions not disclosed in Mr. Wagner April 2012 report.
      b. Withdraw 952.10, which includes calculations not disclosed in Mr. Wagner's April 2012 report and does not derive from any schedule in Mr. Wagner's April 2012 report.
      c. Withdraw 952.013, which refers to the HTC Settlement Agreement, excluded by the Court.
      d. Withdraw 952.014, which includes calculations not present in either the April 2012 report or May 2012 supplement and does not derive from any table presented in either report.
      e. Withdraw 952.015, which is derived from conversations with Samsung's employees that have been excluded.

Please provide you response by the 6 pm disclosure for cross examination materials so that the parties can meaningfully avoid burdening the Court will unnecessary objections.

**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.5825 | F: +650.251 3842 | C: 650.283.5808
EJOlson@mofo.com | www.mofo.com

---

**From:** Anthony Alden [mailto:anthonyalden@quinnemanuel.com]
**Sent:** Sunday, November 10, 2013 9:37 PM
**To:** AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'
**Cc:** Samsung v. Apple
**Subject:** Apple v. Samsung: Damages Exhibits Revised According to Court Orders

Counsel:  I attach Samsung damages exhibits that have been revised to comply with the Court's recent orders.

Thank you,

**Anthony P. Alden** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP**

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3159 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
anthonyalden@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any

attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------