1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
20 | Plaintiff, | **SAMSUNG'S NOTICE REGARDING EXHIBITS AND DEMONSTRATIVES AT ISSUE IN SAMSUNG'S OBJECTIONS AND RESPONSES RE (1) EXHIBITS TO BE USED WITH GRAY, SCHILLER, SHEPPARD, VAN DAM, WAGNER AND (2) DESIGNATED DEPOSITION TESTIMONY OF ANZURES, CHAUDHRI, HONG, JOSWIAK, JUE, LAM, NG, RANGEL, SATZGER, SCHILLER, AND SINCLAIR**
21 | vs. |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
23 | |
24 | |
25 | |
26 | Defendants. |

27

28

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that, Samsung Electronics Co., Ltd., Samsung Electronics

3  America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") will

4  deliver to the Court chambers copies of demonstratives and exhibits subject to Samsung's

5  Objections and Responses Regarding (1) Exhibits to be Used With Gray, Schiller, Sheppard, Van

6  Dam, Wagner and (2) Designated Deposition Testimony of Anzures, Chaudhri, Hong, Joswiak,

7  Jue, Lam, Ng, Rangel, Satzger, Schiller, and Sinclair.

9  DATED: November 12, 2013    QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By  */s/ Victoria F. Maroulis*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    William C. Price
                                    Michael T. Zeller
                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC

-1-    Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE REGARDING EXHIBITS AND DEMONSTRATIVES