Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.

        Plaintiff(s),

v.

Samsung Electronics Co., et al.

        Defendant(s).

Case No: 11-cv-1846-lhk

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sarah R. Frazier, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Selwyn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Wilmerhale<br>60 State Street, Boston, MA  02109 | Wilmerhale<br>950 Page Mill Road, Palo Alto, CA  94304 |
| My telephone # of record:<br>(617) 526-6022 | Local co-counsel's telephone # of record:<br>(650) 858-6031 |
| My email address of record:<br>sarah.frazier@wilmerhale.com | Local co-counsel's email address of record:<br>mark.selwyn@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 681656.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/12/13

                                              Sarah R. Frazier
                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sarah R. Frazier is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 12, 2013

*Lucy H. Koh*
UNITED STATES DISTRICT/XXXXXX JUDGE

PRO HAC VICE APPLICATION & ORDER                                                  *October 2012*