| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **NOTICE OF ERRATA REGARDING APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS RE SCHILLER, HONG, AND LAM; AND SHEPPARD, WAGNER, GRAY, VAN DAM, ANZURES, CHAUDHRI, JOSWIAK, JUE, NG, RANGEL, SATZGER AND SINCLAIR** |

PLEASE TAKE NOTICE that Apple Inc. ("Apple") hereby serves this Notice of Errata regarding its Objections and Responses to Objections re Schiller, Hong, and Lam; and Sheppard, Wagner, Gray, Van Dam, Anzures, Chaudhri, Joswiak, Jue, Ng, Rangel, Satzger and Sinclair, filed on November 12, 2013 (Dkt. No. 2712).  The first word on line 8 of page 2 ("SDX7003.02") should be "SDX7003.029."

Dated: November 12, 2013               MORRISON & FOERSTER LLP

                                       By:  */s/ Harold J. McElhinny*
                                            HAROLD J. MCELHINNY

                                            Attorneys for Plaintiff
                                            APPLE INC.