[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **JOINT SUBMISSION REGARDING PROPOSED ADDITIONAL JURY INSTRUCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  The parties have met and conferred regarding limiting instructions regarding pre-notice
2 and post-notice sales, and trial exhibits PX29A and JX1500A1.  The parties were unable to reach
3 an agreement and hereby submit competing positions.  Samsung's proposed instruction is attached
4 hereto as Exhibit A and Apple's proposed instruction is attached as Exhibit B.

| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | hmcelhinny@mofo.com | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 3 | MICHAEL A. JACOBS (CA SBN 111664) | 50 California Street, 22nd Floor |
| 4 | mjacobs@mofo.com JENNIFER LEE TAYLOR (CA SBN 161368) | San Francisco, California 94111 Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 5 | jtaylor@mofo.com ALISON M. TUCHER (CA SBN 171363) | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| 6 | atucher@mofo.com RICHARD S.J. HUNG (CA SBN 197425) | Victoria F. Maroulis (Cal. Bar No. 202603) |
| 7 | rhung@mofo.com JASON R. BARTLETT (CA SBN | 555 Twin Dolphin Drive 5th Floor Redwood Shores, California 94065 |
| 8 | 214530) jasonbartlett@mofo.com | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 9 | MORRISON & FOERSTER LLP 425 Market Street | William C. Price (Cal Bar No. 108542) Michael T. Zeller (Cal. Bar No. 196417) |
| 10 | San Francisco, California  94105-2482 Telephone:  (415) 268-7000 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 11 | Facsimile:  (415) 268-7522 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 12 | Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for SAMSUNG |
| 13 | | ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and |
| 14 | | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| 15 | | |
| 16 | | |
| 17 | MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 18 | | |
| 19 | By: /s/ Harold J. McElhinny | By: /s/ Victoria F. Maroulis |
| 20 | HAROLD J. MCELHINNY | CHARLES K. VERHOEVEN |
| 21 | MICHAEL A. JACOBS JENNIFER LEE TAYLOR | KEVIN P.B. JOHNSON VICTORIA F. MAROULIS |
| 22 | ALISON M. TUCHER RICHARD S.J. HUNG | WILLIAM F. PRICE MICHAEL T. ZELLER |
| 23 | JASON R. BARTLETT | |
| 24 | Attorneys for APPLE INC. | Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND |
| 25 | | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |
| 26 | | |
| 27 | | |
| 28 | | |

**Attestation**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Harold J. McElhinny.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis