# EXHIBIT A

**SAMSUNG'S PROPOSED LIMITING INSTRUCTION**
**CONCERNING PRE-NOTICE SALES**

Exhibit _____ contains information concerning Samsung's sales of the products at issue before the dates for which you may award damages in this case.  After the evidence has been presented, I will give you final instructions concerning those dates.  You may not award Apple any damages for Samsung's sales of the products at issue before those dates.