# EXHIBIT B

**APPLE'S PROPOSED LIMITING INSTRUCTION
CONCERNING PRE-NOTICE AND POST-NOTICE SALES[1]**

Exhibit JX1500A1 contains information concerning sales of Samsung's infringing products by date. The relevant start dates for the damages periods are:

| Date | Samsung Products |
| --- | --- |
| August 4, 2010 | Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Galaxy Prevail, Galaxy Tab, Gem, Indulge, Infuse 4G, Nexus S 4G, and Replenish |
| April 15, 2011 | Transform |

You must award damages to Apple for all sales of the Samsung products at issue occurring on or after those dates. You may not award Apple any damages for Samsung's sales of the products at issue before those dates.

**Source**: Dkt. No. 2271 at 18-24; Dkt. No. 2645 at 3; *see* 35 U.S.C. §§ 284, 287.

---

[1] Apple submits this proposed instruction in response to the Court's orders concerning the notice dates to be used in the retrial. *See* Dkt. No. 2271 at 18-24; Dkt. No. 2645 at 3. For appellate purposes, however, Apple maintains and preserves its position that the correct notice date for the asserted patents is August 4, 2010.