UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

## Civil Minute Order

Court Proceedings: Jury Selection, Tuesday, November 12, 2013
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown                Time in Court: 7hr1min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
| APPLE INC. | V. | SAMSUNG ELECTRONICS CO. LTD., ET AL |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Willam C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Jon Cederberg |

**PROCEEDINGS:   JURY SELECTION**

| | |
|---|---|
| 8:41 a.m. | Hearing held outside presence of prospective jury panel. |
| 9:16 a.m. | Hearing concludes. |
| 9:44 a.m. | A panel of 90 prospective jurors is brought to the Courtroom and sworn. Jury selection begins. |
| 11:20 a.m. | The morning recess is taken. |
| 11:30 a.m. | The Court and Counsel discuss matters outside the presence of the jury panel. |
| 11:30 a.m. | Voir dire continues |
| 12:14 p.m. | The noon recess is taken. |
| 1:10 p.m. | The Court and counsel discuss matters outside the presence of the jury panel. |
| 1:17 p.m. | Jury selection resumes. |
| 2:47 p.m. | The afternoon recess is taken |
| 2:58 p.m. | Voir dire continues. |
| 4:30 p.m. | Another short recess is taken. |
| 4:38 p.m. | Voir dire continues. |
| 5:20 p.m. | 8 jurors are sworn to hear the matter. The remaining members of the panel are thanked and excused. |
| 5:24 p.m. | The jury is admonished and excused for the day. The Court and Counsel discuss matters outside their presence. |
| 5:35 p.m. | Court is adjourned until Wednesday, November 13, 2013 at 8:45 a.m. |