| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com | HALE AND DORR LLP |
| ERIK J. OLSON (CA SBN 175815) | 60 State Street |
| ejolson@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| Attorneys for Plaintiff and | 950 Page Mill Road |
| Counterclaim-Defendant APPLE INC. | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following trial exhibit that was offered into evidence during the cross examination of Apple witness Tony Blevins:

1. PX182 (Trial exhibit containing manufacturing capacity information for the iPhone and iPad).

As detailed in the Declaration of Mark D. Selwyn Regarding Apple's Administrative Motion to File Documents Under Seal ("Selwyn Declaration"), the above exhibit contains or discusses information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Apple pursuant to the Protective Order entered in this case.  Such confidential information has been indicated in the Selwyn Declaration.

Pursuant to General Order No. 62, the complete, unredacted version of this document will be filed under seal and served upon Samsung.

Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing trial exhibits under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

1. PX182 (Trial exhibit containing manufacturing capacity information for the iPhone and iPad).

1
2   Dated:  November 13, 2013         WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
3
4                                     By:  /s/ Mark D. Selwyn
5
6                                          Attorneys for Plaintiff and
                                           Counterclaim-Defendant
7                                          APPLE INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

ActiveUS 117806247v.1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

ActiveUS 117806247v.1