HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Concurrent with Apple's Administrative Motion to File Documents Under Seal, Apple has filed one trial exhibit that Samsung offered into evidence during the cross examination of Tony Blevins.

3. Trial exhibit PX182 contains information regarding unit sales and capacity to build additional iPhones and iPads through June 2012. The harm that would befall Apple if its capacity information were to be unsealed is detailed in multiple declarations previously filed by Apple, including the Declarations of Mark Buckley, dated July 27 2012 (Dkt. No. 1416), April 8, 2013 (*Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 12-CV-630 (N.D. Cal.) (Dkt No. 442)), July 15, 2013 *Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 12-CV-630 (N.D. Cal.) (Dkt No. 685)) and the declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1495-2) (supporting sealing capacity information). As Mr. Buckley and Mr. Bean explained, if competitors gained access to Apple's capacity data, they would learn when Apple is stretched thinly and when it has excess capacity, and could alter their production timing accordingly. (Dkt. No. 1416 at 1-2; 1495-2 at 2-3.) The Court has previously granted Apple's request to seal documents that contain capacity information that contain a similar level of detail regarding the accused Apple products. *See, e.g.*, Dkt. No. 1649 at 4-5 (granting Apple's request to seal production capacity information).

4. The relief requested by Apple is necessary and narrowly tailored to protect its confidential business information.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of November, 2013 at San Jose, California.

<u>/s/ Mark D. Selwyn</u><br>
Mark D. Selwyn

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 13, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn
Declaration of Mark D. Selwyn in Support of Apple's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 117806506v.1