1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (TRIAL EXHIBITS)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Counterclaim-Plaintiffs,<br>  v.<br><br>APPLE INC., a California corporation,<br><br>          Counterclaim-Defendant. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following trial exhibit:

1. PX182 (Trial exhibit containing manufacturing capacity information for the iPhone and iPad).

In support of its motion, Apple has filed the Declaration of Mark D. Selwyn ("Selwyn Declaration"), as required under Civil Local Rule 79-5 and General Order 62, which provide evidence of compelling reasons for this Court to permit filing under seal. The Selwyn Declaration provides sufficient evidence that the document listed above is "privileged or protectable as a trade secret otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). Apple's request is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for compelling reasons shown, the Court GRANTS Apple's Administrative Motion to Seal (Trial Exhibits).

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following trial exhibit shall be filed under seal:

| Exhibit No. | Portion to be Sealed |
|---|---|
| PX182 | Entire Document |

**IT IS SO ORDERED.**

Dated:  November 13, 2013          By:   *Lucy H. Koh*
                                          Hon. Lucy H. Koh
                                          United States District Judge

[P~~ROPOSED~~] ORDER GRANTING APPLE'S MOTION TO SEAL
11-CV-01846-LHK (PSG)
1