HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOVEMBER 13, 2013 ROLLING WITNESS LIST** |

Apple Inc.'s rolling list of its anticipated next seven trial witnesses:

1. John Hauser
2. JunWon Lee (by deposition)
3. Timothy Benner (by deposition)
4. Todd Pendleton (by deposition)
5. Julie Davis
6. Phil Schiller

Apple further notes that after Julie Davis testifies, Apple will read into the record:

- The portions of Samsung's October 12, 2011 Supplemental Response to Interrogatory No. 12 of Apple's Interrogatories Relating to Apple's Motion for a Preliminary Injunction (Set Two) that relate to patents at issue in the new trial;
- The portions of Samsung's March 7, 2012 Amended Response to Interrogatory No. 14 from Apple's Sixth Set of Interrogatories that relate to products at issue in the new trial; and
- Undisputed Facts from the parties' Joint Pretrial Statement (Dkt. No. 2486 at 3-4).

Dated: November 13, 2013                    MORRISON & FOERSTER LLP

                                            By:  /s/ Harold J. McElhinny
                                                 HAROLD J. McELHINNY

                                            Attorneys for Plaintiff
                                            APPLE INC.