| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S NOTICE OF MANUAL FILING OF PUBLISHED DEMONSTRATIVES** |

1  Regarding:    Apple's Demonstratives

2       This filing is in paper or physical form only, and is being maintained in the case file in the
3  Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.
4  For information on retrieving this filing directly from the Court, please see the Court's main web
5  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6       This filing was not e-filed for the following reason(s):

7  ____ Voluminous Document (PDF file size larger than e-filing system allowances)

8  ____ Unable to Scan Documents

9  __X__ Physical Object (description):  Flash drive

10 __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11 ____ Item Under Seal

12 _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

13 _____ Other (description): _____

14       _____

15 Dated: November 13, 2013                    MORRISON & FOERSTER LLP

17                                             By:  /s/ *Harold J. McElhinny*
18                                                  HAROLD J. McELHINNY

19                                             Attorneys for Plaintiff
                                                APPLE INC.

APPLE'S NOTICE OF FILING OF PUBLISHED DEMONSTRATIVE
CASE NO. 11-CV-01846-LHK
sf-3354873