1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

   APPLE INC., A CALIFORNIA        )  C-11-01846 LHK
6  CORPORATION,                    )
                                   )  SAN JOSE, CALIFORNIA
7              PLAINTIFF,          )
                                   )  NOVEMBER 12, 2013
8         VS.                      )
                                   )  VOLUME 1
9  SAMSUNG ELECTRONICS CO., LTD.,  )
   A KOREAN BUSINESS ENTITY;       )  PAGES 1-308
10 SAMSUNG ELECTRONICS AMERICA,    )
   INC., A NEW YORK CORPORATION;   )
11 SAMSUNG TELECOMMUNICATIONS      )
   AMERICA, LLC, A DELAWARE        )
12 LIMITED LIABILITY COMPANY,      )
                                   )
13             DEFENDANTS.         )
   _____ )

14

15

16         TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE LUCY H. KOH
17         UNITED STATES DISTRICT JUDGE

18

19

20         APPEARANCES ON NEXT PAGE

21

22 OFFICIAL COURT REPORTER:     LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
23

24

25    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
         TRANSCRIPT PRODUCED WITH COMPUTER

```
 1

 2        A P P E A R A N C E S:

 3        FOR PLAINTIFF          MORRISON & FOERSTER
          APPLE:                 BY:  HAROLD J. MCELHINNY
 4                                    RACHEL KREVANS
                                      NATHANIEL B. SABRI
 5                               425 MARKET STREET
                                 SAN FRANCISCO, CALIFORNIA  94105
 6

 7                               WILMER, CUTLER, PICKERING,
                                 HALE AND DORR
 8                               BY:  WILLIAM F. LEE
                                      LAUREN B. FLETCHER
 9                               60 STATE STREET
                                 BOSTON, MASSACHUSETTS  02109
10
                                 BY:  MARK D. SELWYN
11                               950 PAGE MILL ROAD
                                 PALO ALTO, CALIFORNIA  94304
12
          ALSO PRESENT:          DOUG GREEN
13

14        FOR DEFENDANT          QUINN, EMANUEL, URQUHART,
          SAMSUNG:               OLIVER & HEDGES
15                               BY:  WILLIAM C. PRICE
                                      JON C. CEDERBERG
16                               865 SOUTH FIGUEROA STREET
                                 10TH FLOOR
17                               LOS ANGELES, CALIFORNIA  90017

18                               BY:  VICTORIA F. MAROULIS
                                      KEVIN B. JOHNSON
19                               555 TWIN DOLPHIN DRIVE
                                 SUITE 560
20                               REDWOOD SHORES, CALIFORNIA  94065

21        ALSO PRESENT:          REIKO HASUIKE

22

23

24

25
```

```
1     SAN JOSE, CALIFORNIA               NOVEMBER 12, 2012

2                     P R O C E E D I N G S

3         (COURT CONVENED AT 8:38 A.M.)

4             THE CLERK:  CALLING CASE NUMBER C-11-01846 LHK,

5     UNITED STATES VERSUS -- NOT UNITED STATES, SORRY -- APPLE

6     VERSUS SAMSUNG.

7         (LAUGHTER.)

8             THE COURT:  WE'VE TURNED THIS INTO A CRIMINAL CASE TO

9     MAKE IT MORE EXCITED.

10            MR. LEE:  THAT'S GOING TO MAKE IT A LOT HARDER.

11            THE CLERK:  COUNSEL, STATE YOUR APPEARANCES, PLEASE.

12            MR. LEE:  YOUR HONOR, COLLECTIVELY, BILL LEE,

13    HAROLD MCELHINNY, RACHEL KREVANS, MARK SELWYN FOR APPLE.

14            THE COURT:  WHERE IS MR. MCELHINNY?

15            MR. LEE:  I THINK HE'S --

16            THE COURT:  IN THE REST ROOM?

17            MR. LEE:  YES.

18            THE COURT:  OKAY.

19            MR. PRICE:  GOOD MORNING, YOUR HONOR.  BILL PRICE,

20    JON CEDERBERG, VICKY MAROULIS, KEVIN JOHNSON WILL BE SPEAKING

21    ON BEHALF OF SAMSUNG.

22            THE COURT:  GOOD MORNING.

23            MR. LEE:  I HAVE HIM NOW, YOUR HONOR.

24            MR. MCELHINNY:  SORRY, YOUR HONOR.

25            THE COURT:  THAT'S ALL RIGHT.
```

 1         OKAY.  SO A COUPLE OF ISSUES.  LET ME JUST CLARIFY AS TO

 2   THE DATES.  IF THE JURY DOESN'T CONCLUDE ITS DELIBERATION NEXT

 3   FRIDAY, THE 22ND, WE'LL GO THE MONDAY AND TUESDAY OF

 4   THANKSGIVING, NOT HAVE ANY COURT ON THE WEDNESDAY BEFORE

 5   THANKSGIVING, AND IF THEY DON'T FINISH, THEN IT WILL CARRY

 6   THROUGH TO MONDAY, THE 2ND OF DECEMBER.  I DOUBT THAT WOULD

 7   HAPPEN, BUT JUST IN CASE.

 8         OKAY.  NOW, THE JURY SELECTION PROCESS IS GOING TO BE A

 9   LITTLE BIT DIFFERENT THAN NORMAL, SO WHAT I'M PLANNING TO DO IS

10   TO HAVE EVERYONE COME IN -- THAT'S WHY WE'VE RESERVED SO MANY

11   CHAIRS -- HAVE EVERYONE COME IN, AND THEN I'M GOING TO

12   INTRODUCE THE CASE AND I'M GOING TO READ THEM THE PRELIMINARY

13   JURY INSTRUCTION ABOUT NOT INVESTIGATING OR DISCUSSING THE

14   CASE, AND THEN I'M GOING TO ASK WHO HAS A HARDSHIP, AND RATHER

15   THAN VOIR DIRING ON HARDSHIP, I'M JUST GOING TO HAVE THEM LEAVE

16   AND GO BACK DOWN TO THE JURY ASSEMBLY ROOM, BECAUSE I THINK

17   WE'VE CALLED ENOUGH PEOPLE THAT WE WILL NOT NEED THE HARDSHIP

18   PEOPLE.

19         DOES THAT MAKE SENSE?

20         SO IF WE DO, THEN WE'LL CALL THEM BACK AND VOIR DIRE THEM

21   ABOUT THEIR HARDSHIP.

22         SO WHAT I'M PLANNING TO DO IS HAVE THE HARDSHIP CLAIMING

23   FOLKS JUST GO AHEAD AND LEAVE, THEY WON'T BE INVOLVED IN

24   ADDITIONAL VOIR DIRE UNLESS WE NEED THEM.

25         AND THEN I'M GOING TO HAVE -- WE SHOULD HAVE 34 SEATS, SO

```
 1      I'LL HAVE 34 CALLED UP INTO THE BOX, AND OF THOSE PEOPLE, I

 2      WILL ASK IF THEY'VE HEARD ABOUT THE CASE.

 3          IF THEY'VE HEARD ABOUT THE CASE, WE'LL VOIR DIRE THEM

 4      INDIVIDUALLY.  IF THEY HAVEN'T HEARD ABOUT THE CASE, I'M JUST

 5      GOING TO HAVE THEM GO AND WAIT IN JUDGE LLOYD'S COURTROOM,

 6      WHICH IS JUST DOWN THE WAY.

 7          NOW, AFTER WE INDIVIDUALLY VOIR DIRE THEM -- AND I HAVE

 8      MADE A DECISION THAT I'LL INDIVIDUALLY VOIR DIRE THEM, BUT I'LL

 9      ALLOW EACH SIDE TO ASK ONE FOLLOW-UP QUESTION.  OKAY?  I'D

10      RATHER YOU DO THAT WHEN NO ONE ELSE IS HERE THAN IF OTHER

11      JURORS ARE HERE SO THEY'RE NOT TAINTED.

12          IF THE JUROR SURVIVES ANY CHALLENGES AFTER THE INDIVIDUAL

13      VOIR DIRE, THEY'LL THEN GO DOWN AND JOIN IN JUDGE LLOYD'S

14      COURTROOM.  SO THAT'S GOING TO BE OUR SORT OF HOLDING ROOM OF

15      ANY JURORS WHO SURVIVE THE INDIVIDUAL VOIR DIRE.  OKAY?

16          OBVIOUSLY IF THEY DON'T SURVIVE THE INDIVIDUAL VOIR DIRE,

17      WE THANK AND EXCUSE THEM AND THEY LEAVE.

18          AND I'D LIKE TO GET A FULL SET OF 30 BEFORE WE COMPLETE

19      THE REST OF THE VOIR DIRE.  OKAY?  SO IF WE GO THROUGH THIS

20      GROUP AND WE CAN'T GET 30 PEOPLE, THEN WE'RE GOING TO PULL UP

21      MORE.  EVERYONE IS GOING TO BE OFF OF THE RANDOMIZED LIST.

22      WE'RE GOING TO GO IN THE SEQUENCE OF THE RANDOMIZED LIST.

23          SO IF WE CAN'T GET 30, THEN I'M GOING TO REPLENISH OUR

24      GROUP OF 34 AND JUST KEEP DOING THAT UNTIL I GET A SET OF 30.

25          ONCE I GET A SET OF 30, THEN I THINK WE'RE GOING TO BE
```

```
 1      FINE.  I REALLY -- I REALLY ONLY NEED 14, THE 8 PLUS 6

 2      PEREMPTORIES, BUT JUST IN THE EVENT SOMETHING ELSE, YOU KNOW, A

 3      POTENTIAL CAUSE CHALLENGE, I WANT TO HAVE AT LEAST 30 THAT

 4      WE'LL DO THE FULL VOIR DIRE WITH.

 5           OKAY?  DOES THAT SOUND CLEAR?

 6           SO UNFORTUNATELY, IT'S GOING TO TAKE US A LITTLE BIT OF

 7      TIME.  AS PEOPLE LEAVE, I WANT TO GET THEIR NAMES BECAUSE I

 8      WANT TO KNOW WHO'S IN WHAT SPACE.

 9           SO FOR THE JURORS WHO ARE GOING TO BE INDIVIDUALLY VOIR

10      DIRED, WE'RE GOING TO HAVE 11 HERE IN THE CEREMONIAL COURTROOM

11      JURY ROOM SO WE CAN VERY QUICKLY BRING THEM IN ONE AT A TIME,

12      WE'LL HAVE 10 MORE JURORS WAITING IN JUDGE LLOYD'S JURY ROOM,

13      AND IF WE NEED IT, WE HAVE 10 MORE SEATS IN JUDGE FOGEL'S JURY

14      ROOM.

15           SO I HAVE MY WHOLE LAW CLERK, EXTERN TEAM IS GOING TO BE

16      SHEPHERDING EVERYONE BACK AND FORTH, OKAY?  SO WE'LL KEEP

17      REPLENISHING THE JURY ROOMS UNTIL WE GET OUR GROUP OF 30 WITH

18      WHOM WE'LL DO THE FULL VOIR DIRE.  OKAY?

19           SO THAT'S THE PROCESS FOR THIS MORNING.

20           AND WE'LL DO EVERYTHING OFF OF THE RANDOMIZED LIST, SO

21      WE'RE NOT GOING TO BE, YOU KNOW, GIVING PREFERENCES FOR PEOPLE

22      WHO HAVE OR HAVE NOT HEARD ABOUT THE CASE.  IT'S JUST RANDOMLY

23      DONE OFF OF THE COMPUTER AND WE'LL BRING THOSE PEOPLE IN FIRST.

24           OKAY.  A SECOND REQUEST IS FOR THE DEMONSTRATIVES, IT

25      WOULD BE HELPFUL, IN RULING ON OBJECTIONS, IF YOU COULD FILE
```

1    THE DEMONSTRATIVES PERHAPS -- OBVIOUSLY THE ONES THAT ARE NOT

2    SEALED -- AT THE END OF EVERY DAY AND AT THE VERY END OF THE

3    TRIAL, FILE A FULL SET SO THAT WE COULD ALSO USE THAT FOR ANY

4    POST-TRIAL MOTIONS AS WELL.

5         I WOULD ALSO ASK IF YOU WOULD PLEASE FILE A FULL SET OF

6    THE 2012, THE FINAL DEMONSTRATIVES.  THAT WOULD JUST HELP US ON

7    THE CURRENT RULINGS ON THE OBJECTIONS NOW.  THAT WOULD BE MUCH

8    APPRECIATED.

9         CAN YOU DO THAT PERHAPS BY THE END OF THE DAY?

10        MS. MAROULIS:  YES, YOUR HONOR.

11        MR. LEE:  YES, YOUR HONOR.

12        THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

13        NOW, NOW THAT WE ARE CLOSER TO THE TRIAL, WE'RE AT THE

14   TRIAL, COULD YOU FILE A MORE REFINED WITNESS LIST AND EXHIBIT

15   LIST?  OR IS YOUR LAST FILING SORT OF STILL YOUR BEST GUESS AS

16   TO WHAT WITNESSES AND EXHIBITS YOU WILL USE?

17        MR. LEE:  I THINK THE PROCESS, COMPLYING WITH YOUR

18   HONOR'S ORDERS ON OBJECTIONS AND DISCLOSURES, I THINK THAT BY

19   TODAY MOST OF THE EXHIBITS OR WITNESSES ARE GOING TO BE OUT

20   THERE.

21        RIGHT?  BY THIS MORNING?

22        MS. MAROULIS:  THAT WOULD BE TRUE OF THE PARTIES'

23   CASE-IN-CHIEF, BUT APPLE HAS, I BELIEVE --

24        MR. LEE:  REBUTTAL.

25        MS. MAROULIS:  -- A REBUTTAL CASE, SO THERE WILL BE

```
 1      ADDITIONAL WITNESSES, OR POTENTIALLY ADDITIONAL WITNESSES OR

 2      EXHIBITS.

 3              MR. LEE:  SO I THINK FOR THE TWO DIRECT CASES, YOUR

 4      HONOR --

 5              THE COURT:  RIGHT.

 6              MR. LEE:  -- THEY ARE THE WITNESSES AND THE EXHIBITS

 7      THAT WE'VE EXCHANGED AND BRIEFED TO YOUR HONOR.  WE NOW KNOW

 8      THAT'S THE UNIVERSE OF THOSE EXHIBITS.

 9          THERE MAY BE SOMETHING ON REBUTTAL THAT'LL BE DISCLOSED

10      BY US TOMORROW, BUT I THINK THAT HAS NARROWED THINGS DOWN

11      SIGNIFICANTLY.

12              THE COURT:  OKAY.  WHEN DOES IT MAKE SENSE FOR BOTH

13      SIDES TO FILE A REVISED EXHIBIT LIST AND WITNESS LIST?

14              MS. MAROULIS:  THURSDAY, YOUR HONOR.

15              MR. LEE:  THURSDAY.

16              THE COURT:  THURSDAY, ALL RIGHT.

17          NOW, WITH REGARD TO THE OBJECTIONS, IT WOULD BE HELPFUL

18      FOR THE OBJECTIONS AND THE RESPONSES TO BE ORGANIZED IN THE

19      SAME WAY, BECAUSE RIGHT NOW IT'S REALLY DIFFICULT TO TRACK.

20          I MEAN, I WOULD PREFER TO REVISIT AND JUST LEAVE THE

21      RESPONSE POINT, COUNTERPOINT IN THAT WAY.

22          BUT WHEN IT GETS VERY SORT OF CONVOLUTED IN THE

23      ORGANIZATION, IT'S VERY DIFFICULT TO DO IT THAT WAY.

24          SO CAN I ASK, WHOEVER FILES THE OBJECTION CONTROLS HOW THE

25      OBJECTIONS ARE GOING TO BE CATEGORIZED AND ORGANIZED, AND THEN
```

```
 1    WHOEVER RESPONDS, JUST FOLLOW THAT ORGANIZATION.  CAN WE DO

 2    THAT?  BECAUSE IT'S BEEN VERY COMPLICATED WITH THE OBJECTIONS

 3    WE HAVE SO FAR TO TRY TO FIND THE RESPONSE BECAUSE WE'RE

 4    ORGANIZING THEM UNDER DIFFERENT WITNESSES, DIFFERENT

 5    CATEGORIES.

 6              MS. MAROULIS:  IS YOUR HONOR ASKING SIMPLY FOR THE

 7    ORDER OF WITNESSES TO BE KEPT THE SAME BETWEEN OBJECTION AND

 8    RESPONSE?  BECAUSE WE DEFINITELY CAN DO THAT.

 9              THE COURT:  YES.

10              MS. MAROULIS:  WE CANNOT MERGE THEM IN A JOINT

11    DOCUMENT.

12              THE COURT:  NO, NO.  THAT'S FINE.  I'M SAYING WHOEVER

13    FILES THE OBJECTION, IF THEY WANT TO GROUP FOUR EXHIBITS

14    TOGETHER, WHOEVER RESPONDS NEEDS TO RESPOND ACCORDING TO THOSE

15    FOUR EXHIBITS THAT ARE GROUPED TOGETHER.  IT'S JUST THAT RIGHT

16    NOW EVERYONE IS GROUPING THEM DIFFERENTLY AND IT'S, IT'S

17    UNNECESSARILY COMPLICATED TO TRY TO FIND THE RESPONSE TO EACH

18    OBJECTION.

19              MS. MAROULIS:  YES, YOUR HONOR.  WE'LL TALK TO THE

20    OTHER SIDE AND WE'LL FIGURE OUT HOW TO ORGANIZE IT.

21              THE COURT:  SURE.  I MEAN, I DON'T -- I JUST THOUGHT

22    WHOEVER FILES THE OBJECTION SHOULD SET THE STRUCTURE AND THEN

23    RESPONDING PERSON, OR ENTITY, SHOULD JUST FOLLOW THAT

24    STRUCTURE.  IT WOULD BE HELPFUL FOR US.

25              OKAY.  THANK YOU.
```

```
1              THE JURY BINDERS, DO YOU HAVE THEM?

2                   MS. KREVANS:  YES, WE DO.

3                   THE COURT:  OH, OKAY.  I WOULD LIKE TO TAKE A LOOK

4      AND SEE WHAT YOU AGREED TO INCLUDE.

5                   MS. MAROULIS:  YOUR HONOR, THE JURY BINDERS FOLLOW

6      THE ORDER THAT THE COURT SET OUT IN ONE OF THE PRIOR HEARING

7      ORDERS, SO IT'S LARGELY WHAT WAS INCLUDED LAST YEAR.

8                   THE COURT:  HOW MANY DID I ASK FOR FOR THE COURT?

9      FOUR?

10                  MR. LEE:  I THINK SO, YOUR HONOR.

11                  THE COURT:  OKAY.  THANK YOU.

12                  MR. LEE:  YOUR HONOR, WE HAVE 25, SO THERE ARE

13     EXTRAS.

14                  THE COURT:  OKAY.  MAY I HAVE ONE MORE, THEN, FOR

15     MS. SHORTRIDGE?  THANK YOU.

16         AND THEN DID YOU BRING THE COPIES OF THE LIST OF

17     WITNESSES, LAWYERS, LAW FIRMS?  DID YOU -- DID EITHER SIDE

18     BRING THAT?

19                  MS. MAROULIS:  YES, YOUR HONOR.

20                  THE COURT:  HOW MANY COPIES DID YOU BRING?

21                  MS. MAROULIS:  WE HAVE 75 COPIES.

22                  THE COURT:  PERFECT.  WHAT WE'D LIKE TO DO IS WHILE

23     THE JURORS -- TO SAVE TIME, WHILE THE JURORS ARE WAITING, WE'RE

24     GOING TO HAVE THEM GO AHEAD AND READ THAT SO WHEN THEY COME IN

25     FOR THE FULL VOIR DIRE, THEY WOULD HAVE GONE THROUGH THAT
```

1     FAIRLY EXHAUSTIVE LIST.

2            MS. MAROULIS:  YOUR HONOR, WOULD YOU LIKE US TO

3     APPROACH WITH THE COPIES?

4            THE COURT:  YES.

5         VIKRAM, DO YOU WANT TO TAKE THAT?  THANK YOU.

6         AND THAT IS THE SAME AS WHAT YOU FILED ON THURSDAY, RIGHT?

7            MS. MAROULIS:  IT IS AN AMENDED LIST.  ONE OF THE

8     SIDES ADDED ONE NAME.

9            THE COURT:  OH, OKAY.  THEN MAY I HAVE A COPY OF THAT

10    REVISED LIST THEN, PLEASE?  THANK YOU.

11        WE'LL REVIEW THE ADDITIONAL AND FINAL LIMITING

12    INSTRUCTIONS THAT YOU PROPOSED.

13        THE SEALING ONE WE'LL JUST ADD TO THE PRELIMINARY ONES

14    THAT WE'RE GIVING THIS MORNING, OKAY?  BECAUSE THAT WAS

15    STIPULATED TO BY BOTH PARTIES; CORRECT?

16           MS. MAROULIS:  YES, YOUR HONOR.

17           THE COURT:  OKAY.  AND WITH REGARD TO THE LIMITING

18    JURY INSTRUCTIONS, THE TWO THAT APPLE PROPOSED, WHEN ARE YOU

19    PROPOSING THAT THOSE BE GIVEN?

20           MR. LEE:  I THINK, YOUR HONOR, THEY WOULD BE PART OF

21    THE FINAL CHARGE.  WELL, THERE ARE TWO -- THERE'S THE SEALING

22    ONE THAT I UNDERSTOOD YOUR HONOR WAS MOVING TO THE PRELIMINARY

23    INSTRUCTIONS.

24           THE COURT:  YES.  THAT'S WHAT YOU WANTED, CORRECT?

25           MR. LEE:  YES.

```
 1              THE COURT:  YES, SO WE'LL JUST INCLUDE THAT IN WHAT'S

 2     GIVEN WHENEVER WE GET OUR JURY.

 3              MR. LEE:  AND I THINK THE OTHER INSTRUCTION -- THERE

 4     ARE COMPETING INSTRUCTIONS SUBMITTED IN RESPONSE TO YOUR

 5     HONOR'S RULING.  WE THOUGHT THAT THAT WOULD BE PART OF THE

 6     FINAL CHARGING CONFERENCE WHERE WE WOULD ADDRESS THAT.

 7              THE COURT:  THAT'S FINE.  BUT I THOUGHT THAT THERE

 8     WERE TWO LIMITING INSTRUCTIONS THAT APPLE WANTED IN ADDITIONAL

 9     TO THE FINAL.

10              MR. LEE:  OH, OKAY.  I THINK THAT -- THE SEALING

11     INSTRUCTION WILL BE PART OF THE PRELIMINARY.

12          THE LIMITING INSTRUCTION WOULD BE AT THE TIME THE

13     DOCUMENTS FIRST CAME IN THAT WOULD BE SUBJECT TO THE LIMITING

14     INSTRUCTION.

15          AND THEN THE LAST INSTRUCTION WAS THE ONE THAT YOUR HONOR

16     INVITED, AND WE WOULD -- I THINK THAT WOULD BE TAKEN UP IN THE

17     CHARGING CONFERENCE.

18              THE COURT:  WELL, AS FAR AS THE PRELIMINARY, I DON'T

19     KNOW WHAT DOCUMENT YOU'RE REFERRING TO, SO YOU CAN -- I MEAN,

20     WE HAVEN'T HAD SUFFICIENT TIME TO FULLY ANALYZE THOSE

21     PRELIMINARIES ANYWAY AS TO WHETHER I'M GOING TO GIVE THEM OR

22     NOT, BUT IT WOULD BE HELPFUL TO KNOW AT WHAT POINT YOU THINK

23     THEY'RE EVEN CALLED FOR.

24          IS THERE A SPECIFIC DOCUMENT YOU HAD IN MIND, OR YOU WANT

25     TO FILE SOMETHING LATER?
```

```
1           MS. MAROULIS:  YOUR HONOR, WE MAY NEED TO FILE

2    SOMETHING LATER BECAUSE IN VIEW OF THE COURT'S ORDER FROM LAST

3    NIGHT, WE ACTUALLY HAVE ADDITIONAL OBJECTIONS TO APPLE'S

4    INSTRUCTION.  SO SINCE IT WON'T COME UP UNTIL CERTAIN DOCUMENTS

5    START COMING IN, WE DON'T NEED TO ADDRESS IT RIGHT NOW.

6           THE COURT:  BUT WHEN DO YOU THINK THOSE DOCUMENTS

7    WOULD BE COMING IN, WITH THE FIRST SET OF WITNESSES?

8           MS. MAROULIS:  THAT'S POSSIBLE.

9       THERE'S ALSO ANOTHER LIMITING INSTRUCTION THAT WE HAVEN'T

10   YET DISCUSSED AS TO DOCUMENTS 1500 AND 29A.  WE INTEND TO FILE

11   THAT LATER TODAY.  SO THOSE WOULD ACCOMPANY 1500, JX 1500 AND

12   PX 29A AND THOSE WOULD NEED TO BE GIVEN WHEN THE DOCUMENT'S

13   INTRODUCED.

14          THE COURT:  SO WHEN DO YOU PROPOSE -- I WOULD LIKE TO

15   AT LEAST ATTEMPT TO RULE ON THE LIMITING INSTRUCTIONS SOONER

16   RATHER THAN LATER.  COULD YOU FILE SOMETHING JUST TODAY THAT --

17          MS. MAROULIS:  YES, YOUR HONOR.

18          MR. LEE:  SURE.

19          THE COURT:  -- EXPLAINS WHEN YOU THINK IS THE

20   APPROPRIATE TIME TO GIVE THEM IF THEY'RE GOING TO BE GIVEN?

21          MS. MAROULIS:  YES, YOUR HONOR.

22          MR. LEE:  YES, YOUR HONOR.

23          MS. MAROULIS:  WE'LL PROPOSE THAT INSTRUCTION TO

24   APPLE AND GET AGREEMENT TONIGHT.

25          THE COURT:  OKAY.  WHEN DO YOU THINK YOU CAN FILE
```

1    THAT?  I GUESS WE'LL HOLD OFF ON RULING ON THAT BECAUSE I DO

2    NEED TO KNOW WHEN IT'S EVEN CALLED FOR.

3              MS. MAROULIS:  THIS EVENING, YOUR HONOR.

4              MR. LEE:  THIS EVENING.

5              THE COURT:  OKAY.  WHAT TIME?

6              MS. MAROULIS:  8:00?

7              MR. LEE:  8:00 O'CLOCK.

8              THE COURT:  OKAY.  WHEN DO YOU EXPECT ME TO RULE?

9    BETWEEN 8:00 AND MIDNIGHT?  IS THIS GOING TO BE CALLED FOR BY

10   TOMORROW?

11             MS. MAROULIS:  7:00, WOULD THAT BE BETTER?

12             THE COURT:  DO YOU NEED A RULING TONIGHT?

13             MS. MAROULIS:  TOMORROW MORNING.

14             MR. LEE:  TOMORROW MORNING WOULD BE FINE.

15             THE COURT:  OH, GREAT.  BETWEEN MIDNIGHT AND

16   7:00 A.M., THAT'S EVEN BETTER.  THANK YOU.

17        (LAUGHTER.)

18             MR. LEE:  HOW ABOUT TOMORROW MORNING AFTER 8:30 A.M.?

19        WHY DON'T WE DO THIS, YOUR HONOR?

20             THE COURT:  YEAH.

21             MR. LEE:  AT ONE OF THE BREAKS, LET US TALK ABOUT

22   THIS AND SEE IF WE CAN MOVE IT ALONG FASTER TODAY?

23             THE COURT:  THANK YOU.

24             MR. LEE:  BECAUSE I'M NOT QUITE SURE WHAT IT IS AND

25   THEN WE'LL COME BACK TO YOUR HONOR.

1          THE COURT:  OKAY.  THANK YOU.  BECAUSE WE STILL HAVE

2     TO RULE ON THE EVIDENTIARY OBJECTIONS AS WELL, SO AS MUCH LEAD

3     TIME AS YOU CAN GIVE US WOULD BE APPRECIATED.

4          MR. LEE:  YES, YOUR HONOR.

5          MS. MAROULIS:  YES, YOUR HONOR.

6          THE COURT:  ALL RIGHT.

7          MR. LEE:  YOUR HONOR, COULD I ASK ONE QUESTION ON THE

8     DOCUMENTS OR THE EXHIBITS TO BE SEALED?  RATHER THAN DEALING

9     WITH THEM EN MASS, WOULD IT BE -- FOR INSTANCE, IN THE MORNING

10    BEFORE THE JURY CAME IN, IF WE COLLECTIVELY GAVE YOU A SENSE OF

11    WHAT FEW EXHIBITS WILL BE SUBJECT TO A SEALING REQUEST DURING

12    THE COURSE OF THE DAY, IS THAT THE BEST WAY TO DEAL WITH IT?

13         THE COURT:  I'M SORRY.  SAY -- LET ME ASK, MS. PULI,

14    YOU CAN GO AHEAD AND FILL IN THE FIRST TWO ROWS.

15         MS. PULI:  YOUR HONOR, THE JURY IS NOT GOING TO BE

16    READY -- OH, LET OTHER PEOPLE IN YOU MEAN?

17         THE COURT:  YES, BECAUSE WE'VE DONE THE CALCULATION.

18    WITH THE FULL JURORS, WITH THE EXTRA SEATS, WE'RE GOING TO HAVE

19    ENOUGH ROOM, SO YOU CAN HAVE THE FIRST COUPLE ROWS FILLED IN,

20    THE FIRST TWO ROWS AT A MINIMUM.  THERE'S NO NEED TO HAVE THOSE

21    EMPTY RIGHT NOW.

22         MR. LEE:  SO THIS IS JUST A MECHANICS ISSUE.  WE'LL

23    DO IT WHATEVER WAY THE COURT WANTS.

24          BUT IN ADDITION TO THE INSTRUCTION YOUR HONOR WILL HAVE IN

25    THE PRELIMINARIES, THE QUESTION IS HOW WE CAN BEST GIVE YOU A

1     HEADS-UP OF WHAT EXHIBITS WILL BE SUBJECT TO THE SEALING

2     REQUESTS DURING THE COURSE OF THE DAY.

3              THE COURT:  OKAY.

4              MR. LEE:  WE THOUGHT WE MIGHT BE ABLE TO TELL YOU

5     FIRST THING IN THE MORNING THAT IT'S GOING TO BE A, B, AND C SO

6     YOUR HONOR KNOWS, RATHER THAN TRYING TO GIVE YOU A LONG LIST AT

7     THE BEGINNING OF THE TRIAL.  IF WE DID IT DAY BY DAY, IT WOULD

8     BE A MORE DISCRETE SET OF EXHIBITS, YOUR HONOR WOULD KNOW WHAT

9     WAS COMING, WE COULD GIVE IT TO YOU RIGHT BEFORE WE STARTED

10    EACH MORNING.

11             THE COURT:  AND HOW DO YOU WANT ME TO DEAL WITH THOSE

12    EXHIBITS?

13             MR. LEE:  I THINK FOR THE MOST PART, THE WAY WE DEALT

14    WITH IT LAST TIME IS THEY WENT UP ON YOUR SCREEN, THE JURORS'

15    SCREEN, BUT WERE NOT ON THE PUBLIC SCREEN, AND THAT'S THE WAY

16    WE DEALT WITH THE MECHANICS DURING THE COURSE OF THE TRIAL.

17             MS. MAROULIS:  THAT'S RIGHT, YOUR HONOR.

18             THE COURT:  BUT IS THAT HOW YOU WANT TO DEAL WITH IT

19    THIS TIME?

20             MR. LEE:  I THINK THAT'S THE BEST WAY TO DEAL WITH

21    IT.

22             THE COURT:  OKAY.  BECAUSE MY UNDERSTANDING FROM THE

23    FEDERAL CIRCUIT OPINION WAS THAT YOU DID NOT LIKE THE WAY THAT

24    I HANDLED IT LAST TIME.

25             MR. LEE:  I -- I DIDN'T THINK THAT THE MANNER IN

1    WHICH IT WAS HANDLED DURING THE COURSE OF THE TRIAL WAS --

2           THE COURT:  BECAUSE I CAN SEAL THIS COURTROOM.

3           MR. LEE:  RIGHT.

4           THE COURT:  I WILL DO THAT IF THAT'S WHAT YOU'RE

5    ASKING.

6           MR. LEE:  I DON'T THINK -- WE'RE GOING TO TRY TO FIND

7    A WAY NOT TO HAVE THAT HAPPEN JUST BECAUSE IT WOULD BE

8    DISRUPTIVE.  I THINK THE WAY WE DID IT LAST TIME, WE ANTICIPATE

9    THAT WOULD WORK AGAIN.

10          THE COURT:  ALL RIGHT.  WELL, I WANT IT VERY CLEAR

11   FOR THE RECORD THAT I'VE GIVEN YOU THE OPTION TO SEAL THIS

12   COURTROOM AND YOU HAVE DECLINED ON BEHALF OF APPLE.  CORRECT,

13   MR. LEE?

14          MR. LEE:  YOUR HONOR, BASED UPON WHAT WE KNOW IS

15   COMING IN NOW -- I DON'T KNOW WHAT'S COMING IN IN THEIR CASE --

16   BUT WHAT'S COMING IN IN OUR CASE, WE CAN DO IT THAT WAY.

17       IF SOMETHING COMES IN IN THEIR CASE THAT WE DON'T

18   ANTICIPATE AND WE MIGHT HAVE A DIFFERENT REQUEST, THEN I WOULD

19   RESERVE THE RIGHT TO COME BACK AND ASK YOUR HONOR.

20       BASED UPON WHAT WE THINK WE'RE GOING TO OFFER NOW IN OUR

21   EIGHT HOURS, I THINK WE CAN DO IT THE WAY WE DID IT BEFORE.

22          THE COURT:  OKAY.  WHAT ABOUT ON BEHALF OF SAMSUNG?

23          MS. MAROULIS:  YOUR HONOR, I WOULD NEED TO CHECK WITH

24   THE CLIENT WHETHER THAT'S AN ISSUE, BUT WE'RE PREPARED TO DO IT

25   USING THE MONITORS THAT JUST THE JURY SEES AND THE COURT SEES

```
 1          AND NOT THE PUBLIC.

 2                THE COURT:  OKAY.  ALL RIGHT.  WELL, I AM GOING TO

 3          JUST WAIT AND HEAR FROM YOU ON THE INSTRUCTION ON HOW YOU WANT

 4          THOSE SEALED DOCUMENTS HANDLED.  OKAY?

 5                NOW, THIS IS THE LAST ITEM ON MY LIST, WHICH YOU DON'T

 6          HAVE TO LAUGH AT ME BECAUSE I'VE -- EVEN MY OWN CHAMBERS LAUGHS

 7          AT ME WHEN I MENTION SETTLEMENT, BUT I WOULD LIKE, BEFORE -- SO

 8          WE HAVE THE THIRD TRIAL SET FOR MARCH OF 2014, AND BEFORE WE

 9          JUST MAKE THESE ANNUAL EVENTS, I WOULD AT LEAST LIKE TO ASK

10          THAT BEFORE MARCH THAT THERE BE ONE LAST, OR AN ADDITIONAL,

11          HOWEVER IT'S HAPPENING NOW, ADDITIONAL ATTEMPT TO SEE IF YOU

12          CAN RESOLVE THESE CASES.

13                I'M GOING TO DEFER TO YOU AS TO WHEN YOU THINK THAT SHOULD

14          HAPPEN, IN WHAT VENUE, WHETHER YOU NEED A THIRD PARTY NEUTRAL

15          OR NOT, WHO YOU THINK SHOULD BE THERE.  I'M GOING TO COMPLETELY

16          DEFER TO YOU AS TO WHAT YOU THINK WOULD BE MOST BENEFICIAL.

17                BUT I THINK AT LEAST BEFORE THE THIRD TRIAL, I WOULD ASK

18          THAT YOU MAKE ONE MORE ATTEMPT.  OKAY?

19                MR. LEE:  YES.

20                THE COURT:  SO WHEN CAN YOU COME BACK WITH A PROPOSAL

21          OF A DATE, THE FORUM THAT YOU WOULD LIKE, WHO YOU THINK IS

22          IMPORTANT TO BE THERE?

23                I MEAN, I WOULD THINK IT BE SHOULD BE AT THE VERY TOP.  I

24          WOULD PREFER THE CEO'S BE THERE.

25                MR. LEE:  YOUR HONOR, CAN WE COME BACK TO YOU AFTER
```

```
 1     WE'VE GONE THROUGH THIS TRIAL JUST SO WE CAN DEAL WITH THE

 2     EVENT OF THE DAY AND COME BACK TO YOU SINCE THE NEXT TRIAL -- I

 3     KNOW THERE ARE SOME MOTIONS IN DECEMBER, AND WE COULD PROBABLY

 4     TALK AS THE TRIAL GOES.

 5          BUT I THINK IN TERMS OF GOING BACK TO FOLKS, WE WOULD NEED

 6     SOME TIME AFTER THIS TRIAL IS OVER.

 7               THE COURT:  DO YOU NEED THE EXTRA DATA POINT OF THIS

 8     TRIAL BEFORE YOU --

 9               MR. LEE:  NO, I THINK IT'S MORE A QUESTION OF --

10               MS. MAROULIS:  IT'S MORE LOGISTICS TO GET PEOPLE'S

11     ATTENTION RIGHT NOW.

12               MR. LEE:  MORE LOGISTICS.

13               THE COURT:  THAT'S FINE.  HOW MUCH TIME DO YOU NEED?

14     LET'S SET A DEADLINE.  IF I DON'T SET A DEADLINE -- I DON'T

15     WANT THIS TO FALL THROUGH THE CRACKS.  LET ME SET A DEADLINE BY

16     WHICH YOU'LL MAKE A PROPOSAL --

17          MS. PULI, WHY DON'T WE FILL IN THAT FIRST ROW?

18               MS. PULI:  YOUR HONOR, WE'RE EXPECTING ABOUT 90

19     JURORS.

20               THE COURT:  OH, 90?  I SEE.  ALL RIGHT.  THAT'S FINE.

21     THANK YOU.  BUT THEN WHEN THEY LEAVE, WE CAN FILL THAT ROW IN.

22     THANK YOU.

23               MR. LEE:  JANUARY 8TH?

24               THE COURT:  SO AFTER THE -- WE HAVE CROSS SUMMARY

25     JUDGMENT MOTIONS ON DECEMBER 12TH, SO YOU DEFINITELY WANT TO GO
```

```
 1        FORWARD WITH THAT?

 2                   MS. MAROULIS:  IS --

 3                   MR. LEE:  GO AHEAD.

 4                   MS. MAROULIS:  IS WHAT IS DUE A PROPOSAL TO COURT, OR

 5        THE COURT REQUIRES US TO FINISH THE NEUTRAL MEDIATION, WHATEVER

 6        PROCESS, BY THAT DEADLINE?

 7                   THE COURT:  OH, ARE YOU SAYING BY JANUARY 8TH YOU'LL

 8        FINISH THE --

 9                   MS. MAROULIS:  WE'RE JUST TRYING TO CLARIFY.

10                   THE COURT:  WHAT WAS YOUR PROPOSAL?

11                   MR. LEE:  YOUR HONOR, I THINK WHAT WE HAD IN MIND IS

12        THAT BY JANUARY 8TH, WE WILL REPORT BACK TO YOU ON WHAT THE

13        SPECIFICS OF A PROPOSAL ARE.

14                   THE COURT:  OH, I SEE.  OKAY.

15                   MR. LEE:  YEAH.

16                   THE COURT:  I'M DISAPPOINTED THAT YOU NEED THAT LONG,

17        BUT IF YOU NEED THAT LONG, THEN I'LL ACCEPT IT SINCE I'M -- I

18        MEAN, THIS IS ALL UP TO YOU ALL ANYWAY.

19           OKAY.  ALL RIGHT.  JUST -- I WOULD JUST ASK THAT YOU

20        CONSIDER THAT WE DO HAVE CROSS SUMMARY JUDGMENT MOTIONS IN THE

21        SECOND CASE ON DECEMBER 12TH, WE HAVE THE DAUBERTS IN THE

22        SECOND CASE JANUARY 23RD, WE'LL HAVE ALL OF THE POST-TRIAL

23        MOTIONS IN THIS CASE IN JANUARY.  SO IF YOU ARE GOING TO

24        RESOLVE IT, OBVIOUSLY WE WOULD LIKE IT TO BE SOONER RATHER THAN

25        LATER.
```

```
 1            BUT IF YOU NEED UNTIL -- SO YOU NEED UNTIL JANUARY 8TH TO

 2    MAKE THE PROPOSAL?

 3            MR. LEE:  YES, YOUR HONOR.

 4            THE COURT:  ALL RIGHT.  THAT WAS THE LAST ITEM ON MY

 5    LIST.

 6        DID YOU HAVE OTHER ITEMS ON YOUR LIST?

 7        AND LET ME ASK, DO WE KNOW WHEN OUR JURORS WILL BE READY?

 8            MS. PULI:  YOUR HONOR, I THINK THEY'LL BE READY BY

 9    9:15.

10            THE COURT:  9:15.  OKAY, THANK YOU.

11            MR. MCELHINNY:  ONE QUESTION, YOUR HONOR, JUST FOR

12    THE AVOIDANCE OF DOUBT.  DO YOU INTEND FOR THE JURY TO

13    DELIBERATE A WEEK FROM TOMORROW, NOVEMBER 20TH?

14            THE COURT:  YES.

15            MR. MCELHINNY:  THANK YOU.

16            THE COURT:  SO I'LL HAVE MY REGULAR CRIMINAL AND

17    CIVIL CALENDARS ON THE 20TH AND 21ST, BUT THEY CAN DELIBERATE

18    THEN.  THAT'S NOT A PROBLEM.  THERE MIGHT BE SOME DELAYS IN

19    DEALING WITH JURY NOTES BECAUSE I THINK I HAVE THREE CRIMINAL

20    SENTENCING WEDNESDAY MORNING.  BUT THEY CAN HAPPEN

21    SIMULTANEOUSLY.

22            MR. MCELHINNY:  THANK YOU, YOUR HONOR.

23            THE COURT:  WHAT ELSE?  DID YOU HAVE ANY ITEMS ON

24    YOUR LIST?

25            MR. PRICE:  YOUR HONOR, BEFORE WE GO TO THAT
```

 1      POSSIBLY, I'M WONDERING IF I COULD LOBBY FOR A COUPLE OF

 2      ADDITIONAL QUESTIONS FROM COUNSEL FOR THOSE PEOPLE WHO'VE HEARD

 3      ABOUT THE CASE AND READ ABOUT IT?

 4              THE COURT:  OKAY.

 5              MR. PRICE:  BECAUSE OBVIOUSLY THAT'S AN IMPORTANT

 6      ISSUE.

 7              THE COURT:  SURE.

 8              MR. PRICE:  SO I'M WONDERING IF WE CAN HAVE, YOU

 9      KNOW, THREE FOLLOW-UP, AND THEN MAYBE EVEN AFTER THAT, YOU

10      MIGHT DECIDE THAT THERE NEEDS TO BE MORE.

11              THE COURT:  WELL, LET ME TELL YOU WHAT I WAS PLANNING

12      TO ASK THEM AND MAYBE THAT WILL HELP, AND I WILL ALSO MAYBE

13      FOLLOW UP.

14          I WAS GOING TO ASK THEM, WHAT HAVE YOU HEARD ABOUT THE

15      CASE?  FROM WHAT SOURCES DID YOU HEAR OR LEARN ABOUT THE CASE?

16      DO YOU KNOW THE OUTCOMES OF THE CASE?  DO YOU HAVE AN OPINION

17      ABOUT THE CASE?  DO YOU DISAGREE OR AGREE WITH THE OUTCOMES?

18      DO YOU HAVE AN OPINION ABOUT THE DAMAGES AWARD?  WILL YOU BE A

19      FAIR AND IMPARTIAL JUROR IN THIS CASE?

20          AND I'LL ALSO FOLLOW UP DEPENDING ON WHAT THEY SAY.

21          IS THERE ANY ADDITIONAL QUESTION YOU'D LIKE ME TO ADD TO

22      THAT LIST?

23              MR. LEE:  NOT FOR APPLE, YOUR HONOR.

24              THE COURT:  OKAY.  WHAT ABOUT FOR -- WOULD YOU LIKE

25      ME TO TELL YOU NOW WHAT QUESTIONS I'M PLANNING TO ASK?  WOULD

```
1        THAT BE HELPFUL?
2               MR. PRICE:  I'M LOOKING AT THE LIST HERE.  I GUESS
3        THE QUESTION'S, I THINK, HOW THEY KNOW.
4               THE COURT:  I DID ASK, FROM WHAT SOURCES DID YOU
5        LEARN AND HEAR ABOUT THE CASE?
6               MR. PRICE:  AND WHETHER OR NOT ANYONE ELSE THAT
7        THEY'VE TALKED TO HAS GIVEN THEM THEIR OPINION ABOUT HOW THE
8        CASE SHOULD BE RESOLVED, AND THEN IF THEY TALKED TO FRIENDS OR
9        PEOPLE AND ACTUALLY ENGAGED IN ACTIVE DISCOURSE ABOUT THE CASE
10       AND HEARD OTHER OPINIONS ABOUT IT.
11              THE COURT:  THAT'S FINE WITH ME.  HOW WOULD YOU LIKE
12       ME TO WORD THAT?  DO YOU WANT ME TO ASK, HAVE YOU DISCUSSED
13       THIS CASE WITH ANYONE?  OR DO YOU WANT ME TO ASK, HAS ANYONE
14       ELSE SHARED THEIR OPINIONS ABOUT THIS CASE WITH YOU?
15              MR. PRICE:  I THINK BOTH OF THOSE, HAVE YOU TALKED
16       ABOUT THE CASE WITH OTHERS?  AND HAS ANYONE EXPRESSED, IN THOSE
17       DISCUSSIONS, OPINIONS ABOUT THE CASE?
18              THE COURT:  I'LL ASK, HAVE YOU TALKED ABOUT THE CASE
19       WITH OTHERS?  HAS ANYONE SHARED THEIR OPINION ABOUT THE CASE
20       WITH YOU?
21              MR. PRICE:  AND THEN I GUESS A FOLLOW UP, HAS THAT
22       AFFECTED IN ANY WAY WHAT YOU THINK?
23              THE COURT:  HAVE THOSE CONVERSATIONS AFFECTED YOUR
24       OPINION ABOUT THE CASE?
25              MR. PRICE:  YES.
```

```
1              THE COURT:  OKAY.  IF SO, HOW?

2              MR. PRICE:  YES.  AND, YOUR HONOR, WITH WHAT SOURCE.

3    I WAS WONDERING IF WE CAN FIND OUT WHETHER OR NOT THEY WERE

4    ACTUALLY LOOKING FOR THIS, THE INFORMATION, LIKE GOOGLING IT?

5    OR IF THEY STUMBLED UPON IT SO WE CAN SEE WHETHER OR NOT THEY

6    WERE ACTIVELY FOLLOWING IT OR KIND OF PASSIVELY HEARD ABOUT IT

7    WHILE READING ONE OF THE FEW NEWSPAPERS THAT ARE LEFT.

8              THE COURT:  DO YOU WANT ME TO ASK, HOW DID YOU COME

9    UPON THAT SOURCE?

10             MR. PRICE:  YES.

11             THE COURT:  OKAY.  I THINK IF I ASK ALL OF THESE

12   ADDITIONAL FIVE QUESTIONS, I CAN STILL LIMIT YOU TO ONE

13   QUESTION EACH.  IS THAT FAIR?

14             MR. PRICE:  I THINK IT IS FAIR.  MAYBE ON A CASE BY

15   CASE, IF I CAN SAY PLEASE, BUT IT SOUNDS LIKE THAT'S PRETTY

16   FAIR.

17        (LAUGHTER.)

18             THE COURT:  WELL, IF YOU ASK A QUESTION AND SOMETHING

19   IS UNCLEAR AND FOLLOW UP SOUNDS FAIR, THEN I'LL LET YOU DO

20   THAT.  BUT I DO WANT TO SELECT THIS JURY BEFORE I RETIRE.

21        (LAUGHTER.)

22             THE COURT:  SO LET'S TRY TO, YOU KNOW, CONSTRAIN IT A

23   LITTLE BIT.

24             MR. PRICE:  OKAY.  AND I GUESS I ALSO WANTED TO ASK

25   THEN IF WE COULD RAISE -- ASK YOU --
```

```
 1          MS. MAROULIS:  YOUR HONOR, WE HAVE ONE RENEWED

 2    OBJECTION TO THE OPENING SLIDES IN VIEW OF LAST NIGHT'S ORDER

 3    AND WE'RE WONDERING IF YOU WANT TO HEAR IT RIGHT NOW OR AFTER

 4    WE PICK THE JURY, BECAUSE WE'RE COGNIZANT OF THEM WAITING.

 5          THE COURT:  OKAY.  WHY DON'T YOU TELL ME WHAT IT IS

 6    NOW?

 7          MS. MAROULIS:  YES, YOUR HONOR.  LAST NIGHT THE COURT

 8    ISSUED AN ORDER PRECLUDING APPLE FROM ARGUING LOST PROFITS ON

 9    THE '163 AND '381 PATENTS.  THERE WERE FOUR SLIDES IN APPLE'S

10    OPENING DECK WITH THE ALLEGED COPYING DOCUMENTS GOING TO WHAT

11    APPLE ARGUED WAS PANDUIT FACTOR 2, THE DEMAND FOR PATENTED

12    FEATURES.  THEY'RE SLIDES 43, 44, 45, AND 46, AND THEY

13    CORRESPOND TO DOCUMENTS PX 44 AND PX 46.

14        OUR OBJECTION IS THAT NOW THAT THEY CANNOT ARGUE LOST

15    PROFITS, THE PANDUIT 2 FACTOR IS NOT RELEVANT AND THESE SLIDES

16    SHOULD NOT COME IN.

17        WE'VE BRIEFED THIS OBJECTION IN THIS MORNING'S BRIEFING IN

18    CONNECTION WITH GRAY AND VAN DAM DISCLOSURES IN DOCKET 2711 AT

19    PAGE 1, BUT WE ALSO WANTED TO RAISE IT NOW BEFORE THE OPENINGS

20    BECAUSE THERE ARE SLIDES THAT GO TO THESE SPECIFIC DOCUMENTS.

21          THE COURT:  SURE, SURE.  AND THAT WAS ACTUALLY

22    BRIEFED WITH THE OBJECTIONS YESTERDAY AND WE -- YOU KNOW, THOSE

23    ORDERS, WE'VE CERTAINLY ALREADY ANALYZED THEM.

24          AND I THINK THAT, YOU KNOW, APPLE HAS ALSO CLAIMED THAT

25    THEY'RE RELEVANT FOR REASONABLE ROYALTY AND WE WENT BACK AND
```

1    LOOKED AT MS. DAVIS'S REPORT AND SHE DOES CITE THOSE DOCUMENTS

2    FOR GEORGIA PACIFIC FACTOR 8, ESTABLISHED PROFITABILITY OF THE

3    PRODUCTS MADE UNDER THE PATENT, ITS COMMERCIAL SUCCESS AND ITS

4    CURRENT POPULARITY; GEORGIA PACIFIC FACTOR 9, UTILITY AND

5    ADVANTAGES OF PATENT PROPERTY OVER OLD MODES AND DEVICES; AND

6    GEORGIA PACIFIC FACTOR 11, THE EXTENT TO WHICH THE INFRINGER

7    HAS MADE USE OF THE INVENTION AND THE VALUE OF SUCH USE.

8         SO I THINK THAT OBJECTION IS GOING TO BE DENIED.  BUT WE

9    DID LOOK INTO IT BECAUSE YOU CERTAINLY DID RAISE A GOOD POINT

10   THAT THOSE PANDUIT FACTORS ARE NO LONGER RELEVANT FOR THOSE TWO

11   PATENTS.

12        MS. MAROULIS:  THANK YOU, YOUR HONOR.

13        THE COURT:  OKAY.  ALL RIGHT.  WHAT ELSE?  ANY OTHER

14   NEW --

15        MR. LEE:  NOT FOR APPLE, YOUR HONOR.

16        THE COURT:  OKAY.  ALL RIGHT.  THEN WE WILL THEN BE

17   IN RECESS FOR THE NEXT FIVE MINUTES IF YOU'D LIKE TO TAKE BIO

18   BREAK OR -- OH, DID YOU WANT ME TO TELL YOU WHAT QUESTIONS I

19   WAS GOING TO ASK?  WOULD THAT BE HELPFUL TO YOU IN YOUR

20   PREPARATION, OR NOT?

21        MR. LEE:  YES.

22        THE COURT:  OR MAYBE A BIO BREAK WOULD BE MORE

23   HELPFUL.  I'M NOT SURE.

24        WHAT WOULD YOU LIKE?  DO YOU WANT TO HEAR THE QUESTIONS OR

25   NOT?

```
 1            MR. PRICE:  I'D LIKE BOTH.  HOW LONG WOULD IT TAKE

 2     YOUR HONOR TO TELL US THE QUESTIONS?

 3            THE COURT:  I CAN JUST SUMMARIZE THEM FOR YOU NOW IF

 4     THAT'S HELPFUL.

 5            AFTER THE INDIVIDUAL VOIR DIRE WHEN WE DO THE FULL VOIR

 6     DIRE, I'M GOING TO ASK EACH PARTY, COUNSEL FOR EACH PARTY TO

 7     STAND UP, IDENTIFY YOURSELVES, AND I'LL ASK THE JURORS TO LOOK

 8     AT YOUR VERY, VERY LONG LIST.

 9            THEN I'M GOING TO ASK ABOUT THE FOLLOWING PARTIES, PLUS

10     OTHER COMPANIES:  APPLE, SAMSUNG, GOOGLE, MOTOROLA, HTC, NOKIA,

11     OR SEAGATE.

12            AND THEN ASK SPECIFIC QUESTIONS ABOUT IF THEY'VE READ ANY

13     BOOKS ABOUT APPLE OR SAMSUNG; WHETHER THEY OWN ANY OF YOUR

14     PRODUCTS; WHETHER THEY'RE THINKING ABOUT OWNING ANY OF YOUR

15     PRODUCTS; WHETHER THEY HAVE STRONG FEELINGS ABOUT THE U.S.

16     PATENT SYSTEM; YOU KNOW, GENERAL PREJUDICE QUESTIONS I ASK IN

17     ANY CASE, BUT ALSO WHETHER THEY'VE BEEN NEGATIVELY IMPACTED BY

18     THE RECENT ECONOMIC DOWNTURN; WHETHER THE NATIONAL, RACIAL,

19     RELIGIOUS GROUP OR COUNTRY OR LIFESTYLE OF ANY OF THE PARTIES

20     WOULD INFLUENCE THEIR DECISION; IF THEY CAN FOLLOW THE LAW.

21            AND THEN I'LL ASK ABOUT SPECIAL TRAINING ABOUT THE

22     FOLLOWING GENERAL TOPICS:  YOU KNOW, LAW; PATENTS; CELL PHONES;

23     TABLETS; COMPUTERS; ACCOUNTING; FINANCE; CONTRACTS LICENSING;

24     RESEARCH DEVELOPMENT; GRAPHIC OR INDUSTRIAL DESIGN.

25            I'LL ASK THEM IF THEY'VE OWNED ANY BUSINESSES; IF THEY'VE
```

```
1    EVER BEEN INVOLVED IN A LAWSUIT; WHETHER THEY'VE EVER APPLIED

2    FOR ANY INTELLECTUAL PROPERTY RIGHTS; WHETHER THEY'VE CREATED

3    SOMETHING AND HAD THE IDEA TAKEN FROM THEM; WHETHER THEY'VE

4    EVER BEEN ACCUSED OF TAKING AN IDEA; AND THEN JUST GENERAL WRAP

5    UP QUESTIONS.

6              MR. PRICE:  THANK YOU.

7              MR. LEE:  THANK YOU, YOUR HONOR.

8              THE COURT:  ALL RIGHT.  ANY CATEGORY YOU SEE MISSING

9     FROM THAT?  I DID LOOK VERY CAREFULLY THROUGH YOUR PROPOSED

10    VOIR DIRE.  I'M NOT GOING TO ASK -- SAMSUNG'S REQUEST WAS THAT

11    I ASK THEM TO COMMENT ON ANY BUSINESS PARTNER OF THOSE

12    COMPANIES, BUT I THINK THAT'S IMPOSSIBLE.  WHO'S GOING TO KNOW

13    IF THERE'S A BUSINESS PARTNERSHIP WITH GOOGLE?

14        SO IF THERE'S ANY OTHER COMPANY THAT YOU WANT TO ASK

15    ABOUT, IT'S GOING TO BE ON YOUR TIME, ON YOUR 15 MINUTES, OKAY,

16    TO EXPLORE ANY OTHER ENTITY THAT YOU BELIEVE HAS A RELEVANT

17    RELATIONSHIP WITH ANY OF THE ENTITIES THAT I'M GOING TO ASK

18    ABOUT.

19         DID YOU HEAR THAT, MR. PRICE?

20              MR. PRICE:  CORRECT.  I UNDERSTAND.

21              THE COURT:  I CAN'T ASK A JURY TO COME UP --

22              MR. PRICE:  I UNDERSTAND.

23              THE COURT:  -- WITH EVERY BUSINESS PARTNER OF THESE

24    MONSTROUSLY LARGE COMPANIES.  NO ONE IS GOING TO KNOW THAT.

25         BUT IF THERE'S ANY COMPANY THAT YOU THINK IS VERY
```

```
 1        IMPORTANT, IT WILL BE ON YOU TO ASK THOSE QUESTIONS --

 2              MR. PRICE:  I UNDERSTAND.

 3              THE COURT:  -- DURING YOUR TIME.

 4              MR. PRICE:  I UNDERSTAND.

 5              THE COURT:  ALL RIGHT.  LET'S GO AHEAD AND TAKE A FEW

 6        MINUTE BIO BREAK.

 7              MS. PULI:  YOUR HONOR, I JUST GOT WORD FROM THE JURY

 8        ADMINISTRATOR THAT IT'LL BE ANOTHER TEN MINUTES BEFORE THEY'RE

 9        BROUGHT UP.  DO YOU WANT THE JURORS SEATED BEFORE YOU COME

10        BACK?

11              THE COURT:  I WANT WHATEVER IS QUICKEST POSSIBLE, SO

12        IT DOESN'T MATTER TO ME.  WE CAN ALL BE COMING IN AT THE SAME

13        TIME.

14              MR. PRICE:  YOUR HONOR, CAN I HAVE A QUICK

15        CLARIFICATION?  WHEN YOU ASK THEM ABOUT WHETHER THEY OWN

16        PRODUCTS OF THE COMPANIES, YOU'RE NOT GOING TO LIMIT IT JUST TO

17        PHONES; IS THAT RIGHT?

18              THE COURT:  NO.  I WANT TO KNOW ABOUT REFRIGERATORS

19        AND TV'S AND DISHWASHERS.

20              MR. PRICE:  WE'RE WAITING FOR THE APPLE TV, BUT THAT

21        SOUNDS GREAT.

22              THE COURT:  ALL RIGHT.  THANK YOU.

23           LET'S TAKE A TEN MINUTE BREAK.

24        (RECESS FROM 9:16 A.M. UNTIL 9:44 A.M.)

25              THE COURT:  IF I COULD HAVE ALL THE PROSPECTIVE
```

```
1        JURORS STAND ONE MORE TIME, PLEASE, AND IF YOU COULD RAISE YOUR

2        RIGHT HAND.

3             (PROSPECTIVE JURORS SWORN.)

4               THE CLERK:  THANK YOU.  NOW YOU MAY SIT.

5               THE COURT:  THANK YOU SO MUCH FOR YOUR SERVICE TODAY.

6        MY NAME IS LUCY KOH AND I WILL BE THE JUDGE PRESIDING OVER THIS

7        TRIAL.

8             WE ARE ABOUT TO BEGIN SELECTING A JURY FOR A CIVIL TRIAL,

9        AND EACH SIDE IS ENTITLED TO A FAIR AND IMPARTIAL, UNBIASED,

10       UNPREJUDICED JURY.  SO OUR JURY SELECTION IS DESIGNED TO HELP

11       US OBTAIN SUCH A JURY, SO IF YOU ARE SELECTED AS A JUROR IN

12       THIS CASE, YOU MUST DECIDE THIS CASE BASED ONLY ON THE EVIDENCE

13       THAT'S RECEIVED IN THE CASE AND ON MY INSTRUCTIONS OF THE LAW.

14            YOU MUST NOT BE INFLUENCED BY ANY PERSONAL LIKES,

15       DISLIKES, OPINIONS, PREJUDICES, OR SYMPATHY.

16            AND THE PARTIES ARE ENTITLED TO KNOW WHETHER YOU HAVE ANY

17       PERSONAL OPINIONS THAT WOULD AFFECT YOUR ABILITY TO BE A FAIR

18       AND IMPARTIAL JUROR.

19            SO YOU'VE JUST TAKEN THE OATH.  IT'S YOUR DUTY TO DISCLOSE

20       ANY OF THESE PERSONAL LIKES, DISLIKES, OPINIONS, PREJUDICES, OR

21       SYMPATHY.  AND PLEASE DON'T BE EMBARRASSED.  WE'RE NOT HERE TO

22       JUDGE YOU.  WE CERTAINLY APPRECIATE YOUR CANDOR.  AND BY

23       DISCLOSING SUCH INFORMATION, YOU'RE MERELY DOING YOUR DUTY.

24            IF AT ANY TIME YOU WOULD LIKE PRIVACY, PLEASE LET ME KNOW.

25            SO THIS IS A PATENT CASE.  IT'S ENTITLED APPLE, INC., TO
```

1      WHICH I WILL REFER TO AS APPLE, VERSUS SAMSUNG ELECTRONICS

2      COMPANY, SAMSUNG ELECTRONICS AMERICA, AND SAMSUNG

3      TELECOMMUNICATIONS AMERICA, TO WHICH I WILL REFER AS SAMSUNG.

4           NOW, THE FOLLOWING RESTRICTIONS WILL APPLY TO ALL OF YOU,

5      WHETHER YOU'RE -- WHETHER YOU REMAIN IN THIS COURTROOM OR

6      WHETHER YOU GO TO WAIT IN EITHER ANOTHER COURTROOM, A JURY

7      ROOM, OR THE JURY ASSEMBLY ROOM, AND THIS WILL APPLY TO YOU

8      UNTIL YOU ARE EXCUSED EITHER AS A JUROR OR AS A POTENTIAL JUROR

9      IN THIS CASE.

10          SO BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON THE

11     EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO THE

12     LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

13     INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

14     THE COURSE OF YOUR JURY DUTY.

15          THUS, UNTIL THE END OF THE CASE OR UNTIL I TELL YOU

16     OTHERWISE BECAUSE YOU'VE BEEN EXCUSED AND ARE NO LONGER

17     POTENTIALLY A JUROR IN THIS CASE, YOU MUST NOT COMMUNICATE WITH

18     ANYONE IN ANY WAY, AND DO NOT LET ANYONE ELSE COMMUNICATE WITH

19     YOU IN ANY WAY ABOUT THE MERITS OF THE CASE OR ANYTHING TO DO

20     WITH IT.

21          THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

22     BY PHONE OR ELECTRONIC MEANS VIA E-MAIL, TEXT MESSAGES, OR ANY

23     INTERNET CHAT ROOM, BLOG, WEBSITE, OR OTHER FEATURE.

24          THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS

25     UNTIL I GIVE YOU THE CASE FOR DELIBERATION.

1          IT APPLIES TO COMMUNICATING WITH EVERYONE ELSE, INCLUDING

2     YOUR FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA OR PRESS, AND THE

3     PEOPLE INVOLVED IN THE TRIAL.  ALTHOUGH YOU MAY NOTIFY YOUR

4     FAMILY AND YOUR EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR

5     IN THIS CASE, OR THAT YOU ARE A POTENTIAL JUROR IN CASE WE

6     DON'T CONCLUDE TODAY AND YOU ARE ASKED TO COME BACK TOMORROW.

7          BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

8     JURY SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT

9     YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND YOU MUST

10    REPORT THE CONTACT TO THE COURT.

11         BECAUSE YOU WILL RECEIVE ALL THE EVIDENCE AND LEGAL

12    INSTRUCTION YOU MAY PROPERLY CONSIDER TO RETURN A VERDICT, YOU

13    MUST NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS

14    OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.

15         YOU MUST NOT DO ANY RESEARCH, SUCH AS CONSULTING

16    DICTIONARIES, SEARCHING THE INTERNET, OR USING OTHER REFERENCE

17    MATERIALS.  YOU MUST NOT MAKE ANY INVESTIGATION OR IN ANY OTHER

18    WAY TRY TO LEARN ABOUT THE CASE ON YOUR OWN.

19         THE LAW REQUIRES THESE RESTRICTIONS TO ENSURE THE PARTIES

20    HAVE A FAIR TRIAL BASED ON THE SAME EVIDENCE THAT EACH PARTY

21    HAS AN OPPORTUNITY TO ADDRESS.  A JUROR WHO VIOLATES THESE

22    RESTRICTIONS JEOPARDIZES THE FAIRNESS OF THESE PROCEEDINGS AND

23    A MISTRIAL COULD RESULT THAT WOULD REQUIRE THE ENTIRE TRIAL

24    PROCESS TO START OVER.  PLEASE DON'T MAKE US DO THAT.

25         (LAUGHTER.)

1        SO IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION,

2    PLEASE NOTIFY THE COURT IMMEDIATELY.

3        SO FOR THOSE OF YOU WHO ARE ULTIMATELY SELECTED AS JURORS

4    IN THIS CASE, THE RESTRICTIONS WILL APPLY TO YOU UNTIL THE END

5    OF THE CASE, AND IN ORDER FOR YOU NOT TO FEEL LEFT OUT, OUR

6    COURT LIBRARIAN, LEE VAN DUZER, WILL COLLECT ALL THE NEWS

7    ARTICLES ABOUT THE CASE AND GIVE YOU A SCRAPBOOK AND WHATEVER

8    OTHER MATERIALS HE CAN FIND ABOUT THE CASE TO YOU AT THE END OF

9    THE CASE.  SO YOU WILL NOT BE EXCLUDED.

10        AT THAT POINT, ONCE YOU HAVE FULFILLED YOUR DUTIES AS A

11    JUROR, YOU CAN THEN CATCH UP ON ANYTHING.

12        BUT UNTIL THEN, YOU MUST COMPLY WITH THESE RESTRICTIONS.

13        ALL RIGHT.  LET ME INTRODUCE OUR COURT TEAM AND ASK IF ANY

14    OF YOU RECOGNIZE ANY MEMBERS OF OUR COURT TEAM.

15        SO MARTHA PARKER BROWN IS OUR COURTROOM DEPUTY.  SHE WILL

16    BE YOUR MAIN LIAISON, BUT PLEASE DO NOT ASK ANY SUBSTANTIVE

17    QUESTIONS OF HER.

18        LEE-ANNE SHORTRIDGE IS OUR COURT REPORTER AND SHE IS

19    RECORDING EVERY WORD THAT IS SAID, WORD FOR WORD, SO PLEASE

20    ANSWER ORALLY BECAUSE SHE CAN'T RECORD A NODDING OF THE HEAD OR

21    AN UH-HUH.  SO WE HAVE A CLEAN RECORD.

22        IN ADDITION, I HAVE LAW CLERKS AND EXTERNS, SOME OF WHOM

23    WILL BE ESCORTING YOU TO THE VARIOUS ROOMS TODAY.  THEY ARE

24    EMILIE CURRAN-HUBERTY, LARA PALANJIAN, VIKRAM SWARUUP,

25    JOSS NICHOLS, JOSEPH AUDAL, ANNE HILBY, EDWARD MELENSHINSKY,

1    AND MICHAEL WOLFE.

2         PLEASE RAISE YOUR HAND IF YOU KNOW ANY MEMBERS OF MY COURT

3    TEAM.

4         OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

5    RAISED.

6         NOW, WE EXPECT THE TRIAL IN THIS CASE TO END APPROXIMATELY

7    IN A WEEK, BY NEXT TUESDAY, WHICH IS NOVEMBER 19TH, AND WE

8    EXPECT THAT THE JURY DELIBERATIONS MAY BEGIN ON WEDNESDAY,

9    NOVEMBER THE 20TH, AND WILL CONTINUE EVERY BUSINESS DAY AS LONG

10   AS THE JURY NEEDS TO DELIBERATE.

11        THAT MEANS WE MAY HAVE JURY DELIBERATIONS ON THE MONDAY

12   AND TUESDAY, THAT WOULD BE NOVEMBER 25TH AND 26TH, OF

13   THANKSGIVING.  WE WILL NOT HAVE COURT ON THE WEDNESDAY BEFORE

14   THANKSGIVING, THE THURSDAY OF THANKSGIVING, OR THE FRIDAY AFTER

15   THANKSGIVING.  SO THERE WILL BE NO COURT NOVEMBER 27TH, 28TH,

16   AND 29TH.

17        IF THE JURY HAS NOT CONCLUDED ITS DELIBERATIONS BY THE

18   TUESDAY OF THANKSGIVING, THEN ANY FURTHER DELIBERATIONS WOULD

19   RESUME ON MONDAY, DECEMBER THE 2ND.

20        EVERY DAY WE HAVE TRIAL STARTING AT 9:00 A.M. AND WE END

21   AT 4:30 P.M.  WE TAKE A LUNCH BREAK FROM NOON TO 1:00, AND WE

22   TAKE APPROXIMATELY A 15 MINUTE BREAK AT 10:30 A.M. -- WE MAY

23   NOT DO THAT QUITE TODAY -- AND A 10 MINUTE BREAK AT ABOUT

24   2:00 P.M., AND ANOTHER BREAK AT ABOUT 3:15 P.M.

25        SO IF SERVING ON THIS JURY ALL OF THIS WEEK AND THEN NEXT

1    WEEK, THROUGH THE TRIAL, WHICH HOPEFULLY WILL END ON TUESDAY,

2    AND THEN DELIBERATIONS AS LONG AS IT TAKES EXCEPT FOR

3    THANKSGIVING, THE DAY BEFORE AND AFTER THANKSGIVING, WILL BE A

4    HARDSHIP FOR YOU, WOULD YOU PLEASE RAISE YOUR HAND?

5         ALL RIGHT.  WHAT I'M GOING TO DO IS ASK THOSE OF YOU FOR

6    WHOM SERVICE ON THIS JURY WOULD BE A HARDSHIP, I'D LIKE YOU TO

7    PLEASE STATE YOUR NAME AND IF YOU HAVE YOUR JURY NUMBER, AND

8    I'M GOING TO HAVE YOU ESCORTED DOWN TO THE JURY ASSEMBLY ROOM

9    WHERE YOU WILL WAIT FOR FURTHER INSTRUCTIONS.

10        WE WILL TRY TO SELECT A JURY FROM THE POOL THAT REMAINS.

11   IF WE CANNOT DO THAT, THEN WE MAY ASK SOME OF YOU TO COME BACK

12   HERE TO JOIN IN THE FURTHER JURY SELECTION, AND AT THAT TIME I

13   WILL ASK YOU ABOUT THE BASIS FOR YOUR HARDSHIP REQUEST TO BE

14   EXCUSED.

15        WHILE YOU'RE WAITING IN THE JURY ROOM, ALL THE

16   RESTRICTIONS THAT I JUST TOLD YOU ABOUT APPLY TO YOU AND YOU

17   ARE NOT TO DISCUSS THE CASE OR RESEARCH THE CASE UNTIL YOU ARE

18   OFFICIALLY TOLD THAT YOU ARE NOT A PROSPECTIVE JUROR FOR THIS

19   CASE.

20        SO LET'S START, LET'S START HERE IN THE FRONT.  WHO CANNOT

21   SERVE AS A JUROR BASED ON THESE DATES OF TRIAL AND

22   DELIBERATIONS?

23        OKAY.  NUMBER 16, MS. RANDI --

24             PROSPECTIVE JUROR:  BRENOWITZ.

25             THE CLERK:  THAT'S JUST THEIR CHAIR NUMBER.

```
 1                  THE COURT:  DO YOU KNOW YOUR JUROR NUMBER?

 2                  PROSPECTIVE JUROR:  OKAY.

 3                  THE COURT:  PLEASE HAVE YOUR JUROR NUMBER, BECAUSE WE

 4        HAVE A RANDOMIZED LIST.  OKAY.  IF YOU DON'T KNOW THAT, JUST

 5        GIVE ME YOUR NAME, PLEASE.

 6                  PROSPECTIVE JUROR:  BRENOWITZ, B-R-E-N.  JUROR NUMBER

 7        02-0031.

 8                  THE COURT:  I SEE, B-R-E-N, BRENOWITZ.

 9                  THE CLERK:  YES.

10                  THE COURT:  OKAY.  YOU'RE JUROR NUMBER 31.  OKAY.

11            WAIT, THIS SAYS 31 IS DANIEL BAWDON.  THAT CAN'T BE RIGHT.

12                  PROSPECTIVE JUROR:  I AM NOT DANIEL BAWDON.

13                  THE COURT:  WAIT.  WHAT IS YOUR -- I'M SORRY.  SPELL

14        YOUR NAME AGAIN.

15                  PROSPECTIVE JUROR:  B-R-E-N-O-W-I-T-Z.

16            (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

17        CLERK.)

18                  MR. LEE:  YOUR HONOR, I THINK IT'S 75 ON OUR LIST.

19                  THE COURT:  AH, OKAY.  THANK YOU.

20            ALL RIGHT.  THEN YOU MAY GO AHEAD AND STEP TOWARDS THE

21        DOOR.

22                  PROSPECTIVE JUROR:  OKAY.

23                  THE COURT:  WHO ELSE FROM THIS LIST?  I THINK YOU

24        RAISED YOUR HAND AS WELL.

25                  PROSPECTIVE JUROR:  BASICALLY I WILL BE OFF
```

```
 1        DECEMBER 7TH.  WILL THAT BE THE CASE ALSO?

 2              THE COURT:  AFTER DECEMBER 7TH?

 3              PROSPECTIVE JUROR:  YES.

 4              THE COURT:  I THINK THAT'S UNLIKELY.

 5              PROSPECTIVE JUROR:  OKAY.  THAT'S IT.

 6              THE COURT:  ALL RIGHT.  WHO ELSE HAS A HARDSHIP ON

 7        THIS ROW?  ANYONE?  NO?

 8          OKAY.  WHAT'S YOUR NAME, PLEASE?

 9              PROSPECTIVE JUROR:  MY NAME IS DANIEL ALBERTO

10        VARELASOTO.

11              THE CLERK:  SPELL YOUR LAST NAME, PLEASE.

12              PROSPECTIVE JUROR:  V, AS VICTOR, A-R-E-L-A-S-O-T-O.

13              THE CLERK:  ON THE ALPHA LIST, IT'S ON THE LAST PAGE.

14              THE COURT:  I'M SORRY.  ACTUALLY, THE ALPHA LIST

15        DOESN'T HELP ME BECAUSE THERE'S NO CORRELATION BETWEEN THE

16        ALPHA LIST AND RANDOMIZED LIST.

17              MR. MCELHINNY:  NUMBER 29, YOUR HONOR.

18              PROSPECTIVE JUROR:  I HAVE THE JUROR NUMBER, 02-0077.

19              MR. MCELHINNY:  29 ON OUR LIST, YOUR HONOR.

20              THE COURT:  ALL RIGHT.  WHO ELSE?  YOUR NAME, PLEASE?

21              PROSPECTIVE JUROR:  VINCENT NGUYEN.  I HAVE A PLANNED

22        VACATION NEXT WEEK.

23              THE COURT:  NO PROBLEM.  I'M NOT EVEN GOING TO ASK

24        YOU ABOUT WHAT YOUR REQUEST IS.  I'M GOING TO GO AHEAD AND HAVE

25        YOU GO DOWN.
```

1          ACTUALLY, YOU HAVE A VACATION NEXT WEEK?

2                PROSPECTIVE JUROR:  RIGHT.

3                THE COURT:  YOU'VE ALREADY PREPAID TICKETS?

4                PROSPECTIVE JUROR:  YES, EVERYTHING IS PLANNED.

5                THE COURT:  OKAY.  I'M GOING TO GO AHEAD AND EXCUSE

6     YOU FOR HARDSHIP.  ALL RIGHT.  SO YOU CAN JUST GO AND TELL

7     MR. YOUNGER YOU'VE BEEN EXCUSED.

8                PROSPECTIVE JUROR:  OKAY.

9                THE COURT:  YOU DON'T HAVE TO WAIT IN THE JURY ROOM.

10         ALL RIGHT.  WHO ELSE IN THE BACK ROW?  GO AHEAD, PLEASE.

11               PROSPECTIVE JUROR:  TRENT THOMAS.

12               THE COURT:  ALL RIGHT.  HE IS JUROR NUMBER 37 ON THE

13    RANDOMIZED LIST.

14         YOU ALSO MAY GO AHEAD AND GO DOWN TO THE JURY ROOM.

15         NEXT PERSON, PLEASE.

16               PROSPECTIVE JUROR:  MY NAME IS MICHAEL RONCAL.

17               THE COURT:  HOW DO YOU SPELL THE LAST NAME, PLEASE?

18               PROSPECTIVE JUROR:  R-O-N-C-A-L.

19               THE COURT:  ALL RIGHT.  HE'S 46 ON THE RANDOMIZED

20    LIST.

21         GO AHEAD, PLEASE, AND GO TO THE JURY ROOM.

22         GO AHEAD, PLEASE, STATE YOUR NAME.

23               PROSPECTIVE JUROR:  LEIGH SAKAGUCHI.  I HAVE A

24    QUESTION REGARDING NEXT MONDAY, THE 18TH.  WAS THAT ONE OF YOUR

25    STIPULATIONS?

```
1              THE COURT:  TRIAL DAY, YES, WE WILL BE IN TRIAL NEXT
2      MONDAY.
3              PROSPECTIVE JUROR:  OKAY.
4              THE COURT:  DO YOU HAVE A CONFLICT WITH THAT DATE?
5              PROSPECTIVE JUROR:  YEAH.  MY -- MY WIFE HAS A
6      PROCEDURE.
7              THE COURT:  I SEE.  IS YOUR NAME LEIGH SAKAGUCHI?
8      I'M SORRY.  SAY YOUR NAME AGAIN.
9              PROSPECTIVE JUROR:  SAKAGUCHI.
10             THE COURT:  OKAY.  THEN YOU ARE EXCUSED FOR HARDSHIP.
11     YOU CAN JUST TELL MR. YOUNGER THAT YOU'VE BEEN EXCUSED.
12             PROSPECTIVE JUROR:  ALL RIGHT.  THANK YOU.
13             THE COURT:  OKAY.  WHO ELSE?  DID YOU RAISE YOUR
14     HAND, SIR?  ANYONE ELSE IN THE FRONT ROW?
15          OKAY.  LET'S GO TO THE -- ALL RIGHT.  GO AHEAD, PLEASE.
16     JUST STAND UP AND STATE YOUR NAME.
17             PROSPECTIVE JUROR:  ANUPAM BHARGAVA.
18             THE COURT:  CAN YOU SPELL YOUR LAST NAME, PLEASE?
19             PROSPECTIVE JUROR:  YES.  B-H-A-R-G-A-V-A.
20             MR. SWARUUP:  YOUR HONOR, 42.
21             THE COURT:  42, OKAY, THANK YOU.
22          ALL RIGHT.  IF YOU WOULD PLEASE GO REPORT TO THE JURY
23     ASSEMBLY ROOM.
24          NEXT PERSON, PLEASE.
25             PROSPECTIVE JUROR:  ALVIN CHAN.
```

```
 1              MR. SWARUUP:  72, YOUR HONOR.

 2              THE COURT:  OKAY.  THANK YOU.

 3              PROSPECTIVE JUROR:  I'M ALSO UNAVAILABLE NEXT WEEK AS

 4     WELL.

 5              THE COURT:  WHAT IS YOUR CONFLICT?

 6              PROSPECTIVE JUROR:  MY WIFE IS 37 WEEKS PREGNANT.  WE

 7     HAVE A LOT OF DOCTOR APPOINTMENTS.

 8              THE COURT:  37 WEEKS?

 9              PROSPECTIVE JUROR:  YES.

10              THE COURT:  ALL RIGHT.  I'LL EXCUSE YOU FOR HARDSHIP.

11     YOU CAN TELL MR. YOUNGER THAT YOU ARE FREE TO LEAVE.

12         NEXT PERSON, LEASE.

13              PROSPECTIVE JUROR:  MARY BOURSIER, 02-0170.

14              THE COURT:  OKAY.  IF YOU WOULD PLEASE GO DOWN TO THE

15     JURY ASSEMBLY ROOM.

16         NEXT PERSON, PLEASE.

17              PROSPECTIVE JUROR:  CAROLYN BARKAS GROSS, JUROR

18     NUMBER 2.

19              MR. LEE:  YOUR HONOR, WE --

20              MR. PRICE:  CAN WE HAVE FOR NUMBERS ON THE LAST

21     PERSON?

22              MR. SWARUUP:  64 ON THE RANDOM LIST.

23              THE COURT:  ALL RIGHT.  CAROLYN BARKAS GROSS IS

24     NUMBER 73.  PLEASE GO TO THE JURY ASSEMBLY ROOM.

25         NEXT PERSON, PLEASE.
```

```
 1              PROSPECTIVE JUROR:  TODD ANDERSON.

 2              THE COURT:  TODD ANDERSON IS NUMBER 89.  PLEASE GO TO

 3    THE JURY ASSEMBLY ROOM.

 4              PROSPECTIVE JUROR:  SARA BATREZ.

 5              THE COURT:  HOW YOU DO YOU SPELL THE LAST NAME,

 6    PLEASE?

 7              PROSPECTIVE JUROR:  B-A-T-R-E-Z.

 8              THE CLERK:  NUMBER 45.

 9              THE COURT:  OKAY.  PLEASE GO TO THE JURY ASSEMBLY

10    ROOM.  THANK YOU.

11              PROSPECTIVE JUROR:  JEMMA ROSE FEDALIZO, NUMBER 94.

12              THE COURT:  WOULD YOU PLEASE SPELL THE LAST NAME?

13              PROSPECTIVE JUROR:  F, LIKE FRANK, E-D-A-L-I-Z-O.

14              MR. SWARUUP:  83, YOUR HONOR.

15              THE COURT:  IT'S WHICH NUMBER?

16              MR. SWARUUP:  83.

17              THE COURT:  OKAY, THANK YOU.  ALL RIGHT.  YOU'RE FREE

18    TO GO TO THE JURY ASSEMBLY ROOM, PLEASE.

19         NEXT PERSON, PLEASE.

20              PROSPECTIVE JUROR:  WARREN NISHIMOTO, JUROR NUMBER

21    02-0023.

22              THE CLERK:  NUMBER 13.

23              THE COURT:  OKAY.  PLEASE GO TO THE JURY ASSEMBLY

24    ROOM.

25              PROSPECTIVE JUROR:  AND YOUR HONOR, I HAVE VACATION
```

```
1    STARTING TOMORROW.

2              THE COURT:  YOU HAVE WHAT?

3              PROSPECTIVE JUROR:  VACATION STARTING TOMORROW.

4              THE COURT:  ROTATION?

5              PROSPECTIVE JUROR:  VACATION.

6              THE COURT:  VACATION, OH.  DO YOU HAVE PREPAID

7    TICKETS?

8              PROSPECTIVE JUROR:  YES.

9              THE COURT:  ALL RIGHT.  I'LL EXCUSE YOU.  YOU CAN

10   TELL MR. YOUNGER YOU'VE BEEN EXCUSED.

11        OKAY.  NEXT PERSON, PLEASE.

12             PROSPECTIVE JUROR:  NUMBER 02-00 --

13             THE COURT:  OUR NUMBERS UNFORTUNATELY DON'T MATCH UP.

14             PROSPECTIVE JUROR:  MARIELENA MURILLO, M-U-R-I-L-L-O.

15             THE CLERK:  NUMBER 16.

16             THE COURT:  ALL RIGHT.  NUMBER 16.  ALL RIGHT.  IF

17   YOU WOULD PLEASE GO TO THE JURY ASSEMBLY ROOM.

18        NEXT PERSON, PLEASE.

19             PROSPECTIVE JUROR:  TIM MORGAN, M-O-R-G-A-N.

20             MR. SWARUUP:  NUMBER 28, YOUR HONOR.

21             THE COURT:  THANK YOU.  ALL RIGHT.  PLEASE GO TO THE

22   JURY ASSEMBLY ROOM.

23             PROSPECTIVE JUROR:  CHESTER SANDBERG.  I HAVE A

24   PREPAID BUSINESS TICKET STARTING MONDAY.

25             MR. SWARUUP:  NUMBER 47, YOUR HONOR.
```

```
 1                    THE COURT:  OKAY.  HOW LONG IS THAT TRIP?

 2                    PROSPECTIVE JUROR:  IT'S A WEEK.

 3                    THE COURT:  ALL RIGHT.  I WILL EXCUSE YOU FOR

 4         HARDSHIP.

 5                    PROSPECTIVE JUROR:  THANK YOU.

 6                    THE COURT:  OKAY.  NEXT PERSON, PLEASE.

 7                    PROSPECTIVE JUROR:  MARIETTA ROMERO, 0091.

 8                    THE COURT:  UNFORTUNATELY, THE NUMBERS DON'T MATCH

 9         UP, SO I APPRECIATE IT, BUT --

10                    PROSPECTIVE JUROR:  AND I ALSO HAVE A PREPAID --

11                    THE COURT:  R-O-M-E-R-O.

12                    THE CLERK:  NUMBER 85.

13                    THE COURT:  OKAY, 85.

14                    PROSPECTIVE JUROR:  AND, YOUR HONOR, I ALSO HAVE A

15         PREPAID TICKET FOR A FLIGHT FOR NEXT WEEK.

16                    THE COURT:  I CAN'T HEAR YOU.  WHEN IS YOUR TRIP?

17                    PROSPECTIVE JUROR:  ON THE 21ST.

18                    THE COURT:  21ST, NEXT THURSDAY?

19                    PROSPECTIVE JUROR:  YES.

20                    THE COURT:  OKAY.  ALL RIGHT.  I'LL -- YOU'RE

21         MARIETTA ROMERO; CORRECT?

22                    PROSPECTIVE JUROR:  CORRECT.

23                    THE COURT:  OKAY.  I'LL EXCUSE YOU FOR HARDSHIP.

24                    PROSPECTIVE JUROR:  THANK YOU.

25                    THE COURT:  OKAY.  NEXT PERSON, PLEASE.
```

```
 1              PROSPECTIVE JUROR:  JOSEPHINE JUAREZ, MY NUMBER IS

 2    02-188.

 3              THE COURT:  OKAY.  I'M SORRY.  THE NUMBERS DON'T

 4    HELP.  BUT IF YOU COULD SPELL YOUR LAST NAME, THAT HELPS THE

 5    MOST.  IS IT J-U-A-R-E-Z?

 6              PROSPECTIVE JUROR:  J-U-A-R-E-Z.

 7              THE CLERK:  NUMBER 40.

 8              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  PLEASE GO

 9    TO THE JURY ASSEMBLY ROOM.

10              PROSPECTIVE JUROR:  OH, MY HUSBAND HAS A SMALL

11    BUSINESS AND I DO ALL THE OFFICE WORK --

12              THE COURT:  OKAY.  THOSE HARDSHIP REQUESTS I WILL

13    LISTEN TO LATER.

14              PROSPECTIVE JUROR:  NO, I HANDLE THE PAYROLL.  I DO

15    THE PAYROLL EVERY FRIDAY FOR HIM.

16              THE COURT:  I UNDERSTAND.  THOSE TYPES OF HARDSHIP

17    REQUESTS I WILL ENTERTAIN LATER.  ALL RIGHT.  THANK YOU.

18          YOU CAN LEAVE AND GO TO THE JURY ASSEMBLY ROOM, PLEASE.

19          THE QUICKER WE GET THIS DONE, WE SHOULD BE ABLE TO RELIEVE

20    EVERYONE HOPEFULLY BY THE END OF THE DAY, SO I'M TRYING TO

21    EXPEDITE THIS.

22          WHAT'S YOUR NAME, PLEASE?

23              PROSPECTIVE JUROR:  YIHHUA KIANG, K-I-A-N-G.

24              THE COURT:  K-I --

25              THE CLERK:  NUMBER 5.
```

```
 1              THE COURT:  OKAY.  PLEASE GO TO THE JURY ASSEMBLY
 2      ROOM.
 3          ALL RIGHT.  ANYONE ELSE FOR WHOM THIS SCHEDULE -- OH,
 4      PLEASE, GO AHEAD.  WHAT'S YOUR NAME.
 5              PROSPECTIVE JUROR:  LAST NAME P-A-N-D-E-Y.
 6              THE COURT:  OKAY.  SHE'S NUMBER 8.
 7          PLEASE GO TO THE JURY ASSEMBLY ROOM.
 8              PROSPECTIVE JUROR:  YOUR HONOR, I HAVE A REQUEST.
 9      I'M THE PRIMARY CARE GIVER FOR MY SENIOR --
10              THE COURT:  I'M SORRY.  THOSE REQUESTS I'LL HEAR
11      LATER.  PLEASE GO TO THE JURY ASSEMBLY ROOM.
12          THE FASTER WE GET THIS DONE, I CAN GET ALL 90 OF YOU MINUS
13      THE EIGHT.
14              PROSPECTIVE JUROR:  JUST ONE POINT, YOUR HONOR.
15      SHE'S GOING THROUGH CANCER TREATMENT AT UCSF.  I HAVE TO TAKE
16      HER THERE EVERY WEEK, EVERY TWO WEEKS, AND SHE'S SCHEDULED NEXT
17      WEEK.  SHE'S IN A CHEMO CYCLE RIGHT NOW.
18              THE COURT:  ALL RIGHT.  I WILL EXCUSE YOU FOR
19      HARDSHIP.
20              PROSPECTIVE JUROR:  THANK YOU.
21              THE COURT:  OKAY.  NEXT PERSON, PLEASE.
22              PROSPECTIVE JUROR:  JAZMIN MEZA, M-E-Z-A.
23              THE COURT:  A-U-T-A?
24              PROSPECTIVE JUROR:  M-E-Z-A.
25              THE CLERK:  NUMBER 56.
```

```
 1              THE COURT:  AH, OKAY.  PLEASE GO TO THE JURY ASSEMBLY

 2    ROOM.

 3         NEXT PERSON, PLEASE.

 4              PROSPECTIVE JUROR:  YOUR HONOR, YOLANDA MARTIN.  I

 5    HAVE A CONFLICT.  MY DAUGHTER HAS A DENTIST PROCEDURE ON THE

 6    22ND.

 7              THE COURT:  I'M NOT GOING TO EXCUSE YOU BASED ON THAT

 8    CONFLICT.  SO -- HAS ANYONE FOUND HER NAME AND NUMBER?

 9              THE CLERK:  YES, NUMBER 2.

10              MR. MCELHINNY:  NUMBER 2.

11              THE COURT:  OKAY.  THANK YOU.

12         PLEASE GO TO THE JURY ASSEMBLY ROOM.

13         ALL RIGHT.  NEXT PERSON.

14              PROSPECTIVE JUROR:  MICHAEL STEWART.  I'M CURRENTLY

15    VERY ILL.  I JUST STARTED THE ANTIBIOTICS YESTERDAY.  I'M

16    AFRAID I MAY GET THE REST OF THE JURORS ILL.

17              THE COURT:  WHAT DO YOU HAVE?

18              PROSPECTIVE JUROR:  EAR INFECTION COMBINED WITH UPPER

19    RESPIRATORY.

20              THE CLERK:  NUMBER 62.

21              PROSPECTIVE JUROR:  I'VE GOT ANTIBIOTICS FOR IT.  I

22    GOT IN TO SEE THE DOCTOR YESTERDAY, BUT IT'LL BE SEVERAL DAYS

23    BEFORE IT GETS BETTER, AT LEAST.

24              THE COURT:  ALL RIGHT.  I WILL EXCUSE YOU FOR

25    HARDSHIP BECAUSE I DON'T WANT YOU TO INFECT ANYONE ELSE.
```

```
 1                    PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.

 2                    THE COURT:  NEXT PERSON, PLEASE.

 3                    PROSPECTIVE JUROR:  JACOB YEMESGEN.

 4                    THE COURT:  COULD YOU SPELL YOUR LAST NAME, PLEASE?

 5                    PROSPECTIVE JUROR:  Y-E-M --

 6                    THE COURT:  YOUR LAST NAME IS Y-E-M --

 7                    MR. LEE:  71, YOUR HONOR.

 8                    THE COURT:  I SEE.  JACOB TEKLE?

 9                    PROSPECTIVE JUROR:  YES.

10                    THE COURT:  OKAY.  PLEASE GO TO THE JURY ASSEMBLY

11         ROOM.

12                    PROSPECTIVE JUROR:  I HAVE TO COME TO COURT --

13                    THE COURT:  I'M SORRY.  I'M GOING TO LISTEN TO THAT

14         REQUEST LATER IF YOU'RE CALLED UP.  OKAY?

15              ALL RIGHT.  NAME, PLEASE.

16                    PROSPECTIVE JUROR:  MAY I BE EXCUSED?

17                    THE COURT:  WHY?

18                    PROSPECTIVE JUROR:  BECAUSE I JUST GOT A JOB AND I

19         DON'T WANT MY BOSS TO LOOK BAD ON ME.

20                    THE COURT:  WHAT IS YOUR NAME?

21                    PROSPECTIVE JUROR:  HUYNH, H-U-Y-N-H.  THAT'S THE

22         LAST NAME.

23                    MR. SWARUUP:  NUMBER 61, YOUR HONOR.

24                    THE COURT:  I'M GOING TO ASK THAT YOU GO TO THE JURY

25         ASSEMBLY ROOM.  WE WILL TRY TO GET EVERYONE EXCUSED BY THE END
```

1      OF THE DAY.  OKAY.  THANK YOU.

2            ANYONE ELSE HAVE A CONFLICT WITH THE NEXT --

3                  PROSPECTIVE JUROR:  ESTHER HERNANDEZ.

4                THE COURT:  OKAY.  ALL RIGHT.  SHE'S NUMBER 38.

5            IF YOU WOULD PLEASE GO TO THE JURY ASSEMBLY ROOM.

6            ANYONE ELSE WHO HAS A CONFLICT WITH SERVING FOR THE NEXT

7      TWO WEEKS, POTENTIALLY TWO AND A HALF WEEKS, AND WHATEVER IS

8      NECESSARY?

9            OKAY.  THE RECORD SHOULD REFLECT THAT NO FURTHER HANDS

10     HAVE BEEN RAISED.

11           SO WE'RE ABOUT TO SEPARATE ALL OF YOU FURTHER.  WE'RE

12     DOING OUR BEST TO TRY TO GET THIS DONE AS QUICKLY AS POSSIBLE.

13           WHILE YOU ARE WAITING AND UNTIL YOU ARE EXCUSED, AS I SAID

14     BEFORE, YOU ARE STILL A POTENTIAL JUROR IN THIS CASE, SO ALL

15     THE RESTRICTIONS ABOUT DISCUSSING AND RESEARCHING THE CASE

16     APPLY TO YOU.

17           WHEN YOU GO TO YOUR VARIOUS LOCATIONS, YOU WILL BE GIVEN A

18     LIST OF WITNESSES AND LAW FIRMS THAT ARE INVOLVED IN THIS CASE.

19     I'D ASK YOU TO PLEASE REVIEW THAT LIST SO IF YOU ARE CALLED

20     BACK FOR THE FULL QUESTIONING, YOU WILL BE ABLE TO ANSWER

21     WHETHER YOU RECOGNIZE ANYONE ON THAT LIST.

22           NOW, FOR -- I'M GOING TO HAVE MS. PARKER BROWN CALL THE

23     FIRST 34 OF YOU TO TAKE THE SEATS I GUESS 1 THROUGH 5 HERE ON

24     THE LEFT AND THEN TAKE THE REMAINING THREE ROWS HERE IN THE

25     FRONT.

```
 1              THE CLERK:  ACTUALLY, THE 34 STARTS IN THE BOX.

 2              THE COURT:  OH, THAT'S FINE.  THAT'S FINE.

 3          AND THOSE OF YOU WHO ARE NOT CALLED INTO THE BOX, YOU WILL

 4     BE ESCORTED TO JUDGE GREWAL'S COURTROOM ON THE FOURTH FLOOR

 5     WHERE YOU WILL WAIT FOR FURTHER INSTRUCTIONS.

 6          IF WE CANNOT SELECT ENOUGH JURORS FROM OUR POOL OF 34 WHO

 7     REMAIN HERE, THEN WE WILL ACTUALLY BE BRINGING SOME OF YOU UP

 8     FOR FURTHER JURY SELECTION.

 9          SO WHY DON'T WE GO AHEAD, THEN, AND PLEASE CALL UP OUR 34.

10          I'M GOING TO APOLOGIZE TO THOSE OF YOU WHO ARE SEATED.

11     YOU WILL NEED TO RELINQUISH YOUR SEATS TO THOSE OF YOU WHO ARE

12     CALLED IN.

13              THE CLERK:  OKAY.  THE FIRST ONE IS THOMAS CHUN, AND

14      IF YOU WOULD GO --

15          (DISCUSSION OFF THE RECORD BETWEEN AND THE COURT AND THE

16     CLERK.)

17          (PAUSE IN PROCEEDINGS.)

18              THE CLERK:  SO MR. CHUN, THOMAS CHUN?

19              PROSPECTIVE JUROR:  MISS.

20              THE COURT:  OH, CHUN THOMAS, I'M SORRY.  IF YOU WILL

21      SEAT THE SEAT IN THE BACK BY THE WATER COOLER.

22          MICHAEL LEVAY; TRICIA HANCOCK; BARRY GOLDMAN-HALL;

23     MARGARET SMITH; MARYANN ARMIJO; WILLIAM SIGILLO; COLLEEN ALLEN,

24     MS. ALLEN, YOU'LL TAKE THE FIRST SEAT IN THE SECOND ROW THERE.

25          WAILUN KOK; JACQUELINE ARMOR; CHRISTINE KELLER;
```

```
1         MARGARET CAYE; CARMINA ESTORES; DIRK DE MOL; MARY ELLEN

2    CABANAYAN; WEI-LI WANG, MR. WANG, YOU'RE IN THE THIRD SEAT.

3              JUSTINE AGUILAR-BLAKE; KIRK DUNAVEN.

4              NOW WE'RE GOING TO START OVER HERE.

5              YAOCHING WANG; LORI GEISS-WOOD; ANDREW GRUBBS;

6    DANIEL BAWDON; RICHARD MERKLING; KEITH WATSON; ERIKA GARCIA;

7    JULIE WILDMAN; MARIA MIRANDA; BRENT NASEATH; ROSEMARY MARTINEZ;

8    LINDA BOHLERTALLEY; LAWRENCE GARLICK; CURTIS FUNDERBURK;

9    GENIE MILLER; AND DIANA KRAVEL.

10         (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

11    CLERK.)

12              THE COURT:  LORI GEISS-WOOD, WOULD YOU RAISE YOUR

13    HAND, PLEASE?  OKAY, THEN IT'S MR. GRUBBS, AND THEN MR. BAWDON,

14    MR. MERKLING.

15              THE CLERK:  MR. WATSON.

16              THE COURT:  OKAY.  BUT THEN I HAVE ERIKA GARCIA.

17              THE CLERK:  SHE'S THERE.

18         (PAUSE IN PROCEEDINGS.)

19              THE COURT:  OKAY.  NOW, LET ME ASK, OF THE 34 JURORS

20    WHO ARE HERE, CAN YOU RAISE YOUR HAND IF YOU HAVE HEARD ABOUT

21    THIS CASE BEFORE, APPLE V. SAMSUNG?  CAN YOU RAISE YOUR HAND?

22         OKAY.  THEN LET'S GO THE OPPOSITE WAY.

23         CAN YOU PLEASE RAISE YOUR HAND IF YOU HAVE NOT HEARD ABOUT

24    THIS CASE?

25         OKAY.  WHAT I'D LIKE TO DO ACTUALLY IS TO TAKE YOUR
```

```
 1    NAMES -- IF YOU WOULD PLEASE KEEP YOUR HANDS RAISED -- IF YOU

 2    HAVE NOT HEARD ABOUT THIS CASE BEFORE.

 3           SO I HAVE MR. GOLDMAN-HALL, OKAY; I HAVE MS. ARMIJO, OKAY;

 4    AND I HAVE MR. SIGILLO.  IS IT SIGILLO OR SIGILLO?

 5                 PROSPECTIVE JUROR:  SIGILLO.

 6                 THE COURT:  SIGILLO, OKAY.

 7        I HAVE, IS IT MS. ALLEN?

 8                 PROSPECTIVE JUROR:  YES, MA'AM.

 9                 THE COURT:  OKAY.  AND IS THAT MS. CAYE?

10                 PROSPECTIVE JUROR:  CAYE.

11                 THE COURT:  CAYE, ALL RIGHT.  THANK YOU.

12           AND I BELIEVE ONE OTHER HAND WAS RAISED ON THAT ROW.  NO?

13           OKAY.  SO THEN ON THE THIRD ROW, WE HAVE MS., IS IT

14    CABANAYAN?

15                 PROSPECTIVE JUROR:  YES.

16                 THE COURT:  OKAY.  THANK YOU.

17           AND WHAT ABOUT ON -- OVER HERE?  OKAY.  IF YOU WOULD

18    PLEASE JUST STATE YOUR NAMES.

19                 PROSPECTIVE JUROR:  LORI GEISS-WOOD.

20                 THE COURT:  ALL RIGHT.  THANK YOU.

21                 PROSPECTIVE JUROR:  DANNY BAWDON.

22                 THE COURT:  THANK YOU.  GO AHEAD, PLEASE, STATE YOUR

23     NAME.

24                 PROSPECTIVE JUROR:  MARIA MIRANDA.

25                 THE COURT:  ALL RIGHT.  THANK YOU.
```

```
 1              PROSPECTIVE JUROR:  BRENT NASEATH.

 2              THE COURT:  OKAY.  GIVE ME JUST ONE SECOND, PLEASE.

 3              PROSPECTIVE JUROR:  N, AS IN NANCY, A-S-E-A-T-H.

 4              THE COURT:  THANK YOU.  ALL RIGHT.

 5              PROSPECTIVE JUROR:  ROSEMARY MARTINEZ.

 6              THE COURT:  ALL RIGHT.  THANK YOU.  AND THEN WAS

 7      THERE -- THERE WAS ONE OTHER PERSON IN THE FRONT ROW.  IS THAT

 8      MS., IS IT BOHLERTALLEY?

 9              PROSPECTIVE JUROR:  YES.

10              THE COURT:  OKAY.  THANK YOU.

11          I AM GOING TO ASK -- ANNIE, ARE YOU TAKING THEM, OR

12      WHOEVER IS TAKING THEM TO JUDGE LLOYD'S COURTROOM.

13              MR. SWARUUP:  JOE IN THE BACK.

14              THE COURT:  ALL RIGHT.  IF YOU WOULD PLEASE STAND UP,

15      THOSE OF YOU WHO'VE RAISED YOUR HAND, THAT'S MR. GOLDMAN-HALL,

16      MS. ARMIJO, MS. ALLEN, MS. CAYE, MS. CABANAYAN, MS. GEISS-WOOD,

17      MR. BAWDON, MS. MIRANDA, MR. NASEATH, MS. MARTINEZ, AND

18      MS. BOHLERTALLEY, IF YOU WOULD PLEASE GO AND WAIT IN

19      JUDGE LLOYD'S COURTROOM.

20          ALL RIGHT.  SO HOW MANY DO WE HAVE WHO HAVE HEARD ABOUT

21      THE CASE?

22          WHY DON'T WE HAVE OUR FIRST ONE, TWO, THREE, FOUR, FIVE,

23      SIX, SEVEN, EIGHT, NINE, TEN, ELEVEN, IF YOU ALL WOULD PLEASE

24      GO TO THIS JURY ROOM RIGHT HERE AND WAIT, WE'RE GOING TO CALL

25      YOU OUT ONE BY ONE.  NOT YOU, SIR.  YOU'RE GOING TO GO TO A
```

```
 1      DIFFERENT ROOM.

 2              THE CLERK:  AND IF YOU COULD PLEASE LEAVE THE NUMBERS

 3        ON YOUR CHAIRS.

 4              THE COURT:  YES, PLEASE, IF YOU WOULD LEAVE THE

 5        SHEETS ON YOUR CHAIRS.

 6          ALL RIGHT.  THEN THE NEXT TEN, ONE, TWO, THREE, FOUR,

 7        FIVE, SIX, SEVEN, EIGHT, NINE, TEN, ALL OF YOU BUT YOU,

 8        MA'AM -- YOU WANT TO TAKE ALL ELEVEN?  WE DON'T HAVE CHAIRS FOR

 9        11.

10              MR. SWARUUP:  I'LL FIND A CHAIR.

11              THE COURT:  ALL RIGHT.  THEN ALL OF YOU WILL GO TO

12        THE SAME JURY ROOM.  THANK YOU.

13          ALL RIGHT.  LET'S BRING IN MS. THOMAS.

14              THE CLERK:  DO YOU WANT HER TO JUST SIT?  WE HAVE ONE

15        LEFT.

16              THE COURT:  NO, I THOUGHT HE SAID HE WAS GOING TO

17        TAKE ALL ELEVEN.

18              PROSPECTIVE JUROR:  SHOULD I GO WITH HIM?

19              THE COURT:  IF YOU WOULD PLEASE GO WITH HIM, HE'S

20        GOING TO PULL UP A CHAIR SO YOU CAN NOT HAVE TO BE IN SOLITARY

21        CONFINEMENT.

22              THE CLERK:  IF YOU COULD LEAVE THE NUMBER ON YOUR

23        CHAIR.

24              PROSPECTIVE JUROR:  THERE WAS NO NUMBER ON MY CHAIR.

25              THE CLERK:  I'LL FIND IT.  THANK YOU.
```

```
1               THE COURT:  AND THEN CAN YOU BRING OUT MS. THOMAS,

2     PLEASE.

3               MS. HILBY:  THANK YOU, YOUR HONOR.

4               THE COURT:  THANK YOU.

5               MR. PRICE:  YOUR HONOR, I THINK YOU WANTED TO ASK

6     THESE PEOPLE QUESTIONS INDIVIDUALLY, AND WE HAVE A NUMBER OF

7     POTENTIAL JURORS IN THE BACK.

8               THE COURT:  AH.  THEY ARE ALSO --

9               THE CLERK:  DO WE NEED TO SEND THEM AWAY?

10              THE COURT:  OH.  THE ONES WHO ARE NOT CALLED INTO THE

11    BOX WERE TO BE ESCORTED TO JUDGE GREWAL'S COURTROOM.

12         MAYBE ANNIE COULD DO THAT NOW.

13         ALL RIGHT.  ANNIE, IF YOU WOULD TAKE ALL OF THE JURORS WHO

14    WEREN'T CALLED TO JUDGE GREWAL'S COURTROOM?

15              MS. HILBY:  YES, YOUR HONOR.

16              THE COURT:  THANK YOU.

17              THE CLERK:  DO YOU WANT HER TO MOVE INTO ONE OF THE

18    CHAIRS OR SIT THERE?

19              THE COURT:  YOU CAN JUST TAKE ANY OF THE -- WHY DON'T

20    YOU JUST TAKE ONE OF THE CHAIRS ON THE SECOND ROW IN THE JURY

21    BOX, PLEASE.  THANK YOU.

22              THE CLERK:  AND THIS WILL HELP YOU KEEP YOUR VOICE

23    UP.

24              THE COURT:  ALL RIGHT.  DO WE HAVE ANY POTENTIAL

25    JURORS IN THE COURTROOM OTHER THAN MS. THOMAS?  NO.  OKAY.
```

```
 1            ALL RIGHT.  SO MS. THOMAS, WOULD YOU TELL US WHAT HAVE YOU
 2    HEARD ABOUT THE CASE?
 3                 PROSPECTIVE JUROR:  ACTUALLY, I'M NOT SURE IF I HEARD
 4    ABOUT THIS EXACTLY CASE.
 5                 THE COURT:  UH-HUH.
 6                 PROSPECTIVE JUROR:  I HEARD FROM THE NEWS ABOUT
 7    SAMSUNG AND APPLE CASES.  SO THAT'S WHY I -- I'M NOT SURE.
 8                 THE COURT:  ALL RIGHT.  WHAT -- DO YOU RECALL WHAT
 9    NEWS SOURCE YOU WERE LISTENING TO?  WAS IT ON THE --
10                 PROSPECTIVE JUROR:  PATENT ABOUT SMARTPHONE, LIKE --
11                 THE COURT:  SMARTPHONES?
12                 PROSPECTIVE JUROR:  YES.
13                 THE COURT:  OKAY.  AND DO YOU RECALL WHEN YOU HEARD
14    ANYTHING?
15                 PROSPECTIVE JUROR:  NOT TOO LONG AGO, A MONTH OR SO.
16                 THE COURT:  A MONTH OR SO AGO?
17                 PROSPECTIVE JUROR:  YES.
18                 THE COURT:  AND DO YOU RECALL WHAT, IF ANYTHING, YOU
19    HEARD?  YOU HEARD A PATENT CASE ABOUT SMARTPHONES BETWEEN APPLE
20    AND SAMSUNG.  DID YOU HEAR ANYTHING ELSE?
21                 PROSPECTIVE JUROR:  NO.  I -- YEAH.  I DON'T RECALL,
22    YES.
23                 THE COURT:  OKAY.  WHAT WAS YOUR SOURCE?  WOULD IT
24    HAVE BEEN RADIO, TV?
25                 PROSPECTIVE JUROR:  RADIO.
```

```
1              THE COURT:  RADIO?

2              PROSPECTIVE JUROR:  YES.

3              THE COURT:  OKAY.  SO YOU WERE JUST LISTENING TO THE

4      RADIO AND YOU HAPPENED TO HEAR THAT NEWS?

5              PROSPECTIVE JUROR:  YES.

6              THE COURT:  YOU WEREN'T SEARCHING FOR THAT

7      INFORMATION; CORRECT?

8              PROSPECTIVE JUROR:  NO.

9              THE COURT:  DO YOU HAVE ANY OPINION ABOUT THIS CASE?

10             PROSPECTIVE JUROR:  I'M NOT A 3C FAN.

11             THE COURT:  YOU'RE NOT A WHAT FAN?  I'M SORRY.

12             PROSPECTIVE JUROR:  I'M NOT A 3C PRODUCT FAN.

13             THE COURT:  3C, WHAT DO YOU MEAN BY THAT?

14             PROSPECTIVE JUROR:  LIKE A SMARTPHONE OR A TABLET OR

15     ANY KIND OF THESE FANCY --

16             THE COURT:  THE FANCY ELECTRONICS, YOU'RE NOT A FAN

17     OF ANY OF THAT?

18             PROSPECTIVE JUROR:  NO.

19             THE COURT:  OKAY.  DO YOU HAVE ANYTHING AGAINST THOSE

20     PRODUCTS, OR THAT'S JUST YOUR PERSONAL PREFERENCE?

21             PROSPECTIVE JUROR:  JUST MY PERSONAL PREFERENCE.

22             THE COURT:  OKAY.  WOULD YOUR PERSONAL PREFERENCE

23     AGAINST SMARTPHONES OR TABLETS AFFECT YOUR ABILITY TO BE A FAIR

24     JUROR IN THIS CASE?

25             PROSPECTIVE JUROR:  I DON'T THINK SO.
```

```
 1              THE COURT:  ALL RIGHT.  DID YOU -- SO DID YOU HEAR
 2   ANYTHING ABOUT THE OUTCOME OF ANY OF THIS, OR NOTHING?  YOU
 3   DON'T HAVE ANY INFORMATION ABOUT THIS DISPUTE?
 4              PROSPECTIVE JUROR:  NO.
 5              THE COURT:  OKAY.  ALL RIGHT.  HAVE YOU TALKED ABOUT
 6   THE APPLE V. SAMSUNG CASE WITH ANYONE ELSE?
 7              PROSPECTIVE JUROR:  NO.
 8              THE COURT:  HAS ANYONE ELSE SHARED THEIR OPINION
 9   ABOUT THIS CASE WITH YOU?
10              PROSPECTIVE JUROR:  NO.
11              THE COURT:  ALL RIGHT.  ANY ADDITIONAL QUESTION,
12   MR. LEE?
13              MR. LEE:  NO, YOUR HONOR.
14              THE COURT:  ANY ADDITIONAL QUESTION, MR. PRICE?
15              MR. PRICE:  NO, YOUR HONOR.
16              THE COURT:  ALL RIGHT.  MS. THOMAS, THANK YOU SO
17   MUCH.  I'M GOING TO ASK YOU, PLEASE -- YOU'RE GOING TO GET IN
18   THERE -- OH, NO, YOU'RE GOING TO GO TO JUDGE LLOYD'S COURTROOM.
19   IF PEOPLE ASK YOU, "WHAT HAPPENED?  WHAT DID THEY ASK YOU?"
20   YOU'RE GOING TO HAVE TO SAY, "I'M SORRY.  I WAS TOLD I CANNOT
21   DISCUSS THIS CASE.  OKAY?
22              PROSPECTIVE JUROR:  ALL RIGHT.
23              THE CLERK:  AND IF YOU COULD LEAVE THE MICROPHONE ON
24   THE CHAIR, THAT'S FINE.
25              PROSPECTIVE JUROR:  SO I GO WITH HIM?
```

```
 1                    THE CLERK:  YES.

 2                    THE COURT:  MR. LEVAY.

 3             ALL RIGHT.  MS. THOMAS HAS LEFT THE COURTROOM.  LET'S

 4      BRING IN MR. LEVAY.

 5                    THE CLERK:  HE'S COMING.  IT'S KIND OF TIGHT IN

 6      THERE.

 7                    THE COURT:  I'M SORRY?

 8                    THE CLERK:  IT'S KIND OF TIGHT IN THERE.

 9             (JUROR LEVAY PRESENT.)

10                    PROSPECTIVE JUROR:  WHERE DO I SIT?

11                    THE COURT:  YOU CAN SIT IN THE SECOND ROW OF THE JURY

12      BOX, PLEASE.

13                    PROSPECTIVE JUROR:  SURE.

14                    THE CLERK:  WHERE THE MICROPHONE IS ON THE CHAIR.

15                    THE COURT:  CAN YOU CLOSE THAT JURY ROOM DOOR,

16      PLEASE.  IS THAT DOOR CLOSED?  IS IT CLOSED?

17                    THE CLERK:  IT ISN'T CLOSED QUITE ALL THE WAY BECAUSE

18      OF THE WIRING.

19                    THE COURT:  OKAY.  THAT CLOSES.

20             ALL RIGHT.  WELCOME.  IS YOUR NAME PRONOUNCED LEVAY?

21                    PROSPECTIVE JUROR:  YES, IT IS.

22                    THE COURT:  ALL RIGHT.  THANK YOU.  MR. LEVAY, WHAT

23      HAVE YOU HEARD ABOUT THIS CASE?

24                    PROSPECTIVE JUROR:  I KNOW THAT APPLE AND SAMSUNG

25      HAVE BEEN SUING ONE ANOTHER FOR PATENT INFRINGEMENT, AND THAT
```

```
 1        THERE WAS A CASE A WHILE AGO, AND I DON'T KNOW EXACTLY WHEN, IT

 2        WAS ADJUDICATED IN FAVOR OF APPLE AND THAT THERE IS STILL SOME

 3        QUESTION ABOUT THE AMOUNT.  THAT'S WHAT I --

 4              THE COURT:  OH, I'M SORRY.  CAN YOU WAIT ONE SECOND?

 5          WE NEED THAT DOOR CLOSED.

 6              MS. HILBY:  OKAY.  SORRY, YOUR HONOR.

 7              THE COURT:  THAT'S OKAY.

 8          ALL RIGHT.

 9              PROSPECTIVE JUROR:  I DON'T KNOW THE DETAILS OF WHY

10        IT WAS ADJUDICATED ONE WAY OR ANOTHER, BUT SIMPLY THAT THERE IS

11        STILL SOME ISSUE ABOUT THE AMOUNT OF THE SETTLEMENT.

12              THE COURT:  FROM WHAT SOURCES DID YOU HEAR ABOUT THIS

13        CASE?

14              PROSPECTIVE JUROR:  IT'S REPORTED ON A VARIETY OF

15        SOURCES, BUSINESS NEWS AND THAT SORT OF THING.

16              THE COURT:  SO DID YOU SEE IT ON THE INTERNET OR

17        THROUGH THE RADIO, TELEVISION, NEWSPAPER?

18              PROSPECTIVE JUROR:  TELEVISION.

19              THE COURT:  OKAY.

20              PROSPECTIVE JUROR:  AND INTERNET, JUST SORT OF BLURBS

21        THAT ARE ON "CNN" OR "NEW YORK TIMES" OR SOMETHING.

22              THE COURT:  WERE YOU SPECIFICALLY SEARCHING FOR

23        INFORMATION ABOUT THE CASE?

24              PROSPECTIVE JUROR:  NO.

25              THE COURT:  OR DID THAT SORT OF COME UP ON YOUR NEWS
```

```
1        HOME PAGE OR SOMETHING LIKE THAT?

2                PROSPECTIVE JUROR:  NO, NO.  IT JUST SHOWS UP.

3                THE COURT:  OKAY.

4                PROSPECTIVE JUROR:  I'M NOT PARTICULARLY CURIOUS

5        ABOUT IT.

6                THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

7        THE CASE OR THE OUTCOME OF THE CASE?

8                PROSPECTIVE JUROR:  NO.

9                THE COURT:  ALL RIGHT.  HAVE YOU TALKED ABOUT THE

10       CASE WITH ANYONE ELSE?

11               PROSPECTIVE JUROR:  NO.

12               THE COURT:  HAS ANYONE --

13               PROSPECTIVE JUROR:  I MEAN, TO THE EXTENT THAT

14       FRIENDS OF MINE WOULD SAY, YOU KNOW, THAT IT'S GOING ON, THAT

15       THERE IS THIS LAWSUIT, YOU KNOW, THESE PATENT FIGHTS.  THEY

16       HAPPEN IN TECH QUITE OFTEN, SO --

17               THE COURT:  ARE YOU, YOURSELF, IN TECH?

18               PROSPECTIVE JUROR:  I'M RETIRED.

19               THE COURT:  I SEE.  BUT WHAT DID YOU DO BEFORE YOU

20       WERE RETIRED?

21               PROSPECTIVE JUROR:  I WORKED FOR LOCKHEED MARTIN.

22               THE COURT:  I SEE.  ARE YOU AN ENGINEER?

23               PROSPECTIVE JUROR:  YES.  I -- MY DEGREE IS IN

24       PHYSICS AND I WORKED FOR LOCKHEED FOR 44 YEARS.  MY LAST

25       POSITION WAS AS A MANAGER.
```

```
 1              THE COURT:  ALL RIGHT.  HAS ANYONE SHARED THEIR
 2    OPINION ABOUT THE CASE WITH YOU?  I KNOW YOU SAID YOU GENERALLY
 3    SPOKE ABOUT THE CASE AND THAT IT WAS HAPPENING.
 4              PROSPECTIVE JUROR:  NO.
 5              THE COURT:  NO.
 6              PROSPECTIVE JUROR:  THE PEOPLE, AS YOU MAY KNOW,
 7    DISCUSSED THE SILLINESS OF THE PATENT FIGHT THAT IS GO BACK AND
 8    FORTH.
 9              THE COURT:  DO YOU HAVE ANY STRONG FEELINGS ABOUT
10    PATENT LITIGATION OR OUR PATENT SYSTEM --
11              PROSPECTIVE JUROR:  NO.
12              THE COURT:  -- THAT WOULD AFFECT YOUR ABILITY TO BE
13    FAIR?
14              PROSPECTIVE JUROR:  WELL, I THINK THAT -- NO, NOT MY
15    ABILITY TO BE FAIR.
16              THE COURT:  OKAY.  BUT WHAT DO YOU THINK ABOUT IT?
17              PROSPECTIVE JUROR:  I UNDERSTAND THAT PATENT LAW
18    PROTECTS PEOPLE'S INTELLECTUAL PROPERTY AND IT'S A GOOD THING
19    THAT WE HAVE IT.
20              THE COURT:  OKAY.  BUT WHAT ASPECT OF IT DO YOU THINK
21    IS SILLY?
22              PROSPECTIVE JUROR:  THAT THERE SEEMS TO BE A LOT OF
23    TIME AND ENERGY THAT'S SPENT GOING BACK AND FORTH ABOUT THE
24    RIGHTS TO IDEAS THAT SEEM TO BE, YOU KNOW, RELATIVELY WIDELY
25    KNOWN.
```

```
1                    THE COURT:  OKAY.  DO YOU THINK THE IDEAS IN THIS

2     CASE ARE WIDELY KNOWN?

3                    PROSPECTIVE JUROR:  I DON'T KNOW THE SPECIFICS ABOUT

4     THIS CASE.

5                    THE COURT:  I SEE.  ALL RIGHT.  DO YOU HAVE ANY

6     OPINION ABOUT THE OUTCOME OF THIS CASE, EITHER PREVIOUS OR NOW?

7                    PROSPECTIVE JUROR:  NO.

8                    THE COURT:  OKAY.  ALL RIGHT.  WILL YOU BE A FAIR AND

9     IMPARTIAL JUROR IN THIS CASE IF YOU'RE SELECTED?

10                   PROSPECTIVE JUROR:  OH, I BELIEVE I CAN BE, YES.

11                   THE COURT:  ALL RIGHT.  MR. LEE?

12                   MR. LEE:  NOTHING, YOUR HONOR.

13                   THE COURT:  MR. PRICE?

14                   MR. PRICE:  NO QUESTIONS, YOUR HONOR.

15                   THE COURT:  ALL RIGHT.  THEN I'M GOING TO ASK,

16    MR. LEVAY, THAT YOU PLEASE GO WITH MR. AUDAL HERE, YOU'RE GOING

17    TO WAIT IN JUDGE LLOYD'S COURTROOM.

18        CORRECT, MR. SWARUUP?

19                   MR. SWARUUP:  YES.

20                   THE COURT:  SAME ADMONITIONS, PLEASE, SIR.  WHEN THEY

21    ASK YOU WHAT HAPPENED AND WHAT YOU WERE ASKED, YOU SHOULD JUST

22    TELL THEM "I'VE BEEN INSTRUCTED NOT TO TALK ABOUT THE CASE."

23    ALL RIGHT?

24                   PROSPECTIVE JUROR:  YES.

25                   THE COURT:  THANK YOU.
```

```
 1          ALL RIGHT.  THEN IF YOU COULD PLEASE, AFTER MR. LEVAY

 2    LEAVES, WE'LL BRING IN MS. HANCOCK.

 3          MR. SWARUUP:  OKAY.

 4       (JUROR HANCOCK PRESENT.)

 5          THE COURT:  IF YOU CAN TAKE A SEAT IN THE SECOND ROW,

 6    THERE SHOULD BE A MICROPHONE ON THE CHAIR.  IS THERE NO

 7    MICROPHONE ON THE CHAIR?  IT'S OKAY IF YOU SPEAK LOUDLY.

 8          AH, THANK YOU, MS. HILBY.

 9       OKAY.  MS. HANCOCK, WHAT HAVE YOU HEARD ABOUT THIS CASE?

10          PROSPECTIVE JUROR:  WELL, MY HUSBAND LISTENS TO THE

11    NEWS CONSTANTLY, SO I HEAR, YOU KNOW, THAT IT'S A CASE

12    AGAINST -- WELL, BROUGHT UP BY SAMSUNG AGAINST APPLE, OR -- NO,

13    APPLE AGAINST SAMSUNG FOR COPYING OR INFRINGING ON THEIR DESIGN

14    FOR THE SMARTPHONE FROM WHAT I UNDERSTAND.

15          THE COURT:  OKAY.  AND DID YOUR HUSBAND TELL YOU

16    ABOUT THIS NEWS OR DID YOU HEAR IT YOURSELF?

17          PROSPECTIVE JUROR:  BOTH.

18          THE COURT:  BOTH?  WHAT WAS YOUR HUSBAND'S SOURCE OF

19    INFORMATION?  WAS IT RADIO?  NEWSPAPER?  TV?

20          PROSPECTIVE JUROR:  ALL.  ALL.

21          THE COURT:  ALL, OKAY.  AND WHAT SOURCES DID YOU,

22    YOURSELF, HEAR ABOUT THE CASE FROM?

23          PROSPECTIVE JUROR:  NEWSPAPER MOSTLY, MOSTLY FROM

24    READING THE NEWSPAPER.

25          THE COURT:  OKAY.  DO YOU -- AND DO YOU RECALL WHEN
```

```
1        YOU READ THE NEWSPAPER?

2               PROSPECTIVE JUROR:  WELL, I DON'T REALLY RECALL EXACT

3        DATES, BUT WITHIN THE LAST MAYBE FEW MONTHS.

4               THE COURT:  OKAY.  AND WERE YOU -- HOW DID YOU COME

5        UPON THAT?  WERE YOU JUST READING THE PAPER OR WERE YOU

6        ACTUALLY LOOKING FOR INFORMATION ABOUT THIS CASE?

7               PROSPECTIVE JUROR:  NO, NO.  I WAS JUST READING THE

8        PAPER.

9               THE COURT:  OKAY.  AND FOR YOUR HUSBAND, WAS HE

10       SEARCHING FOR INFORMATION ABOUT THIS CASE, OR HE WAS JUST

11       GENERALLY --

12              PROSPECTIVE JUROR:  GENERALLY.

13              THE COURT:  -- LEARNING ABOUT THE NEWS?

14              PROSPECTIVE JUROR:  YEAH.  HE JUST LISTENS, READS.

15              THE COURT:  ALL RIGHT.  DOES YOUR HUSBAND HAVE AN

16       OPINION ABOUT THIS CASE?

17              PROSPECTIVE JUROR:  I DON'T KNOW.  I HAVEN'T REALLY

18       DISCUSSED IT WITH HIM.

19              THE COURT:  ALL RIGHT.  HAVE YOU DISCUSSED THIS CASE

20       WITH ANYONE ELSE?

21              PROSPECTIVE JUROR:  NO.

22              THE COURT:  HAS ANYONE ELSE SHARED THEIR OPINION

23       ABOUT THIS CASE WITH YOU?

24              PROSPECTIVE JUROR:  I HAVE A VAGUE RECOLLECTION OF

25       SOMEONE WHO HAS A SAMSUNG DEVICE TALKING TO ME ABOUT IT.
```

```
 1                THE COURT:  AND DO YOU RECALL WHAT THEY SAID?

 2                PROSPECTIVE JUROR:  JUST THAT THEY WERE HAPPY WITH

 3     THEIR SAMSUNG.

 4                THE COURT:  DO YOU HAVE AN OPINION ABOUT THIS CASE?

 5                PROSPECTIVE JUROR:  NO, I DON'T.

 6                THE COURT:  OKAY.  CAN YOU BE A FAIR AND IMPARTIAL

 7     JUROR?

 8                PROSPECTIVE JUROR:  I THINK SO.

 9                THE COURT:  OKAY.  ANY QUESTIONS FROM MR. LEE?

10                MR. LEE:  NO, YOUR HONOR.

11                THE COURT:  ANY QUESTIONS FROM MR. PRICE?

12                MR. PRICE:  NO, YOUR HONOR.

13                THE COURT:  ALL RIGHT.  MS. HANCOCK, I'M GOING TO

14     THANK YOU.  IF YOU WOULD PLEASE GO TO JUDGE LLOYD'S COURTROOM,

15     MR. AUDAL WILL TAKE YOU THERE, AND PLEASE DON'T DISCUSS THE

16     CASE WITH ANYONE EVEN IF THEY'RE CURIOUS ABOUT WHAT I ASKED

17     YOU.

18                PROSPECTIVE JUROR:  OKAY.

19                THE COURT:  ALL RIGHT.  THANK YOU.

20          (JUROR SMITH PRESENT.)

21                THE COURT:  OKAY.  MS. SMITH, IF YOU WOULD PLEASE

22     TAKE A SEAT THERE ON THE SECOND ROW, THAT ROW, THAT ONE IS

23     PERFECT.  IS THERE A MICROPHONE ON YOUR CHAIR?

24                PROSPECTIVE JUROR:  IT'S RIGHT HERE.

25                THE COURT:  OKAY.  THANK YOU.
```

```
 1            ALL RIGHT.  MS. SMITH, WHAT HAVE YOU HEARD ABOUT THIS

 2    CASE?

 3            PROSPECTIVE JUROR:  IT WAS A WHILE AGO, SO NOT ALL

 4    THE PARTICULARS COME TO MIND.  I REMEMBER HEARING -- I BELIEVE

 5    IT WAS SAMSUNG SUING APPLE, I DON'T REMEMBER WHY, AND HONESTLY

 6    I THOUGHT IT WAS OVER.  I HAVEN'T HEARD -- IT WAS, I BELIEVE,

 7    MID LAST YEAR, LATE LAST YEAR.

 8            THE COURT:  ALL RIGHT.  FROM WHAT SOURCES DID YOU

 9    LEARN OR HEAR ABOUT THE CASE?

10            PROSPECTIVE JUROR:  PROBABLY THROUGH A YAHOO FEED.

11            THE COURT:  ALL RIGHT.  AND WERE YOU SEARCHING FOR

12    INFORMATION ABOUT THIS CASE?

13            PROSPECTIVE JUROR:  NO, NO.

14            THE COURT:  OR IT JUST SORT OF CAME TO YOU?

15            PROSPECTIVE JUROR:  IT CAME.  IT WAS ONE OF THOSE

16    LITTLE SPLASHES.

17            THE COURT:  AND DO YOU KNOW ANY OF THE OUTCOMES OF

18    THE CASE OR ANYTHING LIKE THAT?

19            PROSPECTIVE JUROR:  NO, I DO NOT.

20            THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

21    THE CASE?

22            PROSPECTIVE JUROR:  I REMEMBER THINKING AT THE TIME

23    THAT APPLE WAS POSSIBLY GOING TO GET IT, BUT I HONESTLY THAT'S

24    ALL I REMEMBER.  THAT JUST CAME TO LIGHT WHEN I WAS SITTING

25    THERE.
```

1          BUT WHEN I FIRST HEARD ABOUT THE TWO NAMES OF THE CASE,

2     THE RECOLLECTION THAT I'D HEARD ABOUT THE CASE DIDN'T COME TO

3     MIND AND I DON'T FEEL NOW THAT THERE'S A PARTICULAR SWAY ONE

4     WAY OR THE OTHER.  I JUST REMEMBER THAT FEELING AT THAT TIME.

5          BUT I DON'T, YOU KNOW --

6               THE COURT:  OKAY.  HAVE YOU TALKED ABOUT THIS CASE

7     WITH ANYONE ELSE?

8               PROSPECTIVE JUROR:  NO.

9               THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE

10    CASE WITH YOU?

11              PROSPECTIVE JUROR:  NO, THEY HAVE NOT.

12              THE COURT:  ALL RIGHT.  DO YOU RECALL WHAT YOUR

13    FEELING THAT APPLE WAS GOING TO GET IT, WHAT THAT WAS BASED ON?

14              PROSPECTIVE JUROR:  THAT THEY WOULD LOSE.

15              THE COURT:  OH, YOU THOUGHT THAT APPLE WAS GOING TO

16    LOSE?

17              PROSPECTIVE JUROR:  YEAH.

18              THE COURT:  OKAY.

19              PROSPECTIVE JUROR:  AS I SAID, I DON'T REMEMBER THE

20    PARTICULARS.  I WANT TO THINK THAT IT HAD SOMETHING TO DO WITH

21    TABLETS, BUT I'M NOT ABSOLUTELY CERTAIN.  THAT'S ABOUT AS MUCH

22    AS I CAN REMEMBER.

23              THE COURT:  OKAY.  ALL RIGHT.  AND ANY FEELING YOU

24    HAD ABOUT THE CASE WAS BASED ON WHAT YOU READ IN THE NEWS?

25              PROSPECTIVE JUROR:  YES.

```
 1                    THE COURT:  OKAY.

 2                    PROSPECTIVE JUROR:  YES, YES.

 3                    THE COURT:  ALL RIGHT.  MR. LEE, ANY QUESTIONS?

 4               MR. LEE:  NONE, YOUR HONOR.

 5                    THE COURT:  MR. PRICE, ANY QUESTIONS?

 6               MR. PRICE:  NO QUESTIONS, YOUR HONOR.

 7                    THE COURT:  ALL RIGHT.  MS. SMITH, THANK YOU.  YOU'RE

 8      GOING TO GO WITH MR. AUDAL TO JUDGE LLOYD'S COURTROOM AND WAIT

 9      THERE UNTIL WE CALL YOU BACK, AND IF THEY ASK YOU WHAT YOU WERE

10      ASKED ABOUT, IF YOU WOULD PLEASE TELL THEM THAT YOU WERE

11      INSTRUCTED NOT TO TALK ABOUT THE CASE.

12                    PROSPECTIVE JUROR:  YES.

13                    THE COURT:  ALL RIGHT.  THANK YOU.

14           ALL RIGHT.  SO WE NEED NOW WAILUN KOK.

15           (JUROR KOK PRESENT.)

16           ALL RIGHT.  MR. -- ALL THE JURORS HAVE LEFT THE COURTROOM.

17           MR. KOK -- AND I'LL JUST PUT ON THE RECORD THAT WHEN WE'VE

18      BEEN INDIVIDUALLY VOIR DIRING EACH PERSON, THERE HAVE BEEN NO

19      OTHER POTENTIAL JURORS IN THE COURTROOM.

20           OKAY.  MR. KOK, WHAT HAVE YOU HEARD ABOUT THE CASE?

21                    PROSPECTIVE JUROR:  I HEARD ABOUT IT AND I KNOW, I

22      KNOW IT'S SOMEWHAT SIMILAR TO THE FIRST ONE THAT HAPPENED A

23      FEWER YEARS BACK, WHICH IS APPLE IS SUING SAMSUNG FOR PATENT

24      INFRINGEMENT.

25                    THE COURT:  AND WHAT DID YOU HEAR ABOUT THE FIRST
```

1      CASE?

2                  PROSPECTIVE JUROR:  WHAT DID I HEAR ABOUT THE FIRST

3      CASE?  SAMSUNG LOST.  IT WAS A FIND FOR BILLIONS OF DOLLARS FOR

4      PATENT INFRINGEMENT.

5                  THE COURT:  DO YOU HAVE AN OPINION ABOUT THE CASE?

6                  PROSPECTIVE JUROR:  ON THE FIRST ONE?

7                  THE COURT:  YES, LET'S DO THE FIRST ONE FIRST.

8                  PROSPECTIVE JUROR:  YES, I DO.

9                  THE COURT:  WHAT'S THAT OPINION?

10                 PROSPECTIVE JUROR:  I DON'T COMPLETELY AGREE WITH

11     THAT.

12                 THE COURT:  OKAY.  AND WHAT IS YOUR DISAGREEMENT

13     BASED ON?

14                 PROSPECTIVE JUROR:  SOME OF THE PATENTS ARE TOO

15     VAGUE, WHICH I DON'T THINK THEY SHOULD BE PASSED IN THE FIRST

16     PLACE.

17                 THE COURT:  OKAY.  AND WHAT ABOUT WITH REGARD TO WHAT

18     YOU'RE REFERRING TO AS THE SECOND CASE?  WHAT HAVE YOU HEARD

19     ABOUT THE SECOND CASE?

20                 PROSPECTIVE JUROR:  ACTUALLY, THAT'S AS MUCH AS I

21     HEARD.  IT'S ABOUT APPLE SUING SAMSUNG, AND THEN IT'S SOMEWHAT

22     RELATED TO THE FUTURE PRODUCTS AS WELL.  THAT'S WHAT I KNOW.

23                 THE COURT:  OKAY.  AND I'M SORRY IF I DIDN'T ASK YOU,

24     WHAT ARE YOUR SOURCES OF INFORMATION ABOUT THE CASE?

25                 PROSPECTIVE JUROR:  RADIO NEWS, INTERNET, "CNN" AND

```
 1         THINGS LIKE THAT.

 2               THE COURT:  ALL RIGHT.  AND WERE YOU SEARCHING FOR

 3         INFORMATION ABOUT THE CASE OR DID YOU JUST HAPPEN TO COME UPON

 4         IT AS YOU WERE, YOU KNOW, READING THE INTERNET OR --

 5               PROSPECTIVE JUROR:  JUST MY HOBBY.  I LIKE TO BE ON

 6         TOP OF NEWS, AND ESPECIALLY TECHNOLOGY.

 7               THE COURT:  I SEE.  ARE YOU IN TECHNOLOGY YOURSELF?

 8               PROSPECTIVE JUROR:  YES.

 9               THE COURT:  OKAY.  SO YOU WERE SEARCHING FOR NEWS

10         ABOUT THIS CASE?

11               PROSPECTIVE JUROR:  YEAH, I WAS LOOKING IT UP, YEAH.

12               THE COURT:  OKAY.

13               PROSPECTIVE JUROR:  I WAS LOOKING IT UP.

14               THE COURT:  I SEE.  HAVE YOU TALKED ABOUT ANY OF THE

15         APPLE V. SAMSUNG CASES WITH OTHER PEOPLE?

16               PROSPECTIVE JUROR:  NO, NOT --

17               THE COURT:  HAS ANYONE SHARED THEIR VIEWS ABOUT ANY

18         OF THE APPLE V. SAMSUNG CASES WITH YOU?

19               PROSPECTIVE JUROR:  NO.

20               THE COURT:  OKAY.  CAN YOU BE A FAIR AND IMPARTIAL

21         JUROR IN THIS CASE?

22               PROSPECTIVE JUROR:  I WILL TRY.

23               THE COURT:  YOU WILL TRY.  WHAT IS YOUR HESITATION

24         BASED ON?

25               PROSPECTIVE JUROR:  I JUST HAVE PERSONAL OPINIONS
```

```
1    ABOUT SOME OF THESE PATENTS AND HOW THEY'RE BEING DONE, AND

2    JUST BEING A SOFTWARE DEVELOPER MYSELF, I DON'T LIKE SOME OF

3    THIS, YOU KNOW, HOW THINGS ARE BEING PASSED AND HOW SOME OF

4    THESE PATENTS ARE BEING USED FOR, FOR WHAT THEY CALL

5    PROTECTIONS.

6              THE COURT:  FOR WHOM DO YOU WORK?

7              PROSPECTIVE JUROR:  VMWARE.

8              THE COURT:  ALL RIGHT.  AND IF I GIVE YOU AN

9    INSTRUCTION THAT YOU HAVE TO ACCEPT THAT A PATENT IS VALID, CAN

10   YOU FOLLOW THAT INSTRUCTION?

11             PROSPECTIVE JUROR:  OKAY.

12             THE COURT:  EVEN IF YOU PERSONALLY THINK THERE'S

13   NOTHING NOVEL HERE, THAT THE PTO NEVER SHOULD HAVE ISSUED A

14   PATENT?

15             PROSPECTIVE JUROR:  I WILL TRY.  THAT'S AS FAR AS I

16   CAN SAY.

17             THE COURT:  OKAY.  ANY QUESTIONS, MR. LEE?

18             MR. LEE:  JUST ONE.

19        WHEN YOU SAY THAT YOUR CONCERN IS THAT THE PATENTS ARE TOO

20   VAGUE, WOULD YOU TELL ME A LITTLE BIT MORE ABOUT WHAT YOU

21   MEANT?

22             PROSPECTIVE JUROR:  I DON'T REMEMBER THE SPECIFICS,

23   BUT THEN I THINK A FEW EXAMPLES, ONE EXAMPLE IS YAHOO WAS SUING

24   OTHER COMPANIES FOR INFRINGING THEIR PATENTS BECAUSE THEY OWN

25   THE PATENTS WHICH SAYS, WELL, IF YOU HAVE THE WEBSITE THAT'S
```

1    DEDICATED, THAT THE CONTENT IN THERE IS SPECIFIC TAILORED TO

2    THE USERS, THEN YOU -- YOU KNOW, THEN THEY ACTUALLY HAVE A

3    PATENT AGAINST IT, I MEAN PROTECTING IT.  AND THEN IF YOU

4    ACTUALLY HAVE A WEBSITE THAT DOES SIMILAR THINGS, THEN YOU'RE

5    INFRINGING ON THEIR PATENTS.

6         SO THAT WOULD BE ONE EXAMPLE THAT I THINK THE PATENTS ARE

7    TOO VAGUE, WHICH THEY SHOULD NOT HAVE BEEN PASSED IN THE FIRST

8    PLACE.

9              MR. LEE:  THANK YOU, YOUR HONOR.

10             THE COURT:  MR. PRICE, ANY QUESTIONS?

11             MR. PRICE:  SIR, IF YOU'RE TOLD BY THE COURT THAT

12   ANOTHER JURY HAS FOUND THAT THE PATENT'S VALID, IT'S BEEN

13   INFRINGED, AND THE QUESTION IS DAMAGES --

14             PROSPECTIVE JUROR:  UM-HUM.

15             MR. PRICE:  -- THAT'S THE ONLY QUESTION BEFORE YOU IS

16   WHAT SHOULD THE PAYMENT BE, DO YOU THINK YOU CAN BE FAIR IN

17   DETERMINING WHAT THE AMOUNT OF DAMAGE WAS?

18             PROSPECTIVE JUROR:  THAT -- TO BE HONEST WITH YOU,

19   THAT WOULD BE HARD FOR ME TO DO, BECAUSE IN THE FIRST PLACE, I

20   DON'T BELIEVE IN THE PATENTS, AND IF THAT'S THE CASE, THAT'S

21   GOING TO AFFECT HOW MUCH DAMAGES IS GOING TO -- THERE'S GOING

22   TO BE.

23             MR. PRICE:  I'M ALLOWED ONE QUESTION.

24             PROSPECTIVE JUROR:  OKAY.

25             THE COURT:  DO YOU WANT TO FOLLOW UP, MR. LEE?

```
1            MR. LEE:  NO, YOUR HONOR.
2            THE COURT:  SO IF YOU DON'T BELIEVE IN THE PATENT,
3     IT'S GOING TO BE DIFFICULT FOR YOU TO BE FAIR --
4            PROSPECTIVE JUROR:  YES.
5            THE COURT:  -- IF YOU'RE ASKED TO ASSESS THE VALUE OF
6     THE PATENT?
7            PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)
8            MR. MCELHINNY:  MAY THE RECORD REFLECT THAT THE
9     WITNESS NODDED AFFIRMATIVELY IN RESPONSE TO YOUR QUESTION?
10           PROSPECTIVE JUROR:  YES, I CANNOT BE FAIR IF I DON'T
11    BELIEVE IN THE PATENT IN THE FIRST PLACE.
12           THE COURT:  I'M SORRY.  SAY THAT AGAIN.
13           PROSPECTIVE JUROR:  YES, I CANNOT BE FAIR IF I DON'T
14    BELIEVE IN THE PATENT IN THE FIRST PLACE.
15           THE COURT:  YOU CANNOT BE FAIR?
16           PROSPECTIVE JUROR:  I CANNOT BE FAIR.
17           THE COURT:  OKAY.  I'M GOING TO EXCUSE MR. KOK FOR
18    CAUSE.
19           MR. PRICE:  UNDERSTOOD.
20           THE COURT:  OKAY.  MR. KOK, THANK YOU FOR YOUR
21    WILLINGNESS TO SERVE ON THIS JURY, BUT I AM GOING TO THANK YOU
22    AND EXCUSE YOU.  SO YOU CAN GO TO THE SECOND FLOOR JURY
23    ASSEMBLY ROOM AND JUST HAVE MR. YOUNGER, YOU KNOW, PROCESS THE
24    PAPERWORK FOR YOUR PARKING AND YOUR FEE FOR TODAY.
25           PROSPECTIVE JUROR:  THANK YOU.
```

```
1              THE COURT:  ALL RIGHT.  THANK YOU.

2         (PAUSE IN PROCEEDINGS.)

3              THE COURT:  OKAY.  CAN YOU PLEASE BRING IN

4    MS. ARMIJO.

5         (JUROR ARMIJO PRESENT.)

6              THE COURT:  WELCOME, MS. ARMIJO.  THERE IS A

7    MICROPHONE FOR YOU IF YOU'D LIKE TO USE IT.

8         WHAT HAVE YOU HEARD ABOUT THIS CASE?

9              PROSPECTIVE JUROR:  WELL, NOTHING UNTIL THIS MORNING

10   WHEN I WAS -- IS THIS TURNED ON?

11             THE COURT:  I BELIEVE IT IS.

12             PROSPECTIVE JUROR:  NOTHING UNTIL THIS MORNING WHEN I

13   WAS GETTING READY, AND THEN I HEARD THAT THE CASE HAD ALREADY

14   BEEN TO TRIAL, AND EVEN THOUGH THE JURY RULED ON IT, THE JUDGE

15   OVERTURNED THE JURY'S RULING AND SO IT WAS ON AGAIN.

16             THE COURT:  DID YOU HEAR ANY SPECIFICS ABOUT OUTCOMES

17   OF THE FIRST TRIAL?

18             PROSPECTIVE JUROR:  I DID NOT.

19             THE COURT:  OKAY.  DO YOU HAVE AN OPINION ABOUT THE

20   CASE?

21             PROSPECTIVE JUROR:  NO.  I KNOW NOTHING ABOUT IT

22   BEYOND WHAT I JUST TOLD YOU.

23             THE COURT:  AND WHAT SOURCE WAS THAT?  RADIO?  NEWS,

24   YOU KNOW, TELEVISION?

25             PROSPECTIVE JUROR:  NPR.
```

```
 1              THE COURT:  NPR, I SEE.  AND YOU WERE JUST LISTENING

 2     TO NPR?  IS THAT PART OF YOUR DAILY ROUTINE?

 3              PROSPECTIVE JUROR:  YES.

 4              THE COURT:  OKAY.  ALL RIGHT.  HAVE YOU TALKED ABOUT

 5     THIS CASE WITH ANYONE ELSE?

 6              PROSPECTIVE JUROR:  NO, I HAVEN'T.

 7              THE COURT:  ALL RIGHT.  HAS ANYONE SHARED THEIR

 8     OPINION ABOUT THE CASE WITH YOU?

 9              PROSPECTIVE JUROR:  NO.

10              THE COURT:  WOULD YOU BE A FAIR AND IMPARTIAL JUROR

11     IN THIS CASE?

12              PROSPECTIVE JUROR:  I WOULD.

13              THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. LEE?

14              MR. LEE:  JUST ONE.

15         WHEN YOU HEARD THE NPR REPORT THIS MORNING, WAS IT THE

16     ENTIRE CASE THAT WAS OVERTURNED, PART OF IT?  DO YOU REMEMBER?

17              PROSPECTIVE JUROR:  OH, I DON'T REMEMBER.

18              MR. LEE:  THANK YOU VERY MUCH.

19              THE COURT:  ALL RIGHT.  MR. PRICE, ANY FOLLOW UP?

20              MR. PRICE:  NO FOLLOW UP, YOUR HONOR.  THANK YOU.

21              THE COURT:  ALL RIGHT.  MS. ARMOR, THANK YOU.  IF YOU

22     WOULD PLEASE, MR. AUDAL WILL ESCORT YOU DOWN TO JUDGE LLOYD'S

23     COURTROOM WHERE YOU WILL WAIT UNTIL WE'VE FINISHED INTERVIEWING

24     EVERYONE INDIVIDUALLY.  ALL RIGHT.  PLEASE DON'T DISCUSS THE

25     CASE WITH ANYONE EVEN IF THEY ASK.
```

```
 1              PROSPECTIVE JUROR:  YES.

 2              THE COURT:  LET'S GO AHEAD AND BRING IN MS. KELLER,

 3     PLEASE.  THANK YOU.

 4          (JUROR KELLER PRESENT.)

 5              THE COURT:  WELCOME, MS. KELLER.  NO OTHER JURORS ARE

 6     IN THE COURTROOM.

 7          WHAT HAVE YOU HEARD ABOUT THIS CASE?

 8              PROSPECTIVE JUROR:  I'VE HEARD OF IT, BUT I DON'T

 9     KNOW ANY DETAILS AT ALL.  I'VE SEEN A HEADLINE IN THE PAPER,

10     BUT I HAVEN'T READ ANYTHING ABOUT IT.

11              THE COURT:  ALL RIGHT.  OTHER THAN THE NEWSPAPER,

12     HAVE YOU HEARD ABOUT THIS CASE FROM ANY OTHER SOURCE?

13              PROSPECTIVE JUROR:  NO.

14              THE COURT:  ALL RIGHT.  WHEN YOU SAW IT IN THE

15     NEWSPAPER, WERE YOU SEEKING -- BLESS YOU -- INFORMATION ABOUT

16     THE CASE OR YOU JUST HAPPENED UPON IT?

17              PROSPECTIVE JUROR:  I JUST HAPPENED UPON IT.

18              THE COURT:  ALL RIGHT.  DO YOU KNOW ANY SPECIFICS

19     ABOUT THE CASE?

20              PROSPECTIVE JUROR:  NO.

21              THE COURT:  DO YOU HAVE ANY OPINION ABOUT THE CASE?

22              PROSPECTIVE JUROR:  NO.

23              THE COURT:  HAS ANYONE TALKED TO YOU ABOUT THE CASE?

24              PROSPECTIVE JUROR:  NO.

25              THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE
```

1    CASE WITH YOU?

2              PROSPECTIVE JUROR:  NO.

3              THE COURT:  ALL RIGHT.  CAN YOU BE A FAIR AND

4    IMPARTIAL JUROR IN THIS CASE?

5              PROSPECTIVE JUROR:  YES.

6              THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. LEE?

7              MR. LEE:  NO, YOUR HONOR.

8              THE COURT:  ANY FOLLOW UP, MR. PRICE?

9              MR. PRICE:  NO.  NO, THANK YOU.

10             THE COURT:  ALL RIGHT.  THANK YOU.

11        YOU'RE GOING TO BE ESCORTED TO JUDGE LLOYD'S COURTROOM

12   WHERE YOU'LL WAIT UNTIL WE CALL EVERYONE BACK.  ALL RIGHT?

13   PLEASE DON'T DISCUSS THE CASE WITH ANYONE EVEN IF THEY ASK YOU.

14        THANK YOU.

15             (JUROR ESTORES PRESENT.)

16             THE COURT:  ALL RIGHT.  MS., IS IT ESTORES?

17             PROSPECTIVE JUROR:  YES.

18             THE COURT:  OKAY.  WELCOME.  THERE ARE NO OTHER

19   JURORS IN THE COURTROOM.

20        WHAT HAVE YOU HEARD ABOUT THIS CASE?

21             PROSPECTIVE JUROR:  I JUST HEARD THAT APPLE IS SUING

22   SAMSUNG FOR PATENTS AND SOME OF CASE HAS BEEN THROWN OUT

23   BECAUSE THE PRODUCTS HAVE BEEN OUT OF THE MARKET FOR OVER A

24   YEAR.

25             THE COURT:  OKAY.  WHAT SORT -- I'M SORRY.  GO AHEAD.

```
 1              PROSPECTIVE JUROR:  OH, GO AHEAD.

 2              THE COURT:  WERE YOU GOING TO SAY ANYTHING ELSE?

 3              PROSPECTIVE JUROR:  THAT'S IT.

 4              THE COURT:  OKAY.  AND WHAT WAS YOUR SOURCE OF

 5      INFORMATION?

 6              PROSPECTIVE JUROR:  THE NEWS.

 7              THE COURT:  AND IS THAT FROM TV?  RADIO?  NEWSPAPER?

 8              PROSPECTIVE JUROR:  RADIO.  I LISTEN TO KLAV EVERY

 9      MORNING, THAT'S MY TRAFFIC REPORT, AND THEY DO TALK ABOUT THIS

10      CASE EVERY DAY.

11              THE COURT:  THEY TALK ABOUT THIS CASE EVERY DAY?

12              PROSPECTIVE JUROR:  THEY TALK ABOUT IT ON MY WAY HERE

13      THIS MORNING.

14              THE COURT:  OH, TODAY, OKAY.

15              PROSPECTIVE JUROR:  BUT THEY DO TALK ABOUT IT OFTEN.

16              THE COURT:  OKAY.  SO YOU HEARD -- ANYTHING ELSE THAT

17      YOU'VE HEARD ABOUT THIS CASE OTHER THAN WHAT YOU'VE JUST TOLD

18      US?

19              PROSPECTIVE JUROR:  I HEAR ABOUT IT A LOT, BUT I

20      DON'T REALLY PAY TOO MUCH ATTENTION.

21              THE COURT:  AND WHO DO YOU HEAR ABOUT IT FROM?

22              PROSPECTIVE JUROR:  PATIENTS, TOO.

23              THE COURT:  OH, PATIENTS.

24              PROSPECTIVE JUROR:  I HAVE A LOT OF PATIENTS THAT

25      WORK AT APPLE.
```

```
1              THE COURT:  OH.  YOU HAVE PATIENTS -- WHERE DO YOU

2     WORK?

3              PROSPECTIVE JUROR:  AT A DENTAL OFFICE IN SARATOGO.

4              THE COURT:  ADELE OFFICE?

5              PROSPECTIVE JUROR:  A DENTAL OFFICE.

6              THE COURT:  OH, I SEE.  WHAT HAVE YOUR PATIENTS WHO

7     WORK FOR APPLE TOLD YOU?

8              PROSPECTIVE JUROR:  I DON'T KNOW.  JUST KIND OF LIKE

9     TALK ABOUT THE PRODUCT ITSELF.

10             THE COURT:  WHOSE PRODUCT?

11             PROSPECTIVE JUROR:  APPLE.

12             THE COURT:  APPLE'S PRODUCT?

13             PROSPECTIVE JUROR:  UH-HUH.

14             THE COURT:  ANYTHING IN PARTICULAR?

15             PROSPECTIVE JUROR:  HM.  NO, NOTHING.  WELL, THEY

16    DON'T REALLY TELL MUCH ABOUT THEIR PRODUCT ITSELF, BUT JUST

17    TALK ABOUT -- NOT PARTICULAR PRODUCTS, NO.

18             THE COURT:  OKAY.  HAVE -- HAS ANYONE SHARED THEIR

19    OPINION ABOUT THIS CASE WITH YOU?

20             PROSPECTIVE JUROR:  NO.

21             THE COURT:  OKAY.  DO YOU RECALL WHAT ANYONE HAS TOLD

22    YOU ABOUT THE CASE?

23             PROSPECTIVE JUROR:  THIS CURRENT CASE?  NO.

24             THE COURT:  ANY, ANY APPLE -- ANY APPLE -- ANY CASE

25    INVOLVING APPLE AND SAMSUNG?
```

```
 1              PROSPECTIVE JUROR:  JUST PAST CASE, YES, BUT NOT THIS
 2    CASE.
 3              THE COURT:  OKAY.  WHAT HAVE THEY TOLD YOU ABOUT THE
 4    PAST CASE?
 5              PROSPECTIVE JUROR:  THE PAST CASE IS WHERE SAMSUNG
 6    LOST FROM THE LAWSUIT AND NOW THEY'RE, I GUESS, SUING AGAIN,
 7    APPLE IS SUING AGAIN.  RIGHT?
 8              THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT
 9    THE PAST CASE?
10              PROSPECTIVE JUROR:  I JUST -- MY OPINION ABOUT THIS
11    CASE OVERALL?
12              THE COURT:  YES.
13              PROSPECTIVE JUROR:  I THINK APPLE IS BEING A BULLY
14    ABOUT THE WHOLE THING BECAUSE THE PATENT IS JUST REALLY ABOUT
15    WHO HAS THE MOST MONEY, RIGHT?
16              THE COURT:  I'M SORRY.  I COULDN'T HEAR THE LAST
17    THING YOU SAID.
18              PROSPECTIVE JUROR:  I SAID A PATENT IS JUST HAVING
19    THE MOST MONEY TO PAY THE LAWYERS TO CALL THE PRODUCT THEIRS,
20    BUT IT'S NOT REALLY ABOUT WHO DISCOVERED IT, IT'S ABOUT WHO HAS
21    THE MONEY, AND I THINK APPLE IS JUST BEING A BULLY ABOUT IT BY
22    SUING SAMSUNG BECAUSE SAMSUNG IS A BIG COMPETITOR RIGHT NOW TO
23    APPLE.
24              THE COURT:  ALL RIGHT.  CAN YOU BE A FAIR AND
25    IMPARTIAL JUROR IN THIS CASE?
```

```
1            PROSPECTIVE JUROR:  I DON'T THINK SO.

2            THE COURT:  YOU DON'T THINK SO?

3            PROSPECTIVE JUROR:  NO.

4            THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. LEE?

5            MR. LEE:  NONE, YOUR HONOR.

6            THE COURT:  MR. PRICE?

7            MR. PRICE:  LET ME ASK YOU, MS. ESTORES, THIS CASE IS

8    ABOUT DAMAGES.  IT'S ABOUT -- THERE WAS A FIRST CASE AND NOW

9    SAMSUNG WAS FOUND TO HAVE INFRINGED PATENTS.

10           PROSPECTIVE JUROR:  UM-HUM.

11           MR. PRICE:  AND THIS CASE IS ABOUT HOW MUCH SHOULD

12   SAMSUNG PAY APPLE FOR SOMETHING SOMEONE ELSE HAS ALREADY

13   DETERMINED.

14           PROSPECTIVE JUROR:  OKAY.

15           MR. PRICE:  DO YOU THINK YOU CAN BE FAIR IN DOING

16   THAT, THAT IS, IN LOOKING JUST -- AT HOW MUCH DAMAGES APPLE

17   SHOULD GET FROM SAMSUNG?  DO YOU THINK YOU COULD BE FAIR IN

18   LOOKING AT THAT ISSUE?

19           PROSPECTIVE JUROR:  I DON'T REALLY KNOW ABOUT

20   ANYTHING ABOUT HOW PEOPLE OWE WHAT, SO I DON'T KNOW.  I DON'T

21   THINK I'LL BE FAIR, ABLE TO JUDGE THAT.

22           THE COURT:  I'M SORRY.  WHAT WAS THE LAST THING YOU

23   SAID?

24           PROSPECTIVE JUROR:  I DON'T THINK I'LL BE A GOOD

25   JUDGE OF THAT BECAUSE I DON'T KNOW WHAT VALUE THE PRODUCT IS.
```

1    I DON'T KNOW HOW MUCH.

2              MR. PRICE:  MAY I FOLLOW UP, YOUR HONOR?

3              THE COURT:  GO AHEAD, PLEASE.

4              MR. PRICE:  IF YOU'RE TOLD BY THE JUDGE, THIS IS WHAT

5    YOU LOOK AT, THESE ARE THE RULES -- FOR EXAMPLE, IF YOU'RE TOLD

6    SAMSUNG HAS TO PAY APPLE SAMSUNG'S PROFITS --

7              PROSPECTIVE JUROR:  OKAY.

8              MR. PRICE:  -- OKAY, ON CERTAIN PHONES, AND YOU HAVE

9    PEOPLE TESTIFYING AS TO WHAT THOSE PROFITS ARE --

10             PROSPECTIVE JUROR:  OKAY.

11             MR. PRICE:  -- WOULD YOU BE ABLE TO JUDGE THAT TYPE

12   OF EVIDENCE FAIRLY?

13             PROSPECTIVE JUROR:  I GUESS GIVEN THE EVIDENCE, YES.

14             THE COURT:  ALL RIGHT.  EARLIER WHEN YOU SAID YOU

15   CAN'T BE FAIR --

16             PROSPECTIVE JUROR:  UH-HUH.

17             THE COURT:  -- IN A LAWSUIT BETWEEN APPLE AND

18   SAMSUNG, WHAT DID YOU MEAN?

19             PROSPECTIVE JUROR:  I JUST DON'T LIKE APPLE PRODUCTS.

20   I HAVE -- I JUST THINK THAT THEY'RE BULLIES.  THAT'S ALL.  I

21   JUST DON'T LIKE APPLE PRODUCTS.  YOU CAN ASK ANY OF MY

22   CO-WORKERS, FRIENDS, FAMILY, AND THEY'VE BEEN TRYING TO CONVERT

23   ME TO TURN TO APPLE.  I JUST HAVE SOMETHING AGAINST THEM.  I

24   THINK THEY'RE TOO BIG.  THEY'RE TRYING TO TAKE OVER THE MARKET.

25             THE COURT:  OKAY.  IF YOU'RE SELECTED AS A JUROR IN

1        THIS CASE, YOU WOULD HAVE TO SET ASIDE ANY DISLIKE OF APPLE.

2        CAN YOU DO THAT?

3                    PROSPECTIVE JUROR:  I -- NO.

4                    THE COURT:  ALL RIGHT.  THEN SHE'S EXCUSED FOR CAUSE.

5        OKAY.

6            THANK YOU, MS. ESTORES.  I'M GOING TO GO AHEAD AND EXCUSE

7        YOU, WHICH MEANS YOU'VE FULFILLED YOUR JURY DUTY.

8            SO YOU CAN GO TO MR. YOUNGER ON THE SECOND FLOOR.  HE WILL

9        TAKE CARE OF ALL OF YOUR PAPERWORK FOR YOUR PARKING, FOR YOUR

10       JURY FEE FOR TODAY.  ALL RIGHT.  BUT YOU'VE FULFILLED YOUR DUTY

11       FOR THIS CASE.

12           THANK YOU.

13           ALL RIGHT.  LET'S GO AHEAD AND BRING IN MR. DE MOL,

14       PLEASE.

15           (JUROR DE MOL PRESENT.)

16                    THE COURT:  ALL RIGHT.  MR. DE MOL --

17           CAN YOU PLEASE HAND HIM THE MICROPHONE?

18           YOU CAN STAY SEATED.

19           ALL RIGHT.  SIR, WHAT HAVE YOU HEARD ABOUT THE CASE?

20       THERE ARE NO OTHER JURORS IN THE COURTROOM.

21                    PROSPECTIVE JUROR:  I JUST HEARD ABOUT THE CASE A

22       COUPLE OF MONTHS AGO.  IT'S A BIG CASE.  I KNOW WHAT THE

23       VERDICT WAS.

24                    THE COURT:  YOU DO OR YOU DO NOT KNOW WHAT THE

25       VERDICT WAS?

1          PROSPECTIVE JUROR:  AT THAT TIME, YES, I DO KNOW.

2          THE COURT:  OH.  AND WHAT WAS IT?

3          PROSPECTIVE JUROR:  I THINK IT WAS, LIKE, FOR ONE AND

4    A HALF BILLION AGAINST SAMSUNG.

5          THE COURT:  AND DO YOU HAVE AN OPINION ABOUT THAT

6    CASE?

7          PROSPECTIVE JUROR:  I'M A SOFTWARE DEVELOPER MYSELF,

8    SO I OBVIOUSLY DO HAVE OPINIONS.

9          THE COURT:  OKAY.  AND WHAT IS THAT OPINION?

10          PROSPECTIVE JUROR:  I HAVEN'T FOLLOWED ALL THE

11    DETAILS OF IT, BUT I THOUGHT IT WAS A FAIR TRIAL AND A FAIR

12    JUDGMENT.

13          THE COURT:  WHO DO YOU WORK FOR?

14          PROSPECTIVE JUROR:  NATIONAL INSTRUMENTS.  WE MAKE

15    INSTRUMENTATION SYSTEMS THAT ARE USED BY BOTH COMPANIES.

16          THE COURT:  SO BOTH APPLE AND SAMSUNG ARE CUSTOMERS

17    OF YOUR --

18          PROSPECTIVE JUROR:  YES.

19          THE COURT:  OKAY.  DO YOU, YOURSELF, HAVE ANY

20    INTERACTION WITH THOSE CUSTOMERS?

21          PROSPECTIVE JUROR:  I DO.

22          THE COURT:  OKAY.  TELL US WHAT'S YOUR -- HOW MUCH

23    INTERACTION DO YOU HAVE WITH APPLE AND SAMSUNG?

24          PROSPECTIVE JUROR:  MY INTERACTION HAS BEEN MAINLY

25    WITH APPLE.

```
 1                 THE COURT:  OKAY.

 2                 PROSPECTIVE JUROR:  I HAVE BEEN TO THE CHINESE

 3      FACTORIES, AND I HAVE WORKED ON THE APPLE CAMPUS AS A

 4      CONTRACTOR.

 5                 THE COURT:  WOULD YOU BE FAIR TO SAMSUNG IN THIS

 6      CASE?

 7                 PROSPECTIVE JUROR:  I SHOULD.

 8                 THE COURT:  THAT'S NOT THE QUESTION.  WOULD YOU?

 9                 PROSPECTIVE JUROR:  YES.

10                 THE COURT:  OKAY.  WOULD YOU DECIDE THIS CASE BASED

11      SOLELY ON THE EVIDENCE THAT'S ADMITTED DURING THIS TRIAL AND

12      SOLELY APPLY THE LAW THAT I INSTRUCT YOU?

13                 PROSPECTIVE JUROR:  YES.

14                 THE COURT:  YOU CANNOT CONSIDER ANYTHING ELSE THAT

15      YOU HAVE HEARD IN YOUR DELIBERATIONS IF YOU'RE SELECTED.  CAN

16      YOU DO THAT?

17                 PROSPECTIVE JUROR:  YES.

18                 THE COURT:  HAVE YOU TALKED ABOUT THIS CASE WITH

19      OTHERS?

20                 PROSPECTIVE JUROR:  NO.

21                 THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT

22      THIS CASE WITH YOU?

23                 PROSPECTIVE JUROR:  NO.

24                 THE COURT:  ANY FOLLOW UP, MR. LEE?

25                 MR. LEE:  NONE, YOUR HONOR.
```

```
1                   THE COURT:  MR. PRICE?

2                   MR. PRICE:  MR. DE MOL, I THINK YOU SAID BOTH THAT

3       YOU HEARD THE VERDICT WAS 1.5 BILLION.

4                   PROSPECTIVE JUROR:  YEAH, SOMETHING.

5                   MR. PRICE:  AND THAT YOU THOUGHT IT WAS A FAIR

6       JUDGMENT.  SO DO YOU THINK THAT THAT 1.5 BILLION WAS THE

7       CORRECT AMOUNT?

8                   PROSPECTIVE JUROR:  I DON'T -- I DON'T HAVE AN

9       OPINION EXACTLY ABOUT THE AMOUNT, BUT I THOUGHT THAT THE WAY

10      THE VERDICT WENT WAS CORRECT OF WHAT I KNOW AT THE TIME.

11                  MR. PRICE:  MAY I ASK WHY A FOLLOW UP?

12                  THE COURT:  PLEASE, GO AHEAD.

13                  MR. PRICE:  AND WHAT -- WHY DO YOU THINK IT WAS FAIR

14      BASED UPON WHAT YOU READ?

15                  PROSPECTIVE JUROR:  BASED UPON WHAT I HAD READ ABOUT

16      IT AND KNEW ABOUT SOME OF THE SOFTWARE PATENTS AND WHAT WAS

17      INVOLVED IN THE CASE.

18                  MR. PRICE:  SO DID YOU KNOW ABOUT SOFTWARE PATENTS

19      AHEAD OF TIME?

20                  PROSPECTIVE JUROR:  NO.

21                  MR. PRICE:  NOTHING FURTHER.

22                  THE COURT:  NOTHING FURTHER.

23          I'M SORRY, I DIDN'T ASK.  WHAT ARE YOUR SOURCES OF

24      INFORMATION ABOUT THE CASE?

25                  PROSPECTIVE JUROR:  THE NEWS MEDIA, INTERNET.
```

1            THE COURT:  INTERNET.  AND WERE YOU SEARCHING FOR

2      INFORMATION ABOUT THE CASE OR DID IT JUST COME TO YOU AS YOU

3      WERE LOOKING AT YOUR FEED?

4            PROSPECTIVE JUROR:  IT JUST CAME TO ME.

5            THE COURT:  ALL RIGHT.  OTHER THAN THE INTERNET, ANY

6      OTHER SOURCES OF INFORMATION ABOUT THIS CASE?

7            PROSPECTIVE JUROR:  NO.

8            THE COURT:  DID YOU EVER TALK WITH ANY OF THE APPLE

9      EMPLOYEES WITH WHOM YOU WORK ABOUT THIS CASE?

10            PROSPECTIVE JUROR:  NO.

11            THE COURT:  OKAY.  WILL YOU BE FAIR TO BOTH SIDES IN

12      THIS CASE?

13            PROSPECTIVE JUROR:  YES.

14            THE COURT:  AND DECIDE THE CASE SOLELY ON THE

15      EVIDENCE THAT'S ADMITTED DURING THIS TRIAL AND NOT ON ANY OTHER

16      INFORMATION YOU'VE EVER RECEIVED ABOUT THIS CASE?

17            PROSPECTIVE JUROR:  YES.

18            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

19      MR. DE MOL, YOU'RE GOING TO BE ESCORTED TO JUDGE LLOYD'S

20      COURTROOM TO WAIT UNTIL WE HAVE THE FULL GROUP BACK FOR FULL

21      QUESTIONING.

22      THANK YOU.

23      OKAY.  MS. WEI-LI WANG, PLEASE.

24      (JUROR WANG PRESENT.)

25            THE COURT:  ANYWHERE YOU'D LIKE, BUT THERE IS A

1        MICROPHONE, IF YOU WOULD PLEASE USE THAT.

2                PROSPECTIVE JUROR:  OKAY.

3                THE COURT:  OKAY.  THERE ARE NO OTHER JURORS IN THE

4        COURTROOM.

5            DO YOU PRONOUNCE IT WANG OR WANG?

6                PROSPECTIVE JUROR:  WANG.

7                THE COURT:  OKAY.  MR. WANG, WHAT HAVE YOU HEARD

8        ABOUT THIS CASE?

9                PROSPECTIVE JUROR:  IN THE NEWSPAPER.

10               THE COURT:  AND WHAT DID YOU HEAR ABOUT IT IN THE

11       NEWSPAPER?

12               PROSPECTIVE JUROR:  I DIDN'T LOOK AT THE DETAILS,

13       JUST THE TITLE.

14               THE COURT:  ALL RIGHT.  AND DO YOU RECALL WHAT THE

15       TITLE SAID?

16               PROSPECTIVE JUROR:  I DON'T RECALL.

17               THE COURT:  THAT'S OKAY.  WERE YOU LOOKING FOR

18       INFORMATION ABOUT THIS CASE?  OR DID YOU JUST COME UPON IT WHEN

19       YOU WERE READING THE PAPER?

20               PROSPECTIVE JUROR:  I JUST COME UPON IT WHEN I WAS

21       READING THE PAPER.

22               THE COURT:  ALL RIGHT.  DO YOU HAVE ANY OPINION ABOUT

23       THIS CASE OR ANY CASE BETWEEN APPLE AND SAMSUNG?

24               PROSPECTIVE JUROR:  NO OPINION.

25               THE COURT:  OKAY.  HAVE YOU EVER DISCUSSED THIS CASE

```
 1        WITH ANYONE ELSE?

 2              PROSPECTIVE JUROR:  NO.

 3              THE COURT:  NO?  ALL RIGHT.  HAS ANYONE ELSE SHARED

 4     THEIR OPINION ABOUT THE CASE WITH YOU?

 5              PROSPECTIVE JUROR:  NO.

 6              THE COURT:  ALL RIGHT.  CAN YOU BE FAIR TO BOTH SIDES

 7     IN THIS CASE?

 8              PROSPECTIVE JUROR:  YES.

 9              THE COURT:  ALL RIGHT.  MR. LEE, ANY FOLLOW UP?

10              MR. LEE:  NOTHING, YOUR HONOR.

11              THE COURT:  MR. PRICE, ANY FOLLOW UP?

12              MR. PRICE:  NO FOLLOW UP, YOUR HONOR.

13              THE COURT:  ALL RIGHT.  THEN MR. WANG, I'M GOING TO

14     THANK YOU, YOU'RE GOING TO BE ESCORTED TO JUDGE LLOYD'S

15     COURTROOM, AND YOU WAIT THERE, SIR, UNTIL WE BRING YOU ALL

16     BACK.  BUT PLEASE DON'T DISCUSS THE CASE WITH ANYONE.

17              PROSPECTIVE JUROR:  OKAY.

18              THE COURT:  OKAY.  THANK YOU.

19          (JUROR AGUILAR-BLAKE PRESENT.)

20              THE COURT:  ALL RIGHT.  MS. AGUILAR-BLAKE, THERE'S NO

21     OTHER JUROR IN THE COURTROOM.

22          CAN YOU PLEASE SHARE WITH US WHAT YOU'VE HEARD ABOUT THE

23     CASE?

24              PROSPECTIVE JUROR:  IN TERMS OF THE CASE, I JUST

25     HEARD OF THE CASE, BUT NO SPECIFICS.  I COULDN'T EVEN REALLY
```

1    TELL YOU WHAT IT'S ABOUT OTHER THAN I'VE JUST HEARD OF IT.

2              THE COURT:  ALL RIGHT.  FROM WHAT SOURCE DID YOU HEAR

3    ABOUT THE CASE?

4              PROSPECTIVE JUROR:  LOCAL NEWS.

5              THE COURT:  IS THAT RADIO OR NEWSPAPER?

6              PROSPECTIVE JUROR:  TELEVISION.

7              THE COURT:  TELEVISION, I SEE.  DO YOU HAVE ANY

8    OPINION ABOUT THE CASE?

9              PROSPECTIVE JUROR:  NO, I DO NOT.

10             THE COURT:  HAS -- HAVE YOU TALKED WITH ANYONE ABOUT

11   THE CASE?

12             PROSPECTIVE JUROR:  NO, I HAVE NOT.

13             THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE

14   CASE WITH YOU?

15             PROSPECTIVE JUROR:  NOT THAT I'M AWARE OF.  I'M

16   SORRY.

17             THE COURT:  ALL RIGHT.  CAN YOU BE FAIR TO BOTH SIDES

18   IN THIS CASE AS A JUROR?

19             PROSPECTIVE JUROR:  YES, I CAN.

20             THE COURT:  ALL RIGHT.

21        ANY FOLLOW UP, MR. LEE.

22             MR. LEE:  JUST ONE, YOUR HONOR.  WHEN YOU HEARD ABOUT

23   THE CASE, DID YOU HEAR ANYTHING ABOUT THE OUTCOME OF THE CASE?

24             PROSPECTIVE JUROR:  NO.  I JUST HEARD BOTH SIDES WERE

25   COMING TO TRIAL, BUT THAT WAS IT.

```
 1                MR. LEE:  OKAY.  THANK YOU.

 2                THE COURT:  ALL RIGHT.  MR. PRICE, ANY FOLLOW UP?

 3                MR. PRICE:  YEAH.  NOT JUST RELATING TO THIS CASE,

 4     BUT HAVE YOU HEARD ABOUT ANY CASE BETWEEN SAMSUNG AND APPLE?

 5                PROSPECTIVE JUROR:  I'M NOT SURE TO THIS CASE, BUT --

 6                MR. PRICE:  ANY OTHER CASES BETWEEN APPLE AND SAMSUNG

 7     THAT YOU'VE HEARD ABOUT?

 8                PROSPECTIVE JUROR:  NO, NOT THAT I'M AWARE OF.

 9                MR. PRICE:  THANK YOU.

10                THE COURT:  ALL RIGHT.  THEN MS. AGUILAR-BLAKE, I'M

11     GOING TO THANK YOU AND YOU'RE GOING TO BE ESCORTED TO

12     JUDGE LLOYD'S COURTROOM WHERE YOU'LL WAIT THERE UNTIL WE BRING

13     EVERYONE BACK FOR MORE QUESTIONS.

14                PROSPECTIVE JUROR:  OKAY.  THANK YOU.

15                THE COURT:  OKAY.  THANK YOU.  PLEASE DON'T DISCUSS

16     THE CASE WITH ANYONE.

17          (JUROR DUNAVEN PRESENT.)

18                THE COURT:  ALL RIGHT.  MR. DUNAVEN, THERE ARE NO

19     OTHER JURORS IN THE COURTROOM.

20          SIR, WOULD YOU PLEASE SHARE WHAT YOU'VE HEARD ABOUT THIS

21     CASE.

22                PROSPECTIVE JUROR:  I BELIEVE I HEARD IT IN "THE

23     MONTEREY HERALD" A FEW MONTHS AGO.  I BELIEVE IT'S ABOUT PATENT

24     RIGHTS WITH TABLETS.

25                THE COURT:  AND WERE YOU LOOKING FOR INFORMATION
```

```
1    ABOUT THE CASE OR WERE YOU JUST READING "THE HERALD" AND --
2              PROSPECTIVE JUROR:  JUST READING "THE HERALD," YES.
3              THE COURT:  OKAY.  AND DO YOU KNOW ANYTHING -- TELL
4    US WHAT YOU KNOW ABOUT THIS CASE OR ANY OTHER CASE BETWEEN
5    APPLE AND SAMSUNG.
6              PROSPECTIVE JUROR:  I DON'T REALLY KNOW THAT MUCH,
7    ACTUALLY.  THE ARTICLE WAS A WHILE AGO.  IT'S JUST THAT THERE'S
8    BASICALLY PATENT RIGHTS.  APPLE WAS UPSET WITH SAMSUNG, I
9    THINK, FOR SOMETHING TO DO WITH TABLETS.  I REALLY DON'T
10   REMEMBER THE ARTICLE.
11             THE COURT:  DID YOU -- WAIT, I'M SORRY.  DID YOU READ
12   THE WHOLE ARTICLE?
13             PROSPECTIVE JUROR:  I DID READ THE WHOLE ARTICLE,
14   YES.  I JUST DON'T REMEMBER THE WHOLE THING.  IT WAS A WHILE
15   AGO.
16             THE COURT:  OKAY.  HAVE YOU TALKED ABOUT THIS CASE
17   WITH ANYONE?
18             PROSPECTIVE JUROR:  YEAH, MY WIFE, BECAUSE IT WAS
19   INTERESTING.  SHE WAS -- SHE READS THE NEWSPAPER, TOO.
20             THE COURT:  I'M SORRY.  I DIDN'T HEAR THE LAST PART.
21             PROSPECTIVE JUROR:  SHE READS THE PAPER ALSO.
22             THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT
23   THE CASE?
24             PROSPECTIVE JUROR:  YEAH, WE KIND OF DO, YEAH.
25             THE COURT:  WHAT'S YOUR OPINION?
```

```
1              PROSPECTIVE JUROR:  WE KIND OF THOUGHT THAT APPLE WAS

2      IN THE RIGHT THE WAY WE DISCUSSED IT.

3              THE COURT:  AND WHY IS THAT?

4              PROSPECTIVE JUROR:  WELL, BECAUSE THEY CAME OUT WITH

5      THE TABLET FIRST.

6              THE COURT:  WHAT'S YOUR WIFE'S OPINION ABOUT THE

7      CASE?

8              PROSPECTIVE JUROR:  SHE AGREED.

9              THE COURT:  ANYONE ELSE WITH WHOM YOU'VE DISCUSSED

10     ANY CASE BETWEEN APPLE AND SAMSUNG?

11             PROSPECTIVE JUROR:  NO, I DON'T -- I DON'T THINK SO.

12             THE COURT:  OKAY.  ANYONE OTHER THAN YOUR WIFE WHO

13     SHARED HIS OR HER OPINION ABOUT THE CASE WITH YOU?

14             PROSPECTIVE JUROR:  I DON'T BELIEVE SO.

15             THE COURT:  OKAY.  NOW, IF YOU'RE SELECTED AS A JUROR

16     IN THIS CASE, YOU WOULD DECIDE THE CASE BASED SOLELY ON THE

17     EVIDENCE THAT'S ADMITTED DURING THE TRIAL AND APPLY THE LAW AS

18     I INSTRUCT YOU.  YOU WOULD HAVE TO COMPLETELY DISREGARD

19     ANYTHING ELSE YOU HEARD ABOUT THE CASE.  CAN YOU DO THAT?

20             PROSPECTIVE JUROR:  YES, I BELIEVE SO.

21             THE COURT:  WOULD YOU BE FAIR TO BOTH SIDES IN THIS

22     CASE AS A JUROR?

23             PROSPECTIVE JUROR:  YES, I BELIEVE SO, YES.

24             THE COURT:  ALL RIGHT.  LET ME ASK IF THERE'S ANY

25     FOLLOW UP FROM MR. LEE.
```

1          MR. LEE:  NONE, YOUR HONOR.

2          THE COURT:  MR. PRICE?

3          MR. PRICE:  SO I GUESS I'M -- OBVIOUSLY I REPRESENT

4     SAMSUNG, SO I'D BE A LITTLE CONCERNED THAT YOU THINK APPLE IS

5     IN THE RIGHT.

6          DO YOU THINK THAT THE BELIEF YOU HAVE THAT APPLE WAS,

7     QUOTE, "IN THE RIGHT" WOULD AFFECT YOUR ABILITY TO JUDGE FAIRLY

8     THE EVIDENCE IN THIS CASE?

9          PROSPECTIVE JUROR:  IT -- IT'S POSSIBLE.  YOU KNOW, I

10    DON'T KNOW, BUT IT'S DEFINITELY POSSIBLE.  WE HAVE DISCUSSED

11    IT, MY WIFE AND I, WAY BACK WHEN.

12         MR. PRICE:  AND SO WHY DO YOU THINK IT'S POSSIBLE

13    THAT IT MIGHT AFFECT YOUR --

14         PROSPECTIVE JUROR:  WELL, JUST BECAUSE WE, WE -- I

15    REMEMBER DISCUSSING IT WITH HER AND READING IT IN THE PAPER AND

16    JUST OUR OUTPUT, WHAT WE THOUGHT AT THE TIME --

17         MR. PRICE:  UM-HUM.

18         PROSPECTIVE JUROR:  -- BASICALLY.  BUT I'LL

19    DEFINITELY BE OPEN, TRY TO BE AS OPEN AS POSSIBLE.

20         MR. PRICE:  WHEN YOU SAY YOU'LL TRY TO BE, I'M

21    REPRESENTING SAMSUNG, SO "TRY" SOUNDS A LITTLE SCARY.

22         DO YOU THINK, AGAIN, THAT THERE'S A REAL POSSIBILITY THAT

23    YOU MIGHT NOT BE ABLE TO BE COMPLETELY IMPARTIAL?

24         PROSPECTIVE JUROR:  I'LL TRY TO BE -- I'LL BE

25    IMPARTIAL.  I'LL DO MY BEST JOB.

1          MR. PRICE:  AND AGAIN YOU USED THE WORD "TRY" --

2          PROSPECTIVE JUROR:  YES.

3          MR. PRICE:  -- WHICH IS A LITTLE SCARY TO ME.  SO DO

4    YOU THINK IF YOU WERE ME, SAMSUNG'S COUNSEL -- WELL, LET ME

5    JUST STRIKE THAT.

6          LET ME ASK YOU THIS:  DO YOU THINK THAT, GIVEN WHAT YOU

7    FEEL, DO YOU THINK THERE'S A POSSIBILITY THAT YOU MIGHT NOT

8    GIVE BOTH SIDES A FAIR SHAKE?

9          PROSPECTIVE JUROR:  POSSIBLY.  THERE'S A POSSIBILITY.

10   IT'S POSSIBLE.

11          MR. LEE:  IF HER HONOR WERE TO INSTRUCT YOU THAT THE

12   ONLY ISSUE IN THE CASE WAS DAMAGES, NOT THE QUESTION OF

13   LIABILITY, RIGHT, DO YOU THINK YOU COULD BE FAIR TO BOTH SIDES

14   ON DAMAGES AND LISTEN TO THE EVIDENCE?

15          PROSPECTIVE JUROR:  YES, I -- YES, I THINK I CAN,

16   YEAH.

17          MR. LEE:  NOTHING FURTHER, YOUR HONOR.

18          THE COURT:  ALL RIGHT.  DO YOU WANT ANY FOLLOW UP,

19   MR. PRICE?  I'LL GIVE YOU ONE LAST OPPORTUNITY IF YOU'D LIKE.

20          MR. PRICE:  WELL, I GUESS LET ME FOLLOW UP ON THAT.

21   EARLIER YOU SAID "TRY" ON THE GENERAL QUESTION, AND NOW WE'RE

22   TALKING ABOUT THIS CASE IS ABOUT DAMAGES, THE JURY FOUND THAT

23   APPLE, YOU KNOW, WAS CORRECT.

24          PROSPECTIVE JUROR:  UM-HUM.

25          MR. PRICE:  AND THAT SAMSUNG USED SOME OF APPLE'S

```
1        PROPERTY, ITS INTELLECTUAL PROPERTY.

2            GIVEN WHAT YOU THINK ABOUT APPLE IN THE PRIOR CASE, AGAIN,

3    DO YOU HAVE ANY CONCERNS THAT YOU MIGHT NOT BE ABLE TO BE FAIR

4    TO BOTH SIDES IN WEIGHING THE EVIDENCE?

5            PROSPECTIVE JUROR:  I'LL BE OPEN, YES.

6            MR. PRICE:  I'M SORRY.  THANKS.

7            THE COURT:  ALL RIGHT.  MR. DUNAVEN, I'M GOING TO

8    THANK YOU AND ASK YOU TO JUST -- YOU'LL BE ESCORTED TO

9    JUDGE LLOYD'S COURTROOM BY MR. AUDAL OVER THERE, AND PLEASE

10   DON'T DISCUSS THE CASE WITH ANYONE.

11           PROSPECTIVE JUROR:  OKAY.

12           THE COURT:  AND WE'LL BRING ALL OF YOU BACK WHEN

13   WE'RE DONE.  THANK YOU.

14       LET'S BRING IN, PLEASE, YAOCHING WANG.

15       (JUROR WANG PRESENT.)

16           THE COURT:  OKAY.  MR. WANG, THERE ARE NO JURORS IN

17   THIS COURTROOM.

18       CAN YOU PLEASE SHARE WHAT YOU'VE HEARD ABOUT THIS CASE, OR

19   ANY CASE BETWEEN APPLE AND SAMSUNG?

20           PROSPECTIVE JUROR:  THERE'S A -- ABOUT INTELLECTUAL

21   PROPERTY, ABOUT -- JUST ABOUT -- SOMEONE COPIED SOMEONE'S WORK.

22           THE COURT:  WHAT WAS YOUR SOURCE OF INFORMATION?

23           PROSPECTIVE JUROR:  INTERNET, MOSTLY INTERNET.

24           THE COURT:  WERE YOU SEARCHING FOR INFORMATION ABOUT

25   THE CASE OR DID YOU JUST COME UPON IT?
```

1            PROSPECTIVE JUROR:  I JUST COME UPON IT.

2            THE COURT:  OKAY.  DO YOU HAVE AN OPINION ABOUT THE

3       CASE?

4            PROSPECTIVE JUROR:  A LITTLE BIT, YEAH, SORT OF.

5            THE COURT:  YOU DO?  WHAT IS YOUR OPINION ABOUT THE

6       CASE, OR ABOUT ANY CASE BETWEEN APPLE AND SAMSUNG?

7            PROSPECTIVE JUROR:  I'M -- FROM WHAT I READ, JUST

8       SORT OF, THAT SAMSUNG COPIED SOME APPLE'S USER INTERFACE

9       FROM --

10           THE COURT:  IS THAT YOUR OPINION OR THAT'S WHAT YOU

11      READ?

12           PROSPECTIVE JUROR:  FROM THE -- FROM THE SOURCE I

13      READ, I JUST KIND OF COME UP TO THAT OPINION.

14           THE COURT:  HAVE YOU TALKED WITH ANYONE ABOUT ANY OF

15      THE CASES BETWEEN APPLE AND SAMSUNG?

16           PROSPECTIVE JUROR:  NO, NO.

17           THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE

18      CASE WITH YOU?

19           PROSPECTIVE JUROR:  NO.

20           THE COURT:  CAN YOU BE FAIR AS A JUROR TO BOTH SIDES,

21      ALL PARTIES IN THIS CASE?

22           PROSPECTIVE JUROR:  I'LL DO MY BEST.

23           THE COURT:  NOW, YOU WOULD BE, IF YOU'RE SELECTED AS

24      A JUROR, TOLD THAT YOU MUST SET ASIDE ANYTHING THAT YOU HAVE

25      HEARD ABOUT THIS CASE OR KNOW ABOUT THIS CASE PREVIOUS TO THIS

```
1     TRIAL AND YOU WOULD BE INSTRUCTED THAT YOU HAVE TO DECIDE THIS

2     CASE BASED SOLELY ON THE EVIDENCE THAT'S ADMITTED DURING THE

3     TRIAL AND APPLY ONLY THE LAW THAT I INSTRUCT YOU.

4          CAN YOU DO THAT?

5               PROSPECTIVE JUROR:  LIKE I SAID, I'LL DO MY BEST.

6               THE COURT:  OKAY.  DO YOU HAVE ANY HESITATION THAT

7     YOU CAN DO IT?  AND WHAT'S THE HESITATION BASED ON, IF SO?

8               PROSPECTIVE JUROR:  BASICALLY FROM WHAT I READ, YOU

9     KNOW, ON THE INTERNET, I'M JUST A LITTLE BIT, A LITTLE BIT

10    BIASED.  I'M TRYING TO BE HONEST.

11              THE COURT:  OKAY.  YOU'RE BIASED?

12              PROSPECTIVE JUROR:  JUST A LITTLE BIT ABOUT THE USER

13    INTERFACE COPYING FROM SAMSUNG.

14              THE COURT:  LET ME ASK YOU A QUESTION.  SAMSUNG IS

15    ENTITLED TO HAVE AN UNBIASED JURY --

16              PROSPECTIVE JUROR:  YES.

17              THE COURT:  -- IN THIS CASE.

18              PROSPECTIVE JUROR:  YES.

19              THE COURT:  CAN YOU BE AN UNBIASED JUROR?

20              PROSPECTIVE JUROR:  I'LL DO MY BEST.

21              THE COURT:  OKAY.  IF YOU HEAR IN THIS CASE THAT THE

22    ONLY ISSUE THAT THE JURY THAT'S ULTIMATELY SELECTED HAS TO

23    DECIDE IS DAMAGES AND NOT WHETHER THERE'S ACTUALLY BEEN ANY

24    INFRINGEMENT OF ANY INTELLECTUAL PROPERTY, CAN YOU BE FAIR IN

25    MAKING THAT DECISION?
```

```
1              PROSPECTIVE JUROR:  I'LL DO MY BEST.

2              THE COURT:  ANY FOLLOW UP, MR. LEE?

3              MR. LEE:  NO, YOUR HONOR.

4              THE COURT:  ANY FOLLOW UP, MR. PRICE?

5              MR. PRICE:  MR. WANG, WHEN YOU SAY YOU'LL DO YOUR

6    BEST, YOU HAVE SOME DOUBT THAT YOU CAN ACTUALLY DO IT, THOUGH,

7    RIGHT?

8              PROSPECTIVE JUROR:  LIKE I SAID, I'M GOING TO DO MY

9    BEST.

10             MR. PRICE:  WHEN YOU SAY THAT, I GUESS I'M WORRIED

11   THAT DOES THAT MEAN THAT YOU HAVE SOME DOUBT AS TO WHETHER OR

12   NOT YOU CAN ACTUALLY BE FAIR EVEN IF YOU DO YOUR BEST GIVEN

13   WHAT YOU'VE HEARD SO FAR?

14             PROSPECTIVE JUROR:  YES.

15             MR. PRICE:  THAT'S IT, YOUR HONOR.  THANK YOU.

16             MR. LEE:  MR. WANG, IF THE ONLY ISSUE IS DAMAGES, AS

17   HER HONOR HAS SAID, THE AMOUNT OF MONEY, COULD YOU LISTEN TO

18   THE EVIDENCE AND DECIDE FAIRLY WHO SHOULD WIN AS BETWEEN THE

19   PARTIES?

20             PROSPECTIVE JUROR:  LIKE I SAID, I'LL DO MY BEST.

21             MR. LEE:  OKAY.  AND WHEN YOU SAID YES TO MR. PRICE,

22   YOU WERE SAYING YES, YOU'LL DO YOUR BEST; CORRECT?

23             PROSPECTIVE JUROR:  YES.

24             MR. LEE:  THANK YOU.

25             THE COURT:  ALL RIGHT.  AND I'M SORRY, I DIDN'T ASK
```

```
 1        YOU, IS YOUR NAME PRONOUNCED WANG OR WANG?

 2             PROSPECTIVE JUROR:  WANG.

 3             THE COURT:  OKAY.  DID YOU HAVE A FOLLOW UP,

 4   MR. PRICE?

 5             MR. PRICE:  I'M SORRY.  I WANT TO MAKE SURE I

 6   UNDERSTAND YOUR ANSWER BECAUSE I DIDN'T UNDERSTAND IT THE WAY

 7   MR. LEE DID.

 8        WHEN I SAID ABOUT DOING YOUR BEST, I THINK YOU SAID YOU

 9   AGREED YOU HAD SOME DOUBT AS TO WHETHER YOU COULD ACTUALLY DO

10   YOUR -- THAT YOU COULD ACTUALLY BE FAIR, BUT YOU WOULD DO YOUR

11   BEST.  IS THAT RIGHT?  YOU WANT ME TO REPHRASE THAT?

12        I THINK YOU SAID, TELL ME IF I'M RIGHT, THAT YOU HAVE SOME

13   DOUBT AS TO WHETHER OR NOT YOU WOULD BE FAIR, GIVEN WHAT YOU'VE

14   HEARD, EVEN IF YOU DO YOUR BEST.  IS THAT RIGHT?

15             PROSPECTIVE JUROR:  YES.

16             MR. PRICE:  THANK YOU.

17             THE COURT:  ALL RIGHT.  ANY FURTHER FOLLOW UP?

18             MR. LEE:  NO, YOUR HONOR.

19             THE COURT:  ALL RIGHT.  OKAY.  MR. WANG, IF YOU --

20   WILL YOU DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE THAT'S

21   ADMITTED DURING THE TRIAL AND FOLLOW THE LAW AS I INSTRUCT YOU?

22             PROSPECTIVE JUROR:  YES.

23             THE COURT:  ALL RIGHT.  AS I SAID AT THE VERY

24   BEGINNING, YOU CANNOT HAVE ANY PREJUDICES IF YOU SERVE AS A

25   JUROR.  CAN YOU SET ASIDE ANY PREJUDICES, LIKES, DISLIKES THAT
```

```
1           YOU MAY HAVE BASED ON WHAT YOU READ ON THE INTERNET?

2                    PROSPECTIVE JUROR:  LIKE WHAT I SAY BEFORE --

3                    THE COURT:  YOU'LL DO YOUR BEST?

4                    PROSPECTIVE JUROR:  -- I'LL DO MY BEST.

5                    THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

6           YOU CAN GO AND WAIT IN JUDGE LLOYD'S COURTROOM.

7                    PROSPECTIVE JUROR:  OKAY.

8              THE COURT:  AND WE'LL BRING EVERYONE BACK.  WE'LL

9      BRING EVERYONE BACK FOR FURTHER QUESTIONS LATER.  BUT PLEASE

10     DON'T DISCUSS THE CASE WITH ANYONE.

11                   PROSPECTIVE JUROR:  SURE.

12                   THE COURT:  OKAY.  THANK YOU.

13          IT'S 11:20.  ARE YOU GOING TO ASK ANYTHING?

14          MR. AUDAL WILL TAKE YOU BACK TO JUDGE LLOYD'S COURTROOM,

15     MR. WANG.  OKAY?

16          I WAS GOING TO SUGGEST A TEN MINUTE BREAK NOW.

17     MS. SHORTRIDGE HAS BEEN GOING FOR QUITE SOME TIME.

18          ALL RIGHT.  LET'S TAKE A BREAK UNTIL 11:30.  THANK YOU.

19          (RECESS FROM 11:22 A.M. UNTIL 11:31 A.M.)

20              THE COURT:  ALL RIGHT.  PLEASE TAKE A SEAT.

21          WE ARE GOING TO GO AHEAD AND DISMISS THE JURORS THAT ARE

22     IN THE JURY ASSEMBLY ROOM FOR LUNCH.  WE WANT TO STAGGER THE

23     JURORS SO THERE'S NOT A BIG METAL DETECTOR BOTTLENECK, OKAY?

24     AND JUST A WARNING THAT TOMORROW THERE IS A VERY BIG JURY THAT

25     IS BEING SELECTED, SO THERE MAY BE ANOTHER BOTTLENECK IN THE
```

1    MORNING.  I'LL TELL YOU AS SOON AS WE FIND OUT EXACTLY THE TIME

2    THAT JURY IS BEING CALLED IN.

3         OKAY.  ALL RIGHT.  THANK YOU.

4         LET'S GO AHEAD WITH --

5              MR. PRICE:  YOUR HONOR, IF I COULD ASK, JUST FOR

6    LOGISTICS, I KNOW THERE HAVE BEEN A COUPLE JURORS WHERE IT'S

7    BEEN FAIRLY OBVIOUS THAT THEY WILL BE EXCUSED FOR CAUSE.  I

8    ASSUME LATER WE'LL BE ABLE TO MAKE ARGUMENT ABOUT JURORS WHO

9    SHOULD BE EXCUSED FOR CAUSE.

10             THE COURT:  DO YOU WANT TO MAKE ARGUMENT AS TO ANYONE

11   WE'VE ALREADY INDIVIDUALLY VOIR DIRED?

12             MR. PRICE:  SURE.

13             THE COURT:  OKAY.  GO AHEAD, PLEASE.

14             MR. PRICE:  I'LL START WITH THE LAST ONE, MR. WANG.

15   AND HE -- YOU KNOW, IT'S SORT OF LIKE NO MATTER HOW YOU PHRASE

16   THE QUESTION, IT CAME DOWN TO, WHENEVER I ASKED SPECIFICALLY,

17   HE SAID BECAUSE OF WHAT HE'S HEARD OR READ, HE STILL HAS SOME

18   DOUBTS AS TO WHETHER OR NOT TRYING HIS BEST WILL ACTUALLY

19   RESULT IN HIM BEING FAIR.

20        AND THE HESITATION AND THE FACT THAT HE SAID HE HAD SOME

21   DOUBT ABOUT WHETHER HE COULD BE FAIR, I THINK WE'VE GOT ENOUGH

22   JURORS THAT IT CERTAINLY MAKES SENSE TO EXCLUDE HIM.

23             THE COURT:  ALL RIGHT.  YOU WANT TO RESPOND, MR. LEE?

24             MR. LEE:  YES, YOUR HONOR.  TWO THINGS.  ONE IS WHEN

25   HE SAID HE WOULD TRY TO BE, WE WERE PUTTING THE QUESTIONS

1    DIFFERENTLY.  HE WAS CONSISTENTLY ANSWERING YOUR QUESTIONS "TRY

2    TO BE" IN A MANNER IN WHICH I THINK FAIRLY COMMUNICATED HE WAS

3    GOING TO DO WHAT YOUR HONOR ASKED.

4         YOU ASKED HIM SPECIFICALLY, COULD HE FOLLOW YOUR

5    INSTRUCTIONS AND BE FAIR?  AND HE SAID YES.

6         AND THEN I THINK MOST IMPORTANTLY, WHEN WE GOT HIM

7    FOCUSSED, HE HEARD ABOUT THINGS ABOUT THE LIABILITY TRIAL

8    BEFORE, BUT WHEN WE FOCUSSED HIM ON DAMAGES, HE SAID HE COULD

9    BE FAIR TO BOTH PARTIES.

10        MR. PRICE:  ACTUALLY, I LOOKED AT THE TRANSCRIPT.

11   EVEN WITH RESPECT TO DAMAGES, HE SAID HE STILL WOULD HAVE THAT

12   DOUBT AS TO WHETHER OR NOT HE COULD SUCCESSFULLY TRY HIS BEST

13   TO BE FAIR.

14        THE COURT:  WELL, I'M -- I RECOGNIZE IT'S A FINE

15   LINE, BUT IF THEY SAY THEY WILL DO THEIR BEST, AND HE SEEMED

16   AWFULLY SINCERE EVERY TIME HE SAID THAT, THAT'S SUFFICIENT.

17        IT'S MORE WHEN THEY ARE MORE EXPLICIT THAT THEY HAVE A

18   BIAS, AND I THINK MR. WANG WAS BEING VERY HONEST, HE'S GOING TO

19   DO HIS BEST.  THERE'S NO GUARANTEE IN LIFE.  BUT HE'LL DO HIS

20   BEST.

21        SO AT THIS POINT I'M GOING TO OVERRULE THAT CHALLENGE.

22        DO YOU HAVE ANY CHALLENGES AS TO ANYONE ELSE?

23        MR. PRICE:  YES, YOUR HONOR, MR. DE MOL.

24        THE COURT:  OKAY.

25        MR. PRICE:  AND THE REASON IS THAT HE WORKS WITH

```
 1        APPLE INSTRUMENTS -- I'M SORRY -- NATIONAL INSTRUMENTS AND HE

 2        WORKS CLOSELY WITH APPLE AND HAD THE OPINION THAT THE APPLE

 3        VERDICT AND DAMAGES WERE FAIR.

 4             NOW, AGAIN, I KNOW HE ANSWERED THE QUESTIONS IN THE

 5        AFFIRMATIVE THAT HE COULD BE FAIR IN THIS CASE, BUT -- AND I

 6        KNOW HE SAID THAT SAMSUNG IS ALSO A CUSTOMER, BUT I DON'T

 7        BELIEVE THAT SOMEONE WHO HAS APPLE AS A CUSTOMER THAT DIRECTLY

 8        AFFECTS HIS LIVELIHOOD SHOULD STAY ON THE JURY, PARTICULARLY

 9        GIVEN HIS OPINION OF THE PRIOR JURY'S VERDICT AS TO BOTH THE

10        LIABILITY AND THE DAMAGES.

11             THE COURT:  DO YOU WANT TO RESPOND TO THAT?

12             MR. LEE:  YES, YOUR HONOR.  HE WAS ASKED A QUESTION

13        OF WHETHER THE PRIOR VERDICT WAS FAIR.  IT WASN'T A QUESTION OF

14        THE AMOUNT BEING FAIR, WHAT WAS THE LIABILITY VERDICT.

15             AND THEN HE WAS SPECIFICALLY ASKED THESE THREE QUESTIONS:

16        COULD HE FOCUS ON THE DAMAGES ISSUE AND FOLLOW YOUR HONOR'S

17        INSTRUCTIONS WHICH YOUR HONOR ASKED HIM AND HE UNEQUIVOCALLY

18        SAID YES?

19             COULD HE SET ASIDE ANY BIASES THAT COME FROM HAVING

20        VISITED APPLE'S FACILITIES?  HE SAID YES.

21             AND COULD HE SET ASIDE ANY BIASES FROM HAVING BOTH AS

22        CUSTOMERS?  HE SAID UNEQUIVOCALLY YES, AND I THINK, AGAIN,

23        SINCERELY AND WITHOUT EQUIVOCATION.

24             THE COURT:  WITH MR. DE MOL, HE ALSO SAID HE DID NOT

25        KNOW WHETHER THE DAMAGES VERDICT WAS RIGHT.
```

1    SO SINCE HIS ANSWERS TO WHETHER OR NOT HE COULD FAIR AND

2    IMPARTIAL WERE VERY CLEAR AND CONFIDENT, THAT CHALLENGE IS

3    OVERRULED.

4        IS THERE ANYONE ELSE YOU WOULD LIKE TO CHALLENGE FOR

5    CAUSE?

6        MR. PRICE:  YES, YOUR HONOR.  MR. DUNAVEN.  THAT WAS

7    THE GENTLEMAN WHO EXPRESSED -- IF YOU RECALL, YOUR HONOR, HE'S

8    THE GENTLEMAN WHO HAD DISCUSSIONS WITH HIS WIFE ABOUT THE PRIOR

9    VERDICT, SO HE BELIEVED THAT, QUOTE, "APPLE IS WITHIN ITS

10   RIGHTS," THAT HE AND HIS WIFE TALKED ABOUT IT, THEY AGREED.

11       HE SAID THAT IT WAS POSSIBLE THAT HE WOULD BE BIASED, AND

12   HE DIDN'T ANSWER THE COURT'S QUESTIONS.

13       WHEN THE COURT ASKED DIRECTLY WHETHER HE COULD BE FAIR, I

14   THINK HE SAID YES.

15       BUT I THINK THAT WHEN YOU'RE LOOKING AT CAUSE, I THINK YOU

16   NEED TO GO BEYOND THAT ANSWER TO THAT QUESTION AND SEE WHAT THE

17   TOTALITY OF WHAT THEY'RE BRINGING TO THE TRIAL IS, AND WHAT

18   HE'S BRINGING TO THE TRIAL WAS HE DID SAY IT WAS POSSIBLE THAT

19   HE WOULD BE BIASED.

20       AND HE'S GONE SO FAR AS TO HAVE DISCUSSIONS WITH HIS WIFE

21   ABOUT IT.  THEY BOTH DID.  SO IT'S A UNITED FORCE IN THE

22   FAMILY.

23       SO, AGAIN, I THINK IN THIS CASE IT WOULD BE UNFAIR TO

24   SAMSUNG TO KEEP HIM ON THE JURY.

25           MR. LEE:  YOUR HONOR, I THINK WHAT HE SAID AT THE

```
 1       BEGINNING WAS HE THOUGHT THE VERDICT WAS CORRECT, NOT BREAKING

 2       DOWN LIABILITY OR DAMAGES.  AND THEN WHEN ASKED A SPECIFIC

 3       QUESTION BY YOUR HONOR, AND I THINK ALSO BY ME, FOCUSSING ON

 4       THE DAMAGES ISSUE WHICH IS BEFORE THEM NOW, HE SAID THAT HE

 5       COULD BE FAIR TO BOTH PARTIES, HE DIDN'T HAVE AN OPINION ON IT,

 6       AND HE COULD DECIDE THE ISSUE ON THE EVIDENCE AS YOUR HONOR

 7       OFFERED IT.

 8            WHEN THE UNDIFFERENTIATED QUESTION WAS ASKED ABOUT THE

 9       PRIOR VERDICT WITHOUT DISTINGUISHING BETWEEN LIABILITY AND THE

10       DAMAGES, THE FACT THAT THEY MIGHT OR MIGHT NOT AGREE WITH

11       LIABILITY IS JUST A FACT.

12            WE THEN MOVE TO THE DAMAGES QUESTION AND HE WAS

13       UNEQUIVOCAL IN SAYING THAT HE COULD FAIRLY AND SQUARELY DECIDE

14       THOSE ISSUES.

15            THE COURT:  WITH REGARD TO MR. DUNAVEN, I THINK THAT

16       HE WAS ALSO SINCERE AND CLEAR THAT HE WOULD BE FAIR, SO THAT

17       CHALLENGE IS OVERRULED.

18            ANYONE ELSE?

19            MR. PRICE:  NO, YOUR HONOR.

20            HOWEVER, I'D LIKE TO MAKE IT CLEAR THAT AFTER THE FULL

21       VOIR DIRE, I GUESS THE FULL 15 MINUTES I HAVE AND YOUR HONOR'S,

22       I WANT TO MAKE SURE I HAVE THE RIGHT TO AGAIN ASK THAT SOMEONE

23       BE EXCUSED FOR CAUSE, AND MAYBE EVEN THE SAME PEOPLE BASED ON

24       ADDITIONAL INFORMATION.

25            THE COURT:  THAT'S COMPLETELY FINE.  IT COULD BE THAT
```

```
1     WITH ADDITIONAL INFORMATION, IT'S REALLY CLEAR THAT THEY SHOULD

2     BE OFF, BUT LET'S SAVE THAT AT THIS TIME UNTIL LATER.

3           OKAY.  LET'S BRING IN MR. GRUBBS, PLEASE.

4           MS. HILBY:  YES, YOUR HONOR.

5     (JUROR GRUBBS PRESENT.)

6           THE COURT:  MR. GRUBBS, IF YOU WOULD PLEASE USE THE

7     MICROPHONE, I THINK IT MIGHT BE ON A CHAIR IN THE ROW IN FRONT

8     OF YOU.

9           THANK YOU.  YOU'RE THE ONLY JUROR IN THE COURTROOM.

10          SIR, WHAT HAVE YOU HEARD ABOUT ANY CASE BETWEEN APPLE AND

11    SAMSUNG?

12          PROSPECTIVE JUROR:  I'VE HEARD ABOUT THE LAWSUIT

13    APPLE FILED AGAINST SAMSUNG FOR INFRINGEMENT ON SOME OF THEIR

14    DEVICES.  I'M NOT EXACTLY SURE WHICH DEVICES, BUT I'VE HEARD

15    THINGS ABOUT SOFTWARE, JUST INFRINGEMENT, AND SOME OF APPLE'S

16    ORIGINAL IDEAS.

17          THE COURT:  FROM WHAT SOURCE DID YOU HEAR ANY

18    INFORMATION ABOUT ANY APPLE V. SAMSUNG CASE?

19          PROSPECTIVE JUROR:  I'VE HEARD TV REPORTS, AND ON THE

20    RADIO THIS MORNING THEY WERE TALKING ABOUT IT.

21          THE COURT:  YOU HEARD IT THIS MORNING?

22          PROSPECTIVE JUROR:  YEAH.

23          THE COURT:  OKAY.  HAVE YOU EVER HEARD IT BEFORE AT

24    ANY OTHER TIME?

25          PROSPECTIVE JUROR:  YEAH.  MY GIRLFRIEND WORKS IN
```

1    TECH, SO SHE'S PRIVY TO IT AND SHE'S TALKED ABOUT IT.

2              THE COURT:  WHAT HAS SHE TOLD YOU ABOUT IT?

3              PROSPECTIVE JUROR:  JUST ABOUT THE LAWSUIT IN

4    GENERAL, NOTHING SPECIFIC.

5              THE COURT:  FOR WHOM DOES YOUR GIRLFRIEND WORK?

6              PROSPECTIVE JUROR:  BOX.  IT'S A CLOUD COMPUTING

7    FIRM.

8              THE COURT:  HAS YOUR GIRLFRIEND EXPRESSED AN OPINION

9    ABOUT ANY APPLE/SAMSUNG CASE?

10             PROSPECTIVE JUROR:  SHE HAS NOT.

11             THE COURT:  DO YOU KNOW ANY OF THE OUTCOMES OF ANY

12   CASE BETWEEN APPLE AND SAMSUNG?

13             PROSPECTIVE JUROR:  YEAH.  I BELIEVE APPLE WON THE

14   CASE LAST YEAR AGAINST SAMSUNG.

15             THE COURT:  ANY MORE SPECIFICS ABOUT THAT OUTCOME?

16             PROSPECTIVE JUROR:  NO.  YOU KNOW, THAT THEY FOUND

17   THAT THEY HAD INFRINGED UPON SOME OF THEIR DEVICES AND THEY

18   HAVEN'T COME UP WITH A DOLLAR AMOUNT YET.

19             THE COURT:  DO YOU HAVE AN OPINION ABOUT THE OUTCOME?

20             PROSPECTIVE JUROR:  I HAVEN'T FORMULATED ONE, NO.

21             THE COURT:  OTHER THAN YOUR GIRLFRIEND, HAVE YOU

22   TALKED WITH ANYONE ELSE ABOUT ANY APPLE/SAMSUNG CASE?

23             PROSPECTIVE JUROR:  NO.

24             THE COURT:  HAS ANYONE -- YOU SAID YOUR GIRLFRIEND

25   DID NOT HAVE AN OPINION ABOUT THE CASE.

```
 1                    PROSPECTIVE JUROR:  RIGHT.

 2                    THE COURT:  ANYONE ELSE SHARE THEIR OPINION ABOUT THE

 3         CASE WITH YOU?

 4                    PROSPECTIVE JUROR:  NO.

 5                    THE COURT:  WOULD YOU DECIDE THIS CASE BASED SOLELY

 6         ON THE EVIDENCE THAT'S ADMITTED DURING THE TRIAL AND THE LAW AS

 7         I INSTRUCT YOU IF YOU'RE SELECTED AS A JUROR?

 8                    PROSPECTIVE JUROR:  I'VE USED APPLE DEVICES FOR THE

 9         LAST TEN YEARS, BUT I WOULD -- I WOULD TRY.

10                    THE COURT:  DO YOU HAVE ANY SAMSUNG DEVICES?

11                    PROSPECTIVE JUROR:  I DO NOT.

12                    THE COURT:  WOULD YOU BE A FAIR JUROR TO SAMSUNG?

13                    PROSPECTIVE JUROR:  I WOULD TRY MY BEST.  I'M NOT

14         FAMILIAR WITH THEIR DEVICES.  I AM FAMILIAR WITH HOW APPLE'S

15         WORK, SO --

16                    THE COURT:  WOULD YOU SET ASIDE ANYTHING YOU HAVE

17         HEARD ABOUT ANY APPLE AND SAMSUNG LITIGATION IN YOUR

18         DELIBERATIONS AS A JUROR IN THIS CASE?

19                    PROSPECTIVE JUROR:  YES.

20                    THE COURT:  ALL RIGHT.  ANY FOLLOW UP?

21                    MR. LEE:  NONE FOR US, YOUR HONOR.

22                    THE COURT:  MR. PRICE?

23                    MR. PRICE:  MR. GRUBBS, GIVEN YOUR USE OF APPLE

24         DEVICES AND WHAT YOU'VE HEARD ABOUT THE CASE, DO YOU THINK THAT

25         WHEN THE CASE STARTS OUT AND YOU FIRST START HEARING EVIDENCE
```

1    THAT IN YOUR MIND APPLE WOULD HAVE A LITTLE BIT OF A HEAD

2    START?

3              PROSPECTIVE JUROR:  I DO.

4              MR. PRICE:  WHY IS THAT?

5              PROSPECTIVE JUROR:  I WAS OF THE OPINION THAT -- THIS

6    IS MY PERSONAL OPINION -- THAT APPLE'S DEVICES HAVE KIND OF LED

7    THE WAY FOR OTHER COMPANIES TO BUILD THEIR SOFTWARE PLATFORMS,

8    SUCH AS ANDROID ON OTHER DEVICES AND THINGS LIKE THAT.

9              MR. PRICE:  AND SO IF THE TRIAL STARTED, INSTEAD OF

10   STARTING OUT AS EVEN, APPLE WOULD BE A LITTLE BIT AHEAD AND

11   SAMSUNG WOULD HAVE TO CATCH UP?

12             PROSPECTIVE JUROR:  CORRECT.

13             MR. PRICE:  SO WOULD IT BE FAIR TO SAY THAT STARTING

14   OUT AT THE TRIAL, THAT AT THAT POINT AT LEAST, YOU WOULD BE

15   LEANING TOWARD, TOWARD APPLE?

16             PROSPECTIVE JUROR:  YES.

17             MR. PRICE:  THANK YOU.

18             MR. LEE:  MR. GRUBBS, IF HER HONOR WERE TO TELL YOU

19   THAT YOU WERE TO SET ASIDE YOUR BIASES AND EXPERIENCE AND YOU

20   WERE TO START THE TRIAL ONLY ON DAMAGES ISSUES AND EVERYBODY

21   WAS SUPPOSED TO START AT THE SAME PLACE, WOULD YOU DO THAT?

22             PROSPECTIVE JUROR:  I WOULD TRY MY BEST.

23             MR. LEE:  AND DO YOU THINK TRYING YOUR BEST WOULD

24   MEAN BOTH PARTIES ARE EVEN?

25             PROSPECTIVE JUROR:  YES.

1           MR. PRICE:  MAY I FOLLOW UP, YOUR HONOR?

2           THE COURT:  PLEASE, GO AHEAD.

3           MR. PRICE:  I ASSUME YOU KIND OF HAD A SENSE, COMING

4    IN HERE, THAT WHEN THE TRIAL STARTS YOU'RE SUPPOSED TO BE FAIR?

5           PROSPECTIVE JUROR:  YES.

6           MR. PRICE:  AND SO IT WOULDN'T BE SURPRISING IF THE

7    JUDGE SAID, "HEY, YOU HAVE TO BE FAIR," RIGHT.

8           PROSPECTIVE JUROR:  YES.

9           MR. PRICE:  BUT KNOWING THAT, YOU STILL THINK THAT

10   WHEN THE TRIAL STARTS, THAT APPLE IS GOING TO HAVE A LITTLE BIT

11   OF A HEAD START, A LITTLE BIT OF AN ADVANTAGE?

12          PROSPECTIVE JUROR:  JUST MY FAMILIARITY WITH THEIR

13   PRODUCTS, YEAH.

14          MR. PRICE:  AND YOU ALSO SAID BECAUSE OF YOUR,

15   SOMETHING ABOUT YOUR --

16          PROSPECTIVE JUROR:  I WOULD TRY TO PUT AWAY MY

17   FAMILIARITY WITH THEIR PRODUCTS TO HEAR BOTH SIDES EQUALLY, BUT

18   I DO KNOW THEIR PRODUCTS BETTER THAN SAMSUNG'S.  SO IN THAT

19   WAY --

20          MR. PRICE:  I'M SORRY.  I DIDN'T MEAN TO INTERRUPT

21   YOU.  I THINK YOU ALSO SAID SOMETHING ABOUT YOUR BELIEF THAT

22   APPLE'S SOFTWARE PLATFORM LED THE WAY FOR OTHER COMPANIES; IS

23   THAT RIGHT?

24          PROSPECTIVE JUROR:  YES.

25          MR. PRICE:  AND THAT ALSO IS SOMETHING THAT YOU KNOW

1    THAT'S PART OF YOUR EXPERIENCE THAT WOULD GIVE APPLE A LITTLE

2    BIT OF A HEAD START?

3              PROSPECTIVE JUROR:  YES.

4              MR. PRICE:  THANK YOU.

5              MR. LEE:  YOUR HONOR, MIGHT I?

6              THE COURT:  GO AHEAD.

7              MR. LEE:  MR. GRUBBS, IF HER HONOR WERE TO TELL YOU

8    THAT THE ISSUES OF PATENT INFRINGEMENT, WHETHER THE PATENTS ARE

9    VALID OR INFRINGED IS ALREADY DECIDED AND THIS WAS JUST ABOUT

10   DAMAGES, WOULD YOU COME TO THE TRIAL TO LISTEN TO THE EVIDENCE

11   AND FOLLOW HER HONOR'S INSTRUCTIONS WITHOUT A PREDISPOSITION

12   TOWARDS APPLE OR SAMSUNG AS THE TRIAL STARTED?

13             PROSPECTIVE JUROR:  YES, I WOULD.

14             THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. PRICE?

15             MR. PRICE:  NO FOLLOW UP, YOUR HONOR.

16             THE COURT:  ALL RIGHT.  MR. GRUBBS, YOU CAN NOW

17   PLEASE GO TO JUDGE LLOYD'S COURTROOM.  MR. AUDAL IS GOING TO

18   ESCORT YOU THERE.

19             PROSPECTIVE JUROR:  OKAY.

20             THE COURT:  PLEASE DO NOT DISCUSS THE CASE WITH

21   ANYONE.

22        OKAY.  MR. MERKLING, PLEASE.

23        (JUROR MERKLING PRESENT.)

24             THE COURT:  MR. MERKLING, YOU'RE THE ONLY JUROR IN

25   THE COURTROOM.

1    WOULD YOU PLEASE TELL US WHAT YOU'VE HEARD ABOUT ANY CASE

2    BETWEEN APPLE AND SAMSUNG?

3            PROSPECTIVE JUROR:  ONLY THAT IT'S BEEN GOING ON FOR

4    QUITE A WHILE.

5            THE COURT:  ALL RIGHT.  YOU CAN TAKE A SEAT, SIR, IF

6    YOU'RE MORE COMFORTABLE SITTING.

7    WHAT SOURCE DID YOU LEARN OR HEAR THAT INFORMATION FROM?

8            PROSPECTIVE JUROR:  TELEVISION, RADIO, AND PRINT

9    MEDIA.

10           THE COURT:  PRINT MEDIA, MEANING NEWSPAPERS?

11           PROSPECTIVE JUROR:  "WALL STREET JOURNAL."

12           THE COURT:  "WALL STREET JOURNAL," OKAY.

13   DO YOU KNOW ABOUT ANY OF THE OUTCOMES OF ANY CASE?

14           PROSPECTIVE JUROR:  NO.

15           THE COURT:  DO YOU HAVE AN OPINION ABOUT ANY CASE

16   BETWEEN APPLE AND SAMSUNG?

17           PROSPECTIVE JUROR:  NO.

18           THE COURT:  HAVE YOU TALKED ABOUT ANY CASE BETWEEN

19   APPLE AND SAMSUNG WITH ANYONE ELSE?

20           PROSPECTIVE JUROR:  YES.

21           THE COURT:  WITH WHOM?

22           PROSPECTIVE JUROR:  THE JURORS BACK THERE.  THEY'RE

23   WONDERING WHAT'S GOING ON.

24           THE COURT:  SO WHAT DID YOU SAY?

25           PROSPECTIVE JUROR:  NOT MUCH.

```
1              THE COURT:  WHAT DID THEY SAY?

2              PROSPECTIVE JUROR:  NOBODY REALLY KNOWS FOR SURE.  WE

3    WERE JUST CURIOUS.

4              THE COURT:  SO WHAT WAS SAID AND WITH WHOM?  WHO WAS

5    IN THERE WHEN YOU HAD THAT QUESTION?

6              PROSPECTIVE JUROR:  OH, DEAR.  UH-OH.  NOTHING

7    SUBSTANTIAL.  IN OTHER WORDS, IS THIS ABOUT SOFTWARE?  IS THIS

8    ABOUT AN OPERATING SYSTEM?

9              THE COURT:  WHO ASKED THAT QUESTION?

10             PROSPECTIVE JUROR:  I ASKED THAT OF THE OTHERS.

11             THE COURT:  AND WHAT DID -- WHAT WAS THE RESPONSE?

12             PROSPECTIVE JUROR:  NO ONE KNOWS.

13             THE COURT:  WHAT ELSE DID YOU ASK?

14             PROSPECTIVE JUROR:  I CAN'T RECALL.

15             THE COURT:  WHO WAS IN THE ROOM WHEN YOU ASKED THAT

16   QUESTION?

17             PROSPECTIVE JUROR:  THE OTHER JURORS, OR PROSPECTIVE

18   JURORS.

19             THE COURT:  HOW MANY OTHERS?  WHEN DID THIS HAPPEN?

20             PROSPECTIVE JUROR:  AN HOUR AGO.

21             THE COURT:  DO YOU RECALL WHO WAS IN THE ROOM WHEN

22   YOU ASKED THAT?  AND DO YOU REMEMBER WHO, IF ANYONE, RESPONDED

23   TO YOU?

24             PROSPECTIVE JUROR:  I THINK THERE WERE 11 OTHER

25   PEOPLE IN THERE, AND I DON'T KNOW THEIR NAMES.
```

```
1              THE COURT:  WAS THIS RIGHT AFTER YOU WERE CALLED TO
2      GO BACK IN THE JURY ROOM?
3              PROSPECTIVE JUROR:  YOU MEAN CHANGE ROOMS?
4              THE COURT:  YES.  WHEN -- WHEN DID YOU ASK THAT
5      QUESTION?
6              PROSPECTIVE JUROR:  WHEN WE WERE IN THIS ROOM, ABOUT
7      AN HOUR AGO.
8              THE COURT:  BUT WAS THAT WHEN YOU FIRST ENTERED THE
9      ROOM?
10             PROSPECTIVE JUROR:  AFTER A FEW MINUTES OF BEING IN
11     THERE.
12             THE COURT:  OKAY.  DO YOU REMEMBER IF ANYONE HAD
13     ALREADY BEEN CALLED OUT?
14             PROSPECTIVE JUROR:  NO, NOT YET.
15             THE COURT:  NO ONE HAD BEEN CALLED OUT YET.  OKAY.
16     SO IT WAS THE FIRST 11.
17          NO, YOU COULDN'T HAVE BEEN IN THIS ROOM.  SIX, SEVEN,
18     EIGHT, NINE, TEN, MR. WANG WOULD BE NUMBER ELEVEN.
19          SO MR. MERKLING, YOU MUST HAVE ORIGINALLY GONE INTO THAT
20     OTHER COURTROOM.  IS THAT CORRECT?  THE OTHER JURY ROOM?
21             PROSPECTIVE JUROR:  YES, THAT'S CORRECT.  NOT THE
22     COURTROOM, NO.
23             THE COURT:  IT WAS A SMALL JURY ROOM, RIGHT?
24             PROSPECTIVE JUROR:  YES.
25             THE COURT:  WITH A ROUND TABLE WITH A BUNCH OF
```

1    CHAIRS?

2              PROSPECTIVE JUROR:  YES, THAT'S CORRECT.

3              THE COURT:  SO THAT'S WHEN YOU ASKED -- THAT'S WHEN

4    YOU ASKED, WHAT'S THIS ABOUT?

5              PROSPECTIVE JUROR:  I THOUGHT IT WAS WHEN I WAS IN

6    THIS ONE, THE ONE I JUST WAS IN.

7              THE COURT:  WHEN WAS THE NEXT GROUP MOVED INTO HERE?

8    DO YOU KNOW?

9              MS. HILBY:  THERE WOULD HAVE BEEN EITHER ONE OR TWO

10   INDIVIDUALS FROM THE INITIAL GROUP IN THERE WHEN THIS MOST

11   RECENT GROUP WAS BROUGHT IN, YOUR HONOR.

12             THE COURT:  OKAY.

13             MS. HILBY:  WE CAN GET THE LIST TO GET YOU A SPECIFIC

14   ANSWER AS TO WHETHER IT WAS ONE OR TWO.

15             THE COURT:  ALL RIGHT.  WHY DON'T WE DO THAT?

16        OKAY.  MR. MERKLING, SO YOU -- DID YOU TALK ABOUT THE CASE

17   WHEN YOU WERE IN THE OTHER JURY ROOM?  YOU WERE FIRST -- YOU

18   WERE IN A LATER GROUP, YOU DID NOT FIT IN THE 11 IN HERE.  WE

19   ONLY HAVE 11 CHAIRS IN THERE, SO I KNOW I WOULDN'T HAVE SENT

20   YOU IN THERE.  DID YOU TALK ABOUT THE CASE WHEN YOU WERE IN THE

21   OTHER JURY ROOM AS WELL?

22             PROSPECTIVE JUROR:  NO.

23             THE COURT:  YOU'RE SURE?

24             PROSPECTIVE JUROR:  YES.

25             THE COURT:  DID ANYONE ELSE TALK ABOUT THE CASE IN

1    THE OTHER JURY ROOM?  YOU MUST HAVE BEEN IN JUDGE LLOYD'S JURY

2    ROOM, CORRECT?

3         MR. SWARUUP IS SAYING YES.

4         ANYONE ELSE TALK ABOUT THE CASE WHILE YOU WERE IN THERE?

5              PROSPECTIVE JUROR:  NO.

6              THE COURT:  DID NOT, CORRECT?

7              PROSPECTIVE JUROR:  DID NOT.

8              THE COURT:  OKAY.  BUT YOU'RE SAYING WHEN YOU WERE IN

9    THIS ROOM, DO YOU REMEMBER HOW MANY PEOPLE WERE IN THERE WHEN

10   YOU ASKED THAT QUESTION?

11             PROSPECTIVE JUROR:  LIKE I SAID, I THOUGHT IT WAS 11,

12   11 OR 12.  IT WAS THE SAME GROUP.  I DON'T THINK ANYONE WAS

13   ADDED OR SUBTRACTED.

14             THE COURT:  OH, SO IT WAS YOUR ORIGINAL GROUP THAT

15   CAME FROM JUDGE LLOYD'S JURY ROOM TO THIS ONE?

16             PROSPECTIVE JUROR:  IF THAT'S WHAT YOU WOULD CALL IT,

17   YES.

18             THE COURT:  OKAY.  WAS ANYONE FROM THE ORIGINAL GROUP

19   IN THIS JURY ROOM WHEN YOUR GROUP WAS BROUGHT IN THERE?

20             PROSPECTIVE JUROR:  NO.  THE ROOM WAS EMPTY.

21             THE COURT:  THE ROOM WAS EMPTY.  SO IT WAS JUST YOUR

22   GROUP OF 11?

23             PROSPECTIVE JUROR:  THAT IS CORRECT.

24             THE COURT:  OKAY.  SO WOULD --

25         MR. SWARUUP, WOULD MR. WANG BE THE LAST ONE THAT WAS IN

```
1    THE ORIGINAL CEREMONIAL COURTROOM JURY ROOM?  BECAUSE THAT'S

2    11.

3              MR. SWARUUP:  MS. HILBY WOULD KNOW, YOUR HONOR.

4              MS. HILBY:  YOUR HONOR, IT LOOKS LIKE IT WAS

5    MS. AGUILAR-BLAKE, NUMBER 24.

6              THE COURT:  WAS THE LAST ONE IN THERE?

7              MS. HILBY:  WAS THE LAST OF THE ORIGINAL 11, YOUR

8    HONOR.

9              THE CLERK:  SHE WAS.

10             THE COURT:  SO I HAVE MS. THOMAS, MR. LEVAY,

11   MS. HANCOCK, MS. SMITH, MS. ARMIJO, MS. KELLER -- OH, I'M NOT

12   COUNTING THE PEOPLE WHO'VE BEEN EXCUSED, THAT'S WHY.

13        OKAY.  I'M SORRY.  LET ME RE-DO MY COUNT.  ONE, TWO,

14   THREE, FOUR, FIVE, SIX, SEVEN, EIGHT, NINE, TEN.  THAT'S RIGHT.

15   SO MS. AGUILAR-BLAKE WOULD HAVE BEEN THE LAST ONE IN THE

16   ORIGINAL GROUP.

17             MS. HILBY:  YES, YOUR HONOR.

18             THE COURT:  SO MR. MERKLING'S GROUP WOULD BE DUNAVEN,

19   WANG, GRUBBS, MERKLING, WATSON, GARCIA, WILDMAN, GARLICK,

20   FUNDERBURK, MILLER, AND KRAVEL.  HOW MANY IS THAT?

21             THE CLERK:  THAT'S THE LAST ONE I HAVE.

22             THE COURT:  YEAH, THAT'S THE 11.  SO ALL OF THOSE

23   FOLKS WERE IN THE ROOM WHEN YOU ASKED WHAT'S THIS ABOUT, AND

24   WHO ANSWERED YOU?  DID ANYONE ANSWER YOU?  WHEN YOU SAID

25   EVERYBODY WAS IN THERE TALKING ABOUT THE CASE, WHAT WAS BEING
```

```
1      SAID?

2              PROSPECTIVE JUROR:  WE HEARD ABOUT IT ON THE NEWS

3      THIS MORNING.

4              THE COURT:  IS THAT WHAT YOU SAID OR IS THAT WHAT

5      SOMEONE ELSE SAID?

6              PROSPECTIVE JUROR:  ANOTHER PERSON SAID IT.  I

7      REMEMBER AGREEING TO IT, AND ANOTHER PERSON NODDED THE SAME.

8      WE HEARD IT ON THE RADIO THAT THERE WAS GOING TO BE JURY

9      SELECTION TODAY FOR THE APPLE AND SAMSUNG TRIAL AND WE WERE

10     WONDERING IF WE WERE GOING TO BE IT.  AND --

11             THE COURT:  OKAY.  LET ME ASK, DO WE HAVE ANOTHER

12     JURY ROOM?

13             MS. HILBY:  YES, YOUR HONOR.

14             THE COURT:  OKAY.  I'M GOING TO ASK, MR. MERKLING, I

15     NEED SOME OPPORTUNITY TO SPEAK WITH THE ATTORNEYS HERE, SO I'M

16     GOING TO ASK THAT YOU, IF YOU WOULD, PLEASE, JUST GO WITH

17     MS. HILBY AND SHE'LL TAKE YOU TO -- LET'S TAKE HIM TO

18     JUDGE LLOYD'S JURY ROOM.

19             MS. HILBY:  YES, YOUR HONOR.  MR. SWARUUP WILL TAKE

20     HIM.

21          MR. SWARUUP WILL TAKE YOU.

22          (PROSPECTIVE JURORS NOT PRESENT.)

23             THE COURT:  MR. MERKLING HAS LEFT THE COURTROOM.  I

24     WANTED TO HEAR FROM THE PARTIES IF YOU HAD A PROPOSAL AS TO HOW

25     WE SHOULD PROCEED.
```

```
 1              MR. LEE:  I THINK YOUR HONOR ASKING EACH OF THE

 2    PEOPLE WHO COMES UP NOW, AND IF WE HAVE TO GO BACK TO THE THREE

 3    OR FOUR BEFORE AND ASK THEM WHAT OCCURRED AND THEN WHETHER IT'S

 4    HAD ANY EFFECT ON THEIR ABILITY TO SERVE AS AN IMPARTIAL JUROR

 5    WOULD BE THE WAY TO GO.

 6              THE COURT:  LET ME HEAR FROM MR. PRICE.

 7              MR. PRICE:  I -- MARK THIS DOWN.  I AGREE WITH

 8    MR. LEE.  I THINK THAT WE NEED TO BRING BACK THE COUPLE WHO

 9    WERE THERE, I THINK IT WAS THREE, WHO WERE IN THE ROOM AND ASK

10    EVERYONE WHO WAS THERE WHAT HAPPENED SO WE CAN GET A REAL GOOD

11    SENSE OF WHAT THE DISCUSSION WAS.

12              THE COURT:  OKAY.  SO THAT MEANS WE NEED TO BRING

13    BACK MR. DUNAVEN, MR. WANG, MR. GRUBBS.  SO WE NEED TO BRING

14    BACK MR. -- SO LET ME JUST MAKE SURE I UNDERSTAND.  YOU WOULD

15    LIKE ME TO BRING BACK THE THREE FROM THAT ROOM WHO'VE ALREADY

16    BEEN VOIR DIRED?

17              MR. PRICE:  YES.

18              THE COURT:  AND THEN ASK QUESTIONS OF EVERYONE ELSE

19    WHO'S REMAINING IN THIS JURY ROOM WHO WAS IN THERE WHEN THE

20    CONVERSATION OCCURRED WHAT THEY TALKED ABOUT?

21              MR. PRICE:  YES.

22              THE COURT:  OKAY.  CAN WE BRING BACK MR. DUNAVEN

23    THEN, PLEASE?

24              MR. SWARUUP:  MR. DUNAVEN?

25              THE COURT:  YES.  HE SHOULD BE IN JUDGE LLOYD'S
```

```
 1        COURTROOM, ACTUALLY.  HE'S ALREADY BEEN -- WE'RE BRINGING BACK

 2        DUNAVEN, YAOCHING WANG, AND ANDREW GRUBBS.

 3            (PAUSE IN PROCEEDINGS.)

 4            THE COURT:  KIRK DUNAVEN, YAOCHING WANG, AND

 5        ANDREW GRUBBS, AND WE'LL JUST HAVE THEM ONE AT A TIME.  SO I

 6        GUESS YOU CAN JUST BRING THEM -- DO WE HAVE ANOTHER ROOM?

 7            THE CLERK:  JOE WENT TO GET MR. DUNAVEN.

 8            (JUROR DUNAVEN PRESENT.)

 9            THE COURT:  MR. DUNAVEN, CORRECT?

10            PROSPECTIVE JUROR:  YES.

11            THE COURT:  ALL RIGHT, IF YOU WOULD, SIR, PLEASE TAKE

12        A SEAT.

13        SIR, SINCE YOU'VE BEEN HERE TODAY FOR JURY SELECTION, HAVE

14        YOU HAD ANY CONVERSATIONS WITH ANY OF THE OTHER POTENTIAL

15        JURORS ABOUT WHAT THIS CASE IS ABOUT?

16            PROSPECTIVE JUROR:  NO, I HAVEN'T.

17            THE COURT:  HAS ANYONE ELSE MADE ANY STATEMENT, ASKED

18        ANY QUESTION WHILE YOU'VE BEEN WAITING IN ANY JURY ROOM?

19            PROSPECTIVE JUROR:  NO.

20            THE COURT:  DO YOU RECALL -- DO YOU RECALL

21        MR. MERKLING, A GENTLEMAN WITH GLASSES AND WITH DARK BROWN

22        HAIR, ASKING ANY QUESTION OR STATING ANYTHING ABOUT ANYTHING

23        DEALING WITH THIS CASE WHILE YOU WERE WAITING?

24            PROSPECTIVE JUROR:  NO, NO.

25            THE COURT:  NO?  OKAY.
```

```
1              ANY FOLLOW UP, MR. LEE?

2                  MR. LEE:  NO, YOUR HONOR.

3                  THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. PRICE?

4                  MR. PRICE:  NO FOLLOW UP.

5                  THE COURT:  OKAY.  ALL RIGHT.  THANK YOU, SIR.  IF

6      YOU WOULD PLEASE, DO NOT DISCUSS THE CASE WITH ANYONE.

7              PLEASE GO BACK TO THE JURY ASSEMBLY ROOM.  MR. MELESHINSKY

8      WILL ESCORT YOU DOWN THERE.

9              OKAY.  MR. WANG.

10         (JUROR WANG PRESENT.)

11             THE COURT:  ALL RIGHT.  MR. WANG, DO YOU RECALL AT

12     ANY TIME TODAY, INCLUDING WHEN YOU WERE WAITING IN ANY JURY

13     ROOM, WHETHER ANY OTHER JUROR ASKED A QUESTION ABOUT WHAT IS

14     THIS ABOUT OR WHAT'S THIS CASE ABOUT OR ANY DISCUSSION ABOUT --

15             PROSPECTIVE JUROR:  NO.

16             THE COURT:  NO?  WHICH JURY ROOMS WERE YOU WAITING

17     IN?  WERE YOU WAITING IN THE FURTHER ONE AND THEN YOU WERE

18     BROUGHT IN HERE?

19             PROSPECTIVE JUROR:  YES.

20             THE COURT:  OKAY.  YOU DON'T RECALL ANYONE ASKING,

21     LIKE, WHAT'S THIS ABOUT OR TALKING ABOUT WHAT THEY HEARD ON THE

22     RADIO OR ANYTHING LIKE THAT?

23             PROSPECTIVE JUROR:  NO.

24             THE COURT:  OKAY.  ANY FOLLOW UP, MR. LEE?

25             MR. LEE:  NO, YOUR HONOR.
```

```
 1              THE COURT:  ANY FOLLOW UP, MR. PRICE?

 2              MR. PRICE:  NO, YOUR HONOR.

 3              THE COURT:  ALL RIGHT.  THANK YOU.  YOU'LL BE

 4    ESCORTED BACK DOWN TO JUDGE LLOYD'S COURTROOM.

 5         (JUROR GRUBBS PRESENT.)

 6              THE COURT:  MR. GRUBBS, AT ANY POINT TODAY WHILE

 7    YOU'VE BEEN WAITING FOR JURY SELECTION, EITHER IN ONE OF THE

 8    JURY ROOMS, DID ANY OF THE JURORS ASK, LIKE, WHAT'S THIS CASE

 9    ABOUT?  WHAT'S GOING TO HAPPEN?  ARE WE GOING TO GET SELECTED?

10    WHAT WAS ON THE RADIO THIS MORNING?

11              PROSPECTIVE JUROR:  NO, THEY DIDN'T.  A FEW DISCUSSED

12    WHAT THEY HEARD ON THE RADIO THIS MORNING.

13              THE COURT:  OKAY.  DO YOU RECALL WHO THAT WAS?

14              PROSPECTIVE JUROR:  I DON'T.

15              THE COURT:  DO YOU REMEMBER, WAS IT A CONVERSATION

16    WITH ALL 11 OF YOU TALKING TOGETHER?  OR WAS IT SORT OF SMALL

17    GROUPS HAVING THEIR OWN CONVERSATION AND SOME PEOPLE DOING

18    THEIR OWN THING?  WHAT'S YOUR RECOLLECTION?

19              PROSPECTIVE JUROR:  JUST A SMALL GROUP.

20              THE COURT:  AND WHEN DID THAT HAPPEN?

21              PROSPECTIVE JUROR:  TEN MINUTES BEFORE I CAME IN.

22              THE COURT:  TEN MINUTES BEFORE YOU CAME IN?

23              PROSPECTIVE JUROR:  YEAH.

24              THE COURT:  CAME IN, WHAT, THE FIRST TIME FOR

25    QUESTIONING?
```

```
 1                PROSPECTIVE JUROR:  YEAH.

 2                THE COURT:  OKAY.  SO DID IT HAPPEN IN THIS ROOM

 3     THAT'S ATTACHED TO THIS COURTROOM?

 4                PROSPECTIVE JUROR:  YES.

 5                THE COURT:  OKAY.  WHAT DO YOU RECALL OF THE

 6     CONVERSATION?

 7                PROSPECTIVE JUROR:  NO DETAILS.  JUST I HEARD, YOU

 8     KNOW, APPLE V. SAMSUNG ON KNBR THIS MORNING COMING IN.  THAT

 9     WAS IT.

10                THE COURT:  OKAY.  ANYTHING ELSE?

11                PROSPECTIVE JUROR:  NO.  EVERYONE WAS JUST SAYING

12     THEY KNEW WHAT WE WERE COMING FOR BECAUSE OF WHAT THEY HEARD ON

13     KNBR, BUT NO DETAILS WHATSOEVER.

14                THE COURT:  OKAY.  SO ALL 11 SAID THAT THEY HEARD

15     THAT, OR WHAT'S YOUR RECOLLECTION?

16                PROSPECTIVE JUROR:  JUST A FEW.  I HEARD ONE PERSON

17     ON THIS SIDE OF THE ROOM SAY IT, AND THEN I HEARD SOMEBODY ELSE

18     CONFIRM THEY HEARD THE SAME THING.

19                THE COURT:  WHAT ELSE WAS SAID?

20                PROSPECTIVE JUROR:  JUST WHAT I SAID.

21                THE COURT:  JUST THAT IT WAS ON KNBR THIS MORNING?

22                PROSPECTIVE JUROR:  YEAH, AND THEY HEARD IT WAS

23     APPLE V. SAMSUNG AND THEY KNEW WHAT THEY WERE COMING FOR, WHICH

24     JURY DUTY.

25                THE COURT:  OKAY.  DO YOU RECALL HOW MANY PEOPLE WERE
```

```
1        INVOLVED IN THAT CONVERSATION?

2                PROSPECTIVE JUROR:  IT WAS THREE OR FOUR ON THE FAR

3        SIDE OF THE TABLE (INDICATING).

4                THE COURT:  WHEN YOU SAY "FAR SIDE OF THE TABLE,"

5        YOU'RE POINTING, JUST FOR THE RECORD, THERE'S A WOMEN'S ROOM

6        AND A MEN'S ROOM IN THIS JURY ROOM AND A ROUND CIRCULAR

7        TABLE --

8                PROSPECTIVE JUROR:  YES.

9                THE COURT:  -- THAT'S GOT 11 CHAIRS AROUND IT.  WHERE

10       WERE THE THREE OR FOUR THAT SAID THAT?

11               PROSPECTIVE JUROR:  BY THE MEN'S AND WOMEN'S REST

12       ROOM.

13               THE COURT:  AND WHEN WERE YOU?

14               PROSPECTIVE JUROR:  I WAS SITTING CLOSER TO THE DOOR

15       ON THE BACK SIDE OF THE ROOM.

16               THE COURT:  OKAY.  SO EVERYONE COULD HEAR THAT

17       CONVERSATION?

18               PROSPECTIVE JUROR:  YES.

19               THE COURT:  ANY FOLLOW UP FROM MR. LEE?

20               MR. LEE:  ANYTHING THAT YOU HEARD OR OVERHEARD THAT

21       WOULD AFFECT YOUR ABILITY TO BE A FAIR AND IMPARTIAL JUROR?

22               PROSPECTIVE JUROR:  NO.

23               MR. LEE:  THANK YOU.

24               THE COURT:  MR. PRICE?

25               MR. PRICE:  MR. GRUBBS, I'M JUST WONDERING, DID YOU
```

126

```
1    HEAR ANYBODY ASK ANYTHING ABOUT WHETHER THE CASE INVOLVED

2    HARDWARE OR SOFTWARE OR ANYTHING LIKE THAT?

3            PROSPECTIVE JUROR:  NO, NO DETAILS WHATSOEVER, JUST

4    THAT THEY HAD HEARD THE BASIC FACTS AND THAT WAS IT.

5            THE COURT:  ANY FURTHER FOLLOW UP FROM MR. GRUBBS?

6            MR. LEE:  NO, NOTHING, YOUR HONOR.

7            THE COURT:  OKAY.  THANK YOU, MR. GRUBBS.

8            PROSPECTIVE JUROR:  THANK YOU.

9            THE COURT:  YOU'RE GOING TO BE ESCORTED BACK TO

10   JUDGE LLOYD'S COURTROOM.

11        (PROSPECTIVE JURORS NOT PRESENT.)

12            THE COURT:  ALL RIGHT.  THERE ARE NO JURORS IN THE

13   COURTROOM.

14        LET ME HEAR FROM COUNSEL HOW YOU'D LIKE TO PROCEED.

15            MR. LEE:  YOUR HONOR, I THINK WE SHOULD JUST CONTINUE

16   WITH THE PROCESS.  THE FOLKS WHO YOU'VE BROUGHT BACK IN HAVE

17   SAID EITHER THEY DIDN'T HEAR SOMETHING, OR MR. GRUBBS OVERHEARD

18   SOME OTHER FOLKS TALKING.

19        IT'S JUST THE QUESTION OF WHETHER THEY HEARD SOMETHING ON

20   NPR THIS MORNING.  IT'S NOT ANYTHING SUBSTANTIVE ABOUT THE

21   CASE.

22        I THINK WE SHOULD MOVE ON.  I THINK WE SHOULD ASK THE

23   OTHER PEOPLE WHO COME OUT FROM THAT ROOM THE QUESTIONS YOUR

24   HONORS HAS ASKED THEM SO WE CAN BE SURE, BUT OTHERWISE I THINK

25   WE SHOULD JUST MOVE ON WITH THE PROCESS.
```

```
1              THE COURT:  LET ME HEAR FROM MR. PRICE, PLEASE.

2              MR. PRICE:  OBVIOUSLY I THINK WE NEED TO BRING BACK

3      MR. MERKLING AND FINISH HIM, BUT I'M A LITTLE CONCERNED THAT

4      THERE WAS THIS DISCUSSION DESPITE YOUR HONOR'S INSTRUCTION

5      ABOUT DISCUSSING THE CASE.

6              OBVIOUSLY I THINK WE NEED TO HEAR FROM THE REST OF THE

7      PEOPLE TO MAKE SURE WE HAVE A COMPLETE PICTURE OF WHAT WAS

8      SAID, AND THEN I THINK WE'LL BE IN A BETTER POSITION TO

9      EVALUATE WHETHER ANYTHING HAS TO BE DONE OR WHETHER IT'S

10     TRIVIAL.

11             BUT I DO HAVE A CONCERN THAT SOME PEOPLE DISCUSSED IT, AND

12     PERHAPS THEY JUST DIDN'T UNDERSTAND THE INSTRUCTION, DIDN'T

13     THINK IT APPLIED, CONSIDERING MR. MERKLING STARTED IT.

14             BUT I THINK I'D RATHER -- I'D LIKE TO HEAR, YOU KNOW, THE

15     FULL STORY BEFORE DECIDING WHAT TO DO.

16             THE COURT:  OKAY.  SO I WAS GOING TO -- ARE YOU

17     RECOMMENDING THAT WE -- I WAS GOING TO SUGGEST THAT WE HOLD OFF

18     ON MR. MERKLING UNTIL WE HEAR FROM EVERYONE ELSE.

19             MR. PRICE:  THAT'S A GOOD SUGGESTION.

20             THE COURT:  AND THEN WE CAN DECIDE.  I'M ALSO

21     DISTURBED THAT HE DIDN'T FOLLOW MY INSTRUCTIONS, SO I'M

22     ACTUALLY INCLINED TO STRIKE MR. -- THANK AND EXCUSE

23     MR. MERKLING, BUT I'D LIKE NOT TO DO THAT UNTIL WE'VE HEARD

24     FROM EVERYONE ELSE AND GET A FULL UNDERSTANDING OF WHAT

25     HAPPENED.  SO THAT'S MY INCLINATION AT THE MOMENT.
```

```
 1            MR. PRICE:  WE AGREE.

 2            MR. LEE:  WE AGREE, TOO.

 3            THE COURT:  OKAY.  ALL RIGHT.  WELL, WHY DON'T WE,

 4   SINCE I DID PROMISE EVERYONE A LUNCH BREAK AT NOON, GO AHEAD

 5   AND TAKE AN HOUR'S LUNCH BREAK NOW?  WE'RE TRYING TO STAGGER

 6   THE JURORS SO THERE'S LESS OF A CRUNCH AT THE METAL DETECTOR,

 7   SO WHY DON'T WE JUST GO AHEAD -- IT'S -- WE'LL TELL THE -- THE

 8   JURY ASSEMBLY ROOM JURORS, THE HARDSHIP JURORS, THEY LEFT AT

 9   11:30 AND THEY'RE COMING BACK AT, WHAT, 12:45?

10            THE CLERK:  12:45.

11            THE COURT:  SO WE CAN TELL THIS GROUP TO COME BACK AT

12   1:10.

13            MR. SWARUUP:  AND THE JURORS IN JUDGE GREWAL'S?

14            THE COURT:  YEAH, THEY CAN STAGGER THAT.  LET'S MAKE

15   SURE THAT THE NINE -- HOW MANY ARE IN THERE NOW?

16            THE CLERK:  I THINK SEVEN.

17            THE COURT:  OKAY.  WELL, WE OBVIOUSLY NEED TO SPEAK

18   WITH THESE PEOPLE FIRST.

19            MR. SWARUUP:  1:10?

20            THE COURT:  LET'S TELL THEM 1:05.

21            THE CLERK:  WOULD THAT INCLUDE MR. MERKLING?

22            THE COURT:  MR. MERKLING CAN COME BACK A LITTLE BIT

23   LATER.  BUT I -- YOU KNOW WHAT?  I'M -- LET ME AT LEAST

24   ADMONISH THE GROUP IN HERE THAT THEY NEED TO NOT TALK ABOUT THE

25   CASE BEFORE THEY GO TO LUNCH, AND MR. MERKLING NEEDS TO HEAR
```

```
 1      THAT AS WELL.  SO CAN YOU BRING HIM BACK AS WELL?
 2           (PAUSE IN PROCEEDINGS.)
 3              THE COURT:  YOU KNOW, THE OTHER POSSIBILITY IS JUST
 4      TO STRIKE THIS 11 AND START OVER WITH ANOTHER GROUP OF 11
 5      THAT'S FRESH.
 6           OH, I'M SORRY.  WAIT ONE SECOND, PLEASE.
 7              MR. LEE:  YOUR HONOR, WE DON'T THINK THAT'S THE WAY
 8      TO GO HAVING DONE THE INDIVIDUAL VOIR DIRE WITH THESE FOLKS,
 9      THERE'S MORE TO COME YET, BUT I THINK STRIKING THEM ON THIS
10      RECORD WOULD NOT BE THE WAY TO RESOLVE IT.
11           I MEAN, MR. MERKLING PROBABLY SHOULD BE STRICKEN.  WE
12      DON'T DISAGREE WITH YOUR HONOR GIVEN WHAT HE SAID HE'S DONE.
13           BUT WHAT THESE OTHER FOLKS HAVE SAID IS THEY DIDN'T HEAR
14      OR, IN MR. GRUBBS' CASE, WHAT HE DID HEAR ISN'T GOING TO AFFECT
15      HIS ABILITY TO BE IMPARTIAL -- TO DECIDE THE CASE.
16           SO STRIKING A FULL 11 FOR THAT WE WOULD DISAGREE WITH.
17              MR. PRICE:  YOUR HONOR, I ACTUALLY THINK IT'S
18      PROBABLY A GOOD IDEA, BECAUSE HERE'S THE PROBLEM WE HAVE.
19      OBVIOUSLY THERE WAS A CONVERSATION, A VIOLATION OF THE COURT'S
20      ORDER.  NO ONE SAID, APPARENTLY SPOKE UP AND SAID THAT "THIS IS
21      IN VIOLATION OF THE COURT'S ORDER."  MR. GRUBBS IS SAYING
22      EVERYBODY COULD HEAR IT, BUT WE HAVE JURORS SAYING THEY DIDN'T
23      HEAR IT.
24           SO I -- YOU KNOW, I THINK THE NATURE THAT WE HAVE AN
25      UNTAINTED PANEL, THAT IT WOULD MAKE SENSE TO BRING IN ANOTHER
```

1    11 AND THAT ACTUALLY MIGHT SAVE SOME TIME BECAUSE WE WON'T BE

2    DOING AN INVESTIGATION INTO THE COMMENT BY MR. MERKLING.

3            MR. LEE:  YOUR HONOR, THREE OF THE FOUR PEOPLE

4    THEY'VE MOVED TO STRIKE FOR CAUSE ARE IN THIS GROUP.  THIS

5    IS -- THIS IS NOT A QUESTION OF WHAT MR. MERKLING CLAIMS FOLKS

6    MAY HAVE -- MAY OR MAY NOT HAVE SAID.

7            MR. GRUBBS ACTUALLY GAVE THE MOST DETAILED PRESENTATION,

8    WHICH IS THERE WERE DIFFERENT GROUPS HAVING DIFFERENT

9    CONVERSATIONS AND HE OVERHEARD ONE GROUP HAVING A CONVERSATION

10   THAT'S CONSISTENT WITH WHAT MR. MERKLING SAID.

11           THERE'S NOTHING IN THE RECORD THAT SHOWS THAT -- AND WE

12   DON'T DISAGREE THAT MR. MERKLING PROBABLY SHOULD BE EXCUSED.

13           WE DON'T DISAGREE THAT YOUR HONOR SHOULD REMIND THEM OF

14   THEIR OBLIGATIONS.

15           BUT THERE'S NOTHING IN THIS RECORD THAT WOULD SUGGEST THAT

16   ANYTHING HAS OCCURRED THAT AFFECTS THESE FOLKS' ABILITY TO

17   FAIRLY AND IMPARTIALLY DECIDE THE CASE.

18           THE COURT:  I'M JUST THINKING OF -- I WOULD LIKE TO

19   SELECT THE JURY BY THE END OF THE DAY AND HAVING TO DO A WHOLE

20   INVESTIGATION WITH THIS 11 AND NOT KNOWING WHETHER THEY'RE

21   GOING TO BE STRICKEN OR NOT DOES NOT SEEM LIKE A GREAT USE OF

22   TIME WHEN WE CAN PERHAPS GET A FRESH GROUP OF 11.

23           MR. LEE:  YOUR HONOR, THE INVESTIGATION PERSPECTIVE

24   REQUIRES OF THE REMAINING GROUP IN THERE TO ASK THEM DID THEY

25   HEAR -- WE'RE GOING TO HAVE TO ASK A FEW QUESTIONS OF THEM,

```
 1        WHICH IS, DID THEY HEAR A CONVERSATION?  WHAT DID THEY HEAR?

 2        DOES IT AFFECT THEIR ABILITY TO DECIDE THE CASE?

 3             BUT IT'S NOT -- I MEAN, HAVING, YOUR HONOR, GONE THROUGH

 4        THREE OR FOUR OF THESE FOLKS, THE TIME THAT'S GOING TO BE

 5        REQUIRED TO SCREEN AN ADDITIONAL THREE OR FOUR FOLKS IS GOING

 6        TO BE MUCH MORE THAN INQUIRING OF THE FEW FOLKS WHO ARE LEFT

 7        ABOUT WHETHER ANYTHING WAS SAID OR NOT.

 8             MR. PRICE:  THE REASON I DON'T AGREE, YOUR HONOR, IS

 9        WE'RE GOING TO COME UP WITH INCONSISTENT STATEMENTS, WHICH YOU

10        ALWAYS HAVE IN AN INVESTIGATION LIKE THIS, SOMEONE SAYING

11        EVERYONE COULD HEAR IT, YOU HAVE PEOPLE SAYING "I DIDN'T HEAR

12        IT."  WE MAY BE PUT IN A POSITION WHERE WE HAVE TO DECIDE WHO'S

13        BEING HONEST AND WHO'S NOT, AND I JUST DON'T THINK WE SHOULD BE

14        DOING THAT.  AND IT WOULD TAKE SOME TIME.

15             MR. LEE:  YOUR HONOR --

16             THE COURT:  ALL RIGHT.  LET ME THINK ABOUT THIS OVER

17        THE LUNCH BREAK, AND IN THE MEANTIME I'LL GO AHEAD AND ADMONISH

18        THIS GROUP OF, IS IT NINE, AND WE'LL TAKE OUR BREAK.

19        (PROSPECTIVE JURORS PRESENT.)

20             THE COURT:  ALL RIGHT.  WE'RE GOING TO BREAK FOR

21        LUNCH AT THIS TIME.  YOU'LL HAVE A FULL HOUR.  PLEASE COME BACK

22        AT 1:10.

23             AND I JUST NEED TO REMIND YOU THAT YOU CANNOT TALK ABOUT

24        THIS CASE.  EVEN IF YOU THINK YOU'RE HAVING AN INNOCENT

25        CONVERSATION, IT'S PROHIBITED, AND IF YOU CANNOT FOLLOW MY
```

1    INSTRUCTIONS, THEN YOU SHOULD NOT BE A JUROR ON THIS CASE

2    BECAUSE I'VE INSTRUCTED YOU NOT TO TALK ABOUT THE CASE.

3           SO ANYWAY, WE'LL GO AHEAD AND TAKE OUR BREAK FOR AN HOUR

4    AND WE'LL SEE YOU BACK AFTER THEN.  BUT PLEASE FOLLOW MY

5    INSTRUCTIONS.  OKAY.  THANK YOU.

6           (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE

7    CLERK. )

8             THE COURT:  OKAY.  THAT'S FINE.  PLEASE COME BACK TO

9     THIS COURTROOM.  ALL RIGHT?  THANK YOU.

10          ALL RIGHT.  YOU'RE FREE TO LEAVE.  THANK YOU.

11          (PROSPECTIVE JURORS NOT PRESENT.)

12            THE COURT:  OKAY.  ALL THE JURORS HAVE LEFT THE

13    COURTROOM.  ANYTHING ELSE?

14            MR. LEE:  NOTHING FOR APPLE.

15            MR. PRICE:  NOTHING FOR SAMSUNG.

16            THE COURT:  OKAY.  THANK YOU ALL.

17          (LUNCH RECESS TAKEN FROM 12:15 P.M. TO 1:09 P.M.)

18

19

20

21

22

23

24

25

```
1              AFTERNOON SESSION

2        (PROSPECTIVE JURORS PRESENT.)

3             THE COURT:  OKAY.  PLEASE TAKE A SEAT.  WELCOME BACK.

4        SO OUR JURORS WHO ARE HERE FOR -- I'M GOING TO ASK YOU TO

5    PLEASE GO AHEAD AND TAKE A SEAT IN THE JURY ROOM.

6        DO WE HAVE ALL --

7             MR. SWARUUP:  YES, SEVEN.

8             THE COURT:  OKAY, THAT'S RIGHT.  BECAUSE MR. DUNAVEN,

9    MR. WANG, AND MR. GRUBBS HAVE ALREADY BEEN VOIR DIRED.  FIVE,

10   SIX, SEVEN.  GREAT, THANK YOU.

11       (PROSPECTIVE JURORS NOT PRESENT.)

12            THE COURT:  ALL RIGHT.  THE DOOR IS CLOSED.  THERE

13   ARE NO JURORS IN THE COURTROOM.

14       LET ME HEAR FROM COUNSEL IF YOU HAVE ANY FURTHER THOUGHTS

15   AFTER THE LUNCH BREAK.

16            MR. LEE:  YOUR HONOR, OUR POSITION WOULD BE THE SAME.

17   I THINK, GIVEN WHAT THE RECORD IS BEFORE THE COURT, WHAT

18   MR. MERKLING SAID, IT'S UNLIKELY, IN MY VIEW, TO MOVE EVEN

19   PEOPLE WHO HEARD IT ONE WAY OR ANOTHER.

20       BUT TWO OF THE THREE PEOPLE YOUR HONOR BROUGHT OUT SAID

21   THEY DIDN'T HEAR IT.  MR. GRUBBS GAVE, I THOUGHT, A MORE

22   ACCURATE, DETAILED DESCRIPTION OF THE DYNAMIC OF THE ROOM.

23       I THINK THE MOST IMPORTANT THING IS MR. MERKLING SHOULDN'T

24   HAVE DONE WHAT HE DID, BUT THERE'S NOTHING IN THE RECORD THAT

25   WOULD INDICATE THAT IT WOULD MAKE ANY OF THE REMAINING FOLKS ON
```

1        THE PANEL SOMETHING OTHER THAN AN IMPARTIAL AND FAIR JUROR.

2                MR. PRICE:  YOUR HONOR, ONE OF THE GREAT PROTECTIONS

3        WE HAVE IS A JUROR ASSURING THE COURT THAT THEY CAN FOLLOW THE

4        COURT'S INSTRUCTIONS, AND WHAT WE HAVE HERE, ACCORDING TO

5        MR. MERKLING, IS BOTH HE AND APPARENTLY SEVERAL OTHERS THAT HE

6        CAN'T NAME DID NOT FOLLOW THE COURT'S INSTRUCTIONS.  WE DON'T

7        KNOW WHO IT IS.

8            AND SO I THINK THAT WE NEED TO FIND OUT.  WE WOULD NEED TO

9        FIND OUT, IF WE KEPT THIS PANEL, WHO VIOLATED THE COURT'S

10       INSTRUCTIONS.

11           THAT PUTS US INTO AN INVESTIGATION WHERE, AND WE'VE

12       ALREADY HEARD INCONSISTENCIES.  INNOCENT OR NOT, WE DON'T KNOW.

13       BUT WE'VE GOT MR. MERKLING SAYING THAT THE FIRST QUESTION WAS,

14       DOES THIS INVOLVE THE OPERATING SYSTEM, SOFTWARE?

15           WE'VE GOT MR. GRUBBS SAYING HE DIDN'T HEAR THAT, BUT

16       SAYING THAT THIS WAS A CONVERSATION THAT EVERYONE COULD HEAR.

17           WE'VE GOT MR. WANG AND MR. DUNAVEN SAYING THEY COULDN'T

18       HEAR IT.

19           AND SO I THINK WE'RE JUST -- YOU KNOW, WE'RE GETTING INTO

20       A RABBIT HOLE HERE AND WE'VE GOT ENOUGH JURORS, PLENTY OF

21       JURORS, AND THIS WOULD ACTUALLY, I THINK, INCREASE -- WELL, IT

22       WOULD MAKE IT QUICKER BECAUSE, YOU KNOW, WE HAVEN'T ASKED THE

23       ENTIRE VENIRE ANYTHING OTHER THAN HAVE YOU HEARD ABOUT THE

24       CASE, AND I THINK THE BEST THING TO DO TO MAKE SURE WE HAVE A

25       FAIR TRIAL HERE IS TO BRING ANOTHER 11 IN.

```
 1            MR. LEE:  YOUR HONOR, IF I COULD BRIEFLY RESPOND TO

 2    THAT?

 3            YOUR HONOR MAY RECALL WHEN WE BEGAN THE FIRST TRIAL LAST

 4    AUGUST THAT THERE WAS AN EVENT AT THE END OF THE FIRST DAY THAT

 5    CREATED SOME CONCERN ABOUT PUBLICITY.  YOUR HONOR CAME IN AND

 6    ASKED EACH OF THE JURORS INDIVIDUALLY A SIMPLE QUESTION ABOUT

 7    WHETHER ANYTHING HAD OCCURRED, HAD THEY SEEN ANYTHING?  THEY

 8    ALL SAID NO AND WE MOVED ON.

 9            THERE WAS NO NEED -- IF THERE WAS ANY NEED FOR AN

10    INVESTIGATION, THAT WOULD HAVE BEEN MORE OF AN OCCASION FOR AN

11    INVESTIGATION THAN NOW.

12            THERE IS NOTHING IN WHAT MR. MERKLING SAID OR ANY OF THE

13    OTHERS HAVE SAID THAT WOULD INDICATE THAT THE IMPARTIALITY OF

14    THESE FOLKS HAS BEEN AFFECTED.

15            THIS IS -- I MEAN, THREE OF THE PEOPLE WE'RE TALKING ABOUT

16    YOUR HONOR JUST HEARD ARGUMENTS ON A MOTION TO STRIKE FOR

17    CAUSE.  THIS IS EFFECTIVELY GIVING ONE PARTY THREE MORE

18    PEREMPTORIES THAN THE OTHER.

19            THE COURT:  ONLY TWO.  THE OTHER ONE WAS MR. DE MOL

20    AND HE'S JUROR NUMBER 14, SO HE'S NOT IN THIS CROWD.

21            MR. LEE:  SO, YOUR HONOR, EVEN IF IT WERE TWO -- IT

22    WOULD BE ONE THING IF ANYBODY HAD SAID SOMETHING THAT COULD

23    AFFECT THE IMPARTIALITY -- AND I'M NOT MINIMIZING AND I DON'T

24    INTEND TO MINIMIZE THE IMPORTANCE OF THE JURORS COMPLYING WITH

25    YOUR HONOR'S INSTRUCTIONS, PARTICULARLY AS WE GET GOING
```

1    TOMORROW AND FOR THE WEEKS AFTER.

2         BUT YOUR HONOR ASKED THE CORRECT QUESTIONS OF WHAT PEOPLE

3    HAD HEARD, WHAT WAS SAID, WOULD IT AFFECT THEIR ABILITY TO

4    DECIDE THIS CASE IMPARTIALLY?  AND THE ANSWER WAS NO.

5         ALMOST EVERYBODY, YOUR HONOR -- WELL, IN FACT, EVERYBODY

6    YOUR HONOR HAS PUT IN THE BOX SO FAR HAS BEEN SOMEONE WHO'S

7    HEARD ABOUT THE CASE BEFORE, HALF OF THEM HEARD ABOUT IT ON NPR

8    THIS MORNING, AND THEN THEY SAID, "THAT'S ALL I HEARD.  I CAN

9    DECIDE THE CASE IMPARTIALLY."

10        I DON'T THINK WE CAN ASK ANYTHING MORE OF THEM THAN THAT.

11             MR. PRICE:  YOUR HONOR, THE ONLY THING WE CAN ASK IS

12   THAT THEY DIDN'T FOLLOW THE COURT'S INSTRUCTIONS SO QUICKLY,

13   AND WE HAVE FOUR OR FIVE OF THEM NOT FOLLOWING THE COURT'S

14   INSTRUCTIONS, AND WE DON'T EVEN KNOW WHO.

15             MR. LEE:  WE HAVE ONE, MR. MERKLING, AND

16   MR. MERKLING -- HAVING YOUR HONOR DISMISS MR. MERKLING FOR

17   FAILURE TO FOLLOW THE COURT'S INSTRUCTIONS, YOU'LL FIND NO

18   OBJECTION FROM US.

19             THE COURT:  WELL, THIS IS MY -- THIS IS MY CONCERN:

20   WHILE WHAT WAS DISCUSSED APPEARS TO BE RELATIVELY INNOCUOUS AND

21   NOT AFFECT WHETHER A JUROR COULD BE FAIR AND IMPARTIAL, MY

22   CONCERN IS THAT THE INSTRUCTION WAS VERY EXPLICIT, AND TO RIGHT

23   OFF THE BAT AT LEAST HAVE A SUBSET WHO ARE NOT GOING TO FOLLOW

24   THAT INSTRUCTION GIVES ME CONCERN.

25        I'M NOT CASTING ASPERSIONS ON ANY OF THE JURORS.

1     I ALSO BELIEVE IT'S POSSIBLE THAT MR. DUNAVEN AND MR. WANG

2     WEREN'T EVEN IN THE ROOM BECAUSE THERE WAS A TEN MINUTE BREAK

3     BEFORE -- BETWEEN MR. WANG AND MR. GRUBBS.  IT'S POSSIBLE THAT

4     CONVERSATION COULD HAVE HAPPENED WHEN THOSE TWO GENTLEMEN WERE

5     NOT IN THE ROOM.

6     SO I'M NOT CASTING ASPERSIONS ON ANYONE.

7     BUT IT IS A CONCERN THAT WE ALREADY HAVE EVIDENCE THAT AT

8     LEAST SOME OF THE JURORS, BECAUSE BOTH MR. MERKLING AND

9     MR. GRUBBS SAID THAT AT LEAST THREE OR FOUR PEOPLE SAID THAT

10    THEY HAD HEARD ABOUT THIS CASE ON KNBR AND HAD SOME, EVEN IF

11    IT'S AN INNOCUOUS DISCUSSION ABOUT IT, EVEN THOUGH I

12    SPECIFICALLY SAID "WHEN YOU GO BACK TO THESE JURY ROOMS, PLEASE

13    DO NOT -- YOU MUST NOT DISCUSS THE CASE."

14    SO I AM INCLINED TO GO AHEAD AND THANK AND EXCUSE THIS 11,

15    BRING IN ANOTHER GROUP OF 11 WHO WILL TAKE THESE INDIVIDUAL'S

16    SPOTS.  I'M NOT GOING TO MOVE UP THE OTHERS ON OUR LIST.  WE'RE

17    JUST GOING TO HAVE THEM REPLACE THEM, AND I'M JUST GOING TO

18    BRING EACH ONE IN, RATHER THAN FIND OUT WHO'S HEARD ABOUT THE

19    CASE, WHO HASN'T, I'M GOING TO FIND OUT, WHAT HAVE YOU HEARD

20    ABOUT THE CASE AND HAVE THEM TAKE THESE 11 PEOPLE'S POSITIONS.

21    THAT'S WHAT I'D LIKE TO DO.

22    MR. LEE:  YOUR HONOR, I'M NOT TRYING TO SAY ANYTHING

23    FURTHER TO CHANGE YOUR MIND, BUT THIS IS EFFECTIVELY -- I THINK

24    THERE ARE AT LEAST -- THERE'S DUNAVEN, WANG, AND GRUBBS, BOTH

25    OF WHOM WERE SUBJECT TO THE INQUIRY, THAT THIS IS EFFECTIVELY

```
 1        GIVING SAMSUNG THREE PEREMPTORY CHALLENGES, AND IN A JURY TRIAL

 2        OF EIGHT JURORS WHERE THERE'S ONLY THREE PEREMPTORIES A SIDE,

 3        THAT IS AN UNFAIR ADVANTAGE.

 4              THE COURT:  DO YOU WANT TO RESPOND TO THAT,

 5        MR. PRICE?

 6              MR. PRICE:  FIRST, WE DIDN'T CREATE THIS SITUATION.

 7        I MEAN, IT'S AN UNFORTUNATE SITUATION.

 8           AND I THINK THE COURT HIT THE NAIL ON THE HEAD THAT THE

 9        PROBLEM IS THAT WE'RE GOING TO HAVE TO HAVE AN INVESTIGATION

10        INTO WHO VIOLATED THE COURT'S ORDER DIRECTLY, WHO DIDN'T SPEAK

11        UP WHEN THEY KNEW OF THE VIOLATION, AND THAT'S A WASTE OF TIME.

12           WE DID MOVE FOR CAUSE ON SOME OF THESE PEOPLE.  AND IN

13        SOME WAYS I DON'T THINK IT GIVES US AN ADVANTAGE.  I THINK IT

14        KIND OF CERTAINLY ELIMINATES THE ISSUE OF WHETHER OR NOT, ON

15        APPEAL AS TO WHETHER OR NOT WE WERE ON THE RIGHT SIDE OF THAT

16        REQUEST.

17              AND, OF COURSE, WE HAD, YOU KNOW, WE HAD THE OPPORTUNITY,

18        WE WOULD HAVE THE OPPORTUNITY WITH FURTHER VOIR DIRE TO TRY TO

19        DEVELOP THAT MORE AND WHO KNOWS WHERE THAT WOULD DEVELOP.

20           WE DON'T KNOW IF THE ONES WE HAVEN'T TALKED TO ARE REALLY

21        GUNG HO, PRO SAMSUNG OR NOT.

22           SO I THINK THE ISSUE IS WHAT'S REQUIRED TO MAKE SURE THAT

23        THESE FOLKS WOULD OBEY THE COURT'S INSTRUCTIONS.

24              MR. LEE:  AND, YOUR HONOR, I KNOW YOU WANT TO GET

25        THROUGH THIS TODAY, BUT TWO OF THE THREE SAID THEY WEREN'T --
```

1    THEY DIDN'T HEAR ANYTHING.  MR. GRUBBS DESCRIBED THE SITUATION

2    WHERE THERE WERE TWO OR THREE DIFFERENT GROUPS IN THE ROOM.

3         SO WE'RE TALKING ABOUT DISMISSING --

4         THE COURT:  BUT HE SAID THAT EVERYONE COULD HEAR IT

5    IN THE ROOM, THAT HE WAS DIAGONALLY ACROSS, HE WAS NEAR THE

6    DOOR, AND THE PEOPLE WHO WERE SPEAKING WERE NEXT TO THE

7    BATHROOMS, AND THAT'S A TINY ROOM.

8         MR. LEE:  AND YOU'LL NOTICE THAT WHEN MR. GRUBBS

9    DESCRIBED WHAT HE HEARD, IT WAS ABOUT THE NPR REPORT.  THERE

10   WAS NOTHING ELSE BEYOND THAT.

11        WE'RE TALKING ABOUT STRIKING THESE FOLKS, AND I'M NOT NOW

12   JUST FOCUSSING -- I HAVE FOCUSSED ON THE PEOPLE THAT WERE THE

13   SUBJECT TO MR. PRICE'S MOTION TO DISMISS FOR CAUSE, BUT THERE

14   ARE OTHER FOLKS HERE, AND THESE ARE PEOPLE WHO EITHER SAID THEY

15   DIDN'T HEAR ANYTHING OR, IN THE CASE OF MR. GRUBBS, DESCRIBED

16   WHAT HE HEARD AND SAID IT WOULDN'T AFFECT HIS IMPARTIALITY.

17        THE DIFFERENCE BETWEEN THAT AND HEARING THE NPR REPORT

18   ITSELF ON THE WAY IN THIS MORNING IS NO DIFFERENT.  THESE

19   PEOPLE DID NOT VIOLATE YOUR HONOR'S INSTRUCTION BECAUSE THEY

20   HAPPENED TO BE IN A ROOM WHEN MR. MERKLING SAID SOMETHING, AND

21   MR. MERKLING HAS NOT IDENTIFIED A SINGLE PERSON WHO RESPONDED

22   AND NONE OF THESE FOLKS HAVE AS WELL.

23        NOW, WE DON'T DISAGREE THAT THERE ARE THREE OR FOUR

24   QUESTIONS TO ASK THE REMAINING MEMBERS OF THIS PANEL.

25        BUT TO HAVE PEOPLE WHO EITHER SAID, UNDER OATH, HONESTLY,

1    TO A FEDERAL JUDICIAL OFFICER, "I DIDN'T HEAR ANYTHING," SOME

2    OF WHOM TOLD YOU THIS MORNING THAT THEY HEARD AN NPR REPORT

3    ABOUT THE CASE AND ANSWERED THE QUESTIONS HONESTLY WOULD REALLY

4    EFFECTIVELY UNBALANCE THE PLAYING FIELD WHEN WE SELECT THIS

5    JURY.

6           MR. PRICE:  YOUR HONOR, WE DON'T KNOW IF IT DOESN'T

7    BALANCE THE PLAYING FIELD BECAUSE WE DON'T KNOW ABOUT THE OTHER

8    JURORS THAT ARE IN THIS GROUP.  WE HAVEN'T TALKED TO THEM YET.

9    SO WE REALLY DON'T KNOW IF THIS HAS UNBALANCED THE PLAYING

10   FIELD AT ALL.

11          THE COURT:  YOU COULD GET 11 APPLE LOVERS AFTER THIS

12   GROUP ON THE RANDOMIZED LIST, MR. LEE.  I DON'T KNOW WHO

13   THEY'RE GOING TO BE.

14          MR. PRICE:  THERE SEEM TO BE A LOT OF THEM.

15          THE COURT:  WE'RE TAKING THEM RANDOMLY OFF THE LIST.

16          MR. LEE:  I DON'T SUGGEST THAT I KNOW AND I DON'T

17   THINK MR. PRICE KNOWS WHO'S COMING DOWN THE ROAD.

18       I'M TALKING ABOUT THE INTEGRITY OF THE PROCESS THAT HAS

19   BEEN UNDERTAKEN UP UNTIL THIS MOMENT IN TIME AND PEOPLE, SOME

20   OF WHOM, YOU KNOW, LIKE APPLE, SOME THINK -- YOU KNOW, LIKE

21   SMITH WHO THOUGHT APPLE WAS GOING TO LOSE.  THEY'VE ALL

22   ANSWERED THE QUESTION HONESTLY ABOUT HAVING HEARD ABOUT THE

23   CASE BEFORE, HAVING HEARD ABOUT IT THIS MORNING, AND THEN SAID

24   WE CAN DECIDE THESE ISSUES.

25          AND TO HAVE THOSE PEOPLE GO -- I DON'T -- THE IDEA THAT WE

```
 1        NEED SOME BIG INVESTIGATION I DON'T THINK IS CORRECT.

 2            AND YOUR HONOR MAY RECALL EVEN A YEAR AGO WHEN I ASKED IF

 3        WE COULD VOIR DIRE THE FOLKS AT THE END OF THE FIRST DAY IN

 4        CHAMBERS, YOUR HONOR WANTED TO DO IT MUCH MORE QUICKLY AND DID

 5        AND ASKED A QUESTION OR TWO OF EACH AND THAT WAS THE END OF THE

 6        INVESTIGATION.

 7            MR. PRICE:  SHORT OF ASKING MR. MERKLING TO COME IN

 8        FOR A JUROR LINEUP, WE'RE JUST GETTING INTO A QUAGMIRE HERE.

 9        THE CLEANEST RECORD IS TO DO WHAT YOU SUGGESTED.

10            I WON'T SAY ANYTHING ELSE.

11            MR. LEE:  I THINK FOR THE REMAINING FOLKS WHO COME

12        OUT, ASKING THEM IF THEY -- THE QUESTIONS THAT YOU ASKED THE

13        OTHERS, WERE THEY PRESENT WHEN A CONVERSATION OCCURRED?  WHAT

14        DID THEY HEAR, WE SHOULD DO THAT BECAUSE THEY WERE IN THE ROOM

15        AT THE TIME.

16            BUT ON THIS RECORD, YOUR HONOR, TO LET EVERYBODY GO WE

17        DON'T THINK WOULD BE THE RIGHT RESULT.

18            THE COURT:  LET ME -- I'M GOING TO RESERVE THE

19        DECISION.  LET'S HEAR WHAT THE REST HAVE TO SAY AND THEN I'LL

20        RESERVE A DECISION WHETHER TO EXCUSE EVERYONE OR EXCUSE JUST

21        THE ONES WHO SAID THEY TALKED ABOUT THE CASE AND VIOLATED MY

22        ORDER.

23            AND IF NO ONE ADMITS TO IT, IT'S CLEAR AT LEAST SOME OF

24        THEM DID, THEN I'LL JUST PROBABLY ASK THE WHOLE GROUP TO LEAVE.

25        OKAY?
```

```
1              LET'S BRING IN MR. WATSON THEN, PLEASE.

2              MR. SWARUUP:  MR. WATSON, OR ARE YOU GOING TO BRING

3     BACK MR. MERKLING?

4              THE COURT:  NO, I DON'T WANT TO TALK ANY MORE WITH

5     MR. MERKLING AT THIS POINT.  THANK YOU.

6         (JUROR WATSON PRESENT.)

7              THE COURT:  ARE THERE ANY OTHER JURORS IN THE

8     COURTROOM?  THE RECORD SHOULD REFLECT THERE ARE NONE.

9         MR. WATSON -- THE DOOR TO THE JURY ROOM IS CLOSED.

10        WERE THERE ANY CONVERSATIONS ABOUT THIS CASE IN THE JURY

11    ROOM?

12             PROSPECTIVE JUROR:  NO.

13             THE COURT:  AT ANY POINT?

14             PROSPECTIVE JUROR:  NOT THAT I WAS AWARE OF.

15             THE COURT:  OKAY.  DID YOU HEAR ANYONE ELSE TALK

16    ABOUT HEARING ANYTHING?

17             PROSPECTIVE JUROR:  NO.

18             THE COURT:  ALL RIGHT.  WHAT HAVE YOU HEARD ABOUT ANY

19    CASE BETWEEN APPLE AND SAMSUNG?

20             PROSPECTIVE JUROR:  I WAS JUST AWARE THAT THERE WAS A

21    CASE GOING.  I DIDN'T EVEN KNOW WHO WAS PLAINTIFF OR WHO WAS

22    DEFENDANT.  JUST FROM THE NEWS.

23             THE COURT:  WHAT WAS YOUR SOURCE OF INFORMATION?

24             PROSPECTIVE JUROR:  IT WOULD HAVE BEEN THE NEWSPAPER

25    AND -- "THE MERCURY NEWS," AND POSSIBLY ON THE RADIO.
```

1          THE COURT:  DID YOU HEAR ANYTHING ABOUT IT TODAY?

2          PROSPECTIVE JUROR:  OH, GOD, NO.

3          THE COURT:  AND WHAT SPECIFICALLY DID YOU HEAR ABOUT

4    ANY CASE BETWEEN APPLE AND SAMSUNG?

5          PROSPECTIVE JUROR:  I JUST KNEW THAT THEY HAD A CASE

6    GOING ON.  I DON'T EVEN REMEMBER WHAT IT WAS ABOUT.

7          THE COURT:  DO YOU RECALL THE TIME OF WHEN YOU HEARD

8    THAT?

9          PROSPECTIVE JUROR:  A MONTH OR TWO AGO MAYBE.  I

10   DON'T KNOW.  IT'S BEEN A WHILE.

11         THE COURT:  DID YOU SEEK OUT THAT INFORMATION OR DID

12   YOU JUST COME UPON IT BECAUSE YOU WERE LOOKING AT THE NEWSPAPER

13   OR LISTENING TO THE RADIO?

14         PROSPECTIVE JUROR:  PROBABLY JUST WATCHING THE TV AND

15   THE NEWSPAPER.

16         THE COURT:  DO YOU HAVE ANY OPINION ABOUT THE CASE?

17         PROSPECTIVE JUROR:  NO.

18         THE COURT:  HAVE YOU HAD ANY CONVERSATIONS WITH

19   ANYONE ABOUT THE CASE?

20         PROSPECTIVE JUROR:  NO.

21         THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE

22   CASE WITH YOU?

23         PROSPECTIVE JUROR:  NO.

24         THE COURT:  CAN YOU BE A FAIR JUROR TO BOTH SIDES?

25         PROSPECTIVE JUROR:  YEAH.

```
1                    THE COURT:  ALL RIGHT.

2               ANY FOLLOW UP, MR. LEE?

3                    MR. LEE:  NONE, YOUR HONOR.

4                    THE COURT:  ANY FOLLOW UP, MR. PRICE?

5                    MR. PRICE:  NO FOLLOW UP, YOUR HONOR.

6                    THE COURT:  ALL RIGHT.

7                    MR. PRICE:  YOUR HONOR, ACTUALLY --

8                    THE COURT:  YES, GO AHEAD, PLEASE.

9                    MR. PRICE:  MR. WATSON, WHEN YOU WERE IN THE ROOM

10    BACK THERE BEFORE YOU CAME OUT, BEFORE LUNCH, WERE YOU SITTING

11    IN ONE PARTICULAR PLACE IN THE ROOM OR -- AS OPPOSED TO OTHERS?

12    ONE AREA OF THE ROOM?

13                   PROSPECTIVE JUROR:  I WAS SITTING MORE ON THIS SIDE

14    OVER HERE (INDICATING).

15                   THE COURT:  ON THIS SIDE OVER THERE, YOU MEAN ACROSS

16    FROM THE BATHROOMS; CORRECT?

17                   PROSPECTIVE JUROR:  YES.

18                   THE COURT:  NOT ON THE BATHROOM SIDE OF THE ROOM?

19                   PROSPECTIVE JUROR:  CLOSER --

20                   THE COURT:  CLOSER TO THE DOOR THAT OPENS OUT ON TO

21    THE HALLWAY; CORRECT?

22                   PROSPECTIVE JUROR:  YES.

23                   THE COURT:  IS THERE ANY FURTHER FOLLOW UP?

24                   MR. PRICE:  I'M NOT GOING TO ASK ABOUT HOW FAR THAT

25    IS BECAUSE YOUR HONOR KNOWS.
```

```
 1                THE COURT:  CAN YOU GIVE, MR. WATSON, AN ESTIMATE?
 2           DO WE KNOW THE SIZE OF THAT ROOM?
 3                THE CLERK:  NO.
 4                PROSPECTIVE JUROR:  PROBABLY ABOUT EIGHT FEET ACROSS.
 5                MR. PRICE:  WERE THERE ANY PARTICULAR JURORS WHO WERE
 6      TALKING ON THAT SIDE OF THE ROOM?
 7                THE COURT:  BY "THAT SIDE," YOU MEAN THE BATHROOM
 8      SIDE?
 9                PROSPECTIVE JUROR:  NOT THAT I HEARD.  I WAS READING
10      MOST OF THE TIME (INDICATING).
11                MR. PRICE:  OKAY.  I'LL ASK LATER WHAT YOU'RE
12      READING.  THANK YOU.
13                THE COURT:  ALL RIGHT.  DO YOU RECALL, WERE THERE ANY
14      CONVERSATIONS THAT THE ENTIRE GROUP OF JURORS WERE HAVING AT
15      ANY POINT NOT ABOUT THIS CASE, JUST ABOUT ANYTHING?
16                PROSPECTIVE JUROR:  JUST NOW THERE WAS.  WE WERE
17      TALKING ABOUT LUNCH AND WHAT OTHER AND TRAFFIC AND GENERALIZED
18      STUFF.
19                THE COURT:  OKAY.
20                PROSPECTIVE JUROR:  NOTHING ABOUT THIS CASE.
21                THE COURT:  OKAY.  ALL RIGHT.  AND YOU DON'T
22      RECALL -- EVEN IF YOU WERE NOT INVOLVED IN THE CONVERSATION,
23      YOU DON'T RECALL ANY SUBSET OF THE JURORS IN THE ROOM HAVING A
24      CONVERSATION THAT YOU COULD OVERHEAR?
25                PROSPECTIVE JUROR:  LIKE I SAID, I WAS READING.  I
```

```
1     WASN'T PAYING A WHOLE LOT OF ATTENTION WHAT THEY WERE SAYING.

2     I DON'T RECALL IT.

3               THE COURT:  ALL RIGHT.  OKAY.  THANK YOU.

4          OKAY.  THEN I'LL ASK IF WE CAN HAVE MS. GARCIA.

5          (JUROR GARCIA PRESENT.)

6               THE COURT:  ALL RIGHT.  MS. GARCIA, WERE THERE ANY

7     CONVERSATIONS IN THE JURY ROOM ABOUT THIS CASE TODAY?

8               PROSPECTIVE JUROR:  NO.  I DIDN'T HEAR ANY.  THEY

9     JUST -- I MEAN, THEY WERE TALKING ABOUT PRODUCTS, LIKE APPLE OR

10    WHAT KIND OF COMPUTERS WE HAD AND STUFF.

11              THE COURT:  WHO WAS TALKING ABOUT THAT?

12              PROSPECTIVE JUROR:  EVERYBODY WAS JUST TALKING ABOUT

13    IT.

14              THE COURT:  AND AT WHAT POINT WAS THAT?

15              PROSPECTIVE JUROR:  RIGHT BEFORE WE WENT TO LUNCH.

16              THE COURT:  RIGHT BEFORE YOU WENT TO LUNCH.

17              PROSPECTIVE JUROR:  CORRECT, AROUND 1:00 O'CLOCK I

18    WOULD SAY.

19              THE COURT:  AND WHAT WAS THE NATURE OF THE

20    CONVERSATION?

21              PROSPECTIVE JUROR:  JUST ABOUT THE PHONES THAT WE

22    HAD.  SOME PEOPLE SAID THEY HAD BOTH SAMSUNG AND APPLE AND

23    COMPUTERS.

24              THE COURT:  DO YOU RECALL HOW THAT CONVERSATION GOT

25    STARTED?
```

```
 1                PROSPECTIVE JUROR:  NO, I DON'T.

 2                THE COURT:  DO YOU RECALL IF EVERYONE PARTICIPATED IN

 3     THAT CONVERSATION OR WHETHER IT WAS A SUBGROUP?

 4                PROSPECTIVE JUROR:  I DON'T RECALL.

 5                THE COURT:  OKAY.  DID YOU PARTICIPATE IN THE

 6     CONVERSATION?

 7                PROSPECTIVE JUROR:  I STATED THAT MY HUSBAND, THE

 8     KIND OF COMPUTER THAT MY HUSBAND HAS.

 9                THE COURT:  AND WHAT KIND OF COMPUTER IS THAT?

10                PROSPECTIVE JUROR:  APPLE.

11                THE COURT:  ALL RIGHT.  WHAT ELSE HAVE YOU HEARD, IF

12     ANYTHING, ABOUT ANY CASE BETWEEN APPLE AND SAMSUNG?

13                PROSPECTIVE JUROR:  I'VE JUST HEARD IT ON THE NEWS.

14     I HEARD IT, FOR EXAMPLE, THIS MORNING AS I WAS GETTING READY

15     AND THAT'S HOW I FIGURED, YOU KNOW, WHERE I WAS GOING.  THEY

16     WERE TALKING ABOUT THE DELIBERATIONS -- THE JURY SELECTION FOR

17     THE CASE TAKING PLACE AT THE FEDERAL COURT BUILDING.

18                THE COURT:  OKAY.  WAS THAT RADIO OR TELEVISION?

19                PROSPECTIVE JUROR:  THAT WAS TELEVISION.  THAT WAS ON

20     CHANNEL 2.

21                THE COURT:  OKAY.  DO YOU HAVE ANY OPINION ABOUT THE

22     CASE?

23                PROSPECTIVE JUROR:  I DON'T.  I'M NOT VERY TECH

24     SAVVY, SO --

25                THE COURT:  HAVE YOU TALKED ABOUT THE CASE WITH
```

```
1    OTHERS?

2              PROSPECTIVE JUROR:  NO, I HAVE NOT.

3              THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT THE

4    CASE WITH YOU?

5              PROSPECTIVE JUROR:  NO.

6              THE COURT:  HOW LONG WAS THE CONVERSATION ABOUT WHICH

7    PHONES THE JURORS HAVE?

8              PROSPECTIVE JUROR:  I WOULD SAY PROBABLY FIVE MINUTES

9    MAYBE, A COUPLE MINUTES, FIVE MINUTES.

10             THE COURT:  SO THAT WAS AMONGST THE SEVEN OF YOU THAT

11   WERE IN THAT ROOM BEFORE LUNCH?

12             PROSPECTIVE JUROR:  CORRECT.

13             THE COURT:  ANY FOLLOW UP, MR. LEE?

14             MR. LEE:  NO, YOUR HONOR.

15             THE COURT:  ANY FOLLOW UP, MR. PRICE?

16             MR. PRICE:  YES, YOUR HONOR.

17        YES.  MS. GARCIA, WHEN PEOPLE WERE TALKING ABOUT THEIR

18   APPLE PRODUCTS, WERE THEY SAYING WHAT THEY LIKE ABOUT THEM OR

19   DIDN'T LIKE OR --

20             PROSPECTIVE JUROR:  NO, NO.  THEY SIMPLY SAID, YOU

21   KNOW, THEY EITHER HAVE BOTH PHONES OR, YOU KNOW, AN APPLE

22   COMPUTER.  YEAH.  THEY WEREN'T STATING WHETHER THEY LIKED IT OR

23   NOT.

24             MR. PRICE:  AND HOW DID THE CONVERSATION START?  WHAT

25   WAS THE CONTEXT?
```

```
 1                    PROSPECTIVE JUROR:  ACTUALLY, I WOULDN'T EVEN BE ABLE
 2     TO TELL YOU.  I DON'T KNOW.
 3                    MR. PRICE:  YOU WERE ON A QUICK --
 4                    PROSPECTIVE JUROR:  I MEAN, I WAS IN THERE, BUT --
 5                    MR. PRICE:  OKAY.  THANKS.
 6                    THE COURT:  ALL RIGHT.  THANK YOU.  YOU CAN STEP
 7     DOWN.
 8                    THE CLERK:  GO TO JUDGE LLOYD'S?
 9                    THE COURT:  NO, PROBABLY NOT.  AT THIS POINT, DO WE
10     HAVE ANOTHER JURY ROOM?
11                    MR. SWARUUP:  YES.
12                    THE COURT:  OKAY.  ACTUALLY, IF IT'S EASIER, THAT'S
13     FINE.
14                    PROSPECTIVE JUROR:  WHERE SHOULD I GO?
15                    THE COURT:  THAT'S FINE.  I'D LIKE TO SPEAK WITH THE
16     LAWYERS.
17                    PROSPECTIVE JUROR:  THANK YOU.
18          (PROSPECTIVE JURORS NOT PRESENT.)
19                    THE COURT:  THANK YOU.  ALL RIGHT.  I'M NOW GOING TO
20     STRIKE THIS GROUP OF 11.  I'LL GIVE YOU ONE LAST CHANCE TO BE
21     HEARD.
22          YOU KNOW, MY INSTRUCTIONS SPECIFICALLY SAID DON'T TALK NOT
23     ONLY ABOUT THE CASE, BUT ANYTHING TO DO WITH IT, AND NOW
24     THEY'RE TALKING ABOUT THEIR APPLE PHONES AND SAMSUNG PHONES.
25     I'VE HEARD ENOUGH.
```

1          MR. LEE:  WELL, YOUR HONOR, THIS CONVERSATION WHICH

2    OCCURRED RIGHT BEFORE LUNCH DIDN'T HAVE THE FIRST PART OF THE

3    PANEL WHO HAD ALREADY COME THROUGH, SO WHEN THE OTHER THREE

4    PEOPLE CAME AND ANSWERED YOUR QUESTIONS, THEY WERE ANSWERING

5    HONESTLY.  STRIKING THEM BECAUSE OF CONVERSATIONS SHE NOW SAYS

6    THEY HAD ABOUT THE PHONES RIGHT BEFORE LUNCH, THERE WOULDN'T BE

7    A LOGICAL CONNECTION BETWEEN THE TWO.

8          THE SECOND THING IS, I THINK YOUR HONOR WILL HAVE TO BE

9    CLEAR WITH THEM, BECAUSE I THINK MY BET IS THEY THINK TALKING

10   ABOUT WHETHER THEY HAVE AN APPLE PHONE OR A SAMSUNG PHONE IS

11   NOT TALKING ABOUT THE CASE, AT LEAST AS I HEARD WHAT SHE SAID.

12         I THINK THERE ARE TWO DIFFERENT ISSUES HERE.  THE FIRST

13   THING IS THERE'S HALF OF THIS GROUP THAT HAD COME THROUGH

14   BEFORE THIS CONVERSATION.  AND SHE'S ANSWERING HONESTLY.  SHE

15   ANSWERED YOUR HONOR'S QUESTION.  SHE SAID NOTHING ABOUT AN

16   EARLIER CONVERSATION THAT SHE OVERHEARD.

17         AND THEN THE OTHER GENTLEMAN WHO CAME THROUGH ACTUALLY

18   CONFIRMS WHAT MR. GRUBBS SAID, WHICH WAS THAT THERE'S DIFFERENT

19   GROUPS IN THE ROOM, THIS GENTLEMAN IS SITTING THERE READING HIS

20   BOOK NOT OVERHEARING WHAT PEOPLE ARE SAYING.

21         AGAIN, FOCUSSING ON THE PEOPLE WHO HAVE ALREADY COME

22   THROUGH THE PROCESS, STRIKING THEM BECAUSE OF SOMETHING THAT

23   OCCURRED WHEN THEY WEREN'T EVEN IN THE ROOM WOULD NOT BE FAIR.

24         MR. PRICE:  I WANT TO BE CAREFUL WHAT I SAY ABOUT

25   THIS.  IT'S NOT A ROGUE PANEL SO MUCH, BUT CLEARLY THE JURORS

```
 1     IN THERE ARE NOT OBEYING THE COURT'S INSTRUCTIONS.  WE STILL

 2     HAVEN'T FOUND OUT WHO THE OTHER PEOPLE ARE WHO WERE PART OF THE

 3     ORIGINAL DISCUSSION.  SO FAR EVERYONE HAS SAID NO EXCEPT FOR

 4     MR. MERKLING AND MR. GRUBBS.

 5          AND I THINK PART OF THIS IS TO SAVE TIME, BUT ALSO I THINK

 6     WE SHOULD START CUTTING OUR LOSSES TO SAVE TIME AND BRING IN

 7     THE OTHER 11.

 8               THE COURT:  ALL RIGHT.  LET ME UNDERSTAND.  SO

 9     YOU'RE -- SAMSUNG'S POSITION IS TO STRIKE ALL 11?

10               MR. PRICE:  YES.

11               THE COURT:  APPLE'S POSITION IS TO -- YOU'RE SAYING

12     DON'T EVEN STRIKE THE SEVEN WHO WERE COMPARING THEIR PHONES?

13               MR. LEE:  YOUR HONOR, IF THAT -- I'M NOT SURE THAT'S

14     TALKING ABOUT THE CASE, BUT IF YOUR HONOR IS INCLINED TO STRIKE

15     ANYONE, IT WOULD BE THOSE SEVEN WHO WERE COMING IN IF THOSE

16     OTHER FOLKS WERE PARTICIPATING IN THAT CONVERSATION.

17          I MEAN, YOUR HONOR HAS HAD TWO PEOPLE OUT SINCE THE LUNCH

18     RECESS.  THE FIRST GENTLEMAN DIDN'T SAY HE HAD THAT

19     CONVERSATION, IN PART BECAUSE HE SAID THAT HE WAS READING THE

20     BOOK THAT HE'S HOLDING IN HIS RIGHT HAND NOW.

21          BUT IT CERTAINLY WOULDN'T MAKE SENSE TO STRIKE THE EARLIER

22     FOLKS WHO HAVE COME THROUGH.

23               THE COURT:  ALL RIGHT.  I'M MAKING THE DECISION TO GO

24     AHEAD AND STRIKE THESE 11.  YOU CAN -- DO YOU WANT TO BRING

25     THEM IN?
```

```
 1              NOW, WHERE ARE MR. DUNAVEN, MR. WANG, MR. GRUBBS, AND I
 2     GUESS MR. WATSON?  THEY'RE ALL IN JUDGE LLOYD'S COURTROOM?
 3              MR. SWARUUP:  YES, YOUR HONOR.
 4              THE COURT:  OKAY.  THEY CAN BE THANKED AND EXCUSED
 5     FROM THERE, OKAY?
 6          BUT CAN YOU BRING THESE JURORS IN, PLEASE, AND WE'LL JUST
 7     GO AHEAD AND THANK AND EXCUSE THEM.
 8              MR. SWARUUP:  JUDGE, CAN YOU REREAD THE NAMES OF THE
 9     JURORS TO BE EXCUSED, PLEASE?
10              MR. LEE:  YOUR HONOR, COULD WE HAVE THE FULL LIST OF
11     THE 11 BEFORE THEY COME BACK OUT SINCE WE'RE -- JUST TO BE SURE
12     WE'VE GOT IT ACCURATELY?
13              THE COURT:  SURE.  OKAY.  IT'S MR. DUNAVEN,
14     MR. WANG -- ACTUALLY, IF YOU WANT TO BRING THEM HERE, THAT'S
15     FINE.  THEY'RE JUST DOWN THE HALL, RIGHT?
16          MR. GRUBBS, MR. MERKLING, I DON'T KNOW WHERE HE IS NOW,
17     MR. WATSON, MS. GARCIA, MS. WILDMAN, MR. GARLICK,
18     MR. FUNDERBURK, MR. MILLER, AND MS. KRAVEL.
19          OKAY.  SO THE ONLY ONES WHO SHOULD BE IN JUDGE LLOYD'S
20     COURTROOM ARE DONOVAN, WANG, GRUBBS, MERKLING, WATSON, AND I
21     GUESS MS. GARCIA.  OKAY.  YOU WANT TO JUST BRING THEM HERE?
22     THAT'S FINE.
23          AND THEN WHY DON'T WE BRING IN THIS GROUP, PLEASE,
24     MS. WILDMAN, MR. GARLICK -- THERE SHOULD BE FIVE IN THERE.
25              MS. HILBY:  THAT'S RIGHT.
```

```
 1              THE COURT:  OKAY.  THANK YOU.

 2          (PROSPECTIVE JURORS PRESENT.)

 3              THE COURT:  ACTUALLY, THERE'S NO NEED TO SIT DOWN.

 4     I'M JUST GOING TO THANK YOU AND EXCUSE YOU.  YOU'VE FULFILLED

 5     YOUR JURY SERVICE.  YOU WILL NOT BE SERVING AS A JUROR ON THIS

 6     CASE.

 7          IF YOU WILL PLEASE GO WITH MR. YOUNGER, HE CAN TAKE CARE

 8     OF YOUR PARKING AND FEES AND WHATNOT.  THANK YOU VERY MUCH FOR

 9     YOUR SERVICE.  THANK YOU.

10              PROSPECTIVE JUROR:  ALL OF US?

11              THE COURT:  YES, ALL 11 OF YOU ARE THANKED AND

12     EXCUSED.

13          WHERE IS MR. MERKLING?

14              PROSPECTIVE JUROR:  RIGHT HERE.

15              THE COURT:  YEAH, HE'S IN THE GROUP.

16              THE REPORTER:  SORRY, I DIDN'T SEE HIM.

17              THE COURT:  OKAY.  MR. SWARUUP, CAN YOU GET OUR

18     NEXT --

19              MR. SWARUUP:  IT MIGHT TAKE A MINUTE, YOUR HONOR.

20              THE COURT:  DO YOU WANT TO JUST BRING THEM --

21              MR. SWARUUP:  YES, YOUR HONOR, WE'LL BRING THEM.

22              THE COURT:  SO THE NEXT PEOPLE COMING WILL BE

23     HEIDI ERICKSON, PETER LE, DORIS BELL, VINCENT LO FORTI,

24     KONDAPAVULUR VENKATESWARA-RAO -- DID SOMEONE SAY SOMETHING?

25     VICTORIA --
```

```
 1              MR. LEE:  WE'RE STARTING AT 51, YOUR HONOR?  IS THAT

 2   RIGHT?

 3              THE CLERK:  YES.

 4              THE COURT:  YES.  SO IT WOULD BE 51 THROUGH 63, MINUS

 5   THE THREE HARDSHIPS.  OH, I'M SORRY, IT WOULD BE THROUGH 65.

 6   YEAH, IT WOULD BE THROUGH JEFFREY JONES BECAUSE OF THE FOUR

 7   HARDSHIPS.

 8              MS. HILBY:  YOUR HONOR, THE FIRST THREE ARE READY.

 9              THE COURT:  THE FIRST THREE ARE READY?  OKAY.  LET'S

10   BRING IN MS. HEIDI ERICKSON.

11              MR. PRICE:  AND YOUR HONOR, JUST TO BE CLEAR, WILL

12   SHE BE JUROR 9 NOW?

13              THE COURT:  SO SHE'S GOING TO TAKE THE SEAT OF

14   MR. DUNAVEN.

15              MR. PRICE:  GREAT.  THANK YOU.

16              THE COURT:  ALL RIGHT.  I BELIEVE THAT'S SEAT NUMBER

17   18.

18              MR. PRICE:  THANK YOU.

19          (JUROR ERICKSON PRESENT.)

20              THE COURT:  OKAY.  WELCOME, MS. ERICKSON.

21          HAVE YOU HEARD ABOUT ANY CASE BETWEEN APPLE AND SAMSUNG?

22              PROSPECTIVE JUROR:  NO, I HAVE NOT.

23              THE COURT:  OKAY.  YOU HAVE NOT.  ALL RIGHT.  CAN YOU

24   BE A FAIR AND IMPARTIAL JUROR IN THIS CASE?

25              PROSPECTIVE JUROR:  I BELIEVE SO.
```

```
 1                    THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. LEE OR
 2         MR. PRICE?
 3                    MR. LEE:  WHILE YOU WERE AWAITING JOINING US IN THE
 4         ROOMS, BACK IN THESE ROOMS, WAS THERE ANY DISCUSSION OF THE
 5         CASE OR DISCUSSION OF APPLE PRODUCTS OR SAMSUNG PRODUCTS?
 6                    PROSPECTIVE JUROR:  NOT THAT I HEARD OR WAS AWARE OF.
 7                    MR. LEE:  THANK YOU.
 8                    THE COURT:  I UNDERSTAND THAT IN THE COURTROOM, IT'S
 9         BEEN DEATHLY SILENT.  THERE'S NO PRIVACY.  IT'S JUST ONE BIG
10         ROOM.
11              SO MS. ERICKSON, YOU WILL BE WAITING IN JUDGE LLOYD'S
12         COURTROOM AGAIN AND WILL BE CALLED BACK IN HOPEFULLY NOT TOO
13         LONG FOR FURTHER QUESTIONS.
14              PLEASE DON'T DISCUSS ANYTHING ABOUT THIS CASE.  THAT
15         INCLUDES PHONES, TABLETS, COMPUTERS, PRODUCTS, ANYTHING IN ANY
16         WAY RELATED TO THE CASE.
17              ALL RIGHT.  THANK YOU.
18                    PROSPECTIVE JUROR:  SHOULD I GO BACK TO THE FOURTH
19         FLOOR?
20                    THE COURT:  ACTUALLY, SHE'LL BE GOING TO
21         JUDGE LLOYD'S COURTROOM.
22                    PROSPECTIVE JUROR:  FOURTH FLOOR?
23                    THE COURT:  IT'S ON THIS FLOOR.  IT'S JUST DOWN THE
24         HALLWAY.
25                    THE CLERK:  NEXT PERSON IS --
```

```
1                    THE COURT:  IT'S GOING TO BE PETER LE.

2             (JUROR LE PRESENT.)

3                    THE COURT:  MR. LE, HAVE YOU BEEN WAITING IN

4       JUDGE LLOYD'S COURTROOM?

5                    THE CLERK:  I THINK JUDGE GREWAL'S.

6                    THE COURT:  WHICH ONE?

7                    THE CLERK:  JUDGE GREWAL'S.

8                    THE COURT:  OH, JUDGE GREWAL'S COURTROOM.  OH, THAT'S

9        RIGHT.  THAT'S RIGHT.

10            OKAY.  DID YOU DISCUSS THIS CASE OR ANYTHING ABOUT APPLE

11      PRODUCTS, SAMSUNG PRODUCTS WHILE YOU WERE IN JUDGE GREWAL'S

12      COURTROOM?

13                   PROSPECTIVE JUROR:  NO.

14                   THE COURT:  OKAY.  SIR, HAVE YOU HEARD ANYTHING ABOUT

15      ANY LAWSUIT BETWEEN OR ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

16                   PROSPECTIVE JUROR:  I HEARD ON TV AND RADIO.  THAT'S

17       ALL.

18                   THE COURT:  AND WHEN DID YOU HEAR THAT --

19                   PROSPECTIVE JUROR:  PROBABLY --

20                   THE COURT:  -- ON THE TV AND RADIO?

21                   PROSPECTIVE JUROR:  ON THE TV, PROBABLY SEVERAL WEEKS

22      AGO, AND ON THE RADIO, ON MY WAY TO COURT THIS MORNING.

23                   THE COURT:  I SEE.  DID YOU HEAR ANYTHING ABOUT --

24      WELL, WHAT'S YOUR OPINION ABOUT THE CASE?  DO YOU HAVE ONE?

25                   PROSPECTIVE JUROR:  I DON'T.
```

```
1              THE COURT:  ALL RIGHT.  HAVE YOU HAD ANY DISCUSSIONS

2      WITH ANYONE ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

3              PROSPECTIVE JUROR:  NO.

4              THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY

5      DISPUTE BETWEEN APPLE AND SAMSUNG WITH YOU?

6              PROSPECTIVE JUROR:  NO.

7              THE COURT:  ALL RIGHT.  WILL YOU BE A FAIR JUROR TO

8      BOTH SIDES IN THIS CASE?

9              PROSPECTIVE JUROR:  I WILL BE.

10             THE COURT:  ALL RIGHT.  THANK YOU.

11         LET ME HAVE ANY FOLLOW UP.

12             MR. LEE:  NO FOLLOW UP, YOUR HONOR.

13             THE COURT:  MR. PRICE?

14             MR. PRICE:  NO FOLLOW UP.

15             THE COURT:  OKAY.  DO YOU PRONOUNCE YOUR LAST NAME LE

16     OR LE?

17             PROSPECTIVE JUROR:  LE.

18             THE COURT:  MR. LE, I'M GOING TO HAVE YOU GO BACK

19     TO -- NOW THEY GO BACK TO JUDGE LLOYD'S COURTROOM.

20         AND, SIR, PLEASE DON'T TALK ABOUT THE CASE OR ANYTHING

21     RELATED TO IT, LIKE WHAT KIND OF PHONE YOU HAVE, WHAT KIND OF

22     TABLET YOU MIGHT HAVE, NO DISCUSSIONS AT ALL IN ANY WAY RELATED

23     TO THIS CASE OR ANY OF THE PARTIES OR THE PRODUCTS.  OKAY?

24         THANK YOU, SIR.  WE'LL BRING YOU BACK LATER FOR MORE

25     QUESTIONS.  THANK YOU.  MS. HILBY STANDING IN THE BACK WILL
```

```
 1      TAKE YOU TO JUDGE LLOYD'S COURTROOM.  THANK YOU.

 2           MS. BELL, PLEASE.

 3           (JUROR BELL PRESENT.)

 4               THE COURT:  WELCOME, MS. BELL.  HAVE YOU BEEN WAITING

 5      IN JUDGE GREWAL'S COURTROOM?

 6               PROSPECTIVE JUROR:  YES.

 7               THE COURT:  OKAY.  HAVE THERE BEEN ANY CONVERSATIONS

 8      ABOUT THIS CASE OR ABOUT APPLE OR SAMSUNG OR PRODUCTS OR PHONES

 9      OR TABLETS IN THAT ROOM?

10               PROSPECTIVE JUROR:  (SHAKES HEAD FROM SIDE TO SIDE.)

11               THE COURT:  NO?

12               PROSPECTIVE JUROR:  NO.  PRETTY QUIET.

13               THE COURT:  OKAY.  HAVE YOU HEARD ABOUT ANY DISPUTES

14      BETWEEN APPLE AND SAMSUNG?

15               PROSPECTIVE JUROR:  NOT REALLY.  I DON'T WATCH TV TOO

16      MUCH.

17               THE COURT:  OKAY.  HAVE YOU HEARD ANYTHING ON THE

18      RADIO OR READ ANYTHING IN THE NEWSPAPER OR ON THE INTERNET?

19               PROSPECTIVE JUROR:  YOU KNOW, I'VE HEARD SOME STUFF,

20      BUT I JUST TEND TO TUNE IT OUT.

21               THE COURT:  OKAY.  DO YOU RECALL WHAT SOURCES YOU

22      HEARD INFORMATION ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

23               PROSPECTIVE JUROR:  IT WOULD PROBABLY HAVE TO BE THE

24      TV OR THE RADIO IS ONE OF THE TWO THAT I PRETTY MUCH --

25               THE COURT:  OKAY.  AND WERE YOU SEEKING THAT
```

```
1      INFORMATION OUT OR DID YOU JUST HAPPEN TO HEAR IT BECAUSE YOU

2      WERE EITHER LISTENING TO THE RADIO OR WATCHING TV?

3                PROSPECTIVE JUROR:  YEAH, JUST LISTENING.  IT'S IN

4      THE BACKGROUND.

5                THE COURT:  DO YOU HAVE ANY OPINION ABOUT THE CASE?

6                PROSPECTIVE JUROR:  NOPE.

7                THE COURT:  HAVE YOU TALKED WITH ANYONE ABOUT ANY OF

8      THE DISPUTES OR ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

9                PROSPECTIVE JUROR:  NOPE.

10               THE COURT:  HAS ANYONE SHARED THEIR OPINION ABOUT ANY

11     DISPUTE BETWEEN APPLE AND SAMSUNG WITH YOU?

12               PROSPECTIVE JUROR:  NOPE.

13               THE COURT:  WILL YOU BE A FAIR JUROR TO BOTH SIDES?

14               PROSPECTIVE JUROR:  YES.

15               THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. LEE?

16               MR. LEE:  NO.  THANK YOU, YOUR HONOR.

17               THE COURT:  ANY FOLLOW UP, MR. PRICE?

18               MR. PRICE:  NO FOLLOW UP.

19               THE COURT:  ALL RIGHT.  MS. BELL, THANK YOU.  I'M

20     UNFORTUNATELY GOING TO HAVE TO HAVE YOU GO BACK AND WAIT IN THE

21     COURTROOM UNTIL WE GET THROUGH WITH EVERYONE, SO PLEASE DON'T

22     DISCUSS THE CASE OR ANYTHING HAVING TO DO WITH THEIR PRODUCTS

23     OR THEIR COMPANIES.  MS. HILBY IS GOING TO ESCORT YOU TO

24     JUDGE LLOYD'S COURTROOM WHERE YOU'LL WAIT WITH THE REST OF THE

25     PANEL.
```

1       THANK YOU.  YES, MS. HILBY IS STANDING IN THE BACK AND

2   SHE'LL TAKE YOU THERE.

3       WHAT ABOUT -- IS KONDAPAVULUR VENKATESWARA-RAO PRESENT?

4       (JUROR VENKATESWARA-RAO PRESENT.)

5          THE CLERK:  HAVE A SEAT IN ONE OF THOSE BLUE CHAIRS

6   RIGHT THERE, PLEASE.

7          THE COURT:  IS IT MR. VENKATESWARA-RAO?

8          PROSPECTIVE JUROR:  THAT'S CORRECT.

9          THE COURT:  THAT'S PRONOUNCED CORRECTLY?

10          PROSPECTIVE JUROR:  YES.

11          THE COURT:  OKAY.  WELCOME.

12      HAVE YOU BEEN WAITING IN JUDGE LLOYD'S COURTROOM?

13          PROSPECTIVE JUROR:  YES.

14          MR. SWARUUP:  THAT WOULD BE JUDGE GREWAL'S COURTROOM.

15          THE COURT:  JUDGE GREWAL'S COURTROOM, I'M SORRY.

16      WERE THERE ANY DISCUSSIONS ABOUT THIS CASE OR ABOUT THESE

17   COMPANIES OR THEIR PRODUCTS IN JUDGE GREWAL'S COURTROOM?

18          PROSPECTIVE JUROR:  NO.

19          THE COURT:  ALL RIGHT.  SIR, HAVE YOU HEARD ABOUT ANY

20   DISPUTES BETWEEN APPLE AND SAMSUNG?

21          PROSPECTIVE JUROR:  GENERAL NEWS, IN THE NEWSPAPERS,

22   "SAN JOSE MERCURY NEWS" ARTICLES.

23          THE COURT:  OKAY.  OTHER THAN THE NEWSPAPER, HAVE YOU

24   HEARD ABOUT ANY OF THESE PARTIES' DISPUTES FROM ANY OTHER

25   SOURCES?  INTERNET?  RADIO?  TV?

1          PROSPECTIVE JUROR:  NO.  I MEAN, INTERNET NEWS.

2          THE COURT:  ALL RIGHT.  WHAT HAVE YOU HEARD ABOUT

3     THEIR DISPUTES?

4          PROSPECTIVE JUROR:  THAT THEY ARE IN A DISPUTE

5     REGARDING SOME PATENTS.

6          THE COURT:  ALL RIGHT.

7          PROSPECTIVE JUROR:  YEAH, PATENTS.

8          THE COURT:  DO YOU -- ANYTHING ELSE THAT YOU'VE HEARD

9     ABOUT THEIR DISPUTES?

10         PROSPECTIVE JUROR:  NOTHING MORE THAN THAT.

11         THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

12    THEIR DISPUTES?

13         PROSPECTIVE JUROR:  NO.

14         THE COURT:  HAS -- HAVE YOU TALKED WITH ANYONE ABOUT

15    THEIR DISPUTES?

16         PROSPECTIVE JUROR:  NO.

17         THE COURT:  HAS ANYONE SHARED HIS OR HER OPINION

18    ABOUT THEIR DISPUTES WITH YOU?

19         PROSPECTIVE JUROR:  NO.

20         THE COURT:  WOULD YOU BE A FAIR JUROR TO ALL PARTIES

21    IN THIS CASE?

22         PROSPECTIVE JUROR:  YES.

23         THE COURT:  ALL RIGHT.

24       ANY FOLLOW UP, MR. LEE?

25         MR. LEE:  NO.  THANK YOU, YOUR HONOR.

```
 1              THE COURT:  FOLLOW UP, MR. PRICE?

 2              MR. PRICE:  NONE, YOUR HONOR.

 3              THE COURT:  ALL RIGHT.  THANK YOU.

 4         I'M GOING TO ASK, SIR, THAT YOU GO NOW TO JUDGE LLOYD'S

 5    COURTROOM WHERE YOU'LL WAIT WITH THE REST OF OUR PANEL.  PLEASE

 6    DON'T DISCUSS ANYTHING RELATED TO THESE PARTIES, THEIR

 7    PRODUCTS, OR THIS CASE.  ALL RIGHT?

 8              PROSPECTIVE JUROR:  THANK YOU.

 9              THE COURT:  ALL RIGHT.  WE'LL BRING YOU BACK IN NOT

10    TOO LONG.  MR. AUDAL IS STANDING IN THE BACK AND HE'S GOING TO

11    TAKE YOU TO JUDGE LLOYD'S COURTROOM.

12              MR. SWARUUP:  YOUR HONOR, MR. LO FORTI IS HERE.

13              THE COURT:  OKAY, GREAT.  LET'S HAVE HIM NEXT.

14              MR. PRICE:  YOUR HONOR, WILL HE BE 23 OR 24?

15              THE COURT:  HE IS GOING TO BE 24.

16              MR. PRICE:  THANK YOU.

17              THE COURT:  MR. LO FORTI -- EVEN IF I DON'T CALL THEM

18    IN ORDER, THEY'RE GOING TO REMAIN IN THE ORDER OF THE

19    RANDOMIZED LIST.

20              MR. PRICE:  THANK YOU.

21              THE COURT:  SO MR. LO FORTI IS 23.

22         (JUROR LO FORTI PRESENT.)

23              THE COURT:  MR. LO FORTI, HAVE YOU HAD ANY

24    CONVERSATIONS WITH ANY OF THE OTHER JURORS ABOUT THIS CASE,

25    THEIR PRODUCTS, THE PARTIES?
```

```
1              PROSPECTIVE JUROR:  NO.

2              THE COURT:  HAVE YOU HEARD ABOUT ANY DISPUTES BETWEEN

3    APPLE AND SAMSUNG?

4              PROSPECTIVE JUROR:  YES.

5              THE COURT:  WHAT HAVE YOU HEARD?

6              PROSPECTIVE JUROR:  I KNOW IT HAS SOMETHING TO DO

7    WITH PATENT INFRINGEMENT AND SOMETHING TO DO WITH THIS MIGHT BE

8    THE REASON WE HAVE NO APPLE TV FOR THE FUTURE, AND SAMSUNG

9    OWNING ONE PATENT VERSUS APPLE OR APPLE SAYING THEY OWNED IT,

10   WHAT HAVE YOU.

11        I -- I HAVE MY ISSUES WITH IT.

12             THE COURT:  WHAT ARE YOUR ISSUES?

13             PROSPECTIVE JUROR:  WELL, I'VE OWNED ONE OF THE

14   PARTIES' PRODUCTS FOR A CONSIDERABLY LONG TIME AND ANOTHER

15   PARTY'S PRODUCTS.  I DON'T REALLY BELIEVE IN THE WAY THEY'RE

16   MARKETING THEIR PRODUCTS AND FORCING YOU TO BE IN THEIR LITTLE

17   WORLD.

18        SO I -- I HAVE KIND OF A HARD TIME WITH THIS CASE.  I'VE

19   TALKED ABOUT THIS CASE WITH FRIENDS AND WHATNOT -- NOT SINCE

20   BEING SELECTED, OF COURSE -- BUT IN THE PAST BECAUSE I'VE, YOU

21   KNOW, READ A LITTLE BIT ABOUT IT.

22             THE COURT:  OKAY.  CAN YOU BE A FAIR JUROR TO BOTH

23    SIDES?

24             PROSPECTIVE JUROR:  IT WILL BE DIFFICULT FOR ONE

25   PARTY TO CONVINCE ME OTHERWISE AT THIS POINT IN TIME.
```

```
1                THE COURT:  WHICH PARTY IS THAT?

2                PROSPECTIVE JUROR:  APPLE.

3                THE COURT:  AND ARE YOU SAYING -- WHY DON'T YOU

4     ELABORATE WHEN YOU SAY "IT WILL BE DIFFICULT"?

5                PROSPECTIVE JUROR:  WELL, I DON'T LIKE BEING IN THE

6     APPLE WORLD.  I'VE HAD A MAC LAPTOP FOR A LONG TIME, LIVED IN

7     THE P.C. WORLD, LOVE MY DROID, LOVE MY SAMSUNG GALAXY, LOVE MY

8     TAB.  I LOVE THE OPENNESS OF IT.

9         I REALLY DON'T LIKE BEING KIND OF SHUTTERED IN APPLE LAND

10    WHEN MY MAC CRASHES AND IT COSTS ME A THOUSAND DOLLARS JUST TO

11    GET MY INFORMATION OFF OF IT.

12        YOU KNOW, THE COST IS JUST -- I JUST DON'T LIKE THAT, THE

13    APPLE LAND, AND FROM WHAT I'VE GATHERED FROM THIS, IT SEEMS

14    LIKE --

15                THE COURT:  WILL YOU BE A FAIR JUROR TO APPLE?

16                PROSPECTIVE JUROR:  EVEN THOUGH I HAVE FRIENDS WHO

17    WORK AT THE COMPANY --

18                THE COURT:  WELL, THAT'S THE QUESTION.

19                PROSPECTIVE JUROR:  I'D HAVE A HARD TIME.

20                THE COURT:  SO YOU WON'T OR WILL YOU?

21                PROSPECTIVE JUROR:  YEAH, I'D HAVE A HARD TIME.  I'M

22    JUST BEING HONEST.

23                THE COURT:  NO, AND THAT'S WHAT WE'RE ASKING YOU TO

24    DO.

25                PROSPECTIVE JUROR:  I'VE READ A LOT ABOUT THIS CASE
```

```
 1        AND A LOT OF ME SAYS, OH, I'D LOVE TO HEAR AND SIT ON THIS,

 2   THIS WOULD BE PRETTY COOL.  I KNOW THIS IS GOING TO BE A PRETTY

 3   TALKED ABOUT CASE, ESPECIALLY OUT THERE IN THE TECH WORLD AND

 4   WHATNOT.

 5        BUT I DON'T KNOW IF I COULD GIVE A FAIR SHAKE TO A COMPANY

 6   I REALLY DON'T LIKE.

 7             THE COURT:  ALL RIGHT.  SO YOU HEARD MY INSTRUCTIONS

 8   EARLIER THAT YOU HAVE TO -- IF YOU ARE TO SERVE AS A JUROR, YOU

 9   HAVE TO SET ASIDE ANY DISLIKES OR PREJUDICES.  WILL YOU DO

10   THAT?

11             PROSPECTIVE JUROR:  YOU KNOW, BEING 100 PERCENT

12   SICILIAN, IT'S KIND OF AGAINST MY BLOOD.

13        (LAUGHTER.)

14             PROSPECTIVE JUROR:  I'M NOT TRYING TO CRACK A JOKE OR

15   ANYTHING.  THAT'S JUST -- YOU KNOW, ONCE SOMETHING -- I'M NICE.

16   ONCE SOMETHING -- I GIVE IT A CHANCE.  BUT ONCE IT'S BROKEN TO

17   ME, IT'S BROKEN.

18             THE COURT:  ALL RIGHT.  SO YOU'RE NOT GOING TO BE

19   FAIR?

20             PROSPECTIVE JUROR:  I'D LIKE TO SAY I'D TRY, BUT I

21   GOT TO BE HONEST, I'M -- I'M PRETTY BIASED.  I MEAN, I LOVE MY

22   SAMSUNG PRODUCTS.

23             THE COURT:  ALL RIGHT.  WELL, I'M GOING TO THANK AND

24   EXCUSE MR. LO FORTI.

25             ALL RIGHT.  THANK YOU, SIR.  I APPRECIATE YOUR SERVICE.
```

1        YOU CAN GO TO THE JURY ASSEMBLY ROOM AND MR. YOUNGER WILL

2    THEN PROCESS ALL YOUR PAPERWORK BECAUSE YOU'VE FULFILLED YOUR

3    JURY DUTY NOW.  YOU WANT TO JUST -- MR. WOLF WILL TAKE YOU DOWN

4    THERE.  ALL RIGHT?  THANK YOU.

5        ALL RIGHT.  LET'S HAVE MS. VICTORIA, PLEASE.

6            THE CLERK:  WILL SHE BE 25?

7            THE COURT:  SHE'LL BY 25.  SO I -- THE FOLKS WHO HAVE

8    BEEN EXCUSED, I'M JUST LEAVING THOSE BLANK.

9            THE CLERK:  OKAY.

10           THE COURT:  WE DON'T NEED A FULL 34 TO GO TO FULL

11   VOIR DIRE.

12       (JUROR VICTORIA PRESENT.)

13           THE COURT:  OKAY.  MS. VICTORIA, WELCOME.  YOU'RE THE

14   ONLY JUROR IN THE COURTROOM.

15       HAVE YOU TALKED ABOUT THIS CASE WITH ANYONE TODAY?

16           PROSPECTIVE JUROR:  NO.

17           THE COURT:  ALL RIGHT.  HAVE YOU HEARD ABOUT ANY

18   DISPUTE BETWEEN APPLE AND SAMSUNG?

19           PROSPECTIVE JUROR:  NO, I HAVEN'T.

20           THE COURT:  ALL RIGHT.  WOULD YOU BE A FAIR AND

21   IMPARTIAL JUROR IN THIS CASE?

22           PROSPECTIVE JUROR:  YES.

23           THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. LEE?

24           MR. LEE:  YES.  WHILE YOU WERE WAITING TODAY, HAS

25   THERE BEEN ANY DISCUSSION ABOUT WHO HAS AN APPLE PRODUCT, WHO

1      HAS A SAMSUNG PRODUCT?

2                  PROSPECTIVE JUROR:  NO.

3                  MR. LEE:  THANK YOU.

4                  THE COURT:  OKAY.

5                  MR. PRICE:  NO FOLLOW UP, YOUR HONOR.  THANK YOU.

6                  THE COURT:  ALL RIGHT.  MS. VICTORIA, THANK YOU.

7                  PROSPECTIVE JUROR:  THANK YOU.

8                  THE COURT:  I'M GOING TO HAVE -- MR. AUDAL IS GOING

9      TO ESCORT YOU TO JUDGE LLOYD'S COURTROOM.  THAT'S WHERE YOU'LL

10     WAIT UNTIL WE BRING EVERYONE BACK.

11         SO THANK YOU FOR YOUR PATIENCE, AND PLEASE DON'T DISCUSS

12     ANYTHING RELATED TO THESE PARTIES, THEIR PRODUCTS, ANYTHING

13     ABOUT THE CASE OR RELATED TO IT.

14                 PROSPECTIVE JUROR:  THANK YOU.

15                 THE COURT:  THANK YOU.

16         OKAY.  NUMBER 26 IS GOING TO BE FRANCESCA CENTOFANTI.

17         (JUROR CENTOFANTI PRESENT.)

18                 THE COURT:  WELCOME.  THERE ARE NO OTHER JURORS IN

19     THE COURTROOM.

20         HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN APPLE AND

21     SAMSUNG?

22                 PROSPECTIVE JUROR:  YES.

23                 THE COURT:  WHAT HAVE YOU HEARD?

24                 PROSPECTIVE JUROR:  I'M NOT SURE.  I HEARD SOMETHING

25     ON THE NEWS -- I ACTUALLY THOUGHT IT WAS ALREADY SETTLED FOR

1    SOME REASON, BUT I THOUGHT THAT APPLE HAD SUED SAMSUNG OVER

2    SOME SORT OF I.P. ISSUE.  I DON'T -- THAT'S JUST -- I DON'T

3    REALLY REMEMBER THAT CLOSELY.

4         THE COURT:  OKAY.  DO YOU RECALL WHAT SOURCES

5    PROVIDED YOU YOUR INFORMATION ABOUT ANY APPLE OR SAMSUNG

6    DISPUTE?

7         PROSPECTIVE JUROR:  IT WAS PROBABLY NPR BECAUSE

8    THAT'S WHERE I GET 90 PERCENT OF MY NEWS.

9         THE COURT:  OKAY.

10        PROSPECTIVE JUROR:  BUT I'M NOT POSITIVE.

11        THE COURT:  ALL RIGHT.  DO YOU RECALL WHEN YOU WOULD

12   HAVE HEARD ABOUT THIS CASE ON NPR?

13        PROSPECTIVE JUROR:  NO.  NO.  I MEAN, I -- I REMEMBER

14   I WAS WITH MY HUSBAND, WE WERE DRIVING GOING TO BJ'S AT NIGHT.

15   I KNOW THAT SOUNDS STUPID, BUT I DON'T REALLY REMEMBER WHEN IT

16   WAS.  I JUST REMEMBER TALKING ABOUT IT BECAUSE APPLE IS RIGHT

17   NEXT TO BJ'S, SO IT WAS COINCIDENTAL THAT IT CAME ON -- THAT WE

18   HEARD ABOUT IT WHILE WE WERE RIGHT THERE.

19        THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

20   ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

21        PROSPECTIVE JUROR:  I DON'T KNOW IF I HAVE AN ISSUE

22   WITH APPLE OR SAMSUNG.  I'M GENERALLY -- IF YOU'RE STEALING

23   PEOPLE'S I.P.'S, THAT'S PRETTY RIDICULOUS, SO I DON'T -- THAT

24   WOULD BE MY ONLY OPINION ABOUT IT.

25        THE COURT:  OKAY.  DO YOU HAVE ANY CONCEPTION NOW OF

1      WHO'S STEALING WHOSE I.P. OR WHETHER IT'S HAPPENED OR NOT?

2              PROSPECTIVE JUROR:  WELL, WHAT I THINK I KNOW IS THAT

3      SAMSUNG WAS FOUND GUILTY, SO I THOUGHT -- THAT'S WHY I THOUGHT

4      IT WAS OVER.  BUT MAYBE MY UNDERSTANDING ISN'T CORRECT.

5              THE COURT:  ALL RIGHT.  IN YOUR -- YOU SAID YOU

6      TALKED ABOUT THE CASE WITH YOUR HUSBAND?

7              PROSPECTIVE JUROR:  YEAH.

8              THE COURT:  ALL RIGHT.  OTHER THAN YOUR HUSBAND, HAS

9      ANYONE ELSE SHARED HIS OR HER OPINION ABOUT THE CASE WITH YOU?

10             PROSPECTIVE JUROR:  I DON'T THINK SO.

11             THE COURT:  ALL RIGHT.

12             PROSPECTIVE JUROR:  NOT THAT I RECALL.

13             THE COURT:  WHAT'S YOUR HUSBAND'S OPINION ABOUT THE

14     CASE, IF HE HAS ONE?

15             PROSPECTIVE JUROR:  PRETTY SIMILAR TO MINE.  I MEAN,

16     WE'RE BOTH -- WE BOTH WORK IN A START-UP ENVIRONMENT AND WE

17     PROTECT OUR I.P. VERY FIERCELY, SO ANY TYPE OF THIS BEHAVIOR --

18     I MEAN, WE DON'T WORK IN HIGH TECH, BUT THIS GENERAL PRACTICE

19     AFFECTS BOTH OF US.

20             THE COURT:  WOULD YOU GIVE SAMSUNG A FAIR TRIAL IN

21     THIS CASE?

22             PROSPECTIVE JUROR:  I MEAN, I WOULD CERTAINLY TRY.

23     BUT, I MEAN, YEAH, I WOULD TRY MY HARDEST.

24             THE COURT:  OKAY.  WELL, YOU'LL HEAR THAT IN THIS

25     CASE THE JURY WILL NOT BE DECIDING WHETHER THERE'S BEEN

```
 1        INFRINGEMENT OR NOT.

 2               PROSPECTIVE JUROR:  UM-HUM.

 3               THE COURT:  THE ONLY ISSUE WILL BE DAMAGES TO BE

 4        AWARDED.

 5               PROSPECTIVE JUROR:  OKAY.

 6               THE COURT:  CAN YOU BE FAIR IF THAT'S THE QUESTION

 7        THAT IS PRESENTED TO YOU?

 8               PROSPECTIVE JUROR:  YEAH, YES.  I THINK SO, YES.

 9               THE COURT:  LET ME ASK FOR ANY FOLLOW UP.

10               MR. LEE:  SO TO AMPLIFY ON WHAT HER HONOR SAID, IF

11        HER HONOR TELLS YOU THAT APPLE, CONSISTENT WITH YOUR MEMORY,

12        THAT LIABILITY HAD ALREADY BEEN ESTABLISHED AND SO THE ONLY

13        ISSUE WAS DAMAGES, COULD YOU FOLLOW THE COURT'S INSTRUCTIONS

14        AND DECIDE DAMAGES FAIRLY TO BOTH SIDES, APPLE AND TO SAMSUNG?

15               PROSPECTIVE JUROR:  I THINK SO, YES.

16               MR. LEE:  THANK YOU.

17               THE COURT:  ALL RIGHT.  MR. PRICE?

18               MR. PRICE:  YOUR HONOR, I HAVE NO FOLLOW UP.  THANK

19        YOU.

20               THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

21           I'M GOING TO ASK THAT YOU NOT DISCUSS ANY ASPECT OF THIS

22        CASE, THE PRODUCTS OF THESE COMPANIES, THESE COMPANIES, WHAT

23        I'VE ASKED YOU.

24           YOU'RE GOING TO BE ESCORTED TO JUDGE LLOYD'S COURTROOM AND

25        YOU'LL WAIT THERE UNTIL WE BRING EVERYONE BACK FOR MORE
```

```
1        QUESTIONS.  OKAY?

2                    PROSPECTIVE JUROR:  OKAY.

3                    THE COURT:  OKAY.  THANK YOU.

4             ALL RIGHT.  LET'S GO TO MR. MONDRAGON.

5             (JUROR MONDRAGON PRESENT.)

6                    THE COURT:  WELCOME.  THERE ARE NO OTHER JURORS IN

7        THE COURTROOM.

8             HOW DO YOU PRONOUNCE YOUR LAST NAME, SIR?

9                    PROSPECTIVE JUROR:  MONDRAGON.

10                   THE COURT:  MONDRAGON?

11                   PROSPECTIVE JUROR:  YES.

12                   THE COURT:  OKAY.  HAVE YOU HAD ANY CONVERSATIONS

13       WITH ANYONE ABOUT THIS CASE TODAY?

14                   PROSPECTIVE JUROR:  NO.

15                   THE COURT:  ALL RIGHT.  SIR, HAVE YOU EVER HEARD

16       ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

17                   PROSPECTIVE JUROR:  NO.

18                   THE COURT:  OKAY.  WOULD YOU BE A FAIR AND IMPARTIAL

19       JUROR TO ALL PARTIES IN THIS CASE?

20                   PROSPECTIVE JUROR:  YES.

21                   THE COURT:  ANY FOLLOW UP, MR. LEE?

22                   MR. LEE:  NO.  THANK YOU, YOUR HONOR.

23                   THE COURT:  ANY FOLLOW UP, MR. PRICE?

24                   MR. PRICE:  NO FOLLOW UP, YOUR HONOR.

25                   THE COURT:  ALL RIGHT.  THEN THANK YOU.
```

1      I'M GOING TO ASK -- MR. WOLF IS GOING TO ESCORT YOU TO

2   JUDGE LLOYD'S COURTROOM WHERE YOU'LL WAIT UNTIL WE BRING

3   EVERYONE BACK FOR MORE QUESTIONS.

4      WHILE YOU'RE WAITING, SIR, PLEASE DO NOT DISCUSS THE CASE,

5   ANYONE'S PRODUCTS THAT'S INVOLVED IN THIS CASE.  OKAY?

6         PROSPECTIVE JUROR:  OKAY.

7         THE COURT:  THANK YOU.

8         PROSPECTIVE JUROR:  NO PROBLEM.

9         THE COURT:  OKAY.  THEN DOUGLAS MOON.

10      (JUROR MOON PRESENT.)

11         THE COURT:  ALL RIGHT.  MR. MOON, HAVE YOU HAD ANY

12   CONVERSATIONS WITH ANYONE TODAY ABOUT THIS CASE OR ABOUT THESE

13   PARTIES OR THEIR PRODUCTS?

14         PROSPECTIVE JUROR:  NO.

15         THE COURT:  SIR, HAVE YOU HEARD ABOUT ANY DISPUTE

16   BETWEEN APPLE AND SAMSUNG?

17         PROSPECTIVE JUROR:  NO, I HAVE NOT.

18         THE COURT:  ALL RIGHT.  WOULD YOU BE FAIR TO ALL

19   PARTIES IN THIS CASE?

20         PROSPECTIVE JUROR:  YES.

21         THE COURT:  ANY FOLLOW UP, MR. LEE?

22         MR. LEE:  JUST ONE.  HAVE YOU HEARD ABOUT ANY

23   DISPUTES BETWEEN APPLE AND SAMSUNG BEFORE THIS CASE, EARLIER IN

24   TIME?

25         PROSPECTIVE JUROR:  NO, I HAVE NOT.

```
1              MR. LEE:  OKAY.  THANK YOU.

2              THE COURT:  MR. PRICE, ANY FOLLOW UP?

3              MR. PRICE:  NO QUESTIONS, YOUR HONOR.  THANK YOU.

4              THE COURT:  ALL RIGHT.  THEN, SIR, I'M GOING TO ASK

5      YOU, PLEASE, TO FOLLOW MR. SWARUUP, HE'S GOING TO TAKE YOU TO

6      JUDGE LLOYD'S COURTROOM WHERE YOU'LL WAIT UNTIL WE BRING

7      EVERYONE BACK FOR MORE QUESTIONS.

8          BUT PLEASE DON'T DISCUSS ANYTHING ABOUT THESE PARTIES,

9      THEIR PRODUCTS, SMARTPHONES, TABLETS, ET CETERA.  OKAY?

10             PROSPECTIVE JUROR:  ALL RIGHT.

11             THE COURT:  THANK YOU.

12             PROSPECTIVE JUROR:  THANK YOU.

13             THE COURT:  OKAY.  MR. STURGILL, PLEASE.

14          (JUROR STURGILL PRESENT.)

15             THE COURT:  WELCOME, MR. STURGILL.

16          THERE ARE NO OTHER JURORS IN THIS COURTROOM.

17          SIR, HAVE YOU TALKED ABOUT THESE PARTIES, THEIR PRODUCTS,

18      OR THIS CASE TODAY?

19             PROSPECTIVE JUROR:  TODAY?

20             THE COURT:  YES.

21             PROSPECTIVE JUROR:  NO.

22             THE COURT:  EVER?

23             PROSPECTIVE JUROR:  NOT TODAY.

24             THE COURT:  OKAY.  HAVE YOU HEARD ABOUT ANY DISPUTE

25      BETWEEN APPLE AND SAMSUNG?
```

```
 1                    PROSPECTIVE JUROR:  YES.

 2               THE COURT:  WHAT HAVE YOU HEARD?

 3               PROSPECTIVE JUROR:  WHAT I HEARD ON THE TV AND NEWS

 4     REPORT.

 5               THE COURT:  AND WHAT DID YOU HEAR?

 6               PROSPECTIVE JUROR:  A SETTLEMENT WAS REACHED, BUT

 7     PROBABLY FURTHER LITIGATION WOULD OCCUR.

 8               THE COURT:  ALL RIGHT.  DO YOU RECALL WHEN YOU HEARD

 9     THAT?

10               PROSPECTIVE JUROR:  A WEEK OR TWO AGO, I GUESS.

11               THE COURT:  PEOPLE ARE NOT SHARING THIS GOOD NEWS

12     WITH ME.

13          OKAY.  SIR, OTHER THAN TV, HAVE YOU HEARD ABOUT ANY

14     DISPUTE BETWEEN THESE PARTIES FROM ANY OTHER SOURCE?

15               PROSPECTIVE JUROR:  NO.

16               THE COURT:  ALL RIGHT.  DO YOU HAVE AN OPINION ABOUT

17     ANY DISPUTE BETWEEN APPLE AND SAMSUNG?

18               PROSPECTIVE JUROR:  NO.

19               THE COURT:  ALL RIGHT.  SIR, HAVE YOU TALKED ABOUT

20     ANY DISPUTE BETWEEN APPLE AND SAMSUNG WITH ANYONE ELSE?

21               PROSPECTIVE JUROR:  NO.

22               THE COURT:  HAS ANYONE ELSE SHARED THEIR OPINION

23     ABOUT ANY DISPUTE BETWEEN APPLE AND SAMSUNG WITH YOU?

24               PROSPECTIVE JUROR:  NO.

25               THE COURT:  OKAY.  WOULD YOU BE A FAIR AND IMPARTIAL
```

1      JUROR TO ALL PARTIES IN THIS CASE?

2              PROSPECTIVE JUROR:  YES.

3              THE COURT:  ALL RIGHT.  ANY FOLLOW UP, MR. LEE?

4              MR. LEE:  NONE, YOUR HONOR.

5              THE COURT:  MR. PRICE?

6              MR. PRICE:  NO FOLLOW UP, YOUR HONOR.  THANK YOU.

7              THE COURT:  ALL RIGHT.  MR. STURGILL, THANK YOU.

8          I'M GOING TO HAVE -- MR. AUDAL IS GOING TO ESCORT YOU TO

9      JUDGE LLOYD'S COURTROOM WHERE YOU'LL WAIT UNTIL WE BRING

10     EVERYONE BACK FOR MORE QUESTIONS.

11         BUT WHILE YOU'RE WAITING, SIR, AND AT ANY POINT UNTIL

12     YOU'RE EXCUSED AS A POTENTIAL JUROR IN THIS CASE, PLEASE DO NOT

13     DISCUSS THESE PARTIES, THEIR PRODUCTS OR THIS CASE.  ALL RIGHT?

14     THANK YOU.

15             PROSPECTIVE JUROR:  OKAY.

16             THE COURT:  ANYTHING RELATED TO THESE PRODUCTS,

17      EITHER.  OKAY?

18             PROSPECTIVE JUROR:  OKAY.

19             THE COURT:  OKAY.  THANK YOU.

20         LET'S GO AHEAD AND BRING IN MR. JONES, PLEASE.

21         (JUROR JONES PRESENT.)

22             THE COURT:  OKAY.  WELCOME, MR. JONES.

23             PROSPECTIVE JUROR:  HELLO.

24             THE COURT:  THERE ARE NO OTHER JURORS IN THE

25      COURTROOM.

```
1              SIR, HAVE YOU HEARD ABOUT ANY DISPUTE BETWEEN APPLE AND

2    SAMSUNG?

3              PROSPECTIVE JUROR:  I DON'T KNOW THE EXACT ISSUE

4    THAT'S GOING ON, BUT I'VE HEARD OF IT, HEARD OF THEM GOING TO

5    COURT TOGETHER.

6              THE COURT:  ALL RIGHT.

7              PROSPECTIVE JUROR:  BUT I DO NOT KNOW WHAT THE ISSUE

8    IS.

9              THE COURT:  THAT'S FINE.  DO YOU RECALL WHAT YOU

10   HEARD ABOUT THEM GOING TO COURT AGAINST EACH OTHER?

11             PROSPECTIVE JUROR:  NO.

12             THE COURT:  ALL RIGHT.  DO YOU RECALL WHEN YOU HEARD

13   THAT THEY WERE GOING TO COURT?

14             PROSPECTIVE JUROR:  A COUPLE MONTHS AGO, JUST A

15   COUPLE BUDDIES AT WORK WERE DISCUSSING IT.  I DIDN'T REALLY GET

16   INVOLVED IN IT.

17             THE COURT:  OKAY.  OTHER THAN YOUR BUDDIES, HAS

18   ANYONE ELSE HAS ANY CONVERSATIONS WITH YOU ABOUT THIS CASE?

19             PROSPECTIVE JUROR:  NO.

20             THE COURT:  ALL RIGHT.  AND DID YOUR BUDDIES HAVE AN

21   OPINION ABOUT THE DISPUTE?

22             PROSPECTIVE JUROR:  NO, NOT TO MY RECOLLECTION.  I

23   JUST -- I DON'T REALLY PAY ATTENTION TO THAT KIND OF STUFF.

24             THE COURT:  OKAY.  HAVE -- DID -- HAS ANYONE SHARED

25   THEIR OPINION ABOUT ANY DISPUTE BETWEEN THESE PARTIES WITH YOU?
```

```
 1              PROSPECTIVE JUROR:  NO.

 2              THE COURT:  ALL RIGHT.  WOULD YOU BE A FAIR AND

 3      IMPARTIAL JUROR TO ALL PARTIES IN THIS CASE?

 4              PROSPECTIVE JUROR:  YES.

 5              THE COURT:  ALL RIGHT.  THANK YOU.

 6          ANY FOLLOW UP, MR. LEE?

 7              MR. LEE:  NO.  THANK YOU, YOUR HONOR.

 8              THE COURT:  MR. PRICE?

 9              MR. PRICE:  NO FOLLOW UP.

10              THE COURT:  ALL RIGHT.  MR. JONES, I'M GOING TO THANK

11      YOU AT THIS POINT, AND YOU'LL BE ESCORTED TO JUDGE LLOYD'S --

12      ACTUALLY, WHY DON'T WE BRING EVERYONE BACK NOW?

13              MR. SWARUUP:  YES, YOUR HONOR.  MR. AUDAL IS GETTING

14      THEM IN ORDER.  OR DO YOU WANT TO DO THAT WHEN WE GET THEM

15      HERE?

16              THE COURT:  THEY CAN JUST COME IN HERE AND TAKE THEIR

17      SEATS.

18          SO MR. JONES, YOU ARE ACTUALLY GOING TO BE SEAT NUMBER 34,

19      WHICH MEANS YOU'RE GOING TO GO RIGHT IN THIS CHAIR THAT'S

20      CLOSEST TO ME ON THE THIRD ROW THAT'S CLOSEST TO ME.  ALL

21      RIGHT.  THANK YOU.

22          THAT'S OKAY.  WHEN WE BRING THEM IN, WE'LL TELL THEM WHAT

23      THEIR NUMBER IS.

24              PROSPECTIVE JUROR:  THIS ONE RIGHT HERE?

25              THE COURT:  YES, PLEASE, THAT SEAT.
```

```
 1          LET'S GO TO THE FULL VOIR DIRE NOW.  WE HAVE 31 PEOPLE,

 2    WHICH IS MORE THAN ENOUGH.

 3          (PAUSE IN PROCEEDINGS.)

 4          THE COURT:  YOU KNOW, WHILE WE'RE WAITING, LET ME

 5    JUST ASK, MR. JONES, HAVE YOU HAD ANY CONVERSATIONS TODAY WITH

 6    ANY OF THE POTENTIAL JURORS ABOUT APPLE AND SAMSUNG AND THEIR

 7    PRODUCTS?

 8          PROSPECTIVE JUROR:  NO.

 9          THE COURT:  OKAY.  MR. LEE, DID YOU HAVE A FOLLOW UP?

10          MR. LEE:  NO.

11          THE COURT:  ALL RIGHT.  MR. PRICE, NO FOLLOW UP?

12          MR. PRICE:  NO.

13          THE COURT:  ALL RIGHT.  MR. LE, IF YOU WOULD, SIR,

14    WOULD YOU PLEASE TAKE SEAT NUMBER, I THINK IT'S 19.  YOU'RE

15    GOING TO TAKE, SIR, IN THIS THIRD ROW NEXT TO THE SCREEN, THE

16    FARTHEST CHAIR FROM ME.

17          MR. STURGILL, OKAY, SIR, IF YOU WOULD TAKE NUMBER 33,

18    RIGHT HERE NEXT TO MR. JONES.

19          PROSPECTIVE JUROR:  GOLDMAN-HALL.

20          THE COURT:  SIR, YOU'RE NUMBER 4.  YOU'RE IN THIS

21    BACK ROW AGAINST THE WALL, PLEASE, FOURTH CHAIR.

22          AND MS. VICTORIA -- NO, MS. BELL.

23          PROSPECTIVE JUROR:  ERICKSON.

24          THE COURT:  OH, I'M SORRY.  THAT'S RIGHT.  OKAY.  IF

25    YOU WOULD PLEASE TAKE THAT CHAIR IN FRONT OF THE JURY BOX THAT
```

1    IS FARTHEST FROM ME.

2              PROSPECTIVE JUROR:  NUMBER 18?

3              THE COURT:  THANK YOU, YES.

4              PROSPECTIVE JUROR:  DE MOL.

5              THE COURT:  SIR, YOU ARE NUMBER 14, RIGHT THERE,

6    PLEASE.

7              PROSPECTIVE JUROR:  MIRANDA.

8              THE COURT:  MIRANDA, AH, NUMBER 27.  RIGHT OVER

9    THERE.

10             PROSPECTIVE JUROR:  VICTORIA.

11             THE COURT:  YES, YOU'RE 25.

12             PROSPECTIVE JUROR:  ROSEMARY MARTINEZ.

13             THE COURT:  NUMBER 29, PLEASE.  RIGHT THERE.

14             PROSPECTIVE JUROR:  NASEATH.

15             THE COURT:  NUMBER 28, PLEASE.  SECOND ROW, SECOND

16   SEAT CLOSEST TO ME.

17             PROSPECTIVE JUROR:  MONDRAGON.

18             THE COURT:  OKAY.  SEAT NUMBER 31, PLEASE.

19             PROSPECTIVE JUROR:  CHRISTINE KELLER.

20             THE COURT:  NUMBER 11, PLEASE.  SECOND ROW, FOURTH

21   SEAT CLOSEST TO ME IN THE BOX.

22             PROSPECTIVE JUROR:  MARY CABANAYAN.

23             THE COURT:  AH.  NUMBER 15, PLEASE, IN THIS FRONT ROW

24   IN FRONT OF THE BOX.  SECOND CHAIR.

25             PROSPECTIVE JUROR:  DANNY BAWDON.

```
 1                    THE CLERK:  22.

 2                    PROSPECTIVE JUROR:  B-A-W-D-O-N.

 3                    THE COURT:  THANK YOU.  YES, NUMBER 22, PLEASE.

 4     THAT'S BACK ROW, FOURTH SEAT, PLEASE.

 5                    PROSPECTIVE JUROR:  VENKATESWARA-RAO.

 6                    THE COURT:  ALL RIGHT.  YOU ARE NUMBER 24, WHICH IS

 7     THE BACK SEAT IN THE BACK ROW AGAINST THE WALL WITH THE SCREEN.

 8                    PROSPECTIVE JUROR:  JUSTINE AGUILAR-BLAKE.

 9                    THE COURT:  AH.  YOU ARE NUMBER 17, THE ROW IN FRONT

10     OF THE BOX, SECOND FARTHEST FROM ME.  THANK YOU.

11                    PROSPECTIVE JUROR:  JACQUELINE ARMOR.

12                    THE COURT:  NUMBER 10, PLEASE.  SECOND ROW IN THE

13     JURY BOX, SECOND SEAT CLOSEST TO -- I'M SORRY, YOU'RE NUMBER

14     10, SO THIRD SEAT.

15                    PROSPECTIVE JUROR:  LINDA BOHLERTALLEY.  B-O-H --

16                    THE CLERK:  NUMBER 30, I THINK.

17                    THE COURT:  AH, THAT'S CORRECT.  I'M SORRY, YES.

18     NUMBER 30.  THIRD ROW HERE, FAR SEAT, NEXT TO MR. MONDRAGON.

19                    PROSPECTIVE JUROR:  FRANCESCA CENTOFANTI.

20                    THE COURT:  OKAY.  NUMBER 26, PLEASE, SECOND ROW.

21                    PROSPECTIVE JUROR:  WEI-LI WANG.

22                    THE CLERK:  NUMBER 16.

23                    THE COURT:  YES, THANK YOU.  NUMBER 16, PLEASE.

24     YOU'RE IN THE MIDDLE SEAT IN THE ROW IN FRONT OF THE BOX.

25                    PROSPECTIVE JUROR:  WILLIAM SIGILLO.
```

1           THE COURT:  NUMBER 7, PLEASE.  ROW AGAINST THE WALL,

2     LAST CHAIR FARTHEST FROM ME.

3           PROSPECTIVE JUROR:  COLLEEN ALLEN.

4           THE CLERK:  NUMBER 8.

5           THE COURT:  AH, NUMBER 8, SECOND ROW, SEAT CLOSEST TO

6     ME, PLEASE.

7           PROSPECTIVE JUROR:  CHUN THOMAS.

8           THE CLERK:  NUMBER 1.

9           THE COURT:  YES, NUMBER 1.

10           PROSPECTIVE JUROR:  MARYANN ARMIJO.

11           THE COURT:  NUMBER 6, PLEASE, FARTHEST ROW, SECOND

12     SEAT FARTHEST FROM ME.

13           PROSPECTIVE JUROR:  DOUGLAS MOON.

14           THE COURT:  OKAY.  YOU ARE NUMBER 32.  MIDDLE SEAT IN

15     THIS ROW, PLEASE, CLOSEST TO MS. PARKER BROWN.

16           PROSPECTIVE JUROR:  DORIS BELL.

17           THE COURT:  ALL RIGHT.  YOU ARE NUMBER 21, SO IN THE

18     BACK ROW NEXT TO THE SCREEN.  IT'S THE THIRD SEAT, PLEASE.

19           PROSPECTIVE JUROR:  CHRISTINE HANCOCK.

20           THE COURT:  NUMBER 3, PLEASE, IN THE BACK ROW AGAINST

21     THE WALL, THIRD SEAT.

22           PROSPECTIVE JUROR:  MICHAEL LEVAY.

23           THE COURT:  SECOND SEAT, PLEASE, IN THE BACK ROW,

24     SEAT NUMBER 2.

25           PROSPECTIVE JUROR:  CAYE, C-A-Y-E.

```
 1                 THE COURT:  AH.  NUMBER 12, SO SECOND ROW, SECOND
 2      SEAT FARTHEST FROM ME, PLEASE.
 3                 PROSPECTIVE JUROR:  MARGARET SMITH.
 4                 THE COURT:  AH.  NUMBER 5, LAST SEAT IN THE BACK ROW
 5      AGAINST THE WALL IN THE JURY BOX.
 6                 PROSPECTIVE JUROR:  LORI GEISS-WOOD.
 7                 THE CLERK:  NUMBER 20.
 8                 THE COURT:  ALL RIGHT.  SO WE SHOULD ONLY HAVE SEAT
 9      NUMBER 9 VACANT, SEAT NUMBER 13 VACANT, AND THEN WE SHOULD ONLY
10      HAVE SEAT NUMBER 23 VACANT.  THAT'S CORRECT.  OKAY.
11            ALL RIGHT.  WELCOME BACK TO ALL OF YOU.  THANK YOU FOR
12      YOUR PATIENCE AND FOR YOUR SERVICE.
13            AT THIS POINT WE CAN BRING IN ALL OF THE JURORS FROM
14      JUDGE LLOYD'S COURTROOM.
15                 MR. SWARUUP:  THIS IS EVERYONE.
16                 THE COURT:  THIS IS EVERYONE.  OKAY, PERFECT.  SO THE
17      ONLY ONES THAT ARE LEFT ARE THE ONES IN THE JURY ASSEMBLY ROOM?
18                 MR. SWARUUP:  AND IN JUDGE GREWAL'S COURTROOM, YOUR
19      HONOR.  THERE ARE PEOPLE BEYOND THE INITIAL 34, PLUS 11.
20                 THE COURT:  OKAY.  HOW MANY PEOPLE ARE THERE?
21                 MR. MELESHINSKY:  19, ROUGHLY.
22                 THE COURT:  19?  LET'S BRING THEM UP, TOO.  OKAY.
23      THANK YOU.
24            OKAY.  IF YOU HAVE NOT HAD AN OPPORTUNITY TO READ THE
25      AMENDED JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW
```

1        FIRMS, WOULD YOU RAISE YOUR HAND, PLEASE?

2             OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

3        RAISED.

4             IF YOU RECOGNIZED ANY OF -- ACTUALLY, LET ME BACK UP A

5        SECOND.

6             HOW LONG WILL IT TAKE TO BRING THOSE JURORS UP FROM

7        JUDGE GREWAL'S COURTROOM?

8                  MR. SWARUUP:  FIVE OR TEN MINUTES, YOUR HONOR.

9                  THE COURT:  FIVE OR TEN MINUTES.  OKAY.  I'LL KEEP

10       GOING AT THIS POINT.

11            LET ME FIRST HAVE THE COUNSEL WHO ARE PRESENT IDENTIFY

12       THEMSELVES.

13            SO WOULD COUNSEL FOR APPLE PLEASE STAND AND IDENTIFY

14       YOURSELVES?

15                 MR. LEE:  YES.  YOUR HONOR, I'LL INTRODUCE THE FOLKS

16       AT THE TABLE IF THAT'S OKAY.

17                 THE COURT:  SURE.  GO AHEAD, PLEASE.

18                 MR. LEE:  LADIES AND GENTLEMEN, MY NAME IS BILL LEE

19       AND I'M ONE OF THE LAWYERS REPRESENTING APPLE.

20            HAROLD MCELHINNY AND RACHEL KREVANS WILL ALSO BE

21       REPRESENTING APPLE, ALONG WITH MARK SELWYN.

22            AND WITH US ARE DOUG GREEN AND NOREEN CRAWL FROM APPLE.

23            THANK YOU, YOUR HONOR.

24                 THE COURT:  ALL RIGHT.  IS THERE ANY PROSPECTIVE

25       JUROR WHO KNOWS OF, HAS SEEN OR HEARD OF ANY OF THESE

```
 1      INDIVIDUALS?  IF SO, PLEASE RAISE YOUR HAND.

 2          OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

 3      RAISED.

 4          WOULD COUNSEL FOR APPLE -- I'M SORRY -- FOR SAMSUNG PLEASE

 5      ALSO STAND AND IDENTIFY YOURSELVES?

 6              MR. PRICE:  THANK YOU, YOUR HONOR.

 7          HI.  MY NAME IS BILL PRICE, COUNSEL FOR SAMSUNG.  ALSO

 8      COUNSEL FOR SAMSUNG WILL BE JON CEDERBERG, VICKY MAROULIS, AND

 9      YOU MAY ALSO HEAR -- YOU'LL ALSO HEAR FROM KEVIN JOHNSON.

10          AND ALSO SEATED UP HERE ARE REIKO HASUIKE, WHO'S A

11      CONSULTANT, AND ALSO CINDI MORELAND, WHO'S VICE-PRESIDENT AND

12      GENERAL COUNSEL OF SAMSUNG TELECOMMUNICATIONS AMERICA.

13              THE COURT:  ALL RIGHT.  HAS ANY ONE PROSPECTIVE JUROR

14      SEEN, HEARD OF, OR KNOW ANY OF THE INDIVIDUALS WHO'VE JUST BEEN

15      IDENTIFIED?  RAISE YOUR HAND IF YOU DO.

16          OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

17      RAISED.

18          NOW, LET'S GO BACK TO THAT LIST.  EVERYONE HAS REVIEWED

19      IT.  DID ANYONE RECOGNIZE ANY OF THE NAMES OF EITHER

20      INDIVIDUALS OR LAW FIRMS ON THIS AMENDED JOINT LIST OF

21      WITNESSES, DEPONENTS, ATTORNEYS, AND LAW FIRMS?  IF SO, PLEASE

22      RAISE YOUR HAND.

23          OKAY.  I SEE TWO HANDS RAISED.

24          ALL RIGHT.  LET'S GO TO, I BELIEVE IT WAS MS. HANCOCK.

25      OKAY.  WHO DO YOU KNOW FROM THAT LIST?
```

```
1              PROSPECTIVE JUROR:  I DON'T KNOW IF IT'S THE SAME

2    DEREK LAM, BUT I KNOW A DEREK LAM.  I DON'T KNOW IF --

3              THE COURT:  IT'S THE SAME ONE?

4              PROSPECTIVE JUROR:  I DON'T KNOW IF IT IS THE SAME.

5              THE COURT:  OKAY.  CAN YOU -- THE DEREK LAM THAT YOU

6    KNOW, DO YOU KNOW WHERE THEY LIVE OR WORK?

7              PROSPECTIVE JUROR:  I DON'T.  BUT HE'S IN THE FASHION

8    WORLD.  HE'S A DESIGNER.  SO I DON'T KNOW IF --

9              MR. LEE:  VERY DEFINITELY A DIFFERENT DEREK LAMB.

10         (LAUGHTER.)

11             THE COURT:  OKAY.

12             PROSPECTIVE JUROR:  I DIDN'T KNOW IF HE WAS DESIGNING

13   PHONE CASES OR SOMETHING.

14             THE COURT:  OKAY.  NO.

15        OKAY.  NOW, I BELIEVE THAT, MR. DE MOL, YOU RAISED YOUR

16   HAND.  WHO DO YOU RECOGNIZE ON THIS LIST?

17             PROSPECTIVE JUROR:  I KNOW THE NAMES OF PHIL SCHILLER

18   AND SCOTT FORSTALL, ONLY FROM TV.

19             THE COURT:  YOU WHAT?

20             PROSPECTIVE JUROR:  I KNOW THEM FROM TV.  I KNOW THE

21   NAMES, BUT --

22             THE COURT:  OH, FROM TV?

23             PROSPECTIVE JUROR:  YEAH.

24             THE COURT:  OH, OKAY.

25             PROSPECTIVE JUROR:  YOU SAID RECOGNIZE THE NAME.  I
```

```
 1        RECOGNIZE THE NAME.

 2              THE COURT:  I SEE.  BUT HAVE YOU EVER MET EITHER OF

 3        THOSE INDIVIDUALS?

 4              PROSPECTIVE JUROR:  NO.

 5              THE COURT:  OKAY.  ALL RIGHT.  ANYTHING ABOUT YOUR

 6        RECOGNITION OF THOSE INDIVIDUALS THAT WOULD AFFECT YOUR ABILITY

 7        TO BE FAIR AND IMPARTIAL?

 8              PROSPECTIVE JUROR:  NO.

 9              THE COURT:  OKAY.  ALL RIGHT.  NOW, IN THE NEXT FEW

10        QUESTIONS WHEN I SAY "YOU," I MEAN IT IN THE BROADEST SENSE

11        POSSIBLE:  YOU, YOUR FAMILY, YOUR RELATIVES, YOUR NEIGHBORS,

12        FRIENDS, CO-WORKERS, PARENTS OF YOUR CHILDREN'S FRIENDS, ANYONE

13        WHO MIGHT BE ON YOUR HOCKEY LEAGUE, BOWLING LEAGUE, AS BROAD AS

14        POSSIBLE.

15           SO DO YOU, A FAMILY MEMBER, OR CLOSE FRIEND WORK FOR OR

16        HAVE EVER WORKED FOR APPLE, SAMSUNG, GOOGLE, MOTOROLA, HTC,

17        NOKIA, OR SEAGATE?

18           OKAY.  I THINK A NUMBER OF HANDS ARE GOING TO GO UP.

19        OKAY.  LET'S START WITH MR. LEVAY.

20              PROSPECTIVE JUROR:  ONE OF MY DAUGHTERS WORKS SORT OF

21        INDIRECTLY FOR GOOGLE.

22              THE COURT:  AND WHAT DOES THAT MEAN?

23              PROSPECTIVE JUROR:  SHE'S ACTUALLY HAS A -- SHE WORKS

24        FOR A JOB SHOP, A STAFFING FIRM AND HER CURRENT ASSIGNMENT IS

25        AT GOOGLE.
```

1          THE COURT:  OKAY.  SO SHE'S A RECRUITER?

2          PROSPECTIVE JUROR:  SHE'S A RECRUITER.

3          THE COURT:  I SEE.  AND WHAT KIND -- IS SHE

4    RECRUITING R&D PEOPLE OR DO YOU KNOW?

5          PROSPECTIVE JUROR:  I CAN SAY IT'S NOT R&D PEOPLE.

6          THE COURT:  OKAY.  ALL RIGHT.  ANYTHING ABOUT YOUR

7    DAUGHTER'S CURRENT WORK ASSIGNMENT THAT WOULD AFFECT YOUR

8    ABILITY TO BE FAIR AND IMPARTIAL?

9          PROSPECTIVE JUROR:  NO.

10          THE COURT:  ALL RIGHT.  THANK YOU.

11       MS. HANCOCK, I BELIEVE YOU RAISED YOUR HAND?

12          PROSPECTIVE JUROR:  ONE OF MY DAUGHTER'S BEST FRIENDS

13    FATHER IS CURRENTLY EMPLOYED BY GOOGLE, AND HIS -- HER MOTHER

14    HAS BEEN ON AND OFF EMPLOYED BY GOOGLE; AND MY HUSBAND HAS, IN

15    THE PAST, BEEN AN ACCOUNTANT FOR SEAGATE.

16          THE COURT:  OKAY.  SO YOUR HUSBAND WAS AN ACCOUNTANT

17    FOR SEAGATE.  HOW LONG AGO WAS THAT?

18          PROSPECTIVE JUROR:  IT WAS OVER 20 YEARS AGO.

19          THE COURT:  OKAY.  OVER 20 YEARS AGO.  OKAY.  DID HE

20    LEAVE THAT EMPLOYMENT ON GOOD TERMS?

21          PROSPECTIVE JUROR:  YES.

22          THE COURT:  OKAY.  ALL RIGHT.  ANYTHING ABOUT YOUR

23    HUSBAND'S WORK FOR SEAGATE OR YOUR DAUGHTER'S BEST FRIEND'S

24    PARENTS WORKING FOR GOOGLE THAT WOULD AFFECT YOUR ABILITY TO BE

25    FAIR AND IMPARTIAL?

1 PROSPECTIVE JUROR:  PROBABLY NOT.

2 THE COURT:  DO YOU HAVE ANY HESITATION?

3 PROSPECTIVE JUROR:  WELL, I'M JUST THINKING.  MY --

4 THE FATHER OF MY DAUGHTER'S FRIEND AT GOOGLE IS PRETTY HIGH UP

5 IN A CERTAIN POSITION, BUT HE'S WORKING ALL THE TIME, SO I

6 DON'T SEE HIM TOO OFTEN.

7 THE COURT:  OKAY.  WHAT'S HIS POSITION?

8 PROSPECTIVE JUROR:  IT HAS SOMETHING TO DO WITH --

9 LET'S SEE.  I CAN'T REALLY EXPLAIN IT.  I DON'T REALLY KNOW

10 THAT MUCH.

11 THE COURT:  OKAY.  THAT'S FINE.

12 PROSPECTIVE JUROR:  BUT IT HAS SOMETHING TO DO WITH

13 THE -- I DON'T KNOW.  I CAN'T REALLY -- I KIND OF LISTEN

14 HALFWAY AND --

15 THE COURT:  SURE, THAT'S FINE.  DO YOU INTERACT WITH

16 YOUR DAUGHTER'S FRIEND'S PARENTS DIRECTLY?

17 PROSPECTIVE JUROR:  YES, YES.  WE'RE GOOD FRIENDS.

18 THE COURT:  OH, YOU'RE FRIENDS AS WELL?

19 PROSPECTIVE JUROR:  YES.

20 THE COURT:  OKAY.  WHAT DOES THE WIFE DO FOR GOOGLE?

21 PROSPECTIVE JUROR:  SHE'S NO LONGER EMPLOYED.  SHE

22 WAS ON CONTRACT BASIS THE LAST JOB SHE HAD.

23 THE COURT:  HOW LONG AGO WAS THAT?

24 PROSPECTIVE JUROR:  I THINK THAT HER CONTRACT WAS

25 TERMINATED ABOUT TWO MONTHS AGO.

```
 1              THE COURT:  TWO MONTHS AGO.

 2              PROSPECTIVE JUROR:  UM-HUM.

 3              THE COURT:  OKAY.  BUT YOU CAN BE FAIR TO APPLE IN

 4      THIS CASE?

 5              PROSPECTIVE JUROR:  I DON'T SEE WHY NOT.  I THINK SO.

 6              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

 7          WHO ELSE RAISED THEIR HAND IN THE BACK ROW?

 8          OKAY.  MR. GOLDMAN-HALL.

 9              PROSPECTIVE JUROR:  MY COUSIN, DR. DANNY ROSENBLATT

10      WAS A LONG TIME WAFER FABRICATION ENGINEER FOR SAMSUNG.  HE'S

11      NO LONGER.  HE'S WITH MAXIM NOW.  HE'S NOT WITH SAMSUNG ANY

12      LONGER, BUT HE WAS.

13              THE COURT:  OKAY.  ANYTHING ABOUT THAT RELATIONSHIP

14      THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL?

15              PROSPECTIVE JUROR:  HE WASN'T -- HE LEFT UNDER BAD

16      CIRCUMSTANCES.  HE -- IT WASN'T FROM HIS -- FROM WHAT I HEARD

17      FROM HIM, HE LEFT SAMSUNG NOT UNDER FAVORABLE CIRCUMSTANCES, SO

18      HE DIDN'T HAVE A FAVORABLE OPINION OF SAMSUNG, AND I HEARD A

19      LOT FROM HIM ABOUT THAT.

20              THE COURT:  I SEE.  SO WOULD YOU GIVE SAMSUNG A FAIR

21      TRIAL IN THIS CASE?

22              PROSPECTIVE JUROR:  I THINK I WOULD.  I MEAN, I -- I

23      FEEL LIKE I MAY BE A BIT BIASED BY THAT BECAUSE I HAVE A LOT OF

24      CONTACT WITH DANNY.  HE'S VERY CLOSE.

25              THE COURT:  HOW LONG AGO DID DANNY LEAVE EMPLOYMENT
```

1    WITH SAMSUNG?

2         PROSPECTIVE JUROR:  PROBABLY WITHIN MAYBE FOUR OR

3    FIVE YEARS OR A LITTLE LESS PROBABLY.

4         THE COURT:  OKAY.  AS I TOLD YOU, I'M GOING TO GIVE

5    YOU A JURY INSTRUCTION TWICE THAT SAYS YOU HAVE TO SET ASIDE

6    AND MAY NOT HAVE YOUR DECISION AS A JUROR INFLUENCED BY ANY

7    DISLIKES OR PREJUDICES.

8       CAN YOU FOLLOW THAT INSTRUCTION?

9         PROSPECTIVE JUROR:  I CERTAINLY THINK I CAN.

10         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11         MR. SWARUUP:  WE HAVE THE OTHER JURORS FROM

12    JUDGE GREWAL'S COURTROOM.

13         THE COURT:  SURE, LET'S GO AHEAD AND BRING THEM IN.

14         MR. SWARUUP:  YES, YOUR HONOR.

15         THE COURT:  THANK YOU.

16       (REMAINING PROSPECTIVE JURORS PRESENT.)

17         THE COURT:  GO AHEAD AND TAKE A SEAT.  THERE SHOULD

18    BE ENOUGH EMPTY SEATS FOR YOU ALL.  PLEASE GO AHEAD AND TAKE A

19    SEAT.  PLEASE TAKE A SEAT.  THANK YOU.

20       SO WELCOME TO OUR NEW PROSPECTIVE JURORS.  WE ARE -- WE

21    WILL TRY TO SELECT A JURY FROM OUR PANEL THAT IS ALREADY UP

22    HERE AT THE FRONT OF THE COURTROOM.

23       IF WE CANNOT DO THAT, THEN WE MAY CALL ONE OR TWO OF YOU,

24    OR HOWEVER MANY ARE NECESSARY TO JOIN US.

25       IF YOU ARE ASKED TO JOIN US, YOU WILL BE ASKED THE SAME

1    QUESTIONS, SO I'M ASKING YOU TO PLEASE PAY CLOSE ATTENTION AND

2    MAKE A MENTAL NOTE OF HOW YOU MIGHT ANSWER THE SAME QUESTIONS

3    BECAUSE IF YOU ARE CALLED INTO OUR JURY BOX, YOU WILL BE ASKED

4    THE SAME QUESTIONS.

5         I MADE A NOTE AS TO WHERE WE SHOULD BEGIN WITH YOU IF YOU

6    ARE CALLED INTO THE JURY BOX.

7         SO THANK YOU FOR YOUR PATIENCE AND YOUR SERVICE.

8         LET'S GO AHEAD.

9         THERE WAS ANOTHER HAND RAISED.  MS. SMITH?

10         PROSPECTIVE JUROR:  I USED TO WORK FOR APPLE IN

11    SAN FRANCISCO.

12         THE COURT:  HOW LONG AGO WAS THAT?

13         PROSPECTIVE JUROR:  IT WAS A WHILE AGO.  IT WAS QUITE

14    A WHILE AGO.

15         THE COURT:  ARE WE TALKING TEN YEARS, FIVE YEARS?

16         PROSPECTIVE JUROR:  OVER, OVER TEN.

17         THE COURT:  OVER TEN YEARS.  OKAY.  DID YOU LEAVE ON

18    GOOD TERMS?

19         PROSPECTIVE JUROR:  YEAH.  YEAH.

20         THE COURT:  OKAY.  WOULD YOU BE FAIR TO ALL PARTIES

21    IN THIS CASE?

22         PROSPECTIVE JUROR:  I THINK I CAN BE.

23         THE COURT:  OKAY.  WHAT DID YOU WORK ON AT APPLE?

24         PROSPECTIVE JUROR:  I DID SALES, AS WELL AS ALSO

25    HANDLED ACCOUNTING.  I KIND OF HAD A DUAL JOB, SO -- YEAH.  I

```
1    WAS ON THE FLOOR AS WELL AS BEHIND THE COUNTER AND HANDLED THE

2    CASH OUT AND DID ALL OF THE ACCOUNTING AT THE END OF THE DAY.

3              THE COURT:  OKAY.  SO WAS THIS AT AN ACTUAL APPLE

4    STORE?

5              PROSPECTIVE JUROR:  YES, YES.

6              THE COURT:  OKAY.  ALL RIGHT.  NOW, YOU DID NOT WORK

7    ON ANY SMARTPHONES OR TABLETS, CORRECT, BECAUSE IT WAS OVER TEN

8    YEARS AGO?

9              PROSPECTIVE JUROR:  NO, NO.

10             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  AND YOU

11   WOULD BE FAIR TO SAMSUNG IN THIS CASE; CORRECT?

12             PROSPECTIVE JUROR:  I THINK I CAN BE.

13             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

14         ANYONE ELSE IN THE BACK ROW.  NO?

15         OKAY.  WHAT ABOUT SECOND ROW?

16         ALL RIGHT.  LET'S GO TO -- IT'S MS. KELLER; CORRECT?

17             PROSPECTIVE JUROR:  YES.

18             THE COURT:  OKAY.  GO AHEAD, PLEASE.

19             PROSPECTIVE JUROR:  WE HAVE A GOOD FRIEND THAT

20   CURRENTLY WORKS AT APPLE, I THINK HE DOES INTERNAL WEB DESIGN,

21   AND MY HUSBAND WORKS WITH TWO FORMER APPLE EMPLOYEES CURRENTLY

22   AT TESLA MOTORS.

23             THE COURT:  DID YOU SAY BRISTOL MYERS?

24             PROSPECTIVE JUROR:  TESLA MOTORS.

25             THE COURT:  OH, TESLA MOTORS, OKAY.
```

```
 1              LET'S TALK ABOUT YOUR FRIEND WHO DOES INTERNAL WEB DESIGN
 2      AT APPLE.  HOW CLOSE OF A RELATIONSHIP IS THIS?
 3              PROSPECTIVE JUROR:  HE'S A FELLOW --
 4              THE COURT:  EXCUSE ME.  WOULD YOU LIKE SOME WATER?
 5      OR SOME COUGH DROPS?
 6              THE CLERK:  HOW ABOUT A DROP?
 7              THE COURT:  WE CAN GIVE YOU BOTH.  OH, SHE HAS WATER.
 8              THE CLERK:  AND SHE HAS DROPS.
 9              THE COURT:  DO YOU HAVE COUGH DROPS AS WELL?  OKAY.
10      ALL RIGHT.
11          SORRY, MS. KELLER.  GO AHEAD.  WHAT'S THE RELATIONSHIP
12      WITH THE INTERNAL WEB DESIGNER AT APPLE?
13              PROSPECTIVE JUROR:  HE'S A FELLOW BEEKEEPER AND WE
14      SEE HIM MAYBE ONCE A MONTH AND HELP HIM WITH HIS BEES.
15              THE COURT:  ALL RIGHT.  DOES YOUR FRIEND WORK AT ALL
16      ON SMARTPHONES OR TABLETS?
17              PROSPECTIVE JUROR:  I DON'T BELIEVE SO, NO.
18              THE COURT:  ALL RIGHT.  ANYTHING ABOUT THE
19      RELATIONSHIP WITH THE FELLOW BEEKEEPER THAT WOULD AFFECT YOUR
20      ABILITY TO BE FAIR AND IMPARTIAL?
21              PROSPECTIVE JUROR:  NO.
22              THE COURT:  ALL RIGHT.  LET'S TALK ABOUT YOUR HUSBAND
23      HAS TWO CO-WORKERS THAT ARE FORMER APPLE EMPLOYEES?
24              PROSPECTIVE JUROR:  YEAH.
25              THE COURT:  OKAY.  HOW LONG AGO DID THOSE CO-WORKERS
```

1    WORK AT APPLE?

2              PROSPECTIVE JUROR:  PROBABLY ONE YEAR AGO.

3              THE COURT:  ONE YEAR AGO.  DO YOU KNOW IF THEY LEFT

4    ON GOOD OR BAD TERMS?

5              PROSPECTIVE JUROR:  I THINK GOOD TERMS.

6              THE COURT:  OKAY.  IS YOUR HUSBAND SOCIAL FRIENDS

7    WITH THESE CO-WORKER AS WELL?

8              PROSPECTIVE JUROR:  YEAH.

9              THE COURT:  OKAY.  SO THEY INTERACT QUITE A BIT

10   PROFESSIONALLY AND SOCIALLY?

11             PROSPECTIVE JUROR:  YEAH.

12             THE COURT:  OKAY.  DO YOU KNOW IF -- DO YOU KNOW IF

13   THOSE CURRENT CO-WORKERS WORKED ON SMARTPHONES OR TABLETS OR

14   WHAT THEIR JOB WAS AT APPLE?

15             PROSPECTIVE JUROR:  THE ONLY THING I KNOW IS ONE OF

16   THEM HELPED DESIGN THE LITTLE PIN THING THAT YOU CHARGE THE

17   IPOD TOUCH IN, THE SMALLER PLUG CABLE.

18             THE COURT:  OKAY.

19             PROSPECTIVE JUROR:  THAT'S ALL I KNOW.

20             THE COURT:  ALL RIGHT.  ANYTHING ABOUT YOUR HUSBAND'S

21   RELATIONSHIP WITH THOSE TWO CO-WORKERS THAT ARE FORMER APPLE

22   EMPLOYEES THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND

23   IMPARTIAL?

24             PROSPECTIVE JUROR:  NO.

25             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

```
 1              ANYONE IN THE THIRD ROW?

 2              OKAY.  SO LET'S START WITH MR. DE MOL.

 3              PROSPECTIVE JUROR:  WE HAVE A FAMILY FRIEND WHO'S A

 4    DIRECTOR OF ANDROID MARKETING AT GOOGLE; AND I KNOW SEVERAL

 5    OTHER PEOPLE THAT WORK AT GOOGLE; AND WE ALSO HAVE SOME FRIENDS

 6    THAT WORK AT APPLE.

 7              THE COURT:  OKAY.  SO YOUR FAMILY FRIEND DIRECTS WHAT

 8    FOR ANDROID MARKETS?

 9              PROSPECTIVE JUROR:  IT'S ANDROID MARKETING.

10              THE COURT:  AND HOW CLOSE OF A FRIEND IS THAT?

11              PROSPECTIVE JUROR:  WE SEE EACH OTHER ABOUT ONCE A

12    MONTH.  THEY LIVE IN THE NEIGHBORHOOD.

13              THE COURT:  OH, THEY'RE ALSO NEIGHBORS?

14              PROSPECTIVE JUROR:  THEY'RE NEIGHBORS, YEAH.

15              THE COURT:  OKAY.  ANYTHING ABOUT THAT RELATIONSHIP

16    WITH YOUR NEIGHBOR THAT WOULD AFFECT YOUR ABILITY TO BE FAIR

17    AND IMPARTIAL?

18              PROSPECTIVE JUROR:  NO.

19              THE COURT:  OKAY.  AND WHAT IS THEIR JOB WITHIN

20    ANDROID MARKETING?

21              PROSPECTIVE JUROR:  WELL, HE'S THE DIRECTOR OF

22    ANDROID MARKETING.

23              THE COURT:  OH, HE'S DIRECTOR.  I SEE.  OKAY.

24          AND WHICH OF YOUR FRIENDS WORKED FOR GOOGLE?

25              PROSPECTIVE JUROR:  I HAVE TWO OTHER FRIENDS THAT
```

1    WORK FOR GOOGLE.  I SEE THEM AT ABOUT THE SAME RATE, ONCE A

2    MONTH, AT PROGRAMS.  AND THEY WORK ON THE LITIGATION SERVICES

3    FOR BELGIUM, WHICH IS MY HOME COUNTRY.

4            THE COURT:  AND WHERE DO THEY WORK, IN BELGIUM OR IN

5    THE UNITED STATES?

6            PROSPECTIVE JUROR:  NO, NO.  THEY WORK HERE.

7            THE COURT:  AH, THEY WORK HERE.  ANYTHING ABOUT THAT

8    RELATIONSHIP THAT WOULD AFFECT YOUR ABILITY TO BE FAIR TO ALL

9    PARTIES IN THIS CASE?

10           PROSPECTIVE JUROR:  NO.

11           THE COURT:  OKAY.  WHAT ABOUT YOUR APPLE, YOUR

12   KNOWLEDGE OF APPLE WORKERS?

13           PROSPECTIVE JUROR:  IT'S BASICALLY ONE PERSON WHO

14   WORKS IN THE SOFTWARE DEPARTMENT.  I DON'T KNOW EXACTLY WHAT HE

15   WORKS ON.  AND WE SEE EACH OTHER PERHAPS, OH, TWO, THREE TIMES

16   A YEAR, USUALLY AT MIXED SOCIAL GROUPS.

17           THE COURT:  ANYTHING ABOUT YOUR FRIENDSHIP WITH THAT

18   SOFTWARE DEVELOPER FOR APPLE THAT WOULD AFFECT YOUR ABILITY TO

19   BE FAIR TO ALL PARTIES IN THIS CASE?

20           PROSPECTIVE JUROR:  NO.

21           THE COURT:  NOW, FOR THOSE OF YOU WHO HAVE FRIENDS

22   AND FAMILY MEMBERS, IF YOU ARE SELECTED IN THIS CASE, I'M GOING

23   TO ASK THAT YOU AVOID THOSE FRIENDS AND THOSE RELATIVES DURING

24   THE DURATION OF THIS TRIAL.  CAN YOU DO THAT?

25           PROSPECTIVE JUROR:  OH, YEAH.

```
1              THE COURT:  YES?

2              PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

3              THE COURT:  OKAY.  NOW, OBVIOUSLY I'M NOT GOING TO

4      ASK YOU TO AVOID YOUR HUSBAND, MS. KELLER, BUT IF YOU WOULD,

5      JUST THAT YOU CANNOT HAVE ANY -- IF YOU'RE SELECTED, YOUR

6      HUSBAND CANNOT HAVE ANY -- HE SHOULD NOT HAVE ANY CONVERSATIONS

7      WITH HIS CO-WORKERS ABOUT THIS CASE OR WITH YOU ABOUT THIS CASE

8      UNTIL THE CASE IS OVER.

9          ANYONE ELSE THAT HAD -- MR. WANG, YOU RAISED YOUR HAND?

10             PROSPECTIVE JUROR:  YES, I HAVE TWO FRIENDS THAT WORK

11     FOR APPLE.

12             THE COURT:  OKAY.  AND DO YOU KNOW WHAT THEY DO?

13             PROSPECTIVE JUROR:  NOT EXACTLY.  I DON'T TALK ABOUT

14     JOB WITH THEM.

15             THE COURT:  OKAY.  AND HOW OFTEN DO YOU SEE THOSE

16     FRIENDS?

17             PROSPECTIVE JUROR:  ONCE OR TWICE A YEAR.

18             THE COURT:  ONCE OR TWICE A YEAR.

19             PROSPECTIVE JUROR:  WHATEVER I WANT TO BUY IPAD.

20             THE COURT:  OH, I SEE.  DO THEY SELL YOU -- ARE THEY

21     IN SALES?

22             PROSPECTIVE JUROR:  EMPLOYEE DISCOUNT.

23             THE COURT:  OH, I SEE.

24         (LAUGHTER.)

25             THE COURT:  OKAY.  SIR, ANYTHING ABOUT THAT
```

```
 1          FRIENDSHIP WITH THOSE TWO INDIVIDUALS THAT WOULD AFFECT YOUR

 2     ABILITY TO BE FAIR TO SAMSUNG IN THIS CASE?

 3                PROSPECTIVE JUROR:  EXCUSE ME?

 4                THE COURT:  ANYTHING ABOUT YOUR RELATIONSHIP WITH

 5     THOSE TWO FRIENDS WHO WORK AT APPLE THAT WOULD AFFECT YOUR

 6     ABILITY TO BE FAIR TO SAMSUNG IN THIS CASE?

 7                PROSPECTIVE JUROR:  NO.

 8                THE COURT:  ALL RIGHT.  ALL RIGHT.  LET'S -- THERE

 9     WAS ANOTHER HAND RAISED.  I THINK, MS. AGUILAR-BLAKE, YOU

10     RAISED YOUR HAND?

11                PROSPECTIVE JUROR:  YES.  I HAVE A FRIEND THAT WORKS

12     CURRENTLY AT APPLE, AND I HAD AN OLD CO-WORKER THAT WORKED WITH

13     GOOGLE.

14                THE COURT:  OKAY.  DO YOU KNOW WHAT YOUR FRIEND THAT

15     CURRENTLY WORKS FOR APPLE DOES?

16                PROSPECTIVE JUROR:  SHE'S AN ADMINISTRATIVE

17     ASSISTANT.

18                THE COURT:  OKAY.  DO YOU KNOW WHO SHE WORKS FOR?

19                PROSPECTIVE JUROR:  I DO NOT.

20                THE COURT:  OKAY.  ALL RIGHT.  HOW OFTEN DO YOU SEE

21     THAT FRIEND?

22                PROSPECTIVE JUROR:  ONCE EVERY TWO WEEKS MAYBE.

23                THE COURT:  ONCE -- SO IT'S A VERY CLOSE FRIEND?

24                PROSPECTIVE JUROR:  YES.

25                THE COURT:  OKAY.  BUT YOU WOULD AVOID THAT FRIEND IF
```

```
1      YOU'RE SELECTED AS A JUROR, CORRECT, FOR THE DURATION OF THIS

2      CASE?

3              PROSPECTIVE JUROR:  YES.

4              THE COURT:  NOW, YOU SAID YOU HAD A CO-WORKER WHO

5      USED TO WORK FOR GOOGLE.

6              PROSPECTIVE JUROR:  A FORMER CO-WORKER WHO WORKED AT

7      GOOGLE, OR USED TO WORK AT GOOGLE.

8              THE COURT:  OKAY.  DO YOU KNOW IF THAT PERSON LEFT ON

9      GOOD OR BAD TERMS?

10             PROSPECTIVE JUROR:  I DO NOT.

11             THE COURT:  OKAY.  AND DO YOU KNOW WHAT THAT PERSON

12     DID AT GOOGLE?

13             PROSPECTIVE JUROR:  SOME TYPE OF ENGINEER, I BELIEVE.

14             THE COURT:  AND WHERE DID YOU WORK WHEN THIS PERSON

15     WAS YOUR CO-WORKER?

16             PROSPECTIVE JUROR:  STANFORD.

17             THE COURT:  OKAY.  AND ANYTHING ABOUT YOUR

18     RELATIONSHIP WITH THAT FORMER CO-WORKER THAT WOULD AFFECT YOUR

19     ABILITY TO BE FAIR AND IMPARTIAL?

20             PROSPECTIVE JUROR:  NO.

21             THE COURT:  DO YOU SEE THAT CO-WORKER ANY MORE OR

22     NOT?

23             PROSPECTIVE JUROR:  I SAW HIM POSSIBLY THREE MONTHS

24     AGO.  BUT I -- FOR THE FUTURE, I DON'T EVER PLAN ON SEEING HIM

25     AGAIN.
```

```
1              THE COURT:  OKAY.  DID YOU PLAN TO MEET OR WAS THAT

2      JUST A CHANCE ENCOUNTER THREE OR FOUR MONTHS AGO?

3              PROSPECTIVE JUROR:  IT WAS A CHANCE ENCOUNTER.

4              THE COURT:  I SEE, OKAY.  ALL RIGHT.  THANK YOU.

5          ANYONE ELSE RAISE THEIR HAND ON THIS SIDE OF THE

6      COURTROOM?  NO.

7          OKAY.  LET'S GO -- I SAW SOME HANDS RAISED.  OKAY.  LET ME

8      GO TO MR. VENKATESWARA-RAO.

9              PROSPECTIVE JUROR:  YES.

10             THE COURT:  OKAY.

11             PROSPECTIVE JUROR:  YEAH, I HAVE TWO FRIENDS THAT

12     WORK AT GOOGLE, AND I SEE THEM ONCE OR TWICE A YEAR IN SOCIAL

13     GATHERING, AND A FRIEND OF MY SON WORKS FOR GOOGLE.

14             THE COURT:  ALL RIGHT.  AND CAN YOU TELL ME WHAT

15     THOSE THREE INDIVIDUALS DO FOR GOOGLE, IF YOU KNOW?

16             PROSPECTIVE JUROR:  I DON'T KNOW SPECIFICALLY.  THE

17     FRIEND OF MY SON WORKS IN HUMAN RESOURCES.

18             THE COURT:  OKAY.

19             PROSPECTIVE JUROR:  THE OTHER TWO MOVED OVER TO

20     GOOGLE AFTER THE ACQUISITION OF MOTOROLA.

21             THE COURT:  OKAY.  SO THEY USED TO WORK AT MOTOROLA?

22             PROSPECTIVE JUROR:  YEAH.

23             THE COURT:  OKAY.  DO YOU KNOW WHAT THEIR ROLES WERE

24     AT MOTOROLA?

25             PROSPECTIVE JUROR:  I DON'T KNOW SPECIFICALLY.
```

```
1              THE COURT:  OKAY.  ANYTHING ABOUT YOUR RELATIONSHIPS
2    WITH THESE THREE INDIVIDUALS WHO WORK FOR GOOGLE THAT WOULD
3    AFFECT YOUR ABILITY TO BE FAIR TO ALL PARTIES IN THIS CASE?
4              PROSPECTIVE JUROR:  NO.
5              THE COURT:  OKAY.  THANK YOU.
6         WHO ELSE?  ALL RIGHT.  LET'S GO TO -- IS IT MS. BELL?
7              PROSPECTIVE JUROR:  YES.
8              THE COURT:  OKAY.  GO AHEAD, PLEASE.
9              PROSPECTIVE JUROR:  MY SISTER USED TO WORK FOR APPLE
10   ABOUT TEN YEARS AGO.
11             THE COURT:  DO YOU KNOW WHAT SHE DID FOR THEM?
12             PROSPECTIVE JUROR:  SHE WAS IN MANUFACTURING.
13             THE COURT:  AND DID SHE LEAVE APPLE ON GOOD TERMS?
14             PROSPECTIVE JUROR:  YES.
15             THE COURT:  OKAY.  AND SHE WOULD NOT, SINCE IT'S OVER
16   TEN YEARS AGO, WOULD NOT HAVE WORKED ON SMARTPHONES OR TABLETS;
17   IS THAT CORRECT?
18             PROSPECTIVE JUROR:  THAT'S CORRECT.
19             THE COURT:  OKAY.  ANYTHING ABOUT YOUR SISTER'S
20   PREVIOUS EMPLOYMENT THAT WOULD AFFECT YOUR ABILITY TO BE FAIR
21   TO ALL PARTIES IN THIS CASE?
22             PROSPECTIVE JUROR:  NO.
23             THE COURT:  ALL RIGHT.  THANK YOU.  WHAT ABOUT THE
24   SECOND ROW?  OKAY.  LET'S GO TO MS., IS IT CENTOFANTI?
25             PROSPECTIVE JUROR:  YEAH.  I HAVE A FRIEND WHO WORKS
```

1    AT GOOGLE CURRENTLY IN H.R., AND I HAVE A FRIEND WHO WORKS AT

2    APPLE CURRENTLY AND A FRIEND WHO USED TO WORK THERE.

3         THE COURT:  OKAY.  AND THE CURRENT APPLE EMPLOYEE

4    DOES WHAT?

5         PROSPECTIVE JUROR:  HE'S IN SOME SORT OF SOFTWARE

6    DESIGN.

7         THE COURT:  DO YOU KNOW FOR WHAT PRODUCTS?

8         PROSPECTIVE JUROR:  I KNOW HE WORKED ON THE ORIGINAL

9    IPAD, AND I THINK HE STILL WORKS ON THEM, BUT I DON'T KNOW FOR

10   SURE.

11        THE COURT:  HOW MUCH DO YOU SEE THAT FRIEND?

12        PROSPECTIVE JUROR:  I SEE HIM ALMOST EVERY SUNDAY.

13        THE COURT:  OKAY.  WHAT'S THE CONTEXT THAT YOU SEE

14   THIS FRIEND IN?

15        PROSPECTIVE JUROR:  WE WATCH FOOTBALL TOGETHER.

16        THE COURT:  OKAY.  WHAT ABOUT YOUR FRIEND WHO IS IN

17   H.R. AT GOOGLE?  HOW OFTEN DO YOU SEE THAT FRIEND?

18        PROSPECTIVE JUROR:  I SEE HER EVERY THURSDAY.  WE'RE

19   ON A VOLLEYBALL TEAM TOGETHER.

20        THE COURT:  ALL RIGHT.  WHAT ABOUT YOUR FRIEND WHO'S

21   A FORMER APPLE EMPLOYEE?

22        PROSPECTIVE JUROR:  YEAH.  HE -- I THINK HE LEFT

23   ABOUT FIVE YEARS AGO OR SO, AND HE PLAYS TENNIS WITH MY HUSBAND

24   AND I SEE HIM EVERY TWO OR THREE MONTHS PROBABLY.

25        THE COURT:  AND WHAT DID THAT FORMER -- THAT FRIEND

```
1        DO AT APPLE?

2              PROSPECTIVE JUROR:  SOME TYPE OF SOFTWARE

3    DEVELOPMENT, BUT I'M NOT SURE WHICH PRODUCTS OR WHAT EXACTLY HE

4    WORKED ON.

5              THE COURT:  AND DID THAT PERSON LEAVE ON GOOD TERMS?

6              PROSPECTIVE JUROR:  YEAH, I BELIEVE SO.

7              THE COURT:  OKAY.  ANYTHING ABOUT YOUR RELATIONSHIP

8    WITH YOUR FRIENDS WHO WORK AT GOOGLE, APPLE, OR FORMERLY WORKED

9    AT APPLE THAT WOULD AFFECT YOUR ABILITY TO BE FAIR TO ALL

10   PARTIES IN THIS CASE?

11             PROSPECTIVE JUROR:  NO.

12             THE COURT:  ALL RIGHT.  THANK YOU.

13        MR. NASEATH.

14             PROSPECTIVE JUROR:  NASEATH.

15             THE COURT:  OKAY.  I HAVE TO WRITE THAT DOWN.  THANK

16   YOU.

17             PROSPECTIVE JUROR:  ABOUT FOUR YEARS AGO, MY WIFE'S

18   BOSS, SHE WAS THE OPERATIONS MANAGER AND HE WAS THE SALES

19   MANAGER AT CISCO OVER ALL THEIR PROPERTIES, SO SHE RAN ALL THE

20   PROPERTIES AND HER BOSS QUIT AND WENT TO WORK AT APPLE AS

21   THEIR, AS THE PRIMARY PERSON OVER ALL OF APPLE'S PROPERTIES,

22   PROPERTY MANAGEMENT.

23             THE COURT:  OKAY.  AND DID YOUR --

24             PROSPECTIVE JUROR:  REAL ESTATE KIND OF PROPERTY

25   MANAGEMENT.
```

```
 1              THE COURT:  OKAY.  AND DID EITHER YOU OR YOUR WIFE

 2    CONTINUE TO HAVE ANY INTERACTION WITH THIS PERSON AFTER THEY

 3    LEFT CISCO FOR APPLE?

 4              PROSPECTIVE JUROR:  I THINK ONCE OR TWICE IN THE LAST

 5    FOUR YEARS MY WIFE AND HE HAVE RUN INTO EACH OTHER IN SOME

 6    PROFESSIONAL REAL ESTATE CIRCLE AND, YOU KNOW, SHE SAID "DAN

 7    SAYS HI" AND I SAID, "OH, FINE, SAY HI BACK."

 8              THE COURT:  OKAY.  SO THEY DIDN'T PLAN TO MEET

 9    TOGETHER, IT WAS JUST A HAPPENSTANCE MEETING?

10              PROSPECTIVE JUROR:  RIGHT.

11              THE COURT:  ALL RIGHT.  ANYTHING ABOUT THAT

12    RELATIONSHIP THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND

13    IMPARTIAL?

14              PROSPECTIVE JUROR:  NO.

15              THE COURT:  NO?  OKAY.  ALL RIGHT.  THANK YOU.

16         NOW, HAVE YOU -- YOU SAID YOU -- NO, YOU DIDN'T RUN INTO

17    THIS PERSON, YOUR WIFE RAN INTO THIS PERSON ONCE OR TWICE IN

18    THE LAST FOUR YEARS; CORRECT?

19              PROSPECTIVE JUROR:  CORRECT.

20              THE COURT:  ALL RIGHT.  THANK YOU.

21         ANYONE ON THE THIRD ROW?  NO?  OKAY.  THANK YOU.

22         NOW, DO YOU, A FAMILY MEMBER, CLOSE FRIEND, HAVE ANY

23    BUSINESS RELATIONSHIP, INCLUDING OWNING STOCK, IN APPLE,

24    SAMSUNG, GOOGLE, MOTOROLA, HTC, NOKIA, OR SEAGATE?  PLEASE

25    RAISE YOUR HAND IF YOU OWN STOCK.
```

```
 1              OKAY.  LET'S GO TO THE BACK ROW TO MR. LEVAY.

 2              PROSPECTIVE JUROR:  I HAVE AN ACCOUNT THAT'S ACTUALLY

 3     MANAGED BY OTHER PEOPLE, BUT I BELIEVE THERE ARE SOME SHARES OF

 4     APPLE AND SOME SHARES OF GOOGLE, BUT NOT VERY MUCH.

 5              THE COURT:  OKAY.

 6              PROSPECTIVE JUROR:  THE LAST TIME I NOTICED, THERE

 7     WERE, LIKE, 16 SHARES OF APPLE STOCK, AND IT'S A DIVERSIFIED

 8     PORTFOLIO.

 9              THE COURT:  OKAY.

10              PROSPECTIVE JUROR:  I DON'T CONTROL WHAT'S IN IT.

11              THE COURT:  ALL RIGHT.  IT SOUNDS LIKE YOU'D WIN

12     EITHER WAY.

13              PROSPECTIVE JUROR:  WHAT?

14              THE COURT:  YOU WIN EITHER WAY.

15              PROSPECTIVE JUROR:  SORT OF.

16              THE COURT:  OKAY.  SO NOTHING ABOUT THAT THAT WOULD

17     AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL?

18              PROSPECTIVE JUROR:  ABSOLUTELY NOT.

19              THE COURT:  DO YOU KNOW HOW MANY SHARES OF GOOGLE YOU

20     OWN?

21              PROSPECTIVE JUROR:  NO, I DON'T.  I COULD TELL YOU

22     TOMORROW.

23              THE COURT:  NO, I DON'T WANT YOU TO LOOK.

24          WHO ELSE RAISED THEIR HAND?  MS. SMITH, DID YOU RAISE YOUR

25     HAND?
```

```
1              PROSPECTIVE JUROR:  YEAH, JUST THE STOCK.  YOU SAID

2    SOMETHING ABOUT INTERESTS AND SOMETHING BEFORE THE STOCK, BUT

3    APPLE STOCK, I THINK THERE'S ABOUT 300 SHARES.

4              THE COURT:  YOU HAVE 300 SHARES OF APPLE STOCK?

5              PROSPECTIVE JUROR:  I THINK, THE LAST TIME I CHECKED.

6    AGAIN, LIKE THIS GENTLEMAN, IT IS NOT MANAGED BY ME.

7              THE COURT:  OKAY.

8              PROSPECTIVE JUROR:  AND I DON'T KNOW ABOUT GOOGLE.

9    IT MAY BE.

10             THE COURT:  YOU MAY OWN GOOGLE AS WELL?

11             PROSPECTIVE JUROR:  YEAH, I MOST LIKELY DO, BUT I

12   CAN'T CURRENTLY SAY.

13             THE COURT:  OKAY.  YOU DON'T KNOW HOW MANY SHARES IT

14   WOULD BE?

15             PROSPECTIVE JUROR:  NO, HONESTLY.

16             THE COURT:  OKAY.  ANYTHING ABOUT THAT OWNERSHIP OF

17   STOCK THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL?

18             PROSPECTIVE JUROR:  NO.

19             THE COURT:  ALL RIGHT.  I THINK MR. SIGILLO.

20             PROSPECTIVE JUROR:  SIGILLO.

21             THE COURT:  SIGILLO, THAT YOU --

22             PROSPECTIVE JUROR:  I HAVE A 401(K) RETIREMENT PLAN

23   BY T. ROWE PRICE THAT HAS ALL THOSE STOCKS IN IT; I HAVE

24   BRANDYWINE RETIREMENT THAT HAS APPLE AND SAMSUNG IN IT; AND I

25   HAVE I THINK 17 SHARES OF APPLE AS A SEPARATE, RAW 401 THAT I
```

```
 1        BELIEVE -- I DON'T MANAGE IT, BUT I THINK THAT'S OWNED.

 2                THE COURT:  OKAY.  SO YOU THINK YOU OWN APPLE AND

 3        SAMSUNG STOCK; CORRECT?

 4                PROSPECTIVE JUROR:  AND GOOGLE.

 5                THE COURT:  AND GOOGLE.

 6                PROSPECTIVE JUROR:  THROUGH T. ROWE PRICE, THEIR

 7        RETIREMENT PLAN, 20/20.

 8            I ALSO OWN THE SAMSUNG AND APPLE BY BRANDYWINE FUNDS ALSO.

 9                THE COURT:  OKAY.  WHAT ABOUT HTC, NOKIA, OR SEAGATE?

10                PROSPECTIVE JUROR:  I BELIEVE NOKIA IS IN MY 401(K)

11        PLAN ALSO, AND SO IS SEAGATE.  IT'S A DIVERSIFIED FUND.  I

12        DON'T MANAGE IT.  T. ROWE PRICE DOES ALL THAT FOR MY COMPANY.

13                THE COURT:  OKAY.  ANYTHING ABOUT THE OWNERSHIP OF

14        THAT STOCK OF ANY OF THOSE COMPANIES THAT WOULD AFFECT YOUR

15        ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

16                PROSPECTIVE JUROR:  NOT TO MY KNOWLEDGE, NO, MA'AM.

17                THE COURT:  OKAY.  THANK YOU.

18            WHAT ABOUT ANYONE ON THE SECOND ROW?

19            THIRD ROW?  OKAY.  MS. AGUILAR-BLAKE.

20                PROSPECTIVE JUROR:  MY FIANCEE CURRENTLY HAS STOCK IN

21        BOTH GOOGLE AND APPLE, AND I BELIEVE HIS PARENTS DO AS WELL.

22                THE COURT:  OKAY.  ANYTHING ABOUT THAT STOCK

23        OWNERSHIP THAT WOULD AFFECT YOUR ABILITY TO BE FAIR AND

24        IMPARTIAL IN THIS CASE?

25                PROSPECTIVE JUROR:  NO.
```

```
 1                THE COURT:  OKAY.  THANK YOU.  WHAT ABOUT ON THE

 2      RIGHT SIDE OF THE COURTROOM?  I SEE MR. STURGILL.

 3                PROSPECTIVE JUROR:  I HAVE A MUTUAL FUND THAT I'M

 4      SURE HAS INVESTMENTS IN ALL THOSE KINDS OF THINGS.

 5                THE COURT:  OKAY.  DO YOU KNOW FOR SURE OR YOU'RE

 6      JUST ASSUMING THAT IT MIGHT BE INVESTING IN THESE COMPANIES?

 7                PROSPECTIVE JUROR:  I'M JUST ASSUMING.  IT'S STOCK

 8      MUTUAL FUNDS.

 9                THE COURT:  ARE THERE ANY PARTICULARS THAT YOU

10      SUSPECT, OR YOU DON'T KNOW?

11                PROSPECTIVE JUROR:  NO.

12                THE COURT:  OKAY.  YOU DON'T KNOW.  ALL RIGHT.  OKAY.

13      THANK YOU.

14           LET ME GO TO MY NEXT QUESTION.  HAVE YOU READ ANY BOOKS OR

15      SEEN ANY MOVIES ABOUT APPLE OR SAMSUNG OR ANYONE ASSOCIATED

16      WITH THOSE COMPANIES?  AND IF SO, I'M GOING TO ASK YOU ABOUT

17      THEM.

18           ANYONE?  ALL RIGHT.  ONE, ONE HAND HAS BEEN RAISED, AND

19      THAT'S MR. NASEATH.

20                PROSPECTIVE JUROR:  NASEATH.  LIKE NAZARETH WITHOUT

21      THE R.

22                THE COURT:  OKAY, THAT'S A GOOD WAY TO THINK ABOUT

23      IT.  OKAY.  WHAT HAVE YOU READ OR SEEN?

24                PROSPECTIVE JUROR:  THE BOOK ON STEVE JOBS.

25                THE COURT:  OKAY.  WHAT THOUGHTS OR IMPRESSIONS ABOUT
```

```
1        APPLE OR SAMSUNG DID YOU FORM FROM THAT BOOK?

2              PROSPECTIVE JUROR:  IT SOUNDED TO ME LIKE HE WAS A

3        NARCISSIST AND I KIND OF FELT BAD FOR THE WOZ AND THIS WHOLE --

4        I DON'T KNOW.  IT WAS KIND OF MIXED FEELINGS ABOUT IT.

5              BUT I GREW UP IN THE SAME AREA THAT THEY DID AND I HAD MY

6        OWN START-UPS, AND SO I COULD KIND OF IDENTIFY WITH WHAT THEY

7        WENT THROUGH AND, YOU KNOW, THE PRO'S AND CON'S OF THE WAY

8        STEVE JOBS GREW THE COMPANY AND INSISTED ON QUALITY, BUT ALSO

9        HAD HIS OWN PERSONALITY QUIRKS AND SO FORTH.  IT WAS MORE ABOUT

10       THEM THAN IT WAS APPLE AS A COMPANY.

11             THE COURT:  ALL RIGHT.  ANYTHING ABOUT THAT BOOK AND

12       YOUR IMPRESSIONS FROM THAT BOOK THAT WOULD AFFECT YOUR ABILITY

13       TO BE A FAIR JUROR?

14             PROSPECTIVE JUROR:  NO.

15             THE COURT:  OKAY.  AND I'LL ASK YOU IN A MINUTE ABOUT

16       YOUR OWN START-UPS.

17             OKAY.  NEXT WE JUST MIGHT AS WELL HAVE EVERYONE GO DOWN

18       THE LINE.

19             I WANT TO KNOW IF YOU OR ANYONE IN YOUR FAMILY OWNS A CELL

20       PHONE, MOBILE PHONE, SMARTPHONE OR TABLET, AND IF YOU DO, WHO

21       MAKES IT.

22             LET'S JUST GO DOWN THE LINE.  OKAY.  LET'S START WITH --

23       ACTUALLY --

24             (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE COURT

25       REPORTER.)
```

1          THE COURT:  WHY DON'T WE GO AHEAD AND TAKE OUR BREAK

2    NOW?  LET'S TAKE IT FOR TEN MINUTES.

3          AND IN THE MEANTIME, PLEASE DON'T DISCUSS THIS CASE WITH

4    ANYONE OR ANYTHING ABOUT THE CASE, NOT EVEN WHAT PHONES YOU

5    HAVE -- BLESS YOU -- WHAT TABLETS YOU HAVE, OR THE PARTIES.

6          AND WE'LL SEE EVERYONE BACK IN TEN MINUTES.  THANK YOU.

7          (RECESS FROM 2:48 P.M. UNTIL 2:57 P.M.)

8          THE COURT:  I'D LIKE TO GO PAST 4:30 TODAY, AND I'M

9    GOING TO LET YOU, DURING THE NEXT BREAK, CALL FAMILY MEMBERS

10   FOR WHATEVER ARRANGEMENT YOU NEED TO MAKE.

11         THERE ARE ALMOST 60 PEOPLE WHO ARE NOT GOING TO SERVE ON

12   THIS JURY WHO ARE IN THIS COURTHOUSE WAITING.  I WOULD RATHER

13   SELECT THIS JURY TODAY AND LET THOSE PEOPLE GO HOME AND NOT

14   HAVE TO COME BACK TOMORROW.  SO IF POSSIBLE, I'D LIKE TO PUSH

15   AHEAD.

16         SO I'M GOING TO COMBINE THIS NEXT SET OF QUESTIONS.

17         WE SHOULD ONLY BE MISSING THREE PEOPLE IN THE BOXES.

18         THE CLERK:  WE'RE MISSING ONE OVER HERE.

19         THE COURT:  9, 13, AND 23.

20         THE CLERK:  BUT WE'RE MISSING NUMBER 34, MR. JONES.

21         THE COURT:  OH, MR. JONES.  OKAY.  WE CAN'T CHECK THE

22   MEN'S ROOM.

23         THE CLERK:  J CAN.

24         THE COURT:  OKAY.  J CAN CHECK.

25         ALL RIGHT.  WELL, WHY DON'T WE GO AHEAD AND WHEN MR. JONES

```
 1      COMES IN, HE CAN -- I'LL REPOSE THE QUESTION TO HIM.

 2           SO I'M ACTUALLY GOING TO COMBINE THESE QUESTIONS.  I WANT

 3      TO KNOW WHAT YOU AND YOUR FAMILY MEMBER HAS BY WAY OF

 4      SMARTPHONE AND TABLET, WHO MAKES IT, WHETHER YOU'VE EVER OWNED

 5      ANY PRODUCT OF APPLE OR SAMSUNG, AND WHETHER YOU'RE THINKING

 6      BUYING A PRODUCT OF EITHER COMPANY.

 7           OKAY?  SO THAT'S WHAT SMARTPHONE AND TABLET YOUR FAMILIES

 8      OR YOU HAVE?  WHO MAKES IT?  DO YOU OWN ANY PRODUCT OF EITHER

 9      OF THESE COMPANIES?  OR ARE YOU THINKING ABOUT BUYING A PRODUCT

10      OF EITHER OF THESE COMPANIES?

11           LET'S START WITH MS. THOMAS, PLEASE.

12                PROSPECTIVE JUROR:  YES.  I OWN A SONY SMARTPHONE.

13      MY SISTER -- ONE OF MY SISTERS, SHE HAS AN IPAD TOUCH, AND ONE

14      OF SISTERS, SHE HAS A SAMSUNG NOTE SMARTPHONE, AND SHE HAS AN

15      IPAD AS WELL.

16                THE COURT:  OKAY.  HAVE YOU EVER OWNED A PRODUCT OF

17      EITHER APPLE OR SAMSUNG?

18                PROSPECTIVE JUROR:  I HAVE A SAMSUNG TV.

19                THE COURT:  YOU HAVE A SAMSUNG TV?

20                PROSPECTIVE JUROR:  YES.

21                THE COURT:  OKAY.  ARE YOU THINKING ABOUT BUYING A

22      PRODUCT OF EITHER COMPANY CURRENTLY?

23                PROSPECTIVE JUROR:  NO.

24                THE COURT:  NO.  OKAY.  THANK YOU.

25           LET'S GO TO MR. LEVAY.
```

1          PROSPECTIVE JUROR:  I OWN AN IPAD AND MY DAUGHTERS

2     HAVE -- BOTH MY DAUGHTERS OWN IPHONES.  I HAVE A SAMSUNG TV,

3     AND I HAVE A MAC LAPTOP COMPUTER.

4          THE COURT:  ALL RIGHT.  THANK YOU.  MS. HANCOCK?

5          PROSPECTIVE JUROR:  MY DAUGHTERS -- WELL, EVERYONE IN

6     OUR FAMILY HAS IPHONES; AND MY HUSBAND AND I HAVE IPADS; ALL OF

7     US HAVE APPLE LAPTOPS; WE HAVE TWO APPLE REGULAR COMPUTERS.

8        AND THAT'S IT.

9          THE COURT:  OKAY.  HAVE YOU EVER OWNED A SAMSUNG

10    PRODUCT OR ARE YOU THINKING ABOUT BUYING ONE?

11         PROSPECTIVE JUROR:  NO.

12         THE COURT:  OKAY.  ALL RIGHT.

13        MR. GOLDMAN-HALL.

14         PROSPECTIVE JUROR:  THE WHOLE FAMILY HAS IPHONES; WE

15    HAVE A SAMSUNG TV; AND MY WIFE WOULD LOVE FOR ME TO BUY HER AN

16    IPAD.

17         THE COURT:  OKAY.  ALL RIGHT.

18        LET'S GO, PLEASE, TO MS. SMITH.

19         PROSPECTIVE JUROR:  I HAVE AN IPHONE; MY HUSBAND DOES

20    AS WELL; I HAVE -- WE BOTH HAVE IPADS; THE KIDS HAVE IPADS; ONE

21    DAUGHTER HAS AN IPHONE; THE OTHER ONE IS GETTING AN IPHONE; I

22    WORK FROM MY DESKTOP, WHICH IS A MAC; AND THEN I HAVE A LAPTOP.

23        AND I'M ALWAYS THINKING OF BUYING APPLE.  I, RIGHT NOW,

24    WANT DESPERATELY THE NEW IPAD.  I WANT THE NEW IPHONE.  I WANT

25    A NEW DESKTOP.  I'M ALWAYS THINKING ABOUT SOMETHING NEW.  SO,

1          YEAH.

2                  BUT -- BUT, NO, I DON'T OWN ANYTHING SAMSUNG AND I'M SORRY

3      TO SAY I'M NOT THINKING ABOUT IT.

4                  THE COURT:  OKAY.  BUT WOULD YOU BE A FAIR JUROR TO

5      SAMSUNG IN THIS CASE?

6                  PROSPECTIVE JUROR:  I STILL THINK I CAN BE.

7                  THE COURT:  OKAY.  ALL RIGHT.  MS. ARMIJO?

8                  PROSPECTIVE JUROR:  I HAVE AN IPAD AND AN IPHONE; AND

9      I HAVE THREE SAMSUNG TV'S.  MY HUSBAND HAS A FLIP PHONE, WHICH

10     HE INHERITED BECAUSE HE COULDN'T RUN THE IPAD, SO I GOT -- I

11     MEAN THE IPHONE, SO HE GOT MY FLIP PHONE.

12                 THE COURT:  OKAY.  DO YOU KNOW WHO MAKES THE FLIP

13     PHONE?

14                 PROSPECTIVE JUROR:  IT'S VERIZON.

15                 THE COURT:  OKAY.  ALL RIGHT.

16         ALL RIGHT.  LET'S GO TO MR. SIGILLO.

17                 PROSPECTIVE JUROR:  I OWN A SAMSUNG TV; A NOKIA

18     PHONE; AND MY CHILDREN AND GRANDCHILDREN HAVE MULTIPLE APPLE OR

19     AND SAMSUNG DEVICES.  I DON'T KNOW WHAT TYPE, THOUGH.  THEY

20     DON'T LIVE WITH ME.

21                 THE COURT:  OKAY.  SO YOUR CHILDREN AND GRANDCHILDREN

22     HAVE BOTH APPLE AND SAMSUNG PHONES?

23                 PROSPECTIVE JUROR:  YES.

24                 THE COURT:  OKAY.  OKAY.  LET'S GO TO MS. ALLEN,

25     PLEASE.

```
 1              PROSPECTIVE JUROR:  I HAVE AN IPHONE; MY PARENTS HAVE

 2     IPHONES; MY HUSBAND AND MY SISTER HAVE SAMSUNGS FOR THEIR

 3     PHONES; MY EIGHT YEAR OLD HAS AN IPAD; MY TWO YEAR OLD HAS A

 4     NABI, I DON'T KNOW WHO MAKES IT, IT'S A TABLET -- YES, MY TWO

 5     YEAR OLD HAS A TABLET -- AND ME AND MY HUSBAND, WE ACTUALLY

 6     PREFER OUR NOOKS, WHICH I DON'T KNOW WHO MAKES THAT, BUT I

 7     DON'T THINK EITHER ONE OF THEM DO.

 8              THE COURT:  ALL RIGHT.  THANK YOU.

 9         OKAY.  LET'S GO TO MS. ARMOR.

10              PROSPECTIVE JUROR:  I HAVE AN IPAD, WHICH I LOVE; AND

11     AN IPOD, AND THAT'S ABOUT IT.

12              THE COURT:  OKAY.  HAVE YOU -- HAVE YOU EVER OWNED

13     ANY SAMSUNG PRODUCT OR ARE YOU THINKING ABOUT BUYING ANY

14     SAMSUNG PRODUCT?

15              PROSPECTIVE JUROR:  NO.

16              THE COURT:  ALL RIGHT.  LET'S GO TO MS. KELLER,

17     PLEASE.

18              PROSPECTIVE JUROR:  THERE'S NO SMARTPHONES IN MY

19     FAMILY.  WE HAVE -- I HAVE AN IPAD.  MY HUSBAND AND I EACH HAVE

20     IPOD TOUCH, AND WE HAVE A MAC.  I DON'T HAVE ANY SAMSUNG

21     PRODUCTS.

22              THE COURT:  OKAY.  BUT NO SMARTPHONES?

23              PROSPECTIVE JUROR:  NO.

24              THE COURT:  OKAY.  ALL RIGHT.  MS. CAYE?

25              PROSPECTIVE JUROR:  NO ONE IN OUR FAMILY HAS A CELL
```

```
 1    PHONE.  WE HAVE A TV.  I DON'T WATCH TV.  I DON'T KNOW WHAT IT
 2    IS.
 3         25 YEARS AGO, WE HAD A MACINTOSH; AND MY KIDS HAVE THOSE
 4    THINGS YOU LISTEN TO MUSIC ON, IPODS.
 5              THE COURT:  OKAY.  ALL RIGHT.  ANY SAMSUNG PRODUCTS
 6    OR THINKING ABOUT BUYING ANY?
 7              PROSPECTIVE JUROR:  YOU KNOW, OUR TV COULD BE.  I
 8    DON'T WATCH IT.  I DON'T KNOW.  NO, I JUST -- I DON'T BUY
 9    THOSE.
10              THE COURT:  ALL RIGHT.  THANK YOU.
11         LET'S GO TO MR. DE MOL.
12              PROSPECTIVE JUROR:  MY WIFE AND I HAVE BOTH IPHONES;
13    WE HAVE AN IPAD; AN IMAC AT HOME; AND TWO SAMSUNG TV'S.
14              THE COURT:  OKAY.  SO YOU HAVE TWO SAMSUNG TV'S,
15    IPHONES, IPADS, AND WHAT ELSE DID YOU SAY?
16              PROSPECTIVE JUROR:  THAT'S IT.
17              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.
18         MS. --
19              PROSPECTIVE JUROR:  I APOLOGIZE.
20              THE COURT:  NOT A PROBLEM.  WE'RE JUST GOING THROUGH
21    WHAT KINDS OF CELL PHONES, MOBILE PHONES, SMARTPHONES, TABLETS
22    PEOPLE OWN; WHO MAKES IT; WHETHER THEY'VE EVER OWNED AN APPLE
23    OR SAMSUNG PRODUCT; OR WHETHER THEY'RE THINKING ABOUT BUYING A
24    PRODUCT.
25         ALL RIGHT.  LET'S GO TO MS. CABANAYAN PLEASE.
```

1         PROSPECTIVE JUROR:  I HAVE A SAMSUNG PHONE, AND MY

2    HUSBAND DOES ALSO.  AND MY TWO DAUGHTERS, MY DAUGHTERS, THEY

3    USE THE MAC LAPTOP.  AND MY HUSBAND HAS AN ACER LAPTOP.

4         THE COURT:  AN ACER P.C.?

5         PROSPECTIVE JUROR:  IT'S A LAPTOP.

6         THE COURT:  LAPTOP.  OH, OKAY.  SORRY.

7      ALL RIGHT.  THANK YOU.

8      OKAY.  LET'S GO TO MR. WANG.

9         PROSPECTIVE JUROR:  I'M USING AN S III RIGHT NOW, AND

10   MY WIFE USING IPHONE 5 RIGHT NOW.

11        THE COURT:  YOU'RE USING A GALAXY S III?

12        PROSPECTIVE JUROR:  YES.

13        THE COURT:  OKAY.  NOW, I KNOW YOU HAVE SOME IPADS

14   WITH THE EMPLOYEE DISCOUNT, RIGHT?

15        PROSPECTIVE JUROR:  THAT'S FOR KIDS.

16        THE COURT:  WHAT'S THAT?

17        PROSPECTIVE JUROR:  THAT'S FOR KIDS OR GIFT TO TAIWAN

18   FAMILY.

19        THE COURT:  OH, I SEE.  SO YOU DON'T OWN IT OR YOUR

20   KIDS OWN IT?

21        PROSPECTIVE JUROR:  YES.

22        THE COURT:  OKAY.  ALL RIGHT.  ANY OTHER SAMSUNG OR

23   APPLE PRODUCT?

24        PROSPECTIVE JUROR:  I HAVE AN OLD GALAXY NOTE,

25   TABLET.

1          THE COURT:  YOU HAVE A TABLET?

2          PROSPECTIVE JUROR:  YEAH, IT'S A TABLET.

3          THE COURT:  OKAY.  AND THAT IS YOURS?

4          PROSPECTIVE JUROR:  YES.

5          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

6      MS. AGUILAR-BLAKE?

7          PROSPECTIVE JUROR:  I CURRENTLY USE AN IPHONE FOR

8  BOTH PERSONAL AND WORK; MY FIANCEE HAS AN IPHONE AS WELL; I

9  BELIEVE OUR TELEVISION IS A SAMSUNG.

10          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11      MS. ERICKSON.

12          PROSPECTIVE JUROR:  MY BROTHER AND SISTER-IN-LAW HAVE

13  SMARTPHONES, BUT I HAVE NO IDEA -- THEY'RE IN WYOMING -- WHAT

14  KIND.  MY MOTHER HAS A SAMSUNG TV.  AND I HAVE A SAMSUNG TV,

15  AND I'VE BORROWED AN IPOD TOUCH FROM A FRIEND.

16          THE COURT:  FOR A SHORT AMOUNT OF TIME, OR YOU STILL

17  HAVE IT?

18          PROSPECTIVE JUROR:  I STILL HAVE IT.

19          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

20      OKAY.  LET'S START WITH MR. LE.

21          PROSPECTIVE JUROR:  I OWN A SAMSUNG CELL PHONE AND AN

22  IPOD MINI; MY WIFE OWNS A NOKIA; MY FIRST DAUGHTER OWN AN

23  IPHONE AND IPAD; AND MY SECOND DAUGHTER OWNS AN IPHONE; AND WE

24  HAVE A SAMSUNG TV.

25          THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.

```
1              MS. GEISS-WOOD?

2              PROSPECTIVE JUROR:  WE HAVE FIVE IPHONES IN OUR

3    FAMILY AND ONE SAMSUNG PHONE THAT MY HUSBAND USES; MY DAUGHTER

4    HAS AN IPAD; AND MY SON HAS AN IPOD; AND MY DAUGHTER HAS A MAC.

5              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

6         ALL RIGHT.  LET'S GO TO MS. BELL.

7              PROSPECTIVE JUROR:  WE HAVE SAMSUNG TV'S, WE HAVE TWO

8    OF THEM; AND I HAVE A GALAXY S III, ME AND THE KIDS, TOO; AND

9    MY HUSBAND HAS, I THINK IT'S AN HTC; AND WE HAVE AN IPAD AT

10   HOME' AND I HAVE A NEXUS 7, 7 INCH TABLET AS WELL.

11             THE COURT:  OKAY.  THANK YOU.

12        ALL RIGHT.  MR., IS IT BAWDON?

13             PROSPECTIVE JUROR:  BAWDON.

14             THE COURT:  BAWDON, OKAY.  GO AHEAD, PLEASE.

15             PROSPECTIVE JUROR:  I HAVE A LITTLE CELL PHONE.  I

16   BELIEVE IT'S MADE BY SAMSUNG; I HAVE A LITTLE IPAD I BOUGHT MY

17   WIFE FOR MOTHER'S DAY; AND SHE HAS A COMPANY ISSUED PHONE, AND

18   I BELIEVE IT'S APPLE.

19             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

20        ALL RIGHT.  MR. VENKATESWARA-RAO.

21             PROSPECTIVE JUROR:  YES, VENKATESWARA-RAO.  I OWN AN

22   IPHONE AND A SAMSUNG GALAXY BOTH.

23             THE COURT:  OKAY.

24             PROSPECTIVE JUROR:  MY WIFE HAS AN IPAD; AND I ALSO

25   HAVE A SAMSUNG TABLET.
```

```
1              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

2          LET'S GO TO MS. VICTORIA, PLEASE.

3              PROSPECTIVE JUROR:  YES.  I HAVE A LAPTOP; MY SON HAS

4      A VARIETY OF IPODS, APPLE, SAMSUNG, YOU NAME IT, HE HAS A FEW

5      OF THEM; AND THEN I HAVE A CELL PHONE THAT'S A VERIZON.

6              THE COURT:  OKAY.

7              PROSPECTIVE JUROR:  NO TV.

8              THE COURT:  NO TV.  OKAY.  ALL RIGHT.  THANK YOU.

9          GO AHEAD, PLEASE.

10             PROSPECTIVE JUROR:  MY HUSBAND AND I BOTH HAVE

11     IPHONES AND IPADS; WE HAVE A SAMSUNG TV AND SAMSUNG MONITORS;

12     AND MY PARENTS AND MY BROTHER ARE THE SAME, THEY HAVE IPHONES

13     AND IPADS AND SAMSUNG TV'S.

14             THE COURT:  OKAY.  THEY HAVE SAMSUNG MONITORS AS

15     WELL?

16             PROSPECTIVE JUROR:  YEAH.  MY DAD DOESN'T.  MY MOM

17     AND MY BROTHER DO.

18             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

19         MS. MIRANDA.

20             PROSPECTIVE JUROR:  I HAVE AN IPHONE; WE HAVE A

21     SAMSUNG TV; AND AN IPOD.

22         MY SISTER AND HER HUSBAND, THEY BOTH HAVE IPHONES AND

23     IPADS; AND MY OTHER SISTER AND HER FAMILY, THEY USE SAMSUNG

24     PHONES.

25             THE COURT:  OKAY.  THANK YOU.
```

1          LET'S GO TO NASEATH, MR. NASEATH.

2                PROSPECTIVE JUROR:  OKAY.  SO I HAVE A GALAXY S III;

3      A MAC POWERBOOK; AND AN H-P, TOO.

4          MY WIFE HAS AN IPHONE AND AN IPAD; AND ONE OF MY SONS HAS

5      AN IPHONE, A COUPLE OF THEM; AND MY FAMILY HAS GALAXY S III'S;

6      AND WE HAVE A SAMSUNG TV.

7                THE COURT:  OKAY.  THANK YOU.

8          MS. MARTINEZ?

9                PROSPECTIVE JUROR:  I HAVE A SMARTPHONE, SAMSUNG

10     SMARTPHONE.

11               THE COURT:  SAMSUNG SMARTPHONE?

12               PROSPECTIVE JUROR:  YEAH.

13               THE COURT:  OKAY.

14               PROSPECTIVE JUROR:  AND MY HUSBAND HAS A NET 10; AND

15     MY DAUGHTERS HAVE THE APPLE, THE IPHONE; AND THEIR COMPUTERS

16     ARE THE SAME THING.

17               THE COURT:  OKAY.  THANK YOU.

18         ALL RIGHT.  GO AHEAD, PLEASE.

19               PROSPECTIVE JUROR:  OKAY.  MY HUSBAND AND I BOTH HAVE

20     CELL PHONES, BUT THEY'RE THROUGH SPRINT.  THEY'RE NOT REAL

21     SMARTPHONES.  AND MY HUSBAND HAS A SPRINT TABLET THAT HE USES.

22               THE COURT:  AND JUST FOR THE RECORD, THIS IS

23     MS. BOHLERTALLEY.  DID I PRONOUNCE THAT CORRECTLY?

24               PROSPECTIVE JUROR:  CORRECT.

25               THE COURT:  OKAY.  THANK YOU.  SO YOU'VE GOT SPRINT

1    PHONES AND TABLETS IN YOUR FAMILY?

2              PROSPECTIVE JUROR:  UM-HUM.

3              THE COURT:  OKAY.  THANK YOU.

4         OKAY.  MR. MONDRAGON.

5              PROSPECTIVE JUROR:  ALL MY FAMILY HAS THE NEW

6    IPHONES.

7              THE COURT:  OKAY.

8              PROSPECTIVE JUROR:  MY TV'S ARE SAMSUNG.  MY CAMERA

9    IS A SAMSUNG.  SO I'VE GOT A MIXTURE OF BOTH.

10             THE COURT:  OKAY.  THANK YOU.

11        LET'S GO TO MR. MOON.

12             PROSPECTIVE JUROR:  WE HAVE A MIXTURE OF BOTH ALSO.

13   MY -- I HAVE A SAMSUNG PHONE; SO DOES MY WIFE AND DAUGHTER; AND

14   MY ADULT SONS HAVE IPHONES AND THEIR WIVES HAVE IPHONES ALSO.

15        AND MY WIFE HAS AN IPAD.

16             THE COURT:  OKAY.  IS YOUR SAMSUNG PHONE A

17   SMARTPHONE?

18             PROSPECTIVE JUROR:  NO.

19             THE COURT:  OKAY.  ALL RIGHT.  LET'S GO TO

20   MR. STURGILL, PLEASE.

21             PROSPECTIVE JUROR:  I HAVE A MOTOROLA FLIP PHONE;

22   SAMSUNG TV; AND MY DAUGHTER HAS AN IPHONE.

23             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

24        MR. JONES?

25             PROSPECTIVE JUROR:  MY WIFE AND I ARE CURRENTLY USING

1       IPHONES, BOTH OF US; I HAVE AN IPAD; AND ALL OF THE APPLIANCES

2        IN OUR HOUSE ARE SAMSUNG.

3              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

4        PLEASE RAISE YOUR HAND IF YOU HAVE STRONG FEELINGS OR

5    OPINIONS ABOUT THE UNITED STATES PATENT SYSTEM OR PATENT LAWS.

6        OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

7    RAISED.

8        PLEASE RAISE YOUR HAND IF YOU THINK YOU HAVE ANY BELIEF OR

9    FEELING TOWARD ANY OF THE PARTIES, ATTORNEYS, OR WITNESSES THAT

10   WOULD MAKE IT DIFFICULT FOR YOU TO BE FAIR AND IMPARTIAL TO

11   BOTH SIDES.

12       OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

13   RAISED.

14       PLEASE RAISE YOUR HAND IF YOU HAVE ANY SPECIAL INTEREST IN

15   THE OUTCOME OF THIS TRIAL.

16       OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

17   RAISED.

18       PLEASE RAISE YOUR HAND IF YOU HAVE A RELIGIOUS OR

19   PHILOSOPHICAL REASON FOR WHICH YOU WOULD BE UNABLE TO RESOLVE A

20   CONFLICT IN THE EVIDENCE.

21       OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

22   RAISED.

23       PLEASE RAISE YOUR HAND IF YOU HAVE BEEN NEGATIVELY

24   IMPACTED BY THE RECENT ECONOMIC DOWNTURN.

25       OKAY.  I SEE THREE HANDS RAISED.

```
1              OKAY.  LET'S GO WITH MS. HANCOCK, PLEASE.  CAN YOU TELL US

2    ABOUT WHAT THE NEGATIVE IMPACT WAS?

3              PROSPECTIVE JUROR:  WE LOST EVERYTHING.  SO --

4              THE COURT:  SORRY TO HEAR THAT.

5              PROSPECTIVE JUROR:  TWO HOUSES, EVERYTHING.

6              THE COURT:  OKAY.  WOULD THAT EXPERIENCE IN ANY WAY

7    AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

8              PROSPECTIVE JUROR:  I REALLY DON'T SEE WHY.

9              THE COURT:  OKAY.

10             PROSPECTIVE JUROR:  OTHER THAN I REALLY NEED TO WORK.

11             THE COURT:  OKAY.  WOULD IT BE A HARDSHIP FOR YOU TO

12   SERVE ON THIS JURY, THOUGH?  IT WOULD TAKE YOU AWAY FROM YOUR

13   JOB FOR AT LEAST TWO WEEKS, POTENTIALLY LONGER.

14             PROSPECTIVE JUROR:  IT WOULD BE DIFFICULT, BECAUSE I

15   HAVE TWO TEENAGE DAUGHTERS ALSO.

16             THE COURT:  THAT YOU ARE SUPPORTING?

17             PROSPECTIVE JUROR:  UM-HUM.

18             THE COURT:  OKAY.  AND YOU WOULD NOT BE PAID DURING

19   YOUR JURY SERVICE; IS THAT CORRECT?

20             PROSPECTIVE JUROR:  CORRECT.

21             THE COURT:  OKAY.  ARE YOU REQUESTING TO BE EXCUSED

22   FOR HARDSHIP?

23             PROSPECTIVE JUROR:  NO.  I'M -- I WASN'T, NO.

24             THE COURT:  OKAY.  ALL RIGHT.  BECAUSE I WOULD

25   CONSIDER THAT IF YOU MADE THE REQUEST.
```

1          PROSPECTIVE JUROR:  WELL, I HAVE TO BE COMING BACK,

2     LIKE IN SIX MONTHS AGAIN, WOULDN'T I?

3          THE COURT:  NO.  IF I EXCUSE YOU FOR HARDSHIP TODAY,

4     YOU'VE FULFILLED YOUR JURY SERVICE, AND I DON'T KNOW WHEN YOU'D

5     BE CALLED BACK.  THEORETICALLY YOU'RE NOT SUPPOSED TO BE CALLED

6     BACK MORE THAN ONCE A YEAR.

7          SO WHAT WOULD YOU LIKE TO DO?

8          PROSPECTIVE JUROR:  PROBABLY IT WOULD BE BEST TO BE

9     EXCUSED.

10          THE COURT:  OKAY.  IS THERE ANY OBJECTION TO EXCUSING

11     MS. HANCOCK FOR CAUSE?

12          MR. LEE:  NO, YOUR HONOR.

13          THE COURT:  FOR HARDSHIP, EXCUSE ME.

14          MR. PRICE:  NO OBJECTION.

15          THE COURT:  OKAY.  THEN YOU ARE THANKED AND EXCUSED.

16     YOU CAN GO TO -- NOW, I DON'T WANT EVERYONE TO LEARN A LESSON

17     HERE AND MAKE THE SAME REQUEST -- BUT IF YOU WOULD PLEASE GO TO

18     MR.  YOUNGER ON THE SECOND FLOOR AND JUST TELL HIM YOU'VE BEEN

19     EXCUSED.  ALL RIGHT.  THANK YOU FOR YOUR WILLINGNESS TO SERVE.

20          PROSPECTIVE JUROR:  THANK YOU.

21          THE COURT:  OKAY.  I THOUGHT I SAW MR. NASEATH AND

22     ONE MORE HAND GO UP.

23          OKAY, MS. ERICKSON.

24          PROSPECTIVE JUROR:  DUE TO SEQUESTRATION, I HAVE

25     RECENTLY BEEN LAID OFF.

```
 1              THE COURT:  OH, I'M SORRY TO HEAR THAT.

 2              PROSPECTIVE JUROR:  IT'S OKAY.

 3              THE COURT:  WOULD THAT IN ANY WAY AFFECT YOUR ABILITY

 4       TO SERVE ON THIS JURY?

 5              PROSPECTIVE JUROR:  NOT AT ALL.

 6              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  BLESS YOU.

 7          OKAY.  THERE WERE -- ANY MORE HANDS ON THE LEFT SIDE OF

 8       THE COURTROOM?  I DIDN'T SEE ANY MORE.

 9          OKAY.  LET'S GO TO THE RIGHT SIDE.  BACK ROW, ANYONE RAISE

10       YOUR HAND.  NO?

11           MIDDLE ROW?  MR. NASEATH, WHAT'S YOUR --

12              PROSPECTIVE JUROR:  WELL, I -- FOR THE LAST ABOUT 25

13       YEARS, I'VE BEEN AN INDEPENDENT MANAGEMENT CONSULTANT AND SO

14       THAT WORK PRETTY MUCH DRIED UP ABOUT FOUR YEARS AGO, AND SO

15       FROM THREE TO FOUR YEARS AGO, I WORKED ABOUT HALF TIME AND THEN

16       I HAVEN'T HAD ANY CONTRACTS FOR THE LAST TWO YEARS.

17              THE COURT:  OKAY.  WOULD THAT IN ANY WAY AFFECT YOUR

18       ABILITY TO SERVE AS AN IMPARTIAL JUROR IN THIS CASE?

19              PROSPECTIVE JUROR:  NO.

20              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

21          I BELIEVE, MR. MOON, YOU RAISED YOUR HAND.  IS THAT RIGHT?

22       GO AHEAD, PLEASE.

23              PROSPECTIVE JUROR:  YEAH.  I WAS JUST GOING TO STATE

24       FOR THE RECORD THAT THE RECENT FINANCIAL DOWNTURN JUST RESULTED

25       IN A SHORT SALE OF ONE OF MY INCOME PROPERTIES LAST YEAR, BUT
```

```
 1        THAT WOULD NOT AFFECT MY ABILITY TO SERVE OR BE FAIR.

 2            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

 3        ANYONE ELSE WHO WOULD RAISE THEIR HAND FOR THAT QUESTION?

 4        OKAY.  THE RECORD SHOULD REFLECT NO OTHER HANDS HAVE BEEN

 5   RAISED.

 6        IT MAY APPEAR THAT ONE OR MORE OF THE PARTIES, ATTORNEYS

 7   OR WITNESSES COME FROM A PARTICULAR NATIONAL, RELIGIOUS, RACIAL

 8   GROUP OR COUNTRY, OR MAY HAVE A LIFESTYLE THAT'S DIFFERENT FROM

 9   YOURS.

10        WOULD THAT IN ANY WAY AFFECT YOUR JUDGMENT OR THE WEIGHT

11   AND CREDIBILITY YOU WOULD GIVE TO SUCH PERSON'S TESTIMONY?  IF

12   YOUR ANSWER IS YES TO THIS QUESTION, WOULD YOU PLEASE RAISE

13   YOUR HAND?

14        OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

15   RAISED.

16        NOW, IT IS IMPORTANT THAT I HAVE YOUR ASSURANCE THAT YOU

17   WILL, WITHOUT RESERVATION, FOLLOWING MY INSTRUCTIONS AND

18   RULINGS ON THE LAW AND THAT YOU WILL APPLY THE LAW AS I

19   INSTRUCT YOU.  WHETHER YOU APPROVE OR DISAPPROVE OF THE COURT'S

20   RULINGS OR INSTRUCTIONS, IT IS YOUR SOLEMN DUTY TO ACCEPT AS

21   CORRECT THE STATEMENTS OF THE LAW THAT I GIVE YOU.  YOU MAY NOT

22   SUBSTITUTE YOUR OWN IDEA OF WHAT YOU THINK THE LAW SHOULD BE.

23        IF YOU WILL NOT FOLLOW THE LAW AS GIVEN TO YOU BY ME IN

24   THIS CASE, PLEASE RAISE YOUR HAND.

25        OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN
```

1    RAISED.

2           IF YOU HAVE EVER OWNED A BUSINESS, WOULD YOU PLEASE RAISE

3    YOUR HAND?

4           OKAY.  I SEE FOUR HANDS RAISED.

5           LET'S GO TO MR. SIGILLO.

6              PROSPECTIVE JUROR:  I OWNED MY OWN PHARMACY FOR 16

7    YEARS, AND THE LAST 21 YEARS I'VE BEEN EMPLOYED WITH COSTCO

8    WHOLESALE.

9              THE COURT:  ALL RIGHT.  AND I BELIEVE THERE WERE --

10   OKAY.  LET'S GO TO MS. ALLEN.

11             PROSPECTIVE JUROR:  I OWN A MOBILE PHLEBOTOMY SERVICE

12   FOR LAW ENFORCEMENT BLOOD EVIDENCE COLLECTION, DUI'S IN

13   PARTICULAR.

14             THE COURT:  OKAY.  THANK YOU.  ANYONE ELSE ON THE

15   LEFT SIDE?  OKAY.  LET'S GO TO MR. LEVAY.

16             PROSPECTIVE JUROR:  MY WIFE AND I HAVE A SMALL

17   BUSINESS WHERE SHE MAKES CLOTHING AND SELLS IT.

18             THE COURT:  OKAY.  WHAT ABOUT ON THE RIGHT-HAND SIDE?

19   ANYONE ELSE RAISE THEIR -- MR. -- OKAY.  LET'S GO TO

20   MR. NASEATH.  JUST THE COMPANIES THAT YOU TOLD US ABOUT, THE

21   CONSULTING?  OR ANYTHING ELSE?

22             PROSPECTIVE JUROR:  WELL, I'VE HAD NUMEROUS START-UPS

23   OVER THE YEARS, SO -- THE ORIGINAL ONES WERE HIGH TECH.  I'VE

24   HAD SOFTWARE COMPANIES, SOFTWARE DEVELOPMENT, I OWNED 12 CARPET

25   CLEANING FRANCHISES, AND I'M DOING A NEW WEB-BASED BUSINESS

```
1        RIGHT NOW.

2                THE COURT:  OKAY.  ANY OF THOSE START-UPS HAVE

3    ANYTHING TO DO WITH, YOU KNOW, SMARTPHONES OR TABLETS?

4                PROSPECTIVE JUROR:  NO.

5                THE COURT:  NO?  OKAY.  THANK YOU.

6          LET ME GO TO MR. MONDRAGON, PLEASE.

7                PROSPECTIVE JUROR:  LAST YEAR I HAD A TRANSPORT

8    COMPANY.

9                THE COURT:  OKAY.  THANK YOU.  HAVE ANY OF YOU -- I'M

10   SORRY.  I DIDN'T SEE YOUR HAND.

11               PROSPECTIVE JUROR:  I HAVE A CONSULTING BUSINESS AND

12   A CO-FOUNDER OF MEDICAL DEVICE START-UP COMPANY.

13               THE COURT:  OKAY.  AND DO EITHER OF THOSE HAVE

14   ANYTHING TO DO WITH SMARTPHONES OR TABLETS?

15               PROSPECTIVE JUROR:  NO.

16               THE COURT:  OKAY.  AND WE'LL GET INTO YOUR EXACT JOB

17   IN A MINUTE.

18         OKAY.  HAVE ANY OF YOU EVER BEEN INVOLVED IN A LAWSUIT AS

19   A PLAINTIFF, DEFENDANT, OR A WITNESS?  CAN YOU RAISE YOUR HAND?

20         OKAY.  LET'S GO TO MR. LEVAY.

21               PROSPECTIVE JUROR:  WE -- WHILE NOT BEING DIRECTLY

22   INVOLVED, MY -- WE RECEIVED SOME OF THE LARGESS FROM CLASS

23   ACTIONS, FROM TWO DIFFERENT CLASS ACTION LAWSUITS.

24               THE COURT:  AND WHAT WERE THOSE CLASS ACTION

25   LAWSUITS?
```

```
1              PROSPECTIVE JUROR:  MY WIFE WAS INVOLVED IN A

2   DALKON SHIELD CLASS ACTION LAWSUIT.

3              THE COURT:  AS A PLAINTIFF?

4              PROSPECTIVE JUROR:  YES.

5              THE COURT:  OKAY.

6              PROSPECTIVE JUROR:  AND SHE PARTICIPATED AS A MEMBER

7   OF THE CLASS.

8              THE COURT:  OKAY.

9              PROSPECTIVE JUROR:  AND OUR, OUR HEALTH CARE PROVIDER

10  WAS SUED BY SOME OTHER PERSON FOR NOT SUPPLYING IN VITRO

11  FERTILIZATION AS PART OF THEIR PROGRAM.

12             THE COURT:  OKAY.

13             PROSPECTIVE JUROR:  AND WE SUBSEQUENTLY WERE ALLOWED

14  TO PARTICIPATE IN THAT AS A RESULT OF THE LAWSUIT.

15             THE COURT:  I SEE.  OKAY.

16             PROSPECTIVE JUROR:  WE DID NOT JOIN A CLASS AT THE

17  BEGINNING, BUT WE WERE RECIPIENTS OF THE --

18             THE COURT:  OF THE SETTLEMENT?

19             PROSPECTIVE JUROR:  -- OF THE OUTCOME OF THE

20  JUDGMENT.

21             THE COURT:  OKAY.  THANK YOU.  AND ON THE DALKON

22  SHIELD, YOUR WIFE WAS ONE OF THE NAMED PLAINTIFFS?

23             PROSPECTIVE JUROR:  YES, A MEMBER OF THE CLASS.

24             THE COURT:  OKAY.  A MEMBER OF THE CLASS.  ALL RIGHT.

25  THANK YOU.
```

1       MS. SMITH, YOU RAISED YOUR HAND.  WHAT KIND OF LAWSUIT

2   HAVE YOU BEEN INVOLVED IN?

3           PROSPECTIVE JUROR:  A PLAINTIFF AGAINST A WINDOW

4   COMPANY IN MONTEREY COUNTY THAT THE COUNTY'S ACTUALLY TAKEN

5   ACTION AGAINST THEM.

6       I'M ONE OF THE PEOPLE THAT THEY CAME AND SABOTAGED, AND

7   IT'S STILL GOING ON.  I ACTUALLY GO TO -- I HAVE A COURT DATE

8   ON THE -- IN DECEMBER.  I HAVEN'T HEARD ANYTHING FOR A YEAR.  I

9   THOUGHT IT WAS OVER, AND THEN I JUST HEARD AGAIN.

10      SO I WENT TO COURT ONE DAY AND I SPOKE WITH A LAWYER,

11  WASN'T ASKED TO APPEAR DURING THE TRIAL OR PROCEEDINGS OR

12  ANYTHING OF THAT NATURE.

13      AND I BELIEVE THIS NEXT ONE IS RESTITUTION, POSSIBLE

14  RESTITUTION CASE.  SO IT'S STILL THERE.

15      BUT, YES, THAT'S WHAT I WAS INVOLVED IN.

16          THE COURT:  OKAY.  BLESS YOU.

17      ALL RIGHT.  WHAT ABOUT ON THE RIGHT-HAND SIDE?  WHO ELSE

18  HAS BEEN INVOLVED IN ANY LAWSUIT, PLAINTIFF, WITNESS,

19  DEFENDANT?

20      OKAY.  MR. LE, GO AHEAD, PLEASE.

21          PROSPECTIVE JUROR:  I WAS A WITNESS FOR MY EMPLOYER

22  IN ONE CASE, AND THEN I WAS A TRANSLATOR FOR A CASE, AND THEN

23  AT MY DISTRICT, WE CURRENTLY INVOLVED IN TWO CASES, SUPERIOR

24  COURT AND ONE IN APPELLATE COURT.

25          THE COURT:  THE CASE THAT YOU WERE A WITNESS IN, WHAT

231

1      KIND OF CASE WAS THAT?

2                PROSPECTIVE JUROR:  A CIVIL CASE.

3                THE COURT:  WHAT WAS THAT?

4                PROSPECTIVE JUROR:  THE CONTRACT, BETWEEN A

5      CONTRACTOR AND THE CITY.

6                THE COURT:  OKAY.  AND THEN YOU WERE A TRANSLATOR IN

7      WHAT TYPE OF CASE?

8                PROSPECTIVE JUROR:  FOR A CRIMINAL CASE.

9                THE COURT:  YOU WERE A TRANSLATOR FOR ONE OF THE

10     WITNESSES?

11               PROSPECTIVE JUROR:  ONE OF THE DEFENDANTS.

12               THE COURT:  OH, I SEE.  ARE YOU A CERTIFIED LANGUAGE

13     INTERPRETER?

14               PROSPECTIVE JUROR:  NO, I'M NOT.

15               THE COURT:  I SEE.  AND THEN YOU SAID YOU HAD A CASE

16     IN SUPERIOR COURT AND A CASE IN THE APPELLATE COURT.  WHAT WAS

17     THE SUBJECT MATTER OF THAT?

18               PROSPECTIVE JUROR:  THE SUBJECT MATTER IS BETWEEN OUR

19     ORGANIZATIONS IN THE SAN FRANCISCO SUPERIOR COURT, AND ONE CASE

20     WITHIN OUR ORGANIZATION AND ANOTHER ORGANIZATION AT THE SIXTH

21     DISTRICT COURT OF APPEAL.

22               THE COURT:  AND WHAT KIND OF ORGANIZATIONS ARE THESE?

23               PROSPECTIVE JUROR:  MARINA COAST WATER DISTRICT.

24               THE COURT:  SO ARE THOSE DISPUTES ABOUT LAND

25     DEVELOPMENT OR WHAT?

```
1              PROSPECTIVE JUROR:  THE AGREEMENT, CONTRACT

2     AGREEMENTS.

3              THE COURT:  YOUR ORGANIZATION IS THE, IS THE MARINA

4     CAUSEWAY?

5              PROSPECTIVE JUROR:  MARINA COAST WATER DISTRICT.

6              THE COURT:  OKAY.  ALL RIGHT.

7        I BELIEVE THERE WERE MORE HANDS RAISED.  OKAY,

8     MR. NASEATH.

9              PROSPECTIVE JUROR:  WOULD YOU REPEAT THE QUESTION?

10             THE COURT:  HAVE YOU EVER BEEN INVOLVED IN ANY

11    LAWSUIT AS A PLAINTIFF, DEFENDANT, WITNESS, OR IN ANY OTHER

12    ROLE?

13             PROSPECTIVE JUROR:  OKAY.  SO I SAW A CAR ACCIDENT

14    AND I WAS A WITNESS ON THAT; I WAS A WITNESS FOR A TAX FRAUD

15    CASE; I'VE PROBABLY BEEN TO COURT HALF A DOZEN TIMES WITH MY

16    CARPET CLEANING BUSINESSES, YOU KNOW, WAY BACK WHEN FOR SMALL

17    CLAIMS COURT.

18             THE COURT:  YOU WERE SUING THE CARPET CLEANING

19    COMPANY?

20             PROSPECTIVE JUROR:  NO.  I OWNED THE CARPET CLEANING

21    FRANCHISES AND I WAS TRYING TO COLLECT.  THEY WERE COMMERCIAL

22    JOBS THAT WE HAD DONE THAT WE HADN'T GOTTEN PAID.

23             THE COURT:  OH, I SEE.

24             PROSPECTIVE JUROR:  AND THEN -- HOWEVER, THERE WAS

25    ONE WHERE, THAT I RECALL THAT A LADY'S COUCH WAS RUINED AND SHE
```

1       WAS TRYING TO GET HER COUCH PAID FOR.  SHE CLAIMED IT WAS

2       RUINED.  AND IF YOU WANT THE DETAILS, I'LL GIVE IT TO YOU.

3              THE COURT:  NO, I DON'T NEED THE DETAILS ON THAT.

4           BUT YOU WERE EITHER A PLAINTIFF OR A DEFENDANT IN SMALL

5       CLAIMS COURT REGARDING CARPET CLEANING CONTRACTS?

6              PROSPECTIVE JUROR:  RIGHT.

7              THE COURT:  OKAY.

8              PROSPECTIVE JUROR:  THE BIG ONE WAS ONE START-UP THAT

9       I DID THAT WAS A THE HIGH TECH ONE WAS A VIDEO GAME START-UP

10      DURING THE HEIGHT OF THE VIDEO GAME INDUSTRY, THE ERA OF PONG

11      AND MISSILE COMMAND AND THOSE, AND WE DEVELOPED A MULTIPLAYER

12      SIMULATOR GAME AND I BOUGHT THE RIGHTS TO STAR TREK, FROM

13      PARAMOUNT STUDIOS FOR STAR TREK, AND IT WAS A STAR TREK

14      MULTIPLAYER GAME AND IT HAD LASER DISK IMAGES AND IT WAS VERY

15      SOPHISTICATED.

16          AND SO THE COMPANY THAT WAS PUTTING TOGETHER THE HARDWARE

17      FOR US STOLE THE TECHNOLOGY AND SO WE SUED THEM AND IT WAS IN

18      COURT FOR FIVE YEARS AND WE GOT A JUDGMENT.  THEY SOLD IT TO

19      DARPA FOR $4 MILLION.

20             THE COURT:  WOULD YOUR LAWSUIT REGARDING THEFT OF

21      TECHNOLOGY AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL IN ANY

22      WAY?

23             PROSPECTIVE JUROR:  NO.

24             THE COURT:  OKAY.  ANYONE ELSE RAISE THEIR HAND?

25      OKAY.  MS. MARTINEZ.

```
1              PROSPECTIVE JUROR:  WOULD THAT BE CONSIDERED LIKE A

2     PRIVATE LAWSUIT AGAINST A COMPANY?

3              THE COURT:  OH, YES.  IF YOU SUED AN EMPLOYER, IF --

4              PROSPECTIVE JUROR:  I DID SUE A COMPANY.

5              THE COURT:  OKAY.  WHO DID YOU SUE?

6              PROSPECTIVE JUROR:  BONFANTE GARDEN.

7              THE COURT:  SAY THAT AGAIN.

8              PROSPECTIVE JUROR:  BONFANTE GARDEN.  THEY'RE OUT OF

9     GILROY.

10             THE COURT:  OH, OKAY.  WHAT DID YOU SUE THEM FOR?

11             PROSPECTIVE JUROR:  I SUED THEM BECAUSE I GOT HURT AT

12    WORK AND THEY CONTINUED FOR ME TO WORK AND THAT -- BUT I DID

13    WIN THE LAWSUIT.

14             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

15         ANY OTHER HANDS RAISED?  ANY OTHER LAWSUITS AS A

16    WITNESS -- OKAY -- AS A PLAINTIFF, AS A DEFENDANT?

17         OKAY.  LET'S GO TO MS. CABANAYAN.

18             PROSPECTIVE JUROR:  ABOUT FIVE YEARS AGO, WE HAD TO

19    SUE OUR NEIGHBOR.  SHE WANTED TO MOVE THE FENCE LINE OVER ON

20    OUR PROPERTY.

21             THE COURT:  ALL RIGHT.  THANK YOU.

22         MR. WANG?

23             PROSPECTIVE JUROR:  I'M A WITNESS FOR A PATENT

24    LAWSUIT THAT SOME OTHER COMPANY SUE MY CURRENT EMPLOYEE,

25    EMPLOYER.
```

1          THE COURT:  I'M SORRY.  SOME OTHER COMPANY SUED ONE

2     OF YOUR EMPLOYEES?

3          PROSPECTIVE JUROR:  NO, SUED MY CURRENT --

4          THE COURT:  YOUR CURRENT EMPLOYER?

5          PROSPECTIVE JUROR:  YEAH.

6          THE COURT:  OKAY.  WHO DO YOU WORK FOR NOW?

7          PROSPECTIVE JUROR:  CISCO.

8          THE COURT:  AND WHO SUED CISCO?

9          PROSPECTIVE JUROR:  IT'S A CASE THAT'S STILL ONGOING.

10    SHOULD I REVEAL?

11         THE COURT:  IT'S STILL ONGOING?

12         PROSPECTIVE JUROR:  YEAH.

13         THE COURT:  DO YOU RECALL WHO SUED -- IS CISCO THE

14    PLAINTIFF OR THE DEFENDANT?

15         PROSPECTIVE JUROR:  DEFENDANT.

16         THE COURT:  DO YOU KNOW WHO THE PLAINTIFF IS IN THAT

17    CASE?

18         PROSPECTIVE JUROR:  SYNTEC.

19         THE COURT:  OKAY.  HAVE YOU HAD TO TESTIFY IN THAT

20    CASE DURING A DEPOSITION OR AT A TRIAL?

21         PROSPECTIVE JUROR:  RIGHT NOW ONLY DEPOSITION.

22         THE COURT:  YOU'VE HAD A DEPOSITION ALREADY?

23         PROSPECTIVE JUROR:  YES.

24         THE COURT:  OKAY.  ANYTHING ABOUT YOUR EXPERIENCE IN

25    CISCO'S LITIGATION WITH SYNTEC THAT WOULD AFFECT YOUR ABILITY

```
 1        TO BE FAIR AND IMPARTIAL IN THIS CASE?

 2              PROSPECTIVE JUROR:  NO.

 3              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

 4        DID ANYONE ELSE RAISE THEIR HAND?

 5        OKAY.  LET'S GO TO MS. AGUILAR-BLAKE.

 6              PROSPECTIVE JUROR:  I WAS A WITNESS IN A CRIMINAL

 7    TRIAL.

 8              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

 9        MR. SIGILLO?

10              PROSPECTIVE JUROR:  AS A PHARMACY MANAGER, I

11    REPRESENTED COSTCO WHOLESALE FOR A WORKER'S COMP ISSUE IN

12    SALINAS, CALIFORNIA.

13              THE COURT:  OKAY.  FOR ALL OF YOU WHO HAVE BEEN

14    INVOLVED IN OTHER LAWSUITS, DO YOU UNDERSTAND THAT THERE MAY

15    HAVE BEEN BURDENS OF PROOF IN THOSE TYPES OF CASES THAT WOULD

16    NOT APPLY HERE?

17        IN THIS CASE, YOU WOULD APPLY THE LAW SOLELY AS I INSTRUCT

18    YOU.  IF YOU WOULD HAVE ANY DIFFICULTY DOING THAT IN LIGHT OF

19    YOUR PRIOR EXPERIENCE WITH LITIGATION, WOULD YOU PLEASE RAISE

20    YOUR HAND?

21        OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

22    RAISED.

23        ALL RIGHT.  HAVE YOU EVER APPLIED FOR A PATENT, COPYRIGHT,

24    OR TRADEMARK?  ALL RIGHT.  TWO -- OKAY, THREE PEOPLE HAVE

25    RAISED THEIR HAND.
```

```
 1              LET'S START WITH MR. DE MOL.  WHAT WAS IT FOR?  WAS IT

 2    GRANTED?  WHEN AND FOR WHOM?

 3              PROSPECTIVE JUROR:  IT WAS FOR MY EMPLOYER, IT WAS

 4    MEASUREX AT THE TIME, AND THE PATENT WAS FOR ALUMINUM ROLLING

 5    MILLS.

 6              THE COURT:  AND YOUR EMPLOYER WAS MEASUREX?

 7              PROSPECTIVE JUROR:  MEASUREX, YES.

 8              THE COURT:  OKAY.  AND WAS THE PATENT GRANTED?

 9              PROSPECTIVE JUROR:  YES.  BUT THE PATENT HAS EXPIRED

10    NOW.

11              THE COURT:  ALL RIGHT.  THANK YOU.

12         LET ME GO TO MR. VENKATESWARA-RAO.

13              PROSPECTIVE JUROR:  YEAH.  I HAVE ISSUED PATENTS AND

14    CURRENTLY PATENTS IN PROSECUTION IN THE FIELD OF MEDICAL

15    DEVICES.

16              THE COURT:  IN MEDICAL DEVICES.  OKAY.  AND ARE THEY

17    IN THE NAME OF YOUR MEDICAL DEVICE START-UP OR WHO OWNS THEM?

18              PROSPECTIVE JUROR:  SOME OF THE PATENTS I OWN THEM,

19    AND OTHER ISSUED PATENTS ARE IN THE NAME OF THE COMPANIES THAT

20    I WORK FOR.

21              THE COURT:  OKAY.  WHAT COMPANIES ARE THOSE?

22              PROSPECTIVE JUROR:  GUIDANT, WHICH GUIDANT

23    CORPORATION, WHICH CURRENTLY IS ABBOTT, A-B-B-O-T-T, AND NELLIX

24    ENDOVASCULAR, WHICH IS CURRENTLY OWNED BY ENDOLOGIX.

25              THE COURT:  ALL RIGHT.  I BELIEVE THAT, MR. NASEATH,
```

1     ALSO YOU RAISED YOUR HAND.  WHAT HAVE YOU APPLIED FOR, SIR?

2            PROSPECTIVE JUROR:  ON THE COMPANY I WAS JUST TALKING

3     ABOUT, WE HAD PROBABLY HALF A DOZEN TRADEMARKS IN A SIMULATED

4     SYSTEM TRADEMARK, FOR EXAMPLE; AND IN OTHER START-UPS, I'VE HAD

5     A TRADEMARK.  THEY'RE ALL AROUND TRADEMARKS OF THE NAMES OR

6     THE --

7            THE COURT:  CAN YOU LIST SOME OF THE NAMES TO WHOM

8     THOSE TRADEMARKS WERE REGISTERED?  LIKE WHAT THE NAMES OF THOSE

9     COMPANIES WERE OR --

10           PROSPECTIVE JUROR:  YEAH.  SO SOME -- LET'S SEE.

11    THERE WAS SIMITRON, WHICH WAS THE NAME OF THE COMPANY THAT I

12    FOUNDED FOR THE VIDEO GAME START-UP; COLOR STAR; I CAN'T

13    REMEMBER THE NAME OF THE OTHER ONE.

14           THE COURT:  ALL RIGHT.  ANYONE ELSE?

15           PROSPECTIVE JUROR:  IT WAS ACCU-SYSTEMS, A-C-C-U

16    SYSTEMS.

17           THE COURT:  ACCU-SYSTEMS.

18       ALL RIGHT.  THE RECORD SHOULD REFLECT NO OTHER HANDS HAVE

19    BEEN RAISED.

20       NOW, MR. NASEATH, YOU'VE ALREADY TOLD US ABOUT SUING ON

21    BEHALF OF SIMITRON FOR THEFT OF TECHNOLOGY.

22       BUT HAS ANYONE ELSE CREATED OR DEVELOPED SOMETHING AND HAD

23    THE IDEA TAKEN FROM THEM?  IF SO, PLEASE RAISE YOUR HAND.

24       OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

25    RAISED.

```
 1          HAVE ANY OF YOU EVER BEEN ACCUSED OF TAKING THE IDEA OF

 2     ANOTHER?

 3          OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

 4     RAISED.

 5          OKAY.  I'M NOW GOING TO ASK YOU TO ANSWER THE QUESTIONS ON

 6     YOUR SHEET, AND WHEN YOU DO THAT -- WE'RE GOING TO START WITH

 7     MS. THOMAS.

 8          WHEN YOU DO THAT, I WOULD ALSO LIKE YOU TO SAY WHETHER YOU

 9     OR ANYONE IN YOUR FAMILY, YOUR RELATIVES, FRIENDS, NEIGHBORS,

10     CO-WORKERS, PARENTS OF YOUR CHILDREN'S FRIENDS, THAT VERY BROAD

11     "YOU" THAT I DESCRIBED EARLIER, HAVE ANY SPECIAL TRAINING,

12     EDUCATION, WORK EXPERIENCE IN LAW, PATENTS, PHONE OR COMPUTER

13     TABLET TECHNOLOGY, MANUFACTURING OR SALES, ACCOUNTING, FINANCE,

14     ECONOMICS, CONTRACTS OR LICENSING, RESEARCH AND DEVELOPMENT, OR

15     GRAPHIC AND INDUSTRIAL DESIGN.  I KNOW THAT'S QUITE A BIT.

16          DO YOU NEED ME TO REPEAT THAT?  YES?  OKAY.

17          SO LAW, PATENTS, PHONES OR TABLETS, ANYTHING ABOUT THEM,

18     THAT'S DEVELOPMENT, SALES, MANUFACTURING, ACCOUNTING, FINANCE,

19     CONTRACTS OR LICENSING, RESEARCH AND DEVELOPMENT, GRAPHIC OR

20     INDUSTRIAL DESIGN.

21          I WILL ASK YOU EACH OF THESE AT THE END, OKAY, JUST IN

22     CASE YOU FORGET.

23          ALL RIGHT.  LET'S GO AHEAD.  MS. THOMAS, IF YOU COULD

24     ANSWER THE QUESTIONS ON THE SHEET.

25               PROSPECTIVE JUROR:  YES.  MY NAME IS CHUN THOMAS.  I
```

1       WAS BORN IN TAIPEI, TAIWAN.  I CURRENTLY LIVE IN SUNNYVALE,

2       CALIFORNIA.

3            MY EDUCATION IS A MASTER'S DEGREE IN STATISTICS.  AND MY

4       CURRENT JOB IS A MEDICAL RESEARCHER AT STANFORD UNIVERSITY.

5            AND MY FAVORITE HOBBY IS HIKING AND OUTDOORS, AND I'M NOT

6       MARRIED.

7                 THE COURT:  CAN WE PASS THE MICROPHONE?

8                 THE CLERK:  IS THE MICROPHONE OVER THERE?  GREAT.

9       THANK YOU.

10                PROSPECTIVE JUROR:  I'M NOT CURRENTLY MARRIED.

11           AND MY CHILDREN, MY SON IS FOUR YEARS OLD --

12                PROSPECTIVE JUROR:  IT'S NOT ON.

13                THE CLERK:  IT MIGHT HAVE GOT TURNED OFF.  THERE'S A

14      LITTLE SWITCH ON THE SIDE.

15                MR. SWARUUP:  I SEE IT.

16                THE COURT:  DID YOU HEAR WHAT SHE SAID OR DO I NEED

17      TO REPEAT THAT?  OKAY.

18           SHE WAS BORN IN TAIWAN; SHE RESIDES IN SUNNYVALE; SHE HAS

19      A MASTER'S DEGREE IN STATISTICS; SHE IS CURRENTLY A MEDICAL

20      RESEARCHER AT STANFORD UNIVERSITY; HER HOBBIES ARE HIKING AND

21      OUTDOORS; SHE IS NOT MARRIED; SHE HAS A FOUR YEAR OLD SON.

22                PROSPECTIVE JUROR:  YES.

23                THE COURT:  WHAT ELSE DID I MISS?  ANYTHING?

24                PROSPECTIVE JUROR:  NO.

25                THE COURT:  OKAY.

```
 1                    PROSPECTIVE JUROR:  YES.

 2                    THE COURT:  OKAY.

 3                    PROSPECTIVE JUROR:  I DON'T HAVE ANY JURY SERVICE

 4      BEFORE.

 5               AND MY -- ONE OF MY COUSINS, HE WAS WORKING FOR MOTOROLA

 6      AND THEN GOOGLE.  AND --

 7                    THE COURT:  SO ONE OF HER COUSINS WORKED FOR MOTOROLA

 8      AND NOW WORKS FOR GOOGLE.

 9           CORRECT?

10                    PROSPECTIVE JUROR:  HE GOT LAID OFF EARLIER THIS

11      YEAR.

12                    THE COURT:  OKAY.

13                    PROSPECTIVE JUROR:  SO NO LONGER WORK FOR THAT

14      INDUSTRY ANYMORE.

15                    THE COURT:  OKAY.

16                    PROSPECTIVE JUROR:  AND MY SISTER, SHE IS MEDICAL

17      DATA MANAGER AS WELL.

18                    THE COURT:  NOW, ANYTHING ABOUT YOUR COUSIN GETTING

19      LAID OFF FROM GOOGLE THAT WOULD AFFECT YOUR ABILITY TO BE FAIR

20      AND IMPARTIAL?

21                    PROSPECTIVE JUROR:  NO.

22                    THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

23           LET ME ASK YOU, DID YOU USED TO BE MARRIED?

24                    PROSPECTIVE JUROR:  YES.

25                    THE COURT:  OKAY.  WHAT WAS THE OCCUPATION OF YOUR
```

1        SPOUSE, YOUR FORMER SPOUSE?

2                PROSPECTIVE JUROR:  HE WAS, WHAT'S THAT'S CALLED,

3        DOCUMENTATION PROGRAMMER.  YES.  IT'S -- I'M NOT SURE WHAT IT

4        IS REALLY.

5                THE COURT:  OKAY.  HE WAS A PROGRAMMER, LIKE SOFTWARE

6        OR SOMETHING ELSE?

7                PROSPECTIVE JUROR:  IT'S LIKE KEEP TRACK OF THOSE

8        PARTS FOR MANUFACTURING.

9                THE COURT:  I SEE.  FOR MANUFACTURING PARTS.

10               PROSPECTIVE JUROR:  YES.

11               THE COURT:  OKAY.  ANY TRAINING IN LAW, PATENTS,

12       PHONES, TABLETS, ACCOUNTING, FINANCE, CONTRACTS AND LICENSING,

13       GRAPHIC OR INDUSTRIAL DESIGN?

14               PROSPECTIVE JUROR:  NO.

15               THE COURT:  NO?  OKAY.  THANK YOU.

16           LET'S GO TO MR. LEVAY.

17               PROSPECTIVE JUROR:  MY NAME IS MICHAEL LEVAY.  I WAS

18       BORN IN FRAMINGHAM, MASSACHUSETTS.  I LIVE IN LOS ALTOS,

19       CALIFORNIA.

20           I HAVE A BACHELOR'S DEGREE IN PHYSICS.  I'M CURRENTLY

21       RETIRED.  PRIOR TO BEING RETIRED, I WORKED FOR LOCKHEED MARTIN

22       SPACE SYSTEMS COMPANY FOR 44 YEARS.  MY FINAL POSITION THERE

23       WAS A MANAGER, LINE MANAGER FOR A GROUP THAT DID -- IT WAS

24       CALLED SOLAR AND ASTROPHYSICS AND WE DID RESEARCH PRIMARILY

25       ABOUT THE SUN.

```
1          THESE DAYS I LIKE TO HIKE QUITE A BIT.  I DO IT WITH A
2     HIKING BUDDY.
3          I AM MARRIED.  MY WIFE IS, HAS A SMALL BUSINESS
4     MANUFACTURING CLOTHING, AND SHE ALSO WORKS PART-TIME IN A
5     RETAIL CLOTHING STORE.  IN THE PAST, SHE HAS DONE MARKET
6     RESEARCH FOR THE, IN THE COMPUTER INDUSTRY.  THAT WAS MAYBE
7     ABOUT 15 OR 20 YEARS AGO.
8               THE COURT:  FOR WHOM DID SHE WORK?
9               PROSPECTIVE JUROR:  SHE WORKED FOR A NUMBER OF
10    DIFFERENT COMPANIES.  SHE HAD A SHORT STINT AT ORACLE; SHE
11    WORKED AT NOVELL; SHE WORKED AT A SMALL COMPANY WHOSE NAME,
12    INFONETICS I THINK WAS ITS NAME, A SMALL COMPANY IN PALO ALTO.
13         I HAVE TWIN DAUGHTERS WHO ARE 27 YEARS OLD.  ONE OF THEM
14    WORKS AS A RECRUITER FOR, ESSENTIALLY FOR GOOGLE.  THE OTHER
15    WORKS IN A START-UP CALLED CROCKER THAT DOES, THAT DOES ON-LINE
16    VIDEOS AND SHE TEACHES YOGA.
17         I HAVE HAD PRIOR JURY SERVICE FOR ONE -- I WAS SELECTED
18    FOR ONE CRIMINAL TRIAL AND I WAS -- IT WAS IN THIS -- IT WAS IN
19    SANTA CLARA COUNTY.  IT WAS PROBABLY 30 YEARS AGO.  AN OUTCOME
20    WAS REACHED.
21              THE COURT:  ALL RIGHT.  THANK YOU.
22              PROSPECTIVE JUROR:  ANYTHING ELSE?
23              THE COURT:  YOU UNDERSTAND THAT THE CRIMINAL CASE HAS
24    DIFFERENT BURDENS OF PROOF?
25              PROSPECTIVE JUROR:  ABSOLUTELY.
```

```
 1              THE COURT:  OKAY.  ALL RIGHT.  DID YOU SAY WHAT YOUR
 2      HOBBIES WERE?  I MISSED THAT.
 3              PROSPECTIVE JUROR:  I LIKE TO GO HIKING.
 4              THE COURT:  ALL RIGHT.  THANK YOU.
 5              PROSPECTIVE JUROR:  SOMETIMES I PRETEND I'M RUNNING.
 6              THE COURT:  OKAY.  ANY SPECIAL TRAINING, EDUCATION IN
 7      LAW, PATENTS, PHONES, TABLETS, ACCOUNTING, FINANCE, CONTRACTS,
 8      LICENSING, GRAPHIC OR INDUSTRIAL DESIGN?
 9              PROSPECTIVE JUROR:  NO.
10              THE COURT:  NO.  OKAY.  ALL RIGHT.  THANK YOU.
11          LET'S GO TO MR. GOLDMAN-HALL.
12              PROSPECTIVE JUROR:  MY NAME IS BARRY GOLDMAN-HALL.  I
13      WAS BORN IN THE BRONX, NEW YORK.  I CURRENTLY LIVE IN SAN JOSE.
14          I HAVE A MASTER'S DEGREE IN SOCIAL WORK.  I'M ALSO A
15      LICENSED THERAPIST IN THE STATE OF CALIFORNIA.
16          I HAVE BEEN A THERAPIST MOST OF MY LIFE.  I CURRENTLY
17      TEACH AT SAN JOSE STATE IN THE SCHOOL OF SOCIAL WORK.  I'M ALSO
18      A MENTAL HEALTH CONSULTANT AT WEST VALLEY COLLEGE IN SARATOGA.
19      SO I'M EMPLOYED BY WEST VALLEY COLLEGE, SAN JOSE STATE
20      UNIVERSITY, AND THE YWCA OF SILICON VALLEY.
21          MY HOBBIES ARE KAYAKING, CYCLING, AND MY NEW
22      GRANDDAUGHTER.
23          I AM MARRIED.  MY WIFE IS ALSO A CLINICAL SOCIAL WORKER.
24      SHE'S WORKED AT KAISER FOR ALMOST 30 YEARS.  SHE CURRENTLY
25      WORKS IN THE WORLD OF PERINATAL SUBSTANCE ABUSE.
```

```
 1          WE'VE RAISED TWO -- THEY'RE NOT CHILDREN ANYMORE -- TWO

 2   SONS.  MY OLDEST IS 32.  HE'S A HIGH SCHOOL TEACHER IN

 3   SAN JOSE.  AND MY YOUNGEST IS 27 AND HE'S A SNOW BOARD

 4   INSTRUCTOR IN VALE, COLORADO.

 5          I WAS ON A JURY OVER 20 YEARS AGO HERE IN SANTA CLARA

 6   COUNTY.  IT WAS A CRIMINAL CASE.  THERE WAS A VERDICT REACHED

 7   ON ONE COUNT AND WE WERE A HUNG JURY ON THE OTHER COUNT.

 8          AND THE ANSWER TO YOUR OTHER QUESTION IS THE SAME.  MY

 9   COUSIN WAS, DID SOME RESEARCH AND DEVELOPMENT FOR FIRST

10   NATIONAL SEMICONDUCTOR, THEN SAMSUNG, AND NOW MAXIM.  HE'S A

11   PH.D. ENGINEER, HIS NAME IS DANIEL ROSENBLATT, AND HE WORKED

12   FOR SAMSUNG FOR A NUMBER OF YEARS IN RESEARCH AND DEVELOPMENT.

13   HE'S A WAFER FABRICATION ENGINEER.

14          THE COURT:  OKAY.  BUT YOU DON'T HAVE ANY YES ANSWER

15    TO ANY OF THOSE OTHER TOPICS, LAW, ACCOUNTING?

16          PROSPECTIVE JUROR:  I HAVE SOME -- I HAVE FRIENDS WHO

17    ARE ATTORNEYS, BUT OTHER THAN THAT, NO.

18          THE COURT:  OKAY.  DO YOU KNOW WHAT KINDS OF LAW

19    THOSE FRIENDS PRACTICE?

20          PROSPECTIVE JUROR:  MY CLOSEST FRIEND IS AN ATTORNEY

21    IN NOVATO.  HE'S NOW IN PRIVATE PRACTICE.  HE DID CRIMINAL LAW

22    MOST OF HIS LIFE.  HE WORKED FOR THE -- HE WAS A U.S. ATTORNEY

23    AND ALSO A DISTRICT ATTORNEY IN SAN DIEGO COUNTY.

24          THE COURT:  I SEE.  ANY OF YOUR FRIENDS PRACTICE

25    PATENT LITIGATION?
```

```
1          PROSPECTIVE JUROR:  NOT THAT I'M AWARE OF.

2          THE COURT:  ALL RIGHT.  THANK YOU.

3      LET'S GO TO MS. SMITH.

4          PROSPECTIVE JUROR:  MY NAME IS MARGARET SMITH.  I WAS

5      BORN IN MCCORDSVILLE, INDIANA.  I CURRENTLY LIVE IN MARINA,

6      CALIFORNIA.  SOME COLLEGE FOR BACKGROUND.

7      I CURRENTLY AM AN INDEPENDENT CONTRACTOR.  I PRODUCE THE

8      MONTEREY COUNTY REAL ESTATE BOOK, GRAPHIC ARTIST, SO I BRING IT

9      TO PRINT READY STATUS.

10     FAVORITE HOBBY WOULD BE ANYTHING OUTDOORS AND FOOTBALL.

11     FANTASY FOOTBALL IS ONE OF MY FAVORITES.

12     I AM CURRENTLY MARRIED.  AND LET'S SEE.  WHAT ELSE?  HE,

13     HE WORKS IN COMMUNICATIONS WITH PHONES.  HE'S BEEN WORKING WITH

14     AT&T NOW -- THIS WILL BE 38 YEARS.  HE DOES THE HIGH SPEED DATA

15     LINES, FIBEROPTICS, T3'S AND ABOVE FOR BUSINESSES, AND HE'S

16     PRETTY SMART.

17     LET'S SEE.  CHILDREN.  I DON'T HAVE ANY OF MY OWN, BUT

18     WE'VE RAISED HIS TWO, NOW 25, WORKS AT -- OH, GOSH, I FORGET

19     THE NAME OF IT -- THE AQUARIUM IN MONTEREY IN SALES; AND MY

20     ELDEST IS 35, SHE LIVES IN DANA POINT AND SHE'S A ROCK STAR.

21     THAT'S WHAT SHE SAYS.

22     AND I HAVE PRIOR JURY SERVICE.  I HAVE SERVED ON A JURY

23     FOR BOTH CIVIL AND CRIMINAL.  BOTH WERE IN SALINAS.  I DON'T

24     KNOW WHAT THAT MEANS, WHAT TYPE OF CASE AS FAR AS CIVIL OR

25     CRIMINAL, WHAT TYPE OF CASE, SO SORRY ABOUT THAT.
```

```
 1            AND BOTH CASES REACHED A VERDICT.

 2                 THE COURT:  FOR YOUR HUSBAND WHO WORKS AT AT&T, DOES

 3       HE HAVE ANYTHING TO DO WITH EITHER APPLE OR SAMSUNG?

 4                 PROSPECTIVE JUROR:  YEAH.

 5                 THE COURT:  WHAT DOES HE --

 6                 PROSPECTIVE JUROR:  WELL, I DON'T KNOW THAT IT'S --

 7       NO, I WOULDN'T SAY THAT IT'S DIRECTLY THROUGH THEM.  IT'S -- IF

 8       THEY NEED CELL SERVICE, THEN YES.  IF THEY ASK FOR IT DIRECTLY,

 9       YES.

10            BUT AS FAR AS WORKING WITH THE COMPANY OR ANYTHING LIKE

11       THAT, NO.

12                 THE COURT:  SO HE'S MOSTLY, WHAT, MAKING SURE --

13                 PROSPECTIVE JUROR:  HE'S COMMUNICATIONS, YOU KNOW, SO

14       IT'S MORE COMMUNICATIONS RATHER THAN HE'S OPENING UP THE PHONE

15       AND FIXING IT.

16                 THE COURT:  OKAY.

17                 PROSPECTIVE JUROR:  SO HE DOESN'T DO THAT, JUST SO

18       YOU KNOW.  HE DOESN'T BUILD PHONES OR TABLETS OR ANYTHING LIKE

19       THAT.  IT'S COMMUNICATIONS.

20                 THE COURT:  OKAY.  THANK YOU.

21            MS. ARMIJO.

22                 PROSPECTIVE JUROR:  MY NAME IS MARYANN ARMIJO.  I WAS

23       BORN IN CHICAGO, ILLINOIS.  I RESIDE IN HOLLISTER.

24            I HAVE SOME COLLEGE BACKGROUND.  I'M CURRENTLY RETIRED.  I

25       LIVED HERE FOR 40 YEARS.  I'M A PRODUCTION COORDINATOR.  AND
```

```
1        BASICALLY I HAVE MATERIAL AND PAPERWORK, MANUFACTURING

2    PAPERWORK TOGETHER AND SUBMIT IT THE SHOP FLOOR.

3            THE COURT:  WHERE IS THE MICROPHONE?  CAN YOU PASS

4    THAT DOWN AND CAN EVERYONE PLEASE REMEMBER TO PASS THAT DOWN

5    WHEN YOU'RE DONE?  THANK YOU.

6            PROSPECTIVE JUROR:  I'M A PRODUCTION COORDINATOR, AND

7    ALSO MY HUSBAND HAD THE SAME -- I'M CURRENTLY MARRIED AND MY

8    HUSBAND WAS THE SAME.  HE WAS A PRODUCTION COORDINATOR.  WE'RE

9    BOTH RETIRED.

10       I HAVE -- I HAVE NO CHILDREN, BUT I HAVE TWO STEP-SONS

11   THAT -- BASICALLY ONE IS DISABLED AND THE OTHER IS A, HE'S AN

12   ELECTRONICS ENGINEER, AND I DON'T KNOW -- HE JUST SWITCHED

13   COMPANIES, AND I DON'T KNOW THE NAME OF IT.

14           THE COURT:  OKAY.  I THINK THERE --

15           PROSPECTIVE JUROR:  AND I'VE BEEN ON TWO CRIMINAL

16   CASES, ONE IN SUNNYVALE AND ONE IN SAN JOSE.  AND THERE WAS AN

17   OUTCOME ON BOTH, A VERDICT ON BOTH.

18           THE COURT:  OKAY.  THANK YOU.

19       JUST FOR THE TRANSCRIPT, SHE SAID SHE WORKED AT NORTHRUP

20   GRUMMAN FOR 40 YEARS.  OKAY.

21       THE TRANSCRIPT JUST SAID THAT YOU LIVED THERE FOR 40 YEARS

22   INSTEAD OF REFERRING TO NORTHRUP GRUMMAN.

23       SO YOUR SON WHO'S THE ELECTRICAL ENGINEER, YOU DON'T KNOW

24   IF HE'S WORKED ON PHONES OR TABLETS?

25           PROSPECTIVE JUROR:  NO.  I THINK IT'S TEST EQUIPMENT.
```

```
1              THE COURT:  ALL RIGHT.  THANK YOU.

2              PROSPECTIVE JUROR:  MY NAME IS BILL SIGILLO.  I GREW

3     UP IN SAN FRANCISCO.  I LIVE IN PACIFIC GROVE.

4         I HAVE A BACHELOR OF SCIENCE IN PHARMACY.  FOR 40 YEARS

5     I'VE BEEN EITHER A PHARMACY MANAGER OR OWNER.  I WORKED FOR

6     BILL'S DRUGS, MYSELF, PAYLESS DRUGS, AND CURRENTLY COSTCO

7     WHOLESALE IN SAND CITY.

8         MY FAVORITE HOBBY OR ACTIVITY IS WALKING.  I ENJOY

9     WATCHING SPORTS.

10        I'M CURRENTLY MARRIED.  MY WIFE IS RETIRED.  I HAVE THREE

11    CHILDREN.  MY 38 YEAR OLD HAS BEEN AN ACCOUNTANT, EXECUTIVE

12    ACCOUNTANT FOR CHEVRON IN SAN RAMON FOR 16 YEARS; MY OTHER SON

13    IS A SUPERVISOR AT COSTCO, HE'S 32; AND MY 30 YEAR OLD DAUGHTER

14    IS A PHARMACIST FOR SAFEWAY IN SEATTLE, WASHINGTON.

15        I SERVED ON A CRIMINAL JURY 25 YEARS AGO IN MARTINEZ,

16    CALIFORNIA.  IT WAS AN ATTEMPTED MURDER, MURDER TRIAL, AND YES,

17    THERE WAS A VERDICT.

18              THE COURT:  WHAT DID YOUR WIFE DO BEFORE SHE RETIRED?

19              PROSPECTIVE JUROR:  SHE WORKED FOR AT&T FOR A COUPLE

20    YEARS, THEN SHE ACTUALLY WORKED AT MY PHARMACY FOR 14 YEARS.

21    ALL ASPECTS OF MANAGEMENT PHARMACY.

22              THE COURT:  OKAY.  THANK YOU.

23        AND FOR EVERYONE ELSE ON THAT, ON THAT BACK ROW, I GUESS

24    MS. SMITH, MS. ARMIJO, AND MR. SIGILLO, ANY SPECIAL TRAINING IN

25    LAW, PATENTS, PHONES, TABLETS, ACCOUNTING, FINANCE, CONTRACTS,
```

1    LICENSING, RESEARCH AND DEVELOPMENT, GRAPHIC OR INDUSTRIAL

2    DESIGN?

3         WELL, YOU SAID THAT YOU DO.

4              PROSPECTIVE JUROR:  I'M GRAPHIC DESIGN.

5              THE COURT:  MS. SMITH, YOU SAID YOU'RE A GRAPHIC

6    DESIGNER.

7         WHAT ABOUT FOR THE REST, MS. ARMIJO AND MR. SIGILLO?

8              PROSPECTIVE JUROR:  NO.

9              PROSPECTIVE JUROR:  NO.

10             THE COURT:  NO.  OKAY.  THANK YOU.  LET'S GO TO

11   MS. ALLEN, PLEASE.  IF YOU WOULD PASS THE MICROPHONE ALL THE

12   WAY UP?

13             PROSPECTIVE JUROR:  MY NAME IS COLLEEN ALLEN.  I WAS

14   BORN IN HAYWARD.  I CURRENTLY RESIDE IN AROMAS, CALIFORNIA.

15        I HAVE A BACHELOR'S OF SCIENCE DEGREE IN NURSING AND

16   ATTENDED STANFORD UNIVERSITY SCHOOL OF MEDICINE, BUT I HAD TO

17   QUIT RECENTLY.

18        LET'S SEE.  PAST.  I WAS A COMBAT MEDIC IN THE MILITARY

19   FOR EIGHT YEARS; GOT OUT, BECAME A MEDIC; AND THEN FROM THERE

20   WENT BACK TO COLLEGE AND BECAME AN LVN AND THEN AN RN.

21        I CURRENTLY WORK FOR CHOMP, COMMUNITY HOSPITAL OF MONTEREY

22   PENINSULA, AS AN E.R. NURSE.  AND I ALSO OWN MY OWN COMPANY.

23   IT'S A MOBILE PHLEBOTOMY SERVICE FOR LAW ENFORCEMENT AND

24   EVIDENCE COLLECTION.

25        I LIKE TO GO TO THE MOVIES WITH MY KIDS, ESPECIALLY THE

1    CARTOONS.

2         I AM CURRENTLY MARRIED.  MY HUSBAND IS A -- WELL, HE'S A

3    PRIOR MARINE AND HE'S A CALIFORNIA HIGHWAY PATROL OFFICER.

4         I HAVE A TWO YEAR OLD AND AN EIGHT YEAR OLD.

5         I'VE ALWAYS BEEN CALLED UP FOR JURY SERVICE FOR CRIMINAL,

6    BUT NEVER BEEN PICKED FOR SOME REASON.

7         (LAUGHTER.)

8         THE COURT:  THIS MIGHT BE YOUR LUCKY OPPORTUNITY.

9         (LAUGHTER.)

10        PROSPECTIVE JUROR:  I ALSO -- I WAS A CHP OFFICER FOR

11   ONE YEAR UNTIL MY FRIEND GOT KILLED ON THE JOB, SO I DO HAVE

12   LAW ENFORCEMENT BACKGROUND, PRIMARILY CALIFORNIA VEHICLE CODE

13   AND A LITTLE BIT OF PENAL CODE.  AND MY HUSBAND, LIKE I SAID,

14   IS CALIFORNIA HIGHWAY PATROL, SO LAW ENFORCEMENT.

15        OTHER THAN THAT, THE ANSWERS TO EVERYTHING ELSE ARE NO,

16   NO, NO.

17        THE COURT:  ALL RIGHT.  THANK YOU.

18        LET'S GO TO MS. ARMOR.

19        PROSPECTIVE JUROR:  MY NAME IS JACKIE ARMOR.  I WAS

20   BORN IN THE U.K.  I'VE RESIDED NOW FOR MANY YEARS IN SUNNYVALE.

21        I HAVE A MASTER'S DEGREE IN EDUCATION.  I'M ACTUALLY

22   RETIRED, BUT FOR 25 YEARS I WAS AN EIGHTH GRADE ENGLISH TEACHER

23   FOR THE CUPERTINO UNIFIED SCHOOL DISTRICT.

24        MY FAVORITE HOBBY AS AN ENGLISH TEACHER, OF COURSE, IS

25   READING.  I ALSO LIKE TO HIKE AND RUN.

1           I AM CURRENTLY MARRIED.  MY HUSBAND IS ALSO RETIRED, BUT

2      FOR MANY YEARS HE WORKED FOR THE ELECTRIC POWER RESEARCH

3      INSTITUTE IN PALO ALTO.

4           I HAVE THREE DAUGHTERS.  MY OLDEST DAUGHTER WORKS FOR

5      FACEBOOK; MY MIDDLE DAUGHTER IS AN ENGLISH TEACHER; AND MY

6      YOUNGEST DAUGHTER IS A VETERINARIAN.

7           I HAVE BEEN CALLED FOR JURY SERVICE BUT I HAVE NEVER BEEN

8      PICKED BEFORE.

9           AND I HAVE NO BACKGROUND IN PATENT LAW OR GRAPHIC DESIGN

10     OR ANY OF THOSE OTHER THINGS.

11              THE COURT:  OKAY.  THANK YOU.

12          LET'S GO TO MS. CAYE.

13              PROSPECTIVE JUROR:  MY NAME IS CHRISTINE KELLER.

14              THE COURT:  I'M SORRY.  MS. KELLER.

15              PROSPECTIVE JUROR:  I WAS BORN IN SAN JOSE.  I LIVE

16     IN CAMPBELL.

17          I HAVE A BACHELOR'S DEGREE IN ACCOUNTING FROM SAN JOSE

18     STATE.  I, FOR THE PAST 30 YEARS, HAVE WORKED FOR A FAMILY LAW

19     ATTORNEY HERE IN SAN JOSE.

20          MY HOBBIES ARE BEEKEEPING AND MUSHROOM HUNTING.

21          I'M MARRIED.  MY HUSBAND IS A MANUFACTURING ENGINEER AT

22     TESLA MOTORS.

23          I HAVE NO CHILDREN.

24          AND I'VE NEVER BEEN PICKED FOR A JURY.

25              THE COURT:  OKAY.  AND HAVE YOU ALWAYS WORKED IN

1        FAMILY LAW AND NOT ANY OTHER AREA OF THE LAW?

2              PROSPECTIVE JUROR:  CORRECT.

3              THE COURT:  ALL RIGHT.  THANK YOU.

4          ALL RIGHT.  MS. CAYE NOW.

5              PROSPECTIVE JUROR:  MY NAME IS MARGARET CAYE.

6              THE COURT:  CAYE.

7              PROSPECTIVE JUROR:  BUT I GO BY MELINDA, MY MIDDLE

8    NAME.  MY PLACE OF BIRTH IS LOUISVILLE, KENTUCKY.  I RESIDE IN

9    SANTA CRUZ, CALIFORNIA.

10       MY EDUCATIONAL BACKGROUND IS I HAVE A BACHELOR'S OF FINE

11   ARTS HISTORY AND CERTIFICATION AS A MEDICAL ASSISTANT

12   PHLEBOTOMIST.

13       I WORK FOR CENTRAL COAST ONCOLOGY AND HEMATOLOGY.  THAT'S

14   THE OFFICE OF DR. MICHAEL YEN AND AMY MCMULLEN, AND I'M A LAB

15   TECHNICIAN.

16       FAVORITE HOBBIES, I ENJOY KNITTING AND HIKING.  I'M

17   PASSIONATE ABOUT CLASSICAL MUSIC AND BLUEGRASS MUSIC.

18       I'M CURRENTLY MARRIED, AND MY HUSBAND WAS RECENTLY LAID

19   OFF FROM THE UNIVERSITY OF CALIFORNIA SANTA CRUZ TWO MONTHS AGO

20   WHERE HE WAS A SECURITY GUARD.

21       MY CHILDREN, I HAVE A 20 YEAR OLD DAUGHTER WHO'S A

22   STUDENT, A SUPERVISOR AT MARINI'S CANDY IN SANTA CRUZ AND IN A

23   BAND; AND MY SON IS 18, HE'S AN EAGLE SCOUT, HE'S A STUDENT,

24   AND HE WORKS AS STAFF AT CAMP WOOD BURROW IN THE SUMMER.

25              AND I'VE NEVER HAD ANY JURY DUTY.

```
 1                THE COURT:  ALL RIGHT.  ANY OTHER -- OTHER THAN YOUR

 2      BACHELOR'S DEGREE IN FINE ARTS, ANY OTHER SPECIAL TRAINING,

 3      LAW, PATENTS, PHONES, TABLETS, ACCOUNTING, CONTRACTS?

 4                PROSPECTIVE JUROR:  NO, NOT MYSELF, NO.

 5                THE COURT:  OKAY.  ANYONE ELSE IN YOUR FAMILY THAT

 6      HAD SPECIAL TRAINING?

 7                PROSPECTIVE JUROR:  MY GRANDFATHER SET UP THE

 8      LIGHTING IN MAMMOTH CAVE; MY OTHER GRANDFATHER BUILT THE FLOOD

 9      CONTROL FOR THE OHIO RIVER AT LOUISVILLE, KENTUCKY; AND MY

10      FATHER WAS AN ATTORNEY.

11                THE COURT:  WHAT KIND OF ATTORNEY WAS YOUR DAD?

12                PROSPECTIVE JUROR:  CIVIL.

13                THE COURT:  DID HE DO PATENT LITIGATION?

14                PROSPECTIVE JUROR:  NO.

15                THE COURT:  WHERE DID HE PRACTICE?

16                PROSPECTIVE JUROR:  IN LOUISVILLE, KENTUCKY.

17                THE COURT:  OKAY.  THANK YOU.

18                PROSPECTIVE JUROR:  YOU'RE WELCOME.

19                THE COURT:  MR. DE MOL.

20                PROSPECTIVE JUROR:  YEAH.  MY NAME IS DIRK DE MOL.  I

21      WAS BORN IN TILLET IN BELGIUM.  I'M CURRENTLY RESIDING IN

22      SUNNYVALE.  I HAVE A MASTER'S IN ELECTROMECHANICAL ENGINEERING

23      AND ANOTHER MASTER'S IN CHEMICAL ENGINEERING.

24           I'VE WORKED FOR 20 YEARS IN PROCESS CONTROL FOR A COMPANY

25      CALLED MEASUREX, WHICH IS NOW PART OF HONEYWELL, IN VARIOUS R&D
```

1       AND R&D MANAGEMENT POSITIONS.  FOR THE LAST TEN YEARS, I HAVE

2       WORKED FOR NATIONAL INSTRUMENTS IN TEST AND INSTRUMENTATION.

3       MY CURRENT JOB IS AS A PRINCIPAL SOFTWARE ARCHITECT, AND I ALSO

4       MANAGE A GROUP OF SYSTEM ENGINEERS.

5              FAVORITE HOBBIES IS ASTRONOMY AND I DO A LOT OF HIKING AND

6       SKIING.

7              I AM MARRIED.  MY WIFE IS A REAL ESTATE AGENT FOR COLDWELL

8       BANKER.  NO CHILDREN.

9              AND I HAVE NOT BEEN CALLED FOR JURY DUTY BEFORE.

10              THE COURT:  ALL RIGHT.  THANK YOU.  ANY OTHER SPECIAL

11       TRAININGS, LAW?

12              PROSPECTIVE JUROR:  NOTHING.

13              THE COURT:  ACCOUNTING?

14              PROSPECTIVE JUROR:  NOTHING ON LAW, BUT OBVIOUSLY

15       LOTS OF R&D.  I DO WORK WITH CELL PHONES AND TABLETS, NOT IN

16       THE DESIGN, BUT IN A TESTING PHASE.

17              THE COURT:  AND WHAT SPECIFIC CONTENT ARE YOU

18       TESTING?

19              PROSPECTIVE JUROR:  MAINLY TESTING OF RF, WHICH IS

20       THE WI-LAN AND BLUETOOTH TESTING.  AND THAT -- AND OUR COMPANY

21       DOES THAT FOR ABOUT EVERYBODY IN THE BUSINESS.

22              THE COURT:  I SEE.

23              PROSPECTIVE JUROR:  WE DO THAT TESTING FOR NOKIA, FOR

24       SAMSUNG, FOR APPLE.

25              THE COURT:  OKAY.  AND YOU'RE TESTING THE

1      SMARTPHONES; IS THAT CORRECT?

2              PROSPECTIVE JUROR:  WE'RE TESTING SMARTPHONES.  IT'S

3      PART OF THE BUSINESS.  IT'S NOT IN ANY WAY A MAJORITY OF OUR

4      BUSINESS.

5              THE COURT:  WHAT ABOUT YOU YOURSELF, YOU'RE TESTING

6      SMARTPHONES YOURSELF?

7              PROSPECTIVE JUROR:  YES.  I'M INVOLVED WITH TEAMS

8      THAT DO THAT, AND I HAVE BEEN TO SHENZHEN AND SHANGHAI THIS

9      YEAR.  SO I'VE BEEN TO THE PLANTS.

10             THE COURT:  OKAY.  PLANTS FOR APPLE?

11             PROSPECTIVE JUROR:  FOR APPLE.

12             THE COURT:  I SEE.  OKAY.  ALL RIGHT.

13         MS. CABANAYAN, PLEASE.

14             PROSPECTIVE JUROR:  YES.  MY NAME IS MARY ELLEN

15     CABANAYAN.  MY PLACE OF BIRTH IS SAN JOSE, CALIFORNIA.  I LIVE

16     IN SAN JOSE.

17         EDUCATION, I AM A CURRENT STUDENT AT EVERGREEN VALLEY

18     COLLEGE.  IN THE PAST, I'VE WORKED FOR THE POST OFFICE FOR 14

19     YEARS.  CURRENTLY I AM A TEACHER'S AID FOR FIRST GRADE AT

20     ST. JOHN VIANNEY, IT'S A CATHOLIC SCHOOL.

21         HOBBIES, I DON'T REALLY HAVE A WHOLE LOT OF HOBBIES

22     BECAUSE I DON'T HAVE A WHOLE LOT OF TIME BETWEEN WORK AND

23     SCHOOL AND FAMILY.  IF ANYTHING, IT'S JUST WALKING THE DOG.

24         I'M CURRENTLY MARRIED.  MY HUSBAND IS A BUILDING ENGINEER,

25     AND HE ALSO PASSED THE BAR EXAM IN FEBRUARY, SO HE'S BEEN

1      PRACTICING WILLS AND TRUSTS PART-TIME.

2           CHILDREN, I HAVE A 31 YEAR OLD SON WHO'S A PHOTOGRAPHER; I

3      HAVE A 19 YEAR OLD DAUGHTER WHO'S A STUDENT AT USF; MY OTHER

4      DAUGHTER IS A JUNIOR AT NOTRE DAME HIGH SCHOOL.

5           AND I HAVE NEVER BEEN PICKED FOR JURY DUTY.

6           THE COURT:  WHERE IS YOUR HUSBAND A BUILDING

7      ENGINEER?

8           PROSPECTIVE JUROR:  JUST DOWN THE STREET.  HE WORKS

9      FOR DIGITAL REALITY.  IT'S JUST RIGHT DOWN THE STREET HERE ON

10     SECOND STREET.

11          THE COURT:  OKAY.  ALL RIGHT.  AND WHERE IS HE

12     PRACTICING WILLS AND TRUSTS?

13          PROSPECTIVE JUROR:  IT'S A SOLO PRACTICE.

14          THE COURT:  HERE IN SAN JOSE?

15          PROSPECTIVE JUROR:  HERE IN SAN JOSE.

16          THE COURT:  OKAY.  THANK YOU.  ALL RIGHT.

17        MR. WANG.

18          PROSPECTIVE JUROR:  MY NAME IS WEI-LI WANG.  I WAS

19     WORN IN TAIWAN AND CURRENTLY I LIVE IN SAN JOSE.

20        I HAVE MASTER'S DEGREE ON COMPUTER ENGINEERING.  I WAS A

21     P.C. DESIGNER AT MYTECH CORPORATION WHEN I WAS IN TAIWAN AND

22     THEN SYNTEST TECHNOLOGY AS A, DESIGN FOR TEST ENGINEER.  AND

23     CURRENT JOB IS CISCO, ALSO DESIGN FOR TEST ENGINEER.

24        MY FAVORITE HOBBY IS SKIING.

25          I'M CURRENTLY MARRIED AND MY WIFE -- OKAY.  AND MY WIFE IS

1       CURRENTLY AN ACCOUNTANT AND SHE WAS AN ACCOUNTANT BEFORE.

2           I HAVE TWO DAUGHTERS, ONE AGE EIGHT AND THE OTHER AGE TEN.

3           I DON'T HAVE JURY SERVICE BEFORE.

4           AND I HAVE RESEARCH AND DEVELOPMENT TRAINING BEFORE.

5               THE COURT:  WHERE DOES YOUR WIFE WORK AS AN

6       ACCOUNTANT?

7               PROSPECTIVE JUROR:  WHERE?

8               THE COURT:  YES, FOR WHOM DOES SHE WORK?

9               PROSPECTIVE JUROR:  A COMPANY CALLED CRYSTAL.

10              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11          MS. AGUILAR-BLAKE.

12              PROSPECTIVE JUROR:  MY NAME IS JUSTINE AGUILAR-BLAKE.

13      I WAS BORN IN SAN JOSE, CALIFORNIA.  I RESIDE IN SANTA CLARA,

14      CALIFORNIA.

15          I HAVE A BACHELOR'S DEGREE IN MATHEMATICS.  I CURRENTLY

16      WORK AT STANFORD UNIVERSITY AS A BUILDING COORDINATOR WORKING

17      WITH SCHOOL OF ENGINEERING ON GETTING A NEW BUILDING ONLINE.

18          FAVORITE HOBBY, WELL, RIGHT NOW IT'S WEDDING PLANNING.

19          AND I'M NOT MARRIED YET.  JUST RECENTLY ENGAGED.  MY

20      FIANCEE WORKS FOR SANTA CLARA UNIFIED AS AN ASSISTANT DIRECTOR

21      IN AN AFTER SCHOOL FACILITY.

22          NO CHILDREN.

23          NO PRIOR JURY SERVICE.

24          BUT REGARDING YOUR QUESTION ABOUT ANY TRAINING, PREVIOUS

25      JOB I WORKED ON ENCRYPTING BOTH APPLE, DELL DESKTOPS, LAPTOPS,

```
1        AND EVEN CELL PHONES.

2              AND MY FIANCEE'S STEP-FATHER IS A PATENT ATTORNEY.

3                   THE COURT:  OKAY.  SO WHERE -- FOR WHOM DID YOU WORK

4        WHEN YOU WERE ENCRYPTING APPLE AND DELL LAPTOPS AND CELL

5        PHONES?

6                   PROSPECTIVE JUROR:  STANFORD.

7                   THE COURT:  STANFORD UNIVERSITY.

8                   PROSPECTIVE JUROR:  BUT WITH THE MED SCHOOL.

9                   THE COURT:  AND WHAT WERE YOU ENCRYPTING?

10                   PROSPECTIVE JUROR:  A SOFTWARE THAT WAS NOT -- KIND

11        OF LIKE A BETTER FIREWALL.

12                   THE COURT:  OH, I SEE.  SO YOU WERE MORE LIKE IN THE

13        I.T. DEPARTMENT OF THE MED SCHOOL?

14                   PROSPECTIVE JUROR:  YES.

15                   THE COURT:  OKAY.  AND YOUR, I GUESS, FUTURE

16        FATHER-IN-LAW, WHERE DOES HE WORK AS A PATENT AGENT, OR PATENT

17        ATTORNEY?

18                   PROSPECTIVE JUROR:  I BELIEVE THROUGH HIS HOUSE.  I

19        KNOW HE USED TO WORK FOR A COMPANY THAT WAS IN PALO ALTO, BUT

20        OTHER THAN THAT, I DO NOT KNOW ANY MORE.

21                   THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

22             MS. ERICKSON?

23                   PROSPECTIVE JUROR:  MY NAME IS HEIDI ERICKSON.  I WAS

24        BORN IN TIBURON, CALIFORNIA.  I CURRENTLY RESIDE IN SUNNYVALE.

25             I HAVE AN A.A.  UNFORTUNATELY, I AM JUST RECENTLY
```

```
 1       UNEMPLOYED, BUT I WAS PRIVILEGED TO WORK FOR ALMOST 32 YEARS

 2       FOR LOCKHEED MARTIN.  THERE I WAS ABLE TO CREATE A DEPARTMENT

 3       CALLED THE COMPUTER DISPOSITION SERVICES DEPARTMENT, AND I

 4       GUESS I TRAINED EVERYBODY SO WELL I BECAME NON-ESSENTIAL.

 5             MY FAVORITE HOBBY CURRENTLY IS GARDENING AND PERSONAL

 6       INVESTMENT.

 7             I'M NOT MARRIED.  I HAVE NO CHILDREN.

 8             I WAS PREVIOUSLY ON A CRIMINAL CASE ABOUT 20 YEARS AGO AT

 9       THE SAN JOSE SUPERIOR COURT, AND UNFORTUNATELY IT WAS A HUNG

10       JURY.

11             AND NO TO YOUR OTHER QUESTIONS.

12             THE COURT:  OKAY.  THANK YOU.  WHAT IS COMPUTER

13       DISPOSITION SERVICES?

14             PROSPECTIVE JUROR:  THAT WAS WHERE WE FOUND A WAY --

15       I FOUND A WAY TO PROPERLY DISPOSE OF END-OF-LIFE EQUIPMENT AT

16       LOCKHEED FOR ALL THE PERSONAL ELECTRONIC DEVICES.

17             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

18             WOULD YOU ALL LIKE TO TAKE A BRIEF BREAK NOW?  EVERYONE

19       WANTS TO KEEP GOING.

20             ALL RIGHT.  LET'S GO TO MR. LE IN THE BACK, PLEASE.

21             PROSPECTIVE JUROR:  MY NAME IS PETER LE.  I WAS BORN

22       IN VIETNAM AND NOW I LIVE IN MARINA IN MONTEREY COUNTY.

23             I RECEIVED A DEGREE, BACHELOR OF CIVIL ENGINEER FROM

24       UNIVERSITY OF AUCKLAND IN NEW ZEALAND AND EXECUTIVE MASTER --

25             THE REPORTER:  I'M SORRY.  EXECUTIVE MASTER?
```

```
1              THE COURT:  OF PUBLIC ADMINISTRATION.

2              PROSPECTIVE JUROR:  -- OF PUBLIC ADMINISTRATION FROM

3       GOLDEN GATE UNIVERSITY.

4          I WORK FOR A COUPLE YEARS IN NEW ZEALAND AND AUSTRALIA,

5       AND FROM 1982 I WORK FOR CITY OF SALINAS, CITY OF MARINA,

6       COUNTY OF MONTEREY, AND CITY OF SOLEDAD.

7          MY TITLE VARIES FROM CIVIL ENGINEER, ASSOCIATE CIVIL

8       ENGINEER, CITY ENGINEER, AND OPERATOR.

9          I LIKE TO TRAVEL.

10         I'M MARRIED.  AND MY WIFE WAS A MIDDLE SCHOOL TEACHER AND

11      SHE RETIRED NOW.

12         I HAVE TWO DAUGHTERS.  THE FIRST DAUGHTER IS 28, SHE'S --

13             THE REPORTER:  I'M SORRY.  SHE'S WHAT?

14             THE COURT:  A PHARMACIST.

15             PROSPECTIVE JUROR:  PHARMACIST.  SHE WORK FOR COSTCO.

16      AND THE SECOND DAUGHTER, 25, SHE ALSO A PHARMACIST, BOTH OF

17      THEM ARE.

18         I HAVE NOT SERVED ON ANY JURY AND I DON'T HAVE SPECIAL

19      TRAINING.

20             THE COURT:  THANK YOU.

21         OKAY.  LET'S GO TO MS. GEISS-WOOD.

22             PROSPECTIVE JUROR:  I'M LORI GEISS-WOOD.  I WAS BORN

23      IN SYRACUSE, NEW YORK.  I RESIDE IN BOULDER CREEK, CALIFORNIA.

24         MY EDUCATIONAL BACKGROUND IS I HAVE A COLLEGE DEGREE IN

25      NURSING, AND MY OCCUPATION IS CURRENTLY I'M A FOSTER MOM AND
```

1    UNEMPLOYED IN NURSING.

2         MY FAVORITE HOBBIES ARE COOKING, HIKING, AND I HAVE A

3    PASSION FOR FAMILY AND CHILDREN.

4         LET'S SEE.  I'M MARRIED, AND MY HUSBAND HAS MOST

5    RECENTLY -- HAS WORKED AT -- THE LAST THREE HAVE BEEN TELCATAR

6    WHERE HE WORKED WITH SCANNING, SCANNERS; AND THEN WATTCOM WHERE

7    HE DID SATELLITE APPLICATIONS FOR CELL PHONES, THE WAVELENGTHS,

8    SOMETHING LIKE THAT; AND CSAM IS HIS CURRENT EMPLOYMENT AND

9    THAT'S MOBILE WALLETS.

10        I HAVE FOUR CHILDREN.  THE OLDEST IS 27 AND SHE'S WORKING

11   ON HER PH.D. AT FLORIDA STATE IN PSYCHOLOGY AND LEARNING

12   DISABILITIES; MY SON IS A CHEMICAL ENGINEER DOWN IN SAN DIEGO

13   AND HE WORKS FOR GENERAL ATOMICS IN AEROSPACE INDUSTRY; AND MY

14   YOUNGEST BIRTH SON IS A JUNIOR AT UCLA IN FINANCE; AND MY

15   FOSTER SON IS A SENIOR AT SAN LORENZO VALLEY HIGH SCHOOL.

16        AND NO TO THE REST.

17           THE COURT:  ALL RIGHT.  THANK YOU.

18        LET'S GO TO MS. BELL, PLEASE.

19           PROSPECTIVE JUROR:  MY NAME IS DORIS BELL.  I WAS

20   BORN IN CORPUS CHRISTI, TEXAS.  I LIVE IN SUNNYVALE.

21        I HAVE A BACHELOR'S DEGREE IN HOSPITALITY MANAGEMENT.  I

22   WAS A REVENUE MANAGER FOR ABOUT 12 YEARS FOR RAGING WATERS IN

23   SAN JOSE, AND I CURRENTLY AM EMPLOYED AT THE TECH MUSEUM HERE

24   IN DOWNTOWN SAN JOSE AS THE SENIOR GUEST SERVICE MANAGER.

25        MY FAVORITE HOBBY IS I READ AND MOSTLY ANYTHING CRAFTING,

```
 1        I'LL TRY MY HAND AT IT.

 2            I AM CURRENTLY MARRIED.  MY HUSBAND IS A, WAS THE CHIEF OF

 3     ENGINEERING IN MENLO PARK FOR THE V.A. HOSPITAL.

 4            AND I HAVE THREE CHILDREN.  I HAVE A STEP-DAUGHTER WHO'S

 5     36 WHO WORKS IN BANKING IN SACRAMENTO; I HAVE A DAUGHTER WHO'S

 6     18 THAT'S CURRENTLY UNEMPLOYED; AND I HAVE A 15 YEAR OLD SON.

 7            AND I HAVE NEVER BEEN CALLED FOR A JURY CASE.

 8            AND NO TO YOUR OTHER QUESTIONS.

 9                THE COURT:  OKAY.  THANK YOU.

10        LET'S GO TO MR. BAWDON.

11                PROSPECTIVE JUROR:  MY NAME IS DANNY BAWDON.  I WAS

12     BORN IN SAN JOSE.  I CURRENTLY LIVE IN HOLLISTER.

13            I HAVE AN A.A. DEGREE.  I BEEN A MECHANIC MOST OF MY LIFE.

14     I CAN FIX ANYTHING BUT A BROKEN HEART.

15        (LAUGHTER.)

16                PROSPECTIVE JUROR:  MY HOBBIES, I DO ALL KINDS OF

17     SPORTS, BILLIARDS, WATER SKIING.  I'M REALLY PRETTY GOOD AT

18     MOTORCYCLE RIDING.

19            I'M CURRENTLY MARRIED.  MY WIFE AND I HAVE THREE CHILDREN,

20     39, 36, AND MY BABY IS 31.  WE HAVE SIX GRANDCHILDREN.

21            I HAVE NO JURY SERVICE EXPERIENCE.

22            AND I HAVE NO SPECIAL EXPERIENCE.

23                THE COURT:  ALL RIGHT.  THANK YOU.  WHAT ABOUT YOUR

24     WIFE?  DOES SHE WORK OUTSIDE THE HOME, OR DID SHE EVER?

25                PROSPECTIVE JUROR:  I'M SORRY.  SHE'S A SALES MANAGER
```

```
1        FOR THE FLOWER COTTAGE COMPANY, FLOWERS IN MORGAN HILL.

2              THE COURT:  WHAT ABOUT YOUR KIDS?  ARE ANY OF THEM

3        WORKING OUTSIDE THE HOME?

4              PROSPECTIVE JUROR:  MY OLDEST DAUGHTER WORKS IN

5        SACRAMENTO FOR A LAWYER'S COMPANY; MY SON IS AN ELECTRICIAN FOR

6        CUPERTINO ELECTRIC UP IN SAN JOSE; AND MY YOUNGEST DAUGHTER IS

7        SELF-EMPLOYED.

8              THE COURT:  OKAY.  AND THE LAWYER'S COMPANY, OLDEST

9        DAUGHTER, IS SHE DOING LAW?  WHAT KIND OF LAW IS IT?

10             PROSPECTIVE JUROR:  SHE'S DOING -- I WOULDN'T KNOW

11       EXACTLY WHAT THEY DO.

12             THE COURT:  OKAY.  THAT'S ALL RIGHT.  OKAY.  AND YOUR

13       ANSWER WAS NO TO THE SPECIAL TRAINING.

14          ALL RIGHT.  THANK YOU.

15          LET'S GO THEN TO MR. -- HOW DO YOU PRONOUNCE IT?

16             PROSPECTIVE JUROR:  KONDAPAVULUR VENKATESWARA-RAO.

17       I'M THE GUY WITH THE LONGEST NAME.

18          (LAUGHTER.)

19             PROSPECTIVE JUROR:  BORN IN INDIA, CURRENTLY RESIDE

20       IN SAN JOSE, CALIFORNIA.

21          I HAVE A PH.D. DEGREE IN MATERIAL SCIENCE AND ENGINEERING

22       FROM BERKELEY.  I -- PAST JOBS, I WAS RESEARCH ENGINEER AT

23       BERKELEY; ALSO DIRECTOR OF RESEARCH AND DEVELOPMENT AT GUIDANT,

24       WHICH IS NOW ABBOTT; AND ALSO WORKED FOR CORDIS AND

25       JOHNSON & JOHNSON, ALL IN THE FIELD OF MEDICAL DEVICES.
```

1          FAVORITE HOBBY, TENNIS AND RUNNING.

2          CURRENTLY MARRIED.  AND MY WIFE IS A HOMEMAKER, NOW TAKING

3     HER DEGREE IN ACCOUNTING.  THAT HELPS ME WITH BOOKKEEPING IN MY

4     CURRENT START-UP COMPANY.

5          KIDS ARE AGE 22 AND 20.  THE OLDER SON IS LOOKING FOR A

6     JOB.  DAUGHTER IS IN COLLEGE.

7          NO PRIOR JURY SERVICE.  THIS WILL BE THE FIRST ONE.

8          AND AS FAR AS THE LEGAL EXPERIENCE IS CONCERNED, OTHER

9     THAN ON THE JOB TRAINING IN MY ROLES AS R&D WORKING WITH PATENT

10    ATTORNEYS AND THE PROFESSIONALS, I DON'T HAVE ANY SPECIAL

11    TRAINING BEYOND THAT.

12             THE COURT:  OKAY.  THANK YOU.  WHERE IS YOUR WIFE

13     STUDYING FOR HER ACCOUNTING DEGREE?

14             PROSPECTIVE JUROR:  EVERGREEN VALLEY COLLEGE.

15             THE COURT:  OKAY.  THANK YOU.

16         ALL RIGHT.  LET'S GO TO MS. VICTORIA.

17             PROSPECTIVE JUROR:  MY NAME IS JANET VICTORIA.  I WAS

18     BORN IN QUEENS, NEW YORK, AND I CURRENTLY RESIDE IN GILROY,

19     CALIFORNIA.

20         MY BACKGROUND IS A LICENSED VOCATIONAL NURSE.  I'VE BEEN

21     WORKING FOR 31 YEARS.  ALZHEIMER'S AND DEMENTIA, HOSPICE.

22         AND LET'S SEE.  MY CURRENT HOBBY IS ACTUALLY SOLITAIRE ON

23     THE INTERNET, AND PETS ALSO.

24             THE COURT:  I'M SORRY.  YOU SAID SOLITAIRE ON THE

25     BETTER NET AND WHAT ELSE?  OKAY.  THANK YOU.

```
 1              PROSPECTIVE JUROR:  SPIDER SOLITAIRE.

 2         AND THEN ALSO I HAVE MY HUSBAND, MY EX-HUSBAND, I'M

 3    DIVORCED AND WIDOWED ALSO, AND MY OLDEST DAUGHTER IS 43.  SHE

 4    GRADUATED FROM THE UNIVERSITY OF BERKELEY WITH AN ARTS DEGREE.

 5    SHE'S CURRENTLY IN LOS ANGELES; I HAVE A SON WHO'S 38, HE HAS

 6    HIS OWN BUSINESS AS PRESSURE CLEANING WINDOWS; MY YOUNGEST

 7    DAUGHTER WAS IN RETAIL BUT CURRENTLY UNEMPLOYED.

 8         AND ALSO I'VE BEEN -- I'VE NEVER BEEN SELECTED FOR JURY

 9    SERVICE.

10              THE COURT:  ALL RIGHT.  CAN YOU TELL ME WHAT YOUR

11    FORMER SPOUSES DID FOR WORK?

12              PROSPECTIVE JUROR:  MY WHAT?

13              THE COURT:  WHAT YOUR FORMER HUSBANDS DID FOR WORK.

14              PROSPECTIVE JUROR:  HE ACTUALLY HAD A BUSINESS OF HIS

15    OWN, WINDOW CLEANING.

16              THE COURT:  ALL RIGHT.  AND YOUR DAUGHTER WHO'S 43

17    WHO'S GOT THE ARTS DEGREE, WHAT KIND OF WORK IS SHE DOING?

18              PROSPECTIVE JUROR:  SHE HAS A MASTER'S IN THE ARTS

19    AND SHE'S IN LOS ANGELES TRYING TO STRUGGLE.

20              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

21              PROSPECTIVE JUROR:  MY NAME IS FRANCESCA CENTOFANTI.

22    I WAS BORN IN REDWOOD CITY.  I CURRENTLY LIVE IN MOUNTAIN VIEW.

23         I HAVE A BACHELOR'S IN ECONOMICS.  I CURRENTLY WORK AT A

24    COMPANY CALLED SONITUS MEDICAL.  I'VE ALWAYS WORKED IN MEDICAL

25    DEVICES, MOSTLY DOING MARKETING AND PROJECT MANAGEMENT, SOME
```

1    SALES.

2           HOBBIES, I LIKE COOKING, AND I LIKE PLAYING VOLLEYBALL.

3           I'M CURRENTLY MARRIED, AND MY HUSBAND ALSO WORKS IN

4    MEDICAL DEVICES.  HE'S IN R&D.

5           NO KIDS.

6           NO PRIOR JURY SERVICE.

7           AND IN TERMS OF SPECIAL TRAINING, I HAVE NONE.  MY DAD WAS

8    MY ACCOUNTANT BEFORE HE RETIRED.

9               THE COURT:  WHERE DID HE WORK, YOUR DAD?

10              PROSPECTIVE JUROR:  HE WORKED AT A BANK IN FLORENCE

11   AS AN ACCOUNTANT, AND THEN HE WORKED FOR A COMPANY HE AND MY

12   MOM OWNED, ALSO DOING THE BOOKS FOR THAT COMPANY.

13              THE COURT:  DOING ACCOUNTING AND THE BOOKS?

14              PROSPECTIVE JUROR:  YES.

15              THE COURT:  OKAY.  THANK YOU.

16       MS. MIRANDA.

17              PROSPECTIVE JUROR:  MY NAME IS MARY MIRANDA.  I WAS

18   BORN IN SAN JOSE AND I STILL CURRENTLY LIVE HERE.

19           I HAVE A BACHELOR'S IN ACCOUNTING.  MY CURRENT JOB TITLE

20   IS FINANCIAL ANALYST FOR A COMPANY CALLED CYPRESS

21   SEMICONDUCTOR.

22           AS FOR FAVORITE HOBBY, I LIKE TO BE OUTDOORS, BASICALLY

23   ANYTHING, HIKING OR WHATEVER.

24           I'M NOT CURRENTLY MARRIED.

25           NO CHILDREN.

```
1              AND I HAVEN'T HAD JURY SERVICE BEFORE.

2              THE COURT:  ALL RIGHT.  AND OTHER THAN THE

3      ACCOUNTING, NO OTHER SPECIAL TRAINING IN THE TOPICS THAT I'VE

4      ASKED ABOUT?

5              PROSPECTIVE JUROR:  NO.

6              THE COURT:  OKAY.  THANK YOU.

7          MR. NASEATH.

8              PROSPECTIVE JUROR:  MY NAME IS BRENT NASEATH.  I WAS

9      BORN IN RENO, NEVADA.  I LIVE IN PRUNEDALE, WHICH THE LEGAL

10     RESIDENCE IS SALINAS, CALIFORNIA.

11         MY EDUCATIONAL BACKGROUND IS IN COMPUTER SCIENCE AND

12     PSYCHOLOGY.

13         LET'S SEE.  I'VE MOSTLY HAD MY OWN BUSINESSES, AND I GUESS

14     MY JOB TITLE WAS MANAGEMENT CONSULTANT, SPECIALIZING IN TURN

15     AROUND PROJECTS AND PROCESS REENGINEERING.

16         I'VE SET UP ELECTRONICS MANUFACTURING AND A LOT OF QUALITY

17     CONTROL AND NEW ACCOUNTING PROCESSES.  NONE OF THE ELECTRONICS

18     HAD ANYTHING TO DO WITH -- WELL, THEY WERE IN THE TELECOM

19     INDUSTRY, BUT NONE OF THEM HAD ANYTHING TO DO WITH TABLETS OR

20     PHONES.

21         AND I'M ALSO A SIX SIGMA MASTER BLACK BELT AND A

22     REMANUFACTURING EXPERT.

23         MY FAVORITE HOBBY IS GARDENING.  I HAVE 150 FRUIT TREES,

24     1000 SQUARE FOOT ARBORETUM WITH TROPICAL TREES, AND 2500 SQUARE

25     FOOT GREENHOUSE WITH TOMATOES AND CUCUMBERS AND STUFF.
```

1        AND I'M MARRIED.  MY WIFE IS A SENIOR VICE-PRESIDENT FOR

2   JONES LANG LASALLE.  THEY MANAGE COMMERCIAL PROPERTIES.

3        AND TOGETHER WE HAVE -- I HAVE SIX CHILDREN AND SHE HAS

4   TWO CHILDREN.  THE AGES, A DAUGHTER THAT'S 36 WHO'S A

5   HOMEMAKER; A 34 YEAR OLD SON WHO IS A GLOBAL MANAGER OF PROCESS

6   IMPROVEMENT FOR EQUINOX; A -- I'M SORRY -- A 37 YEAR OLD

7   DAUGHTER; 35 YEAR OLD SON; 33 YEAR OLD SON WHO'S A MECHANICAL

8   ENGINEER; A 31 YEAR OLD DAUGHTER WHO'S A ZOOLOGIST -- THIS IS

9   REALLY A TEST -- A 27 YEAR OLD SON WHO IS A TEACHER; AND A 25

10  YEAR OLD SON WHO'S A MED STUDENT; AND MY STEP-DAUGHTER IS 34

11  AND SHE'S A PROFESSIONAL NANNY; AND MY STEP-SON IS 31 AND HE'S

12  A SALES REP FOR HOME DEPOT.

13       AND I WAS ON TWO CRIMINAL -- TWO JURIES BEFORE, THEY WERE

14  CRIMINAL CASES, ABOUT 30 YEARS AGO IN SAN DIEGO IN THE STATE

15  COURTS, SUPERIOR COURT, AND A VERDICT WAS REACHED IN BOTH

16  CASES.

17       AND I HAVEN'T HAD ANY SPECIAL TRAINING IN ANY OF THE

18  CATEGORIES THAT YOU MENTIONED.

19            THE COURT:  ALL RIGHT.  THANK YOU.

20       LET'S GO TO MS. MARTINEZ PLEASE.

21            PROSPECTIVE JUROR:  MY NAME IS ROSEMARY MARTINEZ.  MY

22  BIRTH PLACE WAS IN LOS ANGELES, CALIFORNIA.  I RESIDE IN

23  HOLLISTER, CALIFORNIA.

24       MY EDUCATIONAL BACKGROUND IS COLLEGE.  MY PAST AND CURRENT

25  TITLE WAS WORKING FOR BONFANTE GARDENS AS A MANAGER.  I DID

```
 1        PICNICS, COMPANY PICNICS, WEDDINGS.

 2             MY FAVORITE HOBBY IS VOLUNTEERING AT MY GRANDDAUGHTER'S

 3        SCHOOL.

 4             AND MY RECREATIONAL ACTIVITY IS FAMILY TIME.

 5             I AM CURRENTLY MARRIED.  MY HUSBAND HAD TO RETIRE BECAUSE

 6        HE HAD A QUADRUPLE BYPASS.  MY -- I HAVE THREE CHILDREN.  MY

 7        SON WORKS FOR A CLOTHING COMPANY; MY ONE DAUGHTER, SHE'S 28,

 8        SHE'S A STAY AT HOME MOM; AND MY YOUNGER DAUGHTER, SHE IS 26,

 9        AND SHE'S CURRENTLY GOING TO SCHOOL AS A NURSE.

10             AND NO TO THE LAST QUESTIONS.

11                  THE COURT:  WHAT DID YOUR HUSBAND DO BEFORE HE

12        RETIRED?

13                  PROSPECTIVE JUROR:  HE WAS A TRUCK DRIVER.

14                  THE COURT:  OKAY.  THANK YOU VERY MUCH.

15             LET'S GO TO MS. BOHLERTALLEY.

16                  PROSPECTIVE JUROR:  MY NAME IS LINDA SUE

17        BOHLERTALLEY.  I WAS BORN IN TOPEKA, KANSAS.  I LIVE IN

18        SAN JOSE.

19             I HAVE AN A.S. IN ACCOUNTING AND A B.A. IN PUBLIC

20        ADMINISTRATION.  PAST AND CURRENT, I'VE BEEN WITH THE COUNTY OF

21        SANTA CLARA, THE INFORMATION SERVICES DEPARTMENT, GOING ON 15

22        YEARS.  AND MY TITLE THERE IS ACCOUNTANT II.  HISTORICALLY, I

23        WORKED FOR IBM FOR 14 YEARS, BUT THAT WAS IN FIELD SERVICE

24        REPAIRS.

25             FAVORITE HOBBY IS KNITTING AND CROCHETING.
```

1          I AM MARRIED.  I'VE BEEN MARRIED TO MY HUSBAND ALMOST 20

2     YEARS, AND HE IS A DISABLED VET AND RIGHT NOW HE'S DOING

3     PART-TIME WORK AT ORCHARD SUPPLY HARDWARE IN RETAIL.  AND IN

4     THE PAST HISTORICALLY HE'S WORKED IN THE ELECTRONIC INDUSTRY,

5     BUT IT'S ALWAYS BEEN MORE LIKE ROBOTIC LINE MAINTENANCE AND

6     SPUTTERING EQUIPMENT.

7          AND WHEN MY HUSBAND AND I MET -- I HAVE ONE SON, HE IS

8     GOING TO BE 31 IN A COUPLE OF WEEKS.  MY HUSBAND HAS THREE

9     CHILDREN.  HIS BABY IS GOING TO BE 31 NEXT WEEK, AND HIS

10    DAUGHTER IS ABOUT 34, AND THEN HE HAS AN OLDER BOY THAT'S ABOUT

11    36.

12         MY SON, BEFORE HE LEFT HERE, HAD GOTTEN A REAL ESTATE

13    LICENSE.  HE MOVED TO ILLINOIS, NOW LIVING IN WISCONSIN, AND AS

14    FAR AS I KNOW, HE'S STILL WORKING ON GETTING ESTABLISHED WITH

15    THE REAL ESTATE LICENSE BACK THERE.

16         MY HUSBAND'S CHILDREN, THE ONE HAS BEEN WORKING IN PLACES

17    LIKE WAL-MART, AND HE'S LIVING, LAST I HEARD, IN KANSAS; THEN A

18    DAUGHTER -- THE DAUGHTER IS WORKING A COUPLE MONTHS AGO AS

19    BASICALLY AN ORDER PULLER AT AMAZON IN TRACY; AND THE OLDEST

20    BOY, NOT A GOOD PERSON, AND SO HE'S BEEN RESIDING FOR THE LAST

21    PROBABLY 10 OR 12 YEARS IN A MISSOURI PRISON.

22         I HAVE DONE JURY DUTY ONCE AND THAT WAS ON KIND OF A REAL

23    ESTATE DEAL THAT WENT SOUR AFTER THE BUYER BOUGHT THE HOUSE,

24    AND WE DID COME TO A JUDGMENT.  AND THAT WAS RIGHT AROUND THIS

25    TIME OF YEAR, BUT IT'S BEEN OVER TEN YEARS AGO.

1          THE COURT:  OKAY.  WAS THAT A CIVIL CASE?

2          PROSPECTIVE JUROR:  YES.

3          THE COURT:  OKAY.  THANK YOU.

4          PROSPECTIVE JUROR:  UM-HUM.

5          THE COURT:  AND NO SPECIAL TRAINING IN THE AREAS THAT

6   I ASKED ABOUT?

7          PROSPECTIVE JUROR:  PARDON?

8          THE COURT:  NO SPECIAL TRAINING IN THE AREAS THAT I

9   ASKED ABOUT, LAW, PATENTS?

10          PROSPECTIVE JUROR:  NO.  JUST MY ACCOUNTING, YOU

11   KNOW, MY CLASSES AND THINGS.

12          THE COURT:  RIGHT, YOUR A.S. DEGREE IN ACCOUNTING.

13          PROSPECTIVE JUROR:  RIGHT.

14          THE COURT:  OKAY.  AND THAT YOU'VE BEEN AN ACCOUNTANT

15   FOR THE COUNTY?

16          PROSPECTIVE JUROR:  RIGHT.

17          THE COURT:  OKAY.  THANK YOU.

18      LET'S GO TO MR. MONDRAGON.  GO AHEAD, PLEASE.

19          PROSPECTIVE JUROR:  MY NAME IS JESUS MONDRAGON.  I

20   WAS BORN IN MEXICO.  I CURRENTLY LIVE IN GILROY, CALIFORNIA.

21      EDUCATION, HIGH SCHOOL.  WHERE I WORK IS AT MARX TOWING IN

22   GILROY AS A TOW TRUCK DRIVER.  I SPECIALIZE ON RECOVERY.

23      FAVORITE THINGS TO DO IS COOKING FOR THE STRESS, FISHING.

24      I'M CURRENTLY MARRIED.  THREE KIDS.  ONE BOY, TWO

25   DAUGHTERS.  MY BOY IS EIGHT YEARS OLD.  I'VE GOT A TEN YEAR OLD

```
 1        AND A 14.  NOT A GOOD AGE.

 2            (LAUGHTER.)

 3                THE COURT:  AND DOES YOUR WIFE WORK OUTSIDE THE HOME?

 4                PROSPECTIVE JUROR:  YES.  SHE WORKS FOR THE SCHOOL

 5        DISTRICT IN GILROY AS A YARD DUTY.

 6                THE COURT:  OKAY.  HAVE YOU EVER HAD JURY DUTY?

 7                PROSPECTIVE JUROR:  NO.

 8                THE COURT:  OKAY.  ANY SPECIAL TRAINING IN THE AREAS

 9        I TALKED ABOUT?

10                PROSPECTIVE JUROR:  NO.

11                THE COURT:  ALL RIGHT.  THANK YOU.

12            MR. MOON.

13                PROSPECTIVE JUROR:  ALL RIGHT.  MY NAME IS

14        DOUGLAS MOON.  I WAS BORN HERE IN SAN JOSE.  CURRENTLY LIVE IN

15        GILROY, CALIFORNIA.

16            MY EDUCATIONAL BACKGROUND IS A BACHELOR'S DEGREE IN

17        SOCIOLOGY FROM SAC STATE.  MY CURRENT JOB RIGHT NOW IS I'M A

18        CORRECTIONAL OFFICER AT SALINAS VALLEY STATE PRISON.  I WORK

19        FOR THE STATE OF CALIFORNIA AND HAVE FOR THE LAST 17 YEARS.

20            MY FAVORITE HOBBIES ARE MOTORCYCLE RIDING, CAMPING AND

21        FISHING, HUNTING.

22            I'M CURRENTLY MARRIED.  MY WIFE IS AN ELEMENTARY SCHOOL

23        PRINCIPAL.

24            WE HAVE THREE ADULT CHILDREN.  I HAVE TWO BOYS, 26 AND 24.

25        MY 26 YEAR OLD SON IS A GILROY POLICE OFFICER.  HIS WIFE IS A
```

1    FOURTH GRADE TEACHER.

2         MY YOUNGER SON, MY 24 YEAR OLD, HE'S A WAITER AT

3    ALEXANDER'S RESTAURANT IN CUPERTINO, AND THEN HIS WIFE JUST

4    CURRENTLY HAD A BABY, SO HER HOBBY IS TAKING CARE OF THE LITTLE

5    ONE.

6         MY DAUGHTER IS A FULL-TIME COLLEGE STUDENT DOWN IN

7    SOUTHERN CALIFORNIA.

8         PRIOR JURY SERVICE, NO, I'VE NEVER BEEN SELECTED ON A

9    JURY.

10        AND I DON'T HAVE ANY SPECIAL TRAINING IN THE AREAS THAT

11   YOU ASKED ABOUT, OTHER THAN MY POST CERTIFICATION FOR LAW

12   ENFORCEMENT.

13            THE COURT:  ALL RIGHT.  THANK YOU.

14        MR. STURGILL.

15            PROSPECTIVE JUROR:  MICHAEL STURGILL.  I WAS BORN IN

16   ASHLAND, KENTUCKY.  CURRENTLY LIVE IN SALINAS, CALIFORNIA.

17        I HAVE A BACHELOR'S IN BUSINESS ADMINISTRATION.  I'VE

18   WORKED AS A SALES MANAGER FOR SEARS ROEBUCK.  MY CURRENT JOB

19   TITLE IS RETIRED.

20        I DO WOOD CRAFTS, WOODWORKING.

21        I'M MARRIED.  MY WIFE IS A REGISTERED NURSE AND SHE WORKED

22   IN SALINAS ALSO FOR A LOCAL PEDIATRICIAN.

23        I HAVE ONE DAUGHTER, AGE 39.  SHE'S A HOMEMAKER.

24        AND I HAVE NO -- OH, I HAD JURY SERVICE.  I'VE BEEN ON

25   FIVE JURIES, CIVIL ONES, FOUR IN SALINAS AND ONE IN MONTEREY.

 1        AND WE CAME TO A VERDICT ON ALL THOSE.

 2             AND I HAVE NONE OF THE OTHER SPECIAL TRAINING.

 3                  THE COURT:  ALL RIGHT.  THANK YOU.

 4        MR. JONES.

 5                  PROSPECTIVE JUROR:  MY NAME IS JEFFREY JONES.  I WAS

 6        BORN IN LOS GATOS, CALIFORNIA.  I NOW RESIDE IN MORGAN HILL.

 7             MY EDUCATIONAL BACKGROUND IS SOME COLLEGE.  I MAJORED IN

 8        ECONOMICS, BUT DIDN'T FINISH WITH ANYTHING.

 9             MY PAST JOB, OR MY CURRENT JOB RIGHT NOW IS I'VE BEEN

10        DRIVING AT UPS FOR 11 YEARS.

11             MY FAVORITE HOBBY IS GOLF AND GOING TO SPORTING EVENTS.

12             I'M CURRENTLY MARRIED.  MY -- CURRENTLY MARRIED.  MY WIFE

13        IS AN ASSISTANT FOR REAL ESTATE.  AND I HAVE ONE CHILD, 15

14        MONTHS.  HER JOB IS BEING A KID.

15             AND NO PRIOR JURY SERVICE.

16             AND NO TO THE OTHER QUESTIONS.

17                  THE COURT:  OKAY.  THANK YOU.

18             ALL RIGHT.  WELL, I'VE FINISHED MY QUESTIONS, BUT NOW THE

19        ATTORNEYS HAVE AN OPPORTUNITY TO ASK QUESTIONS, AND THEN AFTER

20        THAT WE WILL START DOING CHALLENGES.  SO WE MAY BE ABLE TO GET

21        A JURY TODAY AND I WOULD LIKE TO TRY.  OKAY?

22             I'M ASKING FOR HEROISM FROM MS. SHORTRIDGE THOUGH.  SHOULD

23        WE TAKE A FIVE MINUTES BREAK?

24             ALL RIGHT.  LET'S TAKE -- I'M SORRY.  I SAID I'D LET YOU

25        GO AT 4:30, BUT I'D LIKE TO SEE IF WE CAN SELECT THE JURY SO 60

1     PEOPLE DON'T HAVE TO COME BACK TOMORROW UNNECESSARILY.  OKAY?

2     SO WITH YOUR PERMISSION, PLEASE TAKE A SHORT BREAK AND USE THE

3     BATHROOM.

4          AND WHEN WE GET BACK, THE LAWYERS WILL THEN ASK THEIR

5     QUESTIONS AND THEN WE'RE READY TO START SELECTING.

6          OKAY.  THANK YOU.

7          AND MR. SWARUUP, IF YOU WOULD MAKE AN ANNOUNCEMENT DOWN IN

8     THE JURY ASSEMBLY ROOM.

9          OH, YOU HAVE TO GO?

10          PROSPECTIVE JUROR:  BEFORE 5:00.

11          THE COURT:  YOU HAVE TO LEAVE AT 5:00.  ALL RIGHT.

12     WELL, WE'LL DO WHAT WE CAN.  OKAY.  WHAT?  I'M SORRY.

13          OKAY.  MR. RODRIGUEZ, OKAY.  IS MR. LEE -- MR. LEE?

14          EVERYONE ELSE, YOU CAN TAKE YOUR BREAK.

15          MR. LEE, WE HAVE ONE JUROR, MR. EDDIE RODRIGUEZ.  WHAT'S

16     YOUR SITUATION, SIR?

17          PROSPECTIVE JUROR:  I NEED TO GET TO WORK, MA'AM.

18          THE COURT:  AT -- AND WHAT DO YOU DO FOR WORK?

19          PROSPECTIVE JUROR:  I'M A FUNERAL ATTENDANT AND I

20     TAKE CARE OF AND COUNSEL FAMILIES.

21          THE COURT:  OKAY.

22          PROSPECTIVE JUROR:  AND THEY'RE GOING TO BE THERE AT

23     5:30.  I NEED TO BE THERE AT 5:00, AND IT'S GOING TO TAKE ME A

24     WHILE TO TRAVEL AND GET DRESSED AND GET OVER THERE.

25          I CALLED THE OFFICE AND I SPOKE TO THE JURY FOREMAN WHO

```
 1        SAID I NEED TO SPEAK WITH YOU.

 2             THE COURT:  WILL YOUR EMPLOYER NOT GIVE YOU THE TIME

 3        OFF?

 4             PROSPECTIVE JUROR:  YEAH.  I CALLED THEM.  I TOLD

 5        THEM I WOULD BE LATE, BUT I DON'T KNOW HOW LONG THIS IS GOING

 6        TO BE.

 7             THE COURT:  ANY OBJECTION TO EXCUSING MR. RODRIGUEZ?

 8             MR. LEE:  NONE, YOUR HONOR.

 9             MR. PRICE:  NO OBJECTION.

10             THE COURT:  OKAY.  YOU'RE EXCUSED, SIR.  GO DOWN AND

11        REPORT ON THE SECOND FLOOR JURY ASSEMBLY ROOM.  MR. YOUNGER --

12        OH, HE'S RIGHT THERE.  HE'LL TAKE YOU DOWN.

13           ALL RIGHT.  THANK YOU.  LET'S TAKE OUR QUICK BREAK NOW.

14           (RECESS FROM 4:32 P.M. UNTIL 4:37 P.M.)

15             THE COURT:  ALL RIGHT.  PLEASE TAKE YOUR SEATS.

16           ALL RIGHT.  AT THIS TIME I'M GOING TO LET THE JURORS WHO

17        ARE IN THE JURY ASSEMBLY ROOM, THE HARDSHIP FOLKS, BE EXCUSED

18        WITH THE CONSENT OF THE PARTIES.

19           YOU CONSENTED, RIGHT, MR. LEE?

20             MR. LEE:  YES, YOUR HONOR.

21             THE COURT:  OKAY.  MS. MAROULIS, MR. CEDERBERG?

22             MS. MAROULIS:  YES.

23             THE COURT:  OKAY.  SAMSUNG HAS CONSENTED AS WELL, SO

24        MS. PARKER BROWN IS GOING TO LET MR. YOUNGER KNOW.

25             THANK YOU FOR YOUR PATIENCE.  BEAR WITH ME.  I THINK WE
```

1      CAN GET THIS DONE.

2              ALL RIGHT.  WE HAVE ALL OF OUR JURORS.

3              ALL RIGHT.  MR. LEE, GO AHEAD WITH ANY QUESTIONS, PLEASE.

4                  MR. LEE:  THANK YOU, YOUR HONOR.

5                  THE COURT:  THE TIME IS NOW 4:38.  GO AHEAD.

6                  MR. LEE:  LADIES AND GENTLEMEN OF THE JURY, AS I SAID

7      EARLIER, MY NAME IS BILL LEE, AND TOGETHER WITH MY COLLEAGUES,

8      I REPRESENT APPLE.

9              I HAVE 15 MINUTES TO ASK YOU QUESTIONS, AND I CAN PROMISE

10     YOU, GIVEN THE HOUR, I'M NOT GOING TO USE ALL 15 MINUTES.

11             BUT THIS IS OUR CHANCE TO ASK YOU A FEW QUESTIONS.  FOR

12     THE REST OF THE TRIAL, WE WON'T GET TO TALK TO YOU, SO JUST

13     BEAR WITH ME AS I ASK A FEW.

14             I HAVE NEVER BEEN A JUROR MYSELF.  I'VE GOTTEN CLOSE A

15     COUPLE OF TIMES, BUT NEVER MADE IT, AND I KNOW THAT ANSWERING

16     QUESTIONS IN THIS ROOM CAN BE HARD.  IF THERE'S ANYTHING THAT

17     YOU'RE AT ALL UNCOMFORTABLE WITH, RAISE YOUR HAND AND LET HER

18     HONOR KNOW AND WE'LL FIND A WAY TO LET YOU ANSWER IT THAT MAKES

19     YOU COMFORTABLE.

20             THERE ARE NO RIGHT ANSWERS AND THERE ARE NO WRONG ANSWERS.

21     THIS IS JUST OUR OPPORTUNITY TO --

22             (PHONE RINGING.)

23                  MR. LEE:  -- ANSWER OUR PHONES --

24             (LAUGHTER.)

25                  MR. LEE:  -- AND TO GET A LITTLE BIT OF ADDITIONAL

```
1        INFORMATION.  BUT I WILL BE BRIEF.

2            SOME OF YOU WERE ASKED QUESTIONS INDIVIDUALLY BY HER HONOR

3    EARLIER TODAY, NOT EVERYBODY, SO I WANT TO ASK YOU THIS

4    QUESTION.  HER HONOR TOLD FOLKS EARLIER TODAY THAT THERE HAS

5    BEEN A PRIOR JURY THAT FOUND THE APPLE PATENTS VALID AND FOUND

6    THAT SAMSUNG HAD INFRINGED.

7            IS THERE ANYBODY, AND I'LL -- THIS IS A LITTLE AWKWARD

8    WHERE I'M FACING BOTH SIDES, SO I'LL START ON THIS SIDE OF THE

9    ROOM.  IS THERE ANYBODY ON THIS SIDE OF THE ROOM WHO WOULD HAVE

10   ANY TROUBLE ACCEPTING THE PRIOR JURY'S DETERMINATION THAT APPLE

11   PATENTS ARE VALID AND THEY HAVE BEEN INFRINGED BY SAMSUNG?

12           OKAY.  AND IF I COULD ASK THE SAME THING OF THIS SIDE OF

13   THE ROOM.  IS THERE ANYBODY ON THIS SIDE OF THE ROOM WHO WOULD

14   HAVE ANY TROUBLE ACCEPTING THE PRIOR JURY'S DETERMINATION THAT

15   APPLE'S PATENTS ARE VALID AND HAVE BEEN INFRINGED BY SAMSUNG?

16           AND I'M NOT GOING TO ASK EVERYBODY QUESTIONS BECAUSE I

17   PROMISED YOU I'D BE BRIEF.

18           MR. NASEATH, I JUST WANT TO ASK YOU A COUPLE QUESTIONS

19   ABOUT THE TRADEMARK PROTECTION THAT YOU GOT AT DIFFERENT

20   COMPANIES.  WOULD YOU TELL ME A LITTLE BIT ABOUT IT, WHAT KIND

21   OF PRODUCTS IT WAS PROTECTING?

22               PROSPECTIVE JUROR:  WELL, THE FIRST ONE WAS THE VIDEO

23    GAME COMPANY, SIMITRON, SO IT WAS AROUND THE NAME AND, YOU

24    KNOW, TRADEMARK WORDS OF THAT VIDEO GAME COMPANY.

25           THE SECOND ONE WAS A SOFTWARE COMPANY FOR ACCOUNTING.
```

1    THIS WAS LIKE, 30 YEARS AGO WHEN P.C.'S FIRST CAME ABOUT, THAT

2    WAS ONE OF THE FIRST ACCOUNTING SOFTWARE PROGRAMS.

3         THE OTHER ONE WAS -- MY MIND IS BLANK RIGHT NOW WITH WHAT

4    IT WAS, BUT THEY WERE ALL, LIKE, 30 YEARS AGO.  THEY WERE

5    AROUND THE NAME OF THE COMPANY AND THE PRODUCT NAMES AND

6    PHRASEOLOGY THAT WE WANTED TO USE.

7         MR. LEE:  AND WERE THOSE TRADEMARK PROTECTIONS

8    IMPORTANT TO THOSE COMPANIES BACK THEN 30 YEARS OR SO AGO?

9         PROSPECTIVE JUROR:  YES.

10        MR. LEE:  MR. -- I'M GOING TO GET IT, HOPEFULLY IT'S

11   CLOSE TO CORRECT AS I CAN -- MR. VENKATESWARA-RAO.

12        PROSPECTIVE JUROR:  YES, THANK YOU.

13        MR. LEE:  I THINK YOU TOLD US THAT YOU HAD SOME

14   EXPERIENCE APPLYING FOR PATENTS.

15        PROSPECTIVE JUROR:  YES.

16        MR. LEE:  AS A SCIENTIST?

17        PROSPECTIVE JUROR:  AS A SCIENTIST, CORRECT.

18        MR. LEE:  AND YOU HAVE SOME EXPERIENCE GETTING

19   PATENTS; CORRECT?  COULD YOU TELL US WHAT KIND OF PRODUCTS?  I

20   THINK YOU SAID MEDICAL DEVICES.  WHAT TYPE OF PATENT

21   PROTECTIONS WERE YOU GETTING?

22        PROSPECTIVE JUROR:  WHAT TYPE?

23        MR. LEE:  ON DEVICES?  ON METHODS?  ON THINGS LIKE

24   THAT.

25        PROSPECTIVE JUROR:  ON DEVICES AND METHODS TO TREAT

1    VASCULAR DISEASE, MAINLY THINGS LIKE CARD VASCULAR STENTS, NEW

2    THERAPIES TO TREAT ANEURISMS, AND CURRENTLY I'M CO-FOUNDER OF A

3    COMPANY TRYING TO FIGURE OUT NEW DESIGNS AND METHODS TO TREAT

4    HYPERTENSION.

5              MR. LEE:  AND ARE THESE INVENTIONS AND THESE PATENTS,

6    HAVE THEY BEEN IMPORTANT TO YOUR PRIOR COMPANIES OR ARE THEY

7    IMPORTANT TO YOUR NEW COMPANY?

8              PROSPECTIVE JUROR:  THEY HAVE BEEN IMPORTANT.

9              MR. LEE:  AND BECAUSE?

10             PROSPECTIVE JUROR:  BECAUSE TO -- YOU KNOW, TO -- I

11   MEAN, TO BE COMPETITIVE, TO HAVE THE SPACE AND IT TAKES TIME TO

12   DEVELOP THESE TECHNOLOGIES, SO IT'S IMPORTANT THAT, YOU KNOW,

13   YOU HAVE, YOU KNOW, FREEDOM TO INVENT AND PROTECT YOUR

14   INVENTION.

15             MR. LEE:  AND YOU HAVE BEEN AN INVENTOR ON THESE

16   YOURSELF?

17             PROSPECTIVE JUROR:  YES.

18             MR. LEE:  MR. LEVAY, I THINK YOU WERE AT LOCKHEED

19   MARTIN --

20             PROSPECTIVE JUROR:  YES, I WAS.

21             MR. LEE:  -- FOR 44 YEARS.

22             PROSPECTIVE JUROR:  YES.

23             MR. LEE:  DURING THAT TIME, DID YOU HAVE ANY

24   INVOLVEMENT WITH THE PATENT PROCESS, PATENT PROTECTION FOR

25   LOCKHEED MARTIN?

```
 1                    PROSPECTIVE JUROR:  NO.

 2                    MR. LEE:  SO AT THE END YOU WERE A MANAGER.

 3                    PROSPECTIVE JUROR:  YES.

 4                    MR. LEE:  WHAT TYPE OF GROUP OF PEOPLE WAS IT?

 5                    PROSPECTIVE JUROR:  IT WAS MOSTLY -- WELL, IT WAS ALL

 6          SCIENTISTS AND ENGINEERS AND A FEW TECHNICIANS.  I WAS THE

 7          MANAGER OF A GROUP CALLED SOLAR AND ASTROPHYSICS.  WE MAINLY

 8          DID -- WE MADE INSTRUMENTATION THAT WENT INTO SPACE, WE

 9          GATHERED DATA FROM THE SUN, OBSERVING THE SUN AS AN

10          ASTRONOMICAL BODY, A STAR THAT HAPPENS TO BE CLOSE.

11                    MR. LEE:  GREAT.  AND MS. CAYE, I THINK WHEN YOU WERE

12          ASKED ABOUT DEVICES THAT YOU AND YOUR FAMILY USED, I KNOW THAT

13          YOU SAID YOU HAD NO CELL PHONES, BUT THEN YOU SAID THAT YOUR

14          KIDS HAD, AND I MISSED IT IN MY NOTES.

15                    PROSPECTIVE JUROR:  THEY HAVE THE THINGS THAT YOU PUT

16          MUSIC ON.

17                    MR. LEE:  IPODS?

18                    PROSPECTIVE JUROR:  IPODS.

19                    MR. LEE:  THANK YOU.

20              HAS ANYBODY HERE HEARD OF THE CONCEPT OF OPEN SOURCE AT

21          ALL?

22                    PROSPECTIVE JUROR:  OPEN SOURCE?

23                    MR. LEE:  OPEN SOURCE.  LET ME START WITH MS. SMITH.

24          WHAT HAVE YOU HEARD ABOUT OPEN SOURCE?

25                    PROSPECTIVE JUROR:  WHAT HAVE I HEARD ABOUT IT?  I'VE
```

1 BEEN SEEING IT IN A LOT OF THE TEXTS AND THINGS AND PRETTY MUCH

2 ANYTHING I'M DELVING INTO, AND MY UNDERSTANDING OF IT IS THAT

3 IT IS SOMETHING THAT IS COMPATIBLE ACROSS SEVERAL, I DON'T KNOW

4 IF IT WOULD BE THE FIRMWARE.  IT'S MORE COMPATIBLE.  I'M NOT

5 SAYING IT RIGHT.  IT'S A LIMITED UNDERSTANDING.  I'LL PUT IT

6 THAT WAY.

7    MR. LEE:  AND I THINK THERE WAS ANOTHER, MR. DE MOL?

8    PROSPECTIVE JUROR:  OPEN SOURCE IS SOFTWARE THAT IS

9 PUT IN THE PUBLIC WHERE EVERYBODY CAN USE IT TO THEIR -- FOR AS

10 MUCH AS THEY WANT, DEPENDING ON THE LICENSING AGREEMENTS, AND

11 THERE ARE MANY DIFFERENT ONES, JPL AND LLP, THERE'S A WHOLE

12 BUNCH OF DIFFERENT ONES DEPENDING ON WHETHER YOU HAVE TO -- YOU

13 CAN MODIFY THE SOFTWARE, BUT THEN YOU HAVE TO INCLUDE ALL YOUR

14 MODIFICATIONS AND PUT IT IN THE OPEN, OR WHETHER YOU CAN USE IT

15 AS SUCH AND MAKE YOUR MODIFICATIONS AND KEEP THEM.  THERE ARE

16 MANY DIFFERENT KIND OF LEGAL FRAMEWORKS AROUND IT.

17    MR. LEE:  NOW, HER HONOR HAS TOLD SOME OF YOU THAT

18 THE ISSUE IN THIS CASE WOULD BE DAMAGES.  DOES ANYBODY HAVE ANY

19 VIEWS ON OPEN SOURCE OR SOFTWARE PATENTS THAT WOULD AFFECT

20 THEIR ABILITY TO DETERMINE THE AMOUNT OF DAMAGES THAT APPLE IS

21 ENTITLED TO IN THIS CASE?

22    I'LL START WITH ANYBODY ON THIS SIDE OF THE ROOM.

23    ANYONE ON THIS SIDE OF THE ROOM?

24    ALL RIGHT.  LAST QUESTION:  THE ONE THING, WHENEVER I SIT

25 DOWN AFTER THIS PROCESS IS OVER, I'M SURE THERE'S A QUESTION

1    THAT ONE OF YOU WOULD HAVE LIKED ME TO ASK TO TELL US SOMETHING

2    THAT I DIDN'T ASK.  YES?

3            PROSPECTIVE JUROR:  WILL YOU EXPLAIN OPEN SOURCE CODE

4    DURING THE TRIAL AND WHAT THAT MEANS AND EVERYTHING FOR THOSE

5    OF US THAT DON'T KNOW ABOUT IT?

6            MR. LEE:  IF HER HONOR LETS US, AND IF IT BECOMES

7    RELEVANT.  IT MAY NOT BECOME RELEVANT.

8            PROSPECTIVE JUROR:  SOME OF US DON'T KNOW ABOUT IT.

9            MR. LEE:  RIGHT.  AND IF SOMEONE EXPLAINS IT, IT

10   WON'T BE ME.

11       ARE THERE ANY OTHER QUESTIONS THAT, OR IS THERE ANY OTHER

12   INFORMATION THAT YOU THINK WOULD BE HELPFUL TO US TO GET A FAIR

13   AND IMPARTIAL JURY FOR APPLE AND FOR SAMSUNG?  YES, SIR?

14           PROSPECTIVE JUROR:  I MET AND KNOW MR. SIGILLO

15   BEFORE, SO I DON'T KNOW.

16           MR. LEE:  YOU'VE MET EACH OTHER BEFORE TODAY?

17           PROSPECTIVE JUROR:  YES.

18           PROSPECTIVE JUROR:  YES.  I TRAINED BOTH HIS

19   DAUGHTERS IN PHARMACY.

20           MR. LEE:  OKAY.  IT'S A SMALL WORLD.

21       NOTHING FURTHER, YOUR HONOR.

22           THE COURT:  ALL RIGHT.  THANK YOU.  THE TIME IS NOW

23   4:46.

24       ALL RIGHT.  MR. PRICE, GO AHEAD, PLEASE.

25           MR. PRICE:  THANK YOU, YOUR HONOR.

1          I AM NOT AS GOOD AS MR. LEE AT MEMORIZING NAMES, SO

2     FORGIVE ME IF I LOOK DOWN AT MY CHART HERE.

3          I REPRESENT SAMSUNG, AND OBVIOUSLY I THINK BOTH SIDES ARE

4     WORRIED ABOUT GETTING JURORS WHO CAN FAIRLY LOOK AT THE

5     EVIDENCE WITHOUT BIAS, SO ONE OF MY BIG ONES IS THIS:  THERE

6     WAS A PREVIOUS TRIAL AND, IN THAT TRIAL, A JURY FOUND THAT

7     SAMSUNG INFRINGED FIVE SPECIFIC PATENTS OF APPLE'S THAT DEAL

8     WITH THESE, YOU KNOW, MULTIFUNCTIONAL SMARTPHONES.

9          AND YOUR JOB HERE IS GOING TO BE LISTENING TO THE

10    EVIDENCE, AND INCLUDING EVIDENCE WITH NUMBERS AND ABOUT WHAT

11    CONSUMERS BUY PHONES, SMARTPHONES, WHAT FEATURES MATTER, AND

12    I'M WONDERING -- I JUST AM CONCERNED, CAN YOU FOLKS JUDGE THAT

13    EVIDENCE FAIRLY AND FOLLOW IT WHERE IT TAKES YOU, EVEN THOUGH

14    YOU'RE GOING TO BE TOLD THAT SAMSUNG INFRINGED PATENTS?

15         THAT IS, IS THERE ANYONE HERE WHO THINKS THAT THE FACT

16    THAT SAMSUNG INFRINGED THESE FIVE SPECIFIC PATENTS WOULD MAKE

17    IT DIFFICULT FOR THEM TO BE FAIR AND LISTEN TO THE EVIDENCE AND

18    TRY TO DETERMINE HOW MUCH APPLE SHOULD BE PAID AS A RESULT OF

19    THAT?  IS THERE ANYONE WHO THINKS, "I'M NOT SURE I COULD BE

20    FAIR ABOUT THAT"?

21              PROSPECTIVE JUROR:  BECAUSE --

22              MR. PRICE:  LET THE RECORD REFLECT THAT NO HANDS WENT

23    UP.

24              PROSPECTIVE JUROR:  WE DON'T KNOW WHAT'S THE PATENT,

25    WHAT'S THE INFRINGEMENT.

```
 1              MR. PRICE:  YOU DON'T KNOW.  YOU'LL LEARN DURING THE

 2       TRIAL WHAT THOSE FIVE PATENTS ARE.

 3              PROSPECTIVE JUROR:  OKAY.

 4              MR. PRICE:  SO I GUESS WHAT I'M WONDERING IS, WILL

 5       YOU BE ABLE TO CONSIDER THOSE PATENTS AND LOOK AT, YOU KNOW,

 6       WHAT THEIR FUNCTIONALITY IS AND WHY CONSUMERS BUY PHONES AND

 7       LISTEN TO THE EVIDENCE AND BE FAIR ABOUT THEN WHAT APPLE SHOULD

 8       BE PAID AS A RESULT OF THAT?  BECAUSE APPLE NEEDS TO BE PAID

 9       FOR THAT.

10          SO WILL YOU BE ABLE TO FOLLOW THE RULES THAT THE COURT

11       GIVES YOU AND BE FAIR ABOUT APPLYING THOSE RULES TO THE

12       EVIDENCE THAT YOU HEAR?  WILL ANYONE HAVE A PROBLEM WITH THAT?

13          AND NOW I CAN SAY THERE HAVE BEEN NO HANDS THAT WERE

14       RAISED.

15          WELL, LET ME ASK YOU -- OF COURSE, ANOTHER THING THAT

16       MIGHT WORRY SOMEONE WHO'S ON OUR SIDE IS WHETHER OR NOT THERE

17       ARE SOME PEOPLE WHO MIGHT BE SUCH APPLE FANS THAT THEY MIGHT BE

18       BIASED, AND OBVIOUSLY PEOPLE HAVE IPHONES AND APPLE PRODUCTS.

19          BUT HAS ANYONE EVER, LIKE, STOOD IN LINE, YOU KNOW, AT THE

20       INTRODUCTION OF ONE OF THESE PRODUCTS TO BUY THEM?

21          OKAY.  FIRST LET ME ASK YOU, MS. SMITH, I KNOW YOU'RE A

22       PRETTY BIG APPLE FAN.  LET ME ASK YOU, WERE YOU OFFENDED BY

23       THOSE SAMSUNG COMMERCIALS THAT MAKE FUN OF THE PEOPLE WHO STAND

24       IN LINE?

25              PROSPECTIVE JUROR:  NO.  NO, I WASN'T.
```

 1            MR. PRICE:  DO YOU THINK -- LET ME ASK YOU A FEW

 2     QUESTIONS, ACTUALLY.  I'VE HEARD THAT -- I THINK YOU SAID YOU

 3     HAD ABOUT 300 SHARES --

 4            PROSPECTIVE JUROR:  YEAH.

 5            MR. PRICE:  -- OF APPLE STOCK.

 6            PROSPECTIVE JUROR:  I BELIEVE, YEAH.  IT IS NOT

 7     MANAGED BY ME.  I PERSONALLY DID NOT BUY IT OR INVEST IT.  IT'S

 8     HANDLED FOR ME.

 9            MR. PRICE:  BUT YOU HAVE SOME SENSE OF WHAT THAT

10     STOCK IS WORTH IN THE MARKETPLACE?

11            PROSPECTIVE JUROR:  I SHOULD, BUT HONESTLY, RIGHT

12     NOW, I DON'T.

13            MR. PRICE:  OKAY.  WELL --

14            PROSPECTIVE JUROR:  I'M SORRY TO SAY I REALLY DON'T.

15            MR. PRICE:  SURE.  IF IT WERE -- IF IT WERE WORTH,

16     LIKE, IN EXCESS OF $100,000, OKAY, AND, YOU KNOW, THE RESULTS

17     OF A TRIAL LIKE THIS MIGHT HAVE AN IMPACT ON THE STOCK, DO YOU

18     THINK THAT MIGHT MAKE YOU, YOU KNOW, A LITTLE BIT --

19            PROSPECTIVE JUROR:  WELL, HAD YOU NOT SAID THAT, THAT

20     WOULD HAVE NEVER ENTERED MY MIND.

21          (LAUGHTER.)

22            MR. PRICE:  NO FURTHER QUESTIONS THEN.

23            PROSPECTIVE JUROR:  I'M SORRY.  THAT'S -- I NEVER

24     WOULD HAVE THOUGHT OF THAT.

25            MR. PRICE:  OKAY.  WELL, NOW THAT YOU'VE THOUGHT OF

1    IT, BECAUSE YOU MIGHT HAVE DISCOVERED IT DURING THE TRIAL,

2    MAYBE SOMEONE IN YOUR FAMILY MIGHT HAVE MENTIONED IT TO YOU,

3    DOES THAT GIVE YOU SOME PAUSE AS TO WHETHER YOU THINK --

4              PROSPECTIVE JUROR:  I PROBABLY WOULDN'T LET IT.

5              MR. PRICE:  HM.  OKAY.  WHAT PRODUCTS HAVE YOU STOOD

6    IN LINE TO GET?

7              PROSPECTIVE JUROR:  LONG AGO IT WAS THE IPOD; AND

8    THEN I THINK IT WAS THE IPAD 3, BUT IT MIGHT HAVE BEEN THE 2.

9    I HAD GONE THROUGH 1, 2, AND 3.  I KIND OF AM ONE OF THOSE

10   PEOPLE.  LIKE I WANT THE S AND THE 5.

11             MR. PRICE:  WELL, LET ME TURN TO SEE IF ANYBODY ELSE

12   RAISED THEIR HAND, BECAUSE I CAN'T -- I'M TURNING LIKE A TOP

13   HERE I GUESS.

14        DOES ANYONE ELSE STAND IN LINE TO GET APPLE PRODUCTS?  OR

15   SAMSUNG PRODUCTS?

16        OKAY.  HAS ANYONE -- HOW MANY PEOPLE HERE KNOW WHAT THE

17   LATEST APPLE PRODUCTS ARE?  I MEAN THE ONES THAT JUST CAME OUT.

18   HOW MANY PEOPLE KNOW ENOUGH TO, LIKE, PAY ATTENTION TO THAT?

19   JUST RAISE YOUR HAND.  OKAY.

20        NOW, OF THE FOLKS THAT RAISED THEIR HAND, HOW MANY KNOW

21   THAT BECAUSE THEY KIND OF WERE ANTICIPATING IT OR TRYING TO

22   KIND OF KEEP TRACK OF WHAT'S THE LATEST THING COMING FROM APPLE

23   AS OPPOSED TO JUST SEEING, YOU KNOW, THE ADVERTISEMENTS AND

24   MEDIA COVERAGE?

25             PROSPECTIVE JUROR:  ME.

```
1              MR. PRICE:  YEAH.  DON'T BE EMBARRASSED.

2              PROSPECTIVE JUROR:  I AM.

3              MR. PRICE:  A LOT OF PEOPLE DO THAT.

4         DOES ANYONE HERE READ, YOU KNOW, PUBLICATIONS, MAGAZINES

5    AND STUFF THAT DEAL WITH COMPUTERS AND TABLETS AND IPHONES?

6              ALL RIGHT.  LET'S SEE.  AGAIN, I APOLOGIZE.  IN FACT --

7              PROSPECTIVE JUROR:  BRENT NASEATH, NUMBER 28.

8              MR. PRICE:  THANKS.  SO WHAT DO YOU READ?

9              PROSPECTIVE JUROR:  "POPULAR MECHANICS," "POPULAR

10   SCIENCE," OCCASIONALLY "P.C. MAGAZINE," THAT TYPE OF THING.

11   "DISCOVER MAGAZINE" HAS ARTICLES ON IT EVERY SO OFTEN.

12             MR. PRICE:  SO THESE MAGAZINES COVER A RANGE OF

13   PRODUCTS?

14             PROSPECTIVE JUROR:  UM-HUM.

15             MR. PRICE:  ANYBODY ELSE?  ANYBODY -- OH, HERE WE GO.

16             PROSPECTIVE JUROR:  I READ "MAC WORLD" BECAUSE I HAVE

17   A MAC AT HOME.  I HAVE TO USE IT PROFESSIONALLY AT WORK ALSO.

18   AS I SAID BEFORE, MY COMPANY DOES TESTING IN IT, SO I HAVE TO

19   KIND OF KNOW PROFESSIONALLY WHAT'S GOING OUT.  I HAVE TO BE

20   AWARE OF STANDARDS.

21             MR. PRICE:  AND I WANTED TO ASK YOU, WHEN WE WERE

22   ASKING QUESTIONS EARLIER TO THE ENTIRE GROUP, I THOUGHT WHEN

23   THERE WAS A QUESTION ABOUT APPLE STOCK THAT YOU MIGHT HAVE

24   RAISED YOUR HAND AND THERE NOT BEEN ANY FOLLOW UP.  WAS --

25             PROSPECTIVE JUROR:  I DON'T -- IF THERE'S ANY STOCK,
```

1        I WOULDN'T KNOW IT.  IT'S THESE MUTUAL FUNDS, 401(K)'S, AND

2     THERE MIGHT BE ONE.  LIKE EVERYBODY, I WOULDN'T KNOW.

3               MR. PRICE:  AND YOU MENTIONED, MR. DE MOL, THAT

4     YOU -- THAT BOTH APPLE AND SAMSUNG HAD BEEN CUSTOMERS OF YOUR

5     COMPANY, AND LET ME ASK YOU ABOUT YOUR PERSONAL EXPERIENCE.

6          HAVE YOU DONE WORK LIKE AT APPLE'S CAMPUS?

7               PROSPECTIVE JUROR:  YES.

8               MR. PRICE:  OKAY.  AND, LIKE, HOW OFTEN HAVE YOU DONE

9     THAT?

10              PROSPECTIVE JUROR:  IT'S IN LITTLE DIFFERENT

11    ENVIRONMENT IN THAT MY COMPANY HAS A ROOM ON THE APPLE CAMPUS,

12    WHICH IS A VENDOR ROOM --

13              MR. PRICE:  UM-HUM.

14              PROSPECTIVE JUROR:  -- WHERE WE WORK DOING TESTING OF

15    PRODUCTS.  BUT WE DO NOT NECESSARILY WORK IN CLOSE COOPERATION

16    WITH APPLE ENGINEERS.

17              MR. PRICE:  OKAY.

18              PROSPECTIVE JUROR:  THEY WILL GIVE US STUFF, WE WILL

19    DO THE TESTING AND SEE IF WE FOLLOW THEIR GOLD STANDARDS.  IF

20    OUR PRODUCTS ARE GOOD FOR THEM, AND THEN IT CONTINUES ON AND IT

21    MIGHT GO INTO MANUFACTURING.

22              MR. PRICE:  OKAY.  NOW, DO YOU -- I'M SORRY.  HAVE

23    YOU DONE THE SAME THING WITH SAMSUNG?  ARE YOU ON THEIR --

24              PROSPECTIVE JUROR:  NO, I HAVE NOT PERSONALLY DONE

25    THAT.  WE HAVE OTHER TEAMS THAT WORK IN KOREA ON THAT.

1             MR. PRICE:  OKAY.  SO PERSONALLY, THEN, YOU'VE DONE

2     MORE WORK WITH APPLE?

3             PROSPECTIVE JUROR:  YES.  BECAUSE OF MY LOCATION IS

4     HERE AND APPLE IS HERE.

5             MR. PRICE:  YEAH.  AND SO HOW FREQUENTLY, THEN, ARE

6     YOU ACTUALLY WORKING ON THE APPLE CAMPUS?

7             PROSPECTIVE JUROR:  I HAVE NOT BEEN ON THE APPLE

8     CAMPUS FOR SEVERAL MONTHS NOW, AND I'VE BEEN THERE PROBABLY A

9     TOTAL ON CAMPUS OF, LIKE, TEN DAYS.

10             MR. PRICE:  AND WHAT TIME FRAME?

11             PROSPECTIVE JUROR:  OVER A YEAR.

12             MR. PRICE:  OVER A YEAR.

13             PROSPECTIVE JUROR:  YEAH.

14             MR. PRICE:  OKAY.  BEFORE THEN, WERE YOU WORKING ON

15     APPLE'S CAMPUS?

16             PROSPECTIVE JUROR:  NO.  I WAS WORKING ON TOTALLY

17     DIFFERENT PRODUCTS.

18             MR. PRICE:  YOU SAID THAT YOU HAD VISITED, I THINK,

19     SHENZHEN --

20             PROSPECTIVE JUROR:  YEAH.

21             MR. PRICE:  -- CHINA, AND THAT'S WHERE APPLE'S,

22     THERE'S AN APPLE MANUFACTURING FACILITY?

23             PROSPECTIVE JUROR:  YEAH.  FOXCONN.

24             MR. PRICE:  FOXCONN.  IN THIS CASE, THERE MAY BE

25     ACTUALLY SOME TESTIMONY ABOUT FOXCONN.  DO YOU HAVE ANY

1        INDEPENDENT KNOWLEDGE OF ITS CAPACITY?

2             PROSPECTIVE JUROR:  NO.

3             MR. PRICE:  ANYTHING AT ALL ABOUT IT?

4             PROSPECTIVE JUROR:  WELL, OBVIOUSLY I'VE SEEN THE

5    FACTORY AND I KNOW IT'S REALLY BIG.

6             MR. PRICE:  YES.

7             PROSPECTIVE JUROR:  BUT I AM NOT PRIVY TO ANY

8    ACCOUNTING NUMBERS, PRODUCTION.  I HAVE NOT -- WE ARE NOT

9    ALLOWED TO SEE THE LINES.  AGAIN, OVER THERE WE ARE IN WHAT'S

10   CALL THE VENDOR ROOM AND WE ARE KIND OF LOCKED UP IN THERE AND

11   WE ARE NOT ALLOWED TO WANDER AROUND AND IT'S ALL VERY, VERY

12   CONTROLLED.

13            MR. PRICE:  OKAY.

14        LET ME ASK SOME SPECIFIC QUESTIONS NOW ACTUALLY IF I CAN.

15            MR. GOLDMAN-HALL, IF I CAN ASK YOU SOME QUESTIONS, AND YOU

16   PROBABLY KNOW WHY I'LL ASK YOU SOME QUESTIONS.

17        FIRST OF ALL, YOU'RE A THERAPIST AND HAVE BEEN A THERAPIST

18   FOR A WHILE.

19            PROSPECTIVE JUROR:  35 YEARS.

20            MR. PRICE:  SO YOU PROBABLY HAVE GOT FAIRLY GOOD

21   EMPATHY SKILLS.

22            PROSPECTIVE JUROR:  I HOPE SO.

23            MR. PRICE:  SO I WANT TO ASK YOU, YOU SAID DURING THE

24   QUESTIONING BY HER HONOR THAT YOU TALKED ABOUT YOUR COUSIN WHO

25   HAD A BAD EXPERIENCE WITH SAMSUNG.

```
 1              PROSPECTIVE JUROR:  YEAH.

 2              MR. PRICE:  AND DURING THAT EXPERIENCE THAT HE WAS

 3      HAVING, I MEAN, WERE YOU SORT OF, WITHOUT CHARGING HIM, ACTING

 4      AS A THERAPIST, A CONSOLER?

 5              PROSPECTIVE JUROR:  A SHOULDER TO CRY ON, A GOOD

 6      LISTENER, YEAH.  I'M VERY CLOSE TO MY COUSIN DANNY.

 7              MR. PRICE:  AND YOU MENTIONED, I THINK, THAT YOU

 8      MIGHT BE, I THINK YOUR PHRASE WAS "A LITTLE BIT BIASED."

 9              PROSPECTIVE JUROR:  I DON'T KNOW IF I SAID THAT.  I

10      MEAN, ALL I KNOW IS HIS EXPERIENCE --

11              MR. PRICE:  UM-HUM.

12              PROSPECTIVE JUROR:  -- AS AN ENGINEER THERE AND

13      FEELING LIKE HE WAS TREATED VERY POORLY.

14              MR. PRICE:  WELL, GIVEN WHAT YOU KNOW -- AND I DON'T

15      WANT TO GET INTO THE DETAILS -- GIVEN WHAT YOU KNOW, WHEN THIS

16      CASE STARTS, DO YOU THINK, IN YOUR MIND, SAMSUNG MIGHT BE A

17      LITTLE BIT BEHIND WHERE APPLE IS BECAUSE OF YOUR FEELINGS ABOUT

18      WHAT HAPPENED WITH YOUR COUSIN?

19              PROSPECTIVE JUROR:  I DON'T THINK SO.  I MEAN,

20      IT'S -- THAT'S NOT -- I'M NOT AWARE OF THAT, NO.

21              MR. PRICE:  SO YOU WILL PUT WHATEVER HAPPENED THERE

22      ASIDE AND TRY TO FOCUS ON BEING FAIR AND LOOKING AT THE

23      EVIDENCE IN THIS CASE?

24              PROSPECTIVE JUROR:  YES.

25              MR. PRICE:  TO SEE WHETHER OR NOT -- HOW MUCH SAMSUNG
```

1    SHOULD PAY APPLE; CORRECT?

2          PROSPECTIVE JUROR:  YES.

3          MR. PRICE:  LET ME ASK YOU GENERALLY, HER HONOR ASKED

4    YOU FOLKS ABOUT WHETHER OR NOT THE RECENT ECONOMIC DOWNTURN HAD

5    AFFECTED YOU, AND THERE WERE A FEW PEOPLE WHO SAID YES.

6          IS THERE ANYONE HERE WHO, YOU KNOW, IS SORT OF IRKED BY

7    OUTSOURCING, THAT IS, THE OUTSOURCING OF JOBS FROM THE

8    UNITED STATES TO SOME OTHER PLACE?

9          COULD YOU TELL US, SIR, WHAT YOUR FEELINGS ARE ABOUT THAT?

10          PROSPECTIVE JUROR:  WELL, I'VE BEEN PART OF IT AND

11   WITNESSED IT OVER THE LAST 30 YEARS.  THERE'S A MOVIE OUT,

12   "DEATH BY CHINA," THAT I THINK IS PRETTY ACCURATE ON WHAT ITS

13   DOING TO OUR COUNTRY, AND I'M NOT REALLY PLEASED WITH SOME OF

14   THE MULTINATIONAL COMPANIES AND THE GOVERNMENT SUPPORTED THAT

15   TO MOVE OUR INDUSTRIES OFFSHORE AND MOVE THE DESIGN TECHNOLOGY

16   OFFSHORE WITH IT AND GIVE IT TO THE CHINESE WHO ARE, YOU KNOW,

17   TURNED AROUND AND THEN THEY'RE PRODUCING BOEING AIRPLANES AND

18   COMPETING WITH US.

19          MR. PRICE:  LET'S SEE.  THERE WAS A --

20          PROSPECTIVE JUROR:  SAME QUESTION?

21          MR. PRICE:  YEAH, SAME QUESTION.

22          PROSPECTIVE JUROR:  I -- BEYOND MY SOCIAL WORK

23   BACKGROUND, I GREW UP UNION.  MY WHOLE BACKGROUND IS MY DAD WAS

24   A PRINTER AND MY GRANDFATHER WAS A BARBER AND I KIND OF GREW UP

25   WITH JUST BELIEVING IN AMERICAN WORKMANSHIP AND KEEPING JOBS

1    HERE, AND, YEAH, I HAVE A HUGE PROBLEM WITH OUTSOURCING.

2            MR. PRICE:  LET ME ASK YOU -- AND AGAIN, I'M DOING MY

3    SPINNING -- WOULD ANYONE ELSE HOLD UP THEIR HAND?  OH, WOW.

4    OKAY.

5            PROSPECTIVE JUROR:  YES.  I WORK FOR ELECTRONIC

6    COMPANY BACK IN TAIWAN AND SO I KNOW LIKE DELL OR SOME SORT OF

7    HIGH END COMPUTER COMPANY, THEY OUTSOURCE THEIR DESIGN TO

8    TAIWAN OR CHINA TO DESIGN THEIR PRINT CIRCUIT BOARD OR ANY KIND

9    OF PRODUCT.

10           MR. PRICE:  UM-HUM.  AND THAT'S SOMETHING WHICH KIND

11   OF IRKS YOU, OR THAT YOU'RE UNHAPPY ABOUT?

12           PROSPECTIVE JUROR:  NO.

13           MR. PRICE:  YOU JUST HAD THAT EXPERIENCE?

14           PROSPECTIVE JUROR:  YES.

15           MR. PRICE:  ANYONE ELSE THAT THAT WAS A PROBLEM WITH,

16   THAT IRKS THEM?

17           PROSPECTIVE JUROR:  IT IRKS ME.  HE SAID IT WELL.

18           MR. PRICE:  OKAY.  LET ME ASK YOU, OBVIOUSLY SAMSUNG

19   IS A COMPANY THAT'S NOT BASED IN THE UNITED STATES.  I MEAN,

20   YOU KNOW, WE HAVE FACILITIES HERE, YOU KNOW, ONE ON NORTH FIRST

21   STREET.

22       IS SAMSUNG GOING TO BE DISADVANTAGED?  DO ANY OF YOU THING

23   THAT IT'S DISADVANTAGED IN THIS TRIAL BECAUSE IT'S NOT AN

24   AMERICAN COMPANY LIKE APPLE IS?  DOES ANYONE THINK THAT THEY

25   MIGHT HAVE AN ISSUE OR A PROBLEM JUDGING FAIRLY A COMPANY WHICH

1      IS BASED IN KOREA?

2              THE COURT:  YOUR TIME IS UP.  IT'S 5:01.

3              MR. PRICE:  OKAY.  IS TIME UP?

4              THE COURT:  TIME IS UP.  YOU STARTED AT 4:14.

5      SIXTEEN MINUTES.

6              MR. PRICE:  OKAY.  I WAS STANDING BETWEEN YOU AND

7      GETTING OUT OF HERE, SO I'LL SIT DOWN.  THANK YOU VERY MUCH.

8              THE COURT:  DID YOU GET AN ANSWER?  I'LL LET YOU GET

9      AN ANSWER TO YOUR LAST QUESTION.  DID ANYONE ANSWER YES TO THAT

10     LAST QUESTION?

11             MR. PRICE:  I DON'T THINK ANYONE ANSWERED YES.

12             THE COURT:  OKAY.  THE RECORD SHOULD REFLECT NO HANDS

13     HAVE BEEN RAISED.

14             MR. PRICE:  I DON'T THINK SO.  THANKS.

15             THE COURT:  ALL RIGHT.  THANK YOU.

16         ALL RIGHT.  LET ME ASK, IS THERE ANYONE WHO FEELS THAT

17     THEY CANNOT BE A FAIR AND IMPARTIAL JUROR FOR ALL PARTIES IN

18     THIS CASE?  WOULD YOU PLEASE RAISE YOUR HAND?

19         OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

20     RAISED.

21         IS THERE ANYONE WHO WILL NOT FOLLOW MY INSTRUCTIONS ON THE

22     LAW?  PLEASE RAISE YOUR HAND.

23         THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN RAISED.

24         IS THERE ANYONE WHO WILL NOT LIMIT THEIR DECISION IN THIS

25     CASE TO THE EVIDENCE THAT'S ADMITTED DURING THIS TRIAL?  WOULD

```
 1        YOU PLEASE RAISE YOUR HAND?

 2             OKAY.  THE RECORD SHOULD REFLECT THAT NO HANDS HAVE BEEN

 3        RAISED.

 4             IS THERE ANYONE WHO WILL NOT SET ASIDE ANY LIKES,

 5        DISLIKES, PREJUDICES, OR SYMPATHIES IN THIS CASE IN RENDERING A

 6        VERDICT AS A JUROR?  WOULD YOU RAISE YOUR HAND?

 7             OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

 8        RAISED.

 9             IS THERE ANYONE WHOSE LIKES, DISLIKES, OPINIONS,

10        PREJUDICES, OR SYMPATHIES WOULD AFFECT YOUR ABILITY TO BE FAIR

11        AND IMPARTIAL IN THIS CASE IF YOU'RE SELECTED AS A JUROR?

12        PLEASE RAISE YOUR HAND.

13             OKAY.  THE RECORD SHOULD REFLECT NO HANDS HAVE BEEN

14        RAISED.

15             ALL RIGHT.  WHAT ARE THE CHALLENGES FOR CAUSE?

16             MR. LEE:  NONE FOR APPLE, YOUR HONOR.

17             THE COURT:  OKAY.  ANY OTHER CHALLENGES FOR CAUSE?

18             MR. PRICE:  YES, YOUR HONOR.  IF WE COULD DO IT AT

19        SIDE-BAR IF POSSIBLE?

20             THE COURT:  OKAY.

21             MR. PRICE:  IS THERE A SIDE-BAR?

22             THE COURT:  WE'LL JUST MEMORIALIZE IT ON THE RECORD

23        AFTERWARDS.  GO AHEAD.

24             MR. PRICE:  THAT'S FINE.

25             (DISCUSSION OFF THE RECORD AT SIDE-BAR.)
```

```
 1                THE COURT:  OKAY.  WOULD YOU PLEASE HAND THE SHEET,

 2     PLEASE, TO COUNSEL?

 3                THE CLERK:  YES.

 4                THE COURT:  ALL RIGHT.  WE'RE GOING TO ASK YOU TO

 5     REMAIN IN YOUR SEAT.  IF YOU WANT TO STAND, YOU CAN STAND.  BUT

 6     THE LAWYERS ARE NOW GOING TO TAKE SOME TIME TO GO THROUGH WHO

 7     THEY'D LIKE TO THANK AND EXCUSE, AND IT'S HELPFUL IF YOU STAY

 8     IN YOUR GENERAL AREA SO THEY CAN PUT A NAME WITH YOUR FACE AND

 9     ALL OF THEIR NOTES.

10         I'M GOING TO AT THIS TIME THANK AND EXCUSE ALL OF THE

11     JURORS WHO ARE IN THE BACK.  YOU ARE FREE TO LEAVE.  YOU HAVE

12     FULFILLED YOUR JURY DUTY.  I WANT TO THANK YOU VERY MUCH FOR

13     YOUR PATIENCE AND YOUR SERVICE TODAY.

14                THE CLERK:  MR. YOUNGER IS ON HIS WAY UP TO HAND THEM

15     THEIR CERTIFICATES SO THEY DON'T HAVE TO STOP ON THE SECOND

16     FLOOR.

17                THE COURT:  MR. YOUNGER IS ON HIS WAY UP AND HE WILL

18     HAND YOU YOUR CERTIFICATE BEFORE YOU LEAVE SO YOU DON'T HAVE TO

19     GO DOWNSTAIRS TO REPORT BACK TO HIM.  OKAY.  HE SHOULD BE

20     COMING IN IN JUST A MOMENT.

21         THANK YOU FOR YOUR SERVICE AND YOUR PATIENCE TODAY.

22         (PAUSE IN PROCEEDINGS.)

23                THE CLERK:  OKAY.  THE FOLLOWING JURORS HAVE BEEN

24     EXCUSED.  MS. SMITH.

25                PROSPECTIVE JUROR:  NO?
```

```
 1              THE CLERK:  NO.  YOU'RE OUT OF HERE.

 2         (LAUGHTER.)

 3              THE COURT:  THANK YOU FOR YOUR PATIENCE AND YOUR

 4    SERVICE.  MR. YOUNGER HAS YOUR CERTIFICATE SO YOU DON'T HAVE TO

 5    GO BACK TO THE SECOND FLOOR.  YOU CAN JUST LEAVE DIRECTLY FROM

 6    THE COURTROOM.  THANK YOU.

 7              THE CLERK:  MS. CABANAYAN ALSO; MR. DE MOL; MR. WONG;

 8    MS. KELLER; AND MR. LEVAY.

 9         SO OUR JURY IS MS. THOMAS; MR. GOLDMAN-HALL, IF YOU COULD

10    MOVE OVER INTO SEAT NUMBER 2; MS. ARMIJO, MOVE NEXT TO

11    MR. GOLDMAN-HALL; MR. SIGILLO; THEN MS. ALLEN, YOU CAN STAY

12    WHERE YOU ARE BECAUSE THERE'S ONLY GOING TO BE EIGHT OF YOU;

13    MS. ARMOR, IF YOU'D MOVER OVER NEXT TO HER; MS. CAYE.

14              PROSPECTIVE JUROR:  CAYE.

15              THE COURT:  AND MS. AGUILAR-BLAKE.

16         AND THE REST OF YOU ARE EXCUSED.

17              THE COURT:  NO, NO, NO.  SWEAT THEM IN FIRST.

18              THE CLERK:  THAT'S RIGHT.

19              THE COURT:  SWEAR THEM IN FIRST.

20              THE CLERK:  OKAY.

21         SO I'LL LET YOU GET SITUATED.

22         WOULD THE EIGHT OF YOU STAND AND RAISE YOUR RIGHT HANDS,

23    PLEASE?

24         (JURY PANEL SWORN. )

25              PROSPECTIVE JURORS:  I DO.
```

```
 1              THE CLERK:  THANK YOU.

 2              THE COURT:  OKAY.  NOW I'M GOING TO THANK AND EXCUSE

 3     ALL OF YOU VERY MUCH FOR YOUR PATIENCE ALL DAY.  YOU HAVE

 4     FULFILLED YOUR JURY DUTY AND MR. YOUNGER HAS YOUR CERTIFICATES.

 5     THANK YOU VERY, VERY MUCH.

 6              ALL RIGHT.  I'M -- THANK YOU TO ALL OF YOU.

 7              NOW, I'M GOING TO GO AHEAD AND JUST REMIND OUR -- I WILL

 8     TELL YOU THAT TOMORROW MORNING YOU'LL COME BACK AT 9:00

 9     O'CLOCK.  WHEN YOU GO THROUGH THE METAL DETECTORS, IF YOU COULD

10     JUST LET THE COURT SECURITY OFFICERS KNOW THAT YOU'RE A JUROR

11     IN THIS CASE, THEN THEY WILL MAKE SURE THAT SOMEONE COMES UP

12     HERE, AND IF YOU WOULD BUZZ --

13              WHAT DOOR SHOULD THEY BUZZ TO GET IN?

14              THE CLERK:  THERE'S A BUZZER AT THE DESK THERE THAT

15     THE CSO WILL LET THEM IN.  AND I'LL TAKE THEM IN --

16              THE COURT:  SO MS. PARKER BROWN IS GOING TO SHOW YOU

17     HOW TO GET IN AND OUT THROUGH THE DOOR IN BETWEEN THE ELEVATOR

18     BANKS, BUT THERE WILL BE A COURT SECURITY OFFICER SITTING AT

19     THE DESK NEXT TO THAT, OR ACROSS FROM THAT DOOR, AND THEY WILL

20     BUZZ YOU IN.

21              SO YOU CAN COME INTO THIS JURY ROOM THAT'S ATTACHED TO

22     THIS COURTROOM, AND THIS IS WHERE YOU WILL ASSEMBLE EVERY DAY

23     BEFORE WE BEGIN AGAIN.

24              MS. PARKER BROWN IS GOING TO GIVE YOU YOUR JUROR BADGES

25     AND GIVE YOU OTHER INFORMATION.
```

1     I'M GOING TO EXCUSE YOU NOW, BUT BEFORE I DO THAT, I JUST

2  WANT TO REMIND YOU AGAIN -- OH, PLEASE TAKE A SEAT -- THAT YOU

3  MUST NOT COMMUNICATE WITH ANYONE IN ANY WAY ABOUT THIS CASE,

4  THESE PARTIES, THESE PRODUCTS.  DON'T EVEN TELL PEOPLE WHAT

5  KIND OF PHONE YOU HAVE, WHAT KIND OF TABLET, ALTHOUGH NOW

6  EVERYONE KNOWS.  BUT JUST DON'T COMMUNICATE WITH ANYONE ABOUT

7  ANYTHING RELATED TO THIS CASE.

8     I KNOW IT'S CONTRARY TO HUMAN NATURE TO DO THAT, BUT

9  PLEASE DON'T DO ANY RESEARCH TONIGHT.

10     AS I SAID, STAY AWAY FROM ANY NEWS ABOUT THIS CASE.  OUR

11  LIBRARIAN IS PUTTING TOGETHER AND WILL PUT TOGETHER A VERY NICE

12  SCRAPBOOK FOR YOU WHICH YOU WILL HAVE AT THE END OF THE CASE.

13  YOU CAN SEE EVERYTHING.

14     BUT I'M INSTRUCTING YOU, DO NOT DO ANY RESEARCH.

15     NOW, YOU CAN TELL YOUR EMPLOYERS, YOUR FAMILY MEMBERS THAT

16  YOU'VE BEEN SELECTED AS A JUROR IN THIS CASE, BUT NOTHING ELSE.

17     AND PEOPLE MAY WANT TO GIVE YOU AN EARFUL ABOUT WHAT THEIR

18  OPINION IS ABOUT THIS CASE AS SOON AS THEY KNOW THAT YOU'RE A

19  JUROR, BUT I AM INSTRUCTING YOU, YOU MUST TELL THEM THAT YOU

20  CANNOT HEAR AND HAVE ANY COMMUNICATION ABOUT THIS CASE AT ALL.

21  AS LONG AS THEY'RE WILLING TO WAIT HOWEVER LONG AFTER THIS CASE

22  IS RESOLVED, THEN YOU CAN HAVE WHATEVER CONVERSATIONS YOU WANT.

23  BUT WHILE YOU ARE A JUROR IN THIS CASE, YOU CANNOT COMMUNICATE

24  ABOUT THE CASE.

25     MR. SIGILLO?

```
 1              JUROR:  CAN WE TELL THE NAME OF THE COMPANIES

 2    INVOLVED OR WE CAN'T SAY THAT, EITHER?

 3              THE COURT:  NO.  YOU CAN SAY THAT YOU'RE A JUROR IN

 4    THE APPLE V. SAMSUNG CASE --

 5              JUROR:  THANK YOU.

 6              THE COURT:  -- BUT THAT YOU CANNOT SAY ANYTHING MORE.

 7    AND NO ONE, INCLUDING YOUR SPOUSE, YOUR CHILDREN SHOULD SAY

 8    ANYTHING TO YOU ABOUT THIS CASE AND THAT YOU'VE BEEN ORDERED BY

 9    A REALLY RIGID JUDGE THAT YOU CANNOT DO THAT, OKAY?  PLEASE.

10    OKAY.

11         MR. GOLDMAN-HALL?

12              JUROR:  CAN WE EXPECT TO BE -- WHAT TIME DO WE GET

13    OUT IN THE EVENING?

14              THE COURT:  WE'LL GET OUT AT 4:30.  TODAY I JUST

15    DECIDED THAT IT WAS A BETTER CALL TO GET 60 PEOPLE DONE AND

16    PICK OUR JURY OF EIGHT RATHER THAN THEY WOULD ALL HAVE TO COME

17    BACK.

18              PROSPECTIVE JUROR:  I TEACH AN EVENING CLASS, SO

19    WE'RE GOOD TO GO.

20              THE COURT:  FROM NOW ON, EVERY DAY, EVEN IF YOU WANT

21    TO DELIBERATE PAST 4:30, I'M GOING TO SAY NO.  IT'S 9:00 TO

22    4:30.  ALL RIGHT?  TODAY WAS AN EXCEPTION.

23         THANK YOU VERY MUCH FOUR YOUR PATIENCE AND YOUR SERVICE.

24    WE'LL SEE YOU BACK TOMORROW AT 9:00 O'CLOCK.

25              THE CLERK:  AND FOLLOW ME.
```

1          (JURY OUT AT 5:26 P.M.)

2              THE COURT:  ALL RIGHT.  PLEASE TAKE A SEAT.  WE HAVE

3      A COUPLE OF MATTERS TO HANDLE.

4          I FIRST WANT THE PARTIES TO RETURN YOUR RANDOMIZED AND

5      ALPHABETIZED JUROR LISTS TO MR. SWARUUP, PLEASE.  WE'LL COLLECT

6      BOTH OF THEM.  OH, IF YOU'VE MADE ANY PHOTOCOPIES, I NEED THAT

7      RETURNED AS WELL, PLEASE.

8          OKAY.  LET ME MEMORIALIZE THE SIDE-BAR.  AT THE SIDE-BAR

9      MR. PRICE CHALLENGED THREE JURORS FOR CAUSE.  ONE WAS

10     MR. DE MOL BECAUSE OF HIS WORKING RELATIONSHIP WITH APPLE ON

11     APPLE'S CAMPUS; TWO WAS MS. SMITH BECAUSE TEN YEARS AGO SHE

12     WORKED FOR APPLE AND SHE HAS 100 SHARES IN APPLE WHICH

13     MR. PRICE ESTIMATES IS WORTH $150,000.

14         IS THAT CORRECT, MR. PRICE?

15             MR. PRICE:  YES, YOUR HONOR.

16             THE COURT:  AND THEN THIRD WAS MR. GOLDMAN-HALL

17     BECAUSE OF HIS COUSIN'S NEGATIVE EXPERIENCE OF BEING TERMINATED

18     FROM SAMSUNG.

19             MR. PRICE:  YOUR HONOR, I'M SORRY.  IT WAS 300

20     SHARES, JUST FOR THE RECORD, NOT --

21             THE COURT:  300 SHARES FOR $500 A SHARE.

22             MR. PRICE:  YES.

23             THE COURT:  ALL RIGHT.  IN ADDITION, THE LAWYERS

24     REQUESTED THAT BOTH PARTIES, IF THEY BOTH PASS ON A PEREMPTORY

25     CHALLENGE, THEN THE JURY IS CONSTITUTED.

1        ALL RIGHT.  IS THAT CORRECT AS TO WHAT YOUR CHALLENGES FOR

2   CAUSE WERE, MR. PRICE?

3            MR. PRICE:  YES, IT IS, YOUR HONOR.

4            THE COURT:  OKAY.  AND IT WAS CORRECT AS TO THE

5   PROCESS THAT BOTH PARTIES WANTED, WHICH ACTUALLY ULTIMATELY

6   ENDED UP NOT -- ENDED UP BEING MOOT BECAUSE BOTH SIDES

7   EXERCISED ALL THREE PEREMPTORIES THAT YOU HAD.

8        OKAY.  I DENIED THE CAUSE CHALLENGES, AND LET ME JUST GO

9   THROUGH ALL THE REASONS, OKAY?

10       SO FOR MR. DE MOL, HE HAS A NEIGHBOR AND CLOSE FRIEND

11   WHO'S DIRECTOR OF ANDROID MARKETING; HE HAS OTHER FRIENDS, TWO

12   FRIENDS I BELIEVE, WHO WORKED FOR GOOGLE, FOR LITIGATION

13   SERVICES FOR BELGIUM; SAMSUNG IS ONE OF HIS EMPLOYER'S CLIENTS,

14   AS IS APPLE; AND WHEN HE IS ON APPLE'S CAMPUS, HE'S JUST IN A

15   VENDOR ROOM.  HE'S NOT ACTUALLY MIXING WITH THE APPLE EMPLOYEES

16   ON APPLE'S MORE PROPRIETARY CAMPUS.

17       WHEN HE WAS ASKED ABOUT THE DAMAGES VERDICT, HE SAID HE

18   DIDN'T KNOW WHETHER IT WAS RIGHT OR WRONG, AND HE DID

19   REPEATEDLY AND CREDIBLY SAY THAT HE COULD BE FAIR AND

20   IMPARTIAL.

21       WITH REGARD TO MS. SMITH, SHE SAID THAT FROM READING THE

22   YAHOO NEWS FEED, SHE THOUGHT THAT APPLE WAS GOING TO LOSE ITS

23   LITIGATION AGAINST SAMSUNG; SHE REPEATEDLY SAID SHE WOULD NOT

24   BE BIASED; SHE ALSO THOUGHT SHE OWNED GOOGLE STOCK IN ADDITION

25   TO APPLE STOCK; AND SHE DID NOT WORK IN THE APPLE STORE FOR

1    OVER TEN YEARS.

2         SHE ALSO REPEATEDLY AND CREDIBLY SAID THAT SHE WOULD BE

3    FAIR.

4         WITH REGARD TO MR. GOLDMAN-HALL, HE ALSO CREDIBLY AND

5    REPEATEDLY SAID THAT HE WOULD FOLLOW INSTRUCTIONS; THAT HE

6    WOULD BE FAIR; HE WOULD FOCUS ONLY ON THE EVIDENCE IN THE CASE;

7    THAT SAMSUNG WOULD NOT BE BEHIND BECAUSE OF HIS COUSIN'S

8    EXPERIENCE; HE OWNS SAMSUNG TV'S, OR AT LEAST OWNS A SAMSUNG

9    TV.

10        AND ON THAT BASIS, THE CAUSE CHALLENGES WERE DENIED AND

11   THAT'S THE RECORD FOR THAT.

12        NOW, LET ME ASK, WITH REGARD TO ENTERING THE COURTROOM

13   TOMORROW, SO WE HAVE ANOTHER JURY -- WELL, JUDGE DAVILA DID

14   SELECT HIS JURY, HE HAS EIGHT JURORS IN A CIVIL CASE, SO THAT

15   JURY HAS BEEN SELECTED, HE'S ALREADY DONE OPENINGS AND GONE

16   THROUGH ONE WITNESS.

17        NOW, WE HAVE 90 OTHER JURORS COMING FOR SOMETHING ELSE

18   TOMORROW MORNING AT 8:00 O'CLOCK, SO I WANTED TO ASK THE

19   PARTIES, I UNDERSTAND THAT YOU'RE TRYING TO GET 35 BOXES IN

20   THROUGH THE METAL DETECTORS EVERY DAY.  IS THAT RIGHT?  DO YOU

21   NEED TO COME IN BEFORE 7:15?  OR DO YOU NEED THE COURTHOUSE TO

22   BE OPENED AT 7:15 INSTEAD OF 7:30?  WHAT DO YOU NEED?

23             MS. MAROULIS:  YOUR HONOR, IT WOULD BE HELPFUL IF WE

24    COULD GET IN BEFORE THEN.

25             THE COURT:  AT 7:15?  OKAY.  THEN I'M ISSUING AN

```
 1          ORDER -- IS THAT SOMETHING THAT YOU NEED EVERY DAY?

 2                    MS. MAROULIS:  THAT WOULD BE GREAT, YOUR HONOR.

 3                    THE COURT:  OKAY.  MS. PULI, CAN WE DO THAT EVERY

 4     DAY?

 5                    MS. PULI:  EVERY DAY THROUGH NEXT WEEK UNTIL THE

 6     TRIAL IS DONE?  IS THAT RIGHT?

 7                    THE COURT:  WILL YOU NEED IT FOR CLOSINGS?  YOU WON'T

 8     NEED IT FOR JURY DELIBERATION, CORRECT?

 9                    MS. MAROULIS:  NO, JUST FOR THE WITNESS TESTIMONY.

10                    THE COURT:  JUST FOR WITNESS TESTIMONY, SO NOT FOR

11     CLOSINGS AND NOT FOR DELIBERATION.

12          SO IT WOULD DEFINITELY BE EVERY DAY THIS WEEK, AND

13     POTENTIALLY ONE OR TWO DAYS NEXT WEEK.  WHY DON'T I JUST SAY

14     THAT UNTIL THE JURY BEGINS DELIBERATING, EVERY DAY I'M ORDING

15     THAT THE COURTHOUSE BE OPENED AT 7:15 SO THE PARTIES CAN GET

16     THEIR 35 BOXES THROUGH --

17                    MS. PULI:  OKAY.

18                    THE COURT:  -- SECURITY.

19                    MS. PULI:  YES, YOUR HONOR.

20                    THE COURT:  OKAY.  THANK YOU.

21          ONE LAST QUESTION.  WITH REGARD TO THE EVIDENTIARY

22     OBJECTIONS YOU FILED TODAY, THERE WERE NO MOTIONS TO SEAL.  IS

23     THAT CORRECT?  YOU'RE NOT SEEKING TO SEAL ANY OF YOUR --

24                    MS. MAROULIS:  NONE FOR SAMSUNG, YOUR HONOR.

25                    THE COURT:  OKAY.  WHAT ABOUT FOR APPLE?  WE DID NOT
```

1    SEE ANY.  I JUST WANT TO CONFIRM.

2            MR. LEE:  I DON'T BELIEVE THERE ARE ANY, YOUR HONOR,

3    BUT I'LL DOUBLE CHECK QUICKLY.

4            THE COURT:  OKAY.  GO AHEAD, PLEASE.

5        (PAUSE IN PROCEEDINGS.)

6            MR. LEE:  THAT'S CORRECT, YOUR HONOR.

7            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

8        ALL RIGHT.  SO TONIGHT WE'RE GOING TO FILE THE FULL ORDER

9    ON SAMSUNG'S EMERGENCY MOTION, WHICH I GRANTED LAST NIGHT.

10   WE'LL ALSO FILE THE OBJECTIONS -- THE OBJECTION RESPONSES FOR

11   YESTERDAY.  WE'LL GET AS FAR AS WE CAN FOR THE OBJECTIONS YOU

12   FILED TODAY.

13       TOMORROW MORNING -- OH, ALSO TONIGHT I WILL REFILE THE

14   PRELIMINARY JURY INSTRUCTIONS, ADDING THE SEALING INSTRUCTION

15   THAT YOU HAVE STIPULATED TO AT THE END.

16       AND AFTER WE FILE THAT, WOULD YOU PLEASE INCLUDE THAT

17   VERSION IN THE JURY BINDERS.  OKAY?

18       AND THEN THE JURY BINDERS, YOU'RE ALSO GOING TO CHANGE IT

19   THAT WE WILL HAVE DELIBERATIONS ON THE 20TH.  OKAY?  SO IF YOU

20   WOULD PLEASE BRING THOSE NEW JURY BINDERS BACK TOMORROW

21   MORNING?

22       WHEN WOULD YOU LIKE TO GET TOGETHER, 8:30 OR 8:45?

23           MR. LEE:  8:45 IS FINE, YOUR HONOR.

24           THE COURT:  OKAY.  8:45.  AND IF YOU WOULD PLEASE

25    GIVE US FIVE COPIES OF THE REVISED JURY BINDERS, OKAY,

1    INCLUDING THE NEW PRELIMINARY JURY INSTRUCTIONS WHICH WE WILL

2    FILE A CLEAN AND ANNOTATED VERSION TONIGHT?

3         OKAY.  ANYTHING ELSE FOR TODAY?

4              MR. LEE:  NOTHING FOR APPLE, YOUR HONOR.

5              THE CLERK:  I NEED TO GET ALL THE COPIES OF THE JURY

6    LISTS BACK.

7              MS. MAROULIS:  NOTHING FOR SAMSUNG.

8              MR. SWARUUP:  I GOT THOSE.

9              THE COURT:  YOU DID?  TEN FROM EACH SIDE?

10             MR. SWARUUP:  I DIDN'T COUNT.

11             THE CLERK:  THERE SHOULD BE FIVE ALPHABETICAL AND

12   FIVE SCRAMBLED.

13             THE COURT:  ANYONE STILL HAVE A LIST THAT'S

14   OUTSTANDING?  I THINK THERE'S ONE MORE.

15             THE CLERK:  OH, THERE'S ONE.

16             THE COURT:  DO WE HAVE THE TEN OR NO?  ANYONE ELSE

17   HAVE EITHER A RANDOMIZED OR AN ALPHABETIZED LIST?

18             MR. SWARUUP:  I HAVE 20.

19             THE COURT:  OKAY, GREAT.  THANK YOU ALL.  WE'LL SEE

20   YOU AT 8:45 TOMORROW MORNING.

21             MR. LEE:  THANK YOU, YOUR HONOR.

22             THE COURT:  THANK YOU.

23        (THE EVENING RECESS WAS TAKEN AT 5:35 P.M.)

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     LEE-ANNE SHORTRIDGE, CSR, CRR
17   CERTIFICATE NUMBER 9595

18        DATED:  NOVEMBER 13, 2013

19

20

21

22

23

24

25