| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the exhibits to Apple's Officer of Proof Regarding Expected Testimony of Julie Davis Regarding Apple's Lost Profits Absent the Court's Order Regarding Design-Around State Dates:

1. Exhibit A to the Declaration of Erik J. Olson ("Olson Declaration") (PX25D)
2. Exhibit B to the Olson Declaration (PX25E)

As detailed in the Declaration of Mark D. Selwyn Regarding Apple's Administrative Motion to File Documents Under Seal ("Selwyn Declaration"), the above exhibits contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Apple pursuant to the Protective Order entered in this case. Such confidential information has been indicated in the Selwyn Declaration.

Pursuant to General Order No. 62, the complete, unredacted version of these documents will be filed under seal and served upon Samsung.

Pursuant to Civil L.R. 7-11, Apple's counsel contacted Samsung's counsel regarding this motion. Samsung's counsel has not yet responded regarding whether any page of either exhibit could be filed publicly. Apple expects Samsung may file a declaration in support of sealing its confidential information.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

1. Exhibit A to the Declaration of Erik J. Olson ("Olson Declaration") (PX25D)
2. Exhibit B to the Olson Declaration (PX25E)

Dated: November 14, 2013                    MORRISON & FOERSTER LLP

                                            By: */s/ Harold J. McElhinny*
                                                HAROLD J. McELHINNY

                                                Attorneys for Plaintiff
                                                APPLE INC.