1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (APPLE'S OFFER OF PROOF)** |

1     By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2 has moved to file under seal the following documents:
3     2.    Exhibit A to the Declaration of Erik J. Olson summarizing Apple's damages
4 calculation that include confidential financial and manufacturing capacity information: PX25D.
5     3.    Exhibit B to the Declaration of Erik J. Olson summarizing Apple's damages
6 calculation that include confidential financial and manufacturing capacity information: PX25E
7     IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
8 trial exhibits shall be filed under seal:

| Exhibit No. | Portion to be Sealed |
| --- | --- |
| Exhibit A: PX25D | Entire Document |
| Exhibit B: PX25E | Entire Document |

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                        Hon. Lucy H. Koh
                                        United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL                                              1
11-CV-01846-LHK (PSG
sf-3354970