| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com | HALE AND DORR LLP |
| ERIK J. OLSON (CA SBN 175815) | 60 State Street |
| ejolson@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| Attorneys for Plaintiff and | 950 Page Mill Road |
| Counterclaim-Defendant APPLE INC. | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S OFFER OF PROOF REGARDING EXPECTED TESTIMONY OF JULIE DAVIS REGARDING APPLE'S LOST PROFITS ABSENT THE COURT'S ORDER REGARDING DESIGN-AROUND START DATES**<br><br>Judge:  Hon. Lucy H. Koh<br>Place:  Courtroom 8, 4th Floor<br>Trial:  November 12, 2013 at 9 a.m. |

I, Erik J. Olson, declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I make this declaration based on personal knowledge in support of Apple's Offer of Proof Regarding Expected Testimony of Julie Davis Regarding Apple's Lost Profits Absent the Court's Order Regarding Design-Around Start Dates.

2. Attached hereto as **Exhibit A** is a true and correct copy of Apple's proposed trial exhibit PX25D.

3. Attached hereto as **Exhibit B** is a true and correct copy of Apple's proposed trial exhibit PX25E.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November, 2013 at San Jose, California.

*/s/ Erik J. Olson*
ERIK J. OLSON

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: November 14, 2013         */s/ Harold J. McElhinny*
                                  HAROLD J. MCELHINNY

DECLARATION OF ERIK J. OLSON ISO APPLE'S OFFER OF PROOF RE: EXPECTED
TESTIMONY OF JULIE DAVIS ABSENT ORDER RE: DESIGN-AROUND START DATES
Case No. 11-cv-01846-LHK (PSG)
sf-3354950

2