**UNITED STATES DISTRICT COURT**
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Wednesday, November 13, 2013
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 5 hr 48 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**

|  |  |  |
|---|---|---|
| **APPLE INC.** | V. | **SAMSUNG ELECTRONICS CO. LTD., ET AL** |
| PLAINTIFF |  | DEFENDANTS |

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| Harold J. McElhinny | Willam C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Jon Cederberg |
| Nathan Sabri |  |

**PROCEEDINGS:   JURY TRIAL—DAY  ONE**

| | |
|---|---|
| 9:02 a.m. | Hearing held outside presence of the jury. |
| 9:12 a.m. | Jury now present, the Court reads preliminary instructions. |
| 9:35 a.m. | Opening statement on behalf of Apple is presented by Mr. McElhinny. |
| 10:22 a.m. | The morning recess is taken. |
| 10:38 a.m. | The Court and Counsel discuss matters outside the presence of the jury. |
| 10:41 a.m. | Jurors now present, opening statement  on behalf of Samsung is presented by Mr. Price. |
| 11:45 a.m. | Witness Ravin Balakrishnan is sworn and testifies. |
| 12:02 p.m. | The noon recess is taken. |
| 1:10 p.m. | Out of the presence of the jury the Court and Counsel discuss matters. |
| 1:15 p.m. | Jury now present, examination of Dr. Balakrishnan resumes. |
| 1:38 p.m. | Witness Karan Singh is sworn and testifies. |
| 2:24 p.m. | The jurors are excused for the first afternoon break.  The Court and Counsel discuss matters. |
| 2:34 p.m. | Recess taken. |
| 2:45 p.m. | All parties present, examination of Withess Singh resumes |
| 2:53 p.m. | Witness Tony Blevins is sworn and testifies. |
| 3:22 p.m. | Witness John Hauser is sworn and testifies. |
| 3:38 p.m. | Second afternoon recess is taken. |
| 3:47 p.m. | The matter resumes. |

4:30 p.m.The jury is excused for the day.
4:34 p.m.Court is adjourned until Thursday, November 14, 2013 at 8:45 a.m.

The following exhibits are admitted into evidence :
JX1000, JX1001, JX1002, JX1003, JX1004, JX1005, JX1011, JX1012, JX1014, JX1016, JX1019, JX1020, JX1022, JX1023, JX1024, JX1025, JX1026, JX1027, JX1028, JX1036, JX1045, JX1044, JX1046, JX1009, JX1030

PX46, PX57, PX38, PX44, PX182, PX30