UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE UNDISCLOSED OPINIONS OF DR. HAUSER AND PRECLUDE APPLE AND ITS WITNESSES FROM RELYING ON THEM** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion To
3 Strike Undisclosed Opinions Of Dr. Hauser And Preclude Apple And Its Witnesses From Relying
4 On Them.

5   Having considered Samsung's motion, and for good cause having been shown, the Court
6 GRANTS Samsung's motion and ORDERS the following:

   1. That all opinions by Dr. Hauser regarding the impact of the features covered by the
      '915, '381 and '163 patents on Samsung's sales and market share be stricken from
      the trial record, including trial transcript pages 543:6-13; 544:16-20; 548:1-8;
      551:17-18; 553:9-11; and 554:23-25.
   2. That Apple's damages expert and other witnesses be precluded from relying on any
      of Dr. Hauser's opinions regarding the impact of the features covered by the '915,
      '381 and '163 patents on Samsung's sales or market share.
   3. That Apple be precluded from relying on or referring to Dr. Hauser's opinions
      regarding the impact of the features covered by the '915, '381 and '163 patents on
      Samsung's sales or market share in its closing arguments.

**IT IS SO ORDERED.**

DATED: _____

                                          The Honorable Lucy H. Koh
                                          United States District Judge

02198.51855/5619256.1

-1-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO STRIKE UNDISCLOSED OPINIONS OF DR. HAUSER