UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER ON APPLE'S OBJECTIONS TO (1) DIRECT EXAMINATION EXHIBITS FOR DENISON, KIM, LEE, LUCENTE, RYU, SHERMAN, AND WANG; AND (2) DEPOSITION DESIGNATIONS FOR BUCKLEY |

Apple has filed objections to exhibits to be used in the direct examination of witnesses Justin Denison, Jin Soo Kim, Min Hyouk Lee, Samuel Lucente, Dongseok Ryu, Itay Sherman, and Jeeyeun Wang, as well as Samsung's deposition designations for Mark Buckley. ECF No. 2726. Samsung has filed a response. ECF No. 2727. On November 14, 2013, Samsung notified the Court that, of the above-named witnesses, Samsung only intends to call Lucente and that "Samsung no longer seeks rulings on high priority objections for other witnesses previously disclosed that have not yet been ruled on." ECF No. 2745. Accordingly, Apple's objections to exhibits to be used in connection with Denison, Kim, Lee, Ryu, Sherman, and Wang, as well as Apple's objections to Samsung's deposition designations for Buckley are DENIED as moot. After reviewing the parties'

1

briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections to Lucente as follows:

### A. Samuel Lucente

| EXHIBIT NUMBER | COURT'S RULING ON OBJECTION |
|---|---|
| SDX7010.006 | Overruled. SDX7010.006 depicts the Galaxy S II (i9100), which was not accused of infringing the D'305 patent and which uses screen icons that do not have "containers" around them. Although Apple objects that Lucente never offered an expert opinion that these "container-less" icons do not infringe the D'305 patent, this opinion appears on pages 43 and 44 of Lucente's Rebuttal Report. *See* ECF No. 941 at 43-44.<br><br>Further, this opinion was not stricken by Magistrate Judge Grewal's June 27, 2012 Order on the Parties' Motions to Strike Expert Reports. ECF No. 1144. Lucente's opinion regarding container-less icons appears on a page of Lucente's rebuttal report that Apple did not move to strike. *See* ECF No. 939-1 at 20. In addition, the Court interprets Magistrate Judge Grewal's June 27, 2012 Order striking Lucente's opinions that "Samsung does not infringe certain Apple design patents," ECF No. 1144 at 4, as relating to Lucente's opinions that Samsung's *accused* products did not infringe those Apple's design patents and not to any of Lucente's opinions about non-accused products. Thus, the Court concludes that this opinion does not fall within the ambit of Magistrate Judge Grewal's Order. |
| SDX7010.008; SDX7010.009 | Sustained. These Slides depict the Infuse 4G, a product that infringes the D'305 patent, as it would supposedly appear if the containers surrounding the screen icons were removed. These manipulated images of the Infuse 4G have never been previously disclosed and are likely to confuse the issues and mislead the jury. |

**IT IS SO ORDERED.**

Dated: November 14, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-01846-LHK
ORDER ON APPLE'S OBJECTIONS TO (1) DIRECT EXAMINATION EXHIBITS FOR DENISON, KIM, LEE, LUCENTE, RYU, SHERMAN, AND WANG; AND (2) DEPOSITION DESIGNATIONS FOR BUCKLEY