HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S NOTICE OF MANUAL FILING OF DEMONSTRATIVES PUBLISHED ON NOVEMBER 14, 2013** |

1 | Regarding: Apple's Demonstratives

2 |     This filing is in paper or physical form only, and is being maintained in the case file in the
3 | Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.
4 | For information on retrieving this filing directly from the Court, please see the Court's main web
5 | site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
6 |     This filing was not e-filed for the following reason(s):
7 | ____ Voluminous Document (PDF file size larger than e-filing system allowances)
8 | ____ Unable to Scan Documents
9 | _X_ Physical Object (description): Flash drive
10 | _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
11 | ____ Item Under Seal
12 | ____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
13 | ____ Other (description): _____

15 | Dated: November 14, 2013    MORRISON & FOERSTER LLP

17 |     By: /s/ *Harold J. McElhinny*
18 |         HAROLD J. McELHINNY
19 |     Attorneys for Plaintiff
    APPLE INC.