HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **APPLE'S UPDATED WITNESS LIST AND TRIAL EXHIBIT LIST FOR REMAINDER OF NEW DAMAGES TRIAL** <br><br> Place:  Courtroom 8, 4th Floor <br> Judge:  Hon. Lucy H. Koh |

      Apple Inc. hereby submits an updated trial exhibit list as Exhibit A and an updated witness list for the remainder of trial as Exhibit B.

Dated: November 14, 2013                MORRISON & FOERSTER LLP

                                       By:  */s/ Harold J. McElhinny*
                                              HAROLD J. MCELHINNY

                                              Attorneys for Plaintiff
                                              APPLE INC.

APPLE'S UPDATED WITNESS LIST AND TRIAL EXHIBIT LIST FOR REMAINDER OF NEW DAMAGES TRIAL
Case No. 11-cv-01846-LHK (PSG)
sf-3355404

1