Exhibit B

*Apple v. Samsung*, No. 11-01846

Apple's Updated Witness List For Remainder of Trial

As directed by the Court, Apple submits this Updated Witness List to reflect only the witnesses Apple has called or plans to call in the remainder of this trial.

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Blevins, Tony | Previously provided | Mr. Blevins is currently the Vice President of Procurement at Apple. Mr. Blevins may testify regarding Apple's history, products, components, supply chain and procurement, supplier relationships, and technology, and the sales and marketing of Apple's products. |
| Davis, Julie | Previously provided | Ms. Davis is a CPA with over 35 years of experience and is a principal with Davis & Hosfield Consulting LLC. Her fields of expertise include accounting, finance, valuation, business planning, and economic damages analysis. Ms. Davis may testify regarding the contents of and subjects disclosed in her expert report, including the damages that Apple has suffered due to Samsung's violation of Apple's intellectual property. |

*Apple v. Samsung*, No. 11-01846

Apple's Updated Witness List For Remainder of Trial

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Hauser, John | Previously provided | Dr. Hauser is the Kirin Professor of Marketing at the MIT Sloan School of Management. His field of expertise includes marketing research, customer satisfaction, and consumer decision-making. Dr. Hauser may testify regarding the contents of and subjects disclosed in his expert report, including the conjoint studies that he conducted to determine the price premium Samsung consumers are willing to pay for the features associated with the patents-in-suit. |
| Schiller, Phil | Previously provided | Mr. Schiller is the Senior Vice President of Worldwide Product Marketing at Apple. Mr. Schiller may testify regarding Apple's marketing for Apple mobile devices such as the iPhone and iPad, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Schiller also may testify regarding drivers of demand for devices such as Apple's iPhone and iPad products and the competitive market for mobile devices, such as smartphones and tablets. |

*Apple v. Samsung*, No. 11-01846

Apple's Updated Witness List For Remainder of Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Balakrishnan, Ravin | Previously provided | Dr. Balakrishnan is a Professor of Computer Science at the University of Toronto. His fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Balakrishnan may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background relevant to the '381 patent, Samsung's infringement of that patent and the functionality and operation of Samsung's Infringing Products. |
| Joswiak, Greg | Previously provided | Mr. Joswiak is the Vice President for iPod, iPhone, and iOS Product Marketing at Apple. Mr. Joswiak may testify regarding Apple's marketing for Apple's iOS devices such as the iPhone, including Apple's advertising strategy and expenditures, sales figures, other publicity for these products, and internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Joswiak also may testify regarding the competitive market for mobile devices, such as smartphones. |

*Apple v. Samsung*, No. 11-01846

Apple's Updated Witness List For Remainder of Trial

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Singh, Karan | Previously provided | Dr. Singh's fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Singh may testify regarding the contents of and subjects disclosed in his expert reports and pre-trial declarations, including the technical background relevant to the asserted claims of the '163 and '915 patents, Samsung's infringement of those patents, and the functionality and operation of Samsung's Infringing Products as they relate to those patents. |

*Apple v. Samsung*, No. 11-01846

Apple's Updated Deposition Designations for Remainder of Trial

| Witness | Substance of Testimony To Be Given |
| --- | --- |
| Benner, Timothy | Mr. Benner is STA's Senior Manager of Consumer Insights and Analytics. Apple may present testimony from Mr. Benner concerning the subjects of his deposition, including without limitation consumer surveys in Samsung's possession relating to the smartphone and tablet markets. |
| Lee, JunWon | Mr. Lee is SEC's Director of Licensing. Apple may present testimony from Mr. Lee concerning the subjects of his deposition or for which he was designated as a corporate representative, including without limitation Samsung's awareness of Apple's patents, Samsung's notice of Apple's claims of patent infringement and trade dress violations, and the lack of any Samsung licenses comparable to the intellectual property at issue. Apple may also present testimony from Mr. Lee concerning Samsung's licenses and licensing practices. |
| Pendleton, Todd | Mr. Pendleton is STA's Chief Marketing Officer.  Apple may present testimony from Mr. Pendleton concerning the subjects of his depositions, including without limitation the accused Samsung products, Samsung's and Apple's product designs, competition between Apple and Samsung, Samsung's marketing and advertising with respect to the feature patents, Samsung's business, and the overall U.S. smartphone and tablet markets. |

sf-3355293