QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S AMENDED LISTS OF EXHIBITS AND WITNESSES FOR TRIAL**<br><br>Trial Date:   November 12, 2013<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

1  Pursuant to a request by the Court for each party to file a narrowed amended exhibit and
2  witness list, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
3  Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully submit its
4  Amended List of Witnesses as Exhibit A and its Amended List of Exhibits as Exhibit B.   For the
5  purpose of preserving its rights on appeal, Samsung incorporates by reference its previously
6  timely disclosed witnesses and exhibits at Dkts. 2486-01, 2486-03, and 2486-05.

DATED: November 14, 2013          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By   /s/*Victoria F. Maroulis*
                                     Charles K. Verhoeven
                                     Kevin P.B. Johnson
                                     Victoria F. Maroulis
                                     William C. Price
                                     Michael T. Zeller
                                     Attorneys for SAMSUNG ELECTRONICS CO.,
                                     LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC. and SAMSUNG
                                     TELECOMMUNICATIONS AMERICA, LLC