# EXHIBIT A

## Samsung's Live Witnesses

1.  **Timothy Benner**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000. Mr. Benner may testify regarding Samsung consumer surveys and strategies.

2.  **Sam Lucente**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Lucente is an expert who may testify regarding the GUI patents.

3.  **Timothy Sheppard**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Sheppard may authenticate Samsung's financial data; testify that Samsung's costs are attributable to the manufacture and sale of the accused products; testify as to the different revenue, costs, and profits as between each different defendant; and defend the reliability of Samsung's financial data.

4.  **Michael Wagner**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Wagner is an expert who will provide testimony rebutting Apple's damages claims.

## Samsung's Witnesses by Deposition

5.  **Greg Joswiak**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Joswiak is an Apple employee and was deposed as an Apple corporate representative.   Mr. Joswiak may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.[1]

6.  **Eric Jue**:  Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Jue may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

---

[1]  Samsung listed Greg Joswiak on its initial list of witnesses it may call live.   (Dkts. 2413-03, 2486-03).   Apple has disclosed Mr. Joswiak as a potential rebuttal witness in this case. Pursuant to the stipulation between the parties (Dkt. 2642), if Apple calls Mr. Joswiak, Samsung reserves the right to examine the witness beyond the scope of the direct examination.

7. **Stan Ng**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Ng may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

8. **Douglas Satzger**:   Cooper & Scully, 100 California Street, San Francisco, California 94111.   Telephone number 415-956-9700. Mr. Satzger may testify regarding the design patents.