# EXHIBIT A

# Bill Trac

| | |
|---|---|
| **From:** | Sabri, Nathan B. [NSabri@mofo.com] |
| **Sent:** | Thursday, November 14, 2013 10:56 PM |
| **To:** | Victoria Maroulis |
| **Cc:** | AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'; Samsung Damages TrialTeam |
| **Subject:** | RE: Apple v. Samsung - Closing demonstrative exchange |

Vicki,

To the extent Samsung attempts to introduce technical testimony through other witnesses, Drs. Balakrishnan and Singh may rebut that testimony. Given that Samsung asked two of Apple's non-technical expert witnesses technical questions, Apple has reason to suspect this may be necessary.

As our rebuttal witnesses will be rebutting Samsung's case, they will largely be relying on exhibits and demonstratives previously disclosed. Where we may rely on new exhibits, we disclosed those exhibits.

Your reference to "purport[ing] to disclose exhibits and demonstratives that will be used in the future" is surprising. Samsung has not even begun its case-in-chief. Our rebuttal witnesses will therefore by definition need to be able to rebut materials raised in the future.

**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6641 | C: 415.439.9153
NSabri@mofo.com | www.mofo.com

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Thursday, November 14, 2013 9:46 PM
**To:** Sabri, Nathan B.
**Cc:** AvSS Damages Trial; 'WH Apple Samsung Damages Retrial (WHAppleSamsungDamagesRetrial@wilmerhale.com) (WHAppleSamsungDamagesRetrial@wilmerhale.com)'; Samsung Damages TrialTeam
**Subject:** RE: Apple v. Samsung - Closing demonstrative exchange

Counsel,

We received your rebuttal disclosures for Drs. Balakrishnan and Singh. As you know, Samsung is not calling Dr. van Dam or Mr. Gray so there are no witnesses for Drs. Balakrishnan and Singh to rebut. If you nevertheless intend to have these witnesses rebut the testimony of other Samsung witnesses, please identify by 10:30 pm what testimony/witnesses they will be rebutting.

Separately, Apple's disclosures for Davis, Schiller, and Joswiak are inadequate. They do not list a single exhibit or demonstrative and instead reference all exhibits for multiple witnesses and even purport to disclose exhibits and demonstratives that will be used in the future. Clearly, Samsung cannot meaningfully respond to this, by either supplying cross disclosures or briefing objections. Please serve the real disclosures immediately.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---