| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO PRECLUDE APPLE FROM RELYING UPON CERTAIN TESTIMONY OF JOHN HAUSER IN CLOSING ARGUMENT** <br><br> Place:   Courtroom 8, 4th Floor <br> Judge:  Hon. Lucy H. Koh <br> Trial:    November 12, 2013 at 9 a.m. |

I, Kenneth A. Kuwayti, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Opposition to Samsung's Motion to Preclude Apple From Relying Upon Certain Testimony of John Hauser in Closing Argument.

2. Attached as **Exhibit A** hereto is a true and correct copy of excerpts of the Expert Report of Dr. John R. Hauser, dated March 22, 2012.

3. Attached as **Exhibit B** hereto is a true and correct copy of excerpts from the deposition transcript of Dr. John R. Hauser, taken April 27, 2012.

4. Attached as **Exhibit C** hereto is a true and correct copy of excerpts from the deposition transcript of Dr. John R. Hauser, taken November 29, 2012

5. Attached as **Exhibit D** hereto is a true and correct copy of excerpts from the rough trial transcript, dated November 14, 2013.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15th day of November 2013 in San Jose, California.

                        */s/ Kenneth A. Kuwayti*
                        KENNETH A. KUWAYTI

KUWAYTI DECL. ISO APPLE'S OPP'N TO MOT. TO PRECLUDE RELIANCE ON TESTIMONY OF JOHN HAUSER
Case No. 11-cv-01846-LHK (PSG)
sf-3355354

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Kenneth A. Kuwayti has concurred in this filing.

Dated: November 15, 2013         */s/ Harold J. McElhinny*
                                            Harold J. McElhinny

KUWAYTI DECL. ISO APPLE'S OPP'N TO MOT. TO PRECLUDE RELIANCE ON TESTIMONY OF JOHN HAUSER
Case No. 11-cv-01846-LHK (PSG)
sf-3355354

2