Exhibit C

CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

- - - - - - - - - - - - - - - - - -

5   APPLE, INC.,

6                        Plaintiff,     Case No.

7         v.                      11-cv-01846-LHK

8   SAMSUNG ELECTRONICS CO., LTD., A

9   Korean business entity; SAMSUNG ELECTRONICS

10  AMERICA, INC., a New York corporation;

11  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

12  a Delaware limited liability company,

13                        Defendants.

- - - - - - - - - - - - - - - - - -

14

                  CONFIDENTIAL

15

16    VIDEOTAPED DEPOSITION of JOHN R. HAUSER, Ph.D.,

17  before Michael D. O'Connor, Registered Professional

18  Reporter, and Notary Public in and for the

19  Commonwealth of Massachusetts, at the Offices of

20  Cornerstone Research, 699 Boylston Street, Boston,

21  Massachusetts, on Thursday, November 29, 2012,

22  commencing at 2:00 p.m.

23

24

25  PAGES 274 - 393

                                        Page 274

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Nordhaus referred to with regard to the demand curve | 02:45:27 |
| 2 | in this list of bullet points is tastes or | 02:45:33 |
| 3 | preferences.  Do you see that? | 02:45:41 |
| 4 | A.   Yes, I do. | 02:45:42 |
| 5 | Q.   You're a professor of marketing; is that | 02:45:43 |
| 6 | correct? | 02:45:48 |
| 7 | A.   Yes. | 02:45:48 |
| 8 | Q.   Would you agree that there are some | 02:45:48 |
| 9 | consumers who choose to purchase a particular brand | 02:45:53 |
| 10 | because of a taste or preference? | 02:45:58 |
| 11 | A.   Okay, we've now switched to marketing. | 02:46:00 |
| 12 | Marketing we prefer the word "taste" -- I'm sorry, | 02:46:06 |
| 13 | "preference."  "Preference" is fine.  Economists | 02:46:10 |
| 14 | tend to use "taste."  So let's just use | 02:46:13 |
| 15 | "preference." | 02:46:16 |
| 16 | It's exactly what I measured.  I measured | 02:46:16 |
| 17 | people's preferences among the features with respect | 02:46:19 |
| 18 | to price.  I measured partworths or I inferred | 02:46:21 |
| 19 | partworths from their questions.  Partworths are | 02:46:27 |
| 20 | called preferences. | 02:46:30 |
| 21 | Q.   In your questionnaire, did you examine | 02:46:33 |
| 22 | preferences with regard to brand of smartphones? | 02:46:36 |
| 23 | A.   I did not estimate preferences with regard | 02:46:40 |
| 24 | to brand. | 02:46:45 |
| 25 | Q.   Would you agree that there are consumers | 02:46:46 |

Page 304

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | who have a taste or preference for Apple products as | 02:46:49 |
| 2 | opposed to competing products? | 02:46:58 |
| 3 | MR. KUWAYTI:  Object to the form. | 02:47:04 |
| 4 | A.   Yeah, it's a funny question.  I did not | 02:47:04 |
| 5 | have brand-specific constants in the estimation. | 02:47:08 |
| 6 | They weren't necessary, nor would they have been | 02:47:13 |
| 7 | appropriate. | 02:47:16 |
| 8 | I was -- did very accurate estimates, to | 02:47:17 |
| 9 | the best of my ability, of preferences with respect | 02:47:24 |
| 10 | to the features at issue to this case as they relate | 02:47:27 |
| 11 | to price.  What I know is if you withdraw these | 02:47:29 |
| 12 | features, Samsung is either going to lose market | 02:47:32 |
| 13 | share or they're going to have to lower their price | 02:47:34 |
| 14 | substantially. | 02:47:37 |
| 15 | Q.   Am I correct, Dr. Hauser, now going back to | 02:47:38 |
| 16 | that bullet point about related goods, that you did | 02:47:43 |
| 17 | not examine the effect of the prices and | 02:47:50 |
| 18 | availability of related goods in your analysis? | 02:47:55 |
| 19 | A.   That's actually misleading the way you've | 02:47:59 |
| 20 | asked that question.  So let me try it again. | 02:48:02 |
| 21 | What do we have?  We have people who bought | 02:48:08 |
| 22 | Samsung phones and, you know, we know this market is | 02:48:10 |
| 23 | relatively competitive.  It's a differentiated | 02:48:14 |
| 24 | market, so I know the economists make some | 02:48:18 |
| 25 | distinctions there, but in marketing terms we would | 02:48:20 |

Page 305

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | say it's competitive. | 02:48:22 |
| 2 | So what does that mean? That means that | 02:48:25 |
| 3 | we're on a steep part of the Logit curve, and that | 02:48:28 |
| 4 | these people have chosen Samsung phones, and they | 02:48:33 |
| 5 | probably chose Samsung phones over other things in | 02:48:38 |
| 6 | the marketplace, and knowing the market is | 02:48:43 |
| 7 | relatively competitive, we know the utilities are | 02:48:45 |
| 8 | roughly in the same ball park. | 02:48:47 |
| 9 | So now we take away these features. | 02:48:49 |
| 10 | Utility goes way down. I know it's way down, I know | 02:48:51 |
| 11 | it's a big effect, because you have to lower your | 02:48:55 |
| 12 | price to essentially make people equal, and the | 02:49:01 |
| 13 | price -- the effective price is quite large. So it | 02:49:04 |
| 14 | is a big effect. | 02:49:10 |
| 15 | So I've lowered the utility of the | 02:49:11 |
| 16 | consumers by taking away the features, the utility | 02:49:13 |
| 17 | is lowered quite a bit. In a competitive market, | 02:49:17 |
| 18 | that means you're going to lose market share. | 02:49:20 |
| 19 | So holding everything else constant, you're | 02:49:22 |
| 20 | going to lose a substantial amount of market share, | 02:49:25 |
| 21 | and that's pretty clear. So I guess the question | 02:49:29 |
| 22 | is, did I take those into account? That's the | 02:49:31 |
| 23 | background against which I'm measuring what's going | 02:49:36 |
| 24 | on in there, but I didn't need to bury them. All I | 02:49:39 |
| 25 | need to do is focus on the Samsung users to know | 02:49:43 |

Page 306

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that Samsung is going to lose substantial share if | 02:49:46 |
| 2 | they take these features away. | 02:49:50 |
| 3 | Q. Did you quantify the extent of market share | 02:49:52 |
| 4 | that would be lost if these features were taken | 02:49:59 |
| 5 | away? | 02:50:02 |
| 6 | A. No, I did not quantify. I know, because | 02:50:02 |
| 7 | it's the steep part of the Logit curve and these | 02:50:05 |
| 8 | features are highly valued by consumers. It will be | 02:50:09 |
| 9 | substantial. It will be significant, but I did not | 02:50:13 |
| 10 | quantify it. | 02:50:18 |
| 11 | Q. Did you ask the survey respondents whether | 02:50:19 |
| 12 | they would select other brands in the event that | 02:50:25 |
| 13 | these features were taken away? | 02:50:32 |
| 14 | A. No. That was not specifically in the | 02:50:34 |
| 15 | questionnaire, and a number of reasons why it was | 02:50:38 |
| 16 | not there. They were very affirmative not to have | 02:50:43 |
| 17 | the outside option in there, in the questionnaire. | 02:50:46 |
| 18 | I did not ask them directly, but it's | 02:50:52 |
| 19 | pretty obvious that they're valuing these features | 02:50:54 |
| 20 | by a lot. That's what the conjoint analysis says, | 02:50:57 |
| 21 | those are substantial numbers. We know, because | 02:51:02 |
| 22 | it's a competitive market, they're going to lose | 02:51:05 |
| 23 | substantial market share. | 02:51:07 |
| 24 | Q. Did you consider whether Samsung owners, if | 02:51:12 |
| 25 | presented with the choice of staying with their | 02:51:20 |

Page 307

CONFIDENTIAL

1    A.   I'm aware of the Galaxy 3, this huge thing.    02:55:58

2  It's sort of like a mini tablet.  It has a very    02:56:02

3  large screen size.    02:56:05

4    Q.   You were -- your survey was conducted of    02:56:06

5  people who had chosen Samsung phones, correct?    02:56:17

6    A.   Yes, that's correct -- well, Samsung phones    02:56:20

7  at issue in this case.    02:56:23

8    Q.   Is it possible that that sample of    02:56:24

9  respondents had a preference for larger screens?    02:56:28

10    A.   Well, I just said that I measured that some    02:56:34

11  people do have a preference for larger screens.    02:56:38

12  It's in my data.    02:56:41

13    Q.   But you didn't include in your -- well,    02:56:42

14  strike that.    02:56:47

15        You didn't provide them the option of    02:56:49

16  another brand that would have a smaller screen,    02:56:53

17  correct?    02:56:56

18    A.   They did not have the option of another    02:56:56

19  brand that had a smaller screen.    02:57:00

20    Q.   But is it possible that your demographic by    02:57:02

21  reason of taste or preference consisted of people    02:57:10

22  who prefer phones with larger screens?    02:57:15

23        MR. KUWAYTI:   Object to the form.    02:57:18

24    A.   My demographic, what I do know, is they    02:57:20

25  bought the Samsung phones at issue in this case.    02:57:23

Page 311

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | What I do know is that among that demographic, | 02:57:28 |
| 2 | whatever that demographic might be, that if we take | 02:57:33 |
| 3 | away the features at issue in this case, those | 02:57:38 |
| 4 | particular people will buy the phone at a lesser | 02:57:43 |
| 5 | rate, unless Samsung lowers its price substantially. | 02:57:49 |
| 6 | So these people that I've surveyed, which | 02:57:53 |
| 7 | they may be different than other people, but these | 02:57:57 |
| 8 | people who I surveyed, Samsung's definitely going to | 02:57:59 |
| 9 | lose share among those people, and that share is | 02:58:04 |
| 10 | going to be available for all the other brands on | 02:58:07 |
| 11 | the marketplace. | 02:58:10 |
| 12 | What I know is that they're going to lose | 02:58:11 |
| 13 | share.  What I don't know is specifically to whom | 02:58:14 |
| 14 | that share is going to go.  That's what Mr. Musika | 02:58:16 |
| 15 | has a way of determining. | 02:58:24 |
| 16 | Q.  When you say they're definitely going to | 02:58:27 |
| 17 | lose market share, is it possible that consumers | 02:58:30 |
| 18 | might choose to stick with Samsung phones, even if | 02:58:35 |
| 19 | they didn't have these three features, because they | 02:58:40 |
| 20 | prefer a larger screen size? | 02:58:43 |
| 21 | MR. KUWAYTI:  Object to the form. | 02:58:47 |
| 22 | A.  So let me try and answer your question.  My | 02:58:48 |
| 23 | answer pretty much stays the same.  For these | 02:58:53 |
| 24 | particular phones, some of which do have a large | 02:58:59 |
| 25 | screen size, they value these features.  Every | 02:59:01 |

Page 312

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | merchant in the world will tell you, you take away | 02:59:09 |
| 2 | valued features, you're going to lose market share, | 02:59:12 |
| 3 | particularly a market that's moderately competitive. | 02:59:14 |
| 4 | So these consumers are going to go somewhere. | 02:59:19 |
| 5 | Mr. Musika is going to determine where they | 02:59:21 |
| 6 | go or has determined.  Some may go to Samsung.  Some | 02:59:25 |
| 7 | may go to Apple -- a lot of them may go to Apple -- | 02:59:28 |
| 8 | some may go to Nokia, some may go to whoever else is | 02:59:32 |
| 9 | in this marketplace, but that's what Mr. Musika can | 02:59:36 |
| 10 | determine. | 02:59:41 |
| 11 | All I can say is these consumers are no | 02:59:41 |
| 12 | longer going to purchase the phones at issue in this | 02:59:43 |
| 13 | case. | 02:59:46 |
| 14 | Q.   In your analysis, did you -- | 02:59:51 |
| 15 | A.   Or less likely to purchase -- I'm sorry, | 02:59:53 |
| 16 | less likely to purchase. | 02:59:56 |
| 17 | Q.   Did you measure the willingness to pay for | 02:59:57 |
| 18 | larger screen size? | 03:00:00 |
| 19 | A.   What I did -- well, I've got data or I have | 03:00:01 |
| 20 | data at which one can infer the willingness to pay | 03:00:08 |
| 21 | for size and weight, and I didn't testify about | 03:00:15 |
| 22 | that, but I think at least one of the reports that I | 03:00:21 |
| 23 | read made those calculations.  There's some issues | 03:00:26 |
| 24 | with how they messed up those calculations, but | 03:00:29 |
| 25 | those numbers are calculable. | 03:00:33 |

Page 313

CONFIDENTIAL

```
 1        BY MR. RAMOS:                              03:25:06
 2        Q.   Dr. Hauser, you testified earlier that   03:25:06
 3    based on your surveys, you believed that Samsung   03:25:14
 4    would lose market share if the features associated  03:25:22
 5    with the utility patents at issue were removed from  03:25:25
 6    the smartphones.                                 03:25:29
 7             How much market share would Samsung lose?  03:25:36
 8        A.   I haven't quantified it.              03:25:39
 9        Q.   How would you quantify it?  Strike that.  03:25:41
10             Could you have quantified it?         03:25:50
11        A.   I believe that Mr. Musika can quantify it,  03:25:52
12    but I can't.  I can't, sitting here today, quantify  03:25:57
13    it.  I know it's substantial.  I know it's a large  03:26:00
14    number, but no, the exact -- the exact percentage,  03:26:03
15    no.                                            03:26:10
16        Q.   When you say a substantial, how       03:26:10
17    substantial?                                   03:26:17
18        A.   Well, again, highly competitive --    03:26:17
19    competitive market, differentiated but competitive,  03:26:22
20    we know that people value these by $100.  So given  03:26:26
21    we're on the steep part of the curve, the movement  03:26:33
22    is going to be pretty big in terms of probabilities,  03:26:36
23    and when you aggregate that across people, across  03:26:39
24    consumers, it's going to be a large number.    03:26:44
25             Now, I don't know what that large -- I  03:26:46
```

Page 321

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | don't know how big it is, but it's basically $100 | 03:26:48 |
| 2 | worth, which is pretty big. | 03:26:54 |
| 3 | Q.  Have you ever conducted an analysis to | 03:26:55 |
| 4 | determine loss of market share with regard to the | 03:27:01 |
| 5 | removal of attributes from a product? | 03:27:09 |
| 6 | A.  Yes. | 03:27:11 |
| 7 | Q.  Could you have done that analysis here? | 03:27:13 |
| 8 | MR. KUWAYTI:  Object to the form. | 03:27:26 |
| 9 | A.  I'm not sure it would have -- well, let's | 03:27:26 |
| 10 | back up a little bit.  Normally when doing a | 03:27:34 |
| 11 | forecast of change in market share would be with a | 03:27:40 |
| 12 | pretest market, and with a pretest market, I'd have | 03:27:45 |
| 13 | to have the phones without the features.  I present | 03:27:51 |
| 14 | people with them, there's various things one would | 03:27:57 |
| 15 | do, and some of my other articles look at and can | 03:28:01 |
| 16 | forecast those. | 03:28:07 |
| 17 | Now, whether or not we could have gotten | 03:28:08 |
| 18 | these phones without the features, that's probably | 03:28:11 |
| 19 | up to some software engineer. | 03:28:13 |
| 20 | What I can know is that based on my | 03:28:19 |
| 21 | numbers, it would have been a pretty substantial | 03:28:22 |
| 22 | number. | 03:28:25 |
| 23 | Q.  But you can't tell me how much? | 03:28:25 |
| 24 | A.  No, I can't tell you exactly.  I can't tell | 03:28:28 |
| 25 | you the exact number. | 03:28:31 |

Page 322

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | So if these consumers did not buy those | 04:51:55 |
| 2 | phones, they would have bought other phones.  I have | 04:51:57 |
| 3 | not made an estimate of which other phones that they | 04:52:01 |
| 4 | would have purchased.  I believe that Mr. Musika has | 04:52:04 |
| 5 | means to do that. | 04:52:11 |
| 6 | Q.   Dr. Hauser, can you say whether consumers | 04:52:13 |
| 7 | buy Samsung smartphones because they're equipped | 04:52:22 |
| 8 | with these features? | 04:52:28 |
| 9 | MR. KUWAYTI:  Object to the form. | 04:52:29 |
| 10 | A.   Well, what I can say is that these features | 04:52:30 |
| 11 | have a substantial effect whether or not they buy | 04:52:35 |
| 12 | Samsung phones. | 04:52:44 |
| 13 | Q.   Is this the primary draw for consumers to | 04:52:46 |
| 14 | the Samsung smartphones? | 04:52:52 |
| 15 | MR. KUWAYTI:  Object to the form. | 04:52:53 |
| 16 | A.   I'm not sure what you mean by "primary | 04:52:53 |
| 17 | draw."  What I know is that these features, | 04:52:56 |
| 18 | substantially significant, you know, pick the word, | 04:52:59 |
| 19 | affect demand for these phones in a big way. | 04:53:03 |
| 20 | So now we're going to play with semantics. | 04:53:08 |
| 21 | Is that synonymous with what I just said?  Perhaps. | 04:53:11 |
| 22 | Q.   When you say it affects demand in a big | 04:53:16 |
| 23 | way, am I correct that's based solely on your | 04:53:19 |
| 24 | derivation of willingness to pay figures with regard | 04:53:23 |
| 25 | to the features associated with the utility patents | 04:53:26 |

Page 364

CONFIDENTIAL

| 1 | at issue? | 04:53:29 |

```
 1  at issue?                                        04:53:29
 2      A.   Well, as I've testified earlier, we do know  04:53:30
 3  it's a differentiated, but competitive market, and    04:53:35
 4  as a result, in such a market, if I stop offering     04:53:42
 5  features that consumers value highly, I'm going to    04:53:46
 6  lose market share, and that's what I know.  That's    04:53:51
 7  just based upon, you know, over 35 years of           04:53:54
 8  experience.                                           04:53:56
 9      Q.   Can you say, based on your analysis, that    04:53:56
10  the consumers who bought Samsung smartphones did so   04:54:04
11  primarily because of the features at issue?           04:54:09
12          MR. KUWAYTI:  Object to the form.             04:54:13
13      A.   You know, primarily what do you mean?        04:54:14
14  There is no doubt that these features had an impact,  04:54:18
15  and I think my data shows that they had sort of a     04:54:25
16  $100 impact.                                          04:54:31
17          Now, what words you want to put associated    04:54:32
18  with $100, it's a pretty big impact.                  04:54:35
19      Q.   But do you know that -- strike that.  Do     04:54:38
20  you know that they -- strike that as well.            04:54:46
21          Do you know whether they selected Samsung     04:54:48
22  smartphones over other brands because of these        04:54:55
23  features?                                             04:54:59
24          MR. KUWAYTI:  Object to the form.             04:55:00
25      A.   These features had an effect, a big effect.  04:55:01
```

Page 365

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Now, because it's one of the many things, but they | 04:55:08 |
| 2 | had an effect. | 04:55:12 |
| 3 | Q.   And you can't quantify that effect? | 04:55:14 |
| 4 | A.   I can quantify the effect that for | 04:55:17 |
| 5 | smartphones it's $100 worth, and for tablets it's | 04:55:21 |
| 6 | $90 worth.  That much I've quantified. | 04:55:26 |
| 7 | Q.   And we agree that that's five percent of | 04:55:29 |
| 8 | the overall price, assuming that $2,000 contract? | 04:55:35 |
| 9 | A.   No.  I mean, we can do a calculation and | 04:55:40 |
| 10 | say $100 is five percent of $2,000.  The particular | 04:55:48 |
| 11 | analyses I've shown is that it's $100. | 04:55:56 |
| 12 | I did not ask them to parse this out.  I | 04:56:01 |
| 13 | know that very confidently these features are worth | 04:56:05 |
| 14 | $100 to them or they would be willing to pay $100, | 04:56:10 |
| 15 | to be exact. | 04:56:16 |
| 16 | Q.   Does your study measure price elasticity of | 04:56:17 |
| 17 | demand with respect to the smartphones at issue? | 04:56:35 |
| 18 | A.   Well, price elasticity is the percentage | 04:56:37 |
| 19 | change in quantity divided by the percentage change | 04:56:45 |
| 20 | in price.  Price elasticity, we also have to talk | 04:56:48 |
| 21 | about point elasticity and elasticity over a range. | 04:56:55 |
| 22 | I have measured, in essence, the change in | 04:56:58 |
| 23 | probabilities.  That could be gotten -- let me step | 04:57:07 |
| 24 | back and say that if one wants to use the data I | 04:57:12 |
| 25 | have to compute price elasticity, which is a | 04:57:17 |

Page 366

CONFIDENTIAL

1                      CERTIFICATE

2    Commonwealth of Massachusetts

3    Suffolk, ss.

4

5         I, Michael D. O'Connor, Registered Professional

6    Reporter and Notary Public in and for the

7    Commonwealth of Massachusetts, do hereby certify

8    that JOHN R. HAUSER, Ph.D., the witness whose

9    deposition is hereinbefore set forth, was duly sworn

10   by me and that such deposition is a true record of

11   the testimony given by the witness.

12        I further certify that I am neither related to

13   or employed by any of the parties in or counsel to

14   this action, nor am I financially interested in the

15   outcome of this action.

16        In witness whereof, I have hereunto set my hand

17   and seal this 30th day of November, 2012.

18

19

20                               Notary Public

21

22

23   My commission expires

24   December 3, 2015

25

                                         Page 393