Exhibit D

```
                         AvSS - First Half of Day 3.txt
0001
 1             .
 2              (JURY OUT AT 8:53 A.M.).
 3              THE COURT:  GOOD MORNING AND WELCOME.  PLEASE TAKE A
 4     SEAT.
 5         WE DON'T HAVE PX 3034.  IT WASN'T LODGED WITH THE COURT IN
 6     EITHER THE EXHIBIT BINDERS OR OTHERWISE, AND IT'S NOT ON
 7     APPLE'S EXHIBIT LIST.  IT WOULD BE HELPFUL TO HAVE IT IF YOU
 8     WANT US TO RULE ON THE OBJECTIONS.  REACH REACH WE'LL GET IT TO
 9     THE COURT RIGHT AWAY, YOUR HONOR.
10              THE COURT:  OKAY.  AND WE HAD SOME TROUBLE WITH
11     GETTING APPLE'S STUFF.  WE E-MAIL AND WE DON'T GET IT AND
12     E-MAIL AGAIN AND WE DON'T GET IT.  SO WHAT CAN YOU DO?  I MEAN,
13     WE'RE TRYING TO TIMELY RULE ON THESE OBJECTION /SKP-SZ WE CAN'T
14     GET THE UNDERLYING DOCUMENTS.  SO WHAT CAN YOU DO TO GET THAT
15     TO US FASTER.
16              MS. KREVANS:  YESTERDAY MORNING WE HAD A TECH /KOL
17     PROBLEM AND WE SHOULD HAVE CHECKED RIGHT AWAY, AND WE'RE
18     CHECKING RIGHT AWAY FOR THE RECEIPT, AND IF WE CAN'T SEE THAT
19     IT WE WANT THROUGH RIGHT AWAY, WE'LL WALK IT OVER TO THE COURT.
20              THE COURT:  ALL RIGHT.  BECAUSE IT IS SLOWING US DOWN
21     AND THAT'S NOT APPRECIATED.
22         OKAY.  ON THE OBJECTIONS FOR MONDAY, COULD THOSE BE FILED
23     TOMORROW BY 2:OO O'CLOCK RATHER THAN ON SATURDAY AT 8:OO A.M.
24              MS. MAROULIS:  YOUR HONOR, APPLE HAS NOT DISCLOSED TO
25     US YET THE DISCLOSURES FOR THE REBUTTAL CASE.
0002
 1              THE COURT:  OKAY.
 2              MS. MAROULIS:  IF WE CAN GET THEM RIGHT NOW, THEN WE
 3     CAN FILE OBJECTIONS TO THAT BY THAT TIME TOMORROW.
 4              MS. KREVANS:  YOUR HONOR, THEY HAVE NOT STARTED THEIR
 5     CASE YET, SO THERE'S NO WAY FOR US -- WE DON'T EVEN KNOW WHO
 6     ALL THEIR WITNESSES ARE.
 7              MS. MAROULIS:  WE HAVE TO DISCLOSE OUR WITNESSES
 8     BEFORE THEY STARTED THEIR CASE, EVEN THOUGH WE'RE RUNNING
 9     SECOND.  SO SINCE WE DON'T HAVE DISCLOSURE, WE CANNOT FILE
10     OBJECTIONS.  BUT WE CAN COMMIT TO DOING THAT AS FAST AS WE GET
11     THE DISCLOSURE.
12              MR. MCELHINNY:  THIS IS A LONGER ANSWER THAN YOU
13     WANT, BUT TO BE CLEAR, WE DON'T KNOW WHO THEY'RE CALLING ON
14     FRIDAY.  THEY HAVEN'T STARTED PUTTING ON THEIR CASE.  YOU MAY
15     HAVE NOTICED, YOUR HONOR, EVERY TIME YOU GET A WITNESS BINDER
16     IT WEIGHS 5OO POUNDS AND THEY DON'T USE ANY OF THOSE EXHIBITS
17     IN THEIR EXAMINATION.  SO WE LITERALLY HAVE NO IDEA WHAT THEY
18     ARE GOING TO SAY IN THEIR DEFENSE AND WHAT THEIR ISSUES ARE.
19     WE'RE GOING TO HAVE A VERY SHORT PERIOD OF REBUTTAL, BUT
20     OBVIOUSLY THAT HAS TO BE AIMED AT THE CRITICAL ISSUE THAT IS
21     COME OUT IN THEIR CASE AND WE JUST DON'T KNOW WHAT IT IS YET.
22              THE COURT:  ALL RIGHT.  WELL, ON SATURDAY WE'RE
23     GETTING EVIDENTIARY OBJECTIONS.  ON SUNDAY WE'RE GETTING
24     OBJECTIONS TO I ASSUME CLOSING, AND WE ALSO HAVE TO FINALIZE
25     THE /TPAOEUPL JURY INSTRUCTIONS.  SO IF YOU COULD DO SOMETHING
0003
 1     TO HELP EXPEDITE ANY OF THESE PROCESSES, IT WOULD BE MUCH
 2     APPRECIATED.
 3              MR. MCELHINNY:  YES OR NO.  WE WILL MEET AND CONFER
 4     AND TRY TO SPEED THE WHOLE PROCESS HELP.
 5              THE COURT:  IT WOULD BE HELPFUL IF WE COULD AT LEAST
 6     GET SOMETHING STARTED ON FRIDAY.  MY HOPE IS THAT WE INSTRUCT
 7     THIS JURY BY TUESDAY AND HAVE THE JURY INSTRUCTION CONFERENCE
 8     POTENTIAL LOOSE AS EARLY AS LATE MONDAY.  SO MY GOAL IS, IF WE
 9     CAN, TO FILE THE FINAL JURY INSTRUCTIONS EITHER MONDAY MORNING
10     OR OVER THE WEEKEND AND IT WOULD HELP IF WE COULD THEN STACK UP
                                    Page 1
```

```
                          AvSS - First Half of Day 3.txt
22         WHAT I DO NOW IS BUT FOR THESE FEATURES, THERE'S MANY OF THEM
23         THAT WOULD NOT BUY THE SMARTPHONES.  THAT PASSAGE APPEARS IN
24         TRIAL TRANSCRIPT PAGE 547, LINE 15 THROUGH 548, LINE 3.
25              AND THE NEXT WAS IN TRIAL TRANSCRIPT 551, LINES 13 THROUGH
0006
 1         18.
 2                   THE COURT:  WELL, I'M MORE INTERESTED IN JUST THE
 3         THEORY, THAT HE WOULD NOT BUY THE PHONES BUT FOR THE FEATURES.
 4                   MS. MAROULIS:  THERE ARE BASICALLY THREE OPINIONS.
 5         ONE IS THAT CUSTOMERS WOULD NOT HAVE BOUGHT PHONES BUT FOR THE
 6         PATENTED FEATURES.
 7                   THE COURT:  OKAY.
 8                   MS. MAROULIS:  THAT CUSTOMER /TK-S BUY PHONES BECAUSE
 9         OF THE PATENTED FEATURES; AND THAT HE EQUATED THE MARKET DEMAND
10         WITH HIGH WILLINGNESS TO PAY.
11                   MS. KREVANS:  OH, YOUR HONOR --
12                   MS. MAROULIS:  AND HE SAID, BUT DID I NOT MAKE THAT
13         TRANSLATION IN THE REPORT AND YOU ARE CORRECT.  SO HE ADMITTED
14         THAT HE DID NOT ACTUALLY SAY THOSE THINGS IN HIS REPORT.
15                   THE COURT:  OKAY.  YOUR NUMBER THREE WAS HIGH
16         WILLINGNESS TO PAYEE 88ED THAT WITH DEMAND.  /SREUBG CORRECT.
17                   THE COURT:  NUMBER TWO IS CUSTOMERS DID BUY THE
18         PHONES FOR THE FEATURES?  IS THAT YOUR POINT?
19                   MS. MAROULIS:  YES.  AND THE FIRST POINT WAS BUT FOR
20         THESE FEATURES, THEY WOULD NOT HAVE BOUGHT THE PHONES.
21                   THE COURT:  OKAY.  I AGREE WITH THAT ONE.  I MEAN, HE
22         DID A CONJOINT SURVEY OF PRICE PREMIUMS THAT WOULD BE PAID AND
23         THE SURVEY DIDN'T APPEAR THAT HE INDICATED THAT, THAT THOSE
24         SAMSUNG CUSTOMERS WOULD NOT BUY THE PHONES BUT FOR THE
25         FEATURES.  SO WITH REGARD TO THAT, I WON'T STRIKE THE
0007
 1         TESTIMONY, BUT MS. DAVIS IS NOT GOING TO RELY ON.
 2                   MS. KREVANS:  SHE WILL NOT RELY ON THAT SPECIFIC
 3         POINT, YOUR HONOR.
 4                   THE COURT:  OKAY.  NOW, IS SHE GOING TO RELY ON THE
 5         POINT OF EQUATING HIGH WILLINGNESS TO PAY WITH THE DEMAND.
 6                   MS. KREVANS:  YES, SHE IS, YOUR HONOR AND MR. HAUSER
 7         GAVE THE EXACT SAME TESTIMONY AT THE LAST TRIAL WITHOUT
 8         OBJECTION.  WILLINGNESS TO PAY DOES RELATE TO DEMAND.  THAT HAS
 9         BEEN DISCLOSED LONG AGO.  IT WAS TESTIFIED TO BY DR. HAUSER AT
10         THE LAST TRIAL.
11                   THE COURT:  OKAY.  GIVE ME A CITATION.
12                   MS. MAROULIS:  YOUR HONOR, DON'T DISPUTE THAT.
13                   MR. PRICE:  THAT'S TRUE.
14         A.
15         Q.  WHY, MS. MAROULIS, DID YOU ASK ME TO STRIKE THAT.
16                   MS. MAROULIS:  BECAUSE HE SAID I DID NOT MAKE THAT
17         TRANSLATION IN THE REPORT.  HE ADMITTED THAT.  HE ADMITTED
18         THAT.
19                   THE COURT:  ALL RIGHT.  THAT REQUEST IS DENIED.
20                   MS. MAROULIS:  OKAY.  YOUR HONOR, MAY WE ALSO HAVE A
21         RULING THAT THEY CANNOT RELY ON THE STRICKEN, OR THE TESTIMONY
22         THEY CANNOT USE WITH MS. DAVIS IN THEIR CLOSING.
23                   THE COURT:  THAT THEY CAN WHAT?
24                   MS. MAROULIS:  THEY CAN NOT RELY ON THESE NEW
25         OPINIONS IN THEIR CLOSING.
0008
 1                   MS. KREVANS:  YOUR HONOR, WE DON'T AGREE WITH THAT.
 2         THIS IS A LATE MOTION TO STRIKE.
 3                   THE COURT:  OKAY.  WAIT A SECOND.  IT /SOUPBLDS LIKE
 4         THERE'S AGREEMENT THAT HE WOULD NOT BUY THE PHONES BUT FOR THE
 5         FEATURES.  YOU'RE SAYING MS. DAVIS IS NOT GOING TO RELY ON
 6         THAT, BUT YOU ARE GOING TO RELY ON IT IN CLOSING EVEN THOUGH IT
                                     Page 3
```

```
                         AvSS - First Half of Day 3.txt
 7      WASN'T IN HIS EXPERT REPORT.
 8                MS. KREVANS:  IT WAS /AOE /HREUSED BY MR. PRICE ON
 9      CROSS-EXAMINATION.  IF YOU'RE GOING TO AH /HRAE THEM TO HAVE
10      THE BROAD SCOPE OF CROSS-EXAMINATION, THEY CAN'T COME IN THE
11      NEXT DAY HAVING FAILED TO MAKE A MOTION TO STRIKE AND MOVE TOO
12      STRIKE.  NOTE NOTE.
13                THE COURT:  TELL ME WHERE THAT'S EX- /PHREUT SIT IN
14      HIS REPORT.
15                MS. KREVANS:  IT'S NOT EXPLICIT IN HIS REPORT.  HE
16      DOES THINK IT WAS IN HIS REPORT.  THIS IS ON CROSS.  IT WAS AN
17      IMPROPER MOTION TO STRIKE.
18                MR. PRICE:  YOUR HONOR, I DID MOVE TO STRIKE ONCE AND
19      HE SAID NO, AND I KNOW NOT TO I AM /PWAEURS MISS IN FRONT OF
20      THE JURY.  IT LOOKS LIKE I'M DESPERATE.  WHEN SHE SAYS I
21      ELICITED THE TESTIMONY, HERE'S AN EXAMPLE, PARAGRAPH 96, YOU
22      WROTE THIRD LINE FROM THE BOTTOM, I HAVE NOT TESTED THE MARKET
23      IN SPOKENS FOR TABLETS IN WHICH CONSUMERS CHOOSE AMONG BRANDS
24      FOR TABLETS.
25                THE COURT:  ALL RIGHT.  I'M SORRY.  I'M SORRY TO
0009
 1      INTERRUPT YOU.  I WANT YOU ALL TO JUST BRIEF THIS THIS MORNING.
 2      I'M NOT GOING TO STRIKE IT FROM MR. HAUSER'S TESTIMONY.  I'M
 3      HEARING FROM MS. /KREF AND MS. DAVIS THAT IS NOT GOING TO RELY
 4      ON.  IT THE ONLY FIGHT IS WHETHER THIS IS GOING TO BE IN
 5      CLOSING.  WHAT I WOULD LIKE IS ONE PAGE ON -- WHAT IS, ARE YOU
 6      STILL PUSHING THE OTHER THEORIES, CUSTOMERES DID NOT BUY THE
 7      PHONE ATTENTION FOR THE FEATURES.  ARE YOU PUSHING THAT.
 8                THE COURT:  ON YOUR THIRD THEORY, BECAUSE IT WAS
 9      WRONG AND I WISH /UT CONSULTED WITH EACH OTHER BEFORE WASTING
10      TIME RAISING A FRIVOLOUS THEORY, BUT WITH REGARD TO YOUR SECOND
11      ONE, ARE YOU STILL CONTENDING THAT CUSTOMERS DID BUY PHONES FOR
12      THE FEATURES.
13                MR. PRICE:  DID NOT.  THE CUSTOMER /TK-S NOT BUY
14      THESE PHONES FOR THE FEATURES, THAT'S OUR CONTENTION AND HE
15      DOESN'T ADDRESS THAT IN HIS REPORT AT ALL.
16                THE COURT:  THAT'S THE FIRST POINT.  MS. MAROULIS
17      RAISED A SECOND POINT, WHICH IS CUSTOMER /TK-S BUY THE PHONES
18      FOR THE FEATURES.
19                MR. PRICE:  RIGHT.
20                THE COURT:  IF I GIVE YOU BRIEFING, I JUST DON'T WANT
21      THIS TO MET /SAS SIZE LIKE EVERYTHING ELSE IN THE CASE WHERE
22      YOU'RE GOING TO SUDDENLY RAISE 35 NEW ISSUES /SAOFPLT I'M
23      TRYING TO CABIN WHAT IT IS THAT YOU'RE BRIEFING.  WE ALREADY
24      AGREED YOU'RE GOING TO BRIEF THE FIRST ISSUE OF WOULD NOT BUY
25      THE PHONES BUT FOR THE FEATURES.  OKAY.  UNDERSTOOD.  SECOND
0010
 1      ONE, CUSTOMER DID BUY THE PHONES FOR THE FEATURES.
 2                MR. PRICE:  YES, IT'S THE CONVERSE IS ALL.  HE SAYS
 3      IF THEY DIDN'T HAVE PEE /TAOURS.  THEY WOULD LEAVE.  AND THEY
 4      WERE BOUGHT FOR THE FEATURES.
 5                THE COURT:  ALL RIGHT.  WITH REGARD TO THEN THOSE TWO
 6      ISSUES, I JUST WANT ONE PAGE CITING WHERE IT IS, I WANT A PAGE
 7      AND A LINE OR A PARAGRAPH FROM HIS EXPERT REPORT AND LINE
 8      NUMBER WHERE IT WAS EITHER PREVIOUSLY DISCLOSED IN HIS EXPERT
 9      REPORT, PREVIOUSLY TESTIFIED TO IN THE 2012 TRIAL.  OKAY?  AND
10      THEN IF YOU WOULD JUST CITE THE RELEVANT PORTION OF WHAT HE
11      TESTIFIED YESTERDAY.
12           BUT JUST ON THOSE ISSUES.  I DON'T WANT THIS TO EXPAND AND
13      MORPH INTO SOMETHING LARGER THAN IT REALLY IS.
14                MR. PRICE:  AND WE'LL CITE TO YOU THE QUESTION THAT'S
15      /SPO*EGS HE HADLY ELICITED THE OPINIONS SO YOU CAN SEE THAT.
16                THE COURT:  IF YOU JUST GIVE US THE PAGE AND LINE
17      NUMBERS, THAT WOULD BE GREAT.
                                  Page 4
```

```
                          AvSS - First Half of Day 3.txt
     3          OUR JURY, PLEASE.
     4               (JURY IN AT 9:08 A.M.).
     5                THE COURT:   ALREADY.  WELCOME BACK.  PLEASE TAKE A
     6          SEAT.
     7                MR. HAUSER, OR DR. HAUSER, IF YOU WOULD PLEASE TAKE THE
     8          WITNESS STAND.
     9                SIR, YOU'RE STILL UNDER OATH.
    10                THE WITNESS:   THANK YOU.
    11                THE COURT:   MR. PRICE, ARE YOU READY?
    12                MR. PRICE:   I AM, YOUR HONOR.
    13                THE COURT:   OKAY.  TIME IS NOW 9:08 /*FPLT GO AHEAD,
    14          PLEASE.
    15                MR. PRICE:   GOOD MORNING.
    16                THE COURT:   9:09.  EXCUSE ME.
    17                MR. PRICE:   EVEN BETTER.
    18                     *CROSS-EXAMINATION RESUMED.
    19          BY MR. PRICE:
    20          Q.  /TKR-R HAUSER, GOOD MORNING?
    21          A.  GOOD MORNING.
    22          Q.  SINCE WE LEFT YESTERDAY, HAVE YOU TALKED WITH ANYONE ABOUT
    23          THE CASE?
    24          A.  NOT ABOUT THE CASE.
    25          Q.  OKAY.  HAVE YOU TALKED -- SO HAVE YOU TALKED TO ANYONE
0014
     1          ABOUT YOUR REPORT?
     2          A.  NO, I HAVE NOT.
     3          Q.  BY THE WAY, YESTERDAY YOU SAID, WHEN I ASKED YOU ABOUT
     4          WHETHER CONCERN OPINIONS WERE IN YOUR REPORT, YOU SAID THE WORD
     5          ATTENTION MARKET SHARE APPEAR IN MY REPORT WHEN DESCRIBING
     6          EQUAL /HREUB /KWRAEUTING.  EQUILIBRATING.  I'M SORRY.
     7               DO YOU RECALL THAT TESTIMONY.
     8          A.  YES, I DO.
     9          Q.  AND HAVE YOU HAD A CHANCE TO ACTUALLY LOOK AT YOUR REPORT
    10          SINCE YOU TESTIFIED YESTERDAY?
    11          A.  I HAVE NOT REVIEWED MY REPORT SINCE YESTERDAY.  WE CAN
    12          CERTAINLY LOOK AT IT NOW.
    13          Q.  IT'S TRUE, IS IT NOT, THAT THE WORDS MARKET SHARE ARE, ARE
    14          NOWHERE IN YOUR REPORT, EXCEPT IN YOUR RESUME WHEN YOU POSTED
    15          SOME ARTICLES THAT YOU'VE WRITTEN?
    16          A.  WELL, WE AREN'T MATCHING THE SHARE OF TWO TELEPHONES.
    17          MAYBE I DID NOT USE THE WORDS MARKET SHARE.
    18          Q.  NO, NO.  YOUR TESTIMONY WAS BUT THE WORDS MARKET SHARE
    19          APPEAR IN MY REPORT, AND SO I'M ASKING YOU WHETHER OR NOT, IN
    20          FACT, THAT IS NOT TRUE.  THOSE WORDS DO NOT APPEAR IN YOUR
    21          REPORT?
    22          A.  WELL, CAN I JUST TAKE A LOOK AT THE REPORT?
    23          Q.  WELL, I'M ON THE CLOCK.  HOW LONG WOULD IT TAKE YOU TO
    24          LOOK IN YOUR REPORT TO SEE WHETHER OR NOT -- PROGRAMS I CAN
    25          CONTINUE AND SOMEONE CAN WORD SEARCH IT IF THAT HELPS ON YOUR
0015
     1          TEAM.
     2          A.  YOUR CHOICE.
     3          Q.  IS THAT FAIR?
     4          A.  I KNOW WHERE THE PARAGRAPH IS, BUT THAT'S OKAY.
     5          Q.  OH, YOU KNOW WHERE THE PARAGRAPH IS THAT SAYS MARKET
     6          SHARE?
     7          A.  I KNOW WHERE THE PARAGRAPH IS WHERE WE TALKING ABOUT /AOEB
     8          /HREUB JUMP.
     9          Q.  I'M SORRY, SIR.  I'M NOT TO BE CONFUSING YOU.  YOU SAID TO
    10          THE JURY THAT THE WORDS MARKET SHARE APPEAR IN YOUR REPORT.
    11          YOU SAID IT TWICE.  I'M ASKING YOU A SPECIFIC QUESTION.  IS
    12          THAT TRUE OR FALSE?  DO THE WORDS MARKET SHARE APPEAR IN YOUR
    13          REPORT?
                                        Page 6
```

```
                            AvSS - First Half of Day 3.txt
14         A.   I'D LIKE TO LOOK AT THE PARAGRAPH ON EQUILIBRIUM TO SEE
15         WHETHER IT'S IN THERE.
16         Q.   OKAY.  IN THAT CASE, PLEASE GO AHEAD?
17         A.   WHAT EXHIBIT NUMBER WAS IT.
18         Q.   THAT'S EXHIBIT 2703.002.
19              (PAUSE IN PROCEEDINGS.)
20              THE WITNESS:  NO, THE ACTUAL WORDS "MARKET SHARE," I
21         DO NOT SEE THEM HERE.  THE SIMULATION DOES, THOUGH, EQUATE THE
22         SHARES OF THE TWO PRODUCTS.
23         Q.   SO THE ANSWER IS THAT YOUR TESTIMONY YESTERDAY WAS
24         MISTAKEN?  THE WORDS MARKET SHARE DON'T APPEAR; CORRECT?
25         A.   THE ACTUAL WORDS MARKET SHARE DO NOT APPEAR HERE.  IT'S
0016
 1         THE SHARE OF TWO PRODUCT ATTENTION IN A MARKET.
 2         Q.   AND LET ME TALK TO YOU A LITTLE BIT ABOUT WHAT THESE
 3         PEOPLE WHO TOOK THIS SURVEY DID.
 4              AND IF WE CAN PUT UP 8004.023, I THINK YOU MENTIONED THIS
 5         A LITTLE BIT.
 6              SO WHAT THEY DID IS THEY WOULD SEE SCREENS, SUCH AS THIS
 7         ONE, WHICH IS FROM YOUR REPORT AT EXHIBIT F.  IS THAT RIGHT?
 8         A.   YES, THIS IS CORRECT.
 9         Q.   AND IT'S -- THIS HAS -- LET'S SEE IF I'VE GOT THE
10         DESCRIPTION CORRECTLY.  FOUR DIFFERENT CHOICES AT THE TOP;
11         CORRECT?
12         A.   YES.  FOUR DIFFERENT CHOICES AT THE TOP?  NO, NO.
13         Q.   AND --
14         A.   FOUR CHOICES TOTAL.  THEY -- THEY CLICK AT THE BOTTOM.
15         Q.   I SEE.  SO FOUR CHOICES, AND THEN IT HAS A CHOICE SET,
16         EACH SCREEN HAS A CHOICE SET OF 28 DIFFERENT FEATURE
17         DESCRIPTIONS; RIGHT?
18         A.   WELL, THERE'S, THERE'S SEVEN -- WELL, SIX FEATURES PLUS
19         PRICE, AND THEY HAVE DIFFERENT LEVELS WITHIN EACH PRODUCT AND
20         THERE'S FOUR PRODUCTS THAT THEY'RE CHOOSING AMONG.  SO THEY
21         CHOOSE AMONG EACH COLUMN.
22         Q.   BUT THERE ARE, LIKE, 28 DIFFERENT SQUARES THERE; RIGHT?
23         IS THAT RIGHT?
24         A.   YES, THERE ARE 20 -- 28 DIFFERENT ICONS.
25         Q.   AND THEY EACH SEE 16 OF THESE SCREEN OR CHOICE SETS;
0017
 1
 2         RIGHT?
 3         A.   YES, THAT'S CORRECT.
 4         Q.   AND IS IT CORRECT THAT THEY MAKE ABOUT 64 DIFFERENT
 5         CHOICES?  RIGHT?
 6         A.   NO.  THEY MAKE 16 CHOICES.
 7         Q.   FOR THE ENTIRE, FOR THE ENTIRE SURVEY?
 8         A.   YES.  THEY CHOOSE ONCE AMONG THE FOUR PRODUCTS.
 9         Q.   OKAY.  AND THEN AFTER DOING THIS, AND I THINK YOU SAID IT
10         TAKES 20 TO 25 MINUTES?
11         A.   I THINK THAT'S AN AVERAGE.  SOME PEOPLE TAKE LONGER.  SOME
12         PEOPLE TAKE LESS.
13         Q.   AND YOUR CONCLUSION THAT YOU TESTIFIED YESTERDAY IS --
14         FIRST OF ALL, YOU FOUND THAT THE AVERAGE PRICE THAT THESE
15         PEOPLE PAID FOR THEIR SMARTPHONES, WHICH WERE PHONES WHICH,
16         LIKE THE ONES THAT ARE ACCUSED, THAT HAVE THE ACCUSED FEATURES
17         IN THIS CASE, THE AVERAGE PRICE WAS 152 DOLLARS?
18         A.   WELL, IN ADDITION TO THE TWO -- IN ADDITION TO THE TWO TO
19         $5,000 THAT THEY LIKELY PAID FOR A CONTRACT.
20         Q.   DID YOU TELL THEM HOW MUCH THEY'D LIKE TO PAY FOR A
21         CONTRACT?
22         A.   NO, BUT WE DO TELL THEM THAT THAT'S SOMETHING THAT SHOULD
23         BE CONSIDERED.  BE CAN'T GATHER THAT MONEY.  WE DIDN'T GATHER
24         THAT DATA.  NOTE NOTE CHECK.
                                   Page 7
```

```
                              AvSS - First Half of Day 3.txt
13           Q.   OKAY.  SO IN ANY EVENT, IF, IF A SAMSUNG CUSTOMER, YOU
14      KNOW, LEFT THE SAMSUNG WORLD OF PHONES TO GO TO APPLE, OKAY,
15      THEY WOULD BE GIVING UP THINGS WHICH ONLY SAMSUNG OFFERS;
16      CORRECT?
17           A.   YES.  AND THEY WOULD BE GAINING THE THINGS THAT ONLY APPLE
18      OFFERS.
19           Q.   AND THAT'S BECAUSE BOTH COMPANIES OFFER UNIQUE BUNDLES, IF
20      YOU LOOK AT THE ENTIRE BUNDLE, THEY'RE DIFFERENT?
21           A.   THAT'S RIGHT.  AND A PERSON CAN BE SORT OF BALANCING THESE
22      AND BE RIGHT AT THE EDGE AND THEN ONE FEATURE -- THEY CAN SORT
23      OF BE EQUAL UTILITY FOR THE TWO, AND THEN ONE OR TWO FEATURES
24      CAN ACTUALLY TURN THEM ONE WAY OR THE OTHER.
25           Q.   IT DEPENDS UPON HOW THEY VALUE IT, THEY LIKE MORE THE
0033
 1      SCREEN SIZE OR ANDROID OPERATING SYSTEM OR OPEN SOURCE CODE OR
 2      WHETHER YOU HAVE 4G OR NOT.  IT DEPENDS UPON HOW THEY MAKE
 3      THEIR CHOICES; RIGHT?
 4           A.   YEAH.  IT'S ACTUALLY, YOU KNOW, AS YOU TALKED ABOUT CAR
 5      SALESMEN AND AS YOU KNOW, I'VE DONE A LOT OF WORK IN THE
 6      AUTOMOBILE INDUSTRY, YOU CAN GO IN AND YOU CAN BE VERY CLOSE
 7      BETWEEN A CHEVY AND A FORD AND THEN ONE THING COULD BE ANTI
 8      LOCK BRAKES, IT COULD BE ADAPTIVE CRUISE CONTROL, IT COULD BE
 9      THE STYLING, KIND OF PUSHES YOU ONE WAY OR THE OTHER.  AND I'VE
10      RECENTLY WRITTEN A PAPER WHERE THIS PERSON, MARIA, WAS CHOOSING
11      BETWEEN TWO AUTOMOBILES AND IT WAS THE PRESENCE OF A SUN, OF A
12      SUN ROOF OR NOT A SUN ROOF THAT PUSHED HER BETWEEN TWO
13      AUTOMOBILES.
14           AND SO IN THAT CASE, EVEN THOUGH THE SUN ROOF WAS MANY OF
15      MANY, MANY, FEATURES IN ANABLE, IT WAS THE THING THAT PUSHED
16      HER ONE WAY OR THE OTHER.
17           Q.   AND YOU COULD ACTUALLY DO A STUDY TO SEE WHETHER OR NOT
18      SOMEONE WOULD BE PUSHED FROM A SAMSUNG PHONE WITH ITS UNIQUE
19      FEATURES TO AN APPLE PHONE WITH ITS UNIQUE FEATURES?  YOU COULD
20      DO THAT STUDY?
21           A.   I BELIEVE I HAVE DONE THAT STUDY.
22           Q.   YOU -- DID YOU ASK THESE SAMSUNG PEOPLE WHO HAD THEIR
23      PHONES WHETHER OR NOT THEY WOULD LEAVE APPLE IF THEY DIDN'T
24      HAVE CERTAIN FEATURES?
25           A.   WHAT I KNOW IS THEIR --
0034
 1           Q.   I'M ASKING YOU, DID YOU DO THAT?
 2           A.   I DID NOT DO THAT PARTICULAR STUDY.
 3           Q.   OKAY.  CAN YOU ASK THEM HOW MUCH THEY VALUED, RELATIVELY
 4      SPEAKING, THE FEATURES THAT ARE UNIQUE TO SAMSUNG AND ANDROID?
 5           A.   NO.
 6           Q.   THAT IS, HOW THEY VALUED WHAT THEY WOULD HAVE TO GIVE UP?
 7           A.   NO.  EVERYBODY IN MY SAMPLE WAS A SAMSUNG USER WITH A
 8      SAMSUNG PHONE.
 9           Q.   I'M GOING TO SHOW YOU EXHIBIT 1009 NOW THAT WE HAVE IT ON,
10      AND DO YOU RECALL A FEATURE SUCH AS THIS THAT YOU LOOKED AT
11      (INDICATING)?
12           A.   YES.  THIS, I'M NOT GOING TO MAKE A TECHNICAL DECISION,
13      BUT THIS SORT OF LOOKS LIKE THE BOUNCE FEATURE TO ME.
14           Q.   AND HOW MUCH IS YOUR CONCLUSION THAT CONSUMERS ARE WILLING
15      TO PAY FOR THIS (INDICATING)?
16           A.   I DON'T BREAK THAT OUT.
17           Q.   OKAY.  BUT IT'S ADDED INTO THE HUNDRED; RIGHT?
18           A.   THE, THE THREE FEATURES TOGETHER ADD UP TO $100.
19           Q.   OBVIOUSLY I DON'T HAVE A SAMSUNG PHONE.  I HAVE A
20      BLACKBERRY.
21           LET ME ASK YOU A HYPOTHETICAL.  I THINK YOU TESTIFIED ON
22      DIRECT THAT YOU WERE ON EXPERT IN MATH.
23           A.   WELL, IF THERE'S SOME MATHEMATICS I KNOW AND SOME
                                     Page 14
```

```
                             AvSS - First Half of Day 3.txt
        24       MATHEMATICS I DON'T KNOW, YES, THAT'S CORRECT.
        25       Q.   BUT CERTAINLY YOU KNOW ENOUGH TO DO YOUR WORK; CORRECT?
   0035
         1       A.   YES, I'VE STUDIED A LOT OF MATHEMATICS.
         2       Q.   LET ME GIVE I A HYPOTHETICAL.  LET'S SAY -- THIS IS A
         3       HYPOTHETICAL.  THE MARKET IS 40 PERCENT APPLE, 40 PERCENT
         4       SAMSUNG, 20 PERCENT MOTOROLA.  AND SAMSUNG AND MOTOROLA ARE AN
         5       /TKRAO DROID PHONES.  APPLE IS IOS.
         6       A.   YES.
         7       Q.   SO SAY MOTOROLA LEFT THE MARKET.
         8       A.   OKAY.
         9       Q.   OKAY.  SO YOU JUST HAVE SAMSUNG AND APPLE.  WOULD YOU HAVE
        10       ENOUGH INFORMATION TO TELL ME WHERE THOSE MOTOROLA CUSTOMERS
        11       ARE GOING TO GO TO?
        12       A.   NO, I WOULD NOT.
        13       Q.   WHY NOT?
        14       A.   IT'S A VERY SIMPLE HYPOTHETICAL.  I -- YOU KNOW, IJUST
        15       WOULD NOT -- I WOULD KNOW THAT 20 PERCENT FEWER PEOPLE ARE
        16       BUYING MOTOROLA PHONES.  SOME WOULD GO TO APPLE, SOME WOULD GO
        17       TO SAMSUNG.  BUT I COULDN'T QUANTIFY WHERE THEY WOULD GO.
        18       Q.   WHAT WOULD YOU NEED TO QUANTIFY?
        19       A.   WHAT WOULD I NEED?
        20       Q.   WHAT INFORMATION WOULD YOU NEED TO BE ABLE TO DO A GOOD
        21       QUANTIFICATION ESTIMATE OF THAT?
        22       A.   WELL, IF IF I JUST WANTED TO DO THAT?
        23       Q.   YEAH.
        24       A.   THAT'S A -- THAT'S ACTUALLY A PRETTY HARD STUDY TO DO.
        25       IT'S DOABLE, AND I THINK WE COULD SIT DOWN AND I COULD DESIGN
   0036
         1       ONE.  AND CERTAINLY I'VE DONE THIS FOR AUTOMOBILES IN SOME
         2       OTHER MARKETS.  BUT DO YOU WANT ME TO DESIGN A STUDY NOW?
         3       Q.   I'M ASKING YOU, WHAT FACTORS WOULD YOU HAVE TO TAKE INTO
         4       ACCOUNT.  I MATHEMATICALLY YOU JUST SAY, YOU TAKE 20 PERCENT
         5       AND YOU DIVIDE THEM EVENLY, 10 AND 10.  YOU TOLD US YOU'D WANT
         6       TO LOOK AT SOME OTHER FACTORS.  LIKE WHAT?
         7       A.   RIGHT.  I WOULDN'T /TKEUF RIDE IT EQUALLY.  I -- YOU KNOW,
         8       IF I WERE TO BUILD A MARKET -- A MODEL.
         9       Q.   FIRST, WHY WOULDN'T YOU DIVIDE THEM EQUALLY.
        10            MS. KREVANS:  YOUR HONOR, MAY I ASK THAT THE WITNESS
        11       BE PERMITTED TO COMPLETE THE WITNESSES BEFORE MR. PRICE ASKS
        12       THE QUESTION.  HE WAS INTERRUPTED.
        13            THE COURT:  GO AHEAD.  COMPLETE YOUR ANSWER, PLEASE.
        14            THE WITNESS:  THANK YOU.
        15       WELL, I THINK YOU'VE BEEN ASKING WHY WOULDN'T I DIVIDE
        16       THEM EQUALLY?
        17       BY MR. PRICE:
        18       Q.   YEAH.
        19       A.   BECAUSE I DON'T HAVE ENOUGH INFORMATION TO DECIDE HOW TO
        20       DIVIDE THEM.  DIVIDING THEM EQUALLY MIGHT BE ONE OF THE
        21       ANSWERS, BUT I DON'T KNOW JUST FROM THE SIMPLE EXAMPLE YOU'VE
        22       GIVEN ME.
        23       Q.   OKAY.  WHAT OTHER INFORMATION WOULD YOU NEED TO KNOW?
        24       A.   WELL, I WOULD HAVE TO KNOW A LITTLE BIT ABOUT THE MARKET.
        25       I -- I MIGHT DO AN ASSESSOR ANALYSIS OF THIS.  YOU CAN BUILD A
   0037
         1       PRE TEST MARKET.  AND IF YOU'VE READ SOME OF MY PAPERS ON
         2       INFORMATION AND ACCELERATION, WE CAN BUILD ON INFORMATION
         3       ACCELERATOR FOR THIS.  THIS IS ONE OF THE TECHNIQUES THAT
         4       GENERAL MOTORS USES.  THERE ARE METHODS.  ONE CAN COLLECT DATA.
         5       Q.   AND HAVE YOU DONE THOSE SORTS OF STUDIES BEFORE?
         6       A.   -- HAVE I DONE AN INFORMATION ACCELERATION STUDY?
         7       Q.   THE KIND OF STUDY THAT WOULD ALLOW TO YOU SAY THIS PERSON,
         8       OR THIS GROUP IS LEAVING THE MARKET, WHERE ARE THEY GOING TO
                                            Page 15
```

```
                              AvSS - First Half of Day 3.txt
  9         GO, THAT TYPE OF STUDY?  /-FRPLTS YES.   I, MY CO AUTHORS, OF
 10         COURSE, WE PUBLISHED A STUDY, IN FACT, I ONE AN AWARD, BUT
 11         THAT'S BESIDE THE POINT, WE ANALYZED SOME OF THE FIRST ELECTRIC
 12         VEHICLES AND WE MADE SOME FORECASTS OF THESE ELECTRIC VEHICLES
 13         THAT TURNED OUT TO BE PRETTY QUITE ACCURATE.  MANY TIMES I WISH
 14         GENERAL MOTORS WOULD HAVE INTRODUCED THE CARS EARLIER, BUT, YOU
 15         KNOW, I JUST DO THE MARKET RESEARCH.  I DON'T DO THE SUPPLY.
 16         Q.   OKAY.  SO THEN YOU WEREN'T ASKED TO DO THAT STUDY IN THIS
 17         CASE, WERE YOU?
 18         A.   NO, I WAS NOT ASKED TO DO AN INFORMATION ACCELERATION
 19         ANALYSIS, NO.
 20         Q.   SO IN OTHER WORDS, IN THIS CASE, IF, YOU KNOW, SAMSUNG,
 21         YOU KNOW, IS GOING TO LOSE CUSTOMERS, THAT IS, IF CUSTOMERS SAY
 22         WE'RE NOT GOING TO BUY YOUR PHONE BECAUSE THEY DON'T HAVE SOME
 23         OF THESE FEATURES AND YOU WANT TO LOOK AT WHERE THEY MIGHT GO,
 24         YOU COULD HAVE DONE A STUDY LIKE YOU JUST DESCRIBED TO KIND OF
 25         LOOK INTO THAT?
0038
  1         A.   THERE ARE MANY STUDIES THAT I COULD DO, SURE.
  2         Q.   BUT WHAT YOU WOULD NOT DO IS SIMPLY TAKE THAT 20, THAT
  3         NUMBER OF PERCENTAGE THAT'S LEAVING AND JUST DIVIDE IT EQUALLY
  4         AMONG THE REST OF THE MARKET?
  5         A.   THAT MIGHT BE CORRECT.  BUT, YOU KNOW, I JUST CAN'T ANSWER
  6         YOU ONE WAY OR THE OTHER BECAUSE I HAVEN'T COLLECTED ANY DATA
  7         AS TO WHETHER OR NOT THAT'S CORRECT.
  8         Q.   OKAY.  SO AS A, AS A PROFESSIONAL IN THE MARKETING AREA,
  9         YOU WOULDN'T RELY ON THAT METHOD UNLESS YOU DID RESEARCH AND
 10         LOOKED AT DATA TO SEE IF IT WOULD BE APPROPRIATE JUST TO DO A
 11         MATHEMATICAL DISTRIBUTION OF PERCENT 50; RIGHT?
 12         A.   ARE YOU ASKING ME WOULD I DO THAT AS A MARKET --
 13         Q.   YEAH.
 14         A.   WELL, NO, OF COURSE NOT.  RIGHT?  BECAUSE I'M A MARKETING
 15         EXPERT.  I CAN GET DEMAND.  IT'S POSSIBLE THAT SOMEBODY ELSE,
 16         PERHAPS JULIE DAVIS, HAS ADDITIONAL INFORMATION THAT I DON'T
 17         HAVE.  I'M SORRY, MS. DAVIS HAS ADDITIONAL INFORMATION.  SHE
 18         MIGHT BE ABLE TO DO THOSE ANALYSES, AND I DON'T HAVE ANY
 19         OPINION ON WHETHER OR NOT SHE CAN DO THE ANALYSES.
 20              BUT IT'S NOT A MARKET -- I'M ASKED TO DO MARKET RESEARCH
 21         AND YOU'RE ASKING ME WHAT CAN I DO WITH MARKET RESEARCH.
 22              SO I JUST CAN'T, GIVEN A VERY SIMPLE EXAMPLE YOU'VE GIVEN
 23         ME, I WANT MORE INFORMATION. NOW, PERHAPS SHE HAS THAT
 24         INFORMATION.
 25         Q.   AND WHAT KIND OF INFORMATION DO YOU WANT?
0039
  1         A.   OKAY.  I CAN BUILD A LOW /TKPWEPBT MODEL.  WE CAN BUILD A
  2         FLOW MODEL.  NOTE NOTE CHECK WORD.  FLOW MODEL MIGHT BE ABLE TO
  3         DO SOME OF THIS.  I CAN COLLECT DATA ON PEOPLE'S PREFERENCES
  4         WITH RESPECT TO BRAND.  AND I DIDN'T COLLECT PREFERENCES WITH
  5         RESPECT TO BRAND.
  6              ALL I KNOW IS THAT PEOPLE ARE WILLING TO PAY QUITE A BIT
  7         FOR THESE FEATURES AND THAT THEY'RE GOING TO GO SOMEPLACE,
  8         RIGHT.  I DID NOT QUANTIFY WHERE THEY'RE GOING TO GO.
  9         Q.   AND I'M NOT ASKING YOU IN THIS CASE.  I'M JUST SAYING YOU
 10         COULD DESIGN A STUDY TRYING TO TAKE IN FACTORS THAT COULD TELL
 11         YOU WHAT'S THE APPROPRIATE METHODOLOGY TO USE?
 12         A.   IF YOU WANTED A MARKET RESEARCH STUDY, SURE, I MEAN, I CAN
 13         DESIGN SUCH A STUDY.
 14         Q.   AND YOU'VE BEEN ASKED TO DO THAT IN THE PAST, THAT SORT OF
 15         STUDY TO SEE WHERE CUSTOMERS WOULD BE DISTRIBUTED ACROSS THE
 16         MARKET IF THEY WERE LOST FROM SOMEONE ELSE?
 17         A.   YEAH.  NORMALLY, FOR EXAMPLE, IF I WERE -- /STKPWHREU JUST
 18         WANT TO KNOW IF YOU'VE DONE THEM.
 19         A.   WELL, IT'S A DIFFERENT STUDY AND THERE'S THINGS YOU'RE NOT
                                     Page 16
```

```
                        AvSS - First Half of Day 3.txt
20      GOING TO GET OUT OF THAT STUDY.  AND WE'RE ALWAYS FACING THIS
21      PROBLEM.  WE CAN ASK A LIMITED NUMBER OF QUESTIONS TO
22      CONSUMERS, SO IF I'M GOING TO DO AN I A STUDY, IT'S GOING TO BE
23      DIFFERENT THAN A CONJOINT SDU BECAUSE I'M JUST TRYING TO
24      FORECAST MARKET DEMAND FOR A PARTICULAR AUTOMOBILE.
25           NOW, I -- I MEAN, WHAT I TRY AND DO IS, GIVEN THE AMOUNT
0040
 1      OF TIME I CAN SPEND WITH CONSUMERS, I TRY TO GET AS MUCH
 2      INFORMATION TO ANSWER THE QUESTION THAT I'VE BEEN ASKED.
 3      Q.   OKAY.   LET ME --
 4                THE COURT:   MR. PRICE, CAN WE MARK THAT /KHAOET OF
 5      PAPER AS AN SDX NUMBER.
 6                MR. PRICE:   SURE, ABSOLUTELY.
 7                THE COURT:   JUST FORKED RECOLLECT.
 8                MR. PRICE:   ABSOLUTELY.
 9                THE COURT:   WHAT WOULD YOU LIKE TO CALL THAT?
10                MR. PRICE:   WHAT WOULD BE OUR NEXT?  CHRIS?
11                MR. KELLEY:   8100.
12                MR. PRICE:   8100 YOUR HONOR.
13                THE COURT:   OKAY.  SO 8100.  THANK YOU.
14           (EXHIBIT ^  WAS MARKED FOR IDENTIFICATION.)
15      BY MR. PRICE:
16      Q.   I'M GOING TO SHOW YOU EXHIBIT JX 1011 AND ASK YOU IF YOU
17      COULD -- OKAY.
18           SO DID YOUR STUDY SAY HOW MUCH A CONSUMER IS WILLING--
19      WOULD BE WILLING TO PAY FOR THAT FUNCTIONALITY.
20                MS. KREVANS:   YOUR HONOR, MAY I ASK THAT THE WITNESS
21      BE TOLD WHAT PHONE HE'S BEING SHOWN.  I HAVE NO IDEA WHAT'S ON
22      THE SCREEN.  JX 1011.  I'M ASKING ABOUT THE FUNCTIONALITY.
23                MS. KREVANS:   CAN WE HAVE THIS IDENTIFIED AS TO WHAT
24      PHONE IT IS, YOUR HONOR.
25                MR. PRICE:   NO, YOUR HONOR.  THERE'S JX 1011 AND
0041
 1      THERE'S A REASON AND SHE'S JUST ALERTED THE WITNESS AS TO WHY
 2      BECAUSE HE'S BEEN SITTING HERE IN COURT FOR THE ENTIRE TIME.
 3                THE WITNESS:   OKAY.   YOU WENT BACK AND FORTH.   WHAT
 4      ARE YOU --
 5                THE COURT:   THE OBJECTION'S OVERRULED.   IT'S
 6      IMPORTANT FOR YOU NOT TO TELL HIM WHAT PHONE IT IS?
 7                MR. PRICE:   YES.
 8                THE COURT:   ALL RIGHT.   THEN THE OBJECTION'S
 9      /O*ERPLD.
10                MR. PRICE:   JX 1011.   YOU JUST SAW THE FUNCTIONALITY.
11      HOW MUCH DID YOUR STUDY SHOW CONSUMERS WOULD BE WILLING TO PAY
12      FOR THAT?
13      A.   WELL, IF THIS ADEQUATELY DESCRIBES THE FUNCTIONALITY AND
14      THE BASE ALTERNATIVE, THIS IS THE AUTO SWITCH, THAT WOULD BE AN
15      ADDITIONAL $39.
16      Q.   AND WHICH PATENT WAS THAT?
17      A.   THIS IS THE '915.
18      Q.   AND YOU SAW THE FUNCTIONALITY?  THAT'S THE FUNCTIONALITY
19      YOU TESTED?
20      A.   WELL, CAN YOU JUST SHOW IT AGAIN.
21      Q.   SURE.
22      A.   I'M NOT A TECHNICAL EXPERT.
23      Q.   I'M GOING TO LET MY SURE FINGERED COLLEAGUE DO IT.
24           (PAUSE IN PROCEEDINGS.)
25                THE WITNESS:   OH, YES, THAT'S MY UNDERSTANDING OF THE
0042
 1      '915.
 2      BY MR. PRICE:
 3      Q.   ACTUALLY, THAT'S THE '163, ISN'T IT?
 4      A.   I'M SORRY, YOU'RE ABSOLUTELY CORRECT.  IT'S THE '163.
                                  Page 17
```