| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (SBN 244180) |
| San Francisco, California 94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF RUTH N. BORENSTEIN IN SUPPORT OF APPLE'S OPPOSITION TO MOTION TO STRIKE APPLE'S REBUTTAL WITNESSES DRS. BALAKRISHNAN AND SINGH** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Ruth N. Borenstein, declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I make this declaration based on personal knowledge in support of Apple's Opposition to Motion to Strike Apple's Rebuttal Witnesses Drs. Balakrishnan and Singh.

2. Attached hereto as **Exhibit A** is a true and correct copy of Samsung's direct disclosures for Michael Wagner, served on November 11, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of November, 2013 at San Jose, California.

                                   */s/ Ruth N. Borenstein*
                                    RUTH N. BORENSTEIN

BORENSTEIN DECL. ISO APPLE'S OPPOSITION TO MOTION TO STRIKE APPLE'S REBUTTAL WITNESSES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3355546

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ruth N. Borenstein has concurred in this filing.

Dated: November 15, 2013                         /s/ Harold J. McElhinny
                                                 HAROLD J. MCELHINNY

BORENSTEIN DECL. ISO APPLE'S OPPOSITION TO MOTION TO STRIKE APPLE'S REBUTTAL WITNESSES
Case No. 11-cv-01846-LHK (PSG)
sf-3355546

2