# Exhibit A

*Apple v. Samsung, No. 11-cv-01846*
**Samsung's Direct Examination Exhibits and Materials for Michael J. Wagner**

Disclosure of Apple's exhibits is made subject to Samsung's objections to those exhibits.

**Pictures of Devices**
- PX7A

**Financials / Sales / Damages Calculations**
- PX25F
- PX25G
- PX25H
- PX26A
- PX27A
- PX28
- PX29A1
- PX102
- PX103
- PX104
- PX143
- PX144
- PX145
- PX146
- PX180 (Updated)
- PX181
- PX182
- DX541
- DX542
- DX543
- DX544
- DX586
- DX594
- DX676 (Updated)
- DX701 (Updated)
- DX702 (Updated)
- DX703 (Updated)
- DX704 (Updated)
- DX753
- DX754
- DX755
- DX756
- DX777
- DX781 (Updated)
- DX938 (subject to the Court's order)

- DX952 (Updated)
- JX1500A1

**Survey, Market Research, Comparison Documents**
- PX15
- PX30
- PX56
- PX69
- DX534
- DX535
- DX536
- DX537
- DX572
- DX578
- DX579
- DX587
- DX589
- DX592
- DX605
- DX614
- DX617
- DX709
- DX711
- DX712
- DX763
- DX766
- DX767
- DX768
- DX769
- DX770
- DX771
- DX772
- DX773
- DX774
- DX775
- DX776

**Expert Reports and Deposition Transcripts**
- DX943
- DX944
- DX945
- DX946
- DX947
- DX948

- DX2579
- DX2700
- DX2739
- DX2738

**Benchmarking**
- DX2517
- DX2519
- DX2522
- DX2524
- DX2525
- DX2627
- DX2628

**Devices, Prior Art, and Alternatives**
- PX10.3-57
- PX 20.6, 20.8, 20.9-11
- PX22.1-3
- PX147
- DX518
- DX520
- DX526
- DX548
- DX556
- DX561
- DX2526
- DX2527
- DX2528
- DX2530
- DX2531
- DX2532
- DX2533
- DX2534
- DX2535
- JX1000
- JX1001
- JX1002
- JX1003
- JX1004
- JX1005
- JX1006
- JX1009
- JX1011
- JX1012

- JX1014
- JX1016
- JX1017
- JX1018
- JX1020
- JX1021
- JX1022
- JX1023
- JX1024
- JX1025
- JX1026
- JX1027
- JX1028
- JX1030 (subject to Court's order)
- JX1032
- JX1033
- JX1034
- JX1035
- JX1036
- JX1037
- JX1038
- JX1083
- JX1099

**Prior Transcripts**
- Transcript of August 26, 2013 deposition of Julie Davis
- Transcript of April 3, 2012 deposition of Tony Blevins.
- Transcript of February 23, 2012 deposition of Mark Buckley.
- Transcripts of the 2012 trial testimonies of John Hauser, Michael Wagner, Karan Singh, Ravin Balakrishnan, and Terry Musika in this case (Case No. 11-cv-01846-LHK).

**Demonstratives**
- PDX14.30-33
- PDX27.34-37
- PDX29
- PDX34.9
- PDX100
- SDX3586
- SDX3918.101
- Samsung's Opening Slides (Samsung will remove from this disclosure any slides for which objections are sustained)
- SDX7001
- SDX7004
- SDX7005