**UNITED STATES DISTRICT COURT**
**Judge Lucy H. Koh, Presiding**
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Thursday, November 14, 2013
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown                Time in Court: 5 hr 46 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    **APPLE INC.**           V.          **SAMSUNG ELECTRONICS CO. LTD., ET AL**
      PLAINTIFF                              DEFENDANTS

| Attorneys present: | Attorneys present: |
| --- | --- |
| Harold J. McElhinny | Willam C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Jon Cederberg |
| Nathan Sabri | |

**PROCEEDINGS:   JURY TRIAL—DAY TWO**

| Time | Event |
| --- | --- |
| 8:53 a.m. | All parties present, a hearing is held outside presence of the jury. |
| 9:08 a.m. | Jury now present, witness Hauser resumes the stand for further testimony. |
| 9:58 a.m. | Clips from video deposition testimony of Jun Won Lee are played. |
| 10:05 a.m. | Clips from video deposition testimony of Tim Benner are played. |
| 10:10 a.m. | Clips from video deposition testimony of Todd Pendleton are played. |
| 10:15 a.m. | Witness Julie L. Davis is sworn and testifies. |
| 10:31 a.m. | The morning recess is taken. |
| 10:55 a.m. | Discussion held out of the presence of the jury. |
| 10:58 a.m. | Jury now present, examination resumes. |
| 12:02 p.m. | The noon recess is taken. |
| 1:08 p.m. | Out of the presence of the jury the Court and Counsel discuss matters. |
| 1:20 p.m. | Jury now present, examination of witness Davis resumes. |
| 2:16 p.m. | The first afternoon break is taken. |
| 2:29 p.m. | Out of the presence of the jury the Court and Counsel discuss matters. |
| 2:36 p.m. | Jury now present, examination of witness Davis resumes. |
| 3:31 p.m. | The second afternoon break is taken. |
| 3:43 p.m. | The matter resumes. |
| 4:10 p.m. | Interrogatory answers and stipulated facts are read into the record by Mr. McElhinny. |
| 4:19 p.m. | Witness Philip W. Schiller is sworn and testifies. |

| | |
|---|---|
| 4:30 p.m. | The jury is excused for the day. |
| 4:34 p.m. | Court is adjourned until Thursday, November 14, 2013 at 8:45 a.m. |

The following exhibits are admitted into evidence :
PX52, PX69, PX180A, PX25G1 (under seal), PX60, PX34, PX36, PX40, PX181 (under seal), PX3
DX572.003, DX572.082, DX754, DX 712, DX 2627,  SDX 572.082, SDX712.052
JX1500A2, JX1091

The following exhibits are lodged with the Court:
PX3038, PX3039, PX3040

The following exhibits are marked for identification but not admitted:
SDX8100, SDX 8101