1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation,           | CASE NOS. 5:11-cv-01846-LHK (PSG)
20 |        Plaintiff,                               |
21 |   vs.                                           | **SAMSUNG'S NOTICE OF *IN CAMERA*
22 | SAMSUNG ELECTRONICS CO., LTD., a                | SUBMISSION IN SUPPORT OF ITS
   | Korean business entity; SAMSUNG                 | BRIEF REGARDING ATTORNEY-
23 | ELECTRONICS AMERICA, INC., a New                | CLIENT PRIVILEGE AND WORK-
   | York corporation; SAMSUNG                       | PRODUCT PROTECTION IN RESPONSE
24 | TELECOMMUNICATIONS AMERICA,                     | TO ORDER OF NOVEMBER 8, 2013**
   | LLC, a Delaware limited liability company,      |
25 |                                                 |
   |        Defendant.                               |
26

27

28

1 **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2 **RECORD:**

3     **PLEASE TAKE NOTICE** that, pursuant to the Court's November 8, 2013 Order to Show
4 Cause ("OSC," Dkt. 2689), in which the Court provided Samsung Electronics Co., Ltd., *et al*.
5 ("Samsung") the opportunity to submit a brief in support of its assertions of attorney-client
6 privilege and work-product protection over certain documents specified in the OSC, and in
7 furtherance of the Court's *in camera* review of Samsung's documents submitted pursuant to the
8 Court's Orders regarding the submission of documents for *in camera* review (Dkts. 2587 and
9 2588), Samsung is submitting for the Court's *in camera* review its Brief Regarding Attorney-
10 Client Privilege and Work-Product Protection in Response to Order of November 8, 2013 and
11 supporting declarations addressing the documents identified in the OSC.

13 DATED: November 15, 2013      QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By  /s/ *Michael T. Zeller*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    William C. Price
    Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Michael Zeller.

                                 */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis