HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG ELECTRONICS
AMERICA, INC., a New York corporation; and
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC, a Delaware limited liability
company,

Defendants.

Case No. 11-cv-01846-LHK (PSG)

**DECLARATION OF RUTH N.
BORENSTEIN IN SUPPORT OF
APPLE'S OBJECTIONS AND
RESPONSES TO OBJECTIONS
REGARDING APPLE'S REBUTTAL
WITNESSES:  BALAKRISHNAN,
DAVIS, JOSWIAK, SCHILLER, AND
SINGH**

1    I, Ruth N. Borenstein, declare as follows:

2    1.    I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the

3    above-captioned action.  I make this declaration based on personal knowledge in support of

4    Apple's Objections and Responses to Objections Regarding Apple's Rebuttal Witnesses:

5    Balakrishnan, Davis, Joswiak, Schiller, and Singh.

6    2.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the

7    February 23, 2012 deposition of Greg Joswiak.

8    3.    I declare under penalty of perjury that the foregoing is true and correct.  Executed

9    this 15th day of November, 2013 at San Jose, California.

10

11    */s/ Ruth N. Borenstein*
                RUTH N. BORENSTEIN
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ruth N. Borenstein has concurred in this filing.

Dated:  November 15, 2013                    /s/  Harold J. McElhinny
                                                                  Harold J. McElhinny

Borenstein Decl. iso Apple's Objections and Responses to Objections re Rebuttal Witnesses
Case No. 11-cv-01846-LHK (PSG)
sf-3355806

2