# Exhibit A

CONFIDENTIAL BUSINESS INFORMATION

Page 1

1       UNITED STATES INTERNATIONAL TRADE COMMISSION
2                    WASHINGTON, D.C.
3    In the Matter of                  )
4                                      )
5    CERTAIN ELECTRONIC DEVICES,       ) NO. 337-TA-794
6    INCLUDING WIRELESS                )
7    COMMUNICATION DEVICES,            )
8    PORTABLE MUSIC AND DATA           )
9    PROCESSING DEVICES AND            )
10   TABLET COMPUTERS                  )
11   ------------------------------
12
13
14                         ***
15           CONFIDENTIAL BUSINESS INFORMATION
16                         ***
17
18        VIDEOTAPED DEPOSITION OF GREG JOSWIAK
19               PALO ALTO, CALIFORNIA
20             THURSDAY, FEBRUARY 23, 2012
21
22
23   Reported By:
24   Yvonne Fennelly, CCRR, CSR No. 5495
25   JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 3

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE, INC.,                      )
 6           Plaintiff,                )
 7    vs.                              ) NO. 11-cv-01846-LHK
 8   SAMSUNG ELECTRONICS, LTD.,        )
 9   et al.,                           )
10           Defendants.               )
11   ------------------------------
12
13                        ***
14               ATTORNEYS' EYES ONLY
15           PURSUANT TO THE PROTECTIVE ORDER
16                        ***
17
18
19        VIDEOTAPED DEPOSITION OF GREG JOSWIAK
20              PALO ALTO, CALIFORNIA
21            THURSDAY, FEBRUARY 23, 2012
22
23    Reported By:
24    Yvonne Fennelly, CCRR, CSR No. 5495
25    JOB NO. 46686
```

CONFIDENTIAL BUSINESS INFORMATION

Page 8

1  My name is Frank Clare. I am the
2  legal video specialist from TSG Reporting,
3  Incorporated, headquartered at 747 Third Avenue,
4  New York, New York.
5  The court reporter is Yvonne Fennelly      09:40AM
6  in association with TSG Reporting.
7  Will counsel please introduce
8  yourselves.
9  MS. MAROULIS: Victoria Maroulis with
10 Quinn Emanuel, counsel for Samsung.            09:40AM
11 MR. JACOBS: Michael Jacobs, Morrison
12 Foerster for Apple.
13 MR. SELWYN: Mark Selwyn from Wilmer
14 Hale on behalf of Apple.
15 MS. WHEELER: Cyndi Wheeler from       09:40AM
16 Apple.
17 MS. KRIPKE: Julia Kripke, Morrison
18 Foerster on behalf of Apple.
19 THE VIDEOGRAPHER: Thank you.
20 The court reporter will now swear in   09:40AM
21 the witness.
22                 GREG JOSWIAK,
23        having been first duly sworn was
24        examined and testified as follows:
25                 EXAMINATION                    09:40AM

CONFIDENTIAL BUSINESS INFORMATION

Page 139

1  A.  Going back to my Mac days, I can
2  remember, certainly, some teardowns of some
3  competitive PCs.
4  Q.  Have you seen teardowns of any
5  competitive smartphones at Apple?                        01:36PM
6  A.  I cannot recall one.
7  Q.  Does Apple do in-depth, side-by-side
8  comparisons of its products against competitors'
9  products?
10  A.  We've done that sometimes publically;  01:36PM
11  right, where we're going to, you know, show that
12  we're better or faster than somebody in
13  something.  We did it, certainly, during the
14  summer of 2010, to show that other phones
15  suffered from attenuation when the iPhone 4 was  01:36PM
16  an issue in the news.
17  Q.  In terms of internal analysis, does
18  Apple conduct detailed comparisons of the
19  features of its phones and competitive phones?
20  A.  Repeat the question, sorry?           01:37PM
21  Q.  You testified about the public
22  comparisons between Apple products and its
23  competitors.
24  A.  Uh-huh.
25  Q.  Now, my question is, whether Apple   01:37PM

Page 300

C E R T I F I C A T E

STATE OF CALIFORNIA        )
                           )  ss:
COUNTY OF CONTRA COSTA     )

        I, YVONNE FENNELLY, CCRR, CSR 5495, within and for the State of California, do hereby certify:

        That GREG JOSWIAK, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

        I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of February, 2012.

_____
YVONNE FENNELLY, CCRR, CSR NO. 5495