1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17               UNITED STATES DISTRICT COURT

18       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20                Plaintiff, | |
| 21        vs. | **DECLARATION OF KARA M. BORDEN** |
| | **IN SUPPORT OF SAMSUNG'S** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a | **OBJECTIONS AND RESPONSES** |
| Korean business entity; SAMSUNG | **REGARDING EXHIBITS TO BE USED** |
| 23  ELECTRONICS AMERICA, INC., a | **WITH BALAKRISHNAN, SINGH,** |
| New York corporation; SAMSUNG | **SCHILLER, JOSWIAK, AND DAVIS** |
| 24  TELECOMMUNICATIONS | |
| AMERICA, LLC, a Delaware limited liability | |
| 25  company, | |
| 26                Defendants. | |

27

28

1      I, Kara M. Borden, declare:

2      1.      I am a member of the bar of the State of California and an associate at Quinn

3   Emanuel Urquhart & Sullivan LLP, counsel for Samsung Electronics Co., Ltd., Samsung

4   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

5   "Samsung").   I make this declaration of personal, firsthand knowledge, and if called and sworn as

6   a witness, I could and would testify competently thereto.

7      2.      Attached hereto as Exhibit A is a true and correct copy of a document bearing the

8   title *Apple v. Samsung*, No. 11-01846 Julie Davis Rebuttal Disclosure.

9      3.      Attached hereto as Exhibit B is a true and correct copy of Apple's Exhibit List for

10   New Damages Trial, dated September 9, 2013.

11      4.      Attached hereto as Exhibit C is a true and correct copy of excerpts of the Expert

12   Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent Number 7,469,381,

13   dated March 22, 2012.

14      5.      Attached hereto as Exhibit D is a true and correct copy of excerpts of the Expert

15   Report of Karan Singh, Ph.D. Regarding Infringement of U.S. Patents Nos. 7,864,163, 7,844,915,

16   and 7,853,891, dated March 22, 2012.

17

18      I declare under penalty of perjury that the foregoing is true and correct.   Executed in San

19   Jose, California on November 15, 2013.

20

21

22      By     */s Kara M. Borden*
                   Kara M. Borden

23

24

25

26

27

28

BORDEN DEC. ISO SAMSUNG'S OBJS. AND RESPS. RE: BALAKRISHNAN, SINGH, SCHILLER, JOSWIAK,
AND DAVIS

1

**ATTESTATION**

2          I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file

3 this Declaration.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kara M.

4 Borden has concurred in this filing.

5

6 Dated:   November 15, 2013                              By: _/s/ Victoria F. Maroulis_

7                                                                        Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
BORDEN DEC. ISO SAMSUNG'S OBJS. AND RESPS. RE: BALAKRISHNAN, SINGH, SCHILLER, JOSWIAK, AND DAVIS