# EXHIBIT A

*Apple v. Samsung,* **No. 11-01846**
**Julie Davis Rebuttal Disclosure**

Apple discloses all exhibits, testimony, expert reports, and demonstratives that were listed in the following previous disclosures, subject to Apple's objections and any subsequent Court orders modifying or striking a previously-disclosed item:
- Apple's disclosure for Julie Davis;
- Samsung's cross disclosure for Julie Davis.
- Samsung's disclosure for Michael Wagner;
- Apple's cross disclosure for Michael Wagner;
- Samsung's disclosure for Timothy Sheppard;
- Samsung's disclosure for Timothy Benner; and
- Apple's cross disclosure for Timothy Benner.

In addition, Apple discloses:
- All demonstratives and exhibits that may be used in connection with the direct or cross examination of any witnesses presented by Samsung on November 15 and 18.

Pursuant to the parties' agreement stated in open court on November 14, 2013, Apple will disclose any new demonstratives to be used in this rebuttal at a date and time agreed to by the parties or set by the Court.

*Apple reserves the right to amend this disclosure list based on Samsung's disclosure. The listing of the DX or SDX exhibits in Apple's disclosure is not consent to their use or admissibility at trial.*

sf-3355028