1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20                 Plaintiff,                     **SAMSUNG'S NOTICE REGARDING
                                                  EXHIBITS AND DEMONSTRATIVES AT**
21        vs.                                     **ISSUE IN SAMSUNG'S OBJECTIONS
                                                  AND RESPONSES REGARDING**
22 SAMSUNG ELECTRONICS CO., LTD., a               **EXHIBITS TO BE USED WITH
   Korean business entity; SAMSUNG               BALAKRISHNAN, SINGH, SCHILLER,**
23 ELECTRONICS AMERICA, INC., a New               **JOSWIAK, AND DAVIS**
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
                   Defendants.
26

27

28

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         **PLEASE TAKE NOTICE** that Samsung Electronics Co., Ltd., Samsung Electronics

3    America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") will

4    deliver to the Court chambers copies of demonstratives and exhibits subject to Samsung's

5    Objections and Responses Regarding Exhibits to be Used With Balakrishnan, Singh, Schiller,

6    Joswiak, and Davis.

7

8    DATED: November 15, 2013          QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
9
                                        By  */s/ Victoria F. Maroulis*
10                                          Charles K. Verhoeven
                                            Kevin P.B. Johnson
11                                          Victoria F. Maroulis
                                            William C. Price
12                                          Michael T. Zeller
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
13                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., and SAMSUNG
14                                          TELECOMMUNICATIONS AMERICA, LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28