| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE REGARDING OBJECTIONS AND RESPONSES REGARDING APPLE'S REBUTTAL WITNESSES:  BALAKRISHNAN, DAVIS, JOSWIAK, SCHILLER, AND SINGH** |

APPLE'S NOTICE REGARDING OBJECTIONS & RESPONSES
Case No. 11-cv-01846-LHK (PSG)
sf-3355830

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Apple Inc. will deliver to the Court electronic chambers
3  copies of demonstratives, exhibits, and deposition testimony subject to Apple's Objections and
4  Responses regarding exhibits and materials to be used with Apple's Rebuttal witnesses:
5  Balakrishnan, Davis, Joswiak, Schiller, and Singh.

Dated: November 15, 2013                    MORRISON & FOERSTER LLP

By: */s/ Harold J. McElhinny*
    HAROLD J. McELHINNY

Attorneys for Plaintiff
APPLE INC.