[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**JOINT SUBMISSION OF ADMITTED TRIAL EXHIBITS AS OF NOVEMBER 15, 2013** |

1  Pursuant to a request from the Court, the parties file the attached list of trial exhibits which

2  were admitted as of November 15, 2013.  The parties note that they have not yet received the trial

3  transcript for November 15, 2013, and reserve the right to correct any mistakes upon reviewing the

4  trial transcript.

MORRISON & FOERSTER LLP
HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By:    */s/ Harold J. McElhinny*
         Harold J. McElhinny

   Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Charles K. Verhoeven (Cal. Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

 Kevin P.B. Johnson (Cal. Bar No. 177129)
 kevinjohnson@quinnemanuel.com
 Victoria F. Maroulis (Cal. Bar No. 202603)
 victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
 michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By:    */s/ Victoria F. Maroulis*
         Victoria Maroulis

   Attorneys for Defendants and
   Counterclaim-Plaintiffs
   SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS
   AMERICA, LLC

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ECF login is being used to file the foregoing document. I hereby attest pursuant to Local Rule 5-1 that concurrence in the electronic filing of this document has been obtained from Harold J McElhinny.

*/s/ Victoria F. Maroulis*