# Exhibit A

Apple v. Samsung, No. 11-01846
Admitted Damages Trial Exhibit List as of Nov. 15, 2013

| TRIAL EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| PX3A | Apple and Samsung Smartphones | 11/14/2013 |
| PX12.1 | "Watered Down" Ad - excerpted from PX 12 | 11/15/2013 |
| PX15 | Apple's Sales of iPhone and iPad | 11/15/2013 |
| PX17 | Summary of iPhone and iPad News Coverage | 11/15/2013 |
| PX25F (Sealed) | Summary of Apple's damages calculations | 11/14/2013 |
| PX25G1 (Sealed) | Summary of Apple's damages calculations | 11/14/2013 |
| PX30 | Summary of survey conducted by J. Hauser | 11/13/2013 |
| PX34 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | 11/14/2013 |
| PX36 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | 11/14/2013 |
| PX38 | Presentation: Browser Zooming Methods UX Exploration Study | 11/13/2013 |
| PX40 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | 11/14/2013 |
| PX44 | Translation of Presentation: Relative Evaluation Report on S1, iPhone | 11/13/2013 |
| PX46 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | 11/13/2013 |
| PX52 | Presentation: Samsung's Use of Apple Patents in Smartphones | 11/14/2013 |
| PX57 | Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1 | 11/13/2013 |
| PX60 | Presentation: STA Competitive Situation Paradigm Shift | 11/14/2013 |
| PX69 | JD Power 2011 Wireless Smartphone Satisfaction Study | 11/14/2013 |
| PX127 | "How To" TV ad for original iPhone | 11/15/2013 |

Apple v. Samsung, No. 11-01846
Admitted Damages Trial Exhibit List as of Nov. 15, 2013

| TRIAL EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| PX133 | "Apple Waves Its Wand at the iPhone," by David Pogue, *New York Times*, January 11, 2007 | 11/15/2013 |
| PX134 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, *The Wall Street Journal*, June 27, 2007 | 11/15/2013 |
| PX135 | "Best Inventions of 2007," by Lev Grossman, *Time*, November 1, 2007 (including photo of cover) | 11/15/2013 |
| PX142 | "Patent Office Highlights Jobs's Innovations," *New York Times* | 11/15/2013 |
| PX143 | iPhone Buyer Survey, FY10-Q4 | 11/15/2013 |
| PX144 | iPhone Buyer Survey, FY11-Q1 | 11/15/2013 |
| PX145 | iPhone Buyer Survey, FY11-Q2 | 11/15/2013 |
| PX146 | iPhone Buyer Survey, FY11-Q3 | 11/15/2013 |
| PX180A | Samsung's Financial Spreadsheet | 11/14/2013 |
| PX181 (Sealed) | Apple's LOB Report for the iPhone/iPad/iPod | 11/14/2013 |
| PX182 (Sealed) | Apple's iPhone & iPad Capacity Report | 11/13/2013 |
| DX534 (sealed other than what was shown - Samsung to confirm) | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 | 11/15/2013 |
| DX572 (sealed other than .003, .027, .082, .083) | 4-15-11 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 [Eric Jue Deposition, | 11/14/2013 (.03,.082,.083) 11/15/2013 (.027) |
| DX 578 | Apple internal email + meeting agenda | 11/15/2013 |
| DX601 | 10-20-10 E-mail String, Subject: Joz Q4 Earnings Notes [Jue Ex. 6] | 11/15/2013 |
| DX676A | Financial Spreadsheet | 11/15/2013 |
| DX701 (Sealed) | Summaries of Apple's Consumer Surveys Pursuant to FRE 1006 | 11/15/2013 |

Apple v. Samsung, No. 11-01846
Admitted Damages Trial Exhibit List as of Nov. 15, 2013

| TRIAL EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX702 | Summaries of Data Concerning Hypothetical Design Around Cost Pursuant to FRE 1006 | 11/15/2013 |
| DX712 (Sealed Except for .052) | Internal Apple Email Regarding Competitive Phone Tracker | 11/14/2013 |
| DX753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | 11/15/2013 |
| DX754 | Apple 10-K Forms, 2007-2011 | 11/14/2013 |
| DX781 | Summaries of Samsung Profits Pursuant to FRE 1006 | 11/15/2013 |
| DX952.014 | Summary of Damages Calculations For New Trial | 11/15/2013 |
| DX2517 | November 18, 2008 email from H. Zhang to Isable-staff, subject "Competitive Analysis" | 11/15/2013 |
| DX2522 | January 24, 2011 email E. Cue to T. Cook, subject "Why I Just Dumped the iPad (Hing: Size Matters)" | 11/15/2013 |
| DX2627 | 3GSM Congress Trade Show Report | 11/14/2013 |
| DX2628 | CES & Macworld Trade Show Report | 11/15/2013 |
| DX2708 | Email from P. Schiller re Preliminary US Smartphone Purchase Influencers Retail Study data | 11/15/2013 |
| DX2709 (Sealed) | Email from M. Sammons to A. Rangel subject "Fwd: Apple Final Report" | 11/15/2013 |
| JX1000 | iPhone | 11/13/2013 |
| JX1001 | iPhone 3G | 11/13/2013 |
| JX1002 | iPhone 3GS | 11/13/2013 |
| JX1003 | iPhone 4 | 11/13/2013 |
| JX1004 | iPad | 11/13/2013 |
| JX1005 | iPad 2 | 11/13/2013 |
| JX1009 | Intercept | 11/13/2013 |
| JX1011 | Galaxy S Captivate | 11/13/2013 |
| JX1012 | Galaxy S Epic 4G | 11/13/2013 |

Apple v. Samsung, No. 11-01846
Admitted Damages Trial Exhibit List as of Nov. 15, 2013

| TRIAL EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| JX1014 | Transform | 11/13/2013 |
| JX1016 | Galaxy S Continuum | 11/13/2013 |
| JX1019 | Galaxy S 4G | 11/13/2013 |
| JX1020 | Gem | 11/13/2013 |
| JX1022 | Galaxy Prevail | 11/13/2013 |
| JX1023 | Nexus S 4G | 11/13/2013 |
| JX1024 | Replenish | 11/13/2013 |
| JX1025 | Droid Charge | 11/13/2013 |
| JX1026 | Indulge | 11/13/2013 |
| JX1027 | Infuse 4G | 11/13/2013 |
| JX1028 | Exhibit 4G | 11/13/2013 |
| JX1030 | Galaxy Ace | 11/13/2013 |
| JX1036 | Galaxy Tab 7.0 | 11/13/2013 |
| JX1037 | Galaxy Tab 10.1 (WiFi) | 11/15/2013 |
| JX1042.001-.007 | Certified copy of US D604,305, issued November 17, 2009 | 11/15/2013 |
| JX1043 | Certified copy of D618,677, issued June 29, 2010 | 11/15/2013 |
| JX1044 | Certified copy of US 7,844,915, issued November 30, 2010 | 11/13/2013 |
| JX1045 | Certified copy of US 7,469,381, issued December 23, 2008 | 11/13/2013 |
| JX1046 | Certified copy of US 7,864,163, issued January 4, 2011 | 11/13/2013 |
| JX1091 | MacWorld 2007 Video | 11/15/2013 |
| JX1093 | LG Prada Phone | 11/15/2013 |
| JX1500A2 | STA's & SEA's US sales & Apple's sales & revenues | 11/14/2013 |