1  [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
   |                                       |
13 |              Plaintiff,                | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR CLOSING DEMONSTRATIVES**
14 |              vs.                       |
   |                                       |
15 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
16 |                                       |
17 |                                       |
18 |              Defendants.               |

19
20
21
22
23
24
25
26
27
28

1    WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (together with
3 Apple, "the Parties") have met and conferred regarding the schedule for disclosure of closing
4 demonstratives.  The parties respectfully request that they be permitted to file their objections and
5 responses brief regarding the parties' closing demonstratives no later than 8:00 a.m. on Monday
6 November 18, 2013.
7    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
8 Parties that:
9    1.    The parties are permitted to file their objections and responses brief regarding the
10 parties' closing demonstratives no later than 8:00 a.m. on Monday November 18, 2013.

12   **IT IS SO STIPULATED.**

Dated: November 16, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:   */s/ Harold J. McElhinny*<br>          Harold J. McElhinny<br><br>    Attorneys for Plaintiff and<br>    Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br> Charles K. Verhoeven (Cal. Bar No. 170151)<br> charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br> Kevin P.B. Johnson (Cal. Bar No. 177129)<br> kevinjohnson@quinnemanuel.com<br> Victoria F. Maroulis (Cal. Bar No. 202603)<br> victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Cal. Bar No. 196417)<br> michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:   */s/ Victoria Maroulis*<br>          Victoria Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____, 2013   By: _____
                                                                       The Honorable Lucy H. Koh
                                                                       United States District Court Judge

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Harold J. McElhinny has concurred in this filing.

Dated: November 16, 2013                         By: /s/ Victoria F. Maroulis
                                                     Victoria F. Maroulis