1    HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
     hmcelhinny@mofo.com                         william.lee@wilmerhale.com
2    MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
     mjacobs@mofo.com                            HALE AND DORR LLP
3    RACHEL KREVANS (CA SBN 116421)              60 State Street
     rkrevans@mofo.com                           Boston, MA 02109
4    ERIK J. OLSON (CA SBN 175815)               Telephone: (617) 526-6000
     ejolson@mofo.com                            Facsimile: (617) 526-5000
5    MORRISON & FOERSTER LLP
     425 Market Street                           MARK D. SELWYN (SBN 244180)
6    San Francisco, California  94105-2482       mark.selwyn@wilmerhale.com
     Telephone:  (415) 268-7000                  WILMER CUTLER PICKERING
7    Facsimile:  (415) 268-7522                  HALE AND DORR LLP
                                                 950 Page Mill Road
8                                                Palo Alto, California 94304
     Attorneys for Plaintiff and                 Telephone: (650) 858-6000
9    Counterclaim-Defendant APPLE INC.           Facsimile: (650) 858-6100

10

11

12                         UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                               SAN JOSE DIVISION

15

16   APPLE INC., a California corporation,       Case No. 11-cv-01846-LHK (PSG)

17              Plaintiff,                        **UPDATED JOINT EXHIBIT LIST FOR
                                                 REMAINDER OF NEW DAMAGES
18         v.                                     TRIAL**

19   SAMSUNG ELECTRONICS CO., LTD., a            Place:    Courtroom 8, 4th Floor
     Korean corporation; SAMSUNG ELECTRONICS     Judge:    Hon. Lucy H. Koh
20   AMERICA, INC., a New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
21   AMERICA, LLC, a Delaware limited liability
     company,
22
                Defendants.
23

24

25

26

27

28

     UPDATED JOINT EXHIBIT LIST FOR REMAINDER OF NEW DAMAGES TRIAL
     Case No. 11-cv-01846-LHK (PSG)
     sf-3355851

1     The parties hereby submit an updated joint exhibit list for the remainder of the new

2   damages trial as Exhibit A.

3

   Dated: November 16, 2013
4

5   MORRISON & FOERSTER LLP                    QUINN EMANUEL URQUHART &
    HAROLD J. McELHINNY (CA SBN                SULLIVAN, LLP
6   66781)                                     Charles K. Verhoeven (Cal. Bar No. 170151)
    hmcelhinny@mofo.com                        charlesverhoeven@quinnemanuel.com
7   MICHAEL A. JACOBS (CA SBN 111664)          50 California Street, 22nd Floor
    mjacobs@mofo.com                           San Francisco, California 94111
8   RACHEL KREVANS (CA SBN 116421)             Telephone: (415) 875-6600
    rkrevans@mofo.com                          Facsimile: (415) 875-6700
9   ERIK OLSON (CA SBN 175815)
    ejolson@mofo.com                           Kevin P.B. Johnson (Cal. Bar No. 177129)
10  MORRISON & FOERSTER LLP                    kevinjohnson@quinnemanuel.com
    425 Market Street                          Victoria F. Maroulis (Cal. Bar No. 202603)
11  San Francisco, California  94105-2482      victoriamaroulis@quinnemanuel.com
    Telephone:  (415) 268-7000                 555 Twin Dolphin Drive 5th Floor
12  Facsimile:  (415) 268-7522                 Redwood Shores, California 94065
                                               Telephone: (650) 801-5000
13  WILLIAM F. LEE                             Facsimile: (650) 801-5100
    william.lee@wilmerhale.com
14  WILMER CUTLER PICKERING                    Michael T. Zeller (Cal. Bar No. 196417)
    HALE AND DORR LLP                          michaelzeller@quinnemanuel.com
15  60 State Street                            865 S. Figueroa St., 10th Floor
    Boston, MA 02109                           Los Angeles, California 90017
16  Telephone: (617) 526-6000                  Telephone: (213) 443-3000
    Facsimile: (617) 526-5000                  Facsimile: (213) 443-3100
17
    MARK D. SELWYN (SBN 244180)
18  mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING             By:    */s/ Victoria F. Maroulis*
19  HALE AND DORR LLP                          Victoria F. Maroulis
    950 Page Mill Road
20  Palo Alto, California 94304                Attorneys for Defendants and
    Telephone: (650) 858-6000                  Counterclaim-Plaintiffs        SAMSUNG
21  Facsimile: (650) 858-6100                  ELECTRONICS CO., LTD., SAMSUNG
                                               ELECTRONICS AMERICA, INC. and
22                                             SAMSUNG TELECOMMUNICATIONS
                                               AMERICA, LLC
23  By:    */s/ Harold J. McElhinny*
           Harold J. McElhinny
24
      Attorneys for Plaintiff and Counterclaim-
25    Defendant APPLE INC.

26

27

28

UPDATED JOINT EXHIBIT LIST FOR REMAINDER OF NEW DAMAGES TRIAL
Case No. 11-cv-01846-LHK (PSG)                                                          1
sf-3355851

1

**ATTESTATION**

2          I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file

3   this Joint Exhibit List.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F.

4   Maroulis has concurred in this filing.

5

6   Dated:  November 16, 2013                              */s/ Harold J. McElhinny*
                                                         Harold J. McElhinny
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UPDATED JOINT EXHIBIT LIST FOR REMAINDER OF NEW DAMAGES TRIAL
Case No. 11-cv-01846-LHK (PSG)
sf-3355851

2