*Apple v. Samsung*, No. 11-01846
JOINT EXHIBIT LIST

| TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | DUPLICATE BEGBATES |
|---|---|---|---|---|
| \* The parties agree that inclusion of any exhibit on this joint list is not an admission that the exhibit may be admitted. | | | | |
| 1000 | iPhone | AS237 | AS237 | |
| 1001 | iPhone 3G | N/A | N/A | |
| 1002 | iPhone 3GS | AS420 | AS420 | |
| 1003 | iPhone 4 | AS423 | AS423 | |
| 1004 | iPad | AS426 | AS426 | |
| 1005 | iPad 2 | AS425 | AS425 | |
| 1007 | Galaxy S (i9000) | AS18 | AS18 | |
| 1008 | Acclaim | AS357 | AS357 | |
| 1010 | Galaxy S Vibrant | AS42 | AS42 | |
| 1011 | Galaxy S Captivate | AS319 | AS319 | |
| 1012 | Galaxy S Epic 4G | AS6 | AS6 | |
| 1013 | Galaxy S Fascinate | AS145 | AS145 | |
| 1014 | Transform | AS41 | AS41 | |
| 1015 | Galaxy S Mesmerize | AS316 | AS316 | |
| 1016 | Galaxy S Continuum | AS315 | AS315 | |
| 1017 | Galaxy S Showcase 500 | AS313 | AS313 | |
| 1018 | Nexus S | AS32 | AS32 | |
| 1019 | Galaxy S 4G | AS469 | AS469 | |
| 1020 | Gem | AS314 | AS314 | |
| 1022 | Galaxy Prevail | AS320 | AS320 | |
| 1023 | Nexus S 4G | AS151 | AS151 | |
| 1024 | Replenish | AS35 | AS35 | |
| 1025 | Droid Charge | AS97 | AS97 | |
| 1026 | Indulge | AS221 | AS221 | |
| 1027 | Infuse 4G | AS310 | AS310 | |
| 1028 | Exhibit 4G | AS9 | AS9 | AS309 Inspected 7/05/2012 |
| 1030 | Galaxy Ace | AS12 | AS12 | |
| 1031 | Galaxy S II (AT&T) | AS341 | AS341 | |
| 1032 | Galaxy S II (i9100) | AS359 | AS359 | |
| 1033 | Galaxy S II (T-Mobile) | AS88 | AS88 | |
| 1034 | Galaxy S II (Epic 4G Touch) | AS123 | AS123 | |
| 1035 | Galaxy S II (Skyrocket) | AS117 | AS117 | |
| 1036 | Galaxy Tab 7.0 | AS192 | AS192 | |
| 1037 | Galaxy Tab 10.1 (WiFi) | 203 | 203 | |
| 1038 | Galaxy Tab 10.1 (4G LTE) | AS236 | AS236 | |
| 1042 | Certified copy of US D604,305, issued November 17, 2009 | APLNDC00030421 | APLNDC00030425 | |
| 1043 | Certified copy of D618,677, issued June 29, 2010 | APLNDC00032473 | APLNDC00032478 | APLNDC00013791 |

*Apple v. Samsung*, No. 11-01846
**JOINT EXHIBIT LIST**

| TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | DUPLICATE BEGBATES |
|---|---|---|---|---|
| 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | APLNDC00025380 | APLNDC00025432 | |
| 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | APLNDC00022467 | APLNDC00022527 | APLNDC00010655; APLNDC-X0000002622 |
| 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | APLNDC00027870 | APLNDC00027921 | |
| 1047 | Certified file history of US 7,469,381, issued December 23, 2008 | APLNDC00024705 | APLNDC00025379 | APLNDC00003749 |