**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER RE: LIST OF ADMITTED EXHIBITS |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

The Court has reviewed the parties' Admitted Damages Trial Exhibit List as of Nov. 15, 2013. ECF No. 2764. The parties shall make the following revisions:

- DX 676 is on the Court's list, but the parties' list contains DX 676A. At the previous trial, the Financial Spreadsheet that was admitted was DX 676. ECF No. 1889, Ex. A at 8. The Court asks the parties to confirm at the hearing at 8:45 a.m. on November 18, 2013, that DX 676A contains only the data in DX 676 related to the products at issue in the retrial.

- The Parties shall add a column for "Court's Limiting Instruction." *See* ECF No. 1889, Ex. A.
    - For PX 12.1, PX 17, PX 133, PX 134, PX 135, this column should contain "Do not consider for truth of the matter asserted."
    - For DX 2627, this column should contain "The date on the document is incorrect. The correct date is 2007.

1

Case No.: 11-CV-01846-LHK
ORDER RE: LIST OF ADMITTED EXHIBITS

- The parties shall add a column for "Sealing." In this column, the parties shall state whether the document is sealed in full or sealed in part. If the document is sealed in part, the parties shall state what pages are unsealed.

The parties shall file an updated list of admitted exhibits by no later than 6 p.m. on November 18, 2013, so that the Court may review and reconcile any discrepancies. This updated list should reflect the changes stated in this order and should include any exhibits admitted on November 18, 2013.

**IT IS SO ORDERED.**

Dated: November 17, 2013

_____
LUCY H. KOH
United States District Judge