| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com | WILLIAM F. LEE william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com | WILMER CUTLER PICKERING HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com | 60 State Street Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) ejolson@mofo.com | Telephone: (617) 526-6000 Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 950 Page Mill Road Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO STRIKE SAMSUNG'S *EX PARTE* "BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION" AND ALL SUPPORTING DECLARATIONS** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Declaration of Mark D. Selwyn in Support of Apple's Administrative
Motion to Strike Samsung's *Ex Parte* Brief and All Supporting Declarations
Case No. 11-cv-01846-LHK (PSG)

1  I, Mark D. Selwyn, hereby declare as follows:

2  1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

3  2. Today I notified Samsung's counsel at Quinn Emanuel that Apple intended to file this afternoon an administrative motion for an order (1) striking Samsung's "Brief Regarding Attorney-Client Privilege and Work-Product Protection" and all supporting declarations because they were submitted to the Court on an *ex parte* basis without authorization by any rule, statute, or Court order; and (2) requiring Samsung to produce all documents being withheld on the basis of privilege, unless Samsung agreed to stipulate to the relief sought. Samsung's counsel declined to agree to so stipulate.

4  3. I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2013 at San Jose, California.

*/s/* Mark D. Selwyn
Mark D. Selwyn

Declaration of Mark D. Selwyn in Support of Apple's Administrative
Motion to Strike Samsung's *Ex Parte* Brief and All Supporting Declarations
Case No. 11-cv-01846-LHK (PSG)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 17, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn

Declaration of Mark D. Selwyn in Support of Apple's Administrative
Motion to Strike Samsung's *Ex Parte* Brief and All Supporting Declarations
Case No. 11-cv-01846-LHK (PSG)