1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO STRIKE SAMSUNG'S *EX PARTE* "BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION" AND ALL SUPPORTING DECLARATIONS** |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In response to the Court's November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted, Samsung submitted on an *ex parte* basis a "Brief Regarding Attorney-Client Privilege and Work Product Protection" and a number of supporting declarations.  Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed an Administrative Motion to Strike Samsung's Ex Parte "Brief Regarding Attorney-Client Privilege and Work Product Protection" and All Supporting Declarations ("Apple's Motion to Strike") on the grounds that Samsung had no right or permission to communicate with the Court on an *ex parte* basis.

The Court grants Apple's Motion to Strike.  All documents submitted by Samsung on an *ex parte* basis in response to the Court's November 8 Order shall be struck, and the Court will not consider them.  Further, Samsung shall immediately produce to Apple all documents withheld on the basis of privilege which were previously submitted to the Court for *in camera* inspection.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge