EXHIBIT TO ORDER ON OBJECTIONS TO EXHIBITS TO BE USED IN CONNECTION WITH REBUTTAL WITNESSES BALAKRISHNAN, SINGH, SCHILLER, JOSWIAK, AND DAVIS

CHART SUMMARIZING COURT'S RULING ON PX7A

| Products Shown in PX7A | Utility Patents | | | Design Patents at Issue in Retrial | | Patents Not at Issue In Retrial | | Approximate First Sale Date | Samsung's Objection to Slide Sustained? |
|---|---|---|---|---|---|---|---|---|---|
| | '163 | '381 | '915 | D'305 | D'677 | D'087 | D'889 | | |
| Captivate | Noninfringing | x | x | x | Not Accused | Not Accused | Not Accused | July 18, 2010 | No |
| Continuum | Noninfringing | x | x | x | Not Accused | Not Accused | Not Accused | 4th Quarter 2010 | No |
| Droid Charge | x | x | x | x | Not Accused | Not Accused | Not Accused | 2d Quarter 2011 | No |
| Epic 4G | x | x | x | x | Not Accused | Not Accused | Not Accused | 3d Quarter 2010 | No |
| Exhibit 4G | x | x | x | Not Accused | Not Accused | Not Accused | Not Accused | June 22, 2011 | No |
| Fascinate | x | x | x | x | x | Not Accused | Not Accused | Sept. 8, 2010 | Yes |
| Galaxy Ace | x | x | Noninfringing | Not Accused | Noninfringing | Not Accused | Not Accused | No Sales Data | No |
| Galaxy Prevail | x | x | x | Not Accused | Not Accused | Not Accused | Not Accused | Apr. 29, 2011 | No |
| Galaxy S (i9000) | x | x | x | x | x | x | Not Accused | No Sales Data | Yes |
| Galaxy S 4G | x | x | x | x | x | x | Not Accused | Feb. 22, 2011 | Yes |
| Galaxy S II (AT&T) | x | x | x | Not Accused | x | Noninfringing | Not Accused | 3d Quarter 2011 | No |
| Galaxy S II (i9100) | x | x | x | Not Accused | x | Noninfringing | Not Accused | No Sales Data | Yes |

Case No.: 11-CV-01846-LHK
EXHIBIT TO ORDER ON OBJECTIONS TO EXHIBITS TO BE USED IN CONNECTION WITH REBUTTAL WITNESSES BALAKRISHNAN, SINGH, SCHILLER, JOSWIAK, AND DAVIS

| Products Shown in PX7A | Utility Patents | | | Design Patents at Issue in Retrial | | Patents Not at Issue In Retrial | | Approximate First Sale Date | Samsung's Objection to Slide Sustained? |
|---|---|---|---|---|---|---|---|---|---|
| | '163 | '381 | '915 | D'305 | D'677 | D'087 | D'889 | | |
| Galaxy S II (T-Mobile) | x | x | Not Accused | Not Accused | x | Not Accused | Not Accused | 4th Quarter 2011 | No |
| Galaxy S II (Epic 4G Touch) | Not Accused | Not Accused | Not Accused | Not Accused | x | Noninfringing | Not Accused | 3d Quarter 2011 | Yes |
| Galaxy S II (Skyrocket) | Not Accused | Not Accused | Not Accused | Not Accused | x | Noninfringing | Not Accused | 4th Quarter 2011 | Yes |
| Galaxy S Showcase (i500) | Not Accused | Not Accused | Not Accused | x | x | Not Accused | Not Accused | Nov. 15, 2010 | Yes |
| Galaxy Tab 7.0 | x | x | x | Not Accused | Not Accused | Not Accused | Not Accused | 4th Quarter 2010 | No |
| Galaxy Tab 10.1 (WiFi) | x | x | x | Not Accused | Not Accused | Not Accused | Noninfringing | June 8, 2011 | No |
| Gem | Noninfringing | x | x | x | Not Accused | Not Accused | Not Accused | 1st Quarter 2011 | No |
| Indulge | Noninfringing | x | x | x | Not Accused | Not Accused | Not Accused | 1st Quarter 2011 | No |
| Infuse 4G | x | x | x | x | x | Noninfringing | Not Accused | 2d Quarter 2011 | No |
| Mesmerize | x | x | x | x | x | Not Accused | Not Accused | Oct. 27, 2010 | Yes |
| Nexus S 4G | Noninfringing | x | x | Not Accused | Not Accused | Not Accused | Not Accused | 2d Quarter 2011 | No |
| Replenish | x | x | Noninfringing | Not Accused | Not Accused | Not Accused | Not Accused | 2d Quarter 2011 | No |
| Transform | Noninfringing | Not Accused | x | Not Accused | Not Accused | Not Accused | Not Accused | Oct. 10, 2010 | No |
| Vibrant | Noninfringing | x | x | x | x | x | Not Accused | 2d Quarter 2010 | Yes |

Case No.: 11-CV-01846-LHK
EXHIBIT TO ORDER ON OBJECTIONS TO EXHIBITS TO BE USED IN CONNECTION WITH REBUTTAL WITNESSES BALAKRISHNAN, SINGH, SCHILLER, JOSWIAK, AND DAVIS