1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
20 | Plaintiff, | **SAMSUNG'S NOTICE REGARDING EXHIBITS AND DEMONSTRATIVES AT ISSUE IN SAMSUNG'S OBJECTIONS AND RESPONSES REGARDING SLIDES AND EXHIBITS FOR CLOSING ARGUMENT**
21 | vs. |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
23 | |
24 | |
25 | Defendants. |
26

27

28

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that Samsung Electronics Co., Ltd., Samsung Electronics

3  America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") will

4  deliver to the Court chambers copies of demonstratives and exhibits at issue in Samsung's

5  Objections and Responses Regarding Slides and Exhibits for Closing Argument.

6

7  DATED: November 18, 2013        QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
8

9                                   By   */s/ Victoria F. Maroulis*
                                         Charles K. Verhoeven
10                                       Kevin P.B. Johnson
                                         Victoria F. Maroulis
11                                       William C. Price
                                         Michael T. Zeller
12                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
13                                       INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28