| | |
|---|---|
| 1 | RANDALL L. ALLEN (Ca. Bar No. 264067) |
| 2 | randall.allen@alston.com<br>RYAN W. KOPPELMAN (Ca. Bar No. 290704) |
| 3 | ryan.koppelman@alston.com<br>ALSTON & BIRD LLP |
| 4 | 275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025 |
| 5 | Telephone:    650-838-2000<br>Facsimile:    650-838-2001 |
| 6 | PATRICK J. FLINN (Ca. Bar No. 104423) |
| 7 | patrick.flinn@alston.com<br>B. PARKER MILLER (*pro hac vice*) |
| 8 | parker.miller@alston.com<br>ALSTON & BIRD LLP |
| 9 | 1201 West Peachtree Street<br>Atlanta, GA 30309 |
| 10 | Telephone:    404-881-7000<br>Facsimile:    404-881-7777 |
| 11 | Attorneys for Non-Party |
| 12 | NOKIA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE SAMSUNG'S *IN CAMERA* BRIEF AND SUPPORTING DECLARATIONS** |

DECLARATION RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE SAMSUNG'S *IN CAMERA* BRIEF AND SUPPORTING DECLARATIONS

CASE NO.:  5:11-CV-01846-LHK (PSG)

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Non-Party Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

3. On November 17, 2013, counsel for Alston & Bird contacted counsel for Samsung at Quinn Emanuel regarding a stipulation to the relief proposed in Nokia's motion. Samsung stated it intends to oppose Nokia's motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of November 2013, in Menlo Park, California.

/s/ Ryan W. Koppelman

Ryan W. Koppelman
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2000
Facsimile:    650-838-2001

RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:     650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:     404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 5:12-CV-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1 | I hereby certify that on November 18, 2013, I electronically filed the foregoing **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE SAMSUNG'S *IN CAMERA* BRIEF AND SUPPORTING DECLARATIONS**, along with any and all exhibits attached thereto, with the Clerk of Court using the CM/ECF system which will automatically send email notification to the parties and counsel of record.

This 18th day of November, 2013.

By: /s/ Ryan W. Koppelman

Ryan W. Koppelman
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001