UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE SAMSUNG'S *IN CAMERA* BRIEF AND SUPPORTING DECLARATIONS** |

    The Court has considered Nokia Corporation's Administrative Motion to Strike Samsung's *In Camera* Brief and supporting declarations. Good cause being shown, Nokia's Administrative Motion is hereby **GRANTED**. The Court strikes Samsung's November 15, 2013 *ex parte* brief and all supporting declarations, and orders that Samsung produce an unredacted copy of the November 15, 2013 *ex parte* brief and supporting declarations to Nokia and Apple within 24 hours of the issuance of this Order. Nokia and Apple shall have 24 hours to review the brief and supporting declarations and agree on any

redactions to be made to protect Nokia's or Apple's sensitive business information, after which time, the brief and all supporting declarations shall be filed on the public docket with the Proposed Order.

**IT IS SO ORDERED.**

Dated: _____, 2013.

_____
Hon. Paul S. Grewal
United States Magistrate Judge