**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING AS MOOT SAMSUNG'S MOTION TO STRIKE APPLE'S REBUTTAL WITNESSES DRS. BALAKRISHNAN AND SINGH |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) | |
| Defendants. | ) | |

Apple stated on the record that it did not intend to call Dr. Balakrishnan or Dr. Singh as witnesses in its rebuttal case. Accordingly, the Court DENIED AS MOOT Samsung's Motion to Strike Apple's Rebuttal Witnesses Drs. Balakrishnan and Singh.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
LUCY H. KOH
United States District Judge

1