**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., | ) Case No.: 11-CV-01846-LHK |
| Plaintiff, | ) ORDER |
| v. | ) |
| SAMSUNG ELECTRONICS CO. LTD., et al, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that lunch shall be provided in the above entitled matter at the expense of the United States District Court through Erik's Deli (Point of Contact: Astrid Morales, astridmorales1984@yahoo.com, 408-998-2323, 2 N. Market St., San Jose, CA 95113) for the members of the jury during deliberations effective November 19, 2013 until such time as a verdict is rendered.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
ORDER