UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER DENYING APPLE'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF SAMSUNG'S CASE IN CHIEF |

At the close of Samsung's case in chief, Apple moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) on two issues. Rule 50 provides that the court may grant a motion for judgment as a matter of law against a non-moving party if "the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on" an issue. After considering all of the evidence presented by Apple in its case in chief and Samsung in its case in chief, the Court concluded on the record that a reasonable jury would have a legally sufficient evidentiary basis to find for Samsung on the following issues:

- Samsung's claim that its profits should be reduced by certain costs directly attributable to the sale of the infringing phones; and

1

Case No.: 11-CV-01846-LHK
ORDER DENYING APPLE'S MOTIONS FOR JUDGMENT
AS A MATTER OF LAW AT THE CLOSE OF SAMSUNG'S CASE IN CHIEF

- Samsung's claim that its hypothetical non-infringing substitutes were available and acceptable from April 15, 2011, through May 29, 2011.

Accordingly, the Court DENIED Apple's Rule 50 motion with respect to these issues.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
LUCY H. KOH
United States District Judge