1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., A )<br>Korean corporation; SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, LLC, )<br>a Delaware limited liability company, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 11-CV-01846-LHK<br><br>ORDER DENYING APPLE'S AND SAMSUNG'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF ALL EVIDENCE |

At the close of all evidence, both Apple and Samsung reasserted some of their motions for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a). Rule 50 provides that the court may grant a motion for judgment as a matter of law against a non-moving party if "the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on" an issue. After considering all of the evidence presented by both parties, the Court made the following rulings on the record:

- The Court DENIED Apple's Rule 50 Motion with respect to Samsung's claim that its hypothetical non-infringing substitutes were available and acceptable from April 15, 2011, through May 29, 2011.

1

Case No.: 11-CV-01846-LHK
ORDER DENYING APPLE'S AND SAMSUNG'S MOTIONS FOR JUDGMENT
AS A MATTER OF LAW AT THE CLOSE OF ALL EVIDENCE

- The Court DENIED Samsung's Rule 50 Motion with respect to Apple's claim that there was an absence of non-infringing alternatives.
- The Court DENIED Samsung's Rule 50 Motion with respect to Apple's claim that there was demand for the patented feature.

**IT IS SO ORDERED.**

Dated: November 18, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge