UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER ON APPLE'S OBJECTIONS TO SAMSUNG'S CLOSING SLIDES |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Today, Samsung submitted over 500 closing argument slides, some of which consist of demonstrative videos. Closing argument is limited to an hour and a half per side, which leaves approximately 11 seconds per Samsung slide or demonstrative. Today, Apple filed nearly 100 objections to these slides, *see* ECF No. 2778, and Samsung filed responses, *see* ECF No. 2777. Throughout this trial, the Court has given detailed explanations of each of its evidentiary rulings one or two days before the evidence was introduced at the trial. The parties stipulated to submit their closing argument slides and objections one day late, which gave the Court less than a day to rule on these voluminous slides and objections. To enable the parties to prepare for their closing arguments, which will take place tomorrow morning, the Court dispenses with explanations in this order to give the parties the Court's rulings as quickly as possible. After reviewing the parties'

briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Apple's objections as follows:

| SAMSUNG SLIDE NO. | COURT'S RULING ON OBJECTION |
|---|---|
| 3, 6, 14, 172 | Sustained. |
| 29, 90, 117, 132, 451, 453 | Denied as moot. |
| 23, 167, 177-184, 186, 210, 234, 235, 272, 274, 288, 290 | Overruled. |
| 25 | Sustained. |
| 64, 66, 73, 91, 94 | Overruled. |
| 175, 231, 232, 461, 463 | Sustained. |
| 229 | Sustained. |
| 299 | Sustained. |
| 339 | Sustained. |
| 59, 62, 200-204, 468 | Sustained. |
| 506-511 | Sustained. |
| 79, 111, 159, 165 | Sustained. |
| 10, 68, 90, 120, | Sustained. |
| 302, 303, 313, 460, 462, 465, | Overruled. |
| 466, 467 | Sustained (incorrect image of JX1009). |
| 450 | Sustained. |
| 77 | Overruled. |
| 97, 113 | Sustained. |
| 340 | Overruled. |
| 492-503 | Overruled. |
| 412 | Sustained. |

**IT IS SO ORDERED.**

Dated: November 18, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge