UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER RE: ADMITTED TRIAL EXHIBITS |

The Court's record indicates that DX 952 was admitted today but that the following pages were removed from this exhibit: DX 952.03, DX 952.04, DX 952.05, and DX 952.10. The Court's record also indicates that DX 952.010 was admitted today as well. The parties indicated that DX 952.10 was different from DX 952.010. However, the parties' joint list of admitted exhibits does not state that DX 952.10 was removed from DX 952. Moreover, the parties' joint list states that the following pages were removed from DX 952: DX 952.003, DX 952.004, and DX 952.005. The parties shall file a joint statement clarifying these apparent discrepancies or file a revised joint list of admitted exhibits by no later than 9 p.m. on November 18, 2013.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER RE: ADMITTED TRIAL EXHIBITS