1 [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **JOINT SUBMISSION REGARDING EXHIBIT DX 952** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  The parties hereby respond to the questions posed by the Court regarding DX 952 (Dkt.

2  2792). The Court's record correctly reflects that DX952.010 was admitted. "DX952.10" refers to

3  the same page as DX952.010. The Court sustained-in-part Apple's objection to that page

4  (Dkt. No. 2736 at 4), and Samsung revised that page in light of the Court's order. The revised

5  DX952.010 was admitted into evidence on November 18, 2013. The joint exhibit list filed by the

6  parties this evening reflects the admission of the DX952.010. (See Dkt. No. 2789.)

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:   */s/ Harold J. McElhinny*<br>       Harold J. McElhinny<br><br>Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br> Charles K. Verhoeven (Cal. Bar No. 170151)<br> charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br> Kevin P.B. Johnson (Cal. Bar No. 177129)<br> kevinjohnson@quinnemanuel.com<br> Victoria F. Maroulis (Cal. Bar No. 202603)<br> victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Cal. Bar No. 196417)<br> michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br><br>By:   */s/ Victoria Maroulis*<br>       Victoria Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs<br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Harold J. McElhinny.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Victoria Maroulis*