| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

In accordance with Civil L.R. 7-11 and 79-5 and this Court's request (Tr. 987:16-23), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following documents:

1. The portions of Trial Exhibit DX 534 that were not shown in Court during the video deposition of Gregory Joswiak on November 15, 2013.

2. The portions of Trial Exhibit DX 572 that were not shown in Court.

As detailed in the Declaration of Mark D. Selwyn Regarding Apple's Administrative Motion to File Documents Under Seal ("Selwyn Declaration"), the above exhibits contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Apple pursuant to the Protective Order entered in this case. Such confidential information has been indicated in the Selwyn Declaration.

Pursuant to General Order No. 62, the complete, unredacted version of these documents will be filed under seal and served upon Samsung.

Pursuant to Civil L.R. 7-11, Apple's counsel has confirmed with counsel for Samsung which pages of these documents should be sealed.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

3. The portions of Trial Exhibit DX 534 that were not shown in Court during the video deposition of Gregory Joswiak on November 15, 2013.

4. The portions of Trial Exhibit DX 572 that were not shown in Court.

Dated:  November 18, 2013                    WILMER CUTLER PICKERING
                                             HALE AND DORR LLP


                                             By:  /s/ Mark D. Selwyn


                                             Attorneys for Plaintiff and
                                             Counterclaim-Defendant
                                             APPLE INC.

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 18, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                */s/* Mark D. Selwyn
                                                Mark D. Selwyn

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)