HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Declaration of Mark D. Selwyn in Support of Apple's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

I, Mark D. Selwyn, hereby declare as follows:

1.       I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.       Trial exhibit DX534 is an Apple iPhone Buyer Survey that contains detailed market research information regarding customer use of the accused Apple products.  This exhibit contains proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Greg Joswiak in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1496) (supporting sealing market research documents describing buyer survey responses regarding Apple's products because detailed information of this kind is extremely valuable time series of information that shows how customer preference have evolved).  The Federal Circuit has previously approved of Apple's request to seal portions of market research documents that contain a similar level of detail regarding the accused Apple products and that are not relied on by the parties or are irrelevant to the public's understanding of the judicial proceedings.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214, 1226-28 (Fed. Cir. 2013) (approving the sealing of market research documents).  Apple requests to seal all of DX534, except for DX534.1 and DX534.2, which were shown in Court during the video deposition of Greg Joswiak. (*See* DX 2801 at 8.)  Put differently, Apple requests to seal DX534.3 – DX534.83, which were not shown in Court.

3.       Trial exhibit DX572 is a smartphone market survey that contains detailed market research information regarding customer use of the accused Apple products and competing products.  This exhibit contains proprietary Apple, and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Greg Joswiak in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1496) (supporting sealing market

Declaration of Mark D. Selwyn in Support of Apple's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

1   research documents describing buyer survey responses regarding Apple's products because

2   detailed information of this kind is extremely valuable time series of information that shows how

3   customer preference have evolved).  The Federal Circuit has previously approved of Apple's

4   request to seal market research documents that contain a similar level of detail regarding the

5   accused Apple products and that are not relied on by the parties or are irrelevant to the public's

6   understanding of the judicial proceedings.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd.,*

7   *et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214, 1226-28 (Fed. Cir. 2013)

8   (approving the sealing of market research documents).  Apple requests to seal all of DX572,

9   except for DX572.001-.004, DX572.006, DX572.027, DX572.028, DX572.082,  DX572.083 and

10  DX572.092, which were shown in Court during either the video deposition of Eric Jue or live

11  testimony.  (*See* DX 2803 at11-15; Tr. at 739:14-740:11; 894:11-20; 895:17-21; 985:16-19.)  Put

12  different, Apple requests to seal DX572.005,  DX572.007-.026, .029-.081, .084-.091, .093-.097,

13  which were not shown in Court.

14       4.      The relief requested by Apple is necessary and narrowly tailored to protect its

15  confidential business information.

16       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th

17  day of November, 2013 at San Jose, California.

18                                  */s/* Mark D. Selwyn
                                    Mark D. Selwyn
19

20

21

22

23

24

25

26

27

28
    Declaration of Mark D. Selwyn in Support of Apple's
    Administrative Motion to File Documents Under Seal
    Case No. 11-cv-01846-LHK (PSG)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 18, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn