# Trial Exhibit DX 534

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

DEFENDANT'S EXHIBIT
NO. 534.001

United States District Court
Northern District of California
No 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:__________By:__________

APLNDC0000036266

Highly Confidential - Attorneys' Eyes Only

# iPhone Buyer Survey

**The information in this and related documents is strictly**
**Apple Confidential • Internal Use Only • Need to Know Basis**

Apple Market Research & Analysis
FY11 - Q2

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]