# Trial Exhibit DX 572

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

Subject: Re: iPhone v Android Preso
Date: Fri, 15 Apr 2011 17:45:45 +0000
From: "James Imahiro" <imahiro@apple.com>
To: "Eric Jue" <ericjue@apple.com>
CC: "Arthur Rangel" <arangel@apple.com>
Message-ID: <B2CBD84E-C23F-4278-9581-F8C53B60D979@apple.com>

**DEFENDANT'S EXHIBIT
NO. 572.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____By:_____

APPLE CONFIDENTIAL - INTERNAL USE ONLY

Hi Eric,

Here you go. Let me know if you want me to walk you thru it.

If any doubt, please check with Joz before sharing any of this.

Thanks,
James


On Apr 15, 2011, at 10:34 AM, Arthur Rangel wrote:

> Hi Eric. I'm out in Oregon on a college tour with my daughter. Please ask James to get the press if he is in Ok to show bur no copies. You should also have James walk you through the us smartphone study.
>
> Art
>
> Sent from my iPhone
>
> On Apr 15, 2011, at 10:27 AM, Eric Jue <ericjue@apple.com> wrote:
>
>> Hey Art,
>>
>> Ian took me through the US iPhone v Android workshop preso yesterday. It was very interesting and confirms many of our suspicions. Can I get a copy of the preso? Also, are you ok with me sharing a few of the slides with some of my engineers?
>>
>> Thanks,
>> -Eric


------ end message ------

APLNDC0002007609



Highly Confidential - Attorneys' Eyes Only

APLNDC0002007610



# Smartphone Market Study US

The information in this and related documents is strictly
Apple Confidential · Internal Use Only · Need to Know Basis

Apple Market Research & Analysis
January 2011

Highly Confidential - Attorneys' Eyes Only

APLNDC0002007611

## Why this report?

The purpose of this study is to provide a comprehensive view of the US consumer smartphone market, with a focus on iPhone and Android

Key areas include:

- Market statistics
- Smartphone purchase drivers
- Smartphone brand loyalty
- Satisfaction
- Use
- Brand awareness and perceptions and its impact
- Drivers of Android consideration and purchase
- Appendix (Demographics and other supporting data)

Highly Confidential - Attorneys' Eyes Only

# The US smartphone & iPhone opportunity is large

- While smartphone owners comprise 31% of the mobile market now, 52% intend to buy one and most (73% of intenders) plan to purchase one within a year

- Only 30% of smartphone owners previously owned a smartphone (12% of the mobile market)

- Smartphone purchase intenders are more likely to consider BlackBerry or iPhone over Android whether they will be first time smartphone owners or repeat smartphone buyers

- Smartphone buyers are likely to limit choices to their current service provider
  - This was a key reason Android buyers said they bought an Android despite considering iPhone

- While smartphone purchases are driven by service provider upgrades and the "want" for a new phone, smartphones are chosen over basic mobile phones for added entertainment and productivity functionality

- Screen quality, ability to access email and the Web, and combining features and functions are the most important attributes in the smartphone purchase decision

5

APLNDC0002007613

Highly Confidential - Attorneys' Eyes Only

APLNDC0002007634

# Importance of attributes in the purchase decision (top-2 box)



Smartphone recent buyers, n=862
Smartphone purchase intenders, n=979

| Attribute | Buyers | Intenders |
|---|---|---|
| Screen quality | 91% | 94% |
| Ability to access email and the web | 90% | 90% |
| Large screen | 81% | 90% |
| Combining features and functions | 88% | 86% |
| Operating system | 72% | 81% |
| Hardware brand | 72% | 79% ** |
| Touchscreen | 67% | 73% ** |
| Built in video camera | 65% | 70% |
| GPS location services | 64% | 70% |
| Built-in turn-by-turn GPS navigation | 55% | 64% ** |
| Non-game apps | 57% | 62% * |
| Video call capabilities | 38% | 54% * |
| Back-facing camera | 48% | 52% ** |
| Game apps | 42% | 47% |
| Forward-facing camera for video conf | 38% | 40% ** |

Importance of attribute in the smartphone purchase decision (top-2 box)

Notes: * = higher for first time smartphone owners; ** = higher for repeat smartphone owners
Q4L: How important or unimportant were the following in your decision to buy a smartphone? Base: Smartphone owners who purchased in the past 3 months
Q4E: How important or unimportant will the following be in your decision to buy a smartphone in the next 6 months? Base: Those who intend to buy a smartphone in the next 6 months

26

Highly Confidential - Attorneys' Eyes Only

APLNDC0002007635

Highly Confidential - Attorneys' Eyes Only

# Importance of attributes in the purchase decision (top box)



Smartphone recent buyers, n=862
Smartphone purchase intenders, n=979

| Attribute | Recent buyers | Intenders |
|---|---|---|
| Screen quality | 59% | 69% |
| | | 68% |
| Ability to access email and the web | 60% | |
| Combining features and functions | 53% | |
| Large screen | 45% | |
| | 44% | |
| Operating system | 43% | |
| Touchscreen | 37% | 41% |
| | 39% | |
| Built in video camera | 38% | |
| | 29% | 33% |
| Hardware brand | 34% | |
| | 31% | |
| GPS location services | 30% | |
| Built in turn-by-turn GPS navigation | 30% | |
| | 29% | |
| Non-game apps | 24% | |
| | 24% | |
| Back-facing camera | 23% | |
| | 19% | |
| Video call capabilities | 16% | |
| | 15% | |
| Forward-facing camera for video conf | 16% | |
| | 18% | |
| Game apps | 13% | |

**Importance of attribute in the smartphone purchase decision (top box)**

Q36. How important or unimportant were the following in your decision to buy a smartphone? Base: Smartphone owners who purchased in the past 3 months
Q40. How important or unimportant will the following be in your decision to buy a smartphone in the next 6 month's? Base: Those who intend to buy a smartphone in the next 6 months

27

APLNDC0002007689

Highly Confidential - Attorneys' Eyes Only

## Top reasons for buying an Android among those who considered iPhone



Wanted to stay with current wireless service provider — 48%

Trusted the Google brand — 36%

Preferred larger screen — 30%

Preferred the Android Market for apps — 27%

Wanted better integration with Google services (e.g. Gmail, Google Docs, Google Voice) — 26%

Wanted the latest and greatest smartphone — 26%

Wanted turn-by-turn GPS navigation — 25%

Wanted the latest technology — 25%

**Top reasons for buying an Android (among those who considered iPhone)**
n=89

Note: 25% of recent Android buyers considered iPhone (iOS)

Q17 For what reasons did you decide to buy an Android based smartphone rather than an iPhone?
Base: Android owners who considered iPhone

APLNDC0002007690

A notable percentage would have likely purchased an iPhone had it been available from their service provider

Highly Confidential - Attorneys' Eyes Only

# The US smartphone & iPhone opportunity is large

- While smartphone owners comprise 31% of the mobile market now, 52% intend to buy one and most (73% of intenders) plan to purchase one within a year

- Only 30% of smartphone owners previously owned a smartphone (12% of the mobile market)

- Smartphone purchase intenders are more likely to consider BlackBerry or iPhone over Android whether they will be first time smartphone owners or repeat smartphone buyers

- Smartphone buyers are likely to limit choices to their current service provider
  - This was a key reason Android buyers said they bought an Android despite considering iPhone

- While smartphone purchases are driven by service provider upgrades and the "want" for a new phone, smartphones are chosen over basic mobile phones for added entertainment and productivity functionality

- Screen quality, ability to access email and the Web, and combining features and functions are the most important attributes in the smartphone purchase decision

91

APLNDC0002007699

Highly Confidential - Attorneys' Eyes Only