1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br> v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

    2.    Trial Exhibit DX534.3 – DX534.83.

    3.    Trial Exhibit DX572.005, DX572.007-.026, .029-.081, .084-.091, .093-.097

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following trial exhibits shall be filed under seal:

| Exhibit No. | Portion to be Sealed |
|---|---|
| DX534 | DX534.3-DX534.83 |
| DX572 | DX572.005, DX572.007-.026, .029-.081, .084-.091, .093-.097 |

**IT IS SO ORDERED.**

Dated:   November 19, 2013      By:   *Lucy H. Koh*
                                     Hon. Lucy H. Koh
                                       United States District Judge