| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF LODGING DEPOSITION TESTIMONY** |

APPLE'S NOTICE OF LODGING DEPOSITION TESTIMONY
Case No. 11-cv-01846-LHK (PSG)
sf-3356445

1 TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that Plaintiff Apple Inc. ("Apple") hereby lodges the following

3 clip reports of deposition testimony played in Court:

4     1. Deposition testimony of Jun Won Lee marked as Plaintiff's Exhibit No. 3038 (*see*

5        November 14, 2013 Trial Transcript at 613:8-12). This clip report is attached as

6        Exhibit A and was lodged on the record at trial.

7     2. Deposition testimony of Jun Won Lee marked as Plaintiff's Exhibit No. 3039 (*see*

8        November 14, 2013 Trial Transcript at 615:5-8). This clip report is attached as

9        Exhibit B and was lodged on the record at trial.

10     3. Deposition testimony of Todd Pendleton marked as Plaintiff's Exhibit No. 3040 (*see*

11        November 14, 2013 Trial Transcript at 615:24-616:6). This clip report is attached as

12        Exhibit C and was lodged on the record at trial.

13     4. Deposition testimony of Greg Joswiak marked as Plaintiff's Exhibit No. 3041 (*see*

14        November 15, 2013 Trial Transcript at 988:6-16). This clip report is attached as

15        Exhibit D and was lodged on the record at trial.

16     5. Deposition testimony of Greg Joswiak marked as Plaintiff's Exhibit No. 3042 (see

17        November 15, 2013 Trial Transcript at 988:6-16). This clip report is attached as

18        Exhibit E and was lodged on the record at trial.

19

20 Dated: November 19, 2013        MORRISON & FOERSTER LLP

21

22                                          By:   /s/ *Harold J. McElhinny*

23                                                HAROLD J. McELHINNY

24                                                Attorneys for Plaintiff
                                               APPLE INC.

25

26

27

28