# Exhibit A

**Case Clip(s) Detailed Report**
**Wednesday, November 13, 2013, 12:13:29 AM**

PLAINTIFF'S EXHIBIT NO.  3038
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

## Apple v. Samsung

 **Lee, JunWon (Vol. 01) - 03/05/2012 [Lee, Jun Won]**                    **1 CLIP  (RUNNING 00:03:51.568)**

🎬 Plaintiff Affirmative (Damages Trial)

**LEE-FINAL**                **9 SEGMENTS  (RUNNING 00:03:51.568)**                    

**1. PAGE 7:25 TO 8:01 (RUNNING 00:00:03.900)**

```
     25        Q   Good morning, Mr. Lee.
  00008:01      A   Good morning.
```

**2. PAGE 9:01 TO 9:02 (RUNNING 00:00:08.200)**

```
  00009:01      Q   Okay.  Who is your employer?
     02        A   Samsung Electric -- Electronics.
```

**3. PAGE 9:06 TO 9:07 (RUNNING 00:00:11.800)**

```
     06        Q   What is your job title?
     07        A   Director of licensing.
```

**4. PAGE 33:21 TO 33:24 (RUNNING 00:00:33.067)**

```
     21        Q   Okay.  So at that first meeting that you
     22   attended, Mr. Lee, do you recall Apple stating that
     23   Samsung had copied Apple's products?
     24        A   Yes.
```

**5. PAGE 37:06 TO 37:09 (RUNNING 00:00:33.233)**

```
     06            I'm going to mark, as Exhibit No. 1, a document
     07   titled "Samsung's Use of Apple Patents in Smartphones."
     08            (Exhibit 1 was marked for identification by the
     09            court reporter.)
```

**6. PAGE 37:21 TO 37:25 (RUNNING 00:00:41.634)**

```
     21        Q   Mr. Lee, you testified earlier that you thought
     22   that Apple made a written presentation at the first
     23   meeting you attended.
     24            Is this the written presentation that Apple
     25   provided at that meeting?
```

**7. PAGE 38:02 TO 38:05 (RUNNING 00:00:24.900)**

```
     02            THE WITNESS:  I don't remember the contents of
     03   this document entirely, but it appears to be the one.
     04            MR. HEYISON:  Okay.
     05            THE WITNESS:  To my recollection.
```

**8. PAGE 59:14 TO 59:15 (RUNNING 00:00:34.034)**

```
     14            Did Apple ever offer Samsung a license to
     15   either design patents, trade dress, or transaction?
```

**9. PAGE 59:18 TO 59:21 (RUNNING 00:00:40.800)**

```
     18            THE WITNESS:  As I told you earlier, Apple did
     19   not talk about trademark, trade dress, or design
     20   patents; therefore, Apple's licensing proposal did not
     21   include things about those.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:51.568)**