Exhibit B

**Case Clip(s) Detailed Report**
**Wednesday, November 13, 2013, 12:12:00 AM**

**PLAINTIFF'S EXHIBIT NO. 3039**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

## Apple v. Samsung

  **Benner, Timothy (Vol. 01) - 02/22/2012**                                    **1 CLIP  (RUNNING 00:03:20.301)**

  **Plaintiff Affirmative (As Designatedl)**

**BENNER-FINAL**          **14 SEGMENTS  (RUNNING 00:03:20.301)**

**1. PAGE 8:15 TO 8:17 (RUNNING 00:00:03.833)**

```
     15             Could you please state your full name for    09:12
     16   the record.                                            09:12
     17        A.   Timothy John Benner.                         09:12
```

**2. PAGE 14:05 TO 14:11 (RUNNING 00:00:19.100)**

```
     05        Q.   And what is your current title?              09:19
     06        A.   Senior manager, Consumer -- sorry --         09:19
     07   Senior Manager, Consumer Insights and Analytics.       09:19
     08        Q.   And had your -- excuse me.  Strike that.     09:19
     09             Do your current job duties involve           09:19
     10   consumer research?                                     09:19
     11        A.   Yes.                                         09:19
```

**3. PAGE 37:24 TO 38:02 (RUNNING 00:00:11.367)**

```
     24             Mr. Benner, can you name a single survey     09:47
     25   which Samsung has received that shows that the         09:47
  00038:01   physical appearance of a smartphone is unimportant  09:47
     02   to consumer purchasing behavior?                       09:47
```

**4. PAGE 38:04 TO 38:07 (RUNNING 00:00:08.800)**

```
     04             THE WITNESS:  I cannot.                      09:47
     05             MR. ROBINSON:  Q.  Why is that, sir?         09:47
     06        A.   Because appearance is an aspect of choice    09:47
     07   in almost every decision.                              09:47
```

**5. PAGE 44:25 TO 45:08 (RUNNING 00:00:17.333)**

```
     25             Sir, do you have Exhibit 1593 in front of    09:55
  00045:01   you?                                                09:55
     02        A.   Yes, I do.                                   09:55
     03        Q.   Do you recognize this document?              09:55
     04        A.   Yes, I do.                                   09:55
     05        Q.   What is it?                                  09:55
     06        A.   It is a report by a third-party, J.D.        09:55
     07   Powers and Associates, 2009 Wireless Smartphone        09:55
     08   Satisfaction Study, Volume I.                          09:56
```

**6. PAGE 46:07 TO 46:16 (RUNNING 00:00:24.067)**

```
     07        Q. Sir, is Exhibit 1593 among the research --     09:57
     08   market research that STA maintains in the ordinary     09:58
     09   course of its business?                                09:58
     10        A.   It is a report that we purchase on a         09:58
     11   regular basis, yes.                                    09:58
     12        Q.   Why do you purchase these reports on a       09:58
     13   regular basis?                                         09:58
     14        A.   We purchase these reports to help us         09:58
     15   understand how our products are performing in the      09:58
     16   marketplace.                                           09:58
```

**7. PAGE 56:04 TO 56:06 (RUNNING 00:00:11.534)**

```
     04             MR. ROBINSON:  Q.  Could you turn, please,   10:27
     05   to page an 52 of this document, SAMNDCA00190195.       10:27
     06        A.   I'm sorry, which page?                       10:27
```

**Case Clip(s) Detailed Report**
**Wednesday, November 13, 2013, 12:12:00 AM**

## Apple v. Samsung

**8. PAGE 56:10 TO 56:14 (RUNNING 00:00:10.234)**

```
    10        Q.   You understand that what's being depicted      10:27
    11   in this chart that you see is the results of a           10:27
    12   consumer survey done by J.D. Powers relating to          10:27
    13   smartphones?                                              10:27
    14        A.   Correct.                                        10:27
```

**9. PAGE 56:24 TO 57:04 (RUNNING 00:00:11.500)**

```
    24        Q.   And do you see at the top it says "Reason      10:28
    25   for choosing hand set brand"?                             10:28
00057:01        A.   Yes.                                          10:28
    02        Q.   What do you see is the number one reason       10:28
    03   listed on the chart for why consumers chose a hand       10:28
    04   set brand?                                                10:28
```

**10. PAGE 57:07 TO 57:09 (RUNNING 00:00:09.500)**

```
    07             THE WITNESS:   There is no numeric titles     10:28
    08   beside them.  The highest percentage is 46, which        10:28
    09   is design and style.                                     10:28
```

**11. PAGE 59:10 TO 59:14 (RUNNING 00:00:17.433)**

```
    10             Do you have Exhibit 1594 front of you?        10:31
    11        A.   Yes.                                           10:31
    12        Q.   Is Exhibit 1594 a true and correct copy of    10:31
    13   a J.D. Powers survey relating to smartphones?            10:31
    14        A.   It appears to be.                              10:31
```

**12. PAGE 60:01 TO 60:05 (RUNNING 00:00:09.967)**

```
00060:01             MR. ROBINSON:   Q.   Does STA keep these    10:31
    02   documents in its files somewhere?                        10:31
    03        A.   Yes.                                           10:31
    04        Q.   And is Exhibit 1594, in fact, a document      10:31
    05   that STA keeps in its files?                             10:31
```

**13. PAGE 60:07 TO 60:08 (RUNNING 00:00:02.233)**

```
    07             THE WITNESS:   To the best of my knowledge,   10:32
    08   yes.                                                     10:32
```

**14. PAGE 60:17 TO 61:04 (RUNNING 00:00:43.400)**

```
    17        Q.   Could you please turn to Bates number         10:32
    18   SAMNDCA10246395.  This is page 58 of this document.     10:32
    19             Let me know when you're there?                10:32
    20             (Document reviewed by witness.)                10:32
    21        A.   I'm there.                                     10:32
    22        Q.   Do you see a similar chart that looks like    10:32
    23   a 2009 study that says "Reasons for choosing hand       10:32
    24   set brand"?                                              10:32
    25        A.   Yes.                                           10:32
00061:01        Q.   What is the criteria at the top?  Could     10:32
    02   you read that for me, and the percentage into the       10:33
    03   record.                                                  10:33
    04        A.   Liked overall design/style, 45.               10:33
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:20.301)**