Exhibit C

**Case Clip(s) Detailed Report**
**Wednesday, November 13, 2013, 12:25:13 AM**

PLAINTIFF'S EXHIBIT NO.  3040
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

## Apple v. Samsung

 **Pendleton, Todd (Vol. 01) - 03/21/2012**                    1 CLIP  (RUNNING 00:01:31.966)

 Plaintiff Affirmatives (Damages Trial)

PENDLETON-FINAL                    6 SEGMENTS  (RUNNING 00:01:31.966)        

**1.  PAGE 7:13 TO 7:16  (RUNNING 00:00:10.300)**

    13          MR. PLUNKETT:  Q.  Good morning.  Could
    14  you state and spell your name for the record?
    15       A.   It's Todd Pendleton, T-o-d-d, last name
    16  Pendleton, P-e-n-d-l-e-t-o-n.

**2.  PAGE 8:20 TO 8:22  (RUNNING 00:00:08.366)**

    20       Q.   What's your current position with Samsung?
    21       A.   Chief marketing officer of wireless
    22  terminals.

**3.  PAGE 115:18 TO 115:23  (RUNNING 00:00:18.000)**

    18          MR. HEYISON:  Q.  In the smartphone market
    19  are there sub segments of that market, like premium,
    20  regular?
    21       A.   There are price point differentials, yes.
    22       Q.   Okay.  Can you tell me what those are in
    23  the smartphone market?

**4.  PAGE 115:25 TO 116:10  (RUNNING 00:00:39.567)**

    25          THE WITNESS:  The, again, majority of
    00116:01  the -- call them super phone, whatever you want to
    02  call them -- could be $199 and above.  You could
    03  have 199 down to 99 as your mid tier, and $99 and
    04  below as more of your entry level, if you want to
    05  call it that.
    06          MR. HEYISON:  Q.  And does Samsung have
    07  product offerings in each of those three categories?
    08       A.   Yes.
    09       Q.   And does Apple -- where does Apple have
    10  product offerings with respect to those?

**5.  PAGE 116:12 TO 116:16  (RUNNING 00:00:14.166)**

    12          THE WITNESS:  Similar.
    13          MR. HEYISON:  Q.  Pardon?
    14       A.   It would be similar.
    15       Q.   So, do Samsung and Apple compete in all
    16  three categories?

**6.  PAGE 116:19 TO 116:19  (RUNNING 00:00:01.567)**

    19          THE WITNESS:  Yes.

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:01:31.966)