# Exhibit D

**Case Clip(s) Detailed Report**
**Thursday, November 14, 2013, 12:59:52 AM**

## Apple v. Samsung

 **Joswiak, Greg (Vol. 01) - 02/23/2012 [Joswiak, Greg]**        1 CLIP  (RUNNING 00:00:24.319)

 Plaintiffs Designations (Damages Trial)

| JOSWIAK-V1-FINAL | 2 SEGMENTS  (RUNNING 00:00:24.319) |  |

**1.  PAGE 128:09 TO 128:11  (RUNNING 00:00:08.027)**

```
09          Q.    Does Apple have specific evidence
10     that Samsung's devices being sold caused Apple
11     to lose market share?
```

**2.  PAGE 128:13 TO 128:18  (RUNNING 00:00:16.292)**

```
13          THE WITNESS:  As I said, sometimes it
14     can be hard to get a report that draws that
15     complete line.  Certainly, we saw that, for
16     example, in the quarter that I mentioned, the
17     third calendar quarter, where our market share
18     was down, that Samsung did particularly well.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:24.319)**

**PLAINTIFF'S EXHIBIT NO.  3041**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____