# Exhibit E

**Case Clip(s) Detailed Report**
**Thursday, November 14, 2013, 1:03:49 AM**

# Apple v. Samsung

 **Joswiak, Gregory (Vol. 02) - 02/24/2012 [Joswiak, Gregory]**     **1 CLIP  (RUNNING 00:00:33.558)**

 Plaintiff Counters (Damages Trial)

**JOSWIAK-V2-FINAL**            **1 SEGMENT  (RUNNING 00:00:33.558)**         

**1. PAGE 472:18 TO 472:25  (RUNNING 00:00:33.558)**

```
        18        Q.   Mr. Joswiak, are you aware of any evidence of
        19   loss of sales by Apple to Samsung as a result of any of
        20   Samsung's actions?
        21        A.   We've discussed some.  We've discussed Korea a
        22   few minutes ago.  We certainly again have discussed my
        23   intuition that Samsung's rise, you know, means that
        24   they're selling to consumers which I would have
        25   otherwise preferred they were buying iPhones.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:33.558)**

---

**PLAINTIFF'S EXHIBIT NO. 3042**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____