## UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

### Civil Minute Order

Court Proceedings: Jury Trial, Friday, November 15, 2013
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown               Time in Court:  6 hr 14 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
       APPLE INC.            V.        SAMSUNG ELECTRONICS CO. LTD., ET AL
            PLAINTIFF                              DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Willam C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Jon Cederberg |
| Nathan Sabri | |

### PROCEEDINGS:   JURY TRIAL—DAY  THREE

| | |
|---|---|
| 9:01 a.m. | All parties present, a hearing is held outside presence of the jury. |
| 9:04 a.m. | Jury now present, witness Schiller resumes the stand for further testimony. |
| 10:23 a.m. | The jury is excused briefly while the Court and counsel discuss matters. |
| 10:29 a.m. | Jury now present, examination resumes. |
| 10:41 a.m. | The morning recess is taken. |
| 10:54 a.m. | All parties present the matter resumes. |
| 11:23 a.m. | Plaintiff rests. |
| 11:25 a.m. | The jury is excused for the noon recess.  The Court and counsel discuss matters.  Defendants' Rule 50 motions are argued.  The Court rules as stated into the record. A written order will also be issued. |
| 12:15 p.m. | The noon recess is taken. |
| 1:15 p.m. | Out of the presence of the jury the Court and Counsel discuss matters. |
| 1:26 p.m. | Jury now present, Witness Timothy Sheppard is sworn and testifies. |
| 2:06 p.m. | Video deposition clip of Eric Jue is presented. |
| 2:37 p.m. | Video deposition clip of Eric Joswiak is played. |
| 2:50 p.m. | Counter deposition clips of Joswiak are played. |
| 2:52 p.m. | The jury is excused for the first afternoon break. |
| 2:54 p.m. | The afternoon recess is taken. |
| 3:07 p.m. | All parties present, witness Michael Wagner is sworn and testifies. |

| | |
|---|---|
| 4:30 p.m. | The jury is admonished and excused for the day. The Court and counsel discuss matters. |
| 4:42 p.m. | Court is adjourned until Monday, November 18, 2013 at 9:00 a.m. |

The following exhibits are admitted into evidence :
PX133, PX127, PX17, PX 134, PX135, PX142, PX15, PX143, PX144, PX145, PX146, PX12.1

DX578, DX2628, DX2522, DX572.027, DX2709 (under seal), DX2708, DX753, DX676, DX601, DX572 (sealed),  DX2517, DX534 (sealed),  DX781.001-.002, DX952.010,

JX1043, JX1042-001-007, JX1037, JX1093