**UNITED STATES DISTRICT COURT**
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Monday, November 18, 2013
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court:  4 hr 33 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    APPLE INC.          V.          SAMSUNG ELECTRONICS CO. LTD., ET AL
    PLAINTIFF                                    DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Willam C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Jon Cederberg |
| Nathan Sabri | |

**PROCEEDINGS:   JURY TRIAL—DAY  FOUR**

| | |
|---|---|
| 8:52 a.m. | All parties present, a hearing is held outside presence of the jury. |
| 8:56 a.m. | Jury now present, witness Wagner resumes the stand for further testimony. |
| 10:27 a.m. | The jury is excused for the morning recess.  The Court and counsel discuss matters. |
| 10:35 a.m. | The recess is taken. |
| 10:49 a.m. | Out of the presence of the jury, the Court and counsel discuss matters. |
| 10:52 a.m. | Jury now present, defense rests. |
| 10:54 a.m. | Witness Julie Davis resume the stand for rebuttal testimony. |
| 12:01 p.m. | Apple rests.  The jury is excused for the noon recess.  Jury instruction conference is held between the Court and counsel. |
| 12:24 p.m. | The noon recess is taken. |
| 2:28 p.m. | Out of the presence of the jury the Court and Counsel discuss matters. |
| 2:39 p.m. | Jury now present, the Court instructs the jury. |
| 3:22 p.m. | The jury is admonished and excused for the day.  The Court and counsel discuss matters. |
| 3:43 p.m. | Court is adjourned until Tuesday, November 19, 2013 at 9:00 a.m. |

The following exhibits are admitted into evidence :
PX 62, PX 58

DX956 (sealed), DX 536 (sealed)