UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 1

The Jury has the following question:

We have chosen a jury foreman / presiding juror: Colleen Allen #5.
Also, We request some tape (for walls) and highlighters; also extra paper.

Date: 19 NOV 2013
Time: 1240

Signature of Juror

Response from the Court:

Date: _____
Time: _____

Lucy H. Koh
United States District Judge