UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 2

The Jury has the following question:

Can we please get 8 individual copies of DX 25F pages 2-5 and 8 copies of ~~DX 781 pages 1-2~~ DX 781 page 2 please.

Date: 19 NOV 13
Time: 1416

Signature of Juror

Response from the Court:
Here are the documents you requested.

Date: 11/19/13
Time: 2:39 PM

Lucy H. Koh
United States District Judge