UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 3

The Jury has the following question:

Can we please get a copy of PDX 100? (poster board showing Demand, market alt, capacity, profits) presented by Rachel Krevans during Mrs. Davis testimony? poster board if possible
Thanks

Date: 19 NOV 13
Time: 1508

Signature of Juror

Response from the Court:
PDX 100 is a demonstrative. No demonstratives of any party have been admitted into evidence. We can not give you a copy of PDX 100. However, we refer you to final Jury Instruction No. 23.

Date: 11/19/13
Time: 3:44 PM

Lucy H. Koh
United States District Judge