UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 4

The Jury has the following question:
Can we please have an "outside break"?

Date: 19 NOV 13
Time: 1509

Signature of Juror

Response from the Court:
You may take a break outside of the Jury Deliberation Room and outside of the Courthouse at any time. Please let the bailiff know, so he or she can notify Ms. Parker Brown, who will sit in the 5th floor hallway to buzz you back into the Courthouse's internal hallway.

Date: 11/19/13
Time: 3:40 PM

Lucy H. Koh
United States District Judge