| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California 94065-2139 |
| 8 | Telephone:   (650) 801-5000 |
| | Facsimile:   (650) 801-5100 |
| 9 | |
| | William C. Price (Bar No. 108542) |
| 10 | williamprice@quinnemanuel.com |
| | Michael T. Zeller (Bar No. 196417) |
| 11 | michaelzeller@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 12 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| 13 | Facsimile: (213) 443-3100 |
| 14 | Attorneys for SAMSUNG ELECTRONICS |
| | CO., LTD., SAMSUNG ELECTRONICS |
| 15 | AMERICA, INC. and SAMSUNG |
| | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **SUBMITTED *IN CAMERA*** |
| vs. | **DECLARATION OF ALEX BAXTER IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOVEMBER 8, 2013** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | **Date**:   December 9, 2013<br>**Time**:   3:00 p.m.<br>**Place**:   Courtroom 5, 4th Floor<br>**Judge**:   Hon. Paul S. Grewal |

I, Alex Baxter, declare:

1. I am a member of the bar of the State of California, admitted to practice before the United States District Court, Northern District of California, and an associate in the firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in two actions in the Northern District of California, Case Nos. 11-cv-1846 LHK (PSG) ("the 1846 action") and 12-cv-00630-LHK ("the 630 action"). Except to the extent specifically identified below, I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As part of my representation of Samsung in litigation against Apple, I am a member of a team of lawyers working on aspects of the case related to standards setting organizations, fair, reasonable, and non-discriminatory licensing, and declared-essential patent damages.

3. On December 21, 2012, Daniel Shim of Samsung sent an email requesting that Guy Eddon, a former associate at Quinn Emanuel who I understand left the firm on July 19, 2013, provide him with public versions of the expert reports of David Teece served in the 1846 action ███████████████████████. Thomas Pease, a Quinn Emanuel partner, was copied on the email.  Mr. Shim also requested a copy ██████████████████████████████ ████████████████████████. From his email, I understood that Mr. Shim was requesting ██████████████████████████████████████████████ ██████████ to provide legal advice in the pending patent litigation case involving Samsung in which that information was potentially relevant.

4. Later that evening, Guy Eddon sent ████████████ to Mr. Shim while traveling home for the Christmas holiday.   He then sent redacted copies of Dr. Teece's opening report and rebuttal report served in the 1846 action shortly after midnight Eastern Standard Time, December 22, 2012, to Mr. Shim, copying Mr. Pease and me, but did not provide a copy of the ████████ ██████.   This chain of emails was identified as tab 19 when Samsung submitted it to the Court for *in camera* review.   I attach a true and correct copy of the December 21-22, 2012 chain of

-1-

Case No. 11-cv-01846-LHK
**DECLARATION OF ALEX BAXTER**

1  emails and its attachments as Exhibit A hereto.   I have not provided this email chain to anyone
2  other than Quinn Emanuel attorneys.   As I mention above, Mr. Shim requested that Mr. Eddon
3  attach the specified document so that Samsung's in-house counsel could provide legal advice in
4  the pending patent litigation case that he had mentioned.

5      5.     The next morning, on December 22, 2012, I looked at the copy of the opening
6  report that Mr. Eddon had sent to Mr. Shim the night before and ▇▇▇▇▇▇▇▇▇▇
7  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
8  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.   I emailed Mr. Eddon and Mr. Pease ▇▇
9  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   Shortly after I
11 informed Mr. Eddon that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Mr. Eddon
12 contacted Mr. Shim and instructed him not to access the email that had been sent the previous day.
13 Mr. Shim acknowledged this instruction, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.   Mr. Eddon
15 informed me that he had ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

20     6.     On January 4, 2013, Mr. Eddon provided Mr. Shim with a more fully redacted copy
21 of the opening Teece report that removed the information ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22 ▇▇▇▇▇▇▇▇▇▇▇▇   This email was identified as tab 20 when Samsung submitted it to
23 the Court for *in camera* review.   I attach a true and correct copy of the January 4, 2013 email and
24 its attachment as Exhibit B hereto.   Mr. Eddon was again providing these documents so that
25 Samsung's in-house counsel could provide legal advice in the pending patent litigation case that he
26 had mentioned.   I have not provided Exhibit B to anyone other than Quinn Emanuel attorneys.

27     7.     On May 13, 2013, Mr. Shim emailed Victoria Maroulis and members of the team
28 of lawyers at Quinn Emanuel, including Mr. Pease and me, working on aspects of the case related

-2-                                    Case No. 11-cv-01846-LHK
                                       **DECLARATION OF ALEX BAXTER**

1  to standards setting organizations, fair, reasonable, and non-discriminatory licensing, and
2  declared-essential patent damages.   Mr. Shim made a confidential request for legal advice
3  concerning an ongoing litigation in which Samsung is involved for certain information concerning
4  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.   Mr. Shim attached to his email copies of
5  the redacted reports that Dr. Teece submitted in the 1846 action and his trial testimony for the
6  purpose of obtaining that legal advice.   This email was identified as tab 272 when Samsung
7  submitted it to the Court for *in camera* review.   I attach a true and correct copy of the May 13,
8  2013 email from Mr. Shim and its attachments as Exhibit C hereto.   The question that Mr. Shim
9  asked did not relate to Apple's license agreements.   I have not provided Exhibit C to anyone
10 other than Quinn Emanuel attorneys, although the text of Mr. Shim's May 13, 2013 email was
11 appended to the bottom of my email responding to him.

12        8.     The same day, I responded to Mr. Shim's email by providing Mr. Shim the
13 requested legal advice.   I did not provide any Apple or third-party confidential information in my
14 response.   Although I referred to ▇▇▇▇▇▇▇▇▇▇ to provide the response to Mr.
15 Shim's questions, I did not provide any information from the opening report of Dr. Teece and, as
16 such, I did not open the opening report that was attached to Mr. Shim's email.   I was therefore
17 unaware that the version of the opening Teece report that Mr. Shim attached to his email had not
18 been fully redacted.

20        I declare under penalty of perjury that the foregoing is true and correct.   Executed on
21 November 15, 2013, at San Francisco, California.

                                              By___/s/ Alex Baxter_____
                                                   Alex Baxter

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Alex Baxter.

                                        */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis