1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG)
20 | Plaintiff, | **SUBMITTED IN CAMERA**
21 | vs. | **DECLARATION OF MICHAEL KANG IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOVEMBER 8, 2013**
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
26 | Defendant. | **Date**:   December 9, 2013
                  | **Time**:   3:00 p.m.
27                | **Place**:  Courtroom 5, 4th Floor
                  | **Judge**:  Hon. Paul S. Grewal
28

Case No. 11-cv-01846-LHK
**DECLARATION OF MICHAEL KANG**

I, Michael Kang, declare:

1. I am currently a senior legal counsel for Samsung Electronics in the IP Legal Team and have held this position since 2010. I joined Samsung Electronics in 2006 in the capacity of legal counsel. Except to the extent specifically identified below, I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I received my J.D. from Emory University School of Law in 2004.

3. On May 29, 2012, I sent an email to Studio Vanzetti, Martin Koehler of ROKH IP, James Boon at Bristows copying Indong Kang, Junwon Lee, Eric Cha, Brian Kim and Kijoong Kang. I attached a draft of Samsung's mediation statement prepared by Samsung's outside counsel Kirkland & Ellis for a mediation between Samsung and Ericsson. I understand this email was identified as tab 274 when Samsung submitted it to the Court for *in camera* review and that the attached mediation statement was submitted as tab 274-1. A true and correct copy of the May 29, 2012 email is attached as Exhibit A. A true and correct copy of the draft of Samsung's mediation statement prepared by Kirkland & Ellis that was attached to the email is attached as Exhibit B.

4. Studio Vanzetti, ROKH IP and Bristows are all law firms that Samsung retained to assist it in the event of litigation with Ericsson in Europe. Studio Vanzetti is an Italian law firm. ROKH IP is a German law firm and Martin Koehler is a partner at the firm. Bristows is a law firm based in London, England and James Boon is a partner at the firm..

5. I sent my May 29, 2012 email to familiarize Samsung's outside counsel ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and could effectively represent Samsung in the case of any litigation with Ericsson and provide Samsung with legal advice. I specifically requested that the information being transmitted be kept confidential. As of May 29, 2012, Samsung had engaged in unsuccessful mediations with Ericsson.

6. At the time I sent the May 29, 2012 email, Samsung and Apple were in litigation in Case No. 5:11-cv-01846 LHK (PSG) in the Northern District of California ("NDCALI case").

DECLARATION OF MICHAEL KANG

7. I did not use or rely on any confidential information from the Expert Report of David Teece or any confidential information from the NDCALI case in preparing the email at tab 274. The information contained in the mediation statement I sent with my May 29, 2012 email was supplied by Samsung's counsel, Kirkland & Ellis.

8. Of the persons who are copied on my May 29, 2012 email, Brian Kim, Kijoong Kang and Eric Junghun Cha are attorneys who work in the IP Legal Team in Suwon, Korea. Indong Kang works in the IP Licensing team. Jun Won Lee is a Director in the IP Licensing team.

9. I understand the Court has cited to tab 274 in its Order to Show Cause Why Sanctions Are Not Warranted and stated that it shows "Samsung's wrongful use of the disclosed SBI in preparing for:   a. its negotiations and arbitrations with Ericsson between May 2012 and May 2013." Nothing in tab 274 or tab 274-1 reflects any use of Apple's confidential business information in connection with preparing for negotiations and arbitrations with Ericsson between May 2012 and May 2013. The mediation statement that I sent did not contain any reference to the terms of the Apple-Nokia, Apple-Ericsson, Apple-Sharp or Apple-Philips licenses.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.

Executed in Suwon, Korea, on November 15, 2013.

                                        /s/ Michael Kang
                                        Michael Kang

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Michael Kang.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis

Case No. 11-cv-01846-LHK
**DECLARATION OF MICHAEL KANG**