1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 20  Plaintiff, | **SUBMITTED** *IN CAMERA* |
| 21  vs. | **DECLARATION OF SEONGWOO KIM IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOVEMBER 8, 2013** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25  Defendant. | **Date**: December 9, 2013<br>**Time**: 3:00 p.m.<br>**Place**: Courtroom 5, 4th Floor<br>**Judge**: Hon. Paul S. Grewal |
| 26 | |
| 27 | |
| 28 | |

Case No. 11-cv-01846-LHK
**DECLARATION OF SEONGWOO KIM**

1  I, Seongwoo Kim, declare:

2  1. I am employed in the Mobile Communications Admin Group at Samsung Electronics Co., Ltd. My title is Director and I have held this position since February 2013. Before then, I was a Director in Samsung's IP Center from the time of its formation in July 2010. My responsibilities in that position included interacting with and supervising in-house and outside counsel in the representation of Samsung in connection with both patent litigation and patent licensing matters. I was also initially involved with Samsung's dispute with Apple, both from a licensing standpoint as well as with respect to management of certain of Samsung's global patent disputes with Apple, including this litigation. During this time, I have not been involved in any way in negotiations between Samsung and Nokia. Except to the extent specifically identified below, I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I reside and work in Korea. I speak Korean and conversational English. At Samsung, I am often called by the English name Clayton.

3. Attached as Exhibit 1 is a copy of a series of emails that were sent or received between February 23, 2012 and June 29, 2012. I understand that these emails were submitted to the court as Tab 222. The first email in the chain, dated February 23, 2012, is from Rutger Kleemans of the Freshfields law firm, Apple's counsel in its lawsuit against Samsung in the Netherlands, to the court in that case. The second email of the same date is from Ruben Ladde of Simmons & Simmons, one of Samsung's outside lawyers in the Apple-Samsung case; no recipient is listed. The third email, dated June 29, 2012, is from Daniel Shim; no recipient is listed. The fourth email, also dated June 29, 2012, is from me with no recipient listed. The fifth email, also sent June 29, 2012, is from Daniel Shim to me. The subject line of this email is "HIGHLY CONFIDENTIAL_Apple-Samsung_Spreadsheet_75914.pdf."

4. Except for the first email at the beginning of the chain from Apple's counsel, the names that appear on Exhibit 1 reflect only Samsung outside counsel or in-house attorneys and their support staff. Except for the first email in the chain, Exhibit 1 concerns requests for legal advice and the creation of attorney work product concerning the submissions that Apple and

-1-                           Case No. 11-cv-01846-LHK
DECLARATION OF SEONGWOO KIM

1  Samsung made to the court in The Netherlands case in response to a directive from the court.   No
2  version of a Teece report was attached to or mentioned in this chain and I did not gain any
3  knowledge of the terms of an Apple-Nokia license agreement from a Teece report.   Samsung's
4  initial submission in the Netherlands court addressed three Samsung cross-license agreements with
5  three companies whose names were not identified in Samsung's submission.   Apple's initial
6  submission was in the form of a spreadsheet with detailed information about a series of licenses,
7  but the other parties to those licenses were not listed in the spreadsheet.   These submissions were
8  made to the court around the time of the first email, in February 2013.   My recollection is that
9  there was an agreement that was put into place through the Dutch lawyers that permitted
10 Samsung's outside counsel as well as up to ten in-house employees, including both me and Daniel
11 Shim, to see Apple's license submissions.   I did not voluntarily disclose either the email or the
12 attachment or the content of these communications to anyone other than Samsung personnel or
13 Samsung's outside counsel under the attorney-client privilege.
14         5.     I no longer remember the reason why Daniel Shim and I were emailing each other
15 and our legal counsel on or around June 29, 2012, although I do know that the court in The
16 Netherlands had recently found Samsung's asserted patent to be valid and infringed, which made
17 it possible for Samsung to seek damages from Apple.   Although I am not a lawyer, I was
18 working for EVP Jaewan Kim, a senior Samsung lawyer, at the time and was frequently in contact
19 with lawyers both within and outside of Samsung concerning legal issues, particularly those
20 arising in Samsung's litigation against Apple.   It was my understanding and intention that
21 communications involving legal issues, such as the exchange of emails with Daniel Shim, seeking
22 legal advice and creating work product regarding the parties' submissions to the Netherlands court
23 or the Netherland court's order finding Samsung's patent valid and infringed, would be treated as
24 attorney work product and attorney-client privileged.
25         6.     I understand the Court has cited to tab 222 in its Order to Show Cause Why
26 Sanctions Are Not Warranted and stated that it shows "Samsung's wrongful use of the disclosed
27 SBI in preparing for:   its negotiations with Nokia between March 22, 2012 and June 4, 2013."
28 There is nothing in the emails attached as Exhibit 1 that reflects any use of any of Apple's

sensitive business information from the Expert Report of David Teece in connection with Samsung's negotiations with Nokia.   No expert report of Dr. Teece report is discussed anywhere in these emails.   Apple's submission in the Netherland's court set forth the terms of Apple's licenses with other companies and this spreadsheet was provided to Samsung by Apple.   It is my understanding that both Daniel Shim and myself were entitled to receive the Apple spreadsheet, access the information in it, and at the very least use it for the purposes of the Netherlands case.   I did not use the information provided in the spreadsheet for negotiations with Nokia, I did not provide the information in the spreadsheet to anyone involved in negotiations with Nokia who was not authorized to access it, and I am not aware of anyone else at Samsung who did so.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.

Executed in Seoul, Korea, on November 15, 2013.

*/s/ Seongwoo Kim*
Seongwoo Kim

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Seongwoo Kim.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis