1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 20  Plaintiff, | **SUBMITTED** *IN CAMERA* |
| 21  vs. | **DECLARATION OF HYUCKSUN KWON IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOVEMBER 8, 2013** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25  Defendant. | **Date**: December 9, 2013<br>**Time**: 3:00 p.m.<br>**Place**: Courtroom 5, 4th Floor<br>**Judge**: Hon. Paul S. Grewal |
| 26 | |
| 27 | |
| 28 | |

Case No. 11-cv-01846-LHK
**DECLARATION OF HYUCKSUN KWON**

I, Hyucksun Kwon, declare:

1. I am a Senior Engineer at Samsung Electronics Co,. Ltd and I work in the IP Center. I have held this position since March 1st, 2011.   Part of my responsibility is to draft reports for Samsung senior management in providing legal advice regarding litigations and to assist outside attorneys in the course of various litigations.   I report directly to Senior Vice President Jay Shim, who is a U.S. trained attorney and my direct supervisor.   Except to the extent specifically identified below, I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As part of my responsibilities, I attend meetings, trials, mediations, and other litigation-related events and draft reports for Mr. Shim to submit to senior management.   I am also in part responsible for coordinating with Samsung staff attorneys working on other litigations to ensure that there is consistency in positions between them and the cases I am working on.

3. During the spring of 2013, I recall working on a litigation between Samsung and Ericsson.   During that time I reported directly to attorney Jay Shim and worked directly with our outside counsel at the law firm of Kirkland and Ellis.

4. Attached as Exhibit 1 is a copy of an email chain, one message of which I sent on May 13, 2012 to Samsung staff attorney Daniel Shim.   I understand that this email was identified as tab 272 when Samsung submitted it to the Court for *in camera* review.   Although I understand ███████████ that was the subject of my query to Mr. Shim is included as part of Exhibit 1, I did not review ███████ in preparing this declaration.

5. I sent this email to Daniel Shim at the request of attorney Jennifer Selendy of Kirkland and Ellis for the purposes of Samsung's obtainment of legal advice for an ongoing litigation against Ericsson.   I sent this email requesting ██████████████ on Ms. Selendy's behalf ████████████████████████████████████ ████████████████████   I needed this information for the sole purpose of assisting Ms. Selendy and the attorneys handling the litigation against Ericsson █████████████ ████████████████████████████

6. I did not share Tab 272 or its contents, nor did I separately share the Teece expert

-1-

Case No. 11-cv-01846-LHK

**DECLARATION OF HYUCKSUN KWON**

1  report, with anybody other than Samsung's legal counsel or other Samsung employees working on
2  the litigations.   I do not recall ever seeing the precise terms of an Apple/Nokia license in the
3  Teece expert report.
4      I declare under penalty of perjury that the foregoing is true and correct under the law of the
5  United States of America.
6      Executed in Suwon, Korea, on November 15, 2013.

                                    Hyucksun Kwon

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Hyucksun Kwon.

          */s/ Victoria F. Maroulis*
          Victoria F. Maroulis