QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SUBMITTED IN CAMERA**<br><br>**DECLARATION OF JUN WON LEE IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOVEMBER 8, 2013**<br><br>**Date**:   December 9, 2013<br>**Time**:   3:00 p.m.<br>**Place**:   Courtroom 5, 4th Floor<br>**Judge**:   Hon. Paul S. Grewal |

I, Jun Won Lee, declare:

1. I have worked at Samsung Electronics for over 27 years. I am currently a Director in the IP Licensing team of Samsung Electronics Co., Ltd. One of my responsibilities includes negotiating mobile phone patent licenses. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I attended a mediation between Samsung and Ericsson on March 21 and March 22, 2012 in San Francisco. The mediator was Antonio Piazza. At the time of the mediation, Samsung and Apple were in litigation in Case No. 5:11-cv-01846 LHK (PSG) in the Northern District of California ("NDCALI case").

3. Samsung's outside counsel from Kirkland & Ellis, Edward Donovan and Jennifer Selendy, attended the mediation. Other attendees at the mediation from Samsung were: Jaewan Chi who is an Executive Vice President in the IP Licensing team and a lawyer; Jay Shim who is a Senior Vice President in the IP Licensing team and also a lawyer; Taehyung Kim who is a Senior Counsel in the IP Licensing team and a lawyer; JH Lee who is a Manager, Finance; HK Park who is a Senior Vice President, Finance; JH Kwak who is a Vice President in the IP Licensing team; and Hyucksun Kwon who is a manager in the IP licensing team. In addition, Gregory Leonard of NERA Economic Consulting attended.

4. At the mediation, Samsung's lawyers from Kirkland & Ellis interacted with the mediator frequently, provided legal advice to the Samsung attendees and shared their mental impressions regarding the mediation. The in-house lawyers from Samsung also shared their impressions regarding the mediation with the Samsung group.

5. After the mediation, ████████████████████████████████ ████████████████████████████ Jaewan Chi requested ███████████ ████████████████████████████████████████ Hyucksun Kwon prepared ████████████████████████████████████ ████████ The Samsung employees and Samsung's outside lawyers from Kirkland & Ellis discussed ████████████████████████████████████████ ██████ ████████████████████████████████

6. After Mr. Kwon completed his draft, I reviewed and finalized ███████████ ██████████████████████████████████████ "  Attached as Exhibit A is a true and correct copy of this document.   I understand this document was identified as tab 261.55 when Samsung submitted it to the Court for *in camera* review.

7. ████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████ █████████████

8. No information reflected in ██████████████████████████ ███████ came from the Expert Report of David Teece, nor was any confidential information from the Expert Report of David Teece used to prepare ████████████████████████ . No confidential information from the NDCALI case was used to create ████████████ ████████████████████ nor is any such information contained in ████████████ ██████████████████     ████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████

9. I did not voluntarily disclose the "████████████████████████████ " to any third party who was not subject to the attorney-client relationship.   I did not voluntarily disclose the document or the content of the document to any third party who is not bound to maintain its confidence, to a third party with interests adverse to Samsung, to a third party that enabled an adversary to gain access to the information, or otherwise make the information public.

10. I understand the Court has cited to tab 261.55 in its Order to Show Cause Why Sanctions Are Not Warranted and stated that it shows "Samsung's wrongful use of the disclosed SBI in preparing for:   a. its negotiations and arbitrations with Ericsson between May 2012 and May 2013."   Nothing in this document reflects any use of any of Apple's confidential business information contained in the Expert Report of David Teece or from the NDCALI litigation generally in connection with preparing for negotiations and arbitrations with Ericsson between May 2012 and May 2013.

Case No. 11-cv-01846-LHK (PSG)
**DECLARATION OF JUN WON LEE**

1       I declare under penalty of perjury that the foregoing is true and correct under the law of the

2 United States of America.

3       Executed in Suwon, Korea, on November 15, 2013.

4

5

                      */s/ Jun Won Lee*

6                         Jun Won Lee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK (PSG)
**DECLARATION OF JUN WON LEE**

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Jun Won Lee.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis

Case No. 11-cv-01846-LHK

**DECLARATION OF JUN WON LEE**