QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floors
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SUBMITTED *IN CAMERA***<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS D. PEASE IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOVEMBER 8, 2013**<br><br>**Date**:  December 9, 2013<br>**Time**:  3:00 p.m.<br>**Place**:  Courtroom 5, 4th Floor<br>**Judge**:  Hon. Paul S. Grewal |

## Declaration of Thomas D. Pease

1. I am a member of the bar of the State of New York and a partner in the firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in two actions in the Northern District of California, Case Nos. 11-cv-1846 LHK (PSG) ("the 1846 action") and 12-cv-00630-LHK ("the 630 action"). Except to the extent specifically identified below, I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. On Friday, November 15, 2013, I submitted a declaration in support of Samsung's Brief Regarding Attorney-Client Privilege and Work-Product Protection in Response to the Court's Order Of November 8, 2013. In paragraph 6 of that declaration, I stated that I understood that on December 22, 2012, Daniel Shim of Samsung had ███████████████████████████████████████████████████████████████████████████████████████████.

3. After submitting the declaration to the Court for in camera review, it was brought to my attention that the privileged and confidential email from Mr. Shim ██████████████████████████████████████████ had not been attached to my declaration. To correct that deficiency, a copy of Mr. Shim's December 22, 2012 email to Guy Eddon, copying me and Alex Baxter, is attached as Exhibit 4. I have not provided this email to anyone other than Quinn Emanuel attorneys. I did not voluntarily disclose the document or the contents of that communication with any third party not subject to the attorney-client privilege.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2013, at Hewlett Bay Park, New York.

By  /s/ Thomas D. Pease
Thomas D. Pease

SUPPLEMENTAL PEASE DECLARATION IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOV. 8, 2013

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Thomas Pease.

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis

Case No. 11-cv-01846-LHK
SUPPLEMENTAL PEASE DECLARATION IN SUPPORT OF SAMSUNG'S BRIEF REGARDING ATTORNEY-CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION IN RESPONSE TO ORDER OF NOV. 8, 2013