1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 | APPLE INC., a California corporation,        | CASE NO. 11-cv-01846-LHK
20 |         Plaintiff,                           | **SAMSUNG'S NOTICE OF LODGING DEPOSITION TESTIMONY**
21 |    vs.                                       |
22 | SAMSUNG ELECTRONICS CO., LTD., a             |
   | Korean business entity; SAMSUNG              |
23 | ELECTRONICS AMERICA, INC., a New             |
   | York corporation; SAMSUNG                    |
24 | TELECOMMUNICATIONS AMERICA,                  |
   | LLC, a Delaware limited liability company,   |
25 |                                              |
   |         Defendants.                          |
26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby lodges the following clip reports of deposition testimony played in Court:

1. Deposition testimony of Greg Joswiak marked as Defendant's Exhibit No. 2801 (*see* November 15, 2013 Trial Transcript 986:21-987:9).   This clip report is attached as Exhibit A and was lodged on the record at trial.

2. Deposition testimony of Eric Jue marked as Defendant's Exhibit No. 2803 (*see* November 15, 2013 Trial Transcript at 985:1-9).   This clip report is attached as Exhibit B and was lodged on the record at trial.

DATED: November 19, 2013          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   William C. Price
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

-1-   Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE OF LODGING DEPOSITION TESTIMONY