# EXHIBIT A

DEFENDANT'S EXHIBIT
NO. 2801.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

**Designation Run Report**

# Joswiak Samsung Designations 1113

Joswiak, Gregory 02-23-2012
Joswiak, Gregory 02-24-2012

**Samsung Designations  00:11:43**

Total Time  00:11:43



ID:Joswiak Samsung Designations 1113                                       11-13-2013

| Page/Line | Source | ID |
|---|---|---|
| | Joswiak Samsung Designations 1113 | |
| 9:2 - 9:4 | **Joswiak, Gregory 02-23-2012 (00:00:03)**<br>9:2   Q. Good morning, Mr. Joswiak.  How are<br>9:3 you today?<br>9:4   A. Pretty good, thank you. | |
| 60:5 - 60:9 | **Joswiak, Gregory 02-23-2012 (00:00:13)**<br>60:5 What is your current position right<br>60:6 now in terms of its title?<br>60:7   A. I'm the vice president of iPod,<br>60:8 iPhone, and iOS, and that's small I, Capital O,<br>60:9 Capital S, product marketing. | |
| 78:13 - 78:20 | **Joswiak, Gregory 02-23-2012 (00:00:27)**<br>78:13   Q. In your role, do you have any<br>78:14 responsibilities for competitor products<br>78:15 analysis?<br>78:16   A. Certainly, as a part of product<br>78:17 marketing, I would feel that it's important for<br>78:18 us to understand what's going on in the market,<br>78:19 and that would include understanding, certainly,<br>78:20 aspects of some key competition. | |
| 107:10 - 107:11 | **Joswiak, Gregory 02-23-2012 (00:00:02)**<br>107:10   Q. What are Apple's competitors in the<br>107:11 smartphone space? | |
| 107:14 - 108:6 | **Joswiak, Gregory 02-23-2012 (00:01:17)**<br>107:14 In the smartphone space -- and that's<br>107:15 what reminded me -- certainly RIM was an early<br>107:16 participant.  Microsoft as they create an OS, as<br>107:17 well as Nokia, who is their main hardware.<br>107:18 Google because they create Android, and Android<br>107:19 itself, Samsung, Motorola, HTC.<br>107:20   Q. All these competitors in the<br>107:21 cellphone area, does Apple view any particular<br>107:22 one of them as the main competitor?<br>107:23   A. I think that, again, we look at<br>107:24 Android as probably the chief competition as a<br>107:25 platform, and there, obviously, are several<br>108:1 handset providers that make Android devices.<br>108:2   Q. Which ones?<br>108:3   A. Most of the ones that I named, with<br>108:4 the exception of Nokia, but I'd also add ones<br>108:5 like LG, for example.  But the three biggest | |

Case 5:11-cv-01846-LHK   Document 2808-1   Filed 11/19/13   Page 4 of 9
DEFENDANT'S EXHIBIT NO. 2801.003

| Page/Line | Joswiak Samsung Designations 1113 Source | ID |
|---|---|---|
| | 108:6 would be Samsung, Motorola, and HTC. | |
| 132:16 - 132:20 | **Joswiak, Gregory 02-23-2012 (00:00:11)** | |
| | 132:16   Q. So sitting here today, as a corporate | |
| | 132:17 designee of Apple, you're not aware of any | |
| | 132:18 concrete evidence that a carrier said that | |
| | 132:19 Samsung's gains were due to Apples' losses by a | |
| | 132:20 person? | |
| 132:22 - 133:2 | **Joswiak, Gregory 02-23-2012 (00:00:07)** | |
| | 132:22 THE WITNESS:  Again, I can't quote | |
| | 132:23 you a transcript or a specific date of a | |
| | 132:24 conversation, no. | |
| | 132:25 BY MS. MAROULIS: | |
| | 133:1   Q. So the answer is no, you don't have | |
| | 133:2 direct evidence? | |
| 133:4 - 133:5 | **Joswiak, Gregory 02-23-2012 (00:00:05)** | |
| | 133:4 THE WITNESS:  No, I don't have a | |
| | 133:5 specific conversation to note to you. | |
| 134:16 - 134:19 | **Joswiak, Gregory 02-23-2012 (00:00:11)** | |
| | 134:16   Q. And Apple hasn't done a study showing | |
| | 134:17 whether Samsung's gain in the market came from | |
| | 134:18 Apple versus its other competitors? | |
| | 134:19   A. Not one that I'm aware of at least. | |
| 135:11 - 135:19 | **Joswiak, Gregory 02-23-2012 (00:00:25)** | |
| | 135:11 is competitors.  Now, I want to ask you | |
| | 135:12 questions about whether Apple studies its | |
| | 135:13 competitors' products. | |
| | 135:14 Does it do so? | |
| | 135:15   A. My group, for example, would have a | |
| | 135:16 product manager when a new product comes out, | |
| | 135:17 purchase it, you know, understand, you know, how | |
| | 135:18 much of a threat is it, are they better at | |
| | 135:19 anything than us to assess the threat. | |
| 136:5 - 136:6 | **Joswiak, Gregory 02-23-2012 (00:00:03)** | |
| | 136:5   Q. Once they purchase a product, how do | |
| | 136:6 they evaluate it? | |
| 136:8 - 136:10 | **Joswiak, Gregory 02-23-2012 (00:00:07)** | |
| | 136:8 THE WITNESS:  They would play around | |
| | 136:9 with it, use it, look at it.  Looks are | |
| | 136:10 important. | |
| 143:20 - 144:1 | **Joswiak, Gregory 02-23-2012 (00:00:34)** | |

## Joswiak Samsung Designations 1113

| Page/Line | Source | ID |
|---|---|---|
| | 143:20   Q. I'm going to show you what's been | |
| | 143:21 marked as Exhibit 6 for identification. | |
| | 143:22 And for the record, it's a one-page | |
| | 143:23 document with the production range | |
| | 143:24 APL7940004187872, and it appears to be an e-mail | |
| | 143:25 between Haining Zhang of Apple -- Haining Zhang | |
| | 144:1 of Apple to Isabel, staff. | |
| 144:14 - 144:18 | **Joswiak, Gregory 02-23-2012 (00:00:12)** | |
| | 144:14   Q. Do you see a statement, Will now have | |
| | 144:15 a final list of latest and greatest models from | |
| | 144:16 every major smartphone vendor, RIM, HTC, Nokia, | |
| | 144:17 Samsung, Motorola, Sony Ericcson, and LG? | |
| | 144:18   A. Uh-huh. | |
| 146:14 - 146:22 | **Joswiak, Gregory 02-23-2012 (00:00:21)** | |
| | 146:14 What is your understanding of how | |
| | 146:15 Apple benchmarks its competitor products against | |
| | 146:16 iPhone? | |
| | 146:17   A. Benchmarking would be similar to as I | |
| | 146:18 mentioned earlier, which is we're trying to | |
| | 146:19 build the best product.  If you're going to | |
| | 146:20 build the best product, you've got to know where | |
| | 146:21 the competition is at; otherwise, how do you | |
| | 146:22 know you're better than them. | |
| 165:5 - 165:10 | **Joswiak, Gregory 02-23-2012 (00:00:25)** | |
| | 165:5   Q. In the analysis that you do do, how | |
| | 165:6 often do you analyze Samsung as opposed to other | |
| | 165:7 handset manufacturers? | |
| | 165:8   A. I'd say probably more recently than | |
| | 165:9 in the past just because they're becoming the | |
| | 165:10 most successful Android handset. | |
| 193:7 - 193:15 | **Joswiak, Gregory 02-23-2012 (00:00:22)** | |
| | 193:7   Q. Is Apple conducting the teardowns of | |
| | 193:8 HTC, RIM, and Palm products indicate that Apple | |
| | 193:9 is trying to copy these products? | |
| | 193:10   A. I think the last thing we'd want to | |
| | 193:11 be doing is trying to copy these products, but | |
| | 193:12 trying to understand, hopefully, our advantages | |
| | 193:13 or if somebody is doing something that's four | |
| | 193:14 millimeters, then maybe we would want to try to | |
| | 193:15 figure out how to do it even smaller. | |

## Joswiak Samsung Designations 1113

| Page/Line | Source | ID |
|---|---|---|
| 227:5 - 227:14 | **Joswiak, Gregory 02-23-2012 (00:00:21)**<br>227:5   Q. Has retention rates of Apple been<br>227:6 affected in any way over the past year by<br>227:7 Samsung?<br>227:8   A. I don't know data one way or the<br>227:9 other.<br>227:10   Q. You don't have any data to support<br>227:11 that?<br>227:12   A. I don't have data -- yeah, either<br>227:13 plus or minus -- pro or con to that, at least<br>227:14 that I'm aware of. | |
| 275:16 - 275:18 | **Joswiak, Gregory 02-23-2012 (00:00:08)**<br>275:16   Q. So sitting here today, you're not<br>275:17 aware of a single customer that Apple lost due<br>275:18 to alleged Samsung actions? | |
| 275:20 - 275:24 | **Joswiak, Gregory 02-23-2012 (00:00:09)**<br>275:20 THE WITNESS:  Again, I was speaking<br>275:21 to do we have any studies or data to that<br>275:22 effect, and, like I said, we have not<br>275:23 commissioned any reports or studies to that<br>275:24 effect. | |
| 381:5 - 381:7 | **Joswiak, Gregory 02-24-2012 (00:00:17)**<br>381:5 MS. MAROULIS:  Mr. Joswiak, I've placed in<br>381:6 front of you what's been marked as Exhibit 42 and it has<br>381:7 production ranges APLNDC-Y0000028850 through 28945. | |
| 381:14 - 381:16 | **Joswiak, Gregory 02-24-2012 (00:00:04)**<br>381:14 MS. MAROULIS:  My question is whether you've<br>381:15 seen this document before and you're familiar with it?<br>381:16   A. I believe I have. | |
| 381:17 - 381:22 | **Joswiak, Gregory 02-24-2012 (00:00:13)**<br>381:17   Q. Have you seen it in preparation for your<br>381:18 deposition or have you seen it in the ordinary course of<br>381:19 your duties?<br>381:20   A. I certainly would have seen it in the ordinary<br>381:21 course of my duties.  I don't recall if I saw it in<br>381:22 preparation.  I look at lots of stuff. | |
| 382:3 - 382:12 | **Joswiak, Gregory 02-24-2012 (00:00:27)**<br>382:3   Q. And the purpose of the survey was to provide a<br>382:4 comprehensive view of the U.S. consumer Smartphone<br>382:5 market with a focus on iPhone and Android. | |

| Page/Line | Source | ID |
|---|---|---|
| | Joswiak Samsung Designations 1113 | |
| | 382:6 Is that right?<br>382:7   A. It was to try to get an understanding between<br>382:8 Android and iPhone customers in the U.S.<br>382:9   Q. And in this instance, unlike the previous<br>382:10 report, both the iPhone consumers and Android consumers<br>382:11 were surveyed, correct?<br>382:12   A. That's correct. | |
| 384:16 - 384:18 | **Joswiak, Gregory 02-24-2012 (00:00:06)**<br>384:16   Q. Please turn to Page 5 of the slides.  I'm going<br>384:17 to refer to slide numbers, which might be easier.<br>384:18   A. Okay. | |
| 384:19 - 385:11 | **Joswiak, Gregory 02-24-2012 (00:00:54)**<br>384:19   Q. This survey suggests that Smartphone buyers are<br>384:20 likely to limit choices to their current service<br>384:21 provider.<br>384:22 Do you agree with that?<br>384:23   A. As a general rule, that's been consistent that<br>384:24 consumers are more likely to stick with their carrier<br>384:25 provider than they are to switch.  Some, of course, will<br>385:1 switch, but they're more likely to stick.<br>385:2   Q. Indeed, this was a key reason Android buyers<br>385:3 said they bought an android despite considering an<br>385:4 iPhone, correct?<br>385:5   A. I see that it says that.<br>385:6   Q. Do you agree with that statement?<br>385:7   A. In the United States, that was largely the<br>385:8 case, because we were with one carrier, with AT&T so<br>385:9 there were certainly Android purchasers at the time who<br>385:10 may have wanted an iPhone, but wouldn't leave Verizon,<br>385:11 for example. | |
| 385:12 - 385:18 | **Joswiak, Gregory 02-24-2012 (00:00:18)**<br>385:12   Q. This survey also indicated that screen quality,<br>385:13 ability to access e-mail and the web and combining<br>385:14 features and functions are the most important attributes<br>385:15 in the Smartphone purchase decision.<br>385:16   A. What page are you on for that?<br>385:17   Q. I'm still on Page 5.  It's the last bullet on<br>385:18 the list. | |
| 385:23 - 386:2 | **Joswiak, Gregory 02-24-2012 (00:00:21)**<br>385:23   Q. Is this conclusion consistent with your | |

| Page/Line | Joswiak Samsung Designations 1113 Source | ID |
|---|---|---|
| | 385:24 experience? | |
| | 385:25   A. I would agree that these come up in our | |
| | 386:1 surveys.  Whether they come up in this order or not, I | |
| | 386:2 don't know. | |
| 387:17 - 387:17 | **Joswiak, Gregory 02-24-2012 (00:00:04)** | |
| | 387:17   Q. Please turn to Pages 26 and 27 of these slides. | |
| 387:18 - 388:1 | **Joswiak, Gregory 02-24-2012 (00:00:49)** | |
| | 387:18   A. (Witness complies.) | |
| | 387:19   Q. What do Pages 26 and 27 of the slides reveal | |
| | 387:20 about the survey? | |
| | 387:21   A. It appears to be a rank order of choices given | |
| | 387:22 to two sets of customers.  One is people who purchased | |
| | 387:23 their Smartphone recently and the second being people | |
| | 387:24 who are intending to purchase, as to -- among this list | |
| | 387:25 of attributes as to the overall importance of those in | |
| | 388:1 the purchase decision. | |
| 389:2 - 389:5 | **Joswiak, Gregory 02-24-2012 (00:00:13)** | |
| | 389:2   Q. So 91 percent of individuals responding to the | |
| | 389:3 survey found screen quality to be important? | |
| | 389:4   A. 91 percent for recent purchasers indicated that | |
| | 389:5 screen quality was important to them in their purchase. | |
| 398:9 - 398:22 | **Joswiak, Gregory 02-24-2012 (00:00:52)** | |
| | 398:9 Mr. Joswiak, on Page 86 of the slides, do you see | |
| | 398:10 the list that says "Top reasons for buying iPhone"? | |
| | 398:11   A. I see that, yes. | |
| | 398:12   Q. There are ten reasons given. | |
| | 398:13 Is that correct? | |
| | 398:14   A. It is.  There's some words cut off below 10, | |
| | 398:15 but I think it's about -- | |
| | 398:16   Q. And in this instance, are these reasons ranked? | |
| | 398:17   A. In this instance, these reasons are ranked. | |
| | 398:18   Q. And does the ranking of them indicate that | |
| | 398:19 something was the most important reason of all? | |
| | 398:20   A. According to this survey of this panel group, | |
| | 398:21 the number one reason was they -- of people who chose to | |
| | 398:22 answer those, that they trusted the Apple brand. | |
| 398:23 - 399:6 | **Joswiak, Gregory 02-24-2012 (00:00:23)** | |
| | 398:23   Q. Do you agree that Apple brand is the main | |
| | 398:24 driver of consumer decision to buy iPhone? | |
| | 398:25   A. I think the Apple brand is important to | |

| Page/Line | Source | ID |
|---|---|---|
| | Joswiak Samsung Designations 1113 | |
| | 399:1 customers.  I don't know if every survey has shown that | |
| | 399:2 to be the top answer or not. | |
| | 399:3   Q. In your experience, is that an important | |
| | 399:4 reason? | |
| | 399:5   A. In my experience, the Apple brand is an | |
| | 399:6 important reason for purchasing an Apple product. | |
| 425:10 - 425:19 | **Joswiak, Gregory 02-24-2012 (00:00:32)** | |
| | 425:10 Let's take a look at Exhibit 48. | |
| | 425:11 (Exhibit 48 was marked for identification.) | |
| | 425:12 MS. MAROULIS:  What is Exhibit 48? | |
| | 425:13   A. From the title, it appears to be an internal | |
| | 425:14 research of an iPhone buyers study survey. | |
| | 425:15   Q. It's entitled "iPhone Buyers Survey"? | |
| | 425:16   A. Correct. | |
| | 425:17   Q. And is it conducted by Mr. Rangel's group? | |
| | 425:18   A. They are the ones that conduct those surveys -- | |
| | 425:19 the buyer study surveys. | |
| 473:4 - 473:7 | **Joswiak, Gregory 02-24-2012 (00:00:11)** | |
| | 473:4   Q. But there is no determinative way to say that | |
| | 473:5 Samsung is selling to consumers that otherwise would | |
| | 473:6 have bought Apple products? | |
| | 473:7   A. As I stated, I don't have data to that effect. | |

Samsung Designations = 00:11:43
**Total Time = 00:11:43**

**Documents Shown**
JOSWIAK_EXH_42
JOSWIAK_EXH_48
JOSWIAK_EXHIBIT_6