# EXHIBIT B

**DEFENDANT'S EXHIBIT NO. 2803.001**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

**Designation Run Report**

# Jue, Eric Samsung Designations 1113

**Jue, Eric 02-24-2012**

**Samsung Designations  00:27:49**

**Total Time  00:27:49**



ID:Jue, Eric Samsung Designations 1113                              11-13-2013

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| 19:24 - 20:2 | **Jue, Eric 02-24-2012 (00:00:06)**<br>19:24   Q. What was your position before your promotion   10:39<br>19:25 in August of 2011?           10:39<br>20:1   A. I was the senior product marketing manager   10:39<br>20:2 for iPhone.           10:39 | |
| 20:3 - 20:6 | **Jue, Eric 02-24-2012 (00:00:13)**<br>20:3   Q. What were your responsibilities as the senior   10:39<br>20:4 product marketing manager for the iPhone?   10:39<br>20:5   A. I was responsible for the marketing and       10:39<br>20:6 promotion and for the iPhone.           10:39 | |
| 31:13 - 31:18 | **Jue, Eric 02-24-2012 (00:00:28)**<br>31:13 MR. CURRIE:  Let's mark this as Jue 2.   10:55<br>31:14 (Document marked Jue Exhibit 2       10:55<br>31:15 for identification.)         10:55<br>31:16 MR. CURRIE:  Q.  Do you recognize this   10:55<br>31:17 document, Mr. Jue?           10:55<br>31:18   A. Give me a second to review it.       10:55 | |
| 31:19 - 31:20 | **Jue, Eric 02-24-2012 (00:00:03)**<br>31:19   Q. Mr. Jue, do you recognize this e-mail?   10:57<br>31:20   A. I do.         10:57 | |
| 32:23 - 33:6 | **Jue, Eric 02-24-2012 (00:00:27)**<br>32:23   Q. Do you see the e-mail chain appears to start   10:58<br>32:24 on April 5th, 2010, at 2:22 p.m.?         10:58<br>32:25   A. I see that entry.       10:58<br>33:1   Q. It says "Eric Starr wrote"?       10:58<br>33:2   A. I see it.           10:58<br>33:3   Q. Who is Eric Starr?         10:58<br>33:4   A. I have never met Eric Starr, but based on the   10:58<br>33:5 e-mail that's here, Eric Starr works at our media arts   10:58<br>33:6 lab, which is Apple's outside ad agency.       10:59 | |
| 37:21 - 38:1 | **Jue, Eric 02-24-2012 (00:00:09)**<br>37:21   Q. So he then writes:       11:04<br>37:22 "I've done a little research on this, but was   11:04<br>37:23 hoping someone from the product team at Apple could 11:04<br>37:24 help with putting together a list of 'firsts'."     11:04<br>37:25 Do you see that?         11:04<br>38:1   A. I do.         11:04 | |
| 42:9 - 43:9 | **Jue, Eric 02-24-2012 (00:00:52)**<br>42:9   Q. Steve St. Claire is the next person on the   11:09<br>42:10 e-mail chain; do you see that?         11:09 | |

**Jue, Eric Samsung Designations 1113**

| Page/Line | Source | ID |
|---|---|---|
| | 42:11  A. I do.         11:09 | |
| | 42:12  Q. So apparently, he received the e-mail; right?   11:09 | |
| | 42:13  A. It looks like that would be the case.   11:09 | |
| | 42:14  Q. He responded on April 6th, 2010; do you see 11:09 | |
| | 42:15 that?         11:09 | |
| | 42:16  A. I do.         11:09 | |
| | 42:17  Q. He writes back. He says:        11:09 | |
| | 42:18 "Hey, Michael. It's tough to approach this 11:09 | |
| | 42:19 with the criteria being 'first.' I don't know how  11:09 | |
| | 42:20 many things we can come up with that you could  11:09 | |
| | 42:21 legitimately claim we did first."       11:09 | |
| | 42:22 Do you see that?        11:09 | |
| | 42:23  A. I do.         11:09 | |
| | 42:24  Q. Then he writes:         11:09 | |
| | 42:25 "Certainly we have the first commercially   11:09 | |
| | 43:1 successful versions of many features, but that's   11:09 | |
| | 43:2 different from launching something to market first."   11:09 | |
| | 43:3 Do you see that?        11:09 | |
| | 43:4  A. I do.         11:09 | |
| | 43:5  Q. He says:         11:09 | |
| | 43:6 "Can we nuance this so it isn't about    11:09 | |
| | 43:7 shipping a feature first?"      11:09 | |
| | 43:8 Do you see that?        11:09 | |
| | 43:9  A. I do.         11:09 | |
| 51:3 - 51:7 | **Jue, Eric 02-24-2012 (00:00:27)** | |
| | 51:3  Q. Let's go back down to the e-mail.   11:19 | |
| | 51:4 Do you see Mr. St. Claire has then responded    11:19 | |
| | 51:5 to the original e-mail from Mr. Starr by addressing 11:19 | |
| | 51:6 each of the four things that Mr. Starr listed in his   11:19 | |
| | 51:7 e-mail as potential iPhone firsts? Do you see that?   11:19 | |
| 51:8 - 52:9 | **Jue, Eric 02-24-2012 (00:01:06)** | |
| | 51:8  A. I do.         11:20 | |
| | 51:9  Q. So first, he writes:        11:20 | |
| | 51:10 "The first iPhone to incorporate a full touch   11:20 | |
| | 51:11 screen face."        11:20 | |
| | 51:12 That was one of the things that Mr. Starr   11:20 | |
| | 51:13 listed in his original e-mail; right?      11:20 | |
| | 51:14  A. Yes.         11:20 | |
| | 51:15  Q. Then Mr. St. Claire writes "not true," and  11:20 | |
| | 51:16 then he gives a URL; do you see that?     11:20 | |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 51:17  A. I do.          11:20 | |
| | 51:18  Q. And it's a URL to Wikipedia, and it appears 11:20 | |
| | 51:19 to be the page for the LG Prada; do you see that?   11:20 | |
| | 51:20  A. I do.          11:20 | |
| | 51:21  Q. Are you familiar with the LG Prada?     11:20 | |
| | 51:22  A. I am.          11:20 | |
| | 51:23  Q. What is the LG Prada?       11:20 | |
| | 51:24   A. It was a phone that was produced by or  11:20 | |
| | 51:25 created by LG and branded by Prada.      11:20 | |
| | 52:1   Q. Do you know when it was released?   11:20 | |
| | 52:2   A. I don't remember actually when it was   11:20 | |
| | 52:3 released.  Somewhere around probably 2007ish.   11:20 | |
| | 52:4   Q. Have you ever used an LG Prada?     11:20 | |
| | 52:5   A. I've turned one on and I've played with it  11:21 | |
| | 52:6 for maybe a few minutes.  That's probably the extent    11:21 | |
| | 52:7 of my use of it.          11:21 | |
| | 52:8   Q. When was that?         11:21 | |
| | 52:9   A. Probably around that time frame.    11:21 | |
| 102:11 - 105:13 | **Jue, Eric 02-24-2012 (00:04:46)** | |
| | 102:11   Q. Does Apple -- I'll make it simpler -- does  13:13 | |
| | 102:12 Apple do market research with respect to the iPhone?    13:13 | |
| | 102:13   A. Yes.           13:13 | |
| | 102:14   Q. Okay.  What kinds -- what kinds of research?    13:13 | |
| | 102:15   A. We do primary research, which is on our    13:14 | |
| | 102:16 surveys of our own customers, people that have  13:14 | |
| | 102:17 purchased iPhone, and we also collect secondary    13:14 | |
| | 102:18 research by third-party outside market research firms.  13:14 | |
| | 102:19   Q. So when Apple does primary research, is it  13:14 | |
| | 102:20 always only Apple customers that it's surveying?    13:14 | |
| | 102:21   A. Mostly, but probably not always.   13:14 | |
| | 102:22   Q. And then secondary research is research    13:14 | |
| | 102:23 that's performed for Apple by third parties?    13:14 | |
| | 102:24   A. Secondary research is market research that's,   13:14 | |
| | 102:25 you know, conducted by some industry market research    13:14 | |
| | 103:1 firm that we have an account with, and they'll provide  13:14 | |
| | 103:2 us their information and data.     13:14 | |
| | 103:3   Q. What are some companies that provide    13:14 | |
| | 103:4 secondary research to Apple?        13:14 | |
| | 103:5   A. Companies like Gartner or IDC, GFK.  Those  13:15 | |
| | 103:6 would be some examples.       13:15 | |

| Page/Line | Source | ID |
|---|---|---|

Jue, Eric Samsung Designations 1113

103:7   Q. What's GFK?         13:15
103:8   A. I don't know what that stands for, actually.    13:15
103:9 They're a market research firm that collects    13:15
103:10 information around mobile devices, MP3 players,    13:15
103:11 phones.  I believe they do, like, game consoles and 13:15
103:12 things like that.          13:15
103:13   Q. Are there also companies that do research   13:15
103:14 specifically for Apple?         13:15
103:15   A. Well, there are certainly companies that we 13:15
103:16 work with that will go execute, you know, market    13:15
103:17 research for us.         13:15
103:18   Q. What are some of those companies?   13:15
103:19   A. I don't know any of the names.        13:15
103:20   Q. You can't think of any of them?     13:15
103:21   A. No.        13:15
103:22   Q. What do you use market research for?    13:15
103:23   A. Just general information to understand market   13:15
103:24 trends or to understand sales numbers, things like  13:16
103:25 that.         13:16
104:1   Q. Why do you want to understand market trends?   13:16
104:2   A. It's useful for -- for us to understand what    13:16
104:3 types of things are resonating in the marketplace.  13:16
104:4   Q. Does market research have an influence on    13:16
104:5 Apple's marketing?         13:16
104:6   A. Sure.         13:16
104:7   Q. What kinds of market research come your way 13:16
104:8 in your position at Apple?       13:16
104:9   A. So primary research I get on a somewhat    13:16
104:10 regular basis.  Probably quarterly would be the sort    13:16
104:11 of regular cycle.  And I get reports on our -- our  13:16
104:12 install base owners, and I get some reports on buyer    13:16
104:13 behavior.         13:17
104:14   Q. Are the -- is that all primary research?   13:17
104:15   A. That's primary.         13:17
104:16   Q. Okay.  What kind of secondary research do you   13:17
104:17 get?         13:17
104:18   A. We'll get sometimes quarterly, sometimes    13:17
104:19 annually, sometimes even weekly sales, market share 13:17
104:20 cut type information.         13:17
104:21   Q. Do you ever get information that's the result   13:17

| Page/Line | Source | ID |
|---|---|---|

Jue, Eric Samsung Designations 1113

| Page/Line | Source | ID |
|---|---|---|
|  | 104:22 of a specific project that Apple asked a third party     13:17  
104:23 to perform?              13:17  
104:24   A. Once in a while.           13:17  
104:25   Q. Can you give me some examples of that.    13:17  
105:1   A. So let's see. We did a study, for example,  13:17  
105:2 when we launched the 6th generation iPod Nano. We did   13:17  
105:3 a -- commissioned a quick study to understand what   13:17  
105:4 was -- what users' or customers' early perceptions of    13:17  
105:5 that product were.              13:18  
105:6   Q. Can you give me another example.      13:18  
105:7   A. We did a study, I think, for the very first  13:18  
105:8 iPhone to see the out-of-box experience, to understand   13:18  
105:9 what the customer experiences when they first got the    13:18  
105:10 product home and took it out of the box and whether  13:18  
105:11 they looked at the quick start guide or whether they     13:18  
105:12 did anything with the, you know, materials inside.   13:18  
105:13 Just stuff like that.            13:18 |  |
| 108:10 - 108:13 | **Jue, Eric 02-24-2012 (00:00:19)**  
108:10   Q. Are you aware of any market research that    13:22  
108:11 suggests that consumers purchase the iPhone because of   13:22  
108:12 the bounceback feature?              13:22  
108:13   A. I can't think of any.          13:22 |  |
| 108:23 - 109:19 | **Jue, Eric 02-24-2012 (00:01:23)**  
108:23   Q. Are you aware of any market research that    13:23  
108:24 suggests that customers purchased the iPhone because     13:23  
108:25 it has the tap to zoom feature we discussed earlier?    13:23  
109:1   A. There could be something along those lines,  13:23  
109:2 but I don't -- can't think of a specific study that   13:23  
109:3 reported to it. But I believe that there's probably a    13:23  
109:4 question in some survey that probably shows customers'   13:23  
109:5 understanding or -- or where customers value that or     13:23  
109:6 something.               13:23  
109:7   Q. So you don't really know one way or another  13:23  
109:8 whether there's any market research that suggests that   13:23  
109:9 consumers purchased the iPhone specifically because of   13:23  
109:10 the tap to zoom feature; right?       13:23  
109:11   A. Well, I think there's probably a survey     13:24  
109:12 somewhere that probably lists tap to zoom somewhere in   13:24  
109:13 it and gives us some indication of where it sits in  13:24  
109:14 the sort of value of features. But I don't think --    13:24 |  |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 109:15 we haven't commissioned a particular study all around   13:24 | |
| | 109:16 tap to zoom or double tap to zoom.        13:24 | |
| | 109:17   Q. Do you know how tap to zoom ranks in the    13:24 | |
| | 109:18 value of features?           13:24 | |
| | 109:19   A. I can't recall off the top of my head.   13:24 | |
| 121:11 - 123:14 | **Jue, Eric 02-24-2012 (00:02:42)** | |
| | 121:11 You've worked on the iPhone from close to the    13:40 | |
| | 121:12 very beginning, right, since before the iPhone was   13:40 | |
| | 121:13 actually available for purchase?          13:40 | |
| | 121:14   A. Since about April 2007.      13:40 | |
| | 121:15   Q. Up until -- was it August of 2000 --    13:40 | |
| | 121:16   A. August of 2011.           13:40 | |
| | 121:17   Q. Okay.  During that time, to your knowledge,  13:40 | |
| | 121:18 have there been any shortages over the iPhone?   13:40 | |
| | 121:19   A. Yeah, there have.         13:40 | |
| | 121:20   Q. Okay.  Tell me about them.        13:40 | |
| | 121:21   A. Almost every launch we've done, we probably  13:41 | |
| | 121:22 could have sold more, but weren't able to produce    13:41 | |
| | 121:23 enough.             13:41 | |
| | 121:24   Q. Okay.  So how many launches have you done?   13:41 | |
| | 121:25   A. Original iPhone, iPhone 3G, iPhone 3GS or    13:41 | |
| | 122:1 3GS, iPhone 4, and some limited support for iPhone 4S.   13:41 | |
| | 122:2   Q. So each of those models Apple sold out of    13:41 | |
| | 122:3 after the launch?           13:41 | |
| | 122:4   A. I think there were at least some stock-outs  13:41 | |
| | 122:5 somewhere in the world in some of those launches.    13:41 | |
| | 122:6   Q. Does Apple ever artificially restrict the   13:41 | |
| | 122:7 supply of its products to make them more appealing by    13:41 | |
| | 122:8 making them seem scarce?        13:41 | |
| | 122:9   A. Not to my knowledge.         13:41 | |
| | 122:10   Q. That would surprise you if that were true;   13:41 | |
| | 122:11 right?        13:42 | |
| | 122:12   A. Absolutely.  We'd love to sell more phones if    13:42 | |
| | 122:13 we could.           13:42 | |
| | 122:14   Q. But you can't always sell more phones; right?    13:42 | |
| | 122:15   A. Sometimes you're limited by how many you can    13:42 | |
| | 122:16 build and how fast you can build them.       13:42 | |
| | 122:17   Q. So let's talk specifically about the    13:42 | |
| | 122:18 iPhone 4.  When was that released?       13:42 | |
| | 122:19   A. It was either June or July of 2011 -- or    13:42 | |

| Page/Line | Source | ID |
|---|---|---|
| | **Jue, Eric Samsung Designations 1113** | |
| | 122:20 sorry -- 2010.          13:42 | |
| | 122:21   Q. And how long -- how long after that were    13:42 | |
| | 122:22 there shortages of the iPhone 4?          13:42 | |
| | 122:23   A. I mean, generally, we recover as quickly as 13:42 | |
| | 122:24 we can.  But when you initially launch a product, you    13:42 | |
| | 122:25 only have so much time prior to that to build up    13:42 | |
| | 123:1 inventory, and you try to get it out to whatever    13:42 | |
| | 123:2 regions of the world you're going to sell it for, and    13:42 | |
| | 123:3 the demand is so great that you sell it out.    13:42 | |
| | 123:4 In some instances, it takes a little bit of 13:42 | |
| | 123:5 time to get product back into those channels and on --   13:42 | |
| | 123:6 back on the store shelves.  But typically, you know,    13:42 | |
| | 123:7 we're building as fast as we can and we're ramping up    13:42 | |
| | 123:8 the production, so hopefully it's not too long.    13:43 | |
| | 123:9   Q. Do you know how long with the iPhone 4,    13:43 | |
| | 123:10 between when it was released in June or July of 2010,   13:43 | |
| | 123:11 how long after that it was -- there was a supply issue   13:43 | |
| | 123:12 with Apple?          13:43 | |
| | 123:13   A. A supply issue or where we recovered in    13:43 | |
| | 123:14 supply?          13:43 | |
| 123:18 - 123:19 | **Jue, Eric 02-24-2012 (00:00:12)** | |
| | 123:18 After the launch of the iPhone 4, for how    13:43 | |
| | 123:19 long after that was the iPhone selling out?    13:43 | |
| 123:21 - 124:16 | **Jue, Eric 02-24-2012 (00:01:15)** | |
| | 123:21 THE WITNESS:  Yeah, I don't remember the    13:43 | |
| | 123:22 exact dates.          13:43 | |
| | 123:23 And it's not like it's all or nothing.  It's    13:43 | |
| | 123:24 not like you can't -- you know, we'd go on sale, and    13:43 | |
| | 123:25 then it's gone everywhere and nobody can get it    13:43 | |
| | 124:1 anywhere.  It's, like, a store on one block may be out   13:43 | |
| | 124:2 of stock.  A store a couple of blocks somewhere else    13:43 | |
| | 124:3 might have a couple left.  I -- you know, it's not as    13:44 | |
| | 124:4 contrary as I think maybe you think it is.    13:44 | |
| | 124:5 MR. CURRIE:  Q.  So you would say Apple    13:44 | |
| | 124:6 experiences shortages, not just during launch, but    13:44 | |
| | 124:7 maybe afterwards, too?          13:44 | |
| | 124:8   A. Well, generally, the way you ramp up    13:44 | |
| | 124:9 production is that you start out at some capacity, and    13:44 | |
| | 124:10 that improves over time, and at some point you sort of   13:44 | |
| | 124:11 find the balance between what you're selling through    13:44 | |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 124:12 and what you're building.  So hopefully you don't have   13:44 | |
| | 124:13 those situations as things reach steady state.  It's a   13:44 | |
| | 124:14 complicated balancing act.        13:44 | |
| | 124:15   Q. Do you have any information as to how much   13:44 | |
| | 124:16 unused inventory Apple has with respect to the iPhone?   13:44 | |
| 124:18 - 124:21 | **Jue, Eric 02-24-2012 (00:00:12)** | |
| | 124:18 THE WITNESS:  I don't recall.  But we   13:44 | |
| | 124:19 typically discuss that information on our quarterly  13:45 | |
| | 124:20 earnings calls, and we'll describe it in terms of   13:45 | |
| | 124:21 weeks of inventory on hand.         13:45 | |
| 124:22 - 125:2 | **Jue, Eric 02-24-2012 (00:00:24)** | |
| | 124:22 MR. CURRIE:  Okay.  Let's mark this as Jue 6.    13:45 | |
| | 124:23 (Document marked Jue Exhibit 6       13:45 | |
| | 124:24 for identification.)        13:45 | |
| | 124:25 MR. CURRIE:  Q.  Mr. Jue, do you recognize   13:45 | |
| | 125:1 this document?          13:45 | |
| | 125:2   A. Give me a minute.         13:45 | |
| 125:3 - 125:15 | **Jue, Eric 02-24-2012 (00:00:45)** | |
| | 125:3 This looks like a transcript of the Apple    13:46 | |
| | 125:4 earnings call.          13:46 | |
| | 125:5   Q. It was sent to you by Greg Joswiak; right?   13:46 | |
| | 125:6   A. That is correct.         13:46 | |
| | 125:7   Q. Am I saying his name right?      13:46 | |
| | 125:8   A. Yeah.           13:46 | |
| | 125:9   Q. And it's dated October 20th, 2010; right?    13:46 | |
| | 125:10   A. Yes.           13:46 | |
| | 125:11   Q. And it says "Q4 Earning Notes"; right?   13:46 | |
| | 125:12   A. Yeah, that is the subject line.      13:46 | |
| | 125:13   Q. Can you turn to page 3 of the attachment.    13:46 | |
| | 125:14 I'll give you the Bates number.  It's      13:46 | |
| | 125:15 APL-ITC796-0000119895.         13:46 | |
| 125:16 - 127:4 | **Jue, Eric 02-24-2012 (00:01:51)** | |
| | 125:16 Actually, try the next page.  Do you see on 13:47 | |
| | 125:17 the -- I guess it's the fourth paragraph down, it   13:47 | |
| | 125:18 says:          13:47 | |
| | 125:19 "We ended the quarter with about 3.3 million     13:47 | |
| | 125:20 iPhones in channel inventory, a sequential increase of   13:47 | |
| | 125:21 about 825,000 to support the launch of iPhone 4.  We    13:47 | |
| | 125:22 continue to have a sizable backlog and believe we    13:47 | |
| | 125:23 could have sold even more iPhones if we had been able    13:47 | |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |

|  |  |
|---|---|
| | 125:24 to supply them."        13:47 |
| | 125:25 Do you see that?        13:47 |
| | 126:1   A. I do.        13:47 |
| | 126:2   Q. So what are the 3.3 million iPhones in   13:47 |
| | 126:3 channel inventory?        13:48 |
| | 126:4   A. Those are most likely iPhones that are   13:48 |
| | 126:5 sitting in either our warehouses or the warehouses of   13:48 |
| | 126:6 our distribution partners.        13:48 |
| | 126:7   Q. And it says here:        13:48 |
| | 126:8 "We continue to have a sizable backlog."    13:48 |
| | 126:9 What does that mean?        13:48 |
| | 126:10   A. That means there was -- there were more      13:48 |
| | 126:11 people that were -- that would have purchased them if   13:48 |
| | 126:12 they could have, but they weren't able to find the   13:48 |
| | 126:13 device.        13:48 |
| | 126:14   Q. There are more --        13:48 |
| | 126:15   A. The demand is greater than the supply.  13:48 |
| | 126:16   Q. And then it says:        13:48 |
| | 126:17 "We believe we could have sold even more     13:48 |
| | 126:18 iPhones if we had been able to supply them."    13:48 |
| | 126:19 So that's the issue you just described;     13:48 |
| | 126:20 right?        13:48 |
| | 126:21   A. That is correct.        13:48 |
| | 126:22   Q. So does this refresh your recollection that 13:48 |
| | 126:23 in October -- late October 2010, Apple was still    13:48 |
| | 126:24 experiencing shortages of the iPhone after the   13:48 |
| | 126:25 iPhone 4 launched?        13:48 |
| | 127:1   A. Sure.        13:48 |
| | 127:2   Q. Actually, let's go to page 13 of the     13:49 |
| | 127:3 attachment, which is -- one, two, three, four, five,     13:49 |
| | 127:4 six, seven, eight, nine, ten, 11, 12 -- 12 -- okay, 13:49 |
| 127:5 - 128:18 | **Jue, Eric 02-24-2012 (00:01:55)** |
| | 127:5 sir.  Just to be clear, I'm on APL-ITC796-0000119906.   13:49 |
| | 127:6 I think I may have miscounted the pages.    13:49 |
| | 127:7   A. '9906.        13:49 |
| | 127:8   Q. Do you see where it says "Tim Cook"?    13:50 |
| | 127:9   A. Yes.        13:50 |
| | 127:10   Q. Who is Tim Cook?        13:50 |
| | 127:11   A. Tim Cook is the CEO of Apple.        13:50 |
| | 127:12   Q. Do you see the paragraph below his name?    13:50 |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 127:13  A. I do.           13:50 | |
| | 127:14  Q. Do you see the last sentence says:     13:50 | |
| | 127:15 "But it's clear last quarter that was" --   13:50 | |
| | 127:16 last two sentences.  Start over.          13:50 | |
| | 127:17 "But it's clear last quarter that wasn't    13:50 | |
| | 127:18 enough.  And we are obviously working on that, but it   13:50 | |
| | 127:19 will still take some time to increase further."     13:50 | |
| | 127:20 Sorry.  Let me start over because I'm reading   13:50 | |
| | 127:21 this completely out of context.  I'll read the whole   13:50 | |
| | 127:22 paragraph.           13:50 | |
| | 127:23 "I think that what you're referring to is the   13:50 | |
| | 127:24 quote that's on the Apple online store.  What I would   13:50 | |
| | 127:25 say is that demand in all categories is absolutely   13:50 | |
| | 128:1 staggering, and at this point I can't predict when   13:50 | |
| | 128:2 supply will meet demand."       13:50 | |
| | 128:3 Do you see that?       13:50 | |
| | 128:4  A. I do.           13:50 | |
| | 128:5  Q. So at this point, at least according to     13:50 | |
| | 128:6 Mr. Cook, demand was not meeting supply; right?     13:51 | |
| | 128:7  A. That's correct.         13:51 | |
| | 128:8  Q. And he states that he can't even predict when   13:51 | |
| | 128:9 supply will meet demand; right?     13:51 | |
| | 128:10  A. It seems to be what he's saying.   13:51 | |
| | 128:11  Q. Then at the very end, he suggests that it   13:51 | |
| | 128:12 will, in fact, take some additional time for Apple to   13:51 | |
| | 128:13 increase its supply to meet demand; right?     13:51 | |
| | 128:14  A. Yes.           13:51 | |
| | 128:15  Q. Is it your belief that at this time, Apple   13:51 | |
| | 128:16 was doing everything it reasonably could to increase     13:51 | |
| | 128:17 supply?           13:51 | |
| | 128:18  A. Yes.           13:51 | |
| 190:10 - 190:11 | **Jue, Eric 02-24-2012 (00:00:06)** | |
| | 190:10 MR. CURRIE:  Let's mark this as Jue -- oh,  15:42 | |
| | 190:11 that's my copy -- let's mark this as Jue 14.    15:42 | |
| 190:12 - 191:11 | **Jue, Eric 02-24-2012 (00:01:01)** | |
| | 190:12 (Document marked Jue Exhibit 14     15:42 | |
| | 190:13 for identification.)         15:42 | |
| | 190:14 MR. CURRIE:  Q.  Mr. Jue, on the first page 15:42 | |
| | 190:15 of this document, there's an e-mail chain, and at the   15:42 | |
| | 190:16 bottom there's an e-mail from you to someone named  15:42 | |

DEFENDANT'S EXHIBIT NO. 2803.012

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 190:17 Art; right?         15:42 | |
| | 190:18  A. Yes.            15:42 | |
| | 190:19  Q. And that's probably Art Rangel?     15:42 | |
| | 190:20  A. It is.          15:42 | |
| | 190:21  Q. And you write:          15:42 | |
| | 190:22 "Ian took me through the U.S. iPhone versus 15:42 | |
| | 190:23 Android workshop press yesterday.  It was very  15:43 | |
| | 190:24 interesting and confirms many of our suspicions."   15:43 | |
| | 190:25 Do you see that?         15:43 | |
| | 191:1   A. I do.           15:43 | |
| | 191:2   Q. What did you mean when you said:    15:43 | |
| | 191:3 "It was very interesting and confirms many of   15:43 | |
| | 191:4 our suspicions."         15:43 | |
| | 191:5   A. So the market research team went and did some   15:43 | |
| | 191:6 workshop and captured some user feedback on both    15:43 | |
| | 191:7 iPhone and Android.  And I don't remember specifically   15:43 | |
| | 191:8 what suspicions I was referring to, but, you know, we   15:43 | |
| | 191:9 certainly had some ideas on what people thought about   15:43 | |
| | 191:10 iPhone and what people thought about Android, and this   15:43 | |
| | 191:11 data supported some of those things.    15:43 | |
| 191:24 - 192:13 | **Jue, Eric 02-24-2012 (00:01:01)** | |
| | 191:24   Q. Okay.  Well, let's take a look at the    15:44 | |
| | 191:25 presentation.  If you go -- I'm going to -- well, I'll  15:44 | |
| | 192:1 note that the first page of the presentation is Bates   15:44 | |
| | 192:2 stamped APLNDC0002007609.  Like I did before, I'll  15:44 | |
| | 192:3 give you the last three numbers so you can flip     15:44 | |
| | 192:4 through it.          15:44 | |
| | 192:5 If we go to page 611, there's a slide, and it    15:44 | |
| | 192:6 says "Why This Report"; do you see that?    15:44 | |
| | 192:7   A. I do.           15:44 | |
| | 192:8   Q. And then it says:          15:44 | |
| | 192:9 "The purpose of this study is to provide a   15:44 | |
| | 192:10 comprehensive view of the U.S. consumer smartphone  15:45 | |
| | 192:11 market, with the focus on iPhone and Android."   15:45 | |
| | 192:12 Do you see that?         15:45 | |
| | 192:13  A. I do.           15:45 | |
| 192:23 - 193:18 | **Jue, Eric 02-24-2012 (00:01:05)** | |
| | 192:23   Q. If you look at page '613, the fourth bullet  15:45 | |
| | 192:24 point down says:          15:45 | |
| | 192:25 "Smartphone buyers are likely to limit  15:45 | |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 193:1 choices to their current service provider."    15:45 | |
| | 193:2 Do you see that?    15:45 | |
| | 193:3   A. I do.    15:46 | |
| | 193:4   Q. And below that, it says:    15:45 | |
| | 193:5 "This was a key reason Android buyers said  15:45 | |
| | 193:6 they bought an Android, despite considering iPhone."   15:45 | |
| | 193:7 Do you see that?    15:45 | |
| | 193:8   A. I do.    15:46 | |
| | 193:9   Q. So from the launch of the iPhone up until --    15:46 | |
| | 193:10 I think you said it was February 2011, the iPhone was   15:46 | |
| | 193:11 only available on AT&T; correct?    15:46 | |
| | 193:12   A. In the U.S., that's true.    15:46 | |
| | 193:13   Q. So what this slide is communicating here is 15:46 | |
| | 193:14 that smartphone buyers from other networks were    15:46 | |
| | 193:15 unlikely to purchase an iPhone because they wanted to   15:46 | |
| | 193:16 limit their choices to their current service provider;  15:46 | |
| | 193:17 right?    15:46 | |
| | 193:18   A. That's what it says.    15:46 | |
| 197:25 - 198:12 | **Jue, Eric 02-24-2012 (00:00:49)** | |
| | 197:25   Q. If you'd go to page '634, please.  You see at   15:53 | |
| | 198:1 the top, it says:    15:53 | |
| | 198:2 "Importance of attributes in the purchase   15:53 | |
| | 198:3 decision."    15:53 | |
| | 198:4 Do you see that?    15:53 | |
| | 198:5   A. Yeah, I see that.    15:53 | |
| | 198:6   Q. Do you see that the third from the top is   15:53 | |
| | 198:7 "large screen"?    15:53 | |
| | 198:8   A. I see that.    15:53 | |
| | 198:9   Q. To your knowledge, do many Android phones   15:54 | |
| | 198:10 have a different size screen than the iPhone?   15:54 | |
| | 198:11   A. Yeah.  There are a host of phones that have 15:54 | |
| | 198:12 same size screen, larger screen, smaller screen.    15:54 | |
| 198:25 - 199:2 | **Jue, Eric 02-24-2012 (00:00:08)** | |
| | 198:25 MR. CURRIE:  Q.  Well, according to this, it    15:54 | |
| | 199:1 was the third most important factor; correct?    15:54 | |
| | 199:2   A. According to this?    15:55 | |
| 199:3 - 199:16 | **Jue, Eric 02-24-2012 (00:00:34)** | |
| | 199:3   Q. Would you turn to page '689, please.  See at    15:55 | |
| | 199:4 the top, it says:    15:55 | |
| | 199:5 "Top reasons for buying an Android among    15:55 | |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 199:6 those who considered iPhone."     15:55 | |
| | 199:7 And it has a list of reasons, and the first 15:56 | |
| | 199:8 is:          15:56 | |
| | 199:9 "Wanting to stay with their current wireless   15:56 | |
| | 199:10 service provider."        15:56 | |
| | 199:11 Right?        15:56 | |
| | 199:12   A. I see that.      15:56 | |
| | 199:13   Q. The second is that:        15:56 | |
| | 199:14 "They trusted the Google brand."    15:56 | |
| | 199:15 Do you see that?       15:56 | |
| | 199:16   A. I see that.       15:56 | |
| 200:14 - 200:18 | **Jue, Eric 02-24-2012 (00:00:15)** | |
| | 200:14   Q. Okay.  Let's move down to the next one:     15:57 | |
| | 200:15 "Preferred larger screen."      15:57 | |
| | 200:16 That's a reason for choosing an Android     15:57 | |
| | 200:17 phone.  That is a difference between an Android phone   15:57 | |
| | 200:18 and an iPhone; correct?       15:57 | |
| 201:14 - 203:9 | **Jue, Eric 02-24-2012 (00:01:58)** | |
| | 201:14 THE WITNESS:  I don't know if you can make   15:58 | |
| | 201:15 that blanket statement.  I don't think every Android     15:58 | |
| | 201:16 phone has a bigger screen than an iPhone.    15:58 | |
| | 201:17 MR. CURRIE:  Q.  Well, people who purchased 15:58 | |
| | 201:18 an Android phone because it has a larger screen than     15:58 | |
| | 201:19 an iPhone are purchasing an Android phone because it's  15:58 | |
| | 201:20 different from the iPhone --        15:58 | |
| | 201:21   A. It's --       15:58 | |
| | 201:22   Q. -- right?         15:58 | |
| | 201:23   A. For that purchaser, it's different in one   15:58 | |
| | 201:24 aspect.  But there's many other aspects to the phones    15:58 | |
| | 201:25 that could be similar or dissimilar.  You're -- you're   15:59 | |
| | 202:1 picking out one individual feature of the phone that     15:59 | |
| | 202:2 has hundreds of features.         15:59 | |
| | 202:3   Q. Well, your presentation says that a number of     15:59 | |
| | 202:4 people preferred Android because it has a larger     15:59 | |
| | 202:5 screen.  I didn't pick this feature as a reason for 15:59 | |
| | 202:6 people to switch.  Your presentation highlights      15:59 | |
| | 202:7 preferring a larger screen is one of the reasons why     15:59 | |
| | 202:8 people choose Android over iPhone; right?    15:59 | |
| | 202:9   A. I wasn't disagreeing.  It's one of the  15:59 | |
| | 202:10 reasons.  That's what I was saying.  It's one of the     15:59 | |

| Page/Line | Source | ID |
|---|---|---|
| | Jue, Eric Samsung Designations 1113 | |
| | 202:11 reasons.  It's not the only reason.         15:59 | |
| | 202:12   Q. Preferring the Android market for apps,      15:59 | |
| | 202:13 that's another reason that is a distinction between an   15:59 | |
| | 202:14 Android phone and an iPhone; right?        15:59 | |
| | 202:15   A. That's a difference.           15:59 | |
| | 202:16   Q. Better integration --         15:59 | |
| | 202:17   A. It could also be a similarity.        15:59 | |
| | 202:18   Q. They're two completely different App Stores;    15:59 | |
| | 202:19 right?           15:59 | |
| | 202:20   A. But they both are providing third-party apps.   15:59 | |
| | 202:21 If the App Store didn't exist on Android, then it    15:59 | |
| | 202:22 would be a difference, too; right?         15:59 | |
| | 202:23   Q. Wanting better integration with Google   16:00 | |
| | 202:24 services, that's a distinction between an Android    16:00 | |
| | 202:25 phone and an iPhone; right?           16:00 | |
| | 203:1    A. Yeah, I think that is.         16:00 | |
| | 203:2    Q. Turn-by-turn GPS navigation, that is     16:00 | |
| | 203:3 something that is a distinction between an Android    16:00 | |
| | 203:4 phone and an iPhone; right?           16:00 | |
| | 203:5    A. Well, there are turn-by-turn applications     16:00 | |
| | 203:6 available for iPhone.          16:00 | |
| | 203:7    Q. Well, at least some people in the survey     16:00 | |
| | 203:8 chose an Android phone because they wanted        16:00 | |
| | 203:9 turn-by-turn GPS navigation; right?       16:00 | |
| 203:11 - 203:23 | **Jue, Eric 02-24-2012 (00:01:04)** | |
| | 203:11 THE WITNESS:  Yeah, based on this chart, it  16:00 | |
| | 203:12 would seem that that was the case.         16:00 | |
| | 203:13 MR. CURRIE:  Q.  Would you turn to page '699,   16:00 | |
| | 203:14 please.  You see at the bottom, it says:      16:00 | |
| | 203:15 "Screen quality, ability to access e-mail and    16:01 | |
| | 203:16 the web, and combining features and functions are the   16:01 | |
| | 203:17 most important attributes in the smartphone purchase    16:01 | |
| | 203:18 decision."           16:01 | |
| | 203:19   A. I see that.         16:01 | |
| | 203:20   Q. It doesn't say anything here about design;   16:01 | |
| | 203:21 does it?          16:01 | |
| | 203:22   A. It doesn't explicitly say anything about    16:01 | |
| | 203:23 design.           16:01 | |

| Page/Line | Source | ID |
|---|---|---|

Jue, Eric Samsung Designations 1113

Samsung Designations = 00:27:49

**Total Time = 00:27:49**

**Documents Shown**
JUE_EXHIBIT_14
JUE_EXHIBIT_2
JUE_EXHIBIT_6