UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY RENEWED MOTION TO STAY PENDING REEXAMINATION OF U.S. PATENT NO. 7,844,915** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an Emergency Renewed
3 Motion to Stay Pending Reexamination of U.S. Patent No. 7,844,915, Dkt. 2811 ("Motion to
4 Stay").

5  Having considered the arguments of the parties and the papers submitted, and good cause
6 having been shown, the Court hereby GRANTS Samsung's Motion to Stay.

8  **IT IS SO ORDERED.**

10 DATED: _____, 2013

13  _____
    HONORABLE LUCY H. KOH
    United States District Court Judge