UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 5

The Jury has the following question:
while trying to calculate "apple's lost profits" on the 915 patent, in jury instruction #22 line 6 the term "patented feature" is used in jury instruction #23 line 3 the term "patented products" is used. Is it the "feature" (915) or product (phone) that we are determining "lost profits" for. Can we get copy of Mrs. Davis testimony pertaining to this topic.

please clarify

Date: 20 NOV 13
Time: 12 28

Signature of Juror

Response from the Court:
Refer to Final Jury Instruction No. 23 to determine whether Apple has proven the four factors set forth in that instruction and thus is entitled to lost profits for the '915 patent. Refer to Final Jury Instruction Nos. 22, 24, and 25 to calculate any lost profits. We can not give you the trial transcript, but the Court Reporter, Ms. Shortridge, can read back the trial transcript or portions thereof to you in open Court. If you would like a read back of trial testimony, would you please identify more specifically what portion of Ms. Davis's testimony you would like read back?

Date: 11/20/13
Time: 1:23 PM

Lucy H. Koh
United States District Judge