UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 6

The Jury has the following question:
Can we get a new lunch list for tomorrow please? We can fill out in the morning if so. Thanks

Date: 20 Nov 13
Time: 16:14

Signature of Juror

Response from the Court:
We will look into this and report back to you tomorrow. There are government procurement rules that need to be checked.

Date: 11/20/13
Time: 4:33 PM

Lucy H. Koh
United States District Judge