| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (SBN 244180) |
| San Francisco, California 94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.  11-cv-01846-LHK (PSG) |
| Plaintiff, | **NOTICE OF ERRATA REGARDING APPLE'S OPPOSITION TO SAMSUNG'S EMERGENCY MOTION TO STAY TRIAL DURING JURY DELIBERATIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

PLEASE TAKE NOTICE that Apple Inc. ("Apple") hereby serves this Notice of Errata regarding its Opposition to Samsung's Emergency Motion to Stay Trial During Jury Deliberations (Dkt. No. 2816). The reexamination control number listed in footnote 1 ("90/011,911") should be "90/011,991."

A corrected document is attached as Exhibit A. There are no other changes.

Dated: November 21, 2013            MORRISON & FOERSTER LLP

By:  */s/ Harold J. McElhinny*
     HAROLD J. MCELHINNY

Attorneys for Plaintiff
APPLE INC.

NOTICE OF ERRATA RE APPLE'S OPP. TO SAMSUNG'S EMERGENCY MOTION TO STAY TRIAL
Case No. 11-CV-01846-LHK (PSG)
sf-3357512

1