UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 6

The Jury has the following question:

House of Siam please... we have a copy of menu, can we just pick from lunch menu?

Date: 21 NOV 13
Time: 1000

Signature of Juror

Response from the Court:

You have more lunch options and are not limited to the same restaurant. What would you like?

Date: 11/21/13
Time: 9:34 AM

Lucy H. Koh
United States District Judge