UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. **7**

The Jury has the following question:

*We have agreed on a verdict for this case.*

Date: 21 NOV 13
Time: 1140

Signature of Juror

Response from the Court:

Date:
Time:

Lucy H. Koh
United States District Judge