UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Apple, Inc. v. Samsung Electronics Co. Ltd., et al.
11-CV-01846-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 8

The Jury has the following question:

Jury would appreciate a copy of the color (or copy) of the artist depiction of the jury if this is possible.

Thanks —

Date: 21 Nov 13
Time: [illegible]

Signature of Juror

Response from the Court:

Date: _____
Time: _____

Lucy H. Koh
United States District Judge