UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | VERDICT FORM |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S DAMAGES CLAIMS**

1. What is the total dollar amount that Apple is entitled to receive in damages from Samsung?

    $ _290,456,793.00_ .

2. For the total dollar amount in your answer to Question 1, please provide the dollar breakdown by product.

| Samsung Product | Amount |
|---|---|
| Captivate (JX 1011) | 21,121,812 |
| Continuum (JX 1016) | 6,478,873 |

1

Case No.: 11-CV-01846-LHK
ORDER RE GEM SALES

| Product | Amount |
|---|---|
| Droid Charge (JX 1025) | 60,706,020 |
| Epic 4G (JX 1012) | 37,928,694 |
| Exhibit 4G (JX 1028) | 2,044,683 |
| Galaxy Prevail (JX 1022) | 22,143,335 |
| Galaxy Tab (JX 1036) | 9,544,026 |
| Gem (JX 1020) | 4,831,453 |
| Indulge (JX 1026) | 9,917,840 |
| Infuse 4G (JX 1027) | 99,943,987 |
| Nexus S 4G (JX 1023) | 10,559,907 |
| Replenish (JX 1024) | 3,046,062 |
| Transform (JX 1014) | 2,190,099 |

Have the presiding juror sign and date this form.

Signed: *[signature]*   Date: 21 NOV 2013

PRESIDING JUROR

Case No.: 11-CV-01846-LHK
ORDER RE GEM SALES

2