IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. CV 11-01846 LHK |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

**(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed November 21, 2013, judgment is entered in favor of plaintiff and against defendants.


Dated: November 21, 2013                     Richard W. Wieking, Clerk

                                             By: Martha Parker Brown
                                             Deputy Clerk