1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal portions of Apple Inc.'s Response To Samsung's Brief Regarding Attorney-Client Privilege And Work-Product Production In Response To Order Of November 8, 2013 ("Apple's Response"). For good cause shown, the Court grants Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal").

IT IS HEREBY ORDERED that the following documents shall be sealed consistent with Apple's Motion to Seal:

| Document | Portion(s) to Be Sealed |
|---|---|
| Apple Inc.'s Response To Samsung's Brief Regarding Attorney-Client Privilege And Work-Product Production In Response To Order Of November 8, 2013 ("Apple's Response") | pp. 7, 9, 13, 14 (*see* Unredacted Version of Document Sought to Be Sealed) |

**IT IS SO ORDERED.**

Dated: _____, 2013       _____
                                     Hon. Paul S. Grewal
                                     United States Magistrate Judge