UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

**Civil Minute Order**

Court Proceedings: Jury Trial, Tuesday, November 19, 2013
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown            Time in Court:  3 hr 13 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    APPLE INC.            V.         SAMSUNG ELECTRONICS CO. LTD., ET AL
    PLAINTIFF                                  DEFENDANTS

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| Harold J. McElhinny | Willam C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Jon Cederberg |
| Nathan Sabri | |

**PROCEEDINGS:   JURY TRIAL—DAY  FIVE**

| | |
|---|---|
| 8:47 a.m. | All parties present, a hearing is held outside presence of the jury. |
| 8:53 a.m. | Jury now present. |
| 8:55 a.m. | Closing argument on behalf of Plaintiff is made by Mr. Lee. |
| 9:57 a.m. | Closing argument on behalf of Defendants is made my Mr. Price. |
| 10:30 a.m. | The recess is taken. |
| 10:53 a.m. | Closing argument for Defendants resumes. |
| 11:48 a.m. | Rebuttal argument for Plaintiff is made by Mr. McElhinny |
| 12:15 p.m. | The Marshal is sworn to take charge of the jury.  The jury retires to begin deliberations.  The Court and counsel discuss matters. |
| 12:41 p.m. | The jury returns to the Courtroom for further instruction and with Jury Note Number 1, which is dealt with in open Court. |
| 12:43 p.m. | The jury retires again.  Further discussions are held between Court and counsel. |
| 12:50 p.m. | Court is adjourned. |
| 2:35 p.m. | In open Court out of the presence of the jury, Mr. Sabri present for Plaintiff, Ms. Maroulis, Mr. Johnson and Mr. Bedecarre present for Defendants, the Court and counsel discuss Jury Note 2. |
| 2:40 p.m. | An answer is returned to the jury and deliberations resume. |
| 3:27 p.m. | Same parties present plus Ms. Krevans and Mr. Lee for Plaintiff, in open Court, Jury Notes 3 and 4 are addressed. |
| 3:45 p.m. | Answers sent back to the jury. |

4:25 p.m.        The jury leaves for the day.  Clerk's notice indicating the same is filed.  The jury will return at 9:00 a.m. on Wednesday, November 20, 2013.