# UNITED STATES DISTRICT COURT
## Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Wednesday, November 20, 2013
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown     Time in Court:  36 min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
**APPLE INC.          V.          SAMSUNG ELECTRONICS CO. LTD., ET AL**
PLAINTIFF                         DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Willam C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Jon Cederberg |
| Nathan Sabri | |

**PROCEEDINGS:   JURY TRIAL—DAY SIX**

| | |
|---|---|
| 9:00 a.m. | The jury reassembles in the deliberation room for further deliberations. |
| 12:43 p.m. | Jury Note #5 is received.  The parties are notified. |
| 1:00 p.m. | Present for Apple, Rachel Krevans and Mark Selwyn. Present for Samsung, Victoria Maroulis, Kevin Johnson, Albert Bedecarre, Allen Alden, Carl Anderson and William Price.  The Court and counsel discuss Jury Note #5.  An answer is sent back to the deliberations room. |
| 4:27 p.m. | The jury sends ceases deliberations for the day, to resume at 9:00 a.m. Thursday, November 21, 2013. |
| 4:33 p.m. | Court is adjourned. |