UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

## Civil Minute Order

Court Proceedings: Jury Trial, Thursday, November 21, 2013
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown        Time in Court:  20  min
Court Reporter: Lee-Anne Shortridge

**TITLE:**
**APPLE INC.         V.        SAMSUNG ELECTRONICS CO. LTD., ET AL**
PLAINTIFF                               DEFENDANTS

| Attorneys present: | Attorneys present: |
|---|---|
| Rachel Krevans | Willam C. Price |
| Mark D. Selwyn | Kevin P.B. Johnson |
| Nathan Sabri | Victoria F. Maroulis |
|  | Anthony Alden |
|  | Carl Anderson |

**PROCEEDINGS:   JURY TRIAL—DAY SEVEN**

| | |
|---|---|
| 9:00 a.m. | The jury reassembles in the deliberation room for further deliberations. |
| 11:43 p.m. | The jury informs the Court a verdict has been reached.  The parties are notified. |
| 12:25 p.m. | All parties present, the Court and counsel discuss Jury Note #8 and procedures for the presentation of the verdict.  After the verdict is read, the jury will be sent back to the jury room for a brief recess while the Court and counsel review the verdict for accuracy in calculations. |
| 12:30 p.m. | Jury now present, the verdict is read.  The jury is polled as to their individual verdicts.  The verdict is recorded |
| 12:38 p.m. | The recess is taken. |
| 1:11 p.m. | Out of the presence of the jury the Court and counsel discuss matters. |
| 1:15 p.m. | Jury now present, they are thanked and excused. |
| 1:18 p.m. | Court is adjourned. |