UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | ) Case No.: 11-CV-01846-LHK |
| Plaintiff, | ) |
| v. | ) ORDER RE: ECF NOS. 2400, 2402, 2403, 2406, 2413, 2415, 2418, 2419 |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) |
| Defendants. | ) |

There are currently a number of motions pending on the docket in this case that have been previously resolved by other orders or by oral rulings. The Court issues the present Order to clarify where in the record these motions were resolved.

First, Apple's and Samsung's Motions in Limine, ECF Nos. 2400, 2402, 2403, 2406, were resolved: (1) at the October 17, 2013 Pretrial Conference, as stated in the Court's October 18 Pretrial Conference Order, ECF No. 2552; and (2) in the Court's Order on Noninfringing Alternatives Based on the 2012 Jury's Noninfringement Verdict, ECF No. 2657. Second, Apple's Motions to Exclude Witnesses and Exhibits on Samsung's Witness and Exhibit Lists, ECF Nos. 2413, 2415, were resolved: (1) at the October 17, 2013 Pretrial Conference, as stated in the Court's October 18 Pretrial Conference Order, ECF No. 2552; (2) in the Court's Order on the HTC License

and Settlement Agreement, ECF No. 2667; and (3) the Court's Order on Alternative Notice Dates, ECF No. 2690. Third, Samsung's Motions to Exclude Witnesses and Exhibits on Apple's Witness and Exhibit Lists, ECF Nos. 2418, 2419, were resolved at the November 5, 2013 Pretrial Conference, as stated in the Court's November 5, 2013 Pretrial Conference Order, ECF No. 2645.

**IT IS SO ORDERED.**

Dated: November 25, 2013

_____
LUCY H. KOH
United States District Judge