QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S NOTICE REGARDING DOCUMENTS IDENTIFIED IN ORDER TO SHOW CAUSE**<br><br>**Place**:  Courtroom 5, 4th Floor<br>**Judge**:  Hon. Paul S. Grewal |

02198.51855/5636365.3

1  Samsung submits this notice to apprise the Court of a proposal it has made to Apple and
2  Nokia in an effort to address their concerns as to the documents identified by the Court in
3  footnotes 10-15 of its Order to Show Cause, Dkt. 2689.
4  While Samsung respectfully submits that it has provided Apple and Nokia sufficient
5  information to permit them to assess Samsung's assertions of privilege, *see* Fed. R. Civ. P.
6  26(b)(5)(A)(ii) (party asserting privilege must "describe the nature of the documents . . . in a
7  manner that, without revealing information itself privileged or protected, will enable other parties
8  to assess the claim"), in an effort to bring this dispute to a prompt conclusion, Samsung has
9  offered to produce the majority of the 11 documents at issue to Apple and Nokia, without
10 redactions, provided that they agree that Samsung's doing so does not constitute a broader waiver
11 of the attorney-client privilege or any other applicable privilege or protection and that they limit
12 disclosure of the documents to five outside counsel.  Specifically, this evening Samsung offered to
13 produce unredacted copies of document nos. 6, 19, 20, 215.15, 222, 255 and 272.  Samsung is
14 unable to produce document nos. 87, 90, 261.55 and 274, because they are subject to third-party
15 mediation privilege and other confidentiality claims that Samsung is not in a position to waive.

DATED:  November 26, 2013         QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By /s/ *Michael T. Zeller*
                                     Michael T. Zeller

                                     Attorneys for SAMSUNG ELECTRONICS CO.,
                                     LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC. and SAMSUNG
                                     TELECOMMUNICATIONS AMERICA, LLC

02198.51855/5636365.3

-1-
**SAMSUNG'S NOTICE REGARDING DOCUMENTS IDENTIFIED IN ORDER TO SHOW CAUSE**

**E-FILING SIGNATURE ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Michael T. Zeller.

By   /s/ *Victoria F. Maroulis*
          Victoria F. Maroulis