RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br>Case No.: 5:12-CV-00630-LHK (PSG)<br><br>**NOKIA CORPORATION'S ADMINISTRATIVE NOTICE OF ITS RESPONSE TO SAMSUNG'S PROPOSAL REGARDING THE PRODUCTION OF DOCUMENTS** |

PLEASE TAKE NOTICE that Nokia Corporation ("Nokia") hereby submits this notice to apprise the Court of its response to a proposal made by Samsung regarding the production of documents identified in footnotes 10-15 in the Court's November 8, 2013 Order to Show Cause. Docket No. 2689.

Samsung's proposed stipulation addresses only a small subset of the documents at issue, and thus fails to resolve the current issues. Nokia also maintains that these documents are either not privileged or no longer privileged as a result of waiver. Further, Samsung's proposal creates a new category of protective order for these documents in particular. For these reasons, Nokia cannot accept the proposal as drafted. If Samsung is truly interested resolving the current issues, then Samsung should disclose all of the documents at issue and not only some limited subset chosen for tactical benefit.

Even if these documents were privileged, Samsung's proposal appears to create a new, unnecessary category of protective order, placing unnecessary burdens on Nokia. The proposed stipulation limits disclosure to "no more than five (5) of Apple's and Nokia's respective outside counsel of record in this matter, and to no other persons," in essence barring others at Nokia's outside counsel actually working on these matters, as well as support staff, from even handling these documents. In significant litigation with often short deadlines, this is an unnecessary and unrealistic limitation on Nokia.

Nokia believes that the correct course of action is for Samsung to produce all of the documents at issue and is willing to work to create a stipulation covering that production. Otherwise, the matter should remain with the Court for resolution.

Respectfully submitted this 27th day of November, 2013.

>/s/ Ryan Koppelman
>
> Ryan Koppelman
> (Ca. Bar No. 290704)
> **ALSTON & BIRD LLP**
> 275 Middlefield Road, Suite 150
> Menlo Park, CA 94025
> Telephone:    650-838-2009
> Facsimile:    650-838-2001
>
> *Attorneys for Non-Party*
> *NOKIA CORPORATION*

| | |
|---|---|
| 1 | RANDALL L. ALLEN (Ca. Bar No. 264067) |
|   | randall.allen@alston.com |
| 2 | RYAN W. KOPPELMAN (Ca. Bar No. 290704) |
|   | ryan.koppelman@alston.com |
| 3 | ALSTON & BIRD LLP |
|   | 275 Middlefield Road, Suite 150 |
| 4 | Menlo Park, CA 94025 |
|   | Telephone:   650-838-2000 |
| 5 | Facsimile:   650-838-2001 |
| 6 | PATRICK J. FLINN (Ca. Bar No. 104423) |
|   | patrick.flinn@alston.com |
| 7 | B. PARKER MILLER (*pro hac vice*) |
|   | parker.miller@alston.com |
| 8 | ALSTON & BIRD LLP |
|   | 1201 West Peachtree Street |
| 9 | Atlanta, GA 30309 |
|   | Telephone:   404-881-7000 |
| 10 | Facsimile:   404-881-7777 |

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 5:11-CV-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I hereby certify that on November 27, 2013, I electronically filed the foregoing **NOKIA CORPORATION'S ADMINISTRATIVE NOTICE OF ITS RESPONSE TO SAMSUNG'S PROPOSAL REGARDING THE PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the parties and counsel of record.

This 27th day of November, 2013.

*/s/ Ryan Koppelman*

Ryan Koppelman
 (Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2009
Facsimile:    650-838-2001

*Attorneys for Non-Party*
*NOKIA CORPORATION*

CERTIFICATE OF SERVICE      2      CASE NO.: 5:11-CV-01846-LHK (PSG)