1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3  San Francisco, California 94111
    Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
    Facsimile:   (650) 801-5100
9
    William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
    Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16

17                     UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation,                  | CASE NO. 11-cv-01846-LHK
21 |              Plaintiff,                                | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
22 |     vs.                                                |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
26 |              Defendants.

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents filed in connection with Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted ("Samsung's Response").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the documents listed below.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Response | Samsung, Apple, and Nokia | See highlighted version filed concurrently with this Administrative Motion. |
| Ex. 31 to Becher Decl. iso Samsung's Response | Samsung | Document in its entirety. |
| Ex. 32 to Becher Decl. iso Samsung's Response | Samsung | Document in its entirety. |
| Ex. 33 to Becher Decl. iso Samsung's Response | Samsung | Document in its entirety. |
| Ex. 36 to Becher Decl. iso Samsung's Response | Apple | Document in its entirety. |
| Ex. 38 to Becher Decl. iso Samsung's Response | Apple and Nokia | Document in its entirety. |
| Ex. 39 to Becher Decl. iso Samsung's Response | Samsung, Apple, and Nokia | Document in its entirety. |
| Ex. 40 to Becher Decl. iso Samsung's Response | Samsung and Nokia | Document in its entirety. |
| Ex. 41 to Becher Decl. iso Samsung's Response | Samsung, Apple, and Nokia | Document in its entirety. |
| Ex. 42 to Becher Decl. iso Samsung's Response | Samsung and Nokia | Document in its entirety. |

The Samsung-confidential documents listed above include highly confidential information about Samsung's licensing negotiations, including proposed and actual royalty terms, and detailed

1   information about Samsung's communications with its outside counsel.   The Court has previously
2   found that non-public payment terms included in licensing agreements sealable.   (*See* Dkt. No.
3   1649 at 7, 10-11.)
4         Samsung also expects that Apple and Nokia will file declarations required by Civil Local
5   Rule 79-5(e) establishing good cause to permit filing under seal.

8   DATED: December 2, 2013           Respectfully submitted,

                                                QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP

                                         By */s/ Victoria F. Maroulis*
                                              Charles K. Verhoeven
                                              Kevin P.B. Johnson
                                              Victoria F. Maroulis
                                              Michael T. Zeller

                                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                                LTD., SAMSUNG ELECTRONICS AMERICA,
                                                INC. and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC