1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                          UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| 20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | | |
| 27 | Defendants. | |

28

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal in connection with Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted ("Samsung's Response").

3. Samsung's Response, and Exhibits 36, 38, 39, and 41 to the Declaration of Robert J. Becher in Support of Samsung's Response ("Becher Response Declaration") include information Apple may consider confidential.

4. Samsung's Response, and Exhibits 38, 39, 40, 41, and 42 to the Becher Response Declaration include information third-party Nokia may consider confidential.

5. Samsung maintains a claim of confidentiality over Samsung's Response, and Exhibits 31, 32, 33, 39, 40, 41, and 42 to the Becher Response Declaration because and to the extent those documents reveal Samsung's actual and proposed terms for licensing agreements, details about Samsung's licensing negotiations with Apple and Nokia, and detailed information about Samsung's attorney-client relationships and litigation strategies in this lawsuit and in other legal matters in which it is engaged.

6. Samsung considers details about its licensing negotiations, including actual and proposed royalty rates, highly confidential because this information has not been disclosed either publicly or to any third party except under strict confidentiality agreements.  In addition, Samsung's licensing negotiations with Apple and Nokia are governed by non-disclosure agreements between Samsung, on the one hand, and the respective negotiating counterparties, on the other hand.  As the Court has previously found, details about licensing negotiations, including royalty rates are sealable.  (Dkt. No. 2538 at 4.)

1       7.      Samsung also considers detailed information about its communications with
2  outside counsel and its investigation of Apple's and Nokia's allegations of protective order
3  violations confidential.   The documents Samsung seeks to seal reveal details about Samsung's
4  litigation strategies, including the number and identities of the law firms and attorneys that
5  represent Samsung in various litigations around the world, the number and identities of in-house
6  counsel assigned to oversee each litigation and various tasks within those litigations, and the dates
7  and nature of attorney-client privileged communications regarding the preparation of expert
8  reports, court filings and other matters.   Public disclosure of this information is likely to cause
9  Samsung harm as current of potential litigation opponents would gain valuable insight into
10 Samsung's litigation strategies and staffing.
11      8.      For the foregoing reasons, Samsung requests that its Administrative Motion be
12 granted.

14      I declare under penalty of perjury of the laws of the United States that the foregoing is true
15 and correct.   Executed in Los Angeles, California on December 2, 2013.

                                                      /s/ Robert J. Becher
                                                      Robert J. Becher

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:   December 2, 2013                    By:  */s/ Victoria F. Maroulis*
                                                                Victoria F. Maroulis