UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal in connection with Samsung's Response to Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted ("Samsung's Response")

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

//

//

//

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Response | See public redacted version of Samsung's Response. |
| Ex. 31 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 32 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 33 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 36 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 38 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 39 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 40 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 41 to Becher Decl. iso Samsung's Response | Document in its entirety. |
| Ex. 42 to Becher Decl. iso Samsung's Response | Document in its entirety. |

**IT IS SO ORDERED.**

DATED:   _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge