QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MICHAEL F. MCGOWAN IN SUPPORT OF SAMSUNG'S RESPONSE TO NOVEMBER 8, 2013 ORDER TO SHOW CAUSE WHY SANCTIONS ARE NOT WARRANTED** |

02198.51855/5643966.1

Case No. 11-cv-01846-LHK
DECLARATION OF MICHAEL F. MCGOWAN IN SUPPORT OF SAMSUNG'S RESPONSE TO
NOVEMBER 8, 2013 ORDER TO SHOW CAUSE WHY SANCTIONS ARE NOT WARRANTED

I, Michael F. McGowan, declare:

1. I am a Managing Director in the New York office of Stroz Friedberg, LLC ("Stroz Friedberg"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently to such facts under oath.

2. Stroz Friedberg is an international data risk management and investigations company that specializes in, among other things, computer forensics, data preservation and cyber investigations.

3. I have a B.A. in Economics and Statistics from the University of Chicago. I co-manage Stroz Friedberg's digital forensics operations. I have provided trial and hearing testimony on a number of occasions and have been admitted as an expert in digital forensics in federal and state court. I testified for the government as a computer forensics expert in the Enron Barge trial.

4. I have performed hundreds of forensic examinations and acquisitions of laptop and desktop computers, restorations of email servers and corporate file servers from backup tapes, and other projects involving the preservation and harvesting of relevant digital evidence.

5. I regularly give classes for Stroz Friedberg's in-house training program. I have also co-authored two book chapters on electronic discovery strategy and technology.

6. After the Court's October 2, 2013 Order Re: Apple's Motion for Sanctions ("Order"), Quinn Emanuel retained Stroz Friedberg to assist with the gathering and production of documents as required by the Order (the "Engagement").

7. By October 16, Stroz Friedberg had gathered, imaged, processed and run keyword searches on over a terabyte of data, from Samsung employees on 3 different continents. Stroz Friedberg processed and loaded approximately 140 GB of data that hit on the search strings into its online review system so it could be reviewed for responsiveness in connection with the Order.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on December 2, 2013.

*[signature]*
Michael F. McGowan