1   RANDALL L. ALLEN (Ca. Bar No. 264067)
    randall.allen@alston.com
2   RYAN W. KOPPELMAN (Ca. Bar No. 290704)
    ryan.koppelman@alston.com
3   ALSTON & BIRD LLP
    275 Middlefield Road, Suite 150
4   Menlo Park, CA 94025
    Telephone:    650-838-2000
5   Facsimile:    650-838-2001

6   PATRICK J. FLINN (Ca. Bar No. 104423)
    patrick.flinn@alston.com
7   B. PARKER MILLER (*pro hac vice*)
    parker.miller@alston.com
8   ALSTON & BIRD LLP
    1201 West Peachtree Street
9   Atlanta, GA 30309
    Telephone:    404-881-7000
10  Facsimile:    404-881-7777

11  Attorneys for NOKIA CORPORATION

12

13                    UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17  APPLE, INC., a California corporation,        Case No.:  5:11-CV-01846-LHK (PSG)

18          Plaintiff,

19      v.                                        **NOKIA CORPORATION'S**
                                                  **ADMINISTRATIVE MOTION TO FILE**
20  SAMSUNG ELECTRONICS CO., LTD., a              **UNDER SEAL ITS BRIEF IN SUPPORT**
    Korean corporation, SAMSUNG                   **OF SANCTIONS AGAINST SAMSUNG**
21  ELECTRONICS AMERICA, INC., a New York         **ELECTRONICS CO., LTD. AND QUINN**
    corporation; SAMSUNG                          **EMANUEL URQUHART & SULLIVAN**
22  TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
23
            Defendants.
24

25

26

27

28

PLEASE TAKE NOTICE that Nokia Corporation ("Nokia") hereby respectfully moves, pursuant to L.R. 7-11 and 79-5, for leave to file under seal:

1. Select excerpts of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan ("Nokia's Brief") as redacted; and

2. Exhibits 1-9 and 11-12 to the Declaration of Ryan W. Koppelman In Support of Nokia's Brief.

Nokia has established good cause to permit filing these documents under seal as stated in the Declaration of Ryan W. Koppelman In Support of Nokia's Motion to File Under Seal.  The above documents contain highly sensitive information concerning Nokia's confidential licensing strategies, negotiations and agreements which has never been disclosed publicly and which would significantly harm Nokia's ability to negotiate future licenses should the information ever be made public.  Financial and licensing terms and negotiations have been held to be proper subjects for sealing.  *See, e.g., Powertech Tec., Inc., v. Tessera, Inc.*, No. C 11-6121 CW, 2012 U.S. Dist. LEXIS 75831, at *5 (N.D. Cal. May 31, 2012) (details of license agreement sealable); *Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267 (N.D. Cal. 2007) (sealing financial terms of contract); *In re Adobe Systems, Inc. Sec. Litigation*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (under-seal filings preserve "legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated") (citing *Johnson Controls, Inc. v. Phoenix Control Systems*, 886 F.2d 1173, 1176 (9th Cir. 1989) and *Henry Hope X-Ray Products Inc. v. Marron Carrel, Inc.*, 674 F.2d 1336, 1343 (9th Cir. 1982)).

Nokia's Brief and the exhibits to the Koppelman Declaration in support of Nokia's Brief also discuss and refer to documents that have been designated by Apple or Samsung as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" under the Protective Order. Accordingly, Nokia files these documents under seal and expects that Samsung and/or Apple will file a declaration in compliance with Civ. L.R. 79-5(d) establishing good cause to permit the permanent filing of the portions containing Samsung's confidential information under seal.

1    Nokia's entire filing, including the unredacted versions of all documents, will be lodged with the

2    court and served by email on counsel for Samsung and Apple.  Nokia will also file a public redacted

3    version of Nokia's Brief.

4

5    Respectfully submitted this 2nd day of December, 2013.

6

7                                            */s/ Ryan Koppelman*

8                                            Ryan Koppelman
                                             ryan.koppelman@alston.com
9                                            (Ca. Bar No. 290704)
                                             **ALSTON & BIRD LLP**
10                                           275 Middlefield Road, Suite 150
                                             Menlo Park, CA 94025
11                                           Telephone:     650-838-2009
                                             Facsimile:     650-838-2001
12

13                                           *Attorneys for NOKIA CORPORATION*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:      650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:      404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  5:11-CV-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

1    I hereby certify that on December 2, 2013, I electronically filed the foregoing **NOKIA**

2  **CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS BRIEF IN**

3  **SUPPORT OF SANCTIONS AGAINST SAMSUNG ELECTRONICS CO., LTD. AND QUINN**

4  **EMANUEL URQUHART & SULLIVAN** with the Clerk of Court using the CM/ECF system,

5  which will automatically send email notification to the parties and counsel of record.

6

7    This 2nd day of December, 2013.

8

9                    */s/ Ryan Koppelman*

10                   Ryan Koppelman
                     ryan.koppelman@alston.com
                     (Ca. Bar No. 290704)
11                   **ALSTON & BIRD LLP**
                     275 Middlefield Road, Suite 150
12                   Menlo Park, CA 94025
                     Telephone:     650-838-2009
13                   Facsimile:     650-838-2001

14

15                   *Attorneys for NOKIA CORPORATION*

16

17

18

19

20

21

22

23

24

25

26

27

28