| | |
|---|---|
| 1 | RANDALL L. ALLEN (Ca. Bar No. 264067) |
| 2 | randall.allen@alston.com<br>RYAN W. KOPPELMAN (Ca. Bar No. 290704) |
| 3 | ryan.koppelman@alston.com<br>ALSTON & BIRD LLP |
| 4 | 275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025 |
| 5 | Telephone:    650-838-2000<br>Facsimile:     650-838-2001 |
| 6 | PATRICK J. FLINN (Ca. Bar No. 104423) |
| 7 | patrick.flinn@alston.com<br>B. PARKER MILLER (*pro hac vice*) |
| 8 | parker.miller@alston.com<br>ALSTON & BIRD LLP |
| 9 | 1201 West Peachtree Street<br>Atlanta, GA 30309 |
| 10 | Telephone:    404-881-7000<br>Facsimile:     404-881-7777 |
| 11 | Attorneys for NOKIA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | | Case No.: Case No.: 5:11-CV-01846-LHK (PSG) |
| Plaintiff, | | |
| v. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S MOTION TO FILE UNDER SEAL ITS BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG ELECTRONICS CO., LTD. AND QUINN EMANUEL URQUHART & SULLIVAN** |
| Defendants. | | |

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF
NOKIA'S MOTION TO FILE UNDER SEAL

CASE NO.: 5:11-CV-01846-LHK (PSG)

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

3. Nokia's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd., and Quinn Emanuel Urquhart & Sullivan ("Nokia's Sanctions Brief") and certain exhibits to the Declaration of Ryan W. Koppelman in support of Nokia's Sanctions Brief contain information or documents that comprise Nokia's confidential business information regarding its patent licensing strategies, negotiations, and agreements, and which would cause significant harm to Nokia if disclosed publicly. Nokia's Sanctions Brief and several of the exhibits to the Koppelman Declaration also contain information that Samsung and/or Apple has asserted are "Confidential" or "Highly Confidential-Attorneys' Eyes Only" under the Protective Order in this case. Accordingly and pursuant to L.R. 79-5(d), Nokia is filing portions of its brief and these documents under seal, so that Samsung/Apple may have an opportunity to file a declaration supporting its confidentiality designations.

4. **Exhibit 1** to the Koppelman Declaration in support of Nokia's Sanctions Brief is a series of excerpts from the deposition of Paul Melin, conducted on November 25, 2013. These deposition excerpts include testimony from Mr. Melin regarding confidential license negotiations between Nokia and Samsung that took place on June 4, 2013, including specific offers and statements made by both sides as well as the terms of proposed and existing license agreements. Nokia considers details about its licensing negotiations, particularly proposed offers, positions, and terms, highly confidential because Nokia's license information is not disclosed publicly or to any third party except under strict confidentiality agreements (Dkt. No. 2254 ¶ 4). Further, Nokia's licensing negotiations with Samsung are governed by non-disclosure agreements. Public disclosure of this information might put Nokia at a competitive disadvantage in future negotiations (Dkt. No. 2254 ¶ 4, 9, 10). It is Nokia's understanding that Samsung may also consider this document confidential as to Samsung.

5. **Exhibit 2** to the Koppelman Declaration in support of Nokia's Sanctions Brief is the Declaration of Robert Becher Pursuant to the Stipulation and Order Re Motion for Protective Order by Nokia Corporation, dated November 15, 2013. It is Nokia's understanding that Samsung considers this document confidential as to Samsung.

6. **Exhibit 3** to the Koppelman Declaration in support of Nokia's Sanctions Brief is The Declaration of Robert Becher Pursuant to the Stipulation and Order Re Motion for Protective order by Nokia Corporation, dated October 22, 2013. It is Nokia's understanding that Samsung considers this document confidential as to Samsung.

7. **Exhibit 4** to the Koppelman Declaration in support of Nokia's Sanctions Brief is the Errata Sheet for the October 15, 2013 deposition of Daniel Shim, dated November 13, 2013. It is Nokia's understanding that Samsung also considers this document confidential as to Samsung.

8. **Exhibit 5** to the Koppelman Declaration in support of Nokia's Sanctions Brief is a series of excerpts from the deposition of Eeva Hakoranta, conducted on November 25, 2013. These deposition excerpts include testimony from Mr. Hakoranta regarding confidential license negotiations between Nokia and Samsung that took place on June 4, 2013, including specific offers and statements made by both sides as well as the terms of proposed and existing license agreements. Nokia considers details about its licensing negotiations, particularly proposed offers, positions, and terms, highly confidential because Nokia's license information is not disclosed publicly or to any third party except under strict confidentiality agreements (Dkt. No. 2254 ¶ 4). Further, Nokia's licensing negotiations with Samsung are governed by non-disclosure agreements. Public disclosure of this information might put Nokia at a competitive disadvantage in future negotiations (Dkt. No. 2254 ¶ 4, 9, 10). It is Nokia's understanding that Samsung may also consider this document confidential as to Samsung.

9. **Exhibit 6** to the Koppelman Declaration in support of Nokia's Sanctions Brief is a copy of PowerPoint slides shown by Nokia to Samsung at the June 4, 2013 meeting. This PowerPoint presentation contains Nokia's confidential information and financial figures for Nokia and Samsung that were used during private license negotiations between Nokia and Samsung and which were never disclosed to the public. The Court has previously held that such confidential license terms are sealable (Dkt. No. 2538 at 4). In particular, the slides disclose the bases and terms of several license offers Nokia

made during the course of negotiations.  The public disclosure of this information would allow a reader to learn highly sensitive information about Nokia's confidential licensing agreements and could harm Nokia's ability to negotiate future licenses to its patents (Dkt. No. 2254, ¶¶ 5, 8-9).  Consequently, disclosure of this presentation poses a competitive risk to Nokia and could weaken Nokia's competitive standing, particularly as to patent licensing (*See, e.g.*, Order Granting Motion to Seal, Dkt. No. 2192 at 1-2).  It is Nokia's understanding that Samsung may also consider this document confidential as to Samsung.

10. **Exhibit 7** to the Koppelman Declaration in support of Nokia's Sanctions Brief is a letter from Michael T. Zeller of Quinn Emanuel, counsel for Samsung, to Randall Allen of Alston & Bird, counsel for Nokia, dated October 22, 2013.  It is Nokia's understanding that Samsung considers this document confidential as to Samsung.

11. **Exhibit 8** to the Koppelman Declaration in support of Nokia's Sanctions Brief is an email from Robert Becher to Randall Allen, sent October 20, 2013.  It is Nokia's understanding that Samsung considers this document confidential as to Samsung.

12. **Exhibit 9** to the Koppelman Declaration in support of Nokia's Sanctions Brief is a letter from Robert Becher to Ryan Koppelman of Alston & Bird, counsel for Nokia, dated October 15, 2013.  It is Nokia's understanding that Samsung considers this document confidential as to Samsung.

13. **Exhibit 11** to the Koppelman Declaration in support of Nokia's Sanctions Brief is a letter from Robert Becher to Mark D. Selwyn and Joseph J. Mueller of WilmerHale, counsel for Apple, and Ryan Koppelman, dated November 4, 2013.  It is Nokia's understanding that Samsung considers this document confidential as to Samsung.

14. **Exhibit 12** to the Koppelman Declaration in support of Nokia's Sanctions Brief is a letter from Robert Becher to Ryan Koppelman, dated November 12, 2013.  It is Nokia's understanding that Samsung considers this document confidential as to Samsung.

15. **Pages 3-9, 15, and 17-18** of Nokia's Sanctions Brief discuss and cite to documents and/or information that have been designated as confidential by Samsung.  Nokia does not maintain any claim of confidentiality over these passages, except as to the portions that are confidential as to both Samsung and Nokia which are identified in paragraph 16 below.

16. **Pages 5:17-7:2, 7:4-5, and 17-18** of Nokia's Sanctions Brief discuss and cite to documents and information that contain Nokia's confidential business information. In particular, these passages describe specific statements made by Samsung and Nokia representatives during confidential license negotiations that took place on June 4, 2013, and cite to deposition testimony from those officers regarding the content of those negotiations. The passages also disclose the specific terms of financial offers made during the negotiations as well as non-public financial figures from the Nokia-Apple license. The public disclosure of this information might allow a reader to learn highly sensitive information about Nokia's confidential licensing agreements and could harm Nokia's ability to negotiate future licenses to its patents (Dkt. No. 2254, ¶¶ 4-5, 8-9). Consequently, disclosure of this presentation poses a competitive risk to Nokia and could weaken Nokia's competitive standing, particularly as to patent licensing (*See, e.g.*, Order Granting Motion to Seal, Dkt. No. 2192 at 1-2). It is Nokia's understanding that some of these passages also discuss and cite to documents and information that have been designated as confidential by Samsung.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 2nd day of December, 2013, in Menlo Park, California.

*/s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2000
Facsimile:   650-838-2001

*Attorneys for NOKIA CORPORATION*

| | |
|---|---|
| 1 | RANDALL L. ALLEN (Ca. Bar No. 264067) |
| | randall.allen@alston.com |
| 2 | RYAN W. KOPPELMAN (Ca. Bar No. 290704) |
| | ryan.koppelman@alston.com |
| 3 | ALSTON & BIRD LLP |
| | 275 Middlefield Road, Suite 150 |
| 4 | Menlo Park, CA 94025 |
| | Telephone:  650-838-2000 |
| 5 | Facsimile:   650-838-2001 |
| 6 | PATRICK J. FLINN (Ca. Bar No. 104423) |
| | patrick.flinn@alston.com |
| 7 | B. PARKER MILLER (*pro hac vice*) |
| | parker.miller@alston.com |
| 8 | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street |
| 9 | Atlanta, GA 30309 |
| | Telephone:  404-881-7000 |
| 10 | Facsimile:   404-881-7777 |
| 11 | Attorneys for NOKIA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 5:11-CV-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   I hereby certify that on December 2, 2013, I electronically filed the foregoing **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S MOTION TO FILE UNDER SEAL ITS BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG ELECTRONICS CO., LTD. AND QUINN EMANUEL URQUHART & SULLIVAN**, along with any and all exhibits attached thereto, with the Clerk of Court using the CM/ECF system which will automatically send email notification to the parties and counsel of record.

This 2nd day of December, 2013.

By:  */s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppelman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2000
Facsimile:    650-838-2001

*Attorneys for NOKIA CORPORATION*

CERTIFICATE OF SERVICE         2         CASE NO.: 5:11-CV-01846-LHK (PSG)