UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NOKIA CORPORATION'S MOTION TO FILE UNDER SEAL ITS BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG ELECTRONICS CO., LTD. AND QUINN EMANUEL URQUHART & SULLIVAN** |

On December 2, 2013, Nokia Corporation filed an Administrative Motion to File Under Seal its Brief In Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan.

The Court has considered Nokia's Administration Motion to File Under Seal in connection with its Brief in Support of Sanctions. Good cause being shown, Nokia's Administrative Motion is hereby GRANTED.

Accordingly, the Court HEREBY ORDERS that the following portions of Nokia's Brief in Support of Sanctions and the following exhibits to the supporting Declaration of Ryan W. Koppelman may be filed under seal, subject to Samsung and/or Apple filing a declaration pursuant to Civ. L.R. 79-5(d) to support sealing the portions over which Samsung/Apple claims confidentiality:

| Document | Portions That May Be Filed Under Seal |
|---|---|
| Nokia's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan | • Page 3:8-28;<br>• Page 4:1-4, 13-14, 16-23;<br>• Page 5;<br>• Page 6;<br>• Page 7:1-2, 4-5, 16-21;<br>• Page 8:10-14;<br>• Page 9:3-4;<br>• Page 15:19-21;<br>• Page 17:3-9, 14-17, 19-22, 24-28;<br>• Page 18:1-3, 6-7, 9-10, 12-19, 21-28. |
| Declaration of Ryan W. Koppelman In Support of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan. | • Exhibits 1-9 and 11-12. |

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge