
| | |
|---|---|
| 1 | RANDALL L. ALLEN (Ca. Bar No. 264067) |
| 2 | randall.allen@alston.com |
|   | RYAN W. KOPPELMAN (Ca. Bar No. 290704) |
| 3 | ryan.koppelman@alston.com |
|   | ALSTON & BIRD LLP |
| 4 | 275 Middlefield Road, Suite 150 |
|   | Menlo Park, CA 94025 |
| 5 | Telephone:     650-838-2000 |
|   | Facsimile:      650-838-2001 |

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:      404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG ELECTRONICS CO., LTD. AND QUINN EMANUEL URQUHART & SULLIVAN** |

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF
NOKIA'S BRIEF IN SUPPORT OF SANCTIONS

CASE NO.: 5:11-CV-01846-LHK (PSG)

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

3. True and correct excerpts from the deposition of Paul Melin, conducted on November 25, 2013, are attached as **Exhibit 1**.

4. The Declaration of Robert Becher Pursuant to the Stipulation and Order Re Motion for Protective order by Nokia Corporation, dated November 15, 2013, is attached as **Exhibit 2**. Mr. Becher is an attorney at Quinn Emanuel Urquhart & Sullivan ("Quinn Emanuel") and serves as counsel for Samsung.

5. The Declaration of Robert Becher Pursuant to the Stipulation and Order Re Motion for Protective Order by Nokia Corporation, dated October 22, 2013, is attached as **Exhibit 3**.

6. I am informed that Helen Hopson, an attorney at Bristows LLP, represents third parties in patent licensing litigation against Nokia in Europe.

7. A true and correct copy of the Errata Sheet for the October 15, 2013 deposition of Daniel Shim, dated November 13, 2013, is attached as **Exhibit 4**.

8. True and correct excerpts from the deposition of Eeva Hakoranta, conducted on November 25, 2013, are attached as **Exhibit 5**.

9. A true and correct copy of PowerPoint slides shown by Nokia to Samsung at the June 4, 2013 meeting is attached as **Exhibit 6**.

10. A letter from Michael T. Zeller of Quinn Emanuel, counsel for Samsung, to Randall Allen of Alston & Bird, counsel for Nokia, dated October 22, 2013, is attached as **Exhibit 7**.

11. An email from Robert Becher to Randall Allen, sent October 20, 2013 at 11:09 AM, is attached as **Exhibit 8**.

|   |   |
|---|---|
| 1 | 12.     A letter from Robert Becher to Ryan Koppelman of Alston & Bird, counsel for Nokia, |
| 2 | dated October 15, 2013, is attached as **Exhibit 9**. |
| 3 | 13.     A letter from Ryan Koppelman to Robert Becher, dated November 5, 2013, is attached as |
| 4 | **Exhibit 10**. |


1.  12.  A letter from Robert Becher to Ryan Koppelman of Alston & Bird, counsel for Nokia, dated October 15, 2013, is attached as **Exhibit 9**.

  13.  A letter from Ryan Koppelman to Robert Becher, dated November 5, 2013, is attached as **Exhibit 10**.

  14.  A letter from Robert Becher to Mark D. Selwyn and Joseph J. Mueller of WilmerHale, counsel for Apple, and Ryan Koppelman, dated November 4, 2013, is attached as **Exhibit 11**.

  15.  A letter from Robert Becher to Ryan Koppelman, dated November 12, 2013, is attached as **Exhibit 12**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of December, 2013, in Menlo Park, California.

*/s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppelman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:     650-838-2001

*Attorneys for NOKIA CORPORATION*

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S BRIEF IN SUPPORT OF SANCTIONS   3   CASE NO.: 5:11-CV-01846-LHK (PSG)

RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 2, 2013, I electronically filed the foregoing **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG ELECTRONICS CO., LTD. AND QUINN EMANUEL URQUHART & SULLIVAN**, along with any and all exhibits attached thereto, with the Clerk of Court using the CM/ECF system which will automatically send email notification to the parties and counsel of record.

This 2nd day of December, 2013.

By:   */s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppelman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2000
Facsimile:   650-838-2001

*Attorneys for NOKIA CORPORATION*