HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves this Court for an order to seal the following:

1. Portions of the confidential, unredacted version of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations ("Apple's Brief"); and

2. Portions of Exhibit 22 to the Declaration of Mark D. Selwyn in support of Apple's Brief ("Selwyn Declaration"); and

3. Exhibits 23-26 to the Selwyn Declaration.

Apple has established good cause to file the above documents under seal through the Declaration of Mark D. Selwyn in Support of Apple's Administrative Motion to File Documents Under Seal ("Selwyn Sealing Declaration") filed herewith.  Additionally, to the extent that Samsung and/or Nokia consider these documents or portions of these documents to be confidential, Apple expects that these parties will file a declaration in support of sealing in accordance with Civil L.R. 79-5.

Apple's entire filing, including the complete and unredacted version of the foregoing documents, will be lodged with the Court for *in camera* review and served on counsel for Samsung.

Dated:  December 2, 2013

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn                              _
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 2, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                          */s/* Mark D. Selwyn
                                                          Mark D. Selwyn