| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 11-cv-01846-LHK (PSG) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S BRIEF REGARDING APPROPRIATE SANCTIONS FOR SAMSUNG'S PROTECTIVE ORDER VIOLATIONS** |
| Defendants. | |

1  I, Mark Selwyn, hereby declare as follows:

2  1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned action. I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

3  2. Attached as Exhibit 22 is a true and correct copy of portions of the transcript of the November 20, 2013 deposition of Jeff Risher.

4  3. Attached as Exhibit 23 is a true and correct copy of the transcript of the November 25, 2013 deposition of Paul Melin.

5  4. Attached as Exhibit 24 is a true and correct copy of the transcript of the October 15, 2013 deposition of Jaewan Chi.

6  5. Attached as Exhibit 25 is a true and correct copy of a July 16, 2013 letter from Robert Becher of Quinn Emanuel to Randall Allen of Alston & Bird, LLP.

7  6. Attached as Exhibit 26 is a true and correct copy of the transcript of the November 25, 2013 deposition of Eeva Hakoranta.

8  7. Attached as Exhibit 27 is a true and correct copy of the Declaration of Rutger Kleemans.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of December, 2013 at Sydney, Australia.

*/s/* Mark D. Selwyn
Mark D. Selwyn

DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S BRIEF REGARDING APPROPRIATE SANCTIONS FOR SAMSUNG'S PROTECTIVE ORDER VIOLATIONS
CASE NO. 11-CV-01846-LHK (PSG)

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 2, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn

## ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.

Dated:  December 2, 2013         */s/* Mark D. Selwyn
                                 Mark D. Selwyn