1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations ("Apple's Brief");

2. Portions of Exhibit 22 to the Declaration of Mark D. Selwyn in support of Apple's Brief ("Selwyn Declaration"); and

3. Exhibits 23-26 to the Selwyn Declaration.

Pursuant to Civil Local Rule 79-5, Apple has filed the Declaration of Mark Selwyn in Support of Apple's Administrative Motion to File Documents Under Seal ("Selwyn Sealing Declaration").  Accordingly, for good cause shown, the Court grants Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal").

IT IS HEREBY ORDERED that the following documents shall be sealed consistent with Apple's Motion to Seal:

| Document | Portion to Be Sealed |
|---|---|
| Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations ("Apple's Brief") | pp. 1-15, 17 (*see* Redacted Version of Document Sought to be Sealed) |
| Exhibit 22 to the Selwyn Declaration | pp. 38:1-4, 38:11-15, 38:22-25, 39:1-21, 40:21-25, 41:1-25, 118:1-6, 118:13-25, 119:1, 119:7-15, 119:21-22, 121:11-25, 122:1-8, 123:3-18, 124:21-25, 125:1-25, 126:16-130:21, 131:1-133:25 |
| Exhibit 23 to the Selwyn Declaration. | Entirely under seal |
| Exhibit 24 to the Selwyn Declaration | Entirely under seal |
| Exhibit 25 to the Selwyn Declaration | Entirely under seal |
| Exhibit 26 to the Selwyn Declaration | Entirely under seal |

**IT IS SO ORDERED.**

Dated: _____, 2013          _____
                                            Hon. Paul S. Grewal
                                            United States Magistrate Judge