```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                           SAN JOSE DIVISION
 4
 5
       APPLE INC., A CALIFORNIA        )  C-11-01846 LHK
 6     CORPORATION,                    )
                                       )  SAN JOSE, CALIFORNIA
 7                    PLAINTIFF,       )
                                       )  NOVEMBER 21, 2013
 8             VS.                     )
                                       )  VOLUME 8
 9     SAMSUNG ELECTRONICS CO., LTD.,  )
       A KOREAN BUSINESS ENTITY;       )  PAGES 1457-1468
10     SAMSUNG ELECTRONICS AMERICA,    )
       INC., A NEW YORK CORPORATION;   )
11     SAMSUNG TELECOMMUNICATIONS      )
       AMERICA, LLC, A DELAWARE        )
12     LIMITED LIABILITY COMPANY,      )
                                       )
13                    DEFENDANTS.      )
                                       )
14
15
16                     TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE LUCY H. KOH
17                  UNITED STATES DISTRICT JUDGE
18
19
20                    APPEARANCES ON NEXT PAGE
21
22     OFFICIAL COURT REPORTER:     LEE-ANNE SHORTRIDGE, CSR, CRR
                                    CERTIFICATE NUMBER 9595
23
24
25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

UNITED STATES COURT REPORTERS

```
 1
 2     A P P E A R A N C E S:

 3     FOR PLAINTIFF              MORRISON & FOERSTER
       APPLE:                     BY:  HAROLD J. MCELHINNY
 4                                     RACHEL KREVANS
                                       NATHANIEL B. SABRI
 5                                425 MARKET STREET
                                  SAN FRANCISCO, CALIFORNIA   94105
 6

 7                                WILMER, CUTLER, PICKERING,
                                  HALE AND DORR
 8                                BY:  WILLIAM F. LEE
                                       LAUREN B. FLETCHER
 9                                60 STATE STREET
                                  BOSTON, MASSACHUSETTS   02109
10
                                  BY:  MARK D. SELWYN
11                                950 PAGE MILL ROAD
                                  PALO ALTO, CALIFORNIA   94304
12

13     FOR DEFENDANT              QUINN, EMANUEL, URQUHART,
       SAMSUNG:                   OLIVER & HEDGES
14                                BY:  WILLIAM C. PRICE
                                       JON C. CEDERBERG
15                                865 SOUTH FIGUEROA STREET
                                  10TH FLOOR
16                                LOS ANGELES, CALIFORNIA   90017

17                                BY:  VICTORIA F. MAROULIS
                                       KEVIN B. JOHNSON
18                                555 TWIN DOLPHIN DRIVE
                                  SUITE 560
19                                REDWOOD SHORES, CALIFORNIA   94065

20

21

22

23

24

25
```

```
 1      SAN JOSE, CALIFORNIA                    NOVEMBER 21, 2012
 2                        P R O C E E D I N G S
 3          (JURY OUT AT 12:25 P.M.)
 4             THE COURT:  ALL RIGHT.  SO I ASSUME YOU SAW THE TWO
 5      NOTES, 7 AND 8.
 6             MS. KREVANS:  WE DID.
 7             MR. PRICE:  YES.
 8             THE COURT:  YOU DID AS WELL?
 9             MR. PRICE:  YES.
10             THE COURT:  OKAY.  LET ME ASK YOU HOW YOU'D LIKE TO
11      PROCEED.
12             MR. PRICE:  WITH A VERDICT.
13             THE COURT:  OKAY, YES.  DO YOU WANT ME TO ASK THE
14      JURORS TO GO BACK INTO THE ROOM SO WE ALL HAVE SOME TIME --
15      LAST TIME WE ACTUALLY TOOK A BREAK, I CAN'T RECALL HOW LONG IT
16      WAS, FOR US ALL TO SORT OF REVIEW THE VERDICT AND I RECALL WE
17      CORRECTED ABOUT $280 MILLION WORTH LAST TIME.
18             MS. KREVANS:  WE THINK THAT WOULD BE HELPFUL TO DO
19      AGAIN, YOUR HONOR.
20             THE COURT:  OKAY.  SO HOW MUCH TIME WOULD YOU LIKE?
21             MR. PRICE:  20 TO 30 MINUTES.
22             THE COURT:  20 TO 30 MINUTES?
23             MS. KREVANS:  THAT WOULD BE FINE WITH US, YOUR HONOR.
24             THE COURT:  OKAY.  ALL RIGHT.  AND DO YOU HAVE ANY
25      OPINION ON HOW YOU WANT ME TO ANSWER NUMBER 8?
```

```
 1              MR. MCELHINNY:  AS LONG AS IT DOESN'T VIOLATE SOME

 2   RULE OF THE COURT, YOUR HONOR, IT'S FINE WITH US.

 3              MR. PRICE:  I DON'T KNOW THAT IT'S REALLY OUR CHOICE,

 4   BUT IT DOESN'T -- IT'S FINE WITH US.

 5              THE COURT:  OKAY.  WELL, I WILL JUST SAY THAT THE

 6   ARTIST IS NOT AN EMPLOYEE OF THE COURT, THAT THE COURT DOESN'T

 7   HAVE COPIES OF THOSE, AND THEY CAN CONTACT THE ARTIST WHO'S

 8   BEEN HERE IN COURT EVERY DAY DIRECTLY IF THEY WANT ANYTHING.

 9   OKAY?

10        I'M SORRY, WHAT'S YOUR NAME, MA'AM.

11              MS. BEHRINGER:  VICKI BEHRINGER, AND I AM PLANNING ON

12   MAKING POSTCARDS FOR EVERYBODY, INCLUDING THE JURORS IF THEY

13   WOULD LIKE THEM.  SOME -- ONE OF THE PICTURES FROM THE TRIAL.

14              THE COURT:  HAVE THERE BEEN OTHER ARTISTS IN COURT

15   OTHER THAN YOU?

16              MS. BEHRINGER:  NO, THERE HAVEN'T, NOT THAT I'VE

17   SEEN.

18              THE COURT:  OKAY.  ALL RIGHT.  SO WHY DON'T WE GO

19   AHEAD AND JUST TAKE 30 MINUTES, THEN, TO JUST LOOK OVER THE

20   VERDICT.  I WANT TO GIVE EVERYONE TIME TO DIGEST IT.

21        ALL RIGHT.  THEN WITH THAT, LET'S BRING THEM IN, PLEASE.

22        (PAUSE IN PROCEEDINGS.)

23        (JURY IN AT 12:30 P.M.)

24              THE COURT:  ALL RIGHT. WELCOME BACK.  PLEASE TAKE A

25   SEAT.
```

|     |                                                                          |
| --- | ------------------------------------------------------------------------ |
| 1   | BEFORE WE TAKE THE VERDICT, I JUST WANT TO LET YOU KNOW                  |
| 2   | THAT, AFTER WE TAKE THE VERDICT, WE'RE GOING TO TAKE ABOUT A 30          |
| 3   | MINUTE BREAK JUST SO THE PARTIES CAN DIGEST AND REVIEW THE               |
| 4   | VERDICT.  WE CAN LET YOU KNOW IF THERE'S EITHER FURTHER                  |
| 5   | QUESTIONS WE HAVE OR ANYTHING FURTHER FOR YOU TO DO.                     |
| 6   | AFTER THAT, THEN WE'LL MOST LIKELY EXCUSE YOU.  OKAY?                    |
| 7   | ALL RIGHT.  SO LET ME ASK THE FOREPERSON TO IDENTIFY                     |
| 8   | YOURSELF, PLEASE.                                                        |
| 9   | JUROR:  MY NAME IS COLLEEN ALLEN.                                        |
| 10  | THE COURT:  AND HAS THE JURY REACHED A VERDICT?                          |
| 11  | JUROR:  YES, WE HAVE.                                                    |
| 12  | THE COURT:  ALL RIGHT.  WOULD YOU PLEASE HAND THAT TO                    |
| 13  | MS. PARKER BROWN?                                                        |
| 14  | MS. PARKER BROWN IS GOING TO CHECK IT FOR THE DATE AND                   |
| 15  | SIGNATURE IN INK.                                                        |
| 16  | THE CLERK:  YES.                                                         |
| 17  | THE COURT:  ALL RIGHT.  THEN WOULD YOU PLEASE READ                       |
| 18  | THE VERDICT INTO THE RECORD, MS. PARKER BROWN?                           |
| 19  | THE CLERK:  U.S. DISTRICT COURT, NORTHERN DISTRICT OF                    |
| 20  | CALIFORNIA, SAN JOSE DIVISION.                                           |
| 21  | APPLE INCORPORATED, A CALIFORNIA CORPORATION, PLAINTIFF,                 |
| 22  | VERSUS SAMSUNG ELECTRONICS COMPANY, LIMITED, A KOREAN                    |
| 23  | CORPORATION; SAMSUNG ELECTRONICS AMERICA, INCORPORATED, A                |
| 24  | NEW YORK CORPORATION; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,           |
| 25  | A DELAWARE LIMITED LIABILITY COMPANY, DEFENDANTS.                        |

```
1              CASE NUMBER 11-CV-01846-LHK.

2              VERDICT FORM.

3              WE, THE JURY, UNANIMOUSLY AGREE TO THE ANSWERS TO THE

4       FOLLOWING QUESTIONS AND RETURN THEM UNDER THE INSTRUCTIONS OF

5       THIS COURT AS OUR VERDICT IN THIS CASE.

6              FINDINGS ON APPLE'S DAMAGES CLAIM, NUMBER 1.

7              WHAT IS THE TOTAL DOLLAR AMOUNT THAT APPLE IS ENTITLED TO

8       RECEIVE IN DAMAGES FROM SAMSUNG?

9              $290,456,793.

10             NUMBER 2.

11             FOR THE TOTAL DOLLAR AMOUNT IN YOUR ANSWER TO QUESTION 1,

12      PLEASE PROVIDE THE DOLLAR BREAKDOWN BY PRODUCT.

13             SAMSUNG PRODUCT CAPTIVATE JX 10 -- WHICH IS EXHIBIT NUMBER

14      JX 10100:  $21,121,812.

15             THE CONTINUUM, JOINT EXHIBIT MEMBER 1016: $6,478,873.

16             THE DROID CHARGE, EXHIBIT JX 1025:  $60,706,020.

17             THE EPIC 4G, JOINT EXHIBIT 1012:  $37,928,694.

18             EXHIBIT 4G, JOINT EXHIBIT NUMBER 1028:  $2,044,683.

19             THE GALAXY PREVAIL, JOINT EXHIBIT NUMBER 1022:

20      $22,143,335.

21             THE GALAXY TAB, JOINT EXHIBIT 1036:  $9,544,026.

22             THE GEM, JOINT EXHIBIT 1020:  $4,831,453.

23             THE INDULGE, JOINT EXHIBIT 1026:  $9,917,840.

24             THE INFUSE 4G, JOINT EXHIBIT 1027:  $99,943,987.

25             THE NEXUS S 4G, JOINT EXHIBIT 1023:  $10,559,907.
```

```
1              THE REPLENISH, JOINT EXHIBIT 1024:  $3,046,062.

2              THE TRANSFORM, JOINT EXHIBIT 1014:  $2,190,099.

3              SIGNED COLLEEN ALLEN, 21 NOVEMBER, 2013, PRESIDING JURY.

4          THE COURT:  DO COUNSEL WISH THE JURY TO BE POLLED?

5          MS. KREVANS:  WE DO NOT, YOUR HONOR.

6          MR. PRICE:  YES, YOUR HONOR.

7          THE COURT:  ALL RIGHT.  MS. THOMAS, IS THE VERDICT

8   THAT WAS JUST READ BY THE COURTROOM DEPUTY YOUR VERDICT?

9          JUROR:  YES.

10         THE COURT:  MR. GOLDMAN-HALL, WAS THE VERDICT THAT

11  WAS JUST READ BY THE COURTROOM DEPUTY YOUR VERDICT?

12         JUROR:  YES.

13         THE COURT:  MS. ARMIJO, WAS THE VERDICT THAT WAS JUST

14  READ BY THE COURTROOM DEPUTY YOUR VERDICT?

15         JUROR:  YES.

16         THE COURT:  MR. SIGILLO, WAS THE VERDICT THAT WAS

17  JUST READ BY THE COURTROOM DEPUTY YOUR VERDICT?

18         JUROR:  YES, IT WAS.

19         THE COURT:  MS. ALLEN, WAS THE VERDICT THAT WAS JUST

20  READ BY THE COURTROOM DEPUTY YOUR VERDICT?

21         JUROR:  YES, MA'AM.

22         THE COURT:  MS. ARMOR, WAS THE VERDICT THAT WAS JUST

23  READ BY THE COURTROOM DEPUTY YOUR VERDICT?

24         JUROR:  YES.

25         THE COURT:  MS. CAYE, WAS THE VERDICT THAT WAS JUST
```

1   READ BY THE COURTROOM DEPUTY YOUR VERDICT?

2           JUROR: YES, YOUR HONOR.

3           THE COURT: MS. AGUILAR-BLAKE, WAS THE VERDICT THAT

4   WAS JUST READ BY THE COURTROOM DEPUTY YOUR VERDICT?

5           JUROR: YES.

6           THE COURT: I'M ORDERING THAT THE VERDICT FORM BE

7   FILED.

8       NOW, I'M GOING TO ASK THAT WE MAKE COPIES AS QUICKLY AS

9   POSSIBLE, TWO COPIES FOR EACH SIDE, SO WE CAN REVIEW IT. WE'RE

10  GOING TO TAKE A 30 MINUTE BREAK AT THIS TIME.

11      I AM ALSO JUST GOING TO QUICKLY RESPOND TO YOUR NOTE

12  NUMBER 8, AND THAT IS THAT THE SKETCH ARTIST WHO HAS BEEN IN

13  COURT WITH US EVERY DAY IS ACTUALLY NOT AN EMPLOYEE OF THE

14  COURT, SO THE COURT IS ACTUALLY NOT DIRECTLY INVOLVED IN THAT

15  PROCESS. THAT'S HER PRIVATE BUSINESS.

16      AND HER NAME IS VICKI BEHRINGER, AND YOU CAN GET IN TOUCH

17  WITH HER AFTER THIS CASE IF YOU WOULD LIKE TO SEE OR ASK FOR

18  ANY OF HER SKETCHES.

19      ANYTHING ELSE THAT EITHER SIDE WOULD LIKE ME TO ASK THE

20  JURY BEFORE I EXCUSE THEM SO WE CAN TAKE A BREAK TO REVIEW THE

21  VERDICT FORM?

22          MS. KREVANS: NOTHING FROM APPLE, YOUR HONOR.

23          MR. PRICE: NOTHING FROM SAMSUNG, YOUR HONOR.

24          THE COURT: ALL RIGHT. THEN I'M GOING TO ASK IF YOU

25  WOULD PLEASE RETURN TO YOUR JURY ROOM, AND, AGAIN, JUST IN

```
 1    CASE, I'M ASKING YOU NOT TO RESEARCH THE CASE, DON'T DISCUSS
 2    THE CASE WITH ANYONE OTHER THAN THE EIGHT OF YOU, AND PLEASE
 3    GIVE US SOME TIME TO REVIEW THE VERDICT FORM.  OKAY?
 4         (JURY OUT AT 12:37 P.M.)
 5            THE COURT:  ALL RIGHT.  LET'S GO AHEAD AND TAKE OUR
 6    BREAK SO EVERYONE HAS TIME TO REVIEW THE VERDICT FORM.  OKAY?
 7            MS. KREVANS:  THANK YOU, YOUR HONOR.
 8            THE COURT:  THE TIME IS NOW 12:37.  LET'S JUST COME
 9    BACK AT 1:10.  ALL RIGHT?
10         THANK YOU.
11         (RECESS FROM 12:37 P.M. UNTIL 1:11 P.M.)
12            THE COURT:  OKAY.  WELCOME BACK.  PLEASE TAKE A SEAT.
13         OKAY.  LET ME HEAR FROM THE PARTIES.
14            MS. KREVANS:  YOUR HONOR, WE FIND NO INCONSISTENCIES
15    IN THE VERDICT.  THERE IS A $2 DIFFERENCE, APPARENTLY THE COURT
16    ALSO FOUND IT, BETWEEN THE INDIVIDUAL NUMBERS AND WHAT THEY ADD
17    UP TO.  I THINK IT'S IN APPLE'S FAVOR.  WE THINK IT'S PROBABLY
18    SOME KIND OF ROUNDING ERROR.
19         MR. PRICE HAS OFFERED TO STIPULATE TO -- NOTHING BAD
20    HAPPENING ON THE EFFECT THAT -- OR WE CAN HAVE THEM CHANGE IT.
21            MR. PRICE:  YOUR HONOR, THERE'S NO DISCREPANCIES, AND
22    I HAVE NO REASON TO SEND THEM BACK.
23            THE COURT:  OKAY.  BUT WHAT DO YOU WANT TO DO WITH
24    THIS $2 DIFFERENCE?
25            MS. KREVANS:  YOUR HONOR, WE'RE FINE WITH IT NOT
```

```
1     BEING CORRECTED SO LONG AS MR. PRICE WILL MAKE A STATEMENT ON
2     THE RECORD THAT THERE WILL BE NO CHALLENGES OF ANY KIND IN THIS
3     COURT OR IN ANY WAY BECAUSE OF THE $2 DISCREPANCY.
4             MR. PRICE:  I'LL AGREE TO THAT.
5             THE COURT:  SO YOU DON'T WANT ME -- I AM FINE WITH
6     LETTING THEM FIGURE OUT HOW THEY WANT TO DEAL WITH IT.
7             MR. PRICE:  YOUR HONOR, THE $2 DISCREPANCY IS FINE.
8             THE COURT:  OKAY.  THEN ANYTHING ELSE THAT WE NEED TO
9     HAVE THIS JURY DO, OR MAY I DISCHARGE THEM?
10            MR. PRICE:  YOU MAY DISCHARGE THEM, YOUR HONOR, AS
11    FAR AS SAMSUNG IS CONCERNED.
12            MS. KREVANS:  YOUR HONOR, I WOULD LIKE A SLIGHTLY
13    MORE PRECISE STATEMENT FROM MR. PRICE THAT THERE WILL BE NO
14    CHALLENGES TO THE VERDICT BASED ON THE $2, AND THEN WE ARE FINE
15    WITH DISCHARGING THIS JURY.
16            MR. PRICE:  BOTH OF THOSE THINGS ARE TRUE, AND I
17    THINK THAT'S WHAT I SAID.
18            THE COURT:  I THOUGHT HE SAID THAT AS WELL.
19            MS. KREVANS:  OKAY.
20            THE COURT:  ALL RIGHT.  SO THERE WILL BE NO CHALLENGE
21    BASED ON THE FACT THAT THERE IS A $2 DIFFERENCE BETWEEN THE
22    TOTAL AND INDIVIDUAL AMOUNTS.
23         I WILL SAY THAT THE WAY SAMSUNG CALCULATED IT, SINCE THEY
24    WERE SAYING DO THE INFRINGER'S PROFITS ON THE INDIVIDUAL
25    PRODUCT CHART AND THEN JUST ADD THE REASONABLE ROYALTY TO THE
```

|   |   |
|---|---|
| 1 | TOTAL DOLLAR AMOUNT, QUESTION 1, THEY WOULDN'T NECESSARILY ADD |
| 2 | UP, BUT IT DOESN'T APPEAR THAT'S WHAT THIS JURY DID BASED ON |
| 3 | THEIR INDIVIDUAL NUMBERS AND HOW PRECISELY THIS SEEMED TO TOTAL |
| 4 | THE ANSWER TO QUESTION 1, OTHER THAN THE $2 DIFFERENCE. |
| 5 |     MS. KREVANS:  WE AGREE WITH THAT, YOUR HONOR.  IT |
| 6 | APPEARS TO US AS THOUGH THERE MAY HAVE BEEN JUST A ROUNDING |
| 7 | ISSUE SUCH THAT SOMETIMES WHEN YOU HAVE ROUNDING TO GET TO |
| 8 | INDIVIDUAL NUMBERS AND ROUNDING TO GET TO A TOTAL, THEY DON'T |
| 9 | ADD TOGETHER. |
| 10 |     THE COURT:  ALL RIGHT.  THEN LET'S BRING IN OUR JURY, |
| 11 | AND I WILL THEN DISCHARGE THEM. |
| 12 |     (PAUSE IN PROCEEDINGS.) |
| 13 |     (JURY IN AT 1:15 P.M.) |
| 14 |     THE COURT:  ALL RIGHT.  WELCOME BACK.  PLEASE TAKE A |
| 15 | SEAT. |
| 16 | I JUST WANTED TO THANK YOU VERY MUCH FOR YOUR SERVICE AS |
| 17 | JURORS IN THIS CASE.  YOU HAVE FULFILLED AN IMPORTANT PUBLIC |
| 18 | SERVICE AND WE GREATLY APPRECIATE IT. |
| 19 | FROM THIS POINT ON, YOU ARE NO LONGER UNDER THE COURT'S |
| 20 | ORDER NOT TO DISCUSS THE CASE.  YOU ARE FREE FROM THIS POINT |
| 21 | FORWARD TO DISCUSS IT WITH WHOMEVER YOU'D LIKE. |
| 22 | OFTEN THE ATTORNEYS IN A CASE FIND IT USEFUL TO TALK TO |
| 23 | THE JURORS AFTER THE CASE IS CONCLUDED TO GET THEIR |
| 24 | IMPRESSIONS.  YOU ARE FREE TO DISCUSS THE CASE WITH THEM IF YOU |
| 25 | WISH TO DO SO. |

```
 1            BUT YOU ARE UNDER NO OBLIGATION TO SPEAK WITH ANYONE THAT
 2   YOU DON'T WANT TO SPEAK WITH.
 3            WE'LL BE THROUGH HERE IN JUST A FEW MINUTES.  IF YOU DO
 4   WANT TO SPEAK WITH ANY ATTORNEYS, YOU CAN WAIT OUTSIDE THE
 5   COURTROOM AFTER WE CONCLUDE TO MEET WITH THEM.
 6            BUT OTHERWISE YOU ARE DISCHARGED FROM FURTHER SERVICE IN
 7   THIS CASE, AND AGAIN THANK YOU FOR YOUR PATIENCE AND YOUR
 8   SERVICE AS JURORS.
 9            JUROR:  THANK YOU.
10        (JURY OUT AT 1:17 P.M.)
11            THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT THE
12   JURORS HAVE LEFT THE COURTROOM.
13        IS THERE ANYTHING FURTHER FOR US TODAY?
14            MR. PRICE:  NO, YOUR HONOR.
15            MS. KREVANS:  NOT FROM APPLE, YOUR HONOR.
16            THE COURT:  ALL RIGHT.  THEN THANK YOU ALL VERY MUCH.
17        (THE PROCEEDINGS WERE CONCLUDED AT 1:17 P.M.)
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: NOVEMBER 21, 2013