United States District Court
Northern District of California

# DOCUMENT LOCATOR

CASE NUMBER             <u>  C11-1846 LHK            </u>

DATE FILED              <u>     12/3/2013                  </u>


Reporter's Transcript       _____

Trial Exhibits              <u>       X           </u>

Lodged Documents            _____

Sealed Documents            _____

CJA Financial Documents     _____

Other                       _____

# LOCATION

Expando File
(Located next to case file)   _____

Overflow Shelf                _____

Vault  / Exhibit Room         <u>       X           </u>


SEE DOCUMENT NO. 2789 FOR FINAL ADMITTED
TRIAL EXHIBIT LIST