1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California  94065-2139
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
12 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

14

15 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

17

18                     UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    I am employed in the County of Los Angeles, State of California. I am over the age of
2 eighteen years and not a party to the within action; my business address is 865 S. Figueroa St.,
3 10th Fl., Los Angeles, California, 90017.

4    On December 2, 2013, I served true and correct copies of the documents described as

5    1. Unredacted Version of Samsung's Response to November 8, 2013 Order to Show
6       Cause Why Sanctions Are Not Warranted ("Samsung's Response");
7    2. Unredacted Version of Declaration of Robert. J. Becher in Support of Samsung's
8       Response and Exhibits 1-42 thereto; and
9    3. Declaration of Robert J. Becher in Support of Samsung's Administrative Motion to
10      File Documents Under Seal

11 by emailing the aforementioned document to the individuals identified below.

**Counsel for Apple Inc.**

**Mark Selwyn**
**Joseph Mueller**
Wilmer Cutler Pickering Hale and Dorr LLP
Mark.Selwyn@wilmerhale.com
Joseph.Mueller@wilmerhale.com

**Counsel for Nokia Corp.**

**Ryan Koppelman**
**Randall Allen**
Alston & Bird LLP
Ryan.Koppelman@alston.com
Randall.Allen@alston.com

Executed on December 3, 2013 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Prashanth Chennakesavan
　　　　　　　　　　　　　　　　　　　　　　　　　Prashanth Chennakesavan

1 **ATTESTATION**

2  I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3 foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4 filing of this document has been obtained from Prashanth Chennakesavan.

5

6  /s/ Victoria F. Maroulis

7  Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28