1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 | APPLE INC.,                                    | Case No. 11-cv-01846-LHK (PSG)
13 |              Plaintiff,                        | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR ENFORCING JUDGMENT**
14 |     v.                                         |
15 | SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG
16 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
17 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
18 |              Defendant.
19

20

21

22

23

24

25

26

27

28

Stipulation Re Schedule for Enforcing Judgment
11-cv-01846-LKH (PSG)
sf- 3360100

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding staying enforcement of the judgment in this case.

WHEREAS, the parties seek to stay enforcement of the judgment as embodied in the August 24, 2012 Verdict (Dkt. No. 1931); the August 24, 2012 Judgment in a Civil Case (Dkt. No. 1933); the March 1, 2013 Order Re: Damages (Dkt. No. 2271); the April 29, 2013 Case Management Order (Dkt. No. 2316); the November 21, 2013 Verdict (Dkt. No. 2822); and the November 21, 2013 Judgment in a Civil Case (Dkt. No. 2823) (collectively, "the Judgment") until after resolution of motions filed pursuant to Rules 50, 52, 59, and 60 in this case (excluding any bill of costs or motion for attorney's fees), so long as said motions were filed within 28 days of the Judgment in a Civil Case entered on November 21, 2013 (Dkt. No. 2823);

WHEREAS the parties seek to avoid burdening the Court with additional motion practice regarding the finality, appealability, and enforceability of the Judgment to the extent possible;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1.      Any attempt to execute or enforce the Judgment shall be stayed until the earlier of 1) April 30, 2014 or 2) 14 days after the Court enters an order that resolves all of the issues raised by the parties' motions filed pursuant to Rules 50, 52, 59, and 60 in this case (excluding any bill of costs or motion for attorney's fees), so long as said motions were filed within 28 days of the Judgment in a Civil Case entered on November 21, 2013 (Dkt. No. 2823).  In the event that the Court issues multiple orders addressing such motions in this case, the stay will be in effect until the earlier of 1) April 30, 2014 or 2) 14 days after entry of the last order that, in combination with prior orders, resolves all issues raised by the parties' motions filed pursuant to Rules 50, 52, 59, and 60 (excluding any bill of costs or motion for attorney's fees), so long as said motions were filed within 28 days of the Judgment in a Civil Case entered on November 21, 2013 (Dkt. No. 2823).

2. Nothing herein shall constitute a waiver by Samsung of (i) any objection to an attempt to enforce or execute any part of the Judgment prior to entry of a final judgment following resolution of post-trial motions under Rules 50, 52, 59, and 60 of the Federal Rules of Civil Procedure; (ii) any argument that the Judgment is not final for purposes of triggering the time for filing a notice of appeal under Rule 4(a) of the Federal Rules of Appellate Procedure; and (iii) its ability to seek and obtain a further stay of the Judgment and any subsequent final judgment, including a stay pending appeal pursuant to Rule 62 of the Federal Rules of Civil Procedure. Apple understands that Samsung seeks to preserve its objections, but does not agree or stipulate that Samsung's anticipated objections or arguments are valid, nor does Apple agree with Samsung's characterizations of events that must or might have to occur before judgment may be enforced or a notice of appeal is due.

**IT IS SO STIPULATED.**

Dated: December 3, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:   */s/*<br>　　　Harold J. McElhinny<br><br>Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:   */s/*<br>　　　Victoria F. Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                        The Honorable Lucy H. Koh
                                        United States District Judge

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Harold J. McElhinny has concurred in this filing.

Dated: December 3, 2013               /s/
                                       Victoria F. Maroulis