HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RUTH N. BORENSTEIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

DECLARATION OF RUTH BORENSTEIN ISO MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
sf-3361361

I, RUTH N. BORENSTEIN, do hereby declare as follows:

1. I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the above-captioned action. I submit this declaration in support of Apple's Administrative Motion to File Under Seal Apple's Motion for Attorneys' Fees. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Apple's Motion for Attorneys' Fees and Exhibit A to the Declaration of Michael A. Jacobs in Support of Apple's Motion for Attorneys' Fees ("Jacobs Declaration") contain confidential and competitively sensitive information regarding Morrison & Foerster's negotiated billing rates. Specifically, Exhibit A contains the rates for 91 timekeepers. The billing rates of Morrison & Foerster timekeepers are confidential, and are not generally revealed to the public. The breadth of the information revealed in Exhibit A could provide insight into Morrison & Foerster's firm-wide billing structure and reflects Morrison & Foerster's confidential financial relationship (including negotiated discounts) with Apple. Apple's Motion for Attorneys' Fees refers to one timekeeper's rate that is not publicly known. This information is competitively sensitive and confidential and could be used by Morrison & Foerster's competitors to its disadvantage. Publishing this data would reveal the firm's confidential pricing strategy and its negotiated financial relationship with Apple and would cause harm to Morrison & Foerster and its relationship with Apple.

3. Exhibit A to the Jacobs Declaration should remain under seal in full, for the reasons articulated above. Apple's Motion for Attorneys' Fees should remain under seal in part, as shown in Apple's proposed redactions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December 2013 at San Francisco, California.

                                                        */s/ Ruth N. Borenstein*
                                                          Ruth N. Borenstein

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ruth Borenstein has concurred in this filing.

Dated: December 5, 2013          */s/ Rachel Krevans*
                                              Rachel Krevans