1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
sf-3361369

1  Apple filed a motion to seal its Motion for Attorneys' Fees and Exhibit A to the
2  Declaration of Michael Jacobs in Support of Apple's Motion for Attorneys' Fees ("Jacobs
3  Declaration")

4  The Court finds that Apple's sealing request is narrowly tailored and justified and that
5  there is good cause to seal the requested documents. Therefore, the above documents may be
6  filed under seal:

| Document | Sealable Portion |
|---|---|
| Apple's Motion for Attorneys' Fees | Reference to specific timekeeper rate at page 8. |
| Exhibit A to Jacobs Declaration | Sealed in full. |

**IT IS SO ORDERED.**

Dated: _____     _____
                                   HONORABLE LUCY H. KOH
                                   United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3361369