UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Apple filed a motion to seal its Motion for Attorneys' Fees and Exhibit A to the Declaration of Michael Jacobs in Support of Apple's Motion for Attorneys' Fees ("Jacobs Declaration")

The Court finds that Apple's sealing request is narrowly tailored and justified and that there is good cause to seal the requested documents.  Therefore, the above documents may be filed under seal:

| Document | Sealable Portion |
|---|---|
| Apple's Motion for Attorneys' Fees | Reference to specific timekeeper rate at page 8. |
| Exhibit A to Jacobs Declaration | Sealed in full. |

**IT IS SO ORDERED.**

Dated: _____      _____
HONORABLE LUCY H. KOH
United States District Judge