| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION FOR ATTORNEYS' FEES** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motion for Attorneys' Fees.

2. On Wednesday, November 27, 2013, I informed counsel for Samsung that Apple would be filing a motion for attorneys' fees on December 5. I indicated that we should meet and confer early in the week of December 5.

3. The following week, on Tuesday, December 3, Morrison & Foerster partner Ruth Borenstein and I conferred telephonically with counsel for Samsung. We informed Samsung's counsel of the basis for Apple's request for fees. We explained that Apple planned to conservatively allocate only one-third of its fees through March 1, 2013, as recoverable under the Lanham Act, and that Apple also only planned to include top billers (individuals who had billed over $100,000 hours to this case) in that calculation. We described the types of material that Apple planned to submit in support of its motion. Samsung's counsel asked what the approximate request would be, and we informed Samsung's counsel that it would likely be in the range of $16 to 17 million. The total request set forth in Apple's motion for attorneys' fees is just below that estimate at $15,736,992.

4. At the time of the telephonic conference, Samsung's counsel could not stipulate to Apple's request, nor has Samsung since indicated that it will so stipulate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2013 in San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: December 5, 2013  /s/ Rachel Krevans
Rachel Krevans