HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION FOR ATTORNEYS' FEES** |

DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOT. FOR ATTORNEYS' FEES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3361428

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motion for Attorneys' Fees.

2. On Wednesday, November 27, 2013, I informed counsel for Samsung that Apple would be filing a motion for attorneys' fees on December 5. I indicated that we should meet and confer early in the week of December 5.

3. The following week, on Tuesday, December 3, Morrison & Foerster partner Ruth Borenstein and I conferred telephonically with counsel for Samsung. We informed Samsung's counsel of the basis for Apple's request for fees. We explained that Apple planned to conservatively allocate only one-third of its fees through March 1, 2013, as recoverable under the Lanham Act, and that Apple also only planned to include top billers (individuals who had billed over $100,000 hours to this case) in that calculation. We described the types of material that Apple planned to submit in support of its motion. Samsung's counsel asked what the approximate request would be, and we informed Samsung's counsel that it would likely be in the range of $16 to 17 million. The total request set forth in Apple's motion for attorneys' fees is just below that estimate at $15,736,992.

4. At the time of the telephonic conference, Samsung's counsel could not stipulate to Apple's request, nor has Samsung since indicated that it will so stipulate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2013 in San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated:  December 5, 2013                     */s/ Rachel Krevans*
                                                                Rachel Krevans