1   HAROLD J. MCELHINNY (CA SBN 66781)    WILLIAM F. LEE
    hmcelhinny@mofo.com    william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)    WILMER CUTLER PICKERING
    mjacobs@mofo.com    HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)    60 State Street
    rkrevans@mofo.com    Boston, MA 02109
4   ERIK J. OLSON (CA SBN 175815)    Telephone: (617) 526-6000
    ejolson@mofo.com    Facsimile: (617) 526-5000
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California 94105-2482    MARK D. SELWYN (SBN 244180)
    Telephone: (415) 268-7000    mark.selwyn@wilmerhale.com
7   Facsimile: (415) 268-7522    WILMER CUTLER PICKERING
    HALE AND DORR LLP
8     950 Page Mill Road
    Palo Alto, California 94304
9   Attorneys for Plaintiff and    Telephone: (650) 858-6000
    Counterclaim-Defendant APPLE INC.    Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S MOTION REGARDING ATTORNEYS' FEES**<br><br>Date:    January 30, 2014<br>Time:    1:30 p.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

I, MARK D. SELWYN, declare under the laws of the United States as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned action.  I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I make this declaration in support of Apple's Motion Regarding Attorneys' Fees.  I have knowledge of the matters stated in this declaration, and I could and would testify competently thereto if called to do so.

2.      Apple submits this declaration in support of its attorneys' fees claim.  WilmerHale has rendered bills to Apple for approximately $2.3 million in attorneys' fees for approximately 3,349 hours of work performed by the eight WilmerHale attorneys listed below in connection with the preparation for and conduct of the damages re-trial held from November 12 through 21, 2013:

- Kevin Prussia, who billed 584 hours;
- Lauren B. Fletcher, who billed 582 hours;
- Andrew J. Danford, who billed 576 hours;
- James Quarles, who billed 415 hours;
- William F. Lee, who billed 402 hours;
- Michael R. Heyison, who billed 352 hours;
- Sarah Frazier, who billed 259 hours; and
- Mark D. Selwyn, who billed 175 hours.

3.      These WilmerHale attorneys, along with more than ten other WilmerHale attorneys and staff worked extensively on every phase of the re-trial, including expert reports and depositions, extensive pre-trial motion practice, a two-week trial, and post-trial motions.  Among other things, the WilmerHale team:

- Identified and engaged Ms. Davis as an expert witness
- Assisted in preparing Ms. Davis for her deposition

- Deposed Samsung's damages expert Michael Wagner
- Prepared jury instructions
- Drafted Apple's response to Samsung's emergency pre-trial motion
- Drafted Apple's briefs regarding high priority objections to witness disclosures
- Prepared Apple witness Tony Blevins for direct and cross-examination
- Prepared for and cross-examined Mr. Wagner
- Assisted with preparing Apple witness Phil Schiller for trial
- Prepared cross-examination demonstratives and outlines for potential Samsung witnesses
- Prepared deposition designation and counter-designations
- Analyzed Samsung's direct and cross examination disclosures and drafted objections to those disclosures
- Prepared direct examination disclosures for Apple witnesses and cross-examination disclosures for Samsung witnesses and responded to Samsung's objections to those disclosures
- Handling sealing issues relating to exhibits used at the re-trial
- Prepared and delivered Apple's closing argument

4.      The fees set forth in paragraph 2 reflects WilmerHale's discounted rate to Apple, and excludes (1) all timekeepers who billed less than $100,000 and (2) all time written down as part of WilmerHale's billing judgment or to comply with Apple's billing guidelines.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.  Executed on December 5, 2013 (US PST) in Sydney, Australia.


                                         /s/ Mark D. Selwyn
                                         Mark D. Selwyn

1

2 **ATTESTATION**

3      I, Rachel Krevans, am the ECF User whose ID and password are being used to file this

4 Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark D. Selwyn has

5 concurred in this filing.

6 Dated:  December 5, 2013               */s/ Rachel Krevans*
                                     Rachel Krevans

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28