UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Pursuant to Federal Rule 54 and based on Section 1117(a) of the Lanham Act, Apple filed
2  a motion for its attorneys' fees in this action. Having considered the arguments of the parties and
3  the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that
4  Apple's Motion for Attorneys' Fees is GRANTED.

5  The Court hereby orders Samsung to pay Apple the attorneys' fees requested in Apple's
6  motion, totaling $15,736,992.

7  **IT IS SO ORDERED.**

8
9  Dated: _____        _____

    Hon. Lucy H. Koh
    United States District Judge