UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR ATTORNEYS' FEES** |

Pursuant to Federal Rule 54 and based on Section 1117(a) of the Lanham Act, Apple filed a motion for its attorneys' fees in this action. Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Apple's Motion for Attorneys' Fees is GRANTED.

The Court hereby orders Samsung to pay Apple the attorneys' fees requested in Apple's motion, totaling $15,736,992.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                         Hon. Lucy H. Koh
                                                                         United States District Judge