# EXHIBIT A-1

# Part 1



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/12/2011
**INVOICE #** 072611-52496

**Bill To:**   Andrew E. Monach Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Lutton, Richard |
| **DATE:** | 7/26/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 345 | $3.25 | $1,121.25 |
| Certified Transcript - Immediate Delivery | 345 | $3.50 | $1,207.50 |
| Certified Transcript - Evening Pages | 83 | $1.25 | $103.75 |
| Interactive Real-time | 345 | $1.45 | $500.25 |
| Rough ASCII | 345 | $1.35 | $465.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 490 | $1.50 | $735.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $4,133.50 |
| | | SHIPPING & HANDLING | $70.00 |
| | | TOTAL | $4,203.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/12/2011
**INVOICE #** 072611-52497

**Bill To:**
Andrew E. Monach Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Lutton, Richard
**DATE:** 7/26/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $515.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/12/2011
**INVOICE #** 072711-52500

**Bill To:**    Jennifer Lee Taylor Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

CASE:          Apple v. Samsung
DEPOSITION:    Twiggs, Sissie
DATE:          7/27/2011
CITY:          Redwood Shores
STATE:         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Sean McGrath | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 218 | $3.25 | $708.50 |
| Certified Transcript - Immediate Delivery | 218 | $3.50 | $763.00 |
| Interactive Real-time | 218 | $1.45 | $316.10 |
| Rough ASCII | 218 | $1.35 | $294.30 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 28 | $1.50 | $42.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,123.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,178.90 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/12/2011
**INVOICE #** 072711-52501

**Bill To:**   Jennifer Lee Taylor Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Twiggs, Sissie |
| **DATE:** | 7/27/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Sean McGrath | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | SUBTOTAL | | $285.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $325.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/24/2011
**INVOICE #** 080311-52709

**Bill To:**     Michael A. Jacobs Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**   Stringer, Christopher
**DATE:**          8/3/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**      Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Adam Del Rio | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 330 | $3.35 | $1,105.50 |
| Certified Transcript - Immediate Delivery | 330 | $3.65 | $1,204.50 |
| Certified Transcript - Evening Pages | 38 | $1.50 | $57.00 |
| Interactive Real-time | 330 | $1.35 | $445.50 |
| Rough ASCII | 330 | $1.25 | $412.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 10 | $0.10 | $1.00 |
| Exhibits - Scanned & Hyperlinked - Color | 55 | $1.50 | $82.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $3,308.50 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $3,368.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/24/2011
**INVOICE #** 080311-52710

**Bill To:**      Michael A. Jacobs Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| CASE: | Apple v. Samsung |
| DEPOSITION: | Stringer, Christopher |
| DATE: | 8/3/2011 |
| CITY: | Redwood Shores |
| STATE: | California |

**Billing Comments / Instructions:**      Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Adam Del Rio | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additional Hours - Evening Rate | 1.5 | $67.50 | $101.25 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $811.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $851.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



## TSG REPORTING

Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/24/2011
**INVOICE #** 080511-52713

**Bill To:** Andrew E. Monach Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Woodring, Cooper
**DATE:** 8/5/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:** Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Carol Nygard | Jake Krone | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 306 | $3.35 | $1,025.10 |
| Certified Transcript - Immediate Delivery | 306 | $3.65 | $1,116.90 |
| Certified Transcript - Evening Pages | 60 | $1.50 | $90.00 |
| Interactive Real-time | 306 | $1.35 | $413.10 |
| Rough ASCII | 306 | $1.25 | $382.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 106 | $0.25 | $26.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 204 | $1.50 | $306.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $3,360.10 |
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $3,460.10 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/24/2011
**INVOICE #** 080511-52714

**Bill To:**     Andrew E. Monach Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**           Apple v. Samsung
**DEPOSITION:**     Woodring, Cooper
**DATE:**           8/5/2011
**CITY:**           Redwood Shores
**STATE:**          California

**Billing Comments / Instructions:**     Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Carol Nygard | Jake Krone | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additional Hours - Evening Rate | 2 | $67.50 | $135.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $800.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $855.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/24/2011
**INVOICE #** 080911-52717

**Bill To:**    Deok Keun Ahn Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**    Apple v. Samsung
**DEPOSITION:**    Ording, Bas
**DATE:**    8/9/2011
**CITY:**    Redwood Shores
**STATE:**    California

**Billing Comments / Instructions:**    Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Aric Kerhoulas | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 224 | $3.35 | $750.40 |
| Certified Transcript - 2 Day Delivery | 224 | $2.75 | $616.00 |
| Certified Transcript - Evening Pages | 58 | $1.50 | $87.00 |
| Interactive Real-time | 224 | $1.35 | $302.40 |
| Rough ASCII | 224 | $1.25 | $280.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1887 | $0.10 | $188.70 |
| Exhibits - Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,227.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,282.50 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/24/2011
**INVOICE #** 080911-52718

**Bill To:**   Deok Keun Ahn Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Ording, Bas |
| **DATE:** | 8/9/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**        Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Aric Kerhoulas | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Additional Hours - Evening Rate | 2.5 | $67.50 | $168.75 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | SUBTOTAL | | $833.75 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $873.75 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2011
**INVOICE #** 081611-53213

**Bill To:**  Andrew E. Monach Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Balakrishnan, Ravin
**DATE:** 8/16/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**   Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 341 | $3.35 | $1,142.35 |
| Certified Transcript - Immediate Delivery | 341 | $3.65 | $1,244.65 |
| Certified Transcript - Evening Pages | 28 | $1.50 | $42.00 |
| Interactive Real-time | 341 | $1.35 | $460.35 |
| Rough ASCII | 341 | $1.25 | $426.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,315.60 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $3,375.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2011
**INVOICE #** 081611-53214

**Bill To:**  Andrew E. Monach Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Balakrishnan, Ravin
**DATE:** 8/16/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**    Bill split between firms.  The total (bottom) represents your firm's portion.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additional Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $777.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $817.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 090911-100306

| Bill To: | | Ship To: | |
|---|---|---|---|
| Cyndi Knisely | | Wesley E. Overson Esq. | |
| Morrison & Foerster LLP | | Morrison & Foerster LLP | |
| 425 Market Street | | 425 Market Street | |
| San Francisco, CA  94105-2482 | | San Francisco, CA  94105-2482 | |

**CASE:** Apple v. Samsung
**DEPOSITION:** Godici, Nicholas
**DATE:** 9/9/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Yvonne Fennelly | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 190 | $3.35 | $636.50 |
| Certified Transcript - Immediate Delivery | 190 | $3.65 | $693.50 |
| Interactive Real-time | 190 | $1.35 | $256.50 |
| Rough ASCII | 190 | $1.25 | $237.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 418 | $0.10 | $41.80 |
| Exhibits - Scanned & Hyperlinked - Color | 52 | $1.50 | $78.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,943.80 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $2,003.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 090911-100307

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**Ship To:**
Wesley E. Overson Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Godici, Nicholas
**DATE:** 9/9/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Yvonne Fennelly | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091411-100308

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**Ship To:**
Wesley E. Overson Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Wagner, Michael
**DATE:** 9/14/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**   Exhibits shipped separately via FedEx on 9/16/2011.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Ben Gerald | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 254 | $3.35 | $850.90 |
| Original Transcript - Immediate Delivery | 254 | $3.65 | $927.10 |
| Interactive Real-time | 254 | $1.35 | $342.90 |
| Rough ASCII | 254 | $1.25 | $317.50 |
| Reporter Appearance Fee / Session - Videotaped - Complimentary | 2 | $65.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 353 | $1.50 | $529.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,967.90 |
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $3,067.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091411-100309

| Bill To: | | Ship To: | |
|---|---|---|---|
| | Cyndi Knisely | | Wesley E. Overson Esq. |
| | Morrison & Foerster LLP | | Morrison & Foerster LLP |
| | 425 Market Street | | 425 Market Street |
| | San Francisco, CA 94105-2482 | | San Francisco, CA 94105-2482 |

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Wagner, Michael |
| **DATE:** | 9/14/2011 |
| **CITY:** | San Francisco |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Ben Gerald | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $642.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $682.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091411-100581

Bill To:     Cyndi Knisely
             Morrison & Foerster LLP
             425 Market Street
             San Francisco, CA  94105-2482

CASE:          Apple v. Samsung
DEPOSITION:    Van Dam, Andres
DATE:          9/14/2011
CITY:          Cranston
STATE:         Rhode Island

Billing Comments / Instructions:

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| Barbara Warner | Michael Henriques | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|:-------------:|:----------:|:------:|
| Original & 1 Certified Transcript | 234 | $3.35 | $783.90 |
| Original Transcript - Immediate Delivery | 234 | $3.65 | $854.10 |
| Original Transcript - Evening Pages | 2 | $1.50 | $3.00 |
| Interactive Real-time | 234 | $1.35 | $315.90 |
| Rough ASCII | 234 | $1.25 | $292.50 |
| Reporter Appearance Fee / Session - Videotaped - Complimentary | 2 | $75.00 | $0.00 |
| Reporter App Fee / Evening Session - Videotaped - Complimentary | 1 | $112.50 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 154 | $0.15 | $23.10 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 105 | $1.50 | $157.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,430.00 |
| SHIPPING & HANDLING | $55.00 |
| **TOTAL** | $2,485.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091411-100582

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Van Dam, Andres
**DATE:** 9/14/2011
**CITY:** Cranston
**STATE:** Rhode Island

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Barbara Warner | Michael Henriques | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Additional Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 7 | $45.00 | $315.00 |
| Certified - MPEG - Complimentary | 7 | $50.00 | $0.00 |
| | | SUBTOTAL | $811.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $851.25 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091511-100312

| Bill To: | | Ship To: | |
|---|---|---|---|
| | Cyndi Knisely | | Jennifer Lee Taylor Esq. |
| | Morrison & Foerster LLP | | Morrison & Foerster LLP |
| | 425 Market Street | | 425 Market Street |
| | San Francisco, CA  94105-2482 | | San Francisco, CA  94105-2482 |

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Sherman, Itay |
| **DATE:** | 9/15/2011 |
| **CITY:** | New York |
| **STATE:** | New York |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Jomanna DeRosa | Henry Marte | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 329 | $3.35 | $1,102.15 |
| Original Transcript - Immediate Delivery | 329 | $3.65 | $1,200.85 |
| Original Transcript - Evening Pages | 35 | $1.50 | $52.50 |
| Interactive Real-time | 329 | $1.35 | $444.15 |
| Rough ASCII | 329 | $1.25 | $411.25 |
| Reporter Appearance Fee / Session - Videotaped - Complimentary | 2 | $65.00 | $0.00 |
| Reporter App Fee / Evening Session - Videotaped - Complimentary | 1 | $97.50 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 31 | $0.15 | $4.65 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 263 | $1.50 | $394.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $3,610.05 |
| | | SHIPPING & HANDLING | $70.00 |
| | | TOTAL | $3,680.05 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091511-100313

| Bill To: | | Ship To: | |
|---|---|---|---|
| | Cyndi Knisely | | Jennifer Lee Taylor Esq. |
| | Morrison & Foerster LLP | | Morrison & Foerster LLP |
| | 425 Market Street | | 425 Market Street |
| | San Francisco, CA  94105-2482 | | San Francisco, CA  94105-2482 |

CASE:        Apple v. Samsung
DEPOSITION:  Sherman, Itay
DATE:        9/15/2011
CITY:        New York
STATE:       New York

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Jomanna DeRosa | Henry Marte | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additional Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091711-100316

| Bill To: | | Ship To: | |
|---|---|---|---|
| | Cyndi Knisely | | Michael A. Jacobs Esq. |
| | Morrison & Foerster LLP | | Morrison & Foerster LLP |
| | 425 Market Street | | 425 Market Street |
| | San Francisco, CA  94105-2482 | | San Francisco, CA  94105-2482 |

**CASE:** Apple v. Samsung
**DEPOSITION:** Bederson, Benjamin
**DATE:** 9/17/2011
**CITY:** Washington
**STATE:** D.C.

**Billing Comments / Instructions:**   Exhibits shipped separately via FedEx on 9/20/2011.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Kinkade | Conway Barker | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 226 | $3.35 | $757.10 |
| Original Transcript - Immediate Delivery | 226 | $3.65 | $824.90 |
| Original Transcript - Weekend Pages | 226 | $1.50 | $339.00 |
| Interactive Real-time | 226 | $1.35 | $305.10 |
| Rough ASCII | 226 | $1.25 | $282.50 |
| Reporter App Fee / Weekend Session - Videotaped - Complimentary | 2 | $97.50 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 129 | $0.15 | $19.35 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,529.45 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $2,639.45 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 091711-100317

| **Bill To:** | | **Ship To:** | |
|---|---|---|---|
| Cyndi Knisely | | Michael A. Jacobs Esq. | |
| Morrison & Foerster LLP | | Morrison & Foerster LLP | |
| 425 Market Street | | 425 Market Street | |
| San Francisco, CA  94105-2482 | | San Francisco, CA  94105-2482 | |

**CASE:** Apple v. Samsung
**DEPOSITION:** Bederson, Benjamin
**DATE:** 9/17/2011
**CITY:** Washington
**STATE:** D.C.

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Kinkade | Conway Barker | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours - Weekend Rate | 1 | $187.50 | $187.50 |
| Videographer - Additional Hours - Weekend Rate | 6.5 | $67.50 | $438.75 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $851.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $891.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 092011-100585

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Khan, Omar |
| **DATE:** | 9/20/2011 |
| **CITY:** | Dallas |
| **STATE:** | Texas |

**Billing Comments / Instructions:**     Exhibits shipped separately via FedEx on 9/22/2011.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dan Skur | John Hines | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 241 | $3.35 | $807.35 |
| Original Transcript - Immediate Delivery | 241 | $3.65 | $879.65 |
| Interactive Real-time | 241 | $1.35 | $325.35 |
| Rough ASCII | 241 | $1.25 | $301.25 |
| Reporter Appearance Fee / Session - Videotaped - Complimentary | 2 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 198 | $0.15 | $29.70 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 75 | $1.50 | $112.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,455.80 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $2,565.80 |

Please make all checks payable to: **TSG Reporting, Inc.       Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 092011-100586

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Khan, Omar |
| **DATE:** | 9/20/2011 |
| **CITY:** | Dallas |
| **STATE:** | Texas |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dan Skur | John Hines | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $592.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 092111-100589

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**  Denison, Justin
**DATE:**          9/21/2011
**CITY:**          Dallas
**STATE:**         Texas

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Dan Skur | John Hines | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 347 | $3.35 | $1,162.45 |
| Original Transcript - Immediate Delivery | 347 | $3.65 | $1,266.55 |
| Original Transcript - Evening Pages | 52 | $1.50 | $78.00 |
| Interactive Real-time | 347 | $1.35 | $468.45 |
| Rough ASCII | 347 | $1.25 | $433.75 |
| Reporter Appearance Fee / Session - Videotaped - Complimentary | 2 | $100.00 | $0.00 |
| Reporter App Fee / Evening Session - Videotaped - Complimentary | 1 | $150.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 282 | $0.15 | $42.30 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 97 | $1.50 | $145.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $3,597.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,652.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**INVOICE**

**DATE:** 9/30/2011
**INVOICE #** 092111-100590

Bill To:    Cyndi Knisely
            Morrison & Foerster LLP
            425 Market Street
            San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**DEPOSITION:**  Denison, Justin
**DATE:**        9/21/2011
**CITY:**        Dallas
**STATE:**       Texas

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| Dan Skur | John Hines | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Additional Hours - Evening Rate | 2 | $67.50 | $135.00 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $822.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $862.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 092311-100593

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**DEPOSITION:**  Fidler, Roger
**DATE:**  9/23/2011
**CITY:**  Columbia
**STATE:**  Missouri

**Billing Comments / Instructions:**   Exhibits shipped separately via FedEx on 9/27/2011.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Bill DeVries | John Niehaus | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 346 | $3.35 | $1,159.10 |
| Original Transcript - Immediate Delivery | 346 | $3.65 | $1,262.90 |
| Original Transcript - Evening Pages | 89 | $1.50 | $133.50 |
| Interactive Real-time | 346 | $1.35 | $467.10 |
| Rough ASCII | 346 | $1.25 | $432.50 |
| Reporter Appearance Fee / Hour - Videotaped - Complimentary | 8.5 | $50.00 | $0.00 |
| Reporter App Fee / Evening Hour - Videotaped - Complimentary | 2 | $75.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 46 | $0.15 | $6.90 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 80 | $1.50 | $120.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $3,582.00 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $3,692.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2011
**INVOICE #** 092311-100594

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Fidler, Roger
**DATE:** 9/23/2011
**CITY:** Columbia
**STATE:** Missouri

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Bill DeVries | John Niehaus | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Additional Hours - Evening Rate | 2 | $67.50 | $135.00 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $867.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $907.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/17/2011
**INVOICE #** 102011-99838

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**   Land, Brian
**DATE:**          10/20/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Steve Patapoff | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 152 | $3.35 | $509.20 |
| Certified Transcript - Immediate Delivery | 152 | $3.65 | $554.80 |
| Interactive Real-time | 152 | $1.35 | $205.20 |
| Rough ASCII | 152 | $1.25 | $190.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 95 | $0.10 | $9.50 |
| Exhibits - Scanned & Hyperlinked - Color | 30 | $1.50 | $45.00 |
| Exhibits - OCR Processing - Black & White | 95 | $0.15 | $14.25 |
| Exhibits - OCR Processing - Color | 30 | $0.50 | $15.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,542.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,597.95 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/17/2011
**INVOICE #** 102011-99839

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Land, Brian
**DATE:** 10/20/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Steve Patapoff | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $370.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100511-101022

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Beyers, Robert / Williams, Gary
**DATE:** 10/5/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 232 | $3.35 | $777.20 |
| Certified Transcript - Immediate Delivery | 232 | $3.65 | $846.80 |
| Interactive Real-time | 232 | $1.35 | $313.20 |
| Rough ASCII | 232 | $1.25 | $290.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 2451 | $0.10 | $245.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,472.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,527.30 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100511-101023

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Beyers, Robert / Williams, Gary
**DATE:**   10/5/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $642.50 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $662.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 092611-101000

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Johnson, Jeffrey
**DATE:**   9/26/2011
**CITY:**   San Francisco
**STATE:**   California

**Billing Comments / Instructions:**   Exhibits shipped separately via FedEx on 9/28/2011.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Ben Gerald | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 155 | $3.35 | $519.25 |
| Original Transcript - Immediate Delivery | 155 | $3.65 | $565.75 |
| Interactive Real-time | 155 | $1.35 | $209.25 |
| Rough ASCII | 155 | $1.25 | $193.75 |
| Reporter Appearance Fee / Session - Videotaped - Complimentary | 2 | $65.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 44 | $0.15 | $6.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 20 | $1.50 | $30.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,524.60 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $1,634.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 092611-101001

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Johnson, Jeffrey
**DATE:** 9/26/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Ben Gerald | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**INVOICE**

**DATE:** 10/19/2011
**INVOICE #** 093011-101006

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Allen, Billy
**DATE:** 9/30/2011
**CITY:** Houston
**STATE:** Texas

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Mike Miller | Devon Ferguson | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 122 | $3.35 | $408.70 |
| Certified Transcript - Immediate Delivery | 122 | $3.65 | $445.30 |
| Interactive Real-time | 122 | $1.35 | $164.70 |
| Rough ASCII | 122 | $1.25 | $152.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 608 | $0.10 | $60.80 |
| Exhibits - Scanned & Hyperlinked - Color | 64 | $1.50 | $96.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,328.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,383.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 093011-101007

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**           Apple v. Samsung
**DEPOSITION:**  Allen, Billy
**DATE:**            9/30/2011
**CITY:**            Houston
**STATE:**          Texas

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Mike Miller | Devon Ferguson | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $260.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $300.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 093011-101010

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**    Szepesi, Judith
**DATE:**          9/30/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 105 | $3.35 | $351.75 |
| Certified Transcript - Immediate Delivery | 105 | $3.65 | $383.25 |
| Interactive Real-time | 105 | $1.35 | $141.75 |
| Rough ASCII | 105 | $1.25 | $131.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 187 | $0.10 | $18.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,026.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,081.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 093011-101011

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Szepesi, Judith |
| **DATE:** | 9/30/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100311-101014

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Xie, Kenneth
**DATE:** 10/3/2011
**CITY:** Los Angeles
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christy Cannariato | Michael Mullin | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 98 | $3.35 | $328.30 |
| Certified Transcript - Immediate Delivery | 98 | $3.65 | $357.70 |
| Interactive Real-time | 98 | $1.35 | $132.30 |
| Rough ASCII | 98 | $1.25 | $122.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 394 | $0.10 | $39.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $980.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,035.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100311-101015

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Xie, Kenneth |
| **DATE:** | 10/3/2011 |
| **CITY:** | Los Angeles |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christy Cannariato | Michael Mullin | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100311-101018

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Schweigert, Jeremy
**DATE:** 10/3/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Alex Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 88 | $3.35 | $294.80 |
| Certified Transcript - Immediate Delivery | 88 | $3.65 | $321.20 |
| Interactive Real-time | 88 | $1.35 | $118.80 |
| Rough ASCII | 88 | $1.25 | $110.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 944 | $0.10 | $94.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $939.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $994.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100311-101019

**Bill To:**       Cyndi Knisely
                Morrison & Foerster LLP
                425 Market Street
                San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**DEPOSITION:**  Schweigert, Jeremy
**DATE:**        10/3/2011
**CITY:**        Redwood Shores
**STATE:**       California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Alex Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100711-101026

Bill To:      Cyndi Knisely
              Morrison & Foerster LLP
              425 Market Street
              San Francisco, CA  94105-2482

CASE:         Apple v. Samsung
DEPOSITION:   Rossin, Tatiana
DATE:         10/7/2011
CITY:         Redwood Shores
STATE:        California

Billing Comments / Instructions:

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 132 | $3.35 | $442.20 |
| Certified Transcript - Immediate Delivery | 132 | $3.65 | $481.80 |
| Interactive Real-time | 132 | $1.35 | $178.20 |
| Rough ASCII | 132 | $1.25 | $165.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 340 | $0.10 | $34.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,301.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,356.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/19/2011
**INVOICE #** 100711-101027

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**   Rossin, Tatiana
**DATE:**          10/7/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $347.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 102011-101466

Bill To:      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| CASE: | Apple v. Samsung |
|---|---|
| DEPOSITION: | Russell-Clarke, Peter |
| DATE: | 10/20/2011 |
| CITY: | Redwood Shores |
| STATE: | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Janis Jennings | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 146 | $3.35 | $489.10 |
| Certified Transcript - Immediate Delivery | 146 | $3.65 | $532.90 |
| Interactive Real-time | 146 | $1.35 | $197.10 |
| Rough ASCII | 146 | $1.25 | $182.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 38 | $0.10 | $3.80 |
| Exhibits - Scanned & Hyperlinked - Color | 13 | $1.50 | $19.50 |
| Exhibits - OCR Processing - Black & White | 38 | $0.15 | $5.70 |
| Exhibits - OCR Processing - Color | 13 | $0.50 | $6.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,437.10 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $1,492.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 102011-101467

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**   Russell-Clarke, Peter
**DATE:**          10/20/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| Janis Jennings | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101811-101462

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**    Apple v. Samsung
**DEPOSITION:**    Huppi, Brian
**DATE:**    10/18/2011
**CITY:**    Redwood Shores
**STATE:**    California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 198 | $3.35 | $663.30 |
| Certified Transcript - Immediate Delivery | 198 | $3.65 | $722.70 |
| Interactive Real-time | 198 | $1.35 | $267.30 |
| Rough ASCII | 198 | $1.25 | $247.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 159 | $0.10 | $15.90 |
| Exhibits - Scanned & Hyperlinked - Color | 7 | $1.50 | $10.50 |
| Exhibits - OCR Processing - Black & White | 159 | $0.15 | $23.85 |
| Exhibits - OCR Processing - Color | 7 | $0.50 | $3.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,954.55 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,009.55 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101811-101463

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**    Huppi, Brian
**DATE:**          10/18/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $505.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101811-101458

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Anzures, Freddy |
| **DATE:** | 10/18/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 210 | $3.35 | $703.50 |
| Certified Transcript - Immediate Delivery | 210 | $3.65 | $766.50 |
| Interactive Real-time | 210 | $1.35 | $283.50 |
| Rough ASCII | 210 | $1.25 | $262.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 6 | $0.10 | $0.60 |
| Exhibits - OCR Processing | 6 | $0.15 | $0.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,017.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | **TOTAL** | $2,072.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101811-101459

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Anzures, Freddy
**DATE:**   10/18/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $642.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $682.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101411-101446

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Chaudhri, Imran |
| **DATE:** | 10/14/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 257 | $3.35 | $860.95 |
| Certified Transcript - Immediate Delivery | 257 | $3.65 | $938.05 |
| Certified Transcript - Evening Pages | 33 | $1.50 | $49.50 |
| Interactive Real-time | 257 | $1.35 | $346.95 |
| Rough ASCII | 257 | $1.25 | $321.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 184 | $0.10 | $18.40 |
| Exhibits - Scanned & Hyperlinked - Color | 200 | $1.50 | $300.00 |
| Exhibits - OCR Processing - Black & White | 184 | $0.15 | $27.60 |
| Exhibits - OCR Processing - Color | 200 | $0.50 | $100.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,962.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | **TOTAL** | $3,017.70 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101411-101447

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Chaudhri, Imran
**DATE:** 10/14/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Additional Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $800.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $840.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101411-101450

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:** Herz, Scott
**DATE:**           10/14/2011
**CITY:**            Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 178 | $3.35 | $596.30 |
| Certified Transcript - Immediate Delivery | 178 | $3.65 | $649.70 |
| Interactive Real-time | 178 | $1.35 | $240.30 |
| Rough ASCII | 178 | $1.25 | $222.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 52 | $0.10 | $5.20 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| Exhibits - OCR Processing - Black & White | 52 | $0.15 | $7.80 |
| Exhibits - OCR Processing - Color | 1 | $0.50 | $0.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,723.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,778.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**DATE:** 10/31/2011
**INVOICE #** 101411-101451

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Herz, Scott
**DATE:** 10/14/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | SUBTOTAL | | $485.00 |
| | SHIPPING & HANDLING | | $15.00 |
| | TOTAL | | $500.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101811-101454

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Platzer, Andrew
**DATE:** 10/18/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 144 | $3.35 | $482.40 |
| Certified Transcript - Immediate Delivery | 144 | $3.65 | $525.60 |
| Interactive Real-time | 144 | $1.35 | $194.40 |
| Rough ASCII | 144 | $1.25 | $180.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 54 | $0.10 | $5.40 |
| Exhibits - OCR Processing | 54 | $0.15 | $8.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,395.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,450.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101811-101455

| Bill To: | Cyndi Knisely |
| | Morrison & Foerster LLP |
| | 425 Market Street |
| | San Francisco, CA  94105-2482 |

| CASE: | Apple v. Samsung |
| DEPOSITION: | Platzer, Andrew |
| DATE: | 10/18/2011 |
| CITY: | Redwood Shores |
| STATE: | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $505.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101211-101426

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**DEPOSITION:**  Chartove, Alex
**DATE:**        10/12/2011
**CITY:**        Washington
**STATE:**       D.C.

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| Linda Kinkade | Jordan Mummert | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|---------------|------------|--------|
| Certified Transcript | 102 | $3.35 | $341.70 |
| Certified Transcript - Immediate Delivery | 102 | $3.65 | $372.30 |
| Interactive Real-time | 102 | $1.35 | $137.70 |
| Rough ASCII | 102 | $1.25 | $127.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 1773 | $0.10 | $177.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,156.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,211.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101211-101427

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Chartove, Alex |
| **DATE:** | 10/12/2011 |
| **CITY:** | Washington |
| **STATE:** | D.C. |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Kinkade | Jordan Mummert | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $342.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101211-101430

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**    McKnight, Brian
**DATE:**          10/12/2011
**CITY:**          San Francisco
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| A. Ignacio-Howard | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|---------------|------------|--------|
| Certified Transcript | 120 | $3.35 | $402.00 |
| Certified Transcript - Immediate Delivery | 120 | $3.65 | $438.00 |
| Interactive Real-time | 120 | $1.35 | $162.00 |
| Rough ASCII | 120 | $1.25 | $150.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 802 | $0.10 | $80.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,232.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,287.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101211-101431

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**    McKnight, Brian
**DATE:**          10/12/2011
**CITY:**          San Francisco
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101311-101434

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Elias, John
**DATE:** 10/13/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 197 | $3.35 | $659.95 |
| Certified Transcript - Immediate Delivery | 197 | $3.65 | $719.05 |
| Interactive Real-time | 197 | $1.35 | $265.95 |
| Rough ASCII | 197 | $1.25 | $246.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 387 | $0.10 | $38.70 |
| Exhibits - Scanned & Hyperlinked - Color | 12 | $1.50 | $18.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,947.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,002.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**DATE:** 10/31/2011
**INVOICE #** 101311-101435

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Elias, John
**DATE:** 10/13/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $522.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101411-101438

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Lemay, Stephen
**DATE:** 10/14/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Alex Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 182 | $3.35 | $609.70 |
| Certified Transcript - Immediate Delivery | 182 | $3.65 | $664.30 |
| Interactive Real-time | 182 | $1.35 | $245.70 |
| Rough ASCII | 182 | $1.25 | $227.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 3671 | $0.10 | $367.10 |
| Exhibits - OCR Processing | 3671 | $0.15 | $550.65 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,664.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,719.95 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101411-101439

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Lemay, Stephen
**DATE:**   10/14/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Alex Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $387.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101411-101442

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:** Blumenberg, Chris
**DATE:**         10/14/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Janis Jennings | Adam Del Rio | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 190 | $3.35 | $636.50 |
| Certified Transcript - Immediate Delivery | 190 | $3.65 | $693.50 |
| Interactive Real-time | 190 | $1.35 | $256.50 |
| Rough ASCII | 190 | $1.25 | $237.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 92 | $0.10 | $9.20 |
| Exhibits - OCR Processing | 92 | $0.15 | $13.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,847.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,902.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101411-101443

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Blumenberg, Chris
**DATE:**   10/14/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Janis Jennings | Adam Del Rio | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100711-101414

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**            Apple v. Samsung
**DEPOSITION:**   Durkin, Tracy-Gene
**DATE:**            10/7/2011
**CITY:**            Washington
**STATE:**          D.C.

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Kinkade | Mia Marbury | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 382 | $3.35 | $1,279.70 |
| Certified Transcript - Immediate Delivery | 382 | $3.65 | $1,394.30 |
| Certified Transcript - Evening Pages | 34 | $1.50 | $51.00 |
| Interactive Real-time | 382 | $1.35 | $515.70 |
| Rough ASCII | 382 | $1.25 | $477.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 296 | $0.10 | $29.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $3,747.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,802.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100711-101415

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Durkin, Tracy-Gene
**DATE:** 10/7/2011
**CITY:** Washington
**STATE:** D.C.

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Kinkade | Mia Marbury | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Additional Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $800.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $815.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101011-101418

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Weaver, Gregory |
| **DATE:** | 10/10/2011 |
| **CITY:** | Los Angeles |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Susan Sullivan | Brent Jordan | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 130 | $3.35 | $435.50 |
| Certified Transcript - Immediate Delivery | 130 | $3.65 | $474.50 |
| Interactive Real-time | 130 | $1.35 | $175.50 |
| Rough ASCII | 130 | $1.25 | $162.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 467 | $0.10 | $46.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,294.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,349.70 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101011-101419

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**     Apple v. Samsung
**DEPOSITION:**     Weaver, Gregory
**DATE:**     10/10/2011
**CITY:**     Los Angeles
**STATE:**     California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Susan Sullivan | Brent Jordan | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $365.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101011-101422

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**DEPOSITION:**  Kubota, Glenn
**DATE:**        10/10/2011
**CITY:**        Los Angeles
**STATE:**       California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christy Cannariato | Michael Mullin | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 124 | $3.35 | $415.40 |
| Certified Transcript - Immediate Delivery | 124 | $3.65 | $452.60 |
| Interactive Real-time | 124 | $1.35 | $167.40 |
| Rough ASCII | 124 | $1.25 | $155.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 933 | $0.10 | $93.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,283.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,338.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 101011-101423

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Kubota, Glenn |
| **DATE:** | 10/10/2011 |
| **CITY:** | Los Angeles |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Christy Cannariato | Michael Mullin | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100511-101402

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Peloquin, Mark |
| **DATE:** | 10/5/2011 |
| **CITY:** | Seattle |
| **STATE:** | Washington |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Tia Reidt | Sid Fox | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 71 | $3.35 | $237.85 |
| Certified Transcript - Immediate Delivery | 71 | $3.65 | $259.15 |
| Interactive Real-time | 71 | $1.35 | $95.85 |
| Rough ASCII | 71 | $1.25 | $88.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 75 | $0.10 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $689.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $744.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100511-101403

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**    Peloquin, Mark
**DATE:**          10/5/2011
**CITY:**          Seattle
**STATE:**         Washington

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Tia Reidt | Sid Fox | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $237.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $277.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100611-101406

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**DEPOSITION:**  Mallie, Michael
**DATE:**  10/6/2011
**CITY:**  Redwood Shores
**STATE:**  California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 81 | $3.35 | $271.35 |
| Certified Transcript - Immediate Delivery | 81 | $3.65 | $295.65 |
| Interactive Real-time | 81 | $1.35 | $109.35 |
| Rough ASCII | 81 | $1.25 | $101.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 240 | $0.10 | $24.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $801.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $856.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100611-101407

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**    Mallie, Michael
**DATE:**          10/6/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100611-101410

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**  Wong, Erin
**DATE:**         10/6/2011
**CITY:**         Washington
**STATE:**        D.C.

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Kinkade | Mia Marbury | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 184 | $3.35 | $616.40 |
| Certified Transcript - Immediate Delivery | 184 | $3.65 | $671.60 |
| Certified Transcript - Early AM Pages | 31 | $1.50 | $46.50 |
| Interactive Real-time | 184 | $1.35 | $248.40 |
| Rough ASCII | 184 | $1.25 | $230.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 296 | $0.10 | $29.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,842.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,897.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100611-101411

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Wong, Erin |
| **DATE:** | 10/6/2011 |
| **CITY:** | Washington |
| **STATE:** | D.C. |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Kinkade | Mia Marbury | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videographer - Additional Hours - Early AM Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $455.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100411-101398

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Scheller, James |
| **DATE:** | 10/4/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 124 | $3.35 | $415.40 |
| Certified Transcript - Immediate Delivery | 124 | $3.65 | $452.60 |
| Interactive Real-time | 124 | $1.35 | $167.40 |
| Rough ASCII | 124 | $1.25 | $155.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 438 | $0.10 | $43.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,234.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,289.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2011
**INVOICE #** 100411-101399

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Scheller, James
**DATE:** 10/4/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| A. Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102111-99842

**Bill To:**      Cyndi Knisely
                  Morrison & Foerster LLP
                  425 Market Street
                  San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**   de Iuliis, Daniele
**DATE:**         10/21/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| Lorrie Marchant | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|---------------|-----------|--------|
| Certified Transcript | 200 | $3.35 | $670.00 |
| Certified Transcript - Immediate Delivery | 200 | $3.65 | $730.00 |
| Interactive Real-time | 200 | $1.35 | $270.00 |
| Rough ASCII | 200 | $1.25 | $250.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 125 | $0.10 | $12.50 |
| Exhibits - OCR Processing | 125 | $0.15 | $18.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,951.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,006.25 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102111-99843

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** de Iuliis, Daniele
**DATE:** 10/21/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 101811-99834

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**    Apple v. Samsung
**DEPOSITION:**    Christie, Greg
**DATE:**    10/18/2011
**CITY:**    Redwood Shores
**STATE:**    California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Janis Jennings | Nick Kasimatis | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 238 | $3.35 | $797.30 |
| Certified Transcript - Immediate Delivery | 238 | $3.65 | $868.70 |
| Interactive Real-time | 238 | $1.35 | $321.30 |
| Rough ASCII | 238 | $1.25 | $297.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 122 | $0.10 | $12.20 |
| Exhibits - OCR Processing | 122 | $0.15 | $18.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,315.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,370.30 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 101811-99835

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Christie, Greg
**DATE:**   10/18/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Janis Jennings | Nick Kasimatis | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $575.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $615.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102111-99846

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**              Apple v. Samsung
**DEPOSITION:**   Zorkendorfer, Rico
**DATE:**              10/21/2011
**CITY:**               Redwood Shores
**STATE:**            California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kathleen Wilkins | Jake Krohn | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 115 | $3.35 | $385.25 |
| Certified Transcript - Immediate Delivery | 115 | $3.65 | $419.75 |
| Interactive Real-time | 115 | $1.35 | $155.25 |
| Rough ASCII | 115 | $1.25 | $143.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 87 | $0.10 | $8.70 |
| Exhibits - Scanned & Hyperlinked - Color | 8 | $1.50 | $12.00 |
| Exhibits - OCR Processing - Black & White | 87 | $0.15 | $13.05 |
| Exhibits - OCR Processing - Color | 8 | $0.50 | $4.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,141.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,196.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102111-99847

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Zorkendorfer, Rico |
| **DATE:** | 10/21/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kathleen Wilkins | Jake Krohn | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $347.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



**INVOICE**

**DATE:** 11/17/2011
**INVOICE #** 102111-99850

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**   Hotelling, Steven
**DATE:**         10/21/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Nick Kasimatis | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 236 | $3.35 | $790.60 |
| Certified Transcript - Immediate Delivery | 236 | $3.65 | $861.40 |
| Certified Transcript - Evening Pages | 18 | $1.50 | $27.00 |
| Interactive Real-time | 236 | $1.35 | $318.60 |
| Rough ASCII | 236 | $1.25 | $295.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 1016 | $0.10 | $101.60 |
| Exhibits - OCR Processing | 1016 | $0.15 | $152.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,546.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,601.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102111-99851

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Hotelling, Steven |
| **DATE:** | 10/21/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

Billing Comments / Instructions:

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Nick Kasimatis | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Additional Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $777.50 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $797.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102411-99856

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**    Apple v. Samsung
**DEPOSITION:**    Rohrbach, Matthew
**DATE:**    10/24/2011
**CITY:**    San Francisco
**STATE:**    California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Yvonne Fennelly | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 159 | $3.35 | $532.65 |
| Certified Transcript - Immediate Delivery | 159 | $3.65 | $580.35 |
| Interactive Real-time | 159 | $1.35 | $214.65 |
| Rough ASCII | 159 | $1.25 | $198.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 12 | $0.10 | $1.20 |
| Exhibits - Scanned & Hyperlinked - Color | 75 | $1.50 | $112.50 |
| Exhibits - OCR Processing - Black & White | 12 | $0.15 | $1.80 |
| Exhibits - OCR Processing - Color | 75 | $0.50 | $37.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | SUBTOTAL | | $1,679.40 |
| | SHIPPING & HANDLING | | $55.00 |
| | TOTAL | | $1,734.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102411-99857

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Rohrbach, Matthew
**DATE:** 10/24/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Yvonne Fennelly | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $437.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102511-99860

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Hoellwarth, Quin |
| **DATE:** | 10/25/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 355 | $3.35 | $1,189.25 |
| Certified Transcript - Immediate Delivery | 355 | $3.65 | $1,295.75 |
| Certified Transcript - Evening Pages | 92 | $1.50 | $138.00 |
| Interactive Real-time | 355 | $1.35 | $479.25 |
| Rough ASCII | 355 | $1.25 | $443.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 115 | $0.10 | $11.50 |
| Exhibits - OCR Processing | 115 | $0.15 | $17.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | SUBTOTAL | | $3,574.75 |
| | SHIPPING & HANDLING | | $55.00 |
| | **TOTAL** | | $3,629.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102511-99861

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Hoellwarth, Quin
**DATE:** 10/25/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additional Hours - Evening Rate | 3 | $67.50 | $202.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $957.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $997.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102511-99864

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Ording, Bas
**DATE:**   10/25/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 165 | $3.35 | $552.75 |
| Certified Transcript - Immediate Delivery | 165 | $3.65 | $602.25 |
| Interactive Real-time | 165 | $1.35 | $222.75 |
| Rough ASCII | 165 | $1.25 | $206.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 146 | $0.10 | $14.60 |
| Exhibits - OCR Processing | 146 | $0.15 | $21.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,620.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,675.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102511-99865

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Ording, Bas
**DATE:** 10/25/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102611-99868

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Christensen, Todd
**DATE:** 10/26/2011
**CITY:** Medford
**STATE:** Oregon

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Michelle Lucas | Steve Brown | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 198 | $3.35 | $663.30 |
| Certified Transcript - Immediate Delivery | 198 | $3.65 | $722.70 |
| Interactive Real-time | 198 | $1.35 | $267.30 |
| Rough ASCII | 198 | $1.25 | $247.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 369 | $0.10 | $36.90 |
| Exhibits - OCR Processing | 369 | $0.15 | $55.35 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,993.05 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,048.05 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**