# EXHIBIT A-1

# Part 2



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102611-99869

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Christensen, Todd |
| **DATE:** | 10/26/2011 |
| **CITY:** | Medford |
| **STATE:** | Oregon |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Michelle Lucas | Steve Brown | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102611-99872

Bill To:     Cyndi Knisely
             Morrison & Foerster LLP
             425 Market Street
             San Francisco, CA  94105-2482

CASE:           Apple v. Samsung
DEPOSITION:     Kerr, Duncan
DATE:           10/26/2011
CITY:           Redwood Shores
STATE:          California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Nick Kasimatis | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 82 | $3.35 | $274.70 |
| Certified Transcript - Immediate Delivery | 82 | $3.65 | $299.30 |
| Interactive Real-time | 82 | $1.35 | $110.70 |
| Rough ASCII | 82 | $1.25 | $102.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 161 | $0.10 | $16.10 |
| Exhibits - Scanned & Hyperlinked - Color | 5 | $1.50 | $7.50 |
| Exhibits - OCR Processing - Black & White | 161 | $0.15 | $24.15 |
| Exhibits - OCR Processing - Color | 5 | $0.50 | $2.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $837.45 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $892.45 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/17/2011
**INVOICE #** 102611-99873

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Kerr, Duncan |
| **DATE:** | 10/26/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Nick Kasimatis | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $282.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102611-99878

**Bill To:**     Cyndi Knisely
               Morrison & Foerster LLP
               425 Market Street
               San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**   Andre, Bartley
**DATE:**         10/26/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Yvonne Fennelly | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 34 | $3.35 | $113.90 |
| Certified Transcript - Immediate Delivery | 34 | $3.65 | $124.10 |
| Interactive Real-time | 34 | $1.35 | $45.90 |
| Rough ASCII | 34 | $1.25 | $42.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $326.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $381.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102611-99879

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**   Andre, Bartley
**DATE:**         10/26/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Yvonne Fennelly | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| Certified - MPEG - Rush Delivery and Processing | 1 | $225.00 | $225.00 |
| | | SUBTOTAL | $417.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $457.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102611-99882

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Boule, Andre
**DATE:** 10/26/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 133 | $3.35 | $445.55 |
| Certified Transcript - Immediate Delivery | 133 | $3.65 | $485.45 |
| Interactive Real-time | 133 | $1.35 | $179.55 |
| Rough ASCII | 133 | $1.25 | $166.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 83 | $0.10 | $8.30 |
| Exhibits - OCR Processing | 83 | $0.15 | $12.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,297.55 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,352.55 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102611-99883

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**   Boule, Andre
**DATE:**         10/26/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Jason Kocol | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $370.00 |

Please make all checks payable to: **TSG Reporting, Inc.     Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102611-99886

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Van Os, Marcel |
| **DATE:** | 10/26/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Jake Krohn | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 137 | $3.35 | $458.95 |
| Certified Transcript - Immediate Delivery | 137 | $3.65 | $500.05 |
| Interactive Real-time | 137 | $1.35 | $184.95 |
| Rough ASCII | 137 | $1.25 | $171.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 72 | $0.10 | $7.20 |
| Exhibits - OCR Processing | 72 | $0.15 | $10.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,333.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,388.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102611-99887

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**DEPOSITION:**    Van Os, Marcel
**DATE:**          10/26/2011
**CITY:**          Redwood Shores
**STATE:**         California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Jake Krohn | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $325.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102711-99890

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Forstall, Scott
**DATE:** 10/27/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 228 | $3.35 | $763.80 |
| Certified Transcript - Immediate Delivery | 228 | $3.65 | $832.20 |
| Interactive Real-time | 228 | $1.35 | $307.80 |
| Rough ASCII | 228 | $1.25 | $285.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 126 | $0.10 | $12.60 |
| Exhibits - Scanned & Hyperlinked - Color | 108 | $1.50 | $162.00 |
| Exhibits - OCR Processing - Black & White | 126 | $0.15 | $18.90 |
| Exhibits - OCR Processing - Color | 108 | $0.50 | $54.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,436.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | **TOTAL** | $2,491.30 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102711-99891

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Forstall, Scott
**DATE:** 10/27/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $527.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102711-99894

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Coster, Daniel
**DATE:** 10/27/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Jake Krohn | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 64 | $3.35 | $214.40 |
| Certified Transcript - Immediate Delivery | 64 | $3.65 | $233.60 |
| Interactive Real-time | 64 | $1.35 | $86.40 |
| Rough ASCII | 64 | $1.25 | $80.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 158 | $0.10 | $15.80 |
| Exhibits - OCR Processing | 158 | $0.15 | $23.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $653.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $708.90 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102711-99895

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Coster, Daniel |
| **DATE:** | 10/27/2011 |
| **CITY:** | San Francisco |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Lorrie Marchant | Jake Krohn | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $215.00 |
| | | SHIPPING & HANDLING | $20.00 |
| | | TOTAL | $235.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102711-99898

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Whang, Eugene |
| **DATE:** | 10/27/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Janis Jennings | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 103 | $3.35 | $345.05 |
| Certified Transcript - Immediate Delivery | 103 | $3.65 | $375.95 |
| Interactive Real-time | 103 | $1.35 | $139.05 |
| Rough ASCII | 103 | $1.25 | $128.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 138 | $0.10 | $13.80 |
| Exhibits - OCR Processing | 138 | $0.15 | $20.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,023.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,078.30 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102711-99899

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**            Apple v. Samsung
**DEPOSITION:**   Whang, Eugene
**DATE:**            10/27/2011
**CITY:**            Redwood Shores
**STATE:**           California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Janis Jennings | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | SUBTOTAL | | $350.00 |
| | SHIPPING & HANDLING | | $20.00 |
| | TOTAL | | $370.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102811-99902

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**            Apple v. Samsung
**DEPOSITION:**   Williamson, Richard
**DATE:**            10/28/2011
**CITY:**            Redwood Shores
**STATE:**          California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 172 | $3.35 | $576.20 |
| Certified Transcript - Immediate Delivery | 172 | $3.65 | $627.80 |
| Interactive Real-time | 172 | $1.35 | $232.20 |
| Rough ASCII | 172 | $1.25 | $215.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 114 | $0.10 | $11.40 |
| Exhibits - OCR Processing | 114 | $0.15 | $17.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,679.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,734.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 102811-99903

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Williamson, Richard
**DATE:**   10/28/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Pete Sais | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 103111-99906

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Westerman, Wayne
**DATE:**   10/31/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Alex Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 195 | $3.35 | $653.25 |
| Certified Transcript - Immediate Delivery | 195 | $3.65 | $711.75 |
| Interactive Real-time | 195 | $1.35 | $263.25 |
| Rough ASCII | 195 | $1.25 | $243.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 3280 | $0.10 | $328.00 |
| Exhibits - OCR Processing | 3280 | $0.15 | $492.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,692.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,747.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 103111-99907

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**   Westerman, Wayne
**DATE:**         10/31/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Vaccarezza | Alex Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $575.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $615.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 103111-99910

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**            Apple v. Samsung
**DEPOSITION:**   Howarth, Richard
**DATE:**            10/31/2011
**CITY:**            San Francisco
**STATE:**           California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Cynthia Manning | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 305 | $3.35 | $1,021.75 |
| Certified Transcript - Immediate Delivery | 305 | $3.65 | $1,113.25 |
| Certified Transcript - Evening Pages | 55 | $1.50 | $82.50 |
| Interactive Real-time | 305 | $1.35 | $411.75 |
| Rough ASCII | 305 | $1.25 | $381.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 676 | $1.50 | $1,014.00 |
| Exhibits - OCR Processing - Color | 676 | $0.50 | $338.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $4,362.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $4,417.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 103111-99911

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Howarth, Richard
**DATE:** 10/31/2011
**CITY:** San Francisco
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Cynthia Manning | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videographer - Additional Hours - Evening Rate | 1.5 | $67.50 | $101.25 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $743.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $783.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 110411-99914

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**DEPOSITION:**  Stringer, Christopher
**DATE:**         11/4/2011
**CITY:**         Redwood Shores
**STATE:**        California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Ben Gerald | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 128 | $3.35 | $428.80 |
| Certified Transcript - Immediate Delivery | 128 | $3.65 | $467.20 |
| Interactive Real-time | 128 | $1.35 | $172.80 |
| Rough ASCII | 128 | $1.25 | $160.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 130 | $0.10 | $13.00 |
| Exhibits - Scanned & Hyperlinked - Color | 184 | $1.50 | $276.00 |
| Exhibits - OCR Processing - Black & White | 130 | $0.15 | $19.50 |
| Exhibits - OCR Processing - Color | 184 | $0.50 | $92.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,629.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,684.30 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 110411-99915

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**DEPOSITION:**   Stringer, Christopher
**DATE:**   11/4/2011
**CITY:**   Redwood Shores
**STATE:**   California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Ben Gèrald | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $462.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $502.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 110811-99918

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **DEPOSITION:** | Satzger, Douglas |
| **DATE:** | 11/8/2011 |
| **CITY:** | Redwood Shores |
| **STATE:** | California |

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 105 | $3.35 | $351.75 |
| Certified Transcript - Immediate Delivery | 105 | $3.65 | $383.25 |
| Interactive Real-time | 105 | $1.35 | $141.75 |
| Rough ASCII | 105 | $1.25 | $131.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 44 | $0.10 | $4.40 |
| Exhibits - Scanned & Hyperlinked - Color | 153 | $1.50 | $229.50 |
| Exhibits - OCR Processing - Black & White | 44 | $0.15 | $6.60 |
| Exhibits - OCR Processing - Color | 153 | $0.50 | $76.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,325.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,380.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/21/2011
**INVOICE #** 110811-99919

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Satzger, Douglas
**DATE:** 11/8/2011
**CITY:** Redwood Shores
**STATE:** California

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Andrea Ignacio-Howard | Alan Dias | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/13/2011
**INVOICE #** 102011-103603

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Strickton, Joshua
**DATE:** 10/20/2011
**CITY:** Miami
**STATE:** Florida

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Darline West | Sean Maguire | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 276 | $3.35 | $924.60 |
| Certified Transcript - Immediate Delivery | 276 | $3.65 | $1,007.40 |
| Interactive Real-time | 276 | $1.35 | $372.60 |
| Rough ASCII | 276 | $1.25 | $345.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 207 | $0.10 | $20.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,670.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,725.30 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month,
not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/13/2011
**INVOICE #** 102011-103604

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**DEPOSITION:** Strickton, Joshua
**DATE:** 10/20/2011
**CITY:** Miami
**STATE:** Florida

**Billing Comments / Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Darline West | Sean Maguire | FedEx Overnight | net 30 |

| DESCRIPTION | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $642.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $682.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/28/2011
**INVOICE #** 120111-104007

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Jonathan Ive
**DATE:**  12/1/2011
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 259 | $3.35 | $867.65 |
| Certified Transcript - Immediate Delivery | 259 | $3.65 | $945.35 |
| Certified Transcript - Evening Pages | 49 | $1.50 | $73.50 |
| Interactive Real-time | 259 | $1.35 | $349.65 |
| Rough ASCII | 259 | $1.25 | $323.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 44 | $0.10 | $4.40 |
| Exhibits - Scanned & Hyperlinked - Color | 131 | $1.50 | $196.50 |
| Exhibits - OCR Processing - Black & White | 44 | $0.15 | $6.60 |
| Exhibits - OCR Processing - Color | 131 | $0.50 | $65.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $2,832.90 |
| SHIPPING & HANDLING | | $55.00 |
| TOTAL | | $2,887.90 |

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/28/2011
**INVOICE #** 120111-104008

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Jonathan Ive
**DATE:** 12/1/2011
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additonal Hours - Evening Rate | 1.5 | $67.50 | $101.25 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $856.25 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $896.25 |

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/25/2012
**INVOICE #** 011112-105741

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Bo-Ra Kim
**DATE:** 1/11/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period. Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 120 | $3.35 | $402.00 |
| Original Transcript - Immediate Delivery | 120 | $3.65 | $438.00 |
| Interactive Real-time | 120 | $1.35 | $162.00 |
| Rough ASCII | 120 | $1.25 | $150.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 84 | $0.15 | $12.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 94 | $1.50 | $141.00 |
| Exhibits - OCR Processing - Black & White | 84 | $0.15 | $12.60 |
| Exhibits - OCR Processing - Color | 94 | $0.50 | $47.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,365.20 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,500.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/25/2012
**INVOICE #** 011112-105742

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Bo-Ra Kim
**DATE:**        1/11/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $597.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/25/2012
**INVOICE #** 011112-105745

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Ahyoung Kim
**DATE:** 1/11/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 125 | $3.35 | $418.75 |
| Original Transcript - Immediate Delivery | 125 | $3.65 | $456.25 |
| Interactive Real-time | 125 | $1.35 | $168.75 |
| Rough ASCII | 125 | $1.25 | $156.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 48 | $0.15 | $7.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 178 | $1.50 | $267.00 |
| Exhibits - OCR Processing - Black & White | 48 | $0.15 | $7.20 |
| Exhibits - OCR Processing - Color | 178 | $0.50 | $89.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,570.40 |
| SHIPPING & HANDLING | $135.00 |
| TOTAL | $1,705.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/25/2012
**INVOICE #** 011112-105746

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Ahyoung Kim
**DATE:**        1/11/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $592.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/25/2012
**INVOICE #** 011212-105749

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Wookyun Kho
**DATE:**         1/12/2012
**LOCATION:**     San Francisco, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 140 | $3.35 | $469.00 |
| Original Transcript - Immediate Delivery | 140 | $3.65 | $511.00 |
| Original Transcript - Evening Pages | 24 | $1.50 | $36.00 |
| Interactive Real-time | 140 | $1.35 | $189.00 |
| Rough ASCII | 140 | $1.25 | $175.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Rep App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 101 | $0.15 | $15.15 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| Exhibits - OCR Processing - Black & White | 101 | $0.15 | $15.15 |
| Exhibits - OCR Processing - Color | 1 | $0.50 | $0.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | SUBTOTAL | $1,412.30 |
|---|---|---|
| | SHIPPING & HANDLING | $80.00 |
| | TOTAL | $1,492.30 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/25/2012
**INVOICE #** 011212-105750

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Wookyun Kho
**DATE:**        1/12/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additonal Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011412-105989

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**    Nara Cho
**DATE:**          1/14/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 99 | $3.35 | $331.65 |
| Original Transcript - Immediate Delivery | 99 | $3.65 | $361.35 |
| Original Transcript - Weekend Pages | 99 | $1.50 | $148.50 |
| Interactive Real-time | 99 | $1.35 | $133.65 |
| Rough ASCII | 99 | $1.25 | $123.75 |
| Rep App Fee / Weekend Session - Videotaped - Comp | 2 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 265 | $0.15 | $39.75 |
| Exhibits - OCR Processing - Black & White | 265 | $0.15 | $39.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,178.40 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,313.40 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011412-105990

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Nara Cho
**DATE:**       1/14/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours - Weekend Rate | 1 | $187.50 | $187.50 |
| Videographer - Additional Hours - Weekend Rate | 5 | $67.50 | $337.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $660.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $700.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011412-105993

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Junho Park
**DATE:**  1/14/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 94 | $3.35 | $314.90 |
| Original Transcript - Immediate Delivery | 94 | $3.65 | $343.10 |
| Original Transcript - Weekend Pages | 94 | $1.50 | $141.00 |
| Interactive Real-time | 94 | $1.35 | $126.90 |
| Rough ASCII | 94 | $1.25 | $117.50 |
| Rep App Fee / Weekend Session - Videotaped - Comp | 2 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 79 | $0.15 | $11.85 |
| Exhibits - OCR Processing - Black & White | 79 | $0.15 | $11.85 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,067.10 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,147.10 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011412-105994

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Junho Park
**DATE:**  1/14/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours - Weekend Rate | 1 | $187.50 | $187.50 |
| Videographer - Additional Hours - Weekend Rate | 4.5 | $67.50 | $303.75 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $581.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $621.25 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011912-105999

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**    Synaptics, Inc. - Corp Rep. - Shawn P. Day, Ph.D.
**DATE:**          1/19/2012
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 131 | $3.35 | $438.85 |
| Certified Transcript - Immediate Delivery | 131 | $3.65 | $478.15 |
| Interactive Real-time | 131 | $1.35 | $176.85 |
| Rough ASCII | 131 | $1.25 | $163.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 221 | $0.10 | $22.10 |
| Exhibits - OCR Processing - Black & White | 221 | $0.15 | $33.15 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,312.85 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,367.85 |

Please make all checks payable to: **TSG Reporting, Inc.**          **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011912-106000

**Bill To:**　　Cyndi Knisely
　　　　　　　Morrison & Foerster LLP
　　　　　　　425 Market Street
　　　　　　　San Francisco, CA  94105-2482

**CASE:**　　　Apple v. Samsung
**WITNESS:**　Synaptics, Inc. - Corp Rep. - Shawn P. Day, Ph.D.
**DATE:**　　　1/19/2012
**LOCATION:**　Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $282.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**　　**Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011912-106003

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Cirque Corporation Rep - Richard Woolley
**DATE:**      1/19/2012
**LOCATION:**  Salt Lake City, UT

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 209 | $3.35 | $700.15 |
| Certified Transcript - Immediate Delivery | 209 | $3.65 | $762.85 |
| Interactive Real-time | 209 | $1.35 | $282.15 |
| Rough ASCII | 209 | $1.25 | $261.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 352 | $0.10 | $35.20 |
| Exhibits - Scanned & Hyperlinked - Color | 12 | $1.50 | $18.00 |
| Exhibits - OCR Processing - Black & White | 352 | $0.15 | $52.80 |
| Exhibits - OCR Processing - Color | 12 | $0.50 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,118.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,173.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2012
**INVOICE #** 011912-106004

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Cirque Corporation Rep - Richard Woolley
**DATE:**       1/19/2012
**LOCATION:**   Salt Lake City, UT

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6 | $45.00 | $270.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $530.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $570.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/10/2012
**INVOICE #** 012412-106755

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**    Apple v. Samsung
**WITNESS:**    Timothy Sheppard
**DATE:**    1/24/2012
**LOCATION:**    Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 182 | $3.35 | $609.70 |
| Original Transcript - Immediate Delivery | 182 | $3.65 | $664.30 |
| Interactive Real-time | 182 | $1.35 | $245.70 |
| Rough ASCII | 182 | $1.25 | $227.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 218 | $0.15 | $32.70 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 97 | $1.50 | $145.50 |
| Exhibits - OCR Processing - Black & White | 218 | $0.15 | $32.70 |
| Exhibits - OCR Processing - Color | 97 | $0.50 | $48.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,006.60 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $2,066.60 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/10/2012
**INVOICE #** 012412-106756

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Timothy Sheppard
**DATE:**       1/24/2012
**LOCATION:**   Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $485.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/10/2012
**INVOICE #** 012512-106759

Bill To:   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

CASE:        Apple v. Samsung
WITNESS:   Justin Denison
DATE:        1/25/2012
LOCATION:  Dallas, TX

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 218 | $3.35 | $730.30 |
| Original Transcript - Immediate Delivery | 218 | $3.65 | $795.70 |
| Interactive Real-time | 218 | $1.35 | $294.30 |
| Rough ASCII | 218 | $1.25 | $272.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 391 | $0.15 | $58.65 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 315 | $1.50 | $472.50 |
| Exhibits - OCR Processing - Black & White | 391 | $0.15 | $58.65 |
| Exhibits - OCR Processing - Color | 315 | $0.50 | $157.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,840.10 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $2,925.10 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing; please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/10/2012
**INVOICE #** 012512-106760

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**  Justin Denison
**DATE:**      1/25/2012
**LOCATION:**  Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $642.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $682.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/10/2012
**INVOICE #** 012712-106763

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Brian Rosenberg
**DATE:** 1/27/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**   Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 119 | $3.35 | $398.65 |
| Original Transcript - Immediate Delivery | 119 | $3.65 | $434.35 |
| Interactive Real-time | 119 | $1.35 | $160.65 |
| Rough ASCII | 119 | $1.25 | $148.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 287 | $1.50 | $430.50 |
| Exhibits - OCR Processing - Color | 287 | $0.50 | $143.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,716.40 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $1,826.40 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/10/2012
**INVOICE #** 012712-106764

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Brian Rosenberg
**DATE:**      1/27/2012
**LOCATION:**  Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/13/2012
**INVOICE #** 012712-106983

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Jaegwan Shin
**DATE:**        1/27/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 120 | $3.35 | $402.00 |
| Original Transcript - Immediate Delivery | 120 | $3.65 | $438.00 |
| Interactive Real-time | 120 | $1.35 | $162.00 |
| Rough ASCII | 120 | $1.25 | $150.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 14 | $0.15 | $2.10 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 198 | $1.50 | $297.00 |
| Exhibits - OCR Processing - Black & White | 14 | $0.15 | $2.10 |
| Exhibits - OCR Processing - Color | 198 | $0.50 | $99.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,552.20 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,687.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/13/2012
**INVOICE #** 012712-106984

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Jaegwan Shin
**DATE:**   1/27/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $187.50 | $187.50 |
| Videographer - Additional Hours | 7 | $67.50 | $472.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $795.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $835.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/15/2012 | 2698 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| LK |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case#NDCAL 11cv01846<br>Depositions in Seoul, South Korea<br>Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Lisa Knight) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/2/2012 | JinSoo Kim | 1 | 1,700.00 | 1,700.00 |
| | Overtime (9:00 - 5:41) | 1 | 100.00 | 100.00 |
| | Add'l realtime hookup (Stern) | 1 | 200.00 | 200.00 |
| 2/9/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| | Expedited transcripts (2-day E delivery) | 109 | 4.00 | 436.00 |
| | Searchable .pdf - OCR | 65 | 0.65 | 42.25 |
| | Exhibits hyperlinked to transcript (LEF) | 1 | 50.00 | 50.00 |
| 2/9/2012 | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | 0.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough<br>ASCII, 0&1 certified transcript in condensed format within 14 days,<br>electronic transcript & word index.) | | | |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $4,228.25 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $4,228.25 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2012 | 2703 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| MM |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Apple vs. Samsung, Case#NDCAL 11cv01846<br>Depositions in Seoul, South Korea<br>Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Mike Miller) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/1/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/2/2012 | JungMin Yeo | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Zhang) | 1 | 200.00 | 200.00 |
| 2/6/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/7/2012 | YoungSoon Lee | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Zhang) | 1 | 200.00 | 200.00 |
| 2/8/2012 | HanGil Song | 0.5 | 1,700.00 | 850.00 |
| | Add'l realtime hookup (Stern) | 1 | 200.00 | 200.00 |
| 2/10/2012 | MinKyung Kim | 1 | 1,700.00 | 1,700.00 |
| | Overtime (9:00 - 6:45) | 4 | 100.00 | 400.00 |
| | Add'l realtime hookup (Zhang) | 1 | 200.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough<br>ASCII, 0&1 certified transcript in condensed format within 14 days,<br>electronic transcript & word index.) | | | 0.00 |
| | Expedited transcripts (2-day E delivery) | 336 | 4.00 | 1,344.00 |
| | Searchable .pdf - OCR | 1,559 | 0.65 | 1,013.35 |
| | Exhibits hyperlinked to transcript (LEF) | 4 | 50.00 | 200.00 |

| Subtotal | |
|----------|--|
| Payment/Deposit | |
| **Balance Due** | |

Page 1

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2012 | 2703 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| MM |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
|      | FedEx'd on your account |  | 0.00 | 0.00 |
|      | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU |  |  |  |

| | |
|---|---|
| Subtotal | $13,107.35 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$13,107.35** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2012 | 2705 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| JH |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case#NDCAL 11cv01846<br>Depositions in Seoul, South Korea<br>Ref #10684.263 | | | |
| | | | | |
| | COURT REPORTING SERVICES (Jodi Harmon) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/1/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/2/2012 | Jeeyeun Wang | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Beard) | 1 | 200.00 | 200.00 |
| 2/3/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/6/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/7/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/8/2012 | Sun Young Yi | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Zhang) | 1 | 200.00 | 200.00 |
| 2/9/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/10/2012 | Kihyung Nam | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Monach) | 1 | 200.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough<br>ASCII, 0&1 certified transcript in condensed format within 14 days,<br>electronic transcript & word index.) | | | 0.00 |
| | | | | |
| | Expedited transcripts (2-day E delivery) | 319 | 4.00 | 1,276.00 |
| | Searchable .pdf - OCR | 1,132 | 0.65 | 735.80 |
| | Exhibits hyperlinked to transcript (LEF) | 3 | 50.00 | 150.00 |

| Subtotal | |
|----------|--|
| Payment/Deposit | |
| **Balance Due** | |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2012 | 2705 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| JH |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | FedEx'd on your account | | 0.00 | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|------|------|
| Subtotal | $16,361.80 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$16,361.80** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2012 | 2709 rev |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| Rptr |
|------|
| RJB |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case#NDCAL 11cv01846 | | | |
| | Depositions in Seoul, South Korea | | | |
| | Ref #10684.263 | | | |
| | | | | |
| | VIDEOGRAPHER SERVICES (RJ Buckler) | 0 | 0.00 | 0.00 |
| | Videographer Per Diems - Deposition of: | | | |
| 2/2/2012 | JinSoo Kim | 1 | 1,300.00 | 1,300.00 |
| | Overtime (9:00 - 5:41) | 1 | 90.00 | 90.00 |
| | Digitize/sync transcript to MPEG 1 | 5 | 105.00 | 525.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | FedEx'd on your account (included on invoice 2708) | | 0.00 | 0.00 |
| | | | | |
| | TRAVEL EXPENSES (RJ Buckler) | | | |
| | Airfare | 1 | 1,642.70 | 1,642.70 |
| | Hotel (None) | 0 | 0.00 | 0.00 |
| | Meals/Taxis (None) | 0 | 0.00 | 0.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $3,557.70 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$3,557.70** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2012 | 2710 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| PA |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case#NDCAL 11cv01846<br>Depositions in Seoul, South Korea<br>Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 1/31/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/1/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/2/2012 | JungMin Yeo | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3.25 | 105.00 | 341.25 |
| 2/3/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/6/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/7/2012 | YoungSoon Lee | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 2 | 105.00 | 210.00 |
| 2/8/2012 | HanGil Song | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 3.75 | 105.00 | 393.75 |
| 2/9/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/10/2012 | MinKyung Kim | 1 | 1,300.00 | 1,300.00 |
| | Overtime (9:00 - 6:45) | 4 | 90.00 | 360.00 |
| | Digitize/sync transcript to MPEG 1 | 4.75 | 105.00 | 498.75 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | TRAVEL EXPENSES (PETER AU) | | | |

| Subtotal | |
|----------|---|
| Payment/Deposit | |
| **Balance Due** | |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
| --- | --- |
| 2/22/2012 | 2710 |

| Bill to: |
| --- |
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
| --- |
| PA |

| Date | Description | Qty | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | Flight (RT Hong Kong + overweight baggage) | 1 | 604.00 | 604.00 |
| | Meals/Taxi per diem (9 days) | 9 | 40.00 | 360.00 |
| | Airport transportation | 1 | 169.00 | 169.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
| --- | --- |
| Subtotal | $13,986.75 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$13,986.75** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2012 | 2711 |

| Bill to: |
|----------|
| Morrison & Foerster
425 Market Street
San Francisco, CA 94105 |

| Rptr |
|------|
| YTW |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case#NDCAL 11cv01846
Depositions in Seoul, South Korea
Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 1/31/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/1/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/2/2012 | Jeeyeun Wang | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 4.75 | 105.00 | 498.75 |
| 2/3/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/6/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/7/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/8/2012 | Sun Young Yi | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 5.5 | 105.00 | 577.50 |
| 2/9/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/10/2012 | Kihyung Nam | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 2.5 | 105.00 | 262.50 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | TRAVEL EXPENSES (YIU TONG WU) | | | |
| | Flight (RT Hong Kong + overweight baggage) | 1 | 687.00 | 687.00 |
| | Meals/Taxi per diem (9 days) | 9 | 40.00 | 360.00 |

| Subtotal | |
|----------|--|
| Payment/Deposit | |
| **Balance Due** | |

Page 1

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/22/2012 | 2711 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| YTW |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Airport transportation | 1 | 112.00 | 112.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $14,197.75 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$14,197.75** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# INVOICE

## Western Regional Headquarters

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To: Eric Walters, Esq.
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

| | |
|---|---|
| Invoice #: | CA114643 |
| Invoice Date: | 02/22/2012 |
| Balance Due: | $ 1,225.80 |

Case # :

| | |
|---|---|
| Case: | Apple, Inc. v. Motorola, Inc. |
| Job #: | 134278   |  Job Date: 2/15/2012   |  Delivery:   Normal |
| Billing Atty: | Eric Walters, Esq. |
| Location: | Cooley |
| | 3175 Hanover | Palo Alto, CA 94304 |
| Sched Atty: | Brian C. Cannon, Esq. | Quinn Emanuel Urquhart & Sullivan LLP |

Billing #:

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Mike Matas | Certified Transcript | $1,225.80 |

Notes:

| | |
|---|---|
| Invoice Total | 1,225.80 |
| Payment | |
| Credits | |
| Interest | 0.00 |
| Balance Due | $1,225.80 |

Fed. Tax ID: 20-3132569            Terms: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ LockBox

Credit Card #: _____    Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| Invoice #: | CA114643 |
| Job #: | 134278 |
| Invoice Date: | 02/22/2012 |
| Balance: | $ 1,225.80 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult www.veritext.com/services

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2012 | 2720 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| MG |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, #NDCAL 11cv01846<br>Depositions in Seoul, South Korea<br>Ref #10684.263<br>     COURT REPORTING SERVICES (Melanie Giamarco) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/13/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/14/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/15/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/16/2012 | Gi-Young Lee | 0.5 | 1,700.00 | 850.00 |
| |     Add'l realtime hookup (Zhang) | 1 | 200.00 | 200.00 |
| |     (Per Diem includes attendance fee, one realtime hookup, rough<br>ASCII, 0&1 certified transcript in condensed format within 14 days,<br>electronic transcript & word index.) | | | 0.00 |
| |  Expedited transcripts (2-day E delivery) | 62 | 4.00 | 248.00 |
| | Searchable .pdf - OCR | 66 | 0.65 | 42.90 |
| | Exhibits hyperlinked to transcript (LEF) | 1 | 50.00 | 50.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| |    TRAVEL EXPENSES (Melanie Giamarco) | | | |
| | Flight | 1 | 1,159.50 | 1,159.50 |
| | Flight change fee | 1 | 250.00 | 250.00 |
| | Meals/Taxis (5 days) | 5 | 40.00 | 200.00 |
| |     COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $8,100.40 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $8,100.40 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU



# VIDEO WORKS
## OF VIRGINIA, INC.
www.LawVideoVA.com
Established 1983

Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/27/2012 | 68038 |

| BILL TO | SHIP TO |
|---------|---------|
| Morrison & Foerster LLP<br>2000 Pennsylvania Avenue NW<br>Suite 6000<br>Washington, DC  20006 | Attn:  Anand Viswanathan<br>RE:  Apple v Samsung |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB |
|----------|-------|-----|-----------|----------|-----|
|  | Due on receipt | ron | 2/27/2012 | UPS |  |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Copy depo | Copy of deposition of Randy Copeland taken February 24, 2012 on DVD | 1 | 20.00 | 20.00 |
| Delivery | Shipping Charge | 1 | 10.00 | 10.00 |
|  | Sales Tax |  | 5.00% | 1.00 |

**Total**                    $31.00

Please Remit To:  **Video Works of Virginia, Inc. • 5712 Patterson Avenue • Richmond, Virginia 23226**
**804-282-2003 • Fed I.D. #54-1460412**

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2012 | 2725 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| Rptr |
|------|
| LK |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea | | | |
| | Ref #10684.263 | | | |
| | | | | |
| | COURT REPORTING SERVICES (Lisa Knight) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/13/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/14/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/15/2012 | Byungwook Kim | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Ahn) | 1 | 200.00 | 200.00 |
| 2/16/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | | | | |
| | Expedited transcripts (2-day E delivery) | 53 | 4.00 | 212.00 |
| | Searchable .pdf - OCR | 21 | 0.65 | 13.65 |
| | Exhibits hyperlinked to transcript (LEF) | 1 | 50.00 | 50.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | Meals/Taxis: | 6 | 40.00 | 240.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $7,515.65 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $7,515.65 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2012 | 2728 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| TLS |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Tracey LoCastro) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/13/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/14/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/15/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/16/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/17/2012 | Don-Joo Lee (taken for both NDCAL and ITC 337-796 cases) | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (G. Kim) | 1 | 200.00 | 200.00 |
| | Overtime (9 - 6:24) | 3 | 100.00 | 300.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | | | | |
| | Expedited transcript (2-day E delivery) | 202 | 4.00 | 808.00 |
| | Searchable .pdf - OCR | 875 | 0.65 | 568.75 |
| | Exhibits hyperlinked to transcript (LEF) | 1 | 50.00 | 50.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | Meals/Taxis: | 7 | 40.00 | 280.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $10,706.75 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$10,706.75** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 020112-108359

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Qi Ling
**DATE:**      2/1/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 77 | $3.35 | $257.95 |
| Original Transcript - Immediate Delivery | 77 | $3.65 | $281.05 |
| Interactive Real-time | 77 | $1.35 | $103.95 |
| Rough ASCII | 77 | $1.25 | $96.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 9 | $0.15 | $1.35 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 17 | $1.50 | $25.50 |
| Exhibits - OCR Processing - Black & White | 9 | $0.15 | $1.35 |
| Exhibits - OCR Processing - Color | 17 | $0.50 | $8.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $775.90 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $855.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 020112-108360

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Qi Ling
**DATE:**       2/1/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

|  |  |
|---|---|
| SUBTOTAL | $327.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 020712-108416

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Jonathan Ive cont w/ pg 260
**DATE:** 2/7/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 76 | $3.35 | $254.60 |
| Certified Transcript - Immediate Delivery | 76 | $3.65 | $277.40 |
| Certified Transcript - Evening Pages | 11 | $1.50 | $16.50 |
| Interactive Real-time | 76 | $1.35 | $102.60 |
| Rough ASCII | 76 | $1.25 | $95.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 21 | $0.10 | $2.10 |
| Exhibits - OCR Processing - Black & White | 21 | $0.15 | $3.15 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $751.35 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $766.35 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 020712-108417

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Jonathan Ive cont w/ pg 260
**DATE:**   2/7/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $248.75 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $263.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021012-108365

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   John Ternus
**DATE:**        2/10/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 64 | $3.35 | $214.40 |
| Certified Transcript - Immediate Delivery | 64 | $3.65 | $233.60 |
| Interactive Real-time | 64 | $1.35 | $86.40 |
| Rough ASCII | 64 | $1.25 | $80.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 160 | $0.10 | $16.00 |
| Exhibits - OCR Processing - Black & White | 160 | $0.15 | $24.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $654.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $709.40 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021012-108366

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   John Ternus
**DATE:**   2/10/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $282.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021612-108372

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**  Richard Dinh
**DATE:**      2/16/2012
**LOCATION:**  Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 248 | $3.35 | $830.80 |
| Certified Transcript - Immediate Delivery | 248 | $3.65 | $905.20 |
| Interactive Real-time | 248 | $1.35 | $334.80 |
| Rough ASCII | 248 | $1.25 | $310.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 42 | $0.10 | $4.20 |
| Exhibits - Scanned & Hyperlinked - Color | 13 | $1.50 | $19.50 |
| Exhibits - OCR Processing - Black & White | 42 | $0.15 | $6.30 |
| Exhibits - OCR Processing - Color | 13 | $0.50 | $6.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,417.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,472.30 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021612-108373

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Richard Dinh
**DATE:**       2/16/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021712-108376

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Philip Schiller
**DATE:**        2/17/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 403 | $3.35 | $1,350.05 |
| Certified Transcript - Immediate Delivery | 403 | $3.65 | $1,470.95 |
| Certified Transcript - Evening Pages | 12 | $1.50 | $18.00 |
| Interactive Real-time | 403 | $1.35 | $544.05 |
| Rough ASCII | 403 | $1.25 | $503.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 41 | $0.10 | $4.10 |
| Exhibits - Scanned & Hyperlinked - Color | 136 | $1.50 | $204.00 |
| Exhibits - OCR Processing - Black & White | 41 | $0.15 | $6.15 |
| Exhibits - OCR Processing - Color | 136 | $0.50 | $68.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | SUBTOTAL | $4,169.05 |
|---|---|---|
| | SHIPPING & HANDLING | $55.00 |
| | TOTAL | $4,224.05 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021712-108377

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**    Philip Schiller
**DATE:**        2/17/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $743.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $783.75 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021712-108380

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Dooju Byun
**DATE:** 2/17/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 37 | $3.35 | $123.95 |
| Certified Transcript - Immediate Delivery | 37 | $3.65 | $135.05 |
| Interactive Real-time | 37 | $1.35 | $49.95 |
| Rough ASCII | 37 | $1.25 | $46.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 40 | $0.10 | $4.00 |
| Exhibits - OCR Processing - Black & White | 40 | $0.15 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $365.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $420.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 021712-108381

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Dooju Byun
**DATE:** 2/17/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $282.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 022112-108384

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Stanley Ng
**DATE:** 2/21/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 155 | $3.35 | $519.25 |
| Certified Transcript - Immediate Delivery | 155 | $3.65 | $565.75 |
| Interactive Real-time | 155 | $1.35 | $209.25 |
| Rough ASCII | 155 | $1.25 | $193.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 12 | $0.10 | $1.20 |
| Exhibits - Scanned & Hyperlinked - Color | 73 | $1.50 | $109.50 |
| Exhibits - OCR Processing - Black & White | 12 | $0.15 | $1.80 |
| Exhibits - OCR Processing - Color | 73 | $0.50 | $36.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,637.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,692.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 022112-108385

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Stanley Ng
**DATE:**        2/21/2012
**LOCATION:**    Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $462.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $502.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 022212-108388

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Jared Gosler
**DATE:** 2/22/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 212 | $3.35 | $710.20 |
| Certified Transcript - Immediate Delivery | 212 | $3.65 | $773.80 |
| Interactive Real-time | 212 | $1.35 | $286.20 |
| Rough ASCII | 212 | $1.25 | $265.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 215 | $0.10 | $21.50 |
| Exhibits - Scanned & Hyperlinked - Color | 344 | $1.50 | $516.00 |
| Exhibits - OCR Processing - Black & White | 215 | $0.15 | $32.25 |
| Exhibits - OCR Processing - Color | 344 | $0.50 | $172.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,776.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,831.95 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/29/2012
**INVOICE #** 022212-108389

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Jared Gosler
**DATE:** 2/22/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $592.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/4/2012 | 2734 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| JM |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, #NDCAL 11cv01846<br>Depositions in Seoul, South Korea<br>Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/13/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/14/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/15/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/16/2012 | Gi-Young Lee | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 2.5 | 105.00 | 262.50 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | TRAVEL EXPENSES (Jeff Menton) | | | |
| | Airfare | 1 | 2,133.74 | 2,133.74 |
| | Excess baggage | 1 | 200.00 | 200.00 |
| | Airport transportation | 1 | 50.00 | 50.00 |
| | Meals/Taxis (5 days) | 4 | 40.00 | 160.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $7,356.24 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $7,356.24 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/4/2012 | 2736 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| RJB |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, NDCAL #11cv01846<br>Depositions in Seoul, South Korea<br>Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/13/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/14/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/15/2012 | Byungwook Kim | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 2 | 105.00 | 210.00 |
| 2/16/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $5,570.00 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$5,570.00** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/4/2012 | 2737 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| PA |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/13/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/14/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/15/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/16/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/17/2012 | Don-Joo Lee (taken for both NDCAL and ITC 337-796 cases) | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 7.25 | 105.00 | 761.25 |
| | Overtime (9 - 6:24) | 3 | 90.00 | 270.00 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | | | | |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | Meals/Taxis: | 7 | 40.00 | 280.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $7,811.25 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$7,811.25** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/4/2012 | 2741 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| LK |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Lisa Knight) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/20/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/22/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/23/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/24/2012 | Sangeun Lee | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Ho) | 1 | 200.00 | 200.00 |
| | Expedited transcript (2-day E delivery) | 84 | 4.00 | 336.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough<br>ASCII, 0&1 certified transcript in condensed format within 14 days,<br>electronic transcript & word index.) | | | 0.00 |
| | Searchable .pdf - OCR | 785 | 0.65 | 510.25 |
| | Exhibits hyperlinked to transcript (PDF) | 1 | 50.00 | 50.00 |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $8,096.25 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$8,096.25** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/4/2012 | 2744 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| TLS |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Tracey LoCastro)<br>Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/21/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/22/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/23/2012 | YunJung Lee | 0.5 | 1,700.00 | 850.00 |
| | Add'l realtime hookup (Grant Kim) | 1 | 200.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 42 | 4.00 | 168.00 |
| | Searchable .pdf - OCR | 145 | 0.65 | 94.25 |
| | Exhibits hyperlinked to transcript (PDF) | 1 | 50.00 | 50.00 |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $4,922.25 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $4,922.25 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU



INCORPORATED

**Certified Court Reporters and
Video Conferencing**

3751 Westerre Parkway, Suite D-1
Richmond, Virginia 23233
804.359.1984 – Fax: 804.359.8602
Toll Free: 888.359.1984
Tax ID #54-1290134

---

ANAND VISWANATHAN, ESQUIRE
MORRISON FOERSTER
2000 PENNSYVANIA AVENUE, N.W.
SUITE 6000
WASHINGTON, D.C.  20006

March  5, 2012

Invoice# 12-0925

Balance:   $149.00

Re: APPLE, INC. V. SAMSUNG ELECTRONICS CO., LTD.
    *on* 02/24/12  *Billed* 03/05/12
    *by* LISA M. KULL, RPR

## *Invoicing Information*

Charge Description
COSTS FOR PROVIDING COPY TRANSCRIPT OF THE
DEPOSITION OF RANDY COPELAND; ROUGH PREVIOUSLY
PROVIDED; FINAL E-MAILED; COPY OF EXHIBITS
ENCLOSED

1.50% per month on unpaid balance

P l e a s e   R e m i t   - - - >   Total Due:   $149.00

*PLEASE RETURN COPY OF INVOICE WITH PAYMENT.
THIS INVOICE BECOMES DUE AND PAYABLE IN 30 DAYS.*



# VIDEO WORKS
## OF VIRGINIA, INC.
www.LawVideoVA.com
E s t a b l i s h e d   1 9 8 3

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/8/2012 | 68085 |

| BILL TO | SHIP TO |
|---------|---------|
| Morrison & Foerster<br>425 Market Streete<br>San Francisco, CA  94105-2482 | Attn:  Cyndi Knisely<br>RE:  Apple v Samsung |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB |
|----------|-------|-----|-----------|----------|-----|
|  | Due on receipt | JRA | 3/8/2012 | UPS |  |

| ITEM | DESCRIPTION | QTY | RATE. | AMOUNT |
|------|-------------|-----|-------|--------|
| MPG1 | Create MPG1 from videotape $40 per hour or portion thereof - deposition of Randy Copeland | 1 | 40.00 | 40.00 |
| Synch | Synchronize Video with Transcript - $20 per 60  minute increment of deposition | 1 | 20.00 | 20.00 |
| Data DVD | Data DVD of all Synch files | 1 | 20.00 | 20.00 |
| Delivery | Shipping Charge - 2 Day Air | 1 | 35.00 | 35.00 |
|  | Sales Tax |  | 5.00% | 4.00 |

**Total**  $119.00

Please Remit To:  **Video Works of Virginia, Inc. • 5712 Patterson Avenue • Richmond, Virginia 23226**
**804-282-2003 • Fed I.D. #54-1460412**

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

RECEIVED
MAR 1 5 2012
HECTOR G. GALLEGOS

**Bill To:** Hector G. Gallegos
Morrison & Foerster
555 W 5th St
Ste 3500
Los Angeles, CA 90013-1024

**Invoice #:** CA117433
**Invoice Date:** 03/08/2012
**Balance Due:** $ 830.65

| Case: | Apple, Inc. v. Samsung. | Charge to | Billing #: 10684/263 USD. code |
|---|---|---|---|
| Job #: | 137092 | Job Date: 02/29/2012 | Delivery: Expedited | Approved | Pers. # 1560 |
| Location: | Quinn Emanuel | Vendor # | Date | By |
| | 865 S. Figueroa Street | 10th fl. | Los Angeles, CA 90017 | Pay date | Terms code |
| | | Batch # | Date | By |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Owen Kwon | Certified Transcript | Page | 85.00 | $6.27 | $532.95 |
| | | Exhibits - hard copy, scanned (B/W) | per page | 132.00 | $0.65 | $85.80 |
| | | Transcript - Rough ASCII | Page | 73.00 | $1.30 | $94.90 |
| | | CD Depo | Per CD | 1.00 | $39.00 | $39.00 |
| | | Production & Handling | | 1.00 | $50.00 | $50.00 |
| | | Delivery | Package | 1.00 | $28.00 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $830.65 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $830.65 |

Fed. Tax ID: 20-3132569          Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: Veritext
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #_____ Exp. Date_____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** CA117433
**Job #:** 137092
**Invoice Date:** 03/08/2012
**Balance:** $830.65

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult: www.Veritext.com/services

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/9/2012 | 2765 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| Rptr |
|------|
| WKI |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | | | | |
| | VIDEOGRAPHER SERVICES | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/20/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/22/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/23/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/24/2012 | Sangeun Lee | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3 | 105.00 | 315.00 |
| | | | | |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | | | | |
| 3/5/2012 | FedEx'd on your account | 0 | 0.00 | 0.00 |
| | | | | |
| | TRAVEL EXPENSES: | | | |
| | RT flight from Hong Kong | 1 | 521.00 | 521.00 |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $6,236.00 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$6,236.00** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/9/2012 | 2767 |

| Bill to: |
|----------|
| Morrison & Foerster
425 Market Street
San Francisco, CA 94105 |

| Rptr |
|------|
| WKI |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846
Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/21/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/22/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/23/2012 | YunJung Lee | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 1.75 | 105.00 | 183.75 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| 3/5/2012 | FedEx'd on your account | | 0.00 | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY
PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|------|------|
| Subtotal | $3,593.75 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $3,593.75 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU