# EXHIBIT A-1

# Part 3

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/16/2012 | 2781 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| LK |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Lisa Knight) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/28/2012 | DongSub Kim | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Kramer + terp) | 1 | 200.00 | 200.00 |
| 2/29/2012 | HeonSeok Lee | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Kramer + terp) | 1 | 200.00 | 200.00 |
| 3/1/2012 | SungSik Lee | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Kramer + terp) | 1 | 200.00 | 200.00 |
| 3/2/2012 | MinCheol Schin | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Kramer + terp) | 1 | 200.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 389 | 4.00 | 1,556.00 |
| | Searchable .pdf - OCR | 3,464 | 0.65 | 2,251.60 |
| | Exhibits hyperlinked to transcript (PDF) | 4 | 50.00 | 200.00 |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |

| | |
|--|--|
| Subtotal | |
| Payment/Deposit | |
| **Balance Due** | |

Page 1

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/16/2012 | 2781 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| LK |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |
| | | | Subtotal | $11,807.60 |
| | | | Payment/Deposit | $0.00 |
| | | | **Balance Due** | $11,807.60 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
# 4400 N. Federal Highway, Suite 210
# Boca Raton, Florida 33431
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/16/2012 | 2782 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| TLS |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | | | | |
| | COURT REPORTING SERVICES (Tracey LoCastro) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/27/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 2/28/2012 | Seung Hun Yoo | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Grant Kim + terp) | 1 | 200.00 | 200.00 |
| 2/29/2012 | Hyoung Shin Park | 0.5 | 1,700.00 | 850.00 |
| 2/29/2012 | Daewoon Myoung | 0.5 | 1,700.00 | 850.00 |
| | Add'l realtime hookup (Ho + terp) | 1 | 200.00 | 200.00 |
| 3/2/2012 | SeogGuen Kim - Vol 2 | | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Grant Kim + terp) | 1 | 200.00 | 200.00 |
| | | | | |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | | | | |
| | Expedited transcript (2-day E delivery) | 265 | 4.00 | 1,060.00 |
| | Searchable .pdf - OCR | 1,860 | 0.65 | 1,209.00 |
| | Exhibits hyperlinked to transcript (PDF) | 4 | 50.00 | 200.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | TRAVEL EXPENSES (Tracey LoCastro) | | | |

| Subtotal | |
|----------|--|
| Payment/Deposit | |
| **Balance Due** | |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/16/2012 | 2782 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| TLS |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | RT Airfare | 1 | 2,528.70 | 2,528.70 |
| | Change fee | 1 | 250.00 | 250.00 |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $12,847.70 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$12,847.70** |

Page 2

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/16/2012 | 2784 |

| Bill to: |
|---|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| Rptr |
|------|
| MM |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Mike Miller) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/29/2012 | Seog Geun Kim - Vol 1 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Grant Kim + terp) | 1 | 200.00 | 200.00 |
| 3/1/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/2/2012 | MinHyouk Lee | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Stern + terp) | 1 | 200.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | | | | |
| | Expedited transcript (2-day E delivery) | 240 | 4.00 | 960.00 |
| | Searchable .pdf - OCR | 1,428 | 0.65 | 928.20 |
| | Exhibits hyperlinked to transcript (PDF) | 2 | 50.00 | 100.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | TRAVEL EXPENSES (Mike Miller) | | | |
| | RT Airfare | 1 | 1,439.00 | 1,439.00 |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| | Airport transportation | 1 | 80.65 | 80.65 |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $9,167.85 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $9,167.85 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2802 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| MF |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES (Mark Friedman) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/28/2012 | DongSub Kim | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3 | 105.00 | 315.00 |
| 2/29/2012 | HeonSeok Lee | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 5 | 105.00 | 525.00 |
| 3/1/2012 | SungSik Lee | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 4.75 | 105.00 | 498.75 |
| 3/2/2012 | MinCheol Schin | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 2 | 105.00 | 210.00 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $6,948.75 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $6,948.75 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2804 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| WKI |
|-----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | | | | |
| | VIDEOGRAPHER SERVICES (Wah Kit Ip) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/27/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 2/28/2012 | Seung Hun Yoo | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3.25 | 105.00 | 341.25 |
| 2/29/2012 | Hyoung Shin Park | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 2.5 | 105.00 | 262.50 |
| 2/29/2012 | Daewoon Myoung | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 1.75 | 105.00 | 183.75 |
| 3/2/2012 | SeogGuen Kim - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3.75 | 105.00 | 393.75 |
| | | | | |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | | | | |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $6,581.25 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $6,581.25 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2807 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| IK |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES (Inga Korev) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 2/29/2012 | Seog Geun Kim - Vol 1 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 5.5 | 105.00 | 577.50 |
| 3/1/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/2/2012 | MinHyouk Lee | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 5 | 105.00 | 525.00 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | TRAVEL EXPENSES | | | |
| | Airfare | 1 | 923.00 | 923.00 |
| | Meals/Taxis | 4 | 40.00 | 160.00 |
| | Airport transportation | 1 | 80.65 | 80.65 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $6,166.15 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$6,166.15** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2810 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| MM |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| |    COURT REPORTING SERVICES (Mike Miller) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/3/2012 | Sehyun Kim | 1 | 1,700.00 | 1,700.00 |
| |   Add'l realtime hookup (Llewellyn + terp) | 1 | 200.00 | 200.00 |
| 3/5/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/8/2012 | Hansoo Jung | 0.5 | 1,700.00 | 850.00 |
| 3/8/2012 | Kiwon Lee | 0.5 | 1,700.00 | 850.00 |
| |   Add'l realtime hookup (Kramer + terp) | 1 | 200.00 | 200.00 |
| |   (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | | | | |
| | Expedited transcript (2-day E delivery) | 74 | 4.00 | 296.00 |
| | Searchable .pdf - OCR | 60 | 0.65 | 39.00 |
| | Exhibits hyperlinked to transcript (PDF) | 2 | 50.00 | 100.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| | | | | |
| |   COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $6,095.00 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$6,095.00** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2812 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| Rptr |
|------|
| TLS |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Tracey LoCastro) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/4/2012 | Wookyun Kho - Vol 2 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Ahn, S. Kim + terp) | 2 | 200.00 | 400.00 |
| 3/5/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/6/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/7/2012 | Dong Hoon Chang | 1 | 1,700.00 | 1,700.00 |
| | Overtime (9:00 - 8:39) | 7 | 100.00 | 700.00 |
| | Add'l realtime hookup (Overson + terp) | 1 | 200.00 | 200.00 |
| 3/8/2012 | Joon-Il Choi | 0.5 | 1,700.00 | 850.00 |
| 3/8/2012 | Kyu Hyuk Lee | 0.5 | 1,700.00 | 850.00 |
| | Add'l realtime hookup (Overson + terp) | 1 | 200.00 | 200.00 |
| | Overtime (9:00 - 5:30) | 1 | 100.00 | 100.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 389 | 4.00 | 1,556.00 |
| | Searchable .pdf - OCR | 924 | 0.65 | 600.60 |
| | Exhibits hyperlinked to transcript (PDF) | 4 | 50.00 | 200.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | Meals/Taxis: | 6 | 40.00 | 240.00 |

| Subtotal | |
|----------|--|
| Payment/Deposit | |
| **Balance Due** | |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2812 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| TLS |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $12,696.60 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $12,696.60 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2815 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| Rptr |
|------|
| MG |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Melanie Giamarco) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/5/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/6/2012 | Hyejung Lee | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookups (Kramer, Kim + terp) | 2 | 200.00 | 400.00 |
| 3/7/2012 | Seung Yun Lee | 0.5 | 1,700.00 | 850.00 |
| | Seong Hee Hwang | 0.5 | 1,700.00 | 850.00 |
| | Add'l realtime hookups (Ahn + terp) | 1 | 200.00 | 200.00 |
| 3/8/2012 | Oh Chae Kwon | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Llewellyn + terp) | 1 | 200.00 | 200.00 |
| 3/10/2012 | Jaehwang Sim | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Olson + terp) | 1 | 200.00 | 200.00 |
| | Overtime (9:00 - 8:34) | 7 | 100.00 | 700.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough | | | 0.00 |
| | ASCII, 0&1 certified transcript in condensed format within 14 days, | | | |
| | electronic transcript & word index.) | | | |
| | | | | |
| | Expedited transcript (2-day E delivery) | 449 | 4.00 | 1,796.00 |
| | Searchable .pdf - OCR | 1,983 | 0.65 | 1,288.95 |
| | Exhibits hyperlinked to transcript (PDF) | 5 | 50.00 | 250.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | Meals/Taxis: | 6 | 40.00 | 240.00 |

| Subtotal | |
|----------|--|
| Payment/Deposit | |
| **Balance Due** | |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2815 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| MG |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $13,774.95 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$13,774.95** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2817 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| Rptr |
|------|
| DZ |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684/263 | | | |
| | COURT REPORTING SERVICES (Dennis Zambataro)<br>Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/6/2012 | Hyun Goo Woo | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookups (Ahn + terp) | 1 | 200.00 | 200.00 |
| 3/7/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 61 | 4.00 | 244.00 |
| | Searchable .pdf - OCR | 215 | 0.65 | 139.75 |
| | Exhibits hyperlinked to transcript (PDF) | 1 | 50.00 | 50.00 |
| | Meals/Taxis | 3 | 40.00 | 120.00 |
| | FedEx'd on your account | | | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $4,153.75 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$4,153.75** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2819 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| Rptr |
|------|
| JH |

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Jodi Harmon) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/5/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/6/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/7/2012 | Min Suk Kim | 0.5 | 1,700.00 | 850.00 |
| 3/7/2012 | In Tae Kim | 0.5 | 1,700.00 | 850.00 |
| | Add'l realtime hookup (Park/Llewellyn + terp) | 1 | 200.00 | 200.00 |
| 3/8/2012 | Jong Dae Park | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Ahn + terp) | 1 | 200.00 | 200.00 |
| 3/9/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, O&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 204 | 4.00 | 816.00 |
| | Searchable .pdf - OCR | 572 | 0.65 | 371.80 |
| | Exhibits hyperlinked to transcript (PDF) | 3 | 50.00 | 150.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | Meals/Taxis: | 6 | 40.00 | 240.00 |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $10,477.80 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$10,477.80** |

# American Realtime Court Reporters
## 4400 N. Federal Highway, Suite 210
## Boca Raton, Florida 33431

Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2832 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| PH |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEOGRAPHER  SERVICES    (Paul Heischer) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/3/2012 | Sehyun Kim | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3.75 | 105.00 | 393.75 |
| 3/5/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/8/2012 | Hansoo Jung | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 2.25 | 105.00 | 236.25 |
| 3/8/2012 | Kiwon Lee | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 3.5 | 105.00 | 367.50 |
| | | | | |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | | | | |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $5,057.50 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$5,057.50** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
| --- | --- |
| 3/17/2012 | 2834 |

| Bill to: |
| --- |
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| IK |
| --- |

| Date | Description | Qty | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | | | | |
| | VIDEOGRAPHER SERVICES (Inga Korev) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/4/2012 | Wookyun Kho - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 4.25 | 105.00 | 446.25 |
| 3/5/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/6/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/7/2012 | Dong Hoon Chang | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 8.75 | 105.00 | 918.75 |
| 3/8/2012 | Joon-Il Choi | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 2 | 105.00 | 210.00 |
| 3/8/2012 | Kyu Hyuk Lee | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 1.75 | 105.00 | 183.75 |
| | Overtime (9:00 - 5:30) | 1 | 90.00 | 90.00 |
| | | | | |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | Meals/Taxis: | 6 | 40.00 | 240.00 |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $8,588.75 |
| --- | --- |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$8,588.75** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
## 4400 N. Federal Highway, Suite 210
## Boca Raton, Florida 33431
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2837 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| MF |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES (Mark Friedman) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/5/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/6/2012 | Hyejung Lee | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 2.75 | 105.00 | 288.75 |
| 3/7/2012 | Seung Yun Lee | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 3.25 | 105.00 | 341.25 |
| 3/7/2012 | Seong Hee Hwang | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 2 | 105.00 | 210.00 |
| 3/8/2012 | Oh Chae Kwon | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 2.25 | 105.00 | 236.25 |
| 3/10/2012 | Jaehwang Sim | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 8.5 | 105.00 | 892.50 |
| | Overtime (9:00 - 8:34) | 7 | 90.00 | 630.00 |
| | | | | |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | Meals/Taxis: | 6 | 40.00 | 240.00 |
| | Airpot transportation: | 1 | 185.40 | 185.40 |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $9,524.15 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$9,524.15** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2839 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| PH |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684/263 | | | |
| | | | | |
| | VIDEOGRAPHER SERVICES (Paul Hischier) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/6/2012 | Hyun Goo Woo | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 2.5 | 105.00 | 262.50 |
| 3/7/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| | | | | |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | | | | |
| | Meals/Taxis | 3 | 40.00 | 120.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|--|--|
| Subtotal | $2,982.50 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$2,982.50** |

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/17/2012 | 2841 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| PA |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEOGRAPHER SERVICES (Peter Au) | | | |
| | Videographerr Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/5/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/6/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/7/2012 | Min Suk Kim | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 1.75 | 105.00 | 183.75 |
| 3/7/2012 | In Tae Kim | 0.5 | 1,300.00 | 650.00 |
| | Digitize/sync transcript to MPEG 1 | 1.25 | 105.00 | 131.25 |
| 3/8/2012 | Jong Dae Park | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 4.5 | 105.00 | 472.50 |
| 3/9/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | Meals/Taxis: | 6 | 40.00 | 240.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $7,527.50 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$7,527.50** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# MERRILL CORPORATION
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20114857 | 03/19/2012 | 2007-441738 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/02/2012 | HUSE | 11-CV-01846-L |

**CASE CAPTION**

Apple Inc. Vs. Samsung Electronics Co., LTD. et al

**TERMS**

Immediate, sold FOB Merrill facility

Anand Viswanathan
Morrison & Foerster
2000 Pennsylvania Avenue
Suite 5500
Washington, DC 20006-1888

---

3-DAY EXPEDITED COPY AND WORD INDEX OF THE DEPOSITION OF:

| | | | |
|---|---|---|---|
| Arthur Lee Hill, IV | 186 Pages @ | 5.10/Page | 948.60 |
| EXHIBITS | 311 Pages @ | .70/Page | 217.70 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 30.00 |
| Delivery | | | 30.00 |
| Unedited ASCII (RT) | 163.00 Pages @ | 1.85/Page | 301.55 |
| Interactive Realtime | 163.00 Pages @ | 1.85/Page | 301.55 |
| Color Copies | 547.00 Pages @ | 1.50/Page | 820.50 |

|  |  |
|---|---|
| TOTAL   DUE   >>>> | 2,694.90 |
| AFTER 4/18/2012 PAY | 2,829.65 |

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382                                     (202) 887-1500    Fax (202) 887-6763

*Please detach bottom portion and return with payment.*

Anand Viswanathan
Morrison & Foerster
2000 Pennsylvania Avenue
Suite 5500
Washington, DC 20006-1888

Invoice No.:  20114857
Date     :  03/19/2012
**TOTAL DUE :   2,694.90**
AFTER 4/18/2012 PAY : 2,829.65

Job No.   :  2007-441738
Case No.  :  11-CV-01846-LHK (PSG)
Apple Inc. Vs. Samsung Electronics C

Remit To:   LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

# MERRILL CORPORATION

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20114951 | 03/19/2012 | 2005-441862 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/08/2012 | LSD | 11-CV-01846-L |

**CASE CAPTION**

Apple Inc. Vs. Samsung Electronics Co., LTD. et al

**TERMS**

Immediate, sold FOB Merrill facility

Tysone Marshall
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Taichi Takayanagi | 62 Pages @ | 3.50/Page | 217.00 |
| EXHIBITS | 477 Pages @ | .70/Page | 333.90 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 30.00 |
| Delivery | | | 30.00 |
| Color Copies | 134.00 Pages @ | 1.50/Page | 201.00 |

TOTAL DUE  >>>>   856.90

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382                                             (858) 720-5100

*Please detach bottom portion and return with payment.*

Tysone Marshall
Morrison & Foerster
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

| | | |
|---|---|---|
| Invoice No.: | 20114951 |
| Date : | 03/19/2012 |
| **TOTAL DUE** : | 856.90 |

| | | |
|---|---|---|
| Job No. : | 2005-441862 |
| Case No. : | 11-CV-01846-LHK (PSG) |
| Apple Inc. Vs. Samsung Electronics C |

Remit To:   LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

RECEIVED

**MAR 26 2012**

**HECTOR G. GALLEGOS**

Bill To: Hector G. Gallegos
Morrison & Foerster
555 W 5th St
Ste 3500
Los Angeles, CA 90013-1024

| | |
|---|---|
| **Invoice #:** | CA119086 |
| **Invoice Date:** | 03/19/2012 |
| **Balance Due:** | $ 190.50 |

| | |
|---|---|
| **Case:** | Apple, Inc. v. Samsung |
| **Job #:** | 137092   \|   Job Date: 02/29/2012   \|   Delivery:   Expedited |
| **Location:** | Quinn Emanuel<br>865 S. Figueroa Street \| 10th fl. \| Los Angeles, CA 90017 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Owen Kwon | Video - transcript synchronization | Per hour | 1.50 | $75.00 | $112.50 |
| | | Linking Fee | | 1.00 | $50.00 | $50.00 |
| | | Shipping & handling | Package | 1.00 | $28.00 | $28.00 |

**Notes:**
20634/263

| | |
|---|---|
| **Invoice Total:** | $190.50 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $190.50 |

Fed. Tax ID: 20-3132569          Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, reasonable attorney's fees. Contact us to correct payment. No adjustments or refunds will be made after 90 days.

Charge to _____ Expense Code _____
Approved _____  Pers. # _____
Vendor # _____ Date _____ By _____
Pay date _____ Terms code _____
Batch # _____ Date _____ By _____

**Please tear off stub and return with payment.**

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | CA119086 |
| **Job #:** | 137092 |
| **Invoice Date:** | 03/19/2012 |
| **Balance** | $190.50 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult www.veritext.com/serviceinfo

**MERRILL CORPORATION**

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20115021 | 03/27/2012 | 2005-441769 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/08/2012 | LCH | 11-CV-01846-L |

CASE CAPTION

Eugene Illovsky
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

Apple Inc. Vs. Samsung (Certain Electronic Digital Media)

TERMS

Immediate, sold FOB Merrill facility

```
CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:
   Katherine Fargo                   88 Pages @      3.50/Page     308.00
        EXHIBITS                    135 Pages @       .70/Page      94.50
        Total Transcript I                                          45.00
        Production and Handling                                     30.00
        Unedited ASCII (RT)          76.00 Pages @    1.50/Page    114.00
        Color Copies                611.00 Pages @    1.50/Page    916.50
CERTIFIED COPY AND WORD INDEX OF THE TRANSCRIPT OF:
   Wayne Bantner                     92 Pages @      3.50/Page     322.00
        Total Transcript I                                          45.00
        Production and Handling                                     30.00
        Delivery Local - Regular                                    30.00
        Unedited ASCII (RT)          81.00 Pages @    1.50/Page    121.50

                            TOTAL DUE   >>>>           2,056.50
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382                                    (650) 813-5600

*Please detach bottom portion and return with payment.*

Eugene Illovsky
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

```
Invoice No.:  20115021
Date       :  03/27/2012
TOTAL DUE  :  2,056.50


Job No.    :  2005-441769
Case No.   :  11-CV-01846-LHK (PSG)
Apple Inc. Vs. Samsung (Certain Elec
```

Remit To:    LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022212-109315

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**     Timothy Benner
**DATE:**          2/22/2012
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 172 | $3.35 | $576.20 |
| Original Transcript - Immediate Delivery | 172 | $3.65 | $627.80 |
| Interactive Real-time | 172 | $1.35 | $232.20 |
| Rough ASCII | 172 | $1.25 | $215.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 2644 | $0.15 | $396.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| Exhibits - OCR Processing - Black & White | 2644 | $0.15 | $396.60 |
| Exhibits - OCR Processing - Color | 2 | $0.50 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,448.40 |
| | | SHIPPING & HANDLING | $165.00 |
| | | TOTAL | $2,613.40 |

Please make all checks payable to: **TSG Reporting, Inc.**          **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022212-109316

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Timothy Benner
**DATE:**      2/22/2012
**LOCATION:**  Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022112-109313

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**  Michael Tchao
**DATE:**        2/21/2012
**LOCATION:**  Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 224 | $3.35 | $750.40 |
| Certified Transcript - Immediate Delivery | 224 | $3.65 | $817.60 |
| Interactive Real-time | 224 | $1.35 | $302.40 |
| Rough ASCII | 224 | $1.25 | $280.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 175 | $0.10 | $17.50 |
| Exhibits - Scanned & Hyperlinked - Color | 1319 | $1.50 | $1,978.50 |
| Exhibits - OCR Processing - Black & White | 175 | $0.15 | $26.25 |
| Exhibits - OCR Processing - Color | 1319 | $0.50 | $659.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $4,832.15 |
|  | | SHIPPING & HANDLING | $55.00 |
|  | | TOTAL | $4,887.15 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022112-109314

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Michael Tchao
**DATE:**        2/21/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | SUBTOTAL | | $665.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022312-109455

Bill To:   Cyndi Knisely
           Morrison & Foerster LLP
           425 Market Street
           San Francisco, CA  94105-2482

CASE:      Apple v. Samsung
WITNESS:   Mark Buckley
DATE:      2/23/2012
LOCATION:  Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 252 | $2.85 | $718.20 |
| Certified Transcript - Immediate Delivery | 252 | $2.85 | $718.20 |
| Certified Transcript - Evening Pages | 15 | $1.50 | $22.50 |
| Interactive Real-time | 252 | $1.35 | $340.20 |
| Rough ASCII | 252 | $1.25 | $315.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 210 | $0.10 | $21.00 |
| Exhibits - Scanned & Hyperlinked - Color | 245 | $1.50 | $367.50 |
| Exhibits - OCR Processing - Black & White | 210 | $0.15 | $31.50 |
| Exhibits - OCR Processing - Color | 245 | $0.50 | $122.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $2,656.60 |
| | SHIPPING & HANDLING | $55.00 |
| | TOTAL | $2,711.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022312-109456

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Mark Buckley
**DATE:**   2/23/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $653.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $693.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022412-109321

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**    Eric Jue
**DATE:**          2/24/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 237 | $3.35 | $793.95 |
| Certified Transcript - Immediate Delivery | 237 | $3.65 | $865.05 |
| Interactive Real-time | 237 | $1.35 | $319.95 |
| Rough ASCII | 237 | $1.25 | $296.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 48 | $0.10 | $4.80 |
| Exhibits - Scanned & Hyperlinked - Color | 408 | $1.50 | $612.00 |
| Exhibits - OCR Processing - Black & White | 48 | $0.15 | $7.20 |
| Exhibits - OCR Processing - Color | 408 | $0.50 | $204.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,103.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,158.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022412-109322

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Eric Jue
**DATE:**        2/24/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $575.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $615.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109325

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Mark Lee
**DATE:**      2/28/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 149 | $3.35 | $499.15 |
| Certified Transcript - Immediate Delivery | 149 | $3.65 | $543.85 |
| Interactive Real-time | 149 | $1.35 | $201.15 |
| Rough ASCII | 149 | $1.25 | $186.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 3 | $0.10 | $0.30 |
| Exhibits - Scanned & Hyperlinked - Color | 172 | $1.50 | $258.00 |
| Exhibits - OCR Processing - Black & White | 3 | $0.15 | $0.45 |
| Exhibits - OCR Processing - Color | 172 | $0.50 | $86.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,775.15 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,830.15 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109326

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Mark Lee
**DATE:** 2/28/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109329

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Suzanne Lindberg
**DATE:**  2/28/2012
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 117 | $3.35 | $391.95 |
| Certified Transcript - Immediate Delivery | 117 | $3.65 | $427.05 |
| Interactive Real-time | 117 | $1.35 | $157.95 |
| Rough ASCII | 117 | $1.25 | $146.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 22 | $0.10 | $2.20 |
| Exhibits - Scanned & Hyperlinked - Color | 187 | $1.50 | $280.50 |
| Exhibits - OCR Processing - Black & White | 22 | $0.15 | $3.30 |
| Exhibits - OCR Processing - Color | 187 | $0.50 | $93.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,502.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,557.70 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109330

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Suzanne Lindberg
**DATE:**        2/28/2012
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $282.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109333

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Phil Hobson
**DATE:**        2/28/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 219 | $3.35 | $733.65 |
| Certified Transcript - Immediate Delivery | 219 | $3.65 | $799.35 |
| Interactive Real-time | 219 | $1.35 | $295.65 |
| Rough ASCII | 219 | $1.25 | $273.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 70 | $0.10 | $7.00 |
| Exhibits - Scanned & Hyperlinked - Color | 102 | $1.50 | $153.00 |
| Exhibits - OCR Processing - Black & White | 70 | $0.15 | $10.50 |
| Exhibits - OCR Processing - Color | 102 | $0.50 | $51.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,323.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,378.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109334

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Phil Hobson
**DATE:**      2/28/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
|  |  | SUBTOTAL | $665.00 |
|  |  | SHIPPING & HANDLING | $40.00 |
|  |  | TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109337

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Appie v. Samsung
**WITNESS:**  Tamara Whiteside
**DATE:**  2/28/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 292 | $3.35 | $978.20 |
| Certified Transcript - Immediate Delivery | 292 | $3.65 | $1,065.80 |
| Interactive Real-time | 292 | $1.35 | $394.20 |
| Rough ASCII | 292 | $1.25 | $365.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 48 | $0.10 | $4.80 |
| Exhibits - Scanned & Hyperlinked - Color | 51 | $1.50 | $76.50 |
| Exhibits - OCR Processing - Black & White | 48 | $0.15 | $7.20 |
| Exhibits - OCR Processing - Color | 51 | $0.50 | $25.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,917.20 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $2,972.20 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022812-109338

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Tamara Whiteside
**DATE:**         2/28/2012
**LOCATION:**     Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109341

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Fletcher Rothkopf
**DATE:**       2/29/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 232 | $3.35 | $777.20 |
| Certified Transcript - Immediate Delivery | 232 | $3.65 | $846.80 |
| Interactive Real-time | 232 | $1.35 | $313.20 |
| Rough ASCII | 232 | $1.25 | $290.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 28 | $0.10 | $2.80 |
| Exhibits - Scanned & Hyperlinked - Color | 261 | $1.50 | $391.50 |
| Exhibits - OCR Processing - Black & White | 28 | $0.15 | $4.20 |
| Exhibits - OCR Processing - Color | 261 | $0.50 | $130.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,756.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,811.20 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109342

Bill To:     Cyndi Knisely
             Morrison & Foerster LLP
             425 Market Street
             San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Fletcher Rothkopf
**DATE:**        2/29/2012
**LOCATION:**    Redwood Shores, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | SUBTOTAL | | $665.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109343

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Corey Kerstetter
**DATE:** 2/29/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 44 | $3.35 | $147.40 |
| Original Transcript - Immediate Delivery | 44 | $3.65 | $160.60 |
| Interactive Real-time | 44 | $1.35 | $59.40 |
| Rough ASCII | 44 | $1.25 | $55.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 4 | $0.15 | $0.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 15 | $1.50 | $22.50 |
| Exhibits - OCR Processing - Black & White | 4 | $0.15 | $0.60 |
| Exhibits - OCR Processing - Color | 15 | $0.50 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $453.60 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $533.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109344

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Corey Kerstetter
**DATE:** 2/29/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109347

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   DongSeok Ryu
**DATE:**      2/29/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 94 | $3.35 | $314.90 |
| Original Transcript - Immediate Delivery | 94 | $3.65 | $343.10 |
| Interactive Real-time (2) | 188 | $1.35 | $253.80 |
| Rough ASCII | 94 | $1.25 | $117.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 407 | $0.15 | $61.05 |
| Exhibits - OCR Processing - Black & White | 407 | $0.15 | $61.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,151.40 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,286.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109348

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    DongSeok Ryu
**DATE:**       2/29/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109458

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**     Timothy Sheppard
**DATE:**          2/29/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 178 | $3.35 | $596.30 |
| Original Transcript - Immediate Delivery | 178 | $3.65 | $649.70 |
| Original Transcript - Evening Pages | 15 | $1.50 | $22.50 |
| Interactive Real-time | 178 | $1.35 | $240.30 |
| Rough ASCII | 178 | $1.25 | $222.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Rep App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 478 | $0.15 | $71.70 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 9 | $1.50 | $13.50 |
| Exhibits - OCR Processing - Black & White | 478 | $0.15 | $71.70 |
| Exhibits - OCR Processing - Color | 9 | $0.50 | $4.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | SUBTOTAL | $1,892.70 |
|---|---|---|---|
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $2,027.70 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109459

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Timothy Sheppard
**DATE:**         2/29/2012
**LOCATION:**     San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | SUBTOTAL | | $473.75 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $513.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109353

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Wei Chen
**DATE:**       3/1/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 57 | $3.35 | $190.95 |
| Certified Transcript - Immediate Delivery | 57 | $3.65 | $208.05 |
| Interactive Real-time | 57 | $1.35 | $76.95 |
| Rough ASCII | 57 | $1.25 | $71.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 21 | $0.10 | $2.10 |
| Exhibits - Scanned & Hyperlinked - Color | 12 | $1.50 | $18.00 |
| Exhibits - OCR Processing - Black & White | 21 | $0.15 | $3.15 |
| Exhibits - OCR Processing - Color | 12 | $0.50 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $576.45 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $631.45 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109354

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Wei Chen
**DATE:**  3/1/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $282.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109357

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Achim Pantfoerder
**DATE:**      3/1/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Certified Transcript | 105 | $3.35 | $351.75 |
| Certified Transcript - Immediate Delivery | 105 | $3.65 | $383.25 |
| Interactive Real-time | 105 | $1.35 | $141.75 |
| Rough ASCII | 105 | $1.25 | $131.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 35 | $1.50 | $52.50 |
| Exhibits - OCR Processing - Color | 35 | $0.50 | $17.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $1,078.00 |
| | | **SHIPPING & HANDLING** | $55.00 |
| | | **TOTAL** | $1,133.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109358

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Achim Pantfoerder
**DATE:**        3/1/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109361

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Jason Skinder
**DATE:**       3/1/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 100 | $3.35 | $335.00 |
| Certified Transcript - Immediate Delivery | 100 | $3.65 | $365.00 |
| Interactive Real-time | 100 | $1.35 | $135.00 |
| Rough ASCII | 100 | $1.25 | $125.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 247 | $0.10 | $24.70 |
| Exhibits - Scanned & Hyperlinked - Color | 88 | $1.50 | $132.00 |
| Exhibits - OCR Processing - Black & White | 247 | $0.15 | $37.05 |
| Exhibits - OCR Processing - Color | 88 | $0.50 | $44.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,197.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,252.75 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109362

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | Jason Skinder |
| **DATE:** | 3/1/2012 |
| **LOCATION:** | Redwood Shores, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109435

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**    PanTech Wireless - Ken Park
**DATE:**          3/1/2012
**LOCATION:**   Atlanta, GA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 76 | $2.85 | $216.60 |
| Certified Transcript - Immediate Delivery | 76 | $2.85 | $216.60 |
| Interactive Real-time | 76 | $1.35 | $102.60 |
| Rough ASCII | 76 | $1.25 | $95.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 67 | $0.10 | $6.70 |
| Exhibits - Scanned & Hyperlinked - Color | 11 | $1.50 | $16.50 |
| Exhibits - OCR Processing - Black & White | 67 | $0.15 | $10.05 |
| Exhibits - OCR Processing - Color | 11 | $0.50 | $5.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | SUBTOTAL | $669.55 |
|---|---|---|
| | SHIPPING & HANDLING | $55.00 |
| | TOTAL | $724.55 |

Please make all checks payable to: **TSG Reporting, Inc.**          **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109436

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**    PanTech Wireless - Ken Park
**DATE:**         3/1/2012
**LOCATION:**   Atlanta, GA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | **SUBTOTAL** | $282.50 |
| | | **SHIPPING & HANDLING** | $40.00 |
| | | **TOTAL** | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030212-109365

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Arthur Rangel
**DATE:**       3/2/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 192 | $3.35 | $643.20 |
| Certified Transcript - Immediate Delivery | 192 | $3.65 | $700.80 |
| Interactive Real-time | 192 | $1.35 | $259.20 |
| Rough ASCII | 192 | $1.25 | $240.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 56 | $0.10 | $5.60 |
| Exhibits - Scanned & Hyperlinked - Color | 483 | $1.50 | $724.50 |
| Exhibits - OCR Processing - Black & White | 56 | $0.15 | $8.40 |
| Exhibits - OCR Processing - Color | 483 | $0.50 | $241.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,823.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,878.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030212-109366

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Arthur Rangel
**DATE:**       3/2/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030212-109369

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**    Tang Yew Tan
**DATE:**         3/2/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 106 | $3.35 | $355.10 |
| Certified Transcript - Immediate Delivery | 106 | $3.65 | $386.90 |
| Interactive Real-time | 106 | $1.35 | $143.10 |
| Rough ASCII | 106 | $1.25 | $132.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 59 | $0.10 | $5.90 |
| Exhibits - Scanned & Hyperlinked - Color | 64 | $1.50 | $96.00 |
| Exhibits - OCR Processing - Black & White | 59 | $0.15 | $8.85 |
| Exhibits - OCR Processing - Color | 64 | $0.50 | $32.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,160.35 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,215.35 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030212-109370

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Tang Yew Tan
**DATE:** 3/2/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $350.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109373

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Geoff L. Shavey
**DATE:**        3/5/2012
**LOCATION:**    Issaquah, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 43 | $3.35 | $144.05 |
| Certified Transcript - Immediate Delivery | 43 | $3.65 | $156.95 |
| Rough ASCII | 43 | $1.25 | $53.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 60 | $0.10 | $6.00 |
| Exhibits - OCR Processing - Black & White | 60 | $0.15 | $9.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $369.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $424.75 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109374

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Geoff L. Shavey
**DATE:**        3/5/2012
**LOCATION:**  Issaquah, WA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $170.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $210.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109377

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**   Stephen Zadesky - Individual / 30b6
**DATE:**         3/5/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 145 | $3.35 | $485.75 |
| Certified Transcript - Immediate Delivery | 145 | $3.65 | $529.25 |
| Interactive Real-time | 145 | $1.35 | $195.75 |
| Rough ASCII | 145 | $1.25 | $181.25 |
| Compressed / ASCII / Word Index -- Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 13 | $0.10 | $1.30 |
| Exhibits - Scanned & Hyperlinked - Color | 173 | $1.50 | $259.50 |
| Exhibits - OCR Processing - Black & White | 13 | $0.15 | $1.95 |
| Exhibits - OCR Processing - Color | 173 | $0.50 | $86.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,741.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,796.25 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109378

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**    Stephen Zadesky - Individual / 30b6
**DATE:**        3/5/2012
**LOCATION:**    Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109381

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Dell, Inc - Anthony Wright
**DATE:**        3/5/2012
**LOCATION:**  Austin, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 83 | $3.35 | $278.05 |
| Certified Transcript - Immediate Delivery | 83 | $3.65 | $302.95 |
| Interactive Real-time | 83 | $1.35 | $112.05 |
| Rough ASCII | 83 | $1.25 | $103.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 80 | $0.10 | $8.00 |
| Exhibits - OCR Processing - Black & White | 80 | $0.15 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $816.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $871.80 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109382

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**     Dell, Inc - Anthony Wright
**DATE:**         3/5/2012
**LOCATION:**    Austin, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
|  |  | SUBTOTAL | $282.50 |
|  |  | SHIPPING & HANDLING | $40.00 |
|  |  | TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109385

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Lauren Ann Rogers
**DATE:**      3/5/2012
**LOCATION:**  San Diego, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 58 | $3.35 | $194.30 |
| Certified Transcript - Immediate Delivery | 58 | $3.65 | $211.70 |
| Interactive Real-time | 58 | $1.35 | $78.30 |
| Rough ASCII | 58 | $1.25 | $72.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 88 | $0.10 | $8.80 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $1.50 | $6.00 |
| Exhibits - OCR Processing - Black & White | 88 | $0.15 | $13.20 |
| Exhibits - OCR Processing - Color | 4 | $0.50 | $2.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $586.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $641.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109386

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Lauren Ann Rogers
**DATE:**        3/5/2012
**LOCATION:**    San Diego, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109389

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Robert Brunner
**DATE:**       3/5/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 108 | $3.35 | $361.80 |
| Certified Transcript - Immediate Delivery | 108 | $3.65 | $394.20 |
| Interactive Real-time | 108 | $1.35 | $145.80 |
| Rough ASCII | 108 | $1.25 | $135.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 34 | $0.10 | $3.40 |
| Exhibits - Scanned & Hyperlinked - Color | 300 | $1.50 | $450.00 |
| Exhibits - OCR Processing - Black & White | 34 | $0.15 | $5.10 |
| Exhibits - OCR Processing - Color | 300 | $0.50 | $150.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,645.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,700.30 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030512-109390

**Bill To:**      Cyndi Knisely
              Morrison & Foerster LLP
              425 Market Street
              San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Robert Brunner
**DATE:**         3/5/2012
**LOCATION:**     San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109393

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Creig Anderson - Radio Shack
**DATE:**         3/6/2012
**LOCATION:**     Fort Worth, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 109 | $3.35 | $365.15 |
| Certified Transcript - Immediate Delivery | 109 | $3.65 | $397.85 |
| Interactive Real-time | 109 | $1.35 | $147.15 |
| Rough ASCII | 109 | $1.25 | $136.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 83 | $0.10 | $8.30 |
| Exhibits - OCR Processing - Black & White | 83 | $0.15 | $12.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,067.15 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,122.15 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109394

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Creig Anderson - Radio Shack
**DATE:**  3/6/2012
**LOCATION:**  Fort Worth, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109397

**Bill To:**      Cyndi Knisely
                 Morrison & Foerster LLP
                 425 Market Street
                 San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Christopher Harris
**DATE:**       3/6/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 48 | $3.35 | $160.80 |
| Certified Transcript - Immediate Delivery | 48 | $3.65 | $175.20 |
| Interactive Real-time | 48 | $1.35 | $64.80 |
| Rough ASCII | 48 | $1.25 | $60.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 13 | $0.10 | $1.30 |
| Exhibits - OCR Processing - Black & White | 13 | $0.15 | $1.95 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $464.05 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $519.05 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109398

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Christopher Harris
**DATE:**        3/6/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $170.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $210.00 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109401

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Christopher Hood
**DATE:**         3/6/2012
**LOCATION:**     San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 86 | $3.35 | $288.10 |
| Certified Transcript - Immediate Delivery | 86 | $3.65 | $313.90 |
| Interactive Real-time | 86 | $1.35 | $116.10 |
| Rough ASCII | 86 | $1.25 | $107.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 21 | $0.10 | $2.10 |
| Exhibits - Scanned & Hyperlinked - Color | 106 | $1.50 | $159.00 |
| Exhibits - OCR Processing - Black & White | 21 | $0.15 | $3.15 |
| Exhibits - OCR Processing - Color | 106 | $0.50 | $53.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,042.85 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,097.85 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109402

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Christopher Hood
**DATE:** 3/6/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109440

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Lance Cornish - ZTE
**DATE:**  3/6/2012
**LOCATION:**  Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 58 | $2.85 | $165.30 |
| Certified Transcript - Immediate Delivery | 58 | $2.85 | $165.30 |
| Interactive Real-time | 58 | $1.35 | $78.30 |
| Rough ASCII | 58 | $1.25 | $72.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 54 | $0.10 | $5.40 |
| Exhibits - Scanned & Hyperlinked - Color | 8 | $1.50 | $12.00 |
| Exhibits - OCR Processing - Black & White | 54 | $0.15 | $8.10 |
| Exhibits - OCR Processing - Color | 8 | $0.50 | $4.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $510.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $565.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109441

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Lance Cornish - ZTE
**DATE:** 3/6/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 0.5 | $45.00 | $22.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $192.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $232.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109445

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Olympus - Amy K. Leslie
**DATE:**       3/6/2012
**LOCATION:**   Central Valley, PA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 36 | $2.85 | $102.60 |
| Certified Transcript - Immediate Delivery | 36 | $2.85 | $102.60 |
| Interactive Real-time | 36 | $1.35 | $48.60 |
| Rough ASCII | 36 | $1.25 | $45.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 131 | $0.10 | $13.10 |
| Exhibits - Scanned & Hyperlinked - Color | 8 | $1.50 | $12.00 |
| Exhibits - OCR Processing - Black & White | 131 | $0.15 | $19.65 |
| Exhibits - OCR Processing - Color | 8 | $0.50 | $4.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $347.55 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $402.55 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030612-109446

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Olympus - Amy K. Leslie
**DATE:**        3/6/2012
**LOCATION:**  Central Valley, PA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $170.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $210.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030712-109405

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Richard Gioscia
**DATE:**       3/7/2012
**LOCATION:**   Mountain View, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 99 | $3.35 | $331.65 |
| Certified Transcript - Immediate Delivery | 99 | $3.65 | $361.35 |
| Interactive Real-time | 99 | $1.35 | $133.65 |
| Rough ASCII | 99 | $1.25 | $123.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 19 | $0.10 | $1.90 |
| Exhibits - Scanned & Hyperlinked - Color | 15 | $1.50 | $22.50 |
| Exhibits - OCR Processing - Black & White | 19 | $0.15 | $2.85 |
| Exhibits - OCR Processing - Color | 15 | $0.50 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $985.15 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,040.15 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030712-109406

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Richard Gioscia
**DATE:**        3/7/2012
**LOCATION:**    Mountain View, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030712-109450

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Sean Roarty
**DATE:**   3/7/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 163 | $2.85 | $464.55 |
| Certified Transcript - Immediate Delivery | 163 | $2.85 | $464.55 |
| Interactive Real-time | 163 | $1.35 | $220.05 |
| Rough ASCII | 163 | $1.25 | $203.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 164 | $0.10 | $16.40 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $1.50 | $6.00 |
| Exhibits - OCR Processing - Black & White | 164 | $0.15 | $24.60 |
| Exhibits - OCR Processing - Color | 4 | $0.50 | $2.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,401.90 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,456.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030712-109451

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Sean Roarty
**DATE:** 3/7/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $395.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $435.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109407

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**    Mr. Ioi Kim Lam
**DATE:**        3/8/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 132 | $3.35 | $442.20 |
| Original Transcript - Immediate Delivery | 132 | $3.65 | $481.80 |
| Interactive Real-time | 132 | $1.35 | $178.20 |
| Rough ASCII | 132 | $1.25 | $165.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 40 | $0.15 | $6.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 86 | $1.50 | $129.00 |
| Exhibits - OCR Processing - Black & White | 40 | $0.15 | $6.00 |
| Exhibits - OCR Processing - Color | 86 | $0.50 | $43.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,451.20 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,586.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109408

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**    Mr. Ioi Kim Lam
**DATE:**          3/8/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $417.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $457.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109413

Bill To:
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Steve D. Beyer
**DATE:** 3/8/2012
**LOCATION:** Palo Alto, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 177 | $3.35 | $592.95 |
| Certified Transcript - Immediate Delivery | 177 | $3.65 | $646.05 |
| Interactive Real-time | 177 | $1.35 | $238.95 |
| Rough ASCII | 177 | $1.25 | $221.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1304 | $0.10 | $130.40 |
| Exhibits - Scanned & Hyperlinked - Color | 8 | $1.50 | $12.00 |
| Exhibits - OCR Processing - Black & White | 1304 | $0.15 | $195.60 |
| Exhibits - OCR Processing - Color | 8 | $0.50 | $4.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,041.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,096.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109414

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Steve D. Beyer
**DATE:** 3/8/2012
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $462.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $502.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109417

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Stephanie Chen
**DATE:**        3/8/2012
**LOCATION:**    Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 267 | $3.35 | $894.45 |
| Certified Transcript - Immediate Delivery | 267 | $3.65 | $974.55 |
| Interactive Real-time | 267 | $1.35 | $360.45 |
| Rough ASCII | 267 | $1.25 | $333.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 113 | $0.10 | $11.30 |
| Exhibits - Scanned & Hyperlinked - Color | 53 | $1.50 | $79.50 |
| Exhibits - OCR Processing - Black & White | 113 | $0.15 | $16.95 |
| Exhibits - OCR Processing - Color | 53 | $0.50 | $26.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,697.45 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,752.45 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109418

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Stephanie Chen
**DATE:**         3/8/2012
**LOCATION:**     Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

|  | | SUBTOTAL | $665.00 |
|--|--|----------|---------|
|  | | SHIPPING & HANDLING | $40.00 |
|  | | TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109421

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Grant Yu
**DATE:**         3/8/2012
**LOCATION:**     San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 144 | $3.35 | $482.40 |
| Certified Transcript - Immediate Delivery | 144 | $3.65 | $525.60 |
| Interactive Real-time | 144 | $1.35 | $194.40 |
| Rough ASCII | 144 | $1.25 | $180.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 10 | $0.10 | $1.00 |
| Exhibits - OCR Processing - Black & White | 10 | $0.15 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $1,384.90 |
| | | **SHIPPING & HANDLING** | $55.00 |
| | | **TOTAL** | $1,439.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109422

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Grant Yu
**DATE:**   3/8/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109423

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Mr. Sang Hung
**DATE:**        3/8/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**       Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 113 | $3.35 | $378.55 |
| Original Transcript - Immediate Delivery | 113 | $3.65 | $412.45 |
| Interactive Real-time | 113 | $1.35 | $152.55 |
| Rough ASCII | 113 | $1.25 | $141.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 360 | $0.15 | $54.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 411 | $1.50 | $616.50 |
| Exhibits - OCR Processing - Black & White | 360 | $0.15 | $54.00 |
| Exhibits - OCR Processing - Color | 411 | $0.50 | $205.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,014.80 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $2,094.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109424

**Bill To:**      Cyndi Knisely
                  Morrison & Foerster LLP
                  425 Market Street
                  San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Mr. Sang Hung
**DATE:**       3/8/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

|  |  |
|--|--|
| SUBTOTAL | $350.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109429

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**    Chris Prest
**DATE:**         3/8/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 101 | $3.35 | $338.35 |
| Certified Transcript - Immediate Delivery | 101 | $3.65 | $368.65 |
| Interactive Real-time | 101 | $1.35 | $136.35 |
| Rough ASCII | 101 | $1.25 | $126.25 |
| Compressed / ASCII / Word Index – Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 204 | $1.50 | $306.00 |
| Exhibits - OCR Processing - Color | 204 | $0.50 | $102.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,377.60 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,432.60 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109430

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Chris Prest
**DATE:** 3/8/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109465

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   BJ Watrous
**DATE:**   3/8/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 115 | $2.85 | $327.75 |
| Certified Transcript - Immediate Delivery | 115 | $2.85 | $327.75 |
| Interactive Real-time | 115 | $1.35 | $155.25 |
| Rough ASCII | 115 | $1.25 | $143.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 95 | $0.10 | $9.50 |
| Exhibits - OCR Processing - Black & White | 95 | $0.15 | $14.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $978.25 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,033.25 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109466

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** BJ Watrous
**DATE:** 3/8/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030712-110643

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Monica Karo
**DATE:** 3/7/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 165 | $3.35 | $552.75 |
| Certified Transcript - Immediate Delivery | 165 | $3.65 | $602.25 |
| Interactive Real-time | 165 | $1.35 | $222.75 |
| Rough ASCII | 165 | $1.25 | $206.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 119 | $0.10 | $11.90 |
| Exhibits - Scanned & Hyperlinked - Color | 91 | $1.50 | $136.50 |
| Exhibits - OCR Processing - Black & White | 119 | $0.15 | $17.85 |
| Exhibits - OCR Processing - Color | 91 | $0.50 | $45.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,795.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,850.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**