# EXHIBIT A-1

# Part 4



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030712-110644

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Monica Karo
**DATE:** 3/7/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3.5 | $45.00 | $157.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $372.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $412.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030712-109902

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Daniel Mauney
**DATE:**       3/7/2012
**LOCATION:**   Raleigh, NC

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:---:|:---:|:---:|
| Original & 1 Certified Transcript | 180 | $2.85 | $513.00 |
| Original Transcript - Immediate Delivery | 180 | $2.85 | $513.00 |
| Interactive Real-time | 180 | $1.35 | $243.00 |
| Rough ASCII | 180 | $1.25 | $225.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $110.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 598 | $0.15 | $89.70 |
| Exhibits - OCR Processing - Black & White | 598 | $0.15 | $89.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,673.40 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $1,768.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030712-109903

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Daniel Mauney
**DATE:**        3/7/2012
**LOCATION:**    Raleigh, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $507.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**          **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030212-110637

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Myra Haggerty
**DATE:**       3/2/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 77 | $3.35 | $257.95 |
| Certified Transcript - Immediate Delivery | 77 | $3.65 | $281.05 |
| Interactive Real-time | 77 | $1.35 | $103.95 |
| Rough ASCII | 77 | $1.25 | $96.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 17 | $0.10 | $1.70 |
| Exhibits - OCR Processing - Black & White | 17 | $0.15 | $2.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $743.45 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $798.45 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030212-110638

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Myra Haggerty
**DATE:**       3/2/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |

|  | SUBTOTAL | $237.50 |
|--|----------|---------|
|  | SHIPPING & HANDLING | $40.00 |
|  | TOTAL | $277.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030812-109907

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**    Apple v. Samsung
**WITNESS:**    Corrina Proctor / Barry Beith
**DATE:**    3/8/2012
**LOCATION:**    Raleigh, NC

**Billing Comments / Instructions:**    Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 177 | $2.85 | $504.45 |
| Original Transcript - Immediate Delivery | 177 | $2.85 | $504.45 |
| Interactive Real-time | 177 | $1.35 | $238.95 |
| Rough ASCII | 177 | $1.25 | $221.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $110.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 611 | $0.15 | $91.65 |
| Exhibits - OCR Processing - Black & White | 611 | $0.15 | $91.65 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,652.40 |
| | | SHIPPING & HANDLING | $125.00 |
| | | TOTAL | $1,777.40 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030812-109908

**Bill To:**     Cyndi Knisely
                 Morrison & Foerster LLP
                 425 Market Street
                 San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Corrina Proctor / Barry Beith
**DATE:**        3/8/2012
**LOCATION:**    Raleigh, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030812-110647

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Christine Roy / Grace Siller
**DATE:**       3/8/2012
**LOCATION:**   Dover, NJ

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 104 | $3.35 | $348.40 |
| Certified Transcript - Immediate Delivery | 104 | $3.65 | $379.60 |
| Interactive Real-time | 104 | $1.35 | $140.40 |
| Rough ASCII | 104 | $1.25 | $130.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1413 | $0.10 | $141.30 |
| Exhibits - Scanned & Hyperlinked - Color | 10 | $1.50 | $15.00 |
| Exhibits - OCR Processing - Black & White | 1413 | $0.15 | $211.95 |
| Exhibits - OCR Processing - Color | 10 | $0.50 | $5.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,371.65 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,426.65 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030812-110648

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Christine Roy / Grace Siller
**DATE:**  3/8/2012
**LOCATION:**  Dover, NJ

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 031512-110651

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Evans Hankey
**DATE:**        3/15/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:---:|:---:|:---:|
| Certified Transcript | 105 | $3.35 | $351.75 |
| Certified Transcript - Immediate Delivery | 105 | $3.65 | $383.25 |
| Certified Transcript - Evening Pages | 105 | $1.50 | $157.50 |
| Interactive Real-time | 105 | $1.35 | $141.75 |
| Rough ASCII | 105 | $1.25 | $131.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 56 | $0.10 | $5.60 |
| Exhibits - Scanned & Hyperlinked - Color | 36 | $1.50 | $54.00 |
| Exhibits - OCR Processing - Black & White | 56 | $0.15 | $8.40 |
| Exhibits - OCR Processing - Color | 36 | $0.50 | $18.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,251.50 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,306.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 031512-110652

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Evans Hankey
**DATE:**        3/15/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours - Evening Rate | 1 | $187.50 | $187.50 |
| Videographer - Additional Hours - Evening Rate | 1.5 | $67.50 | $101.25 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $378.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $418.75 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/30/2012
**INVOICE #** 030612-110640

**Bill To:**      Cyndi Knisely
                  Morrison & Foerster LLP
                  425 Market Street
                  San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Gwen Hsu - Asus - Third Party
**DATE:**       3/6/2012
**LOCATION:**   Fremont, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 86 | $3.35 | $288.10 |
| Certified Transcript - Immediate Delivery | 86 | $3.65 | $313.90 |
| Interactive Real-time | 86 | $1.35 | $116.10 |
| Rough ASCII | 86 | $1.25 | $107.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 18 | $0.10 | $1.80 |
| Exhibits - OCR Processing - Black & White | 18 | $0.15 | $2.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $830.10 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $885.10 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
| --- | --- |
| 4/12/2012 | 2895 |

| Bill to: |
| --- |
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| TLS |
| --- |

| Date | Description | Qty | Price Each | Amount |
| --- | --- | --- | --- | --- |
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Tracey LoCastro) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/26/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/27/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/28/2012 | Hyejung Lee - Vol 2 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Ahn + terp) | 1 | 200.00 | 200.00 |
| 3/29/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/30/2012 | Oh Chae Kwon - Vol 2 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (E. Kim + terp) | 1 | 200.00 | 200.00 |
| 3/31/2012 | Jaehwang Sim - Vol 2 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Olson + terp) | 1 | 200.00 | 200.00 |
| | Overtime (10:00 - 6:55) | 2 | 100.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough<br>ASCII, 0&1 certified transcript in condensed format within 14 days,<br>electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 357 | 4.00 | 1,428.00 |
| | Searchable .pdf - OCR | 1,602 | 0.65 | 1,041.30 |
| | Exhibits hyperlinked to transcript (PDF) | 5 | 50.00 | 250.00 |
| | Meals/Taxis: | 7 | 40.00 | 280.00 |

| Subtotal | |
| --- | --- |
| Payment/Deposit | |
| **Balance Due** | |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2012 | 2895 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| TLS |
|-----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Travel day:<br>FedEx'd on your account<br><br>COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | 1 | 500.00<br>0.00 | 500.00<br>0.00 |

| | |
|---|---|
| Subtotal | $14,499.30 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$14,499.30** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2012 | 2897 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| IK |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEO SERVICES (Inga Kornev) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/26/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/27/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/28/2012 | Hyejung Lee - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3.75 | 105.00 | 393.75 |
| 3/29/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/30/2012 | Oh Chae Kwon - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 4 | 105.00 | 420.00 |
| 3/31/2012 | Jaehwang Sim - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 6 | 105.00 | 630.00 |
| | Overtime (10:00 - 6:55) | 2 | 90.00 | 180.00 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | Meals/Taxis: | 7 | 40.00 | 280.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $9,703.75 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$9,703.75** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2012 | 2899 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| JMM |
|-----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Jason Meadors) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/28/2012 | Seung Yun Lee - Vol 2 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Kim + terp) | 1 | 200.00 | 200.00 |
| 3/29/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 3/30/2012 | Junho Park - Vol 2 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Ahn + terp) | 1 | 200.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 183 | 4.00 | 732.00 |
| | Searchable .pdf - OCR | 724 | 0.65 | 470.60 |
| | Exhibits hyperlinked to transcript (PDF) | 2 | 50.00 | 100.00 |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |
| | Travel day: | 1 | 500.00 | 500.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $7,502.60 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$7,502.60** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2012 | 2901 |

| Bill to: |
|----------|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| PA |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | | | | |
| | VIDEO SERVICES (Peter Au) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 3/28/2012 | Seung Yun Lee - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3.5 | 105.00 | 367.50 |
| 3/29/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 3/30/2012 | Junho Park - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 5 | 105.00 | 525.00 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | | | | |
| | RT flight from Hong Kong: | 1 | 523.00 | 523.00 |
| | Meals/Taxis: | 5 | 40.00 | 200.00 |
| | Travel day: | 1 | 500.00 | 500.00 |
| | | | | |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $6,015.50 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$6,015.50** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
## 4400 N. Federal Highway, Suite 210
## Boca Raton, Florida 33431
Phone:  (561) 279-9132
E-mail:  Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2012 | 2903 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| TLS |
|-----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846<br>Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Tracey LoCastro) | | | |
| | Court Reporter Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 4/2/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 4/3/2012 | Hyun Goo Woo - Vol 2 | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (E. Kim + terp) | 1 | 200.00 | 200.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough ASCII, 0&1 certified transcript in condensed format within 14 days, electronic transcript & word index.) | | | 0.00 |
| | Expedited transcript (2-day E delivery) | 77 | 4.00 | 308.00 |
| | Searchable .pdf - OCR | 90 | 0.65 | 58.50 |
| | Exhibits hyperlinked to transcript (PDF) | 1 | 50.00 | 50.00 |
| | Meals/Taxis: | 3 | 40.00 | 120.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY<br>PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| Subtotal | $4,136.50 |
|----------|-----------|
| Payment/Deposit | $0.00 |
| **Balance Due** | **$4,136.50** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

**American Realtime Court Reporters**
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2012 | 2905 |

| Bill to: |
|----------|
| Morrison & Foerster
425 Market Street
San Francisco, CA 94105 |

| IK |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846
Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | VIDEO SERVICES (Inga Kornev)
Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 4/2/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 4/3/2012 | Hyun Goo Woo - Vol 2 | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 3.75 | 105.00 | 393.75 |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | Meals/Taxis: | 3 | 40.00 | 120.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY
PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $3,113.75 |
| Payment/Deposit | $0.00 |
| **Balance Due** | $3,113.75 |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047050 | 04/15/2012 | 1205-88068 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/10/2012 | LSF | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Eric S. Walters
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Nitin Kumar Ganatra                                                    1,172.40

                                        TOTAL   DUE   >>>>            1,172.40

Thank you for using Merrill Legal Solutions.   We appreciate your business!

Deposition Location:   Palo Alto, CA

TAX ID NO.:  20-2665382                                          (650) 813-5869

*Please detach bottom portion and return with payment.*

Eric S. Walters
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Invoice No.:  12047050
Date        :  04/15/2012
**TOTAL DUE** :    **1,172.40**

Job No.    :  1205-88068
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

**MERRILL CORPORATION**

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20116027 | 04/26/2012 | 2005-441674 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/06/2012 | WLO | 337-TA-797 |

**CASE CAPTION**

Apple vs. HTC (In The Matter: Certain Portable Electronic)

**TERMS**

Immediate, sold FOB Merrill facility

Benjamin Damstedt
Cooley, LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

3-DAY EXPEDITED COPY AND WORD INDEX OF THE DEPOSITION OF:

| | | | |
|---|---|---|---|
| Martin Simmons | 159 Pages @ | 3.00/Page | 477.00 |
| EXHIBITS | 459 Pages @ | .70/Page | 321.30 |
| TotalTranscript | | | 45.00 |
| Production and Handling | | | 30.00 |
| Process/Delivery | | | 30.00 |
| Unedited ASCII (RT) | 139.00 Pages @ | .50/Page | 69.50 |

TOTAL   DUE   >>>>        972.80

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382

(650) 843-5000    Fax  (650) 849-7400

*Please detach bottom portion and return with payment.*

Benjamin Damstedt
Cooley, LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

Invoice No.:  20116027
Date       :  04/26/2012
**TOTAL DUE :**     972.80

Job No.   :  2005-441674
Case No.  :  337-TA-797
Apple vs. HTC (In The Matter: Certai

Remit To:    LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

**MERRILL CORPORATION**

**LegaLink, Inc.**
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20114979 | 04/23/2012 | 2006-441675 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/06/2012 | WLO | 337-TA-797 |

| CASE CAPTION | | |
|---|---|---|
| Apple vs. HTC (In the Matter: Certain Portable Electronic) | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Cyndi Knisely
Morrison & Foerster
425 Market Street, 33rd Floor
San Francisco, CA 94105-2482

SYNCHRONIZATION SERVICES:
   Martin Simmons (Vol. 1)
      Video on DVD w/ synch       4.00 Hours @      95.00/Hour      380.00
      Shipping & Handling                                            10.00

                                               TOTAL    DUE    >>>>       390.00

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382                                       (415) 268-7800    Fax (415) 268-7522

*Please detach bottom portion and return with payment.*

Cyndi Knisely
Morrison & Foerster
425 Market Street, 33rd Floor
San Francisco, CA 94105-2482

Invoice No.:   20114979
Date       :   04/23/2012
**TOTAL DUE**   :      390.00

Job No.      :   2006-441675
Case No.     :   337-TA-797
Apple vs. HTC (In the Matter: Certai

Remit To:    **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

# American Realtime Court Reporters
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/24/2012 | 2944 |

| Bill to: |
|---|
| Morrison & Foerster |
| 425 Market Street |
| San Francisco, CA 94105 |

| TLS |
|-----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|------------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | COURT REPORTING SERVICES (Tracey LoCastro) | 0 | 0.00 | 0.00 |
| | Court Reporter Per Diems - Deposition of: | | | |
| 4/16/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 4/17/2012 | Gee-Sung Choi | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (McElhinny + terp) | 1 | 200.00 | 200.00 |
| 4/18/2012 | (No deposition) | 1 | 1,700.00 | 1,700.00 |
| 4/19/2012 | Seunghwan Cho | 1 | 1,700.00 | 1,700.00 |
| | Add'l realtime hookup (Chung + terp) | 1 | 200.00 | 200.00 |
| | Overtime (10:00 - 7:42) | 3 | 100.00 | 300.00 |
| | (Per Diem includes attendance fee, one realtime hookup, rough | | | 0.00 |
| | ASCII, O&1 certified transcript in condensed format within 14 days, | | | |
| | electronic transcript & word index.) | | | |
| | Expedited transcript (2-day E delivery) | 280 | 4.00 | 1,120.00 |
| | Searchable .pdf - OCR | 421 | 0.65 | 273.65 |
| | Exhibits hyperlinked to transcript (LEF) | 2 | 50.00 | 100.00 |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| | (Electronic transcripts delivered) | | 0.00 | 0.00 |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $9,153.65 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$9,153.65** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU

# American Realtime Court Reporters
**4400 N. Federal Highway, Suite 210**
**Boca Raton, Florida 33431**
Phone: (561) 279-9132
E-mail: Office@americanrealtime.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/24/2012 | 2945 |

| Bill to: |
|----------|
| Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105 |

| IK |
|----|

| Date | Description | Qty | Price Each | Amount |
|------|-------------|-----|-----------|--------|
| | Apple vs. Samsung, Case NDCAL #11cv01846 | | | |
| | Depositions in Seoul, South Korea - Ref #10684.263 | | | |
| | | | | |
| | VIDEO SERVICES (Inga Kornev) | | | |
| | Videographer Per Diems - Deposition of: | 0 | 0.00 | 0.00 |
| 4/16/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 4/17/2012 | Gee-Sung Choi | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 4.25 | 105.00 | 446.25 |
| 4/18/2012 | (No deposition) | 1 | 1,300.00 | 1,300.00 |
| 4/19/2012 | Seunghwan Cho | 1 | 1,300.00 | 1,300.00 |
| | Digitize/sync transcript to MPEG 1 | 7 | 105.00 | 735.00 |
| | Overtime (10:00 - 7:42) | 3 | 90.00 | 270.00 |
| | Meals/Taxis: | 4 | 40.00 | 160.00 |
| | | | | |
| | (Videographer per diem includes 8-hour attendance fee.) | | 0.00 | 0.00 |
| | (Sync charge includes manual syncing for interpreted depos) | | 0.00 | 0.00 |
| | | | | |
| | FedEx'd on your account | | 0.00 | 0.00 |
| | | | | |
| | COD WAIVED - PROFESSIONAL COURTESY | | | |
| | PAYMENT IS DUE WITHIN 30 DAYS - THANK YOU | | | |

| | |
|---|---|
| Subtotal | $6,811.25 |
| Payment/Deposit | $0.00 |
| **Balance Due** | **$6,811.25** |

PLEASE MAKE CHECK PAYABLE TO AMERICAN REALTIME COURT REPORTERS
(Tax I.D. #65-0452469)
THANK YOU



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 040412-111034

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**    Steven Sinclair
**DATE:**          4/4/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 211 | $2.85 | $601.35 |
| Certified Transcript - Immediate Delivery | 211 | $2.85 | $601.35 |
| Interactive Real-time | 211 | $1.35 | $284.85 |
| Rough ASCII | 211 | $1.25 | $263.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - Black & White | 10 | $0.15 | $1.50 |
| Exhibits - OCR Processing - Color | 74 | $0.50 | $37.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 10 | $0.10 | $1.00 |
| Exhibits - Scanned & Hyperlinked - Color | 74 | $1.50 | $111.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,901.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,956.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 040412-111035

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**        Apple v. Samsung (Case No: 12-CV-00630-LHK)
**WITNESS:**     Steven Sinclair
**DATE:**        4/4/2012
**LOCATION:**    Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $507.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $547.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 032912-111021

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Corey Kerstetter start with page 1
**DATE:**  3/29/2012
**LOCATION:**  Dallas, TX

**Billing Comments / Instructions:**  Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 72 | $3.35 | $241.20 |
| Original Transcript - Immediate Delivery | 72 | $3.65 | $262.80 |
| Interactive Real-time | 72 | $1.35 | $97.20 |
| Rough ASCII | 72 | $1.25 | $90.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 102 | $0.15 | $15.30 |
| Exhibits - OCR Processing - Black & White | 102 | $0.15 | $15.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $721.80 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $801.80 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 032912-111022

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Corey Kerstetter start with page 1
**DATE:** 3/29/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $60.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 033012-111025

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Timothy Benner start with page 1
**DATE:**      3/30/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 106 | $3.35 | $355.10 |
| Original Transcript - Immediate Delivery | 106 | $3.65 | $386.90 |
| Interactive Real-time | 106 | $1.35 | $143.10 |
| Rough ASCII | 106 | $1.25 | $132.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 194 | $1.50 | $291.00 |
| Exhibits - OCR Processing - Color | 194 | $0.50 | $97.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $1,405.60 |
| | | **SHIPPING & HANDLING** | $80.00 |
| | | **TOTAL** | $1,485.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 033012-111026

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Timothy Benner start with page 1
**DATE:**        3/30/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047502 | 04/28/2012 | 1205-88241 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/05/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Erik J. Olson
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Jun Won Lee                                                                         1,217.25

                                                        TOTAL   DUE   >>>>            1,217.25

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location: San Francisco, CA

**RECEIVED**

MAY 1 1 2012

MORRISON | FOERSTER LLP

Date: 5/11/12 _____

Approved for Payment

Client/Matter  10684/263

TAX ID NO.: 20-2665382                                              (650) 813-5869

*Please detach bottom portion and return with payment.*

Erik J. Olson
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304-1018

Invoice No.:  12047502
Date       :  04/28/2012
**TOTAL DUE :    1,217.25**

Job No.   :  1205-88241
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 033012-111278

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Timothy Sheppard start with page 1
**DATE:** 3/30/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 179 | $3.35 | $599.65 |
| Original Transcript - Immediate Delivery | 179 | $3.65 | $653.35 |
| Interactive Real-time | 179 | $1.35 | $241.65 |
| Rough ASCII | 179 | $1.25 | $223.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 770 | $0.15 | $115.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 24 | $1.50 | $36.00 |
| Exhibits - OCR Processing - Black & White | 770 | $0.15 | $115.50 |
| Exhibits - OCR Processing - Color | 24 | $0.50 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,997.40 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $2,092.40 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 033012-111279

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**     Timothy Sheppard start with page 1
**DATE:**          3/30/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $462.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $502.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041312-111282

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Gravity Tank, Inc. - Cira Conley
**DATE:** 4/13/2012
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 97 | $3.35 | $324.95 |
| Original Transcript - Immediate Delivery | 97 | $3.65 | $354.05 |
| Original Transcript - Early AM Pages | 25 | $1.50 | $37.50 |
| Interactive Real-time | 97 | $1.35 | $130.95 |
| Rough ASCII | 97 | $1.25 | $121.25 |
| Rep App Fee / Hour - Videotaped - Complimentary | 2 | $40.00 | $0.00 |
| Rep App Fee / Early AM Hour - Videotaped - Comp | 0.5 | $60.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 64 | $0.15 | $9.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 921 | $1.50 | $1,381.50 |
| Exhibits - OCR Processing - Black & White | 64 | $0.15 | $9.60 |
| Exhibits - OCR Processing - Color | 921 | $0.50 | $460.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | SUBTOTAL | $2,829.90 |
|---|---|---|
| | SHIPPING & HANDLING | $95.00 |
| | TOTAL | $2,924.90 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041312-111283

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**      Gravity Tank, Inc. - Cira Conley
**DATE:**      4/13/2012
**LOCATION:**      Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videographer - Additonal Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $338.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $378.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041912-111854

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Michel Maharbiz
**DATE:**       4/19/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 289 | $3.35 | $968.15 |
| Certified Transcript - Immediate Delivery | 289 | $3.65 | $1,054.85 |
| Interactive Real-time | 289 | $1.35 | $390.15 |
| Rough ASCII | 289 | $1.25 | $361.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 45 | $0.10 | $4.50 |
| Exhibits - Scanned & Hyperlinked - Color | 124 | $1.50 | $186.00 |
| Exhibits - OCR Processing - Black & White | 45 | $0.15 | $6.75 |
| Exhibits - OCR Processing - Color | 124 | $0.50 | $62.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $3,033.65 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $3,088.65 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041912-111855

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Michel Maharbiz
**DATE:**       4/19/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

|  | SUBTOTAL | $665.00 |
|---|---|---|
|  | SHIPPING & HANDLING | $40.00 |
|  | TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041912-111858

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Hal Poret
**DATE:**        4/19/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 247 | $3.35 | $827.45 |
| Certified Transcript - Immediate Delivery | 247 | $3.65 | $901.55 |
| Interactive Real-time | 247 | $1.35 | $333.45 |
| Rough ASCII | 247 | $1.25 | $308.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 118 | $0.10 | $11.80 |
| Exhibits - OCR Processing - Black & White | 118 | $0.15 | $17.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,400.70 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,455.70 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041912-111859

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Hal Poret
**DATE:**        4/19/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041912-111862

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Henry Urbach
**DATE:**       4/19/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Certified Transcript | 186 | $3.35 | $623.10 |
| Certified Transcript - Immediate Delivery | 186 | $3.65 | $678.90 |
| Interactive Real-time | 186 | $1.35 | $251.10 |
| Rough ASCII | 186 | $1.25 | $232.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 83 | $0.10 | $8.30 |
| Exhibits - OCR Processing - Black & White | 83 | $0.15 | $12.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $1,806.35 |
| | | **SHIPPING & HANDLING** | $55.00 |
| | | **TOTAL** | $1,861.35 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 041912-111863

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Henry Urbach
**DATE:**        4/19/2012
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4.5 | $45.00 | $202.50 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $597.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $637.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 042012-111866

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Sanjay Sood, Ph.D.
**DATE:** 4/20/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 246 | $3.35 | $824.10 |
| Certified Transcript - Immediate Delivery | 246 | $3.65 | $897.90 |
| Interactive Real-time | 246 | $1.35 | $332.10 |
| Rough ASCII | 246 | $1.25 | $307.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 411 | $0.10 | $41.10 |
| Exhibits - Scanned & Hyperlinked - Color | 273 | $1.50 | $409.50 |
| Exhibits - OCR Processing - Black & White | 411 | $0.15 | $61.65 |
| Exhibits - OCR Processing - Color | 273 | $0.50 | $136.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,010.35 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,065.35 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 042012-111867

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Sanjay Sood, Ph.D.
**DATE:**        4/20/2012
**LOCATION:**  Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $597.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $637.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 042012-112089

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Expert - Itay Sherman
**DATE:** 4/20/2012
**LOCATION:** Washington, DC

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period. Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 247 | $3.35 | $827.45 |
| Original Transcript - Immediate Delivery | 247 | $3.65 | $901.55 |
| Interactive Real-time | 247 | $1.35 | $333.45 |
| Rough ASCII | 247 | $1.25 | $308.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 30 | $0.15 | $4.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 149 | $1.50 | $223.50 |
| Exhibits - OCR Processing - Black & White | 30 | $0.15 | $4.50 |
| Exhibits - OCR Processing - Color | 149 | $0.50 | $74.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,678.20 |
| | | SHIPPING & HANDLING | $120.00 |
| | | TOTAL | $2,798.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 042012-112090

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Expert - Itay Sherman
**DATE:**       4/20/2012
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 042012-112100

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Ravin Balakrishnan
**DATE:**        4/20/2012
**LOCATION:**    Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 266 | $3.35 | $891.10 |
| Certified Transcript - Immediate Delivery | 266 | $3.65 | $970.90 |
| Certified Transcript - Evening Pages | 16 | $1.50 | $24.00 |
| Interactive Real-time | 266 | $1.35 | $359.10 |
| Rough ASCII | 266 | $1.25 | $332.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 477 | $0.10 | $47.70 |
| Exhibits - OCR Processing - Black & White | 477 | $0.15 | $71.55 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | $2,696.85 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,751.85 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 042012-112101

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Ravin Balakrishnan
**DATE:** 4/20/2012
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $788.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $828.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

## Veritext  New York Reporting Co.
### A Veritext  Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel.  (212) 279-9424
Fax  (212) 279-9643

200 Old Country Road,Suite 580
Mineola, NY 11501
Tel.  (516) 608-2400
Fax  (516) 608-2450

Bill To: Andrew E Monach Esq
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | NY460107 |
| Invoice Date: | 05/16/2012 |
| Balance Due: | $3,214.24 |

| | |
|---|---|
| Case: | Apple v. Samsung |
| Job #: | 354493   \| Job Date: 4/26/2012   \| Delivery:    Expedited |
| Billing Atty: | Andrew E Monach Esq |
| Location: | Quinn Emanuel Urquhart & Sullivan,  LLP |
| | 555 Twin Dolphin Dr Ste 560 \| Redwood Shores, CA 94065 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Karan Singh | Certified Transcript | Page | 328.00 | $6.25 | $2,050.00 |
| 2 | | Transcript - Rough Draft | Page | 328.00 | $2.25 | $738.00 |
| 3 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 4 | | Exhibit - copying | Per page | 496.00 | $0.40 | $198.40 |
| 5 | | Exhibit Scanning - OCR | Per page | 496.00 | $0.29 | $143.84 |
| 6 | | Shipping & handling | Package | 1.00 | $45.00 | $45.00 |

| | |
|---|---|
| Invoice Total: | $3,214.24 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $3,214.24 |

Notes:

Fed. Tax ID: 20-3132569

Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to:  Veritext  New York Reporting Co.

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY460107 |
| Job #: | 354493 |
| Invoice Date: | 05/16/2012 |
| Balance : | $3,214.24 |

Please remit payment to:
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult :  www.veritext.com/serviceinfo

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047822 | 05/19/2012 | 1205-88771 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/27/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Andrew E. Monach
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

---

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
     Karan Singh - Vol. 2                                    596.80

                              TOTAL  DUE  >>>>              596.80

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Redwood Shores, CA
```

---

TAX ID NO.:  20-2665382                          (415) 268-7000    Fax (415) 268-7522

*Please detach bottom portion and return with payment.*

Andrew E. Monach
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

```
Invoice No.:  12047822
Date       :  05/19/2012
TOTAL DUE  :    596.80


Job No.    :  1205-88771
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:      **LegaLink, Inc.**
               **PO Box 277951**
               **Atlanta, GA 30384**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 041812-112112

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Joseph Cheong
**DATE:** 4/18/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 137 | $3.35 | $458.95 |
| Original Transcript - Immediate Delivery | 137 | $3.65 | $500.05 |
| Interactive Real-time | 137 | $1.35 | $184.95 |
| Rough ASCII | 137 | $1.25 | $171.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 1049 | $0.15 | $157.35 |
| Exhibits - OCR Processing - Black & White | 1049 | $0.15 | $157.35 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room - Cancellation Fee | 1 | $250.00 | $250.00 |
| | | SUBTOTAL | $1,879.90 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,959.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 041812-112113

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**    Joseph Cheong
**DATE:**         4/18/2012
**LOCATION:**   Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $642.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $682.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042012-112116

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Dae Il "Dale" Sohn
**DATE:**        4/20/2012
**LOCATION:**    Dallas, TX

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 126 | $3.35 | $422.10 |
| Original Transcript - Immediate Delivery | 126 | $3.65 | $459.90 |
| Interactive Real-time | 126 | $1.35 | $170.10 |
| Rough ASCII | 126 | $1.25 | $157.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $100.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 1136 | $0.15 | $170.40 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 778 | $1.50 | $1,167.00 |
| Exhibits - OCR Processing - Black & White | 1136 | $0.15 | $170.40 |
| Exhibits - OCR Processing - Color | 778 | $0.50 | $389.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room - Cancellation Fee | 1 | $250.00 | $250.00 |
| | | SUBTOTAL | $3,356.40 |
| | | SHIPPING & HANDLING | $85.00 |
| | | TOTAL | $3,441.40 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042012-112117

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Dae Il "Dale" Sohn
**DATE:** 4/20/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042412-112122

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Peter W. Bressler
**DATE:**        4/24/2012
**LOCATION:**    Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 283 | $3.35 | $948.05 |
| Certified Transcript - Immediate Delivery | 283 | $3.65 | $1,032.95 |
| Certified Transcript - Evening Pages | 13 | $1.50 | $19.50 |
| Interactive Real-time | 283 | $1.35 | $382.05 |
| Rough ASCII | 283 | $1.25 | $353.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 82 | $0.10 | $8.20 |
| Exhibits - Scanned & Hyperlinked - Color | 657 | $1.50 | $985.50 |
| Exhibits - OCR Processing - Black & White | 82 | $0.15 | $12.30 |
| Exhibits - OCR Processing - Color | 657 | $0.50 | $328.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,070.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $4,125.80 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042412-112123

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**  Peter W. Bressler
**DATE:**       4/24/2012
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 7 | $45.00 | $315.00 |
| Certified - MPEG - Complimentary | 7 | $50.00 | $0.00 |
| | | **SUBTOTAL** | $833.75 |
| | | **SHIPPING & HANDLING** | $40.00 |
| | | **TOTAL** | $873.75 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042512-112124

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Christopher Mount
**DATE:**       4/25/2012
**LOCATION:**   Los Angeles, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 143 | $3.35 | $479.05 |
| Original Transcript - Immediate Delivery | 143 | $3.65 | $521.95 |
| Interactive Real-time | 143 | $1.35 | $193.05 |
| Rough ASCII | 143 | $1.25 | $178.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 137 | $1.50 | $205.50 |
| Exhibits - OCR Processing - Color | 137 | $0.50 | $68.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $1,646.80 |
| | | SHIPPING & HANDLING | $80.00 |
| | | **TOTAL** | $1,726.80 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042512-112125

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Christopher Mount
**DATE:**  4/25/2012
**LOCATION:**  Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112132

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Christopher Mount cont w/ pg 144
**DATE:**         4/26/2012
**LOCATION:**     Los Angeles, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 44 | $3.35 | $147.40 |
| Original Transcript - Immediate Delivery | 44 | $3.65 | $160.60 |
| Interactive Real-time | 44 | $1.35 | $59.40 |
| Rough ASCII | 44 | $1.25 | $55.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $422.40 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $502.40 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112133

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**     Apple v. Samsung
**WITNESS:**     Christopher Mount cont w/ pg 144
**DATE:**     4/26/2012
**LOCATION:**     Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $170.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $210.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112128

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Dr. Jacob Jacoby
**DATE:** 4/26/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 99 | $3.35 | $331.65 |
| Original Transcript - Immediate Delivery | 99 | $3.65 | $361.35 |
| Interactive Real-time | 99 | $1.35 | $133.65 |
| Rough ASCII | 99 | $1.25 | $123.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 304 | $0.15 | $45.60 |
| Exhibits - OCR Processing - Black & White | 304 | $0.15 | $45.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,041.60 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,121.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112129

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Dr. Jacob Jacoby
**DATE:**   4/26/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $305.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $345.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112138

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Kent D. Van Liere
**DATE:**       4/26/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 298 | $3.35 | $998.30 |
| Certified Transcript - Immediate Delivery | 298 | $3.65 | $1,087.70 |
| Certified Transcript - Evening Pages | 18 | $1.50 | $27.00 |
| Interactive Real-time | 298 | $1.35 | $402.30 |
| Rough ASCII | 298 | $1.25 | $372.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 103 | $0.10 | $10.30 |
| Exhibits - Scanned & Hyperlinked - Color | 3 | $1.50 | $4.50 |
| Exhibits - OCR Processing - Black & White | 103 | $0.15 | $15.45 |
| Exhibits - OCR Processing - Color | 3 | $0.50 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,919.55 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,974.55 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112139

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Kent D. Van Liere
**DATE:**        4/26/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $698.75 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $738.75 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112140

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Jeffrey Johnson
**DATE:**      4/26/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Original & 1 Certified Transcript | 260 | $3.35 | $871.00 |
| Original Transcript - Immediate Delivery | 260 | $3.65 | $949.00 |
| Interactive Real-time | 260 | $1.35 | $351.00 |
| Rough ASCII | 260 | $1.25 | $325.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 130 | $0.15 | $19.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 21 | $1.50 | $31.50 |
| Exhibits - OCR Processing - Black & White | 130 | $0.15 | $19.50 |
| Exhibits - OCR Processing - Color | 21 | $0.50 | $10.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $2,577.00 |
| | SHIPPING & HANDLING | $135.00 |
| | **TOTAL** | $2,712.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112141

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Jeffrey Johnson
**DATE:**       4/26/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $665.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112144

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**    Robert Anders
**DATE:**        4/26/2012
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 239 | $3.35 | $800.65 |
| Original Transcript - Immediate Delivery | 239 | $3.65 | $872.35 |
| Interactive Real-time | 239 | $1.35 | $322.65 |
| Rough ASCII | 239 | $1.25 | $298.75 |
| Rec App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 48 | $0.15 | $7.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1995 | $1.50 | $2,992.50 |
| Exhibits - OCR Processing - Black & White | 48 | $0.15 | $7.20 |
| Exhibits - OCR Processing - Color | 1995 | $0.50 | $997.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $6,298.80 |
| | | SHIPPING & HANDLING | $165.00 |
| | | TOTAL | $6,463.80 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042612-112145

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Robert Anders
**DATE:**        4/26/2012
**LOCATION:**  Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $665.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112148

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Brian Von Herzen Ph.D.
**DATE:** 4/27/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 199 | $3.35 | $666.65 |
| Original Transcript - Immediate Delivery | 199 | $3.65 | $726.35 |
| Original Transcript - Evening Pages | 27 | $1.50 | $40.50 |
| Interactive Real-time | 199 | $1.35 | $268.65 |
| Rough ASCII | 199 | $1.25 | $248.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Rep App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 1223 | $0.15 | $183.45 |
| Exhibits - OCR Processing - Black & White | 1223 | $0.15 | $183.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,317.80 |
| | | SHIPPING & HANDLING | $110.00 |
| | | TOTAL | $2,427.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112149

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   Brian Von Herzen Ph.D.
**DATE:**        4/27/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videographer - Additonal Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $732.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $772.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112154

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:**       Appie v. Samsung
**WITNESS:**    Expert - Russell S. Winer
**DATE:**       4/27/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 352 | $3.35 | $1,179.20 |
| Certified Transcript - Immediate Delivery | 352 | $3.65 | $1,284.80 |
| Interactive Real-time | 352 | $1.35 | $475.20 |
| Rough ASCII | 352 | $1.25 | $440.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 132 | $0.10 | $13.20 |
| Exhibits - Scanned & Hyperlinked - Color | 63 | $1.50 | $94.50 |
| Exhibits - OCR Processing - Black & White | 132 | $0.15 | $19.80 |
| Exhibits - OCR Processing - Color | 63 | $0.50 | $31.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,538.20 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,593.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112155

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Expert - Russell S. Winer
**DATE:**       4/27/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $642.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $682.50 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112158

Bill To:    Cyndi Knisely
            Morrison & Foerster LLP
            425 Market Street
            San Francisco, CA  94105-2482

CASE:       Apple v. Samsung
WITNESS:    Susan Kare Ph.D.
DATE:       4/27/2012
LOCATION:   San Francisco, CA

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 214 | $3.35 | $716.90 |
| Certified Transcript - Immediate Delivery | 214 | $3.65 | $781.10 |
| Certified Transcript - Evening Pages | 28 | $1.50 | $42.00 |
| Interactive Real-time | 214 | $1.35 | $288.90 |
| Rough ASCII | 214 | $1.25 | $267.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 22 | $0.10 | $2.20 |
| Exhibits - Scanned & Hyperlinked - Color | 275 | $1.50 | $412.50 |
| Exhibits - OCR Processing - Black & White | 22 | $0.15 | $3.30 |
| Exhibits - OCR Processing - Color | 275 | $0.50 | $137.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $2,651.90 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $2,706.90 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112159

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Susan Kare Ph.D.
**DATE:** 4/27/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videographer - Additonal Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112162

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     John R. Hauser Ph.D.
**DATE:**        4/27/2012
**LOCATION:**    Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 273 | $3.35 | $914.55 |
| Certified Transcript - Immediate Delivery | 273 | $3.65 | $996.45 |
| Interactive Real-time | 273 | $1.35 | $368.55 |
| Rough ASCII | 273 | $1.25 | $341.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 251 | $0.10 | $25.10 |
| Exhibits - Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| Exhibits - OCR Processing - Black & White | 251 | $0.15 | $37.65 |
| Exhibits - OCR Processing - Color | 2 | $0.50 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,687.55 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,742.55 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112163

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   John R. Hauser Ph.D.
**DATE:**        4/27/2012
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $687.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $727.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050112-112166

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Alex Snoeren
**DATE:**       5/1/2012
**LOCATION:**   Atlanta, GA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 304 | $3.35 | $1,018.40 |
| Certified Transcript - Immediate Delivery | 304 | $3.65 | $1,109.60 |
| Interactive Real-time | 304 | $1.35 | $410.40 |
| Rough ASCII | 304 | $1.25 | $380.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 301 | $0.10 | $30.10 |
| Exhibits - Scanned & Hyperlinked - Color | 464 | $1.50 | $696.00 |
| Exhibits - OCR Processing - Black & White | 301 | $0.15 | $45.15 |
| Exhibits - OCR Processing - Color | 464 | $0.50 | $232.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,921.65 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $3,976.65 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050112-112167

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**     Apple v. Samsung
**WITNESS:**  Alex Snoeren
**DATE:**     5/1/2012
**LOCATION:** Atlanta, GA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $687.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $727.50 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050312-112168

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | Expert - George Mantis |
| **DATE:** | 5/3/2012 |
| **LOCATION:** | New York, NY |

**Billing Comments / Instructions:**    Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 203 | $3.35 | $680.05 |
| Original Transcript - Immediate Delivery | 203 | $3.65 | $740.95 |
| Interactive Real-time | 203 | $1.35 | $274.05 |
| Rough ASCII | 203 | $1.25 | $253.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 58 | $0.15 | $8.70 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 560 | $1.50 | $840.00 |
| Exhibits - OCR Processing - Black & White | 58 | $0.15 | $8.70 |
| Exhibits - OCR Processing - Color | 560 | $0.50 | $280.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,086.20 |
| | | SHIPPING & HANDLING | $85.00 |
| | | **TOTAL** | $3,171.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050312-112169

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Expert - George Mantis
**DATE:**       5/3/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5 | $45.00 | $225.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $530.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $570.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050412-112172

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Stephen Gray - Expert
**DATE:** 5/4/2012
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 236 | $3.35 | $790.60 |
| Original Transcript - Immediate Delivery | 236 | $3.65 | $861.40 |
| Interactive Real-time | 236 | $1.35 | $318.60 |
| Rough ASCII | 236 | $1.25 | $295.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 517 | $0.15 | $77.55 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 292 | $1.50 | $438.00 |
| Exhibits - OCR Processing - Black & White | 517 | $0.15 | $77.55 |
| Exhibits - OCR Processing - Color | 292 | $0.50 | $146.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,004.70 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $3,099.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050412-112173

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Stephen Gray - Expert
**DATE:**   5/4/2012
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $665.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050712-112176

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Michael Kamins Ph.D.
**DATE:** 5/7/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 289 | $3.35 | $968.15 |
| Original Transcript - Immediate Delivery | 289 | $3.65 | $1,054.85 |
| Interactive Real-time | 289 | $1.35 | $390.15 |
| Rough ASCII | 289 | $1.25 | $361.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 228 | $0.15 | $34.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 23 | $1.50 | $34.50 |
| Exhibits - OCR Processing - Black & White | 228 | $0.15 | $34.20 |
| Exhibits - OCR Processing - Color | 23 | $0.50 | $11.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,888.80 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $3,023.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050712-112177

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**     Apple v. Samsung
**WITNESS:**     Michael Kamins Ph.D.
**DATE:**     5/7/2012
**LOCATION:**     Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 8 | $45.00 | $360.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $665.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $705.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050712-112180

**Bill To:**        Cyndi Knisely
                    Morrison & Foerster LLP
                    425 Market Street
                    San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Nicholas Godici - Expert
**DATE:**        5/7/2012
**LOCATION:**    Washington, DC

**Billing Comments / Instructions:**        Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 237 | $3.35 | $793.95 |
| Original Transcript - Immediate Delivery | 237 | $3.65 | $865.05 |
| Interactive Real-time | 237 | $1.35 | $319.95 |
| Rough ASCII | 237 | $1.25 | $296.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 233 | $0.15 | $34.95 |
| Exhibits - OCR Processing - Black & White | 233 | $0.15 | $34.95 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,345.10 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $2,425.10 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050712-112181

**Bill To:**      Cyndi Knisely
                  Morrison & Foerster LLP
                  425 Market Street
                  San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Nicholas Godici - Expert
**DATE:**         5/7/2012
**LOCATION:**     Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 6 | $45.00 | $270.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $710.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $750.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG** REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050912-112184

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Sam Lucente
**DATE:** 5/9/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period. Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 211 | $3.35 | $706.85 |
| Original Transcript - Immediate Delivery | 211 | $3.65 | $770.15 |
| Interactive Real-time | 211 | $1.35 | $284.85 |
| Rough ASCII | 211 | $1.25 | $263.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 27 | $0.15 | $4.05 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 330 | $1.50 | $495.00 |
| Exhibits - OCR Processing - Black & White | 27 | $0.15 | $4.05 |
| Exhibits - OCR Processing - Color | 330 | $0.50 | $165.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $2,693.70 |
| SHIPPING & HANDLING | | $135.00 |
| TOTAL | | $2,828.70 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050912-112185

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Sam Lucente
**DATE:**   5/9/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | **TERMS** | net 30 |
|----------|-----------|-----------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:---------------:|:------------:|:--------:|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7 | $45.00 | $315.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $620.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $660.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 051012-112190

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**   James T. Carmichael
**DATE:**        5/10/2012
**LOCATION:**  Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 146 | $3.35 | $489.10 |
| Certified Transcript - Immediate Delivery | 146 | $3.65 | $532.90 |
| Interactive Real-time - Partial Feed | 112 | $1.35 | $151.20 |
| Rough ASCII | 146 | $1.25 | $182.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1069 | $0.10 | $106.90 |
| Exhibits - Scanned & Hyperlinked - Color | 5 | $1.50 | $7.50 |
| Exhibits - OCR Processing - Black & White | 1069 | $0.15 | $160.35 |
| Exhibits - OCR Processing - Color | 5 | $0.50 | $2.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,632.95 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,687.95 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 051012-112191

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     James T. Carmichael
**DATE:**        5/10/2012
**LOCATION:**    Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 6.5 | $45.00 | $292.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $597.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $637.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Bill To:**

Morrison & Foerster
Attn: Eric Ow
425 Market Street
San Francisco, CA 94105
USA

**Requested By:**

Eric Ow
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
USA

| | | | |
|---|---|---|---|
| Invoice #: | 437777 | Sales Contact: | Matthew DAuria (mdauria@transperfect.com) |
| Invoice Date: | 05/24/2012 | | |
| Invoice Due: | 06/23/2012 | Payment Terms: | Net 30 |
| Contract #: | tpt385438 | Purchase Order #: | |

**Project Notes:**

In the matter of Apple Inc vs. Samsung Electroinics Co
Video Deposition of Bryan Agnetta, taken 5/16/2012 (Seattle, WA)

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Certified Copy | | | | |
| Deposition Services | 70.00 | Pages | 3.500 | 245.00 |
| Rush Premium | 70.00 | Pages | 0.750 | 52.50 |
| 5 Day Expedite | | | | |
| Rough ASCII | | | | |
| Deposition Services | 54.00 | Pages | 1.500 | 81.00 |
| Interactive Realtime Hookup | | | | |
| Deposition Services | 54.00 | Pages | 1.500 | 81.00 |
| Exhibits | | | | |
| Deposition Services | 168.00 | Pages | 0.250 | 42.00 |
| PDF Version Only | | | | |
| DVD/MPEG-1 | | | | |
| Deposition Services | 1.00 | Files | 30.000 | 30.00 |
| DVD Synchronization | | | | |
| Deposition Services | 1.00 | Files | 95.000 | 95.00 |
| Delivery | | | | |
| Deposition Services | 1.00 | Fee | 31.000 | 31.00 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| | |
|---|---|
| Total to Bill this Contract: | US$ 657.50 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 657.50 |

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

Wire Transfer Details:
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt385438 and Invoice # 437777 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 042712-113141

**Bill To:**       Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**          Apple v. Samsung
**WITNESS:**       Expert - Michael Mazis
**DATE:**          4/27/2012
**LOCATION:**      New York, NY

**Billing Comments / Instructions:**       Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 101 | $3.35 | $338.35 |
| Original Transcript - Immediate Delivery | 101 | $3.65 | $368.65 |
| Interactive Real-time | 101 | $1.35 | $136.35 |
| Rough ASCII | 101 | $1.25 | $126.25 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 100 | $0.15 | $15.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 45 | $1.50 | $67.50 |
| Exhibits - OCR Processing - Black & White | 100 | $0.15 | $15.00 |
| Exhibits - OCR Processing - Color | 45 | $0.50 | $22.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | SUBTOTAL | $1,089.60 |
|---|---|---|---|
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,169.60 |

Please make all checks payable to: **TSG Reporting, Inc.**          **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 042712-113142

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**   Expert - Michael Mazis
**DATE:**         4/27/2012
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 050212-113147

**Bill To:**     Cyndi Knisely
                 Morrison & Foerster LLP
                 425 Market Street
                 San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Jack C. Goldstein
**DATE:**        5/2/2012
**LOCATION:**    Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 183 | $3.35 | $613.05 |
| Certified Transcript - Immediate Delivery | 183 | $3.65 | $667.95 |
| Interactive Real-time | 183 | $1.35 | $247.05 |
| Rough ASCII | 183 | $1.25 | $228.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 189 | $0.10 | $18.90 |
| Exhibits - OCR Processing - Black & White | 189 | $0.15 | $28.35 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,804.05 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,859.05 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 050212-113148

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**   Jack C. Goldstein
**DATE:**       5/2/2012
**LOCATION:**  Denver, CO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 050212-113149

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | Expert - Dr. Andries Van Dam start with page 1 |
| **DATE:** | 5/2/2012 |
| **LOCATION:** | Cranston, RI |

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 102 | $3.35 | $341.70 |
| Original Transcript - Immediate Delivery | 102 | $3.65 | $372.30 |
| Interactive Real-time | 102 | $1.35 | $137.70 |
| Rough ASCII | 102 | $1.25 | $127.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 282 | $0.15 | $42.30 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| Exhibits - OCR Processing - Black & White | 282 | $0.15 | $42.30 |
| Exhibits - OCR Processing - Color | 1 | $0.50 | $0.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,065.80 |
| SHIPPING & HANDLING | $135.00 |
| TOTAL | $1,200.80 |

Please make all checks payable to: **TSG Reporting, Inc.**          **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 050212-113150

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Expert - Dr. Andries Van Dam start with page 1
**DATE:**       5/2/2012
**LOCATION:**   Cranston, RI

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 051212-113153

**Bill To:** Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Michael Wagner cont w/pg 255
**DATE:** 5/12/2012
**LOCATION:** Palo Alto, CA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 306 | $3.35 | $1,025.10 |
| Original Transcript - Immediate Delivery | 306 | $3.65 | $1,116.90 |
| Original Transcript - Weekend Pages | 306 | $1.50 | $459.00 |
| Interactive Real-time | 306 | $1.35 | $413.10 |
| Rough ASCII | 306 | $1.25 | $382.50 |
| Reporter App Fee / Weekend Session - Videotaped - Comp | 2 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 2211 | $0.15 | $331.65 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 24 | $1.50 | $36.00 |
| Exhibits - OCR Processing - Black & White | 2211 | $0.15 | $331.65 |
| Exhibits - OCR Processing - Color | 24 | $0.50 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,107.90 |
| | | SHIPPING & HANDLING | $175.00 |
| | | TOTAL | $4,282.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 051212-113154

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Michael Wagner cont w/pg 255
**DATE:**        5/12/2012
**LOCATION:**    Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours - Weekend Rate | 1 | $187.50 | $187.50 |
| Videographer - Additional Hours - Weekend Rate | 8 | $67.50 | $540.00 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $907.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $947.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 051412-113159

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | Terry L. Musika |
| **DATE:** | 5/14/2012 |
| **LOCATION:** | Redwood Shores, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 169 | $2.85 | $481.65 |
| Certified Transcript - Immediate Delivery | 169 | $2.85 | $481.65 |
| Interactive Real-time | 169 | $1.35 | $228.15 |
| Rough ASCII | 169 | $1.25 | $211.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 565 | $0.10 | $56.50 |
| Exhibits - Scanned & Hyperlinked - Color | 143 | $1.50 | $214.50 |
| Exhibits - OCR Processing - Black & White | 565 | $0.15 | $84.75 |
| Exhibits - OCR Processing - Color | 143 | $0.50 | $71.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,829.95 |
| SHIPPING & HANDLING | $55.00 |
| TOTAL | $1,884.95 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 051412-113160

**Bill To:**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Terry L. Musika
**DATE:** 5/14/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20118251 | 07/30/2012 | 2005-444898 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/12/2012 | LNY | |

| CASE CAPTION |
|---|
| Apple, Inc. vs. Samsung Electronics Co., et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Andrew E. Monach
Morrison & Foerster
425 Market Street, 33rd Floor
San Francisco, CA 94105-2482

```
EXPEDITED COPY AND WORD INDEX OF THE DEPOSITION OF:
   Ravin Balakrishnan              110 Pages @        3.50/Page         385.00
        SIX-DAY EXPEDITE                                                297.00
        Total Transcript I                                              45.00
        Production and Handling                                         50.00
        Delivery                                                        30.00
        Exhibit Copy/Scan         242.00 Pages @       .70/Page        169.40
        Unedited ASCII (RT)        96.00 Pages @      1.50/Page         144.00

                                    TOTAL   DUE   >>>>               1,120.40
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382                                  (415) 268-7000   Fax (415) 268-7522

*Please detach bottom portion and return with payment.*

Andrew E. Monach
Morrison & Foerster
425 Market Street, 33rd Floor
San Francisco, CA 94105-2482

Invoice No.:  20118251
Date      :  07/30/2012
**TOTAL DUE** :  1,120.40

Job No.   :  2005-444898
Case No.  :
Apple, Inc. vs. Samsung Electronics

Remit To:   **LegaLink, Inc.**
            **File 70206**
            **Los Angeles, CA 90074-0206**