# EXHIBIT A-1

# Part 5

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048462 | 07/31/2012 | 1207-88294 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/08/2012 | SJOQER | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Deok Keun Matthew Ahn
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

```
EXPEDITED CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Sungyub Lee                                                    1,112.50

                                    TOTAL   DUE   >>>>            1,112.50

Deposition Location:  Seoul, Korea

*Market dictates a 100 page minimum.
```

TAX ID NO. : 20-2665382                              (415) 268-7000    Fax (415) 268-7522

*Please detach bottom portion and return with payment.*

Deok Keun Matthew Ahn
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

```
Invoice No.:  12048462
Date       :  07/31/2012
TOTAL DUE  :   1,112.50


Job No.    :  1207-88294
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071612-115995

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Richard Howarth
**DATE:** 7/16/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 88 | $3.35 | $294.80 |
| Certified Transcript - Immediate Delivery | 88 | $3.65 | $321.20 |
| Interactive Real-time | 88 | $1.35 | $118.80 |
| Rough ASCII | 88 | $1.25 | $110.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 22 | $0.10 | $2.20 |
| Exhibits - Scanned & Hyperlinked - Color | 14 | $1.50 | $21.00 |
| Exhibits - OCR Processing - Black & White | 22 | $0.15 | $3.30 |
| Exhibits - OCR Processing - Color | 14 | $0.50 | $7.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $878.30 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $933.30 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071612-115996

**Bill To:**      Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**         Apple v. Samsung
**WITNESS:**      Richard Howarth
**DATE:**         7/16/2012
**LOCATION:**     San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2 | $45.00 | $90.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $260.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $300.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-115999

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Priya Balasubramaniam
**DATE:**       7/17/2012
**LOCATION:**   Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 32 | $3.35 | $107.20 |
| Certified Transcript - Immediate Delivery | 32 | $3.65 | $116.80 |
| Interactive Real-time | 32 | $1.35 | $43.20 |
| Rough ASCII | 32 | $1.25 | $40.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 20 | $0.10 | $2.00 |
| Exhibits - OCR Processing - Black & White | 20 | $0.15 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $312.20 |
|  | | SHIPPING & HANDLING | $55.00 |
|  | | TOTAL | $367.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-116000

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Priya Balasubramaniam
**DATE:**      7/17/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $170.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $210.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-116003

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Dr. Andrew Bright
**DATE:**  7/17/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 79 | $3.35 | $264.65 |
| Certified Transcript - Immediate Delivery | 79 | $3.65 | $288.35 |
| Certified Transcript - Evening Pages | 21 | $1.50 | $31.50 |
| Interactive Real-time | 79 | $1.35 | $106.65 |
| Rough ASCII | 79 | $1.25 | $98.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 2 | $0.10 | $0.20 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| Exhibits - OCR Processing - Black & White | 2 | $0.15 | $0.30 |
| Exhibits - OCR Processing - Color | 1 | $0.50 | $0.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $792.40 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $847.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-116004

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Dr. Andrew Bright
**DATE:**      7/17/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 1 | $45.00 | $45.00 |
| Certified - MPEG - Complimentary | 1 | $50.00 | $0.00 |
| | SUBTOTAL | | $248.75 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $288.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-116005

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Expert - Stephen Gray cont w/ pg 237
**DATE:**      7/17/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 103 | $3.35 | $345.05 |
| Original Transcript - Immediate Delivery | 103 | $3.65 | $375.95 |
| Interactive Real-time | 103 | $1.35 | $139.05 |
| Rough ASCII | 103 | $1.25 | $128.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 56 | $0.15 | $8.40 |
| Exhibits - OCR Processing - Black & White | 56 | $0.15 | $8.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,005.60 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,085.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-116006

**Bill To:**      Cyndi Knisely
                  Morrison & Foerster LLP
                  425 Market Street
                  San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Expert - Stephen Gray cont w/ pg 237
**DATE:**      7/17/2012
**LOCATION:**  San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1.5 | $45.00 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $282.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $322.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-116325

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Michael J. Wagner cont w/pg 561
**DATE:**   7/17/2012
**LOCATION:**   Palo Alto, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 127 | $3.35 | $425.45 |
| Original Transcript - Immediate Delivery | 127 | $3.65 | $463.55 |
| Interactive Real-time | 127 | $1.35 | $171.45 |
| Rough ASCII | 127 | $1.25 | $158.75 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 789 | $0.15 | $118.35 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 24 | $1.50 | $36.00 |
| Exhibits - OCR Processing - Black & White | 789 | $0.15 | $118.35 |
| Exhibits - OCR Processing - Color | 24 | $0.50 | $12.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,503.90 |
| SHIPPING & HANDLING | $110.00 |
| TOTAL | $1,613.90 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2012
**INVOICE #** 071712-116326

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Michael J. Wagner cont w/pg 561
**DATE:**      7/17/2012
**LOCATION:**  Palo Alto, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 2.5 | $45.00 | $112.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $327.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SF1606915 |
| Invoice Date: | 11/08/2012 |
| Balance Due: | $1,462.20 |

| | |
|---|---|
| Case: | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| Job #: | 1554045  \|  Job Date: 11/2/2012  \|  Delivery: Daily |
| Location: | Apple, Inc. |
| | 1 Infinite Loop \| 1L3 \| Cupertino, CA 95014 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Phillip Schiller, Vol 2 | Certified Transcript | Page | 160.0 | $1,056.00 |
| | Exhibits | Per Page | 34.0 | $18.70 |
| | Exhibits - Color | Per Page | 13.0 | $19.50 |
| | Realtime Services | Page | 160.0 | $240.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.0 | $52.00 |
| | Production & Processing | 1 | 1.0 | $46.00 |
| | Shipping & Handling | Package | 1.0 | $30.00 |

| | | |
|---|---|---|
| **Notes:** | Invoice Total: | $1,462.20 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569       Term: Net 30 | Balance Due: | $1,462.20 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐  Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SF1606915 |
| Job #: | 1554045 |
| Invoice Date: | 11/08/2012 |
| Balance : | $1,462.20 |

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/surcharges

# INVOICE

**Veritext**
## Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SF1606951 |
| Invoice Date: | 11/08/2012 |
| Balance Due: | $1,355.65 |

| | |
|---|---|
| Case: | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| Job #: | 1554075  \| Job Date: 11/5/2012  \| Delivery: Daily |
| Location: | Quinn Emanuel |
| | 555 Twin Dolphin Drive \| 5th Floor \| Redwood Shores, CA 94065 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Marylee Robinson | Certified Transcript | Page | 147.0 | $970.20 |
| | Exhibits | Per Page | 59.0 | $32.45 |
| | Exhibits - Color | Per Page | 3.0 | $4.50 |
| | Realtime Services | Page | 147.0 | $220.50 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.0 | $52.00 |
| | Production & Processing | 1 | 1.0 | $46.00 |
| | Shipping & Handling | Package | 1.0 | $30.00 |

| | |
|---|---|
| **Invoice Total:** | $1,355.65 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| **Balance Due:** | $1,355.65 |

Notes:

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SF1606951 |
| Job #: | 1554075 |
| Invoice Date: | 11/08/2012 |
| Balance : | $1,355.65 |

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1613903 |
| **Invoice Date:** | 11/16/2012 |
| **Balance Due:** | $2,634.20 |
| **Agency # :** | 1554125 |

**Case:** APPLE, INC. v. SAMSUNG ELECTRONICS CO.
**Job #:** 1554078  |  Job Date: 11/6/2012  |  Delivery: Daily

**Location:** Quinn Emanuel
51 Madison Avenue, | 22nd Floor | New York, NY 10010

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Russell Winer, Vol 2 | Certified Transcript | Page | 216.0 | $1,468.80 |
| | Exhibits | Per Page | 148.0 | $81.40 |
| | Realtime Services | Page | 216.0 | $486.00 |
| | Rough Draft | Page | 216.0 | $486.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.0 | $52.00 |
| | Production & Processing | 1 | 1.0 | $40.00 |
| | Shipping & Handling | Package | 1.0 | $20.00 |

| | |
|---|---|
| **Invoice Total:** | $2,634.20 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,634.20 |

**Notes:**

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

*Please tear off stub and return with payment.*

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF1613903 |
| **Job #:** | 1554078 |
| **Invoice Date:** | 11/16/2012 |
| **Balance :** | $2,634.20 |

**Please remit payment to:**
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

## Veritext
## Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

**Invoice #:** SF1618427
**Invoice Date:** 11/26/2012
**Balance Due:** $273.75

**Case:** APPLE, INC. v. SAMSUNG ELECTRONICS CO.
**Job #:** 1554045  |  Job Date: 11/2/2012  |  Delivery: Normal

**Location:** Apple, Inc.
1 Infinite Loop | 1L3 | Cupertino, CA 95014

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Phillip Schiller, Vol 2 | Video - Transcript Synchronization | Per hour | 3.3 | $243.75 |
| | Shipping & Handling - Video Media | Package | 1.0 | $30.00 |
| | | Invoice Total: | | $273.75 |
| Notes: | | Payment: | | |
| | | Credit: | | |
| | | Interest: | | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | | $273.75 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

---

Please tear off stub and return with payment.

---

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐  Discover ☐  Lock Box

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF1618427
**Job #:** 1554045
**Invoice Date:** 11/26/2012
**Balance :** $273.75

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

Bill To:  Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| Invoice #: | SF1620830 |
| Invoice Date: | 11/28/2012 |
| Balance Due: | $273.75 |

Case:  APPLE, INC. v. SAMSUNG ELECTRONICS CO.
Job #:  1554075  |  Job Date: 11/5/2012  |  Delivery: Normal

Location:  Quinn Emanuel
555 Twin Dolphin Drive | 5th Floor | Redwood Shores, CA 94065

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Marylee Robinson | Video - Transcript Synchronization | Per hour | 3.3 | $243.75 |
| | Shipping & Handling | Package | 1.0 | $30.00 |

| | | |
|---|---|---|
| Notes: | Invoice Total: | $273.75 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569     Term: Net 30 | Balance Due: | $273.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   **Veritext**

☐ Visa ☐   MC ☐ Amex   ☐  Discover ☐   Lock Box

_____          _____
Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SF1620830 |
| Job #: | 1554075 |
| Invoice Date: | 11/28/2012 |
| Balance : | $273.75 |

**Please remit payment to:**
**P.O. Box 71303**
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult   www.veritext.com/serviceinfo



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110612-118768

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:** Apple v. Samsung
**WITNESS:** Stephen Gray
**DATE:** 11/6/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 86 | $3.35 | $288.10 |
| Original Transcript - Immediate Delivery | 86 | $3.65 | $313.90 |
| Original Transcript - Evening Pages | 20 | $1.50 | $30.00 |
| Interactive Real-time | 86 | $1.35 | $116.10 |
| Rough ASCII | 86 | $1.25 | $107.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Rep App Fee / Evening Session - Videotaped - Comp | 1 | $105.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 38 | $0.15 | $5.70 |
| Exhibits - OCR Processing - Black & White | 38 | $0.15 | $5.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $867.00 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $1,002.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110612-118769

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**    Stephen Gray
**DATE:**        11/6/2012
**LOCATION:**   San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 1 | $45.00 | $45.00 |
| Videographer - Additonal Hours - Evening Rate | 1 | $67.50 | $67.50 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $327.50 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $367.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110612-118772

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Sam Lucente
**DATE:**        11/6/2012
**LOCATION:**    San Francisco, CA

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 122 | $3.35 | $408.70 |
| Original Transcript - Immediate Delivery | 122 | $3.65 | $445.30 |
| Interactive Real-time | 122 | $1.35 | $164.70 |
| Rough ASCII | 122 | $1.25 | $152.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 131 | $1.50 | $196.50 |
| Exhibits - OCR Processing - Color | 131 | $0.50 | $65.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,433.20 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,513.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110612-118773

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**     Apple v. Samsung
**WITNESS:**  Sam Lucente
**DATE:**     11/6/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110712-118776

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**   Apple v. Samsung
**WITNESS:**   Dr. Yoram (Jerry) Wind
**DATE:**   11/7/2012
**LOCATION:**   Philadelphia, PA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 146 | $3.35 | $489.10 |
| Original Transcript - Immediate Delivery | 146 | $3.65 | $532.90 |
| Interactive Real-time | 146 | $1.35 | $197.10 |
| Rough ASCII | 146 | $1.25 | $182.50 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 452 | $0.15 | $67.80 |
| Exhibits - OCR Processing - Black & White | 452 | $0.15 | $67.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,537.20 |
| | | SHIPPING & HANDLING | $95.00 |
| | | TOTAL | $1,632.20 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110712-118777

**Bill To:**    Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Dr. Yoram (Jerry) Wind
**DATE:**       11/7/2012
**LOCATION:**   Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $395.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $435.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110712-118780

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**     Apple v. Samsung
**WITNESS:**     Tulin Erdem
**DATE:**     11/7/2012
**LOCATION:**     New York, NY

**Billing Comments / Instructions:**     Includes shipping for original transcript sent at end of read & sign period!
Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 170 | $3.35 | $569.50 |
| Original Transcript - Immediate Delivery | 170 | $3.65 | $620.50 |
| Interactive Real-time | 170 | $1.35 | $229.50 |
| Rough ASCII | 170 | $1.25 | $212.50 |
| Reporter Waiting Time / Hour | 1 | $100.00 | $100.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 2 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 488 | $0.15 | $73.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 2 | $1.50 | $3.00 |
| Exhibits - OCR Processing - Black & White | 488 | $0.15 | $73.20 |
| Exhibits - OCR Processing - Color | 2 | $0.50 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | $1,882.40 |
| | | SHIPPING & HANDLING | $135.00 |
| | | TOTAL | $2,017.40 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/28/2012
**INVOICE #** 110712-118781

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**      Apple v. Samsung
**WITNESS:**   Tulin Erdem
**DATE:**      11/7/2012
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 4 | $45.00 | $180.00 |
| Videosynch / Tape | 3 | $45.00 | $135.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $440.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $480.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

## Veritext
## Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1622374 |
| **Invoice Date:** | 11/29/2012 |
| **Balance Due:** | $263.75 |
| **Agency # :** | 1554125 |

**Case:** APPLE, INC. v. SAMSUNG ELECTRONICS CO.
**Job #:** 1554078  | Job Date: 11/6/2012  | Delivery: Normal

**Location:** Quinn Emanuel
51 Madison Avenue, | 22nd Floor | New York, NY 10010

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Russell Winer, Vol 2 | Video - Transcript Synchronization | Per hour | 3.3 | $243.75 |
| | Shipping & Handling - Video Media | Package | 1.0 | $20.00 |

| Notes: | | | | |
|---|---|---|---|---|
| | | **Invoice Total:** | | $263.75 |
| | | **Payment:** | | |
| | | **Credit:** | | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Interest:** | | $0.00 |
| | | **Balance Due:** | | $263.75 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex  ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF1622374 |
| **Job #:** | 1554078 |
| **Invoice Date:** | 11/29/2012 |
| **Balance :** | $263.75 |

**Please remit payment to:**
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1632187 |
| **Invoice Date:** | 12/12/2012 |
| **Balance Due:** | $1,722.05 |

**Case:** APPLE, INC. v. SAMSUNG ELECTRONICS CO.
**Job #:** 1567217 | Job Date: 11/29/2012 | Delivery: Daily

**Location:** Cornerstone Research
699 Boylston Street | Boston, MA 02116-2836

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| John Hauser Vol. 2 | Certified Transcript | Page | 158.0 | $1,042.80 |
| | Exhibits | Per Page | 227.0 | $124.85 |
| | Realtime Services | Page | 158.0 | $237.00 |
| | Rough Draft | Page | 158.0 | $205.40 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.0 | $52.00 |
| | Production & Processing | 1 | 1.0 | $40.00 |
| | Shipping & Handling | Package | 1.0 | $20.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,722.05 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,722.05 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

## Please tear off stub and return with payment.

Make check payable to:   **Veritext**

☐ Visa ☐  MC ☐ Amex  ☐ Discover ☐  Lock Box

Credit Card # _____   Exp. Date _____

**SIGNATURE (AS IT APPEARS ON CREDIT CARD)**

**PRINT NAME (AS IT APPEARS ON CREDIT CARD)**

| | |
|---|---|
| **Invoice #:** | SF1632187 |
| **Job #:** | 1567217 |
| **Invoice Date:** | 12/12/2012 |
| **Balance :** | $1,722.05 |

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Cyndi Knisely
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

| | |
|---|---|
| **Invoice #:** | SF1639829 |
| **Invoice Date:** | 12/20/2012 |
| **Balance Due:** | $263.75 |

| | |
|---|---|
| **Case:** | APPLE, INC. v. SAMSUNG ELECTRONICS CO. |
| **Job #:** | 1567217  |  Job Date: 11/29/2012  |  Delivery: Normal |
| **Location:** | Cornerstone Research |
| | 699 Boylston Street | Boston, MA 02116-2836 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| John Hauser Vol. 2 | Video - Transcript Synchronization | Per hour | 3.3 | $243.75 |
| | Shipping & Handling - Video Media | Package | 1.0 | $20.00 |
| **Notes:** | | **Invoice Total:** | | $263.75 |
| | | **Payment:** | | |
| | | **Credit:** | | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Interest:** | | $0.00 |
| | | **Balance Due:** | | $263.75 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

| Make check payable to: | **Veritext** |
|---|---|

☐ Visa ☐  MC ☐ Amex  ☐ Discover ☐  Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | SF1639829 |
| **Job #:** | 1567217 |
| **Invoice Date:** | 12/20/2012 |
| **Balance :** | $263.75 |

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago, IL 60694-1303**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/27/2012
**INVOICE #** 112912-119328

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | Ramamirtham Sukumar - Samsung Expert |
| **DATE:** | 11/29/2012 |
| **LOCATION:** | Los Angeles, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 172 | $3.35 | $576.20 |
| Original Transcript - Immediate Delivery | 172 | $3.65 | $627.80 |
| Interactive Real-time | 172 | $1.35 | $232.20 |
| Rough ASCII | 172 | $1.25 | $215.00 |
| Rep App Fee / Session - Videotaped - Complimentary | 1 | $70.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 102 | $0.15 | $15.30 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 190 | $1.50 | $285.00 |
| Exhibits - OCR Processing - Black & White | 102 | $0.15 | $15.30 |
| Exhibits - OCR Processing - Color | 190 | $0.50 | $95.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,061.80 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $2,116.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/27/2012
**INVOICE #** 112912-119329

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Ramamirtham Sukumar - Samsung Expert
**DATE:**        11/29/2012
**LOCATION:**    Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:---:|:---:|:---:|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 3 | $45.00 | $135.00 |
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $350.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $390.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2012
**INVOICE #** 120312-119817

**Bill To:**     Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**        Apple v. Samsung
**WITNESS:**     Dr. Karansher Singh cont w/ pg 368 (Expert for Apple)
**DATE:**        12/3/2012
**LOCATION:**    Hong Kong, China

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 115 | $3.95 | $454.25 |
| Certified Transcript - Immediate Delivery | 115 | $4.50 | $517.50 |
| Interactive Real-time | 115 | $3.00 | $345.00 |
| Rough ASCII | 115 | $3.00 | $345.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 16 | $1.50 | $24.00 |
| Exhibits - OCR Processing - Color | 16 | $0.50 | $8.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,693.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $1,748.75 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/31/2012
**INVOICE #** 120312-119818

**Bill To:**   Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**       Apple v. Samsung
**WITNESS:**    Dr. Karansher Singh cont w/ pg 368 (Expert for Apple)
**DATE:**       12/3/2012
**LOCATION:**   Hong Kong, China

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 2 | $45.00 | $90.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $90.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $130.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/30/2013
**INVOICE #** 082613-409487

**Bill To:**
Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Los Angeles, CA 90017

**CASE:** Apple v. Samsung
**WITNESS:** Julie Davis
**DATE:** 8/26/2013
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 332 | $2.85 | $946.20 |
| Certified Transcript - Immediate Delivery | 332 | $2.85 | $946.20 |
| Certified Transcript - Early AM Pages | 30 | $1.50 | $45.00 |
| Interactive Real-time | 332 | $1.35 | $448.20 |
| Rough ASCII | 332 | $1.25 | $415.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 3595 | $0.15 | $539.25 |
| Exhibits - OCR Processing - Color | 298 | $0.50 | $149.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 3595 | $0.10 | $359.50 |
| Exhibits - Scanned & Hyperlinked - Color | 298 | $1.50 | $447.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,295.35 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $4,322.85 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/30/2013
**INVOICE #** 082613-409488

**Bill To:**    Morrison & Foerster LLP
Attention: Cyndi Knisely
425 Market Street
San Francisco, CA 94105-2482
Los Angeles, CA  90017

**CASE:**        Apple v. Samsung
**WITNESS:**     Julie Davis
**DATE:**        8/26/2013
**LOCATION:**    Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 7.5 | $45.00 | $337.50 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $67.50 | $33.75 |
| Videosynch / Tape | 5 | $45.00 | $225.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
|  | | SUBTOTAL | $721.25 |
|  | | SHIPPING & HANDLING | $27.50 |
|  | | TOTAL | $748.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**