**SCHEDULE A-2 (Hearing and Trial Transcripts)**

| Date | Vendor Invoice No. | Vendor | Description | Amount |
|---|---|---|---|---|
| 8/25/2011 | 20051070 | USDC ND CA | Reporter's Transcript of Proceedings 8/24/2011 | 409.50 |
| 9/28/2011 | 20071006 | USDC ND CA | Reporter's Transcript of Proceedings 9/28/2011 | 715.80 |
| 11/2/2011 | Invoice | USDC ND CA | Reporter's Transcript of Proceedings 11/1/2011 | 208.73 |
| 1/4/2012 | 20071044 | USDC ND CA | Reporter's Transcript of Proceedings 12/16/2011 | 106.00 |
| 1/19/2012 | 20071055 | USDC ND CA | Reporter's Transcript of Proceedings 1/19/2012 | 1,421.50 |
| 1/26/2012 | 1696 | USDC ND CA | Reporter's Transcript of Proceedings 1/17/2012 & 1/20/2012 | 2,062.35 |
| 3/6/2012 | 20071076 | USDC ND CA | Reporter's Transcript of Proccedings 3/6/2012 | 505.15 |
| 3/7/2012 | 1713 | USDC ND CA | Reporter's Transcript of Proceedings 2/17/2012 | 109.90 |
| 3/28/2012 | 20051202 | USDC ND CA | Reporter's Transcript of Proceedings 3/27/2012 | 412.25 |
| 4/11/2012 | 20071088 | USDC ND CA | Reporter's Transcript of Proceedings 4/9/2012 | 1,086.75 |
| 4/24/2012 | 20071099 | USDC ND CA | Reporter's Transcript of Proccedings 4/24/2012 | 369.75 |
| 5/8/2012 | 20071105 | USDC ND CA | Reporter's Transcript of Proceedings 5/2/2012 | 293.25 |
| 5/9/2012 | 20051221 | USDC ND CA | Reporter's Transcript of Proceedings 4/12/2012 | 95.40 |
| 6/5/2012 | 20051226 | USDC ND CA | Reporter's Transcript of Proceedings 6/5/2012 | 47.70 |
| 6/21/2012 | 20051253 | USDC ND CA | Reporter's Transcript of Proceedings 6/19/2012 & 6/21/2012 | 1,081.00 |
| 6/29/2012 | 20051259 | USDC ND CA | Reporter's Transcript of Proceedings 6/29/2012 | 404.40 |
| 7/24/2012 | 20051281 | USDC ND CA | Reporter's Transcripts of Proceedings 7/18/2012 & 7/24/2012 | 672.75 |
| 7/30/2012 | 20051295 | USDC ND CA | Reporter's Trial Transcripts 7/30/2012, 7/31/2012, 8/3/2012, 8/6/2012, 8/7/2012, 8/10/2012, 8/13/2012, 8/14/2012, 8/15/2012, 8/16/2012 and 8/17/2012 | 33,680.35 |
| 8/7/2012 | 20071156 | USDC ND CA | Reporter's Transcript of Proceedings  8/7/2012 | 374.90 |
| 8/24/2012 | 20051329 | USDC ND CA | Reporter's Transcript of Proceedings 8/20/2012, 8/21/2012, 8/24/2012 | 5,223.05 |
| 12/18/2012 | 20051419 | USDC ND CA | Reporter's Transcript of Proceedings  12/6/2012 | 479.55 |
| 12/20/2012 | 54611012984 | USDC ND CA | Video Tape of Proceedings 11/21/2012 | 30.00 |
| 1/23/2013 | 010413-308742 | USDC ND CA | Transcription of 11/21/2012 Discovery Hearing | 385.00 |
| 4/30/2013 | 20051501 | USDC ND CA | Reporter's Transcript of Proceedings  4/29/2013 | 447.75 |
| 5/28/2013 | 1949 | USDC ND CA | Reporter's Transcript of Proceedings 5/14/2013 | 72.00 |
| 8/28/2013 | 20051564 | USDC ND CA | Reporter's Transcript of Proceedings 8/21/2013 | 218.50 |
| 10/15/2012 | 2016 | USDC ND CA | Reporter's Transcript of Proceedings 10/10/13 | 493.00 |
| 10/17/2013 | 20051603 | USDC ND CA | Reporter's Transcript of Proceedings 10/17/2013 | 875.00 |
| 11/5/2013 | 20051618 | USDC ND CA | Reporter's Transcript of Proceedings  11/5/2013 | 376.95 |

**SCHEDULE A-2 (Hearing and Trial Transcripts)**

| Date | Vendor Invoice No. | Vendor | Description | Amount |
|---|---|---|---|---|
| 11/15/2013 | 20051634 | USDC ND CA | Reporter's Trial Transcripts 11/12/2013, 11/13/2013, 11/14/2013, 11/15/2013, 11/18/2013, 11/19/2013, 11/20/2013 and 11/21/2013 | 17,991.40 |
| | | | | |
| | | | **TOTAL** | **70,649.63** |