AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051070

**MAKE CHECKS PAYABLE TO:**

Grant L. Kim
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

gkim@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:      (408) 287-4580
FAX         (408) 535-5329
Tax ID:     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
Lee-Anne_Shortridge@cand.uscourts.gov

| | |
|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 08-25-2011   DATE DELIVERED: 09-12-2011 |

Case Style: C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 8-24-11 (e-mail and hard copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 90 | 3.65 | 328.50 | 90 | 0.90 | 81.00 | | 0.60 | | 409.50 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 409.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $409.50 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE   09-12-2011

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:  20071006

**MAKE CHECKS PAYABLE TO:**

Wesley Overson
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

woverson@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:      (408) 288-6150

summer_fisher@cand.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 09-28-2011 | DATE DELIVERED: 09-28-2011 |

**Case Style:** CV-11-1846-LHK, Apple, Inc. v Samsung, et al
INV. due upon receipt of transcript.

9/28/11 Judge Grewal.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 87 | 6.05 | 526.35 | 87 | 1.20 | 104.40 | 87 | 0.90 | 78.30 | 709.05 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.   postage

| | |
|---|---|
| MISC. CHARGES: | 6.75 |
| TOTAL: | 715.80 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $715.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE   09-28-2011

(All previous editions of this form are
cancelled and should be destroyed)

*SIM AO 44 (Rev. 12/89) ®

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### INVOICE NO.

Morrison & Foerster
425 Market Street
San Francisco, CA 94105
(415) 268.7233

MAKE CHECK PAYABLE TO:

**GINA GALVAN COLIN, CSR**
**4848 SAN FELIPE RD., #150-416**
**SAN JOSE CA 95135**

Tax ID: 20-3860975

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED 11/2/11 | DATE COMPLETED 11/9/11 |
|---|---|---|---|

Reporter's transcript of Apple vs Samsung, case CV11-01846
heard before Judge Grewal on 11-1-11
       Ordered by Cyndi Knisely for Atty M. Jacobs

| CATEGORY | ORIGINAL Simultaneous request. # Cost split between parties | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited 334.65 | 69 | 4.85 | *167.33 | | | | 69 | .60 | 41.40 | 208.73 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Charges:

✓ PDF sent to: CKnisely @ Mofo.com

| | |
|---|---|
| TOTAL | 208.73 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable) | |
| LESS AMOUNT OF DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | $208.73 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE _Gina Galvan Colin_    DATE 11/9/11

[All previous editions of this form are cancelled and should be destroyed.]

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYM
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:   20071044

**MAKE CHECKS PAYABLE TO:**

Rosemary Barajas
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6744

rbarajas@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:     (408) 288-6150

summer_fisher@cand.uscourts.gov

| | CRIMINAL | IX CIVIL | DATE ORDERED: 01-04-2012 | DATE DELIVERED: 01-04-2012 |

**Case Style:** CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

12/16/11 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 66 | 0.90 | 59.40 | 66 | 0.60 | 39.60 | 99.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc.   postage | MISC. CHARGES: | 7.00 |
| | TOTAL: | 106.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $106.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 01-04-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO: 20071055

MAKE CHECKS PAYABLE TO:

Cyndi Knisely
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-7233

cknisely@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 288-6150

summer_fisher@cand.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 01-19-2012 | 01-20-2012 |

Case Style:  CV-11-1846-LHK, Apple, Inc. v Samsung, et al
INV. due upon receipt of transcript.

1/19/12 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 138 | 6.05 | 834.90 | 276 | 1.20 | 331.20 | 276 | 0.90 | 248.40 | 1,414.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc.  postage | MISC. CHARGES: | 7.00 |
|---|---|---|
| | TOTAL: | 1,421.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,421.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE | 01-20-2012 |
|---|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  00001696

**MAKE CHECKS PAYABLE TO:**

Harold J. McElhinny
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone:   (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 01-26-2012 | DATE DELIVERED: 01-26-2012 |

**Case Style:** C-11-1846-LHK, Apple v Samsung
Transcript of Proceedings held on 1/17/12 (139) & 1/20/12 (237)   Original divided, hard copy & emails

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 70 | 4.85 | 339.50 | 139 | 0.90 | 125.10 | 278 | 0.60 | 166.80 | 631.40 |
| Daily | 119 | 6.05 | 719.95 | 237 | 1.20 | 284.40 | 474 | 0.90 | 426.60 | 1,430.95 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 2,062.35 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $2,062.35 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE   01-27-2012

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:   20071076

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-7233

cknisely@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 288-6150

summer_fisher@cand.uscourts.gov

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 03-06-2012 | 03-07-2012 |

Case Style: CV-11-1846-LHK, Apple, Inc. v Samsung Electrronics, et al
INV. due upon receipt of transcript.

3/6/12 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 61 | 6.05 | 369.05 | 61 | 1.20 | 73.20 | 61 | 0.90 | 54.90 | 497.15 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.  postage

| | |
|---|---|
| MISC. CHARGES: | 8.00 |
| TOTAL: | 505.15 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $505.15 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used  comply with the requirements of this court and the Jlcial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 03-07-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  00001713

**MAKE CHECKS PAYABLE TO:**

Michael A. Jacobs
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone:    (408) 947-8160

Tax ID:    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
Irene_Rodriguez@cand.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | 03-07-2012 | 03-07-2012 |

**Case Style:** C-11-1846-LHK, Apple v Samsung
Transcript of Proceedings held on 2/17/12.  Original divded, hard copy &
emails

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 14 | 4.85 | 67.90 | 28 | 0.90 | 25.20 | 28 | 0.60 | 16.80 | 109.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 109.90 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | | TOTAL REFUND: | | |
| | | | | | | | | TOTAL DUE: | | $109.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE
09-06-2012

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051202

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:    (408) 287-4580
FAX       (408) 535-5329
Tax ID:   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
Lee-Anne_Shortridge@cand.uscourts.gov

| | |
|---|---|
| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 03-28-2012 — DATE DELIVERED: 04-04-2012 |

**Case Style:** C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 3-27-12 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 85 | 4.85 | 412.25 | | 0.90 | | | 0.60 | | 412.25 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 412.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (if Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $412.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *[signature: Lee-Anne Shortridge]* | 04-04-2012 |

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:   20071088

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-7233

cknisely@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 288-6150

summer_fisher@cand.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 04-11-2012 | DATE DELIVERED: 04-13-2012 |

Case Style: CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

4/9/12 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 189 | 4.85 | 916.65 | 189 | 0.90 | 170.10 | | | | 1,086.75 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 1,086.75 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $1,086.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE   04-13-2012

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN CALIFORNIA

INVOICE NO:   20071099

MAKE CHECKS PAYABLE TO:

Cyndi Knisely
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-7233

cknisely@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 288-6150

summer_fisher@cand.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 04-24-2012 | 04-25-2012 |

Case Style: CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

4/24/12 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 51 | 6.05 | 308.55 | 51 | 1.20 | 61.20 | | | | 369.75 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 369.75 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $369.75 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 04-25-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:   20071105

MAKE CHECKS PAYABLE TO:

Cyndi Knisely
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-7233

cknisely@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 288-6150

summer_fisher@cand.uscourts.gov

| [ ] CRIMINAL   [X] CIVIL | DATE ORDERED: 05-08-2012 | DATE DELIVERED: 05-11-2012 |
|---|---|---|

Case Style:   CV-11-1846-LHK, Apple v Samsung

INV. due upon receipt of transcript.

5/2/12 Judge Koh.
CV-11-1846-LHK, and related CV-12-00630-LHK

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 51 | 4.85 | 247.35 | 51 | 0.90 | 45.90 | | | | 293.25 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 293.25 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $293.25 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 05-11-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051221

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX      (408) 535-5329
Tax ID:   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
Lee-Anne_Shortridge@cand.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | 05-09-2012 | 06-04-2012 |

**Case Style:** C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 4-12-12 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 106 | 0.90 | 95.40 | | 0.60 | | 95.40 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 95.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $95.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged and page format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *Lee-Anne Shortridge* | 06-04-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051226

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX:      (408) 535-5329
Tax ID:   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
Lee-Anne_Shortridge@cand.uscourts.gov

| | |
|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 06-05-2012 |
| | DATE DELIVERED: 06-06-2012 |

**Case Style:** C-11-1846 & 12-630, Apple v Samsung
Reporter's expedited transcript of proceedings held on 6-5-12 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 53 | 0.90 | 47.70 | | 0.60 | | 47.70 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 47.70 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $47.70 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Lee Anne Shortridge* | DATE 06-06-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051253

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX      (408) 535-5329
Tax ID:  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
Lee-Anne_Shortridge@cand.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 06-21-2012 | DATE DELIVERED: 06-28-2012 |

**Case Style:** C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 6-19-12m 6-21-12 (PSG) and
6-21-12 (LHK) (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 188 | 4.85 | 911.80 | 188 | 0.90 | 169.20 | | 0.60 | | 1,081.00 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 1,081.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,081.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 06-28-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051259

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:     (408) 287-4580
FAX        (408) 535-5329
Tax ID:    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
Lee-Anne_Shortridge@cand.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 06-29-2012 | DATE DELIVERED: 06-29-2012 |
|---|---|---|

Case Style: C-11-01846 LHK, Apple v Samsung
Reporter's hourly transcript of proceedings held on 6-29-12 (e-mail
copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 48 | 7.25 | 348.00 | 47 | 1.20 | 56.40 | | 0.90 | | 404.40 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 404.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $404.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 06-29-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20051281

### MAKE CHECKS PAYABLE TO:

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

| Phone: | (408) 287-4580 |
| FAX | (408) 535-5329 |
| Tax ID: | 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 |

Lee-Anne_Shortridge@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 07-24-2012 | DATE DELIVERED: 07-25-2012 |

**Case Style:** C-10-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 7-18-12 and 7-24-12 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 117 | 4.85 | 567.45 | 117 | 0.90 | 105.30 | | 0.60 | | 672.75 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 672.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $672.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 07-26-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20051295

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:  (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:      (408) 287-4580
FAX          (408) 535-5329
Tax ID:     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
Lee-Anne_Shortridge@cand.uscourts.gov

| | |
|---|---|
| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 07-30-2012    DATE DELIVERED: 07-30-2012 |

Case Style: C-10-01846 LHK, Apple v Samsung
Reporter's daily transcripts of proceedings held on 7-30-12 (282), 7-31-
12 (273), 8-3-12 (376), 8-6-12 (366), 8-7-12 (341), 8-10-12 (351), 8-13-
12 (332), 8-14-12 (331), 8-15-12 (316), 8-16-12 (421), 8-17-12 (324) ptx,
ascii, hard copy, condensed, realtime,

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 1856 | 7.25 | 13,456.00 | 1855 | 1.20 | 2,226.00 | 7422 | 0.90 | 6,679.80 | 22,361.80 |
| Realtime | 3711 | 3.05 | 11,318.55 | | 1.20 | | | | | 11,318.55 |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL:    33,680.35 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE:    $33,680.35 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE  08-10-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COUR
## FOR THE NORTHERN CALIFORNIA

INVOICE NO:  20071156

### MAKE CHECKS PAYABLE TO:

Cyndi Knisely
Morrison & Foerster SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-7233

cknisely@mofo.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone:    (408) 288-6150

summer_fisher@cand.uscourts.gov

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | | 08-07-2012 | 08-08-2012 |

**Case Style:** CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

8/7/12 Judge Grewal.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 46 | 6.05 | 278.30 | 46 | 1.20 | 55.20 | 46 | 0.90 | 41.40 | 374.90 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 374.90 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $374.90 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 08-08-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051329

### MAKE CHECKS PAYABLE TO:

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX      (408) 535-5329
Tax ID:   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
Lee-Anne_Shortridge@cand.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 08-24-2012 | 08-30-2012 |

**Case Style:** C-10-01846 LHK, Apple v Samsung
Reporter's daily transcripts of proceedings held on 8-20-12 (229), 8-21-12 (324), 8-24-12 (69), ptx, ascii, hard copy, condensed, realtime

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 35 | 4.85 | 169.75 | 34 | 0.90 | 30.60 | | 0.60 | | 200.35 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 277 | 7.25 | 2,008.25 | 277 | 1.20 | 332.40 | 1106 | 0.90 | 995.40 | 3,336.05 |
| Realtime | 553 | 3.05 | 1,686.65 | | 1.20 | | | | | 1,686.65 |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 5,223.05 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $5,223.05 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *Lee-Anne Shortridge* | 08-30-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051419

**MAKE CHECKS PAYABLE TO:**

Cyndi Knisely
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

cknisely@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:    (408) 287-4580
FAX        (408) 535-5329
Tax ID:   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
Lee-Anne_Shortridge@cand.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 12-18-2012 | DATE DELIVERED: 12-07-2012 |

**Case Style:** C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 12-6-12 (e-mail copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 69 | 4.25 | 293.25 | 207 | 0.90 | 186.30 | | 0.60 | | 479.55 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 479.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $479.55 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE  12-18-2012 |

(All previous editions of this form are cancelled and should be destroyed)

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611012984
Cashier ID: macicg
Transaction Date: 12/20/2012
Payer Name: MORRISON AND FOERSTER LLP
------------------------------------
TAPE DUPLICATION
 For: MORRISON AND FOERSTER LLP
 Case/Party: D-CAN-5-11-CV-001846-001
 Amount:      $30.00
------------------------------------
NON-SCANNABLE CHECK
 Check/Money Order Num: 99021738
 Amt Tendered:  $30.00
------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

5:11-CV-01846-LHK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

AO 436
(Rev. 12/04)

Administrative Office of the United States Courts

**CD/ TAPE ORDER**

*Read Instructions on Next Page.*

| 1. NAME<br>Michael A. Jacobs, Morrison & Foerster LLP | 2. PHONE NUMBER<br>(415) 268-7455 | 3. DATE<br>12/18/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>425 Market Street, 32nd Floor | 5. CITY<br>San Francisco | 6. STATE<br>CA | 7. ZIP CODE<br>94105 |

| 8. CASE NUMBER<br>11-01846 | 9. CASE NAME<br>Apple V Samsung | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM  11/21/2012 | 11. TO  11/21/2012 |

| 12. PRESIDING JUDGE<br>Hon. Paul S. Grewal | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY  San Jose | 14. STATE CA |

**15. ORDER FOR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | | ☐ OTHER (Specify) |

16. TAPE REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 11/21/2012 |
| ☐ SENTENCING | | Discovery | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| ☒ RECORDABLE COMPACT DISC - CD | 1 | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional) upon completion of the order. | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | 19. DATE<br>12/18/2012 | |
| PROCESSED BY | PHONE NUMBER | |

| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
|---|---|---|---|---|
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | | TOTAL REFUNDED | 0.00 |
| PARTY RECEIVED TAPE / CD | | | TOTAL DUE | 0.00 |

DISTRIBUTION:        COURT COPY        ORDER RECEIPT        ORDER COPY



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/23/2013
**INVOICE #** 010413-308742

**Bill To:**  Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

**CASE:**  Apple v. Samsung
**WITNESS:**  Audio Transcription
**DATE:**  1/4/2013

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original Transcript - 5 Day Delivery | 55 | $6.00 | $330.00 |
| Compressed / ASCII / Word Index - Complimentary | 13 | $45.00 | $0.00 |
| | | SUBTOTAL | $330.00 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $385.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051501

**MAKE CHECKS PAYABLE TO:**

Michael A. Jacobs
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

mjacobs@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX      (408) 535-5329
Tax ID:  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
Lee-Anne_Shortridge@cand.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 04-30-2013 | DATE DELIVERED: 05-03-2013 |

**Case Style:** C-11-01846 LHK, Apple v Samsung

Reporter's transcript of proceedings held on 4-29-13 (.pdf, .txt, paper and condensed copies, original cost split).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 45 | 4.85 | 218.25 | 135 | 0.90 | 121.50 | 180 | 0.60 | 108.00 | 447.75 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 447.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $447.75 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE | 05-03-2013 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00001949

**MAKE CHECKS PAYABLE TO:**

Christopher Wiener
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (415) 268-6096

Phone: (408) 947-8160

Tax ID: 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
Irene_Rodriguez@cand.uscourts.gov

| | | | |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 05-28-2013 | DATE DELIVERED: 05-28-2013 |

Case Style: CV-10-3428-PSG, Brocade v A10
Transcript of Proceedings held on 5/14/13 (60 pages)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | | 72.00 |
| Daily | | | | 60 | 1.20 | 72.00 | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 72.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $72.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE 05-28-2013

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20051564

### MAKE CHECKS PAYABLE TO:

Nathaniel Sabri
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

nsabri@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:      (408) 287-4580
FAX         (408) 535-5329
Tax ID:     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
Lee-Anne_Shortridge@cand.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 08-22-2013 | DATE DELIVERED: 08-28-2013 |

**Case Style:** C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 8-21-13 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 38 | 4.85 | 184.30 | 38 | 0.90 | 34.20 | | 0.60 | | 218.50 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 218.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $218.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Lee-Anne Shortridge*

DATE   08-28-2013

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   00002016

**MAKE CHECKS PAYABLE TO:**

Victoria Smith
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone:   (408) 947-8160

Tax ID:   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
Irene_Rodriguez@cand.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 10-15-2013 | 10-15-2013 |

Case Style: CV-11-01846-LHK, Apple v Samsung
Transcript of Proceedings held on 10/10/12.   (137 pages) divided

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 68 | 6.05 | 411.40 | 68 | 1.20 | 81.60 | | | | 493.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 493.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $493.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 10-15-2013 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051603

**MAKE CHECKS PAYABLE TO:**

Harold McElhinny
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

hmcelhinny@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX      (408) 535-5329
Tax ID:  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
Lee-Anne_Shortridge@cand.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 10-17-2013 | DATE DELIVERED: 10-21-2013 |
|---|---|---|

**Case Style:** C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 10-17-13 (.pdf, ascii and condensed copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 100 | 4.85 | 485.00 | 300 | 0.90 | 270.00 | 200 | 0.60 | 120.00 | 875.00 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 875.00 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| | | | | TOTAL DUE: | | | | | | $875.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: _Lee-Anne Shortridge_ | DATE 10-21-2013 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051618

MAKE CHECKS PAYABLE TO:

Harold McElhinny
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

hmcelhinny@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:      (408) 287-4580
FAX         (408) 535-5329
Tax ID:     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
Lee-Anne_Shortridge@cand.uscourts.gov

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 11-05-2013 | DATE DELIVERED: 11-06-2013 |
|---|---|---|

Case Style; C-11-01846 LHK, Apple v Samsung
Reporter's transcript of proceedings held on 11-5-13 (.pdf, ascii and condensed).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 33 | 6.05 | 199.65 | 99 | 1.20 | 118.80 | 65 | 0.90 | 58.50 | 376.95 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 376.95 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $376.95 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 11-06-2013 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20051634

**MAKE CHECKS PAYABLE TO:**

Harold McElhinny
Morrison & Foerster, SF
425 Market Street
San Francisco, CA 94105

Phone:   (415) 268-6096

hmcelhinny@mofo.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:    (408) 287-4580
FAX        (408) 535-5329
Tax ID:   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
Lee-Anne_Shortridge@cand.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 11-15-2013 | DATE DELIVERED: 11-15-2013 |

**Case Style:** C-11-01846 LHK, Apple v Samsung
Reporter's transcripts of proceedings held on 11-12-13 (308 pages); 11-13-13 (250 pages); 11-14-13 (251 pages); 11-15-13 (255 pages); 11-18-13 (215 pages); 11-19-13 (155 pages); 11-20-12 (22 pages); 11-21-13 (12 pages) (pdf, ascii, condensed, two reatimes feeds).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 734 | 7.25 | 5,321.50 | 2202 | 1.20 | 2,642.40 | 2936 | 0.90 | 2,642.40 | 10,606.30 |
| Realtime | 1434 | 3.05 | 4,373.70 | 1434 | 2.10 | 3,011.40 | | | | 7,385.10 |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 17,991.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $17,991.40 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 11-15-2013 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)