**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 4/23/2011 | T11-4083 | Elite Document Solutions | Blowbacks | 976.92 | 930.40 | 46.52 | 976.92 |
| 4/25/2011 | 11-4161 | Elite Document Solutions | Blowbacks | 1,165.79 | 1,045.28 | 52.26 | 1,097.54 |
| 4/28/2011 | 428201101 | Warp 9 | Blowbacks | 194.69 | 79.80 | 7.58 | 87.38 |
| 5/2/2011 | 502201101 | Warp 9 | Blowbacks (discount applied) | 89.31 | 69.00 | 5.69 | 74.69 |
| 5/3/2011 | 11-5016 | Elite Document Solutions | Blowbacks | 802.19 | 625.99 | 31.30 | 657.29 |
| 5/4/2011 | 11-5023 | Elite Document Solutions | Blowbacks | 269.05 | 246.24 | 12.31 | 258.55 |
| 5/4/2011 | 11-5024 | Elite Document Solutions | Blowbacks | 692.87 | 614.88 | 30.74 | 645.62 |
| 5/5/2011 | 11-5042 | Elite Document Solutions | Blowbacks | 967.71 | 846.13 | 42.31 | 888.44 |
| 5/6/2011 | 11-5043 | Elite Document Solutions | Blowbacks | 117.68 | 82.08 | 4.10 | 86.18 |
| 5/9/2011 | 11-5049 | Elite Document Solutions | Blowbacks (discount applied) | 2,172.03 | 1,858.60 | 92.93 | 1,951.53 |
| 5/13/2011 | 11SF0513055 | DSU Discovery | Blowbacks | 148.28 | 106.92 | 10.16 | 117.08 |
| 5/25/2011 | 525201101 | Warp 9 | Blowbacks | 779.09 | 531.50 | 50.49 | 581.99 |
| 5/26/2011 | 526201105 | Warp 9 | Blowbacks | 6,840.68 | 5,374.50 | 510.58 | 5,885.08 |
| 6/9/2011 | 11SF0609041 | DSU Discovery | Blowbacks | 78.93 | 36.08 | 3.43 | 39.51 |
| 6/9/2011 | 11SF0609049 | DSU Discovery | Blowbacks | 105.81 | 69.63 | 6.61 | 76.24 |
| 6/17/2011 | 11SF0617085 | DSU Discovery | Blowbacks | 327.47 | 224.06 | 21.29 | 245.35 |
| 6/17/2011 | 11SF0617090 | DSU Discovery | Blowbacks | 174.19 | 113.08 | 10.74 | 123.82 |
| 6/23/2011 | 11SF0623114 | DSU Discovery | Blowbacks | 645.13 | 578.16 | 54.93 | 633.09 |
| 6/23/2011 | 11SF0623117 | DSU Discovery | Blowbacks | 896.95 | 779.13 | 74.02 | 853.15 |
| 6/23/2011 | 11SF0623117A | DSU Discovery | Blowbacks | 814.63 | 714.45 | 67.87 | 782.32 |
| 6/23/2011 | 11SF0623119 | DSU Discovery | Blowbacks | 289.91 | 261.36 | 24.83 | 286.19 |
| 6/30/2011 | 11-6173 | Elite Document Solutions | Blowbacks (discount applied) | 1,171.53 | 1,020.24 | 51.01 | 1,071.25 |
| 7/6/2011 | 11-7015 | Elite Document Solutions | Blowbacks (discount applied) | 2,576.90 | 2,214.19 | 110.71 | 2,324.90 |
| 7/11/2011 | 8915 | eLitigation Solutions | Blowbacks | 1,217.78 | 932.88 | 79.29 | 1,012.17 |
| 7/13/2011 | 11SF0713039 | DSU Discovery | Blowbacks | 139.38 | 111.96 | 9.52 | 121.48 |
| 7/14/2011 | 714201103 | Warp 9 | Blowbacks | 457.38 | 368.20 | 34.98 | 403.18 |
| 7/20/2011 | 720201101 | Warp 9 | Blowbacks | 314.76 | 267.60 | 22.75 | 290.35 |
| 7/21/2011 | 11SF0721095 | DSU Discovery | Blowbacks | 860.57 | 645.15 | 54.84 | 699.99 |
| 7/21/2011 | 11SF0721095A | DSU Discovery | Blowbacks | 900.55 | 682.00 | 57.97 | 739.97 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 7/21/2011 | 11SF0721095B | DSU Discovery | Blowbacks | 777.30 | 608.41 | 51.71 | 660.12 |
| 7/21/2011 | 11-7117 | Elite Document Solutions | Blowbacks | 2,469.24 | 2,225.66 | 111.28 | 2,336.94 |
| 7/31/2011 | 9054 | eLitigation Solutions | Blowbacks | 1,810.29 | 1,536.22 | 130.58 | 1,666.80 |
| 7/31/2011 | 9065 | eLitigation Solutions | Blowbacks | 1,810.29 | 1,536.22 | 130.58 | 1,666.80 |
| 7/31/2011 | 9067 | eLitigation Solutions | Blowbacks | 1,831.76 | 1,537.01 | 130.65 | 1,667.66 |
| 7/31/2011 | 11SF0731150 | DSU Discovery | Blowbacks | 174.85 | 106.15 | 9.02 | 115.17 |
| 8/2/2011 | 802201102 | Warp 9 | Blowbacks | 9,157.51 | 8,440.10 | 717.41 | 9,157.51 |
| 8/5/2011 | 11SF0805010 | DSU Discovery | Blowbacks | 630.30 | 462.22 | 39.29 | 501.51 |
| 8/5/2011 | 11SF0805014 | DSU Discovery | Blowbacks | 859.99 | 708.62 | 60.23 | 768.85 |
| 8/5/2011 | 11SF0805016 | DSU Discovery | Blowbacks | 83.88 | 73.81 | 6.28 | 80.09 |
| 8/5/2011 | 11SF0805018 | DSU Discovery | Blowbacks | 1,594.65 | 1,129.32 | 95.99 | 1,225.31 |
| 8/9/2011 | 11SF0809038 | DSU Discovery | Blowbacks | 21.48 | 19.80 | 1.68 | 21.48 |
| 8/9/2011 | 809201101 | Warp 9 | Blowbacks | 237.78 | 128.65 | 10.94 | 139.59 |
| 8/16/2011 | 816201101 | Warp 9 | Blowbacks | 306.13 | 126.90 | 10.79 | 137.69 |
| 8/17/2011 | 816201103 | Warp 9 | Blowbacks | 180.98 | 78.80 | 6.70 | 85.50 |
| 8/17/2011 | 816201104 | Warp 9 | Blowbacks | 92.28 | 42.30 | 3.60 | 45.90 |
| 8/23/2011 | 823201101 | Warp 9 | Blowbacks | 182.28 | 30.00 | 2.55 | 32.55 |
| 8/24/2011 | 824201101 | Warp 9 | Blowbacks | 111.10 | 87.40 | 7.43 | 94.83 |
| 8/24/2011 | 824201102 | Warp 9 | Blowbacks | 537.40 | 312.80 | 26.59 | 339.39 |
| 8/24/2011 | 824201103 | Warp 9 | Blowbacks | 78.66 | 30.00 | 2.55 | 32.55 |
| 8/24/2011 | 824201105 | Warp 9 | Blowbacks | 403.84 | 167.20 | 14.21 | 181.41 |
| 8/24/2011 | 824201106 | Warp 9 | Blowbacks | 158.08 | 73.20 | 6.22 | 79.42 |
| 8/24/2011 | 824201107 | Warp 9 | Blowbacks | 620.51 | 511.90 | 43.51 | 555.41 |
| 9/9/2011 | 909201106 | Warp 9 | Blowbacks | 911.78 | 733.75 | 62.37 | 796.12 |
| 9/12/2011 | 912201103 | Warp 9 | Blowbacks | 275.26 | 204.20 | 17.36 | 221.56 |
| 9/12/2011 | 912201112 | Warp 9 | Blowbacks | 209.36 | 152.40 | 12.95 | 165.35 |
| 9/12/2011 | 608393 | Document Technologies | Blowbacks | 218.46 | 142.35 | 12.10 | 154.45 |
| 9/12/2011 | 71104 | Teris.com | Blowbacks | 1,232.82 | 936.96 | 89.01 | 1,025.97 |
| 9/14/2011 | 608783 | Document Technologies | Blowbacks | 1,243.08 | 1,093.20 | 92.92 | 1,186.12 |
| 9/14/2011 | 608788 | Document Technologies | Blowbacks | 1,477.55 | 1,296.55 | 110.21 | 1,406.76 |

Schedule B-1 (Costs of Making Copies)

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 9/16/2011 | 11-9093 | Elite Document Solutions | Blowbacks (discount applied) | 1,396.35 | 1,268.36 | 63.42 | 1,331.78 |
| 9/16/2011 | 916201102 | Warp 9 | Blowbacks | 1,416.74 | 1,205.75 | 102.49 | 1,308.24 |
| 9/18/2011 | 918201102 | Warp 9 | Blowbacks | 112.79 | 52.70 | 4.48 | 57.18 |
| 9/19/2011 | 0919201119 | Warp 9 | Blowbacks | 1,835.11 | 1,435.35 | 122.00 | 1,557.35 |
| 9/19/2011 | 609978 | Document Technologies | Blowbacks | 627.29 | 553.40 | 47.04 | 600.44 |
| 9/20/2011 | 0920201104 | Warp 9 | Blowbacks | 119.02 | 91.20 | 7.75 | 98.95 |
| 9/20/2011 | 0920201105 | Warp 9 | Blowbacks | 119.02 | 91.20 | 7.75 | 98.95 |
| 9/26/2011 | 0926201114 | Warp 9 | Blowbacks | 184.88 | 40.40 | 3.43 | 43.83 |
| 9/26/2011 | 0926201115 | Warp 9 | Blowbacks | 178.59 | 159.60 | 13.57 | 173.17 |
| 9/26/2011 | 611550 | Document Technologies | Blowbacks | 466.28 | 415.50 | 35.32 | 450.82 |
| 9/27/2011 | 0927201101 | Warp 9 | Blowbacks | 197.47 | 182.00 | 15.47 | 197.47 |
| 9/27/2011 | 0927201102 | Warp 9 | Blowbacks | 303.58 | 279.80 | 23.78 | 303.58 |
| 9/29/2011 | 11-9171 | Elite Document Solutions | Blowbacks (discount applied) | 4,107.94 | 3,594.32 | 179.72 | 3,774.04 |
| 10/2/2011 | 1002201101 | Warp 9 | Blowbacks | 1,883.34 | 1,620.05 | 137.70 | 1,757.75 |
| 10/2/2011 | 1002201102 | Warp 9 | Blowbacks | 495.03 | 435.50 | 37.02 | 472.52 |
| 10/3/2011 | 1003201101 | Warp 9 | Blowbacks | 154.07 | 142.00 | 12.07 | 154.07 |
| 10/5/2011 | 1005201102 | Warp 9 | Blowbacks | 41.23 | 38.00 | 3.23 | 41.23 |
| 10/10/2011 | 1010201113 | Warp 9 | Blowbacks | 596.42 | 524.70 | 44.60 | 569.30 |
| 10/11/2011 | 1011201101 | Warp 9 | Blowbacks | 192.59 | 138.50 | 11.77 | 150.27 |
| 10/11/2011 | 1011201103 | Warp 9 | Blowbacks | 117.07 | 89.15 | 7.58 | 96.73 |
| 10/12/2011 | 1012201101 | Warp 9 | Blowbacks | 237.62 | 147.00 | 12.50 | 159.50 |
| 10/12/2011 | 1012201102 | Warp 9 | Blowbacks | 220.80 | 198.50 | 16.87 | 215.37 |
| 10/12/2011 | 1012201103 | Warp 9 | Blowbacks | 257.42 | 173.50 | 14.75 | 188.25 |
| 10/13/2011 | B34320 | Advanced Discovery | Blowbacks | 4,262.64 | 3,157.80 | 268.41 | 3,426.21 |
| 10/13/2011 | B34321 | Advanced Discovery | Blowbacks | 4,832.64 | 3,992.20 | 339.34 | 4,331.54 |
| 10/13/2011 | B34323 | Advanced Discovery | Blowbacks | 4,329.57 | 3,349.70 | 284.73 | 3,634.43 |
| 10/13/2011 | B34324 | Advanced Discovery | Blowbacks | 4,743.60 | 3,822.60 | 324.92 | 4,147.52 |
| 10/13/2011 | B34328 | Advanced Discovery | Blowbacks | 4,533.18 | 3,413.20 | 290.12 | 3,703.32 |
| 10/17/2011 | 1017201101 | Warp 9 | Blowbacks | 2,283.49 | 2,004.60 | 170.39 | 2,174.99 |
| 10/17/2011 | 1017201102 | Warp 9 | Blowbacks | 961.42 | 856.10 | 72.77 | 928.87 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 10/17/2011 | 1017201103 | Warp 9 | Blowbacks | 147.56 | 131.00 | 11.14 | 142.14 |
| 10/18/2011 | 1018201119 | Warp 9 | Blowbacks | 1,226.09 | 986.90 | 83.89 | 1,070.79 |
| 10/18/2011 | 1018201120 | Warp 9 | Blowbacks | 260.07 | 239.70 | 20.37 | 260.07 |
| 10/18/2011 | 1018201121 | Warp 9 | Blowbacks | 669.17 | 442.00 | 37.57 | 479.57 |
| 10/20/2011 | 1020201101 | Warp 9 | Blowbacks | 9,652.38 | 8,797.20 | 747.76 | 9,544.96 |
| 10/20/2011 | 1020201102 | Warp 9 | Blowbacks | 1,187.53 | 999.50 | 84.96 | 1,084.46 |
| 10/20/2011 | 1020201103 | Warp 9 | Blowbacks | 228.94 | 112.00 | 9.52 | 121.52 |
| 11/21/2011 | 1121201129 | Warp 9 | Blowbacks | 196.39 | 181.00 | 15.39 | 196.39 |
| 11/21/2011 | 1121201130 | Warp 9 | Blowbacks | 1,450.65 | 1,201.00 | 102.09 | 1,303.09 |
| 11/21/2011 | 1121201131 | Warp 9 | Blowbacks | 308.76 | 128.20 | 10.90 | 139.10 |
| 11/21/2011 | 1121201132 | Warp 9 | Blowbacks | 488.58 | 296.20 | 25.18 | 321.38 |
| 11/21/2011 | 1121201133 | Warp 9 | Blowbacks | 182.28 | 147.00 | 12.50 | 159.50 |
| 11/21/2011 | 1121201134 | Warp 9 | Blowbacks | 34.61 | 26.90 | 2.29 | 29.19 |
| 11/21/2011 | 1121201135 | Warp 9 | Blowbacks | 42.75 | 34.40 | 2.92 | 37.32 |
| 11/21/2011 | 1121201136 | Warp 9 | Blowbacks | 9.44 | 8.70 | 0.74 | 9.44 |
| 12/5/2011 | 1119201135 | Warp 9 | Blowbacks | 249.88 | 230.30 | 19.58 | 249.88 |
| 12/13/2011 | 1210201146 | Warp 9 | Blowbacks | 298.05 | 106.20 | 9.03 | 115.23 |
| 12/16/2011 | 9664 | eLitigation Solutions | Blowbacks | 810.50 | 600.00 | 51.00 | 651.00 |
| 12/16/2011 | 9665 | eLitigation Solutions | Blowbacks | 590.33 | 481.08 | 40.89 | 521.97 |
| 12/19/2011 | 1212201135 | Warp 9 | Blowbacks | 3,871.61 | 3,178.80 | 270.20 | 3,449.00 |
| 12/23/2011 | 1223201121 | Warp 9 | Blowbacks | 271.96 | 231.90 | 19.71 | 251.61 |
| 12/23/2011 | 1223201122 | Warp 9 | Blowbacks | 170.13 | 146.80 | 12.48 | 159.28 |
| 1/9/2012 | 120137 | Warp 9 | Blowbacks | 151.90 | 130.00 | 11.05 | 141.05 |
| 1/9/2012 | 120144 | Warp 9 | Blowbacks | 710.35 | 571.70 | 48.60 | 620.30 |
| 1/16/2012 | 120184 | Warp 9 | Blowbacks | 862.36 | 722.80 | 61.44 | 784.24 |
| 1/20/2012 | 12SF83943 | DSU Discovery | Blowbacks | 3,703.32 | 3,393.20 | 288.42 | 3,681.62 |
| 1/23/2012 | 1201125 | Warp 9 | Blowbacks | 116.58 | 81.20 | 6.90 | 88.10 |
| 1/23/2012 | 12-1094 | Elite Document Solutions | Blowbacks | 13,733.28 | 12,936.81 | 646.84 | 13,583.65 |
| 1/23/2012 | 9816 | eLitigation Solutions | Blowbacks | 879.10 | 805.23 | 68.45 | 873.68 |
| 1/23/2012 | 9821 | eLitigation Solutions | Blowbacks | 876.10 | 802.47 | 68.21 | 870.68 |

Schedule B-1 (Costs of Making Copies)

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 1/23/2012 | 9822 | eLitigation Solutions | Blowbacks | 876.10 | 802.47 | 68.21 | 870.68 |
| 1/23/2012 | 9823 | eLitigation Solutions | Blowbacks | 876.10 | 802.47 | 68.21 | 870.68 |
| 1/23/2012 | 9824 | eLitigation Solutions | Blowbacks | 876.10 | 802.47 | 68.21 | 870.68 |
| 1/23/2012 | 9825 | eLitigation Solutions | Blowbacks | 876.10 | 802.47 | 68.21 | 870.68 |
| 1/24/2012 | 119174 | Digital Copy | Blowbacks | 2,118.79 | 1,733.76 | 143.04 | 1,876.80 |
| 1/24/2012 | 119175 | Digital Copy | Blowbacks | 1,908.03 | 1,689.04 | 139.35 | 1,828.39 |
| 1/24/2012 | 119176 | Digital Copy | Blowbacks | 1,511.11 | 1,369.34 | 112.97 | 1,482.31 |
| 1/25/2012 | 4239870 | On Press Graphics, Inc | Blowbacks | 23.65 | 21.72 | 1.93 | 23.65 |
| 1/26/2012 | 119195 | Digital Copy | Blowbacks | 4,164.31 | 3,727.90 | 307.55 | 4,035.45 |
| 1/27/2012 | 119204 | Digital Copy | Blowbacks | 1,076.52 | 991.68 | 81.81 | 1,073.49 |
| 1/27/2012 | 119209 | Digital Copy | Blowbacks | 5.41 | 5.00 | 0.41 | 5.41 |
| 1/30/2012 | 1201165 | Warp 9 | Blowbacks | 620.45 | 550.28 | 46.77 | 597.05 |
| 1/30/2012 | 1201172 | Warp 9 | Blowbacks | 1,579.00 | 1,412.30 | 120.05 | 1,532.35 |
| 1/30/2012 | 1201177 | Warp 9 | Blowbacks | 1,018.33 | 869.55 | 73.91 | 943.46 |
| 1/30/2012 | 1201181 | Warp 9 | Blowbacks | 1,248.90 | 1,134.56 | 96.44 | 1,231.00 |
| 1/31/2012 | 300509 | Evolve Discovery | Blowbacks | 226.33 | 208.60 | 17.73 | 226.33 |
| 1/31/2012 | B42524 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 4,906.09 | 3,850.08 | 327.26 | 4,177.34 |
| 1/31/2012 | B42526 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 4,759.57 | 3,529.56 | 300.01 | 3,829.57 |
| 1/31/2012 | B42532 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 4,075.90 | 3,225.48 | 274.17 | 3,499.65 |
| 1/31/2012 | B42533 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 4,319.21 | 3,818.40 | 324.56 | 4,142.96 |
| 1/31/2012 | B42534 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 3,970.92 | 3,257.76 | 276.91 | 3,534.67 |
| 1/31/2012 | B42537 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 2,782.85 | 2,150.88 | 182.83 | 2,333.71 |
| 2/5/2012 | B43379 | Advanced Discovery | Blowbacks | 173.17 | 159.60 | 13.57 | 173.17 |
| 2/6/2012 | 1201228 | Warp 9 | Blowbacks | 1,757.33 | 1,603.16 | 136.27 | 1,739.43 |
| 2/6/2012 | 1201247 | Warp 9 | Blowbacks | 341.49 | 306.24 | 26.03 | 332.27 |
| 2/6/2012 | 1201257 | Warp 9 | Blowbacks | 2,030.15 | 1,697.36 | 144.28 | 1,841.64 |
| 2/6/2012 | 1201258 | Warp 9 | Blowbacks | 135.43 | 97.82 | 8.32 | 106.14 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 2/13/2012 | 1201319 | Warp 9 | Blowbacks | 1,219.19 | 718.68 | 61.09 | 779.77 |
| 2/17/2012 | 12SF84946 | DSU Discovery | Blowbacks | 91.07 | 71.94 | 6.12 | 78.06 |
| 2/21/2012 | 1201341 | Warp 9 | Blowbacks | 239.51 | 163.12 | 13.87 | 176.99 |
| 2/21/2012 | 1201345 | Warp 9 | Blowbacks | 409.39 | 195.32 | 16.60 | 211.92 |
| 2/21/2012 | 1201351 | Warp 9 | Blowbacks | 785.06 | 664.31 | 56.47 | 720.78 |
| 2/22/2012 | 1201357 | Warp 9 | Blowbacks | 1,334.59 | 1,191.40 | 101.27 | 1,292.67 |
| 2/22/2012 | 1201358 | Warp 9 | Blowbacks | 511.81 | 278.71 | 23.69 | 302.40 |
| 2/22/2012 | 1201359 | Warp 9 | Blowbacks | 593.50 | 525.00 | 44.63 | 569.63 |
| 2/22/2012 | 1201360 | Warp 9 | Blowbacks | 3,948.15 | 3,638.85 | 309.30 | 3,948.15 |
| 2/22/2012 | 1201362 | Warp 9 | Blowbacks | 287.62 | 265.09 | 22.53 | 287.62 |
| 2/22/2012 | 1201365 | Warp 9 | Blowbacks | 247.19 | 112.56 | 9.57 | 122.13 |
| 2/22/2012 | 1201366 | Warp 9 | Blowbacks | 759.08 | 469.14 | 39.88 | 509.02 |
| 2/22/2012 | 1201367 | Warp 9 | Blowbacks | 2,640.50 | 2,087.96 | 177.48 | 2,265.44 |
| 2/22/2012 | 1201368 | Warp 9 | Blowbacks | 277.72 | 140.70 | 11.96 | 152.66 |
| 2/27/2012 | 1201400 | Warp 9 | Blowbacks | 596.21 | 441.00 | 37.49 | 478.49 |
| 2/27/2012 | 1201401 | Warp 9 | Blowbacks | 1,511.17 | 1,162.37 | 98.80 | 1,261.17 |
| 2/27/2012 | 1201402 | Warp 9 | Blowbacks | 2,126.20 | 1,668.61 | 141.83 | 1,810.44 |
| 2/27/2012 | 1201404 | Warp 9 | Blowbacks | 3,027.52 | 2,193.30 | 186.43 | 2,379.73 |
| 2/27/2012 | 1201405 | Warp 9 | Blowbacks | 201.29 | 70.31 | 5.98 | 76.29 |
| 2/27/2012 | 1201409 | Warp 9 | Blowbacks | 476.06 | 320.56 | 27.25 | 347.81 |
| 2/27/2012 | 1201411 | Warp 9 | Blowbacks | 1,226.02 | 896.56 | 76.21 | 972.77 |
| 2/27/2012 | 1201412 | Warp 9 | Blowbacks | 358.59 | 325.50 | 27.67 | 353.17 |
| 2/27/2012 | 1201413 | Warp 9 | Blowbacks | 3,453.76 | 2,719.36 | 231.15 | 2,950.51 |
| 2/27/2012 | 1201414 | Warp 9 | Blowbacks | 1,340.71 | 1,235.68 | 105.03 | 1,340.71 |
| 2/27/2012 | 1201417 | Warp 9 | Blowbacks | 178.52 | 41.33 | 3.51 | 44.84 |
| 2/27/2012 | 1201418 | Warp 9 | Blowbacks | 471.05 | 315.94 | 26.86 | 342.80 |
| 2/28/2012 | 13472 | Teris.com | Blowbacks | 1,711.21 | 1,580.79 | 130.42 | 1,711.21 |
| 2/29/2012 | 648589 | Document Technologies | Blowbacks | 9,230.96 | 8,507.80 | 723.16 | 9,230.96 |
| 2/29/2012 | B44540 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 3,705.71 | 2,786.28 | 236.83 | 3,023.11 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 2/29/2012 | B44544 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 4,705.29 | 3,464.88 | 294.52 | 3,759.40 |
| 2/29/2012 | B44545 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 4,772.26 | 4,223.28 | 358.98 | 4,582.26 |
| 2/29/2012 | B44546 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 4,773.42 | 3,699.00 | 314.42 | 4,013.42 |
| 2/29/2012 | B44547 | Advanced Discovery | Blowbacks [paid by Apple Direct amounts pro-rated as to number of ITC & ND Deps.] | 3,234.49 | 562.02 | 47.77 | 609.79 |
| 2/29/2012 | B44546 | Advanced Discovery | Blowbacks [paid by Apple Direct] | 2,036.97 | 1,614.72 | 137.25 | 1,751.97 |
| 3/5/2012 | 1201466 | Warp 9 | Blowbacks | 335.05 | 187.59 | 15.95 | 203.54 |
| 3/6/2012 | 1201481 | Warp 9 | Blowbacks | 417.92 | 92.68 | 7.88 | 100.56 |
| 3/6/2012 | 1201484 | Warp 9 | Blowbacks | 347.22 | 201.81 | 17.15 | 218.96 |
| 3/6/2012 | 1201485 | Warp 9 | Blowbacks | 2,372.60 | 2,068.52 | 175.82 | 2,244.34 |
| 3/6/2012 | 1201486 | Warp 9 | Blowbacks | 431.50 | 252.70 | 21.48 | 274.18 |
| 3/6/2012 | 1201487 | Warp 9 | Blowbacks | 561.00 | 337.05 | 28.65 | 365.70 |
| 3/6/2012 | 1201488 | Warp 9 | Blowbacks | 488.14 | 308.70 | 26.24 | 334.94 |
| 3/6/2012 | 1201489 | Warp 9 | Blowbacks | 233.35 | 93.86 | 7.98 | 101.84 |
| 3/6/2012 | 1201490 | Warp 9 | Blowbacks | 409.23 | 265.17 | 22.54 | 287.71 |
| 3/6/2012 | 1201494 | Warp 9 | Blowbacks | 1,088.04 | 457.80 | 38.91 | 496.71 |
| 3/6/2012 | 1201496 | Warp 9 | Blowbacks | 466.18 | 429.66 | 36.52 | 466.18 |
| 3/6/2012 | 1201499 | Warp 9 | Blowbacks | 814.26 | 374.13 | 31.80 | 405.93 |
| 3/6/2012 | 1201500 | Warp 9 | Blowbacks | 437.58 | 288.09 | 24.49 | 312.58 |
| 3/6/2012 | 1201501 | Warp 9 | Blowbacks | 64.17 | 49.14 | 4.18 | 53.32 |
| 3/6/2012 | 1201502 | Warp 9 | Blowbacks | 2,185.10 | 1,783.50 | 151.60 | 1,935.10 |
| 3/6/2012 | 1201503 | Warp 9 | Blowbacks | 1,519.63 | 1,238.58 | 105.28 | 1,343.86 |
| 3/6/2012 | 1201505 | Warp 9 | Blowbacks | 3,693.92 | 3,401.53 | 289.13 | 3,690.66 |
| 3/6/2012 | 1201506 | Warp 9 | Blowbacks | 240.11 | 105.09 | 8.93 | 114.02 |
| 3/6/2012 | 1201507 | Warp 9 | Blowbacks | 544.46 | 383.60 | 32.61 | 416.21 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 3/12/2012 | 1201540 | Warp 9 | Blowbacks | 290.28 | 183.54 | 15.60 | 199.14 |
| 3/12/2012 | 1201541 | Warp 9 | Blowbacks | 432.92 | 399.00 | 33.92 | 432.92 |
| 3/12/2012 | 1201543 | Warp 9 | Blowbacks | 2,168.96 | 1,765.63 | 150.08 | 1,915.71 |
| 3/12/2012 | 1201553 | Warp 9 | Blowbacks | 841.31 | 657.19 | 55.86 | 713.05 |
| 3/13/2012 | 1201567 | Warp 9 | Blowbacks | 484.18 | 328.04 | 27.88 | 355.92 |
| 3/19/2012 | 1201617 | Warp 9 | Blowbacks | 816.56 | 694.09 | 59.00 | 753.09 |
| 3/19/2012 | 1201618 | Warp 9 | Blowbacks | 668.67 | 567.54 | 48.24 | 615.78 |
| 3/19/2012 | 1201619 | Warp 9 | Blowbacks | 4,388.72 | 3,567.60 | 303.25 | 3,870.85 |
| 3/19/2012 | 1201622 | Warp 9 | Blowbacks | 621.84 | 454.92 | 38.67 | 493.59 |
| 3/19/2012 | 1201624 | Warp 9 | Blowbacks | 48.61 | 25.55 | 2.17 | 27.72 |
| 3/19/2012 | 1201625 | Warp 9 | Blowbacks | 6,340.31 | 5,613.19 | 477.12 | 6,090.31 |
| 3/26/2012 | 1201663 | Warp 9 | Blowbacks | 933.89 | 734.73 | 62.45 | 797.18 |
| 3/26/2012 | 1201674 | Warp 9 | Blowbacks | 379.84 | 288.33 | 24.51 | 312.84 |
| 3/26/2012 | 1201675 | Warp 9 | Blowbacks | 4,022.89 | 3,175.73 | 269.94 | 3,445.67 |
| 4/2/2012 | 1201723 | Warp 9 | Blowbacks | 397.50 | 237.86 | 20.22 | 258.08 |
| 4/2/2012 | 1201724 | Warp 9 | Copying | 2,880.86 | 2,186.17 | 185.83 | 2,372.00 |
| 4/2/2012 | 1201726 | Warp 9 | Blowbacks | 940.72 | 867.02 | 73.70 | 940.72 |
| 4/9/2012 | 1201796 | Warp 9 | Blowbacks | 1,326.96 | 463.00 | 39.36 | 502.36 |
| 4/9/2012 | 1201797 | Warp 9 | Blowbacks | 3,639.95 | 3,293.79 | 279.97 | 3,573.76 |
| 4/9/2012 | 1201798 | Warp 9 | Blowbacks | 386.89 | 337.58 | 28.69 | 366.27 |
| 4/16/2012 | 1201846 | Warp 9 | Blowbacks | 1,173.60 | 1,015.66 | 86.33 | 1,101.99 |
| 4/16/2012 | 1201847 | Warp 9 | Blowbacks | 1,184.32 | 1,016.54 | 86.41 | 1,102.95 |
| 4/16/2012 | 1201848 | Warp 9 | Blowbacks | 1,513.41 | 1,276.64 | 108.51 | 1,385.15 |
| 4/16/2012 | 1201849 | Warp 9 | Blowbacks | 1,038.62 | 861.00 | 73.19 | 934.19 |
| 4/16/2012 | 1201850 | Warp 9 | Blowbacks | 1,212.24 | 999.06 | 84.92 | 1,083.98 |
| 4/16/2012 | 1201851 | Warp 9 | Blowbacks | 833.28 | 588.00 | 49.98 | 637.98 |
| 4/16/2012 | 1201854 | Warp 9 | Blowbacks | 1,973.90 | 1,531.26 | 130.16 | 1,661.42 |
| 4/16/2012 | 1201855 | Warp 9 | Blowbacks | 807.11 | 498.38 | 42.36 | 540.74 |
| 4/16/2012 | 1201858 | Warp 9 | Blowbacks | 413.56 | 342.91 | 29.15 | 372.06 |
| 4/16/2012 | 1201859 | Warp 9 | Blowbacks | 1,138.75 | 1,034.79 | 87.96 | 1,122.75 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 4/16/2012 | 1201861 | Warp 9 | Blowbacks | 1,068.24 | 908.55 | 77.23 | 985.78 |
| 4/16/2013 | 1201863 | Warp 9 | Blowbacks | 372.13 | 201.98 | 17.17 | 219.15 |
| 4/18/2012 | SAF12040184 | Ricoh | Copying | 1,196.97 | 1,013.20 | 86.12 | 1,099.32 |
| 4/18/2012 | 119842 | Digital Copy | Blowbacks | 8,414.35 | 7,526.07 | 620.90 | 8,146.97 |
| 4/20/2012 | 119867 | Digital Copy | Blowbacks | 3,672.46 | 3,284.07 | 270.94 | 3,555.01 |
| 4/23/2012 | 1201913 | Warp 9 | Blowbacks | 629.80 | 480.46 | 40.84 | 521.30 |
| 4/23/2012 | 1201914 | Warp 9 | Blowbacks | 615.85 | 538.60 | 45.78 | 584.38 |
| 4/23/2012 | 1201915 | Warp 9 | Blowbacks | 1,183.95 | 1,059.70 | 90.08 | 1,149.78 |
| 4/23/2012 | 1201923 | Warp 9 | Blowbacks | 9,769.68 | 8,773.90 | 745.78 | 9,519.68 |
| 4/23/2012 | 1201926 | Warp 9 | Blowbacks | 830.89 | 640.80 | 54.47 | 695.27 |
| 4/23/2012 | 1201927 | Warp 9 | Blowbacks | 418.64 | 265.84 | 22.60 | 288.44 |
| 4/23/2012 | 1201928 | Warp 9 | Blowbacks | 429.36 | 285.72 | 24.29 | 310.01 |
| 4/23/2012 | 1201932 | Warp 9 | Blowbacks | 1,571.89 | 1,355.00 | 115.18 | 1,470.18 |
| 4/23/2012 | 1201933 | Warp 9 | Blowbacks | 849.02 | 777.51 | 66.09 | 843.60 |
| 4/23/2012 | 1201934 | Warp 9 | Blowbacks | 446.51 | 243.53 | 20.70 | 264.23 |
| 4/30/2012 | 662490 | Document Technologies | Blowbacks | 14.32 | 7.70 | 0.66 | 8.36 |
| 4/30/2012 | 1201987 | Warp 9 | Blowbacks | 1,519.69 | 1,265.64 | 107.58 | 1,373.22 |
| 4/30/2012 | 1201990 | Warp 9 | Blowbacks | 1,061.34 | 849.44 | 72.20 | 921.64 |
| 4/30/2012 | 1201991 | Warp 9 | Blowbacks | 1,106.21 | 928.55 | 78.93 | 1,007.48 |
| 4/30/2012 | 1201992 | Warp 9 | Blowbacks | 352.47 | 239.86 | 20.39 | 260.25 |
| 4/30/2012 | 36460 | Transperfect | Blowbacks | 20,304.25 | 20,129.25 |  | 20,129.25 |
| 5/7/2012 | 1202048 | Warp 9 | Blowbacks | 269.95 | 195.30 | 16.60 | 211.90 |
| 5/7/2012 | 1202056 | Warp 9 | Blowbacks | 1,064.83 | 867.41 | 73.73 | 941.14 |
| 5/7/2012 | 1202057 | Warp 9 | Blowbacks | 2,788.48 | 2,378.78 | 202.20 | 2,580.98 |
| 5/7/2012 | 1202058 | Warp 9 | Blowbacks | 583.96 | 532.21 | 45.24 | 577.45 |
| 5/11/2012 | 15353 | Teris.com | Blowbacks | 2,596.76 | 2,398.85 | 197.91 | 2,596.76 |
| 5/11/2012 | 15355 | Teris.com | Blowbacks | 3,400.51 | 3,041.35 | 250.91 | 3,292.26 |
| 5/14/2012 | 1202114 | Warp 9 | Blowbacks | 1,042.55 | 764.64 | 64.99 | 829.63 |
| 5/14/2012 | 1202146 | Warp 9 | Blowbacks | 380.00 | 323.98 | 27.54 | 351.52 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 5/14/2012 | 1202127 | Warp 9 | Blowbacks | 893.58 | 823.58 | 70.00 | 893.58 |
| 5/14/2012 | 1202128 | Warp 9 | Blowbacks | 859.19 | 734.13 | 62.40 | 796.53 |
| 5/22/2012 | 1202181 | Warp 9 | Blowbacks | 664.35 | 489.80 | 41.63 | 531.43 |
| 5/22/2012 | 1202190 | Warp 9 | Blowbacks | 5,035.03 | 4,563.08 | 387.86 | 4,950.94 |
| 5/28/2012 | 1202242 | Warp 9 | Blowbacks | 9,158.39 | 7,853.41 | 667.54 | 8,520.95 |
| 5/28/2012 | 1202247 | Warp 9 | Blowbacks | 543.91 | 484.80 | 41.21 | 526.01 |
| 6/4/2012 | 1202276 | Warp 9 | Blowbacks | 1,374.42 | 1,094.75 | 93.05 | 1,187.80 |
| 6/4/2012 | 1202277 | Warp 9 | Blowbacks | 5,141.28 | 4,314.51 | 366.73 | 4,681.24 |
| 6/4/2012 | 1202278 | Warp 9 | Blowbacks | 266.18 | 215.33 | 18.30 | 233.63 |
| 6/18/2012 | 1202353 | Warp 9 | Blowbacks | 1,619.69 | 1,402.80 | 119.24 | 1,522.04 |
| 6/25/2012 | 1202388 | Warp 9 | Blowbacks | 7,524.89 | 6,077.88 | 516.62 | 6,594.50 |
| 6/26/2012 | 10521 | eLitigation Solutions | Blowbacks | 585.66 | 518.78 | 44.10 | 562.88 |
| 7/2/2012 | 1202419 | Warp 9 | Blowbacks | 261.97 | 165.20 | 14.04 | 179.24 |
| 7/9/2012 | 1202459 | Warp 9 | Blowbacks | 8,903.46 | 7,515.65 | 638.83 | 8,154.48 |
| 7/9/2012 | 1202460 | Warp 9 | Blowbacks | 9,331.46 | 7,867.62 | 668.75 | 8,536.37 |
| 7/16/2012 | 34345 | Discovery Doc. Tech. | Blowbacks | 9,496.08 | 8,696.48 | 760.94 | 9,457.42 |
| 7/16/2012 | 1202488 | Warp 9 | Blowbacks | 3,940.49 | 3,357.54 | 285.39 | 3,642.93 |
| 7/16/2012 | 1202489 | Warp 9 | Blowbacks | 4,665.46 | 3,933.56 | 334.35 | 4,267.91 |
| 7/16/2012 | 1202491 | Warp 9 | Blowbacks | 977.87 | 758.76 | 64.50 | 823.26 |
| 7/16/2012 | 1202495 | Warp 9 | Blowbacks | 543.48 | 425.90 | 36.20 | 462.10 |
| 7/16/2012 | 1202496 | Warp 9 | Blowbacks | 970.12 | 826.12 | 70.22 | 896.34 |
| 7/16/2012 | 1202498 | Warp 9 | Blowbacks | 5,673.24 | 5,083.29 | 432.08 | 5,515.37 |
| 7/16/2012 | 1202499 | Warp 9 | Blowbacks | 167.62 | 140.99 | 11.98 | 152.97 |
| 7/16/2012 | 1202500 | Warp 9 | Blowbacks | 676.78 | 296.76 | 25.23 | 321.99 |
| 7/16/2012 | 1202501 | Warp 9 | Blowbacks | 651.72 | 590.66 | 50.21 | 640.87 |
| 7/16/2012 | 1202503 | Warp 9 | Blowbacks | 2,047.51 | 1,766.61 | 150.16 | 1,916.77 |
| 7/16/2012 | 1202504 | Warp 9 | Blowbacks | 5,609.25 | 4,365.30 | 371.05 | 4,736.35 |
| 7/23/2012 | 1202539 | Warp 9 | Blowbacks | 1,194.69 | 408.00 | 34.68 | 442.68 |
| 7/23/2012 | 1202542 | Warp 9 | Blowbacks | 1,646.34 | 1,437.71 | 122.21 | 1,559.92 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 7/23/2012 | 1202543 | Warp 9 | Blowbacks | 1,738.46 | 253.75 | 21.57 | 275.32 |
| 7/23/2012 | 1202544 | Warp 9 | Blowbacks | 1,756.14 | 1,457.52 | 123.89 | 1,581.41 |
| 7/30/2012 | 1202554 | Warp 9 | Blowbacks | 3,394.64 | 2,204.67 | 179.04 | 2,383.71 |
| 7/30/2012 | 1202556 | Warp 9 | Blowbacks | 15,443.67 | 12,893.80 | 1,095.97 | 13,989.77 |
| 7/30/2012 | 1202558 | Warp 9 | Blowbacks | 1,216.75 | 1,018.43 | 86.57 | 1,105.00 |
| 7/30/2012 | 1202559 | Warp 9 | Blowbacks | 4,572.47 | 3,313.76 | 281.67 | 3,595.43 |
| 7/30/2012 | 1202560 | Warp 9 | Blowbacks | 144.31 | 128.00 | 10.88 | 138.88 |
| 7/30/2012 | 1202561 | Warp 9 | Blowbacks | 52.08 | 43.00 | 3.66 | 46.66 |
| 7/30/2012 | 1202563 | Warp 9 | Blowbacks | 4,097.34 | 3,592.60 | 305.37 | 3,897.97 |
| 7/30/2012 | 1202564 | Warp 9 | Blowbacks | 1,201.36 | 1,045.74 | 88.89 | 1,134.63 |
| 7/30/2012 | 1202568 | Warp 9 | Blowbacks | 4,346.75 | 3,831.97 | 325.72 | 4,157.69 |
| 7/30/2012 | 1202570 | Warp 9 | Blowbacks | 911.03 | 790.16 | 67.16 | 857.32 |
| 7/30/2012 | 1202571 | Warp 9 | Blowbacks | 363.61 | 229.60 | 19.52 | 249.12 |
| 7/30/2012 | 1202572 | Warp 9 | Blowbacks | 20,829.17 | 17,862.39 | 1,518.30 | 19,380.69 |
| 7/30/2012 | 1202575 | Warp 9 | Blowbacks | 61,492.65 | 53,889.00 | 4,580.57 | 58,469.57 |
| 7/30/2012 | 1202576 | Warp 9 | Blowbacks | 43,311.63 | 39,887.05 | 3,390.40 | 43,277.45 |
| 7/30/2012 | 1202577 | Warp 9 | Blowbacks | 927.78 | 823.60 | 70.01 | 893.61 |
| 7/30/2012 | 1202578 | Warp 9 | Blowbacks | 2,507.75 | 2,232.89 | 189.80 | 2,422.69 |
| 7/30/2012 | 1202579 | Warp 9 | Blowbacks | 1,175.49 | 1,078.40 | 91.66 | 1,170.06 |
| 7/30/2012 | 1202580 | Warp 9 | Blowbacks | 1,733.24 | 1,481.96 | 125.97 | 1,607.93 |
| 7/30/2012 | 1202582 | Warp 9 | Blowbacks | 4,099.51 | 3,592.60 | 305.37 | 3,897.97 |
| 7/30/2012 | 1202583 | Warp 9 | Blowbacks | 152.74 | 140.77 | 11.97 | 152.74 |
| 7/30/2012 | 1202584 | Warp 9 | Blowbacks | 920.76 | 568.13 | 48.29 | 616.42 |
| 7/30/2012 | 1202586 | Warp 9 | Blowbacks | 1,604.91 | 1,404.18 | 119.36 | 1,523.54 |
| 7/30/2012 | 1202587 | Warp 9 | Copying | 1,625.55 | 1,256.70 | 106.82 | 1,363.52 |
| 7/30/2012 | 1202588 | Warp 9 | Blowbacks | 1,381.78 | 1,257.28 | 106.87 | 1,364.15 |
| 7/30/2012 | 1202589 | Warp 9 | Blowbacks | 2,696.53 | 2,299.78 | 195.48 | 2,495.26 |
| 7/30/2012 | 1202590 | Warp 9 | Blowbacks | 581.36 | 420.82 | 35.77 | 456.59 |
| 7/30/2012 | 1202691 | Warp 9 | Blowbacks | 2,028.16 | 1,575.02 | 133.88 | 1,708.90 |
| 7/31/2012 | 1202592 | Warp 9 | Blowbacks | 2,078.21 | 1,830.40 | 155.58 | 1,985.98 |
| 7/31/2012 | 1202593 | Warp 9 | Blowbacks | 274.61 | 180.60 | 15.35 | 195.95 |
| 7/31/2012 | 1202594 | Warp 9 | Blowbacks | 8,170.05 | 6,809.00 | 578.77 | 7,387.77 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 7/31/2012 | 10651 | eLitigation Solutions | Blowbacks | 124,041.00 | 109,118.00 | 9,275.03 | 118,393.03 |
| 7/31/2012 | 10653 | eLitigation Solutions | Blowbacks | 1,771.10 | 1,562.85 | 132,84 | 1,562.85 |
| 7/31/2012 | 10658 | eLitigation Solutions | Blowbacks | 2,100.13 | 1,743.60 | 148.21 | 1,891.81 |
| 7/31/2012 | 10659 | eLitigation Solutions | Blowbacks | 576.03 | 515.90 | 43.85 | 559.75 |
| 8/3/2012 | 1202599 | Warp 9 | Blowbacks | 18,604.76 | 16,288.24 | 1,384.50 | 17,672.74 |
| 8/3/2012 | 1202600 | Warp 9 | Blowbacks | 2,986.60 | 2,403.88 | 204.33 | 2,608.21 |
| 8/3/2012 | 1202601 | Warp 9 | Blowbacks | 4,361.70 | 3,995.00 | 339.58 | 4,334.58 |
| 8/3/2012 | 1202603 | Warp 9 | Blowbacks | 12,117.91 | 10,222.58 | 868.92 | 11,091.50 |
| 8/3/2012 | 1202604 | Warp 9 | Blowbacks | 1,085.41 | 894.38 | 76.02 | 970.40 |
| 8/3/2012 | 1202606 | Warp 9 | Blowbacks | 752.45 | 693.50 | 58.95 | 752.45 |
| 8/3/2012 | 1202607 | Warp 9 | Blowbacks | 804.20 | 396.20 | 33.68 | 429.88 |
| 8/3/2012 | 1202608 | Warp 9 | Blowbacks | 1,445.62 | 1,150.37 | 97.78 | 1,248.15 |
| 8/3/2012 | 1202609 | Warp 9 | Blowbacks | 807.72 | 735.44 | 62.51 | 797.95 |
| 8/3/2012 | 1202610 | Warp 9 | Blowbacks | 3,192.93 | 2,142.90 | 182.15 | 2,325.05 |
| 8/3/2012 | 1202611 | Warp 9 | Blowbacks | 4,892.27 | 3,891.50 | 330.78 | 4,222.28 |
| 8/3/2012 | 1202612 | Warp 9 | Blowbacks | 2,804.62 | 1,752.40 | 148.95 | 1,901.35 |
| 8/3/2012 | 1202613 | Warp 9 | Blowbacks | 2,464.98 | 2,030.61 | 172.60 | 2,203.21 |
| 8/3/2012 | 1202614 | Warp 9 | Blowbacks | 17,074.92 | 15,031.00 | 1,277.64 | 16,308.64 |
| 8/3/2012 | 1202615 | Warp 9 | Blowbacks | 5,945.69 | 4,989.90 | 424.14 | 5,414.04 |
| 8/3/2012 | 1202616 | Warp 9 | Blowbacks | 2,991.78 | 1,937.40 | 164.68 | 2,102.08 |
| 8/3/2012 | 1202617 | Warp 9 | Blowbacks | 1,119.57 | 851.86 | 72.41 | 924.27 |
| 8/3/2012 | 1202618 | Warp 9 | Blowbacks | 3,041.17 | 2,425.84 | 206.20 | 2,632.04 |
| 8/6/2012 | 1202619 | Warp 9 | Blowbacks | 1,086.30 | 396.20 | 33.68 | 429.88 |
| 8/6/2012 | 1202620 | Warp 9 | Blowbacks | 1,445.62 | 1,080.37 | 91.83 | 1,172.20 |
| 8/6/2012 | 1202621 | Warp 9 | Blowbacks | 1,215.54 | 983.06 | 83.56 | 1,066.62 |
| 8/6/2012 | 1202622 | Warp 9 | Blowbacks | 623.92 | 452.04 | 38.42 | 490.46 |
| 8/6/2012 | 1202623 | Warp 9 | Blowbacks | 6,767.43 | 5,958.68 | 506.49 | 6,465.17 |
| 8/6/2012 | 1202624 | Warp 9 | Blowbacks | 821.95 | 673.56 | 57.25 | 730.81 |
| 8/6/2012 | 1202625 | Warp 9 | Blowbacks | 983.90 | 873.07 | 74.21 | 947.28 |
| 8/6/2012 | 1202626 | Warp 9 | Blowbacks | 6,108.09 | 5,624.58 | 478.09 | 6,102.67 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 8/6/2012 | 1202627 | Warp 9 | Blowbacks | 891.84 | 757.38 | 64.38 | 821.76 |
| 8/6/2012 | 1202628 | Warp 9 | Blowbacks | 1,116.42 | 1,022.21 | 86.89 | 1,109.10 |
| 8/6/2012 | 1202629 | Warp 9 | Blowbacks | 1,255.16 | 1,096.83 | 93.23 | 1,190.06 |
| 8/6/2012 | 1202630 | Warp 9 | Blowbacks | 852.58 | 780.79 | 66.37 | 847.16 |
| 8/6/2012 | 1202631 | Warp 9 | Blowbacks | 3,028.99 | 2,196.70 | 186.72 | 2,383.42 |
| 8/6/2012 | 1202632 | Warp 9 | Blowbacks | 3,353.37 | 2,610.21 | 221.87 | 2,832.08 |
| 8/6/2012 | 1202633 | Warp 9 | Blowbacks | 4,024.27 | 3,260.75 | 277.17 | 3,537.92 |
| 8/6/2012 | 1202634 | Warp 9 | Blowbacks | 1,295.67 | 1,036.67 | 88.12 | 1,124.79 |
| 8/6/2012 | 1202635 | Warp 9 | Blowbacks | 1,447.25 | 1,163.87 | 98.93 | 1,262.80 |
| 8/7/2012 | 1202652 | Warp 9 | Blowbacks | 1,351.87 | 1,110.96 | 94.43 | 1,205.39 |
| 8/13/2012 | 1202674 | Warp 9 | Blowbacks | 920.24 | 780.65 | 66.36 | 847.01 |
| 8/13/2012 | 1202680 | Warp 9 | Blowbacks | 9,783.69 | 8,072.23 | 686.14 | 8,758.37 |
| 8/13/2012 | 1202681 | Warp 9 | Blowbacks | 1,014.21 | 776.51 | 66.00 | 842.51 |
| 8/13/2012 | 1202682 | Warp 9 | Blowbacks | 1,736.82 | 1,426.01 | 121.21 | 1,547.22 |
| 8/13/2012 | 1202683 | Warp 9 | Blowbacks | 891.08 | 528.02 | 44.88 | 572.90 |
| 8/13/2012 | 1202684 | Warp 9 | Blowbacks | 772.70 | 673.92 | 57.28 | 731.20 |
| 8/13/2012 | 1202685 | Warp 9 | Blowbacks | 1,905.70 | 1,718.16 | 146.04 | 1,864.20 |
| 8/14/2012 | 1202686 | Warp 9 | Blowbacks | 12,705.21 | 11,468.58 | 974.83 | 12,443.41 |
| 8/14/2012 | 1202687 | Warp 9 | Blowbacks | 2,994.73 | 2,667.12 | 226.71 | 2,893.83 |
| 8/14/2012 | 1202688 | Warp 9 | Blowbacks | 2,679.62 | 2,314.70 | 196.75 | 2,511.45 |
| 8/14/2012 | 1202689 | Warp 9 | Blowbacks | 2,219.43 | 1,975.56 | 167.92 | 2,143.48 |
| 8/12/2012 | 1202690 | Warp 9 | Blowbacks | 2,161.70 | 1,701.35 | 144.62 | 1,845.97 |
| 8/14/2012 | 1202691 | Warp 9 | Blowbacks | 1,301.12 | 953.19 | 81.02 | 1,034.21 |
| 8/14/2012 | 1201693 | Warp 9 | Blowbacks | 1,472.14 | 1,261.81 | 107.25 | 1,369.06 |
| 8/14/2012 | 1202694 | Warp 9 | Blowbacks | 1,159.72 | 1,037.62 | 88.20 | 1,125.82 |
| 8/14/2012 | 1202695 | Warp 9 | Blowbacks | 10,312.21 | 9,035.59 | 768.03 | 9,803.62 |
| 8/14/2012 | 1202698 | Warp 9 | Blowbacks | 3,222.63 | 2,700.17 | 229.52 | 2,929.69 |
| 8/14/2012 | 1202699 | Warp 9 | Blowbacks | 4,676.96 | 4,270.56 | 363.00 | 4,633.56 |
| 8/15/2012 | 1202700 | Warp 9 | Blowbacks | 20,344.93 | 17,363.78 | 1,475.92 | 18,839.70 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 8/15/2012 | 1202701 | Warp 9 | Blowbacks | 8,667.41 | 6,890.52 | 585.69 | 7,476.21 |
| 8/15/2012 | 1202702 | Warp 9 | Blowbacks | 9,161.91 | 7,447.04 | 633.00 | 8,080.04 |
| 8/15/2012 | 1202703 | Warp 9 | Blowbacks | 4,676.96 | 4,270.56 | 363.00 | 4,633.56 |
| 8/20/2012 | 1202706 | Warp 9 | Blowbacks | 1,807.60 | 1,521.24 | 129.31 | 1,650.55 |
| 8/20/2012 | 1202707 | Warp 9 | Blowbacks | 1,073.46 | 723.36 | 61.49 | 784.85 |
| 8/20/2012 | 1202708 | Warp 9 | Blowbacks | 836.82 | 498.26 | 42.35 | 540.61 |
| 8/20/2012 | 1202709 | Warp 9 | Blowbacks | 10,552.08 | 9,438.42 | 802.27 | 10,240.69 |
| 8/20/2012 | 1202710 | Warp 9 | Blowbacks | 1,932.06 | 1,704.70 | 144.90 | 1,849.60 |
| 8/20/2012 | 1202711 | Warp 9 | Blowbacks | 4,627.05 | 3,894.56 | 331.04 | 4,225.60 |
| 8/20/2012 | 1202712 | Warp 9 | Blowbacks | 1,822.45 | 1,251.68 | 106.39 | 1,358.07 |
| 8/20/2012 | 1202713 | Warp 9 | Blowbacks | 1,732.64 | 1,322.65 | 112.43 | 1,435.08 |
| 8/20/2012 | 1202714 | Warp 9 | Blowbacks | 1,651.47 | 1,450.84 | 123.32 | 1,574.16 |
| 8/20/2012 | 1202715 | Warp 9 | Blowbacks | 1,545.83 | 1,040.48 | 88.44 | 1,128.92 |
| 8/20/2012 | 1202716 | Warp 9 | Blowbacks | 1,897.01 | 1,520.80 | 129.27 | 1,650.07 |
| 8/20/2012 | 1202717 | Warp 9 | Blowbacks | 1,549.68 | 1,244.78 | 105.81 | 1,350.59 |
| 8/20/2012 | 1202718 | Warp 9 | Blowbacks | 8,558.10 | 7,423.65 | 631.01 | 8,054.66 |
| 8/20/2012 | 1202719 | Warp 9 | Blowbacks | 1,537.95 | 1,306.47 | 111.05 | 1,417.52 |
| 8/20/2012 | 1202720 | Warp 9 | Blowbacks | 773.80 | 682.13 | 57.98 | 740.11 |
| 8/20/2012 | 1202721 | Warp 9 | Blowbacks | 1,446.51 | 1,176.47 | 100.00 | 1,276.47 |
| 8/20/2012 | 1202722 | Warp 9 | Blowbacks | 3,102.81 | 2,708.29 | 230.21 | 2,938.50 |
| 8/20/2012 | 1202723 | Warp 9 | Blowbacks | 1,158.76 | 1,062.98 | 90.35 | 1,153.33 |
| 8/20/2012 | 1202724 | Warp 9 | Blowbacks | 1,021.64 | 804.60 | 68.39 | 872.99 |
| 8/20/2012 | 1202725 | Warp 9 | Blowbacks | 1,220.45 | 1,018.74 | 86.59 | 1,105.33 |
| 8/20/2012 | 1202726 | Warp 9 | Blowbacks | 1,764.04 | 1,423.84 | 121.03 | 1,544.87 |
| 8/20/2012 | 1202727 | Warp 9 | Blowbacks | 805.98 | 722.44 | 61.41 | 783.85 |
| 8/20/2012 | 1202728 | Warp 9 | Blowbacks | 19,183.78 | 15,910.90 | 1,352.43 | 17,263.33 |
| 8/20/2012 | 1202729 | Warp 9 | Blowbacks | 2,176.21 | 1,981.00 | 168.39 | 2,149.39 |
| 8/20/2012 | 12SF84641 | DSU Discovery | Blowbacks | 66,952.52 | 55,111.89 | 4,684.51 | 59,796.40 |
| 8/27/2012 | 1202766 | Warp 9 | Blowbacks | 12,575.97 | 9,800.32 | 833.03 | 10,633.35 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 8/27/2012 | 12SF84667 | DSU Discovery | Blowbacks | 4,132.72 | 3,329.46 | 283.00 | 3,612.46 |
| 8/28/2012 | 40772 | Transperfect | Copying (Korea) | 82,520.75 | 73,974.50 |  | 73,974.50 |
| 9/14/2012 | 41535 | Transperfect | Copying (Korea) | 24,093.00 | 22,023.00 |  | 22,023.00 |
| 10/29/2012 | 1203010 | Warp 9 | Blowbacks | 741.52 | 258.93 | 22.01 | 280.94 |
| 11/5/2012 | 1203038 | Warp 9 | Blowbacks | 6,670.43 | 6,043.86 | 513.73 | 6,557.59 |
| 11/5/2012 | 1203045 | Warp 9 | Blowbacks | 129.39 | 114.25 | 9.71 | 123.96 |
| 11/19/2012 | 1203108 | Warp 9 | Blowbacks | 824.27 | 590.80 | 50.22 | 641.02 |
| 11/19/2012 | 1203109 | Warp 9 | Blowbacks | 732.48 | 443.10 | 37.66 | 480.76 |
| 11/26/2012 | 1203140 | Warp 9 | Blowbacks | 6,400.04 | 5,375.90 | 456.95 | 5,832.85 |
| 11/26/2012 | 1203141 | Warp 9 | Blowbacks | 348.51 | 203.21 | 17.27 | 220.48 |
| 12/10/2012 | 1203222 | Warp 9 | Blowbacks | 351.34 | 229.32 | 19.49 | 248.81 |
| 12/10/2012 | 1203223 | Warp 9 | Blowbacks | 10,657.98 | 8,513.02 | 723.61 | 9,236.63 |
| 5/20/2013 | 1203957 | Warp 9 | Blowbacks | 2,039.24 | 1,769.66 | 154.85 | 1,924.51 |
| 5/20/2013 | 1203958 | Warp 9 | Blowbacks | 606.47 | 437.67 | 38.30 | 475.97 |
| 5/20/2013 | 1203959 | Warp 9 | Blowbacks | 2,410.24 | 2,115.81 | 185.13 | 2,300.94 |
| 5/21/2013 | 1203962 | Warp 9 | Blowbacks | 1,501.08 | 1,117.80 | 97.81 | 1,215.61 |
| 5/21/2013 | 1203964 | Warp 9 | Blowbacks | 955.04 | 758.20 | 66.34 | 824.54 |
| 5/21/2013 | 1203965 | Warp 9 | Blowbacks | 2,456.28 | 2,090.65 | 182.93 | 2,273.58 |
| 5/29/2013 | 1203991 | Warp 9 | Blowbacks | 2,455.18 | 2,137.14 | 187.00 | 2,324.14 |
| 6/3/2013 | 1203999 | Warp 9 | Blowbacks | 1,959.16 | 1,654.53 | 144.77 | 1,799.30 |
| 6/3/2013 | 1204000 | Warp 9 | Blowbacks | 2,300.17 | 1,924.60 | 168.40 | 2,093.00 |
| 6/3/2013 | 1204001 | Warp 9 | Blowbacks | 3,639.66 | 2,883.31 | 252.29 | 3,135.60 |
| 6/3/2012 | 1204002 | Warp 9 | Blowbacks | 4,316.32 | 3,587.25 | 313.88 | 3,901.13 |
| 7/23/2013 | 1204238 | Warp 9 | Blowbacks | 4,315.68 | 3,586.66 | 313.83 | 3,900.49 |
| 8/1/2013 | 1204278 | Warp 9 | Blowbacks | 4,424.27 | 3,545.29 | 310.21 | 3,855.50 |
| 8/1/2013 | 1204282 | Warp 9 | Blowbacks | 3,376.69 | 3,045.00 | 266.44 | 3,311.44 |
| 8/1/2013 | 1204283 | Warp 9 | Blowbacks | 6,969.57 | 5,925.80 | 518.51 | 6,444.31 |
| 8/6/2013 | 1204326 | Warp 9 | Blowbacks | 1,400.86 | 1,250.15 | 109.39 | 1,359.54 |
| 8/15/2013 | 1204350 | Warp 9 | Blowbacks | 1,422.12 | 1,105.20 | 96.71 | 1,201.91 |
| 9/4/2013 | 1204463 | Warp 9 | Blowbacks | 5,467.08 | 4,700.70 | 411.31 | 5,112.01 |
| 9/4/2013 | 1204464 | Warp 9 | Blowbacks | 2,697.12 | 2,241.31 | 196.11 | 2,437.42 |
| 9/17/2013 | 1204512 | Warp 9 | Blowbacks | 9,933.66 | 8,315.40 | 727.60 | 9,043.00 |
| 10/9/2013 | 1204621 | Warp 9 | Blowbacks | 1,060.67 | 795.33 | 69.59 | 864.92 |
| 10/11/2013 | 1204632 | Warp 9 | Blowbacks | 2,706.04 | 2,284.81 | 199.92 | 2,484.73 |
| 10/14/2013 | 1204640 | Warp 9 | Blowbacks | 3,592.62 | 3,092.56 | 270.60 | 3,363.16 |

**Schedule B-1 (Costs of Making Copies)**

| Date | Vendor Invoice No. | Vendor Name | Description of Services Claimed | Total Amount Invoiced (Including Consultation and Supply Costs) | Pre-Tax Amount Claimed (Copy / Blowback Charges Only) | Pro-Rated Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 10/14/2013 | 1204641 | Warp 9 | Blowbacks | 6,123.06 | 5,107.40 | 466.90 | 5,574.30 |
| 10/16/2013 | 1204657 | Warp 9 | Blowbacks | 7,610.50 | 6,440.66 | 563.56 | 7,004.22 |
| 10/17/2013 | 1204668 | Warp 9 | Blowbacks | 6,735.64 | 5,662.79 | 495.49 | 6,158.28 |
| 10/22/2013 | 1204683 | Warp 9 | Blowbacks | 512.95 | 384.68 | 33.66 | 418.34 |
| 10/25/2013 | 1204703 | Warp 9 | Blowbacks | 1,203.35 | 995.53 | 87.11 | 1,082.64 |
| 10/29/2013 | 1204714 | Warp 9 | Blowbacks | 866.04 | 637.36 | 55.77 | 693.13 |
| 10/30/2013 | 1204715 | Warp 9 | Blowbacks | 407.12 | 322.36 | 28.21 | 350.57 |
| 11/1/2013 | 1204719 | Warp 9 | Blowbacks | 1,938.49 | 1,486.77 | 130.09 | 1,616.86 |
| 11/4/2013 | 1204730 | Warp 9 | Blowbacks | 9,992.11 | 8,436.40 | 738.19 | 9,174.59 |
| 11/5/2013 | 1204738 | Warp 9 | Blowbacks | 641.56 | 572.94 | 50.13 | 623.07 |
| 11/5/2013 | 1204739 | Warp 9 | Blowbacks | 3,803.29 | 3,404.28 | 297.87 | 3,702.15 |
| 11/7/2013 | 1204747 | Warp 9 | Blowbacks | 4,521.23 | 3,849.20 | 336.81 | 4,186.01 |
| 11/7/2013 | 1204748 | Warp 9 | Blowbacks | 8,492.54 | 6,206.98 | 543.11 | 6,750.09 |
| 11/8/2013 | 1204751 | Warp 9 | Blowbacks | 1,432.94 | 816.15 | 71.41 | 887.56 |
| 11/11/2013 | 1204755 | Warp 9 | Blowbacks | 43,580.17 | 33,574.47 | 2,937.77 | 36,512.24 |
| 11/11/2012 | 1204756 | Warp 9 | Blowbacks | 92,192.16 | 79,098.40 | 6,921.11 | 86,019.51 |
| 11/11/2013 | 1204761 | Warp 9 | Blowbacks | 9,941.51 | 8,277.12 | 724.25 | 9,001.37 |
| 11/11/2013 | 1204764 | Warp 9 | Blowbacks | 8,565.30 | 6,622.89 | 579.50 | 7,202.39 |
| 11/11/2013 | 1204765 | Warp 9 | Blowbacks | 9,312.39 | 4,277.37 | 374.27 | 4,651.64 |
| 11/12/2013 | 1204768 | Warp 9 | Blowbacks | 4,411.63 | 3,509.17 | 307.05 | 3,816.22 |
| 11/12/2013 | 1204769 | Warp 9 | Blowbacks | 11,500.48 | 9,278.65 | 811.88 | 10,090.53 |
| 11/13/2013 | 1204774 | Warp 9 | Blowbacks | 4,395.74 | 3,285.81 | 287.51 | 3,573.32 |
| 11/13/2013 | 1204775 | Warp 9 | Blowbacks | 3,537.89 | 1,599.98 | 140.00 | 1,739.98 |
| 11/14/2013 | 1204782 | Warp 9 | Blowbacks | 4,542.00 | 2,592.80 | 226.87 | 2,819.67 |
| 11/14/2013 | 1204783 | Warp 9 | Blowbacks | 2,488.48 | 2,005.76 | 175.50 | 2,181.26 |
| 11/15/2013 | 1204789 | Warp 9 | Blowbacks | 5,491.17 | 4,305.35 | 376.72 | 4,682.07 |
| 11/15/2013 | 1204790 | Warp 9 | Blowbacks | 3,293.35 | 2,490.62 | 217.93 | 2,708.55 |
| 11/18/2013 | 1204795 | Warp 9 | Blowbacks | 6,780.41 | 5,748.86 | 503.03 | 6,251.89 |
| 11/18/2013 | 1204796 | Warp 9 | Blowbacks | 1,249.36 | 449.84 | 39.36 | 489.20 |
| 11/19/2013 | 1204810 | Warp 9 | Blowbacks | 6,185.32 | 4,557.82 | 398.81 | 4,956.63 |
| | | | **TOTAL** | **1,658,470.14** | **1,390,153.89** | **107,884.52** | **1,498,038.41** |