# EXHIBIT B-1

# Part 5



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/4/2013 | 1204730 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/4/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,092 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 98.28T |
| 14 | TAB - CUSTOM LABELED | 0.75 | 10.50T |
| 1 | BINDER - 3" | 14.00 | 14.00T |
| | | | |
| 1,605 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 144.45T |
| 50 | TAB - CUSTOM LABELED | 0.75 | 37.50T |
| 5 | BINDER - 1" | 10.00 | 50.00T |
| | | | |
| 1,512 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 136.08T |
| 32 | TAB - CUSTOM LABELED | 0.75 | 24.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |
| | | | |
| 504 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 45.36T |
| 84 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 42.00T |
| 16 | TAB - CUSTOM LABELED | 0.75 | 12.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |
| | | | |
| 976 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 87.84T |
| 8 | TAB - CUSTOM LABELED | 0.75 | 6.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $803.96 |
| **Total** | **$9,992.11** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/5/2013 | 1204738 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/5/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 466 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 41.94T |
| 1,062 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 531.00T |
| 38 | TAB - REGULAR | 0.25 | 9.50T |
| 2 | TAB - CUSTOM LABELED | 0.75 | 1.50T |
| 2 | MANILA FOLDER CUSTOM LABELED | 3.00 | 6.00T |

Thank you for your business.

| Sales Tax (8.75%) | $51.62 |
|-------------------|--------|
| **Total** | $641.56 |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|---|---|
| 11/5/2013 | 1204739 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #10684-263 | Net 30 | 12/5/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,492 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 134.28T |
| 6,540 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 3,270.00T |
| 31 | MANILA FOLDER CUSTOM LABELED | 3.00 | 93.00T |

Thank you for your business.

| Sales Tax (8.75%) | $306.01 |
|---|---|
| **Total** | **$3,803.29** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/7/2013 | 1204747 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/7/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3,680 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 331.20T |
| 7,036 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 3,518.00T |
| 195 | TAB - CUSTOM LABELED | 0.75 | 146.25T |
| 9 | BINDER - 4" | 18.00 | 162.00T |

Thank you for your business.

| Sales Tax (8.75%) | $363.78 |
|-------------------|---------|
| **Total** | **$4,521.23** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/7/2013 | 1204748 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/7/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 642 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 57.78T |
| 540 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 270.00T |
| 142 | TAB - CUSTOM LABELED | 0.75 | 106.50T |
| 1 | BINDER - 3" | 14.00 | 14.00T |
| 1 | BINDER - 2" | 12.00 | 12.00T |
| 1 | LABOR - EXTRACTION OF FILES | 35.00 | 35.00T |
| | | | |
| | DEMONSTRATIVES AND DISCLOSURES | | |
| 2 | BINDER - 3" | 14.00 | 28.00T |
| 78 | TAB - CUSTOM LABELED | 0.75 | 58.50T |
| 156 | TAB - REGULAR | 0.25 | 39.00T |
| | | | |
| 1,950 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 175.50T |
| 1,760 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 880.00T |
| 20 | TAB - CUSTOM LABELED | 0.75 | 15.00T |
| 2 | BINDER - 3" | 14.00 | 28.00T |
| 2 | BINDER - 2" | 12.00 | 24.00T |
| | | | |
| 7,722 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 694.98T |
| 132 | TAB - CUSTOM LABELED | 0.75 | 99.00T |
| 6 | BINDER - 3" | 14.00 | 84.00T |
| 2 | BINDER - 2" | 12.00 | 24.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/7/2013 | 1204748 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/7/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | O RING ONLY<br>BINDER - 3" (PER BOX) | 168.00 | 336.00T |
| 5,558 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 500.22T |
| 7,257 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 3,628.50T |
| 335 | TAB - CUSTOM LABELED | 0.75 | 251.25T |
| 2 | BINDER - 2" | 12.00 | 24.00T |
| 11 | BINDER - 3" | 14.00 | 154.00T |
| 1 | OVERSIZE TRIAL BOARD FOAM MOUNTED - MATTE FINISH AND ON A FOAM BOARD | 270.00 | 270.00T |

Thank you for your business.

| | |
|--|--|
| Sales Tax (8.75%) | $683.31 |
| **Total** | **$8,492.54** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/8/2013 | 1204751 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/8/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 984 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 88.56T |
| 394 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 197.00T |
| 4 | TAB - CUSTOM LABELED | 0.75 | 3.00T |
| 6 | TAB - REGULAR | 0.25 | 1.50T |
| 2 | BINDER - 2" | 12.00 | 24.00T |
| | | | |
| 1,052 | TAB - REGULAR | 0.25 | 263.00T |
| | | | |
| 2,176 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 195.84T |
| 28 | TAB - CUSTOM LABELED | 0.75 | 21.00T |
| 2 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 10.00T |
| | BINDER | | |
| 2,149 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 193.41T |
| 238 | TAB - REGULAR | 0.25 | 59.50T |
| 7 | BINDER - 1 1/2" | 12.00 | 84.00T |
| | | | |
| 326 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 29.34T |
| 224 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 112.00T |
| 20 | TAB - CUSTOM LABELED | 0.75 | 15.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | |
| **Total** | |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/8/2013 | 1204751 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/8/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | SLIP SHEET - MANUAL INSERTION | 0.25 | 0.50T |
| 2 | BINDER - 1" | 10.00 | 20.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $115.29 |
| **Total** | $1,432.94 |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/11/2013 | 1204755 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/11/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 44,672 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 4,020.48T |
| 58,176 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 29,088.00T |
| 2,712 | TAB - CUSTOM LABELED | 0.75 | 2,034.00T |
| 88 | BINDER - 3" | 14.00 | 1,232.00T |
| 16 | BINDER - 2" | 12.00 | 192.00T |
| | | | |
| 4,000 | TAB - CUSTOM LABELED | 0.75 | 3,000.00T |
| | | | |
| 2,742 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 246.78T |
| 165 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 82.50T |
| 3 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 15.00T |
| | | | |
| 519 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 46.71T |
| 180 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 90.00T |
| 15 | TAB - CUSTOM LABELED | 0.75 | 11.25T |
| 3 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 15.00T |

Thank you for your business.

| Sales Tax (8.75%) | $3,506.45 |
|-------------------|-----------|
| **Total** | **$43,580.17** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|---|---|
| 11/11/2013 | 1204756 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #10684-263 | Net 30 | 12/11/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 61,914 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 5,572.26T |
| 141,446 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 70,723.00T |
| 6,780 | TAB - CUSTOM LABELED | 0.75 | 5,085.00T |
| 891 | SLIP SHEET - CUSTOM LABELED | 0.50 | 445.50T |
|  |  |  |  |
| 31,146 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 2,803.14T |
| 642 | TAB - CUSTOM LABELED | 0.75 | 481.50T |
| 24 | BINDER - 3" | 14.00 | 336.00T |
| 6 | BINDER - 2" | 12.00 | 72.00T |
|  |  |  |  |
|  | CREDIT OF BINDERS RETURNED 11/19/2013 |  |  |
| 18 | BINDER - 1" | -10.00 | -180.00T |
| 3 | BINDER - 1 1/2" | -12.00 | -36.00T |
| 9 | BINDER - 2" | -12.00 | -108.00T |
| 30 | BINDER - 3" | -14.00 | -420.00T |

Thank you for your business.

| Sales Tax (8.75%) | $7,417.76 |
|---|---|
| **Total** | $92,192.16 |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/11/2013 | 1204761 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/11/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 11,168 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 1,005.12T |
| 14,544 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 7,272.00T |
| 678 | TAB - CUSTOM LABELED | 0.75 | 508.50T |
| 22 | BINDER - 3" | 14.00 | 308.00T |
| 4 | BINDER - 2" | 12.00 | 48.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $799.89 |
| **Total** | **$9,941.51** |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/11/2013 | 1204764 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/11/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 6,840 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 615.60T |
| 180 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 90.00T |
| 392 | TAB - CUSTOM LABELED | 0.75 | 294.00T |
| 4 | BINDER - 2" | 12.00 | 48.00T |
| 8 | BINDER - 1 1/2" | 12.00 | 96.00T |
| 8 | BINDER - 1" | 10.00 | 80.00T |
| | | | |
| 1,656 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 149.04T |
| 64 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 32.00T |
| 108 | TAB - CUSTOM LABELED | 0.75 | 81.00T |
| 4 | BINDER - 3" | 14.00 | 56.00T |
| | | | |
| 1,038 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 93.42T |
| 360 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 180.00T |
| 30 | TAB - CUSTOM LABELED | 0.75 | 22.50T |
| 6 | BINDER - 1" | 10.00 | 60.00T |
| | | | |
| 558 | BLOWBACK WITH ASSEMBLY - COLOR | 0.09 | 50.22T |
| 36 | TAB - CUSTOM LABELED | 0.75 | 27.00T |
| 6 | BINDER - 1" | 10.00 | 60.00T |

| Thank you for your business. | Sales Tax (8.75%) | |
|------------------------------|-------------------|--|
| | **Total** | |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/11/2013 | 1204764 |

**Morrison & Foerster LLP**
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/11/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,429 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 218.61T |
| 10,388 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 5,194.00T |
| 161 | TAB - CUSTOM LABELED | 0.75 | 120.75T |
| 7 | BINDER - 3" | 14.00 | 98.00T |
| 21 | BINDER - 1" | 10.00 | 210.00T |

Thank you for your business.

| Sales Tax (8.75%) | $689.16 |
|-------------------|---------|
| **Total** | **$8,565.30** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/11/2013 | 1204765 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/11/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 882 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 79.38T |
| 228 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 114.00T |
| 24 | TAB - CUSTOM LABELED | 0.75 | 18.00T |
| 6 | BINDER - 1" | 10.00 | 60.00T |
| | | | |
| 30 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 2.70T |
| 1,536 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 768.00T |
| 18 | TAB - CUSTOM LABELED | 0.75 | 13.50T |
| 6 | BINDER - 1" | 10.00 | 60.00T |
| | | | |
| 2,328 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 209.52T |
| 6 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 3.00T |
| 18 | TAB - CUSTOM LABELED | 0.75 | 13.50T |
| 30 | TAB - REGULAR | 0.25 | 7.50T |
| 6 | BINDER - 1" | 10.00 | 60.00T |
| | | | |
| 12,701 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 1,143.09T |
| 2,419 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 1,209.50T |
| 3,624 | TAB - CUSTOM LABELED | 0.75 | 2,718.00T |
| 36 | BINDER - GBC | 10.00 | 360.00T |
| | | | |
| 2,878 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 259.02T |
| 252 | TAB - CUSTOM LABELED | 0.75 | 189.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | |
| **Total** | |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/12/2013 | 1204768 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/12/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,178 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 196.02T |
| 272 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 136.00T |
| 2 | BINDER - 1" | 10.00 | 20.00T |
| 36 | TAB - CUSTOM LABELED | 0.75 | 27.00T |
| 20 | TAB - REGULAR | 0.25 | 5.00T |
| | | | |
| 10,920 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 982.80T |
| 140 | TAB - CUSTOM LABELED | 0.75 | 105.00T |
| 10 | BINDER - 3" | 14.00 | 140.00T |
| | | | |
| 2,810 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 252.90T |
| 1,556 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 778.00T |
| 44 | TAB - CUSTOM LABELED | 0.75 | 33.00T |
| 2 | BINDER - 2" | 12.00 | 24.00T |
| 4 | BINDER - 3" | 14.00 | 56.00T |
| | | | |
| 3,181 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 286.29T |
| 83 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 41.50T |
| 5 | TAB - CUSTOM LABELED | 0.75 | 3.75T |
| 9 | TAB - REGULAR | 0.25 | 2.25T |
| 1 | BINDER - 2" | 12.00 | 12.00T |
| 30 | BLANK NOTEBOOK SHEETS | 0.05 | 1.50T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/12/2013 | 1204768 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/12/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3,168 | MEDIUM LITIGATION COPYING | 0.12 | 380.16T |
| 911 | LITIGATION COPYING - COLOR | 0.50 | 455.50T |
| 15 | TAB - CUSTOM LABELED | 0.75 | 11.25T |
| 3 | BINDER - 3" | 14.00 | 42.00T |
| 3 | BINDER - 2" | 12.00 | 36.00T |
| 115 | TAB - REGULAR | 0.25 | 28.75T |

Thank you for your business.

| Sales Tax (8.75%) | $354.96 |
|-------------------|---------|
| **Total** | **$4,411.63** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|---|---|
| 11/12/2013 | 1204769 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #10684-263 | Net 30 | 12/12/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 308 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 27.72T |
| 308 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 154.00T |
| 32 | TAB - CUSTOM LABELED | 0.75 | 24.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |
| | | | |
| 12 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 1.08T |
| 96 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 48.00T |
| 20 | TAB - CUSTOM LABELED | 0.75 | 15.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |
| | | | |
| | LIST | | |
| 368 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 184.00T |
| 36 | TAB - CUSTOM LABELED | 0.75 | 27.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |
| | | | |
| 174 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 15.66T |
| 6 | TAB - CUSTOM LABELED | 0.75 | 4.50T |
| 2 | BINDER - 1" | 10.00 | 20.00T |
| | | | |
| 186 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 16.74T |
| 1,608 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 804.00T |
| 12 | TAB - CUSTOM LABELED | 0.75 | 9.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914



**Invoice**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|---|---|
| 11/12/2013 | 1204769 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #10684-263 | Net 30 | 12/12/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 84 | TAB - REGULAR | 0.25 | 21.00T |
| 6 | BINDER - 1" | 10.00 | 60.00T |
| | | | |
| 1,560 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 140.40T |
| 11,940 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 5,970.00T |
| 384 | TAB - CUSTOM LABELED | 0.75 | 288.00T |
| 12 | BINDER - 3" | 14.00 | 168.00T |
| | | | |
| 1,895 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 170.55T |
| 3,349 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 1,674.50T |
| 312 | TAB - CUSTOM LABELED | 0.75 | 234.00T |
| 12 | BINDER - 3" | 14.00 | 168.00T |
| | | | |
| 144 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 72.00T |
| 24 | TAB - CUSTOM LABELED | 0.75 | 18.00T |
| 12 | BINDER - 1" | 10.00 | 120.00T |

Thank you for your business.

| Sales Tax (8.75%) | $925.33 |
|---|---|
| **Total** | $11,500.48 |

Tax ID Number: 94-3342914

Page 2



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|---|---|
| 11/13/2013 | 1204774 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #10684-263 | Net 30 | 12/13/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 14,525 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 1,307.25T |
| 2,075 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 1,037.50T |
| 125 | TAB - CUSTOM LABELED | 0.75 | 93.75T |
| 225 | TAB - REGULAR | 0.25 | 56.25T |
| 25 | BINDER - 2" | 12.00 | 300.00T |
| 750 | BLANK NOTEBOOK SHEETS | 0.05 | 37.50T |
| 66 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 33.00T |
| 3 | BINDER - GBC | 10.00 | 30.00T |
| 2,078 | MEDIUM LITIGATION COPYING | 0.12 | 249.36T |
| 286 | LITIGATION COPYING - COLOR | 0.50 | 143.00T |
| 2 | BINDER - 3" | 14.00 | 28.00T |
| 46 | TAB - CUSTOM LABELED | 0.75 | 34.50T |
| 3 | BINDER - VELO | 10.00 | 30.00T |
| 1,330 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 119.70T |
| 756 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 378.00T |
| 14 | TAB - CUSTOM LABELED | 0.75 | 10.50T |
| 343 | TAB - REGULAR | 0.25 | 85.75T |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/13/2013 | 1204774 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/13/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 7 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 35.00T |
| 36 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 18.00T |
| 1 | BINDER - GBC | 10.00 | 10.00T |
| 1 | REDWELD FOLDER CUSTOM LABLEED | 5.00 | 5.00T |

Thank you for your business.

| Sales Tax (8.75%) | $353.68 |
|-------------------|---------|
| **Total** | $4,395.74 |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/13/2013 | 1204775 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/13/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 40 | MEDIA - FLASH DRIVE 16GB | 30.00 | 1,200.00T |
| 56 | MANILA FOLDER CUSTOM LABELED | 3.00 | 168.00T |
| 2 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 10.00T |
| 2,016 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 1,008.00T |
| 81 | TAB - CUSTOM LABELED | 0.75 | 60.75T |
| 3 | BINDER - 3" | 14.00 | 42.00T |
| 18 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 1.62T |
| 273 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 136.50T |
| 42 | TAB - CUSTOM LABELED | 0.75 | 31.50T |
| 3 | BINDER - 1" | 10.00 | 30.00T |
| 504 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 45.36T |
| 706 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 353.00T |
| 33 | MANILA FOLDER CUSTOM LABELED | 3.00 | 99.00T |
| 111 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 55.50T |
| 3 | MANILA FOLDER CUSTOM LABELED | 3.00 | 9.00T |

Thank you for your business.

| Sales Tax (8.75%) | |
|-------------------|--|
| **Total** | |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/13/2013 | 1204775 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/13/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | REDWELD FOLDER | 3.00 | 3.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $284.66 |
| Total | $3,537.89 |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|---|---|
| 11/14/2013 | 1204782 |

**Morrison & Foerster LLP**
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #10684-263 | Net 30 | 12/14/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 240 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 21.60T |
| 640 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 320.00T |
| 160 | TAB - CUSTOM LABELED | 0.75 | 120.00T |
| 4 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 20.00T |
| | | | |
| 48 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 4.32T |
| 285 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 142.50T |
| 36 | TAB - CUSTOM LABELED | 0.75 | 27.00T |
| 3 | BINDER - 1" | 10.00 | 30.00T |
| | | | |
| 1,380 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 124.20T |
| 1,815 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 907.50T |
| 216 | TAB - CUSTOM LABELED | 0.75 | 162.00T |
| 6 | BINDER - 2" | 12.00 | 72.00T |
| | | | |
| 165 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 82.50T |
| 9 | TAB - CUSTOM LABELED | 0.75 | 6.75T |
| 6 | BINDER - 3" | 14.00 | 84.00T |
| 288 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 25.92T |

Thank you for your business.

| Sales Tax (8.75%) | |
|---|---|
| **Total** | |

Tax ID Number: 94-3342914

Page 1



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/14/2013 | 1204782 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/14/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,152 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 576.00T |
| 176 | TAB - CUSTOM LABELED | 0.75 | 132.00T |
| 16 | MANILA FOLDER CUSTOM LABELED | 3.00 | 48.00T |
| 11 | BINDER - 1" | 10.00 | 110.00T |
| 36 | MEDIA - DVD | 20.00 | 720.00T |
| 1 | REDWELD FOLDER | 5.00 | 5.00T |
| | | | |
| 214 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 19.26T |
| 738 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 369.00T |
| 14 | MANILA FOLDER CUSTOM LABELED | 3.00 | 42.00T |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |

Thank you for your business.

| Sales Tax (8.75%) | $365.45 |
|-------------------|---------|
| **Total** | $4,542.00 |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco,  CA  94107

Phone #    415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/14/2013 | 1204783 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/14/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 136 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 12.24T |
| 56 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 28.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |
| | | | |
| 208 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 18.72T |
| 48 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 24.00T |
| 4 | BINDER - 1" | 10.00 | 40.00T |
| | | | |
| 1,920 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 172.80T |
| 3,500 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 1,750.00T |
| 110 | TAB - CUSTOM LABELED | 0.75 | 82.50T |
| 10 | BINDER - 2" | 12.00 | 120.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $200.22 |
| **Total** | $2,488.48 |

Tax ID Number: 94-3342914

 WARP

# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
| --- | --- |
| 11/15/2013 | 1204789 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
| --- | --- | --- |
| CM #10684-263 | Net 30 | 12/15/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| 2,308 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 207.72T |
| 664 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 332.00T |
| 38 | MANILA FOLDER CUSTOM LABELED | 3.00 | 114.00T |
| 3 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 15.00T |
| | | | |
| 8,484 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 763.56T |
| 796 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 398.00T |
| 56 | MANILA FOLDER CUSTOM LABELED | 3.00 | 168.00T |
| 6 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 30.00T |
| | | | |
| 684 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 61.56T |
| 626 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 313.00T |
| 64 | TAB - CUSTOM LABELED | 0.75 | 48.00T |
| 2 | BINDER - 2" | 12.00 | 24.00T |
| | | | |
| 7,189 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 647.01T |
| 3,165 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 1,582.50T |
| 236 | TAB - CUSTOM LABELED | 0.75 | 177.00T |
| 12 | BINDER - 3" | 14.00 | 168.00T |

Thank you for your business.

| | |
| --- | --- |
| Sales Tax (8.75%) | $441.82 |
| **Total** | $5,491.17 |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/15/2013 | 1204790 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/15/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 6,552 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 589.68T |
| 2,236 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 1,118.00T |
| 255 | TAB - CUSTOM LABELED | 0.75 | 191.25T |
| 5 | MANILA FOLDER CUSTOM LABELED | 3.00 | 15.00T |
| 11 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 55.00T |
| 11 | BINDER - 1" | 10.00 | 110.00T |
| | | | |
| 802 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 72.18T |
| 32 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 16.00T |
| 14 | TAB - CUSTOM LABELED | 0.75 | 10.50T |
| 2 | BINDER - 1" | 10.00 | 20.00T |
| | | | |
| 896 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 80.64T |
| 6 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 3.00T |
| 12 | TAB - CUSTOM LABELED | 0.75 | 9.00T |
| 2 | BINDER - 1 1/2" | 12.00 | 24.00T |
| | | | |
| 5,368 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 483.12T |
| 256 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 128.00T |
| 26 | MANILA FOLDER CUSTOM LABELED | 3.00 | 78.00T |
| 5 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 25.00T |

Thank you for your business.

| Sales Tax (8.75%) | $264.98 |
|-------------------|---------|
| **Total** | **$3,293.35** |

Tax ID Number: 94-3342914



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #    415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/18/2013 | 1204795 |

Morrison Foerster, LLP
Rosemary Barajas
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/18/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4,840 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 435.60T |
| 180 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 90.00T |
| 20 | MANILA FOLDER CUSTOM LABELED | 3.00 | 60.00T |
| 4 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 20.00T |
| | | | |
| 2,814 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 253.26T |
| 9,940 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 4,970.00T |
| 280 | TAB - CUSTOM LABELED | 0.75 | 210.00T |
| 14 | BINDER - 3" | 14.00 | 196.00T |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.75%) | $545.55 |
| **Total** | **$6,780.41** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 11/18/2013 | 1204796 |

Morrison & Foerster LLP
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 12/18/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 0.18T |
| 427 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 213.50T |
| 2 | TAB - CUSTOM LABELED | 0.75 | 1.50T |
| 42 | TAB - REGULAR | 0.25 | 10.50T |
| 1 | BINDER - 2" | 12.00 | 12.00T |
| | | | |
| 1,624 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 146.16T |
| 180 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 90.00T |
| 20 | MANILA FOLDER CUSTOM LABELED | 3.00 | 60.00T |
| 2 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 10.00T |
| | | | |
| 30 | MEDIA - DVD | 20.00 | 600.00T |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |

Thank you for your business.

| Sales Tax (8.75%) | $100.52 |
|-------------------|---------|
| **Total** | **$1,249.36** |

Tax ID Number: 94-3342914



# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

| DATE | INVOICE # |
|---|---|
| 11/19/2013 | 1204810 |

**Morrison & Foerster LLP**
Kenneth MacCardle
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #10684-263 | Net 30 | 12/19/2013 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,184 | BLOWBACK WITH ASSEMBLY - B&W | 0.09 | 196.56T |
| 7,662 | BLOWBACK WITH ASSEMBLY - COLOR | 0.50 | 3,831.00T |
| 24 | BINDER - 3" | 14.00 | 336.00T |
| 384 | TAB - CUSTOM LABELED | 0.75 | 288.00T |
| 6 | SLIP SHEET - MANUAL INSERTION | 0.25 | 1.50T |
| 22 | MEDIA – DVD | 20.00 | 440.00T |
| 1 | REDWELD FOLDER CUSTOM LABELED | 5.00 | 5.00T |
|  |  |  |  |
|  | EXHIBITS BINDER CLONING |  |  |
| 1,448 | MEDIUM LITIGATION COPYING | 0.12 | 173.76T |
| 713 | LITIGATION COPYING - COLOR | 0.50 | 356.50T |
| 19 | TAB - CUSTOM LABELED | 0.75 | 14.25T |
| 1 | MEDIA – DVD | 20.00 | 20.00T |
| 1 | BINDER - 3" | 14.00 | 14.00T |
| 1 | BINDER - 2" | 12.00 | 12.00T |

Thank you for your business.

| Sales Tax (8.75%) | $497.75 |
|---|---|
| **Total** | **$6,186.32** |

Tax ID Number: 94-3342914