SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 4/26/2011 | 0567-2731-8242-5293 | Best Buy | Samsung Nexus S GT-i9020T ($529.99)<br>Samsung Galaxy Tab 7.0" SCH-i800 ($429.99)<br>Samsung Epic 4G Touch SPH-D700 ($649.00)<br>Samsung Fascinate ($599.99) | 1<br>1<br>1<br>1 | Expert Reports; Inspection; Closing Statement; Demonstrative | 2,420.39 |
| 5/12/2011 | 777877477 | T-Mobile | Samsung Galaxy S Vibrant SGH-T959 | 1 | Deposition Exhibit (Yi 1444); Expert Reports; Inspection; Opening Statement; Closing Statement | 547.49 |
| 5/12/2011 | 0681-7693-7417-1042 | Best Buy | Samsung Nexus S 4G SPH-D720 | 1 | Trial Exhibit JX1023; Expert Reports; Inspection; Demonstrative | 963.58 |
| 5/16/2011 | 29675 01 329176 | Verizon Wireless | Samsung Droid SCH-i510 | 1 | Trial Exhibit JX1025; Deposition Exhibit; Expert Reports; Inspection; Closing Statement | 624.14 |
| 5/16/2011 | XS1219BBN9MSU | AT&T | Samsung Infuse 4G SCH-i997 | 1 | Trial Exhibit JX1027; Deposition Exhibit; Expert Report; Declaration Exhibit; Demonstrative; Inspection | 602.24 |
| 5/17/2011 | BBY01-395713061643 | Best Buy | Samsung Gem SCH-i100 | 1 | Trial Exhibit JX1020; Deposition Exhibit; Expert Reports; Closing Statement; Inspection; Demonstrative | 442.98 |
| 5/18/2011 | 102-3247058-6229044 | Amazon.com | Samsung i9000 Galaxy S 8GB | 1 | Trial Exhibit JX1007; Expert Reports; Declaration Exhibit; Opening Statement; Closing Staement; Demonstrative; Inspection | 462.92 |
| 5/25/2011 | 08937 01 316207 | Verizon Wireless | Blackberry Storm II 9550S | 1 | Deposition Exhibit; Declaration Exhibit; Demonstrative | 492.74 |
| 6/13/2011 | XS1219KBPITG6 | AT&T | Samsung Infuse 4G SCH-i997 | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Demonstrative; Opening Statement; Closing Statement; Inspection | 602.24 |
| 6/14/2011 | 102-2460522-2769864 | Amazon.com | Apple iPad (1st Gen) MB292LL/A Tablet 16GB A1219 | 1 | Trial Exhibit JX1004; Deposition Exhibit; Expert Report; Opening Statement; Declaration Exhibit; Inspection; Demonstrative | 537.95 |
| 6/17/2011 | 102-5554680-3297040 | Amazon.com | (Two) Samsung Galaxy Tab 10.1-inch, 16GB, WiFi | 2 | Trial Exhibit JX1037; Deposition Exhibit (Johnson 273); Expert Report; Opening Statement; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 1,019.95 |
| 6/21/2011 | 061156 | Access/Information, Inc. | Samsung SGH-D807 ($219.35)<br>Samsung SGH-T629 ($151.37)<br>Samsung i730 ($556.65)<br>LG KE850 Prada ($151.99) | 1<br>1<br>1<br>1 | Deposition Exhibit; Declaration Exhibit; Demonstrative; Opening Statement; Demonstrative; Prior Art | 1,079.36 |
| 6/22/2011 | 290580228297 | ebay | Apple iPhone (1st Gen) 8GB | 1 | Trial Exhibit JX1000; Deposition Exhibit (Mount 4); Expert Reports; Opening Statement; Declaration Exhibit; Inspection; Demonstrative | 176.74 |
| 6/22/2011 | 102-0462138-6549820 | Amazon.com | Samsung Galaxy S II 16G GT-i9100 | 1 | Deposition Exhibit; Report Reports; Declaration Exhibit; Closing Statement; Demonstrative | 794.30 |
| 6/29/2011 | 08937 01 321028 | Verizon Wireless | Samsung Droid SCH-i510RAV | 1 | Deposition Exhibit; Expert Report; Closing Statement; Inspection; Demonstrative | 354.14 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 6/29/2011 | 793787870 | T-Mobile | Samsung Galaxy S 4G SGH-T959V | 1 | Trial Exhibit JX1019; Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 236.07 |
| 6/29/2011 | XS1217VBQTQHC | AT&T | Samsung Infuse 4G SCH-i997 | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 252.24 |
| 7/19/2011 | 103-6684923-1681062 | Amazon.com | (Five) Samsung Galaxy Tab 10.1-inch, 16GB (Wi-Fi) | 5 | Deposition Exhibit (Yeo 1345); Expert Report; Opening Statement; Opening Statement; Declaration Exhibit; Inspection; Demonstrative | 2,538.33 |
| 7/19/2011 | 103-0030675-4576264 | Amazon.com | (Two) Samsung Galaxy Tab (WiFi) GT-P1010 | 2 | Inspection; Demonstrative | 722.54 |
| 7/20/2011 | XS1212VBSL4BI | AT&T | (Two) Samsung Captivate SGH-i897 ($399.99 each)<br>(Two) Samsung Infuse 4G SGH-i997 ($599.99 each) | 2<br>2 | Trial Exhibit JX1011 (SGH-i897) (one); Deposition Exhibit; Expert Report; Closing Statement; Inspection; Demonstrative | 2,061.46 |
| 7/20/2011 | 08937 01 323772 | Verizon Wireless | (Two) Samsung Continuum SCH-i400ZKV ($349.99 each)<br>(Two) Samsung Fascinate SCH-i500RKV ($419.99 each) | 2<br>2 | Trial Exhibit JX1016 (Continuum) (one) JX1013 (Fascinate) (one); Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 1,650.86 |
| 7/20/2011 | 08937 01 323762 | Verizon Wireless | (Two) Samsung Droid SCH-i510 | 1 | Deposition Exhibit; Expert Report; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 1,236.88 |
| 7/20/2011 | 102-1449238-0002628 | Amazon.com | (Two) Samsung Galaxy Ace GT-S5830L | 2 | Trial Exhibit JX1030; Deposition Exhibit (Johnson 3); Expert Report; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 597.76 |
| 7/20/2011 | 103-9007773-5327404 | Amazon.com | (Two) Samsung Galaxy S i9000 | 2 | Deposition Exhibit; Expert Report; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 889.59 |
| 7/20/2011 | F32436730000 | Frys.com | (Two) Samsung Galaxy Vibrant 4G SGH-T959 | 2 | Trial Exhibit JX1010 (one); Deposition Exhibit; Expert Report; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 1,028.55 |
| 7/20/2011 | BBY01-404363076464 | Best Buy | (Two) Samsung Gem SCH-i100 | 2 | Deposition Exhbit; Closing Statement; Inpection; Demonstrative | 877.96 |
| 7/20/2011 | 103-4515757-9657011 | Amazon.com | (Two) Samsung Intercept SPH-M810 | 2 | Trial Exhibit JX1009; Deposition Exhbit; Inpection; Demonstrative | 393.52 |
| 7/20/2011 | 18439004-1114065344 | Sprint | (Two) Samsung Nexus S 4G SPH-D720 ($199.99 each)<br>(Two) Samsung Transform SPH-M920 ($149.99 each)<br>(Two) Samsung Replenish SPH-M580 ($129.99 each)<br>(Two) Samsung Epic 4G Touch SPH-D700 ($149.99 each) | 2<br>2<br>2<br>2 | Trial Exhibit JX1014 (SPH-M920) (One) JX 10204 (SPH-M580) (One) JX1012 (SPH-D700) (One); Deposition Exhbit; Inpection; Demonstrative | 1,520.56 |
| 7/20/2011 | 103-0282180-2225855 | Amazon.com | (Two) Samsung Nexus S GT-i9020T | 2 | Trial Exhibit JX1018 (one); Deposition Exhbit; Inpection; Demonstrative | 809.55 |
| 7/20/2011 | 045295 | Radioshack | (Two) Samsung Prevail SPH-M820 | 2 | Trial Exhibit JX1022; Deposition Exhbit; Expert Report; Inpection; Demonstrative | 490.58 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 7/20/2011 | 800864124 | T-Mobile | Samsung Exhibit 4G SGH-T759 | 1 | Trial Exhibit JX1028; Deposition Exhbit; Expert Report; Demonstrative | 429.74 |
| 7/20/2011 | 800862614 | T-Mobile | Samsung Exhibit 4G SGH-T759 | 1 | Deposition Exhbit; Expert Report; Inspection | 429.74 |
| 7/20/2011 | 800868748 | T-Mobile | Samsung Galaxy S 4G SGH-T959V | 1 | Deposition Exhbit (Johnson 5); Expert Report; Demonstrative | 592.49 |
| 7/20/2011 | 800864026 | T-Mobile | Samsung Gravity Smart SGH-T589 | 1 | Trial Exhibit JX1029; Deposition Exhbit; Expert Report; Inspection; Demonstrative | 256.99 |
| 7/20/2011 | 800867565 | T-Mobile | Samsung Gravity Smart SGH-T589 | 1 | Deposition Exhbit; Expert Report; Inspection; Demonstrative | 256.99 |
| 7/20/2011 | 102928606 | City Radio | Samsung Indulge 2GB QWERTY Touch SCH-R910 | 1 | Deposition Exhbit; Expert Report; Inspection; Closing Statement; Demonstrative | 393.99 |
| 7/20/2011 | 800866331 | T-Mobile | Samsung Sidekick 4G SGH-T839 | 1 | Trial Exhibit JX1021; Deposition Exhbit; Expert Report; Inspection; Demonstrative | 462.29 |
| 7/20/2011 | 800867788 | T-Mobile | Samsung Sidekick 4G SGH-T839 | 1 | Deposition Exhbit; Expert Report; Inspection; Demonstrative | 462.29 |
| 7/21/2011 | 102-9016178-7651432 | Amazon.com | Samsung Galaxy Ace GT-S5830L | 1 | Deposition Exhbit (Kim 1370); Expert Report; Closing Statement; Inspection; Demonstrative | 301.83 |
| 7/21/2011 | 102-4454344-3010612 | Amazon.com | Samsung Galaxy S Vibrant SGH-T959 | 1 | Deposition Exhbit; Expert Report; Opening Statement; Closing Statement; Inspection; Demonstrative | 477.95 |
| 7/21/2011 | BBY01-404969005123 | Best Buy | Samsung Gem SCH-i100 | 1 | Deposition Exhbit; Expert Report; Closing Statement; Inspection; Demonstrative | 438.98 |
| 7/21/2011 | 801180738 | T-Mobile | Samsung Gravity Smart SGH-T589 | 1 | Deposition Exhbit; Expert Report; Closing Statement; Inspection; Demonstrative | 256.99 |
| 7/21/2011 | 89J49108Y9306590X | ebay | Samsung Mesmerize SCH-i500 | 1 | Deposition Exhbit; Expert Report; Opening Statement; Closing Statement; Inspection; Demonstrative | 319.00 |
| 7/22/2011 | R0751038529 | Apple Store | Apple iPad 2 Tablet Wi-Fi 16G | 1 | Trial Exhibit JX1005; Deposition Exhbit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 547.42 |
| 7/22/2011 | 0961-4018-9081-4296 | Best Buy | Nook BNRV300 (139.99)<br>iPad 2 16GB 3G MC773LL/A1397 ($629.99)<br>Galaxy Tab 10.1" Wifi GT-P7510 ($499.99) | 1<br>1<br>1 | Deposition Exhbit; Expert Report; Declaration Exhibit; Inspection; Opening Statement; Closing Statement; Demonstrative | 1,389.91 |
| 7/31/2011 | 071165 | Access/Information, Inc. | (Two) Samsung Acclaim SCH-R880<br>(Two) Samsung Gem SCH-i100<br>(Two) Samsung Galaxy S Showcase SCH-i500 | 2<br>2<br>2 | Trial Exhibit JX1017 (SCH-i500) (One); Deposition Exhbit (Johnson 8 [SCH-i500]); Expert Report; Declaration Exhibit; Inspection; Closing Statement; Demonstrative | 4,451.29 |
| 8/3/2011 | 22309 | cell2get | (Two) HTC MyTouch CDMA XV6900 Smart PDA | 2 | Declaration Exhibit; Demonstrative | 643.51 |
| 8/8/2011 | BBY01-406865075931 | Best Buy | Samsung Galaxy 10.1 Tablet 16GB Wifi GT-P7510 | 1 | Deposition Exhbit; Expert Report; Declaration Exhibit; Demonstrative | 578.48 |
| 8/15/2011 | 230658968130 | ebay | HP Compaq Tablet PC TC1000 | 1 | Deposition Exhbit; Expert Report; Declaration Exhibit; Prior Art; Demonstrative | 200.00 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 8/23/2011 | 220821041079 | ebay | Apple iPhone 3G 8GB A1241 | 1 | Deposition Exhbit (Kim 1371); Expert Report; Declaration Exhibit; Prior Art; Inspection; Demonstrative | 329.95 |
| 8/23/2011 | R0755578976 | Apple Store | Apple iPhone 4 16GB ($649.00) Apple iPod Touch 8G (4th Gen) ($229.00) | 1 | Deposition Exhbit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 952.63 |
| 8/24/2011 | 105-6886238-3353804 | Amazon.com | Apple iPad (1st Gen) MB292LL/A Tablet 16GB A1219 | 1 | Deposition Exhbit; Expert Report; Declaration Exhibit; Opening Statement; Inspection; Demonstrative | 564.45 |
| 8/24/2011 | 105-0396440-0740212 | Amazon.com | Apple iPhone 4G 8GB -Unlocked | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 349.99 |
| 8/26/2011 | 300533780645 | ebay | Apple iPhone (1st Gen) 8GB | 1 | Deposition Exhbit (Kim 1220); Expert Report; Declaration Exhibit; Opening Statement; Inspection; Demonstrative | 228.86 |
| 8/26/2011 | 926173260 | T-Mobile | Samsung Galaxy S II SGH-T989 Samsung Galaxy S Vibrant SGH-T959 | 1 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Opening Statement; Inspection; Closing Statement; Demonstrative | 1,030.73 |
| 8/29/2011 | 105-4298959-6609048 | Amazon.com | Apple iPad (1st Gen) MB292LL/A Tablet 16GB A1219 | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Opening Statement; Inspection; Demonstrative | 653.85 |
| 9/1/2011 | 6PH45107LH954851W | PayPal.com | HP Compaq Tablet PC TC1000 | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Opening Statement; Prior Art; Demonstrative | 220.00 |
| 9/26/2011 | 100000230 | BestBuyCells.com | Samsung SCH-i730 - used | 1 | Deposition Exhibit; Opening Statement; Demonstrative | 89.90 |
| 10/5/2011 | BBY01-417791004675 | Best Buy | Samsung Galaxy S II 4G SGH-i777 (ATT) | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 1,410.48 |
| 10/11/2011 | 0RK57300HW1526320 | PayPal.com | LG Chocolate KG800 | 1 | Expert Report; Declaration Exhibit; Prior Art; Inspection | 59.87 |
| 10/19/2011 | 103-9191217-9401851 | Amazon.com | (Two) Samsung-Galaxy S II 4G SGH-i777 (ATT) | 2 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 1,199.98 |
| 11/3/2011 | 105-3168819-5865052 | Amazon.com | (Two) Samsung Galaxy Tab 7.0 Plus 16GB GT-P6210 | 2 | Expert Report; Inspection; Demonstrative | 399.99 |
| 11/8/2011 | 105-6276446-4320260 | Amazon.com | (Two) Samsung Focus S 4G SGH-i937 ($589.99) (Two) Samsung-Galaxy S II Skyrocket 4G SGH-i727 ($589.99) | 2 2 | Deposition Exhibit; Expert Report; Closing Statement; Demonstrative | 2,359.96 |
| 11/18/2011 | BBY01-428367012889 | Best Buy | Samsung Galaxy Epic 4G Touch SPH-D700 ($699.99) (Two) Samsung Galaxy S II Skyrocket SGH-i727 ($1299.98 each) (Two) Samsung Galaxy S II SGH-T989 ($1299.98) (Two) Samsung Galaxy S II SGH-i777 (ATT) (1299.98 each) | 1 2 2 2 | Trial Exhibit JX1033 (SGH-T989) (one), JX1035 (SGH-I727); Deposition Exhibit; Inspection; Expert Report; Opening Statement; Closing Statement; Declaration Exhibit; Demonstrative | 5,004.85 |
| 11/18/2011 | 103-7451778-0737813 | Amazon.com | Samsung Galaxy S II Epic 4G Touch SPH-D710 | 1 | Trial Exhibit JX1034; Deposition Exhibit; Expert Report; Closing Statement; Inspection; Demonstrative | 529.99 |
| 12/15/2011 | 001680809001 | Verizon Wireless | Samsung Galaxy Nexus SCH-i515 | 1 | Inspection; Demonstrative | 705.24 |
| 12/15/2011 | 001680920004 | Verizon Wireless | Samsung Galaxy Nexus SCH-I515 | 1 | Inspection; Demonstrative | 350.24 |
| 12/15/2011 | 001680920001 | Verizon Wireless | Samsung Galaxy Nexus SCH-I515 | 1 | Inspection; Demonstrative | 350.24 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 12/15/2011 | 001680920002 | Verizon Wireless | Samsung Galaxy Nexus SCH-I515 | 1 | Inspection; Demonstrative | 350.24 |
| 12/15/2011 | 001680920003 | Verizon Wireless | Samsung Galaxy Nexus SCH-I515 | 1 | Inspection; Demonstrative | 350.24 |
| 12/16/2011 | 915591697992 | KingOfGadgets.co.uk | (Six) Samsung Galaxy Nexus GT 16GB  SCH-i9250   3399.93 GBP | 6 | Inspection; Demonstrative | 6,431.89 |
| 1/4/2012 | BBY01-428469109181 | Best Buy | (Two) Samsung Exhibit II 4G ($699.98 each)<br>(Two) Samsung Transform Ultra SPH-M930 ($999.98)<br>(Two) Samsung Illusion SCH-i110 ($599.98 each)<br>(Two) Samsung Captivate Glide 4G SGH-i897 | 2<br>2<br>2<br>2 | Deposition Exhibit; Inspection; Expert Report; Closing Statement; Inspection; Demonstrative | 3,837.33 |
| 1/5/2012 | 2S164579HT867022M | PayPal.com | Samsung Q1 Ultra Mobile PC Tablet Np-Olu | 1 | Trial Exhibit PX156; Deposition Exhibit (Sherman 210); Expert Report; Declaration Exhibit; Opening Statement; Demonstrative | 399.99 |
| 1/8/2012 | 44452978UJ65890ZX | PayPal.com | Samsung Q1 Ultra Mobile PC Tablet Np-Olu | 1 | Deposition Exhibit; Expert Report; Opening Statement | 249.99 |
| 1/10/2012 | 102-3601476-8181058 | Amazon.com | (Five) Apple iPhone 3GS 8G A1303 | 5 | Trial Exhibit JX1002 (One); Deposition Exhibit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 1,816.63 |
| 1/10/2012 | 102-0559801-9773001 | Amazon.com | (Four) Apple iPhone 4 16GB A1349 | 4 | Trial Exhibit JX1003 (One); Deposition Exhibit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 2,135.00 |
| 1/10/2012 | 102-0091809-0374616 | Amazon.com | (Four) Samsung Galaxy Vibrant 4G SGH-T959 ($342.94 each)<br>(Four) Apple iPad (1st Gen) MB292LL/A Tab 16GB ($549.99 each) | 4<br>4 | Deposition Exhibit; Inspection; Opening Statement; Closing Statement; Expert Report; Inspection; Demonstrative | 3,625.16 |
| 1/10/2012 | 102-9701960-9588244 | Amazon.com | (Four) Samsung Infuse 4G SCH-i997 ($329.99 each)<br>(Three) Apple iPad 2 MC769LL/A Tablet ($529.95 each) | 4<br>3 | Inspection; Expert Report; Declaration Exhibit; Opening Statement; Deposition Exhibit (Mount 7 [iPad 2]); Inspection; Demonstrative | 3,293.84 |
| 1/12/2012 | R0754809267 | Apple Store | Apple iPhone 4 8G A1332 | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 595.67 |
| 1/12/2012 | 8K497187X9140322A | PayPal.com | Samsung Galaxy 10.1" Tablet WiFi 16G GT-P7510 | 1 | Deposition Exhibit; Declaration Exhibit; Demonstrative | 468.71 |
| 1/26/2012 | 102-0753993-7578649 | Amazon.com | Sony Ericsson Arc S LT18i | 1 |  | 422.57 |
| 1/26/2012 | 102-4823621-4097027 | Amazon.com | Sony Ericsson Xperia Arc S LT18a | 1 | Trial Exhibit PX147; Deposition Exhibit (Sherman 6); Expert Report; Demonstrative | 535.62 |
| 2/2/2012 | BBY01-441233010934 | Best Buy | (Two) Samsung Galaxy Tab 7.0 Plus 16GB SCH-i800 | 2 | Trial Exhibit JX1036; Deposition Exhibit; Inspection; Demonstrative | 843.46 |
| 2/2/2012 | 143/114/60227 | Apple GmbH | Samsung Galaxy 7.0" Tablet 16GB            970,00 EUR | 1 | Deposition Exhibit; Demonstrative | 1,312.09 |
| 2/3/2012 | 2XC88515D22107232 | PayPal.com | Samsung Indulge 2GB QWERTY Touch SCH-R915 | 1 | Trial Exhibit JX1026; Deposition Exhibit; Expert Report; Closing Statement; Inspection; Demonstrative | 214.98 |
| 2/6/2012 | 37H990297V726890H | PayPal.com | Samsung Galaxy 10.1" Tablet (WiFi) 16GB | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Demonstrative | 483.61 |
| 2/12/2012 | 102-0891842-7539451 | Amazon.com | (Two) Samsung Galaxy Tab 10.1-inch, 16GB, WiFi | 2 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 912.37 |
| 2/13/2012 | 002-8255078-6913002 | Amazon.com | (Two) Samsung Galaxy Tab 7.0 "16GB (Wifi) | 2 | Deposition Exhibit; Expert Report; Inspection; Demonstrative | 963.30 |
| 2/17/2012 | 7FA33734UL997982N | PayPal.com | Samsung SCH-i830 - used | 1 | Trial Exhibit PX198; Opening Statement; Demonstrative | 65.99 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 2/23/2012 | 103-3671356-4973869 | Amazon.com | Samsung Galaxy 10.1" Tablet 32GB | 1 | Deposition Exhibit; Demonstrative | 889.98 |
| 2/23/2012 | 2WD335053Y691532A | PayPal.com | Samsung SCH-i730 - used | 1 | Deposition Exhibit; Opening Statement; Demonstrative | 65.94 |
| 2/27/2012 | R0754116267 | Apple Store | Apple iPhone 4S Black 16GB A1387 | 1 | Deposition Exhibit; Expert Report; Inspection; Declaration Exhibit; Demonstrative | 704.17 |
| 2/28/2012 | 1EV48486FG497371P | PayPal.com | Apple iPhone (1st Gen) 8GB | 1 | Deposition Exhibit; Expert Report; Opening Statement; Inspection; Declaration; Demonstrative | 114.90 |
| 2/29/2012 | 2VB46676SR401394M | PayPal.com | Apple iPhone 3G 8GB A1241 | 1 | Deposition Exhibit; Expert Report; Inspection; Demonstrative | 329.98 |
| 2/29/2012 | 84H16109W20460848 | PayPal.com | Apple iPhone 3GS 8GB A1303 | 1 | Deposition Exhibit (Yi 1431); Expert Report; Declaration Exhibit; Inspection; Demonstrative | 326.24 |
| 3/1/2012 | R0756107421 | Apple Store | Apple iPhone 3GS 8GB A1303 | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 406.88 |
| 3/1/2012 | R0756107423 | Apple Store | Apple iPhone 4 8G A1349 | 1 | Trial Exhibit JX1003; Deposition Exhibit; Expert Report; Declaration Exhibit; Demonstrative | 595.67 |
| 3/1/2012 | 103-9428372-7323413 | Amazon.com | Nokia Lumia 800 | 1 | Trial Exhibit PX148; Deposition Exhibit; Expert Report; Demonstrative | 588.18 |
| 3/1/2012 | 14J52909GM718582U | PayPal.com | Nokia X5-01 - used | 1 | Deposition Exhibit (Sherman 13); Expert Report; Demonstrative | 197.98 |
| 3/1/2012 | 103-1536805-3967430 | Amazon.com | Palm Pixi Plus 107ONA-AT1 ($69.26) Palm Centro 690 ($42.99) | 1 1 | Declaration Exhibit; Demonstrative | 132.32 |
| 3/1/2012 | 103-0777285-4231405 | Amazon.com | Palm Treo 650 (499.49) Samsung Gravity Touch SGH-T669 ($139.99) | 1 1 | Expert Report; Prior Art; Inspection; Declaration Exhibit; Demonstrative | 262.33 |
| 3/1/2012 | 103-3766573-2401806 | Amazon.com | Samsung Epix SGH-i907 ($85.48) LG Prada II KF900 ($214.95) Nokia Lumia 800 ($536.18) | 1 1 1 | Expert Report; Declaration Exhibit; Deposition Exhibit; Prior Art; Inspection | 888.61 |
| 3/1/2012 | 4XL17544Y18329527 | PayPal.com | Samsung i8510 INNOV8 | 1 | Depostion Exhibit; Opening Statement; Demonstrative | 184.99 |
| 3/1/2012 | 1SN4570582435045D | PayPal.com | Samsung Sunburst SGH-A697 | 1 | Trial Exhibit PX200; Deposition Exhibit (Mount 5); Expert Report; Demonstrative | 159.21 |
| 3/2/2012 | 105-1618442-7571424 | Amazon.com | Nokia Lumia 800 | 1 | Deposition Exhibit (Sherman 12); | 572.99 |
| 3/5/2012 | 105-5608368-4030608 | Amazon.com | Samsung Jet GT-S8000 | 1 | Deposition Exhibit; Opening Statement; Demonstrative | 279.81 |
| 3/6/2012 | 002-3878858-9780256 | Amazon.com | Samsung Galaxy S II 16G GT-i9100 | 1 | Deposition Exhibit; Expert Report; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 587.22 |
| 3/7/2012 | 105-1985780-4258620 | Amazon.com | iRiver MP3 Player - U10 | 1 | Deposition Exhibit; Expert Report; Prior Art | 146.09 |
| 3/7/2012 | 8PP72495HW9661158 | PayPal.com | Samsung Galaxy S II 16GB GT-i9100 | 1 | Deposition Exhibit; Expert Report; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 541.00 |
| 3/7/2012 | 002-9224590-0685819 | Amazon.com | Samsung Galaxy Spica GT-15700 Black Unlocked | 1 | Timeline | 188.97 |
| 3/9/2012 | 002-9789676-4337005 | Amazon.com | Samsung Beat DJ GT-M7600 ($399.99) Samsung Omnia HD SGH-i8910 ($369.00) | 1 1 | Trial Exhibit PX45 (Samsung Beat DJ); Deposition Exhibit (Sherman 10 [Beat DJ]); Opening Statement; Expert Report; Demonstrative | 815.86 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 3/9/2012 | 002-2830932-7538648 | Amazon.com | Samsung Impression SGH-A877 | 1 | Declaration Exhibit | 138.98 |
| 3/9/2012 | 59W93610P4369123S | PayPal.com | Samsung Omnia HD SGH-i8910 - used | 1 | Deposition Exhibit; Expert Report; Opening Statement; Demonstrative | 58.98 |
| 3/14/2012 | 105-7438747-7784207 | Amazon.com | Blackberry Torch 9850 | 1 | Deposition Exhibit; Demonstrative | 355.49 |
| 3/14/2012 | 5E007988V8263360G | PayPal.com | Motion Computing Tablet PC LS800 | 1 | Deposition Exhibit; Declaration Exhibit; Demonstrative | 290.94 |
| 3/14/2012 | 25540 | Cell2Get | Samsung F700 GSM | 1 | Expert Report; Opening Statement; Prior Art; Inspection; Demonstrative | 366.96 |
| 3/14/2012 | 28V35378D7799370N | PayPal.com | Sony Tablet P 4GB (Wi-Fi) 3G | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Demonstrative | 660.00 |
| 3/15/2012 | 6N765499D72999158 | PayPal.com | Apple iPod Touch 8GB (1st Gen) - used A1213 | 1 | Expert Report; Declaration Exhibit; Inspection; Demonstrative | 116.97 |
| 3/15/2012 | 3YD38348R8950635T | PayPal.com | Apple iPod Touch 8GB (1st Gen) - used A1213 | 1 | Expert Report; Declaration Exhibit; Inspection | 114.98 |
| 3/15/2012 | 105-3774049-3238645 | Amazon.com | Nokia 16GB N9 | 1 | Deposition Exhibit; Expert Report; Prior Art; Demonstrative | 474.28 |
| 3/19/2012 | 002-9331737-6541832 | Amazon.com | Samsung Galaxy 10.1" Tablet SCH-i815 | 1 | Deposition Exhibit; Demonstrative | 790.94 |
| 3/22/2012 | 105-3838715-5419420 | Amazon.com | Samsung Galaxy Tab 10.1" 16GB Tablet ($769.99) Samsung Galaxy Tab 4G 10.1" ($769.99) | 1 1 | Trial Exibit JX1038 (4G) (One); Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 1,539.98 |
| 3/28/2012 | 2YM07709UX078884N | PayPal.com | Micromax Modu T 3G 5MP | 1 | Declaration Exhibit; Demonstrative | 159.00 |
| 3/29/2012 | 105-9101931-0948224 | Amazon.com | Coby Kyros 8-Inch Tablet 4G MD8125 ($137.99) Coby Kyros 7" Table 4G MID7012 ($90.88) HTC 7 Trophy T8686 ($249.99) Pantech Crossover Android GoPhone ($119.99) VINCI 7" Learning Tablet ($389.00) LG P509 Optimus T #G Android ($178.94) | 1 1 1 1 1 1 | Trial Exhibit PX149 (Pantech), Expert Report; Declaration Exhibit; Deposition Exhibit; Demonstrative | 1,185.17 |
| 3/29/2012 | 105-6903570-5386645 | Amazon.com | HP Compaq Tablet PC TC1000 | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Prior Art; Demonstrative | 192.03 |
| 3/29/2012 | 354583044 | Barnes & Noble.com | NOOK Tablet | 1 | Trial Exhibit PX154; Deposition Exhibit; Demonstrative | 221.32 |
| 3/29/2012 | 105-0878604-5124264 | Amazon.com | Palm Treo 700p | 1 | Expert Report; Prior Art; Declaration Exhibit; Demonstrative | 37.47 |
| 3/29/2012 | 105-2368812-2452240 | Amazon.com | Panasonic Toughbook CF-H1 Tablet PC | 1 | Deposition Exhibit; Demonstrative | 1,009.45 |
| 3/29/2012 | 105-7935847-4349008 | Amazonwireless | Pantech Hotshot CDM8992VW ($199.99) Casio G'zOne Commando C771 ($449.99) myTouch 4G Android Phone ($529.99) | 1 1 1 | Trial Exhibit PX150 (Casio G'zone Commando); Expert Report; Deposition Exhibit; Declaration Exhibit; Demonstrative | 1,179.97 |
| 4/5/2012 | BBY01-451003008280 | Best Buy | LG Thrive Phone LGP-506G0 | 1 | Expert Report; Declaration Exhibit; Demonstrative | 158.03 |
| 4/12/2012 | 4FJ90969S8390194M | PayPal.com | HTC Hero 3G Hero100 | 1 | Trial Exhibit PX153;  Expert Report | 178.89 |
| 4/12/2012 | 104-1558689-4038657 | Amazon.com | Nokia GSM Touch N8 | 1 | Expert Report; Declaration Exhibit | 321.02 |
| 4/12/2012 | 104-8605735-4432253 | Amazon.com | Olympus Digital Media Player  MR-500i | 1 | Expert Report | 129.46 |
| 4/12/2012 | 104-8665729-1708201 | Amazon.com | Samsung 2GB Media Player YP-K3JQR K3 - used | 1 | Expert Report; Prior Art | 43.48 |
| 4/12/2012 | 104-6836676-8608267 | Amazon.com | Sony Ericsson Xperia X10i | 1 | Expert Report; Declaration Exhibit | 318.67 |
| 4/14/2012 | 9BC20003A2915334V | PayPal.com | HTC Hero 3G Hero100 | 1 | Expert Report | 178.89 |
| 4/16/2012 | 104-2122409-1489023 | Amazon.com | Acer Iconia Tab A500-10S16u 10inch | 1 | Deposition Exhibit; Expert Report; Demonstrative | 519.94 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 4/16/2012 | 9VS16741399023631 | PayPal.com | HTC Touch Dual HTC-P5500 | 1 | Deposition Exhibit (Mount 6); Expert Report; Declaration Exhibit; Demonstrative | 97.99 |
| 4/16/2012 | 104-0000914-7672262 | Amazon.com | iRiver MP3 Player - U10 | 1 | Deposition Exhibit; Expert Report; Prior Art; Demonstrative | 39.99 |
| 4/16/2012 | 39B00856GW229604M | PayPal.com | LG Chocolate KG800 | 1 | Expert Report; Declaration Exhibit; Prior Art; Inspection; Demonstrative | 57.99 |
| 4/16/2012 | 5R738254V6349041D | PayPal.com | LG Prada KE8502MP Touch | 1 | Expert Report; Declaration Exhibit; Prior Art; Inspection; Demonstrative | 77.99 |
| 4/16/2012 | 5E677674440169057 | PayPal.com | Micromax Modu T 3G 5MP | 1 | Declaration Exhibit; Demonstrative | 159.00 |
| 4/16/2012 | 104-5248698-3552234 | Amazon.com | Motion Computing Tablet PC LS800 | 1 | Deposition Exhibit; Declaration Exhibit; Demonstrative | 257.43 |
| 4/16/2012 | 364222868 | Barnes & Noble.com | NOOK Tablet | 1 | Deposition Exhibit (Mount 8); Expert Report; Declaration Exhibit | 232.72 |
| 4/16/2012 | 104-2656876-7105030 | Amazon.com | Palm Centro 690 | 1 | Declaration Exhibit; Demonstrative | 68.16 |
| 4/16/2012 | 1AA504158M349535U | PayPal.com | Palm Treo 700p | 1 | Deposition Exhibit; Expert Report; Prior Art; Declaration Exhibit; Demonstrative | 99.00 |
| 4/16/2012 | 104-2489782-9077820 | Amazon.com | Pantech Hotshot CDM8992VW ($199.99)<br>Casio G'zOne Commando C771 ($449.99)<br>myTouch 4G Android Phone ($529.99) | 1<br>1<br>1 | Expert Report; Deposition Exhibit; Declaration Exhibit; Demonstrative | 1,179.97 |
| 4/16/2012 | 104-6701058-2309037 | Amazon.com | Samsung Beat DJ GT-M7600 ($399.99)<br>Samsung Omnia HD SGH-i8910 ($479.00) | 1<br>1 | Deposition Exhibit (Lehto 6, Mount 3 [Beat DJ]); Opening Statement; Expert Report; Demonstrative | 925.71 |
| 4/16/2012 | 104-9572039-7518617 | Amazon.com | Samsung Blackjack II SGH-i617 | 1 | Trial Exhibit PX32; Opening Statement; Demonstrative | 108.36 |
| 4/16/2012 | 104-4449773-0217048 | Amazon.com | Samsung Gravity Touch SGH-T669 ($105.99)<br>LG Optimus T LG-P509 ($178.95)<br>Samsung Galaxy Spica GT-i5700 ($169.99)<br>VINCI 7-Inch Learning Tablet VL1001 ($389.00)<br>Sony Tablet S 16GB SGPT111US/S ($389.00)<br>Pantech Crossover Android P8000 ($119.00) | 1<br>1<br>1<br>1<br>1<br>1 | Trial Exhibit PX151 (LG Optimus T), PX155 (Sony Tablet S); Deposition Exhibit (Lehto 5 [Gravity Touch]; Mount 10 [Sony Tablet S]); Expert Report; Declaration Exhibit; Opening Statement; Demonstrative | 1,396.22 |
| 4/16/2012 | 104-9369539-5614632 | Amazon.com | Samsung Jet GT-S8000 | 1 | Deposition Exhibit; Opening Statement; Demonstrative | 259.43 |
| 4/16/2012 | 60W03513AS060190E | PayPal.com | Samsung Pocket PC SPH-i700 - used | 1 | Deposition Exhibit; Opening Statement; Declaration Exhibit | 28.80 |
| 4/16/2012 | 1XE58296ML930104J | PayPal.com | Samsung Sunburst SGH-A697 | 1 | Deposition Exhibit (Sherman 11); Expert Report; Demonstrative | 86.53 |
| 4/16/2012 | 104-3427675-7998640 | Amazon.com | Sony Ericsson Xperia X10i | 1 | Expert Report; Declaration Exhibit | 437.99 |
| 4/18/2012 | 104-7295355-5052259 | Amazon.com | Blackberry Torch 9850 ($339.99)<br>Blackberry Storm II 9550 ($190.80)<br>(Two) TouchTec II Capacitive iPad Stylus ($14.95) | 1<br>1<br>2 | Deposition Exhibit; Declaration Exhibit; Demonstrative | 581.43 |
| 4/27/2012 | 8CT07822H82861219 | PayPal.com | Samsung Acclaim SCH-R880 | 1 | Trial Exhibit JX1008; Deposition Exhibit; Expert Report; Demonstrative | 60.00 |
| 4/27/2012 | 13893021705001042712000 | Radioshack | Samsung Galaxy S II 16G GT-i9100 | 1 | Deposition Exhibit; Expert Report; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 705.24 |
| 4/29/2012 | 97249480RL576734E | PayPal.com | Samsung Galaxy S II 16G SGH-i777 (ATT) | 1 | Trial Exhibit JX1031; Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 365.00 |

SCHEDULE B-2 (Devices)

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 5/4/2012 | 5UW18178MJ6147908 | PayPal.com | Samsung Intercept SPH-M810 | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Demonstrative | 74.99 |
| 5/4/2012 | 8J755744LL5033445 | PayPal.com | Samsung Mesmerize SCH-i500 | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Demonstrative | 229.00 |
| 5/7/2012 | 62M71368R6782541L | PayPal.com | Samsung Galaxy S 4G SGH-T959V | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Demonstrative | 207.00 |
| 5/8/2012 | 104-5193131-4225826 | Amazon.com | Apple iPad 2 Tablet 16G (2nd Gen) PC769LL/A A1395 | 1 | Deposition Exhibit; Expert Report; Declaration Exhibit; Inspection; Demonstrative | 452.62 |
| 5/8/2012 | 104-7868877-3807433 | Amazon.com | Samsung Galaxy 10.1" Tablet 16G WiFi GT-P7510 | 1 | Trial Exibit; Deposition Exhibit; Expert Report; Declaration Exhibit; Demonstrative | 362.12 |
| 5/8/2012 | 5BD3782713385913W | PayPal.com | Samsung Galaxy S 4G SGH-T959V | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Declaration Exhibit; Inspection; Demonstrative | 199.00 |
| 5/8/2012 | 4LV68159R8243123E | PayPal.com | Samsung Intercept QWERTY SPH-M910 | 1 | Inspection; Demonstrative | 83.75 |
| 5/8/2012 | 9AX719534F749470V | PayPal.com | Samsung Intercept QWERTY SPH-M910 | 1 | Inspection; Demonstrative | 99.99 |
| 5/9/2012 | 14V30675LS997084G | PayPal.com | Samsung Galaxy S II 16G GT-i9100 | 1 | Trial Exhibit JX1032; Deposition Exhibit; Expert Report; Closing Statement; Inspection; Declaration Exhibit; Demonstrative | 515.76 |
| 5/10/2012 | 111353 | Overseas Electronics | Samsung Pocket PC SPH-i700 | 1 | Trial Exhibit PX197; Deposition Exhibit; Expert Report; Opening Statement; Inspection; Declaration Exhibit; Demonstrative | 381.99 |
| 5/15/2012 | 7HR32153BW784223M | PayPal.com | Samsung Galaxy S II Epic 4G 16GB SPH-D710 | 1 | Deposition Exhibit; Expert Report; Closing Statement; Inspection; Demonstrative | 379.95 |
| 5/15/2012 | 5WN560294E790860C | PayPal.com | Samsung Mesmerize SCH-i500 | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Demonstrative | 99.95 |
| 5/15/2012 | 8SW985340U7592606 | PayPal.com | Samsung Mesmerize SCH-i500 | 1 | Trial Exhibit JX1015; Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Demonstrative | 117.74 |
| 5/22/2012 | 103-6555233-5881012 | Amazon.com | Samsung Nexus S GT-i9020T | 1 | Deposition Exhibit; Expert Report; Opening Statement; Closing Statement; Inspection; Demonstrative | 418.97 |
| 5/25/2012 | 8MC4519600852972P | PayPal.com | Samsung Ace QWERTY Windows i325 | 1 | Deposition Exhibit; Expert Report; Closing Statement; Demonstrative | 29.99 |
| 6/6/2012 | 103-6144191-2436263 | Amazon.com | Samsung Galaxy S III 16GB GSM S3 GT-i9300 | 1 | | 811.97 |
| 6/11/2012 | 104-4383694-8916213 | Amazon.com | Motorola Atrix II 4G Android MB865 | 1 | Deposition Exhibit; Delcaration Exhibit | 449.00 |
| 6/19/2012 | 9ER72571M94549425 | PayPal.com | Samsung Omnia 8G 5MP SCH-i9000 | 1 | | 98.99 |
| 6/22/2012 | 002-4374933-8104224 | Amazon.com | Samsung Galaxy S III 16GB Android | 1 | | 649.99 |
| 6/28/2012 | W297497091 | Apple.com | Apple iPhone 4S | 1 | Deposition Exhibit; Expert Report; Inspection; Demonstrative | 720.17 |
| 6/28/2012 | 8HN3775240730123P | PayPal.com | Blackberry CDMA QWERTY 8703e | 1 | Expert Report; Prior Art | 67.64 |

**SCHEDULE B-2 (Devices)**

| Date | Vendor Invoice No. | Vendor | Description | No. of Devices | Used For | Total Amount Claimed (Includes Tax & Shipping/Handling) |
|---|---|---|---|---|---|---|
| 6/28/2012 | 8Y566354MU805761A | PayPal.com | Blackberry Smartphone 8700 | 1 | Trial Exhibit PX152; Expert Report; Prior Art; Inspection; Demonstrative | 55.94 |
| 6/28/2012 | 94K1784934518350U | PayPal.com | Nokia 8GB N95 | 1 | Deposition Exhibit; Expert Report; Demonstrative | 172.00 |
| 6/29/2012 | 002-7002942-8674612 | Amazon.com | HTC Sensation 4G Andriod P PCE | 1 | Deposition Exhibit; Expert Report; Prior Art | 1,099.98 |
| | | | Motorola Droid RAZR 4G Android PCE | 1 | | |
| 7/2/2012 | 002-6839235-3597865 | Amazon.com | Motorola Droid PCE A885 | 1 | Deposition Exhibit; Expert Report | 167.46 |
| 7/6/2012 | 1NB50406TY566974R | PayPal.com | Samsung Galaxy S Fascinate SCH-i500 | 1 | Deposition Exhibit; Expert Report; Demonstrative | 132.14 |
| 7/17/2012 | 6MM2330463088400S | PayPal.com | Apple iPhone (1st Gen) OS 1.1.4 (2007) | 1 | Deposition Exhibit; Expert Report; Demonstrative | 486.90 |
| 8/2/2012 | 3Y834223LE4635048 | PayPal.com | Samsung Galaxy Tab 16GB (Wifi) SCH-i905 | 1 | Deposition Exhibit; Expert Report; Demonstrative | 390.35 |
| 8/25/2012 | 925928891 | T-Mobile | Samsung Galaxy S II SGH-T989 | 1 | Deposition Exhibit;  Expert Report; Declaration Exhibit; Demonstrative | 1,030.73 |
| | | | Samsung Galaxy S Vibrant SGH-T959 | 1 | | |
| 8/26/2012 | 926173260 | T-Mobile | Samsung Galaxy S II SGH-T989 | 1 | Deposition Exhibit;  Expert Report; Declaration Exhibit; Demonstrative | 1,030.73 |
| | | | Samsung Galaxy S Vibrant SGH-T959 | 1 | | |
| | | | **TOTAL** | | | **123,379.74** |