# EXHIBIT B-2

# Part 1

Keep your receipt!

|||||||||||||||||||||||||||||||||||||||||

Val #: 0567-2731-8242-5293

0135 071 1299 04/26/11    19:08 00331462

```
SOLUTIONS PLUS 311210******************
1484107  GT-I9020T              529.99
T-MOBILE GOOGLE NEXUS S
ITEM TAX 49.03
          ********************
LUTIONS PLUS 312050******************
11045   SCHI800BKV             429.99
SAMSUNG VZW GALAXY TAB
ITEM TAX 39.77
          ********************
062257  NO CONTRACT              0.00
T-MOBILE - NO CONTRACT FLEX P
8955    SPHD700BKS             649.99
SPRINT SAMSUNG EPIC 4G
ITEM TAX 60.12
4499    1                        0.00 N
SPRINT HANDSET ONLY WITHOUT
5977    CA RECYCLE               6.00 N
A RECYCLE 6.00
7057    PLAN SKU                 0.00
ERIZON NO ACTIVATION $0 TABL
0475    FASCINATE              599.99
Z SAMSUNG FASCINATE
ITEM TAX 55.50
6820611  NON-QUALIFI             0.01 N
VERIZON - HANDSET ONLY WITHOU

            SUBTOTAL  2,215.97
     SALES TAX AMOUNT   204.42
            **********
            TOTAL    2,420.39
```

HARDWARE/SOFTWARE
You purchased the following:
T-MOBILE GOOGLE NEXUS S
Mobile Phone Number: 0000000000
I: 355031040840999

ICE AND SERVICE OPTIONS
want the following service plans :
D CONTRACT FLEX PAY - 9062257
nderstand that é.ácarrier service plan
ellations or changes must be
ucted at a Best Buy store, and if
elled that the device must be returned
est Buy within 30 days of purchase.

WARE/SOFTWARE
purchased the following:
UNG VZW GALAXY TAB
Mobile Phone Number: 0000000000
MEID: A0000024D72ED7

ICE AND SERVICE OPTIONS
following service
AN TABLET - 151705

ARE
the following:
EPIC 4G
ESN/MEID: 26843546011374496
MDN/Mobile Phone Number: 0000000000

SERVICE
You wan                              ns
A-HANDS
Thank you for purchasing your Sprint
phone and service at Best Buy.
If you wish to change or cancel your
Service please return
with your phone to a Best Buy store.

For Best Buy Representative:
Please call your Sprint
dedicated hotline for deactivation.

HARDWARE/SOFTWARE
Purchased the following:
SAMSUNG FASCINATE
MEID: A0000024FFC288
Mobile Phone Number: 0000000000

VICE AND SERVICE OPTIONS
want the following service plans :
HANDSET ONLY WITHOUT A PL - 6820611

Dear Valued Customer,

o help keep prices low for all of our
stomers, this store tracks exchanges a
eturns on an individual level.  When yo
change or return an item at this store
require a valid form of photo ID (see
low).  Some of the information from yo
ID may be stored in a secure, encrypted
database of customer activity that Best
and its affiliates use to track exchanges
and returns.

Valid forms of ID accepted are:
U.S. Canadian or Mexican Driver's License.
U.S. State ID, Canadian Province ID,
U.S. Military ID or Passport

* Indicates discount price
+ Indicates clearance price
N Indicates non tax item

YOUR CUSTOMER SERVICE PIN IS:
0135 071 1299 042611

--------------------------------------
BEST BUY VALUES YOUR FEEDBACK!!
TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
IN A $5,000 BEST BUY SHOPPING SPREE!!

Visit http://www.bestbuycares.com
Cuestionario en Espanol tambien

& enter the following codes:

     Group A:  193557

     Group B:  7318

     Group C:  182097

PURCHASE  NECESSARY.  Must be legal
sident of 50 US/DC/PR, 18 or older
(except residents of AL and NE who
must be 19 years of age or older).
          Drawing Periods:
2/27/11   5/28/11 & 5/29/11 - 8/27/11
Limit
For
Offic

```
       WELCOME TO BEST BUY #187
       SAN FRANCISCO, CA 94103
          (415)626-9682

          Keep your receipt!
```



```
Val #: 0681-7693-7417-1042

0187 071 5720 05/12/11    11:54 00230934

2300417   SPHD720KIT            699.99
  SPRINT NEXUS S 4G FROM GOOGLE
  ITEM TAX 66.50
3974499   1                      0.00 N
  SPRINT - HANDSET ONLY WITHOUT
2414049   SAMSUNG PRE           179.99
  BOOST MOBILE-SAMSUNG GALAXY P
  SERIAL # ************DC58
  ITEM TAX 17.10
1299413   BOOST DEFAU            0.00
  BOOST DEFAULT PLAN SKU
                           --------
             SUBTOTAL        879.98
      SALES TAX AMOUNT        83.60
                           =========
             TOTAL          963.58
```

```
HARDWARE/SOFTWARE
You purchased the following:
SPRINT NEXUS S 4G FROM GOOGLE
MDN/Mobile Phone Number: 9999999999
ESN/MEID: 268435460202609821

SERVICE AND SERVICE OPTIONS
You want the following service plans :
A-HANDSET ONLY WITHOUT PLAN - 3974499
Thank you for purchasing your Sprint
phone and service at Best Buy.
If you wish to change or cancel your
Service please return
with your phone to a Best Buy store.


For Best Buy Representative:
Please call your Sprint
dedicated hotline for deactivation.

HARDWARE/SOFTWARE
You purchased the following:
BOOST MOBILE-SAMSUNG GALAXY PR
ESN/MEID: 268435460114343256

SERVICE AND SERVICE OPTIONS
You want the following service plans :
BOOST DEFAULT POSTING SKU - 1299413
```

T–MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111–3628
 415)788–2670
Fax:  (415)788–0863

Register #11
Trans #9691
05–12–2011 14:22:26

**MORRISON AND FOERSTER LLP**                    Account No: 357563378      Sales Rep: 2073011

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214622631 | SAM T959 VIBRANT KIT | 499.99 | 499.99 T |
| | | | Serial # 351801046112203 | | |
| | | | Post paid Activation     0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 499.99@ 9.5% | | 47.50 |
| | | | **SALE AMOUNT** | | **499.99** |
| | | | **Total Tax** | | **47.50** |
| | | | **TOTAL** | | **547.49** |

Reference # – 777877477

t's your phone, make it your own with T–Mobile accessories!
shop for cases, chargers, headsets, memory and more at your T–Mobile store, or visit us online at
www.T–Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.

- **If I haven't signed up for a specific data plan, I will be charged for all data used on a per MB basis(rounded up to the nearest MB) unless I opt out of data service. If I have the 200MB Data(web)Plan, I will be charged 10¢ per MB for overage. Data plans may also have throughput and other limits.**
- **International Talk & Text:** Calls and text messages must originate in the U.S.; standard international roaming rates apply. International calling applies to landlines in select countries only. Text messaging applies to mobile phones only; other types of international messages (e.g. picture messages) are charged per message. See www.T–Mobile.com for lists of countries.

```
                    Verizon Wireless
                    768 Market St
                    San Francisco, CA 94102-2514

                      (415)402-0640


Order Location: 29675-01 #329176 Pmt 1 of
1
Order Type: IS
Receive Location: 29675 01  Register: 3
05/16/11 16:01 PT  yipvinc - EAP28
                      Retail        Sale
                      Price        Price
SCHI510RAV
SAMSUNG DROI     $569.99      $569.99
WAR6002
1 YR. MFG. W      $0.00        $0.00
                              ----------
     CA Local Sales Tax   :     $14.25
     CA State Sales Tax   :     $39.90
        Total Taxes/Fees:       $54.15
                   Total:      $624.14

*CA: Sales tax calculated on full retail
price.
 NV: Sales tax calculated on VZW cost.
           This Payment:   $624.14
```


                    Return Policy:



BestBuy.com - Order Receipt

Page 1 of 1



# Order Receipt

Order Date: 05/17/11
Order Number: BBY01-395713061643

| Qty. | Product Description | Price | Qty. Price | Shipping | Sales Tax & Fees | Item Total |
|---|---|---|---|---|---|---|
| 1 | Samsung-Gem Mobile Phone-Black-SCH-i100 SKU: 1200581 | $399.99 | $399.99 | $4.99 | $38.00 | $442.98 |

**Status:** 0 item(s) shipped via EXPRESS on 05/18/11 via UPSN 1Z20636W2912227577.

**Payment Information**

**Gift Cards & Pitch In™ Card**          VISA************6672
N/A

**Reward Certificates**                           Product Total:        $399.99
N/A                                          Shipping & Handling:         $4.99
                                                      Sales Tax:        $38.00
**Promotional Codes**                          Order Total:        **$442.98**
N/A

**Please Note**
Order status reflects the most recent details available about your order.

**Order Questions**
If you have questions about your order, please contact Customer Care at 1-888-BEST BUY.



5/19/2011



SD1DpSLrLR

**Returns Are Easy!**
Visit http://www.amazon.com/returns to return any item -including gifts- in unopened or original
condition within 30 days for a full refund (other restrictions apply)

**Your order of May 18, 2011 (Order ID:102−3247058−6229044)**

| Qty | Item | Item Price | Total |
|---|---|---|---|
| | IN THIS SHIPMENT | | |
| 1 | Samsung I9000T Galaxy S 8GB Unlocked Cell Phone with Camera... | $444.94 | $444.94 |
| | (** P-8-T171C24 **) B003SIDVRA  : B003SIDVRA | | |
| | B003SIDVRA | | |
| | **Wireless Phone Accessory** | | |

| | |
|---|---|
| Subtotal | $444.94 |
| Shipping & Handling | $17.98 |
| Order Total | $462.92 |
| Paid via credit/debit | $462.92 |
| Balance Due | $0.00 |

**This shipment completes your order.**

Have feedback on how we packaged your order? Tell us at www.amazon.com/packaging.

**1813 (1 of 1)**

SD1DpSLrLR

amazon.com
and you're done.™

22/D1DpSLrLR/-1 of 1-//CP/next/9753834/0520-17:30/0519-20:10/sp148141813/1-1 A1

```
              Verizon Wireless
              199 Pine St
              San Francisco, CA 94111-5527

                 (415)984-0360


   Order Location: 08937 01 #316207 Pmt 1 of
   1
   Order Type: PS
   Receive Location: 08937 01  Register: 9
   05/25/11 15:32 PT  tammelo - EEP14

                                       Sale
                    Retail Price/Cost*  Price
   BB9550S2 RIM B      $449.99       $449.99
   WAR6002 1 YR.                       $0.00
                                   ----------
      CA Local Sales Tax   :        $11.25
      CA State Sales Tax   :        $31.50
            Total Taxes/Fees:       $42.75
                      Total:       $492.74

   *CA: Sales tax calculated on full retail
   price.
    NV: Sales tax calculated on VZW cost.
              This Payment:        $492.74
```

Return Policy:

New and Certified Pre-Owned  merchandise
items may only be returned or exchanged
within 14 days.
You are permitted to  make one exchange.
A restocking fee of $35 ($70 for Netbooks
and Tablets) applies to any return or
exchange of a wireless device
(excluding Hawaii).
See verizonwireless.com/returnpolicy for
complete details.
To receive  a credit  for the activation
fee,  cancellations  must   occur  within
3 days of activation of service.

Thank You

The NEW My Verizon.
All The Tools.



**amazon**.com

## Final Details for Order #102-2460522-2769864

Print this page for your records.

**Order Placed:** June 14, 2011
**Amazon.com order number:** 102-2460522-2769864
**Order Total:** $537.95

### Shipped on June 15, 2011

| Items Ordered | Price |
|---|---|
| 1 of: *Apple iPad (First Generation) MB294LL/A Tablet (64GB, Wifi)* <br> Condition: New <br> Sold by: LJ Distributor (seller profile) | $514.00 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $514.00 |
| Shipping & Handling: | $23.95 |
| | ----- |
| Total Before Tax: | $537.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$537.95** |
| | ----- |

### Payment Information

**Payment Method:**

**Billing Address:**

| | |
|---|---|
| Item(s) Subtotal: | $514.00 |
| Shipping & Handling: | $23.95 |
| | ----- |
| Total Before Tax: | $537.95 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$537.95** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

Amazon.com - Order 102-5554680-3297040

**amazon**.com®

## Final Details for Order #102-5554680-3297040
Print this page for your records.

**Order Placed:** June 17, 2011
**Amazon.com order number:** 102-5554680-3297040
**Order Total:** $1,019.95

### Shipped on June 18, 2011

| Items Ordered | Price |
|---|---|
| 2 of: *Samsung Galaxy Tab (10.1-Inch, 16GB, Wi-Fi)*<br>Condition: New<br>Sold by: Amazon.com LLC | $499.99 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $999.98 |
| Shipping & Handling: | $19.97 |
| | ----- |
| Total Before Tax: | $1,019.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$1,019.95** |
| | ----- |

### Payment Information

**Payment Method:**

**Billing Address:**

| | |
|---|---|
| Item(s) Subtotal: | $999.98 |
| Shipping & Handling: | $19.97 |
| | ----- |
| Total Before Tax: | $1,019.95 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$1,019.95** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

Access/Information, Inc.

234 Columbine #310
Denver, CO 80206
303-778-7677  Fax 303-778-7691
ai@access-information.com

# Invoice

| BILL TO |
| --- |
| Morrison & Foerster LLP |
| Patrick J. Zhang |
| 425 Market Street, 33 fl |
| San Francisco, CA 94105 |

| DATE | INVOICE # |
| --- | --- |
| 6/21/2011 | 061156 |

| P.O. NO. | TERMS |
| --- | --- |
| 10684.263 | Due on receipt |

| DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Client matter reference number 10684.263 | | | |
| | | | |
| 06/03/2011 - 06/13/2011 | | | |
| Samsung historical phone purchases | | | |
| Samsung SGH-D807 | | 219.35 | 219.35 |
| Samsung SGH-T629 | | 151.37 | 151.37 |
| Samsung i730 | | 556.65 | 556.65 |
| LG KE850 Prada | | 151.99 | 151.99 |

**Total**

Forwarded to Accounting
Date 6-21-11

 Back to order details



## Payment Summary

Date printed: Jun-22-11

| | |
|---|---|
| **Status:** | Paid with PayPal on Jun 22, 2011. |
| **Seller:** | laptopaid |
| **Buyer:** | |

## Shipping

**Seller should ship to:**

## Payment

| Item Name | Shipping | Qty | Price |
|---|---|---|---|
| Unlocked Apple iPhone 2G 8GB 1st Gen Mint Condition | One-day Shipping: **US $29.77** Estimated delivery: Friday, Jun. 24 | 1 | US $146.97 |
| 290580228297 - Price: US $146.97 | | | |

| | | |
|---|---|---|
| | Subtotal: | US $146.97 |
| | Shipping & handling: | US $29.77 |
| | **Total:** | **US $176.74** |

| | |
|---|---|
| **Payment instructions:** | Accepted methods of payments are PayPal and E-Check only. Payment must be submitted within 3 days of purchase. All international customs duties and fees are subject to individual country rules and regulations and the responsibility of the buyer. |
| **Payment details:** | PayPal |

Copyright © 1995-2011 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



About SSL Certificates

Amazon.com - Order 102-0462138-6549820                                    Page 1 of 1

**amazon**.com

## Final Details for Order #102-0462138-6549820
Print this page for your records.

**Order Placed:** June 22, 2011
**Amazon.com order number:** 102-0462138-6549820
**Order Total:** $794.30

### Shipped on June 22, 2011

| Items Ordered | Price |
|---|---|
| 1 of: *Samsung i9100 Galaxy S II Unlocked GSM Smartphone with 8 MP Camera, Android OS, 16GB Internal Memory, Touchscreen, Wi-Fi, GPS - No Warranty - Black* | $776.82 |

Condition: New
Sold by: Amazon.com LLC

**Shipping Address:**

| | |
|---|---|
| Item(s) Subtotal: | $776.82 |
| Shipping & Handling: | $17.48 |
| | ----- |
| Total Before Tax: | $794.30 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$794.30** |
| | ----- |

**Shipping Speed:**
One-Day Shipping

### Payment Information

**Payment Method:**

| | |
|---|---|
| Item(s) Subtotal: | $776.82 |
| Shipping & Handling: | $17.48 |
| | ----- |
| Total Before Tax: | $794.30 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$794.30** |

**Billing Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

```
                    Verizon Wireless
                    199 Pine St
                    San Francisco, CA 94111-5527

                      (415)984-0360


Order Location: 08937 01 #321028 Pmt 1 of
1
Order Type: PS
Receive Location: 08937 01  Register: 1
06/29/11 16:00 PT  nakanbr - EUT18

                                         Sale
            Retail Price/Cost*           Price
SCHI510RAV SAM      $569.99            $299.99
WAR6002 1 YR.                           $0.00
RETAILSIM4G-A                           $0.00
                                     -----------
    CA Local Sales Tax   :             $14.25
    CA State Sales Tax   :             $39.90
        Total Taxes/Fees:              $54.15
               Total:                 $354.14

        Total Savings:                $270.00

*CA: Sales tax calculated on full retail
price.
NV: Sales tax calculated on VZW cost.
        This Payment:     $354.14




Signature:_____
```

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8499
06-29-2011 16:12:06

Account No: 816686074          Sales Rep: 2086667

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214625717 | SAM T959 GALAXY S 4G REFLEX SILVER KIT | 199.99 | 199.99 T |
| | | | Serial # 355299046066998 | | |
| | | | Post paid Activation   2 Years | | |
| | | | Not Discount Eligible | | |
| | | | TAX 379.77@ 9.5% | | 36.08 |
| | | | **SALE AMOUNT** | | 199.99 |
| | | | Total Tax | | 36.08 |
| | | | **TOTAL** | | 236.07 |

Reference # - 793787870

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at www.T-Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.

- If I haven't signed up for a specific data plan, I will be charged for all data used on a per MB basis(rounded up to the nearest MB) unless I opt out of data service. If I have the 200MB Data(web)Plan, I will be charged 10¢ per MB for overage. Data plans may also have throughput and other limits.
- Plan features apply to service in the U.S. For international add-on features, calls and text messages must originate in the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8499
06-29-2011 16:12:06

Account No: 816686074          Sales Rep: 2086667

**Return Policy:**
**Device Refunds or Exchanges.** To receive a refund or exchange a Device (except for Devices purchased with service activation or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.) through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged.
*You may be required to pay a restocking fee if you return your Device.*
**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories.
**Prepaid airtime and e-coupons are non-refundable.**

- As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.



SAN FRANCISCO STORE 5823
425 MARKET ST, AT&T STORE
SAN FRANCISCO, CA 94105
(415) 495-2220
Store No. S121 Register No. 6

----------------------------------------

Customer:

----------------------------------------

ACTIVATION DEPOSIT  415-609-5265   0.00
65239   PHO SAM I997 BLK UMTS    199.99
        SER. NO. 355815042194987
        Taxable Unit Value 649.99
        2 YR Agreement SAVINGS $350.00
73057   SIM UICC-F COR 2FF        0.00
        SER. NO. 89014104254160600170
        Taxable Unit Value 0.00
ACCOUNT NOTE    415-609-5265

----------------------------------------

                     SUBTOTAL  199.99
                          TAX   52.25
        TOTAL AMOUNT DUE  252.24

----------------------------------------

                   CHANGE DUE   0.00

CASHIER: AHMAD A

*XS12I7VB0TOHC*

06/29/2011 15:49:33
CUSTOMER COPY

**amazon**.com

## Final Details for Order #103-6684923-1681062
Print this page for your records.

**Order Placed:** July 19, 2011
**Amazon.com order number:** 103-6684923-1681062
**Order Total:** $2,538.33

## Shipped on July 20, 2011

| Items Ordered | Price |
|---|---|
| 5 of: *Samsung Galaxy Tab (10.1-Inch, 16GB, Wi-Fi)*<br>Condition: New<br>Sold by: Amazon.com LLC | $499.99 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $2,499.95 |
| Shipping & Handling: | $38.38 |
| | ----- |
| Total Before Tax: | $2,538.33 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$2,538.33** |
| | ----- |

## Payment Information

**Payment Method:**

**Billing Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

| | |
|---|---|
| Item(s) Subtotal: | $2,499.95 |
| Shipping & Handling: | $38.38 |
| | ----- |
| Total Before Tax: | $2,538.33 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$2,538.33** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

Amazon.com - Order 103-0030675-4576264

Page 1 of 1

# amazon.com

## Final Details for Order #103-0030675-4576264
Print this page for your records.

**Order Placed:** July 19, 2011
**Amazon.com order number:** 103-0030675-4576264
**Order Total:** $722.54

## Shipped on July 20, 2011

| Items Ordered | Price |
|---|---|
| 2 of: *Samsung Galaxy Tab (Wi-Fi)*<br>Condition: New<br>Sold by: Amazon.com LLC | $349.99 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

| | |
|---|---|
| Item(s) Subtotal: | $699.98 |
| Shipping & Handling: | $22.56 |
| | ----- |
| Total Before Tax: | $722.54 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$722.54** |
| | ----- |

**Shipping Speed:**
One-Day Shipping

## Payment Information

**Payment Method:**

**Billing Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

| | |
|---|---|
| Item(s) Subtotal: | $699.98 |
| Shipping & Handling: | $22.56 |
| | ----- |
| Total Before Tax: | $722.54 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$722.54** |

To view the status of your order, return to <u>Order Summary</u>.

**Please note:** This is not a VAT invoice.

<u>Conditions of Use</u> | <u>Privacy Notice</u> © 1996-2011, Amazon.com, Inc. or its affiliates

 **at&t**

```
SAN FRANCISCO 425 MARKET RETAIL STORE
      425 MARKET ST, AT&T STORE
         SAN FRANCISCO, CA 94105
            (415) 495-2220
      Store No. S121 Register No. 1
-----------------------------------------
Customer:
MORRISON & FOERSTER


65187    PHO SAMI897 BLK UMTS      399.99
         SER. NO. 356638041781078
         Taxable Unit Value 399.99
65187    PHO SAMI897 BLK UMTS      399.99
         SER. NO. 356638042012531
         Taxable Unit Value 399.99
65239    PHO SAM I997 BLK UMTS     549.99
         SER. NO. 355815040105951
         Taxable Unit Value 549.99
65239    PHO SAM I997 BLK UMTS     549.99
         SER. NO. 355815040718969
         Taxable Unit Value 549.99
73057    SIM UICC-F COR 2FF          0.00
         SER. NO. 8901410525414127787
         Taxable Unit Value 0.00
73057    SIM UICC-F COR 2FF          0.00
         SER. NO. 89014103254194750083
         Taxable Unit Value 0.00
73057    SIM UICC-F COR 2FF          0.00
         SER. NO. 89014103254194750109
         Taxable Unit Value 0.00
73057    SIM UICC-F COR 2FF          0.00
         SER. NO. 89014103254194750091
         Taxable Unit Value 0.00
-----------------------------------------
                  SUBTOTAL  1899.96
                       TAX   161.50
          TOTAL AMOUNT DUE  2061.46



-----------------------------------------
                CHANGE DUE      0.00

          CASHIER: TODD M
```



```
      * X S 1 2 1 2 V B S L 4 B I *

            07/20/2011 15:15:18
               CUSTOMER COPY
```

THANK YOU FOR YOUR BUSINESS!

DID YOU KNOW? You can earn $125 for
referring new wireless customers to AT&T.
See www.att.com/wirelessreferral
for details.

14 Day Equipment Return Policy:
Apple iPad,Samsung Galaxy Tab and Motorola
Laptop Dock have a 14 Day return period.
Apple iPad &Samsung Galaxy Tab are subject
to a 10 % restocking fee except where
prohibited.See our complete return policy
at  www.att.com/returnpolicy

APPLE iPAD EQUIPMENT WARRANTY:
Apple is the exclusive warranty provider
for Apple iPad. All warranty related
issues are handled by Apple including
any warranty related issues within
the first 14 days of purchase.
Please contact Apple at
www.apple.com/support/ipad
or 1-800-APL-CARE (1-800-275-2273)
for assistance.

USE THE YP APP ON YOUR AT&T MOBILE DEVICE
TO GET LOCAL INFORMATION ON THE GO.
With the YP app - Find, Connect, and Save

EQUIPMENT RETURN POLICY ON BACK
Restocking fee may apply.  For complete
details visit www.att.com/returnpolicy

Pursuant to California Sales Tax
Regulation 1585, tax on devices sold with
service are calculated based on the no
commit pricing.

Verizon Wireless
199 Pine St
San Francisco, CA 94111-5527

(415)984-0360


Order Location: 08937 01 323772 Pmt 1 of 1
Order Type: PS
Receive Location: 08937 01 Register: 10
07/20/11 14:39 PT tammelo - EEP14

Sale
Retail Price/Cost Price
SCHI400ZKV SAM $349.99 $244.99
(415)404-8781
DeviceId: A00000245799BB
REB80873 (Rebate NOT Eligible)
WAR6002 1 YR. $0.00
ACT80090035 $3 $35.00
SURESTART75 $7 $75.00
SCHI400ZKV SAM $349.99 $244.99
(415)404-8782
DeviceId: A00000245767C8
REB80873 (Rebate NOT Eligible)
WAR6002 1 YR. $0.00
ACT80090035 $3 $35.00
SURESTART75 $7 $75.00
SCHI500RKV SAM $419.99 $294.99
(415)404-8783
DeviceId: A0000024FEC100
REB80873 (Rebate NOT Eligible)
WAR6002 1 YR. $0.00
ACT80090035 $3 $35.00
SURESTART75 $7 $75.00
SCHI500RKV SAM $419.99 $294.99
(415)404-8784
DeviceId: A0000024FEC0E8
REB80873 (Rebate NOT Eligible)
WAR6002 1 YR. $0.00
ACT80090035 $3 $35.00
SURESTART75 $7 $75.00
-----------
CA Local Sales Tax : $38.50
CA State Sales Tax : $92.40
Total Taxes/Fees: $130.90
Total: $1650.86

Total Savings: $20.00

CA: Sales tax calculated on full retail
price.
MA NV: Sales tax calculated on VZW cost.
This Payment: $1650.86





Signature:_____


Handset, equipment and accessories sold by
Verizon Wireless Network Procurement, LP

Amazon.com - Order 102-1449238-0002628                                                    Page 1 of 1

**amazon**.com

## Final Details for Order #102-1449238-0002628
Print this page for your records.

**Order Placed:** July 20, 2011
**Amazon.com order number:** 102-1449238-0002628
**Order Total:** $597.76

### Shipped on July 20, 2011

| Items Ordered | Price |
|---|---|
| 2 of: *Samsung S5830L Galaxy Ace - Unlocked Phone - US Warranty - Black*<br>Condition: New<br>Sold by: Amazon.com LLC | $289.99 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

| | |
|---|---|
| Item(s) Subtotal: | $579.98 |
| Shipping & Handling: | $17.78 |
| | ----- |
| Total Before Tax: | $597.76 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$597.76** |
| | ----- |

**Shipping Speed:**
One-Day Shipping

### Payment Information

**Payment Method:**

**Billing Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

| | |
|---|---|
| Item(s) Subtotal: | $579.98 |
| Shipping & Handling: | $17.78 |
| | ----- |
| Total Before Tax: | $597.76 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$597.76** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

**amazon**.com

## Final Details for Order #103-9007773-5327404
Print this page for your records.

**Order Placed:** July 20, 2011
**Amazon.com order number:** 103-9007773-5327404
**Order Total:** $889.59

| Shipped on July 20, 2011 | |
|---|---|
| **Items Ordered** | **Price** |
| 2 of: *Samsung I9000 Galaxy S Unlocked GSM Smart Phone with 5 MP Camera, Android OS, Touchscreen, Wi-Fi, GPS and MicroSD Slot - Unlocked Phone - No Warranty* <br> Condition: New <br> Sold by: Liquid8 Group, Inc. (FGS TRADING) (seller profile) | $434.99 |

| | |
|---|---|
| **Shipping Address:** | Item(s) Subtotal: $869.98 |
| | Shipping & Handling: $19.61 |
| 425 MARKET ST FL 32 | ----- |
| SAN FRANCISCO, CA 94105-2467 | Total Before Tax: $889.59 |
| United States | Sales Tax: $0.00 |
| | ----- |
| **Shipping Speed:** | Total for This Shipment: $889.59 |
| One-Day Shipping | ----- |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $869.98 |
| | Shipping & Handling: $19.61 |
| **Billing Address:** | ----- |
| Morrison & Foerster LLP | Total Before Tax: $889.59 |
| 555 Market St | Estimated Tax To Be Collected: $0.00 |
| Fl 2 | ----- |
| San Francisco, CA 94501 | **Grand Total: $889.59** |
| United States | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates



@gmail.com>

# Frys.com Product Order Acknowledgement

service@cs.frys.com <service@cs.frys.com>
To:                                                                          **Wed, Jul 20, 2011 at 2:30 PM**

Dear                    :

Thank you for your Order Number F32436730000.

Your complete order is listed below.  If you have any questions
regarding your order, please call us at 1-(408)350-1484 or e-mail
service@cs.frys.com.  Please use your Order Number for all
inquiries.

Thank you for shopping at Frys.com


Sincerely,

Frys.com
Customer Service Team
Direct: (408) 350-1484
Fax:  (408) 487-4700
E-mail: service@cs.frys.com


0061361002 . 01010I

Order Number: F3243673
Ship To:

MORRISON FOERSTER
32ND FL
425 MARKET ST
SAN FRANCISCO, CA 94105

2  6509923        Samsung Vibrant      Unlocked GSM Phone        919.98

                               Sales Tax:        80.58
                               Total $:        1000.56

                        Order Recap:
                               Total Product $:      919.98
                               Net Product$:        919.98
                               Sales Tax:           80.58
                               Shipping:            27.99
                               Grand Total:        1028.55

BestBuy.com - Thank You



Pad 2

Thinner. Lighter. Faster. FaceTime. Smart Covers. 10-hour battery life. Shop iPad 2 ›

# Thank You for Your Order

`PRINT`

Please print this page for your records. You will also receive a confirmation e-mail with your order details.

To ensure our e-mails reach your inbox, please add Best Buy to your address book. If you have ordered digital content, be sure to check your spam folder and settings.

Order Date: 07/20/2011
Order Number: **BBY01-404363076464**

We'll e-mail confirmation of this order to kwhite@mofo.com.

**Best Buy Community Forum**
Ask questions and exchange ideas to get the most from your technology. Do it now ›

## Order Summary

| Qty. | Product Description | Delivery Information | Total |
|---|---|---|---|
| 2 | **Samsung - Gem Mobile Phone - Black (Verizon Wireless)** SCH-i100  SKU: 1200581 | 425 MARKET ST FL 32 MORRISON FOERSTER LLP SAN FRANCISCO, CA  94105 | $799.98 |
| | Scheduled for Express delivery Estimated Arrival: **07/22-07/25/2011** | | |

**Get it Faster**
Pick up in store

**Safe and Secure**
See Privacy Policy

**Online Returns**
By mail or in store

**Payment Information**

**Gift Cards & Pitch In™ Card**
N/A

**Reward Certificates**
N/A

**Promotional Codes**
N/A

| | |
|---|---|
| Product Total: | $799.98 |
| Shipping: | $9.98 |
| Sales Tax: | $68.00 |
| **Order Total** (charged to credit card): | **$877.96** |

**Important Information About Your Order**

`OR CHAT NOW`

**Order Questions:**
If you have questions about your order, please contact Customer Care.

**Order Status:**
Order status, tracking and receipt printing will be available to you shortly after your order submission. Simply select Order Status.

**Scheduled Delivery:**
Please make sure an adult (age 18 or older) is home to sign for scheduled deliveries.

**Gift Cards & Pitch In™ Cards:**
If you used a gift card for this order, keep your card until you've received your purchase and are sure you want to keep it. If you used a Pitch In Card, keep it to use on future purchases. Gift Cards and Pitch In Cards will be credited if you return or cancel an item. Learn more

**Protection Plan:**
Your protection plan will be e-mailed to you. Please print this e-mail and save it for your records.

**Best Buy Installation Services**
Best Buy offers a number of professional in-home services to provide you with installation, servicing, support and assembly of various products. Fees depend upon the type of service or support provided. Learn more.

**amazon**.com

### Final Details for Order #103-4515757-9657011
Print this page for your records.

**Order Placed:** July 20, 2011
**Amazon.com order number:** 103-4515757-9657011
**Order Total:** $393.52

| Shipped on July 20, 2011 | |
|---|---|
| **Items Ordered** | **Price** |
| 2 of: *Samsung Intercept Prepaid Android Phone (Virgin Mobile)*<br>Condition: New<br>Sold by: Amazon.com LLC | $179.99 |

| **Shipping Address:** | Item(s) Subtotal: $359.98 |
|---|---|
| | Shipping & Handling: $33.54 |
| 425 MARKET ST FL 32 | ----- |
| SAN FRANCISCO, CA 94105-2467 | Total Before Tax: $393.52 |
| United States | Sales Tax: $0.00 |
| | ----- |
| **Shipping Speed:** | **Total for This Shipment:$393.52** |
| One-Day Shipping | ----- |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $359.98 |
| | Shipping & Handling: $33.54 |
| | ----- |
| **Billing Address:** | Total Before Tax: $393.52 |
| Morrison & Foerster LLP | Estimated Tax To Be Collected: $0.00 |
| 555 Market St | ----- |
| Fl 2 | **Grand Total:$393.52** |
| San Francisco, CA 94501 | |
| United States | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

## Thank you for choosing Sprint

514
388 MARKET ST # 105
SAN FRANCISCO, California

18439004-1114065344
Register:      3
Date:                                        7/20/2011 17:02:54
Served By:  TARIK C.
Customer:   MORRISON _FOERST                OTC Sale
Customer No.:   696716315

### Original

```
* 1 1 1 4 0 6 5 3 4 4 *
```

SPHD720KIT SAMSUNG D720 DEVICE
      Serial No.    A000002A29705E
         1     Each       $199.99          $199.99
         Sold by: TARIK C.
.SAMSUNG NEXUS S $350CR $350.00 - Regular
Price $549.99
SPHD720KIT SAMSUNG D720 DEVICE
      Serial No.    A000002A270EE5
         1     Each       $199.99          $199.99
         Sold by: TARIK C.
.SAMSUNG NEXUS S $350CR $350.00 - Regular
Price $549.99
SPHM920BKS SAMSUNG M920 HANDSET KIT
      Serial No.    A0000029CFA6C3
         1     Each       $149.99          $149.99
         Sold by: TARIK C.
.SAMSUNG M920 $200CR $200.00 - Regular Price
$349.99
SPHM920BKS SAMSUNG M920 HANDSET KIT
      Serial No.    A0000029CFA834
         1     Each       $149.99          $149.99
         Sold by: TARIK C.
.SAMSUNG M920 $200CR $200.00 - Regular Price
$349.99
SPHM580BLU SAMSUNG M580 BLUE KIT
      Serial No.    A000002A197799
         1     Each       $129.99          $129.99
         Sold by: TARIK C.
.SAMSUNG M580 $170CR $170.00 - Regular Price
$299.99
SPHM580BLU SAMSUNG M580 BLUE KIT
      Serial No.    A000002A196BC1
         1     Each       $129.99          $129.99
         Sold by: TARIK C.
.SAMSUNG M580 $170CR $170.00 - Regular Price
$299.99
SPHD700BKS SAMSUNG SPH-D700 QWERTY HANDS
      Serial No.    A000002A2699FD
         1     Each       $149.99          $149.99
         Sold by: TARIK C.
FLAT RATE ACTIVATION DISCOUNT  $350.00 -
Regular Price $499.99

SPHD700BKS SAMSUNG SPH-D700 QWERTY HANDS
      Serial No.    A000002A26655D
         1     Each       $149.99          $149.99
         Sold by: TARIK C.
FLAT RATE ACTIVATION DISCOUNT  $350.00 -
Regular Price $499.99

                        SubTotal:          $1,259.92

:an Francisco County CA   2.2500%          $69.00
                             CA            $191.64
                    Amount Due:            $1,520.56

**Services:**
ESN/MEID :  A0000029CFA6C3
Product Name :  SAMSUNG M920 DEVICE
MDN: 4159139675
Status:  Activated
Service Effective Date :  07/20/2011
Username:
    Everything Data Share Plan.Line 1: $129.99 Minimum
    Unlimited Nights&amp;Weekends-7pm
    Unlimited Any Mobile, Anytime
    Premium Data
    Data/Msg/Amer Roam/GPS Nav
    VoiceMail Included
Sales Rep:  TARIK COVINGTON

ESN/MEID :  A0000029CFA834
Product Name :  SAMSUNG M920 DEVICE
MDN: 4159139730
Status:  Activated
Service Effective Date :  07/20/2011
Username:
    Everything Data Share Plan.Line 1: $129.99 Minimum
    Unlimited Nights&amp;Weekends-7pm
    Unlimited Any Mobile, Anytime
    Premium Data
    Data/Msg/Amer Roam/GPS Nav
    VoiceMail Included
Sales Rep:  TARIK COVINGTON

ESN/MEID :  A000002A196BC1
Product Name :  SAMSUNG M580 BLUE KIT
MDN: 4159139732
Status:  Activated
Service Effective Date :  07/20/2011
Username:
    Everything Data Share Plan.Line 1: $129.99 Minimum
    Unlimited Nights&amp;Weekends-7pm
    Unlimited Any Mobile, Anytime
    Data/Msg/Amer Roam/GPS Nav
    VoiceMail Included
Sales Rep:  TARIK COVINGTON

**amazon**.com

## Final Details for Order #103-0282180-2225855
Print this page for your records.

**Order Placed:** July 20, 2011
**Amazon.com order number:** 103-0282180-2225855
**Order Total:** $809.55

| Shipped on July 20, 2011 | |
|---|---|
| **Items Ordered** | **Price** |
| 2 of: *Samsung Nexus S Unlocked Phone--U.S. Warranty (Black)*<br>Condition: New<br>Sold by: Amazon.com LLC | $394.99 |

| **Shipping Address:** | Item(s) Subtotal: $789.98 |
|---|---|
| 425 MARKET ST FL 32<br>SAN FRANCISCO, CA 94105-2467<br>United States | Shipping & Handling:   $19.57<br>-----<br>Total Before Tax: $809.55<br>Sales Tax:   $0.00<br>----- |
| **Shipping Speed:**<br>One-Day Shipping | **Total for This Shipment:$809.55**<br>----- |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $789.98<br>Shipping & Handling:   $19.57<br>----- |
| **Billing Address:**<br>Morrison & Foerster LLP<br>555 Market St<br>Fl 2<br>San Francisco, CA 94501<br>United States | Total Before Tax: $809.55<br>Estimated Tax To Be Collected:   $0.00<br>-----<br>**Grand Total:$809.55** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

```
              THE SHACK~THANKS YOU.

                    RADIOSHACK
                   652 MARKET ST
              SAN FRANCISCO, CA  94104-5001
                   (415) 986-1004


1706192                    $179.99
BST SAMSUNG PREVAIL                          SubTotal                  $459.98
ESN: 268435460204880854                      Tax           8.50%        $30.60
Phone#: (415) 913-9711                        TOTAL                    $490.58
Plan ID: BX
  BST CDMA ACTIVATED                          Debit                    $490.58
  Non-Activated Price: $179.99                CHANGE                     $0.00
1070029                      $0.00
BST CDMA ACTIVATED                            Total Items Sold: 10
1022902                      $0.00   N
CAPTURE IMEI # BOOST
  IMEI/MEID # on the handset:
  268435460204880854
1025247                     $50.00   N*
BST $20-99.99 AIRTIME                         Sales tax applied to the non-activated
TXN Ref Nbr: 000058209704                     price of the item.
Reference #: 35472602
PIN #:

  Enter Customers phone number:
  (415) 913-9711
For Pay-As-You-Go and Boost Premium Prepaid
plans, credits expire after 90 days from the d
ate
they were added to your account. Credits are
non-transferable and non-refundable, and can o
nly--
be used for the Boost Premium Prepaid and Boos
t
Mobile Pay-As-You-Go services. Powered by Next  Store: 013204  Register: 04     Tran: 5295
el.                                           Operator: CS        Sales Associate: CS
The credits in you Account Balance cannot exce  Ticket #: 045295   7/20/2011 4:45:05 PM
ed
$300.
1706192                    $179.99
BST SAMSUNG PREVAIL
ESN: 268435460113263596
Phone#: (415) 913-9714
Plan ID: BX                                   
  BST CDMA ACTIVATED                          0132040452950010720110 01
  Non-Activated Price: $179.99
1070029                      $0.00
BST CDMA ACTIVATED                            Your name, address and the original sales
1022902                      $0.00   N        receipt are required for all refunds.
CAPTURE IMEI # BOOST                          Sales and returns are subject to the terms
  IMEI/MEID # on the handset:                 and conditions identified on the back.
  268435460113263596
1025247                     $50.00   N*            Shop online 24/7 at
BST $20-99.99 AIRTIME                            http://www.radioshack.com
TXN Ref Nbr: 000058209710
Reference #: 35472606                        ******************************************
PIN #:                                       *     TELL US ABOUT YOUR             *
                                             *     SHOPPING EXPERIENCE!           *
  Enter Customers phone number:              *                                   *
  (415) 913-9714                             *  Visit http://www.tellradioshack.com *
For Pay-As-You-Go and Boost Premium Prepaid  *  within 5 days of purchase to complete *
plans, credits expire after 90 days from the d *  a short survey and receive a coupon *
ate                                          *  good for $10 off your next qualifying *
they were added to your account. Credits are *    purchase of $40 or more from     *
non-transferable and non-refundable, and can o *    RadioShack*, plus be entered into a *
nly                                          *    $1000 LET YOUR VOICE BE HEARD!  *
be used for the Boost Premium Prepaid and Boos *       monthly sweepstakes.        *
t                                            *                                   *
Mobile Pay-As-You-Go services. Powered by Next * Not valid in the U.S. Virgin Islands. *
el.                                          *  Must be 18 years or older to enter. *
The credits in you Account Balance cannot exce * No purchase necessary to enter or win. *
ed                                           *  Ask a store associate for Official *
$300.                                        *     Rules.  Void where prohibited. *
                                             *                                   *
                                             *      *Some exclusions apply.       *
                                             ******************************************
```

Verizon Wireless
199 Pine St
San Francisco, CA 94111-5527

(415)984-0360


Order Location: 08937 01 323762 Pmt 1 of 1
Order Type: PS
Receive Location: 08937 01 Register: 10
07/20/11 14:47 PT tammelo - EEP14

Sale
Retail Price/Cost Price
RETAILSIM4G-A $0.00
SCHI510RAV SAM $569.99 $569.99
WAR6002 1 YR. $0.00
RETAILSIM4G-A $0.00
SCHI510RAV SAM $569.99 $569.99
WAR6002 1 YR. $0.00
----------
CA Local Sales Tax : $28.50
CA State Sales Tax : $68.40
Total Taxes/Fees: $96.90
Total: $1236.88

CA: Sales tax calculated on full retail
price.
MA NV: Sales tax calculated on VZW cost.
This Payment: $1236.88




Signature:_____


Handset, equipment and accessories sold by
Verizon Wireless Network Procurement, LP


Return Policy: New and Certified Pre-Owned merchandise
items may only be returned or exchanged
within 14 days. .
You are permitted to make one exchange.
A restocking fee of $35 ($70 for Netbooks
and Tablets) applies to any return or
exchange of a wireless device
(excluding Hawaii).
See verizonwireless.com/returnpolicy for
complete details.
To receive a credit for the activation
fee, cancellations must occur within
3 days of activation of service.



Thank You


Visit Us At:

www.verizonwireless.com

1

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8679
07-20-2011 15:13:17

Morrison & Foerster                                           Sales Rep: 2416884

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 50.00 N |
| | | | Serial # 357475040143409 | | |
| | | | Not Discount Eligible | | |
| 1 | EACH | 000000610214626509 | SAM T759 EXHIBIT 4G BLACK KIT | 349.99 | 349.99 T |
| | | | Serial # 357475040143409 | | |
| | | | Pre-paid Activation   0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 349.99@ 8.5% | | 29.75 |
| | | | SALE AMOUNT | | 399.99 |
| | | | Total Tax | | 29.75 |
| | | | TOTAL | | 429.74 |

Reference # - 800864124

---

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com.

---

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on
your handset or handset kit may therefore be higher than you expected.
• Plan features apply to service in the U.S. For international add–on features, calls and text messages must originate in
the U.S. International roaming rates apply. For Int'l Talk & Text add–on feature, international calling is unlimited to
landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a
limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of
international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

---

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8679
07-20-2011 15:13:17

Morrison & Foerster                                           Sales Rep: 2416884

Return Policy:

**Device Refunds or Exchanges.** To receive a refund or exchange a Device (except for Devices purchased with service activation or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.) through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged.

*You may be required to pay a restocking fee if you return your Device.*

**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories.

**Prepaid airtime and e-coupons** are non-refundable.

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.

T–MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111–3628
(415)788–2670
Fax: (415)788–0863

Register #8
Trans #8678
07–20–2011 15:07:54

Morrison & Foerster                                                    Sales Rep: 2416884

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 50.00 N |
| | | | Serial # 355083040085687 | | |
| | | | Not Discount Eligible | | |
| 1 | EACH | 000000610214626066 | SAM T759 EXHIBIT 4G VIOLET KIT | 349.99 | 349.99 T |
| | | | Serial # 355083040085687 | | |
| | | | Pre–paid Activation   0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 349.99@ 8.5% | | 29.75 |
| | | | SALE AMOUNT | | 399.99 |
| | | | Total Tax | | 29.75 |
| | | | TOTAL | | 429.74 |

Reference # – 800862614

It's your phone, make it your own with T–Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T–Mobile store, or visit us online at
www.T–Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on
your handset or handset kit may therefore be higher than you expected.

• Plan features apply to service in the U.S. For international add–on features, calls and text messages must originate in
the U.S. International roaming rates apply. For Int'l Talk & Text add–on feature, international calling is unlimited to
landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a
limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of
international messages (e.g., picture messages) are charged per message. See www.T–Mobile.com for lists of countries.

T–MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111–3628
(415)788–2670
Fax: (415)788–0863

Register #8
Trans #8678
07–20–2011 15:07:54

Morrison & Foerster                                                    Sales Rep: 2416884

**Return Policy:**

**Device Refunds or Exchanges.** To receive a refund or exchange a Device (except for Devices purchased with service activation
or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or
exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract
extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or
receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and
you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.)
through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract
extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or
exchange. Limited Edition and other Devices may not be refunded or exchanged.

*You may be required to pay a restocking fee if you return your Device.*

**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with
your original sales receipt to the Sales Channel through which you purchased the accessories.

**Prepaid airtime and e–coupons are non–refundable.**

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the
amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card
issuer.

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628          Register #11
(415)788-2670                         Trans #10175
Fax: (415)788-0863                    07-20-2011 15:27:53

Morrison Foerster                     Sales Rep: 2416884

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214625717 | SAM T959 GALAXY S 4G REFLEX SILVER KIT | 499.99 | 499.99 T |
| | | | Serial # 355299045963682 | | |
| | | | Pre-paid Activation   0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 499.99@ 8.5% | | 42.50 |
| 1 | EACH | 000000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 50.00 N |
| | | | Serial # 47435845 | | |
| | | | Not Discount Eligible | | |
| | | | SALE AMOUNT | | 549.99 |
| | | | Total Tax | | 42.50 |
| | | | TOTAL | | 592.49 |

Reference # – 800868748

---

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com.

---

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on
your handset or handset kit may therefore be higher than you expected.
• Plan features apply to service in the U.S. For international add-on features, calls and text messages must originate in
the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to
landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a
limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of
international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

---

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628          Register #11
(415)788-2670                         Trans #10175
Fax: (415)788-0863                    07-20-2011 15:27:53

Morrison Foerster                     Sales Rep: 2416884

Return Policy:
Device Refunds or Exchanges. To receive a refund or exchange a Device (except for Devices purchased with service activation
or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or
exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract
extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or
receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and
you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.)
through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract
extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or
exchange. Limited Edition and other Devices may not be refunded or exchanged.
*You may be required to pay a restocking fee if you return your Device.*
Accessories. To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with
your original sales receipt to the Sales Channel through which you purchased the accessories.
Prepaid airtime and e-coupons are non-refundable.

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the
amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card
issuer.

_____

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #11
Trans #10173
07-20-2011 15:12:40

Morrison Foerester                                              Sales Rep: 2416884

| Quantity | Unit | SKU | Description | Price | Extension |
|----------|------|-----|-------------|-------|-----------|
| | | | | | (Reflects Any Discounts) |
| 1 | EACH | 000000610214626424 | SAM T589 GRAVITY SMART BERRY RED KIT | 249.99 | 199.99 T |
| | | | Serial # 356582040641422 | | |
| | | | Pre-paid Activation   0 Year | | |
| | | | 20% Off on buying 2 quantity | | |
| | | | TAX 199.99@ 8.5% | | 17.00 |
| 1 | EACH | 000000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 40.00 N |
| | | | Serial # 47435847 | | |
| | | | 20% Off on buying 2 quantity | | |
| | | | SALE AMOUNT | | 239.99 |
| | | | Total Tax | | 17.00 |
| | | | TOTAL | | 256.99 |
| | | | Total Discount | | -60.00 |
| | | | Reference # - 800864026 | | |

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on
your handset or handset kit may therefore be higher than you expected.
- Plan features apply to service in the U.S. For international add-on features, calls and text messages must originate in
  the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to
  landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a
  limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of
  international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

---

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #11
Trans #10173
07-20-2011 15:12:40

Morrison Foerester                                              Sales Rep: 2416884

Return Policy:

Device Refunds or Exchanges. To receive a refund or exchange a Device (except for Devices purchased with service activation
or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or
exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract
extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or
receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and
you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.)
through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract
extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or
exchange. Limited Edition and other Devices may not be refunded or exchanged.

You may be required to pay a restocking fee if you return your Device.

Accessories. To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with
your original sales receipt to the Sales Channel through which you purchased the accessories.

Prepaid airtime and e-coupons are non-refundable.

- As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the
  amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card
  issuer.

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #11
Trans #10174
07-20-2011 15:20:07

Morrison Foerster                                    Sales Rep: 2416884

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214626431 | SAM T589 GRAVITY SMART SAPPHIRE BLUE KIT | 249.99 | 199.99 T |
| | | | Serial # 357366040226155 | | |
| | | | Pre-paid Activation   0 Year | | |
| | | | 20% Off on buying 2 quantity | | |
| | | | TAX 199.99@ 8.5% | | 17.00 |
| 1 | EACH | 000000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 40.00 N |
| | | | Serial # 47435846 | | |
| | | | 20% Off on buying 2 quantity | | |
| | | | SALE AMOUNT | | 239.99 |
| | | | Total Tax | | 17.00 |
| | | | TOTAL | | 256.99 |
| | | | Total Discount | | -60.00 |
| | | | Reference # = 800867565 | | |

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.
• Plan features apply to service in the U.S. For international add-on features, calls and text messages must originate in the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

---

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #11
Trans #10174
07-20-2011 15:20:07

Morrison Foerster                                    Sales Rep: 2416884

**Return Policy:**

**Device Refunds or Exchanges.** To receive a refund or exchange a Device (except for Devices purchased with service activation or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.) through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged.

*You may be required to pay a restocking fee if you return your Device.*

**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories.

**Prepaid airtime and e-coupons are non-refundable.**

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.

---

CITY RADIO
245 MARKET ST
SAN FRANCISCO, CA 94102
415-977-0262
434474012001

TERMINAL I.D.:                48128011

SALE
BATCH: 000436      INV: 12
DATE: JUL 28, 11      TIME: 14:33:18
AUTH NO: 045402

TOTAL                $393.99

X_____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

---

RECEIPT VOID WITHOUT
CONFIRMATION ID

------------------------------------
Confirmation ID: 102928606
Activation Payment:QPAYWP243761952

------------------------------------
Location:City Radio
Address: 245 Market Street
San Francisco
CA,94105
Phone#: 415-977-0262
Merchant ID: 71006485
Operator ID: Moises

METRO PCS RECEIPT
Date: 7/20/2011
Time: 16:31:05.0669690 PST
Phone:4154109639
Past Due Balance: $60.00
Current Balance: $60.00
Due Date: 19th of each month

------------------------------------
PAYMENT INFORMATION

------------------------------------
Bill Payment: $60.00
Metro-Connect Payment:$0.00
Convenience Fee: $0.00
Total: $60.00

------------------------------------

Thank You PRICILLA MOON
Your Due Date is the 19th of each month
See www.metroPCS.com/terms for Terms ar
Conditions of Service
Thank you for choosing Qpay.
No cancellations
after 24 hours
of payment
You may purchase premium services using
your account with the Company.
For information on how to restrict
these purchases, please visit:

---

City Radio
245
245 Market Street
San Francisco, CA 94105
Phone: (415) 977-0262
Fax: (000) 000-0000

SALES RECEIPT



Transaction # 9418

Tran. Date: 7/20/2011
Tran. Time: 4:30:39 PM
Cashier:   Moises
Register:  1

Card#   ************9666
Account  VISA

| Item Description | Amount |
|---|---|
| 1017 SAMR910 | $399.99 |
| Serial No. | |
| 99000023462252 | |
| Discount    $100.00 | |
| 8  Metro PCS -    $0.00 | |
| Premium 4G | |
| Activation 1 | |
| months | |
| Mobile# (415) | |
| 410-9639 | |

| | |
|---|---|
| SubTotal: | $399.99 |
| Discount: | $100.00 |
| Sales Tax 8.5: | $34.00 |
| Total: | $333.99 |

Credit Card
Tendered:   $333.99

IMPORTANT - retain this copy

All Sales Are Final.
NO REFUNDS
Items can be exchanged
within 5 days, and are
subject to a 25% restocking
fee.  Items must be in
"like new condition" and
contain all original
packaging and accessories.

Metro Promise: MetroPCS
Phones can be returned
within 7 days of purchase
with less than one hour of
talk time.  Phone must be
in "like-new condition" and
contain all original
packaging and accessories.
MetroPCS Phone returns will
incur a 25% restocking fee.

Thank you for shopping
with us!

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8680
07-20-2011 15:19:44

Morrison & Foerster                                    Sales Rep: 2416884

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214626073 | SAM T839 SIDEKICK 4G MATTE BLACK KIT | 379.99 | 379.99 T |
|  |  |  | Serial # 354889041517820 |  |  |
|  |  |  | Pre-paid Activation    0 Year |  |  |
|  |  |  | Not Discount Eligible |  |  |
|  |  |  | TAX 379.99@ 8.5% |  | 32.30 |
| 1 | EACH | 000000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 50.00 N |
|  |  |  | Serial # 47435849 |  |  |
|  |  |  | Not Discount Eligible |  |  |
|  |  |  | SALE AMOUNT |  | 429.99 |
|  |  |  | Total Tax |  | 32.30 |
|  |  |  | TOTAL |  | 462.29 |

Reference # - 800866331

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on
your handset or handset kit may therefore be higher than you expected.
• Plan features apply to service in the U.S. For international add-on features, calls and text messages must originate in
the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to
landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a
limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of
international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8680
07-20-2011 15:19:44

Morrison & Foerster                                    Sales Rep: 2416884

**Return Policy:**

**Device Refunds or Exchanges.** To receive a refund or exchange a Device (except for Devices purchased with service activation
or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or
exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract
extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or
receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and
you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.)
through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract
extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or
exchange. Limited Edition and other Devices may not be refunded or exchanged.
*You may be required to pay a restocking fee if you return your Device.*

**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with
your original sales receipt to the Sales Channel through which you purchased the accessories.

**Prepaid airtime and e-coupons are non-refundable.**

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the
amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card
issuer.

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8681
07-20-2011 15:24:27

Morrison & Foerster                                    Sales Rep: 2416884

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 50.00 N |
| | | | Serial # 356850040275180 | | |
| | | | Not Discount Eligible | | |
| 1 | EACH | 000000610214626080 | SAM T839 SIDEKICK 4G PEARL MAGENTA KIT | 379.99 | 379.99 T |
| | | | Serial # 356850040275180 | | |
| | | | Pre-paid Activation    0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 379.99@ 8.5% | | 32.30 |
| | | | SALE AMOUNT | | 429.99 |
| | | | Total Tax | | 32.30 |
| | | | TOTAL | | 462.29 |

Reference # = 800867788

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.

• Plan features apply to service in the U.S. For international add-on features, calls and text messages must originate in the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #8
Trans #8681
07-20-2011 15:24:27

Morrison & Foerster                                    Sales Rep: 2416884

Return Policy:

Device Refunds or Exchanges. To receive a refund or exchange a Device (except for Devices purchased with service activation or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.) through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged.

*You may be required to pay a restocking fee if you return your Device.*

Accessories. To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories.

Prepaid airtime and e-coupons are non-refundable.

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.

Amazon.com - Order 102-9016178-7651432

# amazon.com

## Final Details for Order #102-9016178-7651432
Print this page for your records.

**Order Placed:** July 21, 2011
**Amazon.com order number:** 102-9016178-7651432
**Order Total:** $301.83

## Shipped on July 21, 2011

| Items Ordered | Price |
|---|---|
| 1 of: *Samsung S5830EUBLK Galaxy Ace Android Powered Smartphone with 5MP Camera, Touch Screen, Wi-Fi - Unlocked Phone - No Warranty - Black*<br>Condition: New<br>Sold by: Amazon.com LLC | $284.94 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $284.94 |
| Shipping & Handling: | $16.89 |
| | ----- |
| Total Before Tax: | $301.83 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$301.83** |
| | ----- |

## Payment Information

**Payment Method:**

**Billing Address:**

| | |
|---|---|
| Item(s) Subtotal: | $284.94 |
| Shipping & Handling: | $16.89 |
| | ----- |
| Total Before Tax: | $301.83 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$301.83** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #102-4454344-3010612

Print this page for your records.

**Order Placed:** July 21, 2011
**Amazon.com order number:** 102-4454344-3010612
**Order Total:** $477.95

## Shipped on July 21, 2011

| Items Ordered | Price |
|---|---|
| 1 of: *Samsung Galaxy S Vibrant GSM Phone - Unlocked*<br>Condition: New<br>Sold by: Addicted to Phones (seller profile) | $429.99 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $429.99 |
| Shipping & Handling: | $47.96 |
| | ----- |
| Total Before Tax: | $477.95 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$477.95** |
| | ----- |

## Payment Information

**Payment Method:**

**Billing Address:**

| | |
|---|---|
| Item(s) Subtotal: | $429.99 |
| Shipping & Handling: | $47.96 |
| | ----- |
| Total Before Tax: | $477.95 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$477.95** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

**From:**    Best Buy [BestBuyInfo@emailinfo.bestbuy.com]
**ent:**     Thursday, July 21, 2011 10:35 AM
**To:**
**Subject:** Thank you for your order

View: <u>Mobile</u> | <u>Web</u> | <u>Español</u>



Weekly Ad    Store Locator    Customer Service    Forums    **Visit Us:**

**PRODUCTS**    **SERVICES**    **SHOPS & DEALS**    **GIFTS**

## Order Confirmation

7/21/2011
Order Number: **BBY01-404969005123**

Dear I

Thank you for shopping at Best Buy. We have received your order, and it
will be processed as soon as possible.

### Shipping
We will send you an e-mail that includes the shipping date and tracking
number of your item once it is packed and ready to be shipped from our
warehouse. Your credit card will not be charged until we ship the item(s) to
you.

Thank you.
**Best Buy Customer Service**

**HAVE QUESTIONS?**

Call the Best
Buy Helpline
at **1-888-
BEST-BUY**.
Live 24/7.

**Go
ahead.
Use us.™**
Where
others just
install it, **Geek Squad®**
does it all.



**ORDER DETAILS**                               **Order date:** 07/21/2011

**BESTBUY.COM**                                 **Order number: BBY01-404969005123**

| QTY | PRODUCT DESCRIPTION | STATUS |
|---|---|---|
| 1 | **Samsung-Gem Mobile Phone-Black-SCH-i100**<br>SKU: 1200581 | *Order in process of being fulfilled. Estimated*<br>*arrival date: 07/25/2011 – 07/26/2011* |

425 MARKET ST FL 32 MORRISON FOERSTER
LLP
SAN FRANCISCO, CA 94105

**Questions?** Call us at 1-888-BEST BUY (1-888-237-8289). For faster     **Order Total: $438.98**
service, please have your order number ready when you call.

This is not a receipt. Check your <u>order status</u> to view and print a receipt.

By placing this order, you have agreed to Best Buy's Conditions of Use, Legal Policies and Privacy
Statement.

**If you would like to cancel your order**
You may cancel your order online via <u>My Account</u> before it has been processed. Sign in to your account,
select View Orders, and then click on the order number and select the items you'd like to cancel. Orders to
be shipped may be cancelled within one hour of order submission. See all delivery and pickup method

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #11
Trans #10179
07-21-2011 11:22:10

Sales Rep: 2073011

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 00000610214626974 | $50 LOOSE ACTIVATION KIT V0311 | 50.00 | 40.00 N |
| | | | Serial # 35658204024808  | | |
| | | | 20% Off on buying 2 quantity | | |
| 1 | EACH | 00000610214626424 | SAM T589 GRAVITY SMART BERRY RED KIT | 249.99 | 199.99 T |
| | | | Serial # 35658204024808  | | |
| | | | Pre-paid Activation    0 Year | | |
| | | | 20% Off on buying 2 quantity | | |
| | | | TAX 199.99@ 8.5% | | 17.00 |
| | | | SALE AMOUNT | | 239.99 |
| | | | Total Tax | | 17.00 |
| | | | TOTAL | | 256.99 |
| | | | Total Discount | | -60.00 |

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at
www.T-Mobile.com

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.

* Plan features apply to service in the U.S. For international add-on features, calls and text messages must originate in the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

---

T-MOBILE 7353
1 EMBARCADERO CTR STE R1101
SAN FRANCISCO, CA 94111-3628
(415)788-2670
Fax: (415)788-0863

Register #11
Trans #10179
07-21-2011 11:22:10

Sales Rep: 2073011

**Return Policy:**

**Device Refunds or Exchanges.** To receive a refund or exchange a Device (except for Devices purchased with service activation or a contract extension on a contract term of more than one month), less rebates received and shipping costs, you must return or exchange the Device within 30 days of purchase. For Devices purchased or received with service activation or a contract extension on a contract term of more than one month, you must return or exchange the Device within 14 days of purchase or receipt (30 days in California). All original contents of your Device kit must be undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the "Sales Channel" (i.e., retail store, web, telesales, etc.) through which you received the Device. You may return a Device without cancelling your service activation or upgrade contract extension. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged.

*You may be required to pay a restocking fee if you return your Device.*

**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories.

Prepaid airtime and e-coupons are non-refundable.

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.



# Receipt for your PayPal payment to D J Knutson & Co. Inc.

service@paypal.com <service@paypal.com>                    Thu, Jul 21, 2011 at 4:31 PM



Jul. 21, 2011 16:31:43 PDT
Transaction ID: 89J49108Y9306590X

**You sent a payment of $319.00 USD to D J Knutson & Co. Inc. (lildaver@inbox.com)**

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

| | |
|---|---|
| **Seller**<br>D J Knutson & Co. Inc.<br>lildaver@inbox.com | **Note to seller**<br>You haven't included a note. |
| **Shipping address -** unconfirmed | **Shipping details**<br>The seller hasn't provided any shipping details yet. |
| 425 Market St<br>Fl 32<br>San Francisco, CA 94105-2467<br>United States | |

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| NEW SAMSUNG MESMERIZE US CELLULAR GALAXY S ◀! MINT ! ▶<br>Item# 190552926903 | $290.00 USD | 1 | $290.00 USD |

ebY

|  |  |
|---|---|
| Shipping and handling | $29.00 USD |
| Insurance - not offered | ---- |
| **Total** | **$319.00 USD** |
| **Payment** | $319.00 USD |

Charge will appear on your credit card statement as "PAYPAL *DJKNUTSONCO"
Payment sent to lildaver@inbox.com

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

(?) Questions? Go to the Help Center at: www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to
your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account,
go to your Profile, and click **My settings.**

PayPal Email ID PP843.



**Apple Store, San Francisco**
One Stockton Street
San Francisco, CA 94108
sanfrancisco@apple.com
415-392-0202

www.apple.com/retail/sanfrancisco/

**July 22, 2011 01:51 PM**

| | |
|---|---|
| **iPad 2 WI-FI 16GB Black** | **$ 499.00** |
| Part Number: MC769LL/A | |
| Serial Number: DLXG4LAGDFHW | |
| Return Date: Aug. 05, 2011 | |
| For Support, Visit: APPLE.COM/SUPPORT | |
| Recycling Fee | $ 6.00 |

| | |
|---|---|
| Sub-Total | $ 505.00 |
| Tax@8.5% | $ 42.42 |
| **Total** | **$ 547.42** |
| Amount Paid Via Master Card (A) | $ 547.42 |

013510



\* R 0 7 5 1 0 3 8 5 2 9 \*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

```
        WELCOME TO BEST BUY 8187
        SAN FRANCISCO, CA 94103
           (415)626-9682

          Keep your receipt!


||||||||||||||||||||||||||||||||||
Val#: 0961-4018-9081-4296

0187 060 6021 07/22/11  12:09 00649806

2836702  BNRV300           439.99
  NOOK, THE SIMPLE TOUCH READER
  SERIAL # 3012530079783008
  ITEM TAX 11.30
1918159  MC773LL/A         629.99
  IPAD MC773LL/A BLACK 16GB 3G
  ITEM TAX 53.54
6715977  CA RECYCLE          6.00 N
  CA RECYCLE 6.00
2248135  ATT TABLET          0.00
  ATT TABLET ONLY WITHOUT A PLA
  SERIAL # 012804000199068
2817582  GT-P7510AWY        499.99
  GT-P7510AWYXAB/16GB/GRAY/WIFI
  ITEM TAX 42.50
6715977  CA RECYCLE          6.00 N
  CA RECYCLE 6.00
             SUBTOTAL    1,281.97
        SALES TAX AMOUNT     107.94
             ********
                TOTAL   1,389.91


HARDWARE/SOFTWARE
You purchased the following:
IPAD MC773LL/A BLACK 16GB 3G
IMEI: 012804000199068
MDN/Mobile Phone Number: 4156269682

SERVICE AND SERVICE OPTIONS
You want the following service plans:
APPLE IPAD TABLET ONLY-NO P.- 2248135


       Dear Valued Customer,

  To help keep prices low for all of our
 customers, this store tracks exchanges and
  returns on an individual level.  When you
  exchange or return an item at this store,
  we require a valid form of photo ID (see
  below).  Some of the information from your
  ID may be stored in a secure, encrypted
 database of customer activity that Best Buy
  and its affiliates use to track exchanges
               and returns.

     Valid forms of ID accepted are:
 U.S., Canadian or Mexican Driver's License,
    U.S. State ID, Canadian Province ID,
       U.S. Military ID or Passport

     * indicates discount price
     * indicates clearance price
     N indicates non-taxable fee

    YOUR CUSTOMER SERVICE PIN IS:
      0187 060 6021 07221

    BEST BUY VALUES YOUR FEEDBACK!
  TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
  WIN A $5,000 BEST BUY SHOPPING SPREE!

  Visit http://www.bestbuycares.com
  Questionario en Espanol tambien
  & enter the following codes:

      Group A:   998277

      Group B:    6708

      Group C:   680625

NO PURCHASE NECESSARY.  Must be legal
 resident of CO US/DC/PR, 18 or older
 (except residents of AL and NE who
    must be 19 years of age on older).
            Drawing Period
 2/27/11 - 5/28/11  5/29/11 - 8/27/11
    Limit 3 entries per Drawing Period
   For free entry & other details, see
  Official Rules at website or store.
         Void where prohibited.
```

Access/Information, Inc.

234 Columbine #310
Denver, CO 80206
303-778-7677  Fax 303-778-7691
ai@access-information.com

# Invoice

| BILL TO |
|---|
| Morrison & Foerster LLP |
| 425 Market Street, 33 fl |
| San Francisco, CA 94105 |

| DATE | INVOICE # |
|---|---|
| 7/31/2011 | 071165 |

| P.O. NO. | TERMS |
|---|---|
| | Due on receipt |

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 07/21/2011 Request to purchase two of each of the following phones directly from the carriers: US Cellular Phones: Samsung Acclaim (delivered 7/25), Samsung Mesmerize (not available) Cellular South: Samsung Gem (delivered 7/25), Samsung Showcase i500 (not available), Samsung Showcase Galaxy S (delivered 7/25) | 7.5 | 120.00 | 900.00 |
| Agent fee | | 270.00 | 270.00 |
| Purchase Price for the phones: | | 3,118.94 | 3,118.94 |
| Federal Express charges | | 162.35 | 162.35 |

| | **Total** | $4,451.29 |
|---|---|---|






1.877.518.CELL
1 . 8 7 7 . 5 1 8 . 2 3 5 5
Local & Overseas: 1.718.513.3100

quick find...          GO

Hello, kalliope | Log out

**All phones are brand new and sold without contracts! You buy it, you own it.**
We have over 3000 items in our warehouse ready to be shipped

### Order Information - Order #22309

Order Date: Wednesday 03 August, 2011

| Qty. | Products | Total |
|---|---|---|
| 2 ea. | HTC TOUCH CDMA XV6900 SMART PDA | |
| | • Extended Warranty: - - -- None Selected --- | $565.42 |

| | |
|---|---|
| Sub-Total: | $565.42 |
| United Parcel Service (Next Day Air): | $78.09 |
| Sales Tax: | $0.00 |
| Total: | $643.51 |

### Status History & Comments

| Date | Order Status | Comments |
|---|---|---|
| 08/03/2011 | Pending | |
| 08/03/2011 | Processing | |
| 08/05/2011 | Shipped | |

**Delivery Address**

425 market street
32 floor
san francisco, California 94105
United States

**Shipping Method**
United Parcel Service (Next Day Air)

**Billing Address**

425 market street
32 floor
san francisco, California 94105
United States

**Payment Method**

► CELL PHONE UNLOCKING - Unlock Your Cell Phone Now!





 Call Us
1.877.518.CELL

Alltel | AT&T | Audiovox | BlackBerry | Boost Mobile | CDMA | GSM | HTC | LG | MetroPCS | Motorola | Nextel | Nokia | Palm | Panasonic
Samsung | Siemens | Sony | Sprint | T-Mobile | U.S. Cellular | Unlocked Cell Phones | Verizon | iPhone

EestBuy.com - Thank You

# Thank You for Your Order

PRINT

Please print this page for your records. You will also receive a confirmation e-mail with your order details.

**Best Buy Community Forum**
Ask questions and exchange ideas to get the most from your technology.
Do it now ▸

Order Date: 08/08/2011
Order Number: **BBY01-406865075931**

To ensure our e-mails reach your inbox, please add Best Buy to your address book. If you have ordered digital content, be sure to check your spam folder and settings.

We'll e-mail confirmation of this order to kwhite@mofo.com .

## Order Summary

| Qty. | Product Description | Delivery Information | Total |
|---|---|---|---|
| 1 | **Samsung - Galaxy Tab 10.1 - 16GB - White** GT-P7510UWYXAB  SKU: 2775261 | 425 MARKET ST FL 32 MORRISON FOERSTER LLP SAN FRANCISCO, CA  94105 | $499.99 |
| | Scheduled for Express delivery Estimated Arrival: **08/10-08/11/2011** | | |

**Get it Faster**
Pick up in store

**Safe and Secure**
See Privacy Policy

**Online Returns**
By mail or in store

## Payment Information

**Gift Cards & Pitch In™ Card**
N/A

**Reward Certificates**
N/A

**Promotional Codes**
N/A

425 MARKET ST
FL 32 MORRISON FOERSTER LLP
SAN FRANCISCO, CA 94105  USA

| | |
|---|---|
| Product Total: | $499.99 |
| Shipping: | $29.99 |
| Sales Tax: | $42.50 |
| **Subtotal:** | **$572.48** |
| Recycling Fee: | $6.00 |
| **Order Total** (charged to credit card): | **$578.48** |

OR
CHAT NOW


## Important Information About Your Order

**Fees**
One or more applicable fees have been applied to this order. See details above.

**Order Questions:**
If you have questions about your order, please contact Customer Care.

**Order Status:**
Order status, tracking and receipt printing will be available to you shortly after your order submission. Simply select Order Status.

**Scheduled Delivery:**
Please make sure an adult (age 18 or older) is home to sign for scheduled deliveries.

**Gift Cards & Pitch In™ Cards:**
If you used a gift card for this order, keep your card until you've received your purchase and are sure you want to keep it. If you used a Pitch In Card, keep it to use on future purchases. Gift Cards and Pitch In Cards will be credited if you return or cancel an item. Learn more

**Protection Plan:**
Your protection plan will be e-mailed to you. Please print this e-mail and save it for your records.

**Best Buy Installation Services**
Best Buy offers a number of professional in-home services to provide you with installation, servicing, support and assembly of various products. Fees depend upon the type of service or support provided. Learn more.

**Customer Care may be able to assist with the following:**
• Change shipping address or delivery methods
• Extend backorder
• Schedule/cancel appliance installation

 Back to order details



## Payment Summary

Date printed: Sep-01-11

| | |
|---|---|
| **Status:** | Paid with PayPal on Aug 15, 2011. |
| **Seller:** | |
| **Buyer:** | |

## Shipping

**Seller should ship to:**

425 Market Street, 32nd Floor
Morrison Foerster LLP
San Francisco CA 94105
United States

## Payment

| Item Name | Shipping | Qty | Price |
|---|---|---|---|
| HP Compaq Tablet PC TC1000 Tablet PC & THE BASE STATION | Expedited Shipping : **US $20.00** | 1 | US $180.00 |
| 230658968130 - Price: US $180.00 | USPS Priority Mail Large Flat Rate Box® Estimated delivery: August 19 - August 20 | | |
| | | Subtotal: | US $180.00 |
| | | Shipping & handling: | US $20.00 |
| | | **Total:** | **US $200.00** |

**Payment details:**    PayPal

Copyright © 1995-2011 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



About SSL Certificates

 Back to order details



## Payment Summary

Date printed: Sep-01-11

| | |
|---|---|
| **Status:** | Paid with PayPal on Aug 23, 2011. |
| **Seller:** | thewirelesscircle07 |
| **Buyer:** | |

## Shipping

**Seller should ship to:**

425 Market Street, 32nd Floor
Morrison Foerster LLP
San Francisco CA 94105
United States

## Payment

| Item Name | Shipping | Qty | Price |
|---|---|---|---|
| NEW Apple iphone 3G Black 8GB AT&T SmartPhone WiFi GPS<br>220821041079 - Price: US $329.95 | Expedited Shipping : **FREE**<br>USPS Priority Mail®<br>Estimated delivery: August 26 - August 27 | 1 | US $329.95 |

| | | |
|---|---|---|
| | Subtotal: | US $329.95 |
| | Shipping & handling: | FREE |
| | **Total:** | **US $329.95** |

**Payment details:**          PayPal

Copyright © 1995-2011 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



About SSL Certificates



**Apple Store, San Francisco**
One Stockton Street
San Francisco, CA 94108
sanfrancisco@apple.com
415-392-0202

www.apple.com/retail/sanfrancisco/

**August 23, 2011 02:40 PM**

---

**iPhone 4 Black 16GB**                                                    $ 649.00
Part Number: MC676LL/A
Serial Number: C8QG270WDDP7
MEID Number: A100001C2274B7
Return Date: Sep. 22, 2011
For Support, Visit: APPLE.COM/SUPPORT

Verizon Account Information
No Wireless Service Activation during iPhone Sale

I have agreed to the Verizon Wireless Customer Agreement, which was made available for my
review prior to my acceptance.

Use of iPhone constitutes acceptance of the iPhone terms and conditions and other third party
terms and conditions found in the iPhone box, or at http://www.apple.com/legal/sla/ This iPhone
model is configured to work only with the wireless services of Verizon Wireless.

The sales tax for iPhone varies by state and may be based on the unbundled purchase price rather
than the actual purchase price.

If you are not fully satisfied with your iPhone purchase, you can return your undamaged iPhone
within 30 days of purchase for a full refund with no restocking fee.

If you disagree with these terms and conditions you can return the iPhone in accordance with the
Apple Store's return policy http://www.apple.com/legal/sales_policies/retail.html

For information on Apple's privacy policy see www.apple.com/privacy

**iPod Touch 8G (4TH GEN)**                                                $ 229.00
Part Number: MC540LL/A
Serial Number: CCQFW5L5DCP7
Return Date: Sep. 06, 2011
For Support, Visit: APPLE.COM/SUPPORT

---

|  |  |
|---|---|
| Sub-Total | $ 878.00 |
| Tax@8.5% | $ 74.63 |
| **Total** | **$ 952.63** |
| Amount Paid Via Visa (A) | $ 952.63 |

002450

```
*R0755578976*
```

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

Amazon.com - Order 105-6886238-3353804

Save Up to 25% Off College Essentials

Kalliope's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards    Your Digital Items | Your Account | Help

hop All Departments      Search [All Departments ▾] [                    ]      Cart      Wish List

**Your Account > Where's My Stuff? > Order Summary**

## When will your items arrive?

Shipment #1: 1 item - delivery estimate: August 29, 2011 - September 6, 2011

Order Placed: August 24, 2011
Amazon.com order number: 105-6886238-3353804
Order Total: $564.45

### Shipment #1: Ordered from TechnoMaster                      ( Problem with this order? )

Shipping estimate: August 25, 2011 - August 26, 2011
↳ Delivery estimate: August 29, 2011 - September 6, 2011
1 package via USPS

For information about this order, please contact TechnoMaster.
Learn more about TechnoMaster's return and replacement policy.

| Shipping Address: | Items Ordered | Price |
|---|---|---|
| MORRISON AND FOERSTER 425 MARKET ST FL 32 SAN FRANCISCO, CA 94105-2467 United States | 1 of: **Apple iPad (first generation) MB292LL/A Tablet (16GB, Wifi)** [Personal Computers] Condition: New Sold by: TechnoMaster (seller profile) | $554.00 |

| Shipping Speed: | | |
|---|---|---|
| Expedited Shipping | Item(s) Subtotal: | $554.00 |
| | Shipping & Handling: | $10.45 |
| | | ----- |
| | Total Before Tax: | $564.45 |
| | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$564.45** |
| | | ----- |

## Your seller feedback about this order

**Seller Name**

TechnoMaster      Leave Seller Feedback(opportunity expires in 82 days)        ( Leave seller feedback )

See all orders awaiting feedback

## Payment Information                                          ( Need to print an invoice? )

**Payment Method:**

| | | |
|---|---|---|
| | Item(s) Subtotal: | $554.00 |
| | Shipping & Handling: | $10.45 |
| **Billing Address:** | | ----- |
| MORRISON AND FOERSTER 425 MARKET ST FL 32 SAN FRANCISCO, CA 94105-2467 United States | Total Before Tax: | $564.45 |
| | Estimated Tax To Be Collected: | $0.00 |
| | | ----- |
| | **Grand Total:** | **$564.45** |
| | See tax and seller information | |

## Refunds

| **Refund date: August 24, 2011** | Refund Amount: $564.45 |
|---|---|

**amazon**.com·

## Final Details for Order #105-0396440-0740212
Print this page for your records.

**Order Placed:** August 24, 2011
**Amazon.com order number:** 105-0396440-0740212
**Order Total:** $349.99

### Shipped on August 24, 2011

| Items Ordered | Price |
|---|---|
| 1 of: *Apple iPhone 3G 8GB - Unlocked*<br>Condition: New<br>Sold by: Beast Deals (seller profile) | $349.99 |

**Shipping Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
Standard

| | |
|---|---|
| Item(s) Subtotal: | $349.99 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total Before Tax: | $349.99 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$349.99** |
| | ----- |

### Payment Information

**Payment Method:**


**Billing Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

| | |
|---|---|
| Item(s) Subtotal: | $349.99 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total Before Tax: | $349.99 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$349.99** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

 Back to order details



## Payment Summary

Date printed: Sep-01-11

| | |
|---|---|
| **Status:** | Paid with PayPal on Aug 26, 2011. |
| **Seller:** | mojoemodern |
| **Buyer:** | |

## Shipping

**Seller should ship to:**

425 Market St
Morrison Foerster Llp Fl 32
San Francisco CA 94105-2467
United States

## Payment

| Item Name | Shipping | Qty | Price |
|---|---|---|---|
| Apple iphone 1st Generation (8GB) (AT&T) + Charger Box | Expedited Shipping : **US $8.70** | 1 | US $202.45 |
| 300533780645 - Price: US $202.45 | USPS Priority Mail® Estimated delivery: September 3 - September 6 | | |

| | |
|---|---|
| Subtotal: | US $202.45 |
| Shipping & handling: | US $8.70 |
| CA sales tax: | US $17.71 |
| **Total:** | **US $228.86** |

| | |
|---|---|
| **Payment instructions:** | Payment is to be received within 5 days of purchase or item will be relisted. All items sold on an AS IS basis, so please ask questions prior to bidding. Note to International Buyers - we charge a Handling Fee of $6.00 for Int'l Purchases. For Domestic Buyers – we charge a $2.50 Handling Fee. Please do not ask to adjust the shipping rates unless it is for multiple purchases which we are happy to combine shipping. Thank you. |
| **Payment details:** | PayPal |

Copyright © 1995-2011 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



About SSL Certificates

amazon.com

## Final Details for Order #105-4298959-6609048
Print this page for your records.

**Order Placed:** August 29, 2011
**Amazon.com order number:** 105-4298959-6609048
**Order Total:** $653.85

### Shipped on August 29, 2011

| Items Ordered | Price |
|---|---|
| 1 of: *Apple iPad (first generation) MB292LL/A Tablet (16GB, Wifi)*<br>Condition: New<br>Sold by: Galorco Inc (seller profile) | $555.40 |

**Shipping Address:**

MORRISON FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $555.40
Shipping & Handling:   $59.99
-----
Total Before Tax: $615.39
Sales Tax:   $38.46
-----
**Total for This Shipment:$653.85**
-----

### Payment Information

**Payment Method:**

**Billing Address:**

MORRISON AND FOERSTER
425 MARKET ST FL 32
SAN FRANCISCO, CA 94105-2467
United States

Item(s) Subtotal: $555.40
Shipping & Handling:   $59.99
-----
Total Before Tax: $615.39
Estimated Tax To Be Collected:   $38.46
-----
**Grand Total:$653.85**

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

**PayPal**

Packing Slip

| Ship To: | | Ship From: | |
|---|---|---|---|
| Address: | 425 Market St<br>San Francisco, CA 94105<br>United States | Address: | O'Fallon, MO 63366<br>United States |
| Email: | | Email: | |
| Auction ID: | deadpangrin | Auction ID: | bbg_tlf |

Transaction ID: 6PH45107LH954851W

| Description | Options | Qty | Price |
|---|---|---|---|
| COMPAQ TC1000 TABLET PC 1GHz/ 756MB/ 40GB/ W-Base+MORE #270801018448 | | 1 | $220.00 USD |

| | |
|---|---|
| Shipping & Handling: | $0.00 USD |
| Shipping Insurance: | $0.00 USD |
| **Total:** | $220.00 USD |
| | This is not a bill. |

Note: Thanks for paying with PayPal - the safe way to pay online. It was a pleasure doing business with you.

                                                        .@gmail.com>

# BestBuyCells.com: New Order # 100000230

Sales <Sales@bestbuycells.com>                                    Mon, Sep 26, 2011 at 10:14 AM
To:

 Magento®

## Hello,

Thank you for your order from BestBuyCells.com. Once your package ships we will send an email with a link to track your order. If you have any questions about your order please contact us at Sales@BestBuyCells.com or call us at 210-460-0091 Monday - Friday, 8am - 5pm PST.

Your order confirmation is below. Thank you again for your business.

### Your Order #100000230 (placed on September 26, 2011 12:13:57 PM CDT)

**Billing Information:**                                    **Payment Method:**

San Francisco, California, 94130                        **Credit Card Type:**   Visa
United States                                           **Credit Card Number:**
                                                             **Payer Email:**          @gmail.com

**Shipping Information:**                                   **Shipping Method:**

San Francisco, California, 94130                        Priority Shipping (2-3 Days) - Fixed
United States

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| Samsung SCH-i730 Used No Contract Verizon Cell Phone - Excellent Condition | 0080 | 1 | $84.95 |
| | | Subtotal | $84.95 |
| | | Shipping & Handling | $4.95 |
| | | **Grand Total** | **$89.90** |

Thank you again, **BestBuyCells.com**

BestBuy.com - Thank You

BEST BUY® MARKETPLACE

Shop an even wider selection. Best Buy-approved sellers.

Learn more ›

# Thank You for Your Order

[PRINT]

Please print this page for your records. You will also receive a confirmation e-mail with your order details.

To ensure our e-mails reach your inbox, please add Best Buy to your address book. If you have ordered digital content, be sure to check your spam folder and settings.

**Order Date:** 10/05/2011

We'll e-mail confirmation of this order to sittlerc@gmail.com.

Best Buy Community Forum
Ask questions and exchange ideas to get the most from your technology.
Do it now ›

| QTY. | PRODUCT DESCRIPTION | DELIVERY INFORMATION | TOTAL |
|---|---|---|---|
| | **BESTBUY.COM** | Order Number: BBY01-417791004675 | |
| 2 | **Samsung - Galaxy S II 4G Mobile Phone - Black (AT&T) i777** SKU: 3386094 | 425 MARKET ST C/O MORRISON & FOERSTE SAN FRANCISCO, CA 94105 | $1,299.98 |
| | Standard Shipping: $0.00 Estimated Arrival: 10/10-10/13/2011 | | |

**Questions about this order? Contact** Best Buy Customer Service

---

## Payment Information

[X] Click to Chat

**Gift Cards & Pitch In™ Card**
N/A

**Reward Certificates**
N/A

**Promotional Codes**
N/A

| | |
|---|---|
| Product Total: | $1,299.98 |
| Shipping: | FREE |
| Sales Tax: | $110.50 |
| **Order Total (charged to credit card):** | **$1,410.48** |

**Important Information About Your Order**

**Order Questions:**
If you have questions about your order, please contact Customer Care.

**Order Status:**
Order status, tracking and receipt printing will be available to you shortly after your order submission. Simply select Order Status.

**Scheduled Delivery:**
Please make sure an adult (age 18 or older) is home to sign for scheduled deliveries.

**Gift Cards & Pitch In™ Cards:**
If you used a gift card for this order, keep your card until you've received your purchase and are sure you want to keep it. If you used a Pitch In Card, keep it to use on future purchases. Gift Cards and Pitch In Cards will be credited if you return or cancel an item. Learn more

**Protection Plan:**
Your protection plan will be e-mailed to you. Please print this e-mail and save it for your records.

**Best Buy Installation Services**
Best Buy offers a number of professional in-home services to provide you with installation, servicing, support and assembly of various products. Fees depend upon the type of service or support provided. Learn more.

Customer Care may be able to assist with the following:
• Change shipping address or delivery methods
• Extend backorder
• Schedule/cancel appliance installation

Gmail - Receipt for your PayPal payment to vintageklothing



:@gmail.com>

---

# Receipt for your PayPal payment to vintageklothing
1 message

service@intl.paypal.com <service@intl.paypal.com>                Tue, Oct 11, 2011 at 11:01 AM
To:                       @gmail.com>

                                    Oct 11, 2011 11:01:55 PDT
                                                        Transaction ID: 0RK57300HW1526320

Hello

**You sent a payment of $60.00 CAD to vintageklothing (clothingvintage@hotmail.com)**

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

---

| Seller | Note to seller |
|---|---|
| vintageklothing | You haven't included a note. |
| clothingvintage@hotmail.com | |
| | **Shipping details** |
| **Shipping address** - unconfirmed | The seller hasn't provided any shipping details yet. |
| 425 Market St | |
| C/O Morrison Foerster | |
| San Francisco, CA 94105-2403 | |
| United States | |

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| LG CHOCOLATE KG800 WHITE SLIDER CELLPHONE FIDO MOBILITY  Item# 320766189149 | $30.00 CAD | 1 | $30.00 CAD |



| | | |
|---|---|---|
| Shipping and handling | | $30.00 CAD |
| Insurance - not offered | | ---- |
| Total | | $60.00 CAD |
| **Payment** | | $60.00 CAD |

Payment sent to clothingvintage@hotmail.com

| | |
|---|---|
| From amount | $59.87 USD |
| To amount | $60.00 CAD |
| Exchange rate: 1 U.S. Dollar = 1.00217 Canadian Dollars | |

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at: www.paypal.com/ca/help.

FOR INTERNATIONAL PAYMENTS ONLY

Commissions and Fees incurred by sender: $0.00



Your Cart (empty)

amazon wireless

Discover New Apps with
Android Purchase. See details

Cell Phones With Plans ▾   Tablets ▾   Mobile Broadband ▾   Tools & Resources ▾   Blog   MORE AT AMAZON   Accessories   Unlocked Phones   No-Contract Phones   Amazon Appstore for Android

## Your Account

View Orders
Shipping & Returns
Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

Order placed: Oct 19, 2011
AmazonWireless order number: 103-9191217-9401851
Order total: $1,199.98

Shipment #1
2 items - delivery estimate: Oct 27, 2011

**Shipping Information**

**Shipping Address:**

425 MARKET ST
SAN FRANCISCO, CA 94105-2403
United States

Shipment #1: Shipped on Oct 26, 2011

Shipping Speed: Two-Day Shipping

Track your package
1 package via UPS
> Track your package
with tracking number 1ZYR27610301783586
Delivery estimate: Oct 27, 2011

| Items Ordered | Price |
|---|---|
| Samsung Galaxy S II 4G Android Phone (T-Mobile) | $599.99 |
| Samsung Galaxy S II 4G Android Phone (T-Mobile) | $599.99 |

**Payment Information**

**Payment Method:**

**Billing Address:**

Item(s) Subtotal: $1,199.98

Total Before Tax: $1,199.98

Total billed by AmazonWireless: $1,199.98

Stay Connected

 Find us on Facebook
 Follow us on Twitter

Quick links and helpful information about our site

Home
Your Account
Order Status

Our Blog
Returns
Secure Shopping

Help
Conditions of Use
Privacy Policy

We're Hiring
About Us

Need Assistance?

Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc. or its affiliates.



**SDtlyg83jR**

**Returns Are Easy!**
Visit http://www.amazon.com/returns to return any item - including gifts - in unopened or original con...
within 30 days for a full refund (other restrictions apply). Please have your order ID ready.

**Your order of November 3, 2011 (Order ID
105-3168819-5865052)**

| Qty. | Item | Item Price |
|---|---|---|
| 2 | **Samsung Galaxy Tab 7.0 Plus 16GB (Dual Core, Universal Remote, WIFI)** Personal Computers (** P-1-Q550A150 **) B005N130Y4 635753495713 | $399.99 |

**This shipment completes your order.**

Have feedback on how we packaged your order? Tell us at
www.amazon.com/packaging.

Subtotal
Shipping & Handling
Order Total
Paid via credit/debit
Balance due



16/Dtlyg83jR/-2 of 2-//MF/std-n-us/5114492/1104-23:30/1103-19:47/pportili

**V4**

AmazonWireless                                                    Page 1 of 1



Your Cart (empty)

FREE Two-Day Shipping on
all phones and devices. See details



Cell Phones ⌄    Tablets ⌄    Mobile ⌄    Tools & ⌄    Blog    MORE AT    Accessories    Unlocked    No-Contract    Amazon Appstore
With Plans                   Broadband     Resources                                        Phones        Phones       for Android

## Your Account

View Orders

Shipping & Returns

Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-428-8502

### Order Summary

Order placed: Nov 5, 2011
AmazonWireless order number: 105-6276446-4320260
Order total: $2,359.96

Shipment #1
2 items - delivery estimate: Nov 14, 2011
Shipment #2
2 items - delivery estimate: Nov 14, 2011

⚠ **Please note:** To enable faster delivery, we have split your order into multiple shipments. These
shipments should arrive on or close to the same day. Please wait until all of your items have
arrived before activating your new device(s).

Shipping Information

Shipping Address:

425 MARKET ST
SAN FRANCISCO, CA 94105-2403
United States

Shipment #1: Shipped on Nov 11, 2011

Shipping Speed: Two-Day Shipping

Track your package
1 package via UPS
> Track your package
with tracking number 1ZX0015X0216794315
Delivery estimate: Nov 14, 2011

| Items Ordered | Price |
| --- | --- |
| Samsung Focus S 4G Windows Phone (AT&T) | $589.99 |
| Samsung Focus S 4G Windows Phone (AT&T) | $589.99 |

Shipment #2: Shipped on Nov 11, 2011

Shipping Speed: Two-Day Shipping

Track your package
1 package via UPS
> Track your package
with tracking number 1ZX0015X0215603788
Delivery estimate: Nov 14, 2011

| Items Ordered | Price |
| --- | --- |
| Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T) | $589.99 |
| Samsung Galaxy S II Skyrocket 4G Android Phone, Black (AT&T) | $589.99 |

Payment Information

Payment Method:

Billing Address:

| | |
| --- | --- |
| Item(s) Subtotal: | $2,359.96 |
| Total Before Tax: | $2,359.96 |
| Total billed by AmazonWireless: | $2,359.96 |

**Stay Connected**
Find us on Facebook
Follow us on Twitter

**Quick links and helpful information about our site**
Home          Our Blog          Help
Your Account  Returns           Conditions of Use
Order Status  Secure Shopping   Privacy Policy

We're Hiring
About Us

**Need Assistance?**
Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc. or its affiliates.

BestBuy.com - Thank You



**SHOP EARLY, SAVE BIG**

Get a head start on your holiday shopping. Plus free shipping.

Shop ›

Friday and
Saturday.

# Thank You for Your Order



Please print this page for your records. You will also receive a confirmation e-mail with your order details.

To ensure our e-mails reach your inbox, please add Best Buy to your address book. If you have ordered digital content, be sure to check your spam folder and settings.

Order Date: 11/18/2011                    We'll e-mail confirmation of this order to acmeswingco@hotmail.com.

---

**BESTBUY.COM**                                   Order Number:  BBY01-428367012889

| QTY. | PRODUCT DESCRIPTION | DELIVERY INFORMATION | TOTAL |
|---|---|---|---|
| 1 | **Samsung - Galaxy S II Epic 4G Touch Mobile Phone with Samsung Blu-ray Player - Black (Sprint)** SPHD710KIT<br>SKU: 3529199<br><br>Expedited Shipping: $1.99<br>Estimated Arrival: 11/22-11/23/2011 | 425 MARKET ST<br>C/O MORRISON & FOERSTER LLP<br>SAN FRANCISCO, CA  94105 | $699.99 |
| 2 | **Samsung - Galaxy S II Skyrocket 4G Mobile Phone - Black (AT&T)** i727<br>SKU: 4034387<br><br>Expedited Shipping: $3.98<br>Estimated Arrival: 11/22-11/23/2011 | 425 MARKET ST<br>C/O MORRISON & FOERSTER LLP<br>SAN FRANCISCO, CA  94105 | $1,299.98 |
| 2 | **Samsung - Galaxy S II 4G Mobile Phone - Black (T-Mobile)** SAM T989 Galaxy S II<br>SKU: 3756163<br><br>Expedited Shipping: $3.98<br>Estimated Arrival: 11/22-11/23/2011 | 425 MARKET ST<br>C/O MORRISON & FOERSTER LLP<br>SAN FRANCISCO, CA  94105 | $1,299.98 |
| 2 | **Samsung - Galaxy S II 4G Mobile Phone - Black (AT&T)** i777<br>SKU: 3386094<br><br>Expedited Shipping: $3.98<br>Estimated Arrival: 11/22-11/23/2011 | 425 MARKET ST<br>C/O MORRISON & FOERSTER LLP<br>SAN FRANCISCO, CA  94105 | $1,299.98 |

BestBuy.com - Thank You

Questions about this order? Contact Best Buy Customer Service

## Payment Information

**Gift Cards & Pitch In™ Card**
N/A

**Reward Certificates**
N/A

**Promotional Codes**
N/A

| | |
|---|---|
| Product Total: | $4,599.93 |
| Shipping: | $13.93 |
| Sales Tax: | $390.99 |
| **Order Total (charged to credit card):** | **$5,004.85** |

**Reward Zone® Program**

Thank you for using your Reward Zone program
membership on this order. As a Premier member,
enjoy a 45-day return policy, plus other benefits.
Learn more.
**Member ID: ******6833**
**Current Status: Premier Silver**

## Important Information About Your Order

**Order Questions:**
If you have questions about your order, please contact Customer Care.

**Order Status:**
Order status, tracking and receipt printing will be available to you shortly after your order submission. Simply select Order Status.

**Scheduled Delivery:**
Please make sure an adult (age 18 or older) is home to sign for scheduled deliveries.

**Gift Cards & Pitch In™ Cards:**
If you used a gift card for this order, keep your card until you've received your purchase and are sure you want to keep it. If you used a Pitch In
Card, keep it to use on future purchases. Gift Cards and Pitch In Cards will be credited if you return or cancel an item. Learn more

**Protection Plan:**
Your protection plan will be e-mailed to you. Please print this e-mail and save it for your records.

**Best Buy Installation Services**
Best Buy offers a number of professional in-home services to provide you with installation, servicing, support and assembly of various
products. Fees depend upon the type of service or support provided. Learn more.

**Customer Care may be able to assist with the following:**
· Change shipping address or delivery methods
· Extend backorder
· Schedule/cancel appliance installation
· Return a protection plan
· Cancel order items (**NOTE:** If you'd like to cancel a BestBuy.com order being shipped, you must do so **within one hour** of submitting your
order)



Your Cart (empty)

**amazon**wireless

Discover New Apps with
Android Purchase. See details

Cell Phones With Plans  Tablets  Mobile Broadband  Tools & Resources  Blog  MORE AT AMAZON  Accessories  Unlocked Phones  No-Contract Phones  Amazon Appstore for Android

## Your Account

View Orders

Shipping & Returns

Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

Order placed: Nov 18, 2011
AmazonWireless order number: 103-7451778-0737813
Order total: $529.99

Shipment #1
1 item - delivery estimate: Nov 21, 2011

**Shipping Information**

Shipping Address:

425 MARKET ST
SAN FRANCISCO, CA 94105-2403
United States

Shipment #1: Shipped on Nov 18, 2011

Shipping Speed: Two-Day Shipping

Track your package
1 package via ONTRAC
› Track your package
with tracking number C11001135793645
Delivery estimate: Nov 21, 2011

| Items Ordered | Price |
|---|---|
| Samsung Galaxy S II Epic Touch 4G Android Phone, Black (Sprint) | $529.99 |

**Payment Information**

Payment Method:

Billing Address:

| | |
|---|---|
| Item(s) Subtotal: | $529.99 |
| Total Before Tax: | $529.99 |
| Total billed by AmazonWireless: | $529.99 |

**Stay Connected**

Find us on Facebook

Follow us on Twitter

**Quick links and helpful information about our site**

Home          Our Blog        Help
Your Account  Returns         Conditions of Use
Order Status  Secure Shopping Privacy Policy

We're Hiring
About Us

**Need Assistance?**

Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.



# CUSTOMER RECEIPT

**Please keep this important document for your records.**

Thank you for choosing Verizon Wireless! To activate your wireless device, please refer to the Activation Guide that came with your order. Please retain these documents for your records. Become an expert on your device- Enroll in a FREE wireless workshop today at verizonwireless.com/workshops or visit our support site at verizonwireless.com/support <verizonwireless.com/support>. Manage your account online with My Verizon, or call Customer Service at 1-800-922-0204 or dial *611 from your wireless phone, Monday to Sunday, 6 AM to 11 PM.

**Ship To:**

SAN FRANCISCO, CA 94130-1420

| | |
|---|---|
| Order No: | 001680809001 |
| Location Code: | W173101 |
| Order Process Date: | 12/15/2011 |
| Ship Date: | 12/15/2011 |
| Wrhs Order No: | 0681160520 |

| Item Description | Item SKU | Retail Price / Inventory Cost* | Ship Qty | Item Price | Item Subtotal |
|---|---|---|---|---|---|
| SAMSUNG SCH-I515 | SCHI515MSV | $ 649.99 | 1 | $649.99 | $649.99 |
| User: Mobile No: IMEI: | 990000285101079 | | | | |
| SED SHIPPING OVRNGHT | SEDFEDEX001 | | 1 | $0.00 | $0.00 |
| GEM 3FF DFIL SIM | DFILLSIM3FF-A | | 1 | $0.00 | $0.00 |
| User: Mobile No: ICCID: | 89148000000077828698 | | | | |

| | |
|---|---|
| Order Subtotal: | $649.99 |
| CA Local Sales Tax | 16.25 |
| CA State Sales Tax | 39.00 |
| Total Tax/Fees | 55.25 |

Payment Info: Credit Card    Order Total: **$705.24**

\* In California, sales tax is calculated on the full retail price of the device, not the discounted price you pay. In Massachusetts and Nevada, sales tax is calculated on the inventory cost of the device. The sales tax charged on your device was based on $649.99

Verizon Wireless SIM may only be used with devices certified for use on Verizon Wireless' network. You can check if your device is certified at www.verizonwireless.com/certifieddevice

**Return/Exchange Policy:** New and Certified Pre-Owned merchandise may only be returned or exchanged within 14 days of purchase. You are permitted to make one exchange. A restocking fee of $35 ($70 for netbooks, notebooks and tablets) applies to any return or exchange of a wireless device (excluding Hawaii). Returning equipment does not terminate your service - please call Customer Service at the number above if you wish to cancel. Cancellations must occur within 3 days of activation for the Activation Fee to be refunded. If you return your merchandise after the return period, you will not receive a refund and your merchandise will not be returned to you. See verizonwireless.com/returnpolicy for complete details.

BUSINESS AND GOVERNMENT CUSTOMERS: The terms and conditions for return and exchange, including the return period, may vary by contract. Please contact your Verizon Wireless Account Manager or refer to your contract.

HOLIDAY RETURNS/EXCHANGES: Purchases made between November 15 and December 28, 2011 may be returned or exchanged through January 15, 2012. All other provisions of Verizon Wireless' Return & Exchange Policy continue to apply, including the restock fee.

**Return Instructions:** (1) Pack merchandise in original packaging and place in shipping box; (2) Include a copy of this receipt; (3) Attach the return label and keep a copy of the label; (4) Return your package using shipping carrier identified on return label.



# CUSTOMER RECEIPT

**Please keep this important document for your records.**

Thank you for choosing Verizon Wireless! To activate your wireless device, please refer to the Activation Guide that came with your order. Please retain these documents for your records. Become an expert on your device- Enroll in a FREE wireless workshop today at verizonwireless.com/workshops or visit our support site at verizonwireless.com/support <verizonwireless.com/support>. Manage your account online with My Verizon, or call Customer Service at 1-800-922-0204 or dial *611 from your wireless phone, Monday to Sunday, 6 AM to 11 PM.

**Ship To:**

MORRISON & FOERSTER, LLP
425 MARKET ST

SAN FRANCISCO,  CA  94105-2422

| | |
|---|---|
| Order No: | 001680920004 |
| Location Code: | W173101 |
| Order Process Date: | 12/15/2011 |
| Ship Date: | 12/15/2011 |
| Wrhs Order No: | 0681172030 |

| Item Description | Item SKU | Retail Price /<br>Inventory Cost* | Ship<br>Qty | Item<br>Price | Item<br>Subtotal |
|---|---|---|---|---|---|
| SAMSUNG SCH-I515 | SCHI515MSV | $ 649.99 | 1 | $294.99 | $294.99 |
| | User:  AARON NAVATRIL | | | | |
| | Mobile No:  415-852-1370 | | | | |
| | IMEI:  990000282355363 | | | | |
| SED SHIPPING OVRNGHT | SEDFEDEX001 | | 1 | $0.00 | $0.00 |
| GEM 3FF DFIL SIM | DFILLSIM3FF-A | | 1 | $0.00 | $0.00 |
| | User:  AARON NAVATRIL | | | | |
| | Mobile No:  415-852-1370 | | | | |
| | ICCID:  89148000000077746221 | | | | |

| | |
|---|---|
| Order Subtotal: | $294.99 |
| CA Local Sales Tax | 16.25 |
| CA State Sales Tax | 39.00 |
| Total Tax/Fees | 55.25 |
| Payment Info: Credit Card   Order Total: | $350.24 |

* In California, sales tax is calculated on the full retail price of the device, not the discounted price you pay.  In Massachusetts and Nevada, sales tax is calculated on the inventory cost of the device. The sales tax charged on your device was based on $649.99

Verizon Wireless SIM may only be used with devices certified for use on Verizon Wireless' network. You can check if your device is certified at www.verizonwireless.com/certifieddevice

**Return/Exchange Policy:** New and Certified Pre-Owned merchandise may only be returned or exchanged within 14 days of purchase.You are permitted to make one exchange. A restocking fee of $35 ($70 for netbooks, notebooks and tablets) applies to any return or exchange of a wireless device (excluding Hawaii). Returning equipment does not terminate your service - please call Customer Service at the number above if you wish to cancel. Cancellations must occur within 3 days of activation for the Activation Fee to be refunded. If you return your merchandise after the return period, you will not receive a refund and your merchandise will not be returned to you. See verizonwireless.com/returnpolicy for complete details.

BUSINESS AND GOVERNMENT CUSTOMERS: The terms and conditions for return and exchange, including the return period, may vary by contract.Please contact your Verizon Wireless Account Manager or refer to your contract.

HOLIDAY RETURNS/EXCHANGES:  Purchases made between November 15 and December 28, 2011 may be returned or exchanged through January 15, 2012. All other provisions of Verizon Wireless' Return & Exchange Policy continue to apply, including the restock fee.

**Return Instructions:**  (1) Pack merchandise in original packaging and place in shipping box;  (2) Include a copy of this receipt; (3) Attach the return label and keep a copy of the label; (4) Return your package using shipping carrier identified on return label.



# CUSTOMER RECEIPT

**Please keep this important document for your records.**

Thank you for choosing Verizon Wireless! To activate your wireless device, please refer to the Activation Guide that came with your order. Please retain these documents for your records. Become an expert on your device- Enroll in a FREE wireless workshop today at verizonwireless.com/workshops or visit our support site at verizonwireless.com/support <verizonwireless.com/support>. Manage your account online with My Verizon, or call Customer Service at 1-800-922-0204 or dial *611 from your wireless phone, Monday to Sunday, 6 AM to 11 PM.

**Ship To:**

MORRISON & FOERSTER, LLP
555 MARKET ST

SAN FRANCISCO, CA  94105-2800

| | | |
|---|---|---|
| Order No: | 001680920001 |
| Location Code: | W173101 |
| Order Process Date: | 12/15/2011 |
| Ship Date: | 12/15/2011 |
| Wrhs Order No: | 0681172028 |

| Item Description | Item SKU | Retail Price / Inventory Cost* | Ship Qty | Item Price | Item Subtotal |
|---|---|---|---|---|---|
| SAMSUNG SCH-I515 | SCHI515MSV | $ 649.99 | 1 | $294.99 | $294.99 |
| User: | JAVIER C | | | | |
| Mobile No: | 415-404-8778 | | | | |
| IMEI: | 990000282138348 | | | | |
| SED SHIPPING OVRNGHT | SEDFEDEX001 | | 1 | $0.00 | $0.00 |
| GEM 3FF DFIL SIM | DFILLSIM3FF-A | | 1 | $0.00 | $0.00 |
| User: | JAVIER C | | | | |
| Mobile No: | 415-404-8778 | | | | |
| ICCID: | 89148000000077764356 | | | | |

| | |
|---|---|
| Order Subtotal: | $294.99 |
| CA Local Sales Tax | 16.25 |
| CA State Sales Tax | 39.00 |
| Total Tax/Fees | 55.25 |
| Payment Info: Credit Card    Order Total: | $350.24 |

* In California, sales tax is calculated on the full retail price of the device, not the discounted price you pay.  In Massachusetts and Nevada, sales tax is calculated on the inventory cost of the device. The sales tax charged on your device was based on $649.99

Verizon Wireless SIM may only be used with devices certified for use on Verizon Wireless' network. You can check if your device is certified at www.verizonwireless.com/certifieddevice

**Return/Exchange Policy:** New and Certified Pre-Owned merchandise may only be returned or exchanged within 14 days of purchase. You are permitted to make one exchange. A restocking fee of $35 ($70 for netbooks, notebooks and tablets) applies to any return or exchange of a wireless device (excluding Hawaii). Returning equipment does not terminate your service - please call Customer Service at the number above if you wish to cancel. Cancellations must occur within 3 days of activation for the Activation Fee to be refunded. If you return your merchandise after the return period, you will not receive a refund and your merchandise will not be returned to you. See verizonwireless.com/returnpolicy for complete details.
BUSINESS AND GOVERNMENT CUSTOMERS: The terms and conditions for return and exchange, including the return period, may vary by contract. Please contact your Verizon Wireless Account Manager or refer to your contract.

HOLIDAY RETURNS/EXCHANGES: Purchases made between November 15 and December 28, 2011 may be returned or exchanged through January 15, 2012. All other provisions of Verizon Wireless' Return & Exchange Policy continue to apply, including the restock fee.



# CUSTOMER RECEIPT

**Please keep this important document for your records.**

---

Thank you for choosing Verizon Wireless! To activate your wireless device, please refer to the Activation Guide that came with your order. Please retain these documents for your records. Become an expert on your device- Enroll in a FREE wireless workshop today at verizonwireless.com/workshops or visit our support site at verizonwireless.com/support <verizonwireless.com/support>. Manage your account online with My Verizon, or call Customer Service at 1-800-922-0204 or dial *611 from your wireless phone, Monday to Sunday, 6 AM to 11 PM.

---

**Ship To:**

MORRISON & FOERSTER, LLP
555 MARKET ST

SAN FRANCISCO,  CA  94105-2800

| | |
|---|---|
| Order No: | **001680920002** |
| Location Code: | **W173101** |
| Order Process Date: | 12/15/2011 |
| Ship Date: | 12/15/2011 |
| Wrhs Order No: | 0681172028 |

---

| Item Description | Item SKU | Retail Price / Inventory Cost* | Ship Qty | Item Price | Item Subtotal |
|---|---|---|---|---|---|
| SAMSUNG SCH-I515 | SCHI515MSV | $ 649.99 | 1 | $294.99 | $294.99 |
| | User: JAVIER C | | | | |
| | Mobile No: 415-404-1224 | | | | |
| | IMEI: 990000282346933 | | | | |
| SED SHIPPING OVRNGHT | SEDFEDEX001 | | 1 | $0.00 | $0.00 |
| GEM 3FF DFIL SIM | DFILLSIM3FF-A | | 1 | $0.00 | $0.00 |
| | User: JAVIER C | | | | |
| | Mobile No: 415-404-1224 | | | | |
| | ICCID: 89148000000077764307 | | | | |

| | |
|---|---|
| Order Subtotal: | $294.99 |
| CA Local Sales Tax | 16.25 |
| CA State Sales Tax | 39.00 |
| Total Tax/Fees | 55.25 |
| Payment Info: Credit Card    Order Total: | $350.24 |

---

\* In California, sales tax is calculated on the full retail price of the device, not the discounted price you pay.  In Massachusetts and Nevada, sales tax is calculated on the inventory cost of the device. The sales tax charged on your device was based on $649.99

Verizon Wireless SIM may only be used with devices certified for use on Verizon Wireless' network. You can check if your device is certified at www.verizonwireless.com/certifieddevice

**Return/Exchange Policy:** New and Certified Pre-Owned merchandise may only be returned or exchanged within 14 days of purchase.You are permitted to make one exchange. A restocking fee of $35 ($70 for netbooks, notebooks and tablets) applies to any return or exchange of a wireless device (excluding Hawaii). Returning equipment does not terminate your service - please call Customer Service at the number above if you wish to cancel. Cancellations must occur within 3 days of activation for the Activation Fee to be refunded. If you return your merchandise after the return period, you will not receive a refund and your merchandise will not be returned to you. See verizonwireless.com/returnpolicy for complete details.
BUSINESS AND GOVERNMENT CUSTOMERS: The terms and conditions for return and exchange, including the return period, may vary by contract.Please contact your Verizon Wireless Account Manager or refer to your contract.

HOLIDAY RETURNS/EXCHANGES:  Purchases made between November 15 and December 28, 2011 may be returned or exchanged through January 15, 2012. All other provisions of Verizon Wireless' Return & Exchange Policy continue to apply, including the restock fee.

---



# CUSTOMER RECEIPT

**Please keep this important document for your records.**

Thank you for choosing Verizon Wireless! To activate your wireless device, please refer to the Activation Guide that came with your order. Please retain these documents for your records. Become an expert on your device- Enroll in a FREE wireless workshop today at verizonwireless.com/workshops or visit our support site at verizonwireless.com/support <verizonwireless.com/support>. Manage your account online with My Verizon, or call Customer Service at 1-800-922-0204 or dial *611 from your wireless phone, Monday to Sunday, 6 AM to 11 PM.

**Ship To:**

MORRISON & FOERSTER, LLP
555 MARKET ST

SAN FRANCISCO, CA 94105-2800

| | | |
|---|---|---|
| **Order No:** | 001680920003 |
| **Location Code:** | W173101 |
| Order Process Date: | 12/15/2011 |
| Ship Date: | 12/15/2011 |
| Wrhs Order No: | 0681172028 |

| Item Description | Item SKU | Retail Price / Inventory Cost* | Ship Qty | Item Price | Item Subtotal |
|---|---|---|---|---|---|
| SAMSUNG SCH-I515 | SCHI515MSV | $ 649.99 | 1 | $294.99 | $294.99 |
| | User: | AARON NAVATRIL | | | |
| | **Mobile No:** | 415-852-1368 | | | |
| | IMEI: | 990000282346685 | | | |
| SED SHIPPING OVRNGHT | SEDFEDEX001 | | 1 | $0.00 | $0.00 |
| GEM 3FF DFIL SIM | DFILLSIM3FF-A | | 1 | $0.00 | $0.00 |
| | User: | AARON NAVATRIL | | | |
| | **Mobile No:** | 415-852-1368 | | | |
| | ICCID: | 89148000000077764323 | | | |

|  |  |
|---|---|
| Order Subtotal: | $294.99 |
| CA Local Sales Tax | 16.25 |
| CA State Sales Tax | 39.00 |
| Total Tax/Fees | 55.25 |
| **Payment Info:** Credit Card    Order Total: | $350.24 |

* In California, sales tax is calculated on the full retail price of the device, not the discounted price you pay. In Massachusetts and Nevada, sales tax is calculated on the inventory cost of the device. The sales tax charged on your device was based on $649.99

Verizon Wireless SIM may only be used with devices certified for use on Verizon Wireless' network. You can check if your device is certified at www.verizonwireless.com/certifieddevice

**Return/Exchange Policy:** New and Certified Pre-Owned merchandise may only be returned or exchanged within 14 days of purchase. You are permitted to make one exchange. A restocking fee of $35 ($70 for netbooks, notebooks and tablets) applies to any return or exchange of a wireless device (excluding Hawaii). Returning equipment does not terminate your service - please call Customer Service at the number above if you wish to cancel. Cancellations must occur within 3 days of activation for the Activation Fee to be refunded. If you return your merchandise after the return period, you will not receive a refund and your merchandise will not be returned to you. See verizonwireless.com/returnpolicy for complete details.

BUSINESS AND GOVERNMENT CUSTOMERS: The terms and conditions for return and exchange, including the return period, may vary by contract. Please contact your Verizon Wireless Account Manager or refer to your contract.

HOLIDAY RETURNS/EXCHANGES: Purchases made between November 15 and December 28, 2011 may be returned or exchanged through January 15, 2012. All other provisions of Verizon Wireless' Return & Exchange Policy continue to apply, including the restock fee.

---

# KingOfGadgets.co.uk

103375

**INVOICE from: SellTrade Ltd.**
**Invoice Date :  01/11/2011**
**Order Number: 103375**

**Billing Address**

MORRISON FOERSTER
425 MARKET ST
SAN FRANCISCO
CA
94105-2403
United States

**Shipping Address**

MORRISON FOERSTER
425 MARKET ST
SAN FRANCISCO
CA
94105-2403
United States

**Payment Method**

Amazon

**Order Source :**

Amazon

| Item Summary | | | | | | |
|---|---|---|---|---|---|---|
| Location | Qty | Product Description | Unit Price | Net Price | | Amount |
| Dropshipped | 6 | Samsung I9250 Galaxy Nexus 16GB Sim Free Mobile Phone | £ 549.99 | £ 3,299.94 | | £ 3,299.94 |
| | | | Total Items: | £ 3,299.94 | | £ 3,299.94 |
| | | | Carriage: | £ 99.99 | | £ 99.99 |
| | | | **Total Price:** | **£ 3,399.93** | | **£ 3,399.93** |

Batch #: Barcode #: WWW1A9WPRQU Scanned Date = 2012-01-12 15:24:23.000

BestBuy.com - Thank You

**Store Pickup Plus.**

Place an order online and pick it up in a store.

No shipping charges ›

# Thank You for Your Order

Please print this page for your records. You will also receive a confirmation e-mail with your order details.

To ensure our e-mails reach your inbox, please add Best Buy to your address book. If you have ordered digital content, be sure to check your spam folder and settings.

Order Date: 01/04/2012                   We'll e-mail confirmation of this order to sittlerc@gmail.com .

**BESTBUY.COM**                                           Order Number:  BBY01-428469109181

| QTY. | PRODUCT DESCRIPTION | DELIVERY INFORMATION | TOTAL |
|------|---------------------|----------------------|-------|
| 2 | **Samsung - Exhibit II 4G Mobile Phone - Blue/Silver (T-Mobile)** T679<br>SKU: 3984036<br><br>Express Shipping: $9.98<br>Estimated Arrival: 01/06-01/09/2012 | 425 MARKET ST<br>MORRISON & FOERSTER<br>SAN FRANCISCO, CA  94105 | $699.98 |
| 2 | **Samsung - Transform Ultra M930 Mobile Phone - Black (Sprint)** SPHM930KIT<br>SKU: 3796151<br><br>Express Shipping: $9.98<br>Estimated Arrival: 01/06-01/09/2012 | 425 MARKET ST<br>MORRISON & FOERSTER<br>SAN FRANCISCO, CA  94105 | $999.98 |
| 2 | **Samsung - Illusion Mobile Phone - Black (Verizon Wireless)** SCHI110ZKV<br>SKU: 3903576<br><br>Express Shipping: $9.98<br>Estimated Arrival: 01/06-01/09/2012 | 425 MARKET ST<br>MORRISON & FOERSTER<br>SAN FRANCISCO, CA  94105 | $599.98 |
| 2 | **Samsung - Captivate Glide 4G Mobile Phone - Black (AT&T)** i927<br>SKU: 3693137<br><br>Express Shipping: $9.98<br>Estimated Arrival: 01/06-01/09/2012 | 425 MARKET ST<br>MORRISON & FOERSTER<br>SAN FRANCISCO, CA  94105 | $1,199.98 |

Questions about this order? Contact Best Buy Customer Service

**Payment Information**

Gift Cards & Pitch In™ Card
N/A

Batch # — Barcode # — WWWW1A9WPRQU  Scanned Date = 2012-01-12 15:24:23.000

BestBuy.com - Thank You

Reward Certificates
N/A

Promotional Codes
N/A

425 MARKET ST
MORRISON & FOERSTER
SAN FRANCISCO, CA 94105  USA

| | |
|---|---|
| Product Total: | $3,499.92 |
| Shipping: | $39.92 |
| Sales Tax: | $297.49 |
| **Order Total (charged to credit card):** | **$3,837.33** |

**Important Information About Your Order**

**Order Questions:**
If you have questions about your order, please contact Customer Care.

**Order Status:**
Order status, tracking and receipt printing will be available to you shortly after your order submission. Simply select Order Status.

**Scheduled Delivery:**
Please make sure an adult (age 18 or older) is home to sign for scheduled deliveries.

**Gift Cards & Pitch In™ Cards:**
If you used a gift card for this order, keep your card until you've received your purchase and are sure you want to keep it. If you used a Pitch In Card, keep it to use on future purchases. Gift Cards and Pitch In Cards will be credited if you return or cancel an item. Learn more

**Protection Plan:**
Your protection plan will be e-mailed to you. Please print this e-mail and save it for your records.

**Best Buy Installation Services**
Best Buy offers a number of professional in-home services to provide you with installation, servicing, support and assembly of various products. Fees depend upon the type of service or support provided. Learn more.

**Customer Care may be able to assist with the following:**
- Change shipping address or delivery methods
- Extend backorder
- Schedule/cancel appliance installation
- Return a protection plan
- Cancel order items (NOTE: If you'd like to cancel a BestBuy.com order being shipped, you must do so within one hour of submitting your order)



**Get a Card**

Save Money with exclusive financing offers and earn Reward Zone points.

**Credit Cards**

- Apply Now
- Make a Payment

**Reward Zone® Program**

- Learn More
- Check Your Points

PayPal Website Payment Details - PayPal

**PayPal**

My Account   Send Money   Request Money   Merchant Services   Products & Services

Overview   Add Funds   Withdraw   History   Statements   Resolution Center   Profile

# Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #2S164579HT867022M)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 5, 2012 | Payment To Granny's Attic Florida | Completed | ... | -$399.99 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 5, 2012 | Charge From Credit Card | Completed | Details | $399.99 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Q1 Ultra UMPC Mobile PC Computer Tablet /Docking Station/Extra Batteries Item # 370544673884 | | $399.99 USD |
| | | Amount | $399.99 USD |

Business Contact Information

Customer Service Email:
Customer Service Phone:

Item Total: $399.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$399.99 USD
Fee amount: $0.00 USD
Net amount: -$399.99 USD
Date: Jan 5, 2012
Time: 17:17:58 PST
Status: Completed

Insurance: $0.00 USD

Shipping Address:   425 Market St
Morrison
San Francisco, CA 94105-2403

Batch # . Barcode # : WWWW1A9XEHWHG Scanned Date : 2012-01-12 15:24:10.000

PayPal Website Payment Details - PayPal

## PayPal

Log Out | Help | Security and Protection                    [          ] Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Funds   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

> **Confirm receipt**: Within the expected arrival date, please confirm if you have received the purchased merchandise. We are here to help if you have any problems with your purchase.

**Express Checkout Payment Sent (Unique Transaction ID #44452978UJ658902X)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 8, 2012 | Payment To | Completed | ... | -$249.99 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 8, 2012 | Charge From Credit Card | Completed | Details | $249.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | SAMSUNG Q1 ULTRA MOBIL PC<br>Item # 250966800631 | | $249.99 USD |
| | | Amount | $249.99 USD |

Item Total: $249.99 USD

Sales Tax:

Shipping: $0.00 USD

Seller discount or charges: $0.00 USD

Total amount: -$249.99 USD

Fee amount: $0.00 USD

Net amount: -$249.99 USD

Date: Jan 8, 2012

Time: 13:34:37 PST

Status: Completed

Insurance: $0.00 USD

Shipping Address:

San Francisco, CA 94130
United States
Unconfirmed

 @gmail.com>

## Your Order with Amazon.com

1 message

auto-confirm@amazon.com <auto-confirm@amazon.com>                Tue, Jan 10, 2012 at 12:24 PM
To:

**amazon**.com      ☒ VIEW CART  |  WISH LIST  |  ( YOUR ACCOUNT )  |  HELP

**Thanks for your order**

**Want to manage your order online?**
If you need to check the status of your order or make changes, please visit our home page at
Amazon.com and click on Your Account at the top of any page.

**Purchasing Information:**

**E-mail Address:**

**Billing Address:**                            **Shipping Address:**

Morrison Foerster                               Morrison Foerster
425 Market St.                                  425 Market St.
San Francisco, CA 94105                         San Francisco, CA 94105
United States                                   United States

**Order #3 : BLUTEKUSA**

**Order #:**                       102-3601476-8181058
**Shipping Method:**               Expedited
**Shipping Preference:**           Group my items into as few shipments as possible
Items:                             $1,799.95
Shipping & Handling:               $16.68
                                   ------
Total Before Tax:                  $1,816.63
Estimated Tax To Be Collected:*    $0.00
                                   ------
**Order Total:**                   **$1,816.63**


**Delivery estimate:** Jan. 12, 2012 - Jan. 18, 2012
  **5 "Apple iPhone 3GS 8GB - Unlocked"**
    Wireless Phone Accessory; $359.99
    In Stock
      Sold by: BLUTEKUSA

| | |
|---|---|
| **Order #:** | 102-0559801-9773001 |
| **Shipping Method:** | One-Day Shipping |
| **Shipping Preference:** | Group my items into as few shipments as possible |
| Items: | $2,080.00 |
| Shipping & Handling: | $55.00 |
| | ------ |
| Total Before Tax: | $2,135.00 |
| Estimated Tax To Be Collected:* | $0.00 |
| | ------ |
| **Order Total:** | **$2,135.00** |



**Need to print an invoice?**
Visit www.amazon.com/your-account and click to view your orders. Click "View order" next to
the appropriate order. You'll find a button to print an invoice on the next page

**Where can I get help with reviewing or changing my orders?**
To learn more about managing your orders on Amazon.com, please visit our Help pages at
www.amazon.com/help/orders/.

Please be aware that items in this order may be subject to California's Electronic Waste
Recycling Act. If any items in this order are subject to that Act, the seller of that item has
elected to pay any fees due on your behalf.

Please note: This e-mail message was sent from a notification-only address that cannot accept
incoming e-mail. Please do not reply to this message.

If you ever need to return an order, visit our Online Returns Center: www.amazon.com/returns

Thanks again for shopping with us.

**Amazon.com**
**Earth's Biggest Selection**

✉ Prefer not to receive HTML mail? Click here

Amazon.com - Order 102-0091809-0374616                                   Page 1 of 1

# amazon.com

### Final Details for Order #102-0091809-0374616
Print this page for your records.

**Order Placed:** January 10, 2012
**Amazon.com order number:** 102-0091809-0374616
**Order Total:** $3,625.12

| Shipped on January 10, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 4 of: *Samsung T959 Galaxy S Vibrant 4G Unlocked Phone with Android OS, 5 MP Camera, GPS and Wi-Fi - Unlocked Phone - US Warranty - Black* <br> Condition: New <br> Sold by: Alizai Enterprise Inc (seller profile) | $342.94 |
| 4 of: *Apple iPad (first generation) MB292LL/A Tablet (16GB, Wifi)* <br> Condition: New <br> Sold by: Matthew R Billings (seller profile) | $549.99 |

| Shipping Address: | |
| --- | --- |
| Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | Item(s) Subtotal: $3,571.72 <br> Shipping & Handling: $53.40 <br> ----- <br> Total Before Tax: $3,625.12 <br> Sales Tax: $0.00 <br> ----- <br> **Total for This Shipment:$3,625.12** <br> ----- |
| **Shipping Speed:** <br> One-Day Shipping | |

| Payment Information | |
| --- | --- |
| **Payment Method:** | Item(s) Subtotal: $3,571.72 <br> Shipping & Handling: $53.40 <br> ----- |
| **Billing Address:** <br> Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | Total Before Tax: $3,625.12 <br> Estimated Tax To Be Collected: $0.00 <br> ----- <br> **Grand Total:$3,625.12** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 102-9701960-9588244                                    Page 1 of 1

# amazon.com

## Final Details for Order #102-9701960-9588244
Print this page for your records.

**Order Placed:** January 10, 2012
**Amazon.com order number:** 102-9701960-9588244
**Order Total:** $3,293.84

| Shipped on January 10, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 4 of: *Samsung Infuse 4G (AT&T) Unlocked Smartphone i997 [Wireless Phone Accessory]*<br>Condition: New<br>Sold by: WorldWide Distributors (seller profile) | $329.99 |
| 3 of: *Apple iPad 2 MC769LL/A Tablet (16GB, WiFi, Black)*<br>Condition: New<br>Sold by: WorldWide Distributors (seller profile) | $529.95 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $2,909.81 |
| Shipping & Handling: | $125.99 |
| | ----- |
| Total Before Tax: | $3,035.80 |
| Sales Tax: | $258.04 |
| | ----- |
| **Total for This Shipment:** | **$3,293.84** |
| | ----- |

| Payment Information | |
|---|---|

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $2,909.81 |
| Shipping & Handling: | $125.99 |
| | ----- |
| Total Before Tax: | $3,035.80 |
| Estimated Tax To Be Collected: | $258.04 |
| | ----- |
| **Grand Total:** | **$3,293.84** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates



**Apple Store, San Francisco**
One Stockton Street
San Francisco, CA 94108
sanfrancisco@apple.com
415-392-0202

www.apple.com/retail/sanfrancisco/

January 12, 2012 10:04 AM

| | |
|---|---|
| **iPhone 4 Black 8GB GSM** | $ 549.00 |

Part Number: MD128LL/A
Serial Number: DNPGP0AUDP0N
IMEI Number: 012957003007967
Return Date: Feb. 11, 2012
For Support, Visit: apple.com/support

iPhone Unlocked

Use of iPhone constitutes acceptance of the iPhone terms and conditions and other third party terms and conditions found in the iPhone box, or at http://www.apple.com/legal/sla/

The sales tax for iPhone varies by state and may be based on the unbundled purchase price rather than the actual purchase price.

If you are not fully satisfied with your iPhone purchase, you can return your undamaged iPhone within 30 days of purchase for a full refund with no restocking fee.

If you disagree with these terms and conditions you can return the iPhone in accordance with the Apple Store's return policy http://www.apple.com/legal/sales_policies/retail.html

For information on Apple's privacy policy see www.apple.com/privacy

| | | |
|---|---|---|
| | Sub-Total | $ 549.00 |
| | Tax@8.5% | $ 46.67 |
| | **Total** | **$ 595.67** |
| | Amount Paid Via Visa (A) | $ 595.67 |

021005



\* R 0 7 5 4 8 0 9 2 6 7 \*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

Gmail - Receipt for your PayPal payment to AZTECX COMPUTER

                                                          @gmail.com>

---

## Receipt for your PayPal payment to AZTECX COMPUTER
1 message

**service@paypal.com <service@paypal.com>**                    Thu, Jan 12, 2012 at 2:16 PM
To:

                                          Jan 12, 2012 14:16:49 PST
                                                             Transaction ID: 8K497187X9140322A

Hello

**You sent a payment of $468.71 USD to AZTECX COMPUTER (ebay@aztecomputer.com)**

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

---

**Seller**                              ☒ **Note to seller**
AZTECX COMPUTER                         Please ship this to me NEXT DAY. I need it by
ebay@aztecomputer.com                   Monday, 1/16 at the latest. You may of course bill
                                        me for the extra charges.

**Shipping address** - unconfirmed      **Shipping details**
                                        The seller hasn't provided any shipping details yet.
425 Market St
Morrison
San Francisco, CA 94105-2403
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Samsung Galaxy Tab GT-P7510/M16 16GB, Wi-Fi, 10.1in - WHITE BRAND NEW SEALED Item# 330671078432 | $435.00 USD | 1 | $435.00 USD |

|  |  |  |
|---|---|---|
| Shipping and handling | | $0.00 USD |
| Insurance - not offered | | ---- |
| Tax | | $33.71 USD |
| Total | | $468.71 USD |
| **Payment** | | $468.71 USD |

This charge will appear on your credit card statement as "PAYPAL *AZTECXCOMPU"
Payment sent to paypal@aztecomputer.com

---

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

⑦ Questions? Go to the Help Center at: www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For
assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

amazon.com

## Final Details for Order #102-0753993-7578649
Print this page for your records.

**Order Placed:** January 26, 2012
**Amazon.com order number:** 102-0753993-7578649
**Order Total:** $422.57

### Shipped on January 28, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Sony Ericsson Arc S LT18i Unlocked GSM Cellular Phone--International Version, no Warranty (Black)*<br>Condition: New<br>Sold by: TRD-Trading GmbH (seller profile) | $404.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $404.99 |
| Shipping & Handling: | $17.58 |
| | ----- |
| Total Before Tax: | $422.57 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$422.57** |
| | ----- |

**Shipping Speed:**
One-Day Shipping

### Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $404.99 |
| Shipping & Handling: | $17.58 |
| | ----- |
| Total Before Tax: | $422.57 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$422.57** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 102-4823621-4097027                                    Page 1 of 1

amazon.com

## Final Details for Order #102-4823621-4097027
Print this page for your records.

**Order Placed:** January 26, 2012
**Amazon.com order number:** 102-4823621-4097027
**Order Total: $535.62**

## Shipped on January 26, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Sony Ericsson LT18a Xperia Arc S Unlocked Phone with Android 2.3 and 4.2-Inch Multi-Touch Display--U.S. Warranty (Misty Silver)* <br> Condition: New <br> Sold by: Addicted to Phones (seller profile) | $489.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $489.99 |
| Shipping & Handling: | $45.63 |
| | ----- |
| Total Before Tax: | $535.62 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$535.62** |
| | ----- |

## Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $489.99 |
| Shipping & Handling: | $45.63 |
| | ----- |
| Total Before Tax: | $535.62 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$535.62** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Batch# Barcode# WWW1AA7JA3C Scanned Date 2012 02 10 12 17 25 000

BestBuy.com - Order Receipt                                                Page 1 of 1



# Order Receipt

Order Date: 02/02/12
Order Number: BBY01-441233010934

| Qty. | Product Description | Price | Qty. Price | Shipping | Sales Tax & Fees | Item Total |
|------|---------------------|-------|-----------|----------|------------------|------------|
| 2 | Samsung-Galaxy Tab 7.0 Plus with 16GB Memory-Metallic Gray-GT-P6210MAYXAR SKU: 3623816 | $349.99 | $699.98 | $59.98 | $71.50 | $831.46 |

**Status:** 2 item(s) shipped via EXPRESS on 02/06/12 via UPS 1Z86V8030328786048.

**Payment Information**

**Gift Cards & Pitch In™ Card**
N/A

**Reward Certificates**
N/A

|  |  |
|--|--|
| Product Total: | $699.98 |
| Shipping & Handling: | $71.98 |
| Sales Tax: | $59.50 |
| Recycling Fee: | $12.00 |
| **Order Total:** | **$843.46** |

**Promotional Codes**
N/A

**Fees**

One or more applicable fees have been applied to this order. See details above.

**Please Note**

Order status reflects the most recent details available about your order.

**Order Questions**

If you have questions about your order, please contact Customer Care at 1-888-BEST BUY.





APPLE GmbH, Arnulfstr. 19, 80335 München

Morrison & Foerster LLP

425 Market Street

San Francisco, CA 94105
    USA

Phone: +1(415)268-7269

| Proforma Invoice No.: | 02-02-2012 | Munich, den 10.11.11 |
|---|---|---|

Steuer-Nr.      143/114/60227
UST-ID-NR.    DE 129287160
UST-ID-NR. Kunde

| article number | designation | item | unit price | total price |
|---|---|---|---|---|
| GT-P7500 | SamsungTablet PC Galaxy 750 white 16 GB<br>serial no. R27B876301M | 1 | 970,00 EUR | 970,00 EUR |

customer tariff no.: 84713001

country of origin: Korea
Incoterms of sale: DDU

I hereby certify that the information on this shipment is true and correct.
and that the contents of this shipment are as stated above.
*Not for Resale—No Commercial  Value—*
*Value for Customs Use Only*

| | Nettobetrag | 970,00 EUR |
|---|---|---|
| | Invoice total | 970,00 EUR |



**Apple GmbH**
Arnulfstraße 19
80335 München, Germany

Telefon +49(0)89/996 40-0
Telefax +49(0)89/996 40-180

www.apple.com/de

Geschäftsführung:
Elizabeth S. Rafael
Amtsgericht München
HRB 66158

Bank of America Frankfurt/M.
BLZ 500 109 00
Debitoren  51908-010
Kreditoren  51901-014

PayPal Website Payment Details - PayPal

**PayPal**

Log Out | Help | Security and Protection                    [          ] Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview    Add Money    Withdraw    **History**    Statements    Resolution Center    Profile

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #2XC88515D22107232)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 3, 2012 | | Completed | ... | -$214.98 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 3, 2012 | Charge From Credit Card | Completed | Details | $214.98 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | CRICKET SAMSUNG R915 R915C INDULGE 2GB ANDROID QWERTY TOUCH SCREEN MINT<br>Item # 230732099145 | | $189.99 USD |
| | | Amount | $189.99 USD |

**Item Total:** $189.99 USD
**Sales Tax:**
**Shipping:** $24.99 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$214.98 USD
**Fee amount:** $0.00 USD
**Net amount:** -$214.98 USD
**Date:** Feb 3, 2012
**Time:** 15:24:06 PST
**Status:** Completed

**Insurance:** $0.00 USD

**Shipping Address:**

Unconfirmed [?]

**Payment To:** Gary Tansky   (The recipient of this payment is **Verified**)

Batch#: Barcode#: WWW1AA7JA3D Scanned Date: 2012-02-10 12:17:53.000

Gmail - Receipt for your PayPal payment to iGrowth LLC                           Page 1 of 1



:@gmail.com>

# Receipt for your PayPal payment to iGrowth LLC
1 message

service@paypal.com <service@paypal.com>                        Mon, Feb 6, 2012 at 3:33 PM
To:

**PayPal**

Feb 6, 2012 15:33:48 PST
Transaction ID: 37H990297V726890H

Hello

**You sent a payment of $483.61 USD to iGrowth LLC**

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

| Seller | Note to seller |
|---|---|
| iGrowth LLC | You haven't included a note. |
| **Shipping address - unconfirmed** | **Shipping details** |
|  | The seller hasn't provided any shipping details yet. |

San Francisco, CA 94130
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| NEW Samsung Galaxy Tab (Wi-Fi) Android 16gb Item# 350470175959 | $483.61 USD | 1 | $483.61 USD |

|  |  |
|---|---|
| Shipping and handling | $0.00 USD |
| Insurance - not offered | --- |
| **Total** | **$483.61 USD** |
| **Payment** | **$483.61 USD** |

This charge will appear on your credit card statement as "PAYPAL *IGROWTH LLC"
Payment sent to amazingrai0506@gmail.com

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at: www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For
assistance, log in to your PayPal account and click Help in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your
account, go to your Profile, and click My settings.

PayPal Email ID PP843

Amazon.com - Order 102-0891842-7539451                                  Page 1 of 1

# amazon.com

## Final Details for Order #102-0891842-7539451

Print this page for your records.

**Order Placed:** February 12, 2012
**Amazon.com order number:** 102-0891842-7539451
**Order Total:** $912.37

## Shipped on February 12, 2012

| Items Ordered | Price |
|---|---|
| 2 of: *Samsung Galaxy Tab (10.1-Inch, 16GB, Wi-Fi)*<br>Condition: New<br>Sold by: Electronics Expo (seller profile) | $427.21 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $854.42
Shipping & Handling:   $57.95
-----
Total Before Tax: $912.37
Sales Tax:   $0.00
-----
**Total for This Shipment:$912.37**
-----

## Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Item(s) Subtotal: $854.42
Shipping & Handling:   $57.95
-----
Total Before Tax: $912.37
Estimated Tax To Be Collected:   $0.00
-----
**Grand Total:$912.37**

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

**amazon**.com

## Final Details for Order #002-8255078-6913002

Print this page for your records.

**Order Placed:** February 13, 2012
**Amazon.com order number:** 002-8255078-6913002
**Seller's order number:** 1034652
**Order Total: $963.30**

## Shipped on February 15, 2012

| Items Ordered | Price |
|---|---|
| 2 of: *Samsung Galaxy Tab (7-inch, 16GB, Wi-Fi)*<br>Condition: New<br>Sold by: Firemall LLC (seller profile) | $429.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $859.98 |
| Shipping & Handling: | $103.32 |
| | ----- |
| Total Before Tax: | $963.30 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$963.30** |
| | ----- |

**Shipping Speed:**
One-Day Shipping

## Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $859.98 |
| Shipping & Handling: | $103.32 |
| | ----- |
| Total Before Tax: | $963.30 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$963.30** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates