# EXHIBIT B-2

# Part 2

Batch#    Barcode #  WWWW1AABW8QY  Scanned Date  2012-02-27 13:54:04:000

PayPal Website Payment Details - PayPal

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #7FA33734UL997982N)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 17, 2012 | Payment | Completed | ... | -$65.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 17, 2012 | Charge From Credit Card | Completed | Details | $65.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung SCH-i830 cell phone~2batts/ac/holster~Verizon Item # 310375529945 | | $57.99 USD |
| | | Amount | $57.99 USD |

| | |
|---|---|
| Item Total: | $57.99 USD |
| Sales Tax: | |
| Shipping: | $8.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$65.99 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$65.99 USD |
| Date: | Feb 17, 2012 |
| Time: | 11:49:21 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |

Shipping Address:   425 Market St
C/O Morrison Foerster

Your Cart (empty)

amazonwireless beta

Phones, netbooks, tablets, and more ...

FREE Two-Day Shipping on all phones and devices. See details

Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON: | Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android

## Your Account

- View Orders
- Shipping & Returns
- Contact Us

Forgot your password?
Use Password Assistance at Amazon.com

Visit Your Account at Amazon.com to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

**Order placed:** Feb 23, 2012
**AmazonWireless order number:** 103-3671356-4973869
**Order total:** $889.99

Shipment #1
1 item - delivery estimate: Feb 27, 2012

**Shipping Information**

**Shipping Address:**

425 Market St.
San Francisco, CA 94105
United States

**Shipment #1:** Shipped on Feb 23, 2012

**Shipping Speed:** Two-Day Shipping

**Track your package**
1 package via UPS
> Track your package
with tracking number 1ZX0015X0245752092
**Delivery estimate:** Feb 27, 2012

| Items Ordered | Price |
|---|---|
| Samsung Galaxy Tab 4G 10.1" 32GB Android Tablet , Grey (Verizon Wireless) | $889.99 |

**Payment Information**

**Payment Method:**

**Billing Address:**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Item(s) Subtotal:** $889.99
----
**Total Before Tax:** $889.99
----
**Total billed by AmazonWireless:** $889.99

Stay Connected
Find us on Facebook
Follow us on Twitter

Quick links and helpful information about our site
Home | NEW! Our Blog | Help | Secure Shopping
Your Account | Returns | Conditions of Use | We're Hiring
Order Status | Contact Us | Privacy Policy | About Us

Need Assistance?
Call us at: 1-877-429-8502
7 days a week (7 a.m. to 9 p.m. Central Time)

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.



Batch # = Barcode # = WWWW1AADKIX4 Scanned Date = 2012:03:07 13:47:57.000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection        [        ] Search

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #2WD335053Y691532A)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 23, 2012 | Payment To Rebay Reseller LLC | Completed | | -$65.94 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 23, 2012 | Charge From Credit Card | Completed | Details | $65.94 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung SCH-i730 Verizon Phone WiFi CDMA EVDO EXTRAS Item # 200707881327 | | $59.99 USD |
| | | Amount | $59.99 USD |

**Business Contact Information**

Customer Service Email:   superterrific@rocketmail.com
Customer Service Phone:   877-237-5248

| | |
|---|---|
| Item Total: | $59.99 USD |
| Sales Tax: | |
| Shipping: | $5.95 USD |
| Seller discount or charges: | $0.00 USD |
| Total amount: | -$65.94 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$65.94 USD |
| Date: | Feb 23, 2012 |
| Time: | 10:36:25 PST |
| Status: | Completed |
| Insurance: | $0.00 USD |

Shipping Address:   425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403



**Apple Store, San Francisco**
One Stockton Street
San Francisco, CA 94108
sanfrancisco@apple.com
415-392-0202

www.apple.com/retail/sanfrancisco/

February 27, 2012 11:55 AM

| | |
|---|---|
| **iPhone 4S Black 16GB GSM** | $ 649.00 |

Part Number: MD234LL/A
Serial Number: DNQH5P4UDT9Y
IMEI Number: 013050002576866
Return Date: Mar. 12, 2012
For Support, Visit: apple.com/support

iPhone Unlocked

Use of iPhone constitutes acceptance of the iPhone terms and conditions and other third party terms and conditions found in the iPhone box, or at http://www.apple.com/legal/sla/

The sales tax for iPhone varies by state and may be based on the unbundled purchase price rather than the actual purchase price.

If you are not fully satisfied with your iPhone purchase, you can return your undamaged iPhone within 30 days of purchase for a full refund with no restocking fee.

If you disagree with these terms and conditions you can return the iPhone in accordance with the Apple Store's return policy http://www.apple.com/legal/sales_policies/retail.html

For information on Apple's privacy policy see www.apple.com privacy

| | |
|---|---|
| Sub-Total | $ 649.00 |
| Tax@8.5% | $ 55.17 |
| **Total** | **$ 704.17** |
| Amount Paid Via Visa (A) | $ 704.17 |

028430



*R 0 7 5 4 1 1 6 2 6 7 *

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #1EV48486FG497371P)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 28, 2012 | | Completed | | -$114.90 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 28, 2012 | Charge From Credit Card | Completed | Details | $114.90 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | APPLE IPHONE 2G (1ST GENERATION) 8GB AT&T CAN BE UNLOCKED T-MOBILE Item # 220964872887 | | $99.95 USD |
| | | Amount | $99.95 USD |

Item Total: $99.95 USD
Sales Tax:
Shipping: $14.95 USD
Seller discount or charges: $0.00 USD

Total amount: -$114.90 USD
Fee amount: $0.00 USD
Net amount: -$114.90 USD
Date: Feb 28, 2012
Time: 10:53:18 PST
Status: Completed

Insurance: $0.00 USD

Shipping Address:

C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed 🔲

Payment To:
Seller's ID:

(The recipient of this payment is Verified)

Batch#|==Barcode#|=WWWW1AAES2M5|Scanned Date|=2012-03-07 13:45:49.000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #2VB46676SR401394M)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 29, 2012 | Payment To | Completed | | -$329.98 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Feb 29, 2012 | Charge From Credit Card | Completed | Details | $329.98 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW BLACK Apple iPhone 3G 8GB AT&T SMARTPHONE WIFI Item # 260918084818 | | $304.99 USD |
| | | Amount | $304.99 USD |

**Business Contact Information**

Customer Service Email:
Customer Service Phone: 530-933-2700

Item Total: $304.99 USD
Sales Tax:
Shipping: $24.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$329.98 USD
Fee amount: $0.00 USD
Net amount: -$329.98 USD
Date: Feb 29, 2012
Time: 18:04:08 PST
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

Batch#1 Barcode#1 WWWW1AAFS2KR Scanned Date 2012-03-07 13:46:44:000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection   [          ] [Search]



| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview    Add Money    Withdraw    **History**    Statements    Resolution Center    Profile

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #84H16109W20460848)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Feb 29, 2012 | Payment To The Cellular Alliance | Completed | | -$326.24 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Feb 29, 2012 | Charge From Credit Card | Completed | Details | $326.24 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | New Apple iPhone 3GS 8GB Locked to AT&T Black GSM Smartphone WiFi No Contract Item # 260968314472 | | $299.99 USD |
| | | Amount | $299.99 USD |

**Business Contact Information**

Customer Service Email:  support.cellularalliance@gmail.com
Customer Service Phone:  323-209-5248

Item Total:  $299.99 USD
Sales Tax:  $26.25 USD
Shipping:  $0.00 USD
Seller discount or charges:  $0.00 USD

Total amount:  -$326.24 USD
Fee amount:  $0.00 USD
Net amount:  -$326.24 USD
Date:  Feb 29, 2012
Time:  17:59:30 PST
Status:  Completed

Insurance:  $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403



**Apple Store, San Francisco**
One Stockton Street
San Francisco, CA 94108
sanfrancisco@apple.com
415-392-0202

www.apple.com/retail/sanfrancisco/

March 01, 2012 09:31 AM

| iPhone 3GS 8GB - Black | $ 375.00 |
|---|---|

Part Number: MC637LL/A
Serial Number: 8B2016MAEDG
IMEI Number: 012855007522322
Return Date: Mar. 31, 2012
For Support, Visit: www.apple.com/us/
support/

iPhone Unlocked

Use of iPhone constitutes acceptance of the iPhone terms and
conditions and other third party terms and conditions found i
the iPhone box, or at http://www.apple.com/legal/sla/

The sales tax for iPhone varies by state and may be based on
the unbundled purchase price rather than the actual purchase
price.

If you are not fully satisfied with your iPhone purchase, you ca
return your undamaged iPhone within 30 days of purchase for
a full refund with no restocking fee.

If you disagree with these terms and conditions you can return
the iPhone in accordance with the Apple Store's return policy
http://www.apple.com/legal/sales_policies/retail.html

For information on Apple's privacy policy see www.apple.com
privacy

| | | |
|---|---|---|
| Sub-Total | | $ 375.00 |
| Tax@8.5% | | $ 31.88 |
| **Total** | | **$ 406.88** |
| Amount Paid Via Visa (A) | | $ 406.88 |

032665



\* R 0 7 5 6 1 0 7 4 2 1 \*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html



**Apple Store, San Francisco**
One Stockton Street
San Francisco, CA 94108
sanfrancisco@apple.com
415-392-0202

www.apple.com/retail/sanfrancisco/

March 01, 2012 09:34 AM

**iPhone 4 Black 8GB GSM**                              $ 549.00
Part Number: MD128LL/A
Serial Number: DNPGHECNDP0N
IMEI Number: 012960009863771
Return Date: Mar. 31, 2012
For Support, Visit: apple.com/support

iPhone Unlocked

Use of iPhone constitutes acceptance of the iPhone terms and
conditions and other third party terms and conditions found i
the iPhone box, or at http://www.apple.com/legal/sla/

The sales tax for iPhone varies by state and may be based on
the unbundled purchase price rather than the actual purchase
price.

If you are not fully satisfied with your iPhone purchase, you ca
return your undamaged iPhone within 30 days of purchase for
a full refund with no restocking fee.

If you disagree with these terms and conditions you can return
the iPhone in accordance with the Apple Store's return policy
http://www.apple.com/legal/sales_policies/retail.html

For information on Apple's privacy policy see www.apple.com
privacy

| | |
|---|---|
| Sub-Total | $ 549.00 |
| Tax@8.5% | $ 46.67 |
| **Total** | **$ 595.67** |
| Amount Paid Via Visa (A) | $ 595.67 |

007410



\* R 0 7 5 6 1 0 7 4 2 3 \*

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html

Amazon.com - Order 103-9428372-7323413                          Page 1 of 1

# amazon.com

## Final Details for Order #103-9428372-7323413
### Print this page for your records.

**Order Placed:** March 1, 2012
**Amazon.com order number:** 103-9428372-7323413
**Order Total:** $588.18

| Shipped on March 1, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Nokia Lumia 800 black 16GB -FACTORY UNLOCKED-*<br>Condition: New<br>Sold by: Wireless Experts, Inc. (seller profile) | $536.18 |

| **Shipping Address:**<br>E<br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: $536.18<br>Shipping & Handling:   $52.00<br>-----<br>Total Before Tax: $588.18<br>Sales Tax:    $0.00<br>-----<br>Total for This Shipment:$588.18<br>----- |
| **Shipping Speed:**<br>One-Day Shipping | |

| Payment Information | |
| --- | --- |
| **Payment Method:**<br><br>**Billing Address:**<br><br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: $536.18<br>Shipping & Handling:   $52.00<br>-----<br>Total Before Tax: $588.18<br>Estimated Tax To Be Collected:    $0.00<br>-----<br>Grand Total:$588.18 |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal

Log Out  |  Help  |  Security and Protection          [ Search ]

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #14J52909GM718582U)

Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 1, 2012 | Payment To | Completed | | -$197.98 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 1, 2012 | Charge From Credit Card | Completed | Details | $197.98 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Nokia X5-01 - Good Condition Blue Unlocked Cell Phone Item # 190636272989 | | $189.99 USD |
| | | Amount | $189.99 USD |

Item Total: $189.99 USD
Sales Tax:
Shipping: $7.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$197.98 USD
Fee amount: $0.00 USD
Net amount: -$197.98 USD
Date: Mar 1, 2012
Time: 11:48:11 PST
Status: Completed

Insurance: $0.00 USD

Shipping Address:   425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

Payment To:        (The recipient of this payment is **Verified**)
Seller's ID:

https://history.paypal.com/us/cgi-bin/webscr?cmd=_history-details&info=Tki-cpLlyr0IEFK...   3/6/2012

**amazon**.com

## Final Details for Order #103-1536805-3967430
Print this page for your records.

**Order Placed:** March 1, 2012
**Amazon.com order number:** 103-1536805-3967430
**Order Total:** $132.32

| Shipped on March 1, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Palm Pixi Plus GSM with WebOS, Touch Screen, 2 MP Camera and Wi-Fi - Unlocked Phone - US Warranty - Black*<br>Condition: New<br>Sold by: Amazon.com LLC | $69.26 |
| 1 of: *Palm Centro Unlocked Phone with QWERTY Keyboard, Touch Screen and 1.3 MP Camera - US Warranty - Black*<br>Condition: New<br>Sold by: BLUTEKUSA.COM, INC (seller profile) | $42.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $112.25
Shipping & Handling: $20.07
-----
Total Before Tax: $132.32
Sales Tax: $0.00
-----
**Total for This Shipment:$132.32**
-----

## Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Item(s) Subtotal: $112.25
Shipping & Handling: $20.07
-----
Total Before Tax: $132.32
Estimated Tax To Be Collected: $0.00
-----
**Grand Total:$132.32**

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #103-0777285-4231405
### Print this page for your records.

**Order Placed:** March 1, 2012
**Amazon.com order number:** 103-0777285-4231405
**Order Total:** $262.33

| Shipped on March 2, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Palm Treo 650 PDA Phone (Verizon Wireless)*<br>Condition: New<br>Sold by: orderinstantcom (seller profile) | $99.49 |
| 1 of: *Samsung Gravity Touch T669 Full QWERTY Cell Phone for T-Mobile Wireless*<br>Condition: New<br>Sold by: orderinstantcom (seller profile) | $139.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
Expedited

| | |
|---|---|
| Item(s) Subtotal: | $239.48 |
| Shipping & Handling: | $22.85 |
| | ----- |
| Total Before Tax: | $262.33 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$262.33** |
| | ----- |

## Payment Information

**Payment Method:**


**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $239.48 |
| Shipping & Handling: | $22.85 |
| | ----- |
| Total Before Tax: | $262.33 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$262.33** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 103-3766573-2401806                                    Page 1 of 1

# amazon.com

## Final Details for Order #103-3766573-2401806

Print this page for your records.

**Order Placed:** March 1, 2012
**Amazon.com order number:** 103-3766573-2401806
**Order Total:** $888.61

| Shipped on March 1, 2012 | |
|---|---|

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Samsung Epix I907 QuadBand Unlocked Cell Phone with Touch Display, QWERTY Keyboard, Wi-Fi, GPS and 2MP Camera - US Warranty - Silver*<br>Condition: New<br>Sold by: Wireless Experts, Inc. (seller profile) | $85.48 |
| 1 of: *LG KF900 Prada II Unlocked Phone with Camera with Flash, Full Touch Screen, Slide-Out QWERTY Keypad, MS Office, PDF, Text Reading-- International Versi*<br>Condition: New<br>Sold by: Wireless Experts, Inc. (seller profile) | $214.95 |
| 1 of: *Nokia Lumia 800 black 16GB -FACTORY UNLOCKED-*<br>Condition: New<br>Sold by: Wireless Experts, Inc. (seller profile) | $536.18 |

**Shipping Address:**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $836.61 |
| Shipping & Handling: | $52.00 |
| | ----- |
| Total Before Tax: | $888.61 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$888.61** |
| | ----- |

## Payment Information

**Payment Method:**

**Billing Address:**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $836.61 |
| Shipping & Handling: | $52.00 |
| | ----- |
| Total Before Tax: | $888.61 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$888.61** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Batch # - Barcode # - WWW 1A AG6M8A Scanned Date 2012 03 07 13 44 39 000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #4XL17544Y18329527)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 1, 2012 | Payment To MABILI INT TRADING CO LTD | Completed | ... | -$184.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 1, 2012 | Charge From Credit Card | Completed | Details | $184.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW SAMSUNG i8510 INNOV8 8GB 8MPix GPS WiFi CELL PHONE Item # 290554544412 | | $175.00 USD |
| | | Amount | $175.00 USD |

**Business Contact Information**

Customer Service URL: http://stores.shop.ebay.co.uk/YT-s-cell-phones__W0QQ_armrsZ1
Customer Service Email: sowaytech.service@gmail.com
Customer Service Phone: +86 075582923442

Item Total: $175.00 USD
Sales Tax:
Shipping: $9.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$184.99 USD
Fee amount: $0.00 USD
Net amount: -$184.99 USD
Date: Mar 1, 2012
Time: 11:25:40 PST
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

PayPal Website Payment Details - PayPal

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #1SN4570582435045D)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 1, 2012 | Payment To Cellwave Inc | Completed | | -$159.21 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 1, 2012 | Charge From Credit Card | Completed | Details | $159.21 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung SGH A697 Sunburst - Black (AT&T) Cellular Phone Item # 230739748601 | | $107.45 USD |
| | | Amount | $107.45 USD |

**Business Contact Information**

Customer Service Email: cellwavecommunications@yahoo.com
Customer Service Phone: 310-770-0251

| | |
|---|---|
| Item Total: | $107.45 USD |
| Sales Tax: | $12.81 USD |
| Shipping: | $38.95 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$159.21 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$159.21 USD |
| Date: | Mar 1, 2012 |
| Time: | 11:11:27 PST |
| Status: | Completed |

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

Amazon.com - Order 105-1618442-7571424                                   Page 1 of 1

**amazon**.com

## Final Details for Order #105-1618442-7571424
Print this page for your records.

**Order Placed:** March 2, 2012
**Amazon.com order number:** 105-1618442-7571424
**Order Total: $572.99**

| Shipped on March 2, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Nokia Lumia 800 black 16GB -FACTORY UNLOCKED-*<br>Condition: New<br>Sold by: FGS Trading (seller profile) | $534.99 |

| **Shipping Address:** | | |
|---|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: | $534.99 |
| | Shipping & Handling: | $38.00 |
| | | ----- |
| | Total Before Tax: | $572.99 |
| | Sales Tax: | $0.00 |
| | | ----- |
| **Shipping Speed:**<br>One-Day Shipping | **Total for This Shipment:** | **$572.99** |
| | | ----- |

| Payment Information | | |
|---|---|---|
| **Payment Method:** | Item(s) Subtotal: | $534.99 |
| | Shipping & Handling: | $38.00 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $572.99 |
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Estimated Tax To Be Collected: | $0.00 |
| | | ----- |
| | **Grand Total:** | **$572.99** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

**amazon.com**

## Final Details for Order #105-5608368-4030608
Print this page for your records.

**Order Placed:** March 5, 2012
**Amazon.com order number:** 105-5608368-4030608
**Order Total:** $279.81

| Shipped on March 5, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Samsung Jet S8000 Unlocked Phone with 3G, Quad-Band GSM, 5 MP Camera, and 2 GB Memory--International Version No Warranty (Black)*<br>Condition: New<br>Sold by: HassleFreeCell (seller profile) | $219.82 |

| **Shipping Address:** | | |
| --- | --- | --- |
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: | $219.82 |
| | Shipping & Handling: | $59.99 |
| | | ----- |
| | Total Before Tax: | $279.81 |
| | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$279.81** |
| **Shipping Speed:**<br>One-Day Shipping | | ----- |

| **Payment Information** | | |
| --- | --- | --- |
| **Payment Method:** | Item(s) Subtotal: | $219.82 |
| | Shipping & Handling: | $59.99 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $279.81 |
| | Estimated Tax To Be Collected: | $0.00 |
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | | ----- |
| | **Grand Total:** | **$279.81** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #002-3878858-9780256

Print this page for your records.

**Order Placed:** March 6, 2012
**Amazon.com order number:** 002-3878858-9780256
**Order Total:** $587.22

| Shipped on March 6, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung i9100 Galaxy S II Unlocked GSM Smartphone with 8 MP Camera, Android OS, 16 GB Internal Memory, Touchscreen, Wi-Fi, and GPS- -No Warranty (Noble* <br> Condition: New <br> Sold by: Dolphin International Inc (seller profile) | $569.00 |

| **Shipping Address:** | |
|---|---|
| Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | Item(s) Subtotal: $569.00 <br> Shipping & Handling: $18.22 <br> ----- <br> Total Before Tax: $587.22 <br> Sales Tax: $0.00 <br> ----- |
| **Shipping Speed:** <br> One-Day Shipping | **Total for This Shipment:$587.22** <br> ----- |

| **Payment Information** | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $569.00 <br> Shipping & Handling: $18.22 <br> ----- |
| **Billing Address:** <br> Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | Total Before Tax: $587.22 <br> Estimated Tax To Be Collected: $0.00 <br> ----- <br> **Grand Total:$587.22** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Gmail - Your Amazon Payments Order

:@gmail.com>

 **Your Amazon Payments Order**
1 message

**Amazon Payments** <no-reply@amazon.com>                    Wed, Mar 7, 2012 at 2:54 PM
To:

# amazonpayments

Your Account | Help

Dear :

Thank you for your order.

Want to manage your order online?
If you need to check the status of your order or make changes, please visit our home page
at https://payments.amazon.com/ and click Your Account at the top of any page.

## Purchasing Information

E-mail Address:

Payment Method:

Billing Address:                          Shipping Address:

Morrison Foerster                         Morrison Foerster
425 Market St.                            425 Market St.
San Francisco, CA 94105                   San Francisco, CA 94105
United States                             United States
Phone: 415-268-6151                       Phone: 415-268-6151

Order Grand Total: $146.09

## Order Summary

Order #:                            105-1985780-4258620
Shipping Method:                    UPS 1 Day (by 10:30AM) [UPX]
Item(s) Subtotal:                   $129.50
Shipping & Handling:                $16.59
                                    -------
Total Before Tax:                   $146.09
Estimated Tax:                      $0.00
                                    -------
Total for this order:               $146.09

● 1 iRiver Open Box U10 Portable Digital MP3 Player - 512MB   $129.50
   Sold by : J&R Music and Computer World

Have questions about this order? Please click here to contact the seller. To learn more about
managing your Amazon Payments orders, please visit our help pages at https://payments.amazon.com

Batch #: Barcode #: WWWW1AAIOATM Scanned Date: 2012:03:29 14:00:56.000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #8PP72495HW9661158)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 7, 2012 | | Completed | | -$541.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 7, 2012 | Charge From Credit Card | Completed | Details | $541.00 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | BRAND NEW! Samsung Galaxy S II - 16GB - Vortex Black (U.S. Cellular) Item # 140716726668 | | $519.00 USD |
| | | Amount | $519.00 USD |

| | |
|---|---|
| Item Total: | $519.00 USD |
| Sales Tax: | |
| Shipping: | $22.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$541.00 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$541.00 USD |
| Date: | Mar 7, 2012 |
| Time: | 19:44:04 PST |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |

| | |
|---|---|
| Shipping Address: | 425 Market St C/O Morrison Foerster San Francisco, CA 94105-2403 United States Unconfirmed [?] |

| | |
|---|---|
| Payment To: | he recipient of this payment is Verified) |
| Seller's ID: | maildep |

# amazon.com

## Final Details for Order #002-9224590-0685819
### Print this page for your records.

**Order Placed:** March 7, 2012
**Amazon.com order number:** 002-9224590-0685819
**Order Total:** $188.97

| Shipped on March 8, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Samsung Galaxy Spica GT-I5700 Black Unlocked*<br>Condition: New<br>Sold by: sams distributions llc (seller profile) | $169.99 |

| **Shipping Address:** | | |
| --- | --- | --- |
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: | $169.99 |
| | Shipping & Handling: | $18.98 |
| | | ----- |
| | Total Before Tax: | $188.97 |
| | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$188.97** |
| **Shipping Speed:**<br>One-Day Shipping | | ----- |

| **Payment Information** | | |
| --- | --- | --- |
| **Payment Method:** | Item(s) Subtotal: | $169.99 |
| | Shipping & Handling: | $18.98 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $188.97 |
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Estimated Tax To Be Collected: | $0.00 |
| | | ----- |
| | **Grand Total:** | **$188.97** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #002-9789676-4337005
Print this page for your records.

**Order Placed:** March 9, 2012
**Amazon.com order number:** 002-9789676-4337005
**Order Total:** $815.86

| Shipped on March 9, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung M7600 Beat DJ - Unlocked QuadBand Cellular Phone - 3.2 MP Camera, GPS, Touchscreen - International Version with No Warranty (Black)* <br> Condition: New <br> Sold by: Addicted to Phones (seller profile) | $399.99 |
| 1 of: *Samsung i8910 Omnia HD 8GB Quad-Band Unlocked Phone with 8 MP Camera, Wi-Fi, gps navigation, Bluetooth --International Version with Warranty (Black)* <br> Condition: New <br> Sold by: Addicted to Phones (seller profile) | $369.00 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $768.99 |
| Shipping & Handling: | $46.87 |
| | ----- |
| Total Before Tax: | $815.86 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$815.86** |
| | ----- |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $768.99 |
| | Shipping & Handling: $46.87 |
| | ----- |
| **Billing Address:** | Total Before Tax: $815.86 |
| | Estimated Tax To Be Collected: $0.00 |
| Morrison Foerster | ----- |
| 425 Market St. | **Grand Total:$815.86** |
| San Francisco, CA 94105 | |
| United States | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #002-2830932-7538648
Print this page for your records.

**Order Placed:** March 9, 2012
**Amazon.com order number:** 002-2830932-7538648
**Order Total:** $138.98

---

### Shipped on March 10, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Samsung SGH a877 Impression - Cellular phone - 3G - WCDMA (UMTS) / GSM - touch / slide-out keyboard - crystal blue - AT&T*<br>Condition: New<br>Sold by: orderinstantcom (seller profile) | $119.00 |

| **Shipping Address:** | |
|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: $119.00<br>Shipping & Handling: $19.98<br>----- <br>Total Before Tax: $138.98<br>Sales Tax: $0.00<br>----- <br>**Total for This Shipment:$138.98**<br>----- |

**Shipping Speed:**
Expedited

---

### Payment Information

| **Payment Method:** | |
|---|---|
| | Item(s) Subtotal: $119.00<br>Shipping & Handling: $19.98<br>----- |
| **Billing Address:**<br>)<br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Total Before Tax: $138.98<br>Estimated Tax To Be Collected: $0.00<br>----- <br>**Grand Total:$138.98** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Batch:#  Barcode:#  WWWVAACU63  Scanned Date  2012-03-29 14:01:11  000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection          [          ] Search

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #59W93610P4369123S)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 9, 2012 | Payment To | Completed | | -$56.98 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 9, 2012 | Charge From Credit Card | Completed | Details | $58.98 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Mint Verizon Samsung i910 Omnia Touch Smart Cell Phone Item # 270931049935 | | $56.99 USD |
| | | Amount | $56.99 USD |

**Business Contact Information**

Customer Service URL: http://www.mistyelectronics.com
Customer Service Email: info@mistyelectronics.com
Customer Service Phone: 973-551-1124

Item Total: $56.99 USD
Sales Tax:
Shipping: $1.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$58.98 USD
Fee amount: $0.00 USD
Net amount: -$58.98 USD
Date: Mar 9, 2012
Time: 13:01:17 PST
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

# amazon.com

## Final Details for Order #105-7438747-7784207

Print this page for your records.

**Order Placed:** March 14, 2012
**Amazon.com order number:** 105-7438747-7784207
**Order Total:** $355.49

| Shipped on March 14, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *BlackBerry Torch 9850 Unlocked Quadband GSM/3G Smart Phone with Touchscreen, 5-MP Camera, HD 720p video capture, Music Player, Wi-Fi and Bluetooth*<br>Condition: New<br>Sold by: Masterdeals Inc (seller profile) | $345.00 |

| **Shipping Address:** | | |
|---|---|---|
| | Item(s) Subtotal: | $345.00 |
| Morrison Foerster | Shipping & Handling: | $10.49 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | Total Before Tax: | $355.49 |
| United States | Sales Tax: | $0.00 |
| | | ----- |
| **Shipping Speed:** | **Total for This Shipment:** | **$355.49** |
| Two-Day Shipping | | ----- |

| **Payment Information** | | |
|---|---|---|
| **Payment Method:** | Item(s) Subtotal: | $345.00 |
| | Shipping & Handling: | $10.49 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $355.49 |
| | Estimated Tax To Be Collected: | $0.00 |
| Morrison Foerster | | ----- |
| 425 Market St. | **Grand Total:** | **$355.49** |
| San Francisco, CA 94105 | | |
| United States | | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Batch.#: Barcode.#: WWWW1AAKPE8D Scanned Date: 2012-03-29 14:01:24.000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

PayPal

**My Account** | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #5E007988V8263360G)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 14, 2012 | Payment To John DeLorenzo | Completed | ... | -$290.94 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 14, 2012 | Charge From Credit Card | Completed | Details | $290.94 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Motion Computing LS800 LS 800 Wi-Fi, 8.4in - Windows 7 Item # 230758611795 | | $279.99 USD |
| | | Amount | $279.99 USD |

Item Total: $279.99 USD
Sales Tax:
Shipping: $10.95 USD
Seller discount or charges: $0.00 USD

Total amount: -$290.94 USD
Fee amount: $0.00 USD
Net amount: -$290.94 USD
Date: Mar 14, 2012
Time: 18:22:07 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed 🔍

Payment To:                        (The recipient of this payment is Verified)
Seller's ID: jd25psi

Gmail - Order Confirmation No: 25540

C                                                                    @gmail.com>

## Order Confirmation No: 25540
1 message

**Cell2Get.com** <info@cell2get.com>                                      Wed, Mar 14, 2012 at 6:57 PM
Reply-To: "Cell2Get.com" <info@cell2get.com>
To:

Order Confirmation from Cell2Get.com

Edward Sittler

Thanks for shopping with us today!
The following are the details of your order.
-----------------------------------------------------
Order Number: 25540
Date Ordered: Wednesday 14 March, 2012
Detailed Invoice:
https://www.cell2get.com/index.php?main_page=account_history_info&order_id=25540

Products
-----------------------------------------------------
1 x Samsung F700 Gsm Unlocked (F700)  = $326.39
        Extended Warranty: --- None Selected ---
-----------------------------------------------------
Sub-Total: $326.39
United Parcel Service (2nd Day Air): $40.57
Sales Tax: $0.00
Total: $366.96

Delivery Address
-----------------------------------------------------
Morrison & Foerster

425 Market St.
San Francisco, CA   94105
United States

Billing Address
-----------------------------------------------------
Morrison & Foerster

425 Market St.
San Francisco, CA   94105
United States

Payment Method
-----------------------------------------------------
Credit Card

Visa

-----
This email address was given to us by you or by one of our customers. If you
feel that you have received this email in error, please send an email to
info@cell2get.com

-----

Batch #: ██ Barcode #: ██ WWWW1AAL62ZO  Scanned Date: 2012-03-29 14:01:38.000

PayPal Website Payment Details - PayPal

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

### Express Checkout Payment Sent (Unique Transaction ID #28V35378D7799370N)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 14, 2012 | | Completed | ... | -$660.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 14, 2012 | Charge From Credit Card | Completed | Details | $660.00 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Sony P Tablet 4GB, Wi-Fi + 3G (Unlocked), Spare Battery, Leather Case Bundle Item # 280844988432 | | $650.00 USD |
| | | Amount | $650.00 USD |

Item Total: $650.00 USD
Sales Tax:
Shipping: $10.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$660.00 USD
Fee amount: $0.00 USD
Net amount: -$660.00 USD
Date: Mar 14, 2012
Time: 19:01:14 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

Payment To:        (The recipient of this payment is Verified)
Seller's ID: tmmburke

Batch # _ Barcode # _ WWWW1AAL62ZQ  Scanned Date _ 2012-03-29 14:01:50.000

PayPal Website Payment Details - PayPal

Log Out  |  Help  |  Security and Protection                    [          ] Search

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #6N765499D72999158)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 15, 2012 | Payment To Turbo Tunes | Completed | | -$116.97 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 15, 2012 | Charge From Credit Card | Completed | Details | $116.97 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Apple iPod Touch 8GB GREAT CONDITION 1sl Gen Classic WiFi Grade A Item # 180836045434 | | $99.97 USD |
| | | Amount | $99.97 USD |

Business Contact Information

Customer Service URL: http://www.turbotunes.com
Customer Service Email: smkarner@mtu.edu
Customer Service Phone: 419-341-3712

Item Total: $99.97 USD
Sales Tax:
Shipping: $17.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$116.97 USD
Fee amount: $0.00 USD
Net amount: -$116.97 USD
Date: Mar 15, 2012
Time: 09:55:09 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

Batch: Barcode: #1=WWWJ AAL630Q Scanned Date: 2012-03-29 14:02:02:000

PayPal Website Payment Details - PayPal

**PayPal**

Log Out  |  Help  |  Security & Protection

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #3YD38348R8950635T)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 15, 2012 | Payment To offers4less.com | Completed | | -$114.98 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Mar 15, 2012 | Charge From Credit Card | Completed | Details | $114.98 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Apple iPod touch 1st Generation (8 GB) Item # 360441756321 | | $99.99 USD |
| | | Amount | $99.99 USD |

**Business Contact Information**

Customer Service Email: offers4less@yahoo.com

Item Total: $99.99 USD

Sales Tax:

Shipping: $14.99 USD

Seller discount or charges: $0.00 USD

Total amount: -$114.98 USD
Fee amount: $0.00 USD
Net amount: -$114.98 USD
Date: Mar 15, 2012
Time: 10:24:55 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed 

Amazon.com - Order 105-3774049-3238645                                    Page 1 of 1



## Final Details for Order #105-3774049-3238645
### Print this page for your records.

**Order Placed:** March 15, 2012
**Amazon.com order number:** 105-3774049-3238645
**Order Total:** $474.28

| Shipped on March 16, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Nokia N9 16GB 3G Wifi GPS NFC GSM Unlocked MeeGo Touchscreen (Black)*<br>Condition: New<br>Sold by: Dolphin International Inc (seller profile) | $455.00 |

| **Shipping Address:** | | |
| --- | --- | --- |
| Morrison Foerster | Item(s) Subtotal: | $455.00 |
| 425 Market St. | Shipping & Handling: | $19.28 |
| San Francisco, CA 94105 | | ----- |
| United States | Total Before Tax: | $474.28 |
| | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$474.28** |
| **Shipping Speed:** | | ----- |
| One-Day Shipping | | |

| Payment Information | | |
| --- | --- | --- |
| **Payment Method:** | Item(s) Subtotal: | $455.00 |
| | Shipping & Handling: | $19.28 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $474.28 |
| Morrison Foerster | Estimated Tax To Be Collected: | $0.00 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | **Grand Total:** | **$474.28** |
| United States | | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 002-9331737-6541832                                    Page 1 of 1

# amazon.com

## Final Details for Order #002-9331737-6541832
Print this page for your records.

**Order Placed:** March 19, 2012
**Amazon.com order number:** 002-9331737-6541832
**Seller's order number:** 10787941
**Order Total:** $790.94

| Shipped on March 20, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *T-Mobile Samsung Galaxy Tab 10.1" Tablet, nVidia T720 Dual Core 1GHz Processor, Android 3.2, White* <br> Condition: New <br> Sold by: Adorama Camera (seller profile) | $739.99 |

| **Shipping Address:** | Item(s) Subtotal: $739.99 |
|---|---|
| Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | Shipping & Handling: $50.95 <br> ----- <br> Total Before Tax: $790.94 <br> Sales Tax: $0.00 <br> ----- |
| **Shipping Speed:** <br> One-Day Shipping | **Total for This Shipment:$790.94** <br> ----- |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $739.99 <br> Shipping & Handling: $50.95 <br> ----- |
| **Billing Address:** | Total Before Tax: $790.94 <br> Estimated Tax To Be Collected: $0.00 <br> ----- |
| Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | **Grand Total:$790.94** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon Wireless



Your Cart (empty)

## amazonwireless beta

Phones, netbooks, tablets, and more...

FREE Two-Day Shipping on all phones and devices. See details

Cell Phones With Plans · Tablets · Mobile Broadband · Tools & Resources · Blog · MORE AT AMAZON: · Accessories · Unlocked Phones · No-Contract Phones · Amazon Appstore for Android

### Your Account

View Orders
Shipping & Returns
Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

Order placed: Mar 22, 2012
AmazonWireless order number: 105-3838715-5419420
Order total: $1,539.98

Shipment #1
2 Items - delivery estimate: Mar 23, 2012

#### Shipping Information

Shipping Address:

425 Market St.
San Francisco, CA 94105
United States

Shipment #1: Shipped on Mar 22, 2012

Shipping Speed: Two-Day Shipping
Track your package
1 package via UPS
› Track your package
with tracking number 1ZXX31292927315577
Delivery estimate: Mar 23, 2012

| Items Ordered | Price |
|---|---|
| Samsung Galaxy Tab 4G 10.1" 16GB Android Tablet , Grey (Verizon Wireless) | $769.99 |
| Samsung Galaxy Tab 4G 10.1" 16GB Android Tablet , Grey (Verizon Wireless) | $769.99 |

#### Payment Information

Payment Method:

Billing Address:

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Item(s) Subtotal: $1,539.98

Total Before Tax: $1,539.98

Total billed by AmazonWireless: $1,539.98

### Stay Connected

Find us on Facebook
Follow us on Twitter

### Quick links and helpful information about our site

Home
Your Account
Order Status

Our Blog
Returns
Secure Shopping

Help
Conditions of Use
Privacy Policy

We're Hiring
About Us

### Need Assistance?

Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

PayPal Website Payment Details - PayPal



Log Out | Help | Security and Protection           [        ] Search



Overview   Add Money   Withdraw   **History**   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #2YM07709UX078884N)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 28, 2012 | Payment To Digitac Computers | Completed | ... | -$159.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 28, 2012 | Charge From Credit Card | Completed | Details | $159.00 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Micromax Modu T 3G 5MP World's lightest Mobile Phone,Sportify Arm Band, Cam Extn Item # 251029052987 | | $159.00 USD |
| | | Amount | $159.00 USD |

### Business Contact Information

Customer Service URL: http://www.DigitacIndia.com
Customer Service Email: randip.arora72@gmail.com
Customer Service Phone: +91 9417000689

Item Total: $159.00 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$159.00 USD
Fee amount: $0.00 USD
Net amount: -$159.00 USD
Date: Mar 28, 2012
Time: 14:36:20 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

# amazon.com

## Final Details for Order #105-9101931-0948224
Print this page for your records.

**Order Placed:** March 29, 2012
**Amazon.com order number:** 105-9101931-0948224
**Order Total: $1,185.17**

| Shipped on March 30, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Coby Kyros 8-Inch Android 2.3 4 GB Internet Touchscreen Tablet - MID8125-4G*<br>Condition: New<br>Sold by: Amazon.com LLC | $137.77 |
| 1 of: *Coby Kyros 7-Inch Android 2.3 4 GB Internet Touchscreen Tablet - MID7012-4G (Black)*<br>Condition: New<br>Sold by: Amazon.com LLC | $90.88 |
| 1 of: *HTC 7 Trophy T8686 Windows Phone 7 Unlocked GSM Smartphone with 5 MP Camera, Wi-Fi, GPS, Touchscreen - Unlocked Phone - No Warranty - Black*<br>Condition: New<br>Sold by: UNLOCKED CELL PHONE KINGS INC. (seller profile) | $249.99 |
| 1 of: *Pantech Crossover Prepaid Android GoPhone (AT&T) with $25 Airtime Credit*<br>Condition: New<br>Sold by: Amazon.com LLC | $119.99 |
| 1 of: *VINCI 7-Inch Touchscreen Mobile Learning Tablet (4GB)*<br>Condition: New<br>Sold by: Amazon.com LLC | $389.00 |

| | |
|---|---|
| **Shipping Address:**<br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: $987.63<br>Shipping & Handling: $16.15<br>-----<br><br>Total Before Tax: $1,003.78<br>Sales Tax: $0.00<br>-----<br><br>**Total for This Shipment: $1,003.78**<br>----- |
| **Shipping Speed:**<br>Two-Day Shipping | |

| Shipped on March 29, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Lg P509 Optimus T 3g Gsm Smartphone Android 3.2mp Camera Gps Wifi Colo: Titanium*<br>Condition: New<br>Sold by: Alizai Enterprise Inc (seller profile) | $178.94 |

| | |
|---|---|
| **Shipping Address:**<br>Morrison Foerster<br>425 Market St. | Item(s) Subtotal: $178.94<br>Shipping & Handling: $2.45<br>----- |

Amazon.com - Order 105-9101931-0948224

| | |
|---|---|
| San Francisco, CA 94105 | Total Before Tax: $181.39 |
| United States | Sales Tax:    $0.00 |
| | ----- |
| **Shipping Speed:** | **Total for This Shipment:$181.39** |
| Two-Day Shipping | ----- |

### Payment Information

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal:  $1,166.57 |
| | Shipping & Handling:    $18.60 |
| | ----- |
| **Billing Address:** | Total Before Tax:  $1,185.17 |
| | Estimated Tax To Be Collected:    $0.00 |
| Morrison Foerster | ----- |
| 425 Market St. | **Grand Total:$1,185.17** |
| San Francisco, CA 94105 | |
| United States | |
| **Credit Card transactions** | March 29, 2012:   $181.39 |
| | March 30, 2012:$1,003.78 |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 105-6903570-5386645                                    Page 1 of 1

# amazon.com

## Final Details for Order #105-6903570-5386645
Print this page for your records.

**Order Placed:** March 29, 2012
**Amazon.com order number:** 105-6903570-5386645
**Order Total:** $192.03

---

### Shipped on March 30, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *HP Compaq Tablet PC TC1000 - TM5800 1 GHz - RAM 256 MB - HDD 30 GB - GF2 Go - WLAN : 802.11b - Win XP Tablet PC - 10.4" TFT 1024 x 768 ( XGA )*<br>Condition: Used - Very Good<br>Sold by: The Computer Shack of Michigan (seller profile) | $185.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
Standard

| | |
|---|---|
| Item(s) Subtotal: | $185.99 |
| Shipping & Handling: | $6.04 |
| | ----- |
| Total Before Tax: | $192.03 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$192.03** |
| | ----- |

---

### Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $185.99 |
| Shipping & Handling: | $6.04 |
| | ----- |
| Total Before Tax: | $192.03 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$192.03** |

---

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Batch#1 Barcode# WWW1AAQA9RW Scanned Date 2012-05-10 10:38:11 000

Barnes & Noble.com

Sign In   My Account ∨   Order Status   My NOOK   Stores & Events   Help



# BARNES & NOBLE
### BN.com

Kane Chronicles: Pre-Order *The Serpent's Shadow*

| Search Over 30 Million Products | All Products ∨ | Search |

Shopping Bag ( 0 items )
Spend $25, Get FREE SHIPPING

Books | NOOK Books | nook | Textbooks | Newsstand | Teens | Kids | Toys & Games | DVDs | Home & Gifts | Electronics | Gift Cards

## ORDER STATUS

Check an Order › Order Details

Check another order or sign in

› Help with Your Order

### Order Details

**Shipping Address**

Morrison Foerster
425 Market St.
San Francisco, CA 94105

**Payment Information**

Payment Type:

**$221.32**

**Billing Address:**

425 Market St.
San Francisco, CA 94105

**Order Summary**

Order Number: 354583044

Order Date: March 29, 2012

**Order Total**

| | |
|---|---|
| Subtotal: | $199.00 |
| Shipping & Handling: | $4.98 |
| Sales Tax: | $17.34 |
| **Order Total** | **$221.32** |

### Shipped Items

**Items from Barnes & Noble**
STANDARD ITEMS

Shipping Method: Expedited Delivery

Tracking Number: 1Z1813430339727654

Track this item at: http://wwwapps.ups.com/letracking/tracking.cgi?tracknum=1Z1813430339727654IATA=us&Lang=eng

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| The details of this item are not displayed to maintain your privacy. UPC: ****** 1779 | 1 Cannot be Removed | Shipped on: March 29, 2012 | Gift-Wrap: No Gift Message: No | $0.00 | $199.00 |

| | |
|---|---|
| Shipment Subtotal: | $199.00 |
| Shipping & Handling: | $4.98 |
| Sales Tax: | $17.34 |
| **Shipment Total:** | **$221.32** |

Your credit card will be charged* $221.32   ORDER TOTAL:   **$221.32**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

6 Safe Shopping Guarantee

**Be in the Know.**
Sign up for savings, news, updates.

Enter Your Email Address   GO!

**Read What You Love.**
Anywhere You Like.

NOOK for iPad™     NOOK for Android™
NOOK for iPhone®   NOOK for PC®
NOOK for Mac™
Learn More ›

**Keep Up with BN's Buzz.**

BN.com   @BNbuzz
NOOK     @nookBN

---

**About B&N**
BN Services
Barnes & Noble, Inc.

**Affiliate Network**
Advertise
Publisher & Author
Guidelines

**Advanced Search**
B&N MasterCard
Bulk Order Discounts
B&N Bookfairs

**About Free Shipping**
About Shipping
Shipping & Delivery

**Customer Service**
Quick Help

**All Help**
Topics
Sitemap

# amazon.com

## Final Details for Order #105-0878604-5124264
Print this page for your records.

**Order Placed:** March 29, 2012
**Amazon.com order number:** 105-0878604-5124264
**Order Total:** $37.47

### Shipped on March 29, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Palm Treo 700p PDA Phone Camera Bluetooth*<br>Condition: Used - Very Good<br>Sold by: mustluvdogs (seller profile) | $29.00 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
Expedited Shipping

| | |
|---|---|
| Item(s) Subtotal: | $29.00 |
| Shipping & Handling: | $8.47 |
| | ----- |
| Total Before Tax: | $37.47 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$37.47** |
| | ----- |

### Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $29.00 |
| Shipping & Handling: | $8.47 |
| | ----- |
| Total Before Tax: | $37.47 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$37.47** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #105-2368812-2452240
Print this page for your records.

**Order Placed:** March 29, 2012
**Amazon.com order number:** 105-2368812-2452240
**Order Total:** $1,009.45

| Shipped on March 29, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Panasonic Toughbook H1 Tablet PC - Intel Atom Z540 1.86 GHz - 10.40" XGA - 1 GB DDR2 SDRAM - 80 GB - Windows Vista Business* | $999.99 |
| Condition: Refurbished | |
| Sold by: eDealer (seller profile) | |

| Shipping Address: | | |
| --- | --- | --- |
| Morrison Foerster | Item(s) Subtotal: | $999.99 |
| 425 Market St. | Shipping & Handling: | $9.46 |
| San Francisco, CA 94105 | | ----- |
| United States | Total Before Tax: | $1,009.45 |
| | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$1,009.45** |
| **Shipping Speed:** | | ----- |
| Expedited Shipping | | |

| Payment Information | | |
| --- | --- | --- |
| **Payment Method:** | Item(s) Subtotal: | $999.99 |
| | Shipping & Handling: | $9.46 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $1,009.45 |
| | Estimated Tax To Be Collected: | $0.00 |
| Morrison Foerster | | ----- |
| 425 Market St. | **Grand Total:** | **$1,009.45** |
| San Francisco, CA 94105 | | |
| United States | | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

AmazonWireless



Your Cart (empty)

**amazon**wireless

Phones, netbooks, tablets, and more

FREE Two-Day Shipping on all phones and devices. See details

Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON | Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android

## Your Account

View Orders

Shipping & Returns

Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

**Order placed:** Mar 29, 2012
**AmazonWireless order number:** 105-7935847-4349008
**Order total:** $1,179.97

Shipment #1
3 items - delivery estimate: Mar 30, 2012

#### Shipping Information

**Shipping Address:**

425 Market St.
San Francisco, CA 94105
United States

#### Shipment #1: Shipped on Mar 29, 2012

**Shipping Speed:** Two-Day Shipping
Track your package
1 package via FedEx
> Track your package
with tracking number 515736552199
**Delivery estimate:** Mar 30, 2012

| Items Ordered | Price |
|---|---|
| Pantech Hotshot Phone (Verizon Wireless) | $199.99 |
| Casio G'zOne Commando Android Phone (Verizon Wireless) | $449.99 |
| T-Mobile myTouch 4G Android Phone, Black (T-Mobile) | $529.99 |

#### Payment Information

**Payment Method:**
**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Item(s) Subtotal: $1,179.97

Total Before Tax: $1,179.97

Total billed by AmazonWireless: $1,179.97

**Stay Connected**
Find us on Facebook
Follow us on Twitter

**Quick links and helpful information about our site**
Home
Your Account
Order Status

Our Blog
Returns
Secure Shopping

Help
Conditions of Use
Privacy Policy

We're Hiring
About Us

**Need Assistance?**
Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates

BestBuy.com - Order Receipt                                          Page 1 of 1

**CLOSE**

# Order Receipt

PRINT

Order Date: 04/05/12
Order Number: BBY01-451003008280

| Qty. | Product Description | Price | Qty. Price | Shipping | Sales Tax & Fees | Item Total |
|---|---|---|---|---|---|---|
| 1 | AT&T GoPhone-LG Thrive Mobile Phone-Silver-P506 SKU: 2224057 | $129.99 | $129.99 | $16.99 | $11.05 | $158.03 |

Ship to: 425 MARKET ST MORRISON & FOERSTER...

Status: 1 item(s) shipped via EXPRESS on 04/06/12 via UPS 1ZV7855E1349830363

**Payment Information**

Gift Cards & Pitch In™ Card
N/A

Reward Certificates                    425 MARKET ST MORRISON & FOERSTER
N/A                                    SAN FRANCISCO, CA, 94105 USA

Promotional Codes                              Product Total:    $129.99
N/A                                        Shipping & Handling:    $16.99
                                                  Sales Tax:     $11.05
                                                Order Total:    **$158.03**

**Please Note**

Order status reflects the most recent details available about your order.

**Order Questions**

If you have questions about your order, please contact Customer Care at 1-888-BEST BUY.

BEST BUY

PayPal Website Payment Details - PayPal

**PayPal**

Log Out | Help | Security and Protection   Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #4FJ90969S8390194M)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 14, 2012 | Payment To MABILI INT TRADING CO LTD | Completed | .... | -$178.89 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 14, 2012 | Charge From Credit Card | Completed | Details | $178.89 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW HTC HERO 3G GOOGLE G3 ANDROID 5MP GPS BROWN SMARTPHONE Item # 170762389702 | | $168.90 USD |
| | | Amount | $168.90 USD |

### Business Contact Information

Customer Service URL: http://stores.shop.ebay.co.uk/YT-s-cell-phones__W0QQ_armrsZ1
Customer Service Email: sowaytech.service@gmail.com
Customer Service Phone: +86 075582923442

| | |
|---|---|
| Item Total: | $168.90 USD |
| Sales Tax: | |
| Shipping: | $9.99 USD |
| Seller discount or charges: | $0.00 USD |
| Total amount: | -$178.89 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$178.89 USD |
| Date: | Apr 14, 2012 |
| Time: | 12:24:38 PDT |
| Status: | Completed |
| Insurance: | $0.00 USD |

Shipping Address:   425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

Amazon.com - Order 104-1558689-4038657                                    Page 1 of 1

# amazon.com

## Final Details for Order #104-1558689-4038657
Print this page for your records.

**Order Placed:** April 12, 2012
**Amazon.com order number:** 104-1558689-4038657
**Order Total: $321.02**

| Shipped on April 12, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Nokia N8 Unlocked GSM Touchscreen Phone Featuring GPS with Voice Navigation and 12 MP Camera--U.S. Version with Warranty (Gray)*<br>Condition: New<br>Sold by: Amazon.com LLC | $309.99 |

| **Shipping Address:** | Item(s) Subtotal: | $309.99 |
| --- | --- | --- |
| Morrison Foerster | Shipping & Handling: | $11.03 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | Total Before Tax: | $321.02 |
| United States | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$321.02** |
| **Shipping Speed:** | | ----- |
| Two-Day Shipping | | |

| Payment Information | | |
| --- | --- | --- |
| **Payment Method:** | Item(s) Subtotal: | $309.99 |
| | Shipping & Handling: | $11.03 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $321.02 |
| | Estimated Tax To Be Collected: | $0.00 |
| Morrison Foerster | | ----- |
| 425 Market St. | **Grand Total:** | **$321.02** |
| San Francisco, CA 94105 | | |
| United States | | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 104-8605735-4432253                                    Page 1 of 1

**amazon**.com

### Final Details for Order #104-8605735-4432253
Print this page for your records.

**Order Placed:** April 12, 2012
**Amazon.com order number:** 104-8605735-4432253
**Order Total:** $129.46

| Shipped on April 12, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Olympus m:robe MR-500i Digital Music Player with Digital Camera*<br>Condition: New<br>Sold by: Get 'N' Go 1 (seller profile) | $120.00 |

| **Shipping Address:** | Item(s) Subtotal: | $120.00 |
|---|---|---|
| Morrison Foerster | Shipping & Handling: | $9.46 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | Total Before Tax: | $129.46 |
| United States | Sales Tax: | $0.00 |
| | | ----- |
| **Shipping Speed:** | **Total for This Shipment:** | **$129.46** |
| Expedited Shipping | | ----- |

| Payment Information | | |
|---|---|---|
| **Payment Method:** | Item(s) Subtotal: | $120.00 |
| | Shipping & Handling: | $9.46 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $129.46 |
| Morrison Foerster | Estimated Tax To Be Collected: | $0.00 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | **Grand Total:** | **$129.46** |
| United States | | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 104-8665729-1708201

# amazon.com

## Final Details for Order #104-8665729-1708201
Print this page for your records.

**Order Placed:** April 12, 2012
**Amazon.com order number:** 104-8665729-1708201
**Order Total:** $43.48

| Shipped on April 13, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung YP-K3JQR K3 2 GB Slim Portable Media Player (Red)* | $36.00 |
| Condition: Used - Good | |
| Sold by: mistermoney-hq (seller profile) | |

| **Shipping Address:** | Item(s) Subtotal: $36.00 |
|---|---|
| Morrison Foerster | Shipping & Handling: $7.48 |
| 425 Market St. | ----- |
| San Francisco, CA 94105 | Total Before Tax: $43.48 |
| United States | Sales Tax: $0.00 |
| | ----- |
| | **Total for This Shipment:$43.48** |
| **Shipping Speed:** | ----- |
| Expedited Shipping | |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $36.00 |
| | Shipping & Handling: $7.48 |
| | ----- |
| **Billing Address:** | Total Before Tax: $43.48 |
| | Estimated Tax To Be Collected: $0.00 |
| Morrison Foerster | ----- |
| 425 Market St. | **Grand Total:$43.48** |
| San Francisco, CA 94105 | |
| United States | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 104-6836676-8608267                                    Page 1 of 1

# amazon.com

## Final Details for Order #104-6836676-8608267
### Print this page for your records.

**Order Placed:** April 12, 2012
**Amazon.com order number:** 104-6836676-8608267
**Order Total:** $318.67

| Shipped on April 12, 2012 | |
| --- | --- |
| **Items Ordered** | **Price** |
| 1 of: *Sony Ericsson Xperia X10i/X10 Unlocked Phone with GPS, Android OS, 8.1 MP Camera and QWERTY Keyboard - Unlocked Phone - No Warranty - Sensuous Black*<br>Condition: New<br>Sold by: Amazon.com LLC | $299.99 |

| | |
| --- | --- |
| **Shipping Address:**<br><br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: $299.99<br>Shipping & Handling: $18.68<br>-----<br>Total Before Tax: $318.67<br>Sales Tax: $0.00<br>-----<br>**Total for This Shipment:$318.67**<br>----- |
| **Shipping Speed:**<br>One-Day Shipping | |

| Payment Information | |
| --- | --- |
| **Payment Method:**<br><br><br>**Billing Address:**<br><br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: $299.99<br>Shipping & Handling: $18.68<br>-----<br>Total Before Tax: $318.67<br>Estimated Tax To Be Collected: $0.00<br>-----<br>**Grand Total:$318.67** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal

**PayPal**

Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview · Add Money · Withdraw · History · Statements · Resolution Center · Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #9BC20003A2915334V)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 14, 2012 | Payment To MABILI INT TRADING CO LTD | Completed | ... | -$178.89 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 14, 2012 | Charge From Credit Card | Completed | Details | $178.89 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | NEW HTC HERO 3G GOOGLE G3 ANDROID 5MP GPS WHITE SMARTPHONE Item # 180794144633 | | $168.90 USD |
| | | Amount | $168.90 USD |

**Business Contact Information**

Customer Service URL: http://stores.shop.ebay.co.uk/YT-s-cell-phones__W0QQ_armrsZ1
Customer Service Email: sowaytech.service@gmail.com
Customer Service Phone: +86 075582923442

Item Total: $168.90 USD
Sales Tax:
Shipping: $9.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$178.89 USD
Fee amount: $0.00 USD
Net amount: -$178.89 USD
Date: Apr 14, 2012
Time: 12:57:26 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

# amazon.com

## Final Details for Order #104-2122409-1489023
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-2122409-1489023
**Order Total:** $519.94

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Acer Iconia Tab A500-10S16u 10.1-Inch Tablet Computer (Aluminum Metallic)* Condition: New Sold by: BWP Sales LLC (seller profile) | $496.98 |

| **Shipping Address:** | Item(s) Subtotal: | $496.98 |
|---|---|---|
| Morrison Foerster | Shipping & Handling: | $22.96 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | Total Before Tax: | $519.94 |
| United States | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$519.94** |
| **Shipping Speed:** | | ----- |
| One-Day Shipping | | |

| Payment Information | | |
|---|---|---|
| **Payment Method:** | Item(s) Subtotal: | $496.98 |
| | Shipping & Handling: | $22.96 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $519.94 |
| | Estimated Tax To Be Collected: | $0.00 |
| Morrison Foerster | | ----- |
| 425 Market St. | **Grand Total:** | **$519.94** |
| San Francisco, CA 94105 | | |
| United States | | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal

Log Out  |  Help  |  Security and Protection

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview    Add Money    Withdraw    History    Statements    Resolution Center    Profile

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #9VS16741399023631)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Payment To MABILI INT TRADING CO LTD | Completed | ... | -$97.99 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Charge From Credit Card | Completed | Details | $97.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW HTC TOUCH DUAL TouchFLO Finger Swipe SMARTPHONE Item # 180794136511 | | $88.00 USD |
| | | Amount | $88.00 USD |

**Business Contact Information**

Customer Service URL: http://stores.shop.ebay.co.uk/YT-s-cell-phones__W0QQ_armrsZ1
Customer Service Email: sowaytech.service@gmail.com
Customer Service Phone: +86 075582923442

Item Total: $88.00 USD
Sales Tax:
Shipping: $9.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$97.99 USD
Fee amount: $0.00 USD
Net amount: -$97.99 USD
Date: Apr 16, 2012
Time: 18:00:09 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

**amazon**.com·

## Final Details for Order #104-0000914-7672262
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-0000914-7672262
**Order Total: $39.99**

| Shipped on April 19, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *iriver U10 512 MB Music & Video Player*<br>Condition: Used - Acceptable<br>Sold by: electronicspares (seller profile) | $35.00 |

| **Shipping Address:** | Item(s) Subtotal: $35.00 |
|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Shipping & Handling: $4.99<br>-----<br>Total Before Tax: $39.99<br>Sales Tax: $0.00<br>----- |
| **Shipping Speed:**<br>Standard Shipping | **Total for This Shipment: $39.99**<br>----- |

| Payment Information | |
|---|---|
| **Payment Method:**<br>Visa | Item(s) Subtotal: $35.00<br>Shipping & Handling: $4.99<br>----- |
| **Billing Address:**<br><br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Total Before Tax: $39.99<br>Estimated Tax To Be Collected: $0.00<br>-----<br>**Grand Total: $39.99** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal



Log Out  |  Help  |  Security and Protection          [          ] [Search]

## PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #39B00856GW229604M)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Payment To MABILI INT TRADING CO LTD | Completed | ... | -$57.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Charge From Credit Card | Completed | Details | $57.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW LG CHOCOLATE KG800 BLACK CELL PHONE<br>Item # 190626269949 | | $48.00 USD |
| | | Amount | $48.00 USD |

**Business Contact Information**

Customer Service URL: http://stores.shop.ebay.co.uk/YT-s-cell-phones__W0QQ_armrsZ1
Customer Service Email: sowaytech.service@gmail.com
Customer Service Phone: +86 075582923442

Item Total: $48.00 USD
Sales Tax:
Shipping: $9.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$57.99 USD
Fee amount: $0.00 USD
Net amount: -$57.99 USD
Date: Apr 16, 2012
Time: 18:06:02 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

PayPal Website Payment Details - PayPal

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #5R738254V6349041D)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Payment To MABILI INT TRADING CO LTD | Completed | ... | -$77.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Charge From Credit Card | Completed | Details | $77.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW LG KE850 PRADA 2MP TOUCH SCREEN SMARTPHONE Item # 280657670619 | | $68.00 USD |
| | | Amount | $68.00 USD |

**Business Contact Information**

Customer Service URL: http://stores.shop.ebay.co.uk/YT-s-cell-phones__W0QQ_armrsZ1
Customer Service Email: sowaytech.service@gmail.com
Customer Service Phone: +86 075582923442

Item Total: $68.00 USD
Sales Tax:
Shipping: $9.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$77.99 USD
Fee amount: $0.00 USD
Net amount: -$77.99 USD
Date: Apr 16, 2012
Time: 18:09:44 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection     [Search]

**PayPal**

My Account | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #5E677674440169057)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 16, 2012 | Payment To Digitac Computers | Completed | ... | -$159.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 16, 2012 | Charge From Credit Card | Completed | Details | $159.00 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Micromax Modu T 3G 5MP World's lightest Mobile Phone,Sportify Arm Band, Cam Extn Item # 251034075270 | | $159.00 USD |
| | | Amount | $159.00 USD |

### Business Contact Information

Customer Service URL: http://www.DigitacIndia.com
Customer Service Email: randip.arora72@gmail.com
Customer Service Phone: +91 9417000689

Item Total: $159.00 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$159.00 USD
Fee amount: $0.00 USD
Net amount: -$159.00 USD
Date: Apr 16, 2012
Time: 18:14:11 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

# amazon.com

## Final Details for Order #104-5248698-3552234
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-5248698-3552234
**Order Total:** $257.43

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Motion Computing LS800 Tablet PC with Centrino Base Intel 753 1.2GHz Processor, 1GB RAM and 30GB HDD*<br>Condition: Used - Very Good<br>Sold by: larrylibooks (seller profile) | $245.00 |

| **Shipping Address:** | Item(s) Subtotal: | $245.00 |
|---|---|---|
| Morrison Foerster | Shipping & Handling: | $12.43 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | Total Before Tax: | $257.43 |
| United States | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$257.43** |
| **Shipping Speed:** | | ----- |
| Expedited Shipping | | |

| Payment Information | | |
|---|---|---|
| **Payment Method:** | Item(s) Subtotal: | $245.00 |
| | Shipping & Handling: | $12.43 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $257.43 |
| | Estimated Tax To Be Collected: | $0.00 |
| Morrison Foerster | | ----- |
| 425 Market St. | **Grand Total:** | **$257.43** |
| San Francisco, CA 94105 | | |
| United States | | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Batch#=   Barcode#=WWWW1AAWDQTI Scanned Date= 2012-05-10 10:47:13.000

Barnes & Noble.com

Sign in   My Account ▾   Order Status   My NOOK   Stores & Events   Help

# BARNES & NOBLE
BN.com

*FREE Express Shipping* with Membership

Search Over 30 Million Products    | All Products ▾ |   Search

Shopping Bag ( 0 items )
Spend $25, Get FREE SHIPPING

Books | NOOK Books | NOOK | Textbooks | Newsstand | Teens | Kids | Toys & Games | DVDs | Home & Gifts | Electronics | Gift Cards

## ORDER STATUS

Check another order or sign in

Check an Order › Order Details

› Help with Your Account

### Order Details

| Shipping Address | Payment Information | Billing Address |
|---|---|---|
| Morrison Foerster LLP | $232.72 | Morrison Foerster LLP |
| 425 Market St. | | 425 Market St. |
| San Francisco, CA 94105 | | San Francisco, CA 94105 |

**Order Summary**
Order Number: 364222868

Order Date: April 16, 2012

**Order Total**
| | |
|---|---|
| Subtotal: | $199.00 |
| Shipping & Handling: | $15.48 |
| Sales Tax: | $18.24 |
| **Order Total** | **$232.72** |

### Shipped Items

**Items from Barnes & Noble**
STANDARD ITEMS

Shipping Method: Expedited Air Service
Tracking Number: 1Z1813430340442584
Track this item at: http://wwwapps.ups.com/letracking/tracking?tracknum=1Z1813430340442584&IATA=us&Lang=eng

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| The details of this item are not displayed to maintain your privacy | 1 | Shipped on: April 17, 2012 | Gift-Wrap: No | $0.00 | $199.00 |
| Cannot be Removed | | | Gift Message: No | | |
| UPC: *****1779 | | | | | |

| | |
|---|---|
| Shipment Subtotal: | $199.00 |
| Shipping & Handling: | $15.48 |
| Sales Tax: | $18.24 |
| **Shipment Total:** | **$232.72** |

Your credit card will be charged† $232.72    ORDER TOTAL:    **$232.72**

† Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

**Be in the Know.**
Sign up for savings, news, updates.

Enter Your Email Address   Go

**Read What You Love.**
Anywhere You Like.

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC®    Mac™
                                    Learn More ›

**Keep Up with BN's Buzz.**

BN.com    @BNBuzz
NOOK    @nookBN

About B&N            Affiliate Network        Advanced Search         About Free Shipping     Customer Service        All Help Topics
Investor Relations   Advertise                B&N MasterCard          About Shipping          Order Status            Sitemap
B&N, Inc.            Publisher & Author Guidelines   Bulk Order Discounts   Shipping & Delivery   Bulk Stores          Accessibility
                                              B&N Bookfairs

Amazon.com - Order 104-0245488-5849855                                         Page 1 of 1

# amazon.com

## Final Details for Order #104-0245488-5849855

Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-0245488-5849855
**Order Total:** $25.28

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Olympus m:robe MR-500i Digital Music Player with Digital Camera*<br>Condition: Used - Good<br>Sold by: onlinesavings (seller profile) | $19.99 |

| **Shipping Address:** | Item(s) Subtotal: $19.99 |
|---|---|
| Morrison Foerster | Shipping & Handling: $5.29 |
| 425 Market St. | ----- |
| San Francisco, CA 94105 | Total Before Tax: $25.28 |
| United States | Sales Tax: $0.00 |
| | ----- |
| | **Total for This Shipment:$25.28** |
| **Shipping Speed:** | ----- |
| Standard | |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $19.99 |
| Visa | Shipping & Handling: $5.29 |
| | ----- |
| **Billing Address:** | Total Before Tax: $25.28 |
| | Estimated Tax To Be Collected: $0.00 |
| Morrison Foerster | ----- |
| 425 Market St. | **Grand Total:$25.28** |
| San Francisco, CA 94105 | |
| United States | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #104-2656876-7105030
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-2656876-7105030
**Order Total:** $68.16

---

### Shipped on April 17, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Palm Centro Unlocked Phone with QWERTY Keyboard, Touch Screen and 1.3 MP Camera - US Warranty - Black*<br>Condition: New<br>Sold by: EcoCell (seller profile) | $53.17 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
Expedited

Item(s) Subtotal: $53.17
Shipping & Handling: $14.99
-----
Total Before Tax: $68.16
Sales Tax:  $0.00
-----
**Total for This Shipment:$68.16**
-----

---

### Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Item(s) Subtotal: $53.17
Shipping & Handling: $14.99
-----
Total Before Tax: $68.16
Estimated Tax To Be Collected:  $0.00
-----
**Grand Total:$68.16**

---

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #1AA504158M349535U)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 |  | Completed | ... | -$99.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Charge From Credit Card | Completed | Details | $99.00 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Palm Treo 700p - Silver (Sprint) Power Vision Smartphone Complete In The Box! Item # 221002112461 | | $64.08 USD |
| | | Amount | $64.08 USD |

Item Total: $64.08 USD
Sales Tax:
Shipping: $34.92 USD
Seller discount or charges: $0.00 USD

Total amount: -$99.00 USD
Fee amount: $0.00 USD
Net amount: -$99.00 USD
Date: Apr 16, 2012
Time: 18:25:21 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed [?]

Payment To:          (The recipient of this payment is **Verified**)
Seller's ID: 08cents413

AmazonWireless



## Your Account

### Order Summary

**Order placed:** Apr 16, 2012
**AmazonWireless order number:** 104-2489782-9077820
**Order total:** $1,179.97

**Shipment #1**
3 items - delivery estimate: Apr 18, 2012

### Shipping Information

**Shipping Address:**
Edward Sittler
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipment #1: Shipped on Apr 17, 2012**

**Shipping Speed:** Two-Day Shipping

**Track your package**
1 package via UPS
> Track your package
with tracking number 1ZYR27610305255072
**Delivery estimate:** Apr 18, 2012

| Items Ordered | Price |
|---|---|
| Pantech Hotshot Phone (Verizon Wireless) | $199.99 |
| Casio G'zOne Commando Android Phone (Verizon Wireless) | $449.99 |
| T-Mobile myTouch 4G Android Phone, Black (T-Mobile) | $529.99 |

### Payment Information

**Payment Method:**

**Billing Address:**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $1,179.97 |
| Total Before Tax: | $1,179.97 |
| **Total billed by AmazonWireless:** | **$1,179.97** |

**Sidebar:**
View Orders
Shipping & Returns
Contact Us

Forgot your password?
Use Password Assistance at Amazon.com

Visit Your Account at Amazon.com to edit your personal information

Still can't find what you're looking for? Try visiting our Help section or call 1-877-429-8502

**Stay Connected**
Find us on Facebook
Follow us on Twitter

**Quick links and helpful information about our site**
Home
Your Account
Order Status
Our Blog
Returns
Secure Shopping
Help
Conditions of Use
Privacy Policy
We're Hiring
About Us

**Need Assistance?**
Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

# amazon.com

## Final Details for Order #104-6701058-2309037

Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-6701058-2309037
**Order Total:** $925.71

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung M7600 Beat DJ - Unlocked QuadBand Cellular Phone - 3.2 MP Camera, GPS, Touchscreen - International Version with No Warranty (Black)* <br> Condition: New <br> Sold by: Addicted to Phones (seller profile) | $399.99 |
| 1 of: *Samsung i8910 Omnia HD16GB Unlocked Phone with 8 MP Camera-- International Version No Warranty (Black)* <br> Condition: New <br> Sold by: Addicted to Phones (seller profile) | $479.00 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $878.99 |
| Shipping & Handling: | $46.72 |
| | ----- |
| Total Before Tax: | $925.71 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$925.71** |
| | ----- |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $878.99 |
| | Shipping & Handling: $46.72 |
| | ----- |
| **Billing Address:** | Total Before Tax: $925.71 |
| | Estimated Tax To Be Collected: $0.00 |
| Morrison Foerster | ----- |
| 425 Market St. | |
| San Francisco, CA 94105 | **Grand Total:$925.71** |
| United States | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Amazon.com - Order 104-9572039-7518617                                    Page 1 of 1

**amazon**.COM

## Final Details for Order #104-9572039-7518617
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-9572039-7518617
**Order Total:** $108.36

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung BlackJack II I617 Unlocked Phone with QWERTY Keyboard, WM6, GPS, 2 MP Camera and 3G Support - Unlocked Phone - US Warranty - Black*<br>Condition: New<br>Sold by: Beach Audio (seller profile) | $84.50 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
Expedited

| | |
|---|---|
| Item(s) Subtotal: | $84.50 |
| Shipping & Handling: | $15.37 |
| | ----- |
| Total Before Tax: | $99.87 |
| Sales Tax: | $8.49 |
| | ----- |
| **Total for This Shipment:** | **$108.36** |
| | ----- |

### Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $84.50 |
| Shipping & Handling: | $15.37 |
| | ----- |
| Total Before Tax: | $99.87 |
| Estimated Tax To Be Collected: | $8.49 |
| | ----- |
| **Grand Total:** | **$108.36** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

**amazon**.com

## Final Details for Order #104-4449773-0217048
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-4449773-0217048
**Order Total:** $1,396.22

---

### Shipped on April 17, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Samsung T669 Gravity Touch Full Qwerty Keyboard T-mobile Cell Phone*<br>Condition: New<br>Sold by: Young Kimbrough (seller profile) | $105.99 |
| 1 of: *Lg P509 Optimus T 3g Gsm Smartphone Android 3.2mp Camera Gps Wifi Colo: Titanium*<br>Condition: New<br>Sold by: Communicative Trends LLC (seller profile) | $178.95 |

| Shipping Address: | Item(s) Subtotal: | $284.94 |
|---|---|---|
| Morrison Foerster | Shipping & Handling: | $9.24 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | Total Before Tax: | $294.18 |
| United States | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$294.18** |
| **Shipping Speed:** | | ----- |
| One-Day Shipping | | |

---

### Shipped on April 16, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Samsung Galaxy Spica GT-I5700 Black Unlocked*<br>Condition: New<br>Sold by: sams distributions llc (seller profile) | $169.99 |
| 1 of: *VINCI 7-Inch Touchscreen Mobile Learning Tablet (4GB)*<br>Condition: New<br>Sold by: Amazon.com LLC | $389.00 |

| Shipping Address: | Item(s) Subtotal: | $558.99 |
|---|---|---|
| Morrison Foerster | Shipping & Handling: | $11.64 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | Total Before Tax: | $570.63 |
| United States | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$570.63** |
| **Shipping Speed:** | | ----- |
| One-Day Shipping | | |

---

### Shipped on April 16, 2012

Amazon.com - Order 104-4449773-0217048                                           Page 2 of 2

| Items Ordered | Price |
|---|---|
| 1 of: *Sony SGPT111US/S Wi-Fi Tablet (16GB)* | $398.00 |
| Condition: New | |
| Sold by: Amazon.com LLC | |
| 1 of: *Pantech Crossover Prepaid Android GoPhone (AT&T) with $25 Airtime Credit* | $119.99 |
| Condition: New | |
| Sold by: Amazon.com LLC | |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $517.99 |
| Shipping & Handling: | $13.42 |
| | ----- |
| Total Before Tax: | $531.41 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$531.41** |
| | ----- |

**Shipping Speed:**
One-Day Shipping

---

**Payment Information**

**Payment Method:**
Visa

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $1,361.92 |
| Shipping & Handling: | $34.30 |
| | ----- |
| Total Before Tax: | $1,396.22 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$1,396.22** |

**Credit Card transactions**

April 16, 2012: $570.63
April 16, 2012: $531.41
April 17, 2012: $294.18

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

**amazon**.com

## Final Details for Order #104-4449773-0217048
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-4449773-0217048
**Order Total:** $1,396.22

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung T669 Gravity Touch Full Qwerty Keyboard T-mobile Cell Phone*<br>Condition: New<br>Sold by: Young Kimbrough (seller profile) | $105.99 |
| 1 of: *Lg P509 Optimus T 3g Gsm Smartphone Android 3.2mp Camera Gps Wifi Colo: Titanium*<br>Condition: New<br>Sold by: Communicative Trends LLC (seller profile) | $178.95 |

| **Shipping Address:** | **Item(s) Subtotal:** | $284.94 |
|---|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | **Shipping & Handling:** | $9.24 |
| | | ----- |
| | **Total Before Tax:** | $294.18 |
| | **Sales Tax:** | $0.00 |
| | | ----- |
| **Shipping Speed:**<br>One-Day Shipping | **Total for This Shipment:** | **$294.18**<br>----- |

| Shipped on April 16, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung Galaxy Spica GT-I5700 Black Unlocked*<br>Condition: New<br>Sold by: sams distributions llc (seller profile) | $169.99 |
| 1 of: *VINCI 7-Inch Touchscreen Mobile Learning Tablet (4GB)*<br>Condition: New<br>Sold by: Amazon.com LLC | $389.00 |

| **Shipping Address:** | **Item(s) Subtotal:** | $558.99 |
|---|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | **Shipping & Handling:** | $11.64 |
| | | ----- |
| | **Total Before Tax:** | $570.63 |
| | **Sales Tax:** | $0.00 |
| | | ----- |
| **Shipping Speed:**<br>One-Day Shipping | **Total for This Shipment:** | **$570.63**<br>----- |

| Shipped on April 16, 2012 |
|---|

Amazon.com - Order 104-4449773-0217048                                    Page 2 of 2

| Items Ordered | Price |
|---|---|
| 1 of: *Sony SGPT111US/S Wi-Fi Tablet (16GB)*<br>Condition: New<br>Sold by: Amazon.com LLC | $398.00 |
| 1 of: *Pantech Crossover Prepaid Android GoPhone (AT&T) with $25 Airtime Credit*<br>Condition: New<br>Sold by: Amazon.com LLC | $119.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $517.99 |
| Shipping & Handling: | $13.42 |
| | ----- |
| Total Before Tax: | $531.41 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$531.41** |
| | ----- |

## Payment Information

**Payment Method:**


**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $1,361.92 |
| Shipping & Handling: | $34.30 |
| | ----- |
| Total Before Tax: | $1,396.22 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$1,396.22** |

**Credit Card transactions**

: April 16, 2012: $570.63
: April 16, 2012: $531.41
: April 17, 2012: $294.18

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

# amazon.com

## Final Details for Order #104-9369539-5614632
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-9369539-5614632
**Order Total:** $259.43

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung Jet S8000 Unlocked Phone with 3G, Quad-Band GSM, 5 MP Camera, and 2 GB Memory--International Version No Warranty (Black)* <br> Condition: New <br> Sold by: HassleFreeCell (seller profile) | $199.44 |

| **Shipping Address:** | | |
|---|---|---|
| Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | Item(s) Subtotal: | $199.44 |
| | Shipping & Handling: | $59.99 |
| | | ----- |
| | Total Before Tax: | $259.43 |
| | Sales Tax: | $0.00 |
| | | ----- |
| **Shipping Speed:** <br> One-Day Shipping | Total for This Shipment: | $259.43 |
| | | ----- |

| Payment Information | | |
|---|---|---|
| **Payment Method:** | Item(s) Subtotal: | $199.44 |
| | Shipping & Handling: | $59.99 |
| | | ----- |
| **Billing Address:** | Total Before Tax: | $259.43 |
| Morrison Foerster <br> 425 Market St. <br> San Francisco, CA 94105 <br> United States | Estimated Tax To Be Collected: | $0.00 |
| | | ----- |
| | Grand Total: | $259.43 |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

Batch#■■Barcode#■■WWWW1AAVX■JIM■Scanned■Date■■2012-05-10:10:32:49:000■

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection          [          ] Search

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center · Profile

# Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #60W03513AS060190E)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 16, 2012 | Payment To TD Post Online, Inc | Completed | ... | -$28.80 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 16, 2012 | Charge From Credit Card | Completed | Details | $28.80 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | REFURBISHED VERIZON SAMSUNG POCKET PC SPH-I700 Item # 221003409276 | | $28.80 USD |
| | | Amount | $28.80 USD |

**Business Contact Information**

Customer Service Email: tradingpoststore1@gmail.com

Item Total: $28.80 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$28.80 USD
Fee amount: $0.00 USD
Net amount: -$28.80 USD
Date: Apr 16, 2012
Time: 18:30:52 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed ⁇

PayPal Website Payment Details - PayPal



Log Out | Help | Security and Protection          [          ] Search

## PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview    Add Money    Withdraw    History    Statements    Resolution Center    Profile

# Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #1XE58296ML930104J)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Payment To ACL NETWORK INC | Completed | | -$86.53 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 16, 2012 | Charge From Credit Card | Completed | Details | $86.53 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung SGH A697 Sunburst - Black (AT&T) Cellular Phone Item # 251042543343 | | $78.84 USD |
| | | Amount | $78.84 USD |

**Business Contact Information**

Customer Service Email: yossef@latelinc.com

Item Total: $78.84 USD
Sales Tax: $7.69 USD
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$86.53 USD
Fee amount: $0.00 USD
Net amount: -$86.53 USD
Date: Apr 16, 2012
Time: 18:52:33 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed ❓

Amazon.com - Order 104-3427675-7998640        Page 1 of 1

# amazon.com

## Final Details for Order #104-3427675-7998640
Print this page for your records.

**Order Placed:** April 16, 2012
**Amazon.com order number:** 104-3427675-7998640
**Order Total:** $437.99

| Shipped on April 17, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Sony Ericsson Xperia X10 Unlocked Phone with Android OS, 8.1 MP Camera, QWERTY Keyboard and GPS - US Warranty - Sensuous Black*<br>Condition: New<br>Sold by: FGS Trading (seller profile) | $399.99 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $399.99 |
| Shipping & Handling: | $38.00 |
| | ----- |
| Total Before Tax: | $437.99 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$437.99** |
| | ----- |

## Payment Information

**Payment Method:**

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $399.99 |
| Shipping & Handling: | $38.00 |
| | ----- |
| Total Before Tax: | $437.99 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$437.99** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

**amazon**.com

## Final Details for Order #104-7295355-5052259
Print this page for your records.

**Order Placed:** April 18, 2012
**Amazon.com order number:** 104-7295355-5052259
**Order Total:** $581.43

### Shipped on April 19, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *BlackBerry Torch 9850 Unlocked Quadband GSM/3G Smart Phone with Touchscreen, 5-MP Camera, HD 720p video capture, Music Player, Wi-Fi and Bluetooth*<br>Condition: New<br>Sold by: iabebay (seller profile) | $339.99 |

| Shipping Address: | | |
|---|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: | $339.99 |
| | Shipping & Handling: | $5.25 |
| | | ----- |
| | Total Before Tax: | $345.24 |
| | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$345.24** |
| **Shipping Speed:**<br>One-Day Shipping | | ----- |

### Shipped on April 19, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Blackberry Storm2 9550 Unlocked Phone with Touch Screen, Wi-Fi, 3.2MP Camera and GPS - Unlocked Phone - No Warranty - Black*<br>Condition: New<br>Sold by: Ross Electronics LTD (seller profile) | $190.80 |
| 2 of: *TouchTec® II Capacitive iPad Stylus and Ball Point Pen for Apple iPad, ipad2, iPhone 4s, Kindle Fire, Droid Phones- 9mm (Thick Twist) Black*<br>Condition: New<br>Sold by: Touch Screen Solutions, LLC (seller profile) | $14.95 |

| Shipping Address: | | |
|---|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal: | $220.70 |
| | Shipping & Handling: | $15.49 |
| | | ----- |
| | Total Before Tax: | $236.19 |
| | Sales Tax: | $0.00 |
| | | ----- |
| | **Total for This Shipment:** | **$236.19** |
| **Shipping Speed:**<br>One-Day Shipping | | ----- |

### Payment Information

**Payment Method:**

Amazon.com - Order 104-7295355-5052259                                     Page 2 of 2

| | | |
|---|---|---|
| Visa | Item(s) Subtotal: | $560.69 |
| | Shipping & Handling: | $20.74 |
| **Billing Address:** | | ----- |
| | Total Before Tax: | $581.43 |
| Morrison Foerster | Estimated Tax To Be Collected: | $0.00 |
| 425 Market St. | | ----- |
| San Francisco, CA 94105 | | |
| United States | **Grand Total:** | **$581.43** |
| **Credit Card transactions** | April 19, 2012: | $236.19 |
| | April 19, 2012: | $345.24 |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates