# EXHIBIT B-2

# Part 3

PayPal Website Payment Details - PayPal



Log Out | Help | Security and Protection                    [          ] Search

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #8CT07822H82861219)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 27, 2012 | | Completed | | -$60.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Apr 27, 2012 | Charge From Credit Card | Completed | Details | $60.00 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Samsung SCH R880 Acclaim - Blue (U.S. Cellular) Smartphone & Body Glove Case Item # 280871123898 | | $50.00 USD |
| | | Amount | $50.00 USD |

Item Total: $50.00 USD
Sales Tax:
Shipping: $10.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$60.00 USD
Fee amount: $0.00 USD
Net amount: -$60.00 USD
Date: Apr 27, 2012
Time: 12:23:54 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:   425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed 🔲

Payment To:   ...... (he recipient of this payment is Verified)
Seller's ID: golf917

THE SHACK THANKS YOU.

RADIOSHACK
300 PINE STREET
SAN FRANCISCO, CA  94104-3202
(415) 986-8485

Last Valid Day for Return is 5/27/2012,
see back of receipt for full return policy

1706604                              $649.99
ATT SAMSUNG GALAXY S II
IMEI 359437041155046
 Plan ID: 11
 RS NON-ACT SIM PHONE
 Non-Activated Price $649.99
1070242                               $0.00
 RS NON-ACT SIM PHONE
1002639                               $0.00   N
 NO SIM CARD SOLD
1027400                               $0.00
 NON-ACT DEVICE
1003128                               $0.00   N
 SEE WRLSS BILL COMMENT BELOW
 PostPaid/Wireless only- Projected 1st mo billing
 0.00
 *NOTE **Projected First Month Bill Amount is
 based on your wireless carriers projections
 please refer to your carrier agreement for full
 details and pricing details. Should amounts
 differ between this ticket and the carrier
 agreement projection, the carrier agreement
 amount supercedes the projection on this sales
 ticket.

SubTotal                             $649.99
Tax                 8.50%             $55.25
TOTAL                                $705.24
VISA                                 $705.24
CHANGE                                 $0.00

Total Items Sold: 9


Tran # 88260262
Authorization 093414
Host Captured Y   $705.24


Sales tax applied to the non-activated
price of the item.

PayPal Website Payment Details - PayPal

| Log Out | Help | Security and Protection |   Search |

# PayPal™

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   **History**   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #97249480RL576734E)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 29, 2012 | | Completed | ... | -$365.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Apr 29, 2012 | Charge From Credit Card | Completed | Details | $365.00 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Galaxy S II SGH-I777 - 16GB - Black (AT&T) Smartphone 10 out of 10 Item # 251046266465 | | $365.00 USD |
| | | Amount | $365.00 USD |

| | |
|---|---|
| **Item Total:** | $365.00 USD |
| **Sales Tax:** | |
| **Shipping:** | $0.00 USD |
| **Seller discount or charges:** | $0.00 USD |

| | |
|---|---|
| **Total amount:** | -$365.00 USD |
| **Fee amount:** | $0.00 USD |
| **Net amount:** | -$365.00 USD |
| **Date:** | Apr 29, 2012 |
| **Time:** | 18:38:30 PDT |
| **Status:** | Completed |

| | |
|---|---|
| **Insurance:** | $0.00 USD |

**Shipping Address:**
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed  ?

**Payment To:**               (The recipient of this payment is **Verified**)
**Seller's ID:** tikhvika

Batch # Barcode: WWWW1AB34Y0K Scanned Date:2012.05.10 10:40:14.000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection                [            ] Search

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #5UW18178MJ6147908)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 4, 2012 | Payment To shopcelldeals.com | Completed | ... | -$74.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 4, 2012 | Charge From Credit Card | Completed | Details | $74.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Brand New Sealed in Samsung Intercept (Virgin Mobile) Item # 150808964889 | | $74.99 USD |
| | | Amount | $74.99 USD |

**Business Contact Information**

Customer Service Email: support@shopcelldeals.com
Customer Service Phone: 302-300-7028

Item Total: $74.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$74.99 USD
Fee amount: $0.00 USD
Net amount: -$74.99 USD
Date: May 4, 2012
Time: 10:28:55 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview · Add Money · Withdraw · History · Statements · Resolution Center · Profile

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #8J755744LL5033445)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 4, 2012 | Payment To | Completed | ... | -$229.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 4, 2012 | Charge From Credit Card | Completed | Details | $229.00 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | BRAND NEW!!! US CELLULAR SAMSUNG MESMERIZE!!! Item # 120907070152 | | $229.00 USD |
| | | Amount | $229.00 USD |

Item Total: $229.00 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$229.00 USD
Fee amount: $0.00 USD
Net amount: -$229.00 USD
Date: May 4, 2012
Time: 10:31:38 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

Payment To:                    (The recipient of this payment is Verified)
Seller's ID:

Batch#1 Barcode# WWWW1AB3QY36 Scanned Date 2012-05-10 10:39:58.000

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

[                    ] Search

## PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview    Add Money    Withdraw    History    Statements    Resolution Center    Profile

# Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #62M71368R6782541L)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 7, 2012 | | Completed | | -$207.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 7, 2012 | Charge From Credit Card | Completed | Details | $207.00 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Galaxy S 4G SGH-T959V - Charcoal gray (T-Mobile) Smartphone Item # 300707119920 | | $200.00 USD |
| | | Amount | $200.00 USD |

| | |
|---|---|
| Item Total: | $200.00 USD |
| Sales Tax: | |
| Shipping: | $7.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$207.00 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$207.00 USD |
| Date: | May 7, 2012 |
| Time: | 12:16:41 PDT |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |

Shipping Address:   425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed ☒

Payment To:                    (The recipient of this payment is Verified)
Seller's ID:  yzoe1988

**amazon**.com

## Final Details for Order #104-5193131-4225826
Print this page for your records.

**Order Placed:** May 8, 2012
**Amazon.com order number:** 104-5193131-4225826
**Order Total:** $452.62

| Shipped on May 9, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Apple iPad 2 PC769LL/A Tablet (16GB, WiFi, Black) 2nd Generation* | $399.99 |
| Condition: New | |
| Sold by: Audio Video Communication Store (seller profile) | |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $399.99 |
| Shipping & Handling: | $52.63 |
| | ----- |
| Total Before Tax: | $452.62 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$452.62** |
| | ----- |

| Payment Information | |
|---|---|

**Payment Method:**
Visa

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $399.99 |
| Shipping & Handling: | $52.63 |
| | ----- |
| Total Before Tax: | $452.62 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$452.62** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

amazon.com

## Final Details for Order #104-7868877-3807433
### Print this page for your records.

**Order Placed:** May 8, 2012
**Amazon.com order number:** 104-7868877-3807433
**Order Total:** $362.12

| Shipped on May 9, 2012 | |
|---|---:|
| **Items Ordered** | **Price** |
| 1 of: *Samsung Galaxy Tab (10.1-Inch, 16GB, Wi-Fi)*<br>Condition: Refurbished<br>Sold by: Kamcor, LTD. (seller profile) | $349.95 |

| **Shipping Address:** | | |
|---|---|---:|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal:<br>Shipping & Handling:<br><br>Total Before Tax:<br>Sales Tax: | $349.95<br>$12.17<br>-----<br>$362.12<br>$0.00<br>----- |
| **Shipping Speed:**<br>Two-Day Shipping | **Total for This Shipment:** | **$362.12**<br>----- |

| Payment Information | | |
|---|---|---:|
| **Payment Method:**<br>Visa | Item(s) Subtotal:<br>Shipping & Handling: | $349.95<br>$12.17<br>----- |
| **Billing Address:**<br><br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Total Before Tax:<br>Estimated Tax To Be Collected:<br><br>**Grand Total:** | $362.12<br>$0.00<br>-----<br>**$362.12** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal

Search

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #5BD3782713385913W)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 8, 2012 | Payment To BIG E TRADING | Completed | ... | -$199.00 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 8, 2012 | Charge From Credit Card | Completed | Details | $199.00 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | SAMSUNG GALAXY S 4G T-MOBILE (T-959V)•1GHz•4" SUPER AMOLED LCD•HSPA+21•GR8 PHONE Item # 320896352999 | | $199.00 USD |
| | | Amount | $199.00 USD |

### Business Contact Information

Customer Service Email:  bigetrading@gmail.com

| | |
|---|---|
| Item Total: | $199.00 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |
| Total amount: | -$199.00 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$199.00 USD |
| Date: | May 8, 2012 |
| Time: | 11:16:02 PDT |
| Status: | Completed |
| Insurance: | $0.00 USD |

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

PayPal Website Payment Details - PayPal

Log Out  |  Help  |  Security and Protection

**PayPal**

Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview    Add Money    Withdraw    History    Statements    Resolution Center    Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #4LV68159R8243123E)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 8, 2012 | | Completed | ... | -$83.75 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 8, 2012 | Charge From Credit Card | Completed | Details | $83.75 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Intercept SPH-M910(Virgin Mobile) Android w/Charger WORKS GREAT Clean ESN Item # 251051122247 | | $75.00 USD |
| | | Amount | $75.00 USD |

| | |
|---|---|
| Item Total: | $75.00 USD |
| Sales Tax: | |
| Shipping: | $8.75 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$83.75 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$83.75 USD |
| Date: | May 8, 2012 |
| Time: | 16:00:15 PDT |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed ⚠

Payment To:            (The recipient of this payment is **Verified**)

PayPal Website Payment Details - PayPal



Log Out | Help | Security and Protection      [          ] Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   **History**   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #9AX719534F749470V)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| May 8, 2012 | | Completed | | -$99.99 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| May 8, 2012 | Charge From Credit Card | Completed | Details | $99.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Samsung Intercept M910 Steel gray (Virgin Mobile) Smartphone + USB + Charger Item # 120909395329 | | $99.99 USD |
| | | Amount | $99.99 USD |

| | |
|---|---|
| Item Total: | $99.99 USD |
| Sales Tax: | |
| Shipping: | $0.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$99.99 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$99.99 USD |
| Date: | May 8, 2012 |
| Time: | 17:18:09 PDT |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

Payment To:      The recipient of this payment is **Verified**)
Seller's ID:   ez2buy.2010

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection | [      ] Search

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #14V30675LS997084G)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 9, 2012 | Payment To Devices Now | Completed | ... | -$515.76 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 9, 2012 | Charge From Credit Card | Completed | Details | $515.76 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | OEM UNLOCKED Samsung Galaxy S II GT-I9100 4G - 16GB - Noble Black Smartphone - HD Item # 280866381214 | | $499.77 USD |
| | | Amount | $499.77 USD |

**Business Contact Information**

Customer Service Email: ebay@devicesnowinc.com
Customer Service Phone: 347-830-7003

Item Total: $499.77 USD
Sales Tax:
Shipping: $15.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$515.76 USD
Fee amount: $0.00 USD
Net amount: -$515.76 USD
Date: May 9, 2012
Time: 15:12:41 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

Gmail - Thanks for your order Shopping Cart Order Confirmation                    Page 1 of 1


<sub>by Google</sub>

:@gmail.com>

## Thanks for your order Shopping Cart Order Confirmation
1 message

**Labbek@aol.com** <Labbek@aol.com>                                    Thu, May 10, 2012 at 12:53 PM
Reply-To: Labbek@aol.com
To: :

**Overseas Electronics**
**Order # 111353**
Thursday, May 10, 2012  3:50:00 PM, IP: 72.37.244.76
**Billing Information**

Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105
USA

**Shipping Information**

Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105
USA

**Payment Information**

Payment Method              : Visa
Credit Card                 :
Exp. Date                   :
Call For CC Num             :
Name as listed on the Credit Card :

**Order**

| Qty | Name | Price | Total |
|-----|------|-------|-------|
| 1 | SAMSUNG F700 BLUE | $369.99 | $369.99 |
| | **Sub Total:** | | $369.99 |
| | **Shipping Type:** | | UPS |
| | **Shipping:** | | $12.00 |
| | **Tax:** | | $0.00 |
| | **Total:** | | $381.99 |

PayPal Website Payment Details - PayPal



Log Out | Help | Security and Protection

Search

## My Account | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Money   Withdraw   **History**   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent** (Unique Transaction ID #7HR32153BW784223M)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2012 | | Completed | | -$379.95 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2012 | Charge From Credit Card | Completed | Details | $379.95 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Galaxy S II Epic 4G SPH-D710 16GB Sprint PRISTINE Clear ESN Fast Ship NR Item # 160799763877 | | $359.95 USD |
| | | Amount | $359.95 USD |

**Item Total:** $359.95 USD

**Sales Tax:**

**Shipping:** $20.00 USD

**Seller discount or charges:** $0.00 USD

**Total amount:** -$379.95 USD
**Fee amount:** $0.00 USD
**Net amount:** -$379.95 USD
**Date:** May 15, 2012
**Time:** 11:39:09 PDT
**Status:** Completed

**Insurance:** $0.00 USD

**Shipping Address:**
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

**Payment To:** Michael Perrazzo    (The recipient of this payment is **Verified**)

PayPal Website Payment Details - PayPal



Log Out | Help | Security and Protection    [          ] [Search]

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview · Add Money · Withdraw · History · Statements · Resolution Center · Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #5WN560294E790860C)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2012 | Payment To Wireless Payment Center | Completed | ... | -$99.95 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 15, 2012 | Charge From Credit Card | Completed | Details | $99.95 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Mesmerize SCH-I500 (US Cellular) Android Touchscreen 5 MP Camera & WiFi Item # 110872714716 | | $99.95 USD |
| | | Amount | $99.95 USD |

**Business Contact Information**

Customer Service URL: http://www.vibe-wireless.com
Customer Service Email: warehousewireless@gmail.com

Item Total: $99.95 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$99.95 USD
Fee amount: $0.00 USD
Net amount: -$99.95 USD
Date: May 15, 2012
Time: 12:12:30 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection



Search

**My Account** | Send Money | Request Money | Merchant Services | Products & Services

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #8SW985340U7592606)

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| May 15, 2012 | Payment To CellularStream.com | Completed | ... | -$117.74 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| May 15, 2012 | Charge From Credit Card | Completed | Details | -$117.74 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | US Cellular Samsung Mesmerize Galaxy S Phone ANDROID WiFi GPS USED Item # 180882417705 | | $98.75 USD |
| | | Amount | $98.75 USD |

### Business Contact Information

Customer Service URL: http://www.cellularstream.com
Customer Service Email: sales@cellularstream.com
Customer Service Phone: 224-241-2355

Item Total: $98.75 USD
Sales Tax:
Shipping: $18.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$117.74 USD
Fee amount: $0.00 USD
Net amount: -$117.74 USD
Date: May 15, 2012
Time: 12:11:15 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403

# amazon.com

### Final Details for Order #103-6555233-5881012
Print this page for your records.

**Order Placed:** May 22, 2012
**Amazon.com order number:** 103-6555233-5881012
**Order Total:** $418.97

| Shipped on May 23, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Samsung GT - i9020 Google Nexus S - Unlocked Phone - US Warranty (Black)* <br> Condition: New <br> Sold by: sams distributions llc (seller profile) | $399.99 |

| **Shipping Address:** | Item(s) Subtotal: $399.99 |
|---|---|
| | Shipping & Handling: $18.98 |
| 2000 PENNSYLVANIA AVE NW STE 6000 | ----- |
| WASHINGTON, DC 20006-1812 | Total Before Tax: $418.97 |
| United States | Sales Tax: $0.00 |
| | ----- |
| **Shipping Speed:** | **Total for This Shipment:$418.97** |
| One-Day Shipping | ----- |

| Payment Information | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $399.99 |
| Visa | Shipping & Handling: $18.98 |
| | ----- |
| **Billing Address:** | Total Before Tax: $418.97 |
| | Estimated Tax To Be Collected: $0.00 |
| Morrison Foerster | ----- |
| 425 Market St. | **Grand Total:$418.97** |
| San Francisco, CA 94105 | |
| United States | |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection



Search

### My Account | Send Money | Request Money | Merchant Services | Products & Services

Overview    Add Money    Withdraw    **History**    Statements    Resolution Center    Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #8MC4519600852972P)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 25, 2012 | Payment To 404cellsource | Completed | ... | -$29.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| May 25, 2012 | Charge From Credit Card | Completed | Details | $29.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | *GOOD* Samsung Ace i325 Gray Sprint Bluetooth QWERTY Windows Global Smartphn X28 Item # 280865573418 | | $29.99 USD |
| | | Amount | $29.99 USD |

**Business Contact Information**

Customer Service URL: https://www.404cellsource.com
Customer Service Email: gaphoneguy@gmail.com
Customer Service Phone: 678-202-1380

Item Total: $29.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$29.99 USD
Fee amount: $0.00 USD
Net amount: -$29.99 USD
Date: May 25, 2012
Time: 12:13:16 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster

Amazon.com - Order 103-6144191-2436263                                                        Page 1 of 1

# amazon.com

## Final Details for Order #103-6144191-2436263
Print this page for your records.

**Order Placed:** June 6, 2012
**Amazon.com order number:** 103-6144191-2436263
**Order Total: $811.97**

| Shipped on June 7, 2012 | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *SAMSUNG GALAXY SIII GT-i9300 16GB MARBLE WHITE FACTORY UNLOCKED GSM i9300 S3 (3G HSDPA 850/900/1900/2100)*<br>Condition: New<br>Sold by: Addicted to Phones (seller profile) | $765.00 |

| **Shipping Address:** | | |
|---|---|---|
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | Item(s) Subtotal:<br>Shipping & Handling: | $765.00<br>$46.97<br>----- |
| | Total Before Tax:<br>Sales Tax: | $811.97<br>$0.00<br>----- |
| **Shipping Speed:**<br>One-Day Shipping | **Total for This Shipment:** | **$811.97**<br>----- |

| Payment Information | | |
|---|---|---|
| **Payment Method:**<br>Visa | Item(s) Subtotal:<br>Shipping & Handling: | $765.00<br>$46.97<br>----- |
| **Billing Address:** | Total Before Tax:<br>Estimated Tax To Be Collected: | $811.97<br>$0.00<br>----- |
| Morrison Foerster<br>425 Market St.<br>San Francisco, CA 94105<br>United States | **Grand Total:** | **$811.97** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

AmazonWireless                                                                              Page 1 of 1



amazon wireless

Your Cart (empty)

Free Premium Apps with
Android Purchase. See details

Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON: | Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android

## Your Account

View Orders
Shipping & Returns
Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

Order placed: Jun 11, 2012
AmazonWireless order number: 104-4383694-8916213
Order total: $449.99
Shipment #1
1 item - delivery estimate: Jun 13, 2012

#### Shipping Information

Shipping Address:

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Shipment #1: Shipped on Jun 12, 2012

Shipping Speed: Two-Day Shipping
Track your package
1 package via ONTRAC
> Track your package
with tracking number C11001181078026
Delivery estimate: Jun 13, 2012

| Items Ordered | Price |
|---|---|
| Motorola Atrix 2 4G Android Phone (AT&T) | $449.99 |

#### Payment Information

Payment Method:
Billing Address:      Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $449.99 |
| Total Before Tax: | $449.99 |
| Total billed by AmazonWireless: | $449.99 |

Stay Connected

Find us on Facebook

Follow us on Twitter

Quick links and helpful information about our site

Home
Your Account
Order Status

Our Blog
Returns
Secure Shopping

Help
Conditions of Use
Privacy Policy

We're Hiring
About Us

Need Assistance?

Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

PayPal Website Payment Details - PayPal

**PayPal**

Log Out | Help | Security and Protection   [ Search ]

My Account | Send Money   Request Money   Merchant Services   Products & Services
Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #9ER72571M94549425)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 19, 2012 | Payment To juan he | Completed | ... | -$98.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 19, 2012 | Charge From Credit Card | Completed | Details | $98.99 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | NEW Samsung Omnia i900 8GB 5MP AT&T T -MOBILE CELL PHONE Item # 140737877741 | | $98.99 USD |
| | | Amount | $98.99 USD |

Item Total: $98.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$98.99 USD
Fee amount: $0.00 USD
Net amount: -$98.99 USD
Date: Jun 19, 2012
Time: 10:46:42 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address: 425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

AmazonWireless                                                                 Page 1 of 1

Your Cart (empty)

amazonwireless    | Phones, netbooks, tablets, and more... |     Discover New Apps with
                                                                Android Purchase. See details

| Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON: | Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android |

## Your Account

View Orders

Shipping & Returns

Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

**Order placed:** Jun 22, 2012
**AmazonWireless order number:** 002-4374933-8104224
**Order total:** $649.99

**Shipment #1**
1 item - delivery estimate: Jul 2, 2012

#### Shipping Information

**Shipping Address:**
Edward Sittler
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipment #1:** Shipped on Jun 30, 2012

**Shipping Speed:** One-Day Shipping
**Track your package**
1 package via UPS
> Track your package
with tracking number 1ZX0015X1367314477
**Delivery estimate:** Jul 2, 2012

| Items Ordered | Price |
|---|---|
| Samsung Galaxy S III 4G Android Phone, Blue 16GB (AT&T) | $649.99 |

#### Payment Information

**Payment Method:** Visa, Last 4 digits: 9788

**Billing Address:**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| Item(s) Subtotal: | $649.99 |
|---|---|
| Total Before Tax: | $649.99 |
| Total billed by AmazonWireless: | $649.99 |

**Stay Connected**

Find us on Facebook

Follow us on Twitter

**Quick links and helpful information about our site**

| Home | Our Blog | Help |
| Your Account | Returns | Conditions of Use |
| Order Status | Secure Shopping | Privacy Policy |

We're Hiring
About Us

**Need Assistance?**

Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

Gmail - Thank you for your order.

 by Google

Chumley Sittler< sittlerc@gmail.com>

**Thank you for your order.**
1 message

**Apple Store** < order_acknowledgment@orders.apple.com>
To: sittlerc@gmail.com

Thu, Jun 28, 2012 at 2:20 PM

 Apple Store                                    Order Acknowledgment

Order Number: W297497091                        Ordered on June 28, 2012

Items to be Shipped

| iPhone 4S – Unlocked (GSM) – 16GB Black | $649.00 | 1 | $649.00 |
| --- | --- | --- | --- |

Delivers Jul 2 by Next Day Shipping
Part Number: MD234LL/A

| OVERNIGHT SHIPPING CHARGE | $16.00 | 1 | $16.00 |
| --- | --- | --- | --- |

Part Number: SHIPPINGCA

Ship to:                         Shipping Method:      by Next Day Shipping

        Morrison Foerster LLP
        425 Market St
        San Francisco CA 94105-2403
        (415)268-6151

Payment

    Bill to:

        Morrison Foerster LLP
        425 Market St
        San Francisco CA 94105-2403
        (415)268-6151

|  | Subtotal | $665.00 |
| --- | --- | --- |
|  | Estimated Tax* | $55.17 |
|  | **Order Total** | **$720.17** |

*In CA and RI sales tax is collected on the unbundled price of the iPhone.

**iPhone Information**

**iPhone Activation**

To activate your iPhone, turn it on by pressing and holding the On/Off button for a few seconds. Then follow the onscreen instructions to set it up.

For questions about rate plans, please contact your carrier.

**Additional Activation Information**

Upgrading to a new phone may cause you to lose any voicemails that are on your current device and access to your contact information may be limited. Please make sure that you have listened to all of your voicemails and back up your contact information prior to using your new iPhone.

PayPal Website Payment Details - PayPal

Log Out  |  Help  |  Security and Protection       [          ] Search

# PayPal

My Account   Send Money   Request Money   Merchant Services   Products & Services

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #8HN3775240730123P)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jun 28, 2012 | Payment To | Completed | ... | -$67.64 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|---|---|---|---|---|
| Jun 28, 2012 | Charge From Credit Card | Completed | Details | $67.64 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | Black Blackberry 8703e CDMA QWERTY Speaker Bluetooth Cell Phone Verizon Wireless Item # 251090603109 | | $39.99 USD |
| | | Amount | $39.99 USD |

**Business Contact Information**

Customer Service URL: http://www.karmaphones.com
Customer Service Email: just_dave@cox.net
Customer Service Phone: 602-549-1688

Item Total: $39.99 USD
Sales Tax:
Shipping: $27.65 USD
Seller discount or charges: $0.00 USD

Total amount: -$67.64 USD
Fee amount: $0.00 USD
Net amount: -$67.64 USD
Date: Jun 28, 2012
Time: 18:04:50 PDT
Status: Completed

Insurance: $0.00 USD

PayPal Website Payment Details - PayPal

Log Out | Help | Security and Protection

Search

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #8Y566354MU805761A)

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 28, 2012 | Payment To Teczilla | Completed | ... | -$55.94 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 28, 2012 | Charge From Credit Card | Completed | Details | $55.94 USD |

Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | RIM Blackberry 8700c AT&T Unlocked GSM QWERTY Smartphone (Blue, Used - C Stock) Item # 150846989230 | | $19.95 USD |
| | Amount | | $19.95 USD |

Business Contact Information

Customer Service URL: http://www.teczilla.com
Customer Service Email: sales@teczilla.com
Customer Service Phone: 240-252-5980

Item Total: $19.95 USD
Sales Tax:
Shipping: $35.99 USD
Seller discount or charges: $0.00 USD

Total amount: -$55.94 USD
Fee amount: $0.00 USD
Net amount: -$55.94 USD
Date: Jun 28, 2012
Time: 18:00:53 PDT
Status: Completed

Insurance: $0.00 USD

PayPal Website Payment Details - PayPal

**PayPal**

Log Out | Help | Security and Protection

[        ] Search

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   **History**   Statements   Resolution Center   Profile

# Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #94K1784934518350U)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 28, 2012 | | Completed | ... | -$172.00 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 28, 2012 | Charge From Credit Card | Completed | Details | $172.00 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Nokia N95 8GB [Unlocked]<br>Item # 200777016315 | | $165.00 USD |
| | | Amount | $165.00 USD |

| | |
|---|---|
| Item Total: | $165.00 USD |
| Sales Tax: | |
| Shipping: | $7.00 USD |
| Seller discount or charges: | $0.00 USD |

| | |
|---|---|
| Total amount: | -$172.00 USD |
| Fee amount: | $0.00 USD |
| Net amount: | -$172.00 USD |
| Date: | Jun 28, 2012 |
| Time: | 18:19:33 PDT |
| Status: | Completed |

| | |
|---|---|
| Insurance: | $0.00 USD |

Shipping Address:   425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

AmazonWireless                                                             Page 1 of 1

Your Cart (empty)

amazonwireless        Phones, netbooks, tablets, and more...   [🔍]   Discover New Apps with
                                                                      Android Purchase. See details

Cell Phones    Tablets    Mobile      Tools &     Blog    MORE AT    Accessories   Unlocked   No-Contract   Amazon Appstore
With Plans                Broadband   Resources           AMAZON:                  Phones     Phones        for Android

## Your Account

View Orders
Shipping & Returns
Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

Order placed: Jun 28, 2012
AmazonWireless order number: 002-7002942-8674612
Order total: $1,099.98

Shipment #1
2 items - delivery estimate: Jun 29, 2012

#### Shipping Information

Shipping Address:
Russell Warnick
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 200006-1812
United States

Shipment #1: Shipped on Jun 28, 2012

Shipping Speed: Two-Day Shipping

Track your package
1 package via UPS
› Track your package
with tracking number 1ZX0015X1367034074
Delivery estimate: Jun 29, 2012

| Items Ordered | Price |
|---|---|
| Motorola DROID RAZR 4G Android Phone, Black 16GB (Verizon Wireless) | $599.99 |
| HTC Sensation 4G Android Phone (T-Mobile) | $499.99 |

#### Payment Information

Payment Method: Visa. Last 4 digits: 9788
Billing Address:
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

Item(s) Subtotal: $1,099.98

Total Before Tax: $1,099.98

Total billed by AmazonWireless: $1,099.98

Stay Connected          Quick links and helpful information about our site          Need Assistance?

Find us on Facebook     Home          Our Blog        Help          We're Hiring     Contact Us
                        Your Account  Returns         Conditions of Use  About Us
Follow us on Twitter    Order Status  Secure Shopping  Privacy Policy

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

PayPal Website Payment Details - PayPal

**PayPal**

**My Account**   Send Money   Request Money   Merchant Services   Products & Services

Overview   Add Money   Withdraw   **History**   Statements   Resolution Center   Profile

# Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #6NT77328U7772962C)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 28, 2012 | Payment To Advantage Cellular Plus Inc | Completed | ... | -$105.19 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jun 28, 2012 | Charge From Credit Card | Completed | Details | $105.19 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | BLACKBERRY 8320 CELL PHONE QWERTY UNLOCKED AT&T GSM QUADBAND GRAY TITANIUM Item # 320921171231 | | $99.94 USD |
| | | Amount | $99.94 USD |

**Business Contact Information**

Customer Service Email: sellingcell@yahoo.com

Item Total: $99.94 USD
Sales Tax:
Shipping: $5.25 USD
Seller discount or charges: $0.00 USD

Total amount: -$105.19 USD
Fee amount: $0.00 USD
Net amount: -$105.19 USD
Date: Jun 28, 2012
Time: 18:11:47 PDT
Status: Completed

Insurance: $0.00 USD

AmazonWireless

Your Cart (empty)

amazonwireless

Phones, netbooks, tablets, and more...

Discover New Apps with
Android Purchase. See details

| Cell Phones With Plans | Tablets | Mobile Broadband | Tools & Resources | Blog | MORE AT AMAZON: | Accessories | Unlocked Phones | No-Contract Phones | Amazon Appstore for Android |

## Your Account

View Orders

Shipping & Returns

Contact Us

Forgot your password?
Use Password Assistance at
Amazon.com

Visit Your Account at Amazon.com
to edit your personal information

Still can't find what you're looking for?
Try visiting our Help section
or call 1-877-429-8502

### Order Summary

Order placed: Jun 28, 2012
AmazonWireless order number: 002-7002942-8674612
Order total: $1,099.98

Shipment #1
2 items - delivery estimate: Jun 29, 2012

#### Shipping Information

**Shipping Address:**
Russell Warnick
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006-1812
United States

**Shipment #1:** Shipped on Jun 28, 2012

Shipping Speed: Two-Day Shipping

Track your package
1 package via UPS
› Track your package
with tracking number 1ZX0015X1357034074
Delivery estimate: Jun 29, 2012

| Items Ordered | Price |
|---|---|
| Motorola DROID RAZR 4G Android Phone, Black 16GB (Verizon Wireless) | $599.99 |
| HTC Sensation 4G Android Phone (T-Mobile) | $499.99 |

#### Payment Information

**Payment Method:** Visa, Last 4 digits: 9788

**Billing Address:**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $1,099.98 |
| Total Before Tax: | $1,099.98 |
| Total billed by AmazonWireless: | $1,099.98 |

### Stay Connected

Find us on Facebook

Follow us on Twitter

### Quick links and helpful information about our site

| | | | |
|---|---|---|---|
| Home | Our Blog | Help | We're Hiring |
| Your Account | Returns | Conditions of Use | About Us |
| Order Status | Secure Shopping | Privacy Policy | |

### Need Assistance?

Contact Us

© 2012 Amazon.com, Inc. All rights reserved. AmazonWireless and the AmazonWireless logo are trademarks of Amazon.com, Inc or its affiliates.

# amazon.com

## Final Details for Order #002-6839235-3597865

Print this page for your records.

**Order Placed:** June 29, 2012
**Amazon.com order number:** 002-6839235-3597865
**Order Total: $167.46**

## Shipped on July 2, 2012

| Items Ordered | Price |
|---|---|
| 1 of: *Verizon Motorola Droid A855 Android Cell Phone (no contract)*<br>Condition: New<br>Sold by: PUT Group USA (seller profile) | $114.00 |

**Shipping Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

**Shipping Speed:**
One-Day Shipping

| | |
|---|---|
| Item(s) Subtotal: | $114.00 |
| Shipping & Handling: | $39.98 |
| | ----- |
| Total Before Tax: | $153.98 |
| Sales Tax: | $13.48 |
| | ----- |
| **Total for This Shipment:** | **$167.46** |
| | ----- |

## Payment Information

**Payment Method:**
Visa | Last digits: 9788

**Billing Address:**

Morrison Foerster
425 Market St.
San Francisco, CA 94105
United States

| | |
|---|---|
| Item(s) Subtotal: | $114.00 |
| Shipping & Handling: | $39.98 |
| | ----- |
| Total Before Tax: | $153.98 |
| Estimated Tax To Be Collected: | $13.48 |
| | ----- |
| **Grand Total:** | **$167.46** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2012, Amazon.com, Inc. or its affiliates

PayPal Website Payment Details - PayPal

**PayPal**

My Account    Send Money    Request Money    Merchant Services    Products & Services

Overview    Add Money    Withdraw    History    Statements    Resolution Center    Profile

## Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #1NB50406TY566974R)**

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 6, 2012 | Payment To Topp Solutions | Completed | ... | -$132.14 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jul 6, 2012 | Charge From Credit Card | Completed | Details | $132.14 USD |

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Galaxy S SCH-I500 - black (C-Spire) Smartphone Item # 160838881750 | | $129.99 USD |
| | | Amount | $129.99 USD |

Item Total: $129.99 USD
Sales Tax:
Shipping: $2.15 USD
Seller discount or charges: $0.00 USD

Total amount: -$132.14 USD
Fee amount: $0.00 USD
Net amount: -$132.14 USD
Date: Jul 6, 2012
Time: 18:34:55 PDT
Status: Completed

Insurance: $0.00 USD

Shipping Address:
425 Market St
C/O Morrison Foerster
San Francisco, CA 94105-2403
United States
Unconfirmed

PayPal Website Payment Details - PayPal

Search

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   **History**   Statements   Resolution Center   Profile

# Transaction Details

**Express Checkout Payment Sent (Unique Transaction ID #3Y834223LE4635048)**

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Aug 2, 2012 | Payment To | Completed | ... | -$390.35 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Aug 2, 2012 | Charge From Credit Card | Completed | Details | $390.35 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Samsung Galaxy Tab SCH-I905 16GB, Wi-Fi + 4G (Verizon), 10.1in - Metallic Gray Item # 280928539921 | | $379.00 USD |
| | | Amount | $379.00 USD |

**Item Total:** $379.00 USD
**Sales Tax:**
**Shipping:** $11.35 USD
**Seller discount or charges:** $0.00 USD

**Total amount:** -$390.35 USD
**Fee amount:** $0.00 USD
**Net amount:** -$390.35 USD
**Date:** Aug 2, 2012
**Time:** 17:13:52 PDT
**Status:** Completed

**Insurance:** $0.00 USD

**Shipping Address:** 
50 W San Fernando St
Fl 5
San Jose, CA 95113-2433
United States
Unconfirmed

T-MOBILE 8929
225 EAST 4TH
SAN MATEO, CA 94401-4006
(650)375-0817

Register #2
Trans #22859
08-25-2012 14:25:16

NA NA                Sales Rep: 2193011

| Quantity | Unit | SKU | Description | Price | Extension |
|---|---|---|---|---|---|
| | | | | | (Reflects Any Discounts) |
| 1 | EACH | 000000610214627711 | SAM T989 GALAXY S II TITANIUM KIT | 549.99 | 549.99 T |
| | | | Serial # 359605043976524 | | |
| | | | No Mobile Number | | |
| | | | Other    0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 549.99@ 8.5% | | 46.75 |
| 1 | EACH | 000000610214625717 | SAM T959 GALAXY S 4G REFLEX SILVER KIT | 399.99 | 399.99 T |
| | | | Serial # 357982047931033 | | |
| | | | No Mobile Number | | |
| | | | Other    0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 399.99@ 8.5% | | 34.00 |
| | | | SALE AMOUNT | | 949.98 |
| | | | Total Tax | | 80.75 |
| | | | TOTAL | | 1030.73 |

Reference # - 925928891

It's your phone, make it your own with T-Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T-Mobile store, or visit us online at www.T-Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.

- Service availability and usage limits vary – see your plan for details. Partial minutes rounded up, and data usage rounded up to nearest KB. Data roaming not available for prepaid plans. No cash value; no refunds. Not liable if lost/stolen. Service use is your agreement to T-Mobile's Terms and Conditions.

T-MOBILE 8929
225 EAST 4TH
SAN MATEO, CA 94401-4006
(650)375-0817

Register #2
Trans #22859
08-25-2012 14:25:16

---

NA NA                Sales Rep: 2193011

- Plan features apply to service on T-Mobile's Network in the U.S. For international add-on features, calls must originate on T-Mobile's Network in the U.S and text messages must originate in U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

- If I haven't signed up for a specific data plan, I will be charged for all data used on a per MB basis(rounded up to the nearest MB) unless I opt out of data service. If I have the 200MB Data (web) Plan, I will be charged 10¢ per MB for overage. Data plans may also have throughput and other limits, including Rate Plan Allotments. Domestic Off-Network data Allotments are: (1) 5MB if my data plan has 1MB to 199MB of full speed data; (2) 10MB if my data plan has 200MB to 1.99GB of full speed data; (3) 50 MB if my data plan has 2GB to 4.99GB of full speed data; (4) 100MB if my data plan has 5GB to 9.99GB of full speed data; (5) 200MB if my data plan has 10GB of data and above; or (6) 10MB if I use Mobile Web Pay Per Use.

Return Policy:

Device Refunds or Exchanges. *Devices Purchased with Annual Service:* To receive a refund or exchange a Device purchased with an annual service agreement, you must return or exchange the Device within 14 days of the original purchase date (30 days in CA). You may return a Device without cancelling your service activation or upgrade contract extension. *Devices Purchased without Annual Service:* To receive a refund or exchange a Device purchased without an annual service agreement, you must return or exchange the Device within 30 days of the original purchase date. *Requirements for All Device Refunds and Exchanges:* You must return your Device in its package with all original contents, undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the Sales Channel through which you received the Device. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged. You may also be required to pay a restocking fee as follows: The restocking fee shall be $75 for advanced, data-focused devices that are designed for web browsing (e.g. tablets, netbooks); the restocking fee shall be $50 for "smart phone" devices, which are high end phones that are designed for web and social media use in addition to standard phone features such as voice and text messaging (e.g. myTouch devices, Samsung Vibrant/Galaxy devices); and for all other devices, the restocking fee shall be $25 (e.g. basic phone devices, data sticks).

Accessories. To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories. (i.e., retail store, web, telesales, etc.)

Prepaid airtime and e-coupons are non-refundable.

- As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.

T–MOBILE – 8266
699 MARKET ST
SAN FRANCISCO, CA 94105–4212
(415)395–9920

Register #33
Trans #5459
08–26–2012 16:35:55

NA NA                    Sales Rep: 2787803

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214627711 | SAM T989 GALAXY S II TITANIUM KIT | 549.99 | 549.99 T |
| | | | Serial # 359605045708610 | | |
| | | | No Mobile Number | | |
| | | | Other    0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 549.99@ 8.5% | | 46.75 |
| 1 | EACH | 000000610214625717 | SAM T959 GALAXY S 4G REFLEX SILVER KIT | 399.99 | 399.99 T |
| | | | Serial # 357982048186934 | | |
| | | | No Mobile Number | | |
| | | | Other    0 Year | | |
| | | | Not Discount Eligible | | |
| | | | TAX 399.99@ 8.5% | | 34.00 |
| | | | **SALE AMOUNT** | | 949.98 |
| | | | **Total Tax** | | 80.75 |
| | | | **TOTAL** | | 1030.73 |

Reference # – 926173260

It's your phone, make it your own with T–Mobile accessories!
Shop for cases, chargers, headsets, memory and more at your T–Mobile store, or visit us online at
www.T–Mobile.com.

By law, some states impose a tax based on the retail price or cost of our product instead of the discounted price. The sales tax on your handset or handset kit may therefore be higher than you expected.
• Service availability and usage limits vary – see your plan for details. Partial minutes rounded up, and data usage rounded up to nearest KB. Data roaming not available for prepaid plans. No cash value; no refunds. Not liable if lost/stolen. Service use is your agreement to T–Mobile's Terms and Conditions.

T–MOBILE – 8266
699 MARKET ST
SAN FRANCISCO, CA 94105–4212
(415)395–9920

Register #33
Trans #5459
08–26–2012 16:35:55

NA NA                    Sales Rep: 2787803

• Plan features apply to service on T–Mobile's Network in the U.S. For international add–on features, calls must originate on T–Mobile's Network in the U.S and text messages must originate in U.S. International roaming rates apply. For Int'l Talk & Text add–on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only — other types of international messages (e.g., picture messages) are charged per message. See www.T–Mobile.com for lists of countries.

• If I haven't signed up for a specific data plan, I will be charged for all data used on a per MB basis(rounded up to the nearest MB) unless I opt out of data service. If I have the 200MB Data (web) Plan, I will be charged 10¢ per MB for overage. Data plans may also have throughput and other limits, including Rate Plan Allotments. Domestic Off–Network data Allotments are: (1) 5MB if my data plan has 1MB to 199MB of full speed data; (2) 10MB if my data plan has 200MB to 1.99GB of full speed data; (3) 50 MB if my data plan has 2GB to 4.99GB of full speed data; (4) 100MB if my data plan has 5GB to 9.99GB of full speed data; (5) 200MB if my data plan has 10GB of data and above; or (6) 10MB if I use Mobile Web Pay Per Use.

**Return Policy:**

**Device Refunds or Exchanges.** *Devices Purchased with Annual Service:* To receive a refund or exchange a Device purchased with an annual service agreement, you must return or exchange the Device within 14 days of the original purchase date (30 days in CA). You may return a Device without cancelling your service activation or upgrade contract extension. *Devices Purchased without Annual Service:* To receive a refund or exchange a Device purchased without an annual service agreement, you must return or exchange the Device within 30 days of the original purchase date. *Requirements for All Device Refunds and Exchanges:* You must return your Device in its package with all original contents, undamaged and in good working condition, and you must provide the original receipt. You must return all Devices to the Sales Channel through which you received the Device. All Devices received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Limited Edition and other Devices may not be refunded or exchanged. You may also be required to pay, a restocking fee as follows: The restocking fee shall be $75 for advanced, data–focused devices that are designed for web browsing (e.g. tablets, netbooks); the restocking fee shall be $50 for "smart phone" devices, which are high end phones that are designed for web and social media use in addition to standard phone features such as voice and text messaging (e.g. myTouch devices, Samsung Vibrant/Galaxy devices); and for all other devices, the restocking fee shall be $25 (e.g. basic phone devices, data sticks).

**Accessories.** To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel through which you purchased the accessories. (i.e., retail store, web, telesales, etc.)

**Prepaid airtime and e–coupons are non–refundable.**

• As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.