**SCHEDULE B-3 (Trial Graphics and Demonstratives)**

| Date | Vendor Invoice No. | Vendor | Description | Total Invoice Amount (Including Graphics Creation, Photos, Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses) | Amount Not Claimed (Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses) | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 6/22/2011 | 3341 | Fulcrum Legal Graphics | Graphics/Demonstratives | 34,044.51 | 4,228.63 | 29,815.88 |
| 7/29/2011 | 3379 | Fulcrum Legal Graphics | Graphics/Demonstratives | 47,794.72 | 4,858.72 | 42,936.00 |
| 8/23/2011 | 3401 | Fulcrum Legal Graphics | Graphics/Demonstratives | 24,888.63 | 10,222.63 | 14,666.00 |
| 9/22/2011 | 3410 | Fulcrum Legal Graphics | Graphics/Demonstratives | 10,920.40 | 170.74 | 10,749.66 |
| 10/21/2011 | 3433 | Fulcrum Legal Graphics | Graphics/Demonstrative | 12,860.00 | 290.50 | 12,569.50 |
| 11/29/2011 | 3456 | Fulcrum Legal Graphics | Graphics/Demonstratives | 4,767.78 | 31.28 | 4,736.50 |
| 2/9/2012 | 3471 | Fulcrum Legal Graphics | Graphics/Demonstratives | 78,686.72 | 20,532.22 | 58,154.50 |
| 3/6/2012 | 3519 | Fulcrum Legal Graphics | Graphics/Demonstratives | 132,190.72 | 33,717.85 | 98,472.87 |
| 4/2/1012 | 3537 | Fulcrum Legal Graphics | Graphics/Demonstratives | 325,078.58 | 88,539.89 | 236,538.69 |
| 5/2/2012 | MF-APPLE-ND | Impact Trial Consulting | Trial Graphics | 108,546.56 | 38,348.46 | 70,198.10 |
| 5/10/2012 | 3560 | Fulcrum Legal Graphics | Graphics/Demonstratives | 192,127.03 | 66,226.04 | 125,900.99 |
| 5/29/2012 | 3574 | Fulcrum Legal Graphics | Graphics/Demonstratives | 28,646.96 | 3,366.96 | 25,280.00 |
| 6/10/2012 | MF-APPLE-ND-2 | Impact Trial Consulting | Trial Graphics | 2,526.25 | 1,075.00 | 1,451.25 |
| 7/5/2012 | MF-APPLE-ND-3 | Impact Trial Consulting | Trial Graphics | 204,050.04 | 51,400.04 | 152,650.00 |
| 7/12/2012 | 3596 | Fulcrum Legal Graphics | Graphics/Demonstratives | 17,472.01 | 4,660.51 | 12,811.50 |
| 7/23/2012 | 3610 | Fulcrum Legal Graphics | Graphics/Demonstratives | 10,226.89 | 3,926.89 | 6,300.00 |
| 8/5/2012 | MF-APPLE-ND-4 | Impact Trial Consulting | Trial Graphics/Trial Courtroom Support | 210,061.22 | 49,671.22 | 160,390.00 |
| 8/21/2012 | 1202761 | Warp 9 | Foam Boards for Trial | 1,464.75 | | 1,464.75 |

**SCHEDULE B-3 (Trial Graphics and Demonstratives)**

| Date | Vendor Invoice No. | Vendor | Description | Total Invoice Amount (Including Graphics Creation, Photos, Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses) | Amount Not Claimed (Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses) | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 8/28/2012 | 3627 | Fulcrum Legal Graphics | Trial Graphics | 51,366.89 | 22,445.39 | 28,921.50 |
| 9/4/2012 | MF-APPLE-ND-5 | Impact Trial Consulting | Trial Graphics/Trial Courtroom Support | 212,639.83 | 91,343.58 | 121,296.25 |
| 11/21/2012 | 3681 | Fulcrum Legal Graphics | Graphics/Demonstratives | 3,415.94 | 2,301.94 | 1,114.00 |
| 1/5/2013 | MF-APPLE ND-6 | Impact Trial Consulting | Trial Graphics/Trial Courtroom Support | 7,087.03 | 6,842.03 | 245.00 |
| 5/22/2013 | 3802 | Fulcrum Legal Graphics | Graphics/Demonstratives | 1,497.90 | 97.90 | 1,400.00 |
| 10/7/2013 | MF-APPLE ND-7 | Impact Trial Consulting | Graphics/Demonstratives | 1,128.75 |  | 1,128.75 |
| 11/27/2013 | APPLE-AvS-1001 | Impact Trial Consulting | Trial Graphics/Trial Courtroom Support | 202,476.64 | 170,710.39 | 31,766.25 |
|  |  |  |  |  |  |  |
|  |  |  | **TOTAL** | **1,925,966.75** | **675,008.81** | **1,250,957.94** |