# EXHIBIT B-3

# Part 2



665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/21/2012 | 1202761 |

Morrison Foerster, LLC
Tom Beyer
425 Market Street
San Francisco, CA 94105

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #10684-263 | Net 30 | 9/20/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4 | 3X2 FOAMBOARDS (8/15/2012) | 150.00 | 600.00T |
| 5 | 3X2 FOAMBOARDS (8/16/2012) | 150.00 | 750.00T |
| | WORK REQUEST BY JASON DOZIER FROM 8/15/2012 - 8/16/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.5%) | $114.75 |
| **Total** | $1,464.75 |

Tax ID Number: 94-3342914

# Fulcrum Legal Graphics
Invoice[1]

August 28, 2012

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
125 E. Sir Francis Drake Blvd.  Ste 301
Larkspur, CA 94939
(415) 490-3540
EIN: 94-3289857

Michael A. Jacobs, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re: **Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
Case no: 11-cv-01846-LHK
Fulcrum File Number:  1011.110

*Invoice Period: July 16 to August 15, 2012*

Invoice Number: 3627

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $ 320.00 | 28.00 | 0.00 | 28.00 | $ 8,960.00 |
| Nila Staudt | Senior Producer | $ 220.00 | 20.25 | 0.00 | 20.25 | $ 4,455.00 |
| Julie Pritchard Wright | Senior Producer | $ 180.00 | 45.50 | 0.00 | 45.50 | $ 8,190.00 |
| Wes Wozniak | Senior Producer | $ 220.00 | 0.70 | 0.00 | 0.70 | $ 154.00 |
| Michael Lake | Senior Media Artist | $ 190.00 | 35.75 | 0.00 | 35.75 | $ 6,792.50 |
| Paul Miller | Producer / Media Artist | $ 180.00 | 5.50 | 0.00 | 5.50 | $ 990.00 |
| Stephen Busfield | Senior Media Artist | $ 190.00 | 9.00 | 0.00 | 9.00 | $ 1,710.00 |
| Denis Marriott | Photographer | $ 200.00 | 4.30 | 0.00 | 4.30 | $ 860.00 |
| Kevin Berne | Photographer | $ 200.00 | 10.00 | 0.00 | 10.00 | $ 2,000.00 |
| Rebecca Maguire | Photo Assistant | $ 150.00 | 8.00 | 0.00 | 8.00 | $ 1,200.00 |
| Dennis Minnick | Videographer | $ 180.00 | 58.00 | 0.00 | 58.00 | $ 10,440.00 |

*Total Tax on Labor: $0.00*

## Total Charges:

Please see itemized bill for details

Professional Services: $  45,751.50
Equipment Rental: $    3,732.85
Expenses: $    1,882.54

**TOTAL: $  51,366.89**

[1]Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.0% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services | | Regular | Taxable |
|---|---|---|---|

**C.J. Hickey**
*Vice President*

| | | | |
|---|---|---|---|
| 07/26/12 | (Lee Opening) Design and produce graphics | 5.80 | |
| 07/27/12 | Design and produce graphics | 10.60 | |
| 07/28/12 | Design and produce graphics | 6.50 | |
| 08/01/12 | Design and produce graphics | 1.10 | |
| 08/04/12 | Graphics standby | 4.00 | |
| | **Total Hours:** | **28.00** | **0.00** |

**Nila Staudt**
*Senior Producer*

| | | | |
|---|---|---|---|
| 07/16/12 | Coordinate L.A. videoshoot | 0.75 | |
| 07/17/12 | Videography logistics | 0.25 | |
| 07/18/12 | Photography and videography coordination | 1.00 | |
| 07/19/12 | Photography and videography coordination | 2.25 | |
| 07/20/12 | Videoshoot at MoFo with Mark Melahn | 6.50 | |
| 08/06/12 | Review previous videoshoot; logistics for new videoshoot | 1.00 | |
| 08/07/12 | Logistics for videoshoot | 0.25 | |
| 08/08/12 | Prep; videoshoot at MoFo with Vic Souto | 7.50 | |
| 08/10/12 | Logistics for videoshoot | 0.75 | |
| | **Total Hours:** | **20.25** | **0.00** |

**Julie Pritchard Wright**
*Senior Producer*

| | | | |
|---|---|---|---|
| 07/19/12 | Logistics for LA video shoot | 1.75 | |
| 07/20/12 | Logistics for LA video shoot | 0.50 | |
| 07/23/12 | Coordinate videography at MoFo with M. Melahn and video editing | 8.00 | |
| 07/24/12 | Coordinate video editing; logistics for video shoot | 2.50 | |
| 07/25/12 | Coordinate videography at MoFo with M. Melahn and video editing | 6.50 | |
| 07/26/12 | Coordinate videography at WilmerHale L.A. office with V. Souto | 13.75 | |
| 07/27/12 | Coordinate videography at MoFo with M. Melahn and video editing | 7.50 | |
| 08/10/12 | Logistics for video shoot | 0.50 | |
| 08/12/12 | Logistics for video shoot | 0.50 | |
| 08/13/12 | Logistics for video shoot (cancelled per V. Souto) | 4.00 | |
| | **Total Hours:** | **45.50** | **0.00** |

**Wes Wozniak**
*Senior Producer*

| | | | |
|---|---|---|---|
| 07/26/12 | Graphics production | 0.70 | |
| | **Total Hours:** | **0.70** | **0.00** |

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services (cont.) | | Regular | Taxable |
|---|---|---|---|

**Michael Lake**
*Senior Media Artist*

| | | | |
|---|---|---|---|
| 07/20/12 | Video editing | 1.50 | |
| 07/24/12 | Video editing | 6.25 | |
| 07/25/12 | Video editing | 2.00 | |
| 07/26/12 | Video editing | 9.00 | |
| ~~07/27/12~~ | ~~Video editing; photography coordination; hand deliver phones to client~~ | ~~11.50~~ | |
| 07/30/12 | Video editing | 2.00 | |
| 07/31/12 | Video editing | 1.50 | |
| 08/08/12 | Video editing | 2.00 | |
| | | Total Hours: 35.75 | 0.00 |

**Paul Miller**
*Producer / Media Artist*

| | | | |
|---|---|---|---|
| 07/26/12 | Graphics production | 3.90 | |
| 07/27/12 | Graphics production | 1.60 | |
| | | Total Hours: 5.50 | 0.00 |

**Stephen Busfield**
*Senior Media Artist*

| | | | |
|---|---|---|---|
| 07/26/12 | Graphics production | 3.75 | |
| 07/27/12 | Graphics production | 5.25 | |
| | | Total Hours: 9.00 | 0.00 |

**Denis Marriott**
*Photographer*

| | | | |
|---|---|---|---|
| 07/26/12 | Photo shoot | 3.40 | |
| 07/27/12 | Photo shoot | 0.90 | |
| | | Total Hours: 4.30 | 0.00 |

**Kevin Berne**
*Photographer*

| | | | |
|---|---|---|---|
| 07/27/12 | Photo shoot | 10.00 | |
| | | Total Hours: 10.00 | 0.00 |

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services *(cont.)* | | Regular | Taxable |
|---|---|---|---|

**Rebecca Maguire**
*Photo Assistant*

| 07/27/12 | Photo shoot support | 8.00 | |
| | Total Hours: | 8.00 | 0.00 |

**Dennis Minnick**
*Videographer*

| 07/20/12 | Video shoot | 10.00 | |
| 07/23/12 | Video shoot | 10.00 | |
| 07/25/12 | Video shoot | 10.00 | |
| 07/26/12 | Video shoot | 10.00 | |
| 07/27/12 | Video shoot | 10.00 | |
| 08/08/12 | Video shoot | 4.00 | |
| 08/13/12 | Video shoot (cancelled per V. Souto) | 4.00 | |
| | Total Hours: | 58.00 | 0.00 |

| Equipment Rental | | | Tax |
|---|---|---|---|
| 7/20 - 8/08/12 | HPX250 video camera; KinoFlo Lights; HD monitor | $ | 3,430.35 |
| 08/13/12 | HPX250 video camera; KinoFlo Lights; HD monitor | $ | 302.50 |
| | Total Equipment Rental: | $ | 3,732.85 |

| Expenses | | | Tax |
|---|---|---|---|
| 7/20 - 7/27/12 | Equipment van parking - D. Minnick | $ | 154.00 |
| 07/20/12 | Parking for video shoot - N. Staudt | $ | 38.50 |
| 7/23 - 7/27/12 | Airline/ mileage/ toll(s)/ taxi(s)/ parking/ working meal(s) - J. Wright | $ | 916.48 |
| 07/24/12 | FedEx delivery (photo expendables to WH - L.A. office) | $ | 79.33 |
| 07/26/12 | Power adapter | $ | 16.62 |
| 07/26/12 | Airline/ parking/ taxi(s)/ toll(s) - D. Minnick | $ | 562.76 |
| 07/27/12 | Mileage - M. Lake | $ | 37.85 |
| 08/08/12 | Parking for video shoot - N. Staudt | $ | 38.50 |
| 08/08/12 | Equipment van parking | $ | 38.50 |
| | Total Expenses: | $ | 1,882.54 |

# |||IMPACT TRIAL CONSULTING
8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

## Invoice

| Date | Invoice # |
|------|-----------|
| 09/04/2012 | MF-Apple-ND-5 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/04/2012 |

**Bill To**

Cathy Ferrario
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
United States

| Amount Due | Enclosed |
|------------|----------|
| $212,639.83 | |

Please detach top portion and return with your payment.

| Matter No. | Matter Name |
|------------|-------------|
| Northern District of CA | Apple v. Samsung Electronics |

| Date | Activity | Amount |
|------|----------|--------|
| | **08/01/2012** | |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| 08/01/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/01/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/01/2012 | Services:Technology Consulting:On site Support - Randall Carter, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| | **08/02/2012** | |
| 08/02/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/02/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/02/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| | **08/03/2012** | |
| 08/03/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 1 hr 15 mins @ $215.00/hr | 268.75 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |

Continue to the next page.

| Date | Activity | Amount |
|------|----------|--------|
| 08/03/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/03/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| | **08/04/2012** | |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/04/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 08/04/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 1 hr @ $215.00/hr | 215.00 |
| 08/04/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs @ $215.00/hr | 1,290.00 |
| | **08/05/2012** | |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/05/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 4 hrs @ $215.00/hr | 860.00 |
| 08/05/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs @ $215.00/hr | 430.00 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/05/2012 | Services:Technology Consulting:On site Support - Randall Carter, 8 hrs @ $215.00/hr | 1,720.00 |
| | **08/06/2012** | |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/06/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/06/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 2 hrs @ $215.00/hr | 430.00 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/06/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs @ $215.00/hr | 1,505.00 |
| | **08/07/2012** | |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/07/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/07/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 1 hr @ $215.00/hr | 215.00 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs @ $215.00/hr | 860.00 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/07/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| | **08/08/2012** | |
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs @ $215.00/hr | 860.00 |
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 4 hrs @ $215.00/hr | 860.00 |
| 08/08/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/08/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---|
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/08/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| | | |
| | **08/09/2012** | |
| 08/09/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/09/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/09/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs @ $215.00/hr | 1,075.00 |
| | | |
| | **08/10/2012** | |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/10/2012 | Services:Technology Consulting:On site Support - Randall Carter, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 10 hrs @ $215.00/hr | 2,150.00 |
| 08/10/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/10/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| | | |
| | **08/11/2012** | |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs 15 mins @ $215.00/hr | 913.75 |
| 08/11/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/11/2012 | Services:Technology Consulting:On site Support - Randall Carter, 3 hrs 30 mins @ $215.00/hr | 752.50 |
| 08/11/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs @ $215.00/hr | 1,505.00 |
| | | |
| | **08/12/2012** | |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/12/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/12/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/12/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| | | |
| | **08/13/2012** | |
| 08/13/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/13/2012 | Services:Technology Consulting:On site Support - Randall Carter, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/13/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| | | |
| | Continue to the next page. | |

| Date | Activity | Amount |
|------|----------|--------|
| | **08/14/2012** | |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/14/2012 | Services:Technology Consulting:On-site Support - Randall Carter, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 08/14/2012 | Services:Technology Consulting:On-site Support - Jason Dozier, 6 hrs 45 mins @ $215.00/hr | 1,451.85 |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/14/2012 | Services:Technology Consulting:On-site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| | **08/15/2012** | |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/15/2012 | Services:Technology Consulting:On-site Support - Jason Dozier, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/15/2012 | Services:Technology Consulting:On-site Support - Thomas Lee, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/15/2012 | Services:Technology Consulting:On-site Support - Randall Carter, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| | **08/16/2012** | |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/16/2012 | Services:Technology Consulting:On-site Support - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 3 hrs @ $215.00/hr | 645.00 |
| 08/16/2012 | Services:Technology Consulting:On-site Support - Jason Dozier, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/16/2012 | Services:Technology Consulting:On-site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| | **08/17/2012** | |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/17/2012 | Services:Technology Consulting:On-site Support - Jason Dozier, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/17/2012 | Services:Technology Consulting:On-site Support - Randall Carter, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/17/2012 | Services:Technology Consulting:On-site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| | **08/18/2012** | |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/18/2012 | Services:Technology Consulting:On-site Support - Randall Carter, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 08/18/2012 | Services:Technology Consulting:On-site Support - Jason Dozier, 3 hrs @ $215.00/hr | 645.00 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 9 hrs @ $215.00/hr | 1,935.00 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 11 hrs 30 mins @ $215.00/hr | 2,472.50 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| | **08/19/2012** | |
| 08/19/2012 | Services:Technology Consulting:On-site Support - Randall Carter, 7 hrs @ $215.00/hr | 1,505.00 |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---|
| 08/19/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 9 hrs @ $215.00/hr | 1,935.00 |
| 08/19/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 9 hrs @ $215.00/hr | 1,935.00 |
| 08/19/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/19/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/19/2012 | Services:Graphics Consulting:Concepting - Mia Pham, 11 hrs 30 mins @ $215.00/hr | 2,472.50 |
| 08/19/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| | **08/20/2012** | |
| 08/20/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/20/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/20/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/20/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/20/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/20/2012 | Services:Graphics Consulting:Concepting - Mia Pham, 4 hrs @ $215.00/hr | 860.00 |
| 08/20/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| | **08/21/2012** | |
| 08/21/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 08/21/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 4 hrs @ $215.00/hr | 860.00 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs @ $215.00/hr | 430.00 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| | **08/22/2012** | |
| 08/22/2012 | Services:Technology Consulting:On site Support - Randall Carter, 1 hr 15 mins @ $215.00/hr | 268.75 |
| 08/22/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 08/22/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 1 hr 45 mins @ $215.00/hr | 376.25 |
| | **08/31/2012** | |
| 08/31/2012 | Services:Graphics Consulting - Thomas Lee, 2 hrs 45 mins @ $215.00/hr | 591.25 |
| | **09/01/2012** | |
| 09/01/2012 | Total Hours: 972.50 @ $215.00 = $209087.50 | |
| 09/01/2012 | Total Transportation Charges | 3,445.21 |
| 09/01/2012 | Total Meal Charges | 107.12 |
| | **Total** | **$212,639.83** |

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account # 229006094037
ABA# 063100277
EIN# 26-1199158

## Fulcrum Legal Graphics
Invoice[1]

November 21, 2012

Michael A. Jacobs, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

<u>Please Remit Payment To:</u>
Fulcrum Legal Graphics, Inc.
125 E. Sir Francis Drake Blvd.  Ste 301
Larkspur, CA 94939
(415) 490-3540
EIN: 94-3289857

Re: <u>**Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**</u>
Case no: 11-cv-01846-LHK
Fulcrum File Number:  1011.110

*Invoice Period: October 16 to November 15, 2012*                     Invoice Number: 3681

Professional Services:*

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Charges |
|---|---|---|---|---|---|---|
| Nila Staudt | Senior Producer | $  220.00 | 9.25 | 0.00 | 9.25 | $   2,035.00 |
| Stephen Busfield | Senior Media Artist | $  190.00 | 0.60 | 0.00 | 0.60 | $      114.00 |
| Zachary Rymland | Photographer | $  200.00 | 6.00 | 0.00 | 6.00 | $   1,200.00 |

*Total Tax on Labor: $0.00*

## Total Charges:

Please see itemized bill for details

Professional Services:  $   3,349.00
Expenses:  $        66.94

TOTAL:  $    3,415.94

[1]Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.0% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services | | Regular | Taxable |
|---|---|---|---|

**Nila Staudt**
*Senior Producer*

| Date | Description | Regular | Taxable |
|---|---|---|---|
| 10/29/12 | Photoshoot logistics and prep | 2.00 | |
| 10/30/12 | Photoshoot per Francis Ho at Quinn Emanuel; photo delivery | 7.25 | |
| | Total Hours: | 9.25 | 0.00 |

**Stephen Busfield**
*Senior Media Artist*

| Date | Description | Regular | Taxable |
|---|---|---|---|
| 10/30/12 | Crop and rotate photos | 0.60 | |
| | Total Hours: | 0.60 | 0.00 |

**Zachary Rymland**
*Photographer*

| Date | Description | Regular | Taxable |
|---|---|---|---|
| 10/29/12 | Photo logistics | 1.00 | |
| 10/30/12 | Photo shoot | 5.00 | |
| | Total Hours: | 6.00 | 0.00 |

| Expenses | | | Tax |
|---|---|---|---|
| 10/30/12 | Mileage/ toll(s) - Z. Rymland | $ | 21.12 |
| 10/30/12 | Mileage/ parking - N. Staudt | $ | 45.82 |
| | Total Expenses: | $ | 66.94 |

# IIIIMPACT TRIAL CONSULTING

8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

**Invoice**

| Date | Invoice # |
|------|-----------|
| 01/05/2013 | MF-Apple-ND-6 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 02/04/2013 |

**Bill To**

Cathy Ferrario
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
United States

| Amount Due | Enclosed |
|------------|----------|
| $7,087.03 | |

><  Please detach top portion and return with your payment.  ><

| Matter No. | Matter Name |
|------------|-------------|
| Northern District of CA | Apple v. Samsung Electronics |

| Date | Activity | Amount |
|------|----------|--------|
| **12/05/2012** | | |
| 12/05/2012 | Transportation: T. Lee, NY to SFO | 909.60 |
| 12/05/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 9 hrs 45 mins @ $215.00/hr | 2,096.25 |
| 12/05/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 1 hr @ $245.00/hr | 245.00 |
| **12/06/2012** | | |
| 12/06/2012 | Transportation: T. Lee, Home to EWR | 74.88 |
| 12/06/2012 | Transportation: T. Lee, SFO to San Jose | 190.00 |
| 12/06/2012 | Transportation: T. Lee, San Jose to Lodging | 179.00 |
| 12/06/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 11 hrs 30 mins @ $215.00/hr | 2,472.50 |
| **12/08/2012** | | |
| 12/08/2012 | Transportation: T. Lee, SFO to NY | 919.80 |
| | **Total** | **$7,087.03** |

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account # 229006094037
ABA# 063100277
EIN# 26-1199158

# Fulcrum Legal Graphics
Invoice[1]

May 22, 2013

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
125 E. Sir Francis Drake Blvd.  Ste 301
Larkspur, CA 94939
(415) 490-3540
EIN: 94-3289857

Michael A. Jacobs, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.
Case no: 11-cv-01846-LHK
Fulcrum File Number:  1011.110

Invoice Period: April 16 to May 15, 2013

Invoice Number: 3802

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| Nila Staudt | Senior Producer | $  200.00 | 2.50 | 0.00 | 2.50 | $     500.00 |
| Zachary Rymland | Photographer | $  200.00 | 4.50 | 0.00 | 4.50 | $     900.00 |

*Total Tax on Labor:  $0.00

## Total Charges:

Please see itemized bill for details

Professional Services: $    1,400.00
Expenses: $        97.90

TOTAL: $    1,497.90

[1]Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
Itemized Charges

| **Professional Services** | | Regular | Taxable |
|---|---|---|---|
| Nila Staudt _Senior Producer_ | | | |
| 04/17/13 | Direct photoshoot per P. Zhang | 2.50 | |
| | Total Hours: | **2.50** | **0.00** |
| Zachary Rymland _Photographer_ | | | |
| 04/17/13 | Photo shoot | 4.50 | |
| | Total Hours: | **4.50** | **0.00** |

| **Expenses** | | | tax |
|---|---|---|---|
| ~~04/17/13~~ | ~~Reflector boards~~ | ~~$~~ | ~~22.90~~ |
| ~~04/17/13~~ | ~~Messenger delivery~~ | ~~$~~ | ~~75.90~~ |
| | ~~Total Expenses:~~ | ~~$~~ | ~~97.00~~ |

# |||IMPACT

8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

## Invoice

| Date | Invoice No. |
|------|-------------|
| 10/07/2013 | MF-Apple-ND-7 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/06/2013 |

**Bill To**

Cyndi Knisely
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
United States

| Amount Due | Enclosed |
|------------|----------|
| $1,128.75 | |

| Matter No. | Matter Name |
|------------|-------------|
| Northern District of CA | Apple v. Samsung Electronics |

| Date | Activity | Amount |
|------|----------|--------|
| | **09/09/2013** | |
| 09/09/2013 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 3 hrs 45 mins @ $215.00/hr | 806.25 |
| 09/09/2013 | Services:Graphics Consulting:Graphics Production - Mallory Sherman, 1 hr 30 mins @ $215.00/hr | 322.50 |
| | **10/01/2013** | |
| 10/01/2013 | Total Hours: 5.25 @ $215.00 = $1128.75 | |

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account # 229006094037
ABA# 063100277
EIN# 26-1199158

Total                    $1,128.75

# IIIIMPACT TRIAL CONSULTING

8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

**Invoice**

| Date | Invoice No. |
|------|-------------|
| 11/27/2013 | APPLE-AvS-1001 |
| **Terms** | **Due Date** |
| Net 30 | 12/27/2013 |

| Bill To |
|---------|
| Cyndi Wheeler, Esq.<br>Apple, Inc.<br>1 Infinite Loop<br>MS 36-3NYJ<br>Cupertino, CA  95014 USA |

| Amount Due | Enclosed |
|------------|----------|
| $202,476.64 | |

✂ Please detach top portion and return with your payment. ✂

| | | Matter Name |
|---|---|---|
| | | Apple v. Samsung Damages |

| Date | Activity | Amount |
|------|----------|--------|
| | **10/16/2013** | |
| 10/16/2013 | Services:Technology Consulting:Trial Preparation - Thomas Lee, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| | **10/29/2013** | |
| 10/29/2013 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 3 hrs 45 mins @ $215.00/hr | 806.25 |
| | **10/30/2013** | |
| 10/30/2013 | Services:Graphics Consulting - Joel DePalma, 5 hrs 15 mins @ $215.00/hr | 1,128.75 |
| 10/30/2013 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| | **10/31/2013** | |
| 10/31/2013 | Services:Graphics Consulting - Joel DePalma, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 10/31/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 4 hrs @ $215.00/hr | 860.00 |
| 10/31/2013 | Services:Technology Consulting - Jason Dozier, 3 hrs 15 mins @ $215.00/hr | 698.75 |
| 10/31/2013 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| | **11/01/2013** | |
| 11/01/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs @ $215.00/hr | 430.00 |
| 11/01/2013 | Services:Technology Consulting:Trial Preparation - Thomas Lee, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| 11/01/2013 | Services:Graphics Consulting - Joel DePalma, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| | **11/02/2013** | |
| 11/02/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 11/02/2013 | Services:Technology Consulting:Trial Preparation - Thomas Lee, 3 hrs 45 mins @ $215.00/hr | 806.25 |
| | **11/03/2013** | |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| 11/03/2013 | Transportation: T. Lee, EWR to SFO | 1,021.90 |
| 11/03/2013 | Transportation: J. Stevenson, EWR to SFO | 1,021.90 |
| 11/03/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 11 hrs @ $215.00/hr | 2,365.00 |
| | **11/04/2013** | |
| 11/04/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 8 hrs @ $215.00/hr | 1,720.00 |
| 11/04/2013 | Services:Technology Consulting:Trial Preparation - Thomas Lee, 2 hrs 45 mins @ $215.00/hr | 591.25 |
| | **11/05/2013** | |
| 11/05/2013 | Transportation: J. DePalma, Round Trip Flight BMI to SFO to BMI | 1,227.60 |
| 11/05/2013 | Transportation: J. DePalma, SFO to Fairmont Hotel | 106.00 |
| 11/05/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 8 hrs @ $215.00/hr | 1,720.00 |
| 11/05/2013 | Services:Technology Consulting:On-site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 11/05/2013 | Services:Technology Consulting - Jesse Stevenson, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 11/05/2013 | Services:Technology Consulting:On-site Support - Joel DePalma, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| | **11/06/2013** | |
| 11/06/2013 | Meal: Team Lunch | 74.28 |
| 11/06/2013 | Services:Technology Consulting:On-site Support - Thomas Lee, 15 hrs 45 mins @ $215.00/hr | 3,386.25 |
| 11/06/2013 | Services:Technology Consulting - Jesse Stevenson, 13 hrs 30 mins @ $215.00/hr | 2,902.50 |
| 11/06/2013 | Services:Technology Consulting:On-site Support - Joel DePalma, 13 hrs 30 mins @ $215.00/hr | 2,902.50 |
| 11/06/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 7 hrs @ $215.00/hr | 1,505.00 |
| | **11/07/2013** | |
| 11/07/2013 | Services:Technology Consulting:On-site Support - Joel DePalma, 11 hrs 15 mins @ $215.00/hr | 2,418.75 |
| 11/07/2013 | Services:Technology Consulting:On-site Support - Thomas Lee, 15 hrs 45 mins @ $215.00/hr | 3,386.25 |
| 11/07/2013 | Services:Technology Consulting - Jesse Stevenson, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 11/07/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 12 hrs 30 mins @ $215.00/hr | 2,687.50 |
| | **11/08/2013** | |
| 11/08/2013 | Services:Technology Consulting:On-site Support - Thomas Lee, 11 hrs 45 mins @ $215.00/hr | 2,526.25 |
| 11/08/2013 | Services:Technology Consulting:On-site Support - Joel DePalma, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 11/08/2013 | Services:Technology Consulting - Jesse Stevenson, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 11/08/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 12 hrs @ $215.00/hr | 2,580.00 |
| | **11/09/2013** | |
| 11/09/2013 | Meal: J. Stevenson | 5.98 |
| 11/09/2013 | Services:Technology Consulting:On-site Support - Thomas Lee, 16 hrs 15 mins @ $215.00/hr | 3,493.75 |
| 11/09/2013 | Services:Technology Consulting:On-site Support - Joel DePalma, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 11/09/2013 | Services:Technology Consulting - Jesse Stevenson, 13 hrs 15 mins @ $215.00/hr | 2,848.75 |
| 11/09/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 15 hrs @ $215.00/hr | 3,225.00 |
| | **11/10/2013** | |
| 11/10/2013 | Services:Technology Consulting:On-site Support - Thomas Lee, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |
| 11/10/2013 | Services:Technology Consulting:On-site Support - Joel DePalma, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 11/10/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 12 hrs @ $215.00/hr | 2,580.00 |
| 11/10/2013 | Services:Technology Consulting - Jesse Stevenson, 12 hrs 30 mins @ $215.00/hr | 2,687.50 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| | **11/11/2013** | |
| 11/11/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 11/11/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 13 hrs 30 mins @ $215.00/hr | 2,902.50 |
| 11/11/2013 | Services:Technology Consulting:On site Support - Jeff Woodbury, 13 hrs @ $215.00/hr | 2,795.00 |
| 11/11/2013 | Services:Technology Consulting - Jesse Stevenson, 14 hrs @ $215.00/hr | 3,010.00 |
| | **11/12/2013** | |
| 11/12/2013 | Meal: Team Dinner | 44.27 |
| 11/12/2013 | Meal: Team Lunch | 29.39 |
| 11/12/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 16 hrs 45 mins @ $215.00/hr | 3,601.25 |
| 11/12/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 15 hrs 15 mins @ $215.00/hr | 3,278.75 |
| 11/12/2013 | Services:Technology Consulting:On site Support - Jeff Woodbury, 17 hrs @ $215.00/hr | 3,655.00 |
| 11/12/2013 | Services:Technology Consulting - Jesse Stevenson, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| | **11/13/2013** | |
| 11/13/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 16 hrs 15 mins @ $215.00/hr | 3,493.75 |
| 11/13/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 15 hrs 45 mins @ $215.00/hr | 3,386.25 |
| 11/13/2013 | Services:Technology Consulting:On site Support - Jeff Woodbury, 17 hrs @ $215.00/hr | 3,655.00 |
| 11/13/2013 | Services:Technology Consulting - Jesse Stevenson, 14 hrs 45 mins @ $215.00/hr | 3,171.25 |
| | **11/14/2013** | |
| 11/14/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 11/14/2013 | Services:Technology Consulting:On site Support - Jeff Woodbury, 17 hrs @ $215.00/hr | 3,655.00 |
| 11/14/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 17 hrs 15 mins @ $215.00/hr | 3,708.75 |
| 11/14/2013 | Services:Technology Consulting - Jesse Stevenson, 16 hrs @ $215.00/hr | 3,440.00 |
| | **11/15/2013** | |
| 11/15/2013 | Services:Technology Consulting:On site Support - Jeff Woodbury, 14 hrs @ $215.00/hr | 3,010.00 |
| 11/15/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 11/15/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 14 hrs 15 mins @ $215.00/hr | 3,063.75 |
| 11/15/2013 | Services:Technology Consulting - Jesse Stevenson, 12 hrs 30 mins @ $215.00/hr | 2,687.50 |
| | **11/16/2013** | |
| 11/16/2013 | Services:Technology Consulting:On site Support - Jeff Woodbury, 13 hrs 45 mins @ $215.00/hr | 2,956.25 |
| 11/16/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 10 hrs 45 mins @ $215.00/hr | 2,311.25 |
| 11/16/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 13 hrs 30 mins @ $215.00/hr | 2,902.50 |
| 11/16/2013 | Services:Technology Consulting - Jesse Stevenson, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| | **11/17/2013** | |
| 11/17/2013 | Meal: Team Dinner | 58.77 |
| 11/17/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 14 hrs 30 mins @ $215.00/hr | 3,117.50 |
| 11/17/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 16 hrs 15 mins @ $215.00/hr | 3,493.75 |
| 11/17/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 19 hrs @ $215.00/hr | 4,085.00 |
| 11/17/2013 | Services:Technology Consulting - Jesse Stevenson, 13 hrs 15 mins @ $215.00/hr | 2,848.75 |
| | **11/18/2013** | |
| 11/18/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 16 hrs 45 mins @ $215.00/hr | 3,601.25 |
| 11/18/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 20 hrs 30 mins @ $215.00/hr | 4,407.50 |

Continue to the next page

| Date | Activity | Amount |
|---|---|---|
| 11/18/2013 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 19 hrs 30 mins @ $215.00/hr | 4,192.50 |
| 11/18/2013 | Services:Technology Consulting - Jesse Stevenson, 15 hrs 15 mins @ $215.00/hr | 3,278.75 |
| | **11/19/2013** | |
| 11/19/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 11/19/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 9 hrs 45 mins @ $215.00/hr | 2,096.25 |
| 11/19/2013 | Services:Technology Consulting:On site Support - Jeff Woodbury, 8 hrs @ $215.00/hr | 1,720.00 |
| 11/19/2013 | Services:Technology Consulting - Jesse Stevenson, 12 hrs 45 mins @ $215.00/hr | 2,741.25 |
| | **11/20/2013** | |
| 11/20/2013 | Transportation: J. DePalma, Baggage Fee | 25.00 |
| 11/20/2013 | Transportation: J. DePalma, Hotel to SFO | 193.00 |
| 11/20/2013 | Transportation: J. DePalma, SFO to BWI | 926.90 |
| 11/20/2013 | Transportation: J. Woodbury, SFO to PDX | 532.70 |
| 11/20/2013 | Services:Technology Consulting:On site Support - Joel DePalma, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| 11/20/2013 | Services:Technology Consulting:On site Support - Thomas Lee, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| | **11/21/2013** | |
| 11/21/2013 | Transportation: J. DePalma, BWI to Home | 52.65 |
| 11/21/2013 | Transportation: T. Lee, SFO to EWR | 1,021.90 |
| 11/21/2013 | Transportation: J. Stevenson, SFO to EWR | 1,021.90 |
| | **11/22/2013** | |
| 11/22/2013 | Total Hours: 907.50 @ $205.00 = $195112.50 | |
| 11/22/2013 | Total Meal Charges: $212.69 | |
| 11/22/2013 | Total Transportation Charges: $7151.45 | |

| | **Total** | **$202,476.64** |
|---|---|---|

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account # 229006094037
ABA# 063100277
EIN# 26-1199158