**SCHEDULE B-4 (Electronic Discovery: File and Data Processing)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced | Pre-Tax Amount Claimed | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 5/20/2011 | 17644 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 820.61 | 751.13 | 69.48 | 820.61 |
| 5/24/2011 | 17664 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 33.34 | 30.52 | 2.82 | 33.34 |
| 5/25/2011 | 17678 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 364.84 | 323.95 | 29.97 | 353.92 |
| 7/12/2011 | 17899 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 659.71 | 609.43 | 50.28 | 659.71 |
| 7/12/2011 | 17900 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 157.67 | 145.65 | 12.02 | 157.67 |
| 7/27/2011 | 17960 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 82.22 | 75.95 | 6.27 | 82.22 |
| 8/10/2011 | 18003 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 779.13 | 719.75 | 59.38 | 779.13 |
| 8/19/2011 | 18030 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 3,426.44 | 3,165.30 | 261.14 | 3,426.44 |
| 8/24/2011 | 18044 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 16.76 | 15.48 | 1.28 | 16.76 |
| 9/28/2011 | 18128 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 43.95 | 40.60 | 3.35 | 43.95 |
| 9/30/2011 | 18134 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 14.14 | 13.06 | 1.08 | 14.14 |
| 9/30/2011 | B31852 | Advanced Discovery | Processing paper to electronic format for upload to Catalyst | 4,527.86 | 3,950.97 | 247.75 | 4,198.72 |
| 9/30/2011 | B32693 | Advanced Discovery | Processing paper to electronic format for upload to Catalyst | 4,080.14 | 3,274.79 | 205.35 | 3,480.14 |
| 10/13/2011 | B34331 | Advanced Discovery | Processing data to electronic format for upload to Catalyst | 3,739.33 | 2,672.19 | 227.14 | 2,899.33 |
| 10/14/2011 | 18172 | eLitigation Solutions, Inc. | Processing data to electronic format for upload to Catalyst | 30.44 | 28.12 | 2.32 | 30.44 |
| 10/20/2011 | 18199 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 803.50 | 742.26 | 61.24 | 803.50 |
| 11/2/2011 | 2353 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 123,465.18 | 115,320.00 |  | 115,320.00 |
| 11/17/2011 | B36186 | Advanced Discovery | Processing paper to electronic format for upload to Catalyst | 1,423.61 | 1,312.08 | 111.53 | 1,423.61 |

**SCHEDULE B-4 (Electronic Discovery: File and Data Processing)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced | Pre-Tax Amount Claimed | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 11/30/2011 | B37176 | Advanced Discovery | Processing paper to electronic format for upload to Catalyst | 1,301.15 | 1,199.22 | 101.93 | 1,301.15 |
| 12/2/2011 | 2416 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 148,604.57 | 134,640.00 | | 134,640.00 |
| 12/9/2011 | 18842-1 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 21.87 | 20.20 | 1.67 | 21.87 |
| 12/22/2011 | 18369 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 126.71 | 117.05 | 9.66 | 126.71 |
| 12/22/2011 | 18370 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 469.39 | 433.62 | 35.77 | 469.39 |
| 12/22/2011 | 18371 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 98.32 | 90.83 | 7.49 | 98.32 |
| 12/30/2011 | B39875 | Advanced Discovery | Processing paper to electronic format for upload to Catalyst | 1,014.72 | 773.94 | 65.78 | 839.72 |
| 1/13/2012 | 18432 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 325.83 | 301.00 | 24.83 | 325.83 |
| 1/17/2012 | 18438 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 97.65 | 90.21 | 7.44 | 97.65 |
| 1/17/2012 | 18439 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 140.90 | 130.16 | 10.74 | 140.90 |
| 1/17/2012 | 18440 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 285.35 | 263.60 | 21.75 | 285.35 |
| 1/17/2012 | 18444 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 858.21 | 792.80 | 65.41 | 858.21 |
| 1/31/2012 | 18457 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 76.40 | 70.58 | 5.82 | 76.40 |
| 1/31/2012 | 18458 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 67.39 | 62.25 | 5.14 | 67.39 |
| 1/31/2012 | 18459 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 50.17 | 46.35 | 3.82 | 50.17 |
| 1/31/2012 | 18460 | eLitigation Solutions, Inc. | Processing paper to electronic format for upload to Catalyst | 17.32 | 16.00 | 1.32 | 17.32 |
| 1/31/2012 | B42512 | Advanced Discovery | File conversion and upload to Catalyst | 750.00 | 600.00 | | 600.00 |
| 1/31/2012 | B42520 | Advanced Discovery | Processing paper to electronic format for upload to Catalyst | 1,646.05 | 1,517.10 | 128.95 | 1,646.05 |

**SCHEDULE B-4 (Electronic Discovery: File and Data Processing)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced | Pre-Tax Amount Claimed | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 2/2/2012 | 2508 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 217,301.15 | 179,215.00 | | 179,215.00 |
| 2/14/2012 | B43531 | Advanced Discovery | Processing, file conversion, endorsement, and production | 2,761.40 | 2,706.84 | 54.56 | 2,761.40 |
| 2/14/2012 | B43533 | Advanced Discovery | Processing, file conversion, endorsement, and production | 1,939.00 | 1,939.00 | | 1,939.00 |
| 2/14/2012 | B43747 | Advanced Discovery | Processing, file conversion, endorsement, and production | 7,573.78 | 7,428.04 | 145.74 | 7,573.78 |
| 2/14/2012 | B43751 | Advanced Discovery | Processing, file conversion, endorsement, and production | 413.00 | 413.00 | | 413.00 |
| 2/14/2012 | B43753 | Advanced Discovery | Processing, file conversion, endorsement, and production | 130,470.90 | 130,322.18 | 148.72 | 130,470.90 |
| 2/14/2012 | B43755 | Advanced Discovery | Processing, file conversion, endorsement, and production | 1,281.00 | 1,281.00 | | 1,281.00 |
| 2/14/2012 | B43756 | Advanced Discovery | Processing, file conversion, endorsement, and production | 76,112.20 | 76,090.72 | 21.48 | 76,112.20 |
| 2/14/2012 | B43758 | Advanced Discovery | Processing, file conversion, endorsement, and production | 329.00 | 329.00 | | 329.00 |
| 2/23/2012 | B44331 | Advanced Discovery | Hard drive duplication | 542.50 | 500.00 | 42.50 | 542.50 |
| 3/2/2012 | 2555 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 230,948.57 | 212,235.00 | | 212,235.00 |
| 3/7/2012 | 2563 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 16,375.00 | 8,187.50 | | 8,187.50 |
| 3/14/2012 | 18539 | eLitigation Solutions, Inc. | Processing, file conversion | 83.92 | 77.52 | 6.40 | 83.92 |
| 3/15/2012 | 18543 | eLitigation Solutions, Inc. | Processing, file conversion | 374.93 | 346.36 | 28.57 | 374.93 |
| 3/29/2012 | 18570 | eLitigation Solutions, Inc. | Processing, file conversion | 390.02 | 360.30 | 29.72 | 390.02 |
| 3/29/2012 | 18571 | eLitigation Solutions, Inc. | Processing, file conversion | 387.43 | 357.90 | 29.53 | 387.43 |
| 3/31/2012 | B47781 | Advanced Discovery | Processing, file conversion, OCR | 936.53 | 794.04 | 67.49 | 861.53 |

**SCHEDULE B-4 (Electronic Discovery: File and Data Processing)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced | Pre-Tax Amount Claimed | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 4/3/2012 | 2622 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 195,113.55 | 169,030.00 | | 169,030.00 |
| 5/1/2012 | 2671 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management or collection. | 61,668.01 | 51,385.00 | | 51,385.00 |
| 6/1/2012 | 2723 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management or collection. | 60,012.58 | 48,990.00 | | 48,990.00 |
| 7/3/2012 | 2785 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 20,671.24 | 4,670.00 | | 4,670.00 |
| 7/27/2012 | 18834 | eLitigation Solutions, Inc. | Processing, file conversion, endorsement, and production | 1,005.39 | 927.70 | 77.69 | 1,005.39 |
| 8/1/2012 | 2839 | BlackBag Technologies | Processing, file conversion for upload to Catalyst (amount claimed does not include expenses, management, or collection) | 28,938.18 | 24,475.00 | | 24,475.00 |
| | | | **TOTAL** | **1,356,050.15** | **1,196,417.24** | **2,502.32** | **1,198,919.56** |