**SCHEDULE B-6 (Secure Room)**

| Date | Vendor Invoice No. | Vendor | Description | Amount |
|---|---|---|---|---|
| 11/1/2011 | 2460 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 11,842.00 |
| 12/1/2011 | 2519 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 6,600.00 |
| 12/30/2011 | 2577 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 6,673.17 |
| 2/8/2012 | E012626 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 5,700.00 |
| 2/8/2012 | E012625 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 6,240.00 |
| 2/29/2012 | E012679 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 10,500.00 |
| 2/29/2012 | E012678 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 5,360.00 |
| 3/31/2012 | E012910 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 11,125.00 |
| 3/31/2012 | E012909 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 7,250.00 |
| 4/30/2012 | E013100 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 5,000.00 |
| 5/31/2012 | E013342 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 7,370.00 |
| 6/29/2012 | E013503 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 5,000.00 |
| 7/31/2012 | E013674 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 5,000.00 |
| 9/4/2012 | E013853 | NCC Group, Inc. | Secure Room (review, prototypes, discovery) | 6,250.00 |
| | | | | |
| | | | **TOTAL** | **99,910.17** |

sf-3203835