NCC Group Inc
123 Mission Street, Ste. 1020
San Francisco, CA, 94105

**Invoice**



Tel: 408-441-4660

Tax ID 54-1778261

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc.<br>1 Infinite Loop, MS 3-SU<br>Cupertino<br>CA 95 014 | Apple, Inc.<br>2000 University Ave<br>Palo Alto<br>CA<br>94303 | Invoice No | 002460 |
| | | Invoice Date | 11/01/11 |
| | | Cust PO No | |
| | | Sales Order No | OP/I009143 |
| | | Acct number | APP006 |
| | | Page 1 of 1 | |

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | 0.00 | 0.00 |
| | Plaintiff: Apple, Inc. | | 0.00 | 0.00 |
| | Defendant: Samsung Electronics Co., Ltd. | | 0.00 | 0.00 |
| Escrow 25 | Initial Fee | 0.500 | 2,500.00 | 1,250.00 |
| | Set up of Secure Discovery Agreement | | 0.00 | 0.00 |
| | & Account | | 0.00 | 0.00 |
| Escrow 25 | Escrow Materials Mgmt & Min Weekly Fee | 3.500 | 250.00 | 875.00 |
| Escrow 25 | Secure Review Room | 0.500 | 2,500.00 | 1,250.00 |
| | Week of 10/25/11 | | 0.00 | 0.00 |
| Escrow 25 | NCC Group Secure Review Room Witness | 0.500 | 1,600.00 | 800.00 |
| | Week of 10/25/11 | | 0.00 | 0.00 |
| Escrow 25 | Officer Time | 24.000 | 80.00 | 1,920.00 |
| | Monitoring in and out for Apple visits; | | 0.00 | 0.00 |
| | Per Apple, Inc's request: Custom set up | | 0.00 | 0.00 |
| | of review environment & vault | | 0.00 | 0.00 |
| Escrow 25 | Custom Technical Installation | 1.000 | 5,397.00 | 5,397.00 |
| | Per Apple, Inc's request: Professional | | 0.00 | 0.00 |
| | Installation of surveillance camera | | 0.00 | 0.00 |
| | system and ongoing recording of secure | | 0.00 | 0.00 |
| | vault and secure review room ingress | | 0.00 | 0.00 |
| | and egress | | 0.00 | 0.00 |
| Escrow 25 | Technical Time | 1.000 | 350.00 | 350.00 |
| | IT Professional Services | | 0.00 | 0.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall
Suite 150, Sacramento, CA 95814
Account name : NCC Group Inc
Routing # : 121000358
Account # : 01489 41963
Swift # : BOFAUS3N

$ 11,842.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:

NCC Group Inc, 123 Mission Street, Ste. 1020 San Francisco, CA, 94105

If you have any queries regarding this invoice please contact:

Tel:   408-441-4660 ext:4113
Fax:   408-441-4658
Email: collections@nccgroup.com

NCC Group Inc
123 Mission Street, Ste. 1020
San Francisco, CA, 94105

**Invoice**



Tel: 408-441-4660

Tax ID 54-1778261

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc.<br>1 Infinite Loop, MS 3-SU<br>Cupertino<br>CA 95 014 | Apple, Inc.<br>1 Infinite Loop, MS 3-SU<br>Cupertino<br>CA<br>95014 | Invoice No | 002519 |
| | | Invoice Date | 12/01/11 |
| | | Cust PO No | |
| | | Sales Order No | OP/I009362 |
| | | Acct number | APP006 |
| | | Page 1 of 1 | |

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | 0.00 | 0.00 |
| | Plaintiff: Apple, Inc. | | 0.00 | 0.00 |
| | Defendant: Samsung Electronics Co., Ltd. | | 0.00 | 0.00 |
| Escrow 25 | Review Room for week of 11/7 | 1.000 | 1,250.00 | 1,250.00 |
| Escrow 25 | Review Room for week of 11/14 | 1.000 | 1,250.00 | 1,250.00 |
| Escrow 25 | Review Room for week of 11/21 | 1.000 | 1,250.00 | 1,250.00 |
| Escrow 25 | Review Room for week of 11/28 | 1.000 | 1,250.00 | 1,250.00 |
| Escrow 25 | Secure Review, After hours, Late Notice | 1.000 | 1,600.00 | 1,600.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall
Suite 150, Sacramento, CA 95814
Account name  : NCC Group Inc
Routing #        : 121000358
Account #       : 01489 41963
Swift #           : BOFAUS3N

$   6,600.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:

NCC Group Inc, 123 Mission Street, Ste. 1020 San Francisco, CA, 94105

If you have any queries regarding this invoice please contact:

Tel:   408-441-4660 ext:4113
Fax:  408-441-4658
Email: collections@nccgroup.com

NCC Group Inc
123 Mission Street, Ste. 1020
San Francisco, CA, 94105

Tel: 408-441-4660

Tax ID 54-1778261

**Invoice**



| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc.<br>1 Infinite Loop, MS 3-SU<br>Cupertino<br>CA 95 014 | Apple, Inc.<br>1 Infinite Loop, MS 3-SU<br>Cupertino<br>CA<br>95014 | Invoice No | 002577 |
| | | Invoice Date | 12/30/11 |
| | | Cust PO No | |
| | | Sales Order No | OP/I009538 |
| | | Acct number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | 0.00 | 0.00 |
| | Plaintiff: Apple, Inc. | | 0.00 | 0.00 |
| | Defendant: Samsung Electronics Co., Ltd. | | 0.00 | 0.00 |
| Escrow 25 | Review Rm/Storage for week of 12/5 | 1.000 | 1,250.00 | 1,250.00 |
| Escrow 25 | Hardware Purchase | 1.000 | 133.17 | 133.17 |
| Escrow 25 | Witness for 12/9 | 1.000 | 300.00 | 300.00 |
| Escrow 25 | Officer Time for 12/9 | 1.000 | 240.00 | 240.00 |
| Escrow 25 | Review Rm/Storage for week of 12/12 | 1.000 | 1,250.00 | 1,250.00 |
| Escrow 25 | Review Rm/Storage for week of 12/19 | 1.000 | 1,250.00 | 1,250.00 |
| Escrow 25 | Administrator for 12/21 | 1.000 | 300.00 | 300.00 |
| Escrow 25 | Officer Time for 12/21 | 1.000 | 80.00 | 80.00 |
| Escrow 25 | Administrator for 12/23 | 1.000 | 300.00 | 300.00 |
| Escrow 25 | Officer Time for 12/23 | 4.000 | 80.00 | 320.00 |
| Escrow 25 | Review Rm/Storage for week of 12/26 | 1.000 | 1,250.00 | 1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall
Suite 150, Sacramento, CA 95814
Account name : NCC Group Inc
Routing #    : 121000358
Account #    : 01489 41963
Swift #      : BOFAUS3N

$   6,673.17

Terms are 30 days from date of Invoice. Please send your remittance to the address below:

NCC Group Inc, 123 Mission Street, Ste. 1020 San Francisco, CA, 94105

If you have any queries regarding this invoice please contact:

Tel:   408-441-4660 ext:4113
Fax:   408-441-4658
Email: collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

Tel: (408) 441-4660

Tax ID: 54-1778261

**Invoice**


nccgroup
assure·secure·advise

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | **Invoice No** | E012626 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | **Invoice Date** | 02/08/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | **Cust PO No** | |
| | | **Sales Order No** | AP/I009901 |
| | | **Acct Number** | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE HARDWARE REVIEW | | | |
| Escrow 25 | Acceptance of Inventory | 0.50 | $1,250.00 | $625.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week ending 01/20/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week ending 01/27/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | NCC Administratods/Witness | 0.50 | $3,200.00 | $1,600.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) | 0.50 | $1,950.00 | $975.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #      : 121000358
Account #     : 0148941963
Swift #           : BOFAUS3N

$5,700.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:    (408) 441-4660 ext: 4134
Fax:   (408) 441-4658
Email: collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105





Tel: (408) 441-4660

Tax ID: 54-1778261

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | Invoice No | E012625 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | Invoice Date | 02/08/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | Cust PO No | |
| | | Sales Order No | OP/I009900 |
| | | Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week ending 01/06/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Administrator (Week ending 01/06/12) | 0.50 | $1,600.00 | $800.00 |
| Escrow 25 | Officer Time for 01/04/12 | 1.50 | $80.00 | $120.00 |
| Escrow 25 | Officer Time for 01/05/12 | 2.50 | $80.00 | $200.00 |
| Escrow 25 | Officer Time for 01/06/12 | 1.50 | $80.00 | $120.00 |
| Escrow 25 | Review Room (Week ending 01/13/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 01/20/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 01/27/12) | 0.50 | $2,500.00 | $1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #    : 121000358
Account #    : 0148941963
Swift #      : BOFAUS3N

$6,240.00

Terms are 30 days from date of Invoice. Please send your remittance to the address below:
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:   (408) 441-4660 ext: 4134
Fax:   (408) 441-4658
Email: collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

Tel: (408) 441-4660

Tax ID: 54-1778261

**Invoice**


nccgroup
assure · secure · advise

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | Invoice No | E012679 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | Invoice Date | 02/29/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | Cust PO No | |
| | | Sales Order No | OP/I009954 |
| | | Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE HARDWARE REVIEW | | | |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week beginning 02/05/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week beginning 02/12/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week beginning 02/19/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week beginning 02/26/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | NCC Administratods/Witness | 0.50 | $3,200.00 | $1,600.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week beginning 02/05/12) | 0.50 | $1,950.00 | $975.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week beginning 02/12/12) | 0.50 | $1,950.00 | $975.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week beginning 02/19/12) | 0.50 | $1,950.00 | $975.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week beginning 02/26/12) | 0.50 | $1,950.00 | $975.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #       : 121000358
Account #      : 0148941963
Swift #           : BOFAUS3N

$10,500.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:
NCC Group Inc, 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:      (408) 441-4660 ext: 4134
Fax:    (408) 441-4658
Email: collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

Tel: (408) 441-4660

Tax ID: 54-1778261

**Invoice**


nccgroup
assure · secure · advise

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | **Invoice No** | E012678 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | **Invoice Date** | 02/29/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | **Cust PO No** | |
| | | **Sales Order No** | OP/I009953 |
| | | **Acct Number** | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week beginning 02/05/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 02/12/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 02/19/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 02/26/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Officer Time for 02/06/2012 | 1.50 | $80.00 | $120.00 |
| Escrow 25 | Officer Time for 02/10/2012 | 3.00 | $80.00 | $240.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #      : 121000358
Account #     : 0148941963
Swift #          : BOFAUS3N

$5,360.00

Terms are 30 days from date of Invoice. Please send your remittance to the address below:
NCC Group Inc, 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:   (408) 441-4660 ext: 4134
Fax:  (408) 441-4658
Email: collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

Tel: (408) 441-4660

Tax ID: 54-1778261

**Invoice**


nccgroup
assure · secure · advise

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | Invoice No | E012910 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | Invoice Date | 03/31/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | Cust PO No | |
| | | Sales Order No | OP/I010183 |
| | | Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE HARDWARE REVIEW | | | |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week ending 03/02/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week ending 03/09/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week ending 03/16/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week ending 03/23/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room - Closed Circuit Surveillance (Week ending 03/30/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week ending 03/02/12) | 0.50 | $1,950.00 | $975.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week ending 03/09/12) | 0.50 | $1,950.00 | $975.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week ending 03/16/12) | 0.50 | $1,950.00 | $975.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week ending 03/23/12) | 0.50 | $1,950.00 | $975.00 |
| Escrow 25 | Bulk Storage (52 cubic ft) (Week ending 03/30/12) | 0.50 | $1,950.00 | $975.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #    : 121000358
Account #    : 0148941963
Swift #      : BOFAUS3N

$11,125.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:   (408) 441-4660 ext: 4134
Fax:   (408) 441-4658
Email: collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

Tel: (408) 441-4660

Tax ID: 54-1778261

**Invoice**


nccgroup
assure · secure · advise

| Invoice Contact | Agreement Contact |
|---|---|
| Apple, Inc | Apple, Inc |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU |
| Cupertino CA 95014 | Cupertino CA 95014 |

| Invoice No | E012909 |
|---|---|
| Invoice Date | 03/31/2012 |
| Cust PO No | |
| Sales Order No | OP/I010182 |
| Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week ending 03/02/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | NCC Group Witness (03/02/12) | 0.50 | $1,600.00 | $800.00 |
| Escrow 25 | Officer Time (03/02/12) | 1.00 | $80.00 | $80.00 |
| Escrow 25 | Review Room (Week beginning 03/09/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Officer Time (03/05/12) | 1.50 | $80.00 | $120.00 |
| Escrow 25 | Review Room (Week beginning 03/16/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 03/23/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 03/30/12) | 0.50 | $2,500.00 | $1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #    : 121000358
Account #    : 0148941963
Swift #      : BOFAUS3N

**$7,250.00**

Terms are 30 days from date of invoice. Please send your remittance to the address below:
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:   (408) 441-4660 ext: 4134
Fax:   (408) 441-4658
Email: collections@nccgroup.com

NCC Group, Inc  
123 Mission Street, Suite 1020  
San Francisco, CA 94105

Tel: (408) 441-4660

Tax ID: 54-1778261

**Invoice**


nccgroup  
assure · secure · advise

| Invoice Contact | Agreement Contact |
|---|---|
| Apple, Inc | Apple, Inc |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU |
| Cupertino CA 95014 | Cupertino CA 95014 |

| | |
|---|---|
| Invoice No | E013100 |
| Invoice Date | 04/30/2012 |
| Cust PO No | |
| Sales Order No | OP/I010373 |
| Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week ending 04/06/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 04/13/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 04/20/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 04/27/12) | 0.50 | $2,500.00 | $1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,  
Suite 150, Sacramento, CA 95814  
Account Name : NCC Group Inc  
Routing # : 121000358  
Account # : 0148941963  
Swift # : BOFAUS3N

**$5,000.00**

Terms are 30 days from date of invoice. Please send your remittance to the address below:  
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105  
If you have any queries regarding this invoice please contact:  
Tel:   (408) 441-4660 ext: 4134  
Fax:   (408) 441-4658  
Email: collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

**Invoice**


nccgroup
assure · secure · advise

Tel: (408) 441-4660

Tax ID: 54-1778261

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | Invoice No | E013342 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | Invoice Date | 05/31/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | Cust PO No | |
| | | Sales Order No | OP/I010615 |
| | | Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week ending 05/04/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | NCC Group Witness (Week ending 05/04/12) | 0.5 | $1,600.00 | $800.00 |
| Escrow 25 | Officer Time (04/30/12) | 2.00 | $80.00 | $160.00 |
| Escrow 25 | Officer Time (05/01/12) | 2.00 | $80.00 | $160.00 |
| Escrow 25 | Review Room (Week ending 05/11/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 05/18/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 05/25/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 06/01/12) | 0.5 | $2,500.00 | $1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #    : 121000358
Account #    : 0148941963
Swift #      : BOFAUS3N

**$7,370.00**

Terms are 30 days from date of Invoice. Please send your remittance to the address below:
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:   (408) 441-4660 ext: 4134
Fax:   (408) 441-4658
Email: collections@nccgroup.com

NCC Group, Inc  
123 Mission Street, Suite 1020  
San Francisco, CA 94105  



**Invoice**



nccgroup  
freedom from doubt

Tel: 415-268-9300

Tax ID: 54-1778261

| Invoice Contact | Agreement Contact |
|---|---|
| Apple, Inc | Apple, Inc |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU |
| Cupertino CA 95014 | Cupertino CA 95014 |

| | |
|---|---|
| Invoice No | E013503 |
| Invoice Date | 06/29/2012 |
| Cust PO No | |
| Sales Order No | OP/I010776 |
| Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week ending 06/08/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 06/15/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 06/22/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 06/29/12) | 0.5 | $2,500.00 | $1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,  
Suite 150, Sacramento, CA 95814  
Account Name  : NCC Group Inc  
ACH Routing #  : 121000358  
Routing # (Domestic Wires): 026009593  
Account #       : 01489 41963  
Swift #            : BOFAUS3N  

$5,000.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:  
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105  
If you have any queries regarding this invoice please contact:  
Tel:     415-268-9300 ext: 4140  
Fax:    415-974-6339  
Email:  collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

**Invoice**


nccgroup
freedom from doubt

Tel: 415-268-9300

Tax ID: 54-1778261

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | **Invoice No** | E013674 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | **Invoice Date** | 07/31/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | **Cust PO No** | |
| | | **Sales Order No** | OP/I010944 |
| | | **Acct Number** | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week ending 07/07/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 07/14/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 07/21/12) | 0.5 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week ending 07/28/12) | 0.5 | $2,500.00 | $1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
ACH Routing #  : 121000358
Routing # (Domestic Wires): 026009593
Account #     : 01489 41963
Swift #       : BOFAUS3N

$5,000.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:
NCC Group Inc. 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this Invoice please contact:
Tel:    415-268-9300 ext: 4140
Fax:    415-974-6339
Email:  collections@nccgroup.com

NCC Group, Inc
123 Mission Street, Suite 1020
San Francisco, CA 94105

Tel: (408) 441-4660

Tax ID: 54-1778261

**Invoice**


nccgroup
assure·secure·advise

| Invoice Contact | Agreement Contact | | |
|---|---|---|---|
| Apple, Inc | Apple, Inc | Invoice No | E013853 |
| 1 Infinite Loop, MS 3-SU | 1 Infinite Loop, MS 3-SU | Invoice Date | 09/04/2012 |
| Cupertino CA 95014 | Cupertino CA 95014 | Cust PO No | |
| | | Sales Order No | OP/I011122 |
| | | Acct Number | APP006 |

Page 1 of 1

| Description | Detail | Qty | Unit Price | Outstanding |
|---|---|---|---|---|
| | Escrow Agreement: 48794 | | | |
| | Plaintiff: Apple, Inc. | | | |
| | Defendant: Samsung Electronics Co., Ltd. | | | |
| | APPLE CAD REVIEW | | | |
| Escrow 25 | Review Room (Week beginning 08/04/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 08/11/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 08/18/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 08/25/12) | 0.50 | $2,500.00 | $1,250.00 |
| Escrow 25 | Review Room (Week beginning 08/31/12) | 0.50 | $2,500.00 | $1,250.00 |

Bank of America, CA3-117-01-01, 555 Capitol Mall,
Suite 150, Sacramento, CA 95814
Account Name : NCC Group Inc
Routing #    : 121000358
Account #    : 0148941963
Swift #      : BOFAUS3N

$6,250.00

Terms are 30 days from date of invoice. Please send your remittance to the address below:
NCC Group Inc, 123 Mission Street, Suite 1020 San Francisco, CA 94105
If you have any queries regarding this invoice please contact:
Tel:   (408) 441-4660 ext: 4134
Fax:   (408) 441-4658
Email: collections@nccgroup.com