**SCHEDULE C (Interpreters at Deposition and Trial)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced | Total Amount Claimed |
|---|---|---|---|---|---|
| 1/9/2012 | 13179 | AccessLink, LLC | Translator/Deposition Attendance | 14,150.00 | 9,100.00 |
| 2/19/2012 | Invoice | Ted Kim | Translator/Deposition Attendance | 12,250.00 | 12,500.00 |
| 4/10/2012 | 13185-Rev | AccessLink, LLC | Translator/Deposition Attendance | 15,950.00 | 5,950.00 |
| 4/10/2012 | 13186 | AccessLink, LLC | Translator/Deposition Attendance | 20,125.00 | 6,825.00 |
| 4/10/2012 | 13187 | AccessLink, LLC | Translator/Deposition Attendance | 12,075.00 | 5,775.00 |
| 4/10/2012 | 13188 | AccessLink, LLC | Translator/Deposition Attendance | 7,350.00 | 7,000.00 |
| 4/10/2012 | 13192 | AccessLink, LLC | Translator/Deposition Attendance | 8,750.00 | 3,150.00 |
| 4/10/2012 | 13194 | AccessLink, LLC | Translator/Deposition Attendance | 9,800.00 | 7,000.00 |
| 5/8/2012 | 13204 | AccessLink, LLC | Translator/Deposition Attendance | 9,100.00 | 9,100.00 |
| 5/18/2012 | Invoice | Ted Kim | Translator/Deposition Attendance | 8,400.00 | 8,400.00 |
| 6/15/2012 | 13215 | AccessLink, LLC | Translator/Deposition Attendance | 2,900.00 | 2,800.00 |
| 7/23/2012 | 13229 | AccessLink, LLC | Translator/Deposition Attendance | 8,975.00 | 2,975.00 |
| 7/23/2012 | 13230 | AccessLink, LLC | Translator/Deposition Attendance | 21,350.00 | 12,250.00 |
| 8/16/2012 | 13251 | AccessLink, LLC | Translator/Deposition Attendance | 3,325.00 | 3,325.00 |
| 8/21/2012 | 13253 | AccessLink, LLC | Translator/Trial Attendance | 31,623.39 | 28,000.00 |
| 8/21/2012 | 13255 | AccessLink, LLC | Translator/Deposition Attendance | 5,700.00 | 5,600.00 |
| 8/26/2012 | 13259 | AccessLink, LLC | Translator/Deposition Attendance | 8,750.00 | 8,750.00 |
| 8/26/2012 | 13260 | AccessLink, LLC | Translator/Deposition Attendance | 9,800.00 | 9,800.00 |
| 8/30/2012 | Mofo083012 | James Yim Victory, Esq. | Translator/Trial Attendance (Apple and Samsung split this invoice.  Translation costs, not including expenses, was $23,800.  Half of that amount is $11,900.) | 29,774.26 | 11,900.00 |
| | | | | | |
| | | | **TOTAL** | **240,147.65** | **160,200.00** |