# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**      888-569-4949

*invoice*

**Invoice #:** 13179
**Invoice Date:** 1/9/2012
**Due Date:** 2/8/2012
**Case / Matter:** Apple NDCA
**Case No.** 5:11-cv-01846-LHK
**File No.** c/m 10684-263

**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA 94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Time in transit by Aeryong C. Kim on January 10, 2012 for trip to San Francisco for Apple Offensive (NDCA &796). | 5 | 350.00 | 1,750.00 |
| Date: January 11, 2012<br>Location: MoFo / San Francisco<br>Witness: Ahyoung Kim<br>Taking: Brooks Beard, Esq.<br>Also present: Stephanie Kim, Esq.<br>Defending: Charles Basinger, Esq.<br>Also present: Julie Han (Samsung In- house)<br>Reporter: Andrea Howard; Videographer: Pete Sais<br>Main Interpreter: Aeryong Kim; Check Interpreter: Alex Jo<br>Duration: 9:00 a.m. - 4:19 p.m. | 8 | 350.00 | 2,800.00 |
| Date: January 12, 2012<br>Bridge-day: 8 Hours. | 8 | 350.00 | 2,800.00 |
| Date: January 13, 2012<br>Location: MoFo / San Francisco<br>Witness: Ahyoung Kim<br>Taking: Brooks Beard, Esq.<br>Also present: Stephanie Kim, Esq.<br>Defending: Charles Basinger, Esq.<br>Also present: Julie Han (Samsung In- house)<br>Reporter: Andrea Howard; Videographer: Pete Sais<br>Main Interpreter: Aeryong Kim; Check Interpreter: Alex Jo<br>Duration: 9:00 a.m. - 7:00 p.m. (10 Hours) | 10 | 350.00 | 3,500.00 |

**Total**

**Payments/Credits**

**Balance Due**

*Please make your check payable to "AccessLink, LLC." (EIN: 26-3919936). Thank you.*

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**   888-569-4949



**Invoice #:** 13179
**Invoice Date:** 1/9/2012
**Due Date:** 2/8/2012
**Case / Matter:** Apple NDCA
**Case No.** 5:11-cv-01846-LHK
**File No.** c/m 10684-263

| Bill To: |
| --- |
| Morrison & Foerster, LLP. |
| Harold J. McElhinny, Esq. |
| 425 Market Street |
| San Francisco, CA  94105 |

| Description | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- |
| Date:  January 14, 2012<br>Location:  MoFo / San Francisco<br>Witness:  Junho Park<br>Taking:  Julia  Kripke, Esq. with Stephanie Kim, Esq.<br>Defending:  Carl Anderson, Esq. with Richard Hung, Esq. (Samsung In-house)<br>Reporter:  Andrea Howard- Ignacio;  Videographer:  Pete. Sais<br>Main Interpreter:  Aeryong Kim;  Check Interpreter:  Ann S. Park<br>Duration:  9:00 a.m. - 2:00 p.m. (Taken at Quinn Emanuel's SF office at 50 California St.) | 8 | 350.00 | 2,800.00 |
| Per diem for five days from January 10 through 14, 2012 @ $100.00/day. | 500.00 | | 500.00 |
| **Total** | | | $14,150.00 |
| **Payments/Credits** | | | $0.00 |
| **Balance Due** | | | $14,150.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 2

Page 1 of 2

Invoice

Ms. Cyndi L. Knisely
Morrison & Foerster LLP
CKnisely@mofo.com

---

Certified Court Interpreter in Korean:                                    Ted K. Kim
Address:                            2470 47th Avenue, San Francisco, CA 94116
Phone:                                                        (415) 564-2170
Fax:                                                          (415) 564-2676
Social Security Number                                        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

---

Case of:                                        Apple v. Samsung, Depositions

Interpretation Fees:                                          $12,250.

Total:                                                        $12,250.

---

February 19, 2012

Ted Kim

Interpretation Details:

| Jan. 11, '12 | Deposition of Bo-Ra Kim at San Francisco MoFo office<br>11-CV-01846 Northern District of California. 10684-263.<br>9 a.m. – 5:14 p.m. | 9 hours |
| Jan. 12, '12 | Deposition of Wookyun Kho at San Francisco MoFo office<br>11-CV-01846 Northern District of California. 10684-263.<br>9 a.m. – 6:56 p.m. | 10 hours |
| Jan. 14, '12 | Deposition of Nara Cho at San Francisco Quinn Emanuel office<br>11-CV-01846 Northern District of California. 10684-263.<br>9 a.m. – 2:40 p.m. | 8 hours |
| Feb. 17, '12 | Deposition of Doo Ju Byun at San Francisco MoFo office<br>11-CV-01846 Northern District of California. 10684-263.<br>9 a.m. – 11:10 a.m. | 8 hours |

Total Hours:                                                                          35 hours

Interpretation Fees:                          35 hours x $350 per hour = $12,250.

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**     888-569-4949

Invoice

| | |
|---|---|
| Invoice #: | 13185-Rev. |
| Invoice Date: | 4/10/2012 |
| Due Date: | 5/10/2012 |
| Case / Matter: | Apple NDCA |
| Case No. | 5:11-cv-01846-LHK |
| File No. | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Tues., March 6, 2012:  Bridge-day for Aeryong C. Kim. | 8 | 350.00 | 2,800.00 |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 1

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**   888-569-4949



**Invoice #:** 13185-Rev.
**Invoice Date:** 4/10/2012
**Due Date:** 5/10/2012
**Case / Matter:** Apple NDCA
**Case No.** 5:11-cv-01846-LHK
**File No.** c/m 10684-263

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Thurs., March 8, 2012: | 9 | 350.00 | 3,150.00 |
| 1.Date:              March 8, 2012 | | | |
| 2.Witness:           Jong Dae Park | | | |
| 3.Taking Attorney:    Matthew Ahn, Esq. (MoFo) | | | |
|      Also Present:        David Son, Esq. | | | |
| 4.Defending Attorney:   Duane Lyons, Esq.  (QE) | | | |
|      Also Present:        Edward Kim, Esq. (SS) | | | |
| 5.Reporter:           Jodi Harmon | | | |
| 6.Videographer:       Jeff Menton | | | |
| 7.Main Interpreter:    Aeryong Kim | | | |
| 8.Check Interpreter:   Lee Boese | | | |
| 9.Duration:          9:00AM~3:00 PM | | | |
| | | | |
| Second Deposition    (Taking over Albert Kim's session) | | | |
| | | | |
| 1.Date:              March 8, 2012 | | | |
| 2.Witness:           Kyu Hyuk Lee | | | |
| 3.      Taking Attorney:   Weslie Overson, Esq. (MoFo) | | | |
|          Also Present:      Stephanie Kim, Esq. | | | |
| 4.Defending Atty:      Adam Cashman, Esq.  (QE) | | | |
|          Also Present:      Hankil Kang, Esq. (SS) | | | |
| 5.Reporter:           Tracy LoCastro | | | |
| 6.Videographer:       Paul Hischier | | | |
| 7.Main Interpreter:    Aeryong Kim | | | |
| 8.Check Interpreter:   Kelly Myung | | | |
| 9.Duration:          3:20 PM~5:40  PM | | | |

**Total**

**Payments/Credits**

**Balance Due**

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

# AccessLink, LLC.
440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**    888-569-4949

*Invoice*

| | |
|---|---|
| **Invoice #:** | 13185-Rev. |
| **Invoice Date:** | 4/10/2012 |
| **Due Date:** | 5/10/2012 |
| **Case / Matter:** | Apple NDCA |
| **Case No.** | 5:11-cv-01846-LHK |
| **File No.** | c/m 10684-263 |

**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Friday, March 9, 2012:  Bridge-day for Aeryong Kim. | 8 | 350.00 | 2,800.00 |
| Monday, March 12, 2012: | 8 | 350.00 | 2,800.00 |
| 1.Date:                  March 12, 2012<br>2.Witness:               Sang Ho Won<br>3.Taking Attorney:        Jeff Jaeckel, Esq. (MoFo)<br>       Also Present:       Amanda Bakale, Esq.<br>                         Sun Park, Esq.<br>4.Defending Attorney:     Charles Basinger, Esq. (QE<br>5.Reporter:              Lisa Knight<br>6.Videographer:          Inga Kornev<br>7.Main Interpreter:      Aeryong Kim<br>8.Check Interpreter:     Sue Mi Jones<br>9.Duration:             9:30AM~4:32PM | | | |
| Tuesday, March 13, 2012:   Time in Transit by Ms. Aeryong C. Kim<br>from Incheon to LAX. | 10 | 350.00 | 3,500.00 |
| Per diem for nine-days @ $100.00 per day for Aeyrong C. Kim. | 9 | 100.00 | 900.00 |

| | |
|---|---|
| **Total** | $15,950.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,950.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 3

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**    888-569-4949

 Invoice

| | |
|---|---|
| **Invoice #:** | 13186 |
| **Invoice Date:** | 4/10/2012 |
| **Due Date:** | 5/10/2012 |
| **Case / Matter:** | Apple NDCA |
| **Case No.** | 5:11-cv-01846-LHK |
| **File No.** | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Monday, Feb. 27, 2012:  Bridge Day for Ms. Aeryong C. Kim. | 8 | 350.00 | 2,800.00 |
| Tuesday, Feb. 28, 2012: | 8 | 350.00 | 2,800.00 |
| | | | |
| 1. Date:              February 28, 2012 | | | |
| 2. Witness:           Seung Hun Yoo | | | |
| 3.Taking Attorney:    Grant Kim, Esq.  (MoFo) | | | |
|       Also Present:       Stephanie Kim, Esq. | | | |
| 4.Defending Attorney:   Eric Wall, Esq.  (QE) | | | |
|       Also Present:       Edward Kim, Esq. | | | |
| 5.Reporter:           Tracy LoCastro | | | |
| 6.Videographer:       Wahkit Ip | | | |
| 7.Main Interpreter:    Aeryong Kim | | | |
| 8.Check Interpreter:   Hyon Ro | | | |
| 9.Duration:           9:00AM~2:25PM | | | |
| | | | |
| Wed., Feb. 29, 2012:  Bridge Day for Ms. Aeryong C. Kim. | 8 | 350.00 | 2,800.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

*Please make your check payable to "AccessLink, LLC." (EIN.26-3919936).  Thank you.*

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #    888-569-4949



**Invoice #:** 13186
**Invoice Date:** 4/10/2012
**Due Date:** 5/10/2012
**Case / Matter:** Apple NDCA
**Case No.** 5:11-cv-01846-LHK
**File No.** c/m 10684-263

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| **Thurs., March 1, 2012:** | 8.5 | 350.00 | 2,975.00 |
| 1.Date:                        March 1, 2012 | | | |
| 2.Witness:              Hyoung Shin Park | | | |
| 3.Taking Attorney:    Francis Ho, Esq. (MoFo) | | | |
|   Also Present:     David Son, Esq. | | | |
| 4.Defending Attorney: Margret Caruso, Esq.  (QE) | | | |
| 5.Reporter:              Tracy LoCastro | | | |
| 6.Videographer:       Wahkit Ip | | | |
| 7.Main Interpreter:   Aeryong Kim | | | |
| 8.Check Interpreter:  Kathy Sim | | | |
| 9.Duration:             9:00AM~5:10PM | | | |
| | | | |
| **Friday, March 2, 2012:**  Bridge Day for Ms. Aeryong C. Kim. | 8 | 350.00 | 2,800.00 |
| | | | |
| **Saturday, March 3, 2012:** | 11 | 350.00 | 3,850.00 |
| 1.       Date:              March 3, 2012 | | | |
| 2.Witness:              Minhyouk  Lee | | | |
| 3.Taking Attorney:    Peter Stern, Esq. (MoFo) | | | |
|   Also Present:      Stephanie Kim, Esq. | | | |
| 4.Defending Attorney:  Michael Zeller, Esq.  (QE) | | | |
|   Also Present:      Hankil Kang, Esq. | | | |
| 5.Reporter:              Tracy LoCastro | | | |
| 6.Videographer:       Inga Kornev | | | |
| 7.Main Interpreter:   Aeryong Kim | | | |
| 8.Check Interpreter:   Sue Mi Jones | | | |
| 9.Duration:             9:00AM~8:03PM | | | |

**Total**

**Payments/Credits**

**Balance Due**

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**    888-569-4949



Invoice #: 13186
Invoice Date: 4/10/2012
Due Date: 5/10/2012
Case / Matter: Apple NDCA
Case No. 5:11-cv-01846-LHK
File No. c/m 10684-263

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Sunday, March 4, 2012:  Weekend (One-Half day charged for Sunday for Aeryong C. Kim). | 4 | 350.00 | 1,400.00 |
| Per diem for seven days @ $100.00 per day. | 7 | 100.00 | 700.00 |

| | |
|---|---|
| Total | $20,125.00 |
| Payments/Credits | $0.00 |
| Balance Due | $20,125.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

**AccessLink, LLC.**
440 Louisiana Street
Suite 900
Houston, TX 77002



**Phone / Fax #**    888-569-4949



| | |
|---|---|
| **Invoice #:** | 13187 |
| **Invoice Date:** | 4/10/2012 |
| **Due Date:** | 5/10/2012 |
| **Case / Matter:** | Apple NDCA |
| **Case No.** | 5:11-cv-01846-LHK |
| **File No.** | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Feb. 13, 2012:  Bridge-day attributed to NDCA/ITC 796 for Aeryong C. Kim. | 8 | 350.00 | 2,800.00 |
| Thursday, Feb. 16, 2012: | 8.5 | 350.00 | 2,975.00 |
| | | | |
| 1. Date:        Feb. 16, 2012  (Daewoo) | | | |
| 2. Witness:       Gi-Young Lee | | | |
| 3. Taking Attorney:  Patrick Zhang, Esq. (MoFo) | | | |
|     Also present:    Samantha Kim, Esq. (MoFo) | | | |
| 4. Defending Attorney:  Anna Neill. Esq.  (QE) | | | |
|     Also present:    Edward Kim, Esq. (SS in-house) | | | |
| 5. Reporter:      Melanie Giamarco | | | |
| 6. Videographer:  Marc Friedman | | | |
| 7. Main Interpreter:  Aeryong Kim | | | |
| 8. Check Interpreter:  Phyllis Kim | | | |
| 9. Duration:     9:00AM~5:10PM | | | |

**Total**

**Payments/Credits**

**Balance Due**

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**   888-569-4949



Invoice

| | |
|---|---|
| **Invoice #:** | 13187 |
| **Invoice Date:** | 4/10/2012 |
| **Due Date:** | 5/10/2012 |
| **Case / Matter:** | Apple NDCA |
| **Case No.** | 5:11-cv-01846-LHK |
| **File No.** | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Friday, Feb. 17, 2012: | 8 | 350.00 | 2,800.00 |
| | | | |
| 1.Date:              Feb. 17, 2012  (Daewoo) | | | |
| 2.Witness:         Gi-Young Lee (Session 2 ITC) | | | |
| 3.Taking Attorney:   Patrick Zhang, Esq. (MoFo) | | | |
|      Also present:      Samantha Kim, Esq. (MoFo) | | | |
| 4.Defending Attorney:  Anna Neill. Esq.  (QE) | | | |
|      Also present:      Edward Kim, Esq. (SS in-houes) | | | |
| 5.Reporter:      Melanie Giamarco | | | |
| 6.Videographer:   Marc Friedman | | | |
| 7.Main Interpreter:  Aeryong Kim | | | |
| 8.Check Interpreter:  Phyllis Kim | | | |
| 9.Duration:       9:00AM~2:00PM | | | |
| | | | |
| Feb. 18 & 19, 2012: One Full-day charged for Saturday & Sunday. | 8 | 350.00 | 2,800.00 |
| | | | |
| Per diem for seven days @ $100.00 per day for Aeryong C. Kim. | 7 | 100.00 | 700.00 |

| | |
|---|---|
| **Total** | $12,075.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $12,075.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 2

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**     888-569-4949



**Invoice #:** 13188
**Invoice Date:** 4/10/2012
**Due Date:** 5/10/2012
**Case / Matter:** Apple vs. Samsung ITC 7...
**Case No.** ITC 337-TA-794
**File No.**

**Bill To:**
Ms. Catherine Snearly
Merrill Corporation
179 Lincoln Street, Suite 401
Boston, MA  02111

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Tuesday, Feb. 14, 2012: | 10 | 350.00 | 3,500.00 |

Merrill Job No. Young Bum Kim (1207-87987 1207-87846 <--- Need to verify; see notes below):

1. Date:                      Feb. 14, 2012  (Renaissance)
2. Witness:                Young Bum Kim
3. Taking Attorney:      James M. Dowd, Esq. (WH)
4. Defending Attorney:   Deepa Nama, Esq. (QE)
    Also present:        Alan Whitehurst, Esq. (QE)
5. Reporter:               Jane LaPorte
6. Videographer:         Paul Hischier
7. Main Interpreter:     Aeryong Kim
8. Check Interpreter:    Lee Boese
9. Duration:              9:00AM~6:40PM

Notes:

Young Bum Kim (Day 1):

ITC 337-TA-794
Young Bum Kim, Day 1
Location:  Renaissance Hotel, Seoul, Korea
Job No. 1207-87852
See Marta Perez' email of 02-08-2012 on the Job Number change.
Still need to verify between the original 87852 vs. 87987 (new one).

**Total**

**Payments/Credits**

**Balance Due**

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 1

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**     888-569-4949



| | |
|---|---|
| **Invoice #:** | 13188 |
| **Invoice Date:** | 4/10/2012 |
| **Due Date:** | 5/10/2012 |
| **Case / Matter:** | Apple vs. Samsung ITC 7... |
| **Case No.** | ITC 337-TA-794 |
| **File No.** | |

**Bill To:**

Ms. Catherine Snearly
Merrill Corporation
179 Lincoln Street, Suite 401
Boston, MA  02111

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Wednesday, Feb. 15, 2012: | 10 | 350.00 | 3,500.00 |
| Merrill Job No. Young Bum Kim (Old 1207-87846 --> New 1205-88106 mp) | | | |
| 1.Date:                         Feb/ 15. 2012 (Renaissance) | | | |
| 2.Witness:                    Young Bum Kim- 2nd Session | | | |
| 3.Taking Attorney:        James M. Dowd, Esq. (WH) | | | |
| 4.Defending Attorney:    Deepa Nama, Esq. (QE) | | | |
| 5.Reporter:                   Jane LaPorte | | | |
| 6.Videographer:            Paul Hischier | | | |
| 7.Main Interpreter:        Aeryong Kim | | | |
| 8.Check Interpreter:      Lee Boese | | | |
| 9.Duration:                   9:00AM~6:40PM | | | |
| Hours by ACK | | 350.00 | 350.00 |

| | |
|---|---|
| **Total** | $7,350.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,350.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**   888-569-4949



| | |
|---|---|
| **Invoice #:** | 13192 |
| **Invoice Date:** | 4/10/2012 |
| **Due Date:** | 5/10/2012 |
| **Case / Matter:** | ITC 796, AvSS |
| **Case No.** | Inv. No. 337-TA-796 |
| **File No.** | c/m 10684-290 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Tuesday, February 7, 2012: | 9 | 350.00 | 3,150.00 |
| | | | |
| 1.Date:  February 7, 2012 (Jeongdong) | | | |
| 2.Witness:  Ji-Yeon Kim | | | |
| 3.Taking Attorney:  Brian Busey, Esq. (MoFo) | | | |
|     Also present:  David Scannell, Esq. (MoFo) | | | |
|     Sun Park, Esq. (MoFo) | | | |
| 4.Defending Attorney:  Mark Weinstein, Esq. (QE) | | | |
|     Also present:  Julie Han, Esq. (SS in-house) | | | |
| 5.Reporter:  Lisa Knight | | | |
| 6.Videographer:  RJ Buckler | | | |
| 7.Main Interpreter:  Aeryong Kim | | | |
| 8.Check Interpreter:  Sue Mi Jones | | | |
| 9.Duration:  9:00AM~5:46PM | | | |
| | | | |
| Wed., Feb. 8, 2012:  Bridge-Day attributed to NDCA/ITC 796. | 8 | 350.00 | 2,800.00 |
| | | | |
| Feb. 11 & 12, 2012:  One Full-day charged for Saturday & Sunday. | 8 | 350.00 | 2,800.00 |

| | |
|---|---|
| **Total** | $8,750.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,750.00 |

*Please make your check payable to "AccessLink, LLC." (EIN: 26-3919936).  Thank you.*

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #    888-569-4949



| | |
|---|---|
| Invoice #: | 13194 |
| Invoice Date: | 4/14/2012 |
| Due Date: | 5/14/2012 |
| Case / Matter: | ITC 796, AvSS |
| Case No. | Inv. No. 337-TA-796 |
| File No. | c/m 10684-290 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Monday, March 5, 2012: | 10 | 350.00 | 3,500.00 |
| 1.Date:                    March 5, 2012 | | | |
| 2.Witness:                Bong Do Kim | | | |
| 3.Taking Attorney:     Patricia A. Martone, Esq.  (MoFo) | | | |
|    Also Present:          Brian Park, Esq. | | | |
| 4.Defending Attorney:    Max Price, Esq.  (QE) | | | |
| 5.Reporter:               Dennis Zambataro | | | |
| 6.Videographer:         Wahkit Ip | | | |
| 7.Main Interpreter:     Aeryong Kim | | | |
| 8.Check Interpreter:   Phyllis Kim | | | |
| 9.Duration:               9:00AM~6:35PM | | | |
| Tues., March 6, 2012:  Bridge-day for Aeryong C. Kim. | 8 | 350.00 | 2,800.00 |
| Wed., March 7, 2012: | 10 | 350.00 | 3,500.00 |
| 1. Date:                    March 7, 2012 | | | |
| 2. Witness:                Sang Chun Park | | | |
| 3. Taking Attorney:     Patricia A. Martone, Esq. (MoFo) | | | |
|    Also Present:          Sun Park, Esq. | | | |
| 4. Defending Attorney:    Joe Milowic, Esq. (QE) | | | |
| 5. Reporter:               Lisa Knight | | | |
| 6. Videographer:         Wahkit Ip | | | |
| 7. Main Interpreter:     Aeryong Kim | | | |
| 8. Check Interpreter:   Midge Lee | | | |
| 9. Duration:               9:00AM~6:15 PM | | | |

Paid for by MoFo Check No. 51362166
May 8, 2012 (for Invoices 13194 and 13185)
$25,750.00

| | |
|---|---|
| Total | $9,800.00 |
| Payments/Credits | $0.00 |
| Balance Due | $9,800.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #      888-569-4949



| | |
|---|---|
| Invoice #: | 13204 |
| Invoice Date: | 5/8/2012 |
| Due Date: | 6/7/2012 |
| Case / Matter: | Apple NDCA |
| Case No. | 5:11-cv-01846-LHK |
| File No. | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| For the APEX deposition of Gee Sung Choi (Vice Chairman & CEO of SEC): | 8 | 350.00 | 2,800.00 |
| | | | |
| Date:     Tuesday, April 17, 2012 | | | |
| Hours:    1:30 pm - 6:30 pm (8.0 Hours) | | | |
| Case:     NDCA | | | |
| Case No.:  11-CV-01846-LHK | | | |
| Witness:  Gee-Sung Choi, Vice Chairman & CEO | | | |
|         Samsung Electronics Co., Ltd. | | | |
| Taking:   H. McElhinny; M. Chung; Stephanie Kim | | | |
|         MoFo/Apple | | | |
| Defending:  John Quinn; Mike Zeller; Scott Hale of | | | |
|         Quinn Emanuel for SEC | | | |
| Main:     Albert S. Kim | | | |
| Check:   Ann S. Park | | | |
| Also:     Brian Kim, Esq.; Ki-Joon Kang, Esq. of SEC | | | |
| Steno:   Tracey LoCastro | | | |
| Video:   Inga Kornev | | | |
| | | | |
| [Continued on the following page] | | | |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

**AccessLink, LLC.**
440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #    888-569-4949



| | |
|---|---|
| Invoice #: | 13204 |
| Invoice Date: | 5/8/2012 |
| Due Date: | 6/7/2012 |
| Case / Matter: | Apple NDCA |
| Case No. | 5:11-cv-01846-LHK |
| File No. | c/m 10684-263 |

**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| For the APEX deposition of Seung Hwan Choi (EVP of SEC): | 10 | 350.00 | 3,500.00 |

Date:           Thursday, April 19, 2012
Hours:          10:00 pm - 7:45 pm (10.0 Hours)
Case:           NDCA
Case No.:       11-CV-01846-LHK
Witness:        Seung Hwan CHO, EVP of SEC
Taking:         Minn Chung of MoFo/Apple
Defending:      John Quinn; Brian Mack of Quinn Emanuel for SEC
Main:           Albert S. Kim
Check:          Ann S. Park
Also:           Brian Kim, Esq. In-House @ SEC
Steno:          Tracey LoCastro
Video:          Inga Kornev

[Continued on the following page]

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #        888-569-4949



Invoice #:  13204
Invoice Date:  5/8/2012
Due Date:  6/7/2012
Case / Matter:  Apple NDCA
Case No.  5:11-cv-01846-LHK
File No.  c/m 10684-263



**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| For the APEX Deposition of Won Pyo Hong, Ph.D. in re Apple vs. Samsung (NDCA): | 8 | 350.00 | 2,800.00 |
| 1.  Date:          April 19, 2012 | | | |
| 2.  Location:      Jeongdong 17B, Seoul | | | |
| 3.  Witness:       Won Pyo Hong (EVP) | | | |
| 4.  Taking:        Harold McElhinny | | | |
|     Also Present:  Stephanie Kim | | | |
| 5.  Defending:     Jon Steiger | | | |
|     Also Present:  James Shin( Samsung in- house) | | | |
| 6.  Steno:         Brenda Matzov | | | |
| 7.  Video:         Joe Cheung | | | |
| 8.  Check:         Aeryong Kim | | | |
| 9.  Duration:      8.0 Hours (one full-day; lasted from 2:00 pm- 6 pm) | | | |

| | | |
|---|---|---|
| Total | | $9,100.00 |
| Payments/Credits | | $0.00 |
| Balance Due | | $9,100.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 3

Page 1 of 2

Invoice

Ms. Cyndi L. Knisely
Morrison & Foerster LLP
CKnisely@mofo.com

---

Certified Court Interpreter in Korean:                                    Ted K. Kim
Address:                                  2470 47th Avenue, San Francisco, CA 94116
Phone:                                                            (415) 564-2170
Email:                                                         tedkkim@yahoo.com
Social Security Number                                            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

---

Case of:                        Apple v. Samsung, NDCAL 11-CV-01846 LHK Depositions

Interpretation Fees:                                                    $8,400.
Expenses:                                                                 $300.

Total:                                                                   $8,700.

---

May 18, 2012

Ted Kim

Page 2 of 2

Interpretation Details:

| | | | |
|---|---|---|---|
| Mar. 4, '12 | 9 a.m. – 3:48 p.m. | Deposition of Wookyun Kho | 8 hours |
| Mar. 7, '12 | 9 a.m. – 11 a.m. | Deposition of Min Suk Kim | 8 hours |
| Mar. 10, '12 | 9 a.m. – 5 p.m. | Deposition of Jae Hwang Sim | 8 hours |

Total Hours:                                                                          24 hours

Interpretation Fees:                              24 hours x $350 per hour = $8,400.

_____

Expenses Details:

Mar. 4, 7, 10, 2012    Per Diem                          3 days x $100. = $300.

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #    888-569-4949



Invoice #: 13215
Invoice Date: 6/15/2012
Due Date: 7/15/2012
Case / Matter: Apple NDCA
Case No. 5:11-cv-01846-LHK
File No. c/m 10684-263

**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Friday, Feb. 24, 2012:      ITC (NDCA Portion)* | 8 | 350.00 | 2,800.00 |
| 1.  Date:                Feb. 24, 2012  (Daewoo) | | | |
| 2.  Witness:          Yunjung Lee (Session 2 -  NDCA) | | | |
| 3.  Taking Attorney:     Grant L. Kim,  Esq. (MoFo) | | | |
|     Also present:       David Son, Esq. (MoFo) | | | |
| 4.  Defending Attorney:   Carl Anderson, Esq. (QE) | | | |
|     Also present:       Hankil Kang, Esq. (SS in-house) | | | |
| 5.  Reporter:          Tracy LoCastro | | | |
| 6.  Videographer:       Jeff Menton | | | |
| 7.  Main Interpreter:     Aeryong Kim | | | |
| 8.  Check Interpreter:    Ann Park | | | |
| 9.  Duration:          10:00AM~4:36PM (8.0 Hours) | | | |
| | | | |
| ************************************************** | | | |
| Cf. Invoice No. 13189-rev. (Apple 796_ACK) with the following details | | | |
| as reference: | | | |
| Thursday, Feb. 23, 2012: | | | |
| 1.  Date:                Feb. 23, 2012  (Daewoo) | | | |
| 2.  Witness:          Yunjung Lee (Session 1 - ITC 796) | | | |
| 3.  Taking Attorney:     Grant L. Kim,  Esq. (MoFo) | | | |
|     Also present:       David Son, Esq. (MoFo) | | | |
| 4.  Defending Attorney:   Carl Anderson, Esq. (QE) | | | |
|     Also present:       Hankil Kang, Esq. (SS in-house) | | | |
| 5.  Reporter:          Tracy LoCastro | | | |
| 6.  Videographer:       Jeff Menton | | | |
| 7.  Main Interpreter:     Aeryong Kim | | | |
| 8.  Check Interpreter:    Ann Park | | | |
| 9.  Duration:          9:00AM~5:41PM (9.0 Hours) | | | |

Total

Payments/Credits

Balance Due

Page 1

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #     888-569-4949



| | |
|---|---|
| Invoice #: | 13215 |
| Invoice Date: | 6/15/2012 |
| Due Date: | 7/15/2012 |
| Case / Matter: | Apple NDCA |
| Case No. | 5:11-cv-01846-LHK |
| File No. | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Per diem for one day @ $100.00 for Feb. 24, 2012 (Cf. Invoice No. 13189-rev. issued as part of the Apple 796 matter during the same week. | 1 | 100.00 | 100.00 |

| | |
|---|---|
| Total | $2,900.00 |
| Payments/Credits | $0.00 |
| Balance Due | $2,900.00 |

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #      888-569-4949



**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

Invoice #:  13229
Invoice Date:  7/23/2012
Due Date:  8/22/2012
Case / Matter:  Apple NDCA
Case No.  5:11-cv-01846-LHK
File No.  c/m 10684-263

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| For services by Ms. Aeryong C. Kim on Feb. 2, 2012: | 8.5 | 350.00 | 2,975.00 |
| 1.  Date:            February 2, 2012 (Daewoo Bldg) | | | |
| 2.  Witness:         Jeeyeun Wang | | | |
| 3.  Taking Attorney:  Brooks Beard, Esq. (MoFo) | | | |
|     Also present:    Samantha Kim, Esq. (MoFo) | | | |
| 4.  Defending:       [Name not noted] | | | |
|     Also present:    Edward Kim, Esq.  (SS in-house) | | | |
| 5.  Reporter:        Jodi Harmon | | | |
| 6.  Videographer:    Yin-Tong Wu | | | |
| 7.  Main Interpreter:  Aeryong Kim | | | |
| 8.  Check Interpreter:  Jinah Lee | | | |
| 9.  Duration:        9:00AM~5:30PM | | | |
| Feb. 3, 2012:  Bridge-day for Ms. Aeryong C. Kim | 8 | 350.00 | 2,800.00 |
| Feb. 4 & 5, 2012:  Weekend charges for Ms. Aeryong C. Kim (1/2 day fees each x 2) | 8 | 350.00 | 2,800.00 |
| Per diem for Feb. 2; 3; 4 and 5, 2012 @ $100 per day as attributed to Apple NDCA. | | 400.00 | 400.00 |

| | |
|---|---|
| Total | $8,975.00 |
| Payments/Credits | $0.00 |
| Balance Due | $8,975.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #      888-569-4949



Invoice #: 13230
Invoice Date: 7/23/2012
Due Date: 8/22/2012
Case / Matter: Apple NDCA
Case No. 5:11-cv-01846-LHK
File No. c/m 10684-263

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Thurs., Jan. 26, 2012:   Transit from Virginia to SFO by Ms. Jeesoo K. Jung for Apple NDCA. | 8 | 350.00 | 2,800.00 |
| Fri., Jan. 27, 2012:   Services by Ms. Jeesoo K. Jung<br>Date:                1/27/2012<br>Hours:              8.0 Hours (9:00a.m. to 4:30 p.m.)<br>Case:               Apple NDCA<br>Taking:             Matt Kreeger<br>Defending:        Mark Tung<br>Witness:           Jaegwan Shin<br>Main Interpreter  Jeesoo Jung<br>Checker:           Alex Jo<br>Also present:     Samantha Kim (Apple/MoFo)<br>Location:          MoFo/SFO | 8 | 350.00 | 2,800.00 |
| Wed., Feb. 1, 2012:   Bridge-day for Ms. Jeesoo K. Jung (attributed to Apple NDCA).<br><br>[Continued on the next page] | 8 | 350.00 | 2,800.00 |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

## AccessLink, LLC.



440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #      888-569-4949

**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

Invoice #: 13230
Invoice Date: 7/23/2012
Due Date: 8/22/2012
Case / Matter: Apple NDCA
Case No. 5:11-cv-01846-LHK
File No. c/m 10684-263

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Thur., Feb. 2, 2012:   Services by Ms. Jeesoo K. Jung | 9 | 350.00 | 3,150.00 |
| | | | |
| Case:                  Apple NDCA | | | |
| Hours:                 9.0 Hours (9:00 a.m. to 6:00 p.m.) | | | |
| Taking:                Peter Stern | | | |
| Defending:             Margaret Caruso | | | |
| Witness:               Jinsoo Kim (Day 1: NDCA) | | | |
| Date:                  1/31/2012 | | | |
| Reporter:              Lisa Knight | | | |
| VCR:                   [n/a] | | | |
| Main Interpreter:      Jeesoo Jung | | | |
| Checker:               Phyllis Kim | | | |
| Also present:          Stephanie Kim (Apple) | | | |
|                        Anna Neill (Quinn Emanuel) | | | |
|                        Hankil Kang (Samsung) | | | |
| Location:              Daewoo Building (Kim & Chang) | | | |
| | | | |
| [Continued on the next page] | | | |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 2

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #     888-569-4949



Invoice

| | |
|---|---|
| Invoice #: | 13230 |
| Invoice Date: | 7/23/2012 |
| Due Date: | 8/22/2012 |
| Case / Matter: | Apple NDCA |
| Case No. | 5:11-cv-01846-LHK |
| File No. | c/m 10684-263 |

**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Tue., Feb. 7, 2012:   Services by Ms. Jeesoo K. Jung | 9 | 350.00 | 3,150.00 |

Case:             Apple NDCA
Hours:            9.0 Hours (9:00 a.m. to 6:00 p.m.)
Taking:           Patrick Zhang of MoFo
Defending:        Charles Basinger
Witness:          Young Soon Lee
Date:             Feb. 7, 2012
Reporter:         Mike Miller
VCR:              Peter Au
Main Interpreter: Jeesoo Jung
Checker:          Ina Kim
Also present:     Samantha Kim (Apple)
                  Rosa Kim (Samsung)
Location:         Daewoo Building (Kim & Chang)

[Continued on the next page]

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 3

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #      888-569-4949



Invoice #:  13230
Invoice Date:  7/23/2012
Due Date:  8/22/2012
Case / Matter:  Apple NDCA
Case No.  5:11-cv-01846-LHK
File No.  c/m 10684-263

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Wed., Feb. 8, 2012:   Services by Ms. Jeesoo K. Jung | 9 | 350.00 | 3,150.00 |
| Case:                    Apple NDCA | | | |
| Hours:                   9.0 Hours (9:00 a.m. to 5:40 p.m.) | | | |
| Taking:                  Peter Stern of MoFo | | | |
| Defending:            Margaret Caruso | | | |
| Witness:                HanGil Song | | | |
| Date:                    Feb. 8, 2012 | | | |
| Reporter:               Mike Miller | | | |
| VCR:                     Peter Au | | | |
| Main Interpreter:    Jeesoo Jung | | | |
| Checker:                Phyllis Kim | | | |
| Also present:         Stephanie Kim (Apple) | | | |
|                            Han Kil Kang (Samsung) | | | |
| Location:              Daewoo Building (Kim & Chang) | | | |
| Thu., Feb. 9, 2012:   Bridge-day for Ms. Jeesoo K. Jung (attributed to Apple NDCA). | 8 | 350.00 | 2,800.00 |
| Per diem for Ms. Jeesoo Jung (Jan. 26 and 27; Feb. 1, 2, 7, 8 and 9 as attributed to Apple NDCA). | | 700.00 | 700.00 |

| | |
|---|---|
| Total | $21,350.00 |
| Payments/Credits | $0.00 |
| Balance Due | $21,350.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

# AccessLink, LLC.



440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**     888-569-4949

**Invoice #:** 13251
**Invoice Date:** 8/16/2012
**Due Date:** 9/15/2012
**Case / Matter:** Apple NDCA
**Case No.** 5:11-cv-01846-LHK
**File No.** c/m 10684-263

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| For services by Ms. Sangmee Moon | 9.5 | 350.00 | 3,325.00 |

Date:            February 17, 2012
Case:            Apple NDCA
Witness:         Don-Joo Lee
Hours:           9.5 Hours (9 a.m. – 18:30 p.m.)
Location:        Daewoo Bldg. (Kim & Chang)
Taking:          Grant L. Kim/Stephanie Park of MoFo
Defending:       Victoria F. Maroulis of QE
Main Interpreter: Ms. Sangmee Moon
Check Interpreter: Kathy Sim
Also present:    Cindi Moreland; Bratt Arnold of QE
                 Sam Lee (Samsung In-House)

| | |
|---|---|
| Total | $3,325.00 |
| Payments/Credits | $0.00 |
| Balance Due | $3,325.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #     888-569-4949



Invoice

| | |
|---|---|
| Invoice #: | 13253 |
| Invoice Date: | 8/21/2012 |
| Due Date: | 9/20/2012 |
| Case / Matter: | Apple NDCA |
| Case No.: | 5:11-cv-01846-LHK |
| File No.: | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Transit by Mr. Albert S. Kim on August 5, 2012 to San Jose for Apple NDCA. | 5 | 350.00 | 1,750.00 |
| Mon., Aug. 6 through Fri., Aug. 10, 2012:  Services by Mr. Albert S. Kim in re Apple vs. Samsung trial (5 x 8.0 Hours) | 40 | 350.00 | 14,000.00 |
| Sat & Sun., Aug. 11 and 12, 2012:  Weekend charges by Mr. Albert S. Kim (1/2 waived as a courtesy). | 4 | 350.00 | 1,400.00 |
| Mon., Aug. 13 through Fri., Aug. 17, 2012:  Services by Mr. Albert S. Kim at the Apple vs. Samsung trial (5 x 8.0 Hours); with transit folded into last day. | 40 | 350.00 | 14,000.00 |
| | | | |
| Bijan Cafe - Juice reportID=1087759 | | 4.50 | 4.50 |
| Taxi - Fairmont to SJC Airport reportID=1087759 | | 23.00 | 23.00 |
| San Jose Joe's - Lunch at SJC Airport reportID=1087759 | | 28.25 | 28.25 |
| Tandoori Oven - Lunch reportID=1087759 | | 14.89 | 14.89 |
| Baja Fresh - Lunch reportID=1087759 | | 26.74 | 26.74 |
| Bijan Cafe - Coffee reportID=1087759 | | 11.49 | 11.49 |
| Los Cubanos Restaurant - Dinner reportID=1087759 | | 71.18 | 71.18 |
| Baja Fresh - Lunch reportID=1087759 | | 26.74 | 26.74 |
| Bijan Cafe - Tea reportID=1087759 | | 11.75 | 11.75 |
| Baja Fresh - Dinner reportID=1087759 | | 9.40 | 9.40 |
| P.f. Chang's - Lunch reportID=1087759 | | 36.87 | 36.87 |
| Mccormick & Scmick's - Lunch reportID=1087759 | | 45.89 | 45.89 |
| Tandoori Kitchen - Dinner reportID=1087759 | | 17.97 | 17.97 |
| Starbucks - Coffee Coffee reportID=1087759 | | 7.00 | 7.00 |
| Bijan Bakery - Coffee reportID=1087759 | | 3.98 | 3.98 |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 1

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**   888-569-4949



Invoice #: 13253
Invoice Date: 8/21/2012
Due Date: 9/20/2012
Case / Matter: Apple NDCA
Case No. 5:11-cv-01846-LHK
File No. c/m 10684-263

| Bill To: |
| --- |
| Morrison & Foerster, LLP.<br>Harold J. McElhinny, Esq.<br>425 Market Street<br>San Francisco, CA  94105 |

| Description | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- |
| Bijan Bakery - Lunch reportID=1087759 | | 8.74 | 8.74 |
| Tres Gringos - Dinner reportID=1087759 | | 7.42 | 7.42 |
| Johnny Rockets - Lunch reportID=1087759 | | 17.59 | 17.59 |
| Starbucks - Coffee Coffee reportID=1087759 | | 1.66 | 1.66 |
| San Jose Bar & Grill - Dinner reportID=1087759 | | 17.00 | 17.00 |
| Tandoori Kitchen - Dinner reportID=1087759 | | 16.24 | 16.24 |
| Tandoori Oven - Water reportID=1087759 | | 2.71 | 2.71 |
| Starbucks - Drink at John Wayne Coffee reportID=1087759 | | 5.39 | 5.39 |
| Around The Clock Town Car - Pick up service at San Jose Int'l reportID=1087759 | | 56.99 | 56.99 |
| Total Reimbursable Expenses* per the attached report and copies of receipts. | | | 473.39 |
| | | | |
| (*Note:  Actual costs mode in lieu of a per diem, given the manageability; this, together with the few incidental items signed to the room, should come out to be quite a bit less than at the per diem mode/AK). | | | |

| | | |
| --- | --- | --- |
| Total | | $31,623.39 |
| Payments/Credits | | $0.00 |
| Balance Due | | $31,623.39 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 2

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #      888-569-4949

**RECEIVED**

AUG 2 1 2012

M.A.J.

| | |
|---|---|
| Invoice #: | 13255 |
| Invoice Date: | 8/21/2012 |
| Due Date: | 9/20/2012 |
| Case / Matter: | Apple NDCA |
| Case No. | 5:11-cv-01846-LHK |
| File No. | c/m 10684-263 |

Bill To:

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Fri., Feb. 10, 2012:  Services by Mr. Eun-Wook "Albert" Park (different from "Albert S. Kim")<br>Hours:  9am-3:45 pm<br>Witness:  Min Kyung Kim<br>Case:  NDCA<br>Taking:  Patrick Zhang, Esq.<br>At:  The Daewoo Bldg.<br>Main:  Eun-Wook "Albert" Park<br>Check: Hyesun "Sunny" Lee | 8 | 350.00 | 2,800.00 |
| Fri., Feb. 10, 2012:  Services by Ms. Jamie K. Wright<br>Hours:  8.0 Hours (9 a.m. - 1 p.m.)<br>Witness:  Kihyung Nam<br>Case:  NDCA<br>Taking: Andy Monach<br>Daewoo Bldg.<br>Main:  Jamie K. Wright<br>Check:  Ina Kim | 8 | 350.00 | 2,800.00 |
| [Continued on next page] | | | |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 1

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #     888-569-4949

| | |
|---|---|
| Invoice #: | 13255 |
| Invoice Date: | 8/21/2012 |
| Due Date: | 9/20/2012 |
| Case / Matter: | Apple NDCA |
| Case No. | 5:11-cv-01846-LHK |
| File No. | c/m 10684-263 |

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Per diem for Jamie K. Wright for Feb. 10, 2012 (NDCA: Kihyung NAM Deposition); no per diem charge applicable for Mr. Eun-Wook Park. | | 100.00 | 100.00 |
| Cf. Invoice No. 13224 as issued to Merrill for Wilmer Hale's Apple 794 case (covers Ms. Wright's long, "mixed" engagement between the NDCA; the 796 and the 794 cases from Jan. 29 through Feb. 11, 2012) for cross-reference purposes. | | | |
| Ms. Wright's "mixed week" per diem charges for Jan. 30; 31; Feb. 1; 3; 4; 5; 6; 7; and 9, 2012 (nine days x $100/day plus two days x $50/day for Jan. 29 and Feb. 11 [front and back end for long engagement]) were charged to Apple 794 (Merrill/Wilmer Hale) per Inv. 13224.  Feb. 2, 2012's
fees and per diem were charged as Inv. 13205 to Merrill/Wilmer Hale. | | | |

Approved by: *OK to pay*
Logon/CompNo: *235/MAJ*
Date: *8-29-12*
Client/Matter: *10684-263*

*(61)*

| | |
|---|---|
| Total | $5,700.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,700.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

Page 2

**AccessLink, LLC.**

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #     888-569-4949

**RECEIVED**

AUG 27 2012

M.A.J.

**Invoice #:** 13259
**Invoice Date:** 8/26/2012
**Due Date:** 9/25/2012
**Case / Matter:** Apple NDCA
**Case No.** 5:11-cv-01846-LHK
**File No.** c/m 10684-263

**Bill To:**

Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| Date: | Tuesday, March 6, 2012 | 8 | 350.00 | 2,800.00 |
| Witness: | Hye-Jung Lee | | | |
| Hours: | 8.0 Hours (09:00 to 12:20 pm) | | | |
| Case: | NDCA | | | |
| Location: | JeongDong Building, 9th Floor | | | |
| Assigned to: | Sujin Woo | | | |
| Taking: | Karl Kramer, Esq./Samantha Kim, Esq. | | | |
| Case: | NDCA | 8 | 350.00 | 2,800.00 |
| Witness: | Hyun-Ku Woo | | | |
| Date: | Monday, March 6, 2012 | | | |
| Location: | JeongDong Building, 16th Floor | | | |
| Assigned to: | Karen Joo Hyun Lee | | | |
| Taking: | Chuck Barquist, Esq./Heejin Woo, Esq. | | | |
| Date: | Tues., March 6, 2012 | 9 | 350.00 | 3,150.00 |
| Case: | Apple 796 | | | |
| Hours: | 9 hrs from 9:00 to 19:15 | | | |
| Witness: | Ki-Won Lee | | | |
| Taking: | G. Brian Busey | | | |
| Interpreter: | Sangmee Moon | | | |

Approved by: OK to pay
Logon/CompNo: 235/MAJ
8·27·12
10684-263

(61)

| | |
|---|---|
| **Total** | $8,750.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,750.00 |

Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.

## AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

**Phone / Fax #**      888-569-4949

| | |
|---|---|
| **Invoice #:** | 13260 |
| **Invoice Date:** | 8/26/2012 |
| **Due Date:** | 9/25/2012 |
| **Case / Matter:** | Apple NDCA |
| **Case No.** | 5:11-cv-01846-LHK |
| **File No.** | c/m 10684-263 |

**Bill To:**
Morrison & Foerster, LLP.
Harold J. McElhinny, Esq.
425 Market Street
San Francisco, CA  94105

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Date:  Wednesday, March 7, 2012<br>Witness:  Dong-Hoon Chang, SVP<br>NDCA / ITC Combined depo.<br>At:  JeongDong Building, Combined NDCAL/ITC depo  9-1<br>Time:  9:00 a.m. - 8:43 p.m. (12.0 Hours)<br>Main:  Albert S. Kim<br>Check Interpreter:  Ann S. Park<br>Taking:  Wesley Overson / Stephanie Kim<br>Defending:  Mike Zeller, Esq.<br>Also: James Shin, Esq. (Samsung In-House)<br>Steno:  Tracey LoCastro<br>Video:  Paul Hischier<br>*Note:  Mike Zeller, Counsel for Samsung from QE extremely<br>obstreperous during this particular session (as he was on Sat., March<br>3, 2012 dyrubg Peter Stern's examination of Minhyounk Lee with<br>Aeryong Kim serving as Interpreter). | 12 | 350.00 | 4,200.00 |
| Wednesday, March 7, 2012<br>Case:  Apple NDCA<br>Interpreters:  Ms. Sangmee Moon/Christine H. Lee<br>Witness:  Min Suk Kim (two back-to-back "double session")<br>1. 30(b)(6) session (by S. Llewellyn/Brian) with Sangmee Moon as<br>Interpreter.<br>2. 3P Infraware, Seoul (also by S. Llewellyn/Brian); from 2:30pm on<br>with Christine H. Lee serving as Interpreter.<br>(Two Interpreter lined up for back-to-back double-session to be on the<br>safe side). | 16 | 350.00 | 5,600.00 |

Approved by: *OK to pay*
Logon/CompNo: *235/MAJI*
Date: *6-27-12*
Client/Matter: *10684-263*    (61)

| | |
|---|---|
| **Total** | $9,800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,800.00 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*

James Yim Victory, Esq.
Korean Conference Interpreter
Hanmi Center for Justice, PLLC
4115 Annandale Rd. #308
Annandale VA  22003 USA
Tel: 703-333-2005
e-m: hanmicenter@gmail.com

**INVOICE**

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7602 (direct)
(415) 268-7522 (fax)
rhung@mofo.com

Aug. 30, 2012
EIN:  27-1573080

Inv. No.:  Mofo083012
In Re.: Apple v. Samsung, NDCA

| Date | Description | Hours | Amount | Remark |
|------|-------------|-------|--------|--------|
| 08/03/12 | Translation: Disputed Terms | 1 day | $1,400.00 | |
| 08/06/12 thru 8/27/2012 | Trial at NDCA before Judge L. Koh (Dates: 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 20, 21, 22, 23, 24, 27) * | 16 days @ $1,400/day | $22,400.00 | |
| | Subtotal A | | $23,800.00 | |
| | airfare | | $560.60 | |
| | lodging | | $2,753.66 | |
| | travel/ study day | | $1,400.00 | |
| | per diem (14 days @$90/day) | | $1,260.00 | |
| | Subtotal B | | $5,974.26 | |
| | GRAND TOTAL (A+B) | | $29,774.26 | |
| | **Apple's Share (1/2 of G. Total)** | | $14,887.13 | |
| | Samsung's Share (1/2 of G. Total) | | $14,887.13 | |

* Exlcudes weekends; includes cancelled weekdays after 08/18/12
** For the dates 08/05 thru 08/18 only; excludes cancelled days 08/19 thru 08/27
*** Net 30 Days.  Thank you for your business.