# EXHIBIT D-1

# Part 1



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046022 | 12/29/2011 | 1205-87151 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/02/2011 | LNY | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Himke Van Der Velde -HIGHLY CONFIDENTIAL       148 Pages @      4.20/Page       621.60
         Interactive Realtime                 131.00 Pages @      1.20/Page       157.20
         Unedited ASCII (RT)                  131.00 Pages @      1.00/Page       131.00
         Exhibits - Scan Only                 223.00 Pages @       .20/Page        44.60
         Process/Delivery                                                          10.00

                                           TOTAL   DUE   >>>>                     964.40

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  New York, NY

ORDERED BY: Jeremy S. Winer
            Wilmer, Cutler, Pickering, Hale & Dorr
            399 Park Ave.
            New York, NY 10022
```

*New York*

TAX ID NO.: 20-2665382                                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046022
Date        :  12/29/2011
TOTAL DUE   :     964.40


Job No.   :  1205-87151
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:      LegaLink, Inc.
               PO Box 277951
               Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045965 | 12/16/2011 | 1205-87153 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/02/2011 | LCH | 4:11-cv-01846-L |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Richard A. Wulff            88 Pages @      4.20/Page        369.60
        ATTENDANCE             2.50 Hours                        87.50
        Interactive Realtime   77.00 Pages @    1.75/Page  OK   134.75
        Exhibits - Scan Only  348.00 Pages @     .20/Page        69.60
        Process/Delivery                                         10.00

                              TOTAL  DUE  >>>>                   671.45
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Chicago, IL

ORDERED BY: Bethany Stevens
        Wilmer, Cutler, Pickering, Hale & Dorr, LLP
        350 South Grand Avenue
        Suite 2100
        Los Angeles, CA 90071

*\* No charge for the rough transcript \**

**(-) PAYMENTS/CREDITS**      0.00    **(+) FINANCE CHARGE**      0.00 : **(=) NEW BALANCE**      671.45

TAX ID NO.: 20-2665382                                             (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12045965
Date        : 12/16/2011
TOTAL DUE   :    671.45

Job No.    : 1205-87153
Case No.   : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046117 | 12/30/2011 | 1205-87155 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/03/2011 | LCH | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Brian Rupp                        77 Pages @      4.20/Page      323.40
      ATTENDANCE                   2.50 Hours                       87.50
      Interactive Realtime        67.00 Pages @      1.20/Page      80.40
      Unedited ASCII (RT)         67.00 Pages @      1.00/Page      67.00
      Exhibits - Scan Only       355.00 Pages @       .20/Page      71.00
      Process/Delivery                                              10.00

                                    TOTAL  DUE  >>>>               639.30
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Chicago, IL

ORDERED BY: Bethany Stevens
            WilmerHale
            350 South Grand Avenue
            Suite 2100
            Los Angeles, CA 90071

*IL has reporter appearace fee.*

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
                                 Invoice No.:  12046117
                                 Date       :  12/30/2011
                                 TOTAL DUE  :     639.30


                                 Job No.    :  1205-87155
                                 Case No.   :  4:11-cv-01846-LB
                                 "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046068 | 12/29/2011 | 1205-87157 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/04/2011 | LNY | 4:11-cv-01846-L |

Tenille Carievale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Gert-Jan Van Lieshout-HIGHLY CONFIDENTIA

|  |  |  |  |
|---|---|---|---|
|  | 303 Pages @ | 4.20/Page | 1,272.60 |
| Interactive Realtime | 269.00 Pages @ | 1.20/Page | 322.80 |
| Unedited ASCII (RT) | 269.00 Pages @ | 1.00/Page | 269.00 |
| Exhibits - Scan Only | 213.00 Pages @ | .20/Page | 42.60 |
| Process/Delivery |  |  | 10.00 |

TOTAL   DUE   >>>>         1,917.00

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  New York, NY

ORDERED BY: Jeremy S. Winer
            Wilmer, Cutler, Pickering, Hale & Dorr
            399 Park Ave.
            New York, NY 10022

*New York*

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carievale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046068
Date        :  12/29/2011
TOTAL DUE   :   1,917.00

Job No.    :  1205-87157
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046109 | 12/29/2011 | 1205-87196 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/08/2011 | LNY | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

---

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Frank Chau - HIGHLY CONFIDENTIAL-AEO       151 Pages @         4.20/Page          634.20
               Interactive Realtime        134.00 Pages @         1.20/Page          160.80
               Unedited ASCII (RT)         134.00 Pages @         1.00/Page          134.00
               Exhibits - Scan Only        572.00 Pages @          .20/Page          114.40
               Process/Delivery                                                       10.00
                                                                              _____
                                                   TOTAL   DUE  >>>>             1,053.40

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Woodbury, NY

ORDERED BY: Brian Larivee, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

---

TAX ID NO.: 20-2665382                                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046109
Date       :  12/29/2011
TOTAL DUE  :    1,053.40


Job No.    :  1205-87196
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N   O     E

| INVOICE NO. | | R |
|---|---|---|
| 12046232 | 01/22/2012 | 1205-87240 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/09/2011 | LNY | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Paul J. Farrell

| | | | |
|---|---|---|---|
| | 183 Pages @ | 4.20/Page | 768.60 |
| Interactive Realtime | 162.00 Pages @ | 1.20/Page | 194.40 |
| Unedited ASCII (RT) | 162.00 Pages @ | 1.00/Page | 162.00 |
| Exhibits - Scan Only | 2919.00 Pages @ | .20/Page | 583.80 |
| Computer Rental | | | n/c |
| Process/Delivery | | | 10.00 |

TOTAL  DUE  >>>>        1,718.80

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Melville, NY

ORDERED BY: Brian Larivee, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

(-) PAYMENTS/CREDITS      0.00  (+) FINANCE CHARGE      0.00  (−) NEW BALANCE      1,718.80

TAX ID NO.: 20-2665382                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | | |
|---|---|---|
| Invoice No.: | 12046232 |
| Date       : | 01/22/2012 |
| TOTAL DUE  : | 1,718.80 |

| | | |
|---|---|---|
| Job No.   : | 1205-87240 |
| Case No.  : | 4:11-cv-01846-LB |
| | "APPLE INC. v. SAMSUNG ELECTRONICS C |

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046299 | 01/20/2012 | 1205-87197 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/10/2011 | LNY | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

THE _NN AT FOX HOLLOW CONFERENCE ROOM:
    Michael J. Musella - HIGHLY CONFIDENTIAL
            Conference Room                                                3,234.86

                                    TOTAL   DUE   >>>>       3,234.86

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Services were bill under invoice 12046191 (invoice was sent previously.
Copy is attached.)

ORDERED BY: Brian Larivee, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

(-) PAYMENTS/CREDITS        0.00  (+) FINANCE CHARGE        0.00  (=) NEW BALANCE      3,234.86

TAX ID NO.: 20-2665382                                           (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046299
Date        :  01/20/2012
TOTAL DUE   :   3,234.86

Job No.    :  1205-87197
Case No.   :  4:11-cv 01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12045742 | 12/01/2011 | 1206-87200 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/10/2011 | LNY | 4:11-cv-01846-L |

**CASE CAPTION**

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Michael J Musella

| | | |
|---|---|---|
| Set-up & First Hour | | 215.00 |
| Additional Deposition Hr | 4.00 Hours @    30.00/Hour | 300.00 |
| Legalink Viewer (CD) | 2.00       @   110.00 | 220.00 |
| Tape Stock - Digital | 2.00 Tapes @    25.00/Tape | 50.00 |
| Shipping & Handling | | 42.50 |

TOTAL DUE  >>>>          867.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                           (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12045742     ✓
Date      :  12/01/2011
**TOTAL DUE  :      867.50**  ✓

Job No.   :  1206-87200
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046235 | 01/22/2012 | 1205-87242 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/10/2011 | LNV | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:

| | | | |
|---|---|---|---|
| Daniel E. Tierney | 90 Pages @ | 4.20/Page | 378.00 |
| Interactive Realtime | 79.00 Pages @ | 1.20/Page | 94.80 |
| Unedited ASCII (RT) | 79.00 Pages @ | 1.00/Page | 79.00 |
| Exhibits - Scan Only | 1178.00 Pages @ | .20/Page | 235.60 |
| Computer Rental | | | n/c |
| Process/Delivery | | | 10.00 |

TOTAL DUE >>>>      797.40

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Melville, NY

ORDERED BY: Andrew Liao
            Wilmer, Cutler, Pickering, Hale & Dorr
            399 Park Ave.
            New York, NY 10022

**(-) PAYMENTS/CREDITS**      0.00   **(+) FINANCE CHARGE**      0.00   **(=) NEW BALANCE**      797.40

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| Invoice No.: | 12046235 |
| Date        : | 01/22/2012 |
| **TOTAL DUE** : | 797.40 |

Job No.  :  1205 87242
Case No. :  4:11-cv-01846-_B
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# MERRILL CORPORATION
LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12045753 | 12/01/2011 | 1206-87243 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/10/2011 | LNY | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Daniel E Tierney

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 1.50 Hours @ | 90.00/Hour | 135.00 |
| Legalink Viewer (CD) | | | 110.00 |
| Tape Stock – Digital | | | 25.00 |

TOTAL  DUE  >>>>      485.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.:  20-2665382                                     (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| Invoice No.: | 12045753 |
| Date    : | 12/01/2011 |
| **TOTAL DUE :** | **485.00** |

| | |
|---|---|
| Job No.   : | 1206-87243 |
| Case No.  : | 4:11-cv-01846-LB |
| | "APPLE INC. v. SAMSUNG ELECTRONICS C |

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046160 | 01/20/2012 | 1205-87198 |

**JOB DATE**

| 11/11/2011 | LNY | 4:11-cv-01846-L |

**CASE CAPTION**

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Rocco S. Barrese                52 Pages @     4.20/Page        218.40
            Interactive Realtime   45.00 Pages @  1.20/Page         54.00
            Unedited ASCII (RT)    45.00 Pages @  1.00/Page         45.00
            Exhibits - Scan Only  382.00 Pages @   .20/Page         76.40
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Peter G. Dilworth               78 Pages @     4.20/Page        327.60
            Interactive Realtime   68.00 Pages @  1.20/Page         81.60
            Unedited ASCII (RT)    68.00 Pages @  1.00/Page         68.00
            Exhibits - Scan Only  475.00 Pages @   .20/Page         95.00
            Process/Delivery                                        10.00

                           TOTAL   DUE  >>>>                       976.00
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  New, York

ORDERED BY: Brian Larivee, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 976.00 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:   12046160
Date       :   01/20/2012
TOTAL  DUE :      976.00


Job No.    :   1205-87198
Case No.   :   4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12045745 | 12/01/2011 | 1206-87201 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2011 | LNY | 4:11-cv-01846-L |

**CASE CAPTION**

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Rocco S Barrese & Peter G Dilworth
        Set-up & First Hour                                      215.00
        Additional Deposition Hr      2.50 Hours @    90.00/Hour  225.00
        Legalink Viewer (CD)          2.00       @   110.00       220.00
        Tape Stock - Digital          2.00 Tapes @    25.00/Tape   50.00

                                TOTAL   DUE   >>>>          710.00
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO. : 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045745
Date      :  12/01/2011
TOTAL DUE  :      710.00


Job No.   :  1206-87201
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045924 | 01/09/2012 | 1201-87204 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2011 | STARSH | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Soeng-Hun Kim                      156 Pages @      6.30/Page       982.80
        ATTENDANCE                                                      175.00
        Interactive Realtime       135.00 Pages @      1.50/Page       202.50
        Interactive Realtime       135.00 Pages @      1.50/Page       202.50
        Interactive Realtime       135.00 Pages @      1.50/Page       202.50
        Unedited ASCII (RT)        135.00 Pages @      2.50/Page       337.50
        Exhibits - Scan Only       310.00 Pages @       .20/Page        62.00
        Process/Delivery                                                10.00
        Conference Room                                              1,635.39
        Computer Rental                                                   n/c


                                        TOTAL  DUE  >>>>             3,810.19
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Seoul, Korea

```
ORDERED BY: Jeremy S. Winer
            Wilmer, Cutler, Pickering, Hale & Dorr
            399 Park Ave.
            New York, NY 10022
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 3,810.19 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045924
Date       :  01/09/2012
TOTAL DUE  :   3,810.19


Job No.    :  1201-87204
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046093 | 12/29/2011 | 1206-87205 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2011 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Seong Hun Kim
        ATTENDANCE                                              1,400.00
        Tape Stock - Digital       4.00 Tapes @    45.00/Tape     180.00
        Legalink Viewer (CD)       4.00       @   110.00          440.00
        After Hours Rate           2.00 Hours @  250.00/Hour      500.00
        Travel - Day                                             500.00
        Travel - Day                                             500.00

        Travel - Lodging           2.00       @   402.00          804.00
                                                               _____
                                    TOTAL   DUE  >>>>          4,374.00

  *Travel Day includes Down Day 11/12.
```

*New invoice minus meals + including back up*

**TAX ID NO.:** 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046093
Date       :  12/29/2011
TOTAL DUE  :   4,374.00


Job No.    :  1206-87205
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046236 | 01/23/2012 | 1205-87202 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2011 | LSF | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Young Bum Kim-HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| | 140 Pages @ | 3.70/Page | 518.00 |
| Interactive Realtime | 121.00 Pages @ | 1.25/Page | 151.25 |
| Interactive Realtime | 121.00 Pages @ | 1.25/Page | 151.25 |
| Unedited ASCII (RT) | 121.00 Pages @ | 1.00/Page | 121.00 |
| Exhibits - Scan Only | 428.00 Pages @ | .20/Page | 85.60 |
| Computer Rental | | | n/c |
| Process/Delivery | | | 10.00 |

TOTAL   DUE   >>>>          1,037.10

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

ORDERED BY: Liv Herriot, Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304

(-) PAYMENTS/CREDITS      0.00   (+) FINANCE CHARGE      0.00   (=) NEW BALANCE      1,037.10

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046236
Date        :  01/23/2012
TOTAL DUE   :    1,037.10

Job No.   :  1205-87202
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12045741 | 12/01/2011 | 1206-87203 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2011 | LSF | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Young Bum Kim
        Set-up & First Hour                                          215.00
        Additional Deposition Hr     7.00 Hours @     90.00/Hour     630.00
        Legalink Viewer (CD)         3.00        @    110.00         330.00
        Tape Stock - Digital         3.00 Tapes @     25.00/Tape      75.00
        Shipping & Handling                                           22.50

                            TOTAL  DUE  >>>>           1,272.50
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045741
Date      :  12/01/2011
TOTAL DUE :   1,272.50


Job No.   :  1206-87203
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**



## MERRILL CORPORATION
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046192 | 01/11/2012 | 1209-87339 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/11/2011 | LBO | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

---

VIDEOCONFERENCE IN RE:
   Jeong Seok Oh (VIDEO CONFERENCE)
      Video Conferencing      8.00 Hours @     350.00/Hour     2,800.00
      Video Conferencing                                         450.00

                                      TOTAL DUE  >>>>      3,250.00

Videoconference room in Seoul for 11/11/11

**TAX ID NO.:** 20-2665382                                                (617) 526-6000

*Please detach bottom portion and return with payment.*

---

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:   12046192
Date     :   01/11/2012
**TOTAL DUE**  :   3,250.00

Job No.    :  1209-87339
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046091 | 12/29/2011 | 1206-87208 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2011 | HONGKO | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Jeong Seok Oh

| | | | |
|---|---|---|---|
| ATTENDANCE | | | 1,400.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 45.00/Tape | 90.00 |
| Legalink Viewer (CD) | 2.00 @ | 110.00 | 220.00 |
| Travel - Day | 2.00 Days @ | 500.00/Day | 1,000.00 |
| Travel - Lodging | | | 1,050.00 |
| Travel - Airfare | | | 1,110.00 |

TOTAL DUE >>>>  4,870.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions. We appreciate your business!

*New invoice Minus Meals + including backup*

TAX ID NO.: 20-2665382                                (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No. : 12046091
Date        : 12/29/2011
**TOTAL DUE  :    4,870.00**

Job No.  : 1206-87208
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



# MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045982 | 01/09/2012 | 1201-87254 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/13/2011 | STARSH | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Hyeon-Woo Lee, Ph.D.           155 Pages @      6.30/Page       976.50
       ATTENDANCE                                                   175.00
       Interactive Realtime     133.00 Pages @      1.50/Page       199.50
       Interactive Realtime     133.00 Pages @      1.50/Page       199.50
       Unedited ASCII (RT)      133.00 Pages @      2.50/Page       332.50
       Exhibits - Scan Only     146.00 Pages @       .20/Page        29.20
       Process/Delivery                                              10.00
       Conference Room                                              815.73
       Computer Rental                                                 n/c

                                     TOTAL  DUE  >>>>              2,737.93

   Thank you for using Merrill Legal Solutions.  We appreciate your business!

   Deposition Location:  Seoul, Korea       Sunday deposition

   ORDERED BY:  Jeremy S. Winer
                Wilmer, Cutler, Pickering, Hale & Dorr
                399 Park Ave.
                New York, NY 10022
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 2,737.93 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045982
Date       :  01/09/2012
TOTAL DUE  :  2,737.93


Job No.    :  1201-87254
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046095 | 12/29/2011 | 1206-87255 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/13/2011 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION | | |
|---|---|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Hyeon-Woo Lee, Ph.D
   ATTENDANCE                                       2,100.00
   Tape Stock - Digital     3.00 Tapes @   45.00/Tape  135.00
   Legalink Viewer (CD)     3.00        @  110.00       330.00
   Travel - Day             2.00 Days  @  500.00/Day  1,000.00

   Travel - Lodging         3.00       @  402.00      1,206.00
                                                      _____
                            TOTAL DUE  >>>>           4,771.00


*Sunday Rates
*Includes Down Day 11/14 - 11/15
```

*New invoice minus yeal charges (including backup)*

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12046095
Date       : 12/29/2011
**TOTAL DUE** :   4,771.00

Job No.   : 1206-87255
Case No.  : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**