# EXHIBIT D-1

# Part 2



## MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046230 | 01/14/2012 | 1205-87210 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Simon G. Booth, ESQ.-HIGHLY CONFIDENTIAL

|  |  |  |  |  |
|---|---|---|---|---|
|  | 77 Pages @ | 4.20/Page | 323.40 |
| Interactive Realtime | 68.00 Pages @ | 1.20/Page | 81.60 |
| Unedited ASCII (RT) | 68.00 Pages @ | 1.00/Page | 68.00 |
| Exhibits - Scan Only | 298.00 Pages @ | .20/Page | 59.60 |

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Christian Michel, ESQ-HIGHLY CONFIDETIAL

|  |  |  |  |  |
|---|---|---|---|---|
|  | 119 Pages @ | 4.20/Page | 499.80 |
| Interactive Realtime | 106.00 Pages @ | 1.20/Page | 127.20 |
| Unedited ASCII (RT) | 106.00 Pages @ | 1.00/Page | 106.00 |
| Exhibits   Scan Only | 299.00 Pages @ | .20/Page | 59.80 |
| Computer Rental |  |  | n/c |
| Process/Delivery |  |  | 10.00 |

TOTAL   DUE   >>>>        1,335.40

Deposition Location:  Washington, DC
ORDERED BY: Liv Herriot, Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (−) NEW BALANCE | 1,335.40 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046230
Date      :  01/14/2012
TOTAL DUE  :   1,335.40

Job No.   :  1205-87210
Case No.  :  4:11-cv-01846-LH
"APPLE  NC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12045748 | 12/01/2011 | 1206-87211 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2011 | LDC | 4:11-cv-01846-L |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Simon George Booth & Christian C Michel

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 6.00 Hours @ | 90.00/Hour | 540.00 |
| Legalink Viewer (CD) | 2.00    @ | 110.00 | 220.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 25.00/Tape | 50.00 |

**TOTAL   DUE   >>>>        1,025.00**

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.:  20-2665382                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12045748
Date      :  12/01/2011
TOTAL DUE :    1,025.00

Job No.   :  1206-87211
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046324 | 01/23/2012 | 1207-87333 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2011 | BELLRE | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

TERMS

Immediate, sold FOB Merrill facility

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Hee-Won Kong VOL I - CONFIDENTIAL      117 Pages @     3.70/Page      432.90
             Interactive Realtime        102.00 Pages @  1.25/Page      127.50
             Unedited ASCII (RT)         102.00 Pages @  1.00/Page      102.00
             Exhibits - Scan Only        595.00 Pages @   .20/Page      119.00
             Computer Rental                                              n/c
             Process/Delivery                                           10.00

                                          TOTAL   DUE   >>>>            791.40
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

ORDERED BY: Richard A. Goldenberg, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

---

**(-) PAYMENTS/CREDITS**        0.00  **(+) FINANCE CHARGE**        0.00  **(=) NEW BALANCE**        791.40

TAX ID NO.: 20-2665382                                                  (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046324
Date       :  01/23/2012
TOTAL DUE  :      791.40


Job No.    :  1207-87333
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION
**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0030
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045869 | 12/09/2011 | 1206-87334 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2011 | LSF | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Hee Won Kang
        Set-up & First Hour                                        215.00
        Additional Deposition Hr      7.50 Hours @    90.00/Hour    675.00
        Legalink Viewer (CD)          3.00        @   110.00        330.00
        Tape Stock - Digital          3.00 Tapes @    25.00/Tape     75.00

                                TOTAL   DUE   >>>>                1,295.00


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,295.00 |
|---|---|---|---|---|---|

TAX ID NO. : 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045869
Date       :  12/09/2011
TOTAL DUE  :   1,295.00


Job No.    :  1206-87334
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046230 | 01/14/2012 | 1205-87210 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Simon G. Booth, ESQ.-HIGHLY CONFIDENTIAL     77 Pages @     4.20/Page      323.40
           Interactive Realtime               68.00 Pages @   1.20/Page       81.60
           Unedited ASCII (RT)                68.00 Pages @   1.00/Page       68.00
           Exhibits - Scan Only              298.00 Pages @    .20/Page       59.60
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Christian Michel, ESQ-HIGHLY CONFIDETIAL    119 Pages @     4.20/Page      499.80
           Interactive Realtime              106.00 Pages @   1.20/Page      127.20
           Unedited ASCII (RT)               106.00 Pages @   1.00/Page      106.00
           Exhibits   Scan Only              299.00 Pages @    .20/Page       59.80
           Computer Rental                                                     n/c
           Process/Delivery                                                  10.00
```

TOTAL DUE >>>>     1,335.40

Deposition Location: Washington, DC
ORDERED BY: Liv Herriot, Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (-) NEW BALANCE | 1,335.40 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
                        Invoice No.:  12046230
                        Date       :  01/14/2012
                        TOTAL DUE  :    1,335.40


                        Job No.    :  1205-87210
                        Case No.   :  4:11-cv-01846-LH
                        "APPLE  NC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617 542 0039
Fax: 617 542 2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12045748 | 12/01/2011 | 1206-87211 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Simon George Booth & Christian C Michel
            Set-up & First Hour                                          215.00
            Additional Deposition Hr     6.00 Hours @    90.00/Hour      540.00
            Legalink Viewer (CD)         2.00       @   110.00           220.00
            Tape Stock - Digital         2.00 Tapes @    25.00/Tape       50.00

                              TOTAL   DUE   >>>>        1,025.00
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO. : 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No. :  12045748   ✓
Date        :  12/01/2011
TOTAL DUE   :   1,025.00   ✓
```

```
Job No.   :  1206-87211
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384          ✓



## MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0030
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045990 | 01/10/2012 | 1201-87257 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/16/2011 | STARSH | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Soon-Jae Choi - HIGHLY CONFIDENTIAL          138 Pages @        6.30/Page       869.40
         ATTENDANCE                                                                175.00
         Interactive Realtime                   120.00 Pages @     1.50/Page       180.00
         Interactive Realtime                   120.00 Pages @     1.50/Page       180.00
         Unedited ASCII (RT)                     120.00 Pages @     2.50/Page       300.00
         Exhibits - Scan Only                    123.00 Pages @     .20/Page        24.60
         Process/Delivery                                                           10.00
         Conference Room                                                         1,102.67
         Computer Rental                                                             n/c

                                        TOTAL  DUE  >>>>               2,841.67
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Seoul, Korea

ORDERED BY: Peter J. Kolovos, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

---

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 2,841.67 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045990
Date      :  01/10/2012
TOTAL DUE :    2,841.67
```

```
Job No.   :  1201-87257
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION
**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617 542 0039
Fax: 617 542 2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12046097 | 12/29/2011 | 1206-87258 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/16/2011 | HONGKO | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Soon-Jai Choi

| | | | |
|---|---|---|---|
| ATTENDANCE | | | 1,491.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 45.00/Tape | 135.00 |
| Legalink Viewer (CD) | 3.00 @ | 110.00 | 330.00 |
| Travel - Lodging | | | 492.00 |
| Travel - Meals | | | 95.00 |
| Shipping & Handling | | | 22.50 |

TOTAL DUE >>>> 2,384.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions. We appreciate your business!

TAX ID NO.: 20-2665382                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | | |
|---|---|---|
| Invoice No : | 12046097 | ✓ |
| Date : | 12/29/2011 | ✓ |
| TOTAL DUE : | 2,384.50 | ✓ |

Job No.    : 1206-87258
Case No.   : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384    ✓



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046305 | 01/22/2012 | 1205-87329 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/16/2011 | LDC | 4:11-cv-01846-L. |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Stacey J. Longanecker, ESQ.          127 Pages @     4.20/Page      533.40
             Interactive Realtime       114.00 Pages @  1.20/Page      136.80
             Unedited ASCII (RT)        114.00 Pages @  1.00/Page      114.00
             Exhibits - Scan Only       298.00 Pages @   .20/Page       59.60
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Stanislav Torgovitsky, ESQ.           74 Pages @     4.20/Page      310.80
             Interactive Realtime        65.00 Pages @  1.20/Page       78.00
             Unedited ASCII (RT)         65.00 Pages @  1.00/Page       65.00
             Exhibits - Scan Only       298.00 Pages @   .20/Page       59.60
             Computer Rental                                              n/c
             Process/Delivery                                          10.00

                                   TOTAL   DUE  >>>>              1,367.20
```

Thank you for using Merrill Legal Solutions. We appreciate your business!

Deposition Location:  Washington, D.C.

ORDERED BY: Liv Herriot, Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304

TAX ID NO.: 20-2665382                              (617) 526-6000



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045822 | 12/06/2011 | 1206-87330 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/16/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Stacey Longanecker&Stanislov Torgovitsky
        Set-up & First Hour                                    215.00
        Additional Deposition Hr      5.00 Hours @    90.00/Hour  450.00
        Legalink Viewer (CD)          2.00       @   110.00       220.00
        Tape Stock - Digital          2.00 Tapes @    25.00/Tape   50.00

                               TOTAL   DUE   >>>>              935.00
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 935.00 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045822
Date       :  12/06/2011
TOTAL DUE  :     935.00


Job No.    :  1206-87330
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



# MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0020
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046309 | 01/23/2012 | 1205-87185 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/17/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Michael Arthur Bush, ESQUIRE             84 Pages @      4.20/Page      352.80
             Interactive Realtime        74.00 Pages @      1.20/Page       88.80
             Unedited ASCII (RT)         74.00 Pages @      1.00/Page       74.00
             Exhibits - Scan Only       260.00 Pages @       .20/Page       52.00

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    John E. Holmes, ESQUIRE                  80 Pages @      4.20/Page      336.00
             Interactive Realtime        69.00 Pages @      1.20/Page       82.80
             Unedited ASCII (RT)         69.00 Pages @      1.00/Page       69.00
             Exhibits - Scan Only       306.00 Pages @       .20/Page       61.20
             Computer Rental                                                 n/c
             Process/Delivery                                              10.00

                                 TOTAL   DUE  >>>>              1,126.60
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Washington, DC

ORDERED BY: Ali H. Shah, Ph.D., Esq.
            Wilmer Cutler
            1875 Pennsylvania Avenue, NW
            Washington, DC 20006

TAX ID NO.: 20-2665382                          (617) 526-6000



## MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045819 | 12/06/2011 | 1206-87186 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/17/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Michael A Bush & John E Holmes

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 5.50 Hours @ | 90.00/Hour | 495.00 |
| Legalink Viewer (CD) | 2.00 @ | 110.00 | 220.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 25.00/Tape | 50.00 |
| Shipping & Handling | | | 22.50 |

TOTAL DUE  >>>>     1,002.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,002.50 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382                                         (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12045819
Date       :  12/06/2011
**TOTAL DUE :    1,002.50**

Job No.   :  1206-87186
Case No.  :  4:11-cv-01846-LH
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



# MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045995 | 01/10/2012 | 1201-87260 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/17/2011 | STARSH | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

| | | | |
|---|---|---|---|
| ORIGINAL OF TRANSCRIPT AND WORD INDEX OF: | | | |
| Moon-Sang Jeong – HIGHLY CONFIDENTIAL | 122 Pages @ | 6.30/Page | 768.60 |
| ATTENDANCE | | | 175.00 |
| Interactive Realtime | 105.00 Pages @ | 1.50/Page | 157.50 |
| Interactive Realtime | 105.00 Pages @ | 1.50/Page | 157.50 |
| Unedited ASCII (RT) | 105.00 Pages @ | 2.50/Page | 262.50 |
| Exhibits – Scan Only | 753.00 Pages @ | .20/Page | 150.60 |
| Process/Delivery | | | 10.00 |
| Conference Room | | | 1,164.36 |
| Computer Rental | | | n/c |

TOTAL  DUE  >>>>         2,846.06

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Seoul, Korea

ORDERED BY: David B. Bassett
           Wilmer, Cutler, Pickering, Hale & Dorr
           399 Park Ave.
           New York, NY 10022

(-) PAYMENTS/CREDITS       0.00  (+) FINANCE CHARGE      0.00  (=) NEW BALANCE      2,846.06

TAX ID NO.: 20-2665382                                  (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12045995
Date       :  01/10/2012
TOTAL DUE  :     2,846.06

Job No.    :  1201-87260
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046120 | 12/30/2011 | 1206-87261 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/17/2011 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Moon-Sang Jeong
           ATTENDANCE                                          1,400.00
           Tape Stock - Digital        2.00 Tapes @   45.00/Tape    90.00
           Legalink Viewer (CD)        2.00       @  110.00        220.00

           Travel - Lodging                                        402.00
           Shipping & Handling                                      22.50


                                  TOTAL  DUE  >>>>               2,134.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

*New invoice minus yeal charges + including backup*

**TAX ID NO.:** 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046120
Date      :  12/30/2011
TOTAL DUE :  2,134.50


Job No.   :  1206-87261
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:  **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045997 | 01/10/2012 | 1201-87263 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/18/2011 | STARSH | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Sung-Ho Eun - HIGHLY CONFIDENTIAL           101 Pages @       6.30/Page        636.30
                 ATTENDANCE                                                        175.00
                 Interactive Realtime        88.00 Pages @       1.50/Page         132.00
                 Interactive Realtime        88.00 Pages @       1.50/Page         132.00
                 Unedited ASCII (RT)         88.00 Pages @       2.50/Page         220.00
                 Exhibits - Scan Only       285.00 Pages @        .20/Page          57.00
                 Process/Delivery                                                   10.00
                 Conference Room                                                 1,156.71
                 Computer Rental                                                      n/c
                 Hotel                                                           3,760.43
                 Travel Day                   4.00       @        500.00         2,000.00
                 Travel - Airfare                                                1,449.90
                 Travel                                                            235.00
                                                                            -----------
                                             TOTAL    DUE   >>>>                  9,964.34

Deposition Location:   Seoul, Korea

Airfare is 1449.90.

Travel Days/Non-sitting days: Nov. 10, Nov. 12. Nov. 14, Nov. 15 billed four days at
$500/day.
```

TAX ID NO.: 20-2665382                                                    (617) 526-6000

**MERRILL CORPORATION**

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046099 | 12/29/2011 | 1206-87264 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Sung Ho Eun
        ATTENDANCE                                        1,400.00
        Tape Stock - Digital         2.00 Tapes @   45.00/Tape     90.00
        Legalink Viewer (CD)         2.00      @  110.00          220.00
        Travel - Day                                              500.00
        Travel - Lodging                                          402.00

        Shipping & Handling                                        22.50
                                                          _____
                                    TOTAL   DUE  >>>>      2,634.50
```

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

*New invoice w/invis ypal charges including back up*

TAX ID NO.: 20-2665382                                  (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046099
Date      :  12/29/2011
**TOTAL DUE** :   2,634.50

Job No.   :  1206-87264
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045865 | 12/09/2011 | 1206-87310 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | LSF | 4:11-cv-01846-L. |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Jae Yoel Kim

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 3.50 Hours @ | 90.00/Hour | 315.00 |
| Legalink Viewer (CD) | 2.00 @ | 110.00 | 220.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 25.00/Tape | 50.00 |

TOTAL  DUE  >>>>    800.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

(-) PAYMENTS/CREDITS    0.00  (+) FINANCE CHARGE    0.00  (=) NEW BALANCE    800.00

TAX ID NO.:  20-2665382                                (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12045865
Date       :  12/09/2011
TOTAL DUE  :     800.00

Job No.    :  1206-87310
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046193 | 01/11/2012 | 1209-87383 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | VIDCON | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOCONFERENCE IN RE:
    Se Hyoung Kim (conference room)
            Video Conferencing                              1,300.00

                         TOTAL   DUE   >>>>          1,300.00

Billed at flat rate for conference Room.
```

TAX ID NO. :  20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046193
Date       :  01/11/2012
TOTAL DUE  :     1,300.00
```

```
Job No.   :  1209-87383
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046101 | 12/30/2011 | 1206-87267 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Se Hyoung Kim

| | | | |
|---|---|---|---|
| ATTENDANCE | | | 1,400.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 45.00/Tape | 135.00 |
| Legalink Viewer (CD) | 3.00 @ | 110.00 | 330.00 |
| Travel - Day | 2.00 Days @ | 500.00/Day | 1,000.00 |
| Travel - Lodging | | | 402.00 |
| Travel - Airfare | | | 1,175.00 |
| Miscellaneous | | | 150.00 |

TOTAL DUE >>>> 4,592.00

*Miscellaneous is for Excess Baggage.

*NEW invoice w/o meal charge + including Backup*

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046101
Date        :  12/30/2011
**TOTAL DUE** :   4,592.00

Job No.   :  1206-87267
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**



## MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046653 | 02/26/2012 | 1207-87269 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | ROSERA | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:

| | | | | |
|---|---|---|---|---|
| Jun-Sung Lee | 110 Pages @ | 6.30/Page | 693.00 |
| ATTENDANCE | | | 175.00 |
| Interactive Realtime | 100.00 Pages @ | 1.50/Page | 150.00 |
| Unedited ASCII (RT) | 100.00 Pages @ | 2.50/Page | 250.00 |
| Exhibits - Scan Only | 517.00 Pages @ | .20/Page | 103.40 |
| Computer Rental | | | n/c |
| Process/Delivery | | | 10.00 |
| Travel | | | 2,790.57 |
| Hotel | | | 855.72 |
| Travel Day | 3.00 @ | 500.00 | 1,500.00 |
| Travel | | | 15.00 |
| Travel (TAX) | | | 111.71 |

TOTAL   DUE   >>>>        6,654.40

Thank you for using Merrill Legal Solutions. We appreciate your business!

Deposition Location: Seoul, Korea

*Market dictates a 100 page minimum for Interactive Real-time and Unedited ASCII..*

Airfare, $2665.00 plus tax of $125.57 = $2790.57

TAX ID NO.: 20-2665382                                   (617) 526-6000

*(handwritten notes)*

TRAVEL/TAX?
HI TAX LAW  #111.71
→ NO RECEIPT

–No OTHER REPORTER
AVAILABLE TO COVER
→ WAS FOR A TRIPLE
TRACK DAY.