# EXHIBIT D-1

# Part 3



**MERRILL CORPORATION**

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046653 | 02/26/2012 | 1207-87269 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | ROSERA | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

---

Renaissance Hotel, 11/17/11 to 11/19/11, $855.72
Ground Transportaion, $15
Travel Day 11/16, 11/17 & 11/19, 5 days at $500 per day

Tax for Travel Days, Hotel & Ground Transportation is $111.71. ✓

ORDERED BY: Peter J. Kolovos, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

---

TAX ID NO.: 20-2665382                                            (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046653
Date        :  02/26/2012
**TOTAL DUE  :   6,654.40**


Job No.   :  1207-87269
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046103 | 12/29/2011 | 1206-87270 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/18/2011 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Jun-Sung Lee
          ATTENDANCE                                             1,400.00
          Tape Stock - Digital       3.00 Tapes @    45.00/Tape    135.00
          Legalink Viewer (CD)       3.00        @   110.00        330.00
          Travel - Day               2.00 Days  @   500.00/Day   1,000.00
          Travel - Lodging                                         402.00

          Travel - Airfare                                       1,175.00


                                    TOTAL DUE  >>>>               4,442.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

*New invoice minus meal charges + including Backup* (handwritten)

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12046103
Date       : 12/29/2011
**TOTAL DUE** :    4,442.00

Job No.  : 1206-87270
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046396 | 01/28/2012 | 1205-87307 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | LDC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Jungdong Ma - CONFIDENTIAL          56 Pages @    4.20/Page     235.20
             Interactive Realtime    48.00 Pages @    1.20/Page      57.60
             Unedited ASCII (RT)     48.00 Pages @    1.00/Page      48.00
             Exhibits - Scan Only    27.00 Pages @     .20/Page       5.40
             Computer Rental                                          n/c
             Process/Delivery                                       10.00
                                                              ------------
                              TOTAL  DUE  >>>>                      356.20

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Washington, DC
ORDERED BY: Jeremy S. Winer
            Wilmer, Cutler, Pickering, Hale & Dorr
            399 Park Ave.
            New York, NY 10022
```

TAX ID NO.: 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046396
Date      :  01/28/2012
**TOTAL DUE** :      356.20

Job No.   :  1205-87307
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0030
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045867 | 12/09/2011 | 1206-87308 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/18/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
 Jundoog MA

| | |
|---|---|
| Set-up & First Hour | 215.00 |
| Additional Deposition Hr | 90.00 |
| Legalink Viewer (CD) | 110.00 |
| Tape Stock - Digital | 25.00 |
| Shipping & Handling | 22.50 |

TOTAL DUE >>>> 462.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions. We appreciate your business!

| (-) PAYMENTS/CREDITS | 0.00 | %(+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 462.50 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | | |
|---|---|---|
| Invoice No.: | 12045867 |
| Date | : | 12/09/2011 |
| TOTAL DUE | : | 462.50 |

| Job No. | : | 1206-87308 |
| Case No. | : | 4:11-cv-01846-LB |
| "APPLE INC. v. SAMSUNG ELECTRONICS C |

Remit To: LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.                    101 Arch Street
                                      3rd Floor
                               Boston, MA 02110
                             Phone: 617.542.0039
                               Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046372 | 01/26/2012 | 1205-87326 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | LSF | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Sang-Ryul Park-HIGHLY CONFIDENTIAL        65 Pages @      3.70/Page        240.50
            Interactive Realtime          56.00 Pages @      1.25/Page         70.00
            Interactive Realtime          56.00 Pages @      1.25/Page         70.00
            Unedited ASCII (RT)           56.00 Pages @      1.00/Page         56.00
            Exhibits - Scan Only         124.00 Pages @       .20/Page         24.80
            Computer Rental                                                       n/c
            Internet Connection                                                 50.00
            Process/Delivery                                                    10.00
                                                                           ──────────
                                          TOTAL   DUE  >>>>                     521.30


Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

ORDERED BY: Emily R. Whelan, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

TAX ID NO. : 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046372
Date      :  01/26/2012
TOTAL DUE :      521.30


Job No.    :  1205-87326
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045863 | 12/09/2011 | 1206-87327 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | LSF | 4:11-cv-01846-1. |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Sang-Ryul Park

| | | |
|---|---|---|
| Set-up & First Hour | | 215.00 |
| Additional Deposition Hr | 2.50 Hours @ | 90.00/Hour | 225.00 |
| Legalink Viewer (CD) | 2.00 @ | 110.00 | 220.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 25.00/Tape | 50.00 |

TOTAL  DUE  >>>>            710.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

(-) PAYMENTS/CREDITS       0.00  (+) FINANCE CHARGE      0.00  (=) NEW BALANCE      710.00

TAX ID NO.: 20-2665382                                       (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12045863
Date       :  12/09/2011
TOTAL DUE  :      710.00

Job No.   :  1206-87327
Case No.  :  4:11-cv-01846-LR
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045975 | 12/19/2011 | 1201-87322 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/20/2011 | SMITKI | 4:11-cv-01846-L. |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Ginkyu Choi, Ph.D.               145 Pages @      4.20/Page        609.00
      Sunday Attendance                                              200.00
      Interactive Realtime (A)   127.00 Pages @     1.20/Page        152.40
      Exhibits - Scan Only       402.00 Pages @      .20/Page         80.40
      Process/Delivery                                                10.00
      Interactive Realtime (A)   127.00 Pages @     1.20/Page        152.40

                                    TOTAL  DUE  >>>>               1,204.20

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Interactive Real-time provide for the interpreter.

ORDERED BY: Brian Seeve, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

*Boston / Sunday Reporter Attendance Fee*

TAX ID NO.: 20-2665382                                           (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045975
Date      :  12/19/2011
TOTAL DUE :   1,204.20


Job No.   :  1201-87322
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045901 | 12/13/2011 | 1202-87323 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/20/2011 | BUDDSH | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Ginkyu Choi, Ph.D

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 7.00 Hours @ | 150.00/Hour | 1,050.00 |
| Legalink Viewer (CD) | 3.00 @ | 110.00 | 330.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 25.00/Tape | 75.00 |
| Shipping & Handling | | | 22.50 |

TOTAL DUE >>>>  1,692.50

Sunday Rates Apply.

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

| (-) PAYMENTS/CREDITS | (+) FINANCE CHARGE | (=) NEW BALANCE |
|---|---|---|
| 0.00 | 0.00 | 1,692.50 |

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12045901
Date       :  12/13/2011
TOTAL DUE  :   1,692.50

Job No.   :  1202-87323
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C ---

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046398 | 01/28/2012 | 1205-87318 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/21/2011 | LNY | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Peter Kendall, ESQUIRE            51 Pages @     4.20/Page      214.20
            Interactive Realtime    46.00 Pages @     1.20/Page       55.20
            Unedited ASCII (RT)     46.00 Pages @     1.00/Page       46.00
            Exhibits - Scan Only    28.00 Pages @      .20/Page        5.60
            Computer Rental                                            n/c
            Process/Delivery                                         10.00
                                                                  _____

                                         TOTAL  DUE  >>>>          331.00
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Depositon Location:  New York, NY

ORDERED BY: Jeremy S. Winer
            Wilmer, Cutler, Pickering, Hale & Dorr
            399 Park Ave.
            New York, NY 10022

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.: 12046398
Date      : 01/28/2012
TOTAL DUE :    331.00


Job No.  : 1205-87318
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046049 | 12/22/2011 | 1206-87319 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/21/2011 | LNY | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Peter L Kendall
          Set-up & First Hour                        215.00
          Additional Deposition Hr                     90.00
          Legalink Viewer (CD)                        110.00
          Tape Stock - Digital                         25.00

                        TOTAL   DUE   >>>>             440.00


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA   30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 440.00 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046049
Date        :  12/22/2011
TOTAL DUE   :    440.00


Job No.   :  1206-87319
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**



## MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045973 | 12/19/2011 | 1201-87320 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/23/2011 | OCONMI | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Yong Jun Kwak - HIGHLY CONFIDENTIAL        135 Pages @         4.20/Page      567.00
                Interactive Realtime (A)    117.00 Pages @         1.20/Page      140.40
                Exhibits - Scan Only        319.00 Pages @          .20/Page       63.80
                Process/Delivery                                                   10.00

                                           TOTAL   DUE  >>>>                      781.20

Thank you for using Merrill Legal Solutions.  We appreciate your business!

ORDERED BY: Ronald R. Demsher, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

*Boston*

TAX ID NO. : 20-2665382                                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12045973
Date       :  12/19/2011
TOTAL DUE  :      781.20


Job No.    :  1201-87320
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12045856 | 12/08/2011 | 1202-87321 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/23/2011 | BUDDSH | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Yong Jun Kwak

| | | | |
|---|---|---|---|
| Set-up & First Hour | | 90.00/Hour | 215.00 |
| Additional Deposition Hr | 8.00 Hours @ | 90.00/Hour | 720.00 |
| Legalink Viewer (CD) | 3.00 @ | 110.00 | 330.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 25.00/Tape | 75.00 |
| Shipping & Handling | | | 22.50 |

TOTAL   DUE   >>>>   1,362.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

---

(-) PAYMENTS/CREDITS        0.00   (+) FINANCE CHARGE        0.00   (=) NEW BALANCE        1,362.50

TAX ID NO. : 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | | |
|---|---|---|
| Invoice No.: | 12045856 |
| Date | : | 12/08/2011 |
| TOTAL DUE | : | 1,362.50 |

| | | |
|---|---|---|
| Job No. | : | 1202-87321 |
| Case No. | : | 4:11-cv-01846-LH |
| | | "APPLE INC. v. SAMSUNG ELECTRONICS C |

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N   O I C

| INVOICE NO. | .I | |
|---|---|---|
| 12046312 | 01/23/2012 | 1205-87305 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/28/2011 | LDC | 4:11-cv-01846-L |

**CASE CAPTION**

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:

| Raymond Persino, ESQ. | | | |
|---|---|---|---|
| | 73 Pages @ | 4.20/Page | 306.60 |
| Interactive Realtime | 64.00 Pages @ | 1.20/Page | 76.80 |
| Unedited ASCII (RT) | 64.00 Pages @ | 1.00/Page | 64.00 |
| Computer Rental | | | n/c |
| Process/Delivery | | | 10.00 |

TOTAL  DUE  >>>>          457.40

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Washington DC

ORDERED BY: Ali H. Shah, Ph.D., Esq.
            Wilmer Cutler
            1875 Pennsylvania Avenue, NW
            Washington, DC 20006

**(-) PAYMENTS/CREDITS**      0.00   **(+) FINANCE CHARGE**      0.00   **(=) NEW BALANCE**      457.40

TAX ID NO. : 20-2665382                                (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| Invoice No.: | 12046312 |
|---|---|
| Date        : | 01/23/2012 |
| TOTAL DUE  : | 457.40 |

| Job No. | : | 1205-87305 |
|---|---|---|
| Case No. | : | 4:11-cv-01846-LB |
| | | "APPLE INC. v. SAMSUNG ELECTRON.CS C |

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046608 | 02/16/2012 | 1206-87306 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/28/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
     Raymond B Persino
          Set-up & First Hour                          215.00
          Additional Deposition Hr                      90.00
          Legalink Viewer (CD)                         110.00
          Tape Stock - Digital                          25.00
          Shipping & Handling                           22.50

                         TOTAL   DUE   >>>>            462.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

(-) PAYMENTS/CREDITS          0.00   (+) FINANCE CHARGE          0.00   (=) NEW BALANCE          462.50

TAX ID NO.: 20-2665382                                                        (617) 526-6000

*Please detach bottom portion and return with payment*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046608
Date       :  02/16/2012
TOTAL DUE  :      462.50


Job No.    :  1206-87306
Case No.   :  4:11-cv-01846-LE
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384

## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046400 | 01/28/2012 | 1205-87301 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/29/2011 | LDC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Michael D. Stein                    57 Pages @      4.20/Page     239.40
            Interactive Realtime   49.00 Pages @      1.20/Page      58.80
            Unedited ASCII (RT)    49.00 Pages @      1.00/Page      49.00
            Exhibits - Scan Only  241.00 Pages @       .20/Page      48.20
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Maeng-Ho Michael Shin               48 Pages @      4.20/Page     201.60
            Interactive Realtime   41.00 Pages @      1.20/Page      49.20
            Unedited ASCII (RT)    41.00 Pages @      1.00/Page      41.00
            Exhibits - Scan Only  917.00 Pages @       .20/Page     183.40
            Computer Rental                                            n/c
            Process/Delivery                                        10.00

                                   TOTAL   DUE   >>>>              880.60
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Washington, DC

ORDERED BY: Ali H. Shah, Ph.D., Esq.
            Wilmer Cutler
            1875 Pennsylvanis Avenue, NW
            Washington, DC 20006

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046400
Date       :  01/28/2012
TOTAL DUE  :     880.60


Job No.    :  1205-87301
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12046047 | 12/22/2011 | 1206-87302 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/29/2011 | LDC | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Maeng-Ho Michael Shin & Michael D Stein
      Set-up & First Hour                                        215.00
      Additional Deposition Hr      3.50 Hours @    90.00/Hour   315.00
      Legalink Viewer (CD)                                       110.00
      Tape Stock - Digital                                        25.00
      Shipping & Handling                                         22.50


                                    TOTAL  DUE  >>>>              687.50


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO. : 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No. :  12046047
Date       :  12/22/2011
TOTAL DUE  :     687.50



Job No.    :  1206-87302
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046378 | 01/28/2012 | 1205-87296 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/30/2011 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Joonyoung Cho, Ph.D.              176 Pages @      3.70/Page      651.20
            Interactive Realtime  153.00 Pages @      1.25/Page      191.25
            Interactive Realtime  153.00 Pages @      1.25/Page      191.25
            Interactive Realtime  153.00 Pages @      1.25/Page      191.25
            Unedited ASCII (RT)   153.00 Pages @      1.00/Page      153.00
            Exhibits - Scan Only  134.00 Pages @       .20/Page       26.80
            Computer Rental         3.00 Days  @       .00/Day         n/c
            Process/Delivery                                          10.00
                                                                 -----------
                            TOTAL   DUE   >>>>               1,414.75


Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

ORDERED BY: Liv Herriot, Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046378  ✓
Date      :  01/28/2012
TOTAL DUE :   1,414.75  ✓


Job No.   :  1205-87296
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



# MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046050 | 12/22/2011 | 1206-87297 |

| JOB DATE | | CASE NUMBER |
|---|---|---|
| 11/30/2011 | LSF | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Joon Joung Cho, Ph.D
      Set-up & First Hour                                        215.00
      Additional Deposition Hr      8.00 Hours @    90.00/Hour    720.00
      Legalink Viewer (CD)          4.00        @   110.00        440.00
      Tape Stock - Digital          4.00 Tapes @    25.00/Tape    100.00

                                    TOTAL  DUE  >>>>            1,475.00
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

**(-) PAYMENTS/CREDITS**   0.00   **(+) FINANCE CHARGE**   0.00   **(=) NEW BALANCE**   1,475.00

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046050
Date       :  12/22/2011
TOTAL DUE  :   1,475.00


Job No.    :  1206-87297
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046411 | 01/31/2012 | 1205-87299 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/30/2011 | LDC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   George C. Eckert, II         143 Pages @     4.20/Page      600.60
        Interactive Realtime    127.00 Pages @  1.20/Page      152.40
        Unedited ASCII (RT)     127.00 Pages @  1.00/Page      127.00
        Exhibits - Scan Only    583.00 Pages @   .20/Page      116.60
        Computer Rental                                           n/c
        Process/Delivery                                       10.00
                                                         _____
                              TOTAL   DUE   >>>>        1,006.60

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Washington, DC

ORDERED BY:  Ali H. Shah, Ph.D., Esq.
             Wilmer Cutler
             1875 Pennsylvanis Avenue, NW
             Washington, DC 20006
```

TAX ID NO. :  20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046411
Date       :  01/31/2012
TOTAL DUE  :  1,006.60



Job No.    :  1205-87299
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046029 | 12/21/2011 | 1206-87300 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/30/2011 | LDC | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
George C Eckert, III

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 3.03 Hours @ | 90.00/Hour | 270.00 |
| Legalink Viewer (CD) | 2.00 @ | 110.00 | 220.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 25.00/Tape | 50.00 |
| Shipping & Handling | | | 22.50 |

TOTAL  DUE  >>>>     777.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 777.50 |
|---|---|---|---|---|---|

TAX ID NO. : 20-2665382                                   (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046029
Date       :  12/21/2011
**TOTAL DUE** :     777.50

Job No.   :  1206-87300
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046048 | 12/22/2011 | 1206-87285 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/30/2011 | LSF | 4:11-cv-01846-L |

CASE CAPTION

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Hunkee Kim, Ph.D
        Set-up & First Hour                                     215.00
        Additional Deposition Hr     8.00 Hours @    90.00/Hour  720.00
        Legalink Viewer (CD)         4.00         @   110.00     440.00
        Tape Stock - Digital         4.00 Tapes @    25.00/Tape  100.00
        Shipping & Handling                                       22.50

                            TOTAL  DUE  >>>>              1,497.50
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 1,497.50 |
|---|---|---|---|---|---|

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046048
Date        :  12/22/2011
TOTAL DUE   :   1,497.50


Job No.    :  1206-87285
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRON.CS C
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384