# EXHIBIT D-1

# Part 4

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046105 | 12/30/2011 | 1206-87276 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/30/2011 | HONGKO | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Yong-Suk Moon
      ATTENDANCE                                             1,400.00
      After Hours Rate                                         250.00
      Tape Stock - Digital       3.00 Tapes @   45.00/Tape     135.00
      Legalink Viewer (CD)       3.00        @  110.00         330.00
      Travel - Airfare                                       1,050.00
      Miscellaneous                                            350.00
      Travel - Day               2.00 Days  @  500.00/Day    1,000.00
      Travel - Lodging                                         402.00

                                           TOTAL DUE >>>>   4,917.00

Miscellaneous is for Excess Baggage - $350.00
```

*New invoice minus meals + including backup*

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046105
Date       :  12/30/2011
TOTAL DUE  :  4,917.00


Job No.    :  1206-87276
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.  
101 Arch Street  
3rd Floor  
Boston, MA 02110  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046385 | 01/31/2012 | 1205-87293 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/30/2011 | LSF | 4:11-cv-01846-L |
| | **CASE CAPTION** | |
| | "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | |
| | **TERMS** | |
| | Immediate, sold FOB Merrill facility | |

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Chang-Soo Park-HIGHLY CONFIDENTIAL     107 Pages @     3.70/Page       395.90
         Interactive Realtime              93.00 Pages @  1.25/Page       116.25
         Interactive Realtime              93.00 Pages @  1.25/Page       116.25
         Unedited ASCII (RT)               93.00 Pages @  1.00/Page        93.00
         Exhibits - Scan Only             857.00 Pages @   .20/Page       171.40
         Computer Rental                                                     n/c
         Process/Delivery                                                  10.00

                                         TOTAL    DUE  >>>>                902.80

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

ORDERED BY: Robert E. McAlhany, Jr., Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304
```

**TAX ID NO.:** 20-2665382                                         (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
                                     Invoice No.:  12046385
                                     Date       :  01/31/2012
                                     TOTAL DUE  :    902.80


                                     Job No.    :  1205-87293
                                     Case No.   :  4:11-cv-01846-LB
                                     "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384



**MERRILL CORPORATION**
LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12046051 | 12/22/2011 | 1206-87294 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/30/2011 | LSF | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Chang Soo Pak
        Set-up & First Hour                                               215.00
        Additional Deposition Hr     4.00 Hours @    90.00/Hour           360.00
        Legalink Viewer (CD)         3.00        @   110.00               330.00
        Tape Stock - Digital         3.00 Tapes @    25.00/Tape            75.00
        Shipping & Handling                                                 22.50

                                     TOTAL   DUE  >>>>                  1,002.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                         (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
                                     Invoice No.:   12046051
                                     Date       :   12/22/2011
                                     TOTAL DUE  :    1,002.50


                                     Job No.    :   1206-87294
                                     Case No.   :   4:11-cv-01846-LB
                                     "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.  
101 Arch Street  
3rd Floor  
Boston, MA 02110  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046416 | 02/08/2012 | 1205-87416 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/02/2011 | LSF | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:

| | | | |
|---|---|---|---|
| Min-Goo Kim, Ph.D. | 147 Pages @ | 3.70/Page | 543.90 |
| ATTENDANCE | | OT | 30.00 |
| Interactive Realtime | 128.00 Pages @ | 1.25/Page | 160.00 |
| Interactive Realtime | 128.00 Pages @ | 1.25/Page | 160.00 |
| Unedited ASCII (RT) | 128.00 Pages @ | 1.00/Page | 128.00 |
| Exhibits - Scan Only | 212.00 Pages @ | .20/Page | 42.40 |
| Computer Rental | 2.00 Days @ | .00/Day | n/c |
| Process/Delivery | | | 10.00 |

TOTAL DUE >>>>   1,074.30

Thank you for using Merrill Legal Solutions. We appreciate your business!

Deposition Location: Palo Alto, CA

One hour of overtime applied.

ORDERED BY: Liv Herriot, Esq.  
Wilmer Hale  
950 Page Mill Road  
Palo Alto, CA 94304

(-) PAYMENTS/CREDITS   0.00   (+) FINANCE CHARGE   0.00   (-) NEW BALANCE   1,074.30

TAX ID NO.: 20-2665382                               (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

Invoice No.: 12046416  
Date       : 02/08/2012  
TOTAL DUE  : 1,074.30

Job No.  : 1205-87416  
Case No. : 4:11-cv-01846-LB  
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:  LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384



## MERRILL CORPORATION
**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12046167 | 01/05/2012 | 1206-87417 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/02/2011 | LSF | 4:11-cv-01846-L |

**CASE CAPTION**

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Min Goo Kim, Ph.D
        Set-up & First Hour                                                215.00
        Additional Deposition Hr    8.00 Hours @    90.00/Hour             720.00
        Legalink Viewer (CD)        4.00        @   110.00                 440.00
        Tape Stock - Digital        4.00 Tapes @    25.00/Tape             100.00
        After Hours Rate                                                    75.00
        Shipping & Handling                                                 22.50

                                    TOTAL  DUE  >>>>                     1,572.50


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046167
Date       :  01/05/2012
TOTAL DUE  :   1,572.50


Job No.    :  1206-87417
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



**MERRILL CORPORATION**
**LegaLink, Inc.**   179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046214 | 01/13/2012 | 1206-87422 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/02/2011 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Noh-Sun Kim
      ATTENDANCE                                              1,400.00
      Tape Stock - Digital     3.00 Tapes @   45.00/Tape        135.00
      Legalink Viewer (CD)     3.00        @   110.00           330.00
      Travel - Day                                              500.00
      Travel - Lodging                                          402.00
      Travel - Meals           2.00        @    95.00           190.00

                                     TOTAL   DUE  >>>>        2,957.00
```

**TAX ID NO.:** 20-2665382                                     (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046214
Date       :  01/13/2012
**TOTAL DUE** :   2,957.00

Job No.   :  1206-87422
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



## MERRILL CORPORATION

LegaLink, Inc.  
101 Arch Street  
3rd Floor  
Boston, MA 02110  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046384 | 01/31/2012 | 1205-87290 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/03/2011 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Juho Lee, Ph.D.                       181 Pages  @     3.70/Page       669.70
        ATTENDANCE                                                         300.00
        Interactive Realtime           158.00 Pages  @     1.25/Page       197.50
        Interactive Realtime           158.00 Pages  @     1.25/Page       197.50
        Unedited ASCII (RT)            158.00 Pages  @     1.00/Page       158.00
        Exhibits - Scan Only           195.00 Pages  @      .20/Page        39.00
        Computer Rental                  2.00 Days   @      .00/Day           n/c
        Process/Delivery                                                    10.00
                                                                         --------
                                         TOTAL    DUE  >>>>             1,571.70

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA           *Saturday deposition*

ORDERED BY: Liv Herriot, Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304
```

TAX ID NO.: 20-2665382                                             (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
                                            Invoice No.:  12046384
                                            Date        :  01/31/2012
                                            TOTAL DUE   :  1,571.70


                                            Job No.     :  1205-87290
                                            Case No.    :  4:11-cv-01846-LB
                                            "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.  
            PO Box 277951  
            Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12046169 | 01/06/2012 | 1206-87291 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/03/2011 | LSF | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Juho Lee, Ph.D
         Set-up & First Hour                                               322.50
         Additional Deposition Hr    7.50 Hours @    150.00/Hour         1,125.00
         Legalink Viewer (CD)        3.00         @  110.00                330.00
         Tape Stock - Digital        3.00 Tapes @    25.00/Tape            75.00

                                     TOTAL   DUE  >>>>                  1,852.50
```

*Saturday Rates

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA   30384

Thank you for using Merrill Legal Solutions. We appreciate your business!

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
                              Invoice No.:   12046169  ✓
                              Date        :  01/06/2012
                              TOTAL DUE   :  1,852.50  ✓


                              Job No.     :  1206-87291
                              Case No.    :  4:11-cv-01846-LB
                              "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046658 | 02/23/2012 | 1205-87360 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/03/2011 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Jae-Seung Yoon - HIGHLY CONFIDENTIAL        208 Pages @      3.70/Page       769.60
       ATTENDANCE                                                                330.00
       Interactive Realtime                     183.00 Pages @   1.25/Page       228.75
       Interactive Realtime                     183.00 Pages @   1.25/Page       228.75
       Unedited ASCII (RT)                      183.00 Pages @   1.00/Page       183.00
       Exhibits - Scan Only                     527.00 Pages @    .20/Page       105.40
       Computer Rental                            2.00 Days  @    .00/Day           n/c
       Process/Delivery                                                           10.00

                                          TOTAL DUE >>>>                       1,855.50

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA         *Saturday deposition*

ORDERED BY: Robert E. McAlhany, Jr., Esq.
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304
```

TAX ID NO.: 20-2665382                                            (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12046658
Date       : 02/23/2012
**TOTAL DUE : 1,855.50**

Job No.  : 1205-87360
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.     101 Arch Street
                   3rd Floor
                   Boston, MA 02110
                   Phone: 617.542.0039
                   Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12046171 | 01/06/2012 | 1206-87361 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/03/2011 | LSF | 4:11-cv-01846-L |

**CASE CAPTION**

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Jae-Seung Yoon
        Set-up & First Hour                                              322.50
        Additional Deposition Hr    8.00 Hours @    150.00/Hour        1,200.00
        Legalink Viewer (CD)        4.00        @    110.00              440.00
        Tape Stock - Digital        4.00 Tapes @     25.00/Tape          100.00
        After Hours Rate                                                 112.50

                                         TOTAL  DUE  >>>>              2,175.00
```

*Saturday Rates

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
                                        Invoice No.: 12046171
                                        Date       : 01/06/2012
                                        TOTAL DUE  :  2,175.00


                                        Job No.    : 1206-87361
                                        Case No.   : 4:11-cv-01846-LB
                                        "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/30/2011
**INVOICE #** 120611-104469

**Bill To:** Tenille J. Carlevale
WilmerHale
60 State Street
Boston, MA 02109

**CASE:** Apple v. Samsung
**WITNESS:** Dr. Richard D. Gitlin
**DATE:** 12/6/2011
**LOCATION:** Tampa, FL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 151 | $3.35 | $505.85 |
| Certified Transcript - Immediate Delivery | 151 | $3.65 | $551.15 |
| Interactive Real-time | 151 | $1.35 | $203.85 |
| Rough ASCII | 151 | $1.25 | $188.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 103 | $0.10 | $10.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,459.90 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,489.90 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**




Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/30/2011
**INVOICE #** 120611-104470

**Bill To:**   Tenille J. Carlevale
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**          Apple v. Samsung
**WITNESS:**   Dr. Richard D. Gitlin
**DATE:**          12/6/2011
**LOCATION:** Tampa, FL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $125.00 | $125.00 |
| Videographer - Additional Hours | 5.5 | $45.00 | $247.50 |
| Videosynch / Tape | 4 | $45.00 | $180.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $552.50 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $577.50 |

Please make all checks payable to: **TSG Reporting, Inc.**          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**MONTANA STATE UNIVERSITY**
**EXTENDED UNIVERSITY**

Burns Technology Center
128 EPS Building
Montana State University
Bozeman, MT 59717-3860
Telephone: 406-994-6550
Fax: 406-994-7856

**Invoice:** 4050

**To:** Jeremy Winer - Wilmer-Hale
399 Park Avenue
New York, NY 10022

**Date:** 2/6/2012

**Vendor: 432176**
**Income Acct. Code: 53631**
**MSU Federal ID# 81-6010045**

Off Campus

| DESCRIPTION | AMOUNT |
|---|---|
| H.323 - Videoconfernce Deposition<br>Person attending in Bozeman: Prof. Richard Wolffe<br><br>February 3, 2012, - 2:30pm-3:30pm MST<br><br>Bozeman to New York<br>$125/hr | $ 125.00 |
| **TOTAL** | **$ 125.00** |

Please make checks payable to:
Montana State University
Burns Technology Center - Attn: Nadeen
128 EPS Building, Bozeman, MT 59717



Thank you