# EXHIBIT D-1

# Part 5



# MERRILL CORPORATION
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0099
Fax: 617.542.2119



# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047292 | 04/17/2012 | 1205-88064 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/13/2012 | LDC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  30(b)(6) Seong Woo Kim - CONFIDENTIAL      220 Pages @      4.20/Page       924.00
           Interactive Realtime           190.00 Pages @      1.20/Page       228.00
           Interactive Realtime           190.00 Pages @      1.20/Page       228.00
           Unedited ASCII (RT)            190.00 Pages @      1.00/Page       190.00
           Exhibits - Scan Only           240.00 Pages @       .20/Page        48.00
           Process/Delivery                                                    10.00
                                                                          ----------
                                          TOTAL   DUE   >>>>            1,628.00
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Washington, DC

ORDERED BY: Joseph J. Mueller, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

TAX ID NO.:  20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047292
Date      :  04/17/2012
TOTAL DUE :    1,628.00


Job No.   :  1205-88064
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



**MERRILL CORPORATION**
LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12046919 | 03/20/2012 | 1206-88065 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/13/2012 | LDC | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Seong Hoo Kim 30 (B) (6)

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 8.00 Hours @ | 90.00/Hour | 720.00 |
| Legalink Viewer (CD) | 5.00 @ | 110.00 | 550.00 |
| Tape Stock - Digital | 5.00 Tapes @ | 25.00/Tape | 125.00 |
| After Hours Rate | 2.00 Hours @ | 150.00/Hour | 300.00 |
| Shipping & Handling | | | 22.50 |

TOTAL DUE >>>>        1,932.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA   30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

*Washington, D.C.*

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | | |
|---|---|---|
| Invoice No.: | 12046919 | |
| Date | : | 03/20/2012 |
| TOTAL DUE | : | 1,932.50 |

| | | |
|---|---|---|
| Job No. | : | 1206-88065 |
| Case No. | : | 4:11-cv-01846-LB |
| | | "APPLE INC. v. SAMSUNG ELECTRONICS C |

Remit To:     LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

DATE: 2/29/2012
INVOICE # 021512-108369

**Bill To:**  Tenille J. Carlevale
WilmerHale
60 State Street
Boston, MA  02109

**CASE:** Apple v. Samsung
**WITNESS:** Morgan Grainger
**DATE:** 2/15/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 74 | $3.25 | $240.50 |
| Interactive Real-time | 74 | $1.50 | $111.00 |
| Rough ASCII | 74 | $1.50 | $111.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 61 | $0.10 | $6.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $468.60 |
| | SHIPPING & HANDLING | | $30.00 |
| | TOTAL | | $498.60 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 7/31/2012
INVOICE # 021612-116183

Bill To:      Tenille J. Langdon
              WilmerHale
              60 State Street
              Boston, MA  02109

VDCAL

CASE:       Certain Electronic Devices (Case #: 337-TA-794)
WITNESS:    Multiple
DATE:       Multiple
LOCATION:   Multiple

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Videosynch / Tape** | | | |
| **Certified - MPEG - Complimentary** | | | |
| 02/16/2012 - David Singer | 2 | $95.00 | $190.00 |
| 02/23/2012 - Tony Blevins | 3 | $95.00 | $285.00 |
| 02/24/2012 - Boris Teksler | 4 | $95.00 | $380.00 |
| 02/29/2012 - Richard Lutton | 4 | $95.00 | $380.00 |
| 05/02/2012 - Dr. Michael Walker | 7 | $95.00 | $665.00 |
| | | | |
| **Certified - MPEG - Rush Delivery** | | | |
| 02/16/2012 - David Singer | 2 | $50.00 | $100.00 |
| 02/23/2012 - Tony Blevins | 3 | $50.00 | $150.00 |
| 02/24/2012 - Boris Teksler | 4 | $50.00 | $200.00 |
| 02/29/2012 - Richard Lutton | 4 | $50.00 | $200.00 |
| 05/02/2012 - Dr. Michael Walker | 7 | $50.00 | $350.00 |
| | SUBTOTAL | | $2,900.00 |
| | SHIPPING & HANDLING | | $30.00 |
| | TOTAL | | $2,930.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

DATE: 2/29/2012
INVOICE # 021712-108358

**Bill To:**     Tenille J. Carlevale
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**        Certain Electronic Devices (Case #: 337-TA-794)
**WITNESS:**     James Miller
**DATE:**        2/17/2012
**LOCATION:**    Palo Alto, CA

**Billing Comments / Instructions:**        Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 117 | $3.25 | $380.25 |
| Interactive Real-time | 117 | $1.50 | $175.50 |
| Rough ASCII | 117 | $1.50 | $175.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 75 | $0.10 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $738.75 |
| | | SHIPPING & HANDLING | $55.00 |
| | | TOTAL | $793.75 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047536 | 06/08/2012 | 1205-88085 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/19/2012 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION | | |
|---|---|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAL

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
| | | | | |
|---|---|---|---|---|
| Sung Ho Choi | 192 Pages @ | 6.30/Page | 1,209.60 |
| ATTENDANCE | | | 860.00 |
| Interactive Realtime | 167.00 Pages @ | 1.50/Page | 250.50 |
| Interactive Realtime | 167.00 Pages @ | 1.50/Page | 250.50 |
| Unedited ASCII (RT) | 167.00 Pages @ | 2.50/Page | 417.50 |
| Exhibits - Scan Only | 167.00 Pages @ | .20/Page | 33.40 |
| Computer Rental | 3.00 Days @ | .00/Day | n/c |
| Process/Delivery | | | 10.00 |
| Conference Room | | | 1,300.60 |
| Conference Room | | | 1,171.71 |
| Hotel | | | 384.17 |

TOTAL DUE >>>>  5,887.98

Deposition Location:  Seoul, Korea

Two hours of Sunday overtime ($360) has been added to Sunday attendance ($500.)

We are waiving $80 for Subsistence.

Reviewed - TJ

TAX ID NO.: 20-2665382                          (617) 526-6000



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047019 | 03/22/2012 | 1206-88086 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/19/2012 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

---

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Sung Ho Choi

|  |  |  |  |
|---|---|---|---|
| ATTENDANCE |  |  | 2,800.00 |
| Tape Stock - Digital | 4.00 Tapes @ | 45.00/Tape | 180.00 |
| Legalink Viewer (CD) | 4.00 @ | 110.00 | 440.00 |
| Travel - Lodging |  |  | 429.90 |
| Shipping & Handling |  |  | 22.50 |

TOTAL DUE >>>>  3,872.40

*Sunday Deposition.

*Revised invoice w/o $ 95.⁰⁰ yeal charge* (handwritten)

TAX ID NO.: 20-2665382                                         (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12047019
Date       :  03/22/2012
**TOTAL DUE :   3,872.40**


Job No.    :  1206-88086
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384





# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022312-109457

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**Bill To:**

Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | Mark Buckley |
| **DATE:** | 2/23/2012 |
| **LOCATION:** | Redwood Shores, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 252 | $3.25 | $819.00 |
| Certified Transcript - Evening Pages | 15 | $1.25 | $18.75 |
| Interactive Real-time | 252 | $1.50 | $378.00 |
| Rough ASCII | 252 | $1.50 | $378.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 210 | $0.10 | $21.00 |
| Exhibits - Scanned & Hyperlinked - Color | 245 | $1.50 | $367.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $1,982.25 |
| | SHIPPING & HANDLING | | $30.00 |
| | TOTAL | | $2,012.25 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048263 | 07/26/2012 | 1201-88199 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/29/2012 | ZAMBDE | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Gisang Lee - CONFIDENTIAL            150 Pages @      6.30/Page        945.00
                 ATTENDANCE                                                250.00
         Interactive Realtime       150.00 Pages @      1.50/Page         225.00
         Interactive Realtime       150.00 Pages @      1.50/Page         225.00
         Unedited ASCII (RT)        150.00 Pages @      2.50/Page         375.00
         Exhibits - Scan Only       688.00 Pages @       .20/Page         137.60
         Computer Rental              2.00 Days  @       .00/Day             n/c
         Process/Delivery                                                  10.00
         Conference Room                                                 3,368.85

                                          TOTAL  DUE  >>>>               5,536.45


    Deposition Location:  Seoul, Korea

    *Reporter requires 150-page minimum and $250 attendance.

    ORDERED BY: Ali H. Shah, Ph.D., Esq.
                Wilmer Cutler Pickering Hale and Dorr, LLP
                1875 Pennsylvanis Avenue, NW
                Washington, DC 20006
```

TAX ID NO.: 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048263
Date       :  07/26/2012
TOTAL DUE  :   5,536.45



Job No.    :  1201-88199
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047364 | 04/20/2012 | 1206-88200 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/29/2012 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   GiSang Lee 30 (B) (6)
              ATTENDANCE                                          1,400.00
              Tape Stock - Digital    4.00 Tapes @   45.00/Tape     180.00
              After Hours Rate                                      250.00
              Legalink Viewer (CD)    4.00       @   110.00         440.00
              Travel - Lodging                                      906.55

              Travel - Day           2.00 Days @   500.00/Day    1,000.00
              Travel - Airfare                                      561.29
              Travel - Airfare                                      193.57
              Shipping & Handling                                    22.50
                                                               -----------
                               TOTAL   DUE   >>>>              4,953.91


   Travel Airfare is for Airfare Change - $193.57
   *Travel Day 2/28 & March 1
   Travel 2/28 - March 1
```

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12047364
Date      :  04/20/2012
**TOTAL DUE   :   4,953.91**

Job No.    :  1206-88200
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 3/28/2012
INVOICE # 022912-109573

**Bill To:**  Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**      Certain Electronic Devices (Case #: 337-TA-794)
**WITNESS:**   Richard Lutton
**DATE:**      2/29/2012
**LOCATION:**  Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 241 | $3.25 | $783.25 |
| Interactive Real-time | 241 | $1.50 | $361.50 |
| Rough ASCII | 241 | $1.50 | $361.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 118 | $0.10 | $11.80 |
| Exhibits - Scanned & Hyperlinked - Color | 62 | $1.50 | $93.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,611.05 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,641.05 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 022912-109462

**Bill To:**    Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:** Apple v. Samsung
**WITNESS:** Timothy Sheppard
**DATE:** 2/29/2012
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 178 | $3.25 | $578.50 |
| Certified Transcript - Evening Pages | 15 | $1.25 | $18.75 |
| Rough ASCII | 178 | $1.50 | $267.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 478 | $0.10 | $47.80 |
| Exhibits - Scanned & Hyperlinked - Color | 9 | $1.50 | $13.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $925.55 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $955.55 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030112-109470

**Bill To:**
Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:** Apple v. Samsung
**WITNESS:** Jason Shi
**DATE:** 3/1/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 115 | $3.25 | $373.75 |
| Interactive Real-time | 115 | $1.50 | $172.50 |
| Rough ASCII | 115 | $1.50 | $172.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 71 | $0.10 | $7.10 |
| Exhibits - Scanned & Hyperlinked - Color | 1350 | $1.50 | $2,025.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,750.85 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $2,780.85 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047501 | 05/18/2012 | 1205-88241 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/05/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL AND COPY WITH WORD INDEX:
Jun Won Lee                        189 Pages @      4.20/Page      793.80
         ATTENDANCE                2.00 Hours                       60.00
         Interactive Realtime    165.00 Pages @      1.20/Page     198.00
         Interactive Realtime    165.00 Pages @      1.20/Page     198.00
         Unedited ASCII (RT)     165.00 Pages @      1.00/Page     165.00
         Exhibits - Scan Only    392.00 Pages @       .20/Page      78.40
         Computer Rental           3.00 Days  @       .00/Day        n/c
         Process/Delivery                                           10.00

                                   TOTAL   DUE   >>>>            1,503.20


Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location: San Francisco, CA

After hour attendance applied.

ORDERED BY: Michael R. Heyison, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

Approved

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No. :   12047501
Date        :   05/18/2012
**TOTAL DUE  :     1,503.20**

Job No.  :   1205-88241
Case No. :   4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.                               101 Arch Street
                                                  3rd Floor
                                            Boston, MA 02110
                                        Phone: 617.542.0039
                                            Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047035 | 03/22/2012 | 1206-88242 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/05/2012 | LSF | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP       "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et
60 State Street
Boston, MA 02109                                            TERMS

                                                Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Jun Won Lee
          Set-up & First Hour                                          215.00
          Additional Deposition Hr     8.00 Hours @      90.00/Hour     720.00
          Legalink Viewer (CD)         5.00       @     110.00          550.00
          Tape Stock - Digital         5.00 Tapes @      25.00/Tape     125.00
          After Hours Rate             1.50 Hours @     150.00/Hour     225.00
          Shipping & Handling                                           22.50

                                    TOTAL   DUE   >>>>          1,857.50


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

**(-) PAYMENTS/CREDITS**      0.00   **(+) FINANCE CHARGE**      0.00   **(=) NEW BALANCE**      1,857.50

TAX ID NO.: 20-2665382                                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109                          Invoice No.:  12047035
                                          Date      :  03/22/2012
                                          **TOTAL DUE  :    1,857.50**


                                          Job No.   :  1206-88242
                                          Case No.  :  4:11-cv-01846-LH
                                          "APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047498 | 05/30/2012 | 1205-88342 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/06/2012 | LSF | 4:11-cv-01846-L |
| | **CASE CAPTION** | |
| | "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | |
| | **TERMS** | |
| | Immediate, sold FOB Merrill facility | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL AND COPY WITH WORD INDEX:
Jun Won Lee, Vol. II                47 Pages @      4.20/Page       197.40
            Interactive Realtime    39.00 Pages @   1.20/Page        46.80
            Interactive Realtime    39.00 Pages @   1.20/Page        46.80
            Unedited ASCII (RT)     39.00 Pages @   1.00/Page        39.00
            Exhibits - Scan Only    23.00 Pages @    .20/Page         4.60
            Computer Rental          2.00 Days  @    .00/Day          n/c
            Process/Delivery                                         10.00

                              TOTAL  DUE  >>>>                       344.60


Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location: San Francisco, CA

ORDERED BY: Michael R. Heyison, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

TAX ID NO.: 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12047498
Date       : 05/30/2012
**TOTAL DUE :**    344.60

Job No.  : 1205-88342
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047038 | 03/22/2012 | 1206-88343 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/06/2012 | LSF | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Jun Won Lee
           Set-up & First Hour                        215.00
           Additional Deposition Hr                    90.00
           Legalink Viewer (CD)                        110.00
           Tape Stock - Digital                         25.00

                         TOTAL  DUE  >>>>             440.00


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047038
Date       :  03/22/2012
TOTAL DUE  :     440.00



Job No.    :  1206-88343
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048488 | 08/23/2012 | 1205-88164 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/06/2012 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*NDCAL*

```
SCHEDULED DEPOSITION OF:
    Joon ho
            ATTENDANCE                                      350.00
            Travel Day               2.00    @    290.00    580.00
            Hotel                                         1,044.29
            Travel                                          561.42
            Conference Room                               1,174.36
            Conference Room                               1,174.36

                            TOTAL   DUE   >>>>             4,884.43

Deposition Location:  Seoul, Korea

Airfare $561.42

Travel days 3/5 & 3/7
```

TAX ID NO.: 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12048488
Date       : 08/23/2012
**TOTAL DUE  :   4,884.43**


Job No.  : 1205-88164
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047368 | 04/24/2012 | 1206-88165 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/06/2012 | HONGKO | 4:11-cv-01846-L |
| CASE CAPTION | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Joon Ho Park
            ATTENDANCE                           1,400.00
            Travel - Lodging                       849.06
            Travel - Meals                         142.50
            Travel - Day                           750.00
            Travel - Airfare                       499.00

                              TOTAL  DUE  >>>>    3,640.56
```

*Late Cancellation.
*1/2 of Expenses 3/5 - 3/9
Down Day 3/7
Travel Day 3/5 & 3/9

cancelled on 5/5/12
per P. kolovos

TAX ID NO.: 20-2665382                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047368
Date       :  04/24/2012
TOTAL DUE  :   3,640.56


Job No.   :  1206-88165
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030712-109476

**Bill To:**  Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:** Apple v. Samsung
**WITNESS:** Curt Rothert - 30b6
**DATE:** 3/7/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 45 | $3.25 | $146.25 |
| Interactive Real-time | 45 | $1.50 | $67.50 |
| Rough ASCII | 45 | $1.50 | $67.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 36 | $0.10 | $3.60 |
| Exhibits - Scanned & Hyperlinked - Color | 563 | $1.50 | $844.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,129.35 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,159.35 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**