# EXHIBIT D-1

# Part 6





**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030712-109473

**Bill To:**　　Tenille J. Langdon
　　　　　　　WilmerHale
　　　　　　　60 State Street
　　　　　　　Boston, MA  02109

**CASE:**　　　Apple v. Samsung
**WITNESS:**　Emilie Kim
**DATE:**　　　3/7/2012
**LOCATION:**　Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 68 | $3.25 | $221.00 |
| Interactive Real-time | 68 | $1.50 | $102.00 |
| Rough ASCII | 68 | $1.50 | $102.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 39 | $0.10 | $3.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $428.90 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $458.90 |

Please make all checks payable to: **TSG Reporting, Inc.**　　　**Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**MERRILL CORPORATION**

LegaLink, Inc.                               179 Lincoln Street
                                             Suite 401
                                             Boston, MA 02111
                                             Phone: 617.542.0039
                                             Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047593 | 05/03/2012 | 1205-88277 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/08/2012 | LCH | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Brian Blasius                    104 Pages @    4.20/Page        436.80
        Interactive Realtime       90.00 Pages @    1.20/Page        108.00
        Unedited ASCII (RT)        90.00 Pages @    1.00/Page         90.00
        Exhibit Tabs              922.00       @      .20            184.40
        Process/Delivery                                              10.00
                                                                 _____
                            TOTAL   DUE  >>>>                        829.20
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Mundelein, IL

ORDERED BY: Tim Syrett, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047593
Date      :  05/03/2012
TOTAL DUE :      829.20


Job No.   :  1205-88277
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



# **MERRILL CORPORATION**

LegaLink, Inc.                    101 Arch Street
                                 3rd Floor
                                 Boston, MA 02110
                                 Phone: 617 542 0039
                                 Fax: 617 542 2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047357 | 04/20/2012 | 1206-88278 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/08/2012 | LCH | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Brian Blasius 30 (B) (6)
        Set-up & First Hour                                        215.00
        Additional Deposition Hr    2.50 Hours @     90.00/Hour     225.00
        Legalink Viewer (CD)        3.00        @    110.00         330.00
        Tape Stock - Digital        3.00 Tapes @     25.00/Tape      75.00
        Shipping & Handling                                         22.50

                                        TOTAL   DUE   >>>>         867.50
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

$\mathcal{I}\|.$

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:   12047357
Date        :  04/20/2012
TOTAL DUE   :     867.50
```

```
Job No.   :  1206-88278
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384





**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109479

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | George Dicker |
| **DATE:** | 3/8/2012 |
| **LOCATION:** | Redwood Shores, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 47 | $3.25 | $152.75 |
| Interactive Real-time | 47 | $1.50 | $70.50 |
| Rough ASCII | 47 | $1.50 | $70.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 18 | $0.10 | $1.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $295.55 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $325.55 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047367 | 04/24/2012 | 1206-88295 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/08/2012 | HONGKO | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEO DUPLICATION:
    Sung Yub Lee
        Legalink Viewer (CD)                                   110.00

                        TOTAL   DUE   >>>>      110.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | | |
|---|---|---|
| Invoice No.: | 12047367 |
| Date | : | 04/24/2012 |
| **TOTAL DUE** | : | **110.00** |

Job No. : 1206-88295
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 3/28/2012
**INVOICE #** 030812-109467

**REVISED 7/12/2012**

**Bill To:**      Tenille J. Langdon
                  WilmerHale
                  60 State Street
                  Boston, MA  02109

**CASE:**          Apple v. Samsung
**WITNESS:**       BJ Watrous
**DATE:**          3/8/2012
**LOCATION:**      Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 115 | $3.25 | $373.75 |
| Certified Transcript - Discount | 115 | -$3.25 | -$373.75 |
| Interactive Real-time | 115 | $1.50 | $172.50 |
| Rough ASCII | 115 | $1.50 | $172.50 |
| Rough ASCII - Discount | 115 | -$1.50 | -$172.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 95 | $0.10 | $9.50 |
| Exhibits - Scanned & Hyperlinked - Black & White - Discount | 95 | -$0.10 | -$9.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $172.50 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $172.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 032012-111269

**Bill To:**     Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:**      Apple v. Samsung
**WITNESS:**   Intel - Mack Paltian / Intel - Andre Zorn
**DATE:**      3/20/2012
**LOCATION:**  Bruxelles, Belgium

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 273 | $3.95 | $1,078.35 |
| Certified Transcript - Early AM Pages | 41 | $1.25 | $51.25 |
| Interactive Real-time | 273 | $3.00 | $819.00 |
| Rough ASCII | 273 | $3.00 | $819.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 2222 | $0.10 | $222.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,989.80 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $3,019.80 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**TSG** 
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 032012-113274

**Bill To:**      Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

NDCAL *(handwritten)*

**CASE:**        Apple v. Samsung
**WITNESS:**     Intel - Mack Paltian / Intel - Andre Zorn
**DATE:**        3/20/2012
**LOCATION:**    Bruxelles, Belgium

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | SUBTOTAL | | $475.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | TOTAL | | $500.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047557 | 07/27/2012 | 1201-88358 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/21/2012 | ZAMBDE | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAL

```
ORIGINAL AND COPY WITH WORD INDEX:
  Seung Gun Park - 30(b)(6)         150   Pages @    6.30/Page      945.00
    ATTENDANCE                                                      250.00
    Interactive Realtime           150.00 Pages @    1.50/Page      225.00
    Interactive Realtime           150.00 Pages @    1.50/Page      225.00
    Unedited ASCII (RT)            150.00 Pages @    2.50/Page      375.00
    Exhibits - Scan Only           224.00 Pages @     .20/Page       44.80
    Computer Rental                  2.00 Days  @     .00/Day          n/c
    Process/Delivery                                                  10.00
    Conference Room                                                1,380.96
    Conference Room                                                 777.92
    Travel Day                                                      500.00


                            TOTAL  DUE  >>>>              4,733.68


Deposition Location: Seoul, Korea
*Reporter requires 150-page minimum and $250 attendance.

Travel Day 3/22

ORDERED BY: Tim Syrett, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047557
Date      :   07/27/2012
TOTAL DUE :   4,733.68



Job No.   :   1201-88358
Case No.  :   4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



## MERRILL CORPORATION
**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047377 | 04/20/2012 | 1206-88359 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/21/2012 | HONGKO | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Seung Gun Park
        ATTENDANCE                                          1,400.00
        Tape Stock - Digital   3.00 Tapes @    45.00/Tape     135.00
        Legalink Viewer (CD)   3.00       @   110.00          330.00

                        TOTAL   DUE   >>>>              1,865.00
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047377
Date       :  04/20/2012
TOTAL DUE  :   1,865.00


Job No.    :  1206-88359
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



# MERRILL CORPORATION
LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047475 | 04/30/2012 | 1205-88467 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/21/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION | | |
|---|---|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
     Todd Pendleton - HIGHLY CONFIDENTIAL     252 Pages @      3.70/Page        932.40
          Unedited ASCII (RT)               217.00 Pages @      1.00/Page        217.00
          Exhibits - Scan Only              217.00 Pages @       .20/Page         43.40
          Process/Delivery                                                       10.00

                                      TOTAL  DUE   >>>>              1,202.80
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location: Palo Alto, CA

ORDERED BY: Michael R. Heyison, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12047475
Date       : 04/30/2012
**TOTAL DUE** :   1,202.80

Job No.  : 1205-88467
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2118

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047349 | 04/20/2012 | 1206-88468 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/21/2012 | LSF | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Todd Pendleton
          Set-up & First Hour                                              215.00
          Additional Deposition Hr     4.50 Hours @     90.00/Hour         405.00
          Legalink Viewer (CD)         3.00        @    110.00             330.00
          Tape Stock - Digital         3.00 Tapes @     25.00/Tape          75.00
          Shipping & Handling                                               22.50

                                       TOTAL  DUE  >>>>             1,047.50
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

*Pal0 Alto, CA.*

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047349
Date       :  04/20/2012
TOTAL DUE  :   1,047.50


Job No.    :  1206-88468
Case No.   :  4:11-cv-01846-LB
              "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

 

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 032212-111273

**Bill To:**       Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**        Apple v. Samsung
**WITNESS:**    Maribel Gomez
**DATE:**        3/22/2012
**LOCATION:**   Bruxelles, Belgium

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:---:|:---:|:---:|
| Certified Transcript | 155 | $3.95 | $612.25 |
| Certified Transcript - Evening Pages | 8 | $1.25 | $10.00 |
| Interactive Real-time | 155 | $3.00 | $465.00 |
| Rough ASCII | 155 | $3.00 | $465.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 11 | $0.10 | $1.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,553.35 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,583.35 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 6/29/2012
**INVOICE #** 032212-114489

**Bill To:**     Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**      Apple Inc v. Samsung Electronics Company Limited
**WITNESS:**   Maribel Gomez
**DATE:**      3/22/2012
**LOCATION:**  Bruxelles, Belgium

**Billing Comments / Instructions:**

NDCAL

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $285.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $310.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 032312-111276

**Bill To:**    Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**      Apple v. Samsung
**WITNESS:**   Michael Janning - Intel
**DATE:**      3/23/2012
**LOCATION:**  Bruxelles, Belgium

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 100 | $3.95 | $395.00 |
| Interactive Real-time | 100 | $3.00 | $300.00 |
| Rough ASCII | 100 | $3.00 | $300.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 77 | $0.10 | $7.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $1,002.70 |
| | SHIPPING & HANDLING | | $30.00 |
| | TOTAL | | $1,032.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**MERRILL CORPORATION**

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047476 | 06/08/2012 | 1205-88361 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/23/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Kenneth Korea
            Interactive Realtime        129 Pages @        3.70/Page      477.30
            Unedited ASCII (RT)         112.00 Pages @     1.25/Page      140.00
            Exhibits - Scan Only        112.00 Pages @     1.00/Page      112.00
            Computer Rental             423.00 Pages @      .20/Page       84.60
            Process/Delivery                                               n/c
                                                                         10.00

                                  TOTAL  DUE  >>>>             823.90

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location: Palo Alto, CA

ORDERED BY: James C. Burling, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

TAX ID NO.: 20-2665382                                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047476
Date       :  06/08/2012
TOTAL DUE  :     823.90


Job No.    :  1205-88361
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047347 | 04/20/2012 | 1206-88362 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/23/2012 | LSF | 4:11-cv-01846-L. |

**CASE CAPTION**

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Kenneth S Korea

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 3.00 Hours @ | 90.00/Hour | 270.00 |
| Legalink Viewer (CD) | 2.00 @ | 110.00 | 220.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 25.00/Tape | 50.00 |
| Shipping & Handling | | | 22.50 |

TOTAL DUE >>>> 777.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions. We appreciate your business!

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| Invoice No.: | 12047347 |
| Date : | 04/20/2012 |
| TOTAL DUE : | 777.50 |

| | |
|---|---|
| Job No. : | 1206-88362 |
| Case No. : | 4:11-cv-01846-LB |

"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047563 | 08/23/2012 | 1201-88452 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/26/2012 | WILLEL | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*MXAR*

```
ORIGINAL AND COPY WITH WORD INDEX:
   Jun Won Lee               100 Pages @      6.30/Page          630.00  ✓
             ATTENDANCE                                          265.00  ✓
             Interactive Realtime    100.00 Pages @   1.50/Page  150.00
             Interactive Realtime    100.00 Pages @   1.50/Page  150.00
             Unedited ASCII (RT)     100.00 Pages @   2.50/Page  250.00
             Exhibits - Scan Only    282.00 Pages @    .20/Page   56.40
             Computer Rental           2.00 Days  @    .00/Day      n/c
             Process/Delivery                                      10.00
             Travel Day                3.00 @      500.00        1,500.00
             Travel                                             6,746.90
             Travel                                               599.14
             Travel                                               435.94

                                      TOTAL   DUE  >>>>         10,793.38


Deposition Location:  Seoul, Korea

One hour of overtime ($90) has been added to standard attendance ($175.)

*Market dictates a 100 page minimum.

Travel Days 3/24,3/25 & 3/27
```

TAX ID NO.: 20-2665382                                           (617) 526-6000

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047563 | 08/23/2012 | 1201-88452 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/26/2012 | WILLEL | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

---

Airfare $6746.90 (Deposition was scheduled with us on 3/21/12.)

Hotel $599.14

Travel $435.94. See attached receipts for travel expenses.

ORDERED BY: Mark Selwyn
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304

---

TAX ID NO.: 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12047563
Date         :  08/23/2012
**TOTAL DUE**  :  **10,793.38**


Job No.   :  1201-88452
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**





**MERRILL CORPORATION**

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston MA 02110
Phone: 617 542 0039
Fax: 617 542 2115

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047864 | 05/22/2012 | 1209-88455 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/26/2012 | VIDCON | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*WDCAL*

TO: ATTENTION IN RE:
In Wan Lee, VOL III
Video Conference        7.00 Hours @   425.00/Hour      850.00
Video Conference        5.00 Hours @   325.00/Hour    1,625.00

TOTAL   DUE   >>>>        2,475.00

Location in Seoul, South Korea

*2 hrs a/f hours - @ 425.00*

*For service of videoconference - connection*

FAX ID NO.: 20-2665382                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| Invoice No.: | 12047864 |
|---|---|
| Date : | 05/22/2012 |
| TOTAL DUE : | 2,475.00 |

| Job No. | : 1209-88455 |
|---|---|
| Case No. | : 4:11 cv-01846-LB |

"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047672 | 05/08/2012 | 1206-88453 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/26/2012 | HONGKO | 5:11-cv-01846-L |

**CASE CAPTION**

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

---

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Jun Won Lee

| | | | |
|---|---|---|---|
| ATTENDANCE | | | 1,400.00 |
| Tape Stock - Digital | 2.00 Tapes @ | 45.00/Tape | 90.00 |
| Legalink Viewer (CD) | 2.00 @ | 110.00 | 220.00 |
| Travel - Day | | | 500.00 |
| Travel - Airfare | | | 882.58 |
| Miscellaneous | | | 30.25 |
| Miscellaneous | | | 19.16 |
| Shipping & Handling | | | 22.50 |

TOTAL DUE >>>> 3,164.49

Miscellaneous is for Excess Baggage $30.25
Miscellaneous is for Taxi $19.16

---

TAX ID NO.: 20-2665382      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12047672
Date : 05/08/2012
TOTAL DUE : 3,164.49

Job No. : 1206-88453
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



*1073300- 00V5 1  NUUIVL*



TSG
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 032812-111020

**Bill To:**    Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**          Apple v. Samsung
**WITNESS:**    Benjamin Cheung - Alcatel-Lucent 30(b)(6)
**DATE:**         3/28/2012
**LOCATION:**   New Providence, NJ

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 101 | $3.25 | $328.25 |
| Interactive Real-time | 101 | $1.50 | $151.50 |
| Rough ASCII | 101 | $1.50 | $151.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 285 | $0.10 | $28.50 |
| Exhibits - Scanned & Hyperlinked - Color | 6 | $1.50 | $9.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $668.75 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $698.75 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/25/2012
**INVOICE #** 032812-115765

**Bill To:**       Tenille J. Langdon
                   WilmerHale
                   60 State Street
                   Boston, MA  02109

**CASE:**        Apple v. Samsung
**WITNESS:**     Benjamin Cheung - Alcatel-Lucent 30(b)(6)
**DATE:**        3/28/2012
**LOCATION:**    New Providence, NJ

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $190.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

Approved - TL - 8/1/12

1033300-00137 -TVDCAL





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2012
**INVOICE #** 040312-111031

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:** Apple v. Samsung
**WITNESS:** Tony Blevins
**DATE:** 4/3/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 101 | $3.25 | $328.25 |
| Interactive Real-time | 101 | $1.50 | $151.50 |
| Rough ASCII | 101 | $1.50 | $151.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 32 | $0.10 | $3.20 |
| Exhibits - Scanned & Hyperlinked - Color | 9 | $1.50 | $13.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $647.95 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $677.95 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/20/2012
INVOICE # 040312-116829

**Bill To:**    Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

NDCAL

**CASE:**        Apple v. Samsung
**WITNESS:**     Tony Blevins
**DATE:**        4/3/2012
**LOCATION:**    Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|----------|-------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $190.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION
**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047934 | 05/31/2012 | 1206-88657 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/19/2012 | HONGKO | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*MXCAL*

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Won Pyo Hong

| | | | | |
|---|---|---|---|---|
| ATTENDANCE | | | | 1,400.00 |
| Tape Stock - Digital | 2.00 | Tapes @ | 45.00/Tape | 90.00 |
| Legalink Viewer (CD) | 2.00 | @ | 110.00 | 220.00 |
| Travel - Lodging | | | | 1,175.15 |
| Travel - Day | 2.00 | Days @ | 500.00/Day | 1,000.00 |
| Travel - Airfare | | | | 543.87 |

                              TOTAL   DUE   >>>>      4,429.02

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.:  20-2665382                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP.
60 State Street
Boston, MA 02109

Invoice No.:  12047934
Date      :  05/31/2012
TOTAL DUE  :  4,429.02

Job No.   :  1206-88657
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**