# EXHIBIT D-1

# Part 7

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048170 | 06/28/2012 | 1205-88623 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/19/2012 | LNY | 4:11-cv-01846-L |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAC

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Rémy Libchaber , Ph.D. - CONFIDENTIAL      312 Pages @     4.20/Page    1,310.40
            Interactive Realtime          273.00 Pages @     1.20/Page      327.60
            Interactive Realtime          273.00 Pages @     1.20/Page      327.60
            Unedited ASCII (RT)           273.00 Pages @     1.00/Page      273.00
            Exhibits - Scan Only          215.00 Pages @      .20/Page       43.00
            Process/Delivery                                                 10.00
                                                                        ----------
                                             TOTAL  DUE  >>>>            2,291.60

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  New York, NY

ORDERED BY: Leon B. Greenfield
            Wilmer Cutler Pickering Hale and Dorr, LLP
            1875 Pennsylvanis Avenue, NW
            Washington, DC 20006
```

TAX ID NO.: 20-2665382                                                 (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048170
Date       :  06/28/2012
TOTAL DUE  :  2,291.60


Job No.    :  1205-88623
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:      **LegaLink, Inc.**
               **PO Box 277951**
               **Atlanta, GA 30384**



**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

*NOCAC*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047677 | 05/08/2012 | 1206-88624 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/19/2012 | LNY | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Remy Libchaber, Ph.D

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 7.50 Hours @ | 90.00/Hour | 675.00 |
| Legalink Viewer (CD) | 4.00 @ | 110.00 | 440.00 |
| Tape Stock - Digital | 4.00 Tapes @ | 25.00/Tape | 100.00 |
| Shipping & Handling | | | 22.50 |

TOTAL DUE >>>> 1,452.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12047677
Date      :  05/08/2012
TOTAL DUE :  1,452.50

Job No.   :  1206-88624
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

# MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047761 | 07/09/2012 | 1205-88625 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/19/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAL

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   David Teece, PH.D.          289 Pages @      3.70/Page    1,069.30
      ATTENDANCE               1.00 Hours                       30.00
      Interactive Realtime   250.00 Pages @      1.25/Page     312.50
      Interactive Realtime   250.00 Pages @      1.25/Page     312.50
      Unedited ASCII (RT)    250.00 Pages @      1.00/Page     250.00
      Exhibits - Scan Only   486.00 Pages @       .20/Page      97.20
      Computer Rental          2.00 Days  @       .00/Day        n/c
      Process/Delivery                                          10.00

                                        TOTAL  DUE  >>>>      2,081.50
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA      One hour of overtime applied.

ORDERED BY: James C. Burling, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

TAX ID NO.:  20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:   12047761
Date       :   07/09/2012
**TOTAL DUE** :   **2,081.50**

Job No.   :  1205-88625
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617 542.0039
Fax: 617 542 2119

WDCAL

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047708 | 05/09/2012 | 1206-88626 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/19/2012 | LSF | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    David J Teece, Ph.D
        Set-up & First Hour                                          215.00
        Additional Deposition Hr    7.00 Hours @    90.00/Hour       630.00
        Legalink Viewer (CD)        4.00        @    110.00          440.00
        Tape Stock - Digital        4.00 Tapes @    25.00/Tape       100.00
        After Hours Rate 1 1/2 hr                                     75.00
        Shipping & Handling                                           22.50

                                    TOTAL  DUE  >>>>              1,482.50
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047708
Date       :  05/09/2012
TOTAL DUE  :    1,482.50
```

```
Job No    :  1206-88626
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:      LegaLink, Inc.
               PO Box 277951
               Atlanta, GA 30384

NDCHC   137



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2012
**INVOICE #** 042012-111870

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**   Apple v. Samsung
**WITNESS:**   Hyong Kim, Ph.D.
**DATE:**   4/20/2012
**LOCATION:**   Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|--------------|------------|--------|
| Certified Transcript | 162 | $3.25 | $526.50 |
| Interactive Real-time | 162 | $1.75 | $283.50 |
| Rough ASCII | 162 | $1.50 | $243.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 503 | $0.10 | $50.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,103.30 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,133.30 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

$ 1.75 is standard real-time rate for
Washington, DC.



# MERRILL CORPORATION

# INVOICE

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047585 | 07/09/2012 | 1205-88671 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/20/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NOCAL

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:

| Vincent O'Brien, DBA-HIGHLY CONFIDENTIAL | | | |
|---|---|---|---|
| Interactive Realtime | 264 Pages @ | 4.20/Page | 1,108.80 |
| Unedited ASCII (RT) | 230.00 Pages @ | 1.20/Page | 276.00 |
| Exhibits - Scan Only | 230.00 Pages @ | 1.00/Page | 230.00 |
| Computer Rental | 360.00 Pages @ | .20/Page | 72.00 |
| Process/Delivery | | | n/c |
| | | | 10.00 |

                                         **TOTAL  DUE  >>>>**        1,696.80

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  San Franciso, CA

ORDERED BY: Michael R. Heyison, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

---

**TAX ID NO.:** 20-2665382                                     (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12047585
Date        :  07/09/2012
**TOTAL DUE :     1,696.80**

Job No.   :  1205-88671
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.                    101 Arch Street
                                  3rd Floor
                                  Boston, MA 02110
                                  Phone: 617.542.0039
                                  Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047713 | 05/09/2012 | 1206-88672 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/20/2012 | LSF | 4/11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   Vincent O'Brien, DBA
      Set-up & First Hour                                              215.00
      Additional Deposition Hr   7.00 Hours @    90.00/Hour            630.00
      Legalink Viewer (CD)       3.00        @  110.00                 330.00
      Tape Stock - Digital       3.00 Tapes @   25.00/Tape             75.00
      Shipping & Handling                                              22.50

                                 TOTAL   DUE   >>>>            1,272.50
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30364

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047713
Date        :  05/09/2012
TOTAL DUE   :   1,272.50
```

```
Job No.   :  1206-88672
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

NDCAC /37



# INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 4/30/2012
**INVOICE #** 042012-111873

**Bill To:**      Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**       Apple v. Samsung
**WITNESS:**    Wayne Stark, Ph. D.
**DATE:**        4/20/2012
**LOCATION:**   Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 149 | $3.25 | $484.25 |
| Interactive Real-time | 149 | $1.65 | $245.85 |
| Rough ASCII | 149 | $1.50 | $223.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 188 | $0.10 | $18.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $972.40 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,002.40 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

$ 1.65 is real-time rate for Boston.
There is a discount in the Boston
Market.

## MERRILL CORPORATION

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047988 | 07/09/2012 | 1205-88627 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/20/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

NOCAL

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
     David Teece, Vol. 2- HIGHLY CONFIDENTIAL    263 Pages @    3.70/Page       973.10
               Interactive Realtime            226.00 Pages @   1.25/Page       282.50
               Unedited ASCII (RT)             226.00 Pages @   1.00/Page       226.00
               Exhibits - Scan Only            276.00 Pages @    .20/Page        55.20
               Computer Rental                                                    n/c
               Process/Delivery                                                 10.00

                                                    TOTAL  DUE  >>>>          1,546.80


Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA

ORDERED BY: James C. Burling, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

TAX ID NO.: 20-2665382                                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047988
Date       :  07/09/2012
TOTAL DUE  :  1,546.80



Job No.    :  1205-88627
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**



# MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

NACAL

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047721 | 05/09/2012 | 1206-88628 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/20/2012 | LSF | 4(11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    David Teece, Ph.D

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 7.00 Hours @ | 90.00/Hour | 630.00 |
| Legalink Viewer (CD) | 3.00 @ | 110.00 | 330.00 |
| Tape Stock - Digital | 3.00 Tapes @ | 25.00/Tape | 75.00 |
| Shipping & Handling | | | 22.50 |

                        TOTAL DUE  >>>>        1,272.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                                (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| Invoice No.: | 12047721 |
|---|---|
| Date : | 05/09/2012 |
| TOTAL DUE : | 1,272.50 |

| Job No. | : 1206-88628 |
|---|---|
| Case No. | : 4:11-cv-01846-LB |
| "APPLE INC. v. SAMSUNG ELECTRONICS C |

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

NDCAL



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042312-112197

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**        Apple v. Samsung
**WITNESS:**     Tony D. Givargis, Ph.D.
**DATE:**        4/23/2012
**LOCATION:**    Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Certified Transcript | 248 | $3.25 | $806.00 |
| Interactive Real-time | 248 | $1.50 | $372.00 |
| Rough ASCII | 248 | $1.50 | $372.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1851 | $0.10 | $185.10 |
| Exhibits - Scanned & Hyperlinked - Color | 924 | $1.50 | $1,386.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $3,121.10 |
|  | | SHIPPING & HANDLING | $30.00 |
|  | | TOTAL | $3,151.10 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

NDCAL



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

DATE: 5/21/2012
INVOICE # 042312-112194

**Bill To:**    Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:**    Apple v. Samsung
**WITNESS:**   William Griswold
**DATE:**    4/23/2012
**LOCATION:**   San Diego, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 310 | $3.25 | $1,007.50 |
| Certified Transcript - Evening Pages | 19 | $1.25 | $23.75 |
| Interactive Real-time | 310 | $1.50 | $465.00 |
| Rough ASCII | 310 | $1.50 | $465.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1456 | $0.10 | $145.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | |
|---|---|
| SUBTOTAL | $2,106.85 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $2,136.85 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



NorCal



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042312-112200

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**        Apple v. Samsung
**WITNESS:**   Venugopal Veeravalli
**DATE:**        4/23/2012
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 185 | $3.25 | $601.25 |
| Certified Transcript - Early AM Pages | 37 | $1.25 | $46.25 |
| Interactive Real-time | 185 | $1.65 | $305.25 |
| Rough ASCII | 185 | $1.50 | $277.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 2649 | $0.10 | $264.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,495.15 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,525.15 |

Please make all checks payable to: **TSG Reporting, Inc.**      Federal ID # **41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

$1.65 is Boston Real-Time rate discounted
from reg. rate of $1.75

## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047764 | 05/30/2012 | 1205-88669 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/23/2012 | LLA | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
ORIGINAL AND COPY WITH WORD INDEX:
  Richard Wesel, Ph.D.            274 Pages @    4.20/Page    1,150.80
       ATTENDANCE                1.50 Hours                      60.00
       Interactive Realtime     238.00 Pages @    1.20/Page     285.60
       Interactive Realtime     238.00 Pages @    1.20/Page     285.60
       Interactive Realtime     238.00 Pages @    1.20/Page     285.60
       Unedited ASCII (RT)      238.00 Pages @    1.00/Page     238.00
       Exhibits - Scan Only     988.00 Pages @     .20/Page     197.60
       Computer Rental            3.00 Days  @     .00/Day         n/c
       RealTime License Token                                    70.00
       Parking and Tolls                                         39.15
       Process/Delivery                                          10.00
                                                              _____
                              TOTAL  DUE  >>>>               2,622.35
```

After hour attendance applied.

Deposition Location: Los Angeles, CA

ORDERED BY: Richard A. Goldenberg, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

*Approved - TJC*

TAX ID NO.: 20-2665382                                  (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | | |
|---|---|---|
| Invoice No.: | 12047764 |
| Date | : | 05/30/2012 |
| **TOTAL DUE** | **:** | **2,622.35** |

Job No.    :  1205-88669
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

#1033300-00137

NDCAL

# MERRILL CORPORATION
LegaLink, Inc.

101 Arch Street
3rd Floor
Boston MA 02110
Phone 617 542 5900
Fax 617 542 2912

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047768 | 05/14/2012 | 1206-88670 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/23/2012 | LLA | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF
Richard Wesel, Ph.D
    Set-up & First Hour                                          215.00
    Additional Deposition Hr    8.00 Hours @     90.00/Hour    720.00
    LegaLink Viewer (CD)      4.00        @     110.00        440.00
    Tape Stock - Digital      4.00 Tapes @     25.00/Tape    100.00
    After Hours Rate                                            150.00

                              TOTAL  DUE  >>>>     1,625.00

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

*Please Pay.*

TAX ID NO.: 20-2665382                            (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| Invoice No.: | 12047768 |
| Date    : | 05/14/2012 |
| TOTAL DUE : | 1,625.00 |

| | |
|---|---|
| Job No.   : | 1206-88670 |
| Case No.  : | 4:11-cv-01846 LB |

"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:     LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047613 | 06/27/2012 | 1205-88697 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/24/2012 | LDC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAL

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Ramamirtham Sukumar, Ph.D.

|  |  |  |  |
|---|---|---|---|
|  | 310 Pages @ | 4.20/Page | 1,302.00 |
| Interactive Realtime | 268.00 Pages @ | 1.20/Page | 321.60 |
| Unedited ASCII (RT) | 268.00 Pages @ | 1.00/Page | 268.00 |
| Exhibits -- Scan Only | 927.00 Pages @ | .20/Page | 185.40 |
| Process/Delivery |  |  | 10.00 |

**TOTAL   DUE  >>>>       2,087.00**

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Philadelphia, PA

ORDERED BY: Michael R. Heyison, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

TAX ID NO.: 20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12047613
Date       :  06/27/2012
**TOTAL DUE :    2,087.00**

Job No.    :  1205-88697
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**

# MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston MA 02110
Phone: 617 542 0039
Fax 617 542 2119

NRCAL

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047738 | 05/10/2012 | 1206-88698 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/24/2012 | LDC | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
     Ramamirtham Sukumar, Ph.D
          Set-up & First Hour                                        215.00
          Additional Deposition Hr    6.00 Hours @    90.00/Hour     720.00
          Legalink Viewer (CD)        4.00           @  110.00       440.00
          Tape Stock - Digital        4.00 Tapes @    25.00/Tape     100.00
          Shipping & Handling                                         22.50

                              TOTAL  DUE  >>>>        1,497.50
```

```
PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| Invoice No.: | 12047738 |
|---|---|
| Date | : 05/10/2012 |
| TOTAL DUE | : 1,497.50 |

| Job No. | : 1206-88698 |
|---|---|
| Case No. | : 4:11-cv-01846-LB |

"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:      LegaLink, Inc.
               PO Box 277951
               Atlanta, GA 30384



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

NDCAL



**DATE:** 5/21/2012
**INVOICE #** 042512-112206

**Bill To:**      Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**        Apple v. Samsung
**WITNESS:**     Jon Hamkins
**DATE:**        4/25/2012
**LOCATION:**    Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 135 | $3.25 | $438.75 |
| Interactive Real-time | 135 | $1.50 | $202.50 |
| Rough ASCII | 135 | $1.50 | $202.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 457 | $0.10 | $45.70 |
| Exhibits - Scanned & Hyperlinked - Color | 2282 | $1.50 | $3,423.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $4,312.45 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $4,342.45 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

NDCAC



# INVOICE

DATE: 5/21/2012
INVOICE # 042512-112203

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:**       Apple v. Samsung
**WITNESS:**   Dr. Edward W. Knightly
**DATE:**       4/25/2012
**LOCATION:**   Houston, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 187 | $3.25 | $607.75 |
| Certified Transcript - Early AM Pages | 12 | $1.25 | $15.00 |
| Interactive Real-time | 187 | $1.50 | $280.50 |
| Rough ASCII | 187 | $1.50 | $280.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 792 | $0.10 | $79.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  | SUBTOTAL | $1,262.95 |
|--|----------|-----------|
|  | SHIPPING & HANDLING | $30.00 |
|  | TOTAL | $1,292.95 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/31/2012
**INVOICE #** 042512-113164

Bill To:      Tenille J. Langdon
              WilmerHale
              60 State Street
              Boston, MA  02109

| CASE: | Apple v. Samsung |
| WITNESS: | Mani Srivastava |
| DATE: | 4/25/2012 |
| LOCATION: | Los Angeles, CA |

*KPCAZ*

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 213 | $3.25 | $692.25 |
| Interactive Real-time | 213 | $1.50 | $319.50 |
| Rough ASCII | 213 | $1.50 | $319.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1927 | $0.10 | $192.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |



| | |
|---|---|
| SUBTOTAL | $1,523.95 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,553.95 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com



# INVOICE

**DATE:** 6/18/2012
**INVOICE #** 042512-113886

**Bill To:**    Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:**       Apple v. Samsung
**WITNESS:**    Mani Srivastava
**DATE:**       4/25/2012
**LOCATION:**   Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $405.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

*NOCAR*

# INVOICE

DATE: 5/21/2012
INVOICE # 042612-112209

**Bill To:** Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:** Apple v. Samsung
**WITNESS:** Osman Balci
**DATE:** 4/26/2012
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 211 | $3.25 | $685.75 |
| Interactive Real-time | 211 | $1.50 | $316.50 |
| Rough ASCII | 211 | $1.50 | $316.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1104 | $0.10 | $110.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,429.15 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,459.15 |

Please make all checks payable to: **TSG Reporting, Inc.** **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**MERRILL CORPORATION**

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048299 | 07/13/2012 | 1207-88720 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/27/2012 | OLENDE | 4:11-cv-01846-L |

CASE CAPTION

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
Jerry W. Mills, ESQ. - CONFIDENTIAL       93 Pages @       4.20/Page       390.60
          Unedited ASCII (RT)       80.00 Pages @       1.00/Page        80.00
          Exhibits - Scan Only      104.00 Pages @        .20/Page        20.80
          Process/Delivery                                                10.00

                                        TOTAL  DUE   >>>>              501.40

Deposition Location: Washington, DC

ORDERED BY: Leon B. Greenfield
            Wilmer Cutler Pickering Hale and Dorr, LLP
            1875 Pennsylvanis Avenue, NW
            Washington, DC 20006

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12048299
Date      :  07/13/2012
TOTAL DUE  :      501.40


Job No.    :  1207-88720
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047938 | 05/31/2012 | 1206-88721 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/27/2012 | LDC | 4:11-cv-01846-L |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Jerry W Mills
          Set-up & First Hour                                     215.00
          Additional Deposition Hr    1.50 Hours @   90.00/Hour   135.00
          Legalink Viewer (CD)                                    110.00
          Tape Stock - Digital                                     25.00

                              TOTAL  DUE  >>>>                     485.00


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

**TAX ID NO.:** 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047938
Date      :  05/31/2012
TOTAL DUE :     485.00
```

```
Job No.   :  1206-88721
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
**PO Box 277951**
**Atlanta, GA 30384**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

*NOCAL*



**INVOICE**

DATE: 5/21/2012
INVOICE # 042712-112215

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:** Apple v. Samsung
**WITNESS:** Dr. Janusz Ordover
**DATE:** 4/27/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 278 | $3.25 | $903.50 |
| Interactive Real-time | 278 | $1.50 | $417.00 |
| Rough ASCII | 278 | $1.50 | $417.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 191 | $0.10 | $19.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,756.60 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,786.60 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

NDCAL



# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 042712-112212

**Bill To:**     Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**        Apple v. Samsung
**WITNESS:**     Peter E. Rossi
**DATE:**        4/27/2012
**LOCATION:**    Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 251 | $3.25 | $815.75 |
| Interactive Real-time | 251 | $1.50 | $376.50 |
| Rough ASCII | 251 | $1.50 | $376.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 38 | $0.10 | $3.80 |
| Exhibits - Scanned & Hyperlinked - Color | 88 | $1.50 | $132.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,704.55 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,734.55 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**MERRILL CORPORATION**

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617 542 0039
Fax: 617 542 2116

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047845 | 05/21/2012 | 1206-88643 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/27/2012 | LDC | Investigation#33 |

CASE CAPTION

CERTAIN ELECTRONIC DEVICES, INCLUDING WIRE

TERMS

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Dr. Lloyd Stark
 Set-up & First hour              215.00
 Additional Deposition Hr  Add. Hours 4   0.00/Hour    540.00
 Legalink Viewer CD     1.00    #   1.00.00    330.00
 Tape Stock - Digital    3.00 Tapes 4   25.00/Tape    75.00
 Shipping & Handling              22.50

         TOTAL   DUE   >>>>    1,182.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| Invoice No.: | 12047845 |
| Date : | 05/21/2012 |
| TOTAL DUE : | 1,182.50 |

| | |
|---|---|
| Job No. : | 1206-88643 |
| Case No. : | Investigation#337-TA-7 |

CERTAIN ELECTRONIC DEVICES, INCLUDIN

Remit To: LegaLink, Inc.
    PO Box 277951
    Atlanta, GA 30384





**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

*NDCAL*

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050212-112221

**Bill To:**   Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:**       Apple v. Samsung
**WITNESS:**   Richard Donaldson
**DATE:**       5/2/2012
**LOCATION:**   Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 216 | $3.25 | $702.00 |
| Interactive Real-time | 216 | $1.65 | $356.40 |
| Rough ASCII | 216 | $1.50 | $324.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 283 | $0.10 | $28.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,410.70 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,440.70 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

$1.65 is Boston real-time rate discounted from $1.75.





Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/21/2012
INVOICE # 050212-112218

NOCAL

**Bill To:**    Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

| | |
|---|---|
| **CASE:** | Apple v. Samsung |
| **WITNESS:** | Dr. Paul Dourish |
| **DATE:** | 5/2/2012 |
| **LOCATION:** | Los Angeles, CA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 193 | $3.25 | $627.25 |
| Certified Transcript - Evening Pages | 8 | $1.25 | $10.00 |
| Interactive Real-time | 193 | $1.50 | $289.50 |
| Rough ASCII | 193 | $1.50 | $289.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 1287 | $0.10 | $128.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,344.95 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,374.95 |

Please make all checks payable to: **TSG Reporting, Inc.**   **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**





**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/21/2012
**INVOICE #** 050412-112224

*NDCAC*

Bill To:      Tenille J. Langdon
              WilmerHale
              60 State Street
              Boston, MA  02109

**CASE:**      Apple v. Samsung
**WITNESS:**   Richard Gitlin
**DATE:**      5/4/2012
**LOCATION:**  New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 180 | $3.25 | $585.00 |
| Interactive Real-time | 180 | $1.50 | $270.00 |
| Rough ASCII | 180 | $1.50 | $270.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 312 | $0.10 | $31.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  |  |
|--|--|
| SUBTOTAL | $1,156.20 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $1,186.20 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047676 | 06/28/2012 | 1205-88795 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/04/2012 | LNY | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAC

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Paul S. Min, Ph.D.             332 Pages @    4.20/Page     1,394.40 V
        Interactive Realtime    293.00 Pages @    1.20/Page       351.60
        Interactive Realtime    293.00 Pages @    1.20/Page       351.60
        Unedited ASCII (RT)     293.00 Pages @    1.00/Page       293.00 V
        Exhibits - Scan Only   3392.00 Pages @     .20/Page       678.40 V
        Process/Delivery                                           10.00

                               TOTAL   DUE  >>>>             3,079.00


Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  New York, NY

ORDERED BY: Richard A. Goldenberg, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12047676
Date       :  06/28/2012
TOTAL DUE  :   3,079.00


Job No.   :  1205-88795
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.

'01 A. h Street
Sr. F .w
Boston, MA 02110
Phone: 617-542-0039
Fax: 617-542-2199

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047837 | 05/21/2012 | 1206-88796 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/04/2012 | LNY | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
   P.L. B Min, Ph.D

| | | | |
|---|---|---|---|
| Set-up & First Hour | | | 215.00 |
| Additional Deposition Hr | 7.00 Hours @ | 90.00/Hr | 570.00 |
| Legalink Viewer (CD) | 1.00 @ | 100.00 | 440.00 |
| Tape Stock - Digital | 4.00 Tapes @ | 25.00/Tape | 100.00 |
| Shipping & Handling | | | 27.50 |

                                    TOTAL DUE >>>>      1,497.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!

TAX ID NO.: 20-2665382                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:   1204/837
Date        :   05/21/2012
TOTAL DUE   :     1,497.50

Job No.    :   1206-88796
Case No.   :   4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048126 | 07/09/2012 | 1205-88722 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/04/2012 | LSF | 4:11-cv-01846-L |

| CASE CAPTION | | |
|---|---|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAL

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
   Tim Williams, Ph.D.         306 Pages @     3.70/Page     1,132.20
      ATTENDANCE               1.50 Hours                        45.00
      Interactive Realtime   267.00 Pages @     1.25/Page       333.75
      Unedited ASCII (RT)    267.00 Pages @     1.00/Page       267.00
      Exhibits - Scan Only  1212.00 Pages @      .20/Page       242.40
      Computer Rental                                              n/c
      Process/Delivery                                          10.00

                              TOTAL  DUE  >>>>               2,030.35
```

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Palo Alto, CA       1.5 hours of overtime applied.

ORDERED BY: Mark D. Flanagan
            Wilmer Hale
            950 Page Mill Road
            Palo Alto, CA 94304

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048126
Date      :  07/09/2012
TOTAL DUE :  2,030.35


Job No.   :  1205-88722
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384