# EXHIBIT D-1

# Part 8



**MERRILL CORPORATION**

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone 617 542 0039
Fax 617 542 2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047835 | 05/21/2012 | 1206-88723 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/04/2012 | LSF | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Tim Williams, Ph.D
    Set-up & First Hour                                              215.00
    Additional Deposition Hr     8.00 Hours @    90.00/Hour      720.00
    Legalink Viewer (CD)         4.00       @   110.00           440.00
    Tape Stock - Digital         4.00 Tapes @    25.00/Tape      100.00
    After Hours Rate                                              150.00
    Shipping & Handling                                            22.50

                                                    TOTAL DUE  >>>>      1,647.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions. We appreciate your business!

TAX ID NO.: 20-2665382                                               (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12047835
Date       :  05/21/2012
TOTAL DUE  :   1,647.50

Job No.   :  1206-88723
Case No.  :  4:11-cv-01846-LHK
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:  LegaLink, Inc.
          PO Box 277951
          Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048268 | 07/13/2012 | 1207-88799 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/08/2012 | OWENKE | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NOCAL

```
SCHEDULED DEPOSITION OF:
   Gregory Abowd
      ATTENDANCE                                              330.00
      Conference Room                                       1,105.56

                                   TOTAL   DUE  >>>>       1,435.56

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Scheduled Location:  Austin, TX

ORDERED BY: Emily R. Whelan, Esq.
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109
```

NON Apperance

TAX ID NO.: 20-2665382                                   (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048268
Date       :  07/13/2012
TOTAL DUE  :  1,435.56


Job No.    :  1207-88799
Case No.   :  4:11-cv-01846-LB
              "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.  
101 Arch Street  
3rd Floor  
Boston, MA 02110  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048018 | 06/08/2012 | 1208-88800 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/08/2012 | OWENKE | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

NDCAL

```
On- Site cancellation of videographer
    Gregory Abowd
          Cancellation Fee                                        250.00

                                          TOTAL   DUE   >>>>      250.00
```

*This deposition was cancelled on location. A Certificate of Non-Appearance was created by the court reporter.* [handwritten]

TAX ID NO.: 20-2665382                                       (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
Invoice No.:  12048018
Date       :  06/08/2012
TOTAL DUE  :     250.00


Job No.    :  1208-88800
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**  
**PO Box 277951**  
**Atlanta, GA 30384**

**MERRILL CORPORATION**

LegaLink, Inc.  
179 Lincoln Street  
Suite 401  
Boston, MA 02110  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047977 | 06/05/2012 | 1201-88837 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/08/2012 | MCHUJA | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC: v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
  Woodward Yang, Ph.D. Vol. 1       336 Pages @      4.20/Page    1,411.20
    ATTENDANCE                                                      150.00
    Interactive Realtime (A)        291.00 Pages @   1.50/Page      436.50
    Unedited ASCII (RT)             291.00 Pages @   1.00/Page      291.00
    Exhibits - Scan Only           1275.00 Pages @    .20/Page      255.00
    Computer Rental                                                    n/c
    Process/Delivery                                                 10.00

                                          TOTAL DUE >>>>          2,553.70

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Boston, MA

After hour attendance applied.

ORDERED BY: David B. Bassett
            Wilmer, Cutler, Pickering, Hale & Dorr
            399 Park Ave.
            New York, NY 10022
```

TAX ID NO.: 20-2665382                               (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

Invoice No.:  12047977  
Date       :  06/05/2012  
**TOTAL DUE** :  2,553.70

Job No.   :  1201-88837  
Case No.  :  4:11-cv-01846-LB  
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:  LegaLink, Inc.  
           PO Box 277951  
           Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.  
101 Arch Street  
3rd Floor  
Boston, MA 02110  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 12047878 | 05/23/2012 | 1202-88838 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/08/2012 | BUDDSH | 4:11-cv-01846-L |

**CASE CAPTION**

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:  
Woodward Yang

| | | |
|---|---|---|
| Set-up & First Hour | | 215.00 |
| Additional Deposition Hr | 9.00 Hours @ 90.00/Hour | 810.00 |
| Legalink Viewer (CD) | 4.00 @ 110.00 | 440.00 |
| Tape Stock - Digital | 4.00 Tapes @ 25.00/Tape | 100.00 |
| After Hours Rate | | 150.00 |
| Shipping & Handling | | 22.50 |

TOTAL DUE  >>>>   1,737.50

PLEASE NOTE OUR NEW REMITTANCE ADDRESS:  
LEGALINK, INC.  
PO BOX 277951  
ATLANTA, GA 30384

Thank you for using Merrill Legal Solutions. We appreciate your business!

TAX ID NO.: 20-2665382                                              (617) 526-6000

*Please detach bottom portion and return with payment.*

---

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

Invoice No.: 12047878  
Date       : 05/23/2012  
TOTAL DUE  : 1,737.50

Job No.  : 1202-88838  
Case No. : 4:11-cv-01846-LB  
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:  LegaLink, Inc.  
           PO Box 277951  
           Atlanta, GA 30384



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2012
INVOICE # 050912-113167



**Bill To:** Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA  02109

**CASE:** Apple v. Samsung
**WITNESS:** Martin G. Walker, Ph.D.
**DATE:** 5/9/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 92 | $3.25 | $299.00 |
| Interactive Real-time | 92 | $1.50 | $138.00 |
| Rough ASCII | 92 | $1.50 | $138.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 133 | $0.10 | $13.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  |  | SUBTOTAL | $588.30 |
|  |  | SHIPPING & HANDLING | $30.00 |
|  |  | TOTAL | $618.30 |



Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**MERRILL CORPORATION**
LegaLink, Inc.   179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048081 | 06/18/2012 | 1201-88839 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/09/2012 | ROTHDE | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAL

```
ORIGINAL OF TRANSCRIPT AND WORD INDEX OF:
    Woodward Yang, Ph.D., Vol. 2       122 Pages @      4.20/Page       512.40
        Interactive Realtime (A)    104.00 Pages @      1.20/Page       124.80
        Unedited ASCII (RT)         104.00 Pages @      1.00/Page       104.00
        Exhibits - Scan Only        347.00 Pages @       .20/Page        69.40
        Computer Rental                                                    n/c
        Process/Delivery                                                 10.00

                                         TOTAL  DUE  >>>>                820.60
```

Thank you for using Merrill Legal Solutions. We appreciate your business!

ORDERED BY: Derek S. Lam
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, MA 02109

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12048081
Date       : 06/18/2012
**TOTAL DUE :    820.60**

Job No.  : 1201-88839
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C.

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.  
101 Arch Street  
3rd Floor  
Boston, MA 02110  
Phone: 617.542.0039  
Fax: 617.542.2119  

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12047950 | 06/01/2012 | 1202-88840 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/09/2012 | BUDDSH | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109  

NDCAL

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Woodward Yang, Ph.D
        Set-up & First Hour                                          215.00
        Additional Deposition Hr    2.00 Hours @     90.00/Hour      180.00
        Legalink Viewer (CD)                                         110.00
        Tape Stock - Digital                                          25.00
        Shipping & Handling                                           22.50

                                    TOTAL    DUE    >>>>             552.50


PLEASE NOTE OUR NEW REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

Thank you for using Merrill Legal Solutions.  We appreciate your business!
```

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109  

Invoice No.: 12047950  
Date       : 06/01/2012  
**TOTAL DUE** :    552.50  

Job No.   : 1202-88840  
Case No.  : 4:11-cv-01846-LB  
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   **LegaLink, Inc.**  
            **PO Box 277951**  
            **Atlanta, GA 30384**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 5/31/2012
INVOICE # 051412-113161

**Bill To:** Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:** Apple v. Samsung
**WITNESS:** Terry L. Musika
**DATE:** 5/14/2012
**LOCATION:** Redwood Shores, CA

**Billing Comments / Instructions:**

NDCAL

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 169 | $3.25 | $549.25 |
| Interactive Real-time | 169 | $1.50 | $253.50 |
| Rough ASCII | 169 | $1.50 | $253.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 565 | $0.10 | $56.50 |
| Exhibits - Scanned & Hyperlinked - Color | 143 | $1.50 | $214.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,327.25 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,357.25 |

Please make all checks payable to: **TSG Reporting, Inc.**     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**Bill To:** Victor F. Souto
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**Invoice #:** SF139049
**Invoice Date:** 07/24/2012
**Balance Due:** $ 955.40

**Case:** Apple v. Samsung
**Job #:** 152047  |  Job Date: 07/18/2012  |  Delivery: Normal
**Location:** Quinn Emanuel
50 California Street | 22nd Floor | San Francisco, CA

**Client Billing/Matter #**
**Matter #:**

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Emilie Kim | Certified Transcript | Page | 164.00 | $541.20 |
| 2 | | Exhibits- hard copy, scanned (B/W) | per page | 104.00 | $67.60 |
| 3 | | Transcript - Rough ASCII | Page | 164.00 | $229.60 |
| 4 | | CD Depo | Per CD | 1.00 | $39.00 |
| 5 | | Production & Handling | | 1.00 | $50.00 |
| 6 | | Delivery | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $955.40 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $955.40 |

Fed. Tax ID: 20-3132569                    Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____   Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF139049
**Job #:** 152047
**Invoice Date:** 07/24/2012
**Balance:** $955.40

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**Bill To:** Victor F. Souto
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**Invoice #:** SF139499
**Invoice Date:** 07/26/2012
**Balance Due:** $ 346.75

| | |
|---|---|
| **Case:** Apple v. Samsung | **Client Billing/Matter #** |
| **Job #:** 152047  \| Job Date: 07/18/2012  \| Delivery: Normal | **Matter #:** |
| **Location:** Quinn Emanuel<br>50 California Street \| 22nd Floor \| San Francisco, CA | |

| Item | Witness | Description | Units | Qty | Price |
|---|---|---|---|---|---|
| 1 | Emilie Kim | Video - transcript synchronization | Per hour | 4.25 | $318.75 |
| 2 | | Delivery | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| | **Invoice Total:** $346.75 |
| | **Payment:** |
| | **Credit:** |
| | **Interest:** $0.00 |
| Fed. Tax ID: 20-3132569    Term: Net 30 | **Balance Due:** $346.75 |

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

---

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF139499
**Job #:** 152047
**Invoice Date:** 07/26/2012
**Balance:** $346.75

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult www.veritext.com/serviceinfo



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/25/2012
**INVOICE #** 032812-201866

**Bill To:** Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:** Apple v. Samsung
**WITNESS:** Benjamin Cheung - Alcatel-Lucent 30(b)(6)
**DATE:** 3/28/2012
**LOCATION:** New Providence, NJ

**Billing Comments / Instructions:**

| SHIP VIA | Email | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $0.00 |
| | | TOTAL | $190.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**Bill To:** Mark Selwyn Esq
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304

**Invoice #:** SF140808
**Invoice Date:** 08/01/2012
**Balance Due:** $ 761.05

**Case:** Apple v. Samsung
**Job #:** 153083 | Job Date: 07/27/2012 | Delivery: Daily
**Location:** Wilmer Hale
950 Page Mill Road | Palo Alto, CA 94304

**Client/Matter #:**

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Boris Teksler | Certified Transcript | Page | 90.00 | $594.00 |
| 2 | | CD Depo | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits- hard copy, scanned (B/W) | per page | 77.00 | $50.05 |
| 4 | | Production & Handling | | 1.00 | $50.00 |
| 5 | | Delivery | Package | 1.00 | $28.00 |

**Notes:**

**Invoice Total:** $761.05
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $761.05

Fed. Tax ID: 20-3132569    Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF140808
**Job #:** 153083
**Invoice Date:** 08/01/2012
**Balance:** $761.05

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

**Veritext**
**Western Regional Headquarters**
550 South Hope St., Suite 1775
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Mark Selwyn, Esq
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304

**Invoice #:** SF142183
**Invoice Date:** 08/14/2012
**Balance Due:** $178.00

**Case:** Apple v. Samsung
**Job #:** 794132 | Job Date: 7/27/2012 | Delivery: Normal
**Location:** Wilmer Hale
950 Page Mill Road | Palo Alto, CA 94304

**Client/Matter #**

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Boris Teksler | Video - transcript synchronization | Per hour | 2.0 | $150.00 |
|  | Delivery | Package | 1.0 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $178.00 |
| Payment: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $178.00 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF142183
**Job #:** 794132
**Invoice Date:** 08/14/2012
**Balance:** $178.00

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, CA 92606

For more information on charges related to our services please consult www.veritext.com/serviceinfo



**PLANET DEPOS**
We make it happen.
888.433.3767   WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 55428 | 9/6/2013 | 42222 |

| Job Date | Case No. |
|---|---|
| 8/20/2013 | 11-CV-01846-LHK |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) |

| Payment Terms |
|---|
| Due upon receipt |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Michael J. Wagner, Volume 4 | 324.00 | Pages | 2,106.00 |
| Realtime | 276.00 | Pages | 276.00 |
| Rough ASCII | 276.00 | Pages | 276.00 |
| Exhibits | 1,316.00 | Pages | 329.00 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 45.00 |

**TOTAL DUE  >>>     $3,107.00**

Ordered By    :   APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer)
                  Wilmer Cutler Pickering Hale and Dorr LLP
                  950 Page Mill Road
                  Palo Alto, CA 94304

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Invoice No.     :   55428
Invoice Date    :   9/6/2013
**Total Due**   :   **$3,107.00**

Remit To:   **Planet Depos**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

Job No.     :   42222
BU ID       :   21-OOT-R
Case No.    :   11-CV-01846-LHK
Case Name   :   Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

# INVOICE



**PLANET DEPOS**
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 55639 | 9/6/2013 | 42224 |
| Job Date | Case No. | |
| 8/20/2013 | 11-CV-01846-LHK | |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) |

| Payment Terms |
|---|
| Due upon receipt |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Michael J. Wagner, Volume 4

| | | |
|---|---|---|
| Videographer Hourly Rate | 9.50 | 712.50 |
| Synchronization | 6.50  Hours | 325.00 |
| **TOTAL DUE >>>** | | **$1,037.50** |

Ordered By    : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID: 26-3280557**

*Please detach bottom portion and return with payment.*

---

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 55639 |
| Invoice Date | : | 9/6/2013 |
| **Total Due** | : | **$1,037.50** |

Remit To:   **Planet Depos**
    **405 East Gude Drive**
    **Suite 209**
    **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 42224 |
| BU ID | : | 22-OOT-V |
| Case No. | : | 11-CV-01846-LHK |
| Case Name | : | Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 9/6/2013
INVOICE # 082613-409489

**Bill To:** Tenille J. Langdon
WilmerHale
60 State Street
Boston, MA 02109

**CASE:** Apple v. Samsung
**WITNESS:** Julie Davis
**DATE:** 8/26/2013
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 332 | $3.25 | $1,079.00 |
| Certified Transcript - Early AM Pages | 30 | $1.25 | $37.50 |
| Rough ASCII | 332 | $1.50 | $498.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 3595 | $0.10 | $359.50 |
| Exhibits - Scanned & Hyperlinked - Color | 298 | $1.50 | $447.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,421.00 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $2,451.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59115 | 11/6/2013 | 46315 |
| Job Date | Case No. | |
| 10/15/2013 | 11-CV-01846-LHK | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| Payment Terms | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Jaewan Chi | 185.00 Pages | 1,082.25 |
| Realtime | 160.00 Pages | 160.00 |
| Rough ASCII | 160.00 Pages | 160.00 |
| Exhibits | 81.00 Pages | 20.25 |
| LEF/SBF/XMEF | | 75.00 |
| Overnight/Messenger Delivery | | 165.00 |
| | **TOTAL DUE   >>>** | **$1,662.50** |
| | AFTER 12/7/2013  PAY | $1,745.63 |

Ordered By    : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

2 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

Job No.     : 46315          BU ID      :43-SoCal-R
Case No.    : 11-CV-01846-LHK
Case Name   : Apple -v- Samsung; Samsung -v- Apple (Dual
              Caption - 11-CV-01846-LHK)

Invoice No. : 59115          Invoice Date  :11/6/2013
Total Due   : $ 1,662.50
AFTER 12/7/2013  PAY  $1,745.63

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature: