# EXHIBIT D-1

# Part 9

# INVOICE

PLANET DEPOS
We make it » happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60138 | 11/6/2013 | 46319 |

| Job Date | Case No. |
|---|---|
| 10/15/2013 | 11-CV-01846-LHK |

| Case Name |
|---|
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) |
| **Payment Terms** |
| Due upon receipt |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | |
|---|---|---|
| Jaewan Chi | | |
| Videographer Hourly Rate | 9.50 | 712.50 |
| Synchronization | 6.00 Hours | 300.00 |
| | **TOTAL DUE >>>** | **$1,012.50** |
| | AFTER 12/7/2013 PAY | $1,063.13 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46319 BU ID :44-SoCal-V
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 60138 Invoice Date :11/6/2013
**Total Due : $ 1,012.50**
AFTER 12/7/2013 PAY $1,063.13

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE

PLANET DEPOS
We make it happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59101 | 11/6/2013 | 46314 |
| Job Date | Case No. | |
| 10/15/2013 | 11-CV-01846-LHK | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| Payment Terms | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| Item | Quantity | Amount |
|---|---|---|
| Seongwoo (Clayton) Kim | 232.00 Pages | 1,357.20 |
| Realtime | 201.00 Pages | 201.00 |
| Rough ASCII | 201.00 Pages | 201.00 |
| Evening Attendance | | 175.00 |
| Exhibits | 121.00 Pages | 30.25 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$2,039.45** |
| | AFTER 12/7/2013 PAY | $2,141.42 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

2 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46314 BU ID : 43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59101 Invoice Date : 11/6/2013
**Total Due : $ 2,039.45**
AFTER 12/7/2013 PAY $2,141.42

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE

PLANET DEPOS
We make it happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60150 | 11/6/2013 | 46318 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | |
|---|---|---|
| Seongwoo (Clayton) Kim | | |
| Videographer Hourly Rate | 11.50 | 862.50 |
| Synchronization | 7.50 Hours | 375.00 |
| | **TOTAL DUE >>>** | **$1,237.50** |
| | AFTER 12/7/2013 PAY | $1,299.38 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46318 BU ID :44-SoCal-V
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 60150 Invoice Date :11/6/2013
**Total Due : $ 1,237.50**
AFTER 12/7/2013 PAY $1,299.38

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**



# INVOICE

PLANET DEPOS
We make it » happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59119 | 11/6/2013 | 46316 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Daniel Shim | 310.00 Pages | 1,813.50 |
| Realtime | 266.00 Pages | 266.00 |
| Rough ASCII | 266.00 Pages | 266.00 |
| Evening Attendance | | 175.00 |
| Exhibits | 124.00 Pages | 31.00 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$2,626.50** |
| | AFTER 12/7/2013 PAY | $2,757.83 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

2 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46316 BU ID :43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59119 Invoice Date :11/6/2013
**Total Due : $ 2,626.50**
AFTER 12/7/2013 PAY $2,757.83

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**



# INVOICE

PLANET DEPOS
We make it » happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60161 | 11/6/2013 | 46320 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Daniel Shim

| | | |
|---|---|---|
| Videographer Hourly Rate | 10.50 | 787.50 |
| Synchronization | 7.50 Hours | 375.00 |
| | **TOTAL DUE >>>** | **$1,162.50** |
| | AFTER 12/7/2013 PAY | $1,220.63 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Job No. : 46320 BU ID :44-SoCal-V
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 60161 Invoice Date :11/6/2013
**Total Due : $ 1,162.50**
AFTER 12/7/2013 PAY $1,220.63

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE

PLANET DEPOS
We make it happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59128 | 11/6/2013 | 46317 |
| **Job Date** | **Case No.** | |
| 10/16/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Kenneth S. Korea - FULL/REDACTED/EXCERPT | 341.00 Pages | 2,216.50 |
| Realtime | 293.00 Pages | 293.00 |
| Rough ASCII | 293.00 Pages | 293.00 |
| Evening Attendance | | 175.00 |
| Exhibits | 474.00 Pages | 118.50 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$3,171.00** |
| | AFTER 12/7/2013 PAY | $3,329.55 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46317 BU ID :43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59128 Invoice Date :11/6/2013
**Total Due : $ 3,171.00**
AFTER 12/7/2013 PAY $3,329.55

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

PLANET DEPOS
We make it happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60170 | 11/6/2013 | 46321 |
| **Job Date** | **Case No.** | |
| 10/16/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Kenneth Korea

| | | |
|---|---|---|
| Videographer Hourly Rate | 12.00 | 900.00 |
| Synchronization | 8.00 Hours | 400.00 |
| | **TOTAL DUE >>>** | **$1,300.00** |
| | AFTER 12/7/2013 PAY | $1,365.00 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46321 BU ID : 44-SoCal-V
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)
Invoice No. : 60170 Invoice Date : 11/6/2013
**Total Due : $ 1,300.00**
AFTER 12/7/2013 PAY $1,365.00

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE

PLANET DEPOS
We make it »happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59141 | 11/6/2013 | 46380 |
| **Job Date** | **Case No.** | |
| 10/17/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Seungho Ahn | 216.00 Pages | 1,404.00 |
| Realtime | 183.00 Pages | 183.00 |
| Rough ASCII | 183.00 Pages | 183.00 |
| Exhibits | 49.00 Pages | 12.25 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$1,857.25** |
| | AFTER 12/7/2013 PAY | $1,950.11 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46380 BU ID :43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59141 Invoice Date :11/6/2013
**Total Due : $ 1,857.25**
AFTER 12/7/2013 PAY $1,950.11

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**



# INVOICE

PLANET DEPOS
We make it » happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60214 | 11/6/2013 | 46381 |
| Job Date | Case No. | |
| 10/17/2013 | 11-CV-01846-LHK | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| Payment Terms | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Seungho Ahn

| | | |
|---|---|---|
| Videographer Hourly Rate | 10.00 | 750.00 |
| Synchronization | 7.00 Hours | 350.00 |
| | **TOTAL DUE >>>** | **$1,100.00** |
| | AFTER 12/7/2013 PAY | $1,155.00 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46381 BU ID : 44-SoCal-V
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 60214 Invoice Date : 11/6/2013
**Total Due : $ 1,100.00**
AFTER 12/7/2013 PAY $1,155.00

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59136 | 11/6/2013 | 46617 |
| Job Date | Case No. | |
| 10/18/2013 | 11-CV-01846-LHK | |
| Case Name | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| Payment Terms | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Jin Hwan Kwak - FULL/REDACTED/EXCERPT for Wilmer & Quinn only | 227.00 Pages | 1,475.50 |
| Realtime | 196.00 Pages | 196.00 |
| Rough ASCII | 196.00 Pages | 196.00 |
| Evening Attendance | | 175.00 |
| Exhibits | 31.00 Pages | 7.75 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$2,125.25** |
| | AFTER 12/7/2013 PAY | $2,231.51 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46617 BU ID : 43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59136 Invoice Date : 11/6/2013
**Total Due : $ 2,125.25**
AFTER 12/7/2013 PAY $2,231.51

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60222 | 11/6/2013 | 46618 |
| **Job Date** | **Case No.** | |
| 10/18/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Jin Hwan Kwak

| | | |
|---|---|---|
| Videographer Hourly Rate | 11.00 | 825.00 |
| Synchronization | 7.50 Hours | 375.00 |
| | **TOTAL DUE >>>** | **$1,200.00** |
| | AFTER 12/7/2013 PAY | $1,260.00 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46618 BU ID :44-SoCal-V
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 60222 Invoice Date :11/6/2013
**Total Due : $ 1,200.00**
AFTER 12/7/2013 PAY $1,260.00

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**