**Schedule D-2 (Hearing and Trial Transcripts)**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|
| 10/3/2013 | 20081379 | Summer Fisher, CSR | Reporter's Transcript of Proccedings on October 1, 2013 * | $ 633.75 | $ 633.75 |
| 10/23/2013 | 20081397 | Summer Fisher, CSR | Reporter's Transcript of Proccedings on October 22, 2013 * | $ 802.75 | $ 802.75 |
| | | | | Total | $ 1,436.50 |

\* (Billed to Apple but not paid as of filing date)