# EXHIBIT D-2

AO44
(Rev 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO: 20081379

**MAKE CHECKS PAYABLE TO:**

Mark Selwyn
Wilmer Hale, Palo Alto
950 Page Mill Road
Palo Alto, CA 94304

Phone: (650) 858-6031

mark.selwyn@wilmerhale.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone: (408) 288-6150

summer_fisher@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 10-02-2013

DATE DELIVERED: 10-02-2013

Case Style: CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

10/1/13 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 75 | 7.25 | 543.75 | 75 | 1.20 | 90.00 | | | | 633.75 |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                                 MISC. CHARGES:

TOTAL: 633.75
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $633.75

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: [signature]                                           DATE: 10-03-2013

(All previous editions of this form are cancelled and should be destroyed)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN CALIFORNIA ||||||||||
| | INVOICE NO: 20081397 ||||||||||

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Mark Selwyn<br>Wilmer Hale, Palo Alto<br>950 Page Mill Road<br>Palo Alto, CA 94304<br><br>Phone: (650) 858-6031<br><br>mark.selwyn@wilmerhale.com | SUMMER FISHER<br>Official Court Reporter<br>280 S. First Street<br>Room 2112<br>San Jose, CA 95113<br>Phone: (408) 288-6150<br><br>summer_fisher@cand.uscourts.gov |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 10-23-2013 | DATE DELIVERED: 10-23-2013 |
|---|---|---|

Case Style: CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

10/22/13 Judge Grewal

| CATEGORY | ORIGINAL ||| 1ST COPY ||| 2ND COPY ||| TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 95 | 7.25 | 688.75 | 95 | 1.20 | 114.00 | | | | 802.75 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES | |
|---|---|---|
| | TOTAL: | 802.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $802.75 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 10-23-2013 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)