**Schedule E-1 (Costs of Making Copies)**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount | Pre-Tax Amount ^ | Adjusted Tax Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 7/31/2012 | 18852R | eLitigation Solutions | Blowbacks | $ 431.93 | $ 360.00 | $ 30.15 | $ 390.15 |
| 7/31/2012 | 18869R | eLitigation Solutions | Blowbacks | $ 9,550.28 | $ 8,469.25 | $ 709.30 | $ 9,178.55 |
| 8/2/2012 | 18867R | eLitigation Solutions | Blowbacks | $ 389.26 | $ 331.68 | $ 27.78 | $ 359.46 |
| 8/3/2012 | 18840 | eLitigation Solutions | Blowbacks | $ 1,249.78 | $ 1,092.20 | $ 91.47 | $ 1,183.67 |
| 8/7/2012 | 1202664 | W9 Microsolutions | Blowbacks | $ 7,874.32 | $ 5,889.70 | $ 485.90 | $ 6,375.60 |
| 8/7/2012 | 1202665 | W9 Microsolutions | Blowbacks | $ 3,827.48 | $ 3,255.03 | $ 268.54 | $ 3,523.57 |
| 8/7/2012 | 1202666 | W9 Microsolutions | Blowbacks | $ 798.89 | $ 618.00 | $ 50.99 | $ 668.99 |
| 8/7/2012 | 1202663 | W9 Microsolutions | Blowbacks | $ 2,297.07 | $ 1,979.00 | $ 163.27 | $ 2,142.27 |
| 8/7/2012 | 1202667 | W9 Microsolutions | Blowbacks | $ 699.05 | $ 597.77 | $ 49.32 | $ 647.09 |
| 8/14/2012 | 18898R | eLitigation Solutions | Blowbacks | $ 6,648.64 | $ 5,850.60 | $ 489.99 | $ 6,340.59 |
| 8/14/2012 | 18896R | eLitigation Solutions | Blowbacks | $ 1,318.14 | $ 1,164.68 | $ 97.54 | $ 1,262.22 |
| 8/14/2012 | 18897R | eLitigation Solutions | Blowbacks | $ 9,114.17 | $ 8,094.85 | $ 677.94 | $ 8,772.79 |
| 8/15/2012 | 1202704 | W9 Microsolutions | Blowbacks | $ 9,037.66 | $ 7,583.63 | $ 625.65 | $ 8,209.28 |
| 8/20/2012 | 1202745 | W9 Microsolutions | Blowbacks | $ 1,157.89 | $ 996.14 | $ 82.18 | $ 1,078.32 |
| 8/20/2012 | 1202746 | W9 Microsolutions | Blowbacks | $ 1,239.25 | $ 1,036.80 | $ 85.54 | $ 1,122.34 |
| 8/20/2012 | 1202747 | W9 Microsolutions | Blowbacks | $ 2,046.66 | $ 1,727.18 | $ 142.49 | $ 1,869.67 |
| 8/20/2012 | 1202748 | W9 Microsolutions | Blowbacks | $ 5,111.59 | $ 4,546.52 | $ 375.09 | $ 4,921.61 |
| 8/20/2012 | 1202751 | W9 Microsolutions | Blowbacks | $ 1,185.88 | $ 1,002.50 | $ 82.71 | $ 1,085.21 |
| 8/20/2012 | 1202752 | W9 Microsolutions | Blowbacks | $ 773.42 | $ 634.53 | $ 52.35 | $ 686.88 |
| 8/20/2012 | 1202740 | W9 Microsolutions | Blowbacks | $ 1,150.48 | | | $ 1,150.48 |
| 8/20/2012 | 1202741 | W9 Microsolutions | Blowbacks | $ 238.70 | $ 154.51 | $ 12.75 | $ 167.26 |
| 8/20/2012 | 1202743 | W9 Microsolutions | Blowbacks | $ 431.43 | $ 335.55 | $ 27.68 | $ 363.23 |
| 8/20/2012 | 1202744 | W9 Microsolutions | Blowbacks | $ 112.32 | $ 42.26 | $ 3.49 | $ 45.75 |
| 8/20/2012 | 1202739 | W9 Microsolutions | Blowbacks | $ 2,408.76 | $ 2,027.18 | $ 167.24 | $ 2,194.42 |
| 8/20/2012 | 1202742 | W9 Microsolutions | Blowbacks | $ 401.37 | $ 307.78 | $ 25.39 | $ 333.17 |
| | | | **Total** | | | | $ 64,072.57 |

^ (Copy / Blowback charges only)