# EXHIBIT E-1



# Invoice

| | |
|---|---|
| **Invoice Number:** | 18852R |
| **Invoice Date:** | 7/31/2012 |
| **eLit Tax Identification No:** | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Wilmer Cutler Pickering Hale
950 Page Mill Road
Palo Alto, CA 94304 USA

**Ship To:**

Wilmer Cutler Pickering Hale
Fairmont Plaza
50 W. San Fernando Street
5th Floor
San Jose, CA 95113

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| 400.201207301... | 1033300-00137 | Net 30 | 07/30/2012 | MS | Lanta Chase |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 660 | Pages of Heavy Grade Copies - Black and White | 0.12 | 79.20T |
| 624 | Pages of Color Copies | 0.45 | 280.80T |
| 51 | Standard Tabs | 0.25 | 12.75T |
| 27 | Custom Tabs | 0.40 | 10.80T |
| 3 | Binders - 1.5 inch, D-ring | 5.00 | 15.00T |
| | CASE NAME:<br>APPLE v. SAMSUNG<br><br>REFERENCE:<br>Hard Copy Request | | |

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| **Subtotal** | $398.55 |
| **Sales Tax (8.375%)** | $33.38 |
| **Total** | $431.93 |

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was "Sold To".

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____



# Invoice

| | |
|---|---|
| **Invoice Number:** | 18869R |
| **Invoice Date:** | 7/31/2012 |
| **eLit Tax Identification No:** | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Wilmer Cutler Pickering Hale
950 Page Mill Road
Palo Alto, CA 94304 USA

**Ship To:**

Wilmer Cutler Pickering Hale
Fairmont Plaza
50 W. San Fernando Street
5th Floor
San Jose, CA 95113

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| 400.201207291... | 1033300-00137 | Net 30 | 07/29/2012 | MS | Ernest Aglipay |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 17,512 | Pages of Blowbacks - Reassembled Black and White | 0.10 | 1,751.20T |
| 14,929 | Pages of Blowbacks - Color | 0.45 | 6,718.05T |
| 2 | Binders - 2 inch Black, D-ring | 6.00 | 12.00T |
| 22 | Binders - 3 inch Black, D-ring | 8.00 | 176.00T |
| 4 | Binders - 4 inch Black, D-ring | 13.00 | 52.00T |
| 412 | Standard Tabs | 0.25 | 103.00T |
| | CASE NAME: APPLE v. SAMSUNG | | |
| | REFERENCE: JOINT TRIAL EXHIBITS<br>Joint Trial Exhibits<br>Apple Trial Exhibits<br>Samsung Trial Exhibits | | |

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| Subtotal | $8,812.25 |
| Sales Tax (8.375%) | $738.03 |
| **Total** | **$9,550.28** |

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____



# Invoice

| | |
|---|---|
| **Invoice Number:** | 18867R |
| **Invoice Date:** | 8/2/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Wilmer Cutler Pickering Hale
950 Page Mill Road
Palo Alto, CA 94304 USA

**Ship To:**

Wilmer Cutler Pickering Hale
Fairmont Plaza
50 W. San Fernando Street
5th Floor
San Jose, CA 95113

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| 400.201208020... | 1033300-00137 | Net 30 | 08/02/2012 | MS | Lanta Chase |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,384 | Pages of Heavy Grade Copies - Black and White | 0.12 | 166.08T |
| 368 | Pages of Color Copies | 0.45 | 165.60T |
| 62 | Standard Tabs | 0.25 | 15.50T |
| 2 | Binders - 2 inch Black, D-ring | 6.00 | 12.00T |
| | CASE NAME: APPLE v SAMSUNG | | |
| | REFERENCE: Hard Copy Request | | |

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| **Subtotal** | $359.18 |
| **Sales Tax (8.375%)** | $30.08 |
| **Total** | **$389.26** |

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was "Sold To".

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____



## Invoice

| | |
|---|---|
| **Invoice Number:** | 18840 |
| **Invoice Date:** | 8/3/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Wilmer Cutler Pickering Hale
1117 California Avenue
Palo Alto, CA 94304

**Ship To:**

Wilmer Cutler Pickering Hale
1117 California Avenue
Palo Alto, CA 94304

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| 400.201208021... | 1033300-00137 | Net 30 | 08/02/2012 | MS | Ernest Aglipay |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,956 | Pages of Blowbacks - Reassembled Black and White | 0.10 | 395.60T |
| 1,548 | Pages of Blowbacks - Color | 0.45 | 696.60T |
| 2 | Binders - 1.5 inch Black and White, D-ring | 5.00 | 10.00T |
| 4 | Binders - 3 inch Black, D-ring | 8.00 | 32.00T |
| 76 | Standard Tabs | 0.25 | 19.00T |
| | CASE NAME: APPLE v. SAMSUNG | | |

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| **Subtotal** | $1,153.20 |
| **Sales Tax (8.375%)** | $96.58 |
| **Total** | **$1,249.78** |

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

Received/Approved:X_____

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2012 | 1202664 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/6/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,310 | BLOWBACK - B&W | 0.07 | 91.70T |
| 11,594 | BLOWBACK - COLOR | 0.50 | 5,797.00T |
| 12 | BINDERS - 4" BLACK BINDERS | 18.00 | 216.00T |
| 754 | CUSTOM TABS | 1.25 | 942.50T |
| 132 | REGULAR TABS | 0.25 | 33.00T |
| 6 | LABOR (ORGANIZING THE BINDERS) | 35.00 | 210.00 |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/2/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $584.12 |
| Total | $7,874.32 |

Tax ID Number: 94-3342914


WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2012 | 1202665 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/6/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 8,829 | BLOWBACK - B&W | 0.07 | 618.03T |
| 5,274 | BLOWBACK - COLOR | 0.50 | 2,637.00T |
| 243 | REGULAR SIDE NUMBER TABS | 0.25 | 60.75T |
| 9 | BINDERS - 1.5" BINDER | 12.00 | 108.00T |
| 8 | BINDERS - 3" BINDER | 14.00 | 112.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/3/2012 | | |

Thank you for your business.

| Sales Tax (8.25%) | $291.70 |
|-------------------|---------|
| **Total** | **$3,827.48** |

Tax ID Number: 94-3342914

## WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2012 | 1202666 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/6/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 5,905 | MEDIUM LITIGATION COPYING | 0.10 | 590.50T |
| 55 | LITIGATION COPYING - COLOR | 0.50 | 27.50T |
| 10 | BINDERS - 2" BINDER | 12.00 | 120.00T |
| | | | |
| | WORK REQUEST BY ERNEST AGLIPAY FROM 8/3/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $60.89 |
| **Total** | $798.89 |

Tax ID Number: 94-3342914

WARP

# Invoice

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

| DATE | INVOICE # |
|------|-----------|
| 8/7/2012 | 1202663 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/6/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4,100 | BLOWBACK - B&W | 0.07 | 287.00T |
| 3,384 | BLOWBACK - COLOR | 0.50 | 1,692.00T |
| 9 | BINDERS - 2" BINDER | 12.00 | 108.00T |
| 140 | REGULAR TABS | 0.25 | 35.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 7/30/2012 | | |

Thank you for your business.

| Sales Tax (8.25%) | $175.07 |
|-------------------|---------|
| **Total** | $2,297.07 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2012 | 1202667 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/6/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,711 | BLOWBACK - B&W | 0.07 | 189.77T |
| 816 | BLOWBACK - COLOR | 0.50 | 408.00T |
| 3 | BINDERS - 3" BINDER | 14.00 | 42.00T |
| 24 | REGULAR TABS | 0.25 | 6.00T |
| | WORK REQUEST BY ERNEST AGLIPAY FROM 8/4/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $53.28 |
| **Total** | $699.05 |

Tax ID Number: 94-3342914



# Invoice

| | |
|---|---|
| **Invoice Number:** | 18898R |
| **Invoice Date:** | 8/14/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Wilmer Cutler Pickering Hale
950 Page Mill Road
Palo Alto, CA 94304 USA

**Ship To:**

Wilmer Cutler Pickering Hale
Fairmont Plaza
50 W. San Fernando Street
5th Floor
San Jose, CA 95113

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| 400.201208121... | 1033300-00137 | Net 30 | 08/12/2012 | MS | Ernie Aglipay |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 14,784 | Pages of Blowbacks - Reassembled Black and White | 0.10 | 1,478.40T |
| 9,716 | Pages of Blowbacks - Color | 0.45 | 4,372.20T |
| 27 | Binders - 3 inch White, D-ring | 8.00 | 216.00T |
| 273 | Standard Tabs | 0.25 | 68.25T |
| | CASE NAME: APPLE v. SAMSUNG | | |
| | REFERENCE:<br>Yang Cross Witness Binder | | |

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| **Subtotal** | $6,134.85 |
| **Sales Tax (8.375%)** | $513.79 |
| **Total** | **$6,648.64** |

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

Received/Approved:X_____



# Invoice

| | |
|---|---|
| **Invoice Number:** | 18896R |
| **Invoice Date:** | 8/14/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Wilmer Cutler Pickering Hale
950 Page Mill Road
Palo Alto, CA 94304 USA

**Ship To:**

Wilmer Cutler Pickering Hale
Fairmont Plaza
50 W. San Fernando Street
5th Floor
San Jose, CA 95113

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| 400.201208081... | 1033300-00137 | Net 30 | 08/08/2012 | MS | Mattew T. Hoff |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 224 | Pages of Heavy Grade Copies - Black and White | 0.12 | 26.88T |
| 2,524 | Pages of Heavy Grade Copies | 0.45 | 1,135.80T |
| 16 | Standard Tabs | 0.25 | 4.00T |
| 64 | Custom Tabs | 0.40 | 25.60T |
| 4 | Binders - 2 inch Black, D-ring | 6.00 | 24.00T |
| | CASE NAME: APPLE v. SAMSUNG | | |
| | REFERENCE: Hard Copy Request | | |

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| **Subtotal** | $1,216.28 |
| **Sales Tax (8.375%)** | $101.86 |
| **Total** | **$1,318.14** |

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____



## Invoice

| | |
|---|---|
| **Invoice Number:** | 18897R |
| **Invoice Date:** | 8/14/2012 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Wilmer Cutler Pickering Hale
950 Page Mill Road
Palo Alto, CA 94304 USA

**Ship To:**

Wilmer Cutler Pickering Hale
Fairmont Plaza
50 W. San Fernando Street
5th Floor
San Jose, CA 95113

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| 400.201208081... | 1033300-00137 | Net 30 | 08/08/2012 | MS | Mattew T. Hoff |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 15,514 | Pages of Blowbacks - Reassembled Black and White | 0.10 | 1,551.40T |
| 14,541 | Pages of Blowbacks - Color | 0.45 | 6,543.45T |
| 2 | Binders - 2 inch Black, D-ring | 6.00 | 12.00T |
| 15 | Binders - 3 inch Black, D-ring | 8.00 | 120.00T |
| 4 | Binders - 4 inch Black, D-ring | 13.00 | 52.00T |
| 1 | Binders - 5 inch Black, D-ring | 20.00 | 20.00T |
| 444 | Standard Tabs | 0.25 | 111.00T |

CASE NAME:  APPLE v. SAMSUNG

REFERENCE: JOINT TRIAL EXHIBITS
Joint Trial Exhibits
Apple Trial Exhibits
Samsung Trial Exhibits
Expert Reports

**PLEASE PAY FROM THIS INVOICE**

| | |
|---|---|
| Subtotal | $8,409.85 |
| Sales Tax (8.375%) | $704.32 |
| **Total** | **$9,114.17** |

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was "Sold To".

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Received/Approved:X_____

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/15/2012 | 1202704 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/14/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 25,459 | BLOWBACK - B&W | 0.07 | 1,782.13T |
| 11,603 | BLOWBACK - COLOR | 0.50 | 5,801.50T |
| 373 | TABS - SIDE NUMBER TABS | 0.25 | 93.25T |
| 42 | BINDERS - 3" BINDER | 14.00 | 588.00T |
| 7 | BINDERS - 2" BINDER | 12.00 | 84.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/12/2012 | | |

Thank you for your business.

| | |
|--|--|
| Sales Tax (8.25%) | $688.78 |
| **Total** | $9,037.66 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202745 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3,602 | BLOWBACK - B&W | 0.07 | 252.14T |
| 1,488 | BLOWBACK - COLOR | 0.50 | 744.00T |
| 54 | TABS - SIDE NUMBER TABS | 0.25 | 13.50T |
| 6 | BINDERS - 1" BINDER | 10.00 | 60.00T |
| | WORK REQUESTED BY CHASE LANTA FROM 8/15/2012 | | |

Thank you for your business.

| | Sales Tax (8.25%) | $88.25 |
|---|-------------------|--------|
| | **Total** | $1,157.89 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/20/2012 | 1202746 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 5,940 | BLOWBACK - B&W | 0.07 | 415.80T |
| 1,242 | BLOWBACK - COLOR | 0.50 | 621.00T |
| 96 | TABS - REGULAR SIDE NUMBER TAB | 0.25 | 24.00T |
| 6 | BINDERS - 3" BINDER | 14.00 | 84.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/16/2012 | | |

Thank you for your business.

| Sales Tax (8.25%) | $94.45 |
|---|---|
| **Total** | $1,239.25 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202747 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 7,674 | BLOWBACK - B&W | 0.07 | 537.18T |
| 2,380 | BLOWBACK - COLOR | 0.50 | 1,190.00T |
| 78 | TABS - REGULAR SIDE NUMBER TABS | 0.25 | 19.50T |
| 6 | BINDERS - 3" BINDER | 14.00 | 84.00T |
| 6 | BINDERS - 1" BINDER | 10.00 | 60.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/16/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $155.98 |
| **Total** | $2,046.66 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202748 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,336 | BLOWBACK - B&W | 0.07 | 93.52T |
| 8,906 | BLOWBACK - COLOR | 0.50 | 4,453.00T |
| 78 | TABS - REGULAR SIDE NUMEBR TABS | 0.25 | 19.50T |
| 6 | BINDERS - 3" BINDER | 14.00 | 84.00T |
| 6 | BINDERS - 1.5" BINDER | 12.00 | 72.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/15/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $389.57 |
| **Total** | $5,111.59 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202751 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-0013/ | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,250 | BLOWBACK - B&W | 0.07 | 157.50T |
| 1,690 | BLOWBACK - COLOR | 0.50 | 845.00T |
| 36 | TABS - REGULAR TABS | 0.25 | 9.00T |
| 6 | BINDERS - 2.5" BINDER | 14.00 | 84.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/15/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $90.38 |
| **Total** | $1,185.88 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202752 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-0013/ | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3,429 | BLOWBACK - B&W | 0.07 | 240.03T |
| 789 | BLOWBACK - COLOR | 0.50 | 394.50T |
| 5 | BINDERS - 2" BINDER | 12.00 | 60.00T |
| 57 | TABS - SPECIAL TABS | 0.35 | 19.95T |
| | | | |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/17/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $58.94 |
| **Total** | $773.42 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202740 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4,240 | BLOWBACK - B&W | 0.07 | 296.80T |
| 1,532 | BLOWBACK - COLOR | 0.50 | 766.00T |
| | | | |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/15/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $87.68 |
| **Total** | $1,150.48 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA  94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202741 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 43 | BLOWBACK - B&W | 0.07 | 3.01T |
| 303 | BLOWBACK - COLOR | 0.50 | 151.50T |
| 24 | TABS – SIDE NUMBER TABS | 0.25 | 6.00T |
| 6 | BINDERS – 1" BINDER | 10.00 | 60.00T |
| | WORK REQUEST BY LANTA CHASE FROM 8/15/2012 | | |

Thank you for your business.

| Sales Tax (8.25%) | $18.19 |
|-------------------|--------|
| **Total** | $238.70 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202743 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 15 | BLOWBACK - B&W | 0.07 | 1.05T |
| 669 | BLOWBACK - COLOR | 0.50 | 334.50T |
| 6 | BINDERS - 1" BINDER | 10.00 | 60.00T |
| 12 | TABS - SIDE NUMBER TABS | 0.25 | 3.00T |
| | WORK REQUEST BY LANTA CHASE FROM 8/15/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $32.88 |
| **Total** | $431.43 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202744 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 118 | BLOWBACK - B&W | 0.07 | 8.26T |
| 68 | BLOWBACK - COLOR | 0.50 | 34.00T |
| 6 | TABS - SIDE NUMBER TABS | 0.25 | 1.50T |
| 6 | BINDERS - 1" BINDER | 10.00 | 60.00T |
| | WORK REQUEST BY LANTA CHASE FROM 8/15/2012 | | |

Thank you for your business.

| Sales Tax (8.25%) | $8.56 |
|-------------------|-------|
| **Total** | $112.32 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #   415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202739 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 7,674 | BLOWBACK - B&W | 0.07 | 537.18T |
| 2,980 | BLOWBACK - COLOR | 0.50 | 1,490.00T |
| 168 | TABS - SIDE NUMBER TABS | 0.25 | 42.00T |
| 6 | BINDERS - 3" BINDER | 14.00 | 84.00T |
| 6 | BINDERS - 1.5" BINDER | 12.00 | 72.00T |
| | WORK REQUEST BY MATTHEW HOFF FROM 8/15/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $183.58 |
| **Total** | $2,408.76 |

Tax ID Number: 94-3342914

# WARP

665 Third Street
Suite 527
San Francisco, CA 94107

Phone #  415-512-8900

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/20/2012 | 1202742 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|----------|-------|----------|
| CM #1033300-00137 | Net 30 | 9/19/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 54 | BLOWBACK - B&W | 0.07 | 3.78T |
| 608 | BLOWBACK - COLOR | 0.50 | 304.00T |
| 12 | TABS - SIDE NUMBER TABS | 0.25 | 3.00T |
| 6 | BINDERS - 1" BINDER | 10.00 | 60.00T |
| | WORK REQUEST BY 8/15/2012 | | |

Thank you for your business.

| Sales Tax (8.25%) | $30.59 |
|-------------------|--------|
| **Total** | $401.37 |

Tax ID Number: 94-3342914