**Schedule E-2 (Trial Graphics and Demonstratives)**

| Invoice Date | Invoice No. | Vendor | Description | Total Invoice Amount | Amount Not Claimed ^ | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 8/19/2011 | 3391 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 5,096.00 | | $ 5,096.00 |
| 9/26/2011 | 3412 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 30,758.94 | | $ 30,758.94 |
| 10/24/2011 | 3436 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 8,990.00 | | $ 8,990.00 |
| 11/29/2011 | 3451 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 20,111.50 | | $ 20,111.50 |
| 1/3/2012 | 3470 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 1,862.00 | | $ 1,862.00 |
| 2/2/2012 | 3488 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 3,752.00 | | $ 3,752.00 |
| 3/6/2012 | 3518 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 4,698.00 | $ 1,413.00 | $ 3,285.00 |
| 3/26/2012 | 3525 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 16,393.00 | | $ 16,393.00 |
| 3/27/2012 | 3532 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 3,527.89 | | $ 3,527.89 |
| 4/19/2012 | 3548 | Fulcrum Legal Graphics | Graphics/Demonstratives | $ 22,706.50 | | $ 22,706.50 |
| 8/5/2012 | WH-APPLE-ND-1 | Impact Trial Consulting | Trial Graphics | $ 134,049.16 | $ 38,857.91 | $ 95,191.25 |
| 9/4/2012 | WH-APPLE-ND-2 | Impact Trial Consulting | Trial Graphics | $ 212,048.58 | $ 90,842.33 | $ 121,206.25 |
| 8/21/2012 | 1202760 | W9 Microsolutions | Demonstratives | $ 1,948.50 | | $ 1,948.50 |
| | | | Total | | | $ 332,880.33 |

^ (Consultation, Meetings, Trial Technical Support, Equipment Rental, Expenses)