# EXHIBIT E-2

# Part 1

# Fulcrum Legal Graphics
Invoice[1]

August 19, 2011

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
**EIN: 94-3289857**

Re: Apple v. Samsung (WH)
Fulcrum File Number: 1093.092

*Invoice Period: August 1 to August 15, 2011*                    Invoice Number: 3391

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $ 310.00 | 3.60 | 0.00 | 3.60 | $ 1,116.00 |
| Wes Wozniak | Producer | $ 170.00 | 19.00 | 0.00 | 19.00 | $ 3,230.00 |
| Stephen Busfield | Graphic Artist/Animator | $ 180.00 | 2.50 | 0.00 | 2.50 | $ 450.00 |
| Sofia Stephens | Graphic Artist | $ 150.00 | 2.00 | 0.00 | 2.00 | $ 300.00 |

*Total Tax on Labor: $0.00*

## Total Charges:

Please see itemized bill for details

Professional Services:  $    5,096.00

TOTAL: $    5,096.00

[1]Terms: Net 30 Days. Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
### Itemized Charges

| Professional Services | | Regular | Taxable |
|---|---|---|---|

**C.J. Hickey**
*Vice President*

| | | Regular | Taxable |
|---|---|---|---|
| 08/10/11 | Graphics and animation design | 1.50 | |
| 08/11/11 | Graphics and animation design | 1.80 | |
| 08/12/11 | Design and produce graphics | 0.30 | |
| | Total Hours: | **3.60** | **0.00** |

**Wes Wozniak**
*Producer*

| | | Regular | Taxable |
|---|---|---|---|
| 08/09/11 | Client phone call; graphics production | 1.30 | |
| 08/10/11 | Graphics production | 4.30 | |
| 08/11/11 | Graphics production | 4.60 | |
| 08/12/11 | Graphics production | 5.40 | |
| 08/15/11 | Graphics production | 3.40 | |
| | Total Hours: | **19.00** | **0.00** |

**Stephen Busfield**
*Graphic Artist/Animator*

| | | Regular | Taxable |
|---|---|---|---|
| 08/11/11 | Graphics production | 2.50 | |
| | Total Hours: | **2.50** | **0.00** |

**Sofia Stephens**
*Graphic Artist*

| | | Regular | Taxable |
|---|---|---|---|
| 08/11/11 | Graphics production | 1.00 | |
| 08/12/11 | Graphics production | 1.00 | |
| | Total Hours: | **2.00** | **0.00** |

# Fulcrum Legal Graphics

Invoice[1]

September 26, 2011

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
EIN: 94-3289857

Re: Apple v. Samsung (WH)
Fulcrum File Number: 1093.092

*Invoice Period: August 15 to September 15, 2011*          Invoice Number: 3412

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $ 310.00 | 55.30 | 0.00 | 55.30 | $ 17,143.00 |
| Wes Wozniak | Producer | $ 180.00 | 3.70 | 0.00 | 3.70 | $ 666.00 |
| Stephen Busfield | Graphic Artist/Animator | $ 180.00 | 67.65 | 0.00 | 67.65 | $ 12,177.00 |
| Sofia Stephens | Graphic Artist | $ 150.00 | 5.00 | 0.00 | 5.00 | $ 750.00 |

*Total Tax on Labor: $0.00*

**Total Charges:**

Please see itemized bill for details

Professional Services: $ 30,736.00
Expenses: $        22.94

**TOTAL: $ 30,758.94**

[1] Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
## Itemized Charges

| Professional Services | | Regular | Taxable |
|---|---|---|---|

**C.J. Hickey**
*Vice President*

| | | Regular | Taxable |
|---|---|---|---|
| 08/19/11 | Design and produce graphics | 2.10 | |
| 08/23/11 | Design and produce graphics | 2.50 | |
| 08/24/11 | Design and produce graphics | 0.80 | |
| 08/26/11 | Design and produce graphics | 4.10 | |
| 08/29/11 | Design and produce graphics | 2.70 | |
| 08/30/11 | Design and produce graphics | 1.10 | |
| 08/31/11 | Design and produce graphics | 6.90 | |
| 09/01/11 | Design and produce graphics | 0.70 | |
| 09/02/11 | Design and produce graphics | 2.40 | |
| 09/06/11 | Design and produce graphics | 6.60 | |
| 09/07/11 | Design and produce graphics | 4.70 | |
| 09/08/11 | Design and produce graphics | 2.20 | |
| 09/09/11 | Design and produce graphics | 5.50 | |
| 09/12/11 | Design and produce graphics | 6.80 | |
| 09/13/11 | Design and produce graphics | 6.20 | |
| | **Total Hours:** | **55.30** | **0.00** |

**Wes Wozniak**
*Producer*

| | | Regular | Taxable |
|---|---|---|---|
| 08/26/11 | Graphics production | 2.10 | |
| 08/30/11 | Graphics production | 1.20 | |
| 08/31/11 | Graphics production | 0.40 | |
| | **Total Hours:** | **3.70** | **0.00** |

**Stephen Busfield**
*Graphic Artist/Animator*

| | | Regular | Taxable |
|---|---|---|---|
| 08/19/11 | Graphics production | 1.25 | |
| 08/26/11 | Graphics production | 5.25 | |
| 08/29/11 | Graphics production | 4.00 | |
| 08/30/11 | Graphics production | 6.50 | |
| 08/31/11 | Graphics production | 9.65 | |
| 09/02/11 | Graphics production | 4.80 | |
| 09/06/11 | Powerpoint animation | 13.75 | |
| 09/07/11 | Powerpoint animation | 9.00 | |
| 09/08/11 | Powerpoint animation | 13.45 | |
| | **Total Hours:** | **67.65** | **0.00** |

T = Taxable Item

Invoice Number: 3412

# Fulcrum Legal Graphics
Itemized Charges

| Professional Services (cont.) | | Regular | Taxable |
|---|---|---|---|

Sofia Stephens
*Graphic Artist*

| | | | |
|---|---|---|---|
| 08/24/11 | Graphics production | 3.00 | |
| 08/26/11 | Graphics production | 2.00 | |
| | Total Hours: | **5.00** | **0.00** |

| Expenses | | | tax |
|---|---|---|---|
| 08/10/11 | Patent downloads | $ | 22.94 |
| | Total Expenses: $ | | **22.94** |

T = Taxable Item

Invoice Number: 3412

# Fulcrum Legal Graphics
Invoice[1]

October 24, 2011

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
**EIN: 94-3289857**

Re: Apple v. Samsung (WH)
Fulcrum File Number:  1093.092

*Invoice Period:  September 16 to October 15, 2011*       Invoice Number: 3436

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $  310.00 | 29.00 | 0.00 | 29.00 | $  8,990.00 |
| * Total Tax on Labor: $0.00 | | | | | | |

## Total Charges:

Please see itemized bill for details

Professional Services:  $   8,990.00

TOTAL:  **$   8,990.00**

[1] Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
Itemized Charges

| Professional Services | | Regular | Taxable |
|---|---|---|---|

C.J. Hickey
*Vice President*

| Date | Description | Regular | Taxable |
|---|---|---|---|
| 09/16/11 | Design and produce graphics | 1.40 | |
| 09/20/11 | Design and produce graphics | 4.80 | |
| 09/21/11 | Design and produce graphics | 6.10 | |
| 09/22/11 | Design and produce graphics | 1.40 | |
| 09/27/11 | Design and produce graphics | 0.20 | |
| 09/30/11 | Design and produce graphics | 7.10 | |
| 10/04/11 | Design and produce graphics | 4.50 | |
| 10/05/11 | Design and produce graphics | 2.40 | |
| 10/06/11 | Design and produce graphics | 1.10 | |
| | Total Hours: | 29.00 | 0.00 |

T – Taxable Item

Invoice Number: 3436

# Fulcrum Legal Graphics
Invoice[1]

November 29, 2011

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

Please Remit Payment To:

Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
EIN: 94-3289857

Re: Apple v. Samsung (WH)
Fulcrum File Number: 1093.092

Invoice Period: October 16 to November 15, 2011                Invoice Number: 3451

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $ 310.00 | 49.40 | 0.00 | 49.40 | $ 15,314.00 |
| Kim King | Senior Media Artist | $ 190.00 | 25.25 | 0.00 | 25.25 | $ 4,797.50 |
| Total Tax on Labor: $0.00 | | | | | | |

## Total Charges:

Please see itemized bill for details                    Professional Services:  $   20,111.50

TOTAL: $   20,111.50

[1]Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
### Itemized Charges

**Professional Services** ~~~~~~~~ Regular ~~~~~~~~

C.J. Hickey
*Vice President*

| | | | |
|---|---|---|---|
| 10/25/11 | Design & produce graphics | 3.80 | |
| 10/26/11 | Design & produce graphics | 2.10 | |
| 10/27/11 | Design & produce graphics | 0.10 | |
| 11/05/11 | Design & produce graphics | 1.40 | |
| 11/06/11 | Design & produce graphics | 5.30 | |
| 11/07/11 | Design & produce graphics | 1.40 | |
| 11/08/11 | Design & produce graphics | 4.20 | |
| 11/09/11 | Design & produce graphics | 4.00 | |
| 11/10/11 | Design & produce graphics | 7.50 | |
| 11/11/11 | Design & produce graphics | 6.10 | |
| 11/12/11 | Design & produce graphics | 8.40 | |
| 11/13/11 | Design & produce graphics | 5.10 | |
| | **Total Hours:** | **49.40** | **0.00** |

Kim King
*Senior Media Artist*

| | | | |
|---|---|---|---|
| 11/08/11 | Graphics production | 0.75 | |
| 11/09/11 | Graphics production | 4.25 | |
| 11/10/11 | Graphics production | 4.25 | |
| 11/11/11 | Graphics production | 7.50 | |
| 11/12/11 | Graphics production | 4.50 | |
| 11/13/11 | Graphics production | 4.00 | |
| | **Total Hours:** | **25.25** | **0.00** |

# Fulcrum Legal Graphics
Invoice[1]



January 3, 2012

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
EIN: 94-3289857

Re: Apple v. Samsung (WH)
Fulcrum File Number: 1093.092

*Invoice Period: December 1 to December 15, 2011*                    Invoice Number: 3470

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $ 310.00 | 2.00 | 0.00 | 2.00 | $ 620.00 |
| Wes Wozniak | Senior Producer / Media Artist | $ 180.00 | 6.90 | 0.00 | 6.90 | $ 1,242.00 |

*Total Tax on Labor: $0.00*

## Total Charges:

Please see itemized bill for details

Professional Services: $   1,862.00

TOTAL: $   1,862.00

[1]Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization



# Fulcrum Legal Graphics
Itemized Charges

| Professional Services | | | Regular | Taxable |
|---|---|---|---|---|

**C.J. Hickey**
*Vice President*

| | | | | |
|---|---|---|---|---|
| 12/08/11 | Design and produce graphics | | 0.60 | |
| 12/09/11 | Design and produce graphics | | 1.40 | |
| | | Total Hours: | **2.00** | **0.00** |

**Wes Wozniak**
*Senior Producer / Media Artist*

| | | | | |
|---|---|---|---|---|
| 12/08/11 | Graphics production | | 0.60 | |
| 12/09/11 | Graphics production | | 3.70 | |
| 12/13/11 | Graphics production | | 2.60 | |
| | | Total Hours: | **6.90** | **0.00** |

# Fulcrum Legal Graphics
Invoice[1]

February 2, 2012

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
**EIN: 94-3289857**

Re: Apple v. Samsung (WH)
Fulcrum File Number:  1093.092

*Invoice Period: December 16, 2011 to January 15, 2012*

Invoice Number: 3488
revised

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| Tim Merrill-Palethorpe | Senior Vice President | $ 350.00 | 6.50 | 0.00 | 6.50 | $ 2,275.00 |
| C.J. Hickey | Vice President | $ 310.00 | 0.70 | 0.00 | 0.70 | $ 217.00 |
| Stephen Busfield | Senior Media Artist | $ 180.00 | 7.00 | 0.00 | 7.00 | $ 1,260.00 |

*Total Tax on Labor: $0.00

## Total Charges:

Please see itemized bill for details

Professional Services:  $   3,752.00

**TOTAL:  $   3,752.00**

[1] Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization



# Fulcrum Legal Graphics
Invoice[1]

March 6, 2012

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
EIN: 94-3289857

Re: Apple v. Samsung (WH)
Fulcrum File Number: 1093.092

Invoice Period: January 16 to February 15, 2012

Invoice Number: 3518

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Charges |
|---|---|---|---|---|---|---|
| Tim Merrill-Palethorpe | Senior Vice President | $ 350.00 | 3.50 | 0.00 | 3.50 | $ 1,225.00 |
| C.J. Hickey | Vice President | $ 310.00 | 0.30 | 0.00 | 0.30 | $ 93.00 |
| Bruce Lacey | Senior Producer | $ 190.00 | 0.50 | 0.00 | 0.50 | $ 95.00 |
| Stephen Busfield | Senior Media Artist | $ 180.00 | 18.25 | 0.00 | 18.25 | $ 3,285.00 |

* Total Tax on Labor: $0.00

## Total Charges:

Please see itemized bill for details

Professional Services: $   4,698.00

TOTAL: $   4,698.00

[1] Terms: Net 30 Days. Overdue accounts subject to 1.5% per month interest charge
[2] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization



# Fulcrum Legal Graphics
Itemized Charges

| Professional Services | | Regular | Taxable |
|---|---|---|---|

**Tim Merrill-Palethorpe**
*Senior Vice President*

| 01/16/12 | Case logistics; produce animation | 3.50 | |
|---|---|---|---|
| | Total Hours: | 3.50 | 0.00 |

**C.J. Hickey**
*Vice President*

| 02/15/12 | Phone call with J. Mueller re focus group presentations | 0.30 | |
|---|---|---|---|
| | Total Hours: | 0.30 | 0.00 |

**Bruce Lacey**
*Senior Producer*

| 02/15/12 | Review and organize case materials | 0.50 | |
|---|---|---|---|
| | Total Hours: | 0.50 | 0.00 |

**Stephen Busfield**
*Senior Media Artist*

| 01/16/12 | Animation production | 8.25 | |
|---|---|---|---|
| 01/17/12 | Animation production | 5.00 | |
| 01/18/12 | Animation production | 5.00 | |
| | Total Hours: | 18.25 | 0.00 |

T = Taxable Item

Invoice Number: 3518

# Fulcrum Legal Graphics
### Invoice[1]



March 26, 2012

Please Remit Payment To:
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
EIN: 94-3289857

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

Re: Apple v. Samsung (WH)
Fulcrum File Number: 1093.092

Invoice Period: February 16 to March 15, 2012

Invoice Number: 3525

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| Tim Merrill-Palethorpe | Senior Vice President | $ 350.00 | 4.25 | 0.00 | 4.25 | $ 1,487.50 |
| C.J. Hickey | Vice President | $ 310.00 | 1.90 | 0.00 | 1.90 | $ 589.00 |
| Bruce Lacey | Senior Producer | $ 190.00 | 53.60 | 0.00 | 53.60 | $ 10,184.00 |
| Peter Holwitz | Senior Media Artist | $ 190.00 | 2.50 | 0.00 | 2.50 | $ 475.00 |
| Stephen Busfield | Senior Media Artist | $ 190.00 | 19.25 | 0.00 | 19.25 | $ 3,657.50 |

* Total Tax on Labor: $0.00

## Total Charges:

Please see itemized bill for details

Professional Services: $  16,393.00

TOTAL: $  16,393.00

[1]Terms: Net 30 Days.  Overdue accounts subject to 1.5% per month interest charge
[2]Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization