# EXHIBIT E-2

# Part 2

# Fulcrum Legal Graphics
## Itemized Charges



**Professional Services**     Regular   Taxable

**Tim Merrill-Palethorpe**
*Senior Vice President*

| Date | Description | | Hours | |
|---|---|---|---|---|
| 03/02/12 | Revise Animation for EP 269 | | 1.25 | |
| 03/06/12 | Revise animations | | 1.75 | |
| 03/07/12 | Revise animations | | 1.25 | |
| | | Total Hours: | 4.25 | 0.00 |

**C.J. Hickey**
*Vice President*

| Date | Description | | Hours | |
|---|---|---|---|---|
| 02/16/12 | Design and produce graphics | | 0.80 | |
| 02/17/12 | Design and produce graphics | | 1.10 | |
| | | Total Hours: | 1.90 | 0.00 |

**Bruce Lacey**
*Senior Producer*

| Date | Description | | Hours | |
|---|---|---|---|---|
| 02/16/12 | Design and revise graphics | | 7.40 | |
| 02/17/12 | Design and revise graphics | | 1.10 | |
| 02/18/12 | Design and revise graphics | | 13.90 | |
| 02/19/12 | Design and revise graphics | | 7.30 | |
| 02/20/12 | Design and revise graphics | | 2.80 | |
| 02/21/12 | Design and revise graphics | | 2.70 | |
| 02/22/12 | Revise graphics | | 0.50 | |
| 03/12/12 | Design and revise graphics | | 7.70 | |
| 03/13/12 | Design and revise graphics | | 3.30 | |
| 03/14/12 | Design and revise graphics | | 2.30 | |
| 03/15/12 | Design and revise graphics | | 4.60 | |
| | | Total Hours: | 53.60 | 0.00 |

**Peter Holwitz**
*Senior Media Artist*

| Date | Description | | Hours | |
|---|---|---|---|---|
| 02/18/12 | Graphics production | | 1.00 | |
| 03/12/12 | Graphics production | | 1.50 | |
| | | Total Hours: | 2.50 | 0.00 |

T – Taxable Item     2 of 3     Invoice Number: 3525

# Fulcrum Legal Graphics
Itemized Charges



### Professional Services                                                                 Regular   Taxable

Stephen Busfield
*Senior Media Artist*

| Date | Description | | Hours |
|---|---|---|---|
| 03/02/12 | Animation production | | 4.25 |
| 03/03/12 | Animation production | | 3.25 |
| 03/05/12 | Animation production | | 1.25 |
| 03/06/12 | Animation production | | 2.25 |
| 03/07/12 | Animation production | | 2.50 |
| 03/08/12 | Animation production | | 1.25 |
| 03/13/12 | Animation production | | 3.25 |
| 03/15/12 | Animation production | | 1.25 |
| | Total Hours: | 19.25 | 0.00 |

# Fulcrum Legal Graphics
Invoice[1]



March 27, 2012

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
50 Osgood Place, Suite 400
San Francisco, CA 94133
(415) 490-3540
EIN: 94-3289857

Re: Samsung v. Apple ITC - WH
Fulcrum File Number: 1093.095

*Invoice Period: January 1 to March 15, 2012*          Invoice Number: 3532

**Professional Services:**

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $ 320.00 | 6.80 | 0.00 | 6.80 | $ 2,176.00 |
| Peter Holwitz | Senior Media Artist | $ 190.00 | 4.00 | 0.00 | 4.00 | $ 760.00 |
| Kim King | Senior Media Artist | $ 190.00 | 3.00 | 0.00 | 3.00 | $ 570.00 |

*Total Tax on Labor: $0.00*

**Total Charges:**

Please see itemized bill for details

Professional Services: $ 3,506.00
Expenses: $ 21.89

TOTAL: $ 3,527.89

---

[1] Terms: Net 30 Days. Overdue accounts subject to 1.5% per month interest charge
[2] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization

# Fulcrum Legal Graphics
Itemized Charges



## Professional Services     Regular   Taxable

**C.J. Hickey**
*Vice President*

| Date | Description | | Regular | Taxable |
|---|---|---|---|---|
| 02/18/12 | Design and produce graphics | | 0.70 | |
| 02/27/12 | Design and produce graphics | | 0.40 | |
| 02/28/12 | Design and produce graphics | | 5.70 | |
| | | Total Hours: | 6.80 | 0.00 |

**Peter Holwitz**
*Senior Media Artist*

| Date | Description | | Regular | Taxable |
|---|---|---|---|---|
| 02/28/12 | Graphics production | | 4.00 | |
| | | Total Hours: | 4.00 | 0.00 |

**Kim King**
*Senior Media Artist*

| Date | Description | | Regular | Taxable |
|---|---|---|---|---|
| 01/05/12 | Graphics production | | 1.25 | |
| 02/28/12 | Graphics production | | 1.75 | |
| | | Total Hours: | 3.00 | 0.00 |

## Expenses

| Date | Description | | Amount |
|---|---|---|---|
| 01/05/12 | Patent downloads | $ | 21.89 |
| | | Total Expenses: $ | 21.89 |



# Fulcrum Legal Graphics
Invoice[1]

April 19, 2012

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

*Note New Address -->*

**Please Remit Payment To:**
Fulcrum Legal Graphics, Inc.
125 E. Sir Francis Drake Blvd. Ste 301
Larkspur, CA 94939
(415) 490-3540
EIN: 94-3289857

Re: Apple v. Samsung (WH)
Fulcrum File Number: 1093.092

Invoice Period: March 16 to April 15, 2012

Invoice Number: 3548

Professional Services:

| Employee Name | Employee Title | Hourly Rate | Regular Hours | Taxable[2] Hours | Total Hours | Total Charges |
|---|---|---|---|---|---|---|
| C.J. Hickey | Vice President | $ 310.00 | 14.50 | 0.00 | 14.50 | $ 4,495.00 |
| Bruce Lacey | Senior Producer | $ 190.00 | 63.10 | 0.00 | 63.10 | $ 11,989.00 |
| Kim King | Senior Media Artist | $ 190.00 | 3.50 | 0.00 | 3.50 | $ 665.00 |
| Stephen Busfield | Senior Media Artist | $ 190.00 | 29.25 | 0.00 | 29.25 | $ 5,557.50 |

*Total Tax on Labor: $0.00

**Total Charges:**

Please see itemized bill for details

Professional Services: $ 22,706.50

TOTAL: $ 22,706.50

[1] Terms: Net 30 Days. Overdue accounts subject to 1.5% per month interest charge
[2] Labor on all finished product is subject to 8.5% sales tax per CA State Board of Equalization



## Fulcrum Legal Graphics
Itemized Charges

| Professional Services | | | Regular | Taxable |
|---|---|---|---|---|

**C.J. Hickey**
*Vice President*

| | | | | |
|---|---|---|---|---|
| 03/19/12 | Design and produce graphics | | 3.10 | |
| 03/20/12 | Design and produce graphics | | 6.10 | |
| 03/21/12 | Design and produce graphics | | 5.30 | |
| | | Total Hours: | 14.50 | 0.00 |

**Bruce Lacey**
*Senior Producer*

| | | | | |
|---|---|---|---|---|
| 03/16/12 | Design and revise graphics | | 4.50 | |
| 03/17/12 | Design and revise graphics | | 2.70 | |
| 03/18/12 | Design and revise graphics | | 6.40 | |
| 03/19/12 | Design and revise graphics | | 7.60 | |
| 03/21/12 | Design and revise graphics | | 5.80 | |
| 03/23/12 | Design and revise graphics | | 4.40 | |
| 03/26/12 | Design and revise graphics | | 0.50 | |
| 03/26/12 | Design and revise graphics | | 7.70 | |
| 03/27/12 | Design and revise graphics | | 10.40 | |
| 03/20/12 | Design and revise graphics | | 6.90 | |
| 03/22/12 | Design and revise graphics | | 6.20 | |
| | | Total Hours: | 63.10 | 0.00 |

**Kim King**
*Senior Media Artist*

| | | | | |
|---|---|---|---|---|
| 03/31/12 | Graphics production | | 3.50 | |
| | | Total Hours: | 3.50 | 0.00 |

**Stephen Busfield**
*Senior Media Artist*

| | | | | |
|---|---|---|---|---|
| 03/17/12 | Animation production | | 8.25 | |
| 03/18/12 | Animation production | | 5.75 | |
| 03/19/12 | Animation production | | 7.25 | |
| 03/20/12 | Animation production | | 1.25 | |
| 03/21/12 | Animation production | | 1.50 | |
| 03/22/12 | Animation production | | 2.25 | |
| 03/23/12 | Animation production | | 1.75 | |
| 03/26/12 | Animation production | | 1.25 | |
| | | Total Hours: | 29.25 | 0.00 |

# IIIIMPACT TRIAL CONSULTING
8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

## Invoice

| Date | Invoice # |
|---|---|
| 08/05/2012 | WH-Apple-ND-1 |

| Terms | Due Date |
|---|---|
| Net 30 | 09/04/2012 |

**Bill To**

Mark D. Selwyn, Esq.
WilmerHale LLP
950 Page Mill Road
Palo Alto, CA  94304 USA

| Amount Due | Enclosed |
|---|---|
| $134,049.16 | |

Please detach top portion and return with your payment.

| Matter No. | Matter Name |
|---|---|
| 11-1846 | Apple v. Samsung Electronics |

| Date | Activity | Amount |
|---|---|---|
| 07/02/2012 | **07/02/2012** Services:Graphics Consulting - Mimi Le, 10 hrs 30 mins @ $215.00/hr | 2,257.50 |
| 07/03/2012 | **07/03/2012** Services:Graphics Consulting - Mimi Le, 7 hrs @ $215.00/hr | 1,505.00 |
| 07/05/2012 | **07/05/2012** Services:Graphics Consulting - Mimi Le, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 07/06/2012 | **07/06/2012** Services:Graphics Consulting - Mimi Le, 2 hrs 45 mins @ $215.00/hr | 591.25 |
| 07/11/2012 | **07/11/2012** Services:Graphics Consulting:Graphics Production - Juliana Casas, 1 hr @ $215.00/hr | 215.00 |
| 07/11/2012 | Services:Graphics Consulting - Mimi Le, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 07/12/2012 | **07/12/2012** Services:Graphics Consulting - Mimi Le, 3 hrs @ $215.00/hr | 645.00 |
| 07/13/2012 | **07/13/2012** Services:Graphics Consulting:Graphics Production - Alisa Fujita, 2 hrs @ $215.00/hr | 430.00 |
| 07/13/2012 | Services:Graphics Consulting - Mimi Le, 1 hr 30 mins @ $215.00/hr | 322.50 |
| 07/13/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| 07/13/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 1 hr 30 mins @ $215.00/hr | 322.50 |
| | **07/14/2012** | |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---|
| 07/14/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 07/15/2012 | | |
| 07/15/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/15/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 07/16/2012 | | |
| 07/16/2012 | Services:Graphics Consulting - Mimi Le, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| 07/16/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 07/16/2012 | Services:Graphics Consulting:Graphics Production - Juliana Casas, 3 hrs @ $215.00/hr | 645.00 |
| 07/16/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 9 hrs @ $215.00/hr | 1,935.00 |
| 07/17/2012 | | |
| 07/17/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 07/17/2012 | Services:Graphics Consulting:Graphics Production - Juliana Casas, 30 mins @ $215.00/hr | 107.50 |
| 07/17/2012 | Services:Graphics Consulting - Mimi Le, 7 hrs @ $215.00/hr | 1,505.00 |
| 07/17/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 07/18/2012 | | |
| 07/18/2012 | Services:Graphics Consulting - Mimi Le, 3 hrs 45 mins @ $215.00/hr | 806.25 |
| 07/18/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 07/18/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/19/2012 | | |
| 07/19/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 07/19/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 12 hrs @ $215.00/hr | 2,580.00 |
| 07/20/2012 | | |
| 07/20/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 07/20/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 07/20/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 9 hrs @ $215.00/hr | 1,935.00 |
| 07/21/2012 | | |
| 07/21/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/21/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 07/21/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 07/22/2012 | | |
| 07/22/2012 | Services:Graphics Consulting:Graphics Production - Juliana Casas, 3 hrs @ $215.00/hr | 645.00 |
| 07/22/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 07/22/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 07/22/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 3 hrs @ $215.00/hr | 645.00 |
| 07/22/2012 | Services:Technology Consulting - Jason Dozier, 2 hrs @ $215.00/hr | 430.00 |
| 07/23/2012 | | |
| 07/23/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs @ $215.00/hr | 1,075.00 |
| 07/23/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs 15 mins @ $215.00/hr | 1,128.75 |
| 07/23/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---|
| 07/23/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 5 hrs @ $215.00/hr | 1,075.00 |
| 07/23/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs @ $215.00/hr | 1,290.00 |
| 07/23/2012 | Services:Technology Consulting - Jason Dozier, 4 hrs @ $215.00/hr | 860.00 |
| | **07/24/2012** | |
| 07/24/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 07/24/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 07/24/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 5 hrs 15 mins @ $215.00/hr | 1,128.75 |
| 07/24/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 07/24/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 07/24/2012 | Services:Technology Consulting - Jason Dozier, 4 hrs @ $215.00/hr | 860.00 |
| | **07/25/2012** | |
| 07/25/2012 | Services:Graphics Consulting - Domhnall O'Donnchadha, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 07/25/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 07/25/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 07/25/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 07/25/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 3 hrs 45 mins @ $215.00/hr | 806.25 |
| 07/25/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/25/2012 | Services:Graphics Consulting:Graphics Production - Juliana Casas, 1 hr @ $215.00/hr | 215.00 |
| 07/25/2012 | Services:Technology Consulting - Jason Dozier, 8 hrs @ $215.00/hr | 1,720.00 |
| | **07/26/2012** | |
| 07/26/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 07/26/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 07/26/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 07/26/2012 | Services:Technology Consulting - Jason Dozier, 8 hrs @ $215.00/hr | 1,720.00 |
| 07/26/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 5 hrs @ $215.00/hr | 1,075.00 |
| 07/26/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| | **07/27/2012** | |
| 07/27/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 07/27/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/27/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 07/27/2012 | Services:Technology Consulting - Jason Dozier, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 07/27/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 07/27/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs @ $215.00/hr | 1,505.00 |
| | **07/28/2012** | |
| 07/28/2012 | Services:Technology Consulting:Video Editing - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/28/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs @ $215.00/hr | 1,720.00 |
| 07/28/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/28/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 07/28/2012 | Services:Technology Consulting - Jason Dozier, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 07/28/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs @ $215.00/hr | 1,290.00 |
| 07/28/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 07/28/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs 15 mins @ $215.00/hr | 1,128.75 |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---|
| | 07/29/2012 | |
| 07/29/2012 | Services:Technology Consulting - Randall Carter, 6 hrs @ $215.00/hr | 1,290.00 |
| 07/29/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs @ $215.00/hr | 1,075.00 |
| 07/29/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 07/29/2012 | Services:Technology Consulting - Jason Dozier, 8 hrs @ $215.00/hr | 1,720.00 |
| 07/29/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 07/29/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 07/29/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| | 07/30/2012 | |
| 07/30/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs @ $215.00/hr | 430.00 |
| 07/30/2012 | Services:Technology Consulting - Randall Carter, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 07/30/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs @ $215.00/hr | 1,505.00 |
| 07/30/2012 | Services:Technology Consulting - Jason Dozier, 10 hrs @ $215.00/hr | 2,150.00 |
| 07/30/2012 | Services:Graphics Consulting:Graphics Production - Juliana Casas, 2 hrs @ $215.00/hr | 430.00 |
| 07/30/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 07/30/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 10 hrs @ $215.00/hr | 2,150.00 |
| 07/30/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 07/30/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 10 hrs @ $215.00/hr | 2,150.00 |
| | 07/31/2012 | |
| 07/31/2012 | Services:Graphics Consulting:Graphics Production - Juliana Casas, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 07/31/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 07/31/2012 | Services:Technology Consulting - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 07/31/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 07/31/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 07/31/2012 | Services:Technology Consulting - Jason Dozier, 5 hrs @ $215.00/hr | 1,075.00 |
| 07/31/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 5 hrs @ $215.00/hr | 1,075.00 |
| 07/31/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| | 08/01/2012 | |
| 08/01/2012 | Total Hours: 604.75 Hours @ $215.00 = $130021.25 | |
| 08/01/2012 | Total Transportation Charges | 3,351.41 |
| 08/01/2012 | Total Meal Charges | 451.57 |
| 08/01/2012 | Total Equipment/Supply Charges | 224.93 |



| | Total | $134,049.16 |
|---|---|---|

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account #
ABA#
EIN# 26-1199158

# IIIMPACT TRIAL CONSULTING
8875 HIDDEN RIVER PARKWAY, SUITE 300, TAMPA, FLORIDA 33637

**Invoice**

| Date | Invoice # |
|---|---|
| 09/04/2012 | WH-Apple-ND-2 |
| Terms | Due Date |
| Net 30 | 10/04/2012 |

**Bill To**

Mark D. Selwyn, Esq.
WilmerHale LLP
950 Page Mill Road
Palo Alto, CA  94304 USA

| Amount Due | Enclosed |
|---|---|
| $212,048.58 | |

Please detach top portion and return with your payment.

| Matter No. | Matter Name |
|---|---|
| 11-1846 | Apple v. Samsung Electronics |

| Date | Activity | Amount |
|---|---|---|
| 08/01/2012 | | |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 4 hrs 45 mins @ $215.00/hr | 1,021.25 |
| 08/01/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/01/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/01/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/01/2012 | Services:Technology Consulting:On site Support - Randall Carter, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| 08/02/2012 | | |
| 08/02/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/02/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/02/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/02/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/03/2012 | | |
| 08/03/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 1 hr 15 mins @ $215.00/hr | 268.75 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/03/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---:|
| 08/03/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/03/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| **08/04/2012** | | |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/04/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/04/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 08/04/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 1 hr @ $215.00/hr | 215.00 |
| 08/04/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs @ $215.00/hr | 1,290.00 |
| **08/05/2012** | | |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/05/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 4 hrs @ $215.00/hr | 860.00 |
| 08/05/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs @ $215.00/hr | 430.00 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/05/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/05/2012 | Services:Technology Consulting:On site Support - Randall Carter, 8 hrs @ $215.00/hr | 1,720.00 |
| **08/06/2012** | | |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/06/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/06/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 2 hrs @ $215.00/hr | 430.00 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/06/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/06/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs @ $215.00/hr | 1,505.00 |
| **08/07/2012** | | |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/07/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/07/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Alisa Fujita, 1 hr @ $215.00/hr | 215.00 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs @ $215.00/hr | 860.00 |
| 08/07/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/07/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| **08/08/2012** | | |
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs @ $215.00/hr | 860.00 |
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 4 hrs @ $215.00/hr | 860.00 |
| 08/08/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/08/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---|
| 08/08/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/08/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| **08/09/2012** | | |
| 08/09/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/09/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/09/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/09/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs @ $215.00/hr | 1,075.00 |
| **08/10/2012** | | |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/10/2012 | Services:Technology Consulting:On site Support - Randall Carter, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 10 hrs @ $215.00/hr | 2,150.00 |
| 08/10/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/10/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/10/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| **08/11/2012** | | |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs 15 mins @ $215.00/hr | 913.75 |
| 08/11/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/11/2012 | Services:Technology Consulting:On site Support - Randall Carter, 3 hrs 30 mins @ $215.00/hr | 752.50 |
| 08/11/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/11/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs @ $215.00/hr | 1,505.00 |
| **08/12/2012** | | |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/12/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/12/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/12/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/12/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| **08/13/2012** | | |
| 08/13/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/13/2012 | Services:Technology Consulting:On site Support - Randall Carter, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/13/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/13/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |

Continue to the next page.

| Date | Activity | Amount |
|---|---|---|
| 08/14/2012 | | |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/14/2012 | Services:Technology Consulting:On site Support - Randall Carter, 9 hrs 30 mins @ $215.00/hr | 2,042.50 |
| 08/14/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs 30 mins @ $215.00/hr | 1,612.50 |
| 08/14/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 45 mins @ $215.00/hr | 1,451.25 |
| 08/14/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/15/2012 | | |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 8 hrs @ $215.00/hr | 1,720.00 |
| 08/15/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/15/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/15/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/15/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 15 mins @ $215.00/hr | 1,558.75 |
| 08/16/2012 | | |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/16/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 3 hrs @ $215.00/hr | 645.00 |
| 08/16/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/16/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/16/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/17/2012 | | |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 5 hrs @ $215.00/hr | 1,075.00 |
| 08/17/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/17/2012 | Services:Technology Consulting:On site Support - Randall Carter, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/17/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 5 hrs 30 mins @ $215.00/hr | 1,182.50 |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/17/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/18/2012 | | |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 7 hrs @ $215.00/hr | 1,505.00 |
| 08/18/2012 | Services:Technology Consulting:On site Support - Randall Carter, 2 hrs 30 mins @ $215.00/hr | 537.50 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Thomas Lee, 9 hrs 15 mins @ $215.00/hr | 1,988.75 |
| 08/18/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 3 hrs @ $215.00/hr | 645.00 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 9 hrs @ $215.00/hr | 1,935.00 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 11 hrs 30 mins @ $215.00/hr | 2,472.50 |
| 08/18/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 7 hrs 45 mins @ $215.00/hr | 1,666.25 |
| 08/19/2012 | | |
| 08/19/2012 | Services:Technology Consulting:On site Support - Randall Carter, 7 hrs @ $215.00/hr | 1,505.00 |

Continue to the next page.

Page 5 of 5

| Date | Activity | Amount |
|---|---|---|
| 08/19/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 9 hrs @ $215.00/hr | 1,935.00 |
| 08/19/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 9 hrs @ $215.00/hr | 1,935.00 |
| 08/19/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 45 mins @ $215.00/hr | 1,881.25 |
| 08/19/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs @ $215.00/hr | 1,290.00 |
| 08/19/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/19/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 11 hrs 30 mins @ $215.00/hr | 2,472.50 |
| | **08/20/2012** | |
| 08/20/2012 | Services:Technology Consulting:On site Support - Randall Carter, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/20/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 6 hrs 30 mins @ $215.00/hr | 1,397.50 |
| 08/20/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/20/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 8 hrs 30 mins @ $215.00/hr | 1,827.50 |
| 08/20/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 6 hrs 15 mins @ $215.00/hr | 1,343.75 |
| 08/20/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 8 hrs 15 mins @ $215.00/hr | 1,773.75 |
| 08/20/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 4 hrs @ $215.00/hr | 860.00 |
| | **08/21/2012** | |
| 08/21/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 08/21/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 5 hrs 45 mins @ $215.00/hr | 1,236.25 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Kerry Cashman, 4 hrs 30 mins @ $215.00/hr | 967.50 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Jeff Woodbury, 2 hrs @ $215.00/hr | 430.00 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Brittany Peters, 2 hrs 15 mins @ $215.00/hr | 483.75 |
| 08/21/2012 | Services:Graphics Consulting:Graphics Production - Mia Pham, 4 hrs @ $215.00/hr | 860.00 |
| | **08/22/2012** | |
| 08/22/2012 | Services:Technology Consulting:On site Support - Randall Carter, 1 hr 15 mins @ $215.00/hr | 268.75 |
| 08/22/2012 | Services:Technology Consulting:On site Support - Jason Dozier, 1 hr 45 mins @ $215.00/hr | 376.25 |
| 08/22/2012 | Services:Technology Consulting:On site Support - Thomas Lee, 1 hr 45 mins @ $215.00/hr | 376.25 |
| | **09/01/2012** | |
| 09/01/2012 | Total Hours: 969.75 @ $215.00 = $208496.25 | |
| 09/01/2012 | Total Transportation Charges | 3,445.21 |
| 09/01/2012 | Total Meal Charges | 107.12 |

Please Remit Wire or ACH Payment to:
Bank of America
Charlotte NC 28255
Account #
ABA#
EIN# 26-1199158

**Total**   $212,048.58

**WARP**

665 Third Street
Suite 527
San Francisco, CA 94107

Phone # 415-512-8900

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/21/2012 | 1202760 |

WilmerHale
Ernest L. Aglipay
1117 California Avenue
Palo Alto, CA 94304

| P.O. NO. | TERMS | DUE DATE |
|---|---|---|
| CM #1033300-00137 | Net 30 | 9/20/2012 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 6 | 3' x 4' FOAM BOARDS | 300.00 | 1,800.00T |
|   | WORK REQUEST BY LANTA CHASE FROM 8/13/2012 | | |

Thank you for your business.

| | |
|---|---|
| Sales Tax (8.25%) | $148.50 |
| Total | $1,948.50 |

Tax ID Number: 94-3342914