Schedule E-3 (Electronic Discovery: Uploads and Production)

| Invoice Date | Invoice No. | Vendor | Description | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 9/30/2011 | 1141171 | Catalyst | **E-Discovery Services** |  | $ 37,869.30 | $ 21,186.48 |
|  |  |  | Upload | $ 3,631.60 |  |  |
|  |  |  | Production | $ 17,554.88 |  |  |
| 10/31/2011 | 1141604 | Catalyst | **E-Discovery Services** |  | $ 63,741.01 | $ 23,953.59 |
|  |  |  | Upload | $ 9,969.60 |  |  |
|  |  |  | Production | $ 13,983.99 |  |  |
| 11/30/2011 | 1142045 | Catalyst | **E-Discovery Services** |  | $ 108,149.32 | $ 54,997.39 |
|  |  |  | Upload | $ 8,725.20 |  |  |
|  |  |  | Production | $ 46,272.19 |  |  |
| 12/31/2011 | 1142501 | Catalyst | **E-Discovery Services** |  | $ 100,807.59 | $ 30,743.42 |
|  |  |  | Upload | $ 9,024.00 |  |  |
|  |  |  | Production | $ 21,719.42 |  |  |
| 1/31/2012 | 1142958 | Catalyst | **E-Discovery Services** |  | $ 147,097.35 | $ 60,755.45 |
|  |  |  | Upload | $ 9,752.51 |  |  |
|  |  |  | Production | $ 51,002.94 |  |  |
| 2/29/2012 | 1143424 | Catalyst | **E-Discovery Services** |  | $ 149,834.43 | $ 40,565.54 |
|  |  |  | Upload | $ 13,404.03 |  |  |
|  |  |  | Production | $ 27,161.51 |  |  |
| 3/31/2012 | 1143895 | Catalyst | **E-Discovery Services** |  | $ 96,467.17 | $ 6,038.89 |
|  |  |  | Upload | $ 1,535.68 |  |  |
|  |  |  | Production | $ 4,503.21 |  |  |
| 4/30/2012 | 1144357 | Catalyst | **E-Discovery Services** |  | $ 87,357.93 | $ 2,256.71 |
|  |  |  | Upload | $ 56.71 |  |  |
|  |  |  | Production | $ 2,200.00 |  |  |
| 5/31/2012 | 1144823 | Catalyst | **E-Discovery Services** |  | $ 85,802.80 | $ 5,279.18 |
|  |  |  | Upload | $ 280.70 |  |  |
|  |  |  | Production | $ 4,998.48 |  |  |
| 6/30/2012 | 1145313 | Catalyst | **E-Discovery Services** |  | $ 74,685.55 | $ 1,350.00 |
|  |  |  | Production | $ 1,350.00 |  |  |
|  |  |  | **Total** |  |  | $ 247,126.65 |