# EXHIBIT E-3

# Part 1

## REDACTED VERSION
## OF DOCUMENT SOUGHT
## TO BE SEALED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1141171 |
| **Invoice Date:** | Sep 30, 2011 |
| **Payment Terms** | 10/30/11 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --08/05/11..dri83..Standard setup of 1 site Samsung ITC Defensive per ABarr (194652) REDAC | RE | | |
| --09/1/11-09/30/11 Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --09/1/11-09/30/11 Variable License Fee REDACTED | REDA | | 10,547.76 |
| --09/20/11..Document copy upload of 23.68 GB for STCloned_Docs to the Samsung_Defensive site (207848) N/C | RED | | |
| --09/20/11..Fast Track upload of 0.07 GB for  to the Samsung_Defensive site (208056) | RE | | 1.40 |
| --09/20/11..Fast Track upload of 2.56 GB for  to the Samsung_Defensive site (208058) | RE | | 51.20 |
| --09/15/11..Fast Track upload of 20.58 GB for All.LoadFile.txt to the Samsung_Defensive site (206204) | RED | | 411.60 |
| --09/14/11..Fast Track upload of 0.23 GB for  to the Samsung_Defensive site (205958) | RE | | 4.60 |
| --09/12/11..mop192..Upload of 5182 production docs 41.98 GB for 4729 to the Samsung ITC Defensive site per Adam (203776) | RED | | 839.60 |
| --09/10/11..Fast Track upload of 34.56 GB for All.LoadFile.txt to | RED | | 691.20 |

**Wire Instructions:**

REDACTED

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 37,869.30 |
| **TOTAL** | Continued |



| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1141171 |
| **Invoice Date:** | Sep 30, 2011 |
| **Payment Terms** | 10/30/11 |
| **Sales Rep:** | |
| **Page:** | 2 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung_ITC_Defensive site (204262) | | | |
| --09/09/11..Fast Track upload of 18.34 GB for All.Loadfile.txt to the Samsung_ITC_Defensive site (203654) | RED | ■ | 366.80 |
| --09/08/11..Fast Track upload of 0.08 GB for All.LoadFile.txt to the Samsung_ITC_Defensive site (203050) | RE | ■ | 1.60 |
| --09/08/11..Fast Track upload of 1.40 GB for All.Loadfile.txt to the Samsung_ITC_Defensive site (203515) | RE | ■ | 28.00 |
| --09/08/11..Fast Track upload of 9.13 GB for All.LoadFile.txt to the Samsung_ITC_Defensive site (203522) | RE | ■ | 182.60 |
| --09/08/11..Fast Track upload of 2.52 GB for All.LoadFile.txt to the Samsung_ITC_Defensive site (203532) | RE | ■ | 50.40 |
| --09/07/11..Fast Track upload of 2.40 GB for  to the Samsung_ITC_Defensive site (203268) | RE | RED | 48.00 |
| --09/06/11..mop192..Upload of 6260 production docs 47.54 GB for 4634 to the Samsung ITC Defensive site per ABarr (200112) | RED | ■ | 950.80 |
| --09/01/11..Document copy upload of 0.33 GB for STCloned_Docs to the Samsung_ITC_Defensive site (198794) | RE | | |
| RE | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 37,869.30 |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1141171 |
| **Invoice Date:** | Sep 30, 2011 |
| **Payment Terms** | 10/30/11 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --09/01/11..Document copy upload of 16.01 GB for STCloned_Docs to the Samsung_ITC_Defensive site (198797) | RED RE | | |
| --09/08/11..Fast Track upload of 0.19 GB for All.LoadFile.txt to the Samsung_ITC_Defensive site (203539) | RE | ▉ | 3.80 |
| --09/09/11..FSchadek..Production; Pages Converted/Endorsed: 329701; Range: APL7940001425768 - APL7940001755468; Total Volume: 41.0 GB; (203776) | REDACT | ▉ | 3,297.01 |
| --09\01\11..SYi..Production; Pages Converted/Endorsed: 1425767; Range: APL7940000000001 - APL7940001425767; Total Volume: 52.3 GB;(200112) | REDACTE | ▉ | 14,257.67 |
| --09/06/11..aan142..Update data for 13152  records on the Samsung ITC Defensive site per Apple (202953) | RE | ▉ | 87.50 |
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ▉ | 3,500.00 |
| --09/20/11..aan142..Custom work to add new UAP searches on the Samsung Defensive site per ABarr (208009) | RE | ▉ | 87.50 |
| --09/15/11..pel166..Custom work to Extract GPG file on the | RE | ▉ | 43.75 |

**Wire Instructions:**

Pay To: Silicon Valley Bank - 3003 Tasman
REDACTED

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 37,869.30 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1141171 |
| **Invoice Date:** | Sep 30, 2011 |
| **Payment Terms** | 10/30/11 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per Apple (206204) | | | |
| --09/15/11..pel166..Custom work to Manual preparation for Loadfile on the Samsung Defensive site per Apple (206204) | RE | ▉ | 43.75 |
| --09/10/11..rel155..Custom work to run language lookups on the Samsung ITC Defensive site per TTrudnowski (203852) | RE | ▉ | 43.75 |
| --09/09/11..ama225..Custom work to enable foreign language fields on the Samsung ITC Defensive site per TTrudnowski (203852) | RE | ▉ | 131.25 |
| --09/09/11..FSchadek..Custom Load File Creation (CSV); (203776) | RE | ▉ | 87.50 |
| --09/09/11..FSchadek..Custom Load File Creation (LST); (203776) | RE | ▉ | 87.50 |
| --09/08/11..pel166..Custom work to Extract GPG file on the Samsung ITC Defensive site per GNuzzo (203111) | RE | ▉ | 43.75 |
| --09/08/11..vpa106..Copy data for 122 redacted records from the Nokia - Delaware to the Samsung ITC Defensive site per ABarr (203112) | RE | ▉ | 175.00 |
| --09/06/11..mop192..Create mapping for production upload on | RE | ▉ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 37,869.30 |
| **TOTAL** | Continued |

REDACTED



| | Client ID: | 00230.95 |
|---|---|---|
| | Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | Invoice No: | 1141171 |
|---|---|---|
| | Invoice Date: | Sep 30, 2011 |
| | Payment Terms | 10/30/11 |
| | Sales Rep: | |
| | Page: | 5 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung ITC Defensive site per ABarr (200112) | | | |
| --09\01\11..SYi..Custom Load file creation; (200112) | RE | ▮ | 87.50 |
| --09\01\11..SYi..Custom Load file modification; (200112) | RE | ▮ | 87.50 |
| -09/01/11..GNuzzo..Cloned review project in the Review Module on the Samsung Offensive site to create a new project on the Samsung ITC Defensive site.  (200061) | RE | ▮ | 481.25 |
| --09/01/11..rfe91..Custom work to Copy 187 redacted docs from Nokia - Delaware to Samsung ITC Defensive   on the Samsung ITC Defensive site per ABarr (198797) | RE | ▮ | 262.50 |
| --09/09/11..ZTekle..Media for Client; 320 GB HD: 2X; (203776) | RE | ▮ | 150.00 |
| --09/09/11..ZTekle..Shipping; 7975 0316 7898; (203776) | RE | ▮ | 32.94 |
| --09/01/11..BRichardson..Media for Client; <HD>: <2>; (200112) | RE | ▮ | 75.00 |
| --09/01/11..BRichardson..Shipping; <797458154479>; (200112) | RE | ▮ | 28.81 |
| --09/01/11..BRichardson..Shipping; <795127536323>; (200112) | RE | ▮ | 29.76 |
| --09/15/11..ssh111..Reviewer training on Samsung Defensive site per TCarlevale (205343) | RE | ▮ | 175.00 |
| --09/16/11..ssh111..Reviewer training on Samsung Defensive site perTCarlevale (205366) | RE | ▮ | 175.00 |

**Wire Instructions:**

REDACTED

| | | |
|---|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 37,869.30 |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1141171 |
| **Invoice Date:** | Sep 30, 2011 |
| **Payment Terms** | 10/30/11 |
| **Sales Rep:** | |
| **Page:** | 6 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --09/15/11..ssh111..Reviewer training on Samsung Defensive site per TCarlevale (205366) | RE | ■ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 37,869.30 |
| Sales Tax | |
| Invoice Total | 37,869.30 |
| Payments/Credits Applied | 37,869.30 |
| **TOTAL** | 0.00 |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/1/11-10/31/11 Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --10/1/11-10/31/11 Variable License Fee REDACTED | REDAC | | 27,021.36 |
| --10/18/11..Document copy upload of 22.43 GB for STCloned_Docs to the Samsung_Defensive site (216387) RE | RED | | |
| --10/18/11..Document copy upload of 19.57 GB for STCloned_Docs to the Samsung_Defensive site (216388) RE | RED | | |
| --10/12/11..Document copy upload of 19.01 GB for STCloned_Docs to the Samsung_Defensive site (214836) RE | RED | | |
| --10/11/11..Fast Track upload of 14.76 GB for All.LoadFile.txt to the Samsung_Defensive site (212916) | RED | | 295.20 |
| --10/11/11..Fast Track upload of 1.85 GB for  to the Samsung_Defensive site (214878) | RE | | 37.00 |
| --10/11/11..Fast Track upload of 0.09 GB for  to the Samsung_Defensive site (214906) | RE | | 1.80 |
| --10/10/11..Fast Track upload of 15.75 GB for  to the Samsung_Defensive site (214735) | RED | | 315.00 |
| --10/10/11..Fast Track upload of 2.11 GB for  to the | RE | | 42.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED


Powering Complex Legal Matters

Client ID: 00230.95

Apple/Samsung ITC Defensive

Invoice No: 1141604

Invoice Date: Oct 31, 2011

Payment Terms: 11/30/11

Sales Rep:

Page: 2

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

Catalyst Repository Tax ID #20-2205114

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (214739) | | | |
| --10/10/11..Fast Track upload of 0.71 GB for to the | RE | ■ | 14.20 |
| Samsung_Defensive site (214746) | | | |
| --10/10/11..Fast Track upload of 13.93 GB for to the | RED | ■ | 278.60 |
| Samsung_Defensive site (214761) | | | |
| --10/10/11..Fast Track upload of 30.34 GB for to the | RED | ■ | 606.80 |
| Samsung_Defensive site (214774) | | | |
| --10/10/11..Fast Track upload of 6.19 GB for to the | RE | ■ | 123.80 |
| Samsung_Defensive site (214791) | | | |
| --10/10/11..Fast Track upload of 0.02 GB for to the | RE | ■ | 0.40 |
| Samsung_Defensive site (214828) | | | |
| --10/10/11..Fast Track upload of 6.82 GB for to the | RE | RED | 136.40 |
| Samsung_Defensive site (214857) | | | |
| --10/10/11..Fast Track upload of 0.02 GB for to the | RE | ■ | 0.40 |
| Samsung_Defensive site (214874) | | | |
| --10/10/11..Fast Track upload of 3.14 GB for to the | RE | ■ | 62.80 |
| Samsung_Defensive site (214875) | | | |
| --10/08/11..Fast Track upload of 37.36 GB for to the | RED | ■ | 747.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED


**CATALYST**
Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (213912) | | | |
| --10/07/11..Fast Track upload of 13.67 GB for to the | RED | ■ | 273.40 |
| Samsung_Defensive site (213866) | | | |
| --10/07/11..Fast Track upload of 37.36 GB for to the | RED | ■ | 747.20 |
| Samsung_Defensive site (213912) | | | |
| --10/07/11..Fast Track upload of 0.02 GB for to the | RE | ■ | 0.40 |
| Samsung_Defensive site (214101) | | | |
| --10/07/11..Fast Track upload of 0.01 GB for to the | RE | ■ | 0.20 |
| Samsung_Defensive site (214114) | | | |
| --10/07/11..Fast Track upload of 8.00 GB for to the | RE | ■ | 160.00 |
| Samsung_Defensive site (214125) | | | |
| --10/07/11..Fast Track upload of 0.01 GB for to the | RE | ■ | 0.20 |
| Samsung_Defensive site (214126) | | | |
| --10/07/11..Fast Track upload of 0.02 GB for to the | RE | ■ | 0.40 |
| Samsung_Defensive site (214130) | | | |
| --10/06/11..Fast Track upload of 0.04 GB for to the | RE | ■ | 0.80 |
| Samsung_Defensive site (213673) | | | |
| --10/06/11..Fast Track upload of 0.06 GB for to the | RE | ■ | 1.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED


Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (213709) | | | |
| --10/06/11..Fast Track upload of 6.53 GB for to the | RE | ■ | 130.60 |
| Samsung_Defensive site (213719) | | | |
| --10/05/11..Fast Track upload of 25.82 GB for to the | RED | ■ | 516.40 |
| Samsung_Defensive site (212918) | | | |
| --10/05/11..Fast Track upload of 20.36 GB for to the | RED | ■ | 405.20 |
| Samsung_Defensive site (212919) | | | |
| --10/05/11..Fast Track upload of 17.02 GB for to the | RED | ■ | 340.40 |
| Samsung_Defensive site (212921) | | | |
| --10/05/11..Fast Track upload of 0.03 GB for | RE | ■ | 0.60 |
| \\fs06\\data47\\appleitcsamsung\\docs\\20111005_213081\\2011 | | | |
| -10-04 (213081) | | | |
| --10/04/11..Fast Track upload of 17.70 GB for All.LoadFile.txt to | RED | ■ | 354.00 |
| the Samsung_Defensive site (211958) | | | |
| --10/04/11..Fast Track upload of 7.56 GB for All.LoadFile.txt to | RE | ■ | 151.20 |
| the Samsung_Defensive site (211959) | | | |
| --10/04/11..Fast Track upload of 14.90 GB for All.LoadFile.txt to | RED | ■ | 298.00 |
| the Samsung_Defensive site (211960) | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 5 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/04/11..Fast Track upload of 12.90 GB for All.LoadFile.txt to the Samsung_Defensive site (211967) | RED | ▮ | 258.00 |
| --10/04/11..Fast Track upload of 9.70 GB for All.LoadFile.txt to the Samsung_Defensive site (211975) | RE | ▮ | 194.00 |
| --10/04/11..Fast Track upload of 7.30 GB for All.LoadFile.txt to the Samsung_Defensive site 211976 | RE | ▮ | 146.00 |
| --10/04/11..Fast Track upload of 0.30 GB for  to the Samsung_Defensive site 212751 | RE | ▮ | 6.00 |
| --10/04/11..Fast Track upload of 0.05 GB for Load_212928.xls to the Samsung_Defensive site 212928 | RE | ▮ | 1.00 |
| --10/03/11..Fast Track upload of 10.88 GB for  to the Samsung_Defensive site (212830) | RED | ▮ | 217.60 |
| --10/03/11..Fast Track upload of 2.88 GB for  to the Samsung_Defensive site (212871) | RE | ▮ | 57.60 |
| --10/03/11..Fast Track upload of 0.57 GB for  to the Samsung_Defensive site (212885) | RE | ▮ | 11.40 |
| --10/03/11..Fast Track upload of 23.30 GB for All.LoadFile.txt to the Samsung Defensive site (210537) | RED | ▮ | 466.00 |

**Wire Instructions:**

REDACTED
▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮
▮ ▮▮▮▮
REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |



**Client ID:** 00230.95

Apple/Samsung ITC Defensive

**Invoice No:** 1141604

**Invoice Date:** Oct 31, 2011

**Payment Terms** 11/30/11
**Sales Rep:**

**Page:** 6

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/03/11..Fast Track upload of 15.47 GB for All.LoadFile.txt to the Samsung Defensive site (211116) | RED | | 309.40 |
| --10/03/11..Fast Track upload of 17.70 GB for All.LoadFile.txt to the Samsung Defensive site (211957) | RED | | 354.00 |
| --10/01/11..Fast Track upload of 0.88 GB for to the Samsung_Defensive site (212029) | RE | | 17.60 |
| --10/01/11..Fast Track upload of 0.13 GB for to the Samsung_Defensive site (211472) | RE | | 2.60 |
| --10/01/11..Fast Track upload of 0.61 GB for to the Samsung_Defensive site (211998) | RE | | 12.20 |
| --10/01/11..Fast Track upload of 3.57 GB for to the Samsung_Defensive site (212020) | RE | | 71.40 |
| --10/01/11..Fast Track upload of 0.01 GB for to the Samsung_Defensive site (210991) | RE | | 0.20 |
| --10/01/11..Fast Track upload of 0.02 GB for to the Samsung_Defensive site (210992) | RE | | 0.40 |
| --10/01/11..Fast Track upload of 0.29 GB for to the Samsung_Defensive site (211115) | RE | | 5.80 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED



CATALYST
Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/01/11..Fast Track upload of 6.74 GB for  to the Samsung_Defensive site (211321) | RE | ▮ | 134.80 |
| --10/01/11..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (211332) | RE | ▮ | 0.20 |
| --10/01/11..Fast Track upload of 0.08 GB for  to the Samsung_Defensive site (211386) | RE | ▮ | 1.60 |
| --10/01/11..Fast Track upload of 0.35 GB for  to the Samsung_Defensive site (211411) | RE | ▮ | 7.00 |
| --10/01/11..Fast Track upload of 9.38 GB for  to the Samsung_Defensive site (211445) | RE | ▮ | 187.60 |
| --10/01/11..Fast Track upload of 2.24 GB for  to the Samsung_Defensive site (210442) | RE | ▮ | 44.80 |
| --10/01/11..Fast Track upload of 0.31 GB for Load_210549.xls to the Samsung_Defensive site (210549) | RE | ▮ | 6.20 |
| --10/01/11..Document copy upload of 34.11 GB for STCloned_Docs to the Samsung_Defensive site (207873) | RED RE | | |
| --10/01/11..Fast Track upload of 31.42 GB for All.LoadFile.txt to the Samsung_Defensive site (209070) | RED | ▮ | 628.40 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED



Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/01/11..Fast Track upload of 26.43 GB for All.LoadFile.txt to the Samsung_Defensive site (209075) | RED■ | ■ | 528.60 |
| --10/01/11..Fast Track upload of 8.00 GB for  to the Samsung_Defensive site (208930) | RE■ | ■ | 160.00 |
| --10/01/11..Fast Track upload of 3.75 GB for  to the Samsung_Defensive site (208953) | RE■ | ■ | 75.00 |
| --10/01/11..Fast Track upload of 0.06 GB for  to the Samsung_Defensive site (208979) | RE■ | ■ | 1.20 |
| --10/01/11..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (208995) | RE■ | ■ | 0.20 |
| --10/01/11..Fast Track upload of 1.04 GB for  to the Samsung_Defensive site (208996) | RE■ | ■ | 20.80 |
| --10\20\11..SYi..Production; Pages Converted/Endorsed: ; Range: APLNDC-WH0000021455 - APLNDC-WH0000021454; Total Volume: 448 MB;(217422) REDACTED ■ | RE■ | ■ | 212.50 |
| --10/14/11..FSchadek..Production; Pages Converted/Endorsed: 1334649; Range: APL7940001755469 - APL7940003090117; Total Volume: 36.3 GB; (215477) | REDACTE■ | ■ | 13,346.49 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED



Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 9 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/07/11..ZTekle..Production; Pages Converted/Endorsed: 243; Range: APLNDC-WH0000021212 - APLNDC-WH0000021454; Total Volume: 21.9 MB; (213430) REDACTED | RE | ▮ | 212.50 |
| --10\06\11..ZTekle..Production; Pages Converted/Endorsed: 21211; Range: APLNDC-WH0000000001 - APLNDC-WH0000021211; Total Volume: 1.3 GB;(213429) REDACT | RE | ▮ | 212.50 |
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ▮ | 7,087.50 |
| --10\20\11..SYi..Custom Load file creation; (217422) | RE | ▮ | 125.00 |
| --10/14/11..FSchadek..Custom Load File Creation (DAT); (215477) | RE | ▮ | 175.00 |
| --10/14/11..FSchadek..Custom Work: TrueCrypt encryption (215477) | RE | ▮ | 175.00 |
| --10/12/11..Custom work to process deduping on the Samsung Defensive site per Apple (213719) | RE | ▮ | 43.75 |
| --10/12/11..Custom work to process deduping on the Samsung | RE | ▮ | 43.75 |

**Wire Instructions:**

REDACTED ▮▮▮▮▮

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED ▮▮▮▮▮



| | | |
|---|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (213912) | | | |
| --10/12/11..Custom work to process deduping on the Samsung | RE | ▉ | 43.75 |
| Defensive site per Apple (214101) | | | |
| --10/12/11..Custom work to process deduping on the Samsung | RE | ▉ | 43.75 |
| Defensive site per Apple (214735) | | | |
| --10/11/11..Custom work to copy docs from appledelaware on | RE | ▉ | 262.50 |
| the Samsung Defensive site per ABarr (214836) | | | |
| --10/11/11..Custom work to set default value for a field on the | RE | ▉ | 131.25 |
| Samsung Defensive site per ABarr (214738) | | | |
| --10/09/11..Custom work to complete deduping on the Samsung | RE | ▉ | 43.75 |
| Defensive site per Apple (214125) | | | |
| --10/08/11..Custom work to process deduping on the Samsung | RE | ▉ | 43.75 |
| Defensive site per Apple (213866) | | | |
| --10/07/11.ZTtekle..Custom Load File Creation (DAT); (213430) | RE | ▉ | 87.50 |
| --10/07/11..Custom work to fire off automated text file split | RE | ▉ | 43.75 |
| function  on the Samsung Defensive site per Apple (213866) | | | |
| --10/07/11..Custom work to fire off automation on the Samsung | RE | ▉ | 43.75 |
| Defensive site per Apple (213866) | | | |

**Wire Instructions:**

REDACTED
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉
▉▉ ▉▉▉▉▉▉
REDACTED ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Page:** | 11 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/07/11..Custom work to fire off automated text file split function  on the Samsung Defensive site per Apple (213912) | RE | ▉ | 43.75 |
| --10/07/11..Custom work to fire off automation on the Samsung Defensive site per Apple (213912) | RE | ▉ | 43.75 |
| --10/06/11..Custom work to Extract GPG file on the Samsung Defensive site per ABarr (213757) | RE | ▉ | 43.75 |
| --10/06/11..Custom work to process deduping on the Samsung Defensive site per TTrudnowski (212918) | RE | ▉ | 43.75 |
| --10/06/11..Custom work to process deduping on the Samsung Defensive site per TTrudnowski (212919) | RE | ▉ | 43.75 |
| --10/06/11..Custom work to process deduping on the Samsung Defensive site per TTtudnowski (212921) | RE | ▉ | 43.75 |
| --10\06\11..ZTekle..Custom Load file creation; (213429) | RE | ▉ | 87.50 |
| --10/05/11..Custom work to prepare files for upload on the Samsung Defensive site per TTrudnowski (2)12916 | RE | ▉ | 43.75 |
| --10/05/11..Custom work to prepare files for upload on the Samsung Defensive site per TTrudnowsk (212918) | RE | ▉ | 43.75 |
| --10/05/11..Custom work to prepare files for upload on the | RE | ▉ | 43.75 |

**Wire Instructions:**

REDACTED

▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉
▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉
▉▉ ▉▉▉▉▉

REDACTED ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per TTrudnowski (212919) | | | |
| --10/05/11..Custom work to prepare files for upload on the | RE | ▮ | 43.75 |
| Samsung Defensive site per TTrudnowski. (212921) | | | |
| --10/05/11..Custom work to prepare files for upload on the | RE | ▮ | 43.75 |
| Samsung Defensive site per TTrudnowski. (212915) | | | |
| --10/05/11..Custom work to process deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (208930) | | | |
| --10/05/11..Custom work to process deduping on the Samsung | RE | ▮ | 87.50 |
| Defensive site per Apple (208953) | | | |
| --10/05/11..Custom work to process deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (208979) | | | |
| --10/05/11..Custom work to process deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (208994) | | | |
| --10/05/11..Custom work to process deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (208996) | | | |
| --10/05/11..Custom work to fix loadfile and fire off automation on | RE | ▮ | 43.75 |
| the Samsung Defensive site per TTrudnowski (212918) | | | |
| --10/05/11..Custom work to fix loadfile and fire off automation on | RE | ▮ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED


**CATALYST**
Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 13 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Defensive site per TTrudnowski (212919) | | | |
| --10/05/11..Custom work to fix loadfile and fire off automation on | RE | ■ | 87.50 |
| the Samsung Defensive site per TTrudnowski (212921) | | | |
| --10/04/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |
| Samsung Defensive site per ABarr (212751) | | | |
| --10/03/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |
| Samsung Defensive site per ABarr (211116) | | | |
| --10/03/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |
| Samsung Defensive site per ABarr (211958) | | | |
| --10/03/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |
| Samsung Defensive site per ABarr (211959) | | | |
| --10/03/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |
| Samsung Defensive site per ABarr (211960) | | | |
| --10/03/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |
| Samsung Defensive site per ABarr (211967) | | | |
| --10/03/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |
| Samsung Defensive site per ABarr (211975) | | | |
| --10/03/11..Custom work to prepare files for upload on the | RE | ■ | 87.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 14 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per ABarr (211976) | | | |
| --10/02/11..Custom work to prepare files for upload on the | RE | ▮ | 175.00 |
| Samsung Defensive site per ABarr (210537) | | | |
| --10/01/11..Custom work to Extract GPG file on the Samsung | RE | ▮ | 43.75 |
| Defensive site per ABarr (211116) | | | |
| --10/01/11..Custom work to copy of 561 redacted documents on | RE | ▮ | 437.50 |
| the Samsung Defensive site per ABarr (207873) | | | |
| --10/01/11..Custom work to Prepare Upload on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (209070) | | | |
| --10/01/11..Custom work to Prepare Upload on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (209075) | | | |
| --10/01/11..Custom work to unzip send.DB1.20110921.064039 | RE | ▮ | 43.75 |
| on the Samsung Defensive site per ABarr (208844) | | | |
| --10/01/11..Custom work to unzip send.DB2.20110921.070946 | RE | ▮ | 43.75 |
| on the Samsung Defensive site per ABarr (208854) | | | |
| --10/01/11..aan142..Custom work to remove 9 UAP terms on | RE | ▮ | 175.00 |
| the Samsung Defensive site per ABarr (208278) | | | |
| --10/15/11..JCWall..Media for Client; 1-500 GB HD; (215477) | RE | ▮ | 100.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 15 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/15/11.. JCWall..Shipping; 7952 9998 5953 ; (215477) | RE | ▮ | 28.56 |
| --10/12/11..User training on Samsung Defensive site per TCarlevale (215257) | RE | ▮ | 175.00 |
| --10/01/11..Cassie training on Samsung Defensive site per KLee (202084) | RE | ▮ | 175.00 |
| --10/01/11..Cassie training on Samsung Defensive site per TCarlevale (209385) | RE | ▮ | 175.00 |
| --10/01/11..Reviewer training on Samsung Defensive site per TCarlevale (208650) | RE | ▮ | 131.25 |
| --10/01/11..Cassie training on Samsung Defensive site per KLee (202084) | RE | ▮ | 175.00 |
| --10/01/11..Cassie training on Samsung Defensive site per TCarlevale (205365) | RE | ▮ | 175.00 |
| --10/01/11..Cassie training on Samsung Defensive site per TCarlevale (208652) | RE | ▮ | 175.00 |
| --10/01/11..Reviewer training on Samsung Defensive site per TCarlevale (208447) | RE | ▮ | 175.00 |
| --10/01/11..Attorney  training on Samsung Defensive site per | RE | ▮ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | Continued |

REDACTED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1141604 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 16 |

**Client:**       Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| TCarlevale.(207999) | | | |

**Wire Instructions:**

REDACTED

REDACTED

| | |
|---|---|
| Subtotal | 63,741.01 |
| Sales Tax | |
| Invoice Total | 63,741.01 |
| Payments/Credits Applied | 63,741.01 |
| **TOTAL** | 0.00 |



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**       Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --11/1/11-11/30/11 Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --11/1/11-11/30/11 Variable License Fee REDACTED | REDAC | ▇ | 43,676.64 |
| --11/17/11..Fast Track upload of 0.21 GB for  to the Samsung_Defensive site (228043) | RE | ▇ | 4.20 |
| --11/17/11..Fast Track upload of 8.36 GB for  to the Samsung_Defensive site (228082)6 | RE | ▇ | 166.00 |
| --11/17/11..Fast Track upload of 0.57 GB for  to the Samsung_Defensive site (228098) | RE | ▇ | 11.40 |
| --11/17/11..Fast Track upload of 3.01 GB for  to the Samsung_Defensive site (228169) | RE | ▇ | 60.20 |
| --11/17/11..Fast Track upload of 3.29 GB for  to the Samsung_Defensive site (228196) | RE | ▇ | 65.80 |
| --11/17/11..Fast Track upload of 0.04 GB for  to the Samsung_Defensive site (228204) | RE | ▇ | 0.80 |
| --11/17/11..Fast Track upload of 0.11 GB for  to the Samsung_Defensive site (228214) | RE | ▇ | 2.20 |
| --11/17/11..Fast Track upload of 10.95 GB for  to the | RED | ▇ | 219.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung ITC Defensive

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (228222) | | | |
| --11/17/11..Upload of 23624  production docs 38.38 GB for 481 to the Samsung Defensive site per ABarr (224376)0 | RED | ⬛ | 767.60 |
| --11/16/11..Fast Track upload of 9.56 GB for All.LoadFile.txt to the Samsung_Defensive site (227532) | RE | ⬛ | 191.20 |
| --11/16/11..Fast Track upload of 24.37 GB for All.LoadFile.txt to the Samsung_Defensive site (227756) | RED | ⬛ | 487.40 |
| --11/15/11..Fast Track upload of 16.40 GB for All.LoadFile.txt to the Samsung_Defensive site (227289) | RED | ⬛ | 328.00 |
| --11/15/11..Fast Track upload of 0.35 GB for  to the Samsung_Defensive site (227362) | RE | ⬛ | 7.00 |
| --11/15/11..Fast Track upload of 2.58 GB for  to the Samsung_Defensive site  (227377) | RE | ⬛ | 51.60 |
| --11/14/11..Fast Track upload of 7.88 GB for  to the Samsung_Defensive site (226768) | RE | ⬛ | 157.60 |
| --11/14/11..Fast Track upload of 3.53 GB for  to the Samsung_Defensive site (226787) | RE | ⬛ | 70.60 |
| --11/14/11..Fast Track upload of 0.91 GB for  to the | RE | ⬛ | 18.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



Powering Complex Legal Matters

**Client ID:** 00230.95

Apple/Samsung ITC Defensive

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Invoice No:** 1142045

**Invoice Date:** Nov 30, 2011

**Payment Terms** 12/30/11

Catalyst Repository Tax ID #20-2205114

**Sales Rep:**

**Page:** 3

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (226801) | | | |
| --11/14/11..Fast Track upload of 0.47 GB for  to the | RE ■ | ■ | 9.40 |
| Samsung_Defensive site (226807) | | | |
| --11/14/11..Fast Track upload of 29.11 GB for All.LoadFile.txt to | RED ■ | ■ | 582.20 |
| the Samsung_Defensive site (226834) | | | |
| --11/14/11..Fast Track upload of 25.74 GB for | RED ■ | ■ | 514.80 |
| 8619-EF04.DB1.LoadFile.txt to the Samsung_Defensive site | | | |
| (226835) | | | |
| --11/14/11..Fast Track upload of 0.45 GB for  to the | RE ■ | ■ | 9.00 |
| Samsung_Defensive site (226969) | | | |
| --11/14/11..Fast Track upload of 0.13 GB for  to the | RE ■ | ■ | 2.60 |
| Samsung_Defensive site (227001) | | | |
| --11/14/11..Fast Track upload of 5.55 GB for  to the | RE ■ | ■ | 111.00 |
| Samsung_Defensive site (227004) | | | |
| --11/13/11..Upload of 24386 production docs 59.41 GB for | RED ■ | ■ | 1,188.20 |
| APL794 Production Request (11/3/11) to the Samsung | | | |
| Defensive site per Trudnowski (221974) | | | |
| --11/12/11..Fast Track upload of 16.59 GB for  to the | RED ■ | ■ | 331.80 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (224713) | | | |
| --11/12/11..Fast Track upload of 33.05 GB for  to the | RED | ■ | 661.00 |
| Samsung_Defensive site (225898) | | | |
| --11/11/11..Document copy upload of 11.33 GB for | RED | | |
| STCloned_Docs to the Samsung_Defensive site (224591) RE | | | |
| --11/11/11..Fast Track upload of 16.47 GB for  to the | RED | ■ | 329.40 |
| Samsung_Defensive site (225030) | | | |
| --11/10/11..Document copy upload of 5.57 GB for | RE | | |
| STCloned_Docs to the Samsung_Defensive site (224589) RE | | | |
| --11/10/11..Fast Track upload of 9.98 GB for  to the | RE | ■ | 199.60 |
| Samsung_Defensive site (224775) | | | |
| --11/10/11..Fast Track upload of 33.05 GB for  to the | RED | ■ | 661.00 |
| Samsung_Defensive site (225029) | | | |
| --11/10/11..Fast Track upload of 0.36 GB for  to the | RE | ■ | 7.20 |
| Samsung_Defensive site (225054) | | | |
| --11/09/11..Fast Track upload of 14.89 GB for All.LoadFile.txt to | RED | ■ | 297.80 |
| the Samsung_Defensive site (224337) | | | |
| --11/09/11..Fast Track upload of 0.08 GB for  to the | RE | ■ | 1.60 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 5 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (224686) | | | |
| --11/09/11..Fast Track upload of 0.53 GB for  to the | RE | ■ | 10.60 |
| Samsung_Defensive site (224689) | | | |
| --11/09/11..Fast Track upload of 0.36 GB for  to the | RE | ■ | 7.20 |
| Samsung_Defensive site (224712) | | | |
| --11/09/11..Fast Track upload of 0.06 GB for  to the | RE | ■ | 1.20 |
| Samsung_Defensive site (224758) | | | |
| --11/09/11..Fast Track upload of 3.95 GB for  to the | RE | ■ | 79.00 |
| Samsung_Defensive site (224759) | | | |
| --11/08/11..Fast Track upload of 0.01 GB for All.LoadFile.txt to | RE | ■ | 0.20 |
| the Samsung_Defensive site (221955) | | | |
| --11/03/11..Document copy upload of 14.48 GB for | RED | | |
| STCloned_Docs to the Samsung_Defensive site (221626) RE | | | |
| --11/03/11..Document copy upload of 1.75 GB for | RE | | |
| STCloned_Docs to the Samsung_Defensive site (221645) RE | | | |
| --11/01/11..Upload of 426 production docs 1.51 GB for | RE | ■ | 30.20 |
| APLNDC-WH PROD001-A (Prior Art) to the Samsung Defensive | | | |
| site per ABarr (213429) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 6 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --11/01/11..Upload of 11 production docs 0.02 GB for APLNDC-WH PROD001-B (Tech Docs) to the Samsung Defensive site per ABarr (213430) | RE ▉ | ▉ | 0.40 |
| --11/01/11..Document copy upload of 26.14 GB for STCloned_Docs to the Samsung_Defensive site (218150) RE | RED ▉ | | |
| --11/01/11..Upload of 17848 production docs 53.5 GB for Production 03 to the Samsung Defensive site per ABarr (215477) | RED ▉ | ▉ | 1,070.00 |
| --11/01/11..Upload of 1714 production docs 0.44 GB for Production NDC 002 to the Samsung Defensive site per ABarr (217422) | RE ▉ | ▉ | 8.80 |
| --11/11/11..Fast Track upload of 0.05 GB for  to the Samsung_Defensive site (225909) | RE ▉ | ▉ | 1.00 |
| --11/10/11..Fast Track upload of 0.06 GB for  to the Samsung_Defensive site (225259) | RE ▉ | ▉ | 1.20 |
| --11/09/11..Production Module..FSCHADEK; 224376 Apple/Samsung Def APL794 PROD006; Pages: 2168114; Volume Pre-Endorsement: 8.39 GB | REDACTE ▉ | ▉ | 21,681.14 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 7 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --11/05/11..ASchadek..Production; Pages Converted/Endorsed: 1686095; Range: APL7940003863127 - APL7940005549221; Total Volume: 37.9 GB; (221974) | REDACTE | ▮ | 16,860.95 |
| --11/01/11..Production Module..ZTEKLE; 219858 Apple/SamsungDefensive Prod ITC 004; Pages: 773010; Volume Pre-Endorsement: 6.24 GB | REDACT | ▮ | 7,730.10 |
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ▮ | 6,387.50 |
| --11/17/11..Custom work to process deduping on the Samsung Defensive site per Apple (224337) | RE | ▮ | 43.75 |
| --11/17/11..Custom work to process deduping on the Samsung Defensive site per Apple (224759) | RE | ▮ | 43.75 |
| --11/17/11..Custom work to process deduping on the Samsung Defensive site per Apple (224775) | RE | ▮ | 43.75 |
| --11/17/11..Custom work to process deduping on the Samsung Defensive site per Apple (226768) | RE | ▮ | 43.75 |
| --11/17/11..Custom work to process deduping on the Samsung Defensive site per Apple (226787) | RE | ▮ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --11/17/11..Custom work to process deduping on the Samsung Defensive site per Apple (226801) | RE | ▉ | 43.75 |
| --11/17/11..Custom work to process deduping on the Samsung Defensive site per Apple (226835) | RE | ▉ | 43.75 |
| --11/16/11..Custom work to move send.DB2.20111110.181148.tar.gz.gpg to the fileshare on the Samsung Defensive site per TTrudnowski. (227531) | RE | ▉ | 87.50 |
| --11/16/11..Custom work to decrypt send.DB2.20111110.181148.tar.gz.gpg on the Samsung Defensive site per TTrudnowski. (227531) | RE | ▉ | 87.50 |
| --11/16/11..Custom work to Extract GPG file on the Samsung Defensive site per abarr..pel166 (227260) | RE | ▉ | 43.75 |
| --11/16/11..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (227532) | RE | ▉ | 43.75 |
| --11/14/11..Custom work to move send.DB2.20111105.102252.tar.gz.gpg to the fileshare on the Samsung Defensive site per ABarr (224721) | RE | ▉ | 43.75 |
| --11/14/11..Custom work to decrypt | RE | ▉ | 43.75 |

**Wire Instructions:**

REDACTED ▉▉▉▉▉▉▉▉

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED ▉▉▉▉▉▉▉▉▉▉▉



Powering Complex Legal Matters

**Client ID:** 00230.95

Apple/Samsung ITC Defensive

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Invoice No:** 1142045

**Invoice Date:** Nov 30, 2011

**Catalyst Repository Tax ID #20-2205114**

**Payment Terms** 12/30/11

**Sales Rep:**

**Page:** 9

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| send.DB2.20111105.102252.tar.gz.gpg on the Samsung Defensive site per ABarr (224721) | | | |
| --11/14/11..Custom work to import files for | RE | ■ | 43.75 |
| send.DB2.20111105.102252.tar.gz.gpg on the Samsung Defensive site per ABarr (224721) | | | |
| --11/14/11..Custom work to move | RE | ■ | 43.75 |
| send.DB1.20111104.113319.tar.gz.gpg on the Samsung Defensive site per ABarr. (226037) | | | |
| --11/14/11..Custom work to decrypt | RE | ■ | 50.00 |
| send.DB1.20111104.113319.tar.gz.gpg on the Samsung Defensive site per ABarr (226037) | | | |
| --11/14/11..Custom work to import files for | RE | ■ | 43.75 |
| send.DB1.20111104.113319.tar.gz.gpg on the Samsung Defensive site per ABarr (226037) | | | |
| --11/14/11..ZTekle.Custom Work: TrueCrypt encryption (224376) | RE | ■ | 87.50 |
| --11/12/11..Custom work to fix loadfile and fire off automation on the Samsung Defensive site per ABarr (224713) | RE | ■ | 43.75 |
| --11/12/11..Custom work to fix loadfile and fire off automation on | RE | ■ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Defensive site per ABarr (225898) | | | |
| --11/12/11..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Defensive site per ABarr (224721) | RE | ███ | 43.75 |
| --11/12/11..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Defensive site per ABarr (226037) | RE | ███ | 43.75 |
| --11/11/11..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Defensive site per ABarr (224713) | RE | ███ | 43.75 |
| --11/11/11..Custom work to fix loadfile and fire off automation on the Samsung Defensive site per TTrudnowski. (225030) | RE | ███ | 43.75 |
| --11/11/11..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Defensive site per ABarrr (25898) | RE | ███ | 43.75 |
| --11/10/11..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Defensive site per TTrudnowski. (225029) | RE | ███ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 11 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --11/10/11..Custom work to fix loadfile and fire off automation on the Samsung Defensive site per TTrudnowski (225029) | RE █ | █ | 43.75 |
| --11/10/11..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Defensive site per TTrudnowski (225030) | RE █ | █ | 43.75 |
| --11/08/11..Custom work to move send.DB1.20111006.184219.tar.gz.gpg to fileshare on the Samsung Defensive site per TTrudnowski (214107) | RE █ | █ | 87.50 |
| --11/08/11..Custom work to decrypt send.DB1.20111006.184219.tar.gz.gpg on the Samsung Defensive site per TTrudnowski (214107) | RE █ | █ | 43.75 |
| --11/05/11..ASchadek..Custom Load File Creation (DAT); (221974) | RE █ | █ | 87.50 |
| --11/05/11..ASchadek..Custom Work: TrueCrypt encryption (221974) | RE █ | █ | 87.50 |
| --11/04/11..Add or modify 12 values in a lookup table on the Samsung Defensive site per Apple (213673) | RE █ | █ | 43.75 |
| --11/04/11..Custom work to process dedup procedure on the | RE █ | █ | 43.75 |

**Wire Instructions:**

REDACTED
██████████████
████████████
███████
████████████████
██████████

REDACTED ████████████████████████████████

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per Apple (214739) | | | |
| --11/04/11..Custom work to process dedup procedure on the | RE | ■ | 43.75 |
| Samsung Defensive site per Apple (214746) | | | |
| --11/04/11..Custom work to process dedup procedure on the | RE | ■ | 43.75 |
| Samsung Defensive site per Apple (214791) | | | |
| --11/03/11..Custom work to copy 43403 docs from the \'Nokia - | RE | ■00 | 218.75 |
| Delaware\' on the Samsung Defensive site per ABarr (221626) | | | |
| RUSH..--11/03/11..Custom work to start production upload of | RE | ■ | 131.25 |
| 13086  docs  on the Samsung Defensive site per ABarr (219858) | | | |
| --11/01/11..Custom work to remove UAP terms on the Samsung | RE | ■ | 175.00 |
| Defensive site per CSchwarz (219847) | | | |
| --11/01/11..Custom work to start production upload of 17848 | RE | ■ | 131.25 |
| docs  on the Samsung Defensive site per ABarr (215477) | | | |
| --11/14/11..ZTekle..Media for Client; 500 GB: 1X; (224376) | RE | ■ | 100.00 |
| --11/14/11..ZTekle..Shipping; 7954 0638 7465; (224376) | RE | ■ | 31.33 |
| --11/05/11..ASchadek..Media for Client; HD: 1; (221974) | RE | ■ | 75.00 |
| --11/04/11..Reviewer training on Samsung Defensive site per | RE | ■ | 175.00 |
| TCcarlevale (221328) | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 13 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --11/01/11..Reviewer training on Samsung Defensive site per TCarlevale (216389) | RE | ▮ | 175.00 |
| --11/01/11..BRichardson..Shipping; <795351475486 >; (219858) | RE | ▮ | 31.46 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 108,149.32 |
| Sales Tax | |
| Invoice Total | 108,149.32 |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | 0.00 |

REDACTED