# EXHIBIT E-3

# Part 2

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/01/11-12/31/11 Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --12/01/11-12/31/11 Variable License Fee REDACTED | REDAC | | 54,947.76 |
| --12/31/11..Fast Track upload of 6.55 GB for All.LoadFile.txt to the Samsung_Defensive site (239914) | RE | | 131.00 |
| --12/31/11..Upload of 6 production docs 0.02 GB for Production ITC 011 to the Samsung Defensive site per ABarr (238275) | RE | | 0.40 |
| --12/30/11..Fast Track upload of 4.26 GB for  to the Samsung_Defensive site (239720) | RE | | 85.20 |
| --12/30/11..Fast Track upload of 9.09 GB for  to the Samsung_Defensive site (239730) | RE | | 181.80 |
| --12/30/11..Fast Track upload of 1.07 GB for  to the Samsung_Defensive site (239749) | RE | | 21.40 |
| --12/30/11..Fast Track upload of 28.05 GB for All.LoadFile.txt to the Samsung_Defensive site (239756) | RED | | 561.00 |
| --12/30/11..Fast Track upload of 39.82 GB for All.LoadFile.txt to the Samsung_Defensive site (239760) | RED | | 796.40 |
| --12/29/11..Fast Track upload of 3.81 GB for  to the | RE | | 76.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (239402) | | | |
| --12/28/11..Fast Track upload of 3.55 GB for All.LoadFile.txt to the Samsung_Defensive site (238795) | RE ■ | ■ | 71.00 |
| --12/28/11..Fast Track upload of 1.15 GB for All.LoadFile.txt to the Samsung_Defensive site (238837) | RE ■ | ■ | 23.00 |
| --12/28/11..Fast Track upload of 0.08 GB for All.LoadFile.txt to the Samsung_Defensive site (238838) | RE ■ | ■ | 1.60 |
| --12/28/11..Fast Track upload of 0.38 GB for All.LoadFile.txt to the Samsung_Defensive site 238927 | RE ■ | ■ | 7.60 |
| --12/28/11..Fast Track upload of 3.65 GB for All.LoadFile.txt to the Samsung_Defensive site 238929 | RE ■ | ■ | 73.00 |
| --12/28/11..Fast Track upload of 32.95 GB for All.LoadFile.txt to the Samsung_Defensive site 238945 | RED ■ | ■ | 659.00 |
| --12/24/11..Upload of 37 production docs 0.08 GB for 5223_xref.csv to the Samsung Defensive site per ABarr (237713) | RE ■ | ■ | 1.60 |
| --12/22/11..Document copy upload of 1.06 GB for STCloned_Docs to the Samsung_Defensive site (237979) RE ■ | RE ■ | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung ITC Defensive

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/22/11..Upload of 35420 production docs 55.45 GB for  to the Samsung Defensive site per Apple/Samsung ITC Defensive (233500) | RED | ▮ | 1,109.00 |
| --12/20/11..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (236866) | RE | ▮ | 0.20 |
| --12/20/11..Upload of 36906  production docs 25.7 GB for ITC Prod010 to the Samsung Defensive site per ABarr (235189) | RED | ▮ | 514.00 |
| --12/20/11..Fast Track upload of 0.01 GB for 20111220_237031_LoadFile.xlsx to the Samsung Defensive site (237031) | RE | ▮ | 0.20 |
| --12/19/11..Document copy upload of 0.05 GB for STCloned_Docs to the Samsung_Defensive site (236911) RE | RE | | |
| --12/17/11..Upload of 2 production docs 0.01 GB for APL794 Prod002F to the Samsung Defensive site per JSchmitt (234523) | RE | ▮ | 0.20 |
| --12/16/11..Fast Track upload of 0.01 GB for appleitcsamsung_236544.mdb to the Samsung_Defensive site (236544) | RE | ▮ | 0.20 |
| --12/16/11..Fast Track upload of 0.01 GB for | RE | ▮ | 0.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| appleitcsamsung_236544.mdb to the Samsung_Defensive site (236544) | | | |
| --12/15/11..Fast Track upload of 6.70 GB for All.LoadFile.txt to the Samsung_Defensive site (236074) | RE ▉ | ▉ | 134.00 |
| --12/15/11..Fast Track upload of 1.83 GB for  to the Samsung_Defensive site (236091) | RE ▉ | ▉ | 36.60 |
| --12/15/11..Fast Track upload of 35.38 GB for  to the Samsung_Defensive site (236099) | RED ▉ | ▉ | 707.60 |
| --12/15/11..Fast Track upload of 2.54 GB for  to the Samsung_Defensive site (236111) | RE ▉ | ▉ | 50.80 |
| --12/14/11..Upload of 6 production docs 0.20 GB for 663 to the Samsung Defensive site per JSchmitt (234519) | RE ▉ | ▉ | 4.00 |
| --12/14/11..Upload of 35420 production docs 38.6 GB for Production ITC 008 to the Samsung Defensive site per Apple/Samsung ITC Defensive (233500) | RED ▉ | ▉ | 772.00 |
| --12/01/11..Fast Track upload of 0.10 GB for  to the Samsung_Defensive site (231694) | RE ▉ | ▉ | 2.00 |
| --12/01/11..Fast Track upload of 0.30 GB for  to the | RE ▉ | ▉ | 6.00 |

**Wire Instructions:**

REDACTED
▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉
▉▉▉▉▉▉
REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (231775) | | | |
| --12/01/11..Fast Track upload of 66.83 GB for  to the | RED | ■ | 1,336.60 |
| Samsung_Defensive site (230670) | | | |
| --12/01/11..Upload of 29585 production docs 44.6 GB for | RED | ■ | 892.00 |
| 539_XREF.csv to the Samsung Defensive site per | | | |
| Apple/Samsung ITC Defensive (228119) | | | |
| --12/01/11..Fast Track upload of 0.35 GB for  to the | RE | ■ | 7.00 |
| Samsung_Defensive site (229716) | | | |
| --12/01/11..Fast Track upload of 0.23 GB for  to the | RE | ■ | 4.60 |
| Samsung_Defensive site (229728) | | | |
| --12/01/11..Fast Track upload of 0.44 GB for  to the | RE | ■ | 8.80 |
| Samsung_Defensive site (229733) | | | |
| --12/01/11..Fast Track upload of 0.35 GB for  to the | RE | ■ | 7.00 |
| Samsung_Defensive site (229741) | | | |
| --12/01/11..Fast Track upload of 7.42 GB for  to the | RE | ■ | 148.40 |
| Samsung_Defensive site (229786) | | | |
| --12/01/11..Fast Track upload of 1.23 GB for  to the | RE | ■ | 24.60 |
| Samsung_Defensive site (229856) | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 6 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/01/11..Fast Track upload of 0.03 GB for  to the Samsung_Defensive site (228965) | RE ▮ | ▮ | 0.60 |
| --12/01/11..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (228968) | RE ▮ | ▮ | 0.20 |
| --12/01/11..Fast Track upload of 17.81 GB for  for the Samsung_Defensive site (228249) | RED ▮ | ▮ | 356.20 |
| --12/01/11..Fast Track upload of 0.02 GB for  to the Samsung_Defensive site (228339) | RE ▮ | ▮ | 0.40 |
| --12/01/11..Fast Track upload of 0.28 GB for  to the Samsung_Defensive site (228560) | RE ▮ | ▮ | 5.60 |
| --12/01/11..Fast Track upload of 0.24 GB for  to the Samsung_Defensive site (228582) | RE ▮ | ▮ | 4.80 |
| --12/01/11..Fast Track upload of 6.86 GB for  to the Samsung_Defensive site (228583) | RE ▮ | ▮ | 137.20 |
| --12/01/11..Fast Track upload of 0.02 GB for  to the Samsung_Defensive site (228586) | RE ▮ | ▮ | 0.40 |
| --12/01/11..Fast Track upload of 0.08 GB for  to the Samsung_Defensive site (228587) | RE ▮ | ▮ | 1.60 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/01/11..Fast Track upload of 0.05 GB for  to the Samsung_Defensive site (228590) | RE | ▮ | 1.00 |
| --12/01/11..Fast Track upload of 2.72 GB for  to the Samsung_Defensive site (228591) | RE | ▮ | 54.40 |
| --12/01/11..Fast Track upload of 0.17 GB for  to the Samsung_Defensive site (228595) | RE | ▮ | 3.40 |
| --12/01/11..Fast Track upload of 0.10 GB for  to the Samsung_Defensive site (228596) | RE | ▮ | 2.00 |
| --12/13/11..Production Module..ABARR; Prod010; Pages: 745788; Volume Pre-Endorsement: 6.55 GB | REDACT | ▮ | 7,457.88 |
| --12/09/11..Production Module..ABARR; Prod002F; Pages: 15; Volume Pre-Endorsement: 0.00 GB REDACTED | RE | ▮ | 212.50 |
| --12/09/11..Production Module..ABARR; Prod009; Pages: 602; Volume Pre-Endorsement: 0.01 REDACTED | RE | ▮ | 212.50 |
| --12/07/11..Production Module..ABARR; Prod008; Pages: 1383654; Volume Pre-Endorsement: 9.71 GB | REDACTE | ▮ | 13,836.54 |
| --12/28/11..Create 6 new fields on the Samsung Defensive site per Apple (238795) | RE | ▮ | 255.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED          REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/24/11..Update data for 37 records on the Samsung Defensive site per ABarr (237713) | RE | ■ | 131.25 |
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ■ | 9,231.25 |
| --12/31/11..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (239914) | RE | ■ | 43.75 |
| --12/30/11..Custom work to Extract GPG file on the Samsung Defensive site per Apple (239630) | RE | ■ | 43.75 |
| --12/30/11..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (239756) | RE | ■ | 43.75 |
| --12/30/11..Custom work to Extract GPG file on the Samsung Defensive site per Apple (239569) | RE | ■ | 43.75 |
| --12/30/11..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (239760) | RE | ■ | 43.75 |
| --12/30/11..Custom work to process deduping on the Samsung Defensive site per Apple (239402) | RE | ■ | 43.75 |
| --12/28/11..Custom work to complete deduping on the Samsung Defensive site per Apple (236074) | RE | ■ | 43.75 |

**Wire Instructions:**

REDACTED

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/28/11..Custom work to complete deduping on the Samsung Defensive site per Apple (236099) | RE | ■ | 43.75 |
| --12/28/11..Custom work to complete deduping on the Samsung Defensive site per Apple (236111) | RE | ■ | 43.75 |
| --12/28/11..Create mapping for upload on the Samsung Defensive site per Apple (238795) | RE | ■ | 43.75 |
| --12/28/11..Custom work to validate loadfile and fire automation on the Samsung Defensive site per Apple (238837) | RE | ■ | 43.75 |
| --12/28/11..Custom work to validate loadfile and fire automation on the Samsung Defensive site per Apple (238838) | RE | ■ | 43.75 |
| --12/28/11..Custom work to process deduping on the Samsung Defensive site per Apple (238795) | RE | ■ | 43.75 |
| --12/28/11..Custom work to process deduping on the Samsung Defensive site per Apple (238837) | RE | ■ | 43.75 |
| --12/28/11..Custom work to process deduping on the Samsung Defensive site per Apple (238838) | RE | ■ | 43.75 |
| RUSH..--12/22/11..Custom work to copy documents on the Samsung Defensive site per ABarr (237979) | RE | ■ | 500.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/20/11..Custom work to create the loadfile and fire automation on the Samsung Defensive site per JSchmitt (236866) | RE | ███ | 43.75 |
| --12/20/11..Custom work to prepare files for upload on the Samsung Defensive site per ABarr (235189) | RE | ███ | 262.50 |
| --12/20/11..Custom work to prepare files for upload on the Samsung Defensive site per JSchmitt (237031) | RE | ███ | 175.00 |
| --12/19/11..Custom work to unzip APL794-X PROD001.zip on the Samsung Defensive site per JSchmitt (236548) | dR | ███ | 43.75 |
| --12/19/11..Create mapping for upload on the Samsung Defensive site per JSchmitt (236548) | RE | ███ | 43.75 |
| --12/19/11..Custom work to prepare upload for automation on the Samsung Defensive site per JSchmitt. (236548) | RE | ███ | 175.00 |
| --12/19/11..Custom work to present upload for automation on the Samsung Defensive site per JSchmitt (236548) | RE | ███ | 43.75 |
| --12/16/11..Custom work to Create Loadfile on the Samsung Defensive site per JSchmitt (236544) | RE | ███ | 262.50 |
| --12/14/11..Custom work to move and unzip APL794-F | RE | ███ | 43.75 |

**Wire Instructions:**

REDACTED
████████████████
████████████
████████████████
████████
REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 11 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| PROD.zip on the Samsung Defensive site per JSchmitt (235009) | | | |
| --12/14/11..Custom work to edit load data and fire automation on the Samsung Defensive site per JSchmitt (235009) | RE | ■ | 87.50 |
| --12/14/11..Custom work to move and unzip Catalyst APL794-A Prod002.zip on the Samsung Defensive site per JSchmitt (235011) | RE | ■ | 43.75 |
| --12/14/11..Custom work to edit load data and fire automation on the Samsung Defensive site per JSchmitt (235011) | RE | ■ | 87.50 |
| --12/13/11..Custom work to prepare data for production on the Samsung Defensive site per JSchmitt (234519) | RE | ■ | 43.75 |
| --12/02/11..Custom work to remove data only for custodian Hamel BJ  on the Samsung Defensive site per ABarr (232097) | RE | ■ | 131.25 |
| --12/01/11..Custom work to fireoff automated unzipping & decrypting on the Samsung Defensive site per JSchmitt (229291) | RE | ■ | 43.75 |
| --12/01/11..Custom work to fire off automated text file split function  on the Samsung Defensive site per JSchmitt (229291) | RE | ■ | 43.75 |
| --12/01/11..Custom work to verify loadfile and fire off automation | RE | ■ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| on the Samsung Defensive site per Apple (230670) | | | |
| --12/01/11..Custom work to upload and link 17 produced Images | RE ███ | ███ | 350.00 |
| and text files on the Samsung Defensive site per ABarr (224376) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |
| Defensive site per Apple (224712) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |
| Defensive site per ABarr (224713) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |
| Defensive site per TTrudnowski (225029) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |
| Defensive site per TTrudnowski (225030) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |
| Defensive site per Apple (225054) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |
| Defensive site per ABarr (225898) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |
| Defensive site per Apple (226834) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE ███ | ███ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



| | | |
|---|---|---|
| **Client ID:** | 00230.95 | |
| Apple/Samsung ITC Defensive | | |

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 13 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (226969) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (227001) | | | |
| --12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple.(227004) | | | |
| --12/01/11..FSchadek..Custom Load File Creation (DAT); | RE | ▮ | 87.50 |
| (228119) | | | |
| --12/01/11..ZTekle..Custom Work: TrueCrypt encryption | RE | ▮ | 43.75 |
| (228119) | | | |
| --12/15/11..BRichardson..Media for Client; <HD500GB>: <1>; | RE | ▮ | 100.00 |
| (235189) | | | |
| --12/15/11..BRichardson..Shipping; <898690141432>; (235189) | RE | ▮ | 31.33 |
| --12/10/11..BRichardson..Media for Client; <HD 500GB>: <1>; | RE | ▮ | 100.00 |
| (233500) | | | |
| --12/10/11..BRichardson..Shipping; <797828727506>; (233500) | RE | ▮ | 31.33 |
| --12/01/11..FSchadek..Shipping; FedEx Priority Overnight | RE | ▮ | 31.33 |
| 795431842626 ; (228119) | | | |
| --12/01/11..ZTekle..Media for Client; 500 GB HD: 1X; (228119) | RE | ▮ | 100.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 14 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --12/01/11..Brichardson..Shipping 229750720000 | RE | ▮ | 386.17 |
| RUSH..--12/22/11..Review (rush fees apply) training on Samsung Defensive site per MHoff (237974) | RE | ▮ | 500.00 |
| --12/08/11..Review training on Samsung Defensive site per TCcarlevale (232921) | RE | ▮ | 175.00 |
| --12/01/11..R. Mcalhany T. Tatarka R.Russel Reviewer  training on Samsung Defensive site per AGulino (222859) | RE | ▮ | 175.00 |
| --12/01/11..Reviewer training on Samsung Defensive site per TCarlevale (229203) | RE | ▮ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 100,807.59 |
| Sales Tax | |
| Invoice Total | 100,807.59 |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | 0.00 |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --01/01/12-01/31/12 Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --01/01/12-01/31/12 Variable License Fee REDACTED | REDAC | | 72,403.92 |
| --01/30/12..Document copy upload of 24.31 GB for STCloned_Docs to the Samsung_Defensive site (249253) | RED | | |
| --01/30/12..Document copy upload of 26.09 GB for STCloned_Docs to the Samsung_Defensive site (249254) | RED | | |
| --01/30/12..Upload of 0.01 GB for  to the Samsung_Defensive site (249464) | RE | | 0.60 |
| --01/30/12..Upload of 0.34 GB for loadfile.xls to the Samsung_Defensive site (249466) | RE | | 20.40 |
| --01/29/12..Document copy upload of 39.69 GB for STCloned_Docs to the Samsung_Defensive site (249255) | RED | | |
| --01/25/12..Upload of 0.01 GB for  to the Samsung_Defensive site (247723) | RE | | 0.60 |
| --01/21/12..Upload of 0.50 GB for  to the Samsung_Defensive site (245655) | RE | | 30.00 |
| --01/20/12..Upload of 180 production docs 0.57 GB for | RE | | 34.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Production ITC 016 to the Samsung Defensive site per ABarr (244883) | | | |
| --01/19/12..Upload of 21873 production docs 4.01 GB for Production NDC 003 to the Samsung Defensive site per ABarr (244153) | RE ▉ | ▉ | 240.60 |
| --01/19/12..Fast Track upload of 156 production docs 1.60 GB for APL794 Prod15 to the Samsung Defensive site per JSchmitt (244472) | RE ▉ | ▉ | 32.00 |
| --01/18/12..Fast Track upload of 1.88 GB for  to the Samsung_Defensive site (244869) | RE ▉ | ▉ | 37.60 |
| --01/18/12..Fast Track upload of 10.53 GB for to the Samsung_Defensive site (244903) | RED ▉ | ▉ | 210.60 |
| --01/18/12..Upload of 6947 docs 26.69 GB for send.DB2.20120115.181523.tar.gz.gpg to the Samsung Defensive site per Apple (244378) | RED ▉ | ▉ | 1,067.60 |
| --01/18/12..Upload of 41833 production docs 66.63 GB for Production ITC 014 to the Samsung Defensive site per JSchmitt (243328) | RED ▉ | ▉ | 2,665.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| RUSH per Elise Miller ..–01/17/12..Upload of 0.08 GB for  to the Samsung_Defensive site (244230) | RE | | 500.00 |
| –01/17/12..Fast Track upload of 254 production docs 1.49 GB for Production ITC 013 to the Samsung Defensive site per ABarr (241783) | RE | | 29.80 |
| –01/16/12..Fast Track upload of 17.93 GB for  to the Samsung_Defensive site (244054) | RED | | 358.60 |
| –01/14/12..Upload of 26.19 GB for All.LoadFile.txt to the Samsung_Defensive site (243623) | RED | | 523.80 |
| –01/12/12..Fast Track upload of 0.21 GB for  to the Samsung_Defensive site (242887) | RE | | 4.20 |
| –01/12/12..Fast Track upload of 7.41 GB for  to the Samsung_Defensive site (242894) | RE | | 148.20 |
| –01/12/12..Fast Track upload of 1.66 GB for  to the Samsung_Defensive site (243084) | RE | | 33.20 |
| –01/12/12..Fast Track upload of 1.04 GB for  to the Samsung_Defensive site (243085) | RE | | 20.80 |
| RUSH per Emiller & AGulino..–01/09/12..Fast Track upload of | RE | | 500.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 0.18 GB for 20110930_Nokia_FTP_Production_load.mdb to the Samsung_Defensive site (241532) | | | |
| --01/08/12..Document copy upload of 14.72 GB for STCloned_Docs to the Samsung_Defensive site (241433) RE | RED | | |
| --01/08/12..Fast Track upload of 41743 production docs 72.90 GB for Production ITC 012 to the Samsung Defensive site per Adam (240655) | RED | ■ | 1,458.00 |
| --01/05/12..Fast Track upload of 20.15 GB for All.LoadFile.txt to the Samsung_Defensive site (240692) | RED | ■ | 403.00 |
| --01/04/12..Fast Track upload of 13.42 GB for to the Samsung_Defensive site (240647) | RED | ■ | 268.40 |
| --01/10/12..Fast Track upload of 1.69 GB for  to the Samsung_Defensive site 242157 | RE | ■ | 33.80 |
| --01/04/12..Fast Track upload of 0.02 GB for AdambarrTest.txt to the Samsung_Defensive site (240497) | RE | ■ | 0.40 |
| --01/04/12..Fast Track upload of 13.90 GB for  to the Samsung_Defensive site (240579) | RED | ■ | 278.00 |
| --01/04/12..Fast Track upload of 8.07 GB for  to the | RE | ■ | 161.40 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | | |
|---|---|---|
| **Client ID:** | | 00230.95 |
| Apple/Samsung ITC Defensive | | |
| **Invoice No:** | | 1142958 |
| **Invoice Date:** | | Jan 31, 2012 |
| **Payment Terms** | | 3/1/12 |
| **Sales Rep:** | | |
| **Page:** | | 5 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (240632) | | | |
| --01/04/12..Fast Track upload of 2.61 GB for  to the | RE | ▇ | 52.20 |
| Samsung_Defensive site (240639) | | | |
| --01/04/12..Fast Track upload of 18.27 GB for  to the | RED | ▇ | 365.20 |
| Samsung_Defensive site (240646) | | | |
| --01/31/12..OCR for 9137 pages @ REDACTED | REDAC | ▇ | 274.11 |
| --01/28/12..Production Module..ABARR; Prod020; Pages: 1304; | RE | ▇ | 212.50 |
| Volume Pre-Endorsement: 0.04 GB REDACTED | | | |
| --01/26/12..Production Module..ABARR; Prod019retry; Pages: | REDACT | ▇ | 5,692.20 |
| 569220; Volume Pre-Endorsement: 3.75 GB | | | |
| --01/23/12..Production Module..ABARR; Prod018; Pages: 3698; | RE | ▇ | 212.50 |
| Volume Pre-Endorsement: 0.19 GB REDACTED | | | |
| --01/23/12..Production Module..ABARR; Prod016a; Pages: 82; | RE | ▇ | 212.50 |
| Volume Pre-Endorsement: 0.00 GB REDACTED | | | |
| --01/20/12..Production Module..ABARR; Prod017; Pages: | REDACT | ▇ | 494.65 |
| 49465; Volume Pre-Endorsement: 0.34 GB | | | |
| --01/18/12..Production Module..ABARR; Prod016; Pages: 1181; | RE | ▇ | 212.50 |
| Volume Pre-Endorsement: 0.02 GB REDACTED | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 6 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --01/17/12..Production Module..JSCHMITT; Prod015; Pages: 18030; Volume Pre-Endorsement: 0.14 GB REDACTED | REDACT | ███ | 180.30 |
| --01/14/12..Production Module..ABARR; Prod014Rerun; Pages: 1583867; Volume Pre-Endorsement: 15.74 GB | REDACTE | ███ | 15,838.67 |
| --01/13/12..Production Module..ABARR; ProdNDC 003; Pages: 423468; Volume Pre-Endorsement: 4.08 GB | REDACT | ███ | 4,234.68 |
| --01/09/12..Production Module..ABARR; Prod013; Pages: 28703; Volume Pre-Endorsement: 0.28 GB | REDACT | ███ | 287.03 |
| --01/03/12..Production Module..ABARR; Prod012; Pages: 2278791; Volume Pre-Endorsement: 14.50 GB | REDACTE | ███ | 22,787.91 |
| --01/01/12..Production Module..ABARR; Prod11Rerun; Pages: 629; Volume Pre-Endorsement: 0.01 GB REDACTED | RE | ███ | 212.50 |
| --01/01/12..Production Module..ABARR; Prod011; Pages: 626; Volume Pre-Endorsement: 0.01 GB REDACTED | RE | ███ | 212.50 |
| --01/01/12..Production Module..ABARR; Prod003F; Pages: 7927; Volume Pre-Endorsement: 0.03 GB REDACTED | RE | ███ | 212.50 |
| --01/13/12..Create 4 fields on the Samsung Defensive site per ABar( 243435) | RE | ███ | 170.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ■■■ | 9,406.25 |
| --01/29/12..Custom work to copy documents on the Samsung Defensive site per ABarr (249253) | RE | ■■■ | 306.25 |
| --01/30/12..Custom work to copy documents on the Samsung Defensive site per ABarr (249254) | RE | ■■■ | 175.00 |
| --01/30/12..Custom work to copy documents on the Samsung Defensive site per ABarr (249255) | RE | ■■■ | 262.50 |
| --01/30/12..Custom work to edit load data and fire automation on the Samsung Defensive site per JSchmitt (249464) | RE | ■■■ | 175.00 |
| --01/30/12..Custom work to Upload production module docs for production 1470 on the Samsung Defensive site per ABarr (248351) | RE | ■■■ | 131.25 |
| --01/30/12..Custom work to Upload production module docs for production 1482 on the Samsung Defensive site per ABarr (249200) | RE | ■■■ | 87.50 |
| --01/30/12..Custom work to Create upload map on the Samsung | RE | ■■■ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per JSchmitt (249466) | | | |
| --01/30/12..Custom work to prepare documents for upload on the Samsung Defensive site per JSchmitt (249466) | RE | ▮ | 262.50 |
| --01/25/12..Custom work to overlay production values and upload 2520 produced documents on the Samsung Defensive site per ABarr (245876) | RE | ▮ | 131.25 |
| --01/25/12..Custom work to overlay production values and upload 4 produced documents on the Samsung Defensive site per ABarr (247083) | RE | ▮ | 87.50 |
| --01/25/12..Custom work to overlay production values and upload 203 produced documents on the Samsung Defensive site per ABarr (247088) | RE | ▮ | 175.00 |
| --01/25/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple (247723) | RE | ▮ | 43.75 |
| --01/25/12..Custom work to check loadfile and fire off automation on the Samsung Defensive site per Apple (247723) | RE | ▮ | 43.75 |
| --01/20/12..Custom work to run automated directory dump on the Samsung Defensive site per JSchmitt (245655) | RE | ▮ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

Catalyst Repository Tax ID #20-2205114

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --01/21/12..Custom work to create a loadfile and fire off automation on the Samsung Defensive site per JSchmitt (245655) | RE | ▉ | 87.50 |
| --01/17/12..Custom work to move send.DB2.20120115.181523.tar.gz.gpg to the fileshare on the Samsung Defensive site per Apple (244378) | RE | ▉ | 87.50 |
| --01/17/12..Custom work to decrypt send.DB2.20120115.181523.tar.gz.gpg on the Samsung Defensive site per Apple (244378) | RE | ▉ | 87.50 |
| --01/17/12..Custom work to import data and fire automation on the Samsung Defensive site per Apple (244378) | RE | ▉ | 43.75 |
| --01/17/12..Custom work to Preparing Docs for Upload on the Samsung Defensive site per JSchmitt (244230) | RE | ▉ | 131.25 |
| --01/16/12..Custom work to remove 18 values from 2 fields on the Samsung Defensive site per AGulino (243533) | RE | ▉ | 87.50 |
| --01/14/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (243623) | RE | ▉ | 43.75 |
| --01/13/12..Custom work to Extract GPG file on the Samsung | RE | ▉ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | | |
|---|---|---|
| **Client ID:** | | 00230.95 |
| Apple/Samsung ITC Defensive | | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | | |
|---|---|---|
| **Invoice No:** | | 1142958 |
| **Invoice Date:** | | Jan 31, 2012 |
| **Payment Terms** | | 3/1/12 |
| **Sales Rep:** | | |
| **Page:** | | 10 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (243144) | | | |
| --01/11/12..Custom work to process deduping on the Samsung Defensive site per Apple (240692) | RE | ▮ | 43.75 |
| --01/10/12..Custom work to continuation of QC 62 docs on the Samsung Defensive site per JSchmitt (241532) | RE | ▮ | 43.75 |
| --01/09/12..Custom work to prepare for upload and QC 62 docs on the Samsung Defensive site per JSchmitt (241532) | RE | ▮ | 131.25 |
| --01/08/12..Custom work to copy documents on the Samsung Defensive site per ABarr (241433) | RE | ▮ | 350.00 |
| --01/06/12..Custom work to prepare records for production on the Samsung Defensive site per Adam (240655) | RE | ▮ | 87.50 |
| --01/05/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (240692) | RE | ▮ | 87.50 |
| --01/04/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple (240603) | RE | ▮ | 43.75 |
| --01/02/12..Custom work to complete deduping on the Samsung Defensive site per Apple (239720) | RE | ▮ | 43.75 |
| --01/03/12..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 11 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (239756) | | | |
| --01/03/12..Custom work to complete deduping on the Samsung | RE | ▆ | 43.75 |
| Defensive site per Apple (239760) | | | |
| --01/03/12..Custom work to complete deduping on the Samsung | RE | ▆ | 43.75 |
| Defensive site per Apple (239914) | | | |
| --01/02/12..Custom work to complete deduping on the Samsung | RE | ▆ | 43.75 |
| Defensive site per Apple (239730) | | | |
| --01/02/12..Custom work to complete deduping on the Samsung | RE | ▆ | 43.75 |
| Defensive site per Apple (239749) | | | |
| --01/25/12..Reviewer training on Samsung Defensive site per | RE | ▆ | 175.00 |
| TCarlevale (247595) | | | |
| --01/06/12..Reviewer training on Samsung Defensive site per | RE | ▆ | 175.00 |
| TCarlevale (240614) | | | |
| --01/09/12..Reviewer training on Samsung Defensive site per | RE | ▆ | 262.50 |
| TCarlevale (241241) | | | |
| --01/09/12..Review training on Samsung Defensive site per | RE | ▆ | 87.50 |
| TCarlevale( 240743) | | | |
| --01/5/12..BRichardson..Shipping; <797918395030 >; (240655) | RE | ▆ | 30.48 |

**Wire Instructions:**



REDACTED

| | |
|---|---|
| Subtotal | 147,097.35 |
| Sales Tax | |
| Invoice Total | 147,097.35 |
| Payments/Credits Applied | |
| **TOTAL** | 147,097.35 |

REDACTED