# EXHIBIT E-3

# Part 3

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/01/12-02/29/12  Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --02/01/12-02/29/12  Variable License Fee REDA | REDAC | ▮ | 77,672.64 |
| --02/25/12..Upload of 0.38 GB for All.LoadFile.txt to the Samsung_Defensive site (257887) | RE | ▮ | 7.60 |
| --02/25/12..Upload of 1.26 GB for All.LoadFile.txt to the Samsung_Defensive site (258185) | RE | ▮ | 25.20 |
| --02/25/12..Upload of 0.81 GB for All.LoadFile.txt to the Samsung_Defensive site (258187) | RE | ▮ | 16.20 |
| --02/25/12..Upload of 0.86 GB for All.LoadFile.txt to the Samsung_Defensive site (258189) | RE | ▮ | 17.20 |
| --02/25/12..Upload of 1.10 GB for All.LoadFile.txt to the Samsung_Defensive site (258191) | RE | ▮ | 22.00 |
| --02/25/12..Upload of 0.38 GB for All.LoadFile.txt to the Samsung_Defensive site (258192) | RE | ▮ | 7.60 |
| --02/25/12..Upload of 1.32 GB for All.LoadFile.txt to the Samsung_Defensive site (258193) | RE | ▮ | 26.40 |
| --02/25/12..Upload of 0.14 GB for  to the Samsung_Defensive | RE | ▮ | 2.80 |

**Wire Instructions:**

REDACTED
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| site (259277) | | | |
| RUSH..--02/24/12..Upload of 1.50 GB for APL794-A | RE | ■ | 135.00 |
| RUSH..--02/24/12..Upload of 0.75 GB for APL794-F | RE | ■ | 67.50 |
| RUSH..--02/24/12..Upload of 3.75 GB for APL794-N | RE | ■ | 337.50 |
| RUSH..--02/24/12..Upload of 0.01 GB for APL794-N | RE | ■ | 0.90 |
| --02/24/12..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (258995) | RE | ■ | 0.20 |
| --02/24/12..Fast Track upload of 0.07 GB for  to the Samsung_Defensive site (258997) | RE | ■ | 1.40 |
| --02/24/12..Fast Track upload of 9.49 GB for  to the Samsung_Defensive site (259181) | RE | ■ | 189.80 |
| --02/24/12..Fast Track upload of 5.05 GB for  to the Samsung_Defensive site (259210) | RE | ■ | 101.00 |
| --02/23/12..Upload of 0.42 GB for All.LoadFile.txt to the Samsung_Defensive site (257795) | RE | ■ | 8.40 |
| --02/23/12..Upload of 1.53 GB for All.LoadFile.txt to the Samsung_Defensive site (257796) | RE | ■ | 30.60 |
| --02/23/12..Upload of 1.26 GB for All.LoadFile.txt to the | RE | ■ | 25.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (257797) | | | |
| --02/23/12..Upload of 1.38 GB for All.LoadFile.txt to the | RE | ■ | 27.60 |
| Samsung_Defensive site (257884) | | | |
| --02/23/12..Upload of 0.39 GB for All.LoadFile.txt to the | RE | ■ | 7.80 |
| Samsung_Defensive site (257886) | | | |
| --02/23/12..Upload of 0.63 GB for All.LoadFile.txt to the | RE | ■ | 12.60 |
| Samsung_Defensive site (257890) | | | |
| --02/23/12..Upload of 0.42 GB for All.LoadFile.txt to the | RE | ■ | 8.40 |
| Samsung_Defensive site (257891) | | | |
| --02/23/12..Upload of 0.42 GB for All.LoadFile.txt to the | RE | ■ | 8.40 |
| Samsung_Defensive site (257892) | | | |
| --02/23/12..Upload of 1.52 GB for All.LoadFile.txt to the | RE | ■ | 30.40 |
| Samsung_Defensive site (257895) | | | |
| --02/23/12..Upload of 1.26 GB for All.LoadFile.txt to the | RE | ■ | 25.20 |
| Samsung_Defensive site (257900) | | | |
| RUSH..--02/23/12..Upload of 0.11 GB for 257942load.xls to the | RE | ■ | 9.90 |
| Samsung_Defensive site (257942) | | | |
| --02/23/12..Fast Track upload of 0.01 GB for  to the | RE | ■ | 0.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (258459) | | | |
| --02/23/12..Fast Track upload of 0.07 GB for  to the | RE | ■ | 1.40 |
| Samsung_Defensive site (258460) | | | |
| --02/23/12..Fast Track upload of 2.72 GB for  to the | RE | ■ | 54.40 |
| Samsung_Defensive site (258461) | | | |
| --02/23/12..Fast Track upload of 1.90 GB for  to the | RE | ■ | 38.00 |
| Samsung_Defensive site (258462) | | | |
| --02/21/12..Upload of 8.92 GB for | RE | ■ | 178.40 |
| 12039645.20120212.203218.db1.LoadFile.txt to the | | | |
| Samsung_Defensive site (256373) | | | |
| --02/21/12..Upload of 0.35 GB for  to the Samsung_Defensive | RE | ■ | 7.00 |
| site (256380) | | | |
| --02/21/12..Fast Track upload of 0.26 GB for  to the | RE | ■ | 5.20 |
| Samsung_Defensive site (257354) | | | |
| --02/21/12..Fast Track upload of 0.25 GB for  to the | RE | ■ | 5.00 |
| Samsung_Defensive site (257356) | | | |
| --02/21/12..Fast Track upload of 0.09 GB for  to the | RE | ■ | 1.80 |
| Samsung_Defensive site (257382) | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/21/12..Fast Track upload of 3.21 GB for  to the Samsung_Defensive site (257431) | RE | ▮ | 64.20 |
| --02/20/12..Fast Track upload of 0.16 GB for  to the Samsung_Defensive site (256986) | RE | ▮ | 3.20 |
| --02/18/12..Upload of 16.24 GB for All.LoadFile.txt to the Samsung_Defensive site (2561100 | RED | ▮ | 324.80 |
| --02/18/12..Upload of 0.01 GB for All.LoadFile.txt to the Samsung_Defensive site (256152) | RE | ▮ | 0.20 |
| --02/18/12..Upload of 0.06 GB for All.LoadFile.txt to the Samsung_Defensive site (256159) | RE | ▮ | 1.20 |
| --02/18/12..Upload of 1.02 GB for All.LoadFile.txt to the Samsung_Defensive site (256207) | RE | ▮ | 20.40 |
| --02/18/12..Upload of 3.37 GB for All.LoadFile.txt to the Samsung_Defensive site (256295) | RE | ▮ | 67.40 |
| --02/18/12..Upload of 1.83 GB for All.LoadFile.txt to the Samsung_Defensive site (256331) | RE | ▮ | 36.60 |
| --02/18/12..Upload of 8.92 GB for  to the Samsung_Defensive site (256373) | RE | ▮ | 178.40 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 6 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/18/12..Upload of 0.02 GB for  to the Samsung_Defensive site (256403) | RE | ■ | 0.40 |
| --02/17/12..Upload of 0.67 GB for All.LoadFile.txt to the Samsung_Defensive site (255272) | RE | ■ | 13.40 |
| --02/17/12..Upload of 3.09 GB for All.LoadFile.txt to the Samsung_Defensive site (256324) | RE | ■ | 61.80 |
| --02/17/12..Upload of 0.08 GB for All.LoadFile.txt to the Samsung_Defensive site (256328) | RE | ■ | 1.60 |
| --02/17/12..Upload of 2.04 GB for All.LoadFile.txt to the Samsung_Defensive site (256337) | RE | ■ | 40.80 |
| --02/17/12..Upload of 2.69 GB for All.LoadFile.txt to the Samsung_Defensive site (256347) | RE | ■ | 53.80 |
| --02/16/12..Upload of 5.64 GB for All.LoadFile.txt to the Samsung_Defensive site (254874) | RE | ■ | 112.80 |
| --02/15/12..Document copy upload of 1.54 GB for STCloned_Docs to the Samsung_Defensive site (254668) RE | RE | | |
| --02/14/12..Upload of 3.29 GB for 282979244.20120213.102459.db1.LoadFile.txt to the | RE | ■ | 65.80 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**        Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (253987) | | | |
| --02/14/12..Upload of 6.46 GB for | RE | ▮ | 129.20 |
| 1371231863.20120213.103634.db1.LoadFile.txt to the | | | |
| Samsung_Defensive site (254392) | | | |
| --02/14/12..Upload of 2.80 GB for | RE | ▮ | 56.00 |
| 137155450.20120213.115229.db1.LoadFile.txt to the | | | |
| Samsung_Defensive site (254405) | | | |
| --02/14/12..Upload of 0.68 GB for | RE | ▮ | 13.60 |
| 9203286.20120214.052601.db1.LoadFile.txt to the | | | |
| Samsung_Defensive site (254406) | | | |
| --02/13/12..Upload of 6.51 GB for to the Samsung_Defensive | RE | ▮ | 130.20 |
| site (253587) | | | |
| RUSH..--02/12/12..Upload of 0.10 GB for Loadfile_253531.xlsx | RE | ▮ | 9.00 |
| to the Samsung_Defensive site (253531) | | | |
| --02/11/12..Fast Track upload of 1.24 GB for to the | RE | ▮ | 24.80 |
| Samsung_Defensive site (253477) | | | |
| --02/11/12..Upload of 0.48 GB for | RE | ▮ | 9.60 |
| 9203286.20120211.060411.db1.LoadFile.txt to the | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED                                                          RE



*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (253505) | | | |
| --02/09/12..Document copy upload of 0.38 GB for STCloned_Docs to the Samsung_Defensive site (252703) | RE | RE | |
| --02/09/12..Fast Track upload of 0.02 GB for to the Samsung_Defensive site (252845) | RE | ▇ | 0.40 |
| RUSH..--02/09/12..Upload of 4169 production docs 5.40 GB for APL794 PROD023 to the Samsung Defensive site per JSchmitt (251535) | RE | ▇ | 486.00 |
| --02/08/12..Upload of 18722 docs 1.44 GB for send.DB2.20120206.1438.4879_PackToSend-0.tar.gz.gpg to the Samsung Defensive site per Apple (251995) | RE | ▇ | 28.80 |
| --02/08/12..Upload of 8114 docs 1.02 GB for send.DB2.20120207.103354.282979244_PackToSend-1.tar.gz.gpg to the Samsung Defensive site per Apple (252170) | RE | ▇ | 20.40 |
| --02/08/12..Upload of 4260 docs 1.15 GB for send.DB2.20120207.095020.1371231863_PackToSend-1.tar.gz.gpg to the Samsung Defensive site per Apple (252220) | RE | ▇ | 23.00 |
| --02/08/12..Upload of 107930 docs 14.65 GB for | RED | ▇ | 293.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**        Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| send.DB2.20120206.164937.7548_PackToSend-1.tar.gz.gpg to the Samsung Defensive site per Apple (252427) | | | |
| –02/08/12..Upload of 66800 docs 9.76 GBNo...UP...Eri for send.DB2.20120206.164937.7548_PackToSend-0.tar.gz.gpg to the Samsung Defensive site per Apple (252434) | RE | ▮ | 195.20 |
| –02/03/12..Upload of 324 production docs 0.96 GB for 1573 to the Samsung Defensive site per JSchmitt (250690) | RE | ▮ | 19.20 |
| –02/07/12..Document copy upload of 12.63 GB for STCloned_Docs to the Samsung_Defensive site (251813) | RED RE | | |
| –02/07/12..Fast Track upload of 0.04 GB for to the Samsung_Defensive site (252214) | RE | ▮ | 0.80 |
| –02/07/12..Fast Track upload of 2.55 GB for to the Samsung_Defensive site (252363) | RE | ▮ | 51.00 |
| –02/03/12..Upload of 577 production docs 1.00 GB for Prod021 to the Samsung Defensive site per JSchmitt (250627) | RE | ▮ | 20.00 |
| –02/02/12..Upload of 50.42 GB for All.LoadFile.txt to the Samsung_Defensive site (250752) | RED | ▮ | 2,016.80 |
| –02/02/12..Upload of 38.76 GB for All.LoadFile.txt to the | RED | ▮ | 1,550.40 |

**Wire Instructions:**

Pay To: Silicon Valley Bank - 3003 Tasman
REDACTED

| | | |
|---|---|---|
| | Subtotal | Continued |
| | Sales Tax | Continued |
| | Invoice Total | Continued |
| | Payments/Credits Applied | |
| | **TOTAL** | Continued |

REDACTED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

Catalyst Repository Tax ID #20-2205114

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (250754) | | | |
| --02/01/12..Upload of 22.87 GB for All.LoadFile.txt to the | RED | ▮ | 914.80 |
| Samsung_Defensive site (250279) | | | |
| --02/01/12..Upload of 64.24 GB for All.LoadFile.txt to the | RED | ▮ | 2,569.60 |
| Samsung_Defensive site (250378) | | | |
| --02/29/12..OCR Documents for 78,041 pages @ REDACTED | REDACT | ▮ | 2,341.23 |
| RUSH per EMiller..--02/28/12..Production | RE | ▮ | 500.00 |
| Module..MMCKINLEY; ProdNDC_008rerun; Pages: 122; Native | | | |
| Volume: 0.00 GB | | | |
| RUSH per EMiller..--02/26/12..Production Module..MMCKINLEY; | RE | ▮ | 500.00 |
| ProdNDC_010; Pages: 3183; Native Volume: 0.05 GB | | | |
| RUSH per EMiller --02/25/12..Production Module..ABARR; | RE | ▮ | 500.00 |
| Prod040; Pages: 12615; Native Volume: 0.15 GB | | | |
| RUSH per EMiller --02/24/12..Production Module..ABARR; | RE | ▮ | 500.00 |
| Prod039; Pages: 415; Native Volume: 0.02 GB | | | |
| --02/23/12..Production Module..ABARR; ProdNDC_009; Pages: | RE | ▮ | 212.50 |
| 12722; Native Volume: 0.18 GB REDACTED | | | |
| RUSH per EMiller --02/23/12..Production Module..ABARR; | RE | ▮ | 500.00 |

**Wire Instructions:**
REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 11 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ProdNDC_008; Pages: 122; Native Volume: 0.00 GB | | | |
| RUSH per EMiller--02/23/12..Production Module..ABARR; | RE | ▮ | 500.00 |
| ProdNDC_007; Pages: 2134; Native Volume: 0.17 GB | | | |
| --02/21/12..Production Module..ABARR; ProdNDC_006; Pages: | RE | ▮ | 212.50 |
| 348; Native Volume: 0.01 GB REDACTED ▮ | | | |
| RUSH per EMiller --02/19/12..Production Module..JSCHMITT; | RE | ▮ | 3,282.33 |
| Prod038; Pages: 218822; Native Volume: 2.71 GB @REDACT ▮ | | | |
| --02/18/12..Production Module..ABARR; Prod037; Pages: | REDACT | ▮ | 2,555.33 |
| 255533; Native Volume: 2.41 GB | | | |
| RUSH per EMiller--02/18/12..Production Module..ABARR; | RE | ▮ | 500.00 |
| Prod036; Pages: 19227 REDACTED | | | |
| --02/17/12..Production Module..ABARR; Prod035; Pages: | RE | ▮ | 212.50 |
| 12895; Native Volume: 0.15 GB REDACTED | | | |
| RUSH per EMiller--02/16/12..Production Module..ABARR; | RE | ▮ | 500.00 |
| Prod034; Pages: 1277; Native Volume: 0.07 GB | | | |
| RUSH per EMiller --02/15/12..Production Module..JSCHMITT; | RE | ▮ | 500.00 |
| Prod033; Pages: 1969; Native Volume: 0.11 GB | | | |

**Wire Instructions:**

REDACTED ▮▮▮

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED ▮▮▮



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| RUSH per EMiller--02/14/12..Production Module..ABARR; Prod031a; Pages: 258; Native Volume: 0.00 GB | RE | ▮ | 500.00 |
| RUSH per EMiller--02/14/12..Production Module..ABARR; Prod032; Pages: 151807; Native Volume: 0.73 GB | REDACT | ▮ | 1,518.07 |
| --02/14/12..Production Module..ABARR; Prod029a; Pages: 6260; Native Volume: 0.15 GB REDACTED | RE | ▮ | 212.50 |
| RUSH per EMiller--02/14/12..Production Module..ABARR; Prod030; Pages: 138835; Native Volume: 0.48 GB @REDACT | RE | ▮ | 2,082.53 |
| RUSH per EMiller--02/13/12..Production Module..JSCHMITT; Prod028; Pages: 57522; Native Volume: 0.74 GB @REDAC ▮ | RE | ▮ | 862.83 |
| --02/11/12..Production Module..ABARR; Prod027; Pages: 2960; Native Volume: 0.07 GB REDACTED | RE | ▮ | 212.50 |
| --02/10/12..Production Module..ABARR; Prod026_2; Pages: 253866; Native Volume: 0.50 GB | REDACT | ▮ | 2,538.66 |
| --02/10/12..Production Module..ABARR; Prod025_2; Pages: 193474; Native Volume: 0.93 GB | REDACT | ▮ | 1,934.74 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 13 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**       Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/08/12..Production Module..JSCHMITT; ProdNDC 005; Pages: 2444; Native Volume: 0.04 GB ▉REDACTED▉ | RE▉ | ▉ | 212.50 |
| RUSH per EMilller--02/08/12..Production Module..ABARR; Prod024; Pages: 39834; Native Volume: 0.93 GB @ ▉REDAC▉ ▉ | RE▉ | ▉ | 590.76 |
| RUSH per EMiller--02/02/12..Production Module..JSCHMITT; ProdNDC 004; Pages: 5382; Native Volume: 0.08 GB | RE▉ | ▉ | 500.00 |
| --02/01/12..Production Module..ABARR; Prod022retry; Pages: 452126; Native Volume: 1.48 GB | ▉REDACT▉ | ▉ | 4,521.26 |
| RUSH per EMiller --02/01/12..Production Module..ABARR; Prod021; Pages: 8094; Native Volume: 0.14 GB ▉REDAC▉ ▉ | RE▉ | ▉ | 500.00 |
| --02/02/12..Replacement of 1 docs 0.01 GB on the Samsung Defensive site per Apple (250684) | RE▉ | ▉ | 87.50 |
| --Catalyst Professional Consulting Services (See Addendum for details). | ▉RED▉ | ▉ | 17,368.75 |
| --02/29/12..Custom work to Upload production module docs for productionid 5637 on the Samsung Defensive site per | RE▉ | ▉ | 87.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 14 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| MMckinley (260512) | | | |
| --02/29/12..Custom work to investigate automation upload issue and fixing upload loadfile on the Samsung Defensive site per Apple (259293) | RE | ▉ | 43.75 |
| --02/28/12..Custom work to investigated duplicate begcontrols on the Samsung Defensive site per Apple.(260157) | RE | ▉ | 87.50 |
| --02/28/12..Custom work to investigated duplicate begcontrols on the Samsung Defensive site per Apple (260159) | RE | ▉ | 87.50 |
| --02/23/12..Custom work to Prepare Loadfile Perform Overlay for Lutton Chip  ERS data on the Samsung Defensive site per Apple (257721) | RE | ▉ | 87.50 |
| --02/24/12..Custom work to Prepare Loadfile Perform Overlay for Stewart William ERS data on the Samsung Defensive site per Apple (257820) | RE | ▉ | 131.25 |
| --02/24/12..Custom work to Prepare Loadfile Perform Overlay for Juang Ben ERS data on the Samsung Defensive site per Apple (257862) | RE | ▉ | 131.25 |
| --02/24/12..Custom work to Prepare Loadfile Perform Overlay | RE | ▉ | 87.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 15 |

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| for Juang Ben ERS data on the Samsung Defensive site per Apple (257863) | | | |
| --02/24/12..Custom work to Decrypt GPG Prepare Loadfile Perform Overlay for Mavrakakis Tom data on the Samsung Defensive site per Apple (258891) | RE | ███ | 87.50 |
| --02/24/12..Custom work to Decrypt GPG Prepare Loadfile Perform Overlay for (Culbert Michael Hieta Saku) ERS data on the Samsung Defensive site (258937) | RE | ███ | 175.00 |
| --02/27/12..Custom work to Prepare Loadfile Perform Overlay for Blevins ERS data on the Samsung Defensive site per Apple (259173) | RE | ███ | 87.50 |
| --02/27/12..Custom work to Decrypt GPG Prepare Loadfile Perform Overlay for Blevins ERS data on the Samsung Defensive site per Apple (259174) | RE | ███ | 87.50 |
| --02/27/12..Custom work to Decrypt GPG Prepare Loadfile Perform Overlay for Chipt Lutton ERS data on the Samsung Defensive site per Apple (259346) | RE | ███ | 87.50 |
| --02/28/12..Custom work to Decrypt GPG Prepare Loadfile | RE | ███ | 87.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 16 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Perform Overlay for Juang Ben ERS data on the Samsung Defensive site per Apple (260159) | | | |
| –02/28/12..Custom work to Decrypt GPG Prepare Loadfile | RE | ▉ | 87.50 |
| Perform Overlay for Juang Ben ERS data on the Samsung Defensive site per apple..jha178 260157 | | | |
| –02/28/12..Custom work to remove 17046 records from the database on the Samsung Defensive site per ABarr (211976) | RE | ▉ | 262.50 |
| –02/27/12..Custom work to Upload production module docs for productionid 5607559156025603 on the Samsung Defensive site per MMckinley (259233) | RE | ▉ | 350.00 |
| –02/27/12..Custom work to Upload production module docs for productionid 56145613 on the Samsung Defensive site per MMcKinley (259640) | RE | ▉ | 175.00 |
| –02/27/12..Custom work to Upload production module docs for productionid 5618 on the Samsung Defensive site per MMckinley (259965) | RE | ▉ | 87.50 |
| –02/27/12..Custom work to investigate missing filenames on the Samsung Defensive site per Apple (257892) | RE | ▉ | 87.50 |

**Wire Instructions:**

REDACTED

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 17 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/24/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257887) | RE | ■■■ | 87.50 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (258185) | RE | ■■■ | 43.75 |
| --02/24/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (258187) | RE | ■■■ | 43.75 |
| --02/24/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (258189) | RE | ■■■ | 43.75 |
| --02/24/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (258191) | RE | ■■■ | 43.75 |
| --02/24/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (258192) | RE | ■■■ | 43.75 |
| --02/24/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (258193) | RE | ■■■ | 43.75 |
| --02/25/12..Custom work to fix loadfile and fire off automation on the Samsung Defensive site per Apple (259277) | RE | ■■■ | 43.75 |
| --02/24/12..Create mapping for upload on the Samsung Defensive site per JSchmitt (258384) | RE | ■■■ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 18 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**        Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/24/12..Custom work to prepare upload for automation on the Samsung Defensive site per JSchmitt (258384) | RE | ▆ | 131.25 |
| --02/24/12..Custom work to present upload for automation on the Samsung Defensive site per JSchmitt (258384) | RE | ▆ | 43.75 |
| --02/24/12..Custom work to prepare upload for automation on the Samsung Defensive site per JSchmitt (258388) | RE | ▆ | 131.25 |
| --02/24/12..Custom work to present upload for automation on the Samsung Defensive site per JSchmitt (258388) | RE | ▆ | 43.75 |
| --02/24/12..Custom work to prepare docs for upload on the Samsung Defensive site per jschmitt..mop192 (258392) | RE | ▆ | 131.25 |
| --02/24/12..Custom work to present upload for automation on the Samsung Defensive site per JSchmitt (258392) | RE | ▆ | 43.75 |
| --02/24/12..Custom work to prepare upload for automation on the Samsung Defensive site per JSchmitt (258421) | RE | ▆ | 87.50 |
| --02/24/12..Custom work to present upload for automation on the Samsung Defensive site per JSchmitt (258421) | RE | ▆ | 43.75 |
| --02/24/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258268) | RE | ▆ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 19 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/24/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258284) | RE | ▉ | 43.75 |
| --02/24/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258297) | RE | ▉ | 43.75 |
| --02/24/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258298) | RE | ▉ | 43.75 |
| --02/24/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258342) | RE | ▉ | 43.75 |
| --02/24/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258382) | RE | ▉ | 43.75 |
| --02/24/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple (258937) | RE | ▉ | 43.75 |
| --02/24/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple (258939) | RE | ▉ | 43.75 |
| --02/23/12..Custom work to prepare overlay loadfile for ers data on the Samsung Defensive site per Apple (257882) | RE | ▉ | 87.50 |
| --02/23/12..Custom work to create loadfile for upload on the Samsung Defensive site per JSchmitt (257942) | RE | ▉ | 87.50 |

**Wire Instructions:**

REDACTED
▉
▉
▉
▉
▉
REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**CATALYST**
Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 20 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/23/12..Custom work to prepare documents for upload on the Samsung Defensive site per JSchmitt (257942) | RE | ▇ | 43.75 |
| --02/23/12..Custom work to present upload for automation on the Samsung Defensive site per JSchmitt (257942) | RE | ▇ | 43.75 |
| --02/23/12..Create mapping for upload on the Samsung Defensive site per JSchmitt (257942) | RE | ▇ | 43.75 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257795) | RE | ▇ | 43.75 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257796) | RE | ▇ | 43.75 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257797) | RE | ▇ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257799) | RE | ▇ | 43.75 |
| --02/23/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple (257862) | RE | ▇ | 43.75 |
| --02/23/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple (257863) | RE | ▇ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

Catalyst Repository Tax ID #20-2205114

| Client ID: | 00230.95 |
|---|---|
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 21 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257884) | RE | ███ | 87.50 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257885) | RE | ███ | 43.75 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257886) | RE | ███ | 87.50 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257890) | RE | ███ | 87.50 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257891) | RE | ███ | 87.50 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257892) | RE | ███ | 87.50 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257895) | RE | ███ | 87.50 |
| --02/23/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (257900) | RE | ███ | 87.50 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257902) | RE | ███ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 22 |

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257915) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257919) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257937) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257939) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257941) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257957) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257972) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (257973) | RE | ▮ | 43.75 |
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258001) | RE | ▮ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 23 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/23/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (258002) | RE | ■ | 43.75 |
| --02/15/12..Custom work to cross load 87782 production documents on the Samsung Defensive site per ABarr (253534) | RE | ■ | 218.75 |
| --02/22/12..Custom work to Dedup on the Samsung Defensive site per Apple (257382) | RE | ■ | 43.75 |
| --02/22/12..Custom work to Dedup on the Samsung Defensive site per Apple (257431) | RE | ■ | 43.75 |
| --02/21/12..Custom work to import data and fire automation on the Samsung Defensive site per Apple (256373) | RE | ■ | 43.75 |
| --02/21/12..Custom work to import data and fire automation on the Samsung Defensive site per Apple (256380) | RE | ■ | 43.75 |
| --02/21/12..FSchadek..Custom Work: Repair PDF (256515) | RE | ■ | 43.75 |
| --02/21/12..Custom work to Upload production module docs for productionids on the Samsung Defensiv (257035) | RE | ■ | 525.00 |
| --02/20/12..Custom work to reindex docs in the SearchHitNDC field on the Samsung Defensive site per DYang (255185) | RE | ■ | 43.75 |
| --02/19/12..Custom work to copy documents on the Samsung | 0.25 | REDA | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 24 |

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per ABarr (254668) | | | |
| --02/18/12..Custom work to Create Loadfile  on the Samsung | RE | ███ | 87.50 |
| Defensive site per Apple (256110) | | | |
| --02/18/12..Custom work to Create Loadfile on the Samsung | RE | ███ | 87.50 |
| Defensive site per Apple (256152) | | | |
| --02/18/12..Custom work to Create Loadfile on the Samsung | RE | ███ | 43.75 |
| Defensive site per Apple (256159) | | | |
| --02/18/12..Custom work to Create Loadfile on the Samsung | RE | ███ | 87.50 |
| Defensive site per Apple (256207) | | | |
| --02/18/12..Custom work to Extract GPG file on the Samsung | RE | ███ | 43.75 |
| Defensive site per Apple (256245) | | | |
| --02/18/12..Custom work to Extract GPG file on the Samsung | RE | ███ | 43.75 |
| Defensive site per Apple (256267) | | | |
| --02/18/12..Custom work to Create Loadfile on the Samsung | RE | ███ | 87.50 |
| Defensive site per Apple (256295) | | | |
| --02/18/12..Custom work to Repair loadfile on the Samsung | RE | ███ | 87.50 |
| Defensive site per Apple (256331) | | | |
| --02/18/12..Custom work to Prepare the loadfile on the | RE | ███ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 25 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per Apple (256331) | | | |
| --02/18/12..Custom work to Dup ticket on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (256354) | | | |
| --02/18/12..Custom work to verify loadfile and fire off automation | RE | ▮ | 43.75 |
| on the Samsung Defensive site per Apple (256373) | | | |
| --02/18/12..Custom work to fix loadfile and fire off automation on | RE | ▮ | 43.75 |
| the Samsung Defensive site per Apple (256403) | | | |
| --02/17/12..Custom work to Dup ticket on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (255275) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (255273) | | | |
| --02/17/12..Custom work to Prepare the loadfile on the | RE | ▮ | 43.75 |
| Samsung Defensive site per Apple (256110) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (256152) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (256159) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE | ▮ | 43.75 |

**Wire Instructions:**

REDACTED
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮ ▮▮▮▮▮
REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 26 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (256207) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE ■ | ■ | 43.75 |
| Defensive site per Apple (256295) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE ■ | ■ | 43.75 |
| Defensive site per Apple (256163) | | | |
| --02/17/12..Custom work to Prepare the loadfile on the | RE ■ | ■ | 43.75 |
| Samsung Defensive site per Apple (256324) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE ■ | ■ | 43.75 |
| Defensive site per Apple (256169) | | | |
| --02/17/12..Custom work to Prepare the loadfile on the | RE ■ | ■ | 43.75 |
| Samsung Defensive site per Apple (256328) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE ■ | ■ | 43.75 |
| Defensive site per Apple (256293) | | | |
| --02/17/12..Custom work to Prepare the loadfile on the | RE ■ | ■ | 43.75 |
| Samsung Defensive site per Apple (256337) | | | |
| --02/17/12..Custom work to Extract GPG file on the Samsung | RE ■ | ■ | 43.75 |
| Defensive site per Apple (255262) | | | |
| --02/17/12..Custom work to Prepare the loadfile on the | RE ■ | ■ | 43.75 |

**Wire Instructions:**

REDACTED

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**Powering Complex Legal Matters**

| | | |
|---|---|---|
| **Client ID:** | | 00230.95 |
| Apple/Samsung ITC Defensive | | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Page:** | 27 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per Apple (256347) | | | |
| --02/16/12..Custom work to Repair loadfile on the Samsung Defensive site per Apple (254874) | RE | ■ | 87.50 |
| --02/16/12..Custom work to Dup ticket on the Samsung Defensive site per Apple (254884) | RE | ■ | 43.75 |
| RUSH per EMiller..--02/15/12..Custom work to copy documents on the Samsung Defensive site per ABarr (254668) | RE | ■ | 500.00 |
| --02/14/12..Custom work to investigate duplicate requests on the Samsung Defensive site per Apple (254010) | RE | ■ | 43.75 |
| --02/14/12..Custom work to investigate duplicate requests on the Samsung Defensive site per Apple (254054) | RE | ■ | 43.75 |
| --02/14/12..Custom work to investigate duplicate requests on the Samsung Defensive site per Apple (254293) | RE | ■ | 43.75 |
| --02/14/12..Custom work to import data and fire automation on the Samsung Defensive site per Apple (254392) | RE | ■ | 87.50 |
| --02/14/12..Custom work to import data and fire automation on the Samsung Defensive site per Apple (254406) | RE | ■ | 87.50 |
| --02/14/12..Custom work to Replace clawbacked produced docs | RE | ■ | 262.50 |

**Wire Instructions:**

REDACTED

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 28 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| on the Samsung Defensive site per JSchmitt (253352) | | | |
| --02/14/12..Custom work to prepare upload for automation on the Samsung Defensive site per Apple (253987) | RE | ▇ | 43.75 |
| --02/14/12..Custom work to present upload for automation on the Samsung Defensive site per Apple (253987) | RE | ▇ | 43.75 |
| --02/12/12..Custom work to edit load data on the Samsung Defensive site per Apple (253587) | RE | ▇ | 262.50 |
| --02/13/12..Custom work to import and edit load data on the Samsung Defensive site per Apple (253587) | RE | ▇ | 87.50 |
| --02/12/12..Custom work to complete deduping on the Samsung Defensive site per Apple. (253477) | RE | ▇ | 43.75 |
| --02/12/12..Custom work to complete deduping on the Samsung Defensive site per Apple (253505) | RE | ▇ | 43.75 |
| --02/12/12..Custom work to prepare files for upload on the Samsung Defensive site per JSchmitt (253531) | RE | ▇ | 262.50 |
| --02/11/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple..pel166 (253505) | RE | ▇ | 87.50 |
| --02/11/12..Custom work to Prepare the loadfile on the | RE | ▇ | 43.75 |

**Wire Instructions:**

REDACTED ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇
▇▇ ▇▇▇▇▇
REDACTED ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



CATALYST
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 29 |

**Client:**       Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per Apple (253505) | | | |
| --02/10/12..Custom work to correct native upload on the | RE ██ | ██ | 87.50 |
| Samsung Defensive site per Apple (253041) | | | |
| --02/09/12..Custom work to process deduping on the Samsung | RE ██ | ██ | 43.75 |
| Defensive site per Apple (250279) | | | |
| --02/09/12..Custom work to process deduping on the Samsung | RE ██ | ██ | 43.75 |
| Defensive site per Apple (250378) | | | |
| --02/09/12..Custom work to process deduping on the Samsung | RE ██ | ██ | 43.75 |
| Defensive site per Apple (250752) | | | |
| --02/09/12..Custom work to process deduping on the Samsung | RE ██ | ██ | 43.75 |
| Defensive site per Apple (250754) | | | |
| --02/09/12..Custom work to process deduping on the Samsung | RE ██ | ██ | 43.75 |
| Defensive site per Apple (252214) | | | |
| --02/08/12..Custom work to submit searches on the Samsung | RE ██ | ██ | 43.75 |
| Defensive site per Apple(252214) | | | |
| --02/08/12..Custom work to investigate duplicate requests on | RE ██ | ██ | 43.75 |
| the Samsung Defensive site per Apple (252294) | | | |
| --02/08/12..Custom work to investigate duplicate requests on | RE ██ | ██ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 30 |

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Defensive site per Apple (252371) | | | |
| --02/08/12..Custom work to import and edit load data on the Samsung Defensive site per Apple (252427) | RE | ■ | 131.25 |
| --02/08/12..Custom work to import and edit load data on the Samsung Defensive site per Apple (252434) | RE | ■ | 87.50 |
| --02/08/12..Custom work to submit searches on the Samsung Defensive site per Apple (252434) | RE | ■ | 43.75 |
| --02/07/12..Custom work to replace 34 produced files with new versions on the Samsung Defensive site per JSchmitt (251758) | RE | ■ | 175.00 |
| --02/07/12..Custom work to remove corrupt file from the FTP on the Samsung Defensive site per AAndreasen (252229) | RE | ■ | 43.75 |
| --02/07/12..Custom work to copy documents on the Samsung Defensive site per JSchmitt (251813) | RE | ■ | 262.50 |
| --02/07/12..Custom work to investigate duplicate requests on the Samsung Defensive site per apple (251877) | RE | ■ | 43.75 |
| --02/07/12..Create mapping for upload on the Samsung Defensive site per apple (251973) | RE | ■ | 87.50 |
| --02/07/12..Custom work to investigate duplicate requests on | RE | ■ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 31 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Defensive site per apple (251973) | | | |
| --02/07/12..Custom work to import and edit load data on the Samsung Defensive site per apple (251995) | RE ▇ | ▇ | 87.50 |
| --02/07/12..Custom work to investigate duplicate requests on the Samsung Defensive site per apple (252150) | RE ▇ | ▇ | 87.50 |
| --02/07/12..Custom work to import data and fire automation on the Samsung Defensive site per apple (252170) | RE ▇ | ▇ | 87.50 |
| --02/07/12..Custom work to investigate duplicate requests on the Samsung Defensive site per apple (252197) | RE ▇ | ▇ | 43.75 |
| --02/07/12..Custom work to import and edit load data on the Samsung Defensive site per apple (252220) | RE ▇ | ▇ | 87.50 |
| --02/02/12..Custom work to Investigate missing loadfile on the Samsung Defensive site per Apple (250697) | RE ▇ | ▇ | 43.75 |
| --02/02/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple(250752) | RE ▇ | ▇ | 43.75 |
| --02/02/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple(250754) | RE ▇ | ▇ | 43.75 |
| --02/02/12..Custom work to process deduping on the Samsung | RE ▇ | ▇ | 43.75 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 32 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple(247723) | | | |
| --02/01/12..Custom work to Extract GPG file on the Samsung | RE | ■ | 43.75 |
| Defensive site per apple (250143) | | | |
| --02/01/12..Custom work to Prepare the loadfile on the | RE | ■ | 43.75 |
| Samsung Defensive site per apple (250279) | | | |
| --02/01/12..Custom work to Extract GPG file on the Samsung | RE | ■ | 43.75 |
| Defensive site per apple (250204) | | | |
| --02/01/12..Custom work to Prepare the loadfile on the | RE | ■ | 43.75 |
| Samsung Defensive site per Apple (250378) | | | |
| --02/01/12..Custom work to Extract GPG file on the Samsung | RE | ■ | 43.75 |
| Defensive site per Apple (250223) | | | |
| --02/01/12..Custom work to Extract GPG file on the Samsung | RE | ■ | 43.75 |
| Defensive site per Apple (250262) | | | |
| --02/29/12..Review training on Samsung Defensive site per | RE | ■ | 218.75 |
| TCarlevale (260308) | | | |
| --02/21/12..Reviewer training on Samsung Defensive site per | RE | ■ | 175.00 |
| TCarlevale (254830) | | | |
| --02/17/12..\'No-Show\' for M. Heyison review training on | RE | ■ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143424 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 33 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per TCarlevale (254055) | | | |
| --02/8/12..Review training on Samsung Defensive site per TCarlevale (252179) | RE | ■ | 175.00 |
| --02/03/12..Review training on Samsung Defensive site per TCarlevale (249584) | RE | ■ | 262.50 |
| --02/07/12..Review training on Samsung Defensive site per MHoff (251120) | RE | ■ | 218.75 |
| --01/27/12..Review training on Samsung Defensive site per TCarlevale (248414) | RE | ■ | 175.00 |
| --01/31/12..Review training on Samsung Defensive site per TCarlevale (249520) | RE | ■ | 218.75 |
| --01/31/12..Coordinated training and entered users into log for Apple Samsung per TCarlevale (249520) | RE | ■ | 87.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 149,834.43 |
| Sales Tax | |
| Invoice Total | 149,834.43 |
| Payments/Credits Applied | |
| **TOTAL** | 149,834.43 |

REDACTED