# EXHIBIT E-3

# Part 4

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --03/01/12-03/31/12  Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --03/01/12-03/31/12  Variable License Fee REDA | REDAC | | 79,103.28 |
| --03/28/12..Upload of 3.28 GB for  to the Samsung_Defensive site (271230) | RE | | 196.80 |
| --03/23/12..Document copy upload of 10.24 GB for STCloned_Docs to the Samsung_Productions site (268435) RE | RED | | |
| RUSH..--03/07/12..Upload of 0.20 GB for  to the Samsung_Defensive site (262602) | RE | | 18.00 |
| RUSH..--03/06/12..Upload of 0.07 GB for  to the Samsung_Defensive site (262600) | RE | RED | 6.30 |
| --03/06/12..Fast Track upload of 1.20 GB for  to the Samsung_Defensive site (262629) | RE | RED | 24.00 |
| --03/06/12..Fast Track upload of 0.81 GB for  to the Samsung_Defensive site (262640) | RE | RED | 16.20 |
| --03/06/12..Fast Track upload of 0.99 GB for  to the Samsung_Defensive site (262664) | RE | RED | 19.80 |
| --03/06/12..Fast Track upload of 1.43 GB for  to the | RE | RED | 28.60 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (262665) | | | |
| --03/06/12..Fast Track upload of 1.22 GB for  to the | RE | ■ | 24.40 |
| Samsung_Defensive site (262667) | | | |
| --03/06/12..Fast Track upload of 1.28 GB for  to the | RE | ■ | 25.60 |
| Samsung_Defensive site (262693) | | | |
| --03/06/12..Fast Track upload of 1.18 GB for  to the | RE | ■ | 23.60 |
| Samsung_Defensive site (262694) | | | |
| --03/06/12..Fast Track upload of 2.80 GB for  to the | RE | ■ | 56.00 |
| Samsung_Defensive site (262722) | | | |
| --03/06/12..Fast Track upload of 2.43 GB for  to the | RE | RED | 48.60 |
| Samsung_Defensive site (262836) | | | |
| --03/06/12..Fast Track upload of 2.91 GB for  to the | RE | ■ | 58.20 |
| Samsung_Defensive site (262873) | | | |
| --03/31/12..OCR for 32,986 pages @ REDACTED | REDACT | ■ | 989.58 |
| --03/29/12..Production Module..MMCKINLEY; ProdNDC_017; | RE | ■ | 212.50 |
| Pages: 86; Native Volume: 0.01 GB; Total Output Size: 0.01 GB | | | |
| REDACTED | | | |
| --03/14/12..Production Module..MMCKINLEY; ProdNDC_016; | RE | ■ | 212.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Pages: 116; Native Volume: 0.01 GB; Total Output Size: 0.01 GB REDACTED | | | |
| --03/12/12..Production Module..MMCKINLEY; ProdNDC_015; Pages: 763; Native Volume: 0.05 GB; Total Output Size: 0.05 GB REDACTED | RE | ▮ | 212.50 |
| --03/07/12..Production Module..MMCKINLEY; ProdNDC_014; Pages: 9489; Native Volume: 0.27 GB; Total Output Size: 0.25 GB REDACTED | RE | ▮ | 212.50 |
| --03/07/12..Production Module..MMCKINLEY; ProdNDC013; Pages: 57930; Native Volume: 0.49 GB; Total Output Size: 0.49 GB | REDACT | ▮ | 579.30 |
| --03/07/12..Production Module..MMCKINLEY; ProdNDC012_Rerun; Pages: 110968; Native Volume: 0.97 GB; Total Output Size: 0.97 GB | REDACT | ▮ | 1,109.68 |
| --03/06/12..Production Module..MMCKINLEY; Prod043; Pages: 32286; Native Volume: 0.26 GB; Total Output Size: 0.21 GB | REDACT | ▮ | 322.86 |
| --03/05/12..RBayot..Production; Range: APL7940017216996 - APL7940018538262; Pages Converted/Endorsed: 3914; Total | RE | ▮ | 212.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | | |
|---|---|---|
| **Client ID:** | | 00230.95 |
| Apple/Samsung ITC Defensive | | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| volume: 71.9 MB; (261735) REDACTED | | | |
| --03/04/12..Production Module..MMCKINLEY; Prod042; Pages: 418; Native Volume: 0.07 GB; Total Output Size: 0.07 GB REDACTED | RE | ▮ | 212.50 |
| --03/03/12..Production Module..MMCKINLEY; ProdNDC011; Pages: 7460; Native Volume: 0.20 GB; Total Output Size: 0.19 GB REDACTED | RE | ▮ | 212.50 |
| --03/02/12..Production Module..MMCKINLEY; Prod041; Pages: 8959; Native Volume: 0.09 GB; Total Output Size: 0.08 GB REDACTED | RE | ▮ | 212.50 |
| --03/02/12..Production Module..ABARR; ProdNDC_Licenses; Pages: 651; Native Volume: 0.14 GB; Total Output Size: 0.15 GB REDACTED | RE | ▮ | 212.50 |
| --03/01/12..Production Module..MMCKINLEY; ProdNDC_010rerun; Pages: 57887; Native Volume: 0.72 GB; Total Output Size: 0.71 GB | REDACT | ▮ | 578.87 |
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ▮ | 7,962.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --03/30/12..Custom work to remove redactions from documents n Folder \"March 29 2011 Knockout on the Samsung Defensive site per MMcKinley  (271974) | RE | | 131.25 |
| --03/28/12..Custom work to move and decrypt two volumes on the Samsung Defensive site per MMckinley (271230) | RE | | 43.75 |
| --03/23/12..Custom work to remove production numbers from clawed back docs on the Samsung Defensive site per MMckinley (269532) | RE | | 87.50 |
| --03/15/12..Custom work to Create loadfile and upload 20697 WHdocs on the Samsung Defensive site per MMckinley (262473) | RE | | 175.00 |
| --03/15/12..Removal of 8 docs 0.01 GB from the Document Removal Folder on the Samsung Defensive site (266499) | RE | | 87.50 |
| --03/14/12..Run automated search based subcollection updates on the Samsung Defensive site (265756) | RE | | 25.00 |
| --03/14/12..Run automated searches and updates on the Samsung Defensive site (265756) | RE | | 50.00 |
| --03/09/12..Custom work to Upload production module docs for | RE | | 87.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 6 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| productionid 57335735 on the Samsung Defensive site per MMckinley (264094) | | | |
| --03/12/12..Custom work to prepare files for upload on the Samsung Defensive site per MMckinley (262473) | RE | ■ | 175.00 |
| --03/08/12..Run automated search based subcollection updates on the Samsung Defensive site (262836) | RE | ■ | 25.00 |
| --03/08/12..Run automated searches and updates on the Samsung Defensive site (262836) | RE | ■ | 50.00 |
| --03/08/12..Run automated search based subcollection updates on the Samsung Defensive site  (262873) | RE | ■ | 25.00 |
| --03/08/12..Run automated searches and updates on the Samsung Defensive site  (262873) | RE | ■ | 50.00 |
| --03/08/12..Custom work to Create loadfile and upload 2814 WHdocs on the Samsung Defensive site per ABarr (262473) | RE | ■ | 218.75 |
| --03/08/12..Custom work to run automated unzipping and decryption process on the Samsung Defensive site per Apple (263671) | RE | ■ | 43.75 |
| --03/08/12..Custom work to upload 246 native files on the | RE | ■ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per Apple (263671) | | | |
| --03/07/12..Run automated search based subcollection updates on the Samsung Defensive site (262629) | RE | ■ | 25.00 |
| --03/07/12..Run automated searches and updates on the Samsung Defensive site (262629) | RE | ■ | 50.00 |
| --03/07/12..Run automated search based subcollection updates on the Samsung Defensive site (262640) | RE | ■ | 25.00 |
| --03/07/12..Run automated searches and updates on the Samsung Defensive site (262640) | RE | ■ | 50.00 |
| --03/07/12..Run automated search based subcollection updates on the Samsung Defensive site (262664) | RE | ■ | 25.00 |
| --03/07/12..Run automated searches and updates on the Samsung Defensive site (262664) | RE | ■ | 50.00 |
| --03/07/12..Run automated search based subcollection updates on the Samsung Defensive site (262665) | RE | ■ | 25.00 |
| --03/07/12..Run automated searches and updates on the Samsung Defensive site (262665) | RE | ■ | 50.00 |
| --03/07/12..Run automated search based subcollection updates | RE | ■ | 25.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| on the Samsung Defensive site  (262667) | | | |
| --03/07/12..Run automated searches and updates on the | RE | ██ | 50.00 |
| Samsung Defensive site  (262667) | | | |
| --03/07/12..Run automated search based subcollection updates | RE | ██ | 25.00 |
| on the Samsung Defensive site  (262693) | | | |
| --03/07/12..Run automated searches and updates on the | RE | ██ | 50.00 |
| Samsung Defensive site  (262693) | | | |
| --03/07/12..Run automated search based subcollection updates | RE | ██ | 25.00 |
| on the Samsung Defensive site  (262694) | | | |
| --03/07/12..Run automated searches and updates on the | RE | ██ | 50.00 |
| Samsung Defensive site  (262694) | | | |
| --03/07/12..Run automated search based subcollection updates | RE | ██ | 25.00 |
| on the Samsung Defensive site  (262722) | | | |
| --03/07/12..Run automated searches and updates on the | RE | ██ | 50.00 |
| Samsung Defensive site  (262722) | | | |
| --03/07/12..Custom work to edit load data and fire automation | RE | ██ | 87.50 |
| on the Samsung Defensive site per Jschmitt (262602) | | | |
| --03/07/12..Custom work to Replace reprinted docs on the | RE | ██ | 131.25 |

**Wire Instructions:**

REDACTED
████████████████████
███████████████
███████████████████████
████████████
██████ ████████

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED ████████████████████████████████████████████████



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143895 |
| **Invoice Date:** | Mar 31, 2012 |
| **Payment Terms** | 4/30/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per MMckinley (261735) | | | |
| --03/06/12..Custom work to correct \'Third Party\' coding value and update 41 documents on the Samsung Defensive site per MMckinley (262253) | RE | ██ | 87.50 |
| --03/06/12..Custom work to edit load data and fire automation on the Samsung Defensive site per JSchmitt (262600) | RE | ██ | 87.50 |
| --03/02/12..Removal of 178 docs .01 GB from the Document Removal Folder on the Samsung Defensive site (261410) | RE | ██ | 131.25 |
| --03/05/12..Custom work to overlay Production documents  on the Samsung Defensive site per Apple (261881) | RE | ██ | 87.50 |
| --03/05/12..RBayot..Custom Load File Creation; (261735) | RE | ██ | 87.50 |
| --03/16/12..Reviewer training on Samsung Defensive site per TCarlevale (266770) | RE | ██ | 175.00 |
| --03/07/12..Reviewer training on Samsung Defensive site per TCarlevale (262078) | RE | ██ | 262.50 |
| --03/07/12..Coordinated training and entered users into log for changes in scheduling east coast and west coast foreign reviewers per KHall (262078) | RE | ██ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 96,467.17 |
| Sales Tax | |
| Invoice Total | 96,467.17 |
| Payments/Credits Applied | |
| **TOTAL** | 96,467.17 |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1144357 |
| **Invoice Date:** | Apr 30, 2012 |
| **Payment Terms** | 5/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --04/01/12-04/30/12  Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --04/01/12-04/30/12  Variable License Fee REDA | REDAC | | 79,188.72 |
| --04/27/12..Upload of 0.34 GB for  to the Samsung_Productions site 279452 cloned RE | RE | | |
| --04/16/12..Document copy upload of 0.01 GB for STCloned_Docs to the Samsung_Productions site 276219 RE | RE | | |
| --04/10/12..Fast Track upload of 0.21 GB for  to the Samsung_Defensive site 274855 | RE | | 4.20 |
| --04/04/12..Fast Track upload of 0.08 GB for  to the Samsung_Defensive site 273405 | RE | | 1.60 |
| --04/27/12..Production Module..MMCKINLEY; ProdNDC_023; Pages: 1084; Native Volume: 0.07 GB; Total Output Size: 0.07 GB REDACTED | RE | | 212.50 |
| --04/15/12..Production Module..MMCKINLEY; ProdNDC_020ReRun; Pages: 124; Native Volume: 0.01 GB; Total Output Size: 0.01 GB REDACTED | RE | | 212.50 |
| --04/13/12..Production Module..MMCKINLEY; Prod047; Pages: | RE | | 212.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1144357 |
| **Invoice Date:** | Apr 30, 2012 |
| **Payment Terms** | 5/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 75; Native Volume: 0.01 GB; Total Output Size: 0.01 GB REDACTED | | | |
| --04/13/12..Production Module..MMCKINLEY; ProdNDC_020; Pages: 124; Native Volume: 0.01 GB; Total Output Size: 0.01 GB REDACTED | RE | ■ | 212.50 |
| --04/11/12..FSchadek..Production; Pages Converted/Endorsed [REDO]: 9907; Range: APL7940015800525-APLNDC-WH0000723392; Total Volume: 115 MB (REDACTED | RE | ■ | 212.50 |
| --04/10/12..Production Module..MMCKINLEY; Prod046; Pages: 4996; Native Volume: 0.08 GB; Total Output Size: 0.08 GB REDACTED | RE | ■ | 212.50 |
| --04/10/12..FSchadek..Production; Pages Converted/Endorsed: 9907; Range: APL7940015800525 - APLNDC-WH0000723392; Total Volume: 115 MB (274713) REDACTED | RE | ■ | 212.50 |
| --04/06/12..Production Module..MMCKINLEY; ProdNDC_019; Pages: 1617; Native Volume: 0.03 GB; Total Output Size: 0.03 GB REDACTED | RE | ■ | 212.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1144357 |
| **Invoice Date:** | Apr 30, 2012 |
| **Payment Terms** | 5/30/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| RUSH per AGulino--04/03/12..Production Module..MMCKINLEY; ProdNDC_018; Pages: 17; Native Volume: 0.00 GB; Total Output Size: 0.00 GB REDACTED | RE | ▮ | 500.00 |
| OCR Documents for 1,697 pages @ REDACTED | REDAC | ▮ | 50.91 |
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ▮ | 3,675.00 |
| --04/27/12..Custom work to generate metadata and load 1 document on the Samsung Defensive site per JSchmitt 278257 | RE | ▮ | 87.50 |
| --04/25/12..Custom work to move and decrypt the gpg send.20120425.135705.tar.gz.gpg on the Samsung Defensive site per Apple 279179 | RE | ▮ | 43.75 |
| --04/25/12..Custom work to upload 2 native docs on the Samsung Defensive site per Apple 279179 | RE | ▮ | 87.50 |
| --04/25/12..Custom work to change begcontrol and rename docs to corresponding bate numbers on the Samsung Defensive site per JSchmitt249466 | RE | ▮ | 350.00 |
| --04/20/12..Custom work to generate metadata and load 1 document on the Samsung Defensive site per JSchmitt 277479 | RE | ▮ | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1144357 |
| **Invoice Date:** | Apr 30, 2012 |
| **Payment Terms** | 5/30/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**       Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --04/16/12..Custom work to Copy 18 Records to Samsung Production  on the Samsung Defensive site per MMckinley 276219 | RE | ███ | 87.50 |
| --04/11/12..FSchadek..Custom Load File Creation (DAT) [REDO]; (274713) | RE | REDA | 87.50 |
| --04/11/12..FSchadek..Custom Work: TrueCrypt encryption [REDO] (274713) | RE | REDA | 43.75 |
| --04/10/12..FSchadek..Custom Load File Creation (DAT); (274713) | RE | REDA | 87.50 |
| --04/10/12..FSchadek..Custom Work: TrueCrypt encryption (274713) | RE | REDA | 43.75 |
| --04/15/12..Custom work to investigate and fix 4 docs with blank pages on the Samsung Defensive site per Apple 276213 | RE | REDA | 175.00 |
| --04/12/12..Custom work to add column names to 13 loadfiles on the Samsung Defensive site per Jschmitt 236548 | RE | REDA | 43.75 |
| --04/05/12..Run automated search based subcollection updates on the Samsung Defensive site (273405) | RE | RED | 25.00 |
| --04/05/12..Run automated searches and updates on the | RE | ███ | 50.00 |

**Wire Instructions:**

REDACTED

███████████████

███████████

████████████████

███████████

███ ████████

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1144357 |
| **Invoice Date:** | Apr 30, 2012 |
| **Payment Terms** | 5/30/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site 273405 | | | |
| --04/30/12..Review training on Samsung Defensive site per TCarlevale 279791 | RE | ▮ | 218.75 |
| RUSH..--04/18/12..Rush Fees Apply - Review training on Samsung Defensive site per TCarlevale 276722 | RE | ▮ | 500.00 |
| --04/17/12..Review training on Samsung Defensive site per ACohen 276452 | RE | ▮ | 262.50 |

**Wire Instructions:**

REDACTED

REDACTED

| | |
|---|---|
| Subtotal | 87,357.93 |
| Sales Tax | |
| Invoice Total | 87,357.93 |
| Payments/Credits Applied | |
| **TOTAL** | 87,357.93 |



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --05/01/12-05/31/12  Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --05/01/12-05/31/12  Variable License Fee (REDA | REDAC | ▆ | 72,261.12 |
| --05/25/12..Fast Track upload of 0.03 GB for  to the Samsung_Defensive site (288105) | RE | ▆ | 0.60 |
| --05/31/12..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (289532) | RE | ▆ | 0.20 |
| --05/24/12..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (287620) | RE | ▆ | 0.20 |
| --05/24/12..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (287734) | RE | ▆ | 0.20 |
| --05/21/12..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (286383) | RE | ▆ | 0.20 |
| --05/17/12..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (285582) | RE | ▆ | 0.20 |
| --05/17/12..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (285662) | RE | ▆ | 0.20 |
| --05/16/12..Fast Track upload of 0.01 GB for  to the | RE | ▆ | 0.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



| | | Client ID: | 00230.95 |
|---|---|---|---|
| | | Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (285156) | | | |
| --05/16/12..Fast Track upload of 0.01 GB for  to the | RE | ▉ | 0.20 |
| Samsung_Defensive site (285191) | | | |
| --05/16/12..Fast Track upload of 0.05 GB for  to the | RE | ▉ | 1.00 |
| Samsung_Defensive site (285263) | | | |
| --05/11/12..Fast Track upload of 0.01 GB for  to the | RE | ▉ | 0.20 |
| Samsung_Defensive site (284048) | | | |
| --05/11/12..Fast Track upload of 0.05 GB for  to the | RE | ▉ | 1.00 |
| Samsung_Defensive site (284231) | | | |
| --05/11/12..Upload of 10 docs 0.01 GB for 20120509_Test | RE | ▉ | 0.60 |
| Reports to the Samsung Defensive site per Apple (283551) | | | |
| --05/09/12..Fast Track upload of 0.04 GB for  to the | RE | ▉ | 0.80 |
| Samsung_Defensive site (283519) | | | |
| --05/07/12..Upload of 1.04 GB for  to the Samsung_Defensive | RE | ▉ | 62.40 |
| site (281970) | | | |
| --05/30/12..Production Module..MMCKINLEY; ProdNDC_027; | RE | ▉ | 212.50 |
| Pages: 66; Native Volume: 0.01 GB REDACTED | | | |
| --05/21/12..Production Module..MMCKINLEY; | RE | ▉ | 212.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


CATALYST
Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ProdNDC_026ReRun2; Pages: 201; Native Volume: 0.03 GB REDACTED | | | |
| --05/21/12..Production Module..MMCKINLEY; | RE | ■ | 212.50 |
| ProdNDC_026ReRun; Pages: 201; Native Volume: 0.03 GB REDACTED | | | |
| --05/15/12..Production Module..ABARR; ProdNDC_025; Pages: 75; Native Volume: 0.02 GB REDACTED | RE | ■ | 212.50 |
| --05/14/12..Production Module..MMCKINLEY; Prod051ReRun2; Pages: 807; Native Volume: 0.01 GB REDACTED | RE | ■ | 212.50 |
| --05/14/12..Production Module..MMCKINLEY; Prod051ReRun; Pages: 10; Native Volume: 0.01 GB REDACTED | RE | ■ | 212.50 |
| --05/14/12..Production Module..MMCKINLEY; Prod050ReRun2; Pages: 61285; Native Volume: 0.11 GB | REDACT | ■ | 612.85 |
| --05/13/12..Production Module..MMCKINLEY; Prod050ReRun; Pages: 61302; Native Volume: 0.11 GB | REDACT | ■ | 613.02 |
| --05/11/12..FShadek..Production; Pages Converted/Endorsed(CUSTOM): Unknown; Range: n/a; Total Volume: 1.32 MB (1390592 bytes) (284006) REDACTED | RE | ■ | 212.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --05/11/12..Production Module..MMCKINLEY; Prod051; Pages: 807; Native Volume: 0.01 GB REDACTED | RE | ▮ | 212.50 |
| --05/11/12..Production Module..MMCKINLEY; ProdNDC_022ReRun; Pages: 1460; Native Volume: 0.06 GB REDACTED | RE | ▮ | 212.50 |
| --05/11/12..Production Module..MMCKINLEY; Prod050; Pages: 58511; Native Volume: 0.34 GB | REDACT | ▮ | 585.11 |
| --05/11/12..Production Module..MMCKINLEY; ProdNDC_022; Pages: 1460; Native Volume: 0.06 GB REDACTED | RE | ▮ | 212.50 |
| --05/09/12..Production Module..MMCKINLEY; Prod049ReRun; Pages: 33; Native Volume: 0.00 GB REDACTED | RE | ▮ | 212.50 |
| --05/09/12..Production Module..MMCKINLEY; Prod049; Pages: 1; Native Volume: 0.00 GB REDACTED | RE | ▮ | 212.50 |
| --05/09/2012..Production Module..MMCKINLEY; ProdNDC_024B; Pages: 33; Native Volume: 0.00 GB RE ▮ | RE | ▮ | 212.50 |
| --05/09/2012..Production Module..MMCKINLEY; ProdNDC_024A; Pages: 55; Native Volume: 0.01 GB RE | RE | ▮ | 212.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


**Powering Complex Legal Matters**

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| REDAC | | | |
| --05/03/12..FShadek..Production; Pages Converted/Endorsed: Range: APL7940010637550-APL7940010639255; Total Volume: 2.54 MB 2672640 bytes (REDACTED | RE | ■ | 212.50 |
| --05/31/12  OCR Documents, 833 pages @REDACTED | RE | ■ | 212.50 |
| REDAC | | | |
| --Catalyst Professional Consulting Services (See Addendum for details). | RED | ■ | 5,468.75 |
| --05/11/12..FShadek..CUSTOM Production (284006) | RE | ■ | 175.00 |
| --05/11/12..FShadek..Custom Load File Creation; (284006) | RE | ■ | 87.50 |
| --05/11/12..RBayot..Custom TC creation and testing; Total volume: 1.32 MB; (284006) | RE | ■ | 175.00 |
| --05/03/12..FShadek..Custom Load File Creation; (281600) | RE | ■ | 87.50 |
| --05/03/12..FShadek..Custom Work: TrueCrypt encryption (281600) | RE | ■ | 43.75 |
| --05/27/12..Run automated search based subcollection updates on the Samsung Defensive site (287620) | RE | ■ | 25.00 |
| --05/27/12..Run automated searches and updates on the | RE | ■ | 50.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 6 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site (287620) | | | |
| --05/27/12..Run automated search based subcollection updates on the Samsung Defensive site (287734) | RE | ■ | 25.00 |
| --05/27/12..Run automated searches and updates on the Samsung Defensive site (287734) | RE | ■ | 50.00 |
| --05/27/12..Run automated search based subcollection updates on the Samsung Defensive site (288105) | RE | ■ | 25.00 |
| --05/27/12..Run automated searches and updates on the Samsung Defensive site (288105) | RE | ■ | 50.00 |
| --05/22/12..Run automated search based subcollection updates on the Samsung Defensive site (286383) | RE | ■ | 25.00 |
| --05/22/12..Run automated searches and updates on the Samsung Defensive site (286383) | RE | ■ | 50.00 |
| --05/18/12..Run automated search based subcollection updates on the Samsung Defensive site (285582) | RE | ■ | 25.00 |
| --05/18/12..Run automated searches and updates on the Samsung Defensive site (285582) | RE | ■ | 50.00 |
| --05/18/12..Run automated search based subcollection updates | RE | ■ | 25.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| on the Samsung Defensive site (285662) | | | |
| --05/18/12..Run automated searches and updates on the Samsung Defensive site (285662) | RE | ▇ | 50.00 |
| --05/17/12..Run automated search based subcollection updates on the Samsung Defensive site (285191) | RE | ▇ | 25.00 |
| --05/17/12..Run automated searches and updates on the Samsung Defensive site (285191) | RE | ▇ | 50.00 |
| --05/17/12..Run automated search based subcollection updates on the Samsung Defensive site  (285263) | RE | ▇ | 25.00 |
| --05/17/12..Run automated searches and updates on the Samsung Defensive site  (285263) | RE | ▇ | 50.00 |
| --05/16/12..Run automated search based subcollection updates on the Samsung Defensive site (285156) | RE | ▇ | 25.00 |
| --05/16/12..Run automated searches and updates on the Samsung Defensive site (285156) | RE | ▇ | 50.00 |
| --05/16/12..Removal of 378892  docs 92.452612 GB from the Document Removal Folder on the Samsung Defensive site (285071) | RE | ▇ | 175.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --05/15/12..Custom work to cross load 6 production documents on the Samsung Defensive site per Apple (284818) | RE | ▓▓ | 87.50 |
| --05/15/12..Removal of 400000 docs 72.9 GB from the Document Removal Folder on the Samsung Defensive site (284762) | RE | ▓▓ | 175.00 |
| --05/11/12..Removal of 500000 docs 70.04 GB from the Document Removal Folder on the Samsung Defensive site (283918) | RE | ▓▓ | 175.00 |
| --05/12/12..Run automated search based subcollection updates on the Samsung Defensive site (284231) | RE | ▓▓ | 25.00 |
| --05/12/12..Run automated searches and updates on the Samsung Defensive site (284231) | RE | ▓▓ | 50.00 |
| --05/10/12..Run automated search based subcollection updates on the Samsung Defensive site (283519) | RE | ▓▓ | 25.00 |
| --05/10/12..Run automated searches and updates on the Samsung Defensive site (283519) | RE | ▓▓ | 50.00 |
| --05/04/12..Custom work to move and unzip multiple files on the Samsung Defensive site per JSchmitt (281970) | RE | ▓▓ | 262.50 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1144823 |
| **Invoice Date:** | May 31, 2012 |
| **Payment Terms** | 6/30/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --05/04/12..Removal of 250000 docs 32.20 GB from the Document Removal Folder on the Samsung Defensive site (281941) | RE ██ | ██ | 175.00 |
| --05/03/12..Removal of 461391 docs 27.6 GB from the Document Removal Folder on the Samsung Defensive site (281149) | RE ██ | ██ | 175.00 |
| --05/17/12..Review training on Samsung Defensive site per MFord (284462) | RE ██ | ██ | 175.00 |

**Wire Instructions:**

REDACTED ████████

| | |
|---|---|
| Subtotal | 85,802.80 |
| Sales Tax | |
| Invoice Total | 85,802.80 |
| Payments/Credits Applied | |
| **TOTAL** | 85,802.80 |

REDACTED ████████████████████



Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1145313 |
| **Invoice Date:** | Jun 30, 2012 |
| **Payment Terms** | 7/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --06/01/12-06/30/12  Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| --06/01/12-06/30/12  Variable License Fee REDA | REDAC | ■ | 72,436.80 |
| --06/12/12..Document copy upload of 2.30 GB for STCloned_Docs to the Samsung_Productions site (291445) | RE | | |
| --06/18/12..Production Module..MMCKINLEY; ProdNDC_032; Pages: 321; Native Volume: 0.02 GB REDACTED | RE | ■ | 212.50 |
| RUSH per AGukiro --06/14/12..Production Module..MMCKINLEY; ProdNDC_031; Pages: 64; Native Volume: 0.01 GB | RE | ■ | 500.00 |
| --06/11/12..Production Module..MMCKINLEY; ProdNDC_030; Pages: 15; Native Volume: 0.00 GB REDACTED | RE | ■ | 212.50 |
| --06/06/12..Production Module..MMCKINLEY; ProdNDC_029; Pages: 68; Native Volume: 0.02 GB REDACTED | RE | ■ | 212.50 |
| --06/01/12..Production Module..MMCKINLEY; ProdNDC_028; Pages: 87; Native Volume: 0.02 GB REDACTED | RE | ■ | 212.50 |
| --06/06/12..Create 6 fields on the Samsung Defensive site per ABarr (291290) | RE | ■ | 255.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1145313 |
| **Invoice Date:** | Jun 30, 2012 |
| **Payment Terms** | 7/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --06/19/12..Custom work to complete the copy to the Samsung Productions site on the Samsung Defensive site per eratterman..era191 (291445) | RE | ▮ | 87.50 |
| --06/11/12..Custom work to fix duplicates on the site on the Samsung Defensive site per ERatterman (291445) | RE | ▮ | 437.50 |
| --06/12/12..Custom work to edited fields and fired automated copy request on the Samsung Defensive site per ERatterman (291445) | RE | ▮ | 43.75 |
| --06/01/12..Run automated search based subcollection updates on the Samsung Defensive site (289532) | RE | ▮ | 25.00 |
| --06/01/12..Run automated searches and updates on the Samsung Defensive site (289532) | RE | ▮ | 50.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 74,685.55 |
| Sales Tax | |
| Invoice Total | 74,685.55 |
| Payments/Credits Applied | |
| **TOTAL** | 74,685.55 |

REDACTED