# EXHIBIT F

# Part 1



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046269 | 01/19/2012 | 1207-87206 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/11/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
Seong Hun Kim

| | | | | |
|---|---|---|---|---|
| Interpreter Services | 10.00 | @ | 400.00 | 4,000.00 |
| Travel Time | 10.00 Hours | @ | 400.00/Hour | 4,000.00 |
| Travel Time | 10.00 Hours | @ | 400.00/Hour | 4,000.00 |
| Travel | | | | 4,995.00 |
| Hotel | | | | 548.55 |
| Hotel | | | | 971.39 |
| Travel Day | 4.00 | @ | 100.00 | 400.00 |

TOTAL DUE >>>>     18,914.94

Travel from San Francisco to Seoul / 10 hours at $400 per hour = $4000

Travel from Seoul to San Francisco / 10 hours at $400 per hour = $4000

Airfare, 11/8 to 11/12, $4995.00

JW Marriott Hotel, 11/9 to 11/10, $548.55

Grand Hyatt Hotel, 11/10 to 11/12, $971.39

Travel Day 11/8 to 11/12, 4 days at $100 per day is for Interpreter Meals

TAX ID NO.: 20-2665382                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:   12046269
Date       :   01/19/2012
TOTAL DUE  :   18,914.94

Job No.   :  1207-87206
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046277 | 01/19/2012 | 1207-87295 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/30/2011 | LLCACC | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
  Chang Soo Park
        Interpreter Services
        Travel Time

| | | | |
|---|---|---|---|
| 6.50 | @ | 400.00 | 2,600.00 |
| 2.50 Hours @ | | 400.00/Hour | 1,000.00 |
| | TOTAL DUE >>>> | | 3,600.00 |

Deposition Location:   Palo Alto, CA

*[handwritten: Why ~~ they billing for travel time?]*

*[handwritten: ★ Albert Lim said he spoke to Wilmer about these charges.]*

TAX ID NO.: 20-2665382

(617) 526-6000

*payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046277
Date       :  01/19/2012
TOTAL DUE  :    3,600.00

Job No.   :  1207-87295
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



**MERRILL CORPORATION**

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046279 | 01/19/2012 | 1207-87490 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/03/2011 | LLCACC | Investigation#33 |

CASE CAPTION

CERTAIN ELECTRONIC DEVICES, INCLUDING WIRE

TERMS

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
    Min Goo Kim
        Interpreter Services    9.50    @       400.00        3,800.00
        Travel Time             1.50  Hours @   400.00/Hour      600.00

                        TOTAL   DUE   >>>>                     4,400.00

Deposition Location:   Palo Alto, CA
```

TAX ID NO. : 20-2665382                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046279
Date       :  01/19/2012
TOTAL DUE  :  4,400.00

Job No.   :  1207-87490
Case No.  :  Investigation#337-TA-7
CERTAIN ELECTRONIC DEVICES, INCLUDIN

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046278 | 01/19/2012 | 1207-87418 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/02/2011 | LLCACC | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
    Min Goo Kim
        Interpreter Services      9.50     @    400.00        3,800.00
        Travel Time               2.50 Hours @  400.00/Hour    1,000.00

                                  TOTAL  DUE  >>>>             4,800.00

Deposition Location:  Palo Alto, CA
```

TAX ID NO. :  20-2665382                                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046278
Date      :  01/19/2012
TOTAL DUE :   4,800.00


Job No.   :  1207-87418
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046276 | 01/20/2012 | 1207-87268 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/18/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
Se Hyoung Kim

| | | | | |
|---|---|---|---|---|
| Interpreter Services | 8.00 | @ | 400.00 | 3,200.00 |
| Travel Time | 10.00 Hours | @ | 400.00/Hour | 4,000.00 |
| Travel Time | 10.00 Hours | @ | 400.00/Hour | 4,000.00 |
| Travel | | | | 4,695.00 |
| Hotel | | | | 783.21 |
| Travel Day | 3.00 | @ | 100.00 | 300.00 |

TOTAL DUE >>>>        16,978.21

Travel from San Francisco to Seoul / 10 hours at $400 per hour = $4000

Travel from Seoul to San Francisco / 10 hours at $400 per hour = $4000

Airfare, 11/16 to 11/19, $4695.00

Grand Hyatt Hotel, 11/17 to 11/19, $783.21

Travel Day 11/16 to 11/19, 3 days at $100 per day is for Interpreter Meals

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12046276
Date      : 01/20/2012
**TOTAL DUE :   16,978.21**

Job No.   : 1207-87268
Case No.  : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046270 | 01/21/2012 | 1207-87335 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
   Hee Won Kong
          Interpreter Services          8.50        @      400.00              3,400.00
          Travel Time                    2.50  Hours @     400.00/Hour          1,000.00

                                         TOTAL   DUE   >>>>                      4,400.00

Deposition Location:  Palo Alto, CA
```

TAX ID NO. : 20-2665382                                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046270
Date        :  01/21/2012
TOTAL DUE   :     4,400.00


Job No.    :  1207-87335
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046421 | 02/08/2012 | 1201-87324 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/20/2011 | LLCACC | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
    Jin-Kuy Choi
            Interpreter Services    8.00 Hours @    400.00/Hour    3,200.00
            Travel                  8.00       @    400.00         3,200.00
            Travel                  8.00       @    400.00         3,200.00
            Travel                  3.00       @    100.00           300.00
            Hotel                                                    284.98
            Hotel                                                    189.70
            Travel                                                   101.70

                            TOTAL  DUE  >>>>          10,476.38
```

* 8 hours minimum for Interpreter per day

Travel 11/19 from San Francisco to Boston / 8 hours at $400 per hour = $3200

Travel 11/21 from Boston to Washington DC / 8 hours at $400 per hour = $3200

Travel Day 11/19 to 11/21, 3 days at $100 per day covers Interpreter meals

Ames Hotel 11/19 to 11/20, $284.98 and $189.70

Airfare 11/19 from San Francisco to Boston billed on invoice 12046421,  included in

TAX ID NO.: 20-2665382                                    (617) 526-6000



**MERRILL CORPORATION**

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046427 | 02/08/2012 | 1207-87217 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/11/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

DEPOSITION SUMMARY OF:
Young Bum Kim

| | | | |
|---|---|---|---|
| Interpreter Services | 8.00 Hours @ | 400.00/Hour | 3,200.00 |
| Travel | 5.00 @ | 400.00 | 2,000.00 |
| Travel | 5.00 @ | 400.00 | 2,000.00 |
| Travel | 2.00 @ | 150.00 | 300.00 |
| Hotel | | | 229.93 |
| Travel | | | 413.40 |

TOTAL DUE >>>>   8,143.33

Travel 11/10 from Orange County to Palo Alto / 5 hours at $400 per hour = $2000

Travel 11/11 from Palo Alto to San Jose / 5 hours at $400 per hour = $2000

Travel Day 11/10 and 11/11, 2 days at $150 per day for short term trips covers interpreter meals

Stanford Terrace Inn 11/10 to 11/11, $229.93

Airfare $413.40

TAX ID NO. : 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:   12046427
Date        :   02/08/2012
TOTAL DUE  :    8,143.33

Job No.   :  1207-87217
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE



| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046418 | 02/08/2012 | 1207-87265 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
Sung Ho Eun

| | | | |
|---|---|---|---|
| Interpreter Services | 8.00 | @ 400.00 | 3,200.00 |
| Travel | 10.00 | @ 400.00 | 4,000.00 |
| Travel | 10.00 | @ 400.00 | 4,000.00 |
| Travel Day | 3.00 | @ 100.00 | 300.00 |
| Hotel | | | 893.40 |
| Travel | | | 4,995.00 |

                                          TOTAL   DUE   >>>>          17,388.40

Travel from Los Angeles to Seoul / 10 hours at $400 per hour = $4000

Travel from Los Angeles to San Francisco / 10 hours at $400 per hour = $4000

Airfare, 11/15 and 11/19, $4995.00

JW Marriott Hotel, 11/17 to 11/19, $893.40

Travel Day 11/17 to 11/19, 3 days at $100 per day is for Interpreter Meals

TAX ID NO.: 20-2665382                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046418
Date        :  02/08/2012
**TOTAL DUE :   17,388.40**

Job No.   :  1207-87265
Case No.  :  4:11-cv-01846-LB
*APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046420 | 02/08/2012 | 1207-87311 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/18/2011 | LLCACC | 4:11-cv-01846-L |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

DEPOSITION SUMMARY OF:
   Jae Yoel Kim

| | | | |
|---|---|---|---|
| Interpreter Services | 8.00 Hours @ | 400.00/Hour | 3,200.00 |
| Travel | 8.00 @ | 400.00 | 3,200.00 |
| Travel | 2.00 | 100.00 | 200.00 |
| Travel | | | 1,307.40 |
| Hotel | | | 548.58 |

TOTAL  DUE  >>>>     8,455.68

\* 8 hours minimum for Interpreter per day

.Travel 11/17 from Washington DC (Dulles) to San Francisco / 8 hours at $400 per hour =
$3200

.Travel Day 11/17 to 11/18, 2 days at $100 per day covers Interpreter meals

Airfare, 11/17 and 11/19, $1307.10

Westin Hotel , 11/17 to 11/18, $548.58

TAX ID NO.: 20-2665382

(617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046420
Date     :  02/08/2012
**TOTAL DUE :**   8,455.68

Job No.   :  1207-87311
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
          PO Box 277951
          Atlanta, GA 30384



## MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046422 | 02/08/2012 | 1201-87325 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/23/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
   Yong-Jun Kwak
         Interpreter Services        9.00 Hours @   400.00/Hour       3,600.00
         Travel                       8.00       @   400.00            3,200.00
         Travel                       8.00       @   400.00            3,200.00
         Travel                       2.00       @   100.00              200.00
         Hotel                                                          189.70
         Travel                                                         696.40

                                        TOTAL   DUE  >>>>            11,086.10
```

Travel 11/22 from Washington DC to Boston / 8 hours at $400 per hour = $3200

Travel 11/23 from Boston to Washington DC / 8 hours at $400 per hour = $3200

Travel Day 11/22 to 11/23, 2 days at $100 per day covers Interpreter meals

Ames Hotel 11/22, $189.70

Airfare 11/22 to 11/23 from Washington DC to Boston to Washington DC, $696.40 (420.70 and 225.70.)

**TAX ID NO. :** 20-2665382                                           (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046422
Date       :  02/08/2012
TOTAL DUE  :  11,086.10


Job No.    :  1201-87325
Case No.   :  4:11-cv-01846-LB
              "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**



**MERRILL CORPORATION**

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046419 | 02/08/2012 | 1207-87298 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/30/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
Joon Young Cho

| | | | | |
|---|---|---|---|---|
| Interpreter Services | 9.00 | @ | 400.00 | 3,600.00 |
| Travel | 5.00 | @ | 400.00 | 2,000.00 |
| Travel | 5.00 | @ | 400.00 | 2,000.00 |
| Travel | | | | 395.40 |
| Hotel | | | | 887.44 |
| Travel Day | 3.00 | @ | 100.00 | 300.00 |

TOTAL DUE >>>>   9,182.84

Travel from Southern California to Northern California / 5 hours at $400 per hour =
$2000

Travel from Northern California to Southern California / 5 hours at $400 per hour =
$2000

Airfare, 11/29 and 12/1, $395.40

Sheraton , 11/29 to 12/1, $887.44

Travel Day 11/29 to 12/1, 3 days at $100 per day is for Interpreter Meals

TAX ID NO.: 20-2665382                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046419
Date        :  02/08/2012
**TOTAL DUE :    9,182.84**

Job No.   :  1207-87298
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

# MERRILL CORPORATION

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046424 | 02/09/2012 | 1207-87286 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/30/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
    Hun Kee Kim

| | | | |
|---|---|---|---|
| Interpreter Services | 10.00 Hours @ | 400.00/Hour | 4,000.00 |
| Travel | 8.00 @ | 400.00 | 3,200.00 |
| Travel Day | 8.00 @ | 400.00 | 3,200.00 |
| | **TOTAL DUE >>>>** | | 10,400.00 |

Travel 11/29 from Washington DC to Palo Alto / 8 hours at $400 per hour = $3200

Travel Day 12/1 "Bridge Day", scheduled down-day.

TAX ID NO.: 20-2665382                                      (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046424
Date       :  02/09/2012
TOTAL DUE  :  10,400.00


Job No.    :  1207-87286
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

## MERRILL CORPORATION

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046426 | 02/09/2012 | 1207-87362 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/03/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
   Jae-Seung Yoon
      Interpreter Services      10.00 Hours @    400.00/Hour       4,000.00
      Travel                     8.00        @    400.00            3,200.00
      Travel                     5.00        @    100.00              500.00
      Travel                                            Air           828.40
      Hotel                                                           478.79
      Hotel                                                           484.06

                                        TOTAL  DUE  >>>>            9,491.25
```

Travel 12/4 from San Francisco to Washington DC (Dulles) / 8 hours at $400 per hour = $3200

Travel Day 11/29 to 11/30 and 12/2 to 12/4, 5 days at $100 per day is for Interpreter Meals.

Airfare $828.40

Sheraton Hotel 11/29 to 11/30, $478.79

Westin Hotel, 12/1 to 12/3, $484.06 (316.24 and 167.82)

TAX ID NO.: 20-2665382                          (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046426
Date       :  02/09/2012
TOTAL DUE  :     9,491.25


Job No.    :  1207-87362
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046513 | 02/10/2012 | 1207-87256 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/13/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
    Hyun Woo Lee

| | | | |
|---|---|---|---|
| Interpreter Services | 8.00 Hours @ | 400.00/Hour | 3,200.00 |
| Travel Day | 8.00 @ | 400.00 | 3,200.00 |
| Travel Day | 8.00 @ | 400.00 | 3,200.00 |

TOTAL   DUE   >>>>       **9,600.00**

Deposition Location:  Seoul, Korea

Travel Days 11/14 and 11/15 "Bridge Days", scheduled down-days.

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046513
Date      :  02/10/2012
**TOTAL DUE** :  **9,600.00**


Job No.   :  1207-87256
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**



**MERRILL CORPORATION**

LegaLink, Inc.                                    179 Lincoln Street
                                                        Suite 401
                                                   Boston, MA 02111
                                                Phone: 617.542.0039
                                                   Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046518 | 02/10/2012 | 1207-87292 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/03/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
  Ju Ho Lee

| | | | |
|---|---|---|---|
| Interpreter Services | 8.00 Hours @ | 400.00/Hour | 3,200.00 |
| Travel | 5.00 @ | 400.00 | 2,000.00 |
| Travel | 5.00 @ | 400.00 | 2,000.00 |
| Travel | | | 395.40 |
| Hotel | | | 223.10 |
| Travel Day | 3.00 @ | 100.00 | 300.00 |

                              TOTAL   DUE   >>>>        8,118.50

Travel from Southern California to Northern California / 5 hours at $400 per hour = $2000

Travel from Northern California to Southern California / 5 hours at $400 per hour = $2000

Airfare, 12/2 and 12/4, $395.40

Westin, 12/2 to 12/3, $223.10

Travel Day 12/2 to 12/4 , 3 days at $100 per day is for Interpreter Meals

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

                              Invoice No.:  12046518
                              Date       :  02/10/2012
                              **TOTAL DUE** :   8,118.50

                              Job No.   :  1207-87292
                              Case No.  :  4:11-cv-01846-LB
                              "APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046438 | 02/17/2012 | 1207-87209 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/11/2011 | LLCACC | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

---

DEPOSITION SUMMARY OF:
Jeong Seok Oh

| | | | |
|---|---|---|---|
| Interpreter Services | 8.00 Hours @ | 400.00/Hour | 3,200.00 |
| Travel | 10.00 @ | 400.00 | 4,000.00 |
| Interpreter Services | 4.00 Hours @ | 400.00/Hour | 1,600.00* |

TOTAL DUE  >>>>    8,800.00

Travel 11/9 from Los Angeles to Seoul / 10 hours at $400 per hour = $4000

Case preparation on own:  coordination & planning of logistics for all upcoming
depositions in Korea, Northern California and Boston.  4 hours at $400
per hour = $1600

---

TAX ID NO.:  20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046438
Date      :   02/17/2012
TOTAL DUE  :    8,800.00

Job No.   :  1207-87209
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0030
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046748 | 02/28/2012 | 1207-87277 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/30/2011 | LLCACC | 4:11-cv-01846-L |
| | CASE CAPTION | |
| | "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | |
| | TERMS | |
| | Immediate, sold FOB Merrill facility | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

DEPOSITION SUMMARY OF:
  Yong-Suk Moon

| | | | | |
|---|---|---|---|---|
| Interpreter Services | 8.50 Hours @ | 400.00/Hour | 3,400.00 |
| Travel | 10.00 @ | 400.00 | 4,000.00 |
| Interpreter Services | 3.50 Hours @ | 400.00/Hour | 1,400.00 |
| Interpreter Services | 2.50 Hours @ | 400.00/Hour | 1,000.00 |
| Interpreter Services | 3.75 Hours @ | 400.00/Hour | 1,500.00 |

                                    TOTAL  DUE  >>>>      11,300.00

Travel 11/26 from Los Angeles to Seoul / 10 hours at $400 per hour = $4000

Nov. 27, 2011 Time Charges for on-going coordination & planning involved in multiple
state-side deposiitions Boston and Palo Alto, 3.5 hours at $400 per hour = $1400.

Nov. 28, 2011 Time Charges for on-going coordination & planning involved in multiple
state-side deposiitions Boston and Palo Alto, 2.5 hours at $400 per hour = $1000.

Nov. 29, 2011 Time Charges for on-going coordination & planning involved in multiple
state-side deposiitions Boston and Palo Alto, 3.75 hours at $400 per hour = $1500.

TAX ID NO. : 20-2665382                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046748
Date       :  02/28/2012
**TOTAL DUE :   11,300.00**

Job No.    :  1207-87277
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046747 | 02/28/2012 | 1207-87421 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/02/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION | | |
|---|---|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
    Noh-Sun Kim
            ·Interpreter Services      8.00 Hours @    400.00/Hour    3,200.00·
            Travel                     10.00        @    400.00        4,000.00
            Travel Day                  8.00        @    400.00        3,200.00
        .   Travel                                                     5,130.00·
            Hotel                                                      2,131.69
            Travel Day                  7.00        @  · 100.00          700.00·

                                        TOTAL  DUE  >>>>               18,361.69
```

Travel from Seoul to Los Angeles / 10 hours at $400 per hour = $4000

Travel Day for 12/1/11 "Bridge Day," 8 hours at $400 per hour = $3200

Airfare, 11/26 and 12/10, $5130.00

Hotel, 11/27, to 12/2, $2131.69

Travel Day 11/26 to 12/3, 7 days at $100 per day is for Interpreter Meals

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046747
Date       :  02/28/2012
TOTAL DUE  :  18,361.69


Job No.    :  1207-87421
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



**MERRILL CORPORATION**

LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046765 | 02/29/2012 | 1207-87256 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/13/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
   Hyun Woo Lee
       Interpreter Services     8.00 Hours @    400.00/Hour     3,200.00
       Travel Day               8.00       @    400.00          3,200.00
       Travel Day               8.00       @    400.00          3,200.00

                                        TOTAL   DUE  >>>>        9,600.00

Deposition Location:  Seoul, Korea

Travel Days 11/14 and 11/15 "Bridge Days", scheduled down-days.
```

TAX ID NO.: 20-2665382                                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12046765
Date        :  02/29/2012
TOTAL DUE   :     9,600.00

Job No.   :  1207-87256
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**
LegaLink, Inc.

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0099
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046767 | 02/29/2012 | 1207-87259 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/16/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
    Soon-Jae Choi
            Interpreter Services          8.00 Hours @   400.00/Hour      3,200.00

                                          TOTAL  DUE  >>>>              3,200.00

Deposition Location:  Seoul, Korea
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046767
Date       :  02/29/2012
TOTAL DUE  :   3,200.00


Job No.    :  1207-87259
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046768 | 02/29/2012 | 1207-87262 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/17/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
   Moon-Sang Jeong
         Interpreter Services          8.00 Hours @   400.00/Hour      3,200.00

                                  TOTAL   DUE   >>>>           3,200.00

   Deposition Location:  Seoul, Korea
```

TAX ID NO.:  20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12046768
Date       :  02/29/2012
TOTAL DUE  :   3,200.00


Job No.    :  1207-87262
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:     LegaLink, Inc.
              PO Box 277951
              Atlanta, GA 30384