# EXHIBIT F

# Part 2



**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046766 | 02/29/2012 | 1207-87271 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/18/2011 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| TERMS |
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
DEPOSITION SUMMARY OF:
    Jun-Sung Lee
        · Interpreter Services       8.00 Hours @    400.00/Hour    3,200.00
        Travel                       10.00       @    400.00         4,000.00
        Travel                                                       4,995.00
        Hotel                                                        1,664.66
        Travel                       10.00       @    100.00         1,000.00

                                          TOTAL    DUE  >>>>        14,859.66

Travel 11/19 from Seoul to Los Angeles  / 10 hours at $400 per hour = $3200

Airfare, $4995.00

Hotel, $1664.66

Travel Day 11/8(9) to 11/19, 10 days at $100 per day covers Interpreter meals


Please reference:

12046438 deposition of Jeong Seok Oh taken 11/11/11
```

TAX ID NO.: 20-2665382                                          (617) 526-6000



**MERRILL CORPORATION**

LegaLink, Inc.     179 Lincoln Street
                   Suite 401
                   Boston, MA 02111
                   Phone: 617.542.0039
                   Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046766 | 02/29/2012 | 1207-87271 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/18/2011 | LLCACC | 4:11-cv-01846-L |

CASE CAPTION

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
12046765 deposition of Hyun Woo Lee taken 11/13/11

12046767 deposition of Soon-Jae Choi taken 11/16/11

12046768 deposition of Moon-Sang Jeong taken 11/17/11
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.: 12046766
Date       : 02/29/2012
TOTAL DUE  : 14,859.66

Job No.  : 1207-87271
Case No. : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.  
179 Lincoln Street  
Suite 401  
Boston, MA 02111  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12046437 | 07/09/2012 | 1207-87328 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 11/18/2011 | LLCACC | 4:11-cv-01846-L |

CASE CAPTION  
"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

TERMS  
Immediate, sold FOB Merrill facility

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109     NDCAL

```
DEPOSITION SUMMARY OF:
  Sang Ryul Park
        Interpreter Services      8.00 Hours @   400.00/Hour    3,200.00
        Travel                    5.00        @   400.00         2,000.00
        Travel                    5.00        @   400.00         2,000.00
        Hotel                                                      276.84
        Travel                                                     287.40
        Travel                                                     107.36
        Parking and Tolls                                           42.00
        Travel                    2.00        @   100.00           200.00

                                         TOTAL DUE  >>>>         8,113.60
```

Travel for Ms. Sunhee Paik 11/17/11 / 5 hours at $400 per hour = $2000

Travel for Ms. Sunhee Paik 11/18/11 / 5 hours at $400 per hour = $2000

Airfare, 11/17 & 11/20, $287.40

Car Rental in Palo Alto, 11/17 & 11/18, $107.36

Per diem for 2 days, 11/17 & 11/18

TAX ID NO.: 20-2665382                                (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Carlevale  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

Invoice No.: 12046437  
Date       : 07/09/2012  
TOTAL DUE  :  8,113.60

Job No.  : 1207-87328  
Case No. : 4:11-cv-01846-LB  
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:   LegaLink, Inc.  
            PO Box 277951  
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048161 | 07/09/2012 | 1207-88245 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/05/2012 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NDCAL

```
DEPOSITION SUMMARY OF:
  Ju-won Lee
       Interpreter Services      11.00 Hours @   400.00/Hour    4,400.00
       Travel                     4.00         @   400.00        1,600.00
       Travel                     2.00         @   100.00          200.00
                                              TOTAL  DUE  >>>>   6,200.00

Deposition Location:  San Francisco, CA

Travel Time, 4 hours at $400 per hour = $1600

Per diem for 2 days, 3/4 & 3/5
```

TAX ID NO.: 20-2665382                                           (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048161
Date       :  07/09/2012
TOTAL DUE  :  6,200.00


Job No.    :  1207-88245
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:  LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048163 | 07/09/2012 | 1207-88454 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/26/2012 | LLCACC | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

NXCHC

DEPOSITION SUMMARY OF:
    Jun Won Lee (satellite deposition)
        Interpreter Services          8.00 Hours @      400.00/Hour        3,200.00
        Cab                                                                  225.00
                                                                          ─────────
                                      TOTAL   DUE   >>>>                   3,425.00

Deposition Location:  Seoul, Korea & Palo Alto, CA

*Minimum charge of 8 hours.

TAX ID NO.: 20-2665382                                            (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Invoice No.:  12048163
Date       :  07/09/2012
**TOTAL DUE** :     3,425.00

Job No.    :  1207-88454
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.  
179 Lincoln Street  
Suite 401  
Boston, MA 02111  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048350 | 07/25/2012 | 1207-88201 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/29/2012 | KIMTED | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

KDCAL - Interpreter

```
DEPOSITION SUMMARY OF:
  GiSang Lee
       Interpreter Services         10.00 Hours @    400.00/Hour     4,000.00
       Travel                                                          100.00

                                    TOTAL    DUE  >>>>              4,100.00

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Seoul, Korea

Per diem 2/29
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
Invoice No.:  12048350
Date       :  07/25/2012
TOTAL DUE  :  4,100.00


Job No.    :  1207-88201
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:  LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048351 | 07/25/2012 | 1207-88166 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/06/2012 | KIMTED | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| TERMS |
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*NDCAL - Interpreter*

```
SCHEDULED DEPOSITION OF:
    Joonho Park
        Interpreter Services        8.00 Hours @    400.00/Hour       3,200.00
        Travel                                                          100.00
                                                                     ----------
                                    TOTAL   DUE  >>>>                 3,300.00

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Seoul, Korea

Per diem 3/6
```

TAX ID NO.: 20-2665382                                     (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048351
Date       :  07/25/2012
TOTAL DUE  :     3,300.00


Job No.    :  1207-88166
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384



## MERRILL CORPORATION

LegaLink, Inc.  
179 Lincoln Street  
Suite 401  
Boston, MA 02111  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048355 | 07/25/2012 | 1207-88360 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/21/2012 | KIMTED | 4:11-cv-01846-L |
| CASE CAPTION | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

NDCAL - Interpreter

```
DEPOSITION SUMMARY OF:
    Seung Gun Park
        Interpreter Services      9.00 Hours @    400.00/Hour     3,600.00
        Travel                                                      100.00

                                 TOTAL   DUE  >>>>                3,700.00

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Deposition Location:  Seoul, Korea

Per diem 3/21
```

TAX ID NO.: 20-2665382                                  (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
                    Invoice No.:  12048355
                    Date        : 07/25/2012
                    TOTAL DUE   :  3,700.00



                    Job No.     : 1207-88360
                    Case No.    : 4:11-cv-01846-LB
                    "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:  LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048822 | 09/17/2012 | 1207-88411 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/20/2012 | EIBETR | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*[handwritten] LOCAL - Interpreter*

```
APPEARANCE OF:
  German Interpreter
        Interpreter Services                                          1,400.00
        Interpreter Services      2.00 Hours @    275.00/Hour           550.00
        Travel                                                          600.00

                                  TOTAL  DUE  >>>>                    2,550.00


Full Day $1400. Overtime $275/hr.

Travel Expenses $600

Deposition Location:  Brussels, Belgium
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048822
Date        :  09/17/2012
TOTAL DUE   :   2,550.00


Job No.   :  1207-88411
Case No.  :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# MERRILL CORPORATION

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048829 | 09/17/2012 | 1207-88420 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/23/2012 | EIBETR | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*NDCAL - Interpreter* [handwritten]

```
APPEARANCE OF:
   German Interpreter
         Interpreter Services                                    1,400.00
         Travel                                                    600.00

                                        TOTAL    DUE   >>>>      2,000.00


Full Day $1400

Travel Expenses $600 (Interpreter en-route from Germany)

Deposition Location:  Brussels, Belgium
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048829
Date       :  09/17/2012
TOTAL DUE  :  2,000.00


Job No.    :  1207-88420
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048823 | 09/17/2012 | 1207-88419 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/22/2012 | EIBETR | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*NDCAL - Interpreter*

```
APPEARANCE OF:
   Spanish Interpreter
         Interpreter Services                                            1,400.00
         Interpreter Services      2.00 Hours @    275.00/Hour             550.00
         Travel Day                                                        595.00
         Travel                                                            150.00
         Hotel                                                             434.78
         Travel                                                            571.90

                                     TOTAL  DUE  >>>>                    3,701.68


Full Day $1400.  Overtime $275/hr.

Per Diem Expenses:   $150.00
Airfare:   $571.90

Deposition Location:   Brussels, Belgium
```

TAX ID NO.: 20-2665382                                              (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
                                 Invoice No.:  12048823
                                 Date       :  09/17/2012
                                 TOTAL DUE  :   3,701.68


                                 Job No.    :  1207-88419
                                 Case No.   :  4:11-cv-01846-LB
                                 "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

**MERRILL CORPORATION**

LegaLink, Inc.  
179 Lincoln Street  
Suite 401  
Boston, MA 02111  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048833 | 09/17/2012 | 1207-88662 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/19/2012 | EIBETR | 4:11-cv-01846-L |
| **CASE CAPTION** | | |
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

*NDCAL - Interpreter*

```
APPEARANCE OF:
  French Interpreter
      Interpreter Services                                    1,400.00
      Interpreter Services                                      275.00
      Travel Day              2.00      @     450.00            900.00
      Travel                                                    125.00
      Hotel                                                     624.36
      Travel (train)                                            237.00

                              TOTAL    DUE  >>>>              3,561.36


Full Day $1400.  Overtime $275/hr.

Per Diem Expenses:   $125.00
Train:  $237.00

Deposition Location:   New York, NY
```

TAX ID NO.: 20-2665382                                        (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

Invoice No.: 12048833  
Date       : 09/17/2012  
**TOTAL DUE** :  3,561.36

Job No.  : 1207-88662  
Case No. : 4:11-cv-01846-LB  
"APPLE INC. v. SAMSUNG ELECTRONICS C

Remit To: LegaLink, Inc.  
PO Box 277951  
Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.  
179 Lincoln Street  
Suite 401  
Boston, MA 02111  
Phone: 617.542.0039  
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048832 | 09/17/2012 | 1207-88563 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/10/2012 | EIBETR | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

*NDCAC -Interpreter* (handwritten)

```
APPEARANCE OF:
    French Interpreter
        Interpreter Services                                            1,400.00
        Interpreter Services        3.00 Hours @    275.00/Hour           825.00
                                                                      ----------
                                    TOTAL   DUE   >>>>                  2,225.00

Full Day $1400.  Overtime $275/hr.

Deposition Location:  Brussels, Belgium
```

**TAX ID NO.:** 20-2665382                                                             (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109

```
Invoice No.:  12048832
Date       :  09/17/2012
TOTAL DUE  :  2,225.00


Job No.    :  1207-88563
Case No.   :  4:11-cv-01846-LB
              "APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**  
**PO Box 277951**  
**Atlanta, GA 30384**

**MERRILL CORPORATION**

LegaLink, Inc.     179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048875 | 09/18/2012 | 1207-88087 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/19/2012 | LLCACC | 4:11-cv-01846-L |

| CASE CAPTION |
|---|
| "APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et |
| TERMS |
| Immediate, sold FOB Merrill facility |

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*NDCAC - Interpreter* (handwritten)

```
DEPOSITION SUMMARY OF:
    Seong-Ho Choi
        Interpreter Services        9.50 Hours @   400.00/Hour    3,800.00
        Travel                                                    1,090.00
        Travel                      2.00       @   100.00           200.00

                                    TOTAL  DUE  >>>>              5,090.00

Deposition Location:   Seoul, Korea

Airfare $1090.00

Per diem 2/18 & 2/19, $100 per day
```

TAX ID NO.: 20-2665382            (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.:  12048875
Date       :  09/18/2012
TOTAL DUE  :   5,090.00


Job No.    :  1207-88087
Case No.   :  4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:     LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02111
Phone: 617.542.0039
Fax: 617.542.2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12048860 | 09/18/2012 | 1207-88066 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/13/2012 | LLCACC | 4:11-cv-01846-L |

**CASE CAPTION**

"APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD et

**TERMS**

Immediate, sold FOB Merrill facility

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*NDCAL - Interpreter*

```
DEPOSITION SUMMARY OF:
   Seungwoo "Clayton" Kim
      Interpreter Services      11.00 Hours @    400.00/Hour    4,400.00
      Travel                     8.00        @    400.00        3,200.00
      Travel                     2.00        @    100.00          200.00

                                     TOTAL   DUE  >>>>          7,800.00

Deposition Location: Washington, DC

*Travel Day 2/12/12

Per diem 2/12 & 2/13, $100 per day
```

TAX ID NO.: 20-2665382                                    (617) 526-6000

*Please detach bottom portion and return with payment.*

Tenille Langdon
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

```
Invoice No.: 12048860
Date       : 09/18/2012
TOTAL DUE  :  7,800.00


Job No.   : 1207-88066
Case No.  : 4:11-cv-01846-LB
"APPLE INC. v. SAMSUNG ELECTRONICS C
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

**AccessLink, LLC.**
440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #     888-569-4949

# Invoice

**Bill To:**
Wilmer Cutler Picker Hale & Dorr, LLP
Mr. Mark D. Selwyn, Esq.
950 Page Mill Road
Palo Alto, CA 94304

Invoice #: 13286
Invoice Date: 10/23/2013
Due Date: 11/22/2013
Case / Matter: Apple vs. Samsung NDC...
Case No. 11-CV-11846-LHK
File No. 1033300-00137

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Services as performed by Henry E. Chon: Transit on Oct. 14, 2013 from SFO to LAX. | 4 | 350.00 | 1,400.00 |
| Depo:    Clayton Seong-Woo Kim, VP, Tuesday, October 15, 2013<br>Date:    Tuesday, October 15, 2013<br>Hours:   12.5 Hours (@ MoFo/ Los Angeles)<br>Time:    9:00 am - 7:30 p.m.<br>Case:    AvSS NDCA II (11-CV-01846-LHK)<br>C/M No.: 1033300-00137<br>Taking:  Chip O'Neill of Wilmer Hale for Apple<br>Also:    Parker Miller [sic] of Alston & Bird for Nokia<br>Defending: Robert Stone of Quinn Emanuel for Samsung<br>Main Interpreter:  Henry E. Chon<br>Check Interpreter: Alex N. Jo<br>Also Present: James Shin, Esq. Samsung In-House<br>Reporter:  Lisa Michaels of Planet Depo<br>Video:     Trevor Asfall, Planet Depo | 12.5 | 350.00 | 4,375.00 |
| Services as performed by Henry E. Chon: Transit on Oct. 15, 2013 from LAX to SFO. | 4 | 350.00 | 1,400.00 |
| Expenses for Henry Chon per Expensify. | | 897.02 | 897.02 |
| Credit to client for missing receipt per Mr. Albert S. Kim's instruction | | -17.00 | -17.00 |

| | | |
|---|---|---|
| | Total | $8,055.02 |
| | Payments/Credits | $0.00 |
| | Balance Due | $8,055.02 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936). Thank you.*

**AccessLink, LLC.**
440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #   888-569-4949

Invoice

Invoice #: 13287
Invoice Date: 10/23/2013
Due Date: 11/22/2013
Case / Matter: Apple vs. Samsung NDC...
Case No. 11-CV-11846-LHK
File No. 1033300-00137

**Bill To:**
Wilmer Cutler Picker Hale & Dorr, LLP
Mr. Mark D. Selwyn, Esq.
950 Page Mill Road
Palo Alto, CA 94304

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Depo: Jae Wan Chi, EVP, Tuesday, October 15, 2013<br>Hours: 8.5 Hours (@ Quinn Emanuel / Los Angeles)<br>Time: 9:00 am - 5:22 p.m. (charging through 5:30 p.m.)<br>Taking: Greg Lantier, Derek Gossler of Wilmer Hale for Apple<br>Also: Ryan Koppelman of Alston & Bird for Nokia<br>Defending: Michael Zeller, John Gordon of Quinn Emanuel<br>Main Interpreter: Albert S. Kim<br>Check Interpreter: Ann S. Park<br>Also Present: James Minjae Shin, Esq. Samsung In-House<br>Reporter: Clayton Frazier of Planet Depo<br>Video: Trevor Asfall, Planet Depo | 8.5 | 350.00 | 2,975.00 |
| Desc: Seung-Ho Ahn, Ph.D./EVP, Thursday, October 17, 2013<br>Hours: 9.5 Hours (@ Quinn Emanuel / Los Angeles)<br>Time: 9:00 am - 6:15 p.m. (charging through 6:30 p.m.)<br>Taking: Mark Selwyn of Wilmer Hale for Apple<br>Also: Patrick Flinn; Ryan Koppelman and Randall Allen (via teleconference) of Alston & Bird for Nokia<br>Defending: John Quinn; Michael Zeller of Quinn Emanuel<br>Main Interpreter: Albert S. Kim<br>Check Interpreter: Ann S. Park<br>Also Present: Brian Kim, Esq. Samsung In-House<br>Reporter: Candace of Planet Depo<br>Video: Trevor Asfall, Planet Depo | 9.5 | 350.00 | 3,325.00 |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936). Thank you.*

Page 1

**AccessLink, LLC.**
440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #   888-569-4949



Bill To:
Wilmer Cutler Picker Hale & Dorr, LLP
Mr. Mark D. Selwyn, Esq.
950 Page Mill Road
Palo Alto, CA 94304

Invoice #: 13287
Invoice Date: 10/23/2013
Due Date: 11/22/2013
Case / Matter: Apple vs. Samsung NDC...
Case No. 11-CV-11846-LHK
File No. 1033300-00137

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Depo: Jin Hwan Kwak, VP, Friday, October 18, 2013<br>Hours: 12.0 Hours (@ Quinn Emanuel / Los Angeles)<br>Time: 9:00 am - 6:48 p.m. (charging through 7:00 p.m.)<br>Taking: Greg Lantier, Derek Gossler of Wilmer Hale for Apple<br>Also: Ryan Koppelman of Alston & Bird for Nokia<br>Defending: Michael Zeller; John Gordon of Quinn Emanuel<br>Main Interpreter: Albert S. Kim<br>Check Interpreter: Alex N. Jo<br>Also Present: James Minjae Shin, Esq. Samsung In-House<br>Reporter: Clayton Frazier of Planet Depo<br>Video: Trevor Asfall, Planet Depo | 12 | 350.00 | 4,200.00 |
| Parking on October 17, 2013 at Quinn Emanuel Los Angeles. | | 22.50 | 22.50 |
| Total | | | $10,522.50 |
| Payments/Credits | | | $0.00 |
| Balance Due | | | $10,522.50 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936). Thank you.*

Page 2