HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF APPLE'S BILL OF COSTS** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to seal portions of the confidential, unredacted versions of Exhibit B-5 to the Declaration of Rachel Krevans in Support of Apple's Bill of Costs and Exhibit E-3 to the Declaration of Mark D. Selwyn in Support of Apple's Bill of Costs ("Exhibits").

The Exhibits contain information that is confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Under Seal ("Wheeler Declaration"), filed herewith.  As detailed in the Wheeler Declaration, portions of Exhibit B-5 to the Krevans Declaration and Exhibit E-3 to the Selwyn Declaration are invoices that contain sensitive and confidential information regarding the costs Apple incurred in its patent infringement case against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"), and in defending against Samsung's counterclaims.  (Wheeler Declaration ¶ 2.)  These invoices reveal sensitive and confidential information regarding Apple's confidential financial relationship with its e-discovery vendor.  This information is confidential and proprietary business information that could be used by Apple's competitors to its disadvantage, as disclosure of the redacted information will reveal confidential pricing strategy and Apple's financial relationship with its e-discovery vendor.  (*Id.*)

The Court (Judge Rogers) recently sealed the very same information in another case involving Apple.  *See* Order Granting Apple's Administrative Motion to File under Seal, *Ancora Techs., Inc. v. Apple Inc.*, No. CV 11-06357-YGR (N.D. Cal. June 21, 2013), ECF No. 134 (granting motion to seal redacted portions of Apple vendor invoices).  Other judges in this district have also ordered such information sealed in other cases.  *See, e.g.*, Order Granting Motion to Seal, *Oracle Am., Inc. v. Google Inc.*, No. C 10-03561-WHA (N.D. Cal. July 11, 2012), ECF No. 1218 (granting motion to seal e-discovery invoices in support of bill of costs); Order, *Augme Techs., Inc. v. Yahoo! Inc.*, No. C-09-5386-JCS (N.D. Cal. Dec. 21, 2012), ECF. No. 373 (granting motion to seal invoices in support of bill of costs). The relief requested in this motion is necessary and is narrowly tailored to protect only select excerpts of the confidential Exhibits.

1  Pursuant to Civil Local Rule 79-5(d), Apple files herewith public redacted versions of the
2  Exhibits and, under seal, unredacted versions of the Exhibits indicating with highlighting the
3  material Apple requests to seal.

5  Dated:  December 5, 2013         MORRISON & FOERSTER LLP

7                                   By:    */s/ Rachel Krevans*
8                                          Rachel Krevans

                                            Attorney for Plaintiff
9                                           APPLE INC.