| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| 2 | hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664) | william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 3 | mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421) | HALE AND DORR LLP<br>60 State Street |
| 4 | rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815) | Boston, MA 02109<br>Telephone: (617) 526-6000 |
| 5 | ejolson@mofo.com<br>MORRISON & FOERSTER LLP | Facsimile: (617) 526-5000 |
| 6 | 425 Market Street<br>San Francisco, California  94105-2482 | MARK D. SELWYN (SBN 244180) |
| 7 | Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 8 |  | HALE AND DORR LLP<br>950 Page Mill Road |
| 9 | Attorneys for Plaintiff and | Palo Alto, California 94304<br>Telephone: (650) 858-6000 |
| 10 | Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| 16 | Plaintiff, | **DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 17 | v. | |
| 18 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 21 | Defendants. | |

DECLARATION OF CYNDI WHEELER ISO MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
sf-3361157

I, CYNDI WHEELER, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Administrative Motion to File Under Seal certain portions of: (1) Exhibit B-5 to the Declaration of Rachel Krevans in Support of Apple's Bill of Costs, and (2) Exhibit E-3 to the Declaration of Mark D. Selwyn in Support of Apple's Bill of Costs. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Invoices from Catalyst Repository Systems, Inc. ("Catalyst"), which are a part of Exhibit B-5 attached to the Krevans Declaration and Exhibit E-3 attached to the Selwyn Declaration, contain Apple confidential and sensitive information regarding Apple's financial relationship with Catalyst, Apple's e-discovery vendor. Specifically, these invoices reveal confidential and sensitive information regarding Apple's pricing agreements with Catalyst. This information is confidential and proprietary business information that could be used by Apple's competitors to its disadvantage. Publishing this data would reveal confidential pricing strategy and cause harm to Apple and its relationship with Catalyst.

3. The confidential, unredacted portions of the Catalyst invoices should remain under seal for the reasons articulated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of December 2013 at Sunnyvale, California.

                                                    */s/ Cyndi Wheeler*
                                                      Cyndi Wheeler

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: December 5, 2013          /s/ *Rachel Krevans*
                                 Rachel Krevans