1  ARNOLD & PORTER LLP
   MICHAEL J. BAKER (No. 56492)
2  michael.baker@aporter.com
   Three Embarcadero Center, 10th Floor
3  San Francisco, California  94111-4024
   Telephone: 415.471.3100
4  Facsimile: 415.471.3400

5  Attorney for Non-Party,
   IDC RESEARCH, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

| 12 | APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
|---|---|---|
| 13 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 14 | v. | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Gabriel N. White is no longer associated with the law firm of Arnold & Porter LLP, and no longer serves as counsel for non-party IDC Research, Inc.

Pursuant to Civil Local Rule 5-1(c)(2)(b), please remove Mr. White from the service list for this case so that he will no longer receive Notices of Electronic Filing related to this case.

The law firm of Arnold & Porter LLP will continue to represent IDC Research, Inc.  Please direct all future service to Michael J. Baker of Arnold & Porter LLP.


Dated: December 6, 2013        ARNOLD & PORTER LLP

                               By:  */s/ Michael J. Baker*
                                    Michael J. Baker

                                    Attorney for Non-Party
                                    IDC RESEARCH, INC.