1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
4  Menlo Park, CA 94025
   Telephone:   650-838-2000
5  Facsimile:   650-838-2001

6  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
7  B. PARKER MILLER (*pro hac vice*)
   parker.miller@alston.com
8  ALSTON & BIRD LLP
   1201 West Peachtree Street
9  Atlanta, GA 30309
   Telephone:  404-881-7000
10 Facsimile:  404-881-7777

11 Attorneys for NOKIA CORPORATION

12                    UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

16 | APPLE, INC., a California corporation, | Case No.:  Case No.: 5:11-CV-01846-LHK (PSG)
17 |            Plaintiff,                  |
18 |     v.                                 |
19 | SAMSUNG ELECTRONICS CO., LTD., a       | **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DOCKET NO. 2835]**
   | Korean corporation, SAMSUNG            |
20 | ELECTRONICS AMERICA, INC., a New York  |
   | corporation; SAMSUNG                   |
21 | TELECOMMUNICATIONS AMERICA, LLC,       |
   | a Delaware limited liability company,  |
22 |                                        |
   |            Defendants.                 |
23

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Rule 79-5(e), I am filing this declaration in support of sealing Docket Numbers 2835-3, 2835-4 and 2835-6 on behalf of Nokia.

3. On December 2, 2013, Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 2835). In its Motion, Samsung noted that redacted portions of Samsung's Response (Dkt. No. 2835-3) and Exhibits 38, 39, 41, and 42 to the Becher Declaration in Support of Samsung's Response (Dkt. No. 2835-6) contain information that Nokia considers confidential.

4. Redacted portions of Samsung's Response (Dkt. No. 2835-3 and 2835-4 at 3, 16-17) and Exhibits 38, 39, 40, 41, and 42 to the Becher Declaration (Dkt. No. 2835-6) discuss specific terms of Nokia's proposed and existing license agreements or provide information that could be used to determine such license terms. Nokia considers its licensing terms highly confidential because this information is not disclosed publicly or to any third party except under strict confidentiality agreements (Dkt. No. 2254 at ¶ 4). The Court has previously found that non-public licensing terms are sealable (*See* Dkt. No. 1649 at 7, 10-11)

5. Redacted portions of Samsung's Response (Dkt. No. 2835-3 and 2835-4 at 15-18) and Exhibits 38, 39, 40, 41, and 42 to the Becher Declaration (Dkt. No. 2835-6) contain detailed information about Nokia's licensing negotiations with Samsung. Nokia considers details about its licensing negotiations, particularly proposed offers, positions, and terms, highly confidential because Nokia's license information is not disclosed publicly or to any third party except under strict confidentiality agreements (Dkt. No. 2254 at ¶ 4). Further, Nokia's licensing negotiations with Samsung are governed by non-disclosure agreements. Public disclosure of this information might put Nokia at a competitive disadvantage in future negotiations (Dkt. No. 2254 at ¶ 4, 9, 10). The Court has previously found that details about licensing negotiations are sealable (*See* Dkt. No. 2538 at 4).

6. For at least the reasons described above, Exhibits 38, 39, 40, 41, and 42 to the Becher Declaration (Dkt. No. 2835-6) are all properly marked as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," and/or "ATTORNEY'S EYES ONLY."

7. For the foregoing reasons, Nokia requests that Samsung's Administrative Motion be granted with respect to the above cited documents.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 6th day of December, 2013, in Menlo Park, California.

*/s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

*Attorneys for NOKIA CORPORATION*

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

3

CASE NO.: 5:11-CV-01846-LHK (PSG)