RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DOCKET NO. 2838]** |

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Rule 79-5(e), I am filing this declaration in support of sealing Document Numbers 2838-3 and 2838-4 on behalf of Nokia.

3. On December 2, 2013, Apple filed an Administrative Motion to File Documents Under Seal (Dkt. No. 2838). Of the documents cited in Apple's Motion, redacted portions of Apple's Brief (Dkt. No. 2838-3) and Exhibits 22, 23, 24, 25, and 26 of the Selwyn Declaration in Support of Apple's Brief (Dkt. No. 2838-4) contain information that Nokia considers confidential.

4. Redacted portions of Apple's Brief (Dkt. No. 2838-3 at 4:20-26, 7:3-4, 12:4-18, 13:5-22) and Exhibits 22, 23, 24, 25, and 26 of the Selwyn Declaration (Dkt. No. 2838-4) discuss specific terms of Nokia's proposed and existing license agreements or provide information that could be used to determine such license terms. Nokia considers its licensing terms highly confidential because this information is not disclosed publicly or to any third party except under strict confidentiality agreements (Dkt. No. 2254 at ¶ 4). The Court has previously found that non-public licensing terms are sealable (*See* Dkt. No. 1649 at 7, 10-11)

5. Redacted portions of Apple's Brief (Dkt. No. 2838-3 at 11:13-23, 13:26-28, 14:1-21) and Exhibits 23, 24, and 26 to the Selwyn Declaration (Dkt. No. 2838-4) contain detailed information about Nokia's licensing negotiations with Samsung. Nokia considers details about its licensing negotiations, particularly proposed offers, positions, and terms, highly confidential because Nokia's license information is not disclosed publicly or to any third party except under strict confidentiality agreements (Dkt. No. 2254 at ¶ 4). Further, Nokia's licensing negotiations with Samsung are governed by non-disclosure agreements. Public disclosure of this information might put Nokia at a competitive disadvantage in future negotiations (Dkt. No. 2254 at ¶ 4, 9, 10). The Court has previously found that details about licensing negotiations are sealable (*See* Dkt. No. 2538 at 4).

6. For at least the reasons described above, Exhibits 22, 23, 24, 25, and 26 to the Selwyn Declaration (Dkt. No. 2838-4) are all properly marked as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," and/or "ATTORNEY'S EYES ONLY."

7. For the foregoing reasons, Nokia requests that Samsung's Administrative Motion be granted with respect to the above cited documents.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 6th day of December, 2013, in Menlo Park, California.

*/s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:      650-838-2001

*Attorneys for NOKIA CORPORATION*

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

3

CASE NO.: 5:11-CV-01846-LHK (PSG)