QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER** |

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of (i) Apple Inc.'s ("Apple's") Administrative Motion to File Documents Under Seal in connection with Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations ("Apple's Brief") (Dkt. No. 2838); and (ii) third-party Nokia Corp.'s ("Nokia's") Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan ("Nokia's Brief") (Dkt. No. 2836).

3. Apple and Nokia have moved to file certain documents under seal, including on the grounds that Samsung may consider certain information contained in those documents to be confidential or sensitive.

4. Of the documents Apple and Nokia have moved to file under seal, Samsung maintains a claim of confidentiality over (i) Apple's Brief, (ii) Exhibits 23-26 to the Declaration of Mark D. Selwyn in Support of Apple's Brief; (iii) Nokia's Brief; and (iv) Exhibits 1-7 to the Declaration of Ryan W. Koppelman in Support of Nokia's Brief because and to the extent those documents reveal actual and proposed terms for Samsung's licensing agreements, details about Samsung's licensing negotiations with Apple or Nokia, and detailed information about Samsung's attorney-client relationships and litigation strategies in this lawsuit and in other legal matters in which it is engaged.

5. Samsung considers details about its licensing negotiations, including actual and proposed royalty rates, highly confidential because this information has not been disclosed either publicly or to any third party except under strict confidentiality agreements. In addition, Samsung's licensing negotiations with Apple and Nokia are governed by non-disclosure agreements between Samsung, on the one hand, and the respective negotiating counterparties, on

1  the other hand.  As the Court has previously found, details about licensing negotiations, including
2  royalty rates are sealable.  (Dkt. No. 2538 at 4.)

3      6.  Samsung also considers detailed information about its communications with
4  outside counsel and its investigation of Apple's and Nokia's allegations of protective order
5  violations confidential.  The documents attached to Apple's and Nokia's motions reveal details
6  about Samsung's litigation strategies, including the number and identities of the law firms and
7  attorneys that represent Samsung in various litigations around the world, the number and identities
8  of in-house counsel assigned to oversee each litigation and various tasks within those litigations,
9  and the dates and nature of attorney-client privileged communications regarding the preparation of
10 expert reports, court filings and other matters.  Public disclosure of this information is likely to
11 cause Samsung harm as current of potential litigation opponents would gain valuable insight into
12 Samsung's litigation strategies and staffing.

13     7.   For the foregoing reasons, Samsung requests Apple's and Nokia's Administrative
14 Motions be granted in part.

16 I declare under penalty of perjury of the laws of the United States that the foregoing is true
17 and correct.  Executed in Los Angeles, California on December 6, 2013.

19                                                                                    */s/ Robert J. Becher*
                                                                                    Robert J. Becher

## **ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.


Dated:   December 6, 2013               By:  */s/ Victoria F. Maroulis*
                                                    Victoria F. Maroulis