| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 11-cv-01846-LHK (PSG) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF PETER J. KOLOVOS REGARDING NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Defendants. | |

Declaration of Peter J. Kolovos Regarding Nokia's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

1. Nokia filed Nokia Corporation's Administrative Motion To File Under Seal Its Brief In Support Of Sanctions Against Samsung Electronics Co., Ltd. And Quinn Emanuel Urquhart & Sullivan (Dkt. No. 2836) in connection with Nokia Corporation's Brief In Support Of Sanctions Against Samsung Electronics Co., Ltd. And Quinn Emanuel Urquhart & Sullivan ("Nokia's Brief").

2. Portions of pages 5, 6, and 18 of Nokia's Brief contain, discuss, or otherwise implicate the confidential terms of Apple's license agreement with Nokia, including payment terms. The Court has previously allowed Apple to seal similar information, including "pricing terms, royalty rates, and guaranteed minimum payment terms" of license agreements because such information falls within the definition of "trade secrets." *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 10-11) (citing *In re Electronic Arts*, 298 Fed. App'x 568, 569 (9th Cir. 2008)). As the Court previously noted, disclosure of such information "could result in significant competitive harm to the licensing parties as it would provide insight into the structure of their licensing deals, forcing them into an uneven bargaining position in future negotiations." *Id.* at 16. Further, since Nokia's Brief pertains to a non-dispositive motion, the lesser "good cause" standard applies. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 2012-1600 at 11-12 (Fed. Cir. Aug. 23, 2013) ("the public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action") (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal quotation marks omitted)).

3.  As identified in the table below, portions of Exhibits 1 and 5 to the Declaration Of Ryan W. Koppelman In Support Of Nokia Corporation's Motion To File Under Seal Its Brief In Support Of Sanctions Against Samsung Electronics Co., Ltd. And Quinn Emanuel Urquhart & Sullivan ("Koppelman Declaration") also contain, discuss, and/or otherwise implicate the confidential terms of Apple's license agreement with Nokia, including payment terms:

| Exhibit Number to Koppelman Declaration | Portions Sought to Be Sealed by Apple |
|---|---|
| Exhibit 1 | pp. 53:7-54:12, 72:10-73:24, 95:23-96:8, 96:16-97:25 |
| Exhibit 5 | pp. 58:4-59:25 |

The Court has previously allowed Apple to seal similar information, including "pricing terms, royalty rates, and guaranteed minimum payment terms" of license agreements because such information falls within the definition of "trade secrets." *See, e.g., Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-01846 (Aug. 9, 2012 N.D. Cal.) (Dkt. No. 1649 at 10-11) (citing *In re Electronic Arts*, 298 Fed. App'x 568, 569 (9th Cir. 2008)).

4.  The relief requested by Apple is necessary and narrowly tailored to protect its confidential business information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December, 2013.

*/s/* Peter J. Kolovos
Peter J. Kolovos

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 6, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn