# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: December 9, 2013                                Time in Court: 2 hours and 58 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (2:56 to 5:54)

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, Mark Selwyn and Joseph Mueller.
Defendant Attorney(s) present: John Quinn, Michael Zeller, Daniel Posner and Robert Becher.
Also present: Thomas Pease.
Non-Party Attorney(s) present: Randall Allen and Ryan Koppelman.

### PROCEEDINGS:
**Order to Show Cause Hearing (Dkt. 2689)**

Counsel present oral arguments.
The court takes matters under submission; written order to be issued.
Parties may submit supplemental briefs no later than 12/13/13 by 5:00 p.m.
5:53 to 5:54: Sidebar held.
Court audio CD and transcript will be limited to case attorneys only until further order by the court.

///