QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF *IN CAMERA* LODGING OF MATERIAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") is providing the Court with four emails for *in camera* review pursuant to the Court's October 2, 2013 Order. In the course of verifying the completeness of Samsung's production, Quinn Emanuel recently ran additional search terms on documents collected from Samsung and identified these emails as being responsive to the Court's October 2 Order. The emails and all attachments are being submitted *in camera* as Tabs 276-279. Tab 279 is the only email that transmits the incompletely-redacted Teece report. Tabs 276-278 contain attachments related to ITC Investigation No. 337-TA-794.

As explained below, the attachments to the four emails are identical to documents that have been previously disclosed to the Court for *in camera* review, and the content of the four emails is also largely duplicative of materials that have already been submitted to the Court for *in camera* review.

1. Tab 276: The first email in this document, which contains a chain of three emails, was previously submitted for *in camera* review at Tab 28. Although the file names of the attachments are different, the content of the attachments is identical to the content of the documents previously submitted *in camera* at Tabs 34.1 and 34.2.

2. Tab 277: The two emails in this chain are included in the document submitted *in camera* at Tab 276. The first email in the chain was previously submitted *in camera* at Tab 28. Although the file name is different, the content of the attachment to this email chain is identical to the document submitted *in camera* at Tab 36.

3. Tab 278: Although this email has not been previously submitted, the attachment to this email is identical to the attachment submitted *in camera* at Tabs 36 and 277.

4. Tab 279: The first three emails in this document, which contains a chain of four emails, and the attached incompletely-redacted Teece Report, were previously submitted at Tab 15. The fourth email in the chain transmits the incompletely-redacted Teece Report to an outside law firm. The fact that this law firm received this report has been previously disclosed.

1 | DATED: December 12, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ *Michael T. Zeller*
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Michael T. Zeller.

                */s/ Victoria F. Maroulis*
                Victoria F. Maroulis