QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal documents filed in connection with Samsung's Supplemental Response to November 8, 2013 Order to Show Cause Why Sanctions are Not Warranted ("Samsung's Supplemental Response").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the documents listed below.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Supplemental Response | Apple and Nokia; also includes quotes from hearing transcript currently under seal. | See highlighted version filed concurrently with this Administrative Motion. |
| Ex. 1 to Becher Decl. iso Samsung's Supplemental Response | Apple and Nokia; excerpts from hearing transcript currently under seal. | Document in its entirety. |

Samsung does not maintain a claim of confidentiality over any document listed above.

Exhibit 1 to the Becher Declaration in Support of Samsung's Supplemental Response consists of excerpts from the transcript of the December 9, 2013 hearing, which the Court has ordered limited to case attorneys only.   (Dkt. No. 2862.)   Samsung's Supplemental Response includes quotes from the same transcript.

Samsung expects that Apple and Nokia will file declarations required by Civil Local Rule 79-5(e) establishing good cause to permit filing under seal.

| | |
|---|---|
| DATED: December 13, 2013 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By  /s/ Victoria F. Maroulis<br>   Charles K. Verhoeven<br>   Kevin P.B. Johnson<br>   Victoria F. Maroulis<br>   Michael T. Zeller<br><br>   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |