# EXHIBIT 2

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                          SAN JOSE DIVISION
 4
     APPLE, INC.,                      )   CV-11-1846-LHK
 5                                     )
                  PLAINTIFF,           )   SAN JOSE, CALIFORNIA
 6                                     )
              VS.                      )   OCTOBER 22, 2013
 7                                     )
     SAMSUNG ELECTRONICS CO. LTD, ET   )   PAGES 1-96
 8   AL,                               )
                                       )
 9                DEFENDANT.           )
10
11                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE PAUL S. GREWAL
12                  UNITED STATES DISTRICT JUDGE
13
14   A P P E A R A N C E S:
15   FOR THE PLAINTIFF:      WILMER HALE
                             BY:  WILLIAM LEE
16                                JOSEPH MUELLER
                             60 STATE STREET
17                           BOSTON, MA 02109
18   FOR THE DEFENDANT:      QUINN EMANUEL
                             BY:  JOHN B. QUINN
19                                ROBERT BECHER
                                  DANIEL POSNER
20                                MICHAEL ZELLER
                             865 S. FIGUEROA ST., 10TH FL
21                           LOS ANGELES, CA 90017
22   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED WITH COMPUTER.
23
                 APPEARANCES CONTINUED ON THE NEXT PAGE
24
25   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
```

```
 1    TEECE REPORT AND THE ITC AND WE WANTED TO BE FULLY COMPLIANT
 2    EVEN IF WE WERE PERHAPS DOING MORE THAN WHAT WAS EXPECTED OF US
 3    AND THAT IS WHY THOSE DOCUMENTS WERE INCLUDED.
 4              THE COURT:  ALL RIGHT.
 5        THANK YOU, MR. BECHER.
 6        MR. QUINN, I INTERRUPTED YOU.  GO AHEAD.
 7              MR. QUINN:  IN OTHER WORDS, MY UNDERSTANDING AND I
 8    HOPE MR. BECHER WILL GIVE ME A KICK IF I GET THIS WRONG,
 9    YOUR HONOR'S ORDER REQUIRED ANY DOCUMENT REFERRING TO ANY OF
10    THOSE LICENSES WHETHER OR NOT IT REFERRED TO THE LICENSE TERMS
11    THAT WERE IN THE TEECE REPORT.
12              THE COURT:  THAT'S RIGHT.  I WAS FAIRLY EXPLICIT ON
13    PAGE 5.
14              MR. QUINN:  HENCE THE HUGE NUMBER OF DOCUMENTS ON THE
15    PRIVILEGE LOG.
16        SO YOUR HONOR, WE DEEPLY REGRET THAT THERE WAS A
17    DISCLOSURE REGARDING A DRAFT OF THE TEECE REPORT
18              THE COURT:  MR. QUINN, CAN I ASK YOU A QUESTION I PUT
19    TO MS. ESTRICH SOME WEEKS AGO.  WAS THERE A VIOLATION OF THIS
20    PROTECTIVE ORDER OR NOT?
21              MR. QUINN:  IF AN INADVERTENT DISCLOSURE IS A
22    VIOLATION WE VIOLATED IT.  WE VIOLATED IT.  IT WAS INADVERTENT
23    YOUR HONOR.  WHAT IS HAPPENS HERE IS A DOCUMENT IS IMPROPERLY
24    REDACTED.  IT APPEARS THEN IN DIRECTORIES ON PEOPLE'S FILES IT
25    SAYS TEECE REPORT REDACTED.
```

```
 1         WHEN SOMEBODY THEN SENDS THAT DOCUMENT OUT FORWARDS IT TO
 2    SOMEBODY THEY DON'T GO BACK AND RECHECK THE REDACTION, SADLY
 3    FOR US IN THIS CASE.
 4         THEY FORWARD IT.  SO ONCE THE MISTAKE IS MADE, PEOPLE SEE
 5    THAT TEECE REPORT REDACTED, IT GETS FORWARDED.
 6         WE DEEPLY REGRET IT.  YOUR HONOR, EVERY LAWYER IN OUR LAW
 7    FIRM KNOWS ABOUT THIS.  AND WE HAVE INSTITUTED A RULE AT OUR
 8    FIRM THAT GOING FORWARD, ANY REDACTIONS FOR PUBLIC FILES OR TO
 9    GO TO CLIENTS WILL BE TWO SETS OF EYES THAT MUST BE ON IT AND A
10    PARTNER MUST MAKE SURE THAT THAT ACTUALLY HAPPENS, IS
11    RESPONSIBLE FOR THAT.  NOT ONLY FOR THIS CASE, BUT FOR ANY
12    CASE, YOUR HONOR.
13         AND IT SHOULD NOT HAVE HAPPENED.  AND WE DEEPLY REGRET
14    THAT.  BUT I SUBMIT YOUR HONOR, THAT HAVING GONE THROUGH THE
15    PROCESS THAT WE HAVE GONE THROUGH, THERE IS NO EVIDENCE OF
16    INTENT, AND I WANT TO ADDRESS EACH OF THE THINGS THAT MR. LEE
17    TALKED ABOUT.
18         THERE'S NO EVIDENCE OF USE EXCEPT TO THE EXTENT THAT THE
19    ORIGINAL MR. -- DECLARATION OF MR. MELIN IS FACIALLY SOME
20    EVIDENCE OF USE, BUT WE HAVE NOW GOT A FULL RECORD OF THAT.
21    AND I WANT TO ADDRESS THAT AS WELL.
22         BUT THE PUNCH LINE HERE, YOUR HONOR, IS SADLY I BELIEVE
23    THIS IS A CIRCUMSTANCE WHERE WE MADE A MISTAKE AND OTHERS ARE
24    SEEKING TO TAKE ADVANTAGE OF THAT AND THEY ARE NEVER GOING TO
25    BE SATISFIED NO MATTER WHAT WE DO.
```

```
 1          NOW LET ME GO BACK.  THE EVIDENCE OF USE OF THE TEECE
 2   REPORT AND WE HAD MR. MELIN'S DECLARATION WHICH WE RECEIVED, IN
 3   CONNECTION WITH THE PROTECTIVE ORDER A MONTH AFTER THE MEETING.
 4   THERE WAS NO COMMUNICATION IN BETWEEN.  MR. MELIN DOES NOT SAY
 5   WHAT MR. AHN SAID WERE THE TERMS.  HE JUST SAID MR. AHN RECITED
 6   THE TERMS TO ME.
 7          WE NOW HAVE A FULL RECORD, TWO OF THE SAMSUNG
 8   PARTICIPANTS HAVE BEEN DEPOSED, DR. AHN AND MR. KWAK.  WE HAVE
 9   DECLARATIONS FROM ALL THREE PEOPLE.  ON THE PRESENT RECORD IT'S
10   UN DISPUTED THAT MR. MELIN IS THE FIRST ONE WHO HAS SUGGESTED
11   THAT APPLE WAS AN APPROPRIATE COMPARISON HERE AND BROUGHT UP
12   THE NOTION.
13          HE SAID THERE'S A COMPANY SIMILAR TO YOU THAT'S PAYING X,
14   Y, Z AND THAT WAS JUSTIFICATION GIVEN AS JUSTIFICATION FOR WHAT
15   APPLE WAS REQUESTING.
16          MR. AHN, THEY WERE NEGOTIATING, THAT WAS A NEGOTIATION.
17   MR. AHN WAS NEGOTIATING.  HE SAID THE NUMBERS THAT HE SAID, TWO
18   NUMBERS.  YOUR HONOR, NEITHER OF THOSE NUMBERS MATCHED WHAT'S
19   IN THE TEECE REPORT.  NEITHER ONE OF THEM.
20          FIRST OFF, THE LARGER NUMBER THE INITIAL NUMBER, IS NOT
21   IN THE IMPROPERLY REDACTED TEECE REPORT.  THAT NUMBER IS NOT
22   THERE.  THE OTHER NUMBER IS EXPRESSED DIFFERENTLY AND I CAN'T
23   GO INTO ANY DETAIL BUT IT IS DIFFERENT.
24          IT DOESN'T MATCH THE ACTUAL DEAL.
25          APPLE SAYS IN THEIR BRIEF AT PAGE 6 THAT WHAT MR. AHN
```