# EXHIBIT 3

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

<u>VIA EMAIL</u>

October 12, 2013

Joseph Mueller, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, Massachusetts 02109
*Attorneys for Apple, Inc.*

Re:   <u>Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)</u>

Dear Joe:

 I write to respond to certain issues raised in your October 11, 2013 letter.  In your letter, you condition your agreement to allow Dr. Ahn's deposition to take place on Thursday and to agree to hold all depositions in Los Angeles on Samsung's agreement to produce the documents listed in paragraph 2 of your letter and Samsung's agreement to move the hearing date.  Ms. Estrich has contacted Mr. Lee separately regarding the hearing date.  In light of your refusal to agree to the stipulation we requested in our October 10, 2013 letter, we are concurrently producing redacted versions of the requested emails along with any relevant attachments that consist of redacted or unredacted copies of documents that have already been provided to Apple in connection with the prior litigations.

In light of this production and Ms. Estrich's email, please confirm today that you will depose Dr. Ahn on Thursday.  As to the location, the witnesses have already made arrangements to travel to Los Angeles.  Given the practice in this case has been to depose witnesses where they are located, the agreement to proceed in Los Angeles is a major accommodation to Apple.  As a result, Messrs. Korea, Shim, Kim, Chi and Dr. Ahn will be produced in Los Angeles.  Although not required, we will agree to make all these witnesses but Dr. Ahn available at Wilmer's Los Angeles office as a courtesy.  Dr. Ahn will be produced at our office in Los Angeles.  We are inquiring regarding Mr. Kwak's availability and will get back to you with further information.

quinn emanuel urquhart & sullivan, llp
02198.51855/5565736.1   NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

2

Finally, before we provide the redacted emails and associated attachments to Nokia, please let us know if Apple has any objection to the production to Nokia.

Very truly yours,

*[signature]*

Robert J. Becher
02198.51855/5565736.1

| | |
|---|---|
| **From:** | Peter Klivans |
| **Sent:** | Monday, October 14, 2013 10:14 PM |
| **To:** | 'Mueller, Joseph' |
| **Cc:** | Robert Becher; 'Selwyn, Mark' |
| **Subject:** | RE: Apple v. Samsung |

Joe and Mark,

At the below FTP we have added a new folder labeled "documents with redactions." This folder contains documents that you asked us to redact before sending to Nokia. Please confirm as soon as possible that Apple consents to Samsung's production of these documents to Nokia and that Apple will not argue that such production violates any applicable protective order.

Regards,
Peter

---

**From:** Peter Klivans
**Sent:** Monday, October 14, 2013 9:32 PM
**To:** 'Mueller, Joseph'
**Cc:** Robert Becher; 'Selwyn, Mark'
**Subject:** RE: Apple v. Samsung

Joe and Mark,

At the below FTP site please find Samsung's production with the Bates range SAMNDCA-Z0009710-10458. Please confirm immediately that Apple consents to Samsung's production of these documents to Nokia and that Apple will not argue that such production violates any applicable protective order.

Regards,
Peter


FTP Account Information:

Access via web browser:        http://webftp.quinnemanuel.com

Access via FTP client software:        ftp.quinnemanuel.com

FTP Username:    ftp791

FTP Password:    iT34I20a



Peter Klivans
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6339
Main Phone: (415) 875-6600
Main Fax:  (415) 875-6700

1

E-mail:  peterklivans@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| | |
|---|---|
| **From:** | Dan Posner |
| **Sent:** | Monday, October 14, 2013 9:13 PM |
| **To:** | 'Koppelman, Ryan'; 'Allen, Randall'; Flinn, Pat; Miller, Parker |
| **Cc:** | Peter Klivans; Randa Osman |
| **Subject:** | RE: FTP |

Ryan, the documents available on this ftp site are documents that Apple has authorized Nokia to review without redactions. We have produced additional documents to Apple and are waiting for its authorization that we may produce those documents to Nokia, either with or without redactions. Please contact Apple if you would like further information about the status of that process.

Thanks,

Dan

---

**From:** Robert Becher
**Sent:** Monday, October 14, 2013 9:02 PM
**To:** 'Koppelman, Ryan'; 'Allen, Randall'; Flinn, Pat; Miller, Parker
**Cc:** Dan Posner; Peter Klivans; Randa Osman
**Subject:** FTP

Ryan:

Below are FTP instructions. A further explanation will follow.

Regards, Rob

FTP Account Information:

Access via web browser:      http://webftp.quinnemanuel.com

Access via FTP client software:      ftp.quinnemanuel.com

FTP Username:     ftp797

FTP Password:     3F91lc3J

1

| | |
|---|---|
| **From:** | Robert Becher |
| **Sent:** | Wednesday, October 16, 2013 11:20 PM |
| **To:** | 'Mueller, Joseph'; Peter Klivans |
| **Cc:** | 'Selwyn, Mark'; Dan Posner |
| **Subject:** | RE: Apple v. Samsung |
| **Attachments:** | LOGDOCID_6343.pdf |

Joe—

We write to check on the status of your review of our proposed redactions to the Teece report as it is holding up our production of the report to Nokia. Please let us know tonight. We are also providing proposed redactions to the Teece Rebuttal report. Please let us know if we may provide this redacted version of the Teece Rebuttal report to Nokia.

Thanks, Rob

---

**From:** Mueller, Joseph [mailto:Joseph.Mueller@wilmerhale.com]
**Sent:** Tuesday, October 15, 2013 7:45 PM
**To:** Robert Becher; Peter Klivans
**Cc:** Selwyn, Mark; Dan Posner
**Subject:** RE: Apple v. Samsung

Rob,

As you know, Samsung has produced thousands of pages of documents in the last 48 hours, most late last night and early this morning. Samsung's obligations under Judge Grewal's Order, and its obligations to comply with applicable protective orders, are not dependent on Apple's consent. Nevertheless, we confirm that Apple does not object to the production to Nokia of the attached version of Samsung's April 3, 2013 ITC submission. Subject to our review of Samsung's proposed redactions of the Teece report -- which we have not yet finished reviewing -- we also confirm that Apple does not object to the production of the other documents in Productions 4-11 to Nokia.

Please confirm that we may share Samsung's productions with Apple.

Thanks,
Joe

---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Tuesday, October 15, 2013 11:05 AM
**To:** Peter Klivans; Mueller, Joseph
**Cc:** Selwyn, Mark; Dan Posner
**Subject:** RE: Apple v. Samsung

Counsel: We have received no response since yesterday to our numerous inquiries regarding providing documents to Nokia nor to our proposed redactions to the documents you said had to be redacted before being provided to Nokia. Please provide a response immediately.

Regards, Rob

---

**From:** Peter Klivans
**Sent:** Tuesday, October 15, 2013 2:25 AM
**To:** Mueller, Joseph

1

**Cc:** Robert Becher; Selwyn, Mark
**Subject:** RE: Apple v. Samsung

Joe and Mark,

At the below FTP site please find Samsung's production with the Bates range SAMNDCA-Z0010459-10519.  Please confirm immediately that Apple consents to Samsung's production of these documents to Nokia and that Apple will not argue that such production violates any applicable protective order.

Regards,
Peter


FTP Account Information:

Access via web browser:       http://webftp.quinnemanuel.com

Access via FTP client software:      ftp.quinnemanuel.com

FTP Username:    ftp791

FTP Password:    iT34I20a



Peter Klivans
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6339
Main Phone: (415) 875-6600
Main Fax:  (415) 875-6700
E-mail:  peterklivans@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| | |
|---|---|
| **From:** | Dan Posner |
| **Sent:** | Thursday, October 17, 2013 9:24 PM |
| **To:** | 'Koppelman, Ryan' |
| **Cc:** | 'Allen, Randall'; 'Selwyn, Mark'; 'Mueller, Joseph'; 'Flinn, Pat'; 'Miller, Parker'; Michael T Zeller; Susan R. Estrich |
| **Subject:** | FW: Samsung Document Production |

Ryan,

Rob is unavailable this evening so I am responding on his behalf.

Samsung has now produced to Nokia all documents produced to Apple other than the Teece report and the Teece rebuttal report that were attached to certain emails we have already produced.  Contrary to your statement below, Apple has stated its position that Judge Grewal's Order does not authorize Samsung to violate any applicable protective order, and it has <u>not</u> approved of us providing the Teece report or the Teece rebuttal report to Nokia.  Rather, Apple's counsel has selectively authorized us to produce the remainder of our production to Nokia but has requested that we redact additional material from the Teece report and insisted that it review and approve the redactions.  We have provided proposed redactions to Apple but Apple has not authorized us to produce the documents to Nokia.

I've copied Apple's counsel on this e-mail so they can address the status of their approval of Samsung's proposed redactions.  Once we receive such approval from Apple, we will produce redacted copies of the Teece report and the Teece rebuttal report to Nokia, along with a chart that will permit Nokia to link each document to its corresponding parent email.  Your request that we produce multiple redacted copies of the same document is unduly burdensome in that it would require us to manually redact dozens of identical lengthy documents in a manner that would not provide Nokia with any information not included on the chart we will provide.

Thanks,

Dan

---

**From:** Koppelman, Ryan [mailto:Ryan.Koppelman@alston.com]
**Sent:** Thursday, October 17, 2013 6:17 PM
**To:** Robert Becher
**Cc:** Allen, Randall; Flinn, Pat; Miller, Parker
**Subject:** RE: Samsung Document Production

Rob,

We disagree that you need Apple's approval to produce documents pursuant to the Court's Order. Furthermore, we understand that Apple does not believe you need its approval either. Therefore, your delay in producing documents is improper. We should have had the documents before the deadline.

To be clear, we do not want exemplar documents for any attachments. We want all documents ordered to be produced as required by the order, which was required to be completed yesterday. We also need the attachments appropriately linked to their respective parent documents. If you can provide a standard corresponding load file, that would be sufficient for that purpose, but merely providing a chart that makes us do your work of linking them all up would not be sufficient. Of course, if you had produced everything together from the start, we would not have this problem now.

Regards,
Ryan

**Ryan W. Koppelman** - Partner, IP Litigation
**Alston & Bird LLP** -  (650) 838-2009

---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Thursday, October 17, 2013 1:33 PM
**To:** Koppelman, Ryan
**Cc:** Allen, Randall; Flinn, Pat; Miller, Parker
**Subject:** RE: Samsung Document Production

Ryan—

Yes, we are waiting on Apple's approval to do so.  We have followed up with them but still have not heard back on the remaining documents.  Just to be clear, however, there are only two documents pending Apple's approval even though they were attached to multiple emails in the production.   We once again ask you to contact Apple to expedite this process.

Regards, Rob

---

**From:** Koppelman, Ryan [mailto:Ryan.Koppelman@alston.com]
**Sent:** Thursday, October 17, 2013 1:19 PM
**To:** Robert Becher
**Cc:** Allen, Randall; Flinn, Pat; Miller, Parker
**Subject:** Samsung Document Production

Rob,

Does Samsung intend to produce any additional documents to Nokia, including all the attachments to the documents already produced?

Regards,
Ryan

**Ryan W. Koppelman** - Partner, IP Litigation
**Alston & Bird LLP** -  (650) 838-2009

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.