# EXHIBIT 4

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

November 26, 2013

<u>HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY</u>
<u>VIA EMAIL AND U.S. MAIL</u>

| | |
|---|---|
| Mark D. Selwyn, Esq. | Joseph J. Mueller, Esq. |
| WilmerHale | WilmerHale |
| 950 Page Mill Road | 60 State Street |
| Palo Alto, CA 94304 | Boston, MA  02109 |

Randall Allen, Esq.
Alston & Bird LLP
275 Middlefield Road
Suite 150
Menlo Park, CA 94025-4008

Re:     <u>Apple v. Samsung</u>

Dear Counsel:

I write to make a proposal to help bring to an end the extensive litigation regarding whether the documents identified by the Court in footnotes 10-15 of its Order to Show Cause are protected by the attorney-client privilege and attorney work-product doctrines.

Specifically, Samsung would be willing to produce the documents submitted in camera at tab nos. 6, 19, 20, 215.15, 222, 255 and 272 under the terms of the attached proposed stipulation,[1] including that Samsung's production will not effect a waiver of the attorney-client privilege or work-product doctrine in this proceeding or any other proceeding, and will not effect a subject matter waiver as to any subject matter, and that the documents will be treated as "Highly Confidential – Attorney's Eyes Only" under the Protective Order and further will be shared with

---

[1]   Samsung is unable to produce document nos. 87, 90, 261.55 and 274, because they are subject to third-party mediation privilege and other confidentiality claims that Samsung is not in a position to waive.

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG

or disclosed to no more than five of Apple's and Nokia's respective outside counsel of record in this matter.[2]

Please let us know as soon as possible if Apple and Nokia will agree to the attached stipulation.

Sincerely,

Robert J. Becher

RJB

Attachment

---

[2] Because the incompletely-redacted Teece report is included in the documents Samsung proposes to produce, and Apple has not authorized Samsung to provide that document to Nokia, Samsung will further need to obtain Apple's agreement to provide that document to Nokia.