# EXHIBIT 5

**From:** Alex Baxter
**Sent:** Monday, August 19, 2013 4:53 PM
**To:** joseph.mueller@wilmerhale.com
**Cc:** Robert Becher; Amar Thakur
**Subject:** In re Certain Electronic Devices, Inv. No. 337-TA-794 and Apple v. Samsung, 11-1846 (N.D. Cal.)

Dear Mr. Mueller,

Please find FTP information below to access Samsung's production of redacted emails relating to the above-captioned cases. Please let me know if you have any trouble accessing.

Kind regards,
Alex Baxter

FTP Account Information:

Access via web browser: http://webftp.quinnemanuel.com

Access via FTP client software: ftp.quinnemanuel.com

FTP Username: ftp782

FTP Password: wF0rJ912

**Alex Baxter**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415.875.6497 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
AlexBaxter@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Alex Baxter**

---

**From:** Todd Briggs
**Sent:** Saturday, March 24, 2012 8:12 AM
**To:** Todd Briggs; 'anthony.k@samsung.com'; 'Il Man Bae'; 'MinHyung Chung'; Alan Whitehurst; 'JAE IL PARK'; 'Jaehawk Lee'; 'JAEHYUN PARK'; 'SangHoon Jin'; 'Karin Norton'; 'BEYONG HO YUU'; 'Brian Sung Yun Kim'; 'Byung-Gun Min'; 'julie.han@sisa.samsung.com'; 'cmoreland@sta.samsung.com'; 'DANIEL W. SHIM'; 'drobinson@sea.samsung.com'; 'SEUNGHO AHN'; 'EDWARD KIM'; 'ERIC CHA'; 'EUNHA KIM'; 'HANKIL KANG'; 'HEUNGJU KWON'; 'HOJIN CHANG'; 'HOSHIN LEE'; 'JAEWAN CHI'; 'JAEHWAN KIM'; 'JaeHyoung Kim'; 'JAMES SHIN'; 'jeff.myung@sisa.samsung.com'; 'j.crites@sta.samsung.com'; 'JONGHEE KIM'; 'JunHong Park'; 'KyuHyuk Lee'; 'Kenneth Korea'; 'MICHAEL KANG'; 'Michelle Yang'; 'RICHARD AN'; 'ROSA KIM'; 'Samuel Lee'; 'SEONG-WOO KIM'; 'SooJin Lee'; 'SungCheol Bae'; 'SUNG-HO LEE'; 'YongKu PARK'; 'YoonJung Shin'; 'YOUNGJO LIM'; 'YoungSoon Lee'; 'YUNHEE KANG'; 'Jae N. Noh'; 'Youngho Kim'; Eric Huang; 'JONGHEE KIM'; 'ssanai50 @samsung.com'
**Cc:** Samsung Patent Team; Samsung v. Apple
**Subject:** [redacted]

[redacted]

[redacted]

[redacted].

[redacted]

- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

[redacted]

[redacted].

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Alex Baxter**

**From:** Thomas Pease
**Sent:** Thursday, April 05, 2012 9:16 PM
**To:** 'hojin.chang@samsung.com'; '???'; '????'
**Cc:** '???'; 'Seiji Ohno'; 'Mamoru Suzuki'; '???'; 'kobayashih@oslaw.org'; 'iizukaa@oslaw.org'; 'inouey@oslaw.org'; 'ichihashit@oslaw.org'; '???'; '???'; '???'; '???'; '???'; '???'; '???'; Victoria Maroulis
**Subject:**
**Attachments:** 2012.03.15 Samsung's Opposition to Apple's Motion for Summary Determination Terminating the Investigation as to the 644 and 348 Patents - 794 [REDACTED].pdf; (Redacted) Expert Report of David J Teece Samsung v Apple_reduced.pdf; 337-TA-794 Eric Stasik Expert Report - No Exhibits.pdf





---

**From:** 장호진 [mailto:hojin.chang@samsung.com]
**Sent:** Thursday, April 05, 2012 5:46 PM
**To:** Thomas Pease; 이수진; 고다니엘
**Cc:** 이수열; 'Seiji Ohno'; 'Mamoru Suzuki'; 강기중; 'kobayashih@oslaw.org'; 'iizukaa@oslaw.org'; 'inouey@oslaw.org'; 'ichihashit@oslaw.org'; 유병호; 이재혁; 박재현; 오승균; 곽진환; 권홍주; 김성우; Victoria Maroulis
**Subject:**

Privileged and Confidential
Attorney-Client Communication



CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY


[redacted]

------- Original Message -------

Sender : Thomas Pease<thomaspease@quinnemanuel.com>

Date : 2012-04-06 04:10 (GMT+09:00)

Title : [redacted]

[redacted]

[redacted]

**From:** 장호진 [mailto:hojin.chang@samsung.com]
**Sent:** Thursday, April 05, 2012 3:05 PM
**To:** 이수진; 고다니엘
**Cc:** 이수열; Seiji Ohno; Mamoru Suzuki; 강기중; kobayashih@oslaw.org; iizukaa@oslaw.org; inouey@oslaw.org; ichihashit@oslaw.org; 유병호; 이재혁; 박재현; 오승균; 곽진환; 권흥주; 김성우; Thomas Pease; Victoria Maroulis
**Subject:** [redacted]

Privileged and Confidential
Attorney-Client Communication

[redacted]

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

------- Original Message -------

**Sender** : 이수진<sooj.lee@samsung.com> E6(수석)/수석/IP 법무 1 그룹(IP)/삼성전자

**Date** : 2012-04-05 18:22 (GMT+09:00)

**Title** :

Privileged and Confidential
Attorney-Client Communication

------- Original Message -------

**Sender** : 이선옥<sunok_so.lee@partner.samsung.com> 사원/IP 전략팀(IP)/삼성전자협력사

**Date** : 2012-04-05 17:56 (GMT+09:00)

**Title** :

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

------- Original Message -------
Sender : 이수진<sooj.lee@samsung.com> E6(수석)/수석/IP 법무 1 그룹(IP)/삼성전자
Date : 2012-04-05 10:20 (GMT+09:00)
Title : [redacted]

Privileged and Confidential
Attorney-Client Communication

[redacted]

------- Original Message -------
Sender : 이수진<sooj.lee@samsung.com> E6(수석)/수석/IP 법무 1 그룹(IP)/삼성전자
Date : 2012-04-05 10:18 (GMT+09:00)
Title : [redacted]

Privileged and Confidential
Attorney-Client Communication

[redacted]

------- Original Message -------
Sender : Seiji Ohno<ohnos@oslaw.org>
Date : 2012-04-04 21:24 (GMT+09:00)
Title : [redacted]

ATTORNEY-CLIENT PRIVLIEGED COMMUNICATION
> AND ATTORNEY WORK PRODUCT
>
[redacted]

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY







CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY









CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Alex Baxter**

---

**From:** DANIEL W. SHIM [daniel.shim@samsung.com]
**Sent:** Monday, May 13, 2013 4:17 AM
**To:** Thomas Pease; Samsung FRAND
**Cc:** Victoria Maroulis
**Subject:**
**Attachments:** (Redacted) Expert Report of David J Teece Samsung v Apple.pdf; (Redacted) Rebuttal Report of David Teece.pdf; Teece Testimony from N.D. Cal - Samsung's sur-rebuttal..pdf; Teece Testimony from N.D. Cal..pdf

**Privileged & Confidential**

------- **Original Message** -------

**Sender** : hyucksun kwon<hyucksun.kwon@samsung.com> E5/Senior Engineer/Licensing Group 2/Samsung Electronics

**Date** : 2013-05-13 17:15 (GMT+09:00)

**Title** :

**To** : <daniel.shim@samsung.com>

**Cc** : <hyucksun.kwon@samsung.com>

Privileged and Confidential

Attorney-Client Communication

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Sender** : Selendy, Jennifer M.<jselendy@kirkland.com>
**Date** : 2013-05-10 23:51 (GMT+09:00)
**Title** :

************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 **영업비밀, 산업기술 등을 포함**하고 있을 수 있습니다. 본 문서에 포함된 정보의전부 또는 일부를 **무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지** 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.



**Alex Baxter**

**From:** Guy Eddon
**Sent:** Friday, December 21, 2012 9:32 PM
**To:** daniel.shim@samsung.com
**Cc:** Thomas Pease; Alex Baxter
**Subject:**
**Attachments:** (Redacted) Rebuttal Report of David Teece.pdf; (Redacted) Expert Report of David J Teece Samsung v Apple.pdf

**From:** 심우섭 [mailto:daniel.shim@samsung.com]
**Sent:** Friday, December 21, 2012 9:43 PM
**To:** Guy Eddon; 심우섭
**Cc:** Thomas Pease
**Subject:**

---Original Message---
Sender : Guy Eddon
Date : 2012/12/22 11:35 (GMT+09:00)
Subject :

**From:** 심우섭 [mailto:daniel.shim@samsung.com]
**Sent:** Friday, December 21, 2012 8:40 PM
**To:** Guy Eddon
**Cc:** Thomas Pease
**Subject:**

CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY