# EXHIBIT 6

**WILMERHALE**

February 19 2012

+1 617 526 6000 (t)
+1 617 526 5000 (f)
wilmerhale.com

**By E-mail**

Alex Lasher, Esq.
c/o David Rudolph, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Re: *Certain Electronic Devices, Including Wireless Communication Devices, Portable Music and Data Processing Devices, and Tablet Computers*, Inv. No. 337-TA-794

Dear Mr. Lasher:

Please find an FTP address containing Apple Inc.'s ("Apple") productions of documents bearing Bates numbers **APL7940018035621 - APL7940018067742 and APL794-N0000004058 - APL794-N0000005174**. Please note that these productions have been encrypted and the password will be sent via email.

The production documents will be transmitted via FTP. The FTP information will be sent in a separate email from the name below. Only those who receive the email with the FTP information will be able to download the content.

WHBOSLitSupportFileTransfer@wilmerhale.com

These productions of documents contain Apple and Third Party Confidential Business Information and should be treated accordingly under the Protective Order. Apple reserves the right to amend the designation of any documents contained in this production. In addition, in accordance with the Stipulation Among the Private Parties, Apple reserves the right to assert any applicable privilege with respect to any document produced through inadvertence.

If you have any questions or concerns, please let me know.

Very truly yours,

Michael Waller
Paralegal

+1 650 858 6049
michael.waller@wilmerhale.com