# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3182

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

December 11, 2013

**VIA ELECTRONIC MAIL**

Brian Buroker, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Re:   *Apple v. Samsung*, Case No. 12-cv-00630-LHK (PSG)

Dear Brian:

I write to follow up regarding your email correspondence with Pat Curran regarding filing errors in the above- referenced matter.  First, please provide a response to Pat Curran's question of November 21 regarding whether Gibson Dunn notified Quinn Emanuel of the November 5 filing error.  Twenty days have now passed since Quinn Emanuel first posed the question.  Please also let me know if you think that taking over twenty days to respond is compliant with the provisions of the protective order regarding disclosures.

Second, please let me know if there are any other instances in which Apple filed confidential materials on PACER on the public record by mistake.

Please respond by no later than Thursday of this week because your response is relevant to a court filing that is due on Friday.

Sincerely,

Robert Becher

02198.51855/5663414.1