# EXHIBIT 9

```
 1                IN THE UNITED STATES DISTRICT COURT

 2               FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5
     APPLE, INC.,                        )   CV-11-1846-LHK
 6                                       )
                    PLAINTIFF,           )   SAN JOSE, CALIFORNIA
 7                                       )
              VS.                        )   OCTOBER 1, 2013
 8                                       )
     SAMSUNG ELECTRONICS, ET AL,         )   PAGES 1-76
 9                                       )
                    DEFENDANT.           )
10                                       )

11

12                     TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE PAUL S. GREWAL
13                  UNITED STATES DISTRICT JUDGE

14

15   A P P E A R A N C E S:

16   FOR THE PLAINTIFF:      WILMER PICKERING HALE & DORR LLP
                             BY:   WILLIAM F. LEE
17                                 JOSEPH J. MUELLER
                             60 STATE STREET
18                           BOSTON, MA 02109

19   FOR THE DEFENDANT:      THE LAW CENTER/USC
                             BY:   SUSAN ESTRICH
20                           UNIVERSITY PARK
                             LOS ANGELES, CA 90089-0071
21


22   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED WITH COMPUTER.
23

24              APPEARANCES CONTINUED ON THE NEXT PAGE

25   OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185
```

```
 1    INTERNAL SAMSUNG FOLKS AND INVOLVE THE DISCUSSIONS INVOLVING
 2    CHARACTERIZING THIS IS A SIGNIFICANT DIFFERENCE FROM NOKIA.
 3         THE THIRD THING IS THIS, THE NOKIA STIPULATION AT THE END
 4    OF THE DAY WILL GET US A PRIVILEGE LOG.  A PRIVILEGE LOG
 5    45 DAYS FROM NOW ON THE EVE OF THE 630 TRIAL AFTER EVENTS HAVE
 6    OCCURRED THAT ALL OF THESE JURISDICTIONS AROUND THE COUNTRY
 7    WORKS TO THEIR ADVANTAGE.  IT POSTPONES UNTIL THE END OF THE
 8    DAY AN ISSUE THAT NEEDS TO BE RESOLVED NOW.
 9         SO IF YOUR HONOR TAKES, THERE'S A MONTH LONG DELAY IN
10    NOTIFYING US DURING WHICH BY THEIR OWN ADMISSION THEY THOUGHT
11    THEY CONSIDERED ACTUALLY DELETING THE DOCUMENTS WHICH QUITE
12    HONESTLY I DON'T JUST GET, RIGHT.  HOW COULD YOU NOT NOTIFY US
13    AND CONSIDER DELETING THE DOCUMENTS.
14         WE HAD FUNDAMENTAL QUESTIONS WE'VE ASKED THAT EVEN WITH
15    LAST NIGHT'S 2:00 IN THE MORNING LETTER, HAVEN'T BEEN ANSWERED.
16    WE HAVE INCONSISTENCIES IN THE ANSWERS EVEN THAT WE HAVE BEEN
17    GIVEN.
18         SO THAT BRINGS YOU TO MY FIFTH AND LAST POINT WHICH IS WE
19    THINK IT'S IMPORTANT TO HAVE A COURT SUPERVISED PROCESS THAT
20    GIVES US DISCOVERY.
21         YOUR HONOR, IT'S NOT A COINCIDENCE THAT WE GOT THIS
22    LETTER AT 2:00 IN THE MORNING THAT FINALLY ANSWERED QUESTION
23    THAT IS HAD BEEN PENDING FOR TWO MONTHS.  WE GOT IT BECAUSE WE
24    WERE COMING TO SEE YOU AT 10:00 IN THE MORNING.
25         WITHOUT THE MUSCLE OF THE COURT TO POLICE THE PROCESS OF
```

```
 1    UNCOVERING WHAT THE EXTENT AND THE MAGNITUDE OF THE DISCLOSURES
 2    IS, DISCOVERING THE MAGNITUDE AND THE NUMBER OF PEOPLE WHO HAVE
 3    GOTTEN THEM, BUT MOST IMPORTANTLY, WHAT THE USE HAS BEEN OF
 4    THEM, WE JUST WON'T BE ABLE TO GET TO THE BOTTOM LINE IN A TIME
 5    THAT MAKES SENSE AND FAIRLY.
 6         AT THE END OF THE DAY, THEY SHOULD BE PROHIBITED FROM
 7    MAKING ANY FURTHER ARGUMENTS BASED UPON USE OF THIS
 8    INFORMATION.
 9         PEOPLE WHO HAVE CONSTRUCTED ARGUMENTS ON THE BASIS OF IT
10    SHOULD NOT BE PERMITTED TO PARTICIPATE IN THE PROCESS.  AND TO
11    THE EXTENT THEY USED IT IN ANY JURISDICTION THERE OUGHT TO BE A
12    REMEDY.
13         BUT LIKE NOKIA, I THINK WHAT WE ARE SAYING TO YOU IS WE
14    ARE AS SURPRISED AS I'M SURE THE COURT IS TO THE MAGNITUDE OF
15    THE VIOLATION.  UNTIL WE KNOW THE FULL EXTENT, WE CAN'T COME TO
16    YOU AND SAY THIS IS THE RELIEF WE REQUEST.
17         WHAT WE CAN SAY IS WE DO NEED TO UNCOVER THE MAGNITUDE OF
18    THE VIOLATION.  WE DO NEED TO UNCOVER THE MAGNITUDE OF THE
19    HARM.  AND WE NEED TO DO IT IN A TIME FRAME AND WITH LEGITIMATE
20    SEE OF THE COURT BEHIND IT SO THAT WE CAN GET TO THE BOTTOM
21    LINE IN A MEANINGFUL TIME FRAME.
22              THE COURT:  MR. LEE, LET ME ASK YOU THIS, AT THIS
23    POINT ARE YOU FOCUSED EXCLUSIVELY ON A DISCLOSURE IN, TEECE, AM
24    I PRONOUNCING THE GENTLEMAN'S NAME CORRECTLY.
25              MR. LEE:  FOR THIS PROCEEDING, TEECE IS THE PRIMARY
```

```
 1    FOCUS BECAUSE IT'S HIS DISCLOSURE THAT GETS --
 2           THE COURT:  CIRCULATED.
 3           MR. LEE:  BECOMES VIRAL.
 4           THE COURT:  OKAY.  SO, AND THAT REALLY IS MY
 5    QUESTION.
 6        YOU SAY FOR PURPOSES OF THIS CONVERSATION OR SOMETHING TO
 7    THAT EFFECT, ARE WE TALKING ABOUT THE TEECE REPORT ALONE OR IS
 8    THERE ADDITIONAL DISCLOSURE THAT'S AT ISSUE IN YOUR REQUEST
 9           MR. LEE:  FOR NOW IT'S THE TEECE DISCLOSURE.
10    THERE'S -- AS I SAID, THE REASON I'M HESITATING IS I'M TRYING
11    TO ANSWER CORRECTLY BUT WITHOUT VIOLATING THE ITC PROTECTIVE
12    ORDER.
13         THERE'S AN ANALOGOUS ISSUE INVOLVING DIFFERENT
14    INFORMATION OVER LAPPING BUT DIFFERENT INFORMATION AT THE ITC
15           THE COURT:  ALL RIGHT.
16           MR. LEE:  BUT IT'S THE TEECE, THE UNREDACTED TEECE
17    REPORT THAT HAS THIS INFORMATION ON THESE FOUR LICENSES.
18           THE COURT:  AND COULD YOU LIST FOR ME AGAIN THE
19    PARTIES TO THESE LICENSE AGREEMENTS.  I SEE NOKIA AS ONE.
20           MR. LEE:  NOKIA, ERICSSON, PHILLIPS SHARP.  ARE THE
21    FOUR.
22           THE COURT:  ALL RIGHT.
23        MY NEXT QUESTION, MR. LEE, IS THIS:  IN TERMS OF
24    STRUCTURING THIS EXERCISE SO THAT WE AVOID A SATELLITE
25    LITIGATION ON THE EVE OF NOT JUST ONE TRIAL BUT TWO --
```

```
 1              MR. LEE:  RIGHT.
 2              THE COURT:  -- IT WOULD SEEM TO ME WHAT YOU ARE
 3    SUGGESTING IS THAT WE CABIN THE DISCOVERY TO FOCUS ON THE
 4    DISCLOSURES THEMSELVES AS WELL AS THE USE THAT THE PARTICULAR
 5    SENIOR EXECUTIVE AT SAMSUNG MADE OF THAT INFORMATION.
 6          ARE YOU ALSO PROPOSING TO EXPLORE WHAT USE WAS MADE BY
 7    OTHERS AT SAMSUNG?
 8              MR. LEE:  YES, YOUR HONOR.
 9       I THINK IT'S PROBABLY IN BETWEEN THE FIRST AND THE SECOND
10    OF YOUR POINTS.
11              THE COURT:  OKAY.
12              MR. LEE:  I THINK EVIDENCE OF THREE BOXES IF THIS
13    HELPS THE COURT AT ALL.
14         THE FIRST BOX IS OBVIOUSLY THE THREE TRANSMISSIONS
15    BETWEEN OUTSIDE COUNSEL AND SAMSUNG.
16         NOW, THAT BOX HAS TWO PARTS.  IT'S THE SAMSUNG
17    REPRESENTATIVES THAT YOU SEE THERE BUT IT'S ALSO SAMSUNG'S
18    LAWYERS AND ALL THESE NORTHERN FOREIGN COUNTRIES BECAUSE THEY
19    ARE PART OF THE SAME BECAUSE THEY ARE COMING FROM U.S. COUNSEL.
20    BUT THEY HAVE DIFFERENT IMPLICATIONS.
21         THE SECOND THING YOUR HONOR, WHICH ACTUALLY MAY BE MORE
22    IMPORTANT, THE COMMUNICATIONS BY THE PEOPLE WHO RECEIVE THE
23    INFORMATION WITH OTHER FOLKS WHO ARE INVOLVED IN LICENSING
24    DISCUSSIONS WHO MIGHT BE CRAFTING A RESPONSE TO OFFERS OF
25    LICENSING,
```