RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2000
Facsimile:   650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:   404-881-7000
Facsimile:   404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG AND QUINN EMANUEL** |

1  PLEASE TAKE NOTICE that Nokia Corporation ("Nokia") hereby respectfully moves, pursuant
2  to L.R. 7-11 and 79-5, for leave to file under seal:

   1. Select excerpts of Nokia Corporation's Supplemental Brief in Support of Sanctions Against Samsung and Quinn Emanuel ("Nokia's Supplemental Brief") as redacted; and

   2. Exhibit 1 to the Declaration of Ryan W. Koppelman In Support of Nokia's Supplemental Brief.

Nokia has established good cause to permit filing these documents under seal as stated in the Declaration of Ryan W. Koppelman In Support of Nokia Corporation's Motion to File Under Seal. The above documents contain highly sensitive information concerning Nokia's confidential licensing strategies, negotiations and agreements which has never been disclosed publicly and which would significantly harm Nokia's ability to negotiate future licenses should the information ever be made public. Financial and licensing terms and negotiations have been held to be proper subjects for sealing. *See, e.g., Powertech Tech., Inc., v. Tessera, Inc.*, No. C 11-6121 CW, 2012 U.S. Dist. LEXIS 75831, at *5 (N.D. Cal. May 31, 2012) (details of license agreement sealable); *Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267 (N.D. Cal. 2007) (sealing financial terms of contract); *In re Adobe Sys., Inc. Sec. Litig.*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (under-seal filings preserve "legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated") (citing *Johnson Controls, Inc. v. Phoenix Control Sys.*, 886 F.2d 1173, 1176 (9th Cir. 1989) and *Henry Hope X-Ray Products Inc. v. Marron Carrel, Inc.*, 674 F.2d 1336, 1343 (9th Cir. 1982)).

Nokia's Supplemental Brief also discusses and refers to documents or information that have been designated by Apple or Samsung as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" under the Protective Order. Accordingly, Nokia files portions of this document under seal and expects that Samsung and/or Apple will file a declaration in compliance with Civ. L.R. 79-5(d) establishing good cause to permit the permanent filing of the portions containing Samsung's confidential information under seal.

Nokia's entire filing, including the unredacted versions of all documents, will be lodged with the court and served by email on counsel for Samsung and Apple. Nokia will also file a public redacted version of Nokia's Brief.

Respectfully submitted this 13th day of December, 2013.

/s/ Ryan Koppelman

Ryan Koppelman
ryan.koppelman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2009
Facsimile:    650-838-2001

*Attorneys for NOKIA CORPORATION*

| | |
|---|---|
| 1 | RANDALL L. ALLEN (Ca. Bar No. 264067) |
| | randall.allen@alston.com |
| 2 | RYAN W. KOPPELMAN (Ca. Bar No. 290704) |
| | ryan.koppelman@alston.com |
| 3 | ALSTON & BIRD LLP |
| | 275 Middlefield Road, Suite 150 |
| 4 | Menlo Park, CA 94025 |
| | Telephone:   650-838-2000 |
| 5 | Facsimile:   650-838-2001 |
| 6 | PATRICK J. FLINN (Ca. Bar No. 104423) |
| | patrick.flinn@alston.com |
| 7 | B. PARKER MILLER (*pro hac vice*) |
| | parker.miller@alston.com |
| 8 | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street |
| 9 | Atlanta, GA 30309 |
| | Telephone:   404-881-7000 |
| 10 | Facsimile:   404-881-7777 |
| 11 | Attorneys for NOKIA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 5:11-CV-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

CERTIFICATE OF SERVICE    1    CASE NO.: 5:11-CV-01846-LHK (PSG)

I hereby certify that on December 13th, 2013, I electronically filed the foregoing **NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG AND QUINN EMANUEL**, along with any and all exhibits attached thereto, with the Clerk of Court using the CM/ECF system which will automatically send email notification to the parties and counsel of record. I also served by email unredacted copies of these documents on all counsel.

This 13th day of December, 2013.

By: */s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppelman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2000
Facsimile:   650-838-2001

*Attorneys for NOKIA CORPORATION*

CERTIFICATE OF SERVICE    2    CASE NO.: 5:11-CV-01846-LHK (PSG)