RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice)*
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

APPLE, INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No.: 5:11-CV-01846-LHK (PSG)

**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG AND QUINN EMANUEL**

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

3. Nokia's Supplemental Brief in Support of Sanctions Against Samsung and Quinn Emanuel ("Nokia's Supplemental Sanctions Brief") contains information or documents that comprise Nokia's confidential business information regarding its patent licensing strategies, negotiations, and agreements, and which would cause significant harm to Nokia if disclosed publicly. Nokia's Supplemental Sanctions Brief also contains information that Samsung and/or Apple have asserted is "Confidential" or "Highly Confidential- Attorneys' Eyes Only" under the Protective Order in this case. Accordingly and pursuant to L.R. 79-5(d), Nokia is filing portions of its brief under seal, so that Samsung/Apple may have an opportunity to file a declaration supporting its confidentiality designations.

4. **Pages 2-6** of Nokia's Supplemental Sanctions Brief discuss and cite to documents and information that contain Nokia's confidential business information. In particular, these passages describe specific statements made by Samsung and Nokia representatives during confidential license negotiations that took place on June 4, 2013 and cite to deposition testimony from those officers regarding the content of those negotiations. The passages also disclose the specific terms of financial offers made during the negotiations as well as non-public financial figures from the Nokia-Apple license. The Court has previously allowed the sealing of similar information in this case, including "pricing terms, royalty rates, and guaranteed payment terms" of license agreements because such information falls within the definition of "trade secrets" (*See, e.,g,* Order Granting-In-Part Motion to Seal, Dkt. No. 1649 at 10-11). The public disclosure of this information might allow a reader to learn highly sensitive information about Nokia's confidential licensing agreements and could harm Nokia's ability to negotiate future licenses to its patents (*Id.* at 16; Dkt. No. 2538 at 4; Dkt. No. 2254, ¶¶ 4-5, 8-9). Consequently, disclosure of this presentation poses a competitive risk to Nokia and could weaken

Nokia's competitive standing, particularly as to patent licensing (*See, e.g.*, Order Granting Motion to Seal, Dkt. No. 2192 at 1-2). It is Nokia's understanding that some of these passages also discuss and cite to documents and information that have been designated as confidential by Apple and/or Samsung.

6. **Page 10:11-16 & 10:21-25** of Nokia's Supplemental Sanctions brief discusses information that Nokia believes Samsung may consider confidential. Nokia does not maintain any claim of confidentiality over these passages.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 13th day of December, 2013, in Menlo Park, California.

*<u>/s/ Ryan W. Koppelman</u>*

Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone: 650-838-2000

Facsimile: 650-838-2001

*Attorneys for NOKIA CORPORATION*

RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice)*
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE, INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No.: 5:11-CV-01846-LHK (PSG)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13th, 2013, I electronically filed the foregoing **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG AND QUINN EMANUEL**, along with any and all exhibits attached thereto, with the Clerk of Court using the CM/ECF system which will automatically send email notification to the parties and counsel of record. I also served by email unredacted copies of these documents on all counsel.

This 13th day of December, 2013.

By: */s/ Ryan W. Koppelman*

Ryan W. Koppelman
ryan.koppelman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001

*Attorneys for NOKIA CORPORATION*