|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.:  5:11-CV-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING NOKIA CORPORATION'S MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS AGAINST SAMSUNG AND QUINN EMANUEL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On December 13, 2013, Nokia Corporation filed an Administrative Motion to File Under Seal its Supplemental Brief In Support of Sanctions Against Samsung and Quinn Emanuel.

The Court has considered Nokia's Administration Motion to File Under Seal in connection with its Supplemental Brief in Support of Sanctions. Good cause being shown, Nokia's Administrative Motion is hereby GRANTED.

Accordingly, the Court HEREBY ORDERS that the following portions of Nokia's Supplemental Brief in Support of Sanctions and the following exhibit to the supporting Declaration of Ryan W. Koppelman may be filed under seal, subject in part to Samsung and/or Apple filing a declaration pursuant to Civ. L.R. 79-5(d) to support sealing the portions over which Samsung/Apple claims confidentiality:

| Document | Portions That May Be Filed Under Seal |
|---|---|
| Nokia's Supplemental Brief in Support of Sanctions Against Samsung and Quinn Emanuel | • Selected portions of pages 2-6, 10 |
| Declaration of Ryan W. Koppelman In Support of Nokia's Supplemental Brief in Support of Sanctions Against Samsung and Quinn Emanuel | • Exhibit 1 |

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Honorable Paul S. Grewal
United States Magistrate Judge