1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal the following:

1. Portions of the confidential, unredacted version of Apple Inc.'s Post-Hearing Brief in Support of Sanctions Against Samsung and Quinn Emanuel ("Apple's Brief").

Pursuant to Civil Local Rule 79-5, Apple has filed the Declaration of Mark D. Selwyn in Support of Apple's Administrative Motion to File Documents Under Seal ("Selwyn Sealing Declaration").  Accordingly, for good cause shown, the Court grants Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal").

IT IS HEREBY ORDERED that the following document shall be sealed consistent with Apple's Motion to Seal:

| Document | Portion to Be Sealed |
|---|---|
| Apple Inc.'s Post-Hearing Brief in Support of Sanctions Against Samsung and Quinn Emanuel ("Apple's Brief") | pp. 1-5 and 7-9 (*see* Redacted Version of Document Sought to be Sealed) |

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Hon. Paul S. Grewal
United States Magistrate Judge