| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com | WILLIAM F. LEE william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com | WILMER CUTLER PICKERING HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com | 60 State Street Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) ejolson@mofo.com | Telephone: (617) 526-6000 Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP 425 Market Street | |
| San Francisco, California 94105-2482 Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 950 Page Mill Road Palo Alto, California 94304 |
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, Plaintiff, v. SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | Case No. 11-cv-01846-LHK **DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST** |

I, Mark D. Selwyn, declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned action. I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I make this declaration in support of Apple's Motion for JMOL, Supplemental Damages, and Interest. I have knowledge of the matters stated in this declaration, and I could and would testify competently thereto if called to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence from Carl Anderson of Quinn Emanuel Urquhart & Sullivan, LLP dated December 11, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 13th day of December 2013 at San Antonio, Texas.

/s/ *Mark D. Selwyn*
Mark D. Selwyn

DECLARATION OF MARK D. SELWYN ISO APPLE INC.'S MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST
CASE NO. 11-CV-01846-LHK

1

**ATTESTATION OF E-FILED SIGNATURE**

I, William Lee, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: December 13, 2013                    */s/ William F. Lee*
                                            William F. Lee

                                            Attorneys for Plaintiff
                                            APPLE INC

DECLARATION OF MARK D. SELWYN ISO APPLE INC.'S MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST
CASE NO. 11-CV-01846-LHK

2