# EXHIBIT 1

| | |
|---|---|
| **From:** | Carl Anderson <carlanderson@quinnemanuel.com> |
| **Sent:** | Wednesday, December 11, 2013 2:46 AM |
| **To:** | Selwyn, Mark; Anthony Alden |
| **Cc:** | Samsung Damages TrialTeam; 'AvSS Damages Trial'; WH Apple Samsung Damages Retrial |
| **Subject:** | RE: Apple v. Samsung -- Supplemental Damages |

Mark,

The Court's March 1 Order delayed any consideration of post-verdict sales until after resolution of appeals.  Dkt. 2271 at 5-6 ("the Court finds that it would be appropriate to delay the consideration of evidence of actual post-verdict sales until after the completion of the appeals in this case.").  Please confirm whether Apple intends to move for reconsideration of the Court's ruling, and if so explain your basis.

In light of the Court's ruling, your request is premature. At this time, Samsung cannot stipulate to use of evidence outside the record in this case, which would require further wasteful investigation and therefore would cause the same risk of "unnecessary expenditures of time and money" that the Court's order is intended to avoid.  *See id.*

The parties should discuss any production of additional sales information after post-trial appeals have been resolved, as expressly contemplated by the Court.

Very truly yours,

Carl

Carl Anderson
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6328 Direct
415-875-6600 Main Office Number
415-875-6700 FAX
carlanderson@quinnemanuel.com
www.quinnemanuel.com

This message was sent by an attorney and may contain confidential information protected by a legal privilege. If you are not the intended recipient, please delete it and notify us by phone or e-mail that you have done so.

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Sunday, December 08, 2013 8:32 PM
**To:** Anthony Alden; Carl Anderson
**Cc:** Samsung Damages TrialTeam; 'AvSS Damages Trial'; WH Apple Samsung Damages Retrial
**Subject:** Apple v. Samsung -- Supplemental Damages

Anthony and Carl:

Under the Court's March 1 Order, Apple is entitled to supplemental damages on Samsung's actual sales of products found to be infringing in the 1846 case from August 25, 2013 to the present.  Mr. Kerstetter's declaration in the fall of 2012 provided the unit sales figures through September 2012.  Samsung produced the unit sales for the relevant products through February 2013 in the 630 Action in two spreadsheets labeled SAMNDCA630-06642236 and SAMNDCA630-06642236.  Based on public information, sales of three products (Galaxy S II T-Mobile, Galaxy S II Skyrocket, and Galaxy S II Epic 4G Touch) continued after February 2013 until sometime in the summer or fall of 2013.

Accordingly, Apple requests the following: (1) that Samsung confirm that Apple may use the unit sales information from the two spreadsheets identified above to avoid a duplicative production of the same data; and (2) that Samsung provide the unit sales information by month for Galaxy S II T-Mobile, Galaxy S II Skyrocket, and Galaxy S II Epic 4G Touch from March 2013 until the last sales date.  For the supplemental damages calculation, Apple does not need revenue, COGS and operating expense information.

Thank you for your assistance.  Please confirm by Tuesday morning that Samsung will provide this information.

Mark