# Summary of Apple Confirmed, Retrial & Supplemental Damages
# and Prejudgment Interest

| | | |
|---|---:|---|
| Apple Confirmed Damage Award (August 24, 2012 Jury Verdict) | $ 639,403,248 | 1/ |
| Apple Damage Award (November 21, 2013 Jury Verdict) | 290,456,793 | 2/ |
| **Total Jury Awards** | **$ 929,860,041** | |
| Supplemental Damages: August 25-31, 2012 to September 2012 | $ 24,337,154 | 3/ |
| Supplemental Damages: October 2012 to February 2013 | To Be Determined | 3/ |
| Supplemental Damages: March 2013 to August 2013 | To Be Determined | 3/ |
| **Total Supplemental Damages: August 25, 2012 to August 2013** | **To Be Determined** | |
| **Total Damages Award** | **To Be Determined** | |
| Prejudgment Interest on Jury Award (through December 31, 2013) | $ 3,485,782 | 4/ |
| Prejudgment Interest on Supplemental Damages | To Be Determined | 5/ |
| **Total Prejudgment Interest** | **To Be Determined** | |
| **TOTAL FOR FINAL JUDGMENT** | **To Be Determined** | |

**Sources/Notes:**
1/ Per Amended Verdict Form, 8/24/12, Order Re: Damages, 3/1/13, p. 26, and Case Management Order, 4/29/13, p. 2.
2/ Verdict Form, 11/21/13, p. 1.
3/ See EXHIBIT 2.  October 2012 to Present available but not produced by Samsung.
4/ See EXHIBIT 3.
5/ See EXHIBIT 4.

## Calculation of Apple's Supplemental Damages

| Month | Data Source | | Galaxy S 4G | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) | Galaxy S II (T-Mobile edition) | Galaxy S Showcase (i500) | Droid Charge | Galaxy Prevail | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Confirmed Verdict Products | | | | | Retrial Verdict Products | | |
| **Unadjusted Unit Sales 4/** | | | | | | | | | | |
| July 2012 | Kerstetter | 1/ | 49,159 | 171,000 | 96,253 | 53,047 | 12,077 | 4,950 | 25,920 | 412,406 |
| August 2012 | Kerstetter | 1/ | 947 | 204,302 | 57,721 | 134,021 | 1,441 | 25,686 | 4,680 | 428,798 |
| September 2012 | Kerstetter | 1/ | - | 149,280 | 20,627 | 120,309 | 3,335 | 635 | 16,200 | 310,386 |
| October 2012 | Avail. From '630 case | | - | | | | - | - | | - |
| November 2012 | Avail. From '630 case | | - | | | | - | - | - | - |
| December 2012 | Avail. From '630 case | | - | | | | - | - | - | - |
| January 2013 | Avail. From '630 case | | - | | | | - | - | - | - |
| February 2013 | Avail. From '630 case | | - | | | | - | - | - | - |
| March 2013 | | | - | | | | - | - | - | - |
| April 2013 | | | - | | | | - | - | - | - |
| May 2013 | | | - | | | | - | - | - | - |
| June 2013 | | | - | | | | - | - | - | - |
| July 2013 | | | - | | | | - | - | - | - |
| August 2013 | | | - | | | | - | - | - | - |
| | | | | | | | | | | |
| **Unit Sales Used in Supplemental Damages Calculation** | | | | | | | | | | |
| August 25-31, 2012 | | 2/ | - | 46,133 | 13,034 | 30,263 | 325 | 5,800 | 1,057 | 96,612 |
| September 2012 to August 2013 | | | - | 149,280 | 20,627 | 120,309 | 3,335 | 635 | 16,200 | 310,386 |
| Total | | | - | 195,413 | 33,661 | 150,572 | 3,660 | 6,435 | 17,257 | 406,998 |
| | | | | | | | | | | |
| Damages per Unit | | 3/ | $ 50.69 | $ 59.90 | $ 50.74 | $ 66.93 | $ 52.76 | $ 75.32 | $ 9.82 | |
| | | | | | | | | | | |
| **Supplemental Damages** | | | | | | | | | | |
| August 25-31, 2012 | | | $ - | $ 2,763,197 | $ 661,394 | $ 2,025,377 | $ 17,168 | $ 436,847 | $ 10,377 | $ 5,914,361 |
| September 2012 | | | - | 8,941,381 | 1,046,709 | 8,051,834 | 175,964 | 47,827 | 159,079 | 18,422,793 |
| Total - August 25th to September 30, 2012 | | | $ - | $ 11,704,578 | $ 1,708,102 | $ 10,077,212 | $ 193,133 | $ 484,674 | $ 169,456 | $ 24,337,154 |
| | | | | | | | | | | |
| October 2012 | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| November 2012 | | | - | - | - | - | - | - | - | - |
| December 2012 | | | - | - | - | - | - | - | - | - |
| January 2013 | | | - | - | - | - | - | - | - | - |
| February 2013 | | | - | - | - | - | - | - | - | - |
| March 2013 | | | - | - | - | - | - | - | - | - |
| April 2013 | | | - | - | - | - | - | - | - | - |
| May 2013 | | | - | - | - | - | - | - | - | - |
| June 2013 | | | - | - | - | - | - | - | - | - |
| July 2013 | | | - | - | - | - | - | - | - | - |
| August 2013 | | | - | - | - | - | - | - | - | - |
| Total - October 2012 to August 2013 | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | |
| **Supplemental Damages** | | | $ - | To Be Determined | To Be Determined | To Be Determined | $ 193,133 | $ 484,674 | To Be Determined | To Be Determined |

**Sources/Notes:**
1/ July to September 2012 sales per Exhibit 2 to the Kerstetter Declaration dated October 19, 2012.
2/ Supplemental damages for August 2012 begin on August 25, 2012 per Order Re: Damages, 3/1/13, p. 3.  August units prorated (7/31 days X Total August units).   The expected last sale date of the Galaxy S4G was August 15, 2012 per Kerstetter Declaration dated October 19, 2012, Exhibit 1.
3/ See EXHIBIT 2.1.
4/ The expected last sale date of the Galaxy SII phones above is 2nd Quarter 2013 and for the Galaxy Prevail October 5, 2012, per Kerstetter Declaration dated October 19, 2012, Exhibit 1.  Shaded boxes indicate months where sales are expected.

**Samsung Products Selling After Finding of Infringement**

| Product | Jury Verdict | # of Units | Per Unit |
|---|---|---|---|
| | | 3/ | |
| Galaxy S 4G | 1/ $73,344,668 | 1,447,000 | $ 50.69 |
| Galaxy S II (Epic 4G Touch) | 1/ $100,326,988 | 1,675,000 | $ 59.90 |
| Galaxy S II (Skyrocket) | 1/ $32,273,558 | 636,000 | $ 50.74 |
| Galaxy S II (T-Mobile) | 1/ $83,791,708 | 1,252,000 | $ 66.93 |
| Galaxy S Showcase (i500) | 1/ $22,002,146 | 417,000 | $ 52.76 |
| Droid Charge | 2/ $60,706,020 | 806,000 | $ 75.32 |
| Galaxy Prevail | 2/ $22,143,335 | 2,255,000 | $ 9.82 |

**Sources/Notes:**

1/ Amended Verdict Form, 8/24/12.

2/ Verdict Form, 11/21/13, p. 2.

3/ JX-1500 and JX-1500A1.

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 4 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

## Calculation of Prejudgment Interest on Jury Verdict
(Interest Calculated at T-Bill Rate, Compounded Annually through December 31, 2013 1/)

| 2010 | | January-10 | February-10 | March-10 | April-10 | May-10 | June-10 | July-10 | August-10 | September-10 | October-10 | November-10 | December-10 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ - | $ - | $ - | $ - | $ - | $ 278,241 | $ 14,822,707 | $ 23,232,200 | $ 42,397,702 | $ 38,425,776 | $ 35,351,873 | $ 15,709,774 | $ 170,218,273 |
| Prior Month's Principal | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 278,241 | $ 15,100,948 | $ 38,333,148 | $ 80,730,850 | $ 119,156,626 | |
| Prior Month's Damages | | | | | | | | 278,241 | 14,822,707 | 23,232,200 | 42,397,702 | 38,425,776 | 35,351,873 | |
| Prior Year's Interest | 3/ | | | | | | | | | | | | | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ 278,241 | $ 15,100,948 | $ 38,333,148 | $ 80,730,850 | $ 119,156,626 | $ 154,508,499 | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ 67 | $ 3,272 | $ 8,306 | $ 15,473 | $ 24,824 | $ 37,340 | $ 89,282 |

| 2011 | | January-11 | February-11 | March-11 | April-11 | May-11 | June-11 | July-11 | August-11 | September-11 | October-11 | November-11 | December-11 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ 25,413,781 | $ 28,475,059 | $ 28,911,625 | $ 53,315,073 | $ 74,231,038 | $ 68,583,993 | $ 49,391,202 | $ 42,897,241 | $ 37,033,766 | $ 52,366,731 | $ 59,153,046 | $ 32,300,986 | $ 552,073,541 |
| Prior Month's Principal | | $ 154,508,499 | $ 170,307,555 | $ 195,721,335 | $ 224,196,394 | $ 253,108,019 | $ 306,423,092 | $ 380,654,130 | $ 449,238,123 | $ 498,629,325 | $ 541,526,566 | $ 578,560,332 | $ 630,927,063 | |
| Prior Month's Damages | | 15,709,774 | 25,413,781 | 28,475,059 | 28,911,625 | 53,315,073 | 74,231,038 | 68,583,993 | 49,391,202 | 42,897,241 | 37,033,766 | 52,366,731 | 59,153,046 | |
| Prior Year's Interest | 3/ | 89,282 | | | | | | | | | | | | |
| Principal Available for Interest | | $ 170,307,555 | $ 195,721,335 | $ 224,196,394 | $ 253,108,019 | $ 306,423,092 | $ 380,654,130 | $ 449,238,123 | $ 498,629,325 | $ 541,526,566 | $ 578,560,332 | $ 630,927,063 | $ 690,080,109 | |
| Interest Earned | | $ 38,319 | $ 47,299 | $ 48,576 | $ 52,731 | $ 48,517 | $ 57,098 | $ 71,129 | $ 45,708 | $ 45,127 | $ 53,035 | $ 57,835 | $ 69,008 | $ 634,382 |

| 2012 | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ 46,429,921 | $ 31,484,976 | $ 39,332,985 | $ 48,164,530 | $ 23,572,565 | $ 18,583,250 | | | | | | | $ 207,568,228 |
| Prior Month's Principal | | $ 690,080,109 | $ 723,015,478 | $ 769,445,399 | $ 800,930,375 | $ 840,263,360 | $ 888,427,890 | $ 912,000,455 | $ 930,583,705 | $ 930,583,705 | $ 930,583,705 | $ 930,583,705 | $ 930,583,705 | |
| Prior Month's Damages | | 32,300,986 | 46,429,921 | 31,484,976 | 39,332,985 | 48,164,530 | 23,572,565 | 18,583,250 | - | - | - | - | - | |
| Prior Year's Interest | 3/ | 634,382 | | | | | | | | | | | | |
| Principal Available for Interest | | $ 723,015,478 | $ 769,445,399 | $ 800,930,375 | $ 840,263,360 | $ 888,427,890 | $ 912,000,455 | $ 930,583,705 | $ 930,583,705 | $ 930,583,705 | $ 930,583,705 | $ 930,583,705 | $ 930,583,705 | |
| Interest Earned | | $ 72,302 | $ 102,593 | $ 126,814 | $ 126,040 | $ 140,668 | $ 144,400 | $ 147,342 | $ 139,588 | $ 139,588 | $ 139,588 | $ 139,588 | $ 124,078 | $ 1,542,586 |

| 2013 | | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Annual Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | | | | | | | $ - | $ 929,860,041 |
| Prior Month's Principal | | $ 930,583,705 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | | |
| Prior Month's Damages | | - | | | | | | | | | | | | | |
| Prior Year's Interest | | 1,542,586 | | | | | | | | | | | | | |
| Principal Available for Interest | | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | $ 932,126,291 | | |
| Interest Earned | | $ 116,516 | $ 124,284 | $ 116,516 | $ 93,213 | $ 93,213 | $ 108,748 | $ 93,213 | $ 100,980 | $ 93,213 | $ 93,213 | $ 93,213 | $ 93,213 | $ 1,219,532 | $ 3,485,782 |

**Sources/Notes:**
1/ One year t-bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

| | | | | | | | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | | | | | | | 0.29% | 0.26% | 0.26% | 0.23% | 0.25% | 0.29% |
| Monthly interest rate | | | | | | | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% |
| | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
| 1-year Treasury constant maturity | 0.27% | 0.29% | 0.26% | 0.25% | 0.19% | 0.18% | 0.19% | 0.11% | 0.10% | 0.11% | 0.11% | 0.12% |
| Monthly interest rate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |
| | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
| 1-year Treasury constant maturity | 0.12% | 0.16% | 0.19% | 0.18% | 0.19% | 0.19% | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% |
| Monthly interest rate | 0.01% | 0.01% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |
| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
| 1-year Treasury constant maturity | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.12% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

November 2013 monthly interest rate held constant for December 2013.
2/ See EXHIBIT 3.1.
3/ Interest has been compounded on a calendar year basis.

Prepared by Invotex Group

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 5 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3.1

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/

| Infringing Product (Units) | Start Date | 2010 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Galaxy Tab | 8/4/2010 | | | - | - | 220 | 236,465 | 25,414 |
| Galaxy Tab 10.1 | 8/4/2010 | | | - | - | - | - | - |
| **Tablet Units** | | - | - | - | - | 220 | 236,465 | 25,414 |
| | | | | | | | | |
| Captivate | 8/4/2010 | | | 167,644 | 105,982 | 117,540 | 30,096 | 103,745 |
| Continuum | 8/4/2010 | | | - | - | 2,389 | 104,401 | 66,770 |
| Droid Charge | 8/4/2010 | | | - | - | - | - | - |
| Epic 4G | 8/4/2010 | | | 194,844 | 157,610 | 160,590 | 155,355 | 13,430 |
| Exhibit 4G | 8/4/2010 | | | - | - | - | - | - |
| Fascinate | 7/11/2008 | - | - | 49,190 | 491,801 | 329,939 | 81,703 | 74,573 |
| Galaxy Ace | n/a | | | | | | | |
| Galaxy Prevail | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S (i9000) | n/a | | | | | | | |
| Galaxy S 4G | 7/11/2008 | - | - | - | - | - | - | - |
| Galaxy S II (AT&T Edition, 4G) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Epic 4G Touch) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Skyrocket) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (T-Mobile edition) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S Showcase | 7/11/2008 | - | - | - | - | - | 15,890 | 15,610 |
| Gem | 8/4/2010 | | | - | - | - | - | - |
| Indulge | 8/4/2010 | | | - | - | - | - | - |
| Infuse 4G | 8/4/2010 | | | - | - | - | - | - |
| Mesmerize | 7/11/2008 | - | - | - | - | 32,620 | 68,780 | 18,230 |
| Nexus S 4G | 8/4/2010 | | | - | - | - | - | - |
| Replenish | 8/4/2010 | | | - | - | - | - | - |
| Transform 3/ | 11/30/2010 | | | | | | 1,680 | 15,620 |
| Vibrant | 7/11/2008 | 6,230 | 331,890 | 108,506 | 193,919 | 217,080 | 97,181 | 18,360 |
| **Smartphone Units** | | 6,230 | 331,890 | 520,184 | 949,312 | 860,158 | 555,086 | 326,338 |
| | | | | | | | | |
| **Total Infringing Units** | | 6,230 | 331,890 | 520,184 | 949,312 | 860,378 | 791,551 | 351,752 |

| Damages per Unit 3/ | $ 44.66 | | | | | | |
|---|---|---|---|---|---|---|---|
| **Damages** | $ 278,241 | $ 14,822,707 | $ 23,232,200 | $ 42,397,702 | $ 38,425,776 | $ 35,351,873 | $ 15,709,774 |

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 6 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3.1

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/

| Infringing Product (Units) | 2011 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Tab | 33,372 | 17,799 | 25,815 | 51,648 | 31,986 | 49,120 | 55,169 | 32,434 | 4,327 | 65,354 | 26,356 | 10,141 |
| Galaxy Tab 10.1 | - | - | - | - | 5,640 | 127,558 | 38,523 | 48,964 | 45,899 | 94,184 | 73,189 | 46,066 |
| **Tablet Units** | **33,372** | **17,799** | **25,815** | **51,648** | **37,626** | **176,678** | **93,692** | **81,398** | **50,226** | **159,538** | **99,545** | **56,207** |
| | | | | | | | | | | | | |
| Captivate | 93,485 | 88,043 | 47,819 | 41,468 | 27,690 | 100,537 | 84,038 | 77,167 | 20,087 | 24,648 | 31,850 | 21,608 |
| Continuum | 230 | (21) | 7,144 | 11,406 | 18,328 | 30,141 | 51,299 | 18,007 | 10,164 | (51) | (95) | 62 |
| Droid Charge | - | - | - | 213,600 | 107,890 | 130,577 | 95,049 | 53,405 | 6,964 | 28,491 | 31,767 | 31,623 |
| Epic 4G | 131,594 | 81,280 | 154,540 | 119,070 | 232,320 | 169,110 | 67,140 | 1,890 | - | 36,540 | 61,320 | 37,857 |
| Exhibit 4G | - | - | - | - | - | 117,781 | 26,986 | 61,128 | 44,221 | 15,117 | 17,873 | (33) |
| Fascinate | 107,877 | 7,350 | 45,525 | 121,909 | 46,583 | 29,420 | 34,191 | 6,260 | 7,872 | (36) | (180) | 49 |
| Galaxy Ace | | | | | | | | | | | | |
| Galaxy Prevail | - | - | - | 104,820 | 247,800 | 313,320 | 262,290 | 201,600 | 74,970 | 99,840 | 185,400 | 46,800 |
| Galaxy S (i9000) | | | | | | | | | | | | |
| Galaxy S 4G | - | 208,190 | 145,365 | 142,090 | 16,920 | 94,050 | 95,087 | 136,560 | 70,337 | 45,043 | 73,118 | 118,942 |
| Galaxy S II (AT&T Edition, 4G) | - | - | - | - | - | - | - | - | 110,319 | 156,116 | 101,115 | 16,111 |
| Galaxy S II (Epic 4G Touch) | - | - | - | - | - | - | - | 20 | 164,700 | 138,985 | 204,320 | 70,607 |
| Galaxy S II (Skyrocket) | - | - | - | - | - | - | - | - | - | 13,640 | 149,066 | 165,066 |
| Galaxy S II (T-Mobile edition) | - | - | - | - | - | - | - | - | - | 257,075 | 60,141 | 115,070 |
| Galaxy S Showcase | 13,500 | 10,610 | 14,090 | 25,290 | 24,909 | 28,285 | 29,288 | 33,788 | 10,995 | 3,159 | 26,347 | 12,755 |
| Gem | 17,920 | 16,240 | 62,976 | 55,864 | 27,186 | 70,417 | 47,533 | 28,724 | 25,440 | 18,097 | 4,104 | (400) |
| Indulge | - | 96,484 | 47,236 | (7) | (11) | (33) | 19,942 | 30,733 | 15,001 | 18,203 | 25,204 | 17,860 |
| Infuse 4G | - | - | - | 5,000 | 248,996 | 34,230 | 90,035 | 130,057 | 140,003 | 87,259 | 112,949 | 2,114 |
| Mesmerize | 47,170 | 45,040 | 57,170 | 88,061 | 61,429 | 56,793 | 375 | 23,471 | 30,672 | 56,199 | 60,213 | 10,746 |
| Nexus S 4G | - | - | - | 80,250 | 297,300 | 23,100 | 17,000 | 6,020 | - | - | 80,400 | (2) |
| Replenish | - | - | - | 81,940 | 217,410 | 139,185 | 59,680 | 42,549 | 47,245 | 14,660 | 20 | 198 |
| Transform 3/ | 91,980 | 65,560 | 31,750 | 49,770 | 44,220 | 22,050 | 32,280 | 27,720 | - | - | - | - |
| Vibrant | 31,903 | 1,000 | 7,920 | 1,580 | 5,485 | (1) | (4) | - | (6) | 2 | (2) | - |
| **Smartphone Units** | **535,659** | **619,776** | **621,535** | **1,142,111** | **1,624,455** | **1,358,962** | **1,012,209** | **879,099** | **778,984** | **1,012,987** | **1,224,930** | **667,033** |
| | | | | | | | | | | | | |
| **Total Infringing Units** | **569,031** | **637,575** | **647,350** | **1,193,759** | **1,662,081** | **1,535,640** | **1,105,901** | **960,497** | **829,210** | **1,172,525** | **1,324,475** | **723,240** |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Damages per Unit 3/** | $ 44.66 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Damages** | | $ 25,413,781 | $ 28,475,059 | $ 28,911,625 | $ 53,315,073 | $ 74,231,038 | $ 68,583,993 | $ 49,391,202 | $ 42,897,241 | $ 37,033,766 | $ 52,366,731 | $ 59,153,046 | $ 32,300,986 |

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/

| Infringing Product (Units) | 2012 Jan | Feb | Mar | Apr | May | June | Total |
|---|---|---|---|---|---|---|---|
| Galaxy Tab | 11,409 | 13,991 | 9,611 | 5,140 | 4,638 | 14,890 | 725,299 |
| Galaxy Tab 10.1 | 47,475 | 39,008 | 17,491 | (1,782) | 4,636 | (1,545) | 585,306 |
| **Tablet Units** | **58,884** | **52,999** | **27,102** | **3,358** | **9,274** | **13,345** | **1,310,605** |
| | | | | | | | |
| Captivate | (707) | (35) | (45) | (46) | 3 | (21) | 1,182,596 |
| Continuum | (9) | (3) | - | (6) | - | - | 320,156 |
| Droid Charge | 9,553 | 11,727 | 36,321 | 23,456 | 18,818 | 6,679 | 805,920 |
| Epic 4G | 34,320 | 21,180 | 8,221 | 37,935 | - | (1) | 1,876,145 |
| Exhibit 4G | (16) | (14) | 13,992 | 1 | 6,004 | (9) | 303,031 |
| Fascinate | (72) | (28) | (29) | (11) | 6 | - | 1,433,892 |
| Galaxy Ace | | | | | | | |
| Galaxy Prevail | 175,320 | 164,880 | 76,680 | 151,560 | 100,080 | 49,680 | 2,255,040 |
| Galaxy S (i9000) | | | | | | | |
| Galaxy S 4G | 98,456 | 40,164 | 45,058 | 65,359 | 2,071 | 50,093 | 1,446,903 |
| Galaxy S II (AT&T Edition, 4G) | (265) | (111) | 68,720 | 50,963 | 40,558 | 30,113 | 573,639 |
| Galaxy S II (Epic 4G Touch) | 226,118 | 126,660 | 162,810 | 251,140 | 147,600 | 182,200 | 1,675,160 |
| Galaxy S II (Skyrocket) | 64,867 | 14,203 | 68,403 | 42,316 | 52,441 | 66,312 | 636,314 |
| Galaxy S II (T-Mobile edition) | 168,164 | 140,073 | 205,886 | 218,567 | 81,826 | 4,776 | 1,251,578 |
| Galaxy S Showcase | 29,734 | 18,085 | 25,200 | 39,174 | 28,705 | 12,085 | 417,499 |
| Gem | 548 | (348) | (87) | (86) | 222 | - | 374,350 |
| Indulge | - | - | (32) | - | - | - | 270,580 |
| Infuse 4G | 40,423 | 55,197 | 58,522 | 39,196 | 797 | (39) | 1,044,739 |
| Mesmerize | (157) | (136) | 10,424 | 90,809 | 28,990 | 878 | 787,777 |
| Nexus S 4G | 8,075 | (18,000) | 17,985 | - | - | - | 512,128 |
| Replenish | 126,360 | 78,480 | 55,560 | 64,750 | 10,410 | - | 938,447 |
| Transform 3/ | - | (4) | - | - | - | - | 382,626 |
| Vibrant | - | - | - | - | - | - | 1,021,043 |
| **Smartphone Units** | **980,712** | **651,970** | **853,589** | **1,075,077** | **518,531** | **402,746** | **19,509,563** |
| | | | | | | | |
| **Total Infringing Units** | **1,039,596** | **704,969** | **880,691** | **1,078,435** | **527,805** | **416,091** | **20,820,168** |

| Damages per Unit 3/ | $ 44.66 | | | | | | |
|---|---|---|---|---|---|---|---|
| **Damages** | $ 46,429,921 | $ 31,484,976 | $ 39,332,985 | $ 48,164,530 | $ 23,572,565 | $ 18,583,250 | $ 929,860,041 |

**Sources/Notes:**

1/ STA and SEA unit sales per SAMNDCA00402075 and '4875335_1_Highly Confidential Attorneys Eyes Only Worldwide Accused Model 2012 2Q update.xls'.

2/ Unit sales calculated Damages calculated from start of violation of unregistered trade dress; August 4, 2010 for the '381 Patent; April 15, 2011 for '915, patent, 'D677 design patent, and '983 registered trade dress; and June 16, 2011 for the '163 patent, 'D087, 'D305, and 'D889 design patents.

3/ See EXHIBIT 3.2.

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 8 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3.2

## Analysis of Damages per Unit Based on
## the Jury Verdict

| | | |
|---|---:|---|
| Apple Confirmed Damage Award (August 24, 2012 Jury Verdict) | $ 639,403,248 | 1/ |
| Apple Damage Award (November 21, 2013 Jury Verdict) | 290,456,793 | 2/ |
| **Total Damage Award** | $ 929,860,041 | |
| Total Infringing Units Sold | 20,820,168 | 3/ |
| **Average Damages Per Unit** | $ 44.66 | |

**Sources/Notes:**
1/ Per Amended Verdict Form, 8/24/12, Order Re: Damages, 3/1/13, p. 26, and Case Management Order, 4/29/13, p. 2.
2/ Verdict Form, 11/21/13, p. 1.
3/ See EXHIBIT 3.1.

Case 5:11-cv-01846-LHK Document 2876-4 Filed 12/13/13 Page 9 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 4

**Calculation of Prejudgment Interest on Apple's Supplemental Damages**
**(Interest Calculated at T-Bill Rate, Compounded Annually through December 31, 2013 1/)**

| | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | | | | | | | | $ 5,914,361 | $ 18,422,793 | To Be Determined | To Be Determined | To Be Determined | |
| Prior Month's Principal | | - | - | - | - | - | - | - | - | - | | | | |
| Prior Month's Damages | | - | - | - | - | - | - | - | - | 5,914,361 | | | | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,914,361 | $ - | $ - | $ - | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 887 | $ - | $ - | $ - | |

| | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Subtotal | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | | |
| Principal Available for Interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| Interest Earned | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Sources/Notes:**
1/ One year t-bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

| | | | | | | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | | | | | | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% |
| Monthly interest rate | | | | | | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |

| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.12% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

November 2013 monthly interest rate held constant for December 2013.
2/ See EXHIBIT 2.

# Summary of Apple Confirmed, Retrial & Supplemental Damages
# and Prejudgment Interest
# (Alternate Calculation)

| | | |
|---|---:|---|
| Apple Confirmed Damage Award (August 24, 2012 Jury Verdict) | $ 639,403,248 | 1/ |
| Judgment as a Matter of Law Damage Amount | 379,776,091 | 2/ |
| **Total Damage Award Requested** | **$ 1,019,179,339** | |
| Supplemental Damages: August 25-31, 2012 to September 2012 | $ 24,506,175 | 3/ |
| Supplemental Damages: October 2012 to February 2013 | To Be Determined | 3/ |
| Supplemental Damages: March 2013 to August 2013 | To Be Determined | 3/ |
| **Total Supplemental Damages: August 25, 2012 to August 2013** | **To Be Determined** | |
| **Total Damages Award** | **To Be Determined** | |
| Prejudgment Interest on Jury Award (through December 31, 2013) | $ 3,820,615 | 4/ |
| Prejudgment Interest on Supplemental Damages | To Be Determined | 5/ |
| **Total Prejudgment Interest** | **To Be Determined** | |
| **TOTAL FOR FINAL JUDGMENT** | **To Be Determined** | |

**Sources/Notes:**
1/ Per Amended Verdict Form, 8/24/12, Order Re: Damages, 3/1/13, p. 26, and Case Management Order, 4/29/13, p. 2.
2/ PX 25F.4.
3/ See EXHIBIT 2.  October 2012 to Present available but not produced by Samsung.
4/ See EXHIBIT 3.
5/ See EXHIBIT 4.

## Calculation of Apple's Supplemental Damages
### (Alternate Calculation)

| Month | Data Source | | Galaxy S 4G | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) | Galaxy S II (T-Mobile edition) | Galaxy S Showcase (i500) | Droid Charge | Galaxy Prevail | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Confirmed Verdict Products** | | | | | | | | | | |
| **Retrial Verdict Products** | | | | | | | | | | |
| *Unadjusted Unit Sales 4/* | | | | | | | | | | |
| July 2012 | Kerstetter | 1/ | 49,159 | 171,000 | 96,253 | 53,047 | 12,077 | 4,950 | 25,920 | 412,406 |
| August 2012 | Kerstetter | 1/ | 947 | 204,302 | 57,721 | 134,021 | 1,441 | 25,686 | 4,680 | 428,798 |
| September 2012 | Kerstetter | 1/ | - | 149,280 | 20,627 | 120,309 | 3,335 | 635 | 16,200 | 310,386 |
| October 2012 | Avail. From '630 case | | - | | | | - | - | | - |
| November 2012 | Avail. From '630 case | | - | | | | - | - | - | - |
| December 2012 | Avail. From '630 case | | - | | | | - | - | - | - |
| January 2013 | Avail. From '630 case | | - | | | | - | - | - | - |
| February 2013 | Avail. From '630 case | | - | | | | - | - | - | - |
| March 2013 | | | - | | | | - | - | - | - |
| April 2013 | | | - | | | | - | - | - | - |
| May 2013 | | | - | | | | - | - | - | - |
| June 2013 | | | - | | | | - | - | - | - |
| July 2013 | | | - | | | | - | - | - | - |
| August 2013 | | | - | | | | - | - | - | - |
| *Unit Sales Used in Supplemental Damages Calculation* | | | | | | | | | | |
| August 25-31, 2012 | | 2/ | - | 46,133 | 13,034 | 30,263 | 325 | 5,800 | 1,057 | 96,612 |
| September 2012 to August 2013 | | | - | 149,280 | 20,627 | 120,309 | 3,335 | 635 | 16,200 | 310,386 |
| Total | | | - | 195,413 | 33,661 | 150,572 | 3,660 | 6,435 | 17,257 | 406,998 |
| Damages per Unit | | 3/ | $ 50.69 | $ 59.90 | $ 50.74 | $ 66.93 | $ 52.76 | $ 101.58 | $ 9.82 | |
| *Supplemental Damages* | | | | | | | | | | |
| August 25-31, 2012 | | | $ - | $ 2,763,197 | $ 661,394 | $ 2,025,377 | $ 17,168 | $ 589,189 | $ 10,377 | $ 6,066,703 |
| September 2012 | | | - | 8,941,381 | 1,046,709 | 8,051,834 | 175,964 | 64,505 | 159,079 | 18,439,472 |
| Total - August 25th to September 30, 2012 | | | $ - | $ 11,704,578 | $ 1,708,102 | $ 10,077,212 | $ 193,133 | $ 653,695 | $ 169,456 | $ 24,506,175 |
| October 2012 | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| November 2012 | | | - | - | - | - | - | - | - | - |
| December 2012 | | | - | - | - | - | - | - | - | - |
| January 2013 | | | - | - | - | - | - | - | - | - |
| February 2013 | | | - | - | - | - | - | - | - | - |
| March 2013 | | | - | - | - | - | - | - | - | - |
| April 2013 | | | - | - | - | - | - | - | - | - |
| May 2013 | | | - | - | - | - | - | - | - | - |
| June 2013 | | | - | - | - | - | - | - | - | - |
| July 2013 | | | - | - | - | - | - | - | - | - |
| August 2013 | | | - | - | - | - | - | - | - | - |
| Total - October 2012 to August 2013 | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Supplemental Damages** | | | $ - | To Be Determined | To Be Determined | To Be Determined | $ 193,133 | $ 653,695 | To Be Determined | To Be Determined |

**Sources/Notes:**
1/ July to September 2012 sales per Exhibit 2 to the Kerstetter Declaration dated October 19, 2012.
2/ Supplemental damages for August 2012 begin on August 25, 2012 per Order Re: Damages, 3/1/13, p. 3.  August units prorated (7/31 days X Total August units).   The expected last sale date of the Galaxy S4G was August 15, 2012 per Kerstetter Declaration dated October 19, 2012, Exhibit 1.
3/ See EXHIBIT 6.1.
4/ The expected last sale date of the Galaxy SII phones above is 2nd Quarter 2013 and for the Galaxy Prevail October 5, 2012, per Kerstetter Declaration dated October 19, 2012, Exhibit 1.  Shaded boxes indicate months where sales are expected.

Prepared by Invotex Group

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 12 of 18
Apple Inc. v. Samsung Electronics Co., Ltd., et al.
EXHIBIT 6.1

## Samsung Products Selling After Finding of Infringement
## (Alternate Calculation)

| Product | Jury Verdict | | # of Units | Per Unit |
|---|---|---|---|---|
| | | | 3/ | |
| Galaxy S 4G | 1/ | $73,344,668 | 1,447,000 | $ 50.69 |
| Galaxy S II (Epic 4G Touch) | 1/ | $100,326,988 | 1,675,000 | $ 59.90 |
| Galaxy S II (Skyrocket) | 1/ | $32,273,558 | 636,000 | $ 50.74 |
| Galaxy S II (T-Mobile) | 1/ | $83,791,708 | 1,252,000 | $ 66.93 |
| Galaxy S Showcase (i500) | 1/ | $22,002,146 | 417,000 | $ 52.76 |
| Droid Charge | 2/ | $81,876,077 | 806,000 | $ 101.58 |
| Galaxy Prevail | 2/ | $22,143,335 | 2,255,000 | $ 9.82 |

**Sources/Notes:**
1/ Amended Verdict Form, 8/24/12.
2/ PX 25F.4.
3/ JX-1500 and JX-1500A1.

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 13 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 7

## Calculation of Prejudgment Interest on Jury Verdict
(Interest Calculated at T-Bill Rate, Compounded Annually through December 31, 2013 1/)
(Alternate Calculation)

| 2010 | | January-10 | February-10 | March-10 | April-10 | May-10 | June-10 | July-10 | August-10 | September-10 | October-10 | November-10 | December-10 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ - | $ - | $ - | $ - | $ - | $ 304,968 | $ 16,246,527 | $ 25,463,809 | $ 46,470,286 | $ 42,116,830 | $ 38,747,658 | $ 17,218,803 | $ 186,568,880 |
| Prior Month's Principal | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 304,968 | $ 16,551,495 | $ 42,015,304 | $ 88,485,590 | $ 130,602,420 | |
| Prior Month's Damages | | - | - | - | - | - | - | 304,968 | 16,246,527 | 25,463,809 | 46,470,286 | 42,116,830 | 38,747,658 | |
| Prior Year's Interest | 3/ | - | - | - | - | - | - | - | - | - | - | - | - | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ 304,968 | $ 16,551,495 | $ 42,015,304 | $ 88,485,590 | $ 130,602,420 | $ 169,350,078 | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ 74 | $ 3,586 | $ 9,103 | $ 16,960 | $ 27,209 | $ 40,926 | $ 97,858 |

| 2011 | | January-11 | February-11 | March-11 | April-11 | May-11 | June-11 | July-11 | August-11 | September-11 | October-11 | November-11 | December-11 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ 27,854,945 | $ 31,210,279 | $ 31,688,781 | $ 58,436,344 | $ 81,361,427 | $ 75,171,946 | $ 54,135,559 | $ 47,017,809 | $ 40,591,108 | $ 57,396,906 | $ 64,835,093 | $ 35,403,713 | $ 605,103,910 |
| Prior Month's Principal | | $ 169,350,078 | $ 186,666,738 | $ 214,521,683 | $ 245,731,962 | $ 277,420,743 | $ 335,857,086 | $ 417,218,514 | $ 492,390,459 | $ 546,526,018 | $ 593,543,827 | $ 634,134,935 | $ 691,531,842 | |
| Prior Month's Damages | | 17,218,803 | 27,854,945 | 31,210,279 | 31,688,781 | 58,436,344 | 81,361,427 | 75,171,946 | 54,135,559 | 47,017,809 | 40,591,108 | 57,396,906 | 64,835,093 | |
| Prior Year's Interest | 3/ | 97,858 | | | | | | | | | | | | |
| Principal Available for Interest | | $ 186,666,738 | $ 214,521,683 | $ 245,731,962 | $ 277,420,743 | $ 335,857,086 | $ 417,218,514 | $ 492,390,459 | $ 546,526,018 | $ 593,543,827 | $ 634,134,935 | $ 691,531,842 | $ 756,366,935 | |
| Interest Earned | | $ 42,000 | $ 51,843 | $ 53,242 | $ 57,796 | $ 53,177 | $ 62,583 | $ 77,962 | $ 50,098 | $ 49,462 | $ 58,129 | $ 63,390 | $ 75,637 | $ 695,319 |

| 2012 | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | $ 50,889,827 | $ 34,509,319 | $ 43,111,182 | $ 52,791,056 | $ 25,836,868 | $ 20,368,296 | | | | | | | $ 227,506,549 |
| Prior Month's Principal | | $ 756,366,935 | $ 792,465,967 | $ 843,355,794 | $ 877,865,113 | $ 920,976,296 | $ 973,767,352 | $ 999,604,220 | $ 1,019,972,516 | $ 1,019,972,516 | $ 1,019,972,516 | $ 1,019,972,516 | $ 1,019,972,516 | |
| Prior Month's Damages | | 35,403,713 | 50,889,827 | 34,509,319 | 43,111,182 | 52,791,056 | 25,836,868 | 20,368,296 | - | - | - | - | - | |
| Prior Year's Interest | 3/ | 695,319 | | | | | | | | | | | | |
| Principal Available for Interest | | $ 792,465,967 | $ 843,355,794 | $ 877,865,113 | $ 920,976,296 | $ 973,767,352 | $ 999,604,220 | $ 1,019,972,516 | $ 1,019,972,516 | $ 1,019,972,516 | $ 1,019,972,516 | $ 1,019,972,516 | $ 1,019,972,516 | |
| Interest Earned | | $ 79,247 | $ 112,447 | $ 138,995 | $ 138,146 | $ 154,180 | $ 158,271 | $ 161,496 | $ 152,996 | $ 152,996 | $ 152,996 | $ 152,996 | $ 135,996 | $ 1,690,762 |

| 2013 | | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Annual Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | | | | | | | | | | | | | | $ - | $ 1,019,179,339 |
| Prior Month's Principal | | $ 1,019,972,516 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | | |
| Prior Month's Damages | | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Prior Year's Interest | | 1,690,762 | | | | | | | | | | | | | |
| Principal Available for Interest | | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | $ 1,021,663,278 | | |
| Interest Earned | | $ 127,708 | $ 136,222 | $ 127,708 | $ 102,166 | $ 102,166 | $ 119,194 | $ 102,166 | $ 110,680 | $ 102,166 | $ 102,166 | $ 102,166 | $ 102,166 | $ 1,336,676 | $ 3,820,615 |

**Sources/Notes:**
1/ One year t-bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

| | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.29% | 0.26% | 0.26% | 0.23% | 0.25% | 0.29% |
| Monthly interest rate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% |

| | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.27% | 0.29% | 0.26% | 0.25% | 0.19% | 0.18% | 0.19% | 0.11% | 0.10% | 0.11% | 0.11% | 0.12% |
| Monthly interest rate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

| | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.12% | 0.16% | 0.19% | 0.18% | 0.19% | 0.19% | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% |
| Monthly interest rate | 0.01% | 0.01% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |

| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.12% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

November 2013 monthly interest rate held constant for December 2013.
2/ See EXHIBIT 7.1.
3/ Interest has been compounded on a calendar year basis.

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/
(Alternate Calculation)

| Infringing Product (Units) | Start Date | 2010 Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|
| Galaxy Tab | 8/4/2010 | | | - | - | 220 | 236,465 | 25,414 |
| Galaxy Tab 10.1 | 8/4/2010 | | | - | - | - | - | - |
| **Tablet Units** | | - | - | - | - | 220 | 236,465 | 25,414 |
| | | | | | | | | |
| Captivate | 8/4/2010 | | | 167,644 | 105,982 | 117,540 | 30,096 | 103,745 |
| Continuum | 8/4/2010 | | | - | - | 2,389 | 104,401 | 66,770 |
| Droid Charge | 8/4/2010 | | | - | - | - | - | - |
| Epic 4G | 8/4/2010 | | | 194,844 | 157,610 | 160,590 | 155,355 | 13,430 |
| Exhibit 4G | 8/4/2010 | | | - | - | - | - | - |
| Fascinate | 7/11/2008 | - | - | 49,190 | 491,801 | 329,939 | 81,703 | 74,573 |
| Galaxy Ace | n/a | | | | | | | |
| Galaxy Prevail | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S (i9000) | n/a | | | | | | | |
| Galaxy S 4G | 7/11/2008 | - | - | - | - | - | - | - |
| Galaxy S II (AT&T Edition, 4G) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Epic 4G Touch) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (Skyrocket) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S II (T-Mobile edition) | 8/4/2010 | | | - | - | - | - | - |
| Galaxy S Showcase | 7/11/2008 | - | - | - | - | - | 15,890 | 15,610 |
| Gem | 8/4/2010 | | | - | - | - | - | - |
| Indulge | 8/4/2010 | | | - | - | - | - | - |
| Infuse 4G | 8/4/2010 | | | - | - | - | - | - |
| Mesmerize | 7/11/2008 | - | - | - | - | 32,620 | 68,780 | 18,230 |
| Nexus S 4G | 8/4/2010 | | | - | - | - | - | - |
| Replenish | 8/4/2010 | | | - | - | - | - | - |
| Transform 3/ | 11/30/2010 | | | | | | 1,680 | 15,620 |
| Vibrant | 7/11/2008 | 6,230 | 331,890 | 108,506 | 193,919 | 217,080 | 97,181 | 18,360 |
| **Smartphone Units** | | 6,230 | 331,890 | 520,184 | 949,312 | 860,158 | 555,086 | 326,338 |
| | | | | | | | | |
| **Total Infringing Units** | | 6,230 | 331,890 | 520,184 | 949,312 | 860,378 | 791,551 | 351,752 |
| | | | | | | | | |
| **Damages per Unit 3/** | | $ 48.95 | | | | | | |
| | | | | | | | | |
| **Damages** | | $ 304,968 | $ 16,246,527 | $ 25,463,809 | $ 46,470,286 | $ 42,116,830 | $ 38,747,658 | $ 17,218,803 |

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 15 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 7.1

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/
**(Alternate Calculation)**

| Infringing Product (Units) | 2011 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Galaxy Tab | 33,372 | 17,799 | 25,815 | 51,648 | 31,986 | 49,120 | 55,169 | 32,434 | 4,327 | 65,354 | 26,356 | 10,141 |
| Galaxy Tab 10.1 | - | - | - | - | 5,640 | 127,558 | 38,523 | 48,964 | 45,899 | 94,184 | 73,189 | 46,066 |
| **Tablet Units** | **33,372** | **17,799** | **25,815** | **51,648** | **37,626** | **176,678** | **93,692** | **81,398** | **50,226** | **159,538** | **99,545** | **56,207** |
| | | | | | | | | | | | | |
| Captivate | 93,485 | 88,043 | 47,819 | 41,468 | 27,690 | 100,537 | 84,038 | 77,167 | 20,087 | 24,648 | 31,850 | 21,608 |
| Continuum | 230 | (21) | 7,144 | 11,406 | 18,328 | 30,141 | 51,299 | 18,007 | 10,164 | (51) | (95) | 62 |
| Droid Charge | - | - | - | 213,600 | 107,890 | 130,577 | 95,049 | 53,405 | 6,964 | 28,491 | 31,767 | 31,623 |
| Epic 4G | 131,594 | 81,280 | 154,540 | 119,070 | 232,320 | 169,110 | 67,140 | 1,890 | - | 36,540 | 61,320 | 37,857 |
| Exhibit 4G | - | - | - | - | - | 117,781 | 26,986 | 61,128 | 44,221 | 15,117 | 17,873 | (33) |
| Fascinate | 107,877 | 7,350 | 45,525 | 121,909 | 46,583 | 29,420 | 34,191 | 6,260 | 7,872 | (36) | (180) | 49 |
| Galaxy Ace | | | | | | | | | | | | |
| Galaxy Prevail | - | - | - | 104,820 | 247,800 | 313,320 | 262,290 | 201,600 | 74,970 | 99,840 | 185,400 | 46,800 |
| Galaxy S (i9000) | | | | | | | | | | | | |
| Galaxy S 4G | - | 208,190 | 145,365 | 142,090 | 16,920 | 94,050 | 95,087 | 136,560 | 70,337 | 45,043 | 73,118 | 118,942 |
| Galaxy S II (AT&T Edition, 4G) | - | - | - | - | - | - | - | - | 110,319 | 156,116 | 101,115 | 16,111 |
| Galaxy S II (Epic 4G Touch) | - | - | - | - | - | - | - | 20 | 164,700 | 138,985 | 204,320 | 70,607 |
| Galaxy S II (Skyrocket) | - | - | - | - | - | - | - | - | - | 13,640 | 149,066 | 165,066 |
| Galaxy S II (T-Mobile edition) | - | - | - | - | - | - | - | - | - | 257,075 | 60,141 | 115,070 |
| Galaxy S Showcase | 13,500 | 10,610 | 14,090 | 25,290 | 24,909 | 28,285 | 29,288 | 33,788 | 10,995 | 3,159 | 26,347 | 12,755 |
| Gem | 17,920 | 16,240 | 62,976 | 55,864 | 27,186 | 70,417 | 47,533 | 28,724 | 25,440 | 18,097 | 4,104 | (400) |
| Indulge | - | 96,484 | 47,236 | (7) | (11) | (33) | 19,942 | 30,733 | 15,001 | 18,203 | 25,204 | 17,860 |
| Infuse 4G | - | - | - | 5,000 | 248,996 | 34,230 | 90,035 | 130,057 | 140,003 | 87,259 | 112,949 | 2,114 |
| Mesmerize | 47,170 | 45,040 | 57,170 | 88,061 | 61,429 | 56,793 | 375 | 23,471 | 30,672 | 56,199 | 60,213 | 10,746 |
| Nexus S 4G | - | - | - | 80,250 | 297,300 | 23,100 | 17,000 | 6,020 | - | - | 80,400 | (2) |
| Replenish | - | - | - | 81,940 | 217,410 | 139,185 | 59,680 | 42,549 | 47,245 | 14,660 | 20 | 198 |
| Transform 3/ | 91,980 | 65,560 | 31,750 | 49,770 | 44,220 | 22,050 | 32,280 | 27,720 | - | - | - | - |
| Vibrant | 31,903 | 1,000 | 7,920 | 1,580 | 5,485 | (1) | (4) | - | (6) | 2 | (2) | - |
| **Smartphone Units** | **535,659** | **619,776** | **621,535** | **1,142,111** | **1,624,455** | **1,358,962** | **1,012,209** | **879,099** | **778,984** | **1,012,987** | **1,224,930** | **667,033** |
| | | | | | | | | | | | | |
| **Total Infringing Units** | **569,031** | **637,575** | **647,350** | **1,193,759** | **1,662,081** | **1,535,640** | **1,105,901** | **960,497** | **829,210** | **1,172,525** | **1,324,475** | **723,240** |

| Damages per Unit 3/ | $ 48.95 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Damages** | $ 27,854,945 | $ 31,210,279 | $ 31,688,781 | $ 58,436,344 | $ 81,361,427 | $ 75,171,946 | $ 54,135,559 | $ 47,017,809 | $ 40,591,108 | $ 57,396,906 | $ 64,835,093 | $ 35,403,713 |

Case 5:11-cv-01846-LHK   Document 2876-4   Filed 12/13/13   Page 16 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.                                                           EXHIBIT 7.1

## STA and SEA U.S. Sales of Infringing Products and Accumulated Damages Awarded 1/ 2/
**(Alternate Calculation)**

| Infringing Product (Units) | 2012 Jan | Feb | Mar | Apr | May | June | Total |
|---|---|---|---|---|---|---|---|
| Galaxy Tab | 11,409 | 13,991 | 9,611 | 5,140 | 4,638 | 14,890 | 725,299 |
| Galaxy Tab 10.1 | 47,475 | 39,008 | 17,491 | (1,782) | 4,636 | (1,545) | 585,306 |
| **Tablet Units** | **58,884** | **52,999** | **27,102** | **3,358** | **9,274** | **13,345** | **1,310,605** |
| | | | | | | | |
| Captivate | (707) | (35) | (45) | (46) | 3 | (21) | 1,182,596 |
| Continuum | (9) | (3) | - | (6) | - | - | 320,156 |
| Droid Charge | 9,553 | 11,727 | 36,321 | 23,456 | 18,818 | 6,679 | 805,920 |
| Epic 4G | 34,320 | 21,180 | 8,221 | 37,935 | - | (1) | 1,876,145 |
| Exhibit 4G | (16) | (14) | 13,992 | 1 | 6,004 | (9) | 303,031 |
| Fascinate | (72) | (28) | (29) | (11) | 6 | - | 1,433,892 |
| Galaxy Ace | | | | | | | |
| Galaxy Prevail | 175,320 | 164,880 | 76,680 | 151,560 | 100,080 | 49,680 | 2,255,040 |
| Galaxy S (i9000) | | | | | | | |
| Galaxy S 4G | 98,456 | 40,164 | 45,058 | 65,359 | 2,071 | 50,093 | 1,446,903 |
| Galaxy S II (AT&T Edition, 4G) | (265) | (111) | 68,720 | 50,963 | 40,558 | 30,113 | 573,639 |
| Galaxy S II (Epic 4G Touch) | 226,118 | 126,660 | 162,810 | 251,140 | 147,600 | 182,200 | 1,675,160 |
| Galaxy S II (Skyrocket) | 64,867 | 14,203 | 68,403 | 42,316 | 52,441 | 66,312 | 636,314 |
| Galaxy S II (T-Mobile edition) | 168,164 | 140,073 | 205,886 | 218,567 | 81,826 | 4,776 | 1,251,578 |
| Galaxy S Showcase | 29,734 | 18,085 | 25,200 | 39,174 | 28,705 | 12,085 | 417,499 |
| Gem | 548 | (348) | (87) | (86) | 222 | - | 374,350 |
| Indulge | - | - | (32) | - | - | - | 270,580 |
| Infuse 4G | 40,423 | 55,197 | 58,522 | 39,196 | 797 | (39) | 1,044,739 |
| Mesmerize | (157) | (136) | 10,424 | 90,809 | 28,990 | 878 | 787,777 |
| Nexus S 4G | 8,075 | (18,000) | 17,985 | - | - | - | 512,128 |
| Replenish | 126,360 | 78,480 | 55,560 | 64,750 | 10,410 | - | 938,447 |
| Transform 3/ | - | (4) | - | - | - | - | 382,626 |
| Vibrant | - | - | - | - | - | - | 1,021,043 |
| **Smartphone Units** | **980,712** | **651,970** | **853,589** | **1,075,077** | **518,531** | **402,746** | **19,509,563** |
| | | | | | | | |
| **Total Infringing Units** | **1,039,596** | **704,969** | **880,691** | **1,078,435** | **527,805** | **416,091** | **20,820,168** |

| Damages per Unit 3/ | $ | 48.95 | | | | | |
|---|---|---|---|---|---|---|---|
| **Damages** | $ | 50,889,827 | $ 34,509,319 | $ 43,111,182 | $ 52,791,056 | $ 25,836,868 | $ 20,368,296 | $ 1,019,179,339 |

**Sources/Notes:**

1/ STA and SEA unit sales per SAMNDCA00402075 and '4875335_1_Highly Confidential Attorneys Eyes Only Worldwide Accused Model 2012 2Q update.xls'.

2/ Unit sales calculated Damages calculated from start of violation of unregistered trade dress; August 4, 2010 for the '381 Patent; April 15, 2011 for '915, patent, 'D677 design patent, and '983 registered trade dress; and June 16, 2011 for the '163 patent, 'D087, 'D305, and 'D889 design patents.

3/ See EXHIBIT 7.2.

Prepared by Invotex Group
Page 3 of 3

## Analysis of Damages per Unit Based on
## the Jury Verdict
## (Alternate Calculation)

| | | |
|---|---:|---|
| Apple Confirmed Damage Award (August 24, 2012 Jury Verdict) | $ 639,403,248 | 1/ |
| Judgment as a Matter of Law Damage Amount | 379,776,091 | 2/ |
| **Total Damage Award Requested** | $ 1,019,179,339 | |
| Total Infringing Units Sold | 20,820,168 | 3/ |
| **Average Damages Per Unit** | $ 48.95 | |

**Sources/Notes:**
1/  Per Amended Verdict Form, 8/24/12, Order Re: Damages, 3/1/13, p. 26, and Case Management Order, 4/29/13, p. 2.
2/  PX 25F.4.
3/  See EXHIBIT 7.1.

Case 5:11-cv-01846-LHK Document 2876-4 Filed 12/13/13 Page 18 of 18
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 8

**Calculation of Prejudgment Interest on Apple's Supplemental Damages**
**(Interest Calculated at T-Bill Rate, Compounded Annually through December 31, 2013 1/)**
**(Alternate Calculation)**

| | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | | | | | | | | $ 6,066,703 | $ 18,439,472 | To Be Determined | To Be Determined | To Be Determined | |
| Prior Month's Principal | | - | - | - | - | - | - | - | - | - | | | | |
| Prior Month's Damages | | - | - | - | - | - | - | - | - | 6,066,703 | | | | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,066,703 | $ - | $ - | $ - | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 910 | $ - | $ - | $ - | |

| | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Subtotal | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | To Be Determined | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | | |
| Prior Month's Damages | | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | | |
| Principal Available for Interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| Interest Earned | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Sources/Notes:**
1/ One year t-bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

| | | | | | | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity | | | | | | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% |
| Monthly interest rate | | | | | | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |
| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 |
| 1-year Treasury constant maturity | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.12% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

November 2013 monthly interest rate held constant for December 2013.
2/ See EXHIBIT 6.

Prepared by Invotex Group