1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST
CASE NO. 11-CV-01846-LHK (PSG)

1    Before the Court is the Post-Trial Motion for Judgment as a Matter of Law, Supplemental

2    Damages, and Prejudgment Interest brought by Plaintiff Apple Inc. ("Apple") against Defendants

3    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4    Telecommunications America, Inc. (collectively, "Samsung").

5    WHEREAS on August 24, 2012, a jury issued an amended verdict in favor of Apple on

6    Apple's claims and Samsung's cross claims, and awarded damages to Apple in the amount of

7    $1,049,393,540.00 (Dkt. 1931);

8    WHEREAS on March 1, 2013, the Court issued an Order re: Damages (1) confirming the

9    jury's award of $598,908,892 as to certain infringing Samsung products; (2) concluding that

10   Apple was entitled to supplemental damages and determining the method for calculating

11   supplemental damages; (3) concluding that Apple was entitled to prejudgment interest and

12   determining how prejudgment interest would be calculated; and (4) granting Samsung's motion

13   for a new trial on damages as to certain infringing Samsung products; (Dkt. 2271 at 26);

14   WHEREAS on April 29, 2013, the Court issued an Order granting in part Apple's motion

15   for reconsideration of the March 1, 2013 Order, reinstating the jury award of $40,494,356.00 for

16   the Galaxy SII AT&T, and ruling that the Galaxy SII AT&T would not be included in the new

17   trial on damages (Dkt. 2316);

18   WHEREAS, in combination, the March 1, 2013 and April 29, 2013 Orders confirmed a

19   total of $639,403,248.00 of the first jury's damages award ("First Trial Damages");

20   WHEREAS, on November 21, 2013, a second jury awarded Apple $290,456,793 for

21   Samsung's infringement through sales of the products that were subject to the new trial ("New

22   Trial Products") (Dkt. 2822);

23   WHEREAS, in combination, the juries' verdicts award Apple a total of $929,860,041;

24   WHEREAS, Apple has moved for judgment as a matter of law regarding the damages to

25   which it is entitled for infringement of the D'305 and D'677 patents through Samsung's sales of

26   the New Trial Products, which if granted, would add $89,319,298 to the amount of damages

27   awarded for the New Trial Products, for a total award on the New Trial Products of

28   $379,776,091;

[PROPOSED] ORDER GRANTING APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST
CASE NO. 11-CV-01846-LHK (PSG)

1

1    WHEREAS the Court concludes based on the trial record and submissions of the parties

2    that the evidence permits only one reasonable conclusion as to the amount of Samsung's profits

3    that Apple is entitled to for infringement of the D'305 and D'677 patents through Samsung's

4    sales of the New Trial Products, based on Samsung's failure to produce evidence sufficient to

5    carry its burden regarding the operating expenses that are directly attributable to the manufacture

6    and sale of the products that were subject to a new trial;

7    WHEREAS Apple is entitled to supplemental damages for all sales of all Samsung

8    products in this action found to infringe and/or dilute Apple intellectual property as found in the

9    August 24, 2012 amended verdict for the period from August 25, 2102 to the date of the last sale

10    of each such product;

11    WHEREAS Apple is entitled to prejudgment interest on the amount awarded in the

12    August 24, 2012 verdict, as amended, the November 21, 2013, verdict, and the supplemental

13    damages;

14    IT IS HEREBY ORDERED that judgment as a matter of law is granted in favor of Apple

15    that Apple is entitled to recover Samsung's profits in the amount of $231,373,554 for Samsung's

16    infringement of the D'305 and D'677 patents by the New Trial Products.

17    IT IS HEREBY FURTHER ORDERED that Samsung shall pay Apple $1,019,179,339 in

18    damages, comprised of $639,403,248 for the First Trial Damages and $379,776,091 for the New

19    Trial Products.

20    IT IS HEREBY FURTHER ORDERED that Samsung shall pay Apple supplemental

21    damages in the amount of $_____.

22    IT IS HEREBY FURTHER ORDERED that Samsung shall pay Apple prejudgment

23    interest in the amount of $_____ through the date of this Order.

24    IT IS HEREBY FURTHER ORDERED that the total amount due Apple from Samsung as

25    of the date of this Order is therefore $_____.

26

27

28

[PROPOSED] ORDER GRANTING APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES,
AND PREJUDGMENT INTEREST
CASE NO. 11-CV-01846-LHK (PSG)

2

1        **IT IS SO ORDERED.**

2

3    Dated: _____          _____

                                                        Hon. Lucy H. Koh
                                                        United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28