1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                     UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
21 | Plaintiff, | **DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59** |
22 | vs. | |
23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 | | |
25 | | Date: January 30, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
26 | Defendants. | |
27

28

Case No. 11-cv-01846-LHK
ALDEN DECLARATION ISO SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW
TRIAL AND/OR REMITTITUR

I, Anthony P. Alden, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the November 5, 2013 Transcript of Proceedings in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Glossary of Terms included in the jury notebooks that the parties provided for the jurors at the beginning of the second trial in this action.

4. Attached hereto as Exhibit 3 is a true and correct copy of 35 U.S.C. § 74 prior to the amendment of the Patent Act in 1952.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from Webster's New International Dictionary of the English Language (2nd ed.).

6. Attached hereto as Exhibit 5 is a true and correct copy of Chapter 105 of the Act of February 4, 1887.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the legislative history to the Act of February 4, 1877.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los Angeles, California on December 13, 2013.

/s/ Anthony P. Alden
Anthony P. Alden

-1-   Case No. 11-cv-01846-LHK
ALDEN DECLARATION ISO SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from Anthony P. Alden.

/s/ *Victoria F. Maroulis*
Victoria F. Maroulis