# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4


 5
        APPLE INC., A CALIFORNIA        )  C-11-01846 LHK
 6      CORPORATION,                    )
                                        )  SAN JOSE, CALIFORNIA
 7                     PLAINTIFF,       )
                                        )  NOVEMBER 5, 2013
 8                VS.                   )
                                        )  PAGES 1-65
 9      SAMSUNG ELECTRONICS CO., LTD.,  )
        A KOREAN BUSINESS ENTITY;       )
10      SAMSUNG ELECTRONICS AMERICA,    )
        INC., A NEW YORK CORPORATION;   )
11      SAMSUNG TELECOMMUNICATIONS      )
        AMERICA, LLC, A DELAWARE        )
12      LIMITED LIABILITY COMPANY,      )
                                        )
13                     DEFENDANTS.      )
                                        )
14     _____

15

16              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17              UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23     OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                   CERTIFICATE NUMBER 9595
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1    THINK WE NEED IT THIS TIME.  LAST TIME WE ALSO HAD A GLOSSARY
 2    OF TERMS.
 3              MS. MAROULIS:  YOUR HONOR, WE'VE ACTUALLY BEEN
 4    STARTING A DISCUSSION BETWEEN THE PARTIES OF WHAT TO INCLUDE IN
 5    THE JURY NOTEBOOKS.
 6              THE COURT:  OKAY.
 7              MS. MAROULIS:  BUT WE PLAN TO HAVE AN AGREED UPON
 8    SET --
 9              THE COURT:  OKAY, THAT'S GREAT.
10              MS. MAROULIS:  -- INCLUDING PICTURES OF THE WITNESSES
11    LIKE WE DID LAST TIME.
12              THE COURT:  YES, PLEASE.  PATENTS; A TAB FOR THE
13    FINAL JURY INSTRUCTIONS; AND THEN BLANK LINED PAPER FOR NOTES,
14    PLEASE.
15         OKAY.  SO IF YOU ALL WOULD JUST STIPULATE TO ALL THE
16    CONTENTS OF THAT TRIAL BINDER FOR THE JURORS.  WHATEVER YOU
17    DON'T AGREE TO IS OUT AND IS NOT INCLUDED.
18         AND DO YOU WANT TO JUST BRING THOSE THEN ON TUESDAY?
19              MS. MAROULIS:  YES, YOUR HONOR.
20              THE COURT:  OKAY.  AND IF YOU WOULD PLEASE BRING FOUR
21    SETS FOR THE COURT AS WELL, PLEASE.
22         OKAY.  I WOULD LIKE TO SET A SCHEDULE FOR POST-TRIAL
23    BRIEFING AND HEARING TODAY, AND I APOLOGIZE BECAUSE THIS IS
24    GOING TO REQUIRE SOME WORKING OVER THE HOLIDAYS, BUT JUST FOR
25    MY OWN CASE LOAD AND CERTAIN THINGS HAPPENING HERE, I'D LIKE TO
```

| | |
|---|---|
| 1 | HAVE THE HEARING ON POST-TRIAL MOTIONS ON JANUARY 30TH OF 2014. |
| 2 | CAN WE DO THAT? |
| 3 | MR. MCELHINNY:  YES, YOUR HONOR. |
| 4 | THE COURT:  OKAY.  SO THE -- ANY JMOL MOTIONS, ANY |
| 5 | NEW TRIAL MOTIONS WOULD BE DUE ON DECEMBER 13TH; THE |
| 6 | OPPOSITIONS WOULD BE DUE ON JANUARY 6TH; AND THE REPLIES WOULD |
| 7 | BE DUE ON JANUARY 13TH. |
| 8 | AND UNLIKE LAST TIME WHERE WE HAD JUST A PLETHORA OF |
| 9 | MOTIONS, I'D JUST LIKE ONE MOTION OF 40 PAGES, AN OPPOSITION OF |
| 10 | 40 PAGES, AND A REPLY OF 25 PAGES. |
| 11 | ANYONE WANT TO COMMENT ON THAT? |
| 12 | MR. MCELHINNY:  WE LIKE THAT. |
| 13 | MS. MAROULIS:  THAT'S FINE, YOUR HONOR. |
| 14 | THE COURT:  ALL RIGHT.  SO THE HEARING IS GOING TO BE |
| 15 | JANUARY 30TH OF 2014 AT 1:30, AND THAT'S THE BRIEFING SCHEDULE. |
| 16 | ALL RIGHT.  ANYONE WANT TO COMMENT ON THE VERDICT FORM? |
| 17 | MS. MAROULIS:  YOUR HONOR, SAMSUNG PRESERVED ITS |
| 18 | OBJECTIONS TO THE VERDICT FORM BASED ON THE FACT THAT WE |
| 19 | BELIEVE THE THEORY OF DAMAGES SHOULD BE BROKEN OUT. |
| 20 | AND I SHOULD HAVE STATED WHEN MR. PRICE GOT UP, BOTH |
| 21 | PARTIES ARE PRESERVING THEIR OBJECTIONS AS TO PRELIMINARY JURY |
| 22 | INSTRUCTIONS FROM LAST TIME.  WE DIDN'T RESTATE OUR OBJECTIONS |
| 23 | FROM LAST YEAR, WE JUST PUT IT ON THE RECORD THAT EVERYONE |
| 24 | PRESERVES THEIR PRIOR JURY INSTRUCTION OBJECTION. |
| 25 | THIS IS FOR, PURELY FOR APPELLATE PURPOSES BECAUSE I |

```
1        THINK OUR RESPECTIVE APPELLATE TEAMS WANT US TO MAKE AS MANY

2        PRESERVATIONS OF JURY INSTRUCTIONS AS THEY NEED TO.

3                THE COURT:  OKAY.  I WOULD HAVE HOPED THAT ANYTHING

4        THAT MATTERED TO YOU THIS TIME, YOU WOULD HAVE INCLUDED IT IN

5        YOUR DISPUTED JURY INSTRUCTIONS.

6                MS. MAROULIS:  WE INCLUDED THE LIST -- BOTH PARTIES

7        INCLUDED THE LIST OF DOCKET ENTRIES WHERE THEY STATED THEIR

8        OBJECTIONS.  SO WE UNDERSTOOD -- BOTH OF US UNDERSTOOD THAT WE

9        WERE NOT TO RESTATE OBJECTIONS THAT WERE PREVIOUSLY STATED.

10               THE COURT:  WELL, I ASSUME THAT ANYTHING THAT WAS A

11       PRIORITY TO YOU, YOU INCLUDED IT IN YOUR OBJECTIONS THIS TIME.

12       I MEAN, THEY WERE CERTAINLY CAREFULLY REVIEWED AND CONSIDERED.

13       SO --

14               MR. LEE:  I MEAN, WE HAVE NO OBJECTION TO THE

15       PRELIMINARY INSTRUCTIONS.

16               THE COURT:  OKAY.  APPLE HAS NO OBJECTION.

17               MR. LEE:  AND WE HAVE NO OBJECTION TO THE VERDICT

18       FORM.

19               THE COURT:  OKAY.  LET ME GO THROUGH, THEN, THE

20       RULINGS, OKAY, AND I HAVE A LONG LIST HERE.

21         SO WITH REGARD TO THE SAMSUNG MOTION TO EXCLUDE COPYING

22       EXHIBITS, AS WELL AS COPYING WITNESS TESTIMONY, SO THESE ARE

23       ECF NUMBERS 2418 AND 2419, THE OPPOSITIONS ARE 2437 AND 2438,

24       THE REPLIES ARE 2475 AND 2476, THESE MOTIONS WILL BE DENIED

25       WITHOUT PREJUDICE.  I'LL RULE ON EVIDENTIARY OBJECTIONS THAT
```