# EXHIBIT 2

## GLOSSARY OF TERMS

| Terms | Definitions |
|---|---|
| COGS: | An abbreviation for "cost of goods sold." |
| Dempsey | Samsung's internal product name for the Infuse 4G phone (model number SGH-I997) |
| Fiscal year or FY: | A financial calendar used for accounting purposes when a company's accounting year ends on a date other December 31. Apple Inc. follows a fiscal calendar that begins on October 1 and ends on September 30 of the following year. |
| Fiscal quarter: | A three-month quarter used for accounting purposes according to a company's fiscal year. Apple's first fiscal quarter runs from October to December. The second fiscal quarter runs from January to March. The third fiscal quarter runs from April to June and the fourth fiscal quarter runs from July to September. |
| Garnett | Samsung's internal product name for the Continuum phone (model number SCH-i400). |
| GUI | Graphical User Interface. |
| Hawk | Samsung's internal product name for the Exhibit 4G phone (model number SGH-T759). |
| HCI | Human Computer Interaction |
| K48 / K48M | Apple's internal product name for the iPad |
| K93 / K94 / K95 | Apple's internal product name for the iPad 2 |
| M68 | Apple's internal product name for the iPhone |
| N81 | Apple's internal product name for the iPod touch (4th generation) |
| N82 | Apple's internal product name for the iPhone 3G |
| N88 | Apple's internal product name for the iPhone 3GS |
| N90 / N92 | Apple's internal product name for the iPhone 4 |
| P1 | Samsung's internal product name for the Galaxy Tab 7.0 tablet (model numbers GT-P1000; GT-P1010; SCH-i800). |
| P2 | Apple's internal name for the iPhone project |
| P4 | Samsung's internal product name for the Galaxy Tab 10.1 tablet (model numbers GT-P7500; GT-P7510; SCH-i905). |

| P5 | Samsung's internal product name for the Galaxy Tab 8.9 tablet (model numbers GT-P7300; GT-P7310). |
|---|---|
| PTO | The United States Patent and Trademark Office. |
| SEA | Samsung Electronics America, Inc., a wholly owned United States subsidiary of Samsung Electronics Company, Ltd. that sells products to various electronics retailers. |
| SEC | Samsung Electronics Company, Ltd, the Korean parent company for the Samsung companies. |
| Seine | Samsung's internal product name for the Galaxy S II phone series (model number SCH-i9100). |
| Source Code | Written instructions for a computer, mobile phone, or tablet that can be read by a person. |
| STA | Samsung Telecommunications America LLC, a wholly owned United States subsidiary of SEC that sells products to United States telecommunications carriers, such as AT&T, Verizon, T-Mobile, Sprint, etc. |
| Stealth V | Samsung's internal product name for the Droid Charge (model number SCH-i510). |
| System of Record | The accounting system used by companies to store financial data. |
| UI | User interface. |
| UX | User experience. |
| Victory | Samsung's internal product name for the Epic 4G phone (model number SPH-D700). |
| Vins-Q | Samsung's internal product name for the Intercept phone (model numbers SPH-M810; SPH-M910). |