# EXHIBIT 3

# TITLE 35.—PATENTS

| Chap. | | Sec. |
|---|---|---|
| 1. | Patent Office | 1 |
| 2. | Patents | 31 |

## Chapter 1.—PATENT OFFICE

| Sec. | |
|---|---|
| 1. | Establishment. |
| 2. | Officers and employees. |
| 3. | Seal. |
| 4. | Restrictions on officers and employees of Patent Office as to interest in patents. |
| 5. | Bonds of commissioner and chief clerk. |
| 6. | Duties of commissioner. |
| 7. | Examiners in chief; board of appeals. |
| 10. | Library. |
| 11. | Patent agents or attorneys; rules and regulations for; suspension or exclusion from practice. |
| 11a. | Same; unauthorized representation as practitioner; penalty. |
| 12. | Printing of papers filed. |
| 13. | Printing copies of claims, laws, decisions. |
| 14. | Certified copies of drawings of patents issued; fees. |
| 14a. | Charges for uncertified copies of drawings of patents; copies of design patents; certificates of trade-mark registration. |
| 15. | Exchange of printed copies of patents with Canada. |
| 16. | Multigraphing headings of drawings for patented cases. |
| 17. | Custody of collections of exploring expedition. |
| 18. | Commission to select Patent Office models for preservation and exhibition; expenses; report to Congress. |
| 19. | Disbursements for Patent Office. |
| 20. | Annual report of Commissioner. |
| 21. | Day for taking any action or paying any fee falling on Sunday. |
| 22. | Money required for office; appropriation from revenues. |
| 23. | Files and papers of abandoned applications; disposition. |

CROSS REFERENCES

Registration of trade-marks in Patent Office, see chapter 22 of Title 15, Commerce and Trade.

§ 1. Establishment.

There shall be in the Department of Commerce an office known as the Patent Office, where all records, books, models, drawings, specifications, and other papers and things pertaining to patents shall be safely kept and preserved. (R. S. § 475; Feb. 14, 1903, ch. 552, § 12, 32 Stat. 830.)

DERIVATION

Act July 8, 1870, ch. 230, § 1, 16 Stat. 198.

TRANSFER OF PATENT OFFICE

The Patent Office was transferred from the Department of the Interior to the Department of Commerce by Ex. Ord. No. 4175, signed Mar. 17, 1925, eff. Apr. 1, 1925, as authorized by act Feb. 14, 1903, cited to text.

Ex. ORD No. 9424. ESTABLISHING A REGISTER OF GOVERNMENT INTERESTS IN PATENTS AND APPLICATIONS FOR PATENTS

Ex. Ord. No. 9424, Feb. 18, 1944, 9 F. R. 1959, provided:
1. The Secretary of Commerce shall cause to be established in the United States Patent Office a separate register for the recording of all rights and interests of the Government in or under patents and applications for patents.

2. The several departments and other executive agencies of the Government, including Government-owned or Government-controlled corporations, shall forward promptly to the Commissioner of Patents for recording in the separate register provided for in paragraph 1 hereof all licenses, assignments, or other interests of the Government in or under patents or applications for patents, in accordance with such rules and regulations as may be prescribed pursuant to paragraph 4 hereof; but the lack of recordation in such register of any right or interest of the Government in or under any patent or application therefor shall not prejudice in any way the assertion of such right or interest by the Government.

3. The register shall be open to inspection except as to such entries or documents which, in the opinion of the department or agency submitting them for recording, should be maintained in secrecy: *Provided, however,* That the right of inspection may be restricted to authorized representatives of the Government pending the final report to the President by the National Patent Planning Commission under Executive Order No. 8977 of December 12, 1941, and action thereon by the President.

4. The Commissioner of Patents, with the approval of the Secretary of Commerce, shall prescribe such rules and regulations as he may deem necessary to effectuate the purposes of this order.

§ 2. Officers and employees.

There shall be in the Patent Office a Commissioner of Patents, one first assistant commissioner, two assistant commissioners, and nine examiners in chief, who shall be appointed by the President, by and with the advice and consent of the Senate. The first assistant commissioner and the assistant commissioners shall perform such duties pertaining to the office of commissioner as may be assigned to them, respectively, from time to time by the Commissioner of Patents. All other officers, clerks, and employees authorized by law for the office shall be appointed by the Secretary of Commerce upon the nomination of the Commissioner of Patents, in accordance with existing law. (R. S. § 476; Feb. 14, 1903, ch. 552, § 12, 32 Stat. 830; Feb. 15, 1916, ch. 22, § 1, 39 Stat. 8; Feb. 14, 1927, ch. 139, § 1, 44 Stat. 1098; Apr. 11, 1930, ch. 132, § 1, 46 Stat. 155.)

DERIVATION

Act July 8, 1870, ch. 230, § 2, 16 Stat. 198.

SIMILAR PROVISIONS

Similar provisions were contained in the following acts:
1925—Mar. 3, 1925, ch. 462, 43 Stat. 1165.
1916—May 10, 1916, ch. 117, § 1, 39 Stat. 101.
1910—June 17, 1910, ch. 297, § 1, 36 Stat. 514.
1909—Mar. 4, 1909, ch. 297, § 1, 35 Stat. 891.

CROSS REFERENCES

Compensation of employees, see chapter 13 of Title 5, Executive Departments and Government Officers and Employees.

§ 3. Seal.

The seal provided for the Patent Office prior to July 8, 1870, shall be the seal of the office, with which letters patent and papers issued from the office shall be authenticated. (R. S. § 478.)

part of the thing patented, of which he was not the original and first inventor or discoverer, every such patentee, his executors, administrators, and assigns, whether of the whole or any sectional interest in the patent, may maintain a suit at law or in equity, for the infringement of any part thereof, which was bona fide his own, if it is a material and substantial part of the thing patented, and definitely distinguishable from the parts claimed without right, notwithstanding the specifications may embrace more than that of which the patentee was the first inventor or discoverer. But in every such case in which a judgment or decree shall be rendered for the plaintiff no costs shall be recovered unless the proper disclaimer has been entered at the Patent Office before the commencement of the suit. But no patentee shall be entitled to the benefits of this section if he has unreasonably neglected or delayed to enter a disclaimer. (R. S. § 4922.)

DERIVATION

Act July 8, 1870, ch. 230, § 60, 16 Stat. 207.

FEDERAL RULES OF CIVIL PROCEDURE

Effect of Rule 54 on this section, see note by Advisory Committee under said Rule 54.

Judgment and costs, see Rule 54, following section 723c of Title 28, Judicial Code and Judiciary.

§ 72. Patent not void for previous use of thing in foreign country.

Whenever it appears that a patentee, at the time of making his application for the patent, believed himself to be the original and first inventor or discoverer of the thing patented, the same shall not be held to be void on account of the invention or discovery, or any part thereof, having been known or used in a foreign country, before his invention or discovery thereof, if it had not been patented or described in a printed publication. (R. S. § 4923.)

DERIVATION

Act July 8, 1870, ch. 230, § 82, 16 Stat. 208.

SUITS IN DISTRICT OF COLUMBIA; PARTIES RESIDING ELSEWHERE; JURISDICTION

§ 72a. Jurisdiction of District Court of the United States for the District of Columbia where adverse parties reside in plurality of districts or foreign countries; service of writs.

Upon the filing of a bill in the district court of the United States for the District of Columbia wherein remedy is sought under section 63 or section 66 of this title, without seeking other remedy, if it shall appear that there is an adverse party residing in a foreign country, or adverse parties residing in a plurality of districts not embraced within the same State, the court shall have jurisdiction thereof and writs shall, unless the adverse party or parties voluntarily make appearance, be issued against all of the adverse parties with the force and effect and in the manner set forth in section 113 of Title 28; provided that writs issued against parties residing in foreign countries pursuant to this section may be served by publication or otherwise as the court shall direct. (Mar. 3, 1927, ch. 364, 44 Stat. 1394; June 25, 1936, ch. 804, 49 Stat. 1921.)

92506°—48—vol. 3——60

FEDERAL RULES OF CIVIL PROCEDURE

Continuation of section under Rule 4, see note by Advisory Committee under said Rule 4.

Only one form of action, to be known as "civil action", in district courts, see Rule 2, following section 723c of Title 28, Judicial Code and Judiciary.

Process, see Rule 4, following said section 723c of Title 28.

DESIGN PATENTS

§ 73. Patents for designs; how obtained; regulations applicable.

Any person who has invented any new, original, and ornamental design for an article of manufacture, not known or used by others in this country before his invention thereof, and not patented or described in any printed publication in this or any foreign country before his invention thereof, or more than one year prior to his application, and not in public use or on sale in this country for more than one year prior to his application, unless the same is proved to have been abandoned, may, upon payment of the fees required by law and other due proceedings had, the same as in cases of inventions or discoveries covered by section 31 of this title, obtain a patent therefor.

All the regulations and provisions which apply to obtaining or protecting patents for inventions or discoveries not inconsistent with the provisions of this title, shall apply to patents for designs. (R. S. §§ 4929, 4933; May 9, 1902, ch. 783, 32 Stat. 193; Aug. 5, 1939, ch. 450, § 1, 53 Stat. 1212.)

DERIVATION

R. S. § 4929 from acts July 8, 1870, ch. 230, § 71, 16 Stat. 209; June 18, 1874, ch. 301, 18 Stat. 78.

R. S. § 4933 from act July 8, 1870, ch. 230, § 76, 16 Stat. 210.

EFFECTIVE DATE

Effective date of amendment changing words "two years" to "one year," see note under section 31 of this title.

CROSS REFERENCES

Registration of trade-marks in Patent Office, see chapter 22 of Title 15, Commerce and Trade.

§ 74. Same; penalty for unauthorized use; injunction to restrain infringement.

During the term of letters patent for a design, it shall be unlawful for any person other than the owner of said letters patent, without the license of such owner, to apply the design secured by such letters patent, or any colorable imitation thereof, to any article of manufacture for the purpose of sale, or to sell or expose for sale any article of manufacture to which such design or colorable imitation shall, without the license of the owner, have been applied, knowing that the same has been so applied. Any person violating the provisions, or either of them, of this section, shall be liable in the amount of $250; and in case the total profit made by him from the manufacture or sale, as aforesaid, of the article or articles to which the design, or colorable imitation thereof, has been applied, exceeds the sum of $250, he shall be further liable for the excess of such profit over and above the sum of $250. And the full amount of such liability may be recovered by the owner of the letters patent, to his own use, in any district court of the United States having jurisdiction of the parties,

either by action at law or upon a bill in equity for an injunction to restrain such infringement. (Feb. 4, 1887, ch. 105, § 1, 24 Stat. 387; Mar. 3, 1911, ch. 231, § 294, 36 Stat. 1167.)

§ 75. Same; remedy by existing law not impaired, but owner not to recover twice.

Nothing in section 74 of this title contained shall prevent, lessen, impeach, or avoid any remedy at law or in equity which any owner of letters patent for a design, aggrieved by the infringement of the same, might have had if said section 74 had not been passed; but such owner shall not twice recover the profit made from the infringement. (Feb. 4, 1887, ch. 105, § 2, 24 Stat. 388.)

§ 76. Same; drawings or photographs in lieu of models.

The commissioner may dispense with models of designs when the design can be sufficiently represented by drawings or photographs. (R. S. § 4930.)

DERIVATION

Act July 8, 1870, ch. 230, § 72, 16 Stat. 210.

§ 77. Same; duration.

Patents for designs may be granted for the term of three years and six months, or for seven years, or for fourteen years, as the applicant may, in his application, elect. (R. S. § 4931.)

DERIVATION

Act July 8, 1870, ch. 230, § 73, 16 Stat. 210.

PATENT FEES

§ 78. Patent fees.

The following shall be the rates for patent fees:

On filing each original application for a patent, except in design cases, $30, and $1 for each claim in excess of twenty.

On issuing each original patent, except in design cases, $30, and $1 for each claim in excess of twenty.

In design cases: For three years and six months, $10; for seven years, $15; for fourteen years, $30.

On every application for the reissue of a patent, $30.

On filing each disclaimer, $10.

On an appeal for the first time from the primary examiners to the Board of Appeals, $15.

On every appeal from the examiner of interferences to the Board of Appeals, $25.

For uncertified printed copies of specifications and drawings of patents (except design patents), 25 cents per copy; for design patents, 10 cents per copy: *Provided*, That the Commissioner of Patents may supply public libraries of the United States with such copies as published, for $50 per annum: *Provided further*, That the Commissioner of Patents may exchange copies of United States patents for those of foreign countries.

For copies of records made by the Patent Office, excluding printed copies, 10 cents per hundred words.

For each certificate, 50 cents.

For recording every assignment, agreement, power of attorney, or other paper not exceeding six pages, $3; for each additional two pages or less, $1; for each additional patent or application included or involved in one writing, where more than one is so included or involved, 50 cents additional.

For copies of drawings, the reasonable cost of making them.

On filing each petition for the revival of an abandoned application for a patent or for the delayed payment of the fee for issuing each patent, $10. (R. S. §§ 493, 4934; May 19, 1896, ch. 204, 29 Stat. 124; May 27, 1908, ch. 200, § 1, 35 Stat. 343; June 25, 1910, ch. 414, § 2, 36 Stat. 843; Aug. 24, 1912, ch. 370, § 5, 37 Stat. 498; Nov. 4, 1919, ch. 93, § 1, 41 Stat. 335; Feb. 18, 1922, ch. 58, § 9, 42 Stat. 393; Feb. 14, 1927, ch. 139, § 2, 44 Stat. 1099; Mar. 2, 1927, ch. 273, § 13, 44 Stat. 1337; Apr. 11, 1930, ch. 132, § 3, 46 Stat. 155; June 30, 1932, ch. 314, §§ 308, 309, 47 Stat. 410; Aug. 9, 1939, ch. 619, § 3, 53 Stat. 1293; July 5, 1946, ch. 541, title III, § 301, 60 Stat. 471.)

DERIVATION

R. S. § 493, from act Mar. 24, 1871, ch. 5, § 2, 17 Stat. 3.
R. S. § 4934 from acts July 8, 1870, ch. 230, §§ 68, 75, 16 Stat. 209, 210; Mar. 24, 1871, ch. 5, § 2, 17 Stat. 3.

AMENDMENTS

1946—Act July 5, 1946, cited to text, increased the fee for uncertified printed copies of specifications and drawings of patents (except design patents) from 10 cents to 25 cents per copy.

EFFECTIVE DATE

Effective date of act Aug. 9, 1939, cited to text, qualified, see note under section 38 of this title.

§ 79. Same; disposition of; return of excess fees.

All patent fees shall be paid to the Commissioner of Patents, who shall give the depositor a receipt or certificate of deposit therefor and shall deposit the same in the Treasury of the United States in such manner as the Secretary of the Treasury shall direct, and said commissioner is authorized to pay back any sum or sums of money paid to him by any person by mistake or in excess of the fee required by law. (R. S. §§ 4935, 4936; Mar. 6, 1920, ch. 94, § 1, 41 Stat. 512.)

DERIVATION

R. S. § 4935 from act July 8, 1870, ch. 230, § 69, 16 Stat. 209.
R. S. § 4936 from act July 8, 1870, ch. 230, § 70, 16 Stat. 209.

CROSS REFERENCES

Deposit of fees in Treasury, see section 725r of Title 31, Money and Finance.

MISCELLANEOUS PROVISIONS; CERTIFICATES CORRECTING MISTAKES

§ 80. Certain priority rights for filing applications extended.

The rights of priority provided by section 32 of this title, for the filing of applications for patent for inventions and designs, which rights had not expired on the 1st day of August, 1914, or which rights have arisen since the 1st day of August, 1914, are extended until the expiration of a period of six months from March 3, 1921, in favor of the citizens of the United States or citizens or subjects of all countries which have extended, or which now extend, or which within said period of six months shall extend substantially reciprocal privileges to citizens of the United States, and such extension shall apply to applications upon which patents have been granted, as well as to applications pending on March 3, 1921, or filed within the period herein.