# EXHIBIT 4

# WEBSTER'S NEW INTERNATIONAL DICTIONARY

OF THE

# ENGLISH LANGUAGE

Second Edition

UNABRIDGED

VOLUME I

WITH REFERENCE HISTORY

AN ENTIRELY NEW BOOK
UTILIZING ALL THE EXPERIENCE AND RESOURCES OF MORE THAN
ONE HUNDRED YEARS OF GENUINE WEBSTER DICTIONARIES

A Merriam-Webster
REG. U.S. PAT. OFF.

WILLIAM ALLAN NEILSON, Ph.D., LL.D., L.H.D., Litt.D.
*Editor in Chief*

THOMAS A. KNOTT, Ph.D.
*General Editor*

PAUL W. CARHART
*Managing Editor*

G. & C. MERRIAM COMPANY, PUBLISHERS
SPRINGFIELD, MASS., U.S.A.
1938

**Applause** 131 **Apply**

**ap·plause′** (ă·plôz′), *n.* [L. *applaudere, applausum,* to applaud.] **1.** Approbation publicly expressed, as by clapping, acclamation, or other means; marked commendation.

The brave man seeks not popular *applause.* *Dryden.*

**2.** An object of applause. *Obs.* *B. Jonson.*

**Syn.** — Acclaim, acclamation, plaudits, praise.

**ap·plause′**, *v. t.* = APPLAUD. *Obs.*

**ap·plau′sive** (ă·plô′sĭv), *adj.* [ML. *applausivus.*] **1.** Expressing applause; approbative.

**2.** Worthy of or exciting applause. *Obs.* — **ap·plau′sive·ly**, *adv.*

**ap′ple** (ăp′'l), *n.* [ME. *appel, eppel,* fr. AS. *æppel, æpl;* akin to Fris. & D. *appel,* OHG. *apful,* ON. *epli,* OIr. *uball,* OW. *aballen,* Lith. *obuolys,* OSlav. *jabĺŭko,* and prob. L. *Abella* (now *Avella*), in Campania.] **1.** The pome fruit of any tree of the genus *Malus* (which see). It is the principal fruit of the temperate zones, attaining great economic importance in North America, Europe, Australia, New Zealand, and Tasmania. The fruit is usually round, and red or yellow in color, but varies markedly in size, shape, color, and degree of acidity. In North America, the leading commercial varieties are Baldwin, Ben Davis, Delicious, Gravenstein, Grimes Golden, Jonathan, McIntosh, Northern Spy, Oldenburg, Red Astrachan, Rhode Island Greening, Rome Beauty, Stayman Winesap, Wealthy, Winesap, Yellow Transparent, Yellow Newtown, and York Imperial.

**2.** Any tree of the genus *Malus;* an apple tree. Its blossom is the State flower of Arkansas and Michigan. See STATE FLOWER, *Plate.*

**3.** Any fruit or other vegetable production resembling, or supposed to resemble, the apple; as, *apple* of love, or love apple (tomato), balsam *apple,* egg *apple,* oak *apple.* Specif.: **a** The fruit of the forbidden tree in the Garden of Eden. **b** *Bot.* A pome.

**4.** Anything round like an apple; as, an *apple* of gold.

For COMBINATIONS and PHRASES are:

| | | |
|---|---|---|
| **applecart** | **apple-fallow** | **apple-scented** |
| **apple-cheeked** | **apple fritter** | **apple-shaped** |
| **apple dumpling** | **applegrower** | **apple-stealing,** *adj.* |
| **apple-eating,** *adj.* | **apple juice** | **apple tart** |
| **apple-faced** | **applemonger** | **apple turnover** |

**ap′ple** (ăp′'l), *v. i.;* AP′PLED (-'ld); AP′PLING (-lĭng). To bear or gather apples.

**apple anthracnose.** *Plant Pathol.* A disease of the apple, pear, and quince, in the Pacific coast region of northwestern America, caused by the sac fungus *Neofabraea malicorticis,* producing limb cankers and, esp. after storage, a rot of the fruit; — called also *black spot, black-spot canker,* etc.

**apple aphid.** An aphid which infests the apple; specif., the *apple-leaf aphid* (*Aphis pomi*), a bright-green species which curls the leaves.

**apple banana.** A small-fruited variety of banana of high quality, popular in the tropics.

**apple bee.** A wasp. *Rare.*

**ap′ple·ber′ry** (ăp′'l·bĕr′ĭ), *n.* An Australian woody vine (*Billardiera scandens*) with showy flowers; also, its pleasant subacid berry.

**apple blight. 1.** Any of certain plant lice attacking the apple, esp. *Eriosoma lanigerum.* See BLIGHT, *n.,* 2. **2.** *Plant Pathol.* Fire blight.

**ap′ple-blos′som** (ăp′'l·blŏs′ŭm), *n., or* **appleblossom** A color, red in hue, of low saturation and medium brilliance. Cf. COLOR.

**apple blotch.** = BLOTCH, 3 **a.**

**apple box.** Any of several species of *Eucalyptus* with gray bark, as *E. bicolor* and *E. baueriana.* *Australia.*

**apple brandy.** Brandy distilled from cider.

**apple bucculatrix.** A small moth (*Bucculatrix pomifoliella,* family Tineidae, which feeds upon apple leaves.

**apple butter.** A thick sauce of apples stewed down, usually in cider, or of apple juice thickened by evaporation.

**apple canker.** *Plant Pathol.* Any of several diseases of the apple tree that produce cankers, as bark canker, bitter rot, black rot, blister canker, European canker, fire blight, perennial canker, etc. (see these terms).

**apple cheese.** The cake of apple pomace from a cider press.

**apple curculio.** A small weevil (*Anthonomous,* syn. *Tachypterellus, quadrigibbus*) injurious to apples.

**ap′ple-drane′** (-drān′), **-drone′** (-drōn′), *n.* A wasp. *Dial.*

**apple essence.** See APPLE OIL.

**apple family.** The Malaceae.

**apple fly. a** Pomace fly. **b** Adult of the apple maggot.

**apple geranium.** The nutmeg geranium.

**apple grain aphid.** An aphid (*Rhopalosiphum prunifoliae*), injurious to the leaves of the apple tree. During the summer it feeds on grain.

**apple green. 1. a** The color of unripe apples. **b** A color, bluish yellow-green in hue, of medium saturation and brilliance. Cf. COLOR. **2.** *Angling.* An artificial fly with dark-gray wings, apple-green body, brown hackle, and brown tail.

**ap′ple-green′,** *adj.* Of the color apple green.

**apple grunt.** Apple dumpling. *Dial., U.S.*

**apple gum.** An Australian timber tree (*Eucalyptus stuartiana*) resembling the apple tree.

**apple haw.** The May haw.

**ap′ple·jack′** (ăp′'l·jăk′), *n.* **a** *U.S.* Apple brandy. **b** A beverage produced by freezing hard cider, concentrating the alcohol in the central portion, which remains unfrozen and is subsequently decanted. **c** *Local, Eng.* A pastry containing sliced apples; also, apple dumpling.

**ap′ple-john′** (-jŏn′), *n.* A kind of apple the flavor of which is improved by drying. *Obs.* *Shak.*

**apple-leaf a′phid** (-lēf′). See APPLE APHID.

**apple-leaf bucculatrix.** The apple bucculatrix.

**apple-leaf folder.** See LEAF FOLDER.

**apple leafhopper.** A small greenish leaf hopper (*Empoasca mali*) which injures the foliage of apple trees, potatoes, etc.

**apple-leaf sewer.** See LEAF SEWER.

**apple-leaf skeletonizer.** The caterpillar of a small darkish moth (*Psorosina,* syn. *Canarsia, hammondi*), injurious to apple leaves.

**apple-leaf trumpet miner.** A leaf-mining caterpillar (*Tischeria malifoliella*) which injures the leaves of apple trees by excavating trumpet-shaped burrows.

**apple maggot.** The larva of any of several dipterous insects (called *apple flies*), which burrows in and feeds on apples, esp. the larva of *Rhagoletis pomonella.*

**apple mildew.** A disease of the apple caused by the powdery mildew *Podosphaera leucotricha;* the fungus itself.

**apple mint.** A European mint (*Mentha rotundifolia*) naturalized in the United States.

**apple moss.** A moss of the genus *Bartramia;* — so called from the spherical capsules.

**apple moth.** Any moth whose larva bores in apples, esp. the codling moth.

**ap′ple·nut′** (ăp′'l·nŭt′), *n.* The apple-shaped nut of the ivory-nut palm *Coelococcus amicarum.* See IVORY NUT **b.**

**apple of Cain.** The strawberry tree (*Arbutus unedo*); also, its fruit.

**apple of discord.** A subject of contention and envy, so called from the golden apple of Greek mythology, inscribed "for the fairest," which was thrown into an assembly of the gods, at the marriage of Peleus and Thetis, by Eris, goddess of discord, who was not invited. Hera, Athena, and Aphrodite claimed it, and Zeus referred the decision to Paris (which see) of Troy, who awarded it to Aphrodite.

**apple of Hesperides.** The quince.

**apple of love.** The tomato.

**apple of Peru. a** A coarse herb (*Physalis peruviana*) bearing pale-blue flowers, and a bladderlike fruit enclosing a dry berry. **b** Jimson weed.

**apple of Sodom.** A fruit described by ancient writers as externally of fair appearance, but dissolving into smoke and ashes when plucked; Dead Sea apple. The name is often given to the fruit of *Solanum sodomeum,* a prickly shrub with fruit not unlike a small yellow tomato.

**apple of the eye.** The pupil of the eye; also, figuratively, something highly cherished.

**apple oil. a** The essential oil of apples, said to consist of amyl formate, acetate, caproate and caprylate, and acetaldehyde. **b** *Com.* An artificially prepared oil, as amyl isovalerate, used to imitate the odor or flavor of apples; — called also *apple essence,* esp. when in alcohol solution.

**apple pie. 1.** A pie made with apples.

**2.** The hairy willow herb. *Eng.*

**ap′ple–pie′ bed.** A bed in which, as a joke, the sheets are so doubled (like the cover of an apple turnover) as to prevent anyone from stretching at full length between them.

**apple–pie order.** Perfect order or arrangement. *Colloq.*

To find room for those which came from Edinburgh, and . . . put all things into *apple-pie order.* *Scott.*

**apple pox.** = BLISTER CANKER.

**apple psylla.** A small European homopterous insect (*Psylla mali*) injurious to apples.

**ap′ple·ring′y, -ring′ie** (-rĭng′ĭ), *n.* Southernwood. *Scot.*

**ap′ple·root′** (ăp′'l·rōōt′; 200), *n.* The flowering spurge.

**apple rosette.** *Plant Pathol.* A disease of the apple caused by unfavorable environmental conditions. See ROSETTE, *n.,* **7.**

**apple rust.** *Plant Pathol.* **a** A destructive fungous disease esp. of the apple, but also attacking pears and quinces, caused by a rust (*Gymnosporangium juniperi-virginianae*) having its pycnial and aecial stages on the leaves and fruit of the apple and the telial stage on species of *Juniperus,* esp. the common red cedar (*J. virginiana*); also, any similar disease caused by a fungus of the same genus. **b** The fungus causing the disease; — called also *cedar rust.*

**ap′ple·sauce′** (ăp′'l·sôs′), *n.* **1.** A sweetened sauce made of apples.

**2.** Insincere flattery, an insincere expression of opinion, an assertion that is patently absurd, or the like, esp. when phrased in exaggerated terms; — used also as an interjection to express disgust or complete disbelief. *Slang, U. S.*

**apple scab.** *Plant Pathol.* A widespread, destructive disease, caused by the fungus *Venturia inaequalis* (syn. *Fusicladium dendriticum*), producing dark or sooty blotches on the leaves and scablike lesions on the fruit.

**apple scald.** A brown discoloration of apples in storage. See 3d SCALD, 4 **c.**

**apple scale.** Any scale insect infesting the apple tree, esp. the oyster-shell scale.

**ap′ple–scent′ed gum.** = APPLE GUM. *Australia.*

**ap′ple–seed′ chal′cid.** A chalcid fly (*Syntomaspis drupa-rum*) whose larva feeds on the seed of the apple.

**apple shell.** Any fresh-water gastropod mollusk of the genus *Ampullaria* or allied genera.

**apple slump.** A kind of apple dumpling.

**apple snail.** The apple shell.

**ap′ple–squire′** (ăp′'l-skwīr′), *n.* A pimp; a kept gallant. *Obs.* *Beau. & Fl.*

**apple sucker.** = APPLE PSYLLA.

**apple toddy.** A toddy containing the pulp of cooked apples.

**Ap′ple·ton lay′er** (ăp′'l·tŭn lā′ẽr). [After E. V. *Appleton* (b. 1892), Eng. physicist.] *Radio.* A stratum of ionized air in the upper atmosphere which facilitates the long-distance transmission of radio waves. It is about 150 miles above the earth's surface and is one portion of the Heaviside layer.

**apple tree. a** A tree which bears apples; any tree of the genus *Malus.* **b** The apple gum. *Australia.* **c** An Australian tree (*Angophora subvelutina*), yielding kino.

**ap′ple–tree′ a′phis.** Any of several plant lice attacking the apple tree, esp. the woolly apple aphid (*Eriosoma lanigerum*) infesting the roots and bark, and *Aphis pomi* and *A. sorbi* infesting the leaves.

**apple–tree borer.** Either of two beetles (*Saperda candida* and *Chrysobothris femorata*) whose larvae bore into the trunks of apple trees or other fruit trees.

**apple–tree canker.** = APPLE CANKER.

**ap′ple–twig′ bee′tle.** A small bark beetle (*Hypothenemus hispidulus*) whose larva feeds on apple twigs.

**apple–twig borer.** A small brown cylindrical beetle (*Amphicerus bicaudatus*) which bores into the twigs of fruit trees.

*a* Apple-tree Borer (*Saperda candida*). *b* Larva. Nat. size.

**apple weevil.** The apple curculio.

**ap′ple·wife′** (ăp′'l·wīf′), **ap′ple-wom′an** (-wŏŏm′ăn), *n.* A woman who sells apples. *Scott.*

**apple wine.** Cider.

**apple worm.** Any insect larva that burrows in the interior of apples, esp. that of the codling moth.

**ap·pli′a·ble** (ă·plī′ȧ·b'l), *adj.* [From APPLY.] **a** *Obs.* Compliant. **b** Applicable. — **ap·pli′a·ble·ness,** *n.* — **ap·pli′a·bly,** *adv.*

**ap·pli′ance** (-ăns), *n.* **1.** Compliance; obedient service. *Obs.* *Shak.*

**2.** Act of applying or using; application.

**3.** A thing applied or used as a means to an end; a piece of apparatus; device; as, to use a mechanical *appliance.*

**Syn.** — Application; instrument. See DEVICE.

**ap·pli′ant** (-ănt), *adj.* [OF. *apliant,* pres. part.] *Obs.* **a** Favorably inclined; pliant. **b** Applicable.

**ap′pli·ca·ble** (ăp′lĭ·kȧ·b'l), *adj.* [L. *applicare.* See APPLY.] **1.** Pliable; compliant. *Obs.*

**2.** Capable of being applied; fit, suitable, or right to be applied; having relevance; as, this observation is *applicable* to the case under consideration. — **ap′pli·ca·bil′i·ty** (ăp′lĭ·kȧ·bĭl′ĭ·tĭ), **ap′pli·ca·ble·ness,** *n.* — **ap′pli·ca·bly,** *adv.*

**applicable surfaces.** *Math.* Two surfaces that may be deformed, one into the other, without stretching or tearing.

**ap′pli·can·cy** (ăp′lĭ·kăn·sĭ), *n.* Quality of being applicable.

**ap′pli·cant** (-kănt), *adj.* [L. *applicans, -antis,* pres. part. of *applicare.* See APPLY.] Applying.

**ap′pli·cant,** *n.* One who applies for something; one who makes request; a petitioner.

**ap′pli·cate** (-kāt), *adj.* [L. *applicatus,* past part. of *applicare.* See APPLY.] **1.** *Obs.* **a** Suited. **b** Inclined. **2.** Put to use; applied; concrete; as, *applicate* sciences.

**ap′pli·cate** (-kāt), *v. i.* To apply. *Obs.*

**applicate number.** *Math.* A number that is applied to some concrete case.

**ap′pli·ca′tion** (ăp′lĭ·kā′shŭn), *n.* [F., fr. L. *applicatio.* See APPLY.] **1.** Act of applying; specif.: **a** Literally, act of laying on or of bringing into contact; as, the *application* of a poultice. "By *application* of his tongue or paw." *Browning.* **b** Employment as a means; specific use.

If a right course be taken with children, there will not be much need of the *application* of the common rewards and punishments. *Locke.*

**c** The bringing to bear (of one thing, esp. a principle or general statement, upon another) by way of elucidation; as, the *application* of a theory to a case. **d** Act of allotting or appropriating. **e** Act of fixing one's mind closely or attentively; assiduous attention; as, his *application* was not equal to his talents. **f** Act of requesting or petitioning.

**2.** A thing used in applying. Specif.: **a** A thing applied to the body locally as a remedial device, as a tourniquet, salve, or poultice. **b** That part of a discourse in which principles stated before are applied to practical uses; the moral of a fable. **c** An appeal, petition, or request; as, an *application* for a position.

**3.** Capacity of being practically applied or used; also, relevancy; as, words of varied *application.*

**4.** *Obs.* **a** Obsequiousness. *Bacon.* **b** The object of one's effort or assiduous attention.

**5.** *Astrol.* Approach, as of one planet to another.

**6.** *Ins.* The proposal submitted to an underwriter by an applicant for insurance. It includes the applicant's answers to questions relating to the risk involved, and, usually, a promise on his part to fulfill certain conditions. It is usually held to be a part of the insurance contract.

**7.** *Logic.* The denotation, or extension, of a term; also, the valid instances of a proposition.

**Syn.** — See EFFORT.

**application lace.** = APPLIQUÉ LACE.

**application of payments.** *Law.* The allotment or appropriation of a payment to one or more of several claims.

**ap′pli·ca′tive** (ăp′lĭ·kā′tĭv; -kȧ·tĭv), *adj.* [See APPLY.] Tending or suited to application; applicatory; practical. — **ap′pli·ca′tive·ly,** *adv.*

**ap′pli·ca′tive,** *n.* *Logic.* **a** An adjective of quantity, such as "every" or "some," which is applied to a substantive. **b** In symbolic logic, the symbol indicating the scope of a propositional function, as ($x$) in ($x$).$\phi x$, indicating that $\phi x$ is to be taken as true of every $x$.

**ap′pli·ca′tor** (-kā′tẽr), *n.* An applier; specif., any device for applying medicine to the nose, throat, or other cavity, as a slender rod, as of wood or glass, used with a pledget of cotton on the end.

**ap′pli·ca·to′ry** (-kȧ·tō′rĭ *or, esp. Brit.,* -tẽr·ĭ), *adj.* Having the property of applying; serving for application. — **ap′pli·ca·to′ri·ly,** *adv.*

**ap′pli·ca·to′ry,** *n.* That which applies.

**ap·plied′** (ă·plīd′), *adj.* Placed in contact; employed for a particular purpose; specif., of various sciences: put to use; pursued for some end outside of its own domain, whether in a distinctly utilitarian way, or as an aid to some other science; as, *applied* mechanics, chemistry, mathematics, psychology (for many such terms, see the second element); — distinguished from *pure.* Also sometimes (from the close interdependence of practice and theory), concerned with concrete problems or data rather than with fundamental principles; as, *applied* sociology; *applied* ethics; *applied* Christianity; — distinguished from *abstract* or *theoretical.* — **ap·pli′ed·ly** (ă·plī′ĕd·lĭ; -ĭd·lĭ; 119), *adv.*

But lighter satire, with other "*applied*" poetry, has shown variety and excellence. *Saintsbury.*

**applied ornament.** Appliquéd ornament; appliqué.

**applied political economy.** See ECONOMICS, 1.

**ap·pli′er** (ă·plī′ẽr), *n.* One who or that which applies.

**ap′pli·qué′** (ăp′lĭ·kā′), *adj.* [F., fr. *appliquer* to put on.] Applied or laid on, as figures cut from one fabric and sewed or pasted on another, lacquer designs added to metalware, etc.; also, done or made in this way; as, *appliqué* work. — *n.* Ornament or ornaments so applied or for so applying.

**ap′pli·qué′,** *v. t.;* AP′PLI·QUÉD′ (-kād′); AP′PLI·QUÉ′ING. [F. *appliquer.*] To apply appliqué to; to apply as appliqué.

**appliqué lace.** Lace in which the patterns are made separately and applied, or fastened, to a net ground.

**ap·plo′sion** (ă·plō′zhŭn), *n.* [See AD-; IMPLOSION.] *Phonet.* The sudden damming up of the breath by speech organs above the larynx at the beginning of stops ($p$, $t$, $b$, $d$, $k$, $g$), as distinguished from *explosion,* the release at the end, and from *biplosion,* both together. — **ap·plo′sive** (-sĭv), *adj.*

**ap·plot′** (ă·plŏt′), *v. t.;* AP·PLOT′TED (-plŏt′ĕd; -ĭd); AP·PLOT′TING (-ĭng). [*ad-* + *plot.*] To divide into plots or parts; to apportion. *Milton.* — **ap·plot′ment** (-mĕnt), *n.*

**ap·ply′** (ă·plī′), *v.;* AP·PLIED′ (-plīd′); AP·PLY′ING. [ME. *aplien,* fr. OF. *aplier,* fr. L. *applicare* to join, fix, or attach to, fr. *ad* to + *plicare* to fold, to twist together. See PLY to bend; cf. PLY to apply.] *Transitive:* **1.** To place in contact; to put or adjust (one thing *to* another); — with *to;* as, to *apply* medicaments to a diseased part of the body.

He said, and to the sword his throat *applied.* *Dryden.*

**2.** To put to use; to use or employ for a particular purpose, or in a particular case; to appropriate; allot; devote; as, to *apply* money to the payment of a debt.

**3.** To make use of, connect with, or pronounce, as suitable, fitting, or relative; to bring to bear on; as, to *apply* the testimony to the case; to *apply* an epithet to a person.

**4.** To engage or employ diligently or with close attention; as, to *apply* oneself to a task.

**5.** *Now Rare.* **a** To direct or address, as a request or petition; — formerly often reflexively.

I *applied* myself to him for help. *Johnson.*

**b** To appeal to. "*Applying* the Curia Regis to stay all other proceedings." *Dict. of Pol. Econ.*

**6.** *Obs.* **a** To adapt or conform; comply; — with *to.* **b** To busy; to keep at work; to ply. "She was skillful in *applying* his humors." *Sir P. Sidney.* **c** To compare; liken. **d** To betake or direct; go to; visit. *Chapman.*

**7.** *Astrol.* To place (one planet) in conjunctional aspect with (another) in a horoscope; as, to *apply* Mars to Saturn in Scorpio.

---

**ap·plo′sion** (ă·plō′zhŭn), *n.* [F.] *Obs.* | **ap·plau′siv.** Applausive. *R. S.* **ap′ple·plex′ie,** *n.* Corrupt. of APOPLEXY. | **ap·plese′,** *v. t.* To please. *Obs.* | **Ap′ple·seed′, John′ny.** = JOHNNY APPLESEED. | **apple-tree tent caterpillar.** See TENT CATERPILLAR. | **ap′pli·ca·bl.** Applicable. *R. S.* **ap′pli·ca′tiv.** Applicative. *R. S.*

ūse, ūnite, ûrn, ŭp, circŭs, menü; chair; go; sing; then, thin; natūre, verdūre (249); K = ch in G. ich, ach (109); bon; yet; zh = z in azure.

B C D E F G H I J K L M