UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR JUDGMENT AS A MATTER OF LAW, NEW TRIAL AND/OR REMITTITUR PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59** |

Before the Court is Defendants Samsung Electronics Co., Ltd.'s, Samsung Electronics America, Inc.'s, and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 ("Samsung's Motion").

Having considered the record in this case, the jury's verdict, the papers submitted and arguments made by all parties, and good cause having been shown, the Court GRANTS Samsung's Motion.   IT IS HEREBY ORDERED as follows:

Judgment as a matter of law is GRANTED in favor of Samsung, and against Apple, setting aside $113,777,344 of the jury's award, representing lost profits damages;

Judgment as a matter of law is GRANTED in favor of Samsung, and against Apple, setting aside $34,625,194 of the jury's award, representing reasonable royalty damages;

Judgment as a matter of law is GRANTED in favor of Samsung, and against Apple, setting aside $142,054,256 of the jury's award, representing Samsung's profits; and

The Court hereby enters judgment for Apple, and against Samsung, in the amount of $52,763,411, which represents Samsung's total profits on the seven devices found to infringe the design patents, plus a reasonable royalty on the remaining sales of devices found to infringe Apple's design and utility patents, and is the only amount of damages supported by the evidence.

**IT IS SO ORDERED.**

DATED:  _____

_____
HONORABLE LUCY H. KOH
United States District Court Judge