QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S CORRECTED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal portions of Samsung's
4  Corrected Notice of Motion and Motion for Judgment as a Matter of Law, New Trial and/or
5  Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 (the "Correct Motion").
6  Samsung does not maintain a claim of confidentiality over any portion of the Corrected
7  Motion.   However, it includes information Apple has designated confidential.
8  Samsung expects that Apple will file a declaration required by Civil Local Rule 79-5(e)
9  establishing compelling reasons to permit filing under seal.

10
11  DATED: December 14, 2013          Respectfully submitted,
12
                                     QUINN EMANUEL URQUHART &
13                                   SULLIVAN, LLP

14                                     By */s/ Victoria F. Maroulis*
                                         Charles K. Verhoeven
15                                       Kathleen M. Sullivan
                                         Kevin P.B. Johnson
16                                       Victoria F. Maroulis
                                         William C. Price
17                                       Michael T. Zeller
18
                                     Attorneys for SAMSUNG ELECTRONICS CO.,
19                                   LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC. and SAMSUNG
20                                   TELECOMMUNICATIONS AMERICA, LLC