| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (SBN 244180) |
| San Francisco, California 94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **NOTICE OF ERRATA REGARDING APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: January 30, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1    PLEASE TAKE NOTICE that Apple serves this Notice of Errata Regarding Apple Inc.'s
2  Post-Trial Motion for JMOL, Supplemental Damages, and Prejudgment Interest.
3    On page 2, footnote 2 should be replaced with:  "The damages awarded for the six
4  products for which Apple sought only Apple's lost profits and a reasonable royalty were identical
5  to the damages calculated by Ms. Davis.  (*Compare* PX25F.4, *with* Dkt. 2822.)  However, the
6  damages awarded for the seven products for which Apple sought Samsung's profits were in every
7  instance *less than* the damages calculated by Ms. Davis.  (*Compare* PX25F.4, *with* Dkt. 2822.)
8  For those seven products, the jury did not award the full amount of Samsung's profits."
9    A corrected page from Apple's Post-Trial Motion reflecting this change is attached as
10  Exhibit 1.
11
12
13  Dated: December 16, 2013              WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
14
15                                        By:  */s/ William F. Lee*
                                               WILLIAM F. LEE
16
17                                             Attorneys for Plaintiff
                                               APPLE INC.
18

NOTICE OF ERRATA RE: APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND
PREJUDGMENT INTEREST                                                                         1
Case No. 11-cv-01846-LHK (PSG)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 16, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ William F. Lee*
William F. Lee

NOTICE OF ERRATA RE: APPLE INC.'S POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST
Case No. 11-cv-01846-LHK (PSG)

2