QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I am employed in the County of Los Angeles, State of California. I am over the age of
2 eighteen years and not a party to the within action; my business address is 865 S. Figueroa St.,
3 10th Fl., Los Angeles, California, 90017.
4  On December 14, 2013, I served true and correct copies of the document described as
5  1. Unredacted Version of Samsung's Corrected Notice of Motion and Motion for
6  Judgment as a Matter of Law, New Trial And/Or Remittitur Pursuant to Federal
7  Rules of Civil Procedure 50 and 59
8 by emailing the aforementioned document to the list serves identified below.

**Counsel for Apple Inc.**

**Wilmer Cutler Pickering Hale and Dorr, LLP**
WHAppleSamsungDamagesRetrial@wilmerhale.com

**Morrison & Foerster, LLP**
AvSSDamagesTrial@mofo.com

Executed on December 16, 2013 at Los Angeles, California.

   /s/ Prashanth Chennakesavan
       Prashanth Chennakesavan

02198.51855/5673326.1

-2-   Case No. 11-cv-01846-LHK (PSG)
**CERTIFICATE OF SERVICE**

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Prashanth Chennakesavan.

                                        */s/ Victoria F. Maroulis*

                                            Victoria F. Maroulis