1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21             Plaintiff, | **DECLARATION OF ROBERT J. BECHER** |
| 22        vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26            Defendants. | |

27

28

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal, Dkt. 2873 ("Apple's Motion to Seal"), and also in regards to Nokia Corporation's Administrative Motion to File Under Seal Its Supplemental Brief In Support of Sanctions Against Samsung and Quinn Emanuel, Dkt. 2872 ("Nokia's Motion to Seal").

3. Apple and Nokia have moved to file certain documents under seal, including on the grounds that Samsung may consider certain information contained in those documents to be confidential or sensitive.

4. Other than as set forth below, Samsung does not maintain a claim of confidentiality over the information identified in Apple's Motion to Seal. Samsung does not maintain a claim of confidentiality over any of the information identified in Nokia's Motion to Seal.

5. Samsung maintains a claim of confidentiality over the information identified in Apple's Motion to Seal that appears at the following page/line locations of Apple Inc.'s Post-Hearing Brief In Support of Sanctions Against Samsung and Quinn Emanuel:   4:15-17 and 4:24-5:6.

6. This information reveals actual and proposed terms for Samsung's licensing proposals and details about Samsung's licensing negotiations with Apple. Samsung considers details about its licensing negotiations highly confidential because this information has not been disclosed either publicly or to any third party except under strict confidentiality agreements. As the Court has previously found, details about licensing negotiations are sealable. *See* Dkt. No. 2538 at 4.

7. For the foregoing reasons, Samsung requests that Apple's Motion to Seal be granted in part.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.   Executed in Los Angeles, California on December 17, 2013.

                                          */s/ Robert J. Becher*
                                          Robert J. Becher

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:   December 17, 2013              By:   */s/ Victoria F. Maroulis*
                                              Victoria F. Maroulis