1  QUINN EMANUEL URQUHART &
2  SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
3  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18
                    UNITED STATES DISTRICT COURT
19
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
20

21 APPLE INC., a California corporation,      CASE NO. 11-CV-01846-LHK (PSG)

22                Plaintiff,

23         vs.                                **CERTIFICATE OF SERVICE**

24 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
25 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
26 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,

27              Defendants.

28

02198.51855/5673631.1                          Case No. 11-cv-01846-LHK (PSG)
                                               **CERTIFICATE OF SERVICE**

1  I am employed in the City and County of San Francisco, State of California. I am over the
2  age of eighteen years and not a party to the within action; my business address is 50 California St.,
3  22nd Fl., San Francisco, California, 94111.
4  On December 14, 2013, I served true and correct copies of the document described as

5  1.  Unredacted Version of Samsung's Notice of Motion and Motion for Judgment as a
6      Matter of Law, New Trial And/Or Remittitur Pursuant to Federal Rules of Civil
7      Procedure 50 and 59

8  by emailing the aforementioned document to the list serves identified below.

### Counsel for Apple Inc.

**Wilmer Cutler Pickering Hale and Dorr, LLP**
WHAppleSamsungDamagesRetrial@wilmerhale.com

**Morrison & Foerster, LLP**
AvSSDamagesTrial@mofo.com

Executed on December 16, 2013 at San Francisco, California.

 */s/     Joseph B. Martin*
Joseph B. Martin

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Joseph B. Martin.

*/s/ Victoria F. Maroulis*

Victoria F. Maroulis
