| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 11-cv-01846-LHK (PSG) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

1  I, Peter J. Kolovos, hereby declare as follows:

2  1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

3  2. Samsung filed Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 2881) in connection with Samsung's Notice of Motion and Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 ("Samsung's Motion") (Dkt. No. 2881-2). Samsung also filed a public version of Samsung's Motion (Dkt. No. 2877).

4  3. Samsung filed Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 2884) in connection with Samsung's Corrected Notice of Motion and Motion for Judgment as a Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and 59 ("Samsung's Corrected Motion") (Dkt. No. 2884-2). Samsung also filed a public version of Samsung's Corrected Motion (Dkt. No. 2882).

5  4. The following portions of Samsung's Motion and Samsung's Corrected Motion disclose product line-specific financial information regarding the average selling price of certain Apple products:

| Document | Portion to be Sealed |
|---|---|
| Samsung's Motion | Page 22:20.[1] |
| Samsung's Corrected Motion | Page 22:20.[2] |

---

[1] The public version of Samsung's Motion and the confidential, unredacted version of Samsung's Motion provided by Samsung are inconsistent. Page 22 line 20 of the confidential, unredacted version of Samsung's Motion appears to correspond to page 22 line 19 of the public version of Samsung's Motion.

[2] The public version of Samsung's Corrected Motion and the confidential, unredacted version of Samsung's Corrected Motion provided by Samsung are inconsistent. Page 22 line 20 of the confidential, unredacted version of Samsung's Corrected Motion appears to correspond to page 22 line 19 of the public version of Samsung's Corrected Motion.

This information is proprietary to Apple, and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1495-2 at ¶ 7) (discussing the sensitivity and value of financial information specific to particular versions of particular products). The Federal Circuit ruled that Apple's interest in keeping secret its detailed, product-specific financial information from these documents outweighs the public's interest in the public disclosure of this information. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214, 1225-26 (Fed. Cir. Aug. 23, 2013) (approving sealing of detailed product-specific financial information). The Court has previously granted Apple's request to seal similar information reflecting average revenue per unit. Trial Tr. vol. 4, 1003-04, Nov. 15, 2013; Trial Tr. vol. 5, 1140, Nov. 18, 2013 (sealing DX952); *see also* Dkt. No. 2789-1 at 4 (Joint Exhibit List reflecting that Trial Exhibit No. DX952.010 was sealed).

5. The following portions of Samsung's Motion and Samsung's Corrected Motion contain, discuss, or otherwise implicate Apple's product sales capacity:

| Document | Portion to be Sealed |
|---|---|
| Samsung's Motion | Page 23:12-13 |
| Samsung's Corrected Motion | Page 23:12-13 |

The Court has previously granted Apple's request to seal similar information reflecting capacity data. Dkt. No. 1649 at 7 (sealing Exhibits PX25D and PX25E); Trial Tr. vol. 3, 643-644, Nov. 14, 2013 (sealing Exhibit 25F.14-15).

6. Aside from the information discussed above, Apple does not maintain a claim of confidentiality over the information disclosed on pages 20, 22, and 31 of Samsung's Motion and Samsung's Corrected Motion.

7. The relief requested by Apple is necessary and narrowly tailored to protect its confidential business information.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of December, 2013.

                                */s/* Peter J. Kolovos  
                                  Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 17, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                /s/ Mark D. Selwyn
                                                Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

                                                /s/ Mark D. Selwyn
                                                Mark D. Selwyn