1 [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

| 12 | APPLE INC., | Case No. 11-cv-01846-LHK (PSG) |
| 13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION FOR FEES AND BILL OF COSTS** |
| 14 | v. | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18 | Defendant. | |

STIPULATION RE SCHEDULE FOR MOTION FOR FEES AND BILL OF COSTS
11-cv-01846-LKH (PSG)

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation regarding extending certain deadlines in this case.

WHEREAS, on December 5, 2013, Apple filed a Motion for Fees (Dkt. 2851) and a Bill of Costs (Dkt. 2852);

WHEREAS, on December 11, 2013, the Court set the hearing date for Apple's Motion for Fees for May 1, 2014;

WHEREAS, Samsung's pre-assessment objections to Apple's Bill of Costs are currently due by December 23, 2013, and the parties are required to meet and confer before Samsung files its objections;

WHEREAS, Samsung's opposition to Apple's Motion for Fees is currently due December 19, 2013, and Apple's reply brief is due December 26, 2013;

WHEREAS, the parties would benefit from additional time to prepare their submissions;

WHEREAS, there have been no prior extensions of these deadlines;

WHEREAS, this extension will not affect any other deadlines in this case;

WHEREAS, in light of the hearing date the parties have agreed to a revised schedule for briefing on and objections to Apple's Motion and Bill of Costs;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1. Samsung's pre-assessment objections to Apple's Bill of Costs pursuant to Local Rule 54-2 shall be filed on or before January 23, 2014;

2. Samsung's opposition to Apple's Motion for Fees shall be filed on or before February 13, 2014.

3. Apple's reply to Samsung's opposition to Apple's Motion for Fees shall be filed on or before March 6, 2014.

4. Motions to review the clerk's action with respect to costs shall be due 14 days after the clerk taxes costs, opposition briefs due 14 days after that, and replies due 7 days after that.

**IT IS SO STIPULATED.**

Dated: December 13, 2013

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:   */s/ Rachel Krevans*<br>           Rachel Krevans<br><br>   Attorneys for Plaintiff and Counterclaim-<br>   Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>By:   */s/ Victoria Maroulis*<br>           Victoria F. Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

STIPULATION RE SCHEDULE FOR MOTION FOR FEES AND BILL OF COSTS
11-cv-01846-LKH (PSG)

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/19/2013

_____
The Honorable Lucy H. Koh
United States District Judge

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated: December 13, 2013              /s/ Victoria Maroulis