**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Before the Court is the renewed Motion for a Permanent Injunction brought by Plaintiff Apple Inc. ("Apple") against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, Inc. (collectively, "Samsung").

WHEREAS the following Samsung products have been found to infringe one or more of Apple's '381, '915, and '163 utility patents:  Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T), Galaxy S II (i9100), Galaxy Tab, Galaxy Tab 10.1 (Wi-fi), Gem, Indulge, Infuse, Mesmerize, Nexus S 4G, Replenish, Vibrant, Galaxy S II (T-Mobile), and Transform (collectively, the "Infringing Products");

WHEREAS, based on the submissions in connection with this motion and the record in this action, the Court finds and concludes that Apple has shown that it suffers irreparable harm from Samsung's infringement and that the balance of equities and public interest favors entry of a permanent injunction;

NOW THEREFORE, having considered the entire record in this action, the verdict of the jury and the papers submitted by the parties, and good cause having been shown,

IT IS ORDERED that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, Inc., any of their officers, directors, agents, servants, employees, attorneys, subsidiaries, and those persons acting in concert or participation with any of them who receive actual notice hereof, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d) from infringing, contributing to the infringement, or inducing the infringement of any of Apple's U.S. Patent No. 7,469,381, U.S. Patent No. 7,844,915, and U.S. Patent No. 7,864,163, including by making, using, offering to sell, selling within the United States, or importing into the United States any of the Infringing Products or any other product not more than colorably different from an Infringing Product as to a feature found to infringe.

**IT IS SO ORDERED.**

1 Dated:

HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER GRANTING APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION
Case No. 11-cv-01846-LHK (PSG)

2