1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
     Michael T. Zeller (Bar No. 196417)
10   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13
   Attorneys for SAMSUNG ELECTRONICS
14 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16                       UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG)
19 |          Plaintiff,                   | **STATEMENT OF RECENT
20 |      vs.                              | DEVELOPMENT REGARDING
                                            | REEXAMINATION OF U.S. PATENT NO.
21 | SAMSUNG ELECTRONICS CO., LTD., a      | 7,844,915**
22 | Korean business entity; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
23 | York corporation; SAMSUNG
     TELECOMMUNICATIONS
24 | AMERICA, LLC, a Delaware limited liability
     company,
25
   |          Defendant.

26
27
28

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") bring to the Court's attention Apple's Notice of Appeal in the *ex parte* reexamination of U.S. Patent No. 7,844,915 (the "'915 Patent"), dated December 26, 2013, a copy of which is attached hereto as Exhibit A.

Apple's Notice of Appeal is relevant to, among other issues, Apple's renewed motion for a permanent injunction. Dkt. 2897. Apple's Notice also confirms that Apple mischaracterized the state of the reexamination proceedings in opposing Samsung's Motion for Stay Pending Reexamination. Samsung explained that, because the examiner had issued an Advisory Action, Apple's sole recourse was to file such a Notice of Appeal by December 26. In opposition, Apple alleged at length that "Samsung misstates the status of the reexamination," and that "[b]etween now and December 26, 2013, Apple can take any action a patent-owner may properly take in response to a final Office Action." Dkt. 2816 at 1. But Apple did not take any of the actions Apple described other than filing a Notice of Appeal, because it could not have meaningfully taken such actions, precisely as Samsung stated.

Apple's Appeal Brief is due on February 26, 2014, two months from the date it filed its Notice of Appeal. MPEP 1205.

DATED:  December 30, 2013        QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP


                                 By */s/ Victoria F. Maroulis*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    Michael T. Zeller

                                    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC