# EXHIBIT A

PTO/SB/31 (09-12)
Approved for use through 01/31/2013.  OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| NOTICE OF APPEAL FROM THE EXAMINER TO THE PATENT TRIAL AND APPEAL BOARD | Docket Number (Optional) 106842803600 |
|---|---|

In re Application of
**Andrew PLATZER et al.**

| Application Number | Filed |
|---|---|
| 90/012,332 | May 30, 2012 |

For   APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS

| Art Unit | Examiner |
|---|---|
| 3992 | M. J. Yigdall |

Applicant hereby **appeals** to the Patent Trial and Appeal Board from the last decision of the examiner.

The fee for this Notice of Appeal is (37 CFR 41.20(b)(1))    $    800.00

☐ Applicant claims small entity status.  See 37 CFR 1.27.  Therefore, the fee shown above is reduced by half, and the resulting fee is:    $ _____

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card.  Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No.   03-1952   .

☐ A petition for an extension of time under 37 CFR 1.136(a) (PTO/SB/22) is enclosed.

**WARNING: INFORMATION ON THIS FORM MAY BECOME PUBLIC. CREDIT CARD INFORMATION SHOULD NOT BE INCLUDED ON THIS FORM. PROVIDE CREDIT CARD INFORMATION AND AUTHORIZATION ON PTO-2038.**

I am the

☐ applicant /inventor.

☐ assignee of record of the entire interest.
See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

☒ attorney or agent of record.
Registration number    60,199

☐ attorney or agent acting under 37 CFR 1.34.
Registration number if acting under 37 CFR 1.34. _____

/Brian B. Ho/
Signature

Brian B. Ho
Typed or printed name

(415) 268-6373
Telephone number

December 26, 2013
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☒ *Total of    1    forms are submitted.

---

I hereby certify that this paper is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4).

Dated: December 26, 2013          Electronic Signature for Lisa Yadao:   /Lisa Yadao/

1

sf-3367430