QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S MOTION PURSUANT TO CIVIL L.R. 6-3 FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO APPLE'S RENEWED MOTION FOR A PERMANENT INJUNCTION (DKT. 2897)**<br><br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8, 4th Floor |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Rule 6-3, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby move for an extension of time to respond do Apple's Renewed Motion for a Permanent Injunction.

**RELIEF REQUESTED**

Samsung requests an extension of time to respond to Apple's Renewed Motion for a Permanent Injunction until January 23, 2014.

DATED: December 31, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael T. Zeller*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
William Price
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## CIVIL LOCAL RULE 6-3 MOTION

Pursuant to Civil L.R. 6-3, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully request an order granting a two-week extension of time to file an opposition to Apple Inc.'s Renewed Motion for a Permanent Injunction (Dkt. 2897).

In a December 20, 2013 email to the Court, Apple requested permission to notice its Renewed Motion for a Permanent Injunction for a hearing on January 30, 2014. In an email to the Court sent the same day, Samsung replied that it was not in a position to determine whether a January 30 hearing would be feasible until it received Apple's motion. Apple filed its Renewed Motion for a Permanent Injunction on December 26, 2013, the day after Christmas, seeking to enjoin the sale of twenty-three different products as well as those "no more than colorably different." (Dkt. 2897-1.) Although the Court has not responded to Apple's December 20, 2013 email, Apple nevertheless noticed its motion for January 30, 2014.

Contemporaneous with this Motion, Samsung has moved for leave to take discovery relevant to the factual disputes identified in the Federal Circuit's opinion. That motion for leave to take discovery also seeks an extension of time for Samsung's opposition until two weeks after Apple provides the requested discovery. In the interim, there is good cause for a two-week extension of Samsung's time to respond to Apple's Motion for a Permanent Injunction so that the parties may brief and the Court consider Samsung's request for discovery. Samsung's opposition is currently due on January 9, 2013. A substantial portion of the period for Samsung to prepare its response falls between the Christmas and New Year's Day holidays. During this time, a large number of witnesses with knowledge and attorneys tasked with preparing Samsung's response are on vacation with their families. Apple, for example, stated that it could not consider a proposed stipulation to shorten the briefing schedule on Samsung's motion for leave to take discovery because of New Year's Eve and the travel plans of its attorneys. Yet Apple has refused to accommodate this reasonable extension request justified in part by the same holiday. (Smith Dec. ¶ 8.) Further, if this request for an interim extension is not granted, the deadline for Samsung's opposition to Apple's Motion for a Permanent Injunction may become due before the Court has

1  had the opportunity to consider Samsung's request for discovery.  Samsung therefore requests that
2  the Court grant a two-week extension of time to respond to Apple's motion.
3      This is Samsung's first request to extend the deadline for its response to Apple's Motion
4  for a Permanent Injunction.  If granted, this extension will require hearing Apple's motion on a
5  date after January 30, 2014.  However, the Court has not yet responded to Apple's December 20,
6  2013 email inquiring whether January 30, 2014 was an acceptable date for a hearing on that
7  motion.  The request will effect no other currently scheduled date.
8      On the evening of December 30, 2013 Samsung emailed Apple to inquire whether it would
9  stipulate to this extension of time.  Apple responded that it would not agree.
10     For all these reasons and as stated in the accompanying Declaration of Kevin Smith, there
11 is good cause to grant Samsung's request for a two-week extension of time.  A proposed order is
12 submitted herewith.

DATED: December 31, 2013          QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By  /s/ Michael T. Zeller
                                      Charles K. Verhoeven
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis
                                      Michael T. Zeller
                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC. and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC