1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rule 6-3 for an order extending the deadline for their opposition to Apple's Renewed Motion for a Permanent Injunction.

Having considered the arguments of the parties in the papers submitted, and finding good cause therefore, the Court hereby GRANTS Samsung's Motion to Extend Time. Samsung's Opposition to Apple's Renewed Motion for a Permanent Injunction shall be filed on or before January 23, 2014.

**IT IS SO ORDERED**

DATED:

By_____
Hon. Lucy Koh
United States District Judge