UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO TAKE DISCOVERY** |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have moved for leave to take
3  discovery relevant to Apple's Renewed Motion for a Permanent Injunction.
4   Having considered the arguments of the parties in the papers submitted, and finding good
5  cause therefore, the Court hereby GRANTS Samsung's Motion For Leave to Take Discovery.
6  Apple shall provide a deponent to testify on the Topics identified in Samsung's Rule 30(b)(6)
7  notice.  Samsung's Opposition to Apple's Renewed Motion for a Permanent Injunction shall be
8  filed no later than fourteen days after the completion of the Rule 30(b)(6) deposition.

10   **IT IS SO ORDERED**

12  DATED:

15   By_____
      Hon. Lucy H. Koh
      United States District Judge