QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal portions of Samsung's Motion for Leave to Take Discovery (the "Motion").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file to file under seal the documents listed below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
| --- | --- | --- |
| Motion for Leave to Take Discovery | Samsung and Apple | See highlighted version filed concurrently with this Administrative Motion. |
| Declaration of Kevin Smith in Support | Samsung and Apple | See highlighted version filed concurrently with this Administrative Motion. |

The Motion and Declaration of Kevin Smith in Support include highly confidential descriptions of licensing negotiations undertaken between Samsung and Apple, the disclosure of which could cause competitive harm to both Samsung and Apple.

Samsung expects that Apple will additionally file a declaration required by Civil Local Rule 79-5(e) establishing compelling reasons to permit filing under seal.

| | | |
|---|---|---|
| 1 | DATED: December 31, 2013 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | By */s/ Michael T. Zeller* |
| 5 | | Charles K. Verhoeven<br>Kathleen M. Sullivan |
| 6 | | Kevin P.B. Johnson<br>Victoria F. Maroulis |
| 7 | | William C. Price<br>Michael T. Zeller |
| 8 | | |
| 9 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 10 | | TELECOMMUNICATIONS AMERICA, LLC |

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael T. Zeller has concurred in this filing.

Dated:   December 31, 2013        By:   */s/ Victoria F. Maroulis*
                                              Victoria F. Maroulis