# EXHIBIT 1

# Bill Trac

| | |
|---|---|
| **From:** | Sabri, Nathan B. [NSabri@mofo.com] |
| **Sent:** | Tuesday, December 31, 2013 6:21 PM |
| **To:** | Kevin Smith |
| **Cc:** | McElhinny, Harold J.; Krevans, Rachel; 'william.lee@wilmerhale.com'; 'lauren.fletcher@wilmerhale.com'; 'Danford, Andrew J'; Robert Becher; Michael T Zeller; Kathleen Sullivan; Victoria Maroulis; Ian Shelton; William Adams |
| **Subject:** | RE: Apple v. Samsung |

Kevin,

Given that it's New Year's Eve and people are traveling, we're not in a position to agree to a stipulation by 5pm. You can state a motion to shorten time is unopposed and tell the Court what I said in my prior email.

**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6641 | C: 415.439.9153
NSabri@mofo.com | www.mofo.com

---

**From:** Kevin Smith [mailto:kevinsmith@quinnemanuel.com]
**Sent:** Tuesday, December 31, 2013 2:32 PM
**To:** Sabri, Nathan B.
**Cc:** McElhinny, Harold J.; Krevans, Rachel; 'william.lee@wilmerhale.com'; 'lauren.fletcher@wilmerhale.com'; 'Danford, Andrew J'; Robert Becher; Michael T Zeller; Kathleen Sullivan; Victoria Maroulis; Ian Shelton; William Adams
**Subject:** RE: Apple v. Samsung

Nathan,

Please substitute this version of the stipulation. This corrects a typographical error in a date that referred to 2013 instead of 2014.

**Kevin Smith**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6383 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
kevinsmith@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Kevin Smith
**Sent:** Tuesday, December 31, 2013 2:22 PM
**To:** 'Sabri, Nathan B.'
**Cc:** 'McElhinny, Harold J.'; 'Krevans, Rachel'; 'william.lee@wilmerhale.com'; 'lauren.fletcher@wilmerhale.com'; 'Danford, Andrew J'; Robert Becher; Michael T Zeller; Kathleen Sullivan; Victoria Maroulis; Ian Shelton; William Adams
**Subject:** RE: Apple v. Samsung

Nathan,

Thank you for your prompt response.  Attached is a draft stipulation and declaration.  Please let me know if these are acceptable to Apple and, if so, whether I may sign your name.  We would like to file this by 5:00 due to the holiday.

**Kevin Smith**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6383 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
kevinsmith@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sabri, Nathan B. [mailto:NSabri@mofo.com]
**Sent:** Tuesday, December 31, 2013 8:50 AM
**To:** Kevin Smith
**Cc:** McElhinny, Harold J.; Krevans, Rachel; 'william.lee@wilmerhale.com'; 'lauren.fletcher@wilmerhale.com'; 'Danford, Andrew J'; Robert Becher; Michael T Zeller; Kathleen Sullivan; Victoria Maroulis; Ian Shelton; William Adams
**Subject:** RE: Apple v. Samsung

Kevin,

Apple does not agree to discovery or an extension of the briefing schedule on its Renewed Motion for Permanent Injunction, which is noticed for hearing on January 30, 2014.

Apple agrees to Samsung's proposed expedited briefing schedule on Samsung's motion for leave to take discovery.

**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.6641 | C: 415.439.9153
NSabri@mofo.com | www.mofo.com

**From:** Kevin Smith [mailto:kevinsmith@quinnemanuel.com]
**Sent:** Tuesday, December 31, 2013 12:20 AM
**To:** Sabri, Nathan B.
**Cc:** McElhinny, Harold J.; Krevans, Rachel; 'william.lee@wilmerhale.com'; 'lauren.fletcher@wilmerhale.com'; 'Danford, Andrew J'; Robert Becher; Michael T Zeller; Kathleen Sullivan; Victoria Maroulis; Ian Shelton; William Adams
**Subject:** Apple v. Samsung

Nathan,

I write to request that Apple agree to permit Samsung to take discovery in connection with the Renewed Motion for Permanent Injunction and allow Samsung to file its opposition two weeks after this discovery is complete. In particular, Samsung requests a 30(b)(6) deposition of an Apple witness regarding topics related to Apple's willingness to license its utility patents to Samsung from October 19, 2012 to the present.  If Apple is not

willing to agree to this discovery, please confirm by 1 p.m. that Apple will agree to an expedited briefing schedule on Samsung's motion for leave to take discovery under which Samsung will file its brief on December 31 and Apple will file any opposition by January 6, 2013.

If Apple will not agree to permit Samsung to take discovery, I request in the alternative that Apple stipulate to an extension of time for Samsung to file its opposition to Apple's Renewed Motion for a Permanent Injunction. As you know, Apple filed its motion between the Christmas and New Year's Day holidays. As a result, many of the necessary attorneys and witnesses are on vacations with their families during this period. In light of this fact and the significance of the relief Apple seeks, we request that Apple stipulate that Samsung's response is due no earlier than January 23. Please let me know by 1 p.m. if Apple will at least stipulate to this extension.

Please let me know a time when Apple is available to meet and confer today before 1 p.m. regarding these issues.

Regards,
Kevin Smith
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Direct: (415) 875-6383
Main Phone: (415) 875-6600
Main Fax:  (415) 875-6700
E-mail:  kevinsmith@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.