1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California 94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    William C. Price (Bar No. 108542)
10  williamprice@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
11  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
12  Los Angeles, California 90017
    Telephone: (213) 443-3000
13  Facsimile: (213) 443-3100

14  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16
                    UNITED STATES DISTRICT COURT
17
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S UNOPPOSED MOTION FOR AN ORDER SHORTENING TIME FOR BRIEFING ON SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF ROBERT J. BECHER** |
| | **[PROPOSED] ORDER** |
| Defendants. | |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") shall and hereby do move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to order and/or shorten the briefing schedule on Samsung's Motion for Leave to Take Discovery.

To ensure that Samsung has the opportunity to obtain a ruling regarding discovery before Samsung's response to Apple, Inc.'s Renewed Motion for a Permanent Injunction is due, Dkt. 2897, Samsung respectfully requests that Apple's response to Samsung's Motion for Leave to Take Discovery be due on January 6, 2014.

Apple does not oppose this expedited briefing schedule.   *See* Becher Declaration in Support of Motion to Shorten Time, ¶ 3.   After receiving Apple's consent to this expedited briefing schedule via email, Samsung provided Apple with a draft stipulation shortening the briefing schedule pursuant to Local Rule 6-2.   In response, Apple stated that "[g]iven that it's New Year's Eve and people are traveling," it was "not in a position to agree to a stipulation," but it would consent to informing the Court that the motion was unopposed.   *See id.*, ¶ 4.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Apple filed its Renewed Motion for Permanent Injunction on December 26, 2013, the day after Christmas.   Dkt. 2897-1.

Samsung has filed a concurrent Motion for Leave to Take Discovery related to Apple's willingness to license its utility patents to Samsung from October 19, 2012 to the present, which is relevant to Apple's Renewed Motion for Permanent Injunction.   In that motion, Samsung requests a Rule 30(b)(6) deposition on topics related to Apple's willingness to license its utility patents from the date of Samsung's opposition to Apple's original motion for permanent injunction to the present.   Samsung also requests leave to file its opposition to Apple's Renewed Motion for Permanent Injunction two weeks after this discovery is complete.

The default schedule for Samsung's Motion for Leave to Take Discovery does not provide sufficient time for Samsung to obtain a ruling on its motion before its opposition to Apple's Renewed Motion for Permanent Injunction is due.   Apple's opposition to Samsung's Motion for

1   Leave to Take Discovery normally would be due under the Rules by January 14, 2014, L.R. 7-

2   11(b), but Samsung cannot wait that long to determine whether the Motion for Leave to Take

3   Discovery will be granted given the earlier January 9, 2014 deadline for Samsung to oppose

4   Apple's Renewed Motion for Permanent Injunction.

5          Samsung will be substantially harmed or prejudiced if the present motion to shorten time is

6   not granted because it will be unable to obtain the discovery necessary to comply with the remand

7   instructions of the Federal Circuit's mandate and to prepare for the evidentiary hearing that must

8   be held as to Apple's Renewed Motion for Permanent Injunction.

9          Contemporaneous with the filing of this motion to shorten time, Samsung has filed a

10   motion seeking a two-week extension of time to file an opposition to Apple's Renewed Motion for

11   a Permanent Injunction.    Samsung seeks that two-week extension of time to respond to Apple's

12   Renewed Motion for a Permanent Injunction due to the holidays and so that, among other reasons,

13   the parties may brief and the Court consider Samsung's Motion for Leave to Take Discovery.

14          Accordingly, Samsung respectfully requests that the Court shorten the briefing schedule

15   for its Motion for Leave to Take Discovery, as follows:

16      1.   Apple's opposition to Samsung's Motion for Leave to Take Discovery will be filed on or

17          before January 6, 2014;

18      2.   Samsung will waive any reply; and

19      3.   Any hearing on Samsung's Motion for Leave to Take Discovery will be held at the Court's

20          earliest availability, to the extent the Court finds that a hearing is necessary pursuant to

21          L.R. 6-3(d).

22                                          **CONCLUSION**

23          For the foregoing reasons, Samsung respectfully requests that the Court grant the

24   unopposed motion to shorten time for briefing and hearing on Samsung's Motion for Leave to

25   Take Discovery.

26

27

28

1   DATED:    December 31, 2013          QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
2

3

4                                        By   */s/ Michael T. Zeller*
                                            Charles K. Verhoeven
5                                           Kevin P.B. Johnson
                                            Victoria F. Maroulis
6                                           William C. Price
                                            Michael T. Zeller
7
                                            Attorneys for SAMSUNG ELECTRONICS
8                                           CO., LTD., SAMSUNG ELECTRONICS
                                            AMERICA, INC., and SAMSUNG
9                                           TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28