QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT SAMSUNG'S UNOPPOSED MOTION FOR AN ORDER SHORTENING TIME FOR BRIEFING ON SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

1. I submit this declaration in support of the Samsung's Unopposed Motion for an Order Shortening Time for Briefing on Samsung's Motion for Leave to Take Discovery.

2. The proposed expedited schedule would not postpone any of the other deadlines set in this case; rather, it would merely provide an avenue for the parties to obtain an expedited ruling on Samsung's Motion for Leave to Take Discovery.

3. On December 31, 2013, Apple consented via email to the expedited briefing schedule contained in the present unopposed motion.   A true and correct copy of that email correspondence with Apple is attached as Exhibit 1.

4. After receiving Apple's consent to the expedited briefing schedule, on December 31, 2013, Samsung provided Apple with a draft stipulation to shorten time pursuant to Local Rule 6-2.   In response, Apple stated the following:   "Given that it's New Year's Eve and people are traveling, we're not in a position to agree to a stipulation by 5pm.   You can state a motion to shorten time is unopposed and tell the Court what I said in my prior email."   A true and correct copy of that email correspondence with Apple is attached as Exhibit 1.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.   Executed in Los Angeles, California on December 31, 2013.

          */s/   Robert J. Becher*

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.