1
2
3
4
5
6
7
8
9

10                        UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| | |
|---|---|
| 13  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 14             Plaintiff, | **[PROPOSED] ORDER SHORTENING TIME** |
| 15        vs. | |
| 16  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 19             Defendants. | |

21
22
23
24
25
26
27
28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an unopposed motion
3 pursuant to Civil Local Rule 6-3 for an order shortening the deadline for Apple to oppose
4 Samsung's Motion for Leave to Take Discovery.
5    Having considered the arguments of the parties in the papers submitted, and finding good
6 cause therefore, the Court hereby GRANTS Samsung's Unopposed Motion to Shorten Time.
7    1. Apple's opposition to Samsung's Motion for Leave to Take Discovery will be filed on or
8       before January 6, 2014;
9    2. Samsung will waive any reply; and
10   3. Any hearing on Samsung's Motion for Leave to Take Discovery will be held at the Court's
11      earliest availability, to the extent the Court finds that a hearing is necessary pursuant to
12      L.R. 6-3(d).

14   **IT IS SO ORDERED**

16 DATED:

By_____
Hon. Lucy Koh
United States District Judge