1  N. Thane Bauz, Bar No. 188439
   TBauz@perkinscoie.com
2  PERKINS COIE LLP
   11988 El Camino Real, Suite 350
3  San Diego, CA  92130-2594
   Telephone:  858.720.5700
4  Facsimile:  858.720.5799

5  Attorneys for Third Party Sony Mobile
   Communications USA, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 | APPLE INC., a California corporation, | Case No. 5:11-cv-01846-LHK (PSG)

13 |                Plaintiff,

14 |     v.                                | **NOTICE OF WITHDRAWAL OF COUNSEL**

15 | SAMSUNG ELECTRONICS CO., LTD. a Korean
   | corporation; SAMSUNG ELECTRONICS
16 | AMERICA, INC., a New York corporation; and
   | SAMSUNG TELECOMMUNICATIONS
17 | AMERICA, LLC, a Delaware limited liability
   | company,
18 |
   |                Defendants.
19

1    TO THE CLERK OF COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

2    Please take notice that N. Thane Bauz of Perkins Coie LLP hereby withdraws his
3    appearance as counsel of record for Third Party Sony Mobile Communications USA, Inc. and
4    requests to be removed from the service list in the above-captioned matter.

DATED: January 6, 2014                **PERKINS COIE LLP**

By: */s/ N. Thane Bauz*
    N. Thane Bauz, Bar No. 188439

Attorneys for Third Party Sony Mobile
Communications USA, Inc.

**NOTICE OF WITHDRAWAL OF COUNSEL**  -1-  Case No. 5:11-cv-01846-LHK (PSG)