HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR JMOL, NEW TRIAL, AND/OR REMITTITUR** |

1    In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an
2 order to seal portions of Apple's Opposition to Samsung's Motion for JMOL, New Trial, and/or
3 Remittitur ("Apple's JMOL Opposition").

4    Apple's JMOL Opposition contains confidential Apple capacity information that the
5 Court has consistently held may be sealed (Dkt. No. 1649 at 12-13) and product-specific profit
6 information similar to information that the Federal Circuit has held may be sealed. *Apple Inc. v.*
7 *Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013.)

8    In particular, Apple's JMOL Opposition refers to:

9    • Unit and percentage numbers that could allow an individual to calculate Apple's
10      per-smartphone and per-tablet profit numbers from publicly available information
11      (at pages 14, 21, and 24);

12   • Specific capacity numbers from PX182, which was sealed at trial (at page 24).

13   Capacity and profit information are among the most highly confidential Apple data. (Dkt.
14 No. 2392 ¶ 6.) Apple goes to extensive lengths to protect this confidential information. (*Id.*)
15 Armed with historical or recent capacity information, Apple's competitors could gain insight into
16 the patterns in the fluctuations of Apple's supply chain to predict when Apple is more likely to
17 have constrained capacity in order to increase production of competing products, or lower prices
18 of competing products when Apple is more likely to have excess capacity and be more vulnerable
19 to a price cut. (Dkt. No. 1502 ¶ 6.) Manufacturers with such data would be able to harm Apple
20 by negotiating exorbitant rates with unfairly gained knowledge. (*Id.*; *see also* Dkt. No. 2527-1 ¶
21 3 (supporting sealing supply chain and capacity information in deposition transcript of Tony
22 Blevins); Dkt. No. 1502 ¶¶ 5-6 (supporting sealing capacity information).) Profit information
23 would give competitors a substantial advantage over Apple as competitors could tailor offerings
24 and pricing to undercut Apple. (Dkt. No. 1502 ¶ 8.) Apple's suppliers could use profit data to
25 approximate Apple's cost and alter pricing on components Apple uses in its products. (*Id.*)

26   Apple respectfully requests that the Court order the above information filed under seal.

27
28

1  Dated: January 6, 2014                    MORRISON & FOERSTER LLP

3                                            By: */s/ Harold J. McElhinny*
                                                 HAROLD J. MCELHINNY

                                             Attorneys for Plaintiff
                                             APPLE INC.