| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION TO SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR JMOL, NEW TRIAL, AND/OR REMITTITUR** |

I, Nathan Sabri, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I submit this declaration in support of Apple's Motion to Seal Regarding Apple's Opposition to Samsung's Motion for JMOL, New Trial, and/or Remittitur ("Apple's JMOL Opposition").

2. Apple's JMOL Opposition refers to confidential Apple capacity information and units and percentage numbers that could allow an individual to calculate per-phone and per-tablet profit numbers from publicly available information.

3. Apple has previously filed declarations in support of sealing this type of information. (*See, e.g.*, Dkt. No. 1502 ¶¶ 5-6; Dkt. No. 2392 ¶ 6; Dkt. No. 2527-1 ¶ 3.) As stated and reiterated in those declarations, Apple goes to extensive lengths to protect its confidential financial and capacity data. (Dkt. No. 2392 ¶ 6.) Apple explained that armed with capacity information, Apple's competitors could predict when Apple is more likely to have constrained capacity in order to increase production of competing products, or lower prices of competing products when Apple is more likely to have excess capacity and be more vulnerable to a price cut. (*Id.*) Apple also explained that manufacturers with Apple's capacity data would be able to harm Apple by negotiating exorbitant rates with unfairly gained knowledge. (*Id.*) Apple explained that profit/loss information would give competitors a substantial advantage over Apple as competitors could tailor offerings and pricing to undercut Apple. (*Id.*) Apple explained that Apple's suppliers could use profit information to approximate Apple's cost and alter pricing on components Apple uses in its products. (Dkt. No. 1502 ¶ 8.)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2014 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

DECL. OF NATHAN SABRI IN SUPPORT OF APPLE'S MOT. TO SEAL OPP. TO SAMSUNG'S MOT. FOR JMOL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3370056

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: January 6, 2014                    */s/ Harold J. McElhinny*
                                          Harold J. McElhinny

DECL. OF NATHAN SABRI IN SUPPORT OF APPLE'S MOT. TO SEAL OPP. TO SAMSUNG'S MOT. FOR JMOL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3370056

2