UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR JMOL, NEW TRIAL, AND/OR REMITTITUR** |

Apple filed a motion to seal portions of its Opposition to Samsung's Motion for JMOL, New Trial, and/or Remittitur ("Apple's JMOL Opposition").

The Court finds that Apple's sealing requests are narrowly tailored and justified. Therefore, the above document may be filed partially under seal consistent with Apple's requests and proposed redacted version:

| Document | Sealable Portion |
| --- | --- |
| Apple's JMOL Opposition | Apple's Proposed Redactions at pages 14, 21, and 24. |

**IT IS SO ORDERED.**

Dated: _____     _____
                                           Hon. Lucy H. Koh
                                           United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SEAL RE APPLE'S OPP. TO SAMSUNG'S MOT. FOR JMOL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3370170

1