| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com | HALE AND DORR LLP |
| ERIK J. OLSON (CA SBN 175815) | 60 State Street |
| ejolson@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| Attorneys for Plaintiff APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 120550123v.1

1   In accordance with Civil L.R. 7-11 and 79-5, Plaintiff Apple Inc. ("Apple") hereby moves
2   for an order to seal portions of Apple Inc.'s Opposition to Samsung's Motion for Leave to Take
3   Discovery.  These portions of Apple Inc.'s Opposition to Samsung's Motion for Leave to Take
4   Discovery may contain information that Samsung regards as highly confidential.  Samsung has
5   recently moved to seal similar information (*e.g.*, Dkts. 2901, 2902), and Apple expects that
6   Samsung will file a supporting declaration in accordance with Civil L.R. 79-5(d).  Apple does not
7   maintain any claim of confidentiality with respect to this information.

8   Pursuant to Civil L.R. 79-5, Apple's entire filing, including the complete and unredacted
9   version of Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery, will be
10  filed with the Court for *in camera* review and served on counsel for Samsung.

12  Dated:  January 6, 2014                    WILMER CUTLER PICKERING
13                                             HALE AND DORR LLP

15                                             By:  */s/ Mark D. Selwyn*

16                                                  Attorneys for Plaintiff
17                                                  APPLE INC.

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

ActiveUS 120550123v.1

## ATTESTATION OF E-FILED SIGNATURE

I, William Lee, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: January 6, 2014

*/s/ William F. Lee*
William F. Lee

Attorneys for Plaintiff
APPLE INC.

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

ActiveUS 120550123v.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 6, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/ William F. Lee*
William F. Lee

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

ActiveUS 120550123v.1