HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.      Concurrent with Apple's Administrative Motion to File Documents Under Seal, Apple has filed Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery, which may contain information that Samsung regards as highly confidential.  Samsung has recently moved to seal similar information (*e.g.*, Dkts. 2901, 2902), and Apple expects that Samsung will file a supporting declaration in accordance with Civil L.R. 79-5(d).  Apple does not maintain any claim of confidentiality with respect to this information.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of January, 2014 in Palo Alto, California.

*/s/* Mark D. Selwyn
Mark D. Selwyn

Declaration of Mark D. Selwyn in Support of Apple's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

**ATTESTATION OF E-FILED SIGNATURE**

I, William Lee, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated:  January 6, 2014

/s/ William F. Lee
William F. Lee

Attorneys for Plaintiff
APPLE INC.

Declaration of Mark D. Selwyn in Support of Apple's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)