1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK  (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

By administrative motion, Plaintiff Apple Inc. ("Apple") has moved to file under seal portions of Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery.

Accordingly, the Court GRANTS Apple's Administrative Motion to Seal. IT IS HEREBY ORDERED that the confidential, unredacted version of the following document shall be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery | Highlighted portions of document (page 1: lines 5, 7-8, 10-11, 21-22; page 3: lines 4-5, 20-23; page 4: lines 10-12, 26-28) |

**IT IS SO ORDERED.**

Dated: _____  By: _____
          Hon. Lucy H. Koh
          United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL
11-CV-01846-LHK (PSG)