HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Plaintiff APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

1  I, Liv Herriot, hereby declare:

2      I am employed in Santa Clara County, California.  I am over the age of eighteen years and
3  am not a party to the above-captioned action.  My business address is Wilmer Cutler Pickering
4  Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

5      On January 6, 2014, I served the following document:

6      1.    **APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE
7      TO TAKE DISCOVERY**

8      I caused the documents to be sent by e-mail to counsel for Samsung:
9  SamsungDamagesTrialTeam@quinnemanuel.com

10      I declare under penalty of perjury that the foregoing is true and correct.

11      Executed on January 6, 2014, at Palo Alto, California.

12

13  *[signature]*

14  Liv Herriot

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
1