[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 5:11-cv-01846-LHK |
| Plaintiff, | **JOINT PROPOSAL REGARDING PRE-MARCH 2014 SETTLEMENT DISCUSSIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

1  Pursuant to this Court's November 13, 2013 Order that the Parties submit a proposal
2  regarding settlement discussions before the March 2014 trial, Apple and Samsung jointly submit this
3  Notice that the parties have agreed to the following:

- Senior legal executives from Apple and Samsung legal met in person on Monday, January 6, 2014 to discuss settlement opportunities;
- The parties agreed upon a mediator who has experience mediating high profile disputes. Mediation will take place by or before February 19, 2014;
- Each party's Chief Executive Officer and 3-4 in-house counsel will attend the mediation;
- No outside counsel will attend the mediation.

Dated: January 8, 2014

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:   */s/ William F. Lee*<br>　　　　William F. Lee<br><br>Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br> Charles K. Verhoeven (Cal. Bar No. 170151)<br> charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br> Kevin P.B. Johnson (Cal. Bar No. 177129)<br> kevinjohnson@quinnemanuel.com<br> Victoria F. Maroulis (Cal. Bar No. 202603)<br> victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Cal. Bar No. 196417)<br> michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:   */s/ Victoria F. Maroulis*<br>　　　　Victoria F. Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

## ATTESTATION

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Joint Notice Regarding Court Ordered Mediation. In compliance with Local Rule 5-1, I hereby attest that William F. Lee has concurred in this filing.

Dated: January 8, 2014                                                                   */s/ Victoria F. Maroulis*
                                                                                                    Victoria F. Maroulis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served upon all counsel of record for the parties who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: January 8, 2014                                                                   */s/ Victoria F. Maroulis*
                                                                                                    Victoria F. Maroulis