QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal documents filed in
4  connection with Samsung's Opposition to Apple's Renewed Motion for Permanent Injunction
5  ("Samsung's Opposition").

**RELIEF REQUESTED**

7  Samsung requests an order granting Samsung's motion to file under seal the documents
8  listed below.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Opposition | Apple and Samsung | See highlighted version filed concurrently with this Administrative Motion. |
| Korea Decl. iso Samsung's Opposition | Apple and Samsung | See highlighted version filed concurrently with this Administrative Motion. |
| Wagner Decl. iso Samsung's Opposition | Apple and third-party HTC | See highlighted version filed concurrently with this Administrative Motion. |
| Gray Decl. iso Samsung's Opposition | Samsung | See highlighted version filed concurrently with this Administrative Motion. |
| Ex. 2 to Gray Decl. iso Samsung's Opposition | Samsung | Document in its entirety. |
| Ex. 4 to Gray Decl. iso Samsung's Opposition | Samsung | Document in its entirety. |
| Ex. 2 to Smith Decl. iso Samsung's Opposition | Samsung | See highlighted version filed concurrently with this Administrative Motion. |
| Ex. 7 to Smith Decl. iso Samsung's Opposition | Apple | Document in its entirety. |
| Ex. 10 to Smith Decl. iso Samsung's Opposition | Samsung | Document in its entirety. |
| Ex. 11 to Smith Decl. iso Samsung's Opposition | Samsung | Document in its entirety. |

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Ex. 12 to Smith Decl. iso Samsung's Opposition | Samsung | Document in its entirety. |
| Ex. 31 to Wind Decl. iso Samsung's Opposition | Apple | Document in its entirety. |

The Declaration of Kenneth Korea in Support of Samsung's Opposition includes information about Apple's licensing negotiations with Samsung that is far more detailed than facts currently in the public record.  The Korea Declaration includes specifics about proposed payment terms, provisions and the technologies that would be covered by a licensing agreement.  As this Court has previously found, "pricing terms, royalty rates, and guaranteed minimum payment terms of a license agreement" are sealable.  Dkt. 1649 at 7, 10-11 (quotation omitted).  Proposed terms, including proposed payment terms, should be sealed for the same reasons.  Declaration of Robert Becher in Support of Samsung's Administrative Motion to File Under Seal ("Becher Decl") ¶¶ 5-6.

The Declaration of Stephen Gray in Support of Samsung's Opposition, Exhibits 2 and 4 thereto, and Exhibit 2 to the Declaration of Kevin Smith in Support of Samsung's Opposition include Samsung's source code and detailed descriptions of Samsung's source code.  The code and descriptions included in these documents are identical or largely similar to the code and descriptions included in documents submitted in connection with Samsung's Opposition to Apple's 2012 Motion for Permanent Injunction.  Becher Decl. ¶ 7.  This Court has previously found this information sealable under the "compelling reasons" standard.  Dkt. 2168 at 13.

Exhibits 10-12 to the Declaration of Kevin Smith in Support of Samsung's Opposition consist of letters from counsel for Apple to certain third parties.  These letters were previously submitted under seal to the Federal Circuit in connection with Apple's appeal from the Court's December 17, 2012 Order denying Apple's Motion for Permanent Injunction, and are maintained under seal by the Federal Circuit.  Becher Decl. ¶ 8.  The third-party recipients of the letters declined to permit public filing.  *Id.*

1  Samsung expects that Apple and third-party HTC will also file declarations required by
2  Civil Local Rule 79-5(e) establishing good cause to permit filing under seal.
3  Unredacted versions of the documents Samsung seeks to seal will be filed concurrently
4  with this Administrative Motion and served on all parties.
5  For the foregoing reasons, Samsung requests that the Court grant this Administrative
6  Motion.

DATED: January 9, 2014                Respectfully submitted,

                                      QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By */s/ Victoria F. Maroulis*
                                          Charles K. Verhoeven
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          Michael T. Zeller

                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC. and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC