1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

18                  UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

21 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

22              Plaintiff,                        **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
        vs.
23
   SAMSUNG ELECTRONICS CO., LTD., a
24 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
25 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
26 LLC, a Delaware limited liability company,

27           Defendants.

28

I, Robert J. Becher, declare:

1.     I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").   I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.     I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal in connection with Samsung's Opposition to Apple's Renewed Motion for Permanent Injunction ("Samsung's Opposition").

3.     Samsung's Opposition, the Declaration of Kenneth Korea in Support of Samsung's Opposition ("Korea Declaration"), the Declaration of Michael Wagner in Support of Samsung's Opposition ("Wagner Declaration"), Exhibit 7 to the Declaration of Kevin Smith in Support of Samsung's Opposition ("Smith Declaration"), and Exhibit 31 to the Declaration of Yoram (Jerry) Wind in Support of Samsung's Opposition include information Apple may consider confidential.

4.     The Wagner Declaration includes information third-party HTC may consider confidential.

5.     Samsung maintains a claim of confidentiality over Samsung's Opposition and the Korea Declaration because and to the extent it reveals details about Samsung's licensing negotiations with Apple and detailed information about Samsung's litigation and negotiation strategies in this lawsuit.

6.     Samsung considers details about its licensing negotiations highly confidential because this information has not been disclosed either publicly or to any third party except under strict confidentiality agreements.

7.     Samsung maintains a claim of confidentiality over the Declaration of Stephen Gray in Support of Samsung's Opposition ("Gray Declaration"), and Exhibits 2 and 4 thereto, and Exhibit 2 to the Smith Declaration because and to the extent those documents include Samsung's source code and detailed descriptions of Samsung's source code.   The code and descriptions of code included in these documents is identical or largely similar to information included in

1 documents filed in connection with Samsung's Opposition to Apple's 2012 Motion for Permanent
2 Injunction.
3    8.   Exhibits 10-12 to the Smith Declaration consist of letters from counsel for Apple to
4 certain third parties.   These letters were previously submitted under seal to the Federal Circuit in
5 connection with Apple's appeal from the Court's December 17, 2012 Order denying Apple's
6 Motion for Permanent Injunction, and are maintained under seal by the Federal Circuit.   The
7 third-party recipients of the letters declined to permit public filing.
8
9    I declare under penalty of perjury of the laws of the United States that the foregoing is true
10 and correct.   Executed in Los Angeles, California on January 9, 2014.
11
12                             */s/ Robert J. Becher*
                                Robert J. Becher
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:   January 9, 2014                              By:   */s/ Victoria F. Maroulis*
                                                                         Victoria F. Maroulis