UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal in connection with Samsung's Opposition to Apple's Renewed Motion for Permanent Injunction ("Samsung's Opposition")

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

//

//

//

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition | See highlighted version filed concurrently with Administrative Motion. |
| Korea Decl. iso Samsung's Opposition | See highlighted version filed concurrently with Administrative Motion. |
| Wagner Decl. iso Samsung's Opposition | See highlighted version filed concurrently with Administrative Motion. |
| Gray Decl. iso Samsung's Opposition | See highlighted version filed concurrently with Administrative Motion. |
| Ex. 2 to Gray Decl. iso Samsung's Opposition | Document in its entirety. |
| Ex. 4 to Gray Decl. iso Samsung's Opposition | Document in its entirety. |
| Ex. 2 to Smith Decl. iso Samsung's Opposition | See highlighted version filed concurrently with Administrative Motion. |
| Ex. 7 to Smith Decl. iso Samsung's Opposition | Document in its entirety. |
| Ex. 10 to Smith Decl. iso Samsung's Opposition | Document in its entirety. |
| Ex. 11 to Smith Decl. iso Samsung's Opposition | Document in its entirety. |
| Ex. 12 to Smith Decl. iso Samsung's Opposition | Document in its entirety. |
| Ex. 31 to Wind Decl. iso Samsung's Opposition | Document in its entirety. |

**IT IS SO ORDERED.**

DATED:   _____, 2014

_____
Honorable Lucy H. Koh
United States District Judge