QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF COREY KERSTETTER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION** |

DECLARATION OF COREY KERSTETTER

I, Corey Kerstetter, declare as follows:

1. I am currently employed by Samsung Telecommunications America, LLC ("STA") as the Vice President of Business Operations. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As the Vice President of Business Operations, I am familiar with and have knowledge of STA's importation and sales of certain mobile and tablet devices.

3. STA has never imported the Galaxy Ace (Model No. S5830L), the Galaxy S I9000 (Model No. SGH-I9000) or the Galaxy S II (i9100) (Model No. GT-i9100) for sale in the United States or sold these products in the United States. STA has no plans to import for sale or sell these products in the United States.

4. STA has ceased importing and has no plans to resume importing the following products into the United States: Captivate (Model No. SGH-I897), Continuum (Model No. SCH-I400), Droid Charge (Model No. SCH-I510), Epic 4G (Model No. SPH-D700), Exhibit 4G (Model No. SGH-T759), Fascinate (Model No. SCH-I500), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S II (AT&T) (Model No. SGH-I777), Galaxy S II (T-Mobile) (Model No. SGH-T989), Galaxy Tab 7.0 3G (Model No. SCH-I800 and SGH-T849), Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510), Gem (Model No. SCH-I100), Indulge (Model No. SCH-R910), Infuse 4G (Model No. SGH-I997), Mesmerize (Model No. SCH-I500), Nexus S 4G (Model No. SPH-D720), Replenish (Model No. SPH-M580), Transform (Model No. SPH-M920), and Vibrant (Model No. SGH-T959).

1      5.      STA has stopped selling and has no plans to resume selling any of the
products listed in the preceding paragraph.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 7, 2014, at Richardson, Texas.

          */s/ Corey Kerstetter*
          Corey Kerstetter

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that **COREY KERSTETTER** has concurred in this filing.

Dated:   January 9, 2014                              By:      */s/ Victoria F. Maroulis*
                                                                            Victoria F. Maroulis