QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF YUNBAE CHO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION** |

02198.51855/5700475.1

Case No. 11-cv-01846-LHK
DECLARATION OF YUNBAE CHO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION

DECLARATION OF YUNBAE CHO

I, YunBae Cho, declare as follows:

1. I am currently employed by Samsung Electronics Co., Ltd. ("SEC") as a Manager in the R&D Management Group of the Mobile Communications Division.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. As a Manager in the R&D Management Group of the Mobile Communications Division, I am familiar with and have knowledge of SEC's production and forecasts for production of certain mobile and tablet devices.

3. I understand that Hee-Chan Choi previously submitted a declaration in support of Samsung's opposition to Apple's Motion for Permanent Injunction.  Mr. Choi is away on training and could not be reached prior to the January 9, 2014 deadline for Samsung's opposition brief.

4. SEC has never produced the Galaxy Ace (Model No. S5830L), the Galaxy S I9000 (Model No. SGH-I9000) or the Galaxy S II (i9100) (Model No. GT-i9100) for sale by Samsung Telecommunications America, LLC ("STA") in the United States and has no plans to produce these products for sale by STA in the United States.

5. SEC has discontinued production of and has no plans to resume production of the following products for sale in the United States:   Captivate (Model No. SGH-I897), Continuum (Model No. SCH-I400), Droid Charge (Model No. SCH-I510), Epic 4G (Model No. SPH-D700), Exhibit 4G (Model No. SGH-T759), Fascinate (Model No. SCH-I500), Galaxy Prevail (Model No. SPH-M820), Galaxy S 4G (Model No. SGH-T959V), Galaxy S II (AT&T) (Model No. SGH-I777), Galaxy S II (T-Mobile) (Model No. SGH-T989), Galaxy Tab 7.0 3G (Model No. SCH-I800 and SGH-T849), Galaxy Tab 7.0 (WiFi) (Model No. SGT-P1010/UW16), Galaxy Tab 10.1 (WiFi) (Model No. GT-P7510), Gem (Model No. SCH-I100), Indulge (Model No. SCH-R910), Infuse 4G (Model No. SGH-I997), Mesmerize (Model No. SCH-I500), Nexus S 4G (Model No. SPH-D720), Replenish (Model No. SPH-M580), Transform (Model No. SPH-M920), and Vibrant (Model No. SGH-T959.

6. I understand that Apple accused the Web Browser, Gallery and Contacts applications in certain Samsung products of infringing the '381 patent because of the "snap back" or "bounce back" functionality that occurs when a user reaches the end of a document.

7. SEC has implemented software that designs around the '381 patent and it has been incorporated into all Samsung phones and tablets sold in the United States.

8. In products that implement the design around software, when a user reaches the end of a document, there is no "bounce back" functionality. The user instead sees a colored "glow" indicating they have reached the end of the document.

9. I understand that Apple accused the Web Browser application in certain Samsung products of infringing the '915 patent because of functionality in the source code that distinguishes between a single input point and two or more input points to determine whether to invoke a scroll operation or a gesture operation.

10. SEC has implemented software that designs around the '915 patent and it has been incorporated into all Samsung phones and tablets sold in the United States.

11. In products that implement the design around software, the source code has been changed such that it does not distinguish between a single input point and two or more input points to determine whether to invoke a scroll operation or a gesture operation.

12. I understand that Apple accused the Web Browser application in certain Samsung products accused of infringing the '163 patent because of functionality that (1) enlarges and centers a first area in a webpage in response to a first gesture (*e.g.*, a single or double tap), and (2) after the first area has been enlarged and centered, centers a second area on the webpage in response to a second gesture (*e.g.*, a single or double tap).

13. SEC has implemented software that designs around the '163 patent and it has been incorporated into all Samsung phones and tablets sold in the United States.

//
//
//
//

02198.51855/5700475.1

-2-   Case No. 11-cv-01846-LHK
DECLARATION OF YUNBAE CHO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION

1    14.    In products that implement the design around software, a user can enlarge
2 and center a first area in a webpage in response to a first gesture.   However, after the first area has
3 been enlarged and centered, the second area will not be centered in response to a second gesture.
4    I declare under penalty of perjury under the laws of the United States of America
5 that the foregoing is true and correct.
6    Executed January 9, 2014, at Suwon, Korea.

8    */s/ YunBae Cho*
     YunBae Cho

02198.51855/5700475.1

-3-    Case No. 11-cv-01846-LHK
DECLARATION OF YUNBAE CHO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S
RENEWED MOTION FOR A PERMANENT INJUNCTION

# ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that **YUNBAE CHO** has concurred in this filing.

Dated:   January 9, 2014          By:   */s/ Victoria F. Maroulis*
                                          Victoria F. Maroulis

02198.51855/5700475.1

-4-   Case No. 11-cv-01846-LHK
DECLARATION OF YUNBAE CHO IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION