QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF KENNETH KOREA IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

1        I, Kenneth Korea, declare:

2        1.      I am Vice President and Head of Samsung's U.S. IP Center in Menlo Park, California. I have held this position since February 2011. My responsibilities include IP acquisition, IP licensing, and IP litigation for Samsung Electronics Co., Ltd. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

        2.      I received a Bachelor of Science in Electrical Engineering from Cornell University in 1988. I graduated from Northwestern University School of Law in 1993. After graduating from law school, I clerked for Honorable Maurice Paul of the Northern District of Florida. I then worked as a federal prosecutor in the United States Attorney's Office for the Northern District of Florida, where I prosecuted various matters, including felony narcotics, weapons and armed robbery cases.

        3.      I was admitted to the California Bar in 1998, and have been in private practice as an active member in good standing since that time. Prior to joining Samsung as in-house counsel in 2011, I practiced at several large law firms, and also had my own practice .

        4.      ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

        5.      ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

        6.      ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

-1-                                                      Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF KENNETH KOREA IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 ████████████████████
5    7.   ███████████████████████████████
6 ████████████████████████████████████████
7 ████████████████████████████████████████
8 ████████████████████████████████████████
9 █████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.   Executed in Menlo Park, California on January 9, 2014.

_____
Kenneth Korea

-2-  Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF KENNETH KOREA IN SUPPORT OF SAMSUNG'S OPPOSITION
TO APPLE INC.'S RENEWED MOTION FOR A PERMANENT INJUNCTION

## ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kenneth Korea has concurred in this filing.

Dated: January 9, 2014                    By: /s/ Victoria F. Maroulis
                                                   Victoria F. Maroulis