1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17
                   UNITED STATES DISTRICT COURT
18
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

20
   APPLE INC., a California corporation,
21                                                CASE NO. 11-cv-01846-LHK
              Plaintiff,
22                                                **SAMSUNG'S MANUAL FILING
         vs.                                      NOTIFICATION**
23
   SAMSUNG ELECTRONICS CO., LTD., a
24 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
25 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
26 LLC, a Delaware limited liability company,

27            Defendant.

28

02198.51855/5703305.1
                                                  Case No. 11-cv-01846-LHK
                                                  MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

Regarding:   Exhibit 3 to the Declaration of Stephen Gray in Support of Samsung's Opposition to Apple's Renewed Motion for a Permanent Injunction Regarding U.S. Patent Nos. 7,844,915 and 7,864,163

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, a physical copy of this exhibit will be served shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____   Voluminous Document (PDF file size larger than efiling system allowances)

_____   Unable to Scan Documents

_____   Physical Object (description):

__X__   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____   Item Under Seal

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (description): _____


DATED:   January 9, 2014           Respectfully submitted,

                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By  *Victoria F. Maroulis*
                                       Victoria F. Maroulis
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC. and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC