*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

# APPENDIX A

# YORAM (JERRY) WIND

**Academic Positions:** Jerry Wind is The Lauder Professor and Professor of Marketing at The Wharton School of the University of Pennsylvania. He is the founding director of the Wharton "think tank," *The SEI Center for Advanced Studies in Management*. The Center's mission is to assure, through research and development, the quality, relevance, and impact of management research, education, and practice. Dr. Wind joined the Wharton faculty in January 1967, upon receipt of his doctorate from Stanford University.

**Program Development:** Dr. Wind is the founder and academic director of *The Wharton Fellows* program. From 1983 to 1988, he was the founding director of *The Joseph H. Lauder Institute of Management and International Studies*, and from 1980 to 1983 the founding director of *The Wharton Center for International Management Studies*. Dr. Wind chaired the Wharton committees that designed *The Wharton Executive MBA Program* (1974), *the new MBA curriculum* (1991), the School's *globalization strategy* (1995-1997), and the MBA's cross-functional integration efforts (2002-04). He also started *The Wharton International Forum* (1987) and served as the chairman of its faculty council until 1998. He was instrumental in establishing the Alfred West, Jr. Learning Lab and served as a member of its first advisory board (2001-05).

**Publications:** Dr. Wind is one of the most cited authors in marketing. His regular contributions to professional marketing literature include 23 books and over 250 papers, articles, and monographs encompassing the areas of marketing strategy, marketing research, new product and market development, consumer and industrial buying behavior, and global marketing. Dr. Wind's books have received wide acclaim and many have been translated into a number of languages. His most recognized publications include: *Competing in a Flat World*, with Victor and William Fung (Wharton School Publishing 2007), *The Power of Impossible Thinking: How Changing Your Mental Models Will Transform the Business of Your Life and the Life of Your Business*, with Colin Crook (Wharton School Publishing 2004), *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer* with Vijay Mahajan (Financial Times/Prentice Hall 2002), and *Driving Change* with Jeremy Main (Free Press 1998). Both *The Power of Impossible Thinking* and *Convergence Marketing* were selected by Executive Book Summaries as one of the thirty best business books of 2002 and 2004. His recent edited books– *The Network Challenge: Strategy, Profit and Risk in an Interlinked World* (Wharton School Publishing, June 2009), *New Product Diffusion Models* (Kluwer 2000), *Digital Marketing* (Wiley 2001), and *Marketing Research and Modeling: Progress and Prospects* (Kluwer 2004)–include the works of the leading experts on these topics. In 2012, Sage will publish an 8-volume edited anthology of Dr. Wind's publications through the *Legends of Marketing* Series.

**Editorship:** Dr. Wind founded *Wharton School Publishing* (Wharton's J.V. with Pearson) (2003) and served as the first Wharton editor (2003-2008). He has served as editor-in-chief of the *Journal of Marketing*, on the policy boards of the *Journal of Consumer Research* and *Marketing Science*, and has been on the editorial boards of the major marketing journals. He has been a guest editor of special issues of the major marketing journals including *Marketing Science* (1996) on Empirical Generalization in Marketing (with Frank Bass), *JMR* (1978) on market segmentation and (1997) on Innovation in New Product Development and *Marketing Research* (1998) on The State of the Art in Quantitative Research.

**Business Experience:** Dr. Wind has served as an advisor to many Fortune 500 firms and a number of non-U.S. multinationals in the financial services, pharmaceuticals, information, and consumer packaged goods industries. His consulting focuses on both overall global corporate and business strategy and transformation as well as marketing strategy and especially the development of new businesses. He is a regular advisor to SEI and a member of their executive committee. In addition, he has served as an expert witness in various legal cases. Dr. Wind is a member of the advisory board of a number of start-ups including Decision Lens. He is a former director of IDT (HK), Enhance Financial Services Corporation, Contel Corporation, CASA and a number of entrepreneurial ventures.

**Professional Activities:** Dr. Wind is an active member of the major marketing and management science professional associations. He is the former Chancellor of the International Academy of Management (IAM). He is a former academic trustee of the Marketing Science Institute and former chairman of the College of Marketing of the Institute of Management Science. He is a member of the Board of Directors of the Marketing Accountability Standards Board. He is one of the founders of the Israeli university– *The Interdisciplinary Center Herzliya* (IDC) (1994), chairman of its academic council, and member of its academic appointment and promotion committee. He is also a member of the board of the American Friends of IDC. He is a member of the boards of a number of Wharton's centers, including the Lauder Institute and Knowledge@Wharton; a trustee of *The Philadelphia Museum of Art*, chairman of the marketing committee and member of its digital age committee. He is a frequent lecturer in faculty seminars and executive programs in over 50 universities worldwide.

**Awards:** Dr. Wind is the recipient of various awards, including the four major marketing awards–The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), the Paul D. Converse Award (1996) and the Buck Weaver Award (2007). He is the recipient of the first Faculty Impact Award given by Wharton Alumni (1993). In 1984, he was elected as member of the Attitude Research Hall of Fame and has won a number of research awards, including two Alpha Kappa Psi Foundation awards and a recent inclusion in JAR *Classics* issue of 18 articles that have withstood the test of time. In 2001 he was selected as one of the 10 *Grand Auteurs in Marketing* and later named as the 2003 recipient of the Elsevier Science Distinguished Scholar award of the Society for Marketing Advances. In May 2004 he was awarded as Honorary Fellow of the Decade by the Interdisciplinary Center Herzliya (Israel).  In 2009, Dr. Wind was selected as one of the 10 *Legends of Marketing* and in 2013 Sage will publish 8 edited volumes anthologizing his various publications.

# Table of Contents*

## *Click on headings to link directly to sections

| | | | |
|---|---|---|---|
| **1.** | **ACADEMIC EXPERIENCE** | | **6** |
| **2.** | **PUBLICATIONS** | | **8** |
| I. | | BOOKS | 8 |
| II. | | EDITED BOOKS | 9 |
| III. | | BOOKS UNDER DEVELOPMENT | 9 |
| IV. | | ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS | 10 |
| | A. | Portfolio Analysis and Strategy | 10 |
| | B. | Marketing and Business Strategy | 11 |
| | C. | Marketing and Product Strategy | 14 |
| | D. | Research on Industrial Buying Behavior | 17 |
| | E. | Research on Consumer Behavior | 20 |
| | F. | Marketing Research and Modeling | 24 |
| | G. | International Marketing | 28 |
| | H. | International Management Education and The Lauder Institute | 30 |
| | I. | Management Practice and Education in the 21st Century | 31 |
| | J. | Convergence Marketing | 32 |
| | K. | Mental Models – Power of Impossible Thinking | 32 |
| | L. | Network-Based Strategies | 34 |
| | M. | Advertising | 34 |
| | N. | Entries in Dictionaries, Encyclopedias, and Handbooks | 35 |
| V. | | EDITOR OF SPECIAL ISSUES | 36 |
| VI. | | EDITORIALS | 37 |
| VII. | | ILLUSTRATIVE OP ED AND COMMENTARIES | 37 |
| VIII. | | EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST ** | 38 |
| IX. | | Edited Publications of the Wharton Future of Advertising Program | 39 |
| X. | | EDITOR: WHARTON SCHOOL PUBLISHING BOOKS | 39 |
| XI. | | ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL  MEETINGS | 41 |
| XII. | | CASE STUDIES | 42 |
| **3.** | **CONSULTING EXPERIENCE** | | **43** |
| I. | | Marketing, Business Strategy, and Marketing Research Consulting | 43 |
| II. | | Directorship | 45 |
| III. | | Illustrative Advisory Boards | 45 |
| IV. | | Expert Witness: Marketing and Marketing Research Consulting in Legal Cases | 45 |
| V. | | Illustrative Marketing Research Clients: | 50 |
| VI. | | Illustrative Marketing Research Program Evaluation and Redesign: | 51 |
| VII. | | Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops: | 51 |
| VIII. | | Illustrative International Consulting | 52 |
| IX. | | Consulting to Government Agencies | 53 |
| X. | | Consulting/Advising to Research Organizations | 53 |
| **4.** | **UNIVERSITY ACTIVITIES** | | **54** |
| I. | | University of Pennsylvania, The Wharton School | 54 |
| | A. | Program Development | 54 |
| | B. | Courses Developed and Taught | 55 |
| | C. | Executive Education Programs at the University of Pennsylvania – Illustrative Sessions | 56 |

* = Article published in refereed journal

1) Creativity and Innovation....................................................................................56
2) Challenging your Mental Models.......................................................................57
3) Transformation and Growth...............................................................................58
4) Marketing and Branding.....................................................................................59
5) The Network Challenge.......................................................................................60
6) Future of Advertising Program..........................................................................60
D.   Committee Responsibility:.....................................................................................61
E.   Doctoral Dissertations Supervised........................................................................62
F.   Addresses to Alumni Club and Other Groups Regarding: ...................................63
1) The Joseph H. Lauder Institute..........................................................................63
2) Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum.........................................................................................63
3) Globalization Strategy.........................................................................................64
4) Wharton's Information Management Initiatives (WIMI)...................................64
5) Cross-Functional Integration of the MBA Curriculum .....................................64
6) Wharton Fellows Program ..................................................................................64
7) Wharton School Publishing .................................................................................64
8) The Power of Impossible Thinking .....................................................................64
9) Competing in a Flat World ..................................................................................65
II.    University of Pennsylvania – University Committees: .................................................65
III.   The Interdisciplinary Center (IDC), Herzliya, Israel ...................................................66
IV.   Other Universities .......................................................................................................66
I.    Courses Taught .......................................................................................................66
II.   Faculty Promotion Review – Illustrative Universities ...........................................66
III.  Program/School Review .........................................................................................66
5.   OTHER PROFESSIONAL ACTIVITIES ...............................................................................68
I.     Development of Research Programs [Illustrative List]..............................................68
II.    Editorial Activities.......................................................................................................68
III.   Offices Held in Professional Associations...................................................................70
IV.   Planning and Organizing Professional Programs at the University ............................71
V.    Award Committees......................................................................................................72
VI.   Planning and Organizing Professional Programs Outside the University ...................72
VII.  Presentations ..............................................................................................................73
A.   National conferences of the American Marketing Association ............................73
B.   Speaker in various conferences and workshops ..................................................74
C.   Speaker in a number of the AMA Attitude Research Conferences: .....................74
D.   Member of the Faculty of the AMA Doctoral Consortiums .................................74
E.   Member of the Faculty of the First Indian Doctoral Consortium,  2012 .............74
F.   Member of the AMA Faculty Consortium, Chicago 1997 ....................................74
G.   Illustrative papers delivered in various professional workshops ........................74
H.   Illustrative addresses at various top management conferences and meetings....75
I.    Illustrative Other Top Management groups addressed .......................................76
J.    Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including:...........................................76
K.   Speaker at various local and regional meetings ..................................................77
L.    Guest speaker at special seminars ......................................................................77
VIII. Presentations: Illustrative Topics ..............................................................................77
A.   Creativity and Innovation ....................................................................................77
B.   Challenging your Mental Models .........................................................................79

4

* = Article published in refereed journal

    C.    Growth ................................................................................................................ 80
    D.    Marketing and Branding ...................................................................................... 82
    E.    The Network Challenge ........................................................................................ 88
    F.    Future of Advertising ........................................................................................... 89
    G.    Future of Management & Management Education ............................................. 90
    H.    Marketing Demand & Experimental Model SKAN ............................................... 91
    I.    Israel ................................................................................................................... 92
**6.    PROFESSIONAL AFFILIATIONS AND AWARDS ..................................................................93**
    I.    Professional Affiliations ....................................................................................... 93
    II.    Professional Awards ............................................................................................. 93
**7.    PERSONAL DATA ........................................................................................................98**

* = Article published in refereed journal

# 1.  ACADEMIC EXPERIENCE

**EDUCATION**

Stanford University, Graduate School of Business. Ph.D. (Marketing), September 1964-December 1966.

Stanford University, International Center for Advancement of Management Education, Certificate in Marketing Management. September 1963-June 1964.

The Hebrew University, Jerusalem, School of Economics and Social Sciences, M.A. (Business Administration and Political Science), September 1961-June 1963; B. Soc. Sci. (Economics and Political Science), September 1958-June 1961.

**UNIVERSITY POSITIONS**

### A. University of Pennsylvania, The Wharton School

**Faculty Positions:**
The Lauder Professor, 1983-present
Professor of Marketing, 1973-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Associate Professor of Marketing, 1970-1973
Assistant Professor of Marketing and International Business, 1967-1970

**Selected Administrative Positions:**
Founding Academic Director, The Wharton Fellows program and network , 2000-present
Founding Director, The SEI Center for Advanced Studies in Management, 1988-present
Founding Academic Director, The Future of Advertising Program, 2008-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Founding Editor, Wharton School Publishing (WSP), 2003-2008
Founding Director, The Joseph H. Lauder Institute of Management and International Studies, 1983-1988
Founding Director, the 1st Title VI National Resource Center in International Management Studies, 1985-1988
Founding Director, The Wharton Center for International Management Studies, 1980-1983

**Secondary Faculty Appointments:**
Member of the Graduate Group in International Studies (School of Arts & Sciences), 1984-1998
Member of the OR Group, 1979-1984 and the OR affiliated faculty, 1984-1989
Senior Fellow of the Leonard Davis Institute, 1977-1980
Secondary Appointment as Professor of Management, 1981-1984
Member of the Extended Faculty of the Social Systems Sciences Dept. 1981-1986

### B. Other Universities

The Interdisciplinary Center (IDC) Herzliya Israel, Co-Founder (for specific activities since 1994, see p. 66).

University of Tokyo (Japan) Co-Director of the Marunouchi Global Center (MCG) program, 2002; The First Hakuhodo Visiting Professorship, Spring 1992 and 1993.

Erasmus University (The Netherlands) The First Visiting Unilever-Erasmus Professorship, Spring 1993.

University of New South Wales (Australia) The First Visiting Hoover Foundation Professor, 1977.

University of California at Berkeley, School of Business Administration Visiting Professor, Fall 1975.

University of Tel Aviv, The Leon Recanati Graduate School of Business Administration, Visiting Senior Lecturer, September 1968-August 1969.

<u>Stanford University, Graduate School of Business</u>, Research Assistant, June 1965-October 1966.

<u>The Hebrew University Jerusalem</u>, Teaching Assistant in the Departments of Political Science and Business Administration, September 1961-June 1963.

* = Article published in refereed journal

# 2.  PUBLICATIONS

**I. BOOKS**

1.  Fung, Victor K., William K. Fung and Yoram (Jerry) Wind. *Competing in a Flat World: Building Enterprises for a Borderless World. Upper Saddle River: Wharton School Publishing, 2007. [Translated editions: Bahasa Indonesia; Chinese Simplified; Chinese Traditional; English (India); Italian; Korean; Polish; Portuguese; Spanish; Italian; Bahasa Indonesian; Turkish.]

2.  Wind, Jerry, Colin Crook and Robert E. Gunther. *The Power of Impossible Thinking: Transform the Business of Your Life and the Life of Your Business. Upper Saddle River: Wharton School Publishing, 2004. Selected by Executive Book Summaries as one of the thirty best business books of 2004. [Translated editions: Arabic; Bahasa Indonesia; Bulgarian; Chinese (simplified and traditional); English (Singapore); Italian; Japanese; Korean; Polish; Portuguese; Russian; Serbian; Spanish; Thai; and Turkish.] Selected by Executive Book Summaries as one of the thirty best business books of 2004; finalist in *Fast Company* Reader's Choice Award for the October book of the month; among CEO READ top 25 books of August 2004. A paperback edition was published in 2006.

3.  Krieger, Abba, Paul E. Green and Jerry Wind. Adventures in Conjoint Analysis: A Practitioner's Guide to Trade-Off Modeling and Applications. Philadelphia: The Wharton School, 2004 < https://marketing.wharton.upenn.edu/faculty/green/monograph/ >.

4.  Wind, Yoram (Jerry), Vijay Mahajan and Robert Gunther. *Convergence Marketing: Strategies for Reaching the New Hybrid Consumer. Upper Saddle River: Prentice Hall, 2002.
    Selected by Executive Book Summaries as one of the thirty best business books of 2002. Translated editions: Chinese (simplified), Tsingua University Press; Chinese (traditional), Prentice Hall Taiwan; Bahasa (Indonesia); Spanish; Portuguese; Italian [*Consumatore Centauro:* Orvaro il Marketing Della Convergenza, ETAS LAB. IT. 2002]; Korean; and Japanese.

5.  Fields, George, Hotaka Katahira, Jerry Wind and Robert E. Gunther. Leveraging Japan: Marketing to the New Asia. San Francisco: Jossey-Bass, 1999.

6.  Wind, Yoram and Jeremy Main. *Driving Change: How the Best Companies are Preparing for the 21st Century. New York: The Free Press, 1997.
    Translated editions in U.K. by Kogan (Page Ltd.), 1998; China by Shanghai Jiao (Tong  University Press), 1999; Hungary by Veres István (Geoméédia Szakkönyvek), 2000. Adaptation to local condition: Brazil by Luiz Felipe Monteiro Jr. (IBMEC Qualitymark Editoria), 2002.

7.  Bauer, Roy A., Emilio Collar, Victor Tang, Jerry Wind and Patrick R. Houston. The Silverlake Project: Transformation at IBM. New York: Oxford University Press, 1992.
    Translated to Chinese, Huaxia Publishing, 2000.

8.  Wind, Yoram. *Product Policy: Concepts, Methods and Strategies (Addison-Wesley Marketing Series). Reading: Addison-Wesley, 1982. Reviewed in the *Journal of Marketing*, Summer 1981.

9.  Wind, Yoram. *Marketing and Product Planning (in Spanish). Mexico: Expansion, 1979.
    This book is based in part on sections from *Product Policy* which was selected by the editors of Expansion as the "Book of the Year" 1979.

10. Wind, Yoram, Paul E. Green and Douglas Carroll. Multi-Attribute Decisions in Marketing: A Measurement Approach. Hinsdale: The Dryden Press, 1973.

11. Webster, Frederick E. and Yoram Wind. Organizational Buying Behavior (Foundations of Marketing). Englewood Cliffs: Prentice Hall, 1972.
    Translated to Portuguese (Editor, Atlas, Sao Paulo, Brazil, 1975). Reviewed JMR, August 1974.

* = Article published in refereed journal

12. Wind, Yoram, Ronald E. Frank and William F. Massy. Market Segmentation (International Series in Management). Englewood Cliffs: Prentice Hall, 1972. Reviewed JMR, November 1972; August 1974.

13. Wind, Yoram, Homer Dalby and Irwin Gross. Advertising Measurement and Decision Making. Boston: Allyn & Bacon, 1968.

14. Robinson, Patrick J. and Yoram Wind. Industrial Buying and Creative Marketing. Boston: Allyn & Bacon, 1967.
    Contributed two chapters; co-authored with Patrick J. Robinson three chapters; and participated in the overall organization and preparation of the book.

15. Yoram Wind. Industrial Buying Behavior: Source Loyalty in the Purchase of Industrial Components. Unpublished Ph.D. dissertation, Stanford University, 1966.


## II.  EDITED BOOKS

1. Wind, Yoram and Paul Kleindorfer, eds., The Network Challenge: Strategy, Profit and Risk in an Interlinked World. Wharton School Publishing, 2009.

2. Wind, Yoram (Jerry) and Paul E. Green, ed., *Marketing Research and Modeling: Progress and Prospects. Norwell: Kluwer Academic Publishers, 2004.

3. Wind, Jerry and Vijay Mahajan, ed. Digital Marketing: Global Strategies from the World's Leading Experts. New York: John Wiley & Sons, 2001.

4. Mahajan, Vijay, Eitan Muller and Yoram Wind, ed. New-Product Diffusion Models. Boston: Kluwer 2000.

5. Mahajan, Vijay and Yoram Wind, ed. Innovation Diffusion Models of New Product Acceptance. Cambridge: Ballinger Publishing Co., 1986.

6. Wind, Yoram, Vijay Mahajan and Richard N. Cardozo, ed. New-Product Forecasting: Models and Applications. Lexington: Lexington Books, 1981.

7. Wind, Yoram and Robert J. Thomas, ed. Advances in Organizational Buying Research: The Case of Acquisition of Scientific and Technical Information. Washington, D.C: National Science Foundation, 1979.

8. Wind, Yoram and Marshall Greenberg, ed. Moving Ahead with Attitude Research: Proceedings of the Seventh Attitude Research Conference. Chicago: American Marketing Association, 1977.

9. Nicosia, Francesco M. and Yoram Wind, ed. Behavioral Models for Market Analysis: Foundations for Marketing Action. Hinsdale, IL: The Dryden Press, 1977.


## III.  BOOKS UNDER DEVELOPMENT

1. Wind, Yoram and the Future of Advertising Team. Preparing for Advertising 2020 Now. Forthcoming.

2. Wind, Yoram, ed. "Paul Green Contributions to Clustering and Segmentation." Paul  Green Sage Series on Legends of Marketing, Forthcoming.

9

* = Article published in refereed journal

3. Wind, Yoram. "Marketing Strategy Analysis," <u>NOW The Essence of Knowledge: Foundations and Trends in Marketing</u>, Forthcoming.

4. Bell, David and Wind, Yoram. "Market Segmentation Uncut:  A Practitioner's Guide to Understanding and Implementing The Most Powerful Concept in Marketing." <u>NOW The Essence of Knowledge: Foundations and Trends in Marketing</u>, Forthcoming.

5. Wind, Yoram.  "Creating a Creative Organization."

6. Yoram Wind  <u>Legends in Marketing</u>: forthcoming 2013 from Sage Publications:
   *Organizational Buying Behavior*, (ed) Robert Thomas
   *Consumer Behavior*, (eds) Barbara Kahn and Robert Meyer
   *Product and New Product Management*, (ed) Vijay Mahajan,
   *Marketing Strategy*, (ed) David Reibstein
   *Market Segmentation*, (ed) David Bell
   *Global Marketing*, (ed) Arun Jain
   *Marketing Research and Modeling*, (ed) Vithala Rao
   *The Future of Marketing*, (ed) George Day

## IV.  ARTICLES, CONTRIBUTED CHAPTERS, PAPERS IN PROCEEDINGS, AND WORKING PAPERS

The papers are grouped by the following topics:

1. Portfolio analysis and strategy
2. Marketing and business strategy
3. Marketing and product strategy
4. Research on industrial buying behavior
5. Research on consumer behavior
6. Marketing research and modeling
7. International marketing
8. International management education and the Lauder Institute
9. Management practice and education in the 21st Century
10. Convergence Marketing
11. Mental Models – Power of Impossible Thinking
12. Network-Based Strategies
13. Advertising
14. Entries in Dictionaries, Encyclopedias, and Handbooks

### A.  Portfolio Analysis and Strategy

1. Wind, Yoram. "Product Portfolio: A New Approach to the Product Mix Decision." <u>Combined Proceedings</u>. Ed. Ronald C. Curhan. Chicago: American Marketing Association, Aug. 1974. 460-464.
   <http://dl.dropbox.com/u/9686940/windj/7401_Product_Portfolio_A_New_Approach.pdf>.

2*. Wind, Yoram, and Henry J. Claycamp. "Planning Product Line Strategy: A Matrix Approach." <u>Journal of Marketing</u> 40 (Jan. 1976): 2-9.
   <http://dl.dropbox.com/u/9686940/windj/7601_Planning_Product_Line_Strategy_A.pdf>.

3. Wind, Yoram and Daniel Gross. "An Analytic Hierarchy Process for the Allocation of Resources Within a Target Product/Market/Distribution Portfolio." <u>Proceedings of the First</u>

ORSA/TIMS Special Interest Conference on Market Measurement and Analysis. Eds. David B. Montgomery and Dick R. Wittink. Cambridge, MA: Marketing Science Institute, 1980. 278-297. <http://dl.dropbox.com/u/9686940/windj/8001_An_Analytic_Hierarchy_Process_For.pdf>.

4*.   Wind, Yoram, and Thomas L. Saaty. "Marketing Applications of the Analytic Hierarchy Process." Management Science 26.7 (July 1980): 641-658. <http://dl.dropbox.com/u/9686940/windj/8002_Marketing_Applications_of_the_Analytic.pdf>.

5*.   Wind, Yoram, and Vijay Mahajan. "Designing Product and Business Portfolios." Harvard Business Review 59.1 (Jan. - Feb. 1981): 155-165. [B] Based on "Measurement Issues in Portfolio Analysis." Paper presented at the Second Market Measurement and Analysis Conference, Austin, TX, Mar. 1980. [C] Translated and reprinted in French as "Un portefeuille d'activités en sept étapes." Harvard La Revue des Responsables L'Expansion. 1981: 37-49. <http://dl.dropbox.com/u/9686940/windj/8110_Designing_Product_and_Business_Portfolios.pdf>.

6*.   Wind, Yoram, and Susan Douglas. "International Portfolio Analysis and Strategy: The Challenge of the 80s." Journal of International Business Studies (Fall 1981): 69-82. <http://dl.dropbox.com/u/9686940/windj/8101_International_Portfolio_Analysis_and_Strategy.pdf>.

7.    Mahajan, Vijay, Yoram Wind, and John W. Bradford. "Stochastic Dominance Rules for Product Portfolio Analysis." TIMS Studies in the Management Sciences 18 (1982): 161-183. <http://dl.dropbox.com/u/9686940/windj/8201_Stochastic_Dominance_Rules_for_Product.pdf>

8*.   Harshman, Richard A., Paul E. Green, Yoram Wind, and Margaret E. Lundy. "A Model for the Analysis of Asymmetric Data in Marketing Research." Marketing Science 1.2 (Spring 1982): 205-242. <http://dl.dropbox.com/u/9686940/windj/8202_A_Model_for_the_Analysis.pdf>.

9*.   Wind, Yoram, Vijay Mahajan, and Donald J. Swire. "An Empirical Comparison of Standardized Portfolio Models." Journal of Marketing 47 (Spring 1983): 89-99. [B] Based on paper presented at the Conference on Analytical Approaches to Product and Marketing Planning, 1981 <http://dl.dropbox.com/u/9686940/windj/8308_An_Empirical_Comparison_of_Standardized.pdf>

10*.  Cardozo, Richard N., and Jerry Wind. "Risk Return Approach to Product Portfolio Strategy." Long Range Planning 18.2 (1985): 77-85. <http://dl.dropbox.com/u/9686940/windj/8501_Risk_Return_Approach_to_Product.pdf>.

11.   Mahajan, Vijay, and Jerry Wind. "Integrating Financial Portfolio Analysis with Product Portfolio Models." Strategic Marketing and Management. Eds. H. Thomas and D. Gardner. New York: John Wiley & Sons Ltd., 1985: 193-212. <http://dl.dropbox.com/u/9686940/windj/8502_Integrating_Financial_Portfolio_Analysis_with.pdf>

12.   Wind, Yoram, and Vijay Mahajan. "Corporate Growth Through Synergy: Concept, Measurement & Applications." Wharton School Working Paper, Aug. 1985. <http://dl.dropbox.com/u/9686940/windj/8503_Corporate_Growth_Through_Synergy_Concept.pdf>

13*.  Mahajan, Vijay, and Yoram Wind. "Business Synergy Does Not Always Pay Off." Long Range Planning 21.1 (Feb. 1988): 59-65. <http://dl.dropbox.com/u/9686940/windj/8801_Business_Synergy_Does_Not_Always.pdf>.


**B.   Marketing and Business Strategy**

1.    Wind, Yoram. "A Research Program for a Marketing Guided Approach to Mergers and Acquisitions." 1979 Educators' Conference Proceedings. Eds. Neil Beckwith, et al. Chicago:

American Marketing Association, 1979. 207-256.
<http://dl.dropbox.com/u/9686940/windj/7901_A_Research_Program_for_a.pdf>.

2.  Wind, Yoram. "Marketing Oriented Strategic Planning Models." <u>Marketing Decision Models</u>.
    Eds. Randall L. Schultz and Andris A. Zoltners. New York: Elsevier, North Holland, Inc., 1981.
    207-250.
    <http://dl.dropbox.com/u/9686940/windj/8102_Marketing_Oriented_Strategic_Planning_Model
    s.pdf>.

3.  Wind, Yoram. "Marketing and the Other Business Functions." <u>Research in Marketing</u> Vol. 5
    (1981): 237-264.
    <http://dl.dropbox.com/u/9686940/windj/8103_Marketing_and_the_Other_Business.pdf>.

4*. Wind, Yoram. "Marketing and Corporate Strategy." <u>The Wharton Magazine</u> (Summer 1982):
    38-45. [B] Based on Wind, Yoram. "Marketing and Corporate Strategy: Problems and
    Perspectives." 13th Annual Albert Wesley Frey Lecture. University of Pittsburgh. 1981.
    <http://dl.dropbox.com/u/9686940/windj/8207_Marketing_and_Corporate_Strategy.pdf>.

5.  Robertson, Thomas S., and Yoram Wind. "Marketing Strategy." <u>The Strategic Management
    Handbook</u>. Ed. Kenneth J. Albert. New York: McGraw-Hill, 1983. 11-3–11-22.
    <http://dl.dropbox.com/u/9686940/windj/8207_Marketing_and_Corporate_Strategy.pdf>.

6*. Wind, Yoram, and Thomas S. Robertson. "Marketing Strategy: New Directions for Theory and
    Research." <u>Journal of Marketing</u> 47 (Spring 1983): 12-25.
    <http://dl.dropbox.com/u/9686940/windj/8302_Marketing_Strategy_New_Direction_for.pdf>.

7.  Wind, Yoram (Jerry). "Marketing for Top Executives: Problems and Prospects," Wharton
    School Working Paper, 1985.

8.  Wind, Yoram. "Models for Marketing Planning and Decision Making." <u>Handbook of Modern
    Marketing</u>. 2nd ed. Ed. Victor P. Buell. New York: McGraw-Hill, Feb. 1986. 49-1–49-12.
    <http://dl.dropbox.com/u/9686940/windj/8601_Models_for_Marketing_Planning_and.PDF>.

9.  Wind, Jerry. "Effective Competitive Strategies: A Marketing Perspective." Address at the
    Securities Industry Association Regional Conference on Achieving Excellence in Management,
    Chicago, March 26, 1986: 62-80.
    <http://dl.dropbox.com/u/9686940/windj/8602_Effective_Competitive_Strategies_A_Marketing.
    pdf>.

10. Wind, Jerry. "Expanding the Role of the Board of Directors." Wharton School Working Paper,
    May 1986.  <http://dl.dropbox.com/u/9686940/windj/8605_Expanding_the_Role_of_the.pdfz>

11*. Wind, Y. "An Analytic Hierarchy Process Based Approach to the Design and Evaluation of a
    Marketing Driven Business and Corporate Strategy." <u>Mathematical Modeling</u> 9.3-5 (1987):
    285-291.
    <http://dl.dropbox.com/u/9686940/windj/8702_An_Analytic_Hierarchy_Process_Based.pdf>.

12*. Wind, Yoram. "Financial Services: Increasing Your Marketing Productivity and Profitability."
    <u>The Journal of Services Marketing</u> 1.2 (Fall 1987): 5-18.
    <http://dl.dropbox.com/u/9686940/windj/8703_Financial_Services_Increasing_Your_Marketing
    .pdf>.

13. Dunn, Elizabeth F., and Jerry Wind. "Analytic Hierarchy Process for Generation and Evaluation
    of Marketing Mix Strategies." <u>Contemporary Views on Marketing Practice</u>. Eds. Gary L. Frazier
    and Jagdish N. Sheth. Lexington, MA: Lexington Books, Dec. 1987. 111-131.
    <http://dl.dropbox.com/u/9686940/windj/8701_Analytic_Hierarchy_Process_for_Generation.pd
    f>.

* = Article published in refereed journal

14.   Wind, Jerry. "A Marketing Perspective for Competitive Strategy." <u>Handbook of Business Strategy: 1988/1989 Yearbook.</u> Ed. Harold E. Glass. Boston: Warren, Gorham & Lamont, 1988. 17–1–17–25. [B] Based on paper presented at the International Conference on Competitive Analysis, Groningen, Netherlands, Oct. 1986.
      <http://dl.dropbox.com/u/9686940/windj/8807_A_Marketing_Perspective_for_Competitive.pdf>

15.   Wind, Yoram (Jerry). "Targeting Global Markets: Guidelines to Meet the Marketing Challenge." <u>Directions.</u> Atlanta, GA: Contel Corporation, 1989. 20-23.
      <http://dl.dropbox.com/u/9686940/windj/8901_Targeting_Global_Markets_Guidelines_to.pdf>.

16*.  Day, Diana L., John U. Farley, and Jerry Wind. "New Perspectives on Strategy Research: A View from the Management Sciences." <u>Management Science</u> 36.10 (Oct. 1990).
      <http://dl.dropbox.com/u/9686940/windj/9001_New_Perspectives_on_Strategy_Research.pdf>

17.   Wind, Yoram (Jerry). "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing." <u>Proceedings of the RGK Foundation 4th International Conference on Creative and Innovative Management.</u> 1993.
      < https://dl.dropbox.com/u/94339855/B.17-Inducing%20Creativity%20and%20Innovation%20in%20Large.pdf>

18.   Rangaswamy, Arvind, and Jerry Wind. "Don't Walk In, Just Log In! Electronic Markets and What They Mean for Marketing." Wharton School Working Paper, Dec. 1994.
      <http://dl.dropbox.com/u/9686940/windj/9401.Dont.Walk.In.Just.Log.In.pdf>

19.   Wind, Yoram (Jerry). "Growth Strategies." Wharton School Working Paper, 1996.

20.   Wind, Jerry. "Preemptive Strategies." <u>Wharton on Dynamic Competitive Stratetgy.</u> Eds. George S. Day and David L. Reibstein. New York: John Wiley & Sons, Inc., 1997. 256-276.
      < http://dl.dropbox.com/u/9686940/windj/9701_Preemptive_Strategies.pdf>.

21.   Wind, Yoram (Jerry). "Segmentation: Accomplishments, Issues and Challenges of the Global Information Age." <u>Proceedings of the 14th Paul D. Converse Symposium.</u> Eds. James D. Hess and Kent B. Monroe. Chicago: American Marketing Association, 1998. 130-150.
      <http://dl.dropbox.com/u/9686940/windj/9801_Segmentation_Accomplishments_Issues_and_Challenges.pdf>.

22.   Wind, Jerry. "Marketing Strategy in the Global Information Age." <u>Mastering Marketing.</u> Eds. Financial Times, in association with INSEAD, Kellogg, LBS, and Wharton. London: Pearson Education, 1999. 131-150.
      <http://dl.dropbox.com/u/9686940/windj/9901_Marketing_Strategy_in_the_Global.pdf>.

23*.  Wind, Jerry, and Vijay Mahajan. "The Challenge of Digital Marketing." <u>Digital Marketing.</u> Eds. Jerry Wind and Vijay Mahajan. New York: John Wiley & Sons, Inc., 2001. [B] Modified version published as Wind, Jerry, and Vijay Mahajan. "Digital Marketing." <u>European Business Forum</u> 1.1 (Spring 2000): 20-27.
      http://dl.dropbox.com/u/9686940/windj/0004_The_Challenge_of_Digital_Marketing.pdf

24*.  Wind, Jerry, and Arvind Rangaswamy. "Customerization: The Next Revolution in Mass Customization." <u>Journal of Interactive Marketing</u> 11.1 (Winter 2001): 13-32. [B] Reprinted as <i>Marketing Science Institute</i> working paper, 2000. [C] Summarized as "Customerization: Marketing Driven by the Consumer." <u>Insight from MSI</u> (2000). [D] Reprinted in <u>Pulses</u> (Oct. 2000) (publication of the Singapore Exchange).
      <http://dl.dropbox.com/u/9686940/windj/0104_Customerization_The_Next_Revolution_in.pdf>.

25*.  Wind, Yoram (Jerry). "The Challenge of 'Customerization' in Financial Services." <u>Communications of the ACM</u> 44.6 (June 2001): 39-44.
      <http://dl.dropbox.com/u/9686940/windj/0101_The_Challenge_of_Customerization_in.pdf>.

* = Article published in refereed journal

26*.   Mahajan, Vijay, Raji Srinivasan, and Jerry Wind. "The Dot.com Retail Failures of 2000: Were There Any Winners?" <u>Journal of the Academy of Marketing Science</u> 30.4 (2002): 474-486. <http://dl.dropbox.com/u/9686940/windj/0201_The_Dot.com_Retail_Failures_of.pdf>.

27.   Amit, Raffi, Cohen, Morris, Wunram, Jurgen, and Yoram Wind. "Winning the Digital Transformation Race." Wharton School Working Paper, Oct. 2002.

28*.   Wind, Yoram (Jerry). "Marketing as an Engine of Business Growth: A Cross-Functional Perspective." <u>The Journal of Business Research</u> 58 (2005): 863-873. <http://dl.dropbox.com/u/9686940/windj/0501_Marketing_as_an_Engine_of.pdf>.

29*.   West, Jr., Alfred P., and Yoram (Jerry) Wind. "Putting the Organization on Wheels: How SEI Uses Workplace Design and Art to Create a Corporate Culture that Drives Innovation and Growth." <u>California Management Review</u>. 49.2 (2007): 138-153. <http://dl.dropbox.com/u/9686940/windj/0701_Putting_the_Organization_on_Wheels.pdf>.

30.   Wind, Jerry and David Bell. "Market Segmentation." <u>The Marketing Book</u> (Sixth Edition). Butterworth Heinemann, November 2007. < http://dl.dropbox.com/u/9686940/windj/0702_Market_Segmentation.pdf>.

31*.   Wind, Jerry, Louis Capozzi, and Monita Buchwald. "Beyond Stretch Objectives: Stretch the Thinking, Strategy and Organisational Design." <u>Strategic Innovators</u> (May-July 2008): 8-17. <http://dl.dropbox.com/u/9686940/windj/0801_Beyond_Stretch_Objectives_Stretch_the.pdf>.

32*.   Wind, Yoram (Jerry). "A Plan to Invent the Marketing We Need *Today*," <u>MIT Sloan Management Review</u>, June 2008.  [B] Excerpted from the 2007 Buck Weaver Award paper "Rigor and Relevance: A Key Marketing Challenge," the full award paper is available online at http://sloanreview.mit.edu.

33*.   Wind, Jerry. "Rethinking Marketing: Peter Drucker's Challenge," <u>Journal of the Academy of Marketing Science</u> 37 (2009): 28-34. <http://dl.dropbox.com/u/9686940/windj/0901_Rethinking_Marketing_Peter_Druckers_Challenge.pdf>

34.   Rappaport, Stephen, Jerry Wind, Howard Moskowitz, and Batool Batalvi "Brand Profitability and Social Impact: Mindsets, Money and Doing Good," Wharton School Working Paper, 2013. https://dl.dropbox.com/s/vwpunu2gkuihr94/1309_Brand_Profitability_and_Social_Impact.pdf

35.   Wind, Yoram.  "Towards a New Marketing Paradigm."  Moutinho, L., E. Bigné, A. Manrai (Eds.) Chapter 1. Routledge Companion Future of  Marketing, Forthcoming 2013. https://dl.dropbox.com/s/5vlnvcl8k2jsgv3/1310_Towards_a_New_Marketing_Paradigm.pdf

**C.   Marketing and Product Strategy**

1*.   Knight, Kenneth E., and Yoram Wind. "Innovation in Marketing: An Organizational Behavior Perspective." <u>California Management Review</u> 11 (Fall 1968): 67-78. <http://dl.dropbox.com/u/9686940/windj/6801_Innovation_in_Marketing_An_Organizational.pdf>.

2*.   Wind, Yoram, Bent Stidsen, and Kenneth E. Knight. "Management and Change." <u>Manpower and Applied Psychology</u> 2.2 (Winter 1968): 38-46. <http://dl.dropbox.com/u/9686940/windj/6802_Management_and_Change.pdf>.

3.   Schutte, Thomas F., and Yoram Wind. "The Marketing Concept Revisited: A Decade Recap of Its Development and Meaning." Wharton School Working Paper, Jan. 1968. <http://dl.dropbox.com/u/9686940/windj/6803_The_Marketing_Concept_Revisited_A.pdf>

* = Article published in refereed journal

4*.  Wind, Yoram. "A Marketing Approach to the Salesman Function." Organization and Administration (Hebrew) 15 (Sept. 1969): 26-33. <http://dl.dropbox.com/u/9686940/windj/6902_A_Marketing_Approach_to_the.pdf>.

5*.  Wind, Yoram. "Innovation as Marketing Orientation." Business Economics (Hebrew) 36 (Dec. 1969): 5-11. <http://dl.dropbox.com/u/9686940/windj/6901_Innovation_as_Marketing_Orientation.pdf>.

6*.  Wind, Yoram. "The Step Children of Marketing: Organizational and International Customers." The Wharton Quarterly 7 (Fall 1972): 43-46. <http://dl.dropbox.com/u/9686940/windj/7201_The_Step_Children_of_Marketing.pdf>.

7.   Wind, Yoram. "A Note on the Operationalization of the Product Life Cycle Concept." Wharton School Working Paper, Jan. 1975. <http://dl.dropbox.com/u/9686940/windj/7501_A_Note_on_the_Operationalization.pdf>

8.   Cacchione, Jr., Frank J., Dan Gross, and Yoram Wind. "Consumer Attitudes as Guidelines for the Evaluation of a New Distribution System." Moving Ahead With Attitude Research. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 139-143. <http://dl.dropbox.com/u/9686940/windj/7701_Consumer_Attitudes_as_Guidelines_for.pdf>.

9.   Wind, Yoram, and Tyzoon Tyebjee. "On the Use of Attitude Research in Product Policy." Moving Ahead With Attitude Research. Eds. Jerry Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 147-156 <http://dl.dropbox.com/u/9686940/windj/7702_On_the_Use_of_Attitude.pdf>

10.  Wind, Yoram. "The Perception of a Firm's Competitive Position." Behavioral Models for Market Analysis: Foundations for Marketing Action. Eds. Francesco M. Nicosia and Yoram Wind. Hinsdale, IL: The Dryden Press, 1977. 163-181. <http://dl.dropbox.com/u/9686940/windj/7703_The_Perception_of_a_Firm's.pdf>.

11*. Wind, Jerry. "Toward a Change in the Focus of Marketing Analysis: From a Single Brand to an Assortment." Journal of Marketing 41.4 (Oct. 1977): 12+143. <http://dl.dropbox.com/u/9686940/windj/7704_Toward_a_Change_in_the.pdf>.

12.  Wind, Yoram, and Peter T. FitzRoy. "On the Multidimensionality of Market Share." Wharton School Working Paper, Apr. 1979. <http://dl.dropbox.com/u/9686940/windj/7902_On_the_Multidimensionality_of_Market.pdf>.

13.  Wind, Yoram. "Product-Marketing Planning Models: Concepts, Techniques, and Needed Development." Analytic Approaches to Product and Marketing Planning. Ed. Allan D. Shocker. Cambridge, MA: Marketing Science Institute, 1979. 39-66. <http://dl.dropbox.com/u/9686940/windj/7903_Product_Marketing_Planning_Models_Concepts.pdf>.

14*. Wind, Yoram. "Going to Market: New Twists for Some Old Tricks." The Wharton Magazine 4 (Spring 1980): 34-39. [B] Based on Wind, Yoram. "Product Positioning and Market Segmentation Marketing and Corporate Perspectives." Wharton School Working Paper, 1979. <http://dl.dropbox.com/u/9686940/windj/8007_Going_to_Market_New_Twists.pdf>.

15*. Wind, Yoram, and Vijay Mahajan. "Market Share: Concepts, Findings, and Directions for Future Research." Review of Marketing 1981. Eds. Ben M. Enis and Kenneth J. Roering. Chicago: American Marketing Association, 1981. 31-42. <http://dl.dropbox.com/u/9686940/windj/8104_Market_Share_Concepts_Findings_and.pdf>.

* = Article published in refereed journal

16. Wind, Jerry. "The Contribution of Research to Product Management and New Product Development." Keynote Address at the 36th ESOMAR Congress, Barcelona, Spain, Aug. 1983. <http://dl.dropbox.com/u/9686940/windj/8303_The_Contribution_of_Research_to.pdf>.

17*. Wind, Yoram. "Significant Issues for the Future: Some Additional Perspectives - The Required Breakthrough." Journal of Product Innovation Management 2 (1984):129-132. <http://dl.dropbox.com/u/9686940/windj/8401_Significant_Issues_for_the_Future.pdf>.

18. Wind, Jerry. "The Marketing Challenge." Charles Coolidge Parlin Award Acceptance Speech. Philadelphia, 1985. [B] Wharton School Working Paper, 1985. [C] Excerpts appeared in The Marketing News Aug. 1985. <http://dl.dropbox.com/u/9686940/windj/8508_The_Marketing_Challenge.pdf>.

19*. Wind, Jerry, and Vijay Mahajan. "Marketing Hype: A New Perspective for New Product Research and Introduction." Journal of Product Innovation Management 4 (1987): 43-39. <http://dl.dropbox.com/u/9686940/windj/8704_Marketing_Hype_A_New_Perspective.pdf>.

20. Wind, Yoram, and Vijay Mahajan. "New Product Development Process: A Perspective for Reexamination." Journal of Product Innovation Management 5 (1988): 304-310. [B] IEEE Engineering Management Review 18.1(March 1990): 52-58. <http://dl.dropbox.com/u/9686940/windj/8808_New_Product_Development_Process_A.pdf>.

21. Wind, Yoram J., and Douglas E. Hill. "Salespeople as Marketing Strategists." Wharton School Working Paper, Aug. 1988. <http://dl.dropbox.com/u/9686940/windj/C22_Salespeople%20as%20Marketing%20Strategists_Aug%201988.pdf>

22. Wind, Yoram (Jerry). "Innovative Distribution: The Neglected Dimension in Business Strategy," Wharton School Working Paper, August 1988.

23. Wind, Yoram J. "Positioning Analysis and Strategy." The Interface of Marketing and Strategy. Eds. George Day, Barton Weitz and Robin Wensley. Greenwich, CT: JAI Press, Pct. 1990. 387-412. <http://dl.dropbox.com/u/9686940/windj/9002_Positioning_Analysis_and_Strategy.pdf>.

24*. Wind, Jerry. "Getting a Read on Market-Defined 'Value'" Journal of Pricing Management 1.1 (Winter 1990): 5-14. <http://dl.dropbox.com/u/9686940/windj/9003_Getting_a_Read_on_Market.pdf>.

25. Wind, Yoram. "A New Approach to the Determination and Allocation of the R&D Budget." Wharton Working Paper, Feb. 1990. <http://dl.dropbox.com/u/9686940/windj/9004_A_New_Approach_to_the.pdf>

27. Lee, HoonYoung, Jerry Wind, and Raymond R. Burke. "A New Approach for Screening New Product and Service Concepts: Application to Financial Services." Wharton School Working Paper, August 1992. <http://dl.dropbox.com/u/9686940/windj/9201_A_New_Approach_for_Screening.pdf>

28. Katahira, Hotaka, Makoto Mizuno, and Yoram Wind. "New Product Success in the Japanese Consumer Goods Market." Wharton School Working Paper, Apr. 1994. <http://dl.dropbox.com/u/9686940/windj/9402_New_Product_Success_in_the.pdf>

29*. Bass, Frank M., and Jerry Wind. "Introduction to the Special Issue: Empirical Generalizations in Marketing." Marketing Science 14.3.2 (1995): G1-G5. <http://dl.dropbox.com/u/9686940/windj/9501_Introduction_to_the_Special_Issue.pdf>.

30. Wind, Yoram. "Creativity and Innovation: The Management Edge." The First Annual Zoltan Wind Lecture, Herzliya, Israel, May 1996. IDC's Zoltan Wind Lecture Series.

* = Article published in refereed journal

<<http://dl.dropbox.com/u/9686940/windj/9602_Creativity_and_Innovation_The_Management.pdf>>.

31*.  Wind, Jerry, and Vijay Mahajan. "Issues and Opportunities in New Product Development: An Introduction to the Special Issue." Journal of Marketing Research 34 (Feb. 1997): 1-12. <http://dl.dropbox.com/u/9686940/windj/9702_Issues_and_Opportunities_in_New.pdf>.

32.  Wind, Yoram, Nifssen, Ed, and Berend Wierenga. "Innovation as a Determinant of Firms' Financial Performance: The View of the Financial Analyst." Wharton School Working Paper.

33*.  Mahajan, Vijay, and Yoram (Jerry) Wind. "Got Emotional Product Positioning? There's More to Positioning Than Just Features and Benefits." Marketing Management 11.3 (May/June 2002): 36-41. <http://dl.dropbox.com/u/9686940/windj/0203_Got_Emotional_Product_Positioning_Theres.pdf>

34.  Wind, Yoram (Jerry), and Abba Kreiger. "Beyond Product Substitution: The Impact of Satellite Radio on Sale of CDs and Music Downloads," Working Paper. 2008. <http://dl.dropbox.com/u/9686940/windj/0805_Beyond_Product_Substitution_The_Impact.pdf>

35.  Roberts, John, Alvin Silk, Glen Urban and Jerry Wind. "Kotler on Strategic Marketing." Glen Urban (Ed) Kotler on Strategic Marketing Sage Publications, 2010. < https://dl.dropbox.com/u/94339855/C.35%20Kotler%20on%20Strategic%20Marketing.pdf>

36*.  Wind, Yoram.  "Roger Layton's Contributions to Marketing."  Astralasian Marketing Journal (2012) <http://dx.doi.org/10.1016/j.ausmj.2012.05.006>.

**D.  Research on Industrial Buying Behavior**

1.  Wind, Yoram. "Integrating Attitude Measures in a Study of Industrial Buying Behavior." Attitude Research on the Rocks. Eds. Lee Adler and Irving Crespi. Chicago: American Marketing Association, 1968. 58-77. <http://dl.dropbox.com/u/9686940/windj/6806_Integrating_Attitude_Measures_in_a.pdf>.

2*.  Wind, Yoram. "Applying the Behavioral Theory of the Firm to Industrial Buying Decisions." The Economic and Business Bulletin 20.3 (Spring 1968): 22-28. <http://dl.dropbox.com/u/9686940/windj/6805_Applying_the_Behavioral_Theory_of.pdf>.

3.  Wind, Yoram. "Mathematical Analysis of Perception and Preference for Industrial Marketing." A New Measure of Responsibility for Marketing. Eds. K. Cox and B. M. Enis. Chicago: American Marketing Association, June 1968. 284-294. <http://dl.dropbox.com/u/9686940/windj/6807_Mathematical_Analysis_of_Perception_and.pdf

4.  Robinson, Patrick J., and Yoram Wind. "Generalized Simulation of the Industrial Buying Process." Marketing Science Institute Working Paper P-46-2, July 1968. <http://dl.dropbox.com/u/9686940/windj/6808_Generalized_Simulation_of_the_Industrial.pdf>

5.  Wind, Yoram, and Patrick J. Robinson. "Simulating the Industrial Buying Process." Marketing and the New Science of Planning. Ed. R. L. King. Chicago: American Marketing Association, Aug. 1968. 441-448. <http://dl.dropbox.com/u/9686940/windj/6809_Simulating_the_Industrial_Buying_Process.pdf>

6*.  Wind, Yoram, Paul E. Green, and Patrick J. Robinson. "The Determinants of Vendor Selection: The Evaluation Function Approach." Journal of Purchasing 4 (Aug. 1968): 29-41. <http://dl.dropbox.com/u/9686940/windj/6804_The_Determinants_of_Vendor_Selection.pdf>.

7*.  Robinson, Patrick J., and Yoram Wind. "Computer Simulation - Marketing Management Tool."

Computer Operations 3 (Jan. - Feb. 1969): 42-27.
<http://dl.dropbox.com/u/9686940/windj/6903_Computer_Simulation_Marketing_Management
_Tool.pdf>.

8*.  Wind, Yoram. "Industrial Source Loyalty." Journal of Marketing Research 7 (Nov. 1970): 450-457.
<http://dl.dropbox.com/u/9686940/windj/7001_Industrial_Source_Loyalty.pdf>.

9.   Wind, Yoram. "A Reward-Balance Model of Buying Behavior in Organizations." New Essays in
Marketing Theory. Ed. George Fisk. Boston: Allyn & Bacon, 1971. 206-217.
<http://dl.dropbox.com/u/9686940/windj/7101_A_Rd_Balanced_Model_of.pdf>.

10.  Wind, Yoram and Richard Cardozo. "Industrial Marketing Research." Paper presented at the
AMA Workshop on Industrial Buying Behavior, Berkeley, CA, Apr. 1971.
https://dl.dropboxusercontent.com/u/94339855/7407_Industrial_Marketing_Segmentation.pdf

11*.  Wind, Yoram, and Frederick E. Webster, Jr. "On the Study of Industrial Buying Behavior:
Current Practices and Future Trends." Industrial Marketing Management 4 (1972): 411-416.
<http://dl.dropbox.com/u/9686940/windj/7202_On_the_Study_of_Industrial.pdf>.

12*.  Webster, Jr., Frederick E., and Yoram Wind. "A General Model for Understanding
Organizational Buying Behavior." Journal of Marketing 36 (Apr. 1972): 12-19. [B] Reprinted in
Marketing Management 4.4 (Winter/Spring 1996) 52-57.
<http://dl.dropbox.com/u/9686940/windj/7215_A_General_Model_for_Understanding.pdf>.

13*.  Wind, Yoram, and Frederick E. Websiter, Jr. "Industrial Buying as Organizational Behavior: A
Guideline for Research Strategy." Journal of Purchasing 8.3 (Aug. 1972): 5-16.
<http://dl.dropbox.com/u/9686940/windj/7203_Industrial_Buying_as_Organizational_Behavior.
pdf>.

14.  Wind, Yoram, and Elmer Lotshaw. "The Industrial Customer." Marketing Manager's Handbook.
Ed. Steuart Henderson Britt. Chicago: The Dartnell Corporation, 1973. 781-792.
<http://dl.dropbox.com/u/9686940/windj/7302_The_Industrial_Customer.pdf>.

15.  Wind, Yoram. "Recent Approaches to the Study of Organizational Buying Behavior."
Increasing Marketing Productivity. Ed. T. V. Greer. Chicago: American Marketing Association,
Apr. 1973. 203-206.
<http://dl.dropbox.com/u/9686940/windj/7303_Recent_Approaches_to_the_Study.pdf>.

16*.  Wind, Yoram, and Richard Cardozo. "Industrial Market Segmentation." Industrial Marketing
Management 3 (1974): 153-166. [B] Reprinted as Wind, Yoram, and Richard Cardozo. "La
Segmentation des Marchés Industriels." Encyclopedie du Marketing: Volume I. Ed. Christian
Pinson. Paris: Editions Techniques, June 1977. 1-10.
<http://dl.dropbox.com/u/9686940/windj/7407_Industrial_Marketing_Segmentation.pdf>.

17*.  Nicosia, Francesco M., and Yoram Wind. "Emerging Models of Organizational Buying
Processes." Industrial Marketing Management 6 (1977): 353-369. [B] Also appeared in Eds.
Francesco Nicosia and Yoram Wind. Behavioral Models of Market Analysis: Foundations for
Marketing Action. Hinsdale, IL: The Dryden Press, 1977. 96-120. [C] Translated and reprinted
in Italian as "Modelli emergenti di acquisto nelle organizzazioni." Sviluppo & Organizzazione.
Nov.-Dec. 1978: 51-70.
<http://dl.dropbox.com/u/9686940/windj/7714_Emerging_Models_of_Organizational_Buying.p
df>.

18.  Wind, Yoram. "Information Requirements on Buying and Usage of STI Services." Current
Research on Scientific and Technical Information Transfer. New York: J. Norton Publishers,
1977.
<http://dl.dropbox.com/u/9686940/windj/7705_Information_Requirements_on_Buying_and.pdf

19.   Wind, Yoram. "Organizational Buying Center: A Research Agenda." <u>Organizational Buying Behavior</u>. Eds. Thomas V. Bonoma and Gerald Zaltman. Chicago: American Marketing Association, 1978. 67-76.
<http://dl.dropbox.com/u/9686940/windj/7803_Organizationl_Buying_Center_A_Research.pdf>

20*.   Wind, Yoram. "Organizational Buying Behavior." <u>Annual Review of Marketing</u>. Eds. Gerald Zaltman and Thomas Bonoma. Chicago: American Marketing Association, 1978. 160-193.
<http://dl.dropbox.com/u/9686940/windj/7804_Organizational_Buying_Behavior.pdf>.

21*.   Wind, Yoram. "The Boundaries of Buying Decision Centers." <u>Journal of Purchasing and Materials Management</u> 14 (Summer 1978): 23-29.
<http://dl.dropbox.com/u/9686940/windj/7802_The_Boundaries_of_Buying_Decision.pdf>.

22*.   Wind, Yoram, John F. Grashof, and Joel D. Goldhar. "Market-Based Guidelines for Design of Industrial Products." <u>Journal of Marketing</u> 24 (July 1978): 27-37.
<http://dl.dropbox.com/u/9686940/windj/7801_Market_Based_Guidelines_for_Design.pdf>.

23.   Wind, Yoram, and Robert Thomas. "Problems and Prospects in the Segmentation of the STI Market." <u>Marketing Scientific and Technical Information</u>. Eds. William R. King and Gerald Zaltman. Boulder, CO: Westview Press, 1979. 67-76.
<http://dl.dropbox.com/u/9686940/windj/7904_Problems_and_Prospects_in_the.pdf>.

24.   Wind, Yoram. "Industrial Market Segmentation Under Conditions of Intra-Organizational Heterogeneity." <u>Advances in Organizational Buying Behavior</u>. Eds. Yoram Wind and Robert Thomas. Washington, D.C.: National Science Foundation, 1979.
<http://dl.dropbox.com/u/9686940/windj/7905_Industrial_Market_Segmentation_Under_Conditions.pdf>.

25*.   Wind, Yoram, and Robert J. Thomas. "Conceptual and Methodological Issues in Organisational Buying Behaviour." <u>European Journal of Marketing</u> 14.5/6 (1980): 239-263.
<http://dl.dropbox.com/u/9686940/windj/8004_Conceptual_and_Methodological_Issues_in.pdf

26*.   Robertson, Thomas S., and Yoram Wind. "Organizational Psychographics and Innovativeness." <u>Journal of Consumer Research</u> 7 (June 1980): 24-31.
<http://dl.dropbox.com/u/9686940/windj/8003_Organizational_Pyschographics_and_Innovativeness.pdf>.

27.   Grashof, John F., and Yoram Wind. "Marketing Research in the Design of STI Systems: A Case Study." <u>Information Services: Economics, Management, and Technology</u>. Eds. Robert M. Mason and John E. Creps, Jr. Boulder, CO: Westview Press, 1981. 73-84.
<http://dl.dropbox.com/u/9686940/windj/8105_Marketing_Research_in_the_Design.pdf>.

28*.   Wind, Yoram, and Thomas S. Robertson. "The Linking Pin Role in Organizational Buying Centers." <u>Journal of Business Research</u> 10.2 (1981): 169-184.
<http://dl.dropbox.com/u/9686940/windj/8106_The_Linking_Pin_Role_in.pdf>.

29.   Thomas, Robert J., and Yoram Wind. "Toward Empirical Generalizations on Industrial Market Segmentation." <u>Issues in Industrial Marketing: A View to the Future</u>. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1982. 1-19.
<http://dl.dropbox.com/u/9686940/windj/8203_Toward_Empirical_Generalizations_on_Industrial.pdf>.

30*.   Robertson, Thomas S., and Yoram Wind. "Organizational Cosmopolitanism and Innovativeness." <u>Academy of Management Journal</u> 26.2 (June 1983): 332-338.
<http://dl.dropbox.com/u/9686940/windj/8304_Organizational_Cosmopolitanism_and_Innovativeness.pdf>.

* = Article published in refereed journal

31*.   Richardson, Douglas K., Steven G. Gabbe, and Yoram Wind. "Decision Analysis of High-Risk Patient Referral." <u>Obstetrics & Gynecology</u> 63.4 (Apr. 1984): 496-501. <[http://dl.dropbox.com/u/9686940/windj/8402_Decision_Analysis_of_High_Risk.pdf](http://dl.dropbox.com/u/9686940/windj/8402_Decision_Analysis_of_High_Risk.pdf)>.

32.    Thomas, Robert J., and Yoram Wind. "The Changing Industrial Market: Implications for Research." <u>A Strategic Approach to Business Marketing</u>. Eds. Robert E. Spekman and David T. Wilson. Chicago: American Marketing Association, 1985. 67-78. <[http://dl.dropbox.com/u/9686940/windj/8505_The_Changing_Industrial_Market_Implications.pdf](http://dl.dropbox.com/u/9686940/windj/8505_The_Changing_Industrial_Market_Implications.pdf)>.

33.    Wind, Yoram, and Robert J. Thomas. "Strategy-Driven Industrial Marketing Research." <u>Annual Review of Marketing</u>. Ed. V. Zeithaml. Chicago: American Marketing Association, 1991. 411-454. <[http://dl.dropbox.com/u/9686940/windj/9101_Strategy_Driven_Industrial_Marketing_Research.pdf](http://dl.dropbox.com/u/9686940/windj/9101_Strategy_Driven_Industrial_Marketing_Research.pdf)>.

34.    Wind, Yoram, and Robert J. Thomas. "Segmenting Industrial Markets." <u>Advances in Business Marketing and Purchasing</u>. Ed. Arch G. Woodside. Greenwich, CT: JAI Press, 1994. 59-82. <[http://dl.dropbox.com/u/9686940/windj/9405_Segmenting_Industrial_Markets.pdf](http://dl.dropbox.com/u/9686940/windj/9405_Segmenting_Industrial_Markets.pdf)>.

35.    Wind, Yoram, and Robert J. Thomas. "The BuyGrid Model: 30 Years Later." Wharton School Working Paper, 1998. <[http://dl.dropbox.com/u/9686940/windj/9802_The_BuyGrid_Model_30_Years.pdf](http://dl.dropbox.com/u/9686940/windj/9802_The_BuyGrid_Model_30_Years.pdf)>

36*.   Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" <u>Rotman Magazine</u>, Spring 2008 Pages 62-68. [B]| Excerpted from Wind, Yoram (Jerry). "Blurring the Lines: Is There a Need to Rethink Industrial Marketing?" <u>Journal of Business and Industrial Marketing</u>, 21.7 (2007): 474-481. <[http://dl.dropbox.com/u/9686940/windj/0705_Blurring_the_Lines_Is_There.pdf](http://dl.dropbox.com/u/9686940/windj/0705_Blurring_the_Lines_Is_There.pdf)>

37.    Wind, Yoram, and Thomas, Robert J. "Organizational Buying Behavior in an Interdependent World." <u>Journal of Global Academy of Marketing Science (JGAMS).</u> June 2010. <[http://dl.dropbox.com/u/9686940/windj/1004_Organizational_Buying_Behavior_In_An_Interdependent.pdf](http://dl.dropbox.com/u/9686940/windj/1004_Organizational_Buying_Behavior_In_An_Interdependent.pdf)>

**E.  Research on Consumer Behavior**

1.     Wind, Yoram. "Incongruency of Socioeconomic Variables and Buying Behavior." <u>Marketing Involvement in Society and the Economy</u>. Ed. P. R. McDonald. Chicago: American Marketing Association, Aug. 1969. 362-367. <[http://dl.dropbox.com/u/9686940/windj/6905_Incongruency_of_Socioeconomic_Variables_and.pdf](http://dl.dropbox.com/u/9686940/windj/6905_Incongruency_of_Socioeconomic_Variables_and.pdf)>.

2*.    Wind, Yoram, and Ronald E. Frank. "Interproduct Household Loyalty to Brands." <u>Journal of Marketing Research</u> 6 (Nov. 1969): 435-435. <[http://dl.dropbox.com/u/9686940/windj/6904_Interproduct_Household_Loyalty_to_Brands.pdf](http://dl.dropbox.com/u/9686940/windj/6904_Interproduct_Household_Loyalty_to_Brands.pdf)>

3*.    Wind, Yoram. "Models of Customer Behavior." <u>Organization and Administration</u> (Hebrew) 16 (May 1970) 3-13. <[http://dl.dropbox.com/u/9686940/windj/7002_Models_of_Consumer_Behavior.pdf](http://dl.dropbox.com/u/9686940/windj/7002_Models_of_Consumer_Behavior.pdf)>.

4.     Wind, Yoram (Jerry). "The Application of Multidimensional Scaling in Segmentation Research." Paper presented at the First Annual Meeting of the Association for Consumer Research, Amherst, MA, Aug. 1970.

5.     Green, Paul E., and Yoram Wind. "Prediction Experiments Utilizing Perceptual and Preference Judgments." Paper presented at the Second Annual Meeting of the American Institute for

\* = Article published in refereed journal

Decision Sciences, Dallas, TX, Nov. 1970.
<http://dl.dropbox.com/u/9686940/windj/7004_Prediction_Experiments_Utilizing_Perceptual_and.pdf>.

6.    Douglas, Susan P., and Yoram Wind. "Intentions to Buy as Predictors of Buying Behavior." Proceedings of the Second Annual Conference of the Association for Consumer Research. Ed. David M. Gardner. Maryland: Association for Consumer Research, 1971. 331-343.
<http://dl.dropbox.com/u/9686940/windj/7104_Intentions_to_Buy_as_Predictors.pdf>.

7.    Wind, Jerry. "Life Style Analysis: A New Approach." Marketing in Motion. Ed. Fred C. Allvin. Chicago: American Marketing Association, Apr. 1971. 302-305.
<http://dl.dropbox.com/u/9686940/windj/7103_Life_Style_Analysis_A_New.pdf>.

8.    Green, Paul E., Yoram Wind, and Arun K. Jain. "Consumer Menu Preference: An Application of Additive Conjoint Measurement." Proceedings of the Third Annual Conference of the Association for Consumer Research. Ed. M. Venkatesan. Chicago: Association for Consumer Research, 1972. 304-315.
<http://dl.dropbox.com/u/9686940/windj/7208_Consumer_Menu_Preferences_An_Application.pdf>.

9*.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Analysis." Journal of Advertising Research 12.2 (Apr. 1972): 31-36.
<http://dl.dropbox.com/u/9686940/windj/7204_Benefit_Bundle_Analysis.pdf>.

10*.  Green, Paul E., Frank J. Carmone, and Yoram Wind. "Subjective Evaluation Models and Conjoint Measurement." Behavioral Science 17.3 (May 1972): 288-299.
<http://dl.dropbox.com/u/9686940/windj/7205_Subjective_Evaluation_Models_and_Conjoint.pdf>.

11*.  Green, Paul E., Yoram Wind, and Arun K. Jain. "A Note on Measurement of Social-Psychological Belief Systems." Journal of Marketing Research 9 (May 1972): 204-208.
<http://dl.dropbox.com/u/9686940/windj/7206_A_Note_on_Measurement_of.pdf>.

12.   Green, Paul E., and Yoram Wind. "Experiments in the Multidimensional Psychophysics of Taste and Semantic Descriptions." Research Design Competition of the American Psychological Association, Division 23, July 1972.
<http://dl.dropbox.com/u/9686940/windj/7207_Experiments_in_the_Multidimensional_Psychophysics.pdf>.

13.   Wind, Yoram. "On the Teaching of Consumer Behavior: A Managerial Approach." Paper presented at the American Marketing Association Conference, Houston, TX, Aug. 1972.
<http://dl.dropbox.com/u/9686940/windj/7210_On_the_Teaching_of_Consumer.pdf>.

14*.  Green, Paul E., Yoram Wind, and Arun K. Jain. "Preference Measurement of Item Collections." Journal of Marketing Research 9 (Nov. 1972): 371-377.
<http://dl.dropbox.com/u/9686940/windj/7209_Preference_Measurement_of_Item_Collections.pdf>.

15*.  Green, Paul E., Frank J. Carmone, and Yoram Wind. "Consumer Evaluation of Discount Cards." Journal of Retailing 49.1 (Spring 1973): 10-22.
<http://dl.dropbox.com/u/9686940/windj/7305_Consumer_Evaluation_of_Discount_Cards.pdf>

16*.  Green, Paul E., Yoram Wind, and Arun K. Jain. "Analyzing Free-Response Data in Marketing Research." Journal of Marketing Research 10 (Feb. 1973): 45-52.
<http://dl.dropbox.com/u/9686940/windj/7304_Analyzing_Free_Response_Data_in.pdf>.

17.   Green, Paul E., Yoram Wind, and Arun K. Jain. "Benefit Bundle Congruence." Paper presented at the Southeast AIDS Conference, 1974.

* = Article published in refereed journal

<http://dl.dropbox.com/u/9686940/windj/7402_Benefit_Bundle_Congruence.pdf>.

18. Wind, Jerry, and Paul Green. "Some Conceptual, Measurement, and Analytical Problems in Life Style Research." Life Style and Psychographics. Ed. William D. Wells. Chicago: American Marketing Association, 1974. 97-126.
<http://dl.dropbox.com/u/9686940/windj/7403_Some_Conceptual_Measurement_and_Analytic al.pdf>.

19. Green, Paul E., and Yoram Wind. "Recent Approaches to the Modeling of Individuals' Subjective Evaluations." Attitude Research Bridges the Atlantic. Ed. Philip Levine. Chicago: American Marketing Association, 1975. 123-153.
<http://dl.dropbox.com/u/9686940/windj/7504_Recent_Approaches_to_the_Modeling.pdf>.

20*. Green, Paul E., Yoram Wind, and Henry J. Claycamp. "Brand-Features Congruence Mapping." Journal of Marketing Research 12 (Aug. 1975): 306-313.
<http://dl.dropbox.com/u/9686940/windj/7502_Brand_Features_Congruence_Mapping.pdf>.

21. Wind, Yoram. "Multiperson Influence and Usage Occasions as Determinants of Brand Choice." Paper presented at the American Marketing Association Conference, Rochester, NY, Aug. 1975.
<http://dl.dropbox.com/u/9686940/windj/7506_Multiperson_Influence_and_Usage_Occasions. pdf>.

22. Wind, Yoram, and Terry C. Gleason. "Alternative Approaches to Data Collection for Attitude Measurement." Paper presented at the American Psychological Association Convention, Los Angeles, CA, Sept. 1975.
<http://dl.dropbox.com/u/9686940/windj/7505_Alternative_Approaches_to_Data_Collection.pdf

23*. Villani, Kathryn E. A., and Yoram Wind. "On the Usage of 'Modified' Personality Trait Measures in Consumer Research." Journal of Consumer Research 2 (Dec. 1975): 223-228.
<http://dl.dropbox.com/u/9686940/windj/7503_On_the_Usage_of_Modified.pdf>.

24. Wind, Yoram, and Michael DeVita. "On the Relationship Between Knowledge and Preference." Marketing: 1776-1976 and Beyond. Ed. Kenneth L. Bernhardt. Chicago: American Marketing Association, 1976. 153-157.
<http://dl.dropbox.com/u/9686940/windj/7603_On_the_Relationship_Between_Knowledge.pdf

25*. Wind, Yoram. "Preference of Relevant Others and Individual Choice Models." Journal of Consumer Marketing 3 (June 1976): 50-57.
<http://dl.dropbox.com/u/9686940/windj/7602_Preference_of_Relevant_Others_and.pdf>.

26. Wind, Yoram. "A 1975 Retrospective View of Bourne's 1957 'Group Influence in Marketing'." Classics in Consumer Behavior. Ed. Louis E. Boone. Tulsa, OK: The Petroleum Publishing Company, 1977. 225-235.
<http://dl.dropbox.com/u/9686940/windj/7706_A_1975_Retrospective_View_of.pdf>.

27. Wind, Yoram. "Brand Loyalty and Vulnerability." Consumer and Industrial Buying Behavior. Eds. Arch G. Woodside, Jagdish N. Sheth, and Peter D. Bennett. New York: Elsevier, North Holland, Inc., 1977. 313-319.
<http://dl.dropbox.com/u/9686940/windj/7707_Brand_Loyalty_and_Vulnerability.pdf>.

28. Wind, Yoram.  "Reflections on Creativity and Relevance of Consumer Research." Contemporary Marketing Thought. Eds. B. A. Greenberg and D. A. Bellenger. Chicago: American Marketing Association, 1977. 55-58.
<http://dl.dropbox.com/u/9686940/windj/7708_Reflections_on_Creativity_and_Relevance.pdf>.

29. Wind, Yoram. "Brand Choice." Selected Aspects of Consumer Behavior: A Summary from the Perspective of Different Disciplines. Ed. Robert Ferber. Washington, D.C.: U.S. Government

Printing Office, 1977. 235-258.
<http://dl.dropbox.com/u/9686940/windj/7709_Brand_Choice.pdf>.

30.   Wind, Yoram. "On the Interface Between Organizational and Consumer Buying Behavior."
Advances in Consumer Research. Eds. Kent Hunt and Ann Abor. 1978. 657-662.
<http://dl.dropbox.com/u/9686940/windj/7806_On_the_Interface_Between_Organizational.pdf.

31*.  Douglas, Susan P., and Yoram Wind. "Examining Family Role and Authority Patterns: Two
Methodological Issues." Journal of Marriage and the Family 40.1 (Feb. 1978): 35-47.
<http://dl.dropbox.com/u/9686940/windj/7810_Examining_Family_Role_and_Authority.pdf>.

32.   Nicosia, Francesco M., and Yoram Wind. "Sociology of Consumption and Trade-Off Models in
Consumer Public Policy." Research for Consumer Policy. Eds. William Michael Denney and
Robert T. Lund. Cambridge, MA: Center for Policy Alternatives, Massachusetts Institute of
Technology, 24 Mar. 1978. 141-184.
<http://dl.dropbox.com/u/9686940/windj/7805_Sociology_of_Consumption_and_Trade.pdf>.

33*.  Wind, Yoram, Joseph Denny, and Arthur Cunningham. "A Comparison of Three Brand
Evaluation Procedures." Public Opinion Quarterly 43 (Summer 1979): 261-270.
<http://dl.dropbox.com/u/9686940/windj/7906_A_Comparison_of_Three_Brand.pdf>.

34*.  Wind, Yoram, and David Lerner. "On the Measurement of Purchase Data: Surveys Versus
Purchase Diaries." Journal of Marketing Research 16 (Feb. 1979): 39-47.
<http://dl.dropbox.com/u/9686940/windj/7907_On_the_Measurement_of_Purchase.pdf>.

35*.  Wind, Yoram (Jerry), and Peter Shubs. "A Note on the Relationship Between Perceived
Problems, Severity, and Frequency of Occurrence." Journal of the Professional Marketing
Research Society 1.2 (Oct. 1981): 19-22 [B] and "On the Generalizability and Theoretical
Implications of Empirical Findings: A Reply to Comments "A Note on the Relationships
Between Perceived Problem Severity and Frequency of Occurrence," with Peter Shubs,
Journal of Professional Marketing Research, 1982.
<http://dl.dropbox.com/u/9686940/windj/8113_A_Note_on_the_Relationship.pdf>.

36.   Wind, Yoram, and Susan P. Douglas. "Comparative Consumer Research: The Next Frontier?"
Comparative Marketing Systems. Ed. Erdener Kaynak. Bradford, England: MCB Publications,
1982. 24-35.
<http://dl.dropbox.com/u/9686940/windj/8205_Comparative_Consumer_Research_The_Next.
pdf>.

37.   Fraser, Cynthia, and Yoram Wind. "Physical and Social Psychological Anxiety as Correlates of
Purchase Behavior." Wharton School Working Paper, Aug. 1982.
<http://dl.dropbox.com/u/9686940/windj/8204_Physical_and_Social_Psychological_Anxiety.pd
f >

38.   Deighton, John, Franco M. Nicosia, and Yoram Wind. "Exploration Into the Time-Money
Tradeoff: Concepts and an Application." Strategic Planning: A Thing of the Past or a Necessity
for the Future – Can Research Contribute? San Francisco: American Marketing Association,
Apr. 1983. 51-65. [B] Based in part on "A Time-Money Tradeoff (TMI) Model of Consumer
Behavior." Paper presented at the American Psychological Association Conference, Toronto,
Aug. 1978.
<http://dl.dropbox.com/u/9686940/windj/8309_Exploration_Into_the_Time_Money.pdf>.

39*.  Wind, Jerry, Paul E. Green, Douglas Shifflet, and Marsha Scarbrough. "Courtyard by Marriott:
Designing a Hotel Facility with Consumer-Based Marketing Models." Interfaces 19.1 (Jan. -
Feb. 1989): 25-47.
<http://dl.dropbox.com/u/9686940/windj/8902_Courtyard_by_Marriott_Designing_a.pdf>.

40.   Wind, Jerry, Vithala R. Rao, and Paul E. Green. "Behavioral Methods." Handbook of

Consumer Theory and Research. Eds. Thomas Robertson and Hal Kassarjian. Englewood Cliffs, NJ: Prentice Hall, 1991. 507-532.
< http://dl.dropbox.com/u/9686940/windj/9102_Behavioral_Methods.pdf>.

41.    Schmittlein, David C., and Jerry Wind. "Inferring Causality in Consumer Perception Studies in Litigation Contexts." Advances in Claim Substantiation. New York: Council of Better Business Bureaus, Inc., April 30, 1991. 161-170.
<http://dl.dropbox.com/u/9686940/windj/9103_Inferring_Causality_in_Consumer_Perception.pdf>.

## F.  Marketing Research and Modeling

1.    Goodman, Charles S., and Yoram Wind. "The Use of Interactive Marketing Models as Framework for Research." Wharton School Working Paper, May 1968.
<http://dl.dropbox.com/u/9686940/windj/6810_The_Use_of_Interactive_Marketing.pdf>

2.    Wind, Yoram, and Susan P. Douglas. "Marketing Performance: A Conceptual Framework." Marketing Science Institute Working Paper P-51-1, June 1968.
<http://dl.dropbox.com/u/9686940/windj/6812_Marketing_Performance_A_Conceptual_Framework.pdf>

3*.   Wind, Yoram. "Organizing a Diffusion System for Managerial Information in Israel: A Proposal." Organization and Administration (Hebrew) 15 (Sept. 1969): 1-3.
<http://dl.dropbox.com/u/9686940/windj/6906_Organizing_a_Diffusion_System_for.pdf>.

4*.   Wind, Yoram, Susan P. Douglas, and Aaron Ascoli. "Experimentation as a Tool for the Retailer." Journal of the Market Research Society 13.3 (July 1971): 158-169.
<http://dl.dropbox.com/u/9686940/windj/7105_Experimentation_as_a_Tool_for.pdf>.

5.    Wind, Yoram, and Patrick J. Robinson. "Product Positioning: An Application of Multidimensional Scaling." Attitude Research in Transition. Ed. Russell I. Haley. Chicago: American Marketing Association, 1972. 155-175.
<http://dl.dropbox.com/u/9686940/windj/7212_Product_Positioning_An_Application_of.pdf>.

6.    Wind, Yoram and Francesco M. Nicosia. "On the Measurement of Quality of Life." Paper presented at the TIMS Conference, July 1972.

7*.   Wind, Yoram, Paul E. Green, and Arun K. Jain. "Higher Order Factor Analysis in the Classification of Psychographic Variables." Journal of the Market Research Society 15.4 (1973): 224-232.
<http://dl.dropbox.com/u/9686940/windj/7306_Higher_Order_Factor_Analysis_in.pdf>.

8*.   Wind, Yoram. "A New Procedure for Concept Evaluation." Journal of Marketing 37 (Oct. 1973): 2-11. [B] Translated and reprinted in French as "Une nouvelle procedure d'évaluation des idées de nouveaux produits." La Revue française du Marketing. 1974: 1-12.
<http://dl.dropbox.com/u/9686940/windj/7309_A_New_Procedure_for_Concept.pdf>.

9.    Wind, Yoram. "A Note on the Classification and Evaluation of New Product Forecasting Models." Paper presented at the American Marketing Association Conference, Apr. 1974.
<http://dl.dropbox.com/u/9686940/windj/7405_A_Note_on_the_Classification.pdf>.

10*.  Wind, Yoram, and Joseph Denny. "Multivariate Analysis of Variance in Research on the Effectiveness of TV Commercials." Journal of Marketing Research 11 (May 1974): 136-142.
<http://dl.dropbox.com/u/9686940/windj/7404_Multivariate_Analysis_of_Variance_in.pdf>.

11.   Wind, Yoram, Stuart Jolly, and Art O'Connor. "Concept Testing as Input to Strategic Market Simulations." Proceedings of the 58th International AMA Conference. Ed. E. Mazzie. American

Marketing Association, Apr. 1975. 120-124.
<http://dl.dropbox.com/u/9686940/windj/7508_Concept_Testing_as_Input_to.pdf>.

12.    Wind, Yoram. "Is 'Concept Testing: An Appropriate Approach' Really Appropriate?" Wharton School Working Paper, May 1975.
<http://dl.dropbox.com/u/9686940/windj/7507_Is_Concept_Testing_An_Appropriate.pdf>

13*.   Green, Paul E., and Yoram Wind. "New Way to Measure Consumers' Judgments." Harvard Business Review 53 (July - Aug. 1975): 107-117.
<http://dl.dropbox.com/u/9686940/windj/7509_New_Way_to_Measure_Consumers'.pdf>.

14*.   Wind, Yoram, and Lawrence K. Spitz. "Analytical Approach to Marketing Decisions in Health-Care Organizations." Operations Research 24.5 (Sept. - Oct. 1976): 973-990.
< http://www.jstor.org/stable/pdfplus/169818.pdf?acceptTC=true>.

15.    Wind, Yoram (Jerry). "New Developments in Conjoint Analysis." Paper presented at the 25th Annual Midwest Conference of the American Statistical Association on What's New in Statistical Techniques for Marketing Research, Mar. 1978.

16.    Wind, Yoram, and Daniel Gross. "Determination of the Size and Allocation of Marketing Research Budgets." Proceedings of the August 1978 AMA Conference. Ed. Subhash C. Jain. American Marketing Association, Aug. 1978. 57-61.
<http://dl.dropbox.com/u/9686940/windj/7807_Determination_of_the_Size_and.pdf>.

17*.   Wind, Yoram. "Issues and Advances in Segmentation Research." Journal of Marketing Research 15 (Aug. 1978): 317-337.
<http://dl.dropbox.com/u/9686940/windj/7809_Issues_and_Advances_in_Segmentation.pdf>.

18.    Wind, Yoram. "Marketing Research and Management: A Retrospective View of the Contributions of Paul E. Green." Diffusing Marketing Theory and Research: The Contributions of Bauer, Green, Kotler, and Levitt. Eds. Alan R. Andreasen and David M. Gardner. Chicago: American Marketing Assocation, 1979. 57-67.
<http://dl.dropbox.com/u/9686940/windj/7908_Marketing_Research_and_Management_A.pdf>

19.    Wind, Yoram, and John G. Myers. "A Note on the Selection of Attributes for Conjoint Analysis." Wharton School Working Paper, Aug. 1979.
<http://dl.dropbox.com/u/9686940/windj/7909_A_Notes_on_the_Selection.pdf>.

20*.   Batsell, Richard R., and Yoram Wind. "Product Testing: Current Methods and Needed Developments." Journal of the Market Research Society 22.2 (Apr. 1980): 115-139.
<http://dl.dropbox.com/u/9686940/windj/8005_Product_Testing_Current_Methods_and.pdf>.

21.    Wind, Yoram. "Implications of Increased Government Regulations for the Quality and Relevance of Marketing Research." Government Marketing: Theory and Practice. Eds. Michael P. Mokwa and Steven E. Permut. New York: Praeger Publishers, 1981. 264-269.
<http://dl.dropbox.com/u/9686940/windj/8109_Implications_of_Increased_Government_Regulations.pdf>.

22*.   Arabie, Phipps, J. Douglas Carroll, Wayne DeSarbo, and Jerry Wind. "Overlapping Clustering: A New Method for Product Positioning." Journal of Marketing Research 18 (Aug. 1981): 310-317.
<http://dl.dropbox.com/u/9686940/windj/8107_Overlapping_Clustering_A_New_Method.pdf>.

23.    Wind, Yoram, and Vijay Mahajan. "A Reexamination of New Product Forecasting Models." Proceedings of the August 1981 AMA Educator's Conference. Aug. 1981. 358-363.
<http://dl.dropbox.com/u/9686940/windj/8108_A_Reexamination_of_New_Product.pdf>.

24*.   Wind, Yoram, Thomas S. Robertson, and Cynthia Fraser. "Industrial Product Diffusion by

* = Article published in refereed journal

Market Segment." <u>Industrial Marketing Management</u> 11 (1982): 1-8.
<<http://dl.dropbox.com/u/9686940/windj/8206_Industrial_Product_Diffusion_by_Market.pdf>>.

25.    Mahajan, Vijay, Jerry Wind, and Subhash Sharma. "An Approach to Repeat-Purchase Diffusion Analysis." <u>1983 AMA Educators' Proceedings</u>. Eds. P. E. Murphy, O. C. Ferrell, G. R. Laczniak, R. F. Lusch, P. F. Anderson, T. A. Shimp, R. W. Belk, and C. B. Weinberg., American Marketing Association, 1983. 442-446.
<<http://dl.dropbox.com/u/9686940/windj/8305_An_Approach_to_Repeat_Purchase.pdf>>.

26.    Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "Diffusion of New Products in Heterogeneous Populations: Incorporating Stochastic Coefficients." Wharton School Working Paper, June 1983.
<<http://dl.dropbox.com/u/9686940/windj/8306_Diffusion_of_New_Products_in.pdf>>

27*.   Goldberg, Stephen M., Paul E. Green, and Yoram Wind. "Conjoint Analysis of Price Premiums for Hotel Amenities." <u>Journal of Business</u> 57.1.2 (1984): S111-S132.
<<http://dl.dropbox.com/u/9686940/windj/8403_Conjoint_Analysis_of_Price_Premiums.pdf>>.

28*.   Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Parameter Estimation in Marketing Models in the Presence of Influential Response Data: Robust Regression and Applications." <u>Journal of Marketing Research</u> 21 (Aug. 1984): 268-277.
<<http://dl.dropbox.com/u/9686940/windj/8404_Parameter_Estimation_in_Marketing_Models.pdf>>.

29*.   Mahajan, Vijay, Subhash Sharma, and Yoram Wind. "Assessing the Impact of Patent Infringement on New Product Sales." <u>Technological Forecasting and Social Change</u> 28 (1985): 13-27. <<http://dl.dropbox.com/u/9686940/windj/8506_Assessing_the_Impact_of_Patent.pdf>>.

30.    Eliashberg, Jehoshua, Charles S. Tapiero, and Yoram Wind. "New Products Diffusion Models with Stochastic Parameters." Wharton School Working Paper, Feb. 1985.
<<http://dl.dropbox.com/u/9686940/windj/8507_New_Products_Diffusion_Models_with.pdf>>

31.    Mahajan, Vijay, and Yoram Wind. "Innovation Diffusion Models of New Product Acceptance: A Reexamination." <u>Innovation Diffusion Models of New Product Acceptance</u>. Eds. Vijay Mahajan and Yoram Wind. Cambridge, MA: Ballinger Publishing Company, 1986. 2-25.
<<http://dl.dropbox.com/u/9686940/windj/8710_Innovation_Diffusion_Models_of_New.pdf>>.

32.    Fraser, Cynthia, and Yoram Wind. "Why and When to Use Tobit Analysis." Wharton School Working Paper, May 1986.
<<http://dl.dropbox.com/u/9686940/windj/8603_Why_and_When_to_Use.pdf>>

33*.   DeSarbo, Wayne S., Vithala R. Rao, Joel H. Steckel, Jerry Wind, and Richard Colombo. "A Friction Model for Describing and Forecasting Price Changes." <u>Marketing Science</u> 6.4 (Fall 1987): 299-319.
<<http://dl.dropbox.com/u/9686940/windj/8706_A_Friction_Model_for_Describing.pdf>>.

34.    Schmittlein, David C., Vijay Mahajan, and Yoram Wind. "The Role of Within Group Variance in the Design and Analysis of Market Tests." Wharton School Working Paper, Sept. 1987.
<<http://dl.dropbox.com/u/9686940/windj/8705_The_Role_of_Within_Group_Variance.pdf>>.

35*.   Mahajan, Vijay, and Yoram Wind. "New Product Forecasting Models: Directions for Research and Implementation." <u>International Journal of Forecasting</u> 4 (1988): 341-358.
<<http://dl.dropbox.com/u/9686940/windj/8805_New_Product_Forecasting_Models_Directions.pdf>>

36*.   Rao, Vithala R., Jerry Wind, and Wayne S. DeSarbo. "A Customized Market Response Model: Development, Estimation, and Empirical Testing." <u>Journal of the Academy of Marketing Science</u> 16.1 (Spring 1988) 128-140.

<http://dl.dropbox.com/u/9686940/windj/8805_New_Product_Forecasting_Models_Directions.pdf>.

37.  Wind, Yoram (Jerry). "Market Application of the Analytic Hierarchy Process." Wharton School Working Paper, 1989.

38*.  Mahajan, Vijay, and Jerry Wind. "Market Discontinuities and Strategic Planning: A Research Agenda." Technological Forecasting and Social Change 36 (1989): 185-199. <http://dl.dropbox.com/u/9686940/windj/8905_Market_Discontinuities_and_Strategic_Planning.pdf>.

39*.  Rangaswamy, Arvind, Jehoshua Eliashberg, Raymond R. Burke, and Jerry Wind. "Developing Marketing Expert Systems: An Application to International Negotiations." Journal of Marketing 53.4 (Oct. 1989): 24-39. <http://dl.dropbox.com/u/9686940/windj/8903_Developing_Marketing_Expert_Systems_An.pdf>

40.  Schmittlein, David C., and Jerry Wind. "Combining Multiple Estimates: An Application to Damage Assessment Litigation." Wharton School Working Paper, 1991. <http://dl.dropbox.com/u/9686940/windj/9104_Combining_Multiple_Estimates_An_Application.pdf>.

41*.  Mahajan, Vijay, and Jerry Wind. "New Product Models: Practice, Shortcomings and Desired Improvements." Journal of Product Innovation Management 9 (1992): 128-139. <http://dl.dropbox.com/u/9686940/windj/9203_New_Product_Models_Practice_Shortcomings.pdf>.

42.  Lee, Hoon Young, Burke, Raymond R., and Yoram Wind. "An Analogical Reasoning System for Managerial Learning and Problem Solving." Wharton School Working Paper, 1992.

43.  Wind, Yoram (Jerry), David C. Schmittlein, and Shoshana Shapiro. "Attribute Interdependencies in Product Performance Claims: Truth and Consequences." Product Performance Tests: Design, Interpretation, and Claims. Proceedings of the NAD Workshop IV., New York: Council of Better Business Bureaus, Inc., 2-3 June 1992. 99-107. <http://dl.dropbox.com/u/9686940/windj/9204_Attribute_Interdependence_in_Product_Performance.pdf>.

44.  Wind, Jerry Yoram. "Marketing Science at a Crossroad." Inaugural Presentation of the Unilever Visiting Professorship. Rotterdam, The Netherlands: Erasmus University, 1993. <http://dl.dropbox.com/u/9686940/windj/9301_Marketing_Science_at_a_Crossroad.pdf>.

45.  Arabie, Phipps, and Yoram Wind. "Marketing and Social Networks." Advances in Social Networks Analysis. Eds. S. Wasserman and J. Galaskiewicz. London: Sage Publications, 1994. 254-273. <http://dl.dropbox.com/u/9686940/windj/9403_Marketing_and_Social_Networks.pdf>.

46*.  Wind, Jerry. "Start Your Engines: Gear Up for Challenges Ahead with Innovative Marketing Research Products and Services." Marketing Research 9.4 (Winter 1997): 4-11. <http://dl.dropbox.com/u/9686940/windj/9703_Start_Your_Engines_Gear_Up.pdf>.

47*.  Mahajan, Vijay, and Jerry Wind. "Rx for Marketing Research: A Diagnosis of and Prescriptions for the Recovery of an Ailing Discipline in the Business World." Marketing Research 11.3 (Fall 1999): 7-13. <http://dl.dropbox.com/u/9686940/windj/9902_Rx_for_Marketing_Research_A.pdf>.

48.  Mahajan, Vijay, Eitan Muller, and Yoram Wind. "New Product Diffusion Models: From Theory to Practice." New-Product Diffusion Models. Eds. Vijay Mahajan, Eitan Muller, and Yoram Wind. Boston: Kluwer Academic Publishers, 2000. 3-24. <http://dl.dropbox.com/u/9686940/windj/0002_New_Product_Diffusion_Models_From.pdf>.

* = Article published in refereed journal

49*.   Green, Paul E., Yoram (Jerry) Wind, Abba M. Krieger, and Paul Saatsoglou. "Applying Qualitative Data." <u>Marketing Research</u> 12.1 (Spring 2000): 17-25. <<http://dl.dropbox.com/u/9686940/windj/0003_Applying_Qualitative_Data.pdf>>.

50*.   Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Thirty Years of Conjoint Analysis: Reflection and Prospects." <u>Interfaces</u> 31.3.2 (May - June 2001): S56-S73. <<http://dl.dropbox.com/u/9686940/windj/0102_Thirty_Years_of_Conjoint_Analysis.pdf>>.

51*.   Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Marketing Research in the Courtroom: A Case Study Shows How Analytical Methods Can Be Applied to the Law." <u>Marketing Research</u> 14.1 (Spring 2002): 28-33. <<http://dl.dropbox.com/u/9686940/windj/0204_Marketing_Research_in_the_Courtroom.pdf>>.

52.    Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Survey Methods Help to Clear Up Legal Questions." <u>Marketing News</u> 16 Sept. 2002: 34-36. <<http://dl.dropbox.com/u/9686940/windj/0205_Survey_Methods_Help_to_Clear.pdf>>.

53.    Green, Paul E., Wind, Yoram, and Abba Krieger. "Buyer Choice Simulators, Optimizers, and Dynamic Models." <u>Marketing Research and Modeling: Progress and Prospects</u>. Eds. Yoram Wind and Paul E. Green. Kluwer, 2003. < https://dl.dropbox.com/u/94339855/F53.%20%20Buyer_Choice_Simulators.pdf >

54*.   Krieger, Abba M., Paul E. Green, and Yoram (Jerry) Wind. "Dual Considerations." <u>Marketing Research</u> 15.4 (Winter 2003): 8-13. <<http://dl.dropbox.com/u/9686940/windj/0301_Dual_Considerations.pdf>>.

55.    Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Applying Conjoint Analysis to Legal Disputes: A Case Study." Wharton School Working Paper, 2006. <<http://dl.dropbox.com/u/9686940/windj/0601_Applying_Conjoint_Analysis_to_Legal.pdf>>.

56*.   DeSarbo, Wayne S., Rajdeep Grewal, and Jerry Wind. "Who Competes with Whom? A Demand-Based Perspective for Identifying and Representing Asymmetric Competition." <u>Strategic Management Journal</u> 27.2 (Feb 2006): 101-129. [B] And Wiley InterScience, 21 November 2005. www.interscience.wiley.com <<http://dl.dropbox.com/u/9686940/windj/0605_Who_Competes_with_Whom_A.pdf>>.

57*.   Wind, Jerry. "Marketing by Experiment," <u>Marketing Research</u>. Spring 2007: 10-16. <<http://dl.dropbox.com/u/9686940/windj/0703_Marketing_by_Experiment.pdf>>

**G. International Marketing**

1*.    Wind, Yoram. "The Role of Marketing in Israel." <u>Journal of Marketing</u> 31 (Apr. 1967): 53-57. <<http://dl.dropbox.com/u/9686940/windj/6701_The_Role_of_Marketing_in.pdf>>.

2.     Wind, Yoram. "Information Requirements for International Business Decisions."  Prepared for and used in the introductory International Business course at The Wharton School, University of Pennsylvania, June 1967. <<http://dl.dropbox.com/u/9686940/windj/6702_Information_Requirements_for_International_Business.pdf>>

3.     Wind, Yoram. "Cross Cultural Analysis of Consumer Behavior." <u>Changing Marketing Systems: Consumer, Corporate and Government Interfaces</u>. Ed. Reed Moyer. Chicago: American Marketing Association, Winter 1967: 183-185. [B] Reprinted in *Wharton Quarterly* 2 (Winter-Spring 1968): 1-3. < http://dl.dropbox.com/u/9686940/windj/6703_Cross_Cultural_Analysis_of_Consumer.pdf

4.  Wind, Yoram. "Marketing in Israel." Comparative Marketing. Ed. Harper W. Boyd, Jr. Stanford, CA: International Center for the Advancement of Education, Stanford University, Jan. 1968. < http://dl.dropbox.com/u/9686940/windj/6813_Marketing_in_Israel.pdf >.

5.  Wind, Yoram and Patrick J. Robinson. "Perceptual and Preference Mapping of Countries: An Application of Multidimensional Scaling." Paper presented at the Annual Meeting of the Association for Education in International Business, Dec. 1970.

6*. Wind, Yoram, and Susan Douglas. "On the Meaning of Comparison: A Methodology for Cross-Cultural Studies." Quarterly Journal of Management Development 2.4.1 (June 1971): 105-121. <http://dl.dropbox.com/u/9686940/windj/7106_On_the_Meaning_of_Comparison.pdf>.

7*. Wind, Yoram, and Susan P. Douglas. "International Market Segmentation." European Journal of Marketing 6.1 (1972): 17-25. <http://dl.dropbox.com/u/9686940/windj/7213_International_Market_Segmentation.pdf>.

8.  Douglas, Susan, Patrick Le Maire, and Yoram Wind. "Selection of Global Target Markets: A Decision Theoretic Approach." Marketing in a Changing World: The Role of Market Research. Ed. Proceedings of the 24th ESOMAR Congress. Cannes, France: ESOMAR Congress, Sept. 1972. PAGES. <http://dl.dropbox.com/u/9686940/windj/7214_Selection_of_Global_Target_Markets.pdf>.

9*. Wind, Yoram, Susan P. Douglas, and Howard V. Perlmutter. "Guidelines for Developing International Marketing Strategies." Journal of Marketing 37 (Apr. 1973): 14-23. <http://dl.dropbox.com/u/9686940/windj/7307_Guidelines_for_Developing_International_Marketing.pdf>.

10*. Douglas, Susan P., and Yoram Wind. "Environmental Factors and Marketing Practices." European Journal of Marketing 7.3 (Winter 1973/1974): 155-165. <http://dl.dropbox.com/u/9686940/windj/7308_Environmental_Factors_and_Marketing_Practices.pdf>.

11*. Wind, Yoram, and Susan Douglas. "Some Issues in International Consumer Research." European Journal of Marketing 8.3 (Winter 1974/1975): 209-217. <http://dl.dropbox.com/u/9686940/windj/7406_Some_Issues_in_International_Consumer.pdf>.

12. Robinson, Patrick J., and Yoram Wind. "Multinational Tradeoff Segmentation." Moving Ahead with Attitude Research. Eds. Yoram Wind and Marshall Greenberg. Chicago: American Marketing Association, 1977. 50-57. <http://dl.dropbox.com/u/9686940/windj/7710_Multinational_Tradeoff_Segmentation.pdf>

13. Wind, Yoram. "Research for Multinational Product Policy." Multinational Product Management. Eds. Warren J. Keegan and Charles S. Mayer. Chicago: American Marketing Association, 1977. 165-184. <http://dl.dropbox.com/u/9686940/windj/7711_Research_for_Multinational_Product_Policy.pdf

14*. Wind, Yoram, and Howard Perlmutter. "On the Identification of Frontier Issues in Multinational Marketing." Columbia Journal of World Business 12 (Winter 1977): 131-139. <http://dl.dropbox.com/u/9686940/windj/7712_On_the_Identification_of_Frontier.pdf>.

15. Wind, Yoram, and Susan Douglas. "Comparative Methodology and Marketing Theory." Theoretical Developments in Marketing. Eds. Charles W. Lamb and Patrick M. Dunne. Chicago: American Marketing Association, 1980. [B] Based on Wind, Yoram, and Susan P. Douglas. "A Theory and a Metatheory of Comparative Marketing Systems." Marketing Science Institute Working Paper P-15-1, Sept. 1968. <http://dl.dropbox.com/u/9686940/windj/8008_Comparative_Methodology_and_Marketing_Theory.pdf>.

* = Article published in refereed journal

16. Wind, Jerry and Josh Eliashberg. "Marketing Perspectives on International Risk Analysis and Risk Preference Measurement: Concepts, Methods, and Research Directions." Wharton School Working Paper, 1983. <http://dl.dropbox.com/u/9686940/windj/8307_Marketing_Perspectives_on_International_Risk.pdf>

17. Chakrabarti, Alok K., and Jerry Wind. "International Technology: Implications for Global Competitive and Cooperative Strategies." Wharton School Working Paper, 1986. <http://dl.dropbox.com/u/9686940/windj/8604_International_Technology_Implications_for_Global.pdf>

18. Wind, Yoram and Susan Douglas. "Toward the Development of a Global Marketing Strategy: A Dynamic Portfolio Perspective." Wharton School Working Paper, 1987.

19*. Douglas, Susan P., and Yoram Wind. 'The Myth of Globalization." Columbia Journal of World Business 22.4 (Winter 1987): 19-29. [B] Earlier version published as Wind, Yoram. "The Myth of Globalization." The Journal of Consumer Marketing 3.2 9Spring 1986): 23-26. [C] Reprinted as "The Myth of Globalization." *Strategy 4e & Strategy Synthesis* 3e, Cengage Learning EMEA (March 2010). <http://dl.dropbox.com/u/9686940/windj/8712_The_Myth_of_Globalization.pdf>.

20*. Wind, Yoram. "Old-Line Manufacturing Needs Better Marketing." Chief Executive 44 (Mar./Apr. 1988): 44-48. <http://dl.dropbox.com/u/9686940/windj/8806_Old_Line_Manufacturing_Needs_Better.pdf>.

21*. Mahajan, Vijay, Marcos V. Partini De Moraes, and Jerry Wind. "The Invisible Global Market." Marketing Management 9.4 (Winter 2000): 30-35. http://dl.dropbox.com/u/9686940/windj/0009_The_Invisible_Global_Market.pdf

22*. Mahajan, Vijay, and Yoram (Jerry) Wind. "Capturing the Ricochet Economy." Harvard Business Review. Nov. 2006. <http://dl.dropbox.com/u/9686940/windj/0606_Capturing_the_Ricochet_Economy.pdf>.

## H. International Management Education and The Lauder Institute

1. Wind, Jerry. "Global Management: Penn's Response." Address to Board of Trustees of the University of Pennsylvania, Philadelphia, PA, Oct. 1983. [B] Reprinted as Wind, Jerry. "Global Management: Penn's Response." Wharton Alumni Magazine (Winter 1984): 32-35. <http://dl.dropbox.com/u/9686940/windj/8310_Global_Management_Penns_Response.PDF>

2. Wind, Jerry. "Coffee, Closets and Funeral Flowers." Wharton News (1984): 1-3. <http://dl.dropbox.com/u/9686940/windj/8405_Coffee_Closets_and_Funeral_Flowers.pdf>.

3. Gaudiani, Claire L., and Jerry Wind. "Educating for International Management: The Joseph H. Lauder Institute." Foreign Languages and International Trade: A Global Perspective. Ed. Samia I. Spencer. Athens: University of Georgia Press, 1987. 31-38. <http://dl.dropbox.com/u/9686940/windj/8709_Educating_for_International_Management_The.pdf>.

4. Wind, Jerry. "International Business Education at the Lauder Institute." Occasional Papers On International Educational Exchange: Hallmarks of Successful International Business Programs. Eds. Maryélise Lamet and Sterling Lamet. New York: Council on International Educational Exchange, Aug. 1988. <http://dl.dropbox.com/u/9686940/windj/8806_International_Business_Education_at_the.pdf>.

5. Wind, Jerry, and Barbara S. Thomas. "The Globalization of Management Education: Options,

Trade Offs, and an Agenda for Implementation." <u>AACSB Occasional Papers</u>. Montreal: American Assembly of Collegiate Schools of Business, 1989. <http://dl.dropbox.com/u/9686940/windj/8907_The_Globalization_of_Management_Education.pdf>.

## I.   Management Practice and Education in the 21st Century

1.  Wind, Jerry. "Marketing in the Year 2000." <u>Marketing 2000 and Beyond</u>. Eds. William Lazer, Priscilla La Barbera, James M. MacLachlan, and Allen E. Smith. Chicago: American Marketing Association, 1990. 212-216. <http://dl.dropbox.com/u/9686940/windj/9005_Marketing_in_the_Year_2000.pdf>.

2.  Wind, Jerry. "The Restructured Wharton MBA: Inventing a New Paradigm." <u>University of Pennsylvania Almanac</u> 37 (2 Apr. 1991): 1-4. <http://dl.dropbox.com/u/9686940/windj/9105_The_Restructured_Wharton_MBA_Inventing.pdf>.

3*.  Wind, Jerry, and Alfred P. West, Jr. "Reinventing the Corporation." <u>Chief Executive</u> 71 (Oct. 1991): 72-75. <http://dl.dropbox.com/u/9686940/windj/9106_Reinventing_the_Corporation.pdf>.

4*.  Wind, Jerry. "The Next Paradigm?" <u>Chief Executive</u> 77 (June 1992): 62-65. < http://dl.dropbox.com/u/9686940/windj/9206_The_Next_Paradigm.pdf>.

5.  Wind, Jerry. "JIT Learning: A New Concept for Executive Education." Wharton School Working Paper, June 1993. <http://dl.dropbox.com/u/9686940/windj/9302_JIT_Learning_A_New_Concept.pdf>

6.  Wind, Jerry, Robert Holland, Alfred P. West, Jr., and Robert Gunther. "Pace-Setting 21st Century Enterprises: A Glimpse of What Might Emerge." Prepared for Seventh General Assembly and Exhibition of the World Future Society, 29 June 1993. <http://dl.dropbox.com/u/9686940/windj/9303_Pace_setting_21st_Century_Enterprises.pdf>.

7.  Wind, Jerry. "Downsizing and Layoffs: Miracle Cure or Prescription for Disaster." (8 Feb. 1994).

8.  Wind, Jerry. "Marketing: Big Questions for the 21st Century." <u>Financial Times</u>. 1996. 6-7. <http://dl.dropbox.com/u/9686940/windj/9604_Marketing_Big_Questions_for_the.PDF>

9*.  Main, Jeremy and Jerry Yoram Wind. "A Cynic's Glossary." <u>Across the Board.</u> 35.4. April 1998: 12.

10.  Wind, Jerry. "Driving Change: Preparing for the 21st Century." The Li & Fung Lecture, University of Hong Kong, 17 Apr. 1998. <http://dl.dropbox.com/u/9686940/windj/9806_Driving_Change_Preparing_for_the.pdf>

11.  Wind, Jerry. "Creating a Successful 21st Century Enterprise." Li & Fung Lecture on Commerce & Industry. Chinese University of Hong Kong, 17 Apr. 1998. <http://dl.dropbox.com/u/9686940/windj/9805_Creating_a_Successful_21st_Century.pdf>

12.  Wind, Jerry and Pedro Nueno. "The Impact Imperative: A Manifesto for Closing the Relevance Gap of Academic Management Research." International Academy of Management North America Meeting, 25 July 1998. <http://dl.dropbox.com/u/9686940/windj/9803_The_Impact_Imperative_A_Manifesto.pdf>

13.  Wind, Jerry. "Reinventing the Business School for the Global Information Age." Keynote address at European Foundation for Management Development Conference of Deans and

* = Article published in refereed journal

Directors, Helsinki, Finland, Jan. 2000.
<http://dl.dropbox.com/u/9686940/windj/0010_Reinventing_the_Business_School_for.pdf>.

14.   Wind, Jerry, and Dave Reibstein. "Reinventing Training for the Global information Age."
Knowledge@Wharton. Sept. 2000. < http://knowledge.emory.edu/papers/975.pdf>.

15*.   Wind, Yoram (Jerry). "The Integrative Thinking Challenge for Management Education and
Research." Rotman Magazine Fall 2002: 18-19. [B] Reprinted in A New Way to Think: The
Best of Rotman Magazine. Winter 2005.
<http://dl.dropbox.com/u/9686940/windj/0208_The_Integrative_Thinking_Challenge_for.pdf>.

16.   Wind, Jerry. "Balancing Innovation and Conservative Values: Management as an Experimental
Process." Conservative Values and Effective Management. Eds. Peter Drucker and Peter
Paschel. Frankfurt: Redline Wirtshaft, 2004.

## J.   Convergence Marketing

1.   Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Power of Convergence in the Post-
Dot.com Age." *Bn.com*, 2001.
<http://dl.dropbox.com/u/9686940/windj/0105_The_Power_of_Convergence_in.pdf>.

2*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Convergence Challenge: Realizing
the Complex Promise of New Technologies." InformIT. (2001).
<http://dl.dropbox.com/u/9686940/windj/0106_The_Convergence_Challenge_Realizing_the.pdf>.

3*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "The Power of Convergence: The 5 Cs."
InformIT. (2001).
<http://dl.dropbox.com/u/9686940/windj/0107_The_Power_of_Convergence_The.pdf>.

4*.   Wind, Jerry, Vijay Mahajan, and Robert E. Gunther. "Digital Fabric: Organizing for
Convergence." InformIT. (Jan. 2002).
<http://dl.dropbox.com/u/9686940/windj/0209_Digital_Fabric_Organizing_for_Convergence.pdf>.

5*.   Wind, Jerry, Vijay Mahajan, and Robert Gunther. "The Consumer is King." European Business
Forum 9 (Spring 2002): 12-13.
<http://dl.dropbox.com/u/9686940/windj/0206_The_Consumer_is_King.pdf>.

6*.   Wind, Yoram, and Vijay Mahajan. "Convergence Marketing." Journal of Interactive Marketing
16.2 (Spring 2002): 64-79.
<http://dl.dropbox.com/u/9686940/windj/0207_Convergence_Marketing.pdf>

7.   Wind, (Jerry) Yoram. "Convergence Marketing: Meeting the Challenge of the New Hybrid
Consumer." Critical Eye Review (Mar. - May 2005): 16-20.
<http://dl.dropbox.com/u/9686940/windj/0502_Convergence_Marketing_Meeting_the_Challenge.pdf>.

## K.   Mental Models – Power of Impossible Thinking

1.   Wind, Yoram (Jerry). "Leadership as Making Sense," Wharton School Working Paper, 2003.

2.   Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." Financial Times
Handbook of Management 3rd Ed. Ed. Stuart Crainer and Des Dearlove. FT Prentice Hall,
2004. 327-335.

<http://dl.dropbox.com/u/9686940/windj/0503_Challenging_the_Mental_Models_of.pdf>.

3*.   Wind, Yoram (Jerry), and Colin Crook. "Using the Power of Impossible Thinking to Build Prosperity." Rotman Magazine Spring/Summer 2004: 28-31. <http://dl.dropbox.com/u/9686940/windj/0402_Using_the_Power_of_Impossible.pdf>.

4.    Wind, Yoram (Jerry). "Challenging the Mental Models of Marketing." Does Marketing Need Reform? Fresh Perspectives on the Future. Eds. Jagdish N. Sheth and Rajendra S. Sisodia. Armonk, NY: M. E. Sharpe, 2005. 91-104. <http://dl.dropbox.com/u/9686940/windj/0403_Challenging_the_Mental_Models_of.pdf>.

5.    Wind, Yoram and Colin Crook. "Expanding Your Peripheral Vision by Embracing New Mental Models." Wharton School Working Paper, 2005.

6.    Wind, Yoram (Jerry). "The Silver Lining: Seeing Opportunities in Risk." Presented at the Conference in Honor of Paul Kleindorfer on Recent Advances in Operations and Risk Management, Philadelphia, 5 May 2005. <http://dl.dropbox.com/u/9686940/windj/0504_The_Silver_Lining_Seeing_Opportunities.pdf>

7*.   Wind, Yoram. "Rethinking the Board." Directors & Boards 30.1 (Fourth Quarter 2005): 20-26. <http://dl.dropbox.com/u/9686940/windj/0505_Rethinking_the_Board.pdf>.

8.    Wind, Jerry, and Colin Crook. "Changing Mental Models in an Uncontrollable World." Part of the FT Mastering Uncertainty Issue, March 17, 2006. <http://dl.dropbox.com/u/9686940/windj/0607_Changing_Mental_Models_in_an.pdf>.

9*.   Wind, Yoram. "Managing Creativity." Rotman Magazine Spring/Summer 2006: 20-23. <http://dl.dropbox.com/u/9686940/windj/0602_Managing_Creativity.pdf>.

10.   Wind, Jerry. "The Power of Impossible Thinking," Knowledge Leadership at Thomas Group (KL@TG). Inaugural Issue. Winter 2006: 76-80. <http://dl.dropbox.com/u/9686940/windj/0603_The_Power_of_Impossible_Thinking.pdf>.

11*.  Wind, Yoram. "Unleashing the Power of Impossible Thinking." Leadership Excellence 2008.

12*.  Wind, Jerry and Colin Crook. "From Mental Models to Transformation: Overcoming Inhibitors to Change." Rotman Magazine, Spring/Summer 2009: 28-33. <http://dl.dropbox.com/u/9686940/windj/0902_From_Mental_Models_to_Transformatio n.pdf>.

13.   Wind, Yoram (Jerry). "Why Mental Models Matter: The Big Barriers to Growth and Innovation are Self-Imposed," Wharton School Working Paper, 2010.

14.   Wind, Yoram (Jerry) and Stephen D. Rappaport. "The End of Listening As We Know It: From Market Research Projects to Enterprise Value Creator," Listen First! Turning Social Media Conversations into Business Advantage: A Playbook from the Advertising Research Foundation, April 2010. http://listenfirst.buildcapacity.com/2011/10/04/the-end-of-listening-as-we-know-it-from-market-research-projects-to-enterprise-value-creator-a-listen-first-excerpt/

15.   Wind, Yoram (Jerry). "Rethinking Innovation," The Marker, October 2010: 40-41. http://dl.dropbox.com/u/9686940/windj/1107_Rethinking_Innovation.pdf

16.   Wind, Yoram (Jerry) and Ellen Fu.  "Approaches for Challenging Your Mental Models." Wharton School Working Paper, 2013.

17.   Wind, Yoram (Jerry).  "What Business Can Learn from Art."  Wharton School Working Paper, 2013. https://dl.dropboxusercontent.com/u/25620989/1306_What_Business_Can_Learn_From_Art.p

df

## L.  Network-Based Strategies

1*.  Wind, Yoram. "Network Orchestration for a Flat World: Preparing for a Future of "Defining Moments" at Li & Fung," Effective Executive, February 2008: 14-18. <http://dl.dropbox.com/u/9686940/windj/0807_Network_Orchestration_for_a_Flat.pdf>.

2.  Wind, Yoram and Paul Kleindorfer, "The Network Imperative: Community or Contagion?" introductory chapter in Kleindorfer and Wind (eds), The Network Challenge: Strategy, Profit and Risk in an Interlinked World. Wharton School Publishing, 2009. <http://dl.dropbox.com/u/9686940/windj/0903_The_Network_Imperative.pdf>

3.  Wind, Yoram, Victor Fung and William Fung, "Network Orchestration: Creating and Managing Global Supply Chains Without Owning Them," a chapter in Kleindorfer and Wind (eds), The Network Challenge: Strategy, Profit and Risk in an Interlinked World. Wharton School Publishing, 2009. <http://dl.dropbox.com/u/9686940/windj/0904_Network_Orchestration_Creating_and_Managing.pdf>

4.  Wind, Jerry and Thomas, Robert J.  "Symbiotic Innovation: Getting the most Out of Collboration"  Evolution of Innovation Management:  New Ways for Innovations in an International Context.  Alexander Brem and Eric Viardot (eds), Palgrave Macmillan, 2013, 1-31. https://dl.dropbox.com/u/94339855/L4.%20%20Symbiotic_Innovation%20%20Getting%20the%20Most.pdf

## M.  Advertising

1.  Wind, Yoram, and Patrick J. Robinson. "Some Applications of Mathematical Analysis of Perception and Preference in Advertising." Marketing Science Institute Working Paper P-45-1, May 1968. <http://dl.dropbox.com/u/9686940/windj/6811_Some_Applications_of_Mathematical_Analysis.pdf>

2*.  Wind, Yoram, and Stephen E. Silver. "Segmenting Media Buyers." Journal of Advertising Research 13.6 (Dec. 1973): 33-38. <http://dl.dropbox.com/u/9686940/windj/7301_Segmenting_Media_Buyers.pdf>.

3*.  Tapiero, Charles S., Jehoshua Eliashberg, and Yoram Wind. "Risk Behaviour and Optimum Advertising with a Stochastic Dynamic Sales Response." Optimal Control Applications & Methods 8 (1987): 299-304. <http://dl.dropbox.com/u/9686940/windj/8707_Risk_Behaviour_and_Optimum_Advertising.pdf>.

4*.  Burke, Raymond R., Arvind Rangaswamy, Jerry Wind, and Jehoshua Eliashberg. "A Knowledge-Based System for Advertising Design." Marketing Science 9.3 (Summer 1990): 212-229. [B] Earlier version published as "Expert Systems for Marketing." Marketing Science Report 87-107, Nov. 1987. <http://dl.dropbox.com/u/9686940/windj/9007_A_Knowledge_Based_System_for.pdf>.

5*.  Gönül, Füsun F., Franklin Carter, and Jerry Wind. "What Kind of Patients and Physicians Value Direct-to-Consumer Advertising of Prescription Drugs." Health Care Management Science 3 (2000): 215-226. <http://dl.dropbox.com/u/9686940/windj/0001_What_Kind_of_Patients_and.pdf>.

* = Article published in refereed journal

6*. Sharp, Byron, and Yoram (Jerry) Wind, "Today's Advertising Laws: Will They Survive the Digital Revolution?" Journal of Advertising Research Special Issue on What We Know About Advertising, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 120-126.
<http://dl.dropbox.com/u/9686940/windj/1002_Todays_Advertising_Laws_Will_They.pdf >

7*. Sharp, Byron, and Yoram (Jerry) Wind, "Advertising Empirical Generalizations: Implications for Research and Action," Journal of Advertising Research Special Issue on What We Know about Advertising, Guest Editors Byron Sharp and Yoram (Jerry) Wind, June 2009, Vol. 49, No. 2: 246-252.
http://dl.dropbox.com/u/9686940/windj/1003_Advertising_Empirical_Generalizations_Implications_for.pdf

8. Wind, Yoram and Catharine Gardner. "Portfolio Orchestration: Toward a New Advertising Model." Wharton School Working Paper, 2013.
https://dl.dropbox.com/s/yd7k45uorv0b8ze/1304_Portfolio_Orchestratrion_Toward_a_New_Advertising_Model.pdf

9. Wind, Yoram. "Orchestration as the New Managerial Model in the Digital Age," Wharton Knowledge in Action column on Think with Google Forum, Google, 18 April 2012.
<http://www.thinkwithgoogle.com/insights/forum/articles/orchestration-as-the-new-managerial-model/#utm_medium=social&utm_campaign=twgplus&utm_source=pluspage101698568710409127237>

10. Sharp, Byron, Jerry Wind and Karen Nelson Field. "Empirical Generalizations: New Laws for Digital Marketing: How Advertising Research Must change." Journal of Advertising Research Special Issue., June 2013.

11. Blogs of the Wharton Future of Advertising Program:
   a. Jerry Wind, Stan Sthanunathan and Rob Malcolm."Great Advertising Is Both Local and Global." HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, 29 Mar. 2013.
   http://blogs.hbr.org/c s/2013/03/great_advertising_is_both_loca.html#disqus_thread
   b. Advertising 2020: Shetty, Baba and Jerry Wind. "Advertisers Should Act More Like Newsrooms." HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, 15 Feb. 2013.
   http://blogs.hbr.org/cs/2013/02/advertisers_need_to_act_more_like_newsrooms.html/
   c. Wind, Jerry and John Winsor. "The End of Traditional Ad Agencies." HBR Blog Network, An HBR Insight Center Blog Series, Harvard Business School Publishing, May 9, 2013.
   http://blogs.hbr.org/cs/2013/05/the_end_of_traditional_ad_agen.html
   d. Bughin, Jacques and Jerry Wind. "On-Demand Advertising." Forthcoming 2013.

**N. Entries in Dictionaries, Encyclopedias, and Handbooks**

1. Green, Paul E., and Yoram Wind. "Marketing, Statistics in." Encyclopedia of Statistical Sciences. Eds. S. Kotz, N. Johnson, and Campbell Read. New York: Wiley, 1985. 227-248.
<http://dl.dropbox.com/u/9686940/windj/8511_Marketing_Statistics_in.pdf>.

2. Wind, Jerry, and David Schmittlein. "Definitions of Marketing Models." Dictionary of Marketing Terms. Ed. Peter D. Bennett. Chicago: American Marketing Association, 1988. 1-30.
<http://dl.dropbox.com/u/9686940/windj/8809_Definitions_of_Marketing_Models.pdf>.

3. Rangaswamy, Arvind, and Yoram Wind. "Information Technology in Marketing." Encyclopedia of Microcomputers. Eds. A. Kent and J. G. Williams. New York: Marcel Dekker Inc., 1992. 67-83. <http://dl.dropbox.com/u/9686940/windj/9207_Information_Technology_in_Marketing.pdf>.

4. Wind, Yoram (Jerry), and Gary L. Lilien. "Marketing Strategy Models." Handbooks in Operations Research & Management Science, Vol. 5: Marketing. Eds. J. Eliashberg and G. L.

Lilien. Amsterdam; NY: Elsevier Science Publishers, 1993. 773-826. <http://dl.dropbox.com/u/9686940/windj/9305_Marketing_Strategy_Models.pdf>.

5.    Yoram (Jerry) Wind, Eric T. Bradlow, Jehoshua Eliashberg, Gary L. Lilien, Jagmohan Raju, Arvind Rangaswamy, Berend Wierenga. "Marketing, Encyclopedia of Operations Research and Management Science 3rd Edition, Ed. Saul Gass, Michael Fu, New York, NY:  Springer, 2011. [B] First published in 1994 edition, Boston: Kluwer Publishers, 1994. 1-15. [C] Revised 1998. <http://dl.dropbox.com/u/9686940/windj/9406_Marketing.pdf>.

6.    Wind, Yoram (Jerry). "Market Segmentation." Companion Encyclopedia of Marketing. Ed. Michael J. Baker. New York: Routledge, 1995. 394-419. [B] Reprinted in Marketing Theory: A Short Text. Ed. M. Baker. London: Business Press, a Division of Thompson Learning, 2000. 394-419. <http://dl.dropbox.com/u/9686940/windj/9502_Marketing_Segmentation.pdf>

7.    Green, Paul E., Jerry Wind, and Vithala R. Rao. "Conjoint Analysis: Methods and Applications." The Technology Management Handbook. Ed. Richard C. Dorf. Boca Raton, FL: CRC Press, 1999. 12-66–12-72. <http://dl.dropbox.com/u/9686940/windj/9903_Conjoint_Analysis_Methods_and_Applications.pdf>.

8.    Wind, Jerry. "Creating a Vision." The Technology Management Handbook. CRCnet Base, 2000. <http://dl.dropbox.com/u/9686940/windj/0013_Creating_a_Vision.pdf>.

9.    Wind, Yoram (Jerry). "The Ten Commandments of Marketing". MBA in a Box. Eds. Joel Kurtzman, Glenn Rifkin, and Victoria Griffith. New York: Crown Business, 2004. [B] Previously "Marketing Strategy." Wharton School Working Paper, 2003. <http://dl.dropbox.com/u/9686940/windj/0404_The_Ten_Commandments_of_Marketing.pdf>

10.   Wind, Yoram. "Marketing Strategy Analysis," The Handbook of Technology Management, Ed. Hossein Bidgoli, Hoboken, N.J.: John Wiley & Sons, Inc., January 2010. 352-365. http://dl.dropbox.com/u/9686940/windj/1001_Marketing_Strategy_Analysis.pdf

11.   Wind, Yoram. "Yoram (Jerry) Wind's Contributions to Marketing," Review of Marketing Research Special Issue: Marketing Legends. 2011.  Vol. 8, 269-315. https://dl.dropbox.com/u/94339855/N11.Yoram_Wind%27s_Contributions_To_Marketing.pdf


## V.  EDITOR OF SPECIAL ISSUES

- *Journal of Advertising Research*—
  "Empirical Generalizations in Advertising" (with Byron Sharp), Vol. 49, No. 2, June 2009. https://www.dropbox.com/s/4ya33h55221k9m2/Empierical%20Generalizations%20in%20Marketing.pdf
- *Marketing Science* –
  "Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995. http://marketingscience.info/assets/documents/209/4038.pdf
- *Journal of Marketing Research*
       – "Market Segmentation," August 1978. http://www.jstor.org/discover/10.2307/3150580?uid=3739864&uid=2129&uid=2&uid=70&uid=4&uid=3739256&sid=56007102433
       – "Innovation and New Products," February 1997. http://dl.dropbox.com/u/9686940/windj/9702_Issues_and_Opportunities_in_New.pdf
- *Marketing Research* –
  "Marketing Research Forum: The State of the Art in Quantitative Research," Winter 1997. http://dl.dropbox.com/u/9686940/windj/9702_Issues_and_Opportunities_in_New.pdf
- *Marketing Science* –

* = Article published in refereed journal

"Empirical Generalizations in Marketing" (with Frank M. Bass), Vol. 14, No. 3, Part 2, 1995.
- *Management Science*
(with John Farley and Diana L. Day) – "The State of The Art in Theory and Methods for Strategy Research," 1990.
- *The Wharton Quarterly*,
"Marketing," Fall 1972.
http://dl.dropbox.com/u/9686940/windj/7201_The_Step_Children_of_Marketing.pdf


## VI.  EDITORIALS

| | | |
|---|---|---|
| *Journal of Consumer Research* | June 1977: | "New Directions for *JCR*" |
| *Marketing News* | July 1978: | "New Directions for *JM*" |
| *Journal of Marketing* | Winter 1979: | "The *Journal of Marketing* at a Crossroad" |
| | Spring 1979: | "Repositioning the *Journal*" |
| | Summer 1979: | "Bridging the Gap Between Practitioners and Academicians" |
| | Fall 1979: | "On the Status of Marketing Theory" |
| | Winter 1980: | "Marketing in the 80's" |
| | Spring 1980: | "Strategic Planning and Marketing: Time for a Constructive Partnership," with George Day |
| | Summer 1980: | "International Marketing: The Neglect Continuous," with John Farley |
| | Fall 1980: | "Industrial Marketing: The Sleeping Giant," with Frederick Webster |

http://www.marketingpower.com/ResourceLibrary/JournalofMarketing/Pages/1980/44/4/4997918.aspx

| | | |
|---|---|---|
| | Winter 1981: | "Journals and the Development of a Discipline" |
| | Spring 1981: | "Research and Management" |
| | Summer 1981: | "A Positive Perspective on Marketing" |

http://connection.ebscohost.com/c/editorials/4996997/from-editor-positive-perspective-marketing

| | | |
|---|---|---|
| | Fall 1981: | "Reflections" |
| | Summer 2009: | "Is Marketing Academia Losing its Way?" |

http://www.iimahd.ernet.in/library/PDFs/NICMAN/Is%20marketing%20academia%20losing%20its%20way.pdf

| | | |
|---|---|---|
| *The Lauder Quarterly* | All editorials from initiation in 1986 to July 1988. | |


## VII.  ILLUSTRATIVE OP ED AND COMMENTARIES

- "Capitalism 3.0: Commentaries" on Jed Emerson and Sheila Bonini, "Capitalism 3.0" in *VALUE* and www.valuenewsnetwork.com, February/March 2006.
- Orchestra needs to change tune in contract negotiations: Settling the score must rest on the idea of working toward a collective goal, *Philadelphia Inquirer*, Commentary, November 4, 2004.
- The Wisdom of the Flip Flop, *Wharton School Publishing Newsletter*, November 2004.
- Rethinking our mental models for elections, *Newsletter of the Wharton Fellows*, November 2004.
- "E-Learning Crossfire," *Information Week*, February 26, 2001.
- "Reverse mentoring can solidify collaboration among functional groups, but it cannot be the only tool that enforces such teamwork or the sole catalyst for change." Commentator on HBR "Too Old to Learn?" Case Study. *Harvard Business Review*. November-December 2000.

\* = Article published in refereed journal

**VIII.  EDITED PUBLICATIONS OF THE SEI CENTER – ILLUSTRATIVE LIST \*\***
**\*\* Recent presentations are listed by topic beginning on page 76**

- Insights and Impact: 20th Anniversary Report of the SEI Center for Advanced Studies in Management, March 2010.
- Into the 21st Century: The First Decade and Beyond: A Report on the SEI Center for Advanced Studies in Management, 1990-2000.
- Japan at the Great Divide, April 1999 (by Yasuhisa Shiozaki).
- The Limits of Privacy, March 1999 (by Amitai Etzioni).
- GM for the 21st Century: From "Make and Sell" to "Sense and Respond," March 1999 (by Vince Barabba).
- Managing Workteam Diversity, Conflict, and Productivity: A New Form of Organizing in the 21st Century Workspace, September 1998 (by Etty Jehn, The Diversity Research program with Bob Holland).
- The Systems Approach: The New Generation, February 1998.
- Consumer Choice Behavior in On-line and Regular Stores: The Effects of Brand Name, Price, and Other Search Attributes, January 1998.
- When Is It Worthwhile Targeting the Majority Instead of the Innovators in a New Product Launch? November, 1997.
- Toward New Corporate Governance Models: Lessons from the Japanese and U.S. Experience, March 1997.
- From Detection to Action: Processes and Insights Gained from an Early Warning Signal System, March 1997.
- New Media, February 1997.
- The Future of Impact of Information Management: A Lecture Series from July 1996-January 1997.
- The CEO Challenge: Implementing Strategy in a Constantly Changing Marketplace, December 1996.
- European Venture Capital Industry, November 1996.
- The Impact of Computers and Information on Management: 1946-1996-2001, May 1996.
- A Trapezoidal Corporation, February 1996.
- Corporate Growth Engines, December 1995.
- The Bamboo Network, November 1995.
- Innovation in New Product Development: Best Practices in Research, Modeling and Applications, May 1995.
- The New Science and Emerging Paradigms in Business, April 1995.
- Information Technology and the Changing Boundaries of the Firm, January 1995.
- EMU – The Road to Europe, February 1995.
- Go West Young MBA, Far Far West: Adventures on the World's Business and Management Frontier, January 1995.
- The Virtual University, January 1995.
- A New Management Paradigm for the 21st Century, December 1994.
- Leadership in the 21st Century Enterprise, November 1994.
- Interactive Industry 2000: Who's Gonna Buy this Stuff: Research for the Interactive Television Business, July 1994.
- Interactivity is Two-Way: Life on the Net April 1994.
- Exploratory Conference on Business Ethics: Building the Common Ground, March 1994.
- Beyond Quality: Organizational Transformation for the 21st Century Enterprise, March 1994.
- Empirical Generalizations in Marketing, February 1994.
- Research Challenges in Linking Quality: Profitability and Organizational Architecture, December 1993.
- Deploying Strategic Assets: Beyond Core Capabilities, November 1993.
- The End of Diversity: Rights, Responsibility and the Communication Agenda November 1993.
- The Horizontal Organization, October 1993.
- Strategic Information Architecture: Increasing Productivity, Managing Risks, June 1993.
- Corporate Performances: Beyond Financial Measures, April 1993.
- Dr. Peter Drucker on "The New Organization," April 1993.
- Designing Corporate Governance for the 21st Century Global Enterprise: International Perspectives, January 1993.

- Rewarding the Workforce of the Future: Competence-Based Performance Measures and Incentives, October 1992.
- Issues and Advances in New Product Development, June 1992.
- Decision Making in Highly Uncertain Political Environments: Investing in the Russian Oil and Gas Industry, March 1992.
- Historical Perspectives in Management Education, April 1992.
- Innovation and Learning, March 1992.
- Frontiers in Electronic Commerce: Experimental Systems for Communication, Coordination, and Negotiation, February 1992.
- The Impact of Information Networking on Organizational Design and Strategy, November 1991.
- Visionary Leadership, October 1991.
- Innovation in Services, May 1991.
- Lessons from the Malcolm Baldridge Award: Implications for Management Practice, Research, and Education, February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Managing Infrastructure Costs; What is the Best Strategy for Long-Term Controls? February 1991.
- Ethical Standards for Global Corporations? December 1990.
- Innovation and New Product Development for the 21st Century Enterprise, November 1990.
- The Individually Empowered Organization, November 1990.
- Management in the 21st Century: Predictions From Top Think Tanks, September 1990.
- Corporate Governance: Who's in Charge?, May 1990.
- Creating and Implementing Quality in Organizations, March 1990.
- Creating and Implementing a Corporate Vision, January 1990.
- Human Resources: Management for the 21st Century, January 1990.
- The Impact of Artificial Intelligence on Management Decision Making and Organizational Design, February 1990.

## IX.  Edited Publications of the Wharton Future of Advertising Program

Wharton Knowledge in Action Column on Think with Google Forum, 2012.
http://www.thinkwithgoogle.com/insights/forum/ :

1. Jerry Wind,          Orchestration as the New Managerial Model in the Digital Age
2. David Bell,          Thin-Slicing and Retailing on the Internet
3. Robert Malcolm & Peter Sieyes,   From Bowling to Pinball – how successful marketing  organizations are adapting to digital
4. Kartik Hosanagar,          Attribution: Who gets the Credit for a New Customer?
5. Dave Reibstein,   The Many Flavors of ROI
6. Eric Bradlow,          The Golden Age of Marketing Research
7. Shawndra Hill,          Social TV: Linking Content, Buzz and Sales
8. Kevin Werbach,   Turn Your Customers into Players:  Lessons from Gaming
9. Leonard Lodish,   When the Parts are more Powerful than the Sum

## X.  EDITOR: WHARTON SCHOOL PUBLISHING BOOKS

**2008**
1. V. Kumar, Managing Customers for Profit:  Strategies to Increase Profits and Build Loyalty
2. Stewart Black, Hal Gregersen, It Starts with One:  Changing Individuals Changes Organizations
3. Russell E. Palmer, Ultimate Leadership:  Winning Execution Strategies for Your Situation
4. J.C. Larreche, The Momentum Effect: How to Ignite Exceptional Growth
5. Yves Doz, Mikko Kosonen, Fast Strategy: How strategic agility will help you stay ahead of the game
6. Russell L. Ackoff, Daniel Greenberg, Turning Learning Right Side Up: Putting Education Back on Track
7. Bernard Lewis, Buntzie Ellis Churchill, Islam: The Religion and the People

8. Alexander B. van Putten, Ian C. MacMillan, Unlocking Opportunities for Growth: How to Profit from Uncertainty While Limiting Your Risk
9. Vijay Mahajan, Africa Rising: How 900 Million African Consumers Offer More Than You Think
10. Michael A. Roberto, Know What You Don't Know: How Great Leaders Prevent Problems Before They Happen (Rough Cuts)
11. Jon M. Huntsman, Winners Never Cheat: Even in Difficult Times, New and Expanded Edition

**2007**
1. Aswath Damodaran, Strategic Risk Taking: A Framework for Risk Management
2. Rajendra S. Sisodia, David B. Wolfe, Jagdish N. Sheth, Firms of Endearment: How World-Class Companies Profit from Passion and Purpose
3. Leonard M. Lodish, Howard L. Morgan, Shellya Archambeau, Marketing That Works
4. Howard Moskowitz, Alex Gofman, Selling Blue Elephants: How to Make Great Products That People Want BEFORE The Even Know They Want Them
5. Daniel M. Cable, Change to Strange: Create a Great Organization by Building a Strange Workforce
6. Jagdish N. Sheth, The Self-Destructive Habits of Good Companies…And How to Break Them
7. Bala Chakravarthy and Peter Lorange, Profit or Growth, September.
8. Victor K. Fung, William K. Fung, Jerry (Yoram) Wind, Competing in a Flat World: Building Enterprises for a Borderless World, September.
9. Barry Libert, Jon Spector, Don Tapscott, We Are Smarter Than Me: How to Unleash the Power of Crowds in Your Business, September.
10. Hamid Bouchikhi, John R. Kimberly, Soul of the Corporation, The: How to Manage the Identity of Your Company, September.
11. Hunter Hastings, Jeff Saperstein, Improve Your Marketing to Grow Your Business: Insights and Innovation That Drive Business and Brand Growth, September.
12. Satish Nambisan and Mohanbir Sawhney, The Global Brain:  Your Roadmap for Innovating Faster and Smarter in a Networked World, October.
13. James F. Parker, Do The Right Thing:  How Dedicated Employees Create Loyal Customers and Large Profits, November.
14. Ellen Ernst Kossek and Brenda A. Lautsch, CEO of Me: Creating a Life that Works in the Flexible Job Age, December

**2006**
1. Peter Navarro, The Well Timed Strategy: Executing Strategy Through the Business Cycle for Competitive Advantage
2. Stuart Lucas, Wealth: Grow It, Protect It, Spend It and Share It (Paperback, 2007)
3. Peter Killing, Thomas Malnight, and Tracey Keys, Must-Win Battles: How to Win Them, Again and Again
4. Neil Bender, Paul Farris, Philip Pfeifer, and Dave Reibstein, 50+ Marketing Metrics Every Business Executive Should Know
5. Russell Ackoff, Herbert Addison, and Jason Magidson, Idealized Design: How to Dissolve Tomorrow's Crisis…Today
6. Lars Kolind, The Second Cycle: 7 Proven Tools for Revitalizing Your Business…Before It's Too Late
7. George Chacko, Anders Sjoman, Hideto Motohashi, and Vincent Dessain, Credit Derivatives: Introduction to Credit Risk and Credit Instruments
8. Jerry Porras, Stewart Emery, and Mark Thompson, Success Built to Last: Creating a Life that Matters
9. Philip Kotler and Nancy Lee, Marketing in the Public Sector: A Roadmap for Improved Performance

**2005**
1. Randall Billingsey, *Understanding Arbitrage: An Intuitive Approach to Financial Analysis*
2. Tony Davila, Marc Epstein, and Robert Shelton, *Making Innovation Work: How to Manage It, Measure It, and Profit from It*
3. Sunil Gupta and Donald Lehmann, *Managing Customers as Investments: The Strategic Value of Customers in the Long Run*

4. Stuart Hart, *Capitalism at the Crossroads: The Unlimited Business Opportunities in Solving the World's Most Difficult Problems* (2nd Edition, 2007)
5. Lawrence Hrebiniak*, Making Strategy Work: Leading Effective Execution and Change*
6. Jon Huntsman, *Winners Never Cheat: Everyday Values We Learned as Children (But May Have Forgotten)*
7. Eamonn Kelly, *Powerful Times:Rising to the Challenge of Our Uncertain World*
8. Doug Lennick and Fred Kiel, *Moral Intelligence: Enhancing Business Performance and Leadership Success* (Paperback, 2007)
9. V. J. Mahajan and Kamini Banga, The *86 Percent Solution: How to Succeed in the Biggest Market Opportunity for the Next 50 Years*
10. Alred Marcus, *Big Winners and Big Losers: The 4 Secrets of Long-Term Business Success and Failure*
11. Kenichi Ohmae, *The Next Global Stage: Challenges and Opportunities in Our Borderless World*
12. Michael Roberto, *Why Great Leaders Don't Take Yes for an Answer: Managing for Conflict and Consensus*
13. Arthur Rubinfeld and Collins Heminway,  *Built for Growth: Expanding Your Business Around the Corner or Across the Globe*
14. David Sirota, Louis Mischkind, Michael Meltzer,*The Enthusiastic Employee: How Companies Profit by Giving Workers What They Want.*
15. Thomas Stallkamp, *SCORE!: A Better Way to Do Busine$$: Moving from Conflict to Collaboration*
16. Glen Urban, *Don't Just Relate – Advocate!: A Blueprint for Profit in the Era of Customer Power.*
17. Craig Vogel, Jonathan Cagan, and Peter Boatwright, *The Design of Things to Come: How Ordinary People Create Extraordinary Products.*

**2004**
1. Bernard Baumohl, *The Secrets of Economic Indicators: Hidden Clues to Future Economic Trends and Investment Opportunities* (2nd Edition, 2007)
2. Sayan Chatterjee, *Failsafe Strategies: Profit and Grow from Risks that Others Avoid*
3. Robert Mittelstaedt*, Will your Next Mistake Be Fatal? Avoiding the Chain of Mistakes that Can Destroy your Organization*
4. Mukul Pandya, Robbie Shell, Susan Warner, Sandeep Junnarkar, Jeffrey Brown (2004), *Nightly Business Report Presents Lasting Leadership: What You can Learn from the Top 25 Business People of our Time* (Paperback, 2006)
5. C.K. Prahalad, *The Fortune at the Bottom of the Pyramid* (Paperback, 2006)
6. Scott Shane, *Finding Fertile Ground*
7. Oded Shenkar, *The Chinese Century: The Rising Chinese Economy and Its Impact on the Global Economy, the Balance of Power, and your Job* (Paperback, 2006)
8. Jerry Wind and Colin Crook, *The Power of Impossible Thinking* (Paperback, 2006)


# XI. ILLUSTRATIVE PUBLISHED ABSTRACTS OF PAPERS DELIVERED IN PROFESSIONAL MEETINGS

- "Enduring Vs. Situation Dependent Customer Characteristics as Bases for Market Segmentation: An Evaluation," in David L. Sparks, (ed.), *Broadening the Concepts of Marketing.* Proceedings of the American Marketing Association, August 1970 Conference.
- "Preference of Relevant Others and Individual Choice Models," in W.L. Nichols, ed., *Proceedings of the 1974 AAPOR Conference and in Public Opinion Quarterly*, 38. Fall 1974, pp. 447.
- "Multivariate Decision-Making in the Setting of Pulmonary Outpatient Clinic," with Lawrence Spitz and Ronald Daniele. Paper presented at American College of Physicians, San Francisco, April 1975.
- "Diagnosis Consumer Behavior: A Quantitative Approach," in D. Rothwell, (ed.), *Proceedings of the 30th Annual AAPOR Conference* May 1975 and in *Public Opinion Quarterly*, 39. Fall 1975, pp. 415.
- "Segmentation and Positioning of Health Insurance Services Under Conditions of Heterogeneous Health Insurance Portfolios," in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 244.

- "Alternative Approaches to Industrial Market Segmentation," with Paul E. Green, in TIMS/ORSA Bulletin for the S.F. Joint Meeting, May 1977, pp. 234.
- "Innovation and the R&D-Marketing Interface," with Joel Goldhar, in TIMS/ORSA Bulletin for the Atlanta Meeting, November 1977.
- "Measurement Issues in Portfolio Analysis," with Vijay Mahajan, in R.P. Leone, (ed.), *Proceedings of Market Measurement and Analysis*, TIMS, 1980, pp. 50-53.
- Aimagery Products: A Measurement Challenge," with Lew Pringle, in J. Keon, (ed.), *Market Measurement and Analysis*, TIMS/ORSA, 1981.
- "Standardized Portfolio Models: An Empirical Comparison of Business Classification," with Vijay Mahajan and Donald J. Swire in Allan D. Shocker and R. Srivastava, (eds.), *Proceedings of the 1981 Analytical Approaches to Product and Marketing Planning Conference.*

## XII.  CASE STUDIES

- During the academic year 1962-1963, I wrote a number of marketing cases at the Hebrew University, Jerusalem (Israel). One of these cases, The Ozi Ballpoint Pen III, was published in Harper W. Boyd, Jr. et al., (eds.), *Marketing Management: Cases from the Emerging Countries* (Reading, MA: Addison-Wesley Publishing Company), 1966.
- During the academic year 1968-1969, several marketing cases were written under my supervision at the Leon Recanati Graduate School of Business Administration, Tel Aviv University.

# 3.  CONSULTING EXPERIENCE

**I.  Marketing, Business Strategy, and Marketing Research Consulting**

1. Information and Telecommunication Industry

- 
- Telenet, Strategies for "Getting More with Less" (2006)
- Samsung, Management of Technological Innovation (2006)
- Next Level Communication: Business strategy consulting (2000)
- Motorola Broadband Sector: 1998-2004. Business Strategy consulting
- Northern Telecom: Value Pricing and Business Strategy Consulting (1993-1995)
- IBM:
  - ABS Division: Developing procedure for Integrating Marketing and R&D (1988-1989)
  - ES Division, Marketing Strategy and Segmentation (1991-1993)
- AT&T & the Bell companies: Occasional consultant to various units, including:
  - AT&T Technologies Inc. – Design a market segmentation program (1986)
  - AT&T – Review and Design of Portfolio System (1981-1982)
  - Bell Atlantic – Marketing & pricing strategy (1983)
  - Bell Canada – Design of a segmentation study and product portfolio (1979-1980)
- Xerox: Marketing consulting to a design integration program (coordinated by Jay Doblin Associates) and design of a market segmentation project (1982-1983)
- Geometric Data: Segmentation/positioning studies (1981-1982)
- Newsweek, Inc.: Marketing consulting (1979-1980)
- RCA, Government Communications Systems: Design of a research program to assess the market response to new Electronic Mail System (1978-1979)

2. Financial Services

- SEI: Marketing, Business and Corporate Strategy consulting (1986 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Edward Jones & Co.: Marketing and Business Strategy consulting (1984-2004)
- CitiBank: Statistical consulting (1980); marketing strategy consulting (1996-1997)
- E. F. Hutton: Design and implementation of a marketing planning system and various marketing research projects (1979-1984)
- Reliance Insurance Companies: Marketing research consulting (1980-1981)
- Colonial Penn Group: Design and evaluation of most of the firm's research activities and general consulting to marketing and top management (1973-1980)
- Chase Manhattan Bank: Process for evaluation of mergers and acquisitions and design of segmentation studies (1978-1979)

3. Health Care

- ConvaTec: Marketing Driven Business Strategy (2008)
- Bristol-Myers Squibb (BMS): Marketing strategy consulting (1997-2002)
- Sterling Drug, Inc.: Development of marketing driven portfolio of R&D projects (1986-1991); Pricing study for innovative new product (1991-1992)
- 
- Merck, Sharp, and Dome: General marketing research consulting (1981)
- Merck & Co.: Marketing Strategy and Marketing Research and Modeling (1991-1996)
- Pfizer, Inc.: 1975-1990. Design and analysis of most of the marketing research projects of Pfizer Laboratories and Roerig. Occasional marketing strategy consultant to the Hospital Products Group (1984-1986) and Pfizer Pharmaceuticals (1987-1990).
- SmithKline Beckman: Marketing strategy development for TAGAMET (1987-1988); evaluation of strategy implementation (1989)

- SmithKline Clinical Laboratories: Marketing planning (1984)
- Upjohn: Strategic planning consulting (1981)
- West Jersey Health System: Marketing and Business Strategy (1985)

4. Transportation

- Air Canada: Market segmentation, positioning and new product development (1973)
- Chrysler: Modeling the advertising budget (1978), advising regarding the analysis of customer satisfaction process (1995-1997)
- Conrail: Design of a positioning/segmentation study (1978-1979)

5. Consumer Goods

- Mars, Avisor to the Catalyst Group (2010 – present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- DAYMON: Marketing Strategy (2003-05)
- American Dairy Brands and Schreiber Foods, Inc.: Arbitration (2004)
- Campbell Soup: Advertising Strategy, 91-96, 2005-07; Taste Tests (2001-2003)
- Coors Brewing Company, Pricing and positioning (2001)
- Eastman Kodak: New product research approaches (1978)
- R.J. Reynolds Tobacco Co.: Evaluation and design of a new product development system (1979-1980)
- S.B. Thomas: Marketing and research consultant (1979-1980)
- Simplicity Patterns, Inc.: Develop a business plan (1982)
- Pepsi: Research support for the Pepsi Challenge and related campaigns (1978, 1981, 1990, 1995, 1999)

6. Industrial Products and Services

- ITT Water Technology Group (2004-2005)
- John Fluke Manufacturing Co., Inc.): Marketing and corporate strategy (1985-1988)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)
- International Harvester: Designing a market segmentation process (1980)
- Stauffer Chemicals: General marketing consulting (1980)
- Exxon Chemicals: Marketing and Business Strategy (1985-1986)

7. Retailing

- Wickes, plc: U.K. Marketing and Business Strategy Consulting (1988-1996)
- Sears Roebuck & Company: Advertising and marketing strategy (1972-1973)

8. Professional Service Firms

- MS&L: Marketing consulting (1995-1997; 2001-2002)
- Price-Waterhouse Coopers LLP (marketing and corporate strategy consulting, 1996-2001).
- Standard & Poors (1997-2000)
- IMS America (1997)
- Medicus (1989-1997)
- Hakuhodo. Marketing Strategy for the 21st Century (1992-1995)
- Morgan, Lewis & Bockius: Development of Business Strategy (1992-1994)
- DMB&B (1993)
- Y & R (1989)
- Market Research Corporation of America (MRCA) (1975-1987)
- BBD&O (on an occasional basis, 1974-1985)
- Doyle Dane Bernbach: Evaluation of a campaign claim (1980)

- Cunningham and Walsh, Inc. (1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Gahagan Research Associates, Inc. (selected projects, 1972-1978)
- Professional Marketing Research, Inc. (1977-1978)
- Oxtoby-Smith (selected projects, 1972-1978)
- Applied Communication Research (1974-1976)
- National Analysts (1975-1976)
- Robinson Associates (1969-1975)
- Robinson Associates (1969-1975)
- McConnel Advertising (Montreal), (1974)
- Whittlesey and Partners (1972-1973)

9. Trading Companies, Real Estate Development

- Li & Fung: Business Strategy consulting (1998 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Dewey Companies: Marketing and Business Strategy consulting (2003)

## II. Directorship

- IDT (2005-2008)
- Ecquaria (2001-04)
- Enhance Financial Services (1997 until acquisition by Radian Group, Inc. in 2001)
- Credit 2B (2001)
- CASA – Center for Adaptive Systems Applications Inc. (1999 Until acquisition by HNC in 2000)
- Access Technologies Group, co-founder and chairman (1992-1996)
- Contel Corporation, member of the Board of Directors (1988 Until acquisition by GTE in 1991)
- Reality Technologies, Inc. (1988-until acquisition by SEI Investments in 1990)
- Dover Regional Bank Shares, member of Board of Trustees (1986-1990)
- Shooting Stars, Inc., member of the Board of Directors (1986-1990)
- The Cortlandt Group, Inc., Co-founder and Chairman of the Board of Directors, (1979-1986)

## III. Illustrative Advisory Boards

- Decision Lens (2005-present)
- QS World University Rankings (2009-present)
- Fung Retailing Group (2013-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Arshiya (India) (2007-2013)
- Cisco Collaboration Consortium (2009-2011)
- NetXentry (WebForPhone) (2000-2011)
- Mutual Art (2003-2011)
- Ad4ever (2000-2003)

## IV. Expert Witness: Marketing and Marketing Research Consulting in Legal Cases

- Alschuler, Grossman and Pines: Packard Bell vs. Compaq, 1995-1996
- Arent, Fox, Kitner, Plotkin & Kahn: Marketing research consulting re: Estee Lauder, 1987
- Arnold, Whiite and Dunkee: The Clorox Co. vs. Dow Brands Inc. re: Smart Scrub v. Soft Scrub, 1995
- Arnold & Porter:
  a) Schering v. Pfizer, Perceived sedation of Zyrtec, 2000
  b) Pfizer: Physicians' beliefs concerning prescription antihistamine products in terms of their sedating/non-sedating characteristics 2002
- Baker & McKenzie:
  a) G.D. Searle & Co. and subsidiaries litigation in the U.S. Tax Court, 1982
  b) American Republic Insurance Co. vs. Americare Inc. and American Dental Centers P.C.,

1988
- Berle, Kass and Case: Evaluation of public attitude re: Burlington County Bridge Commission, 1992
- Bilzin Sumberg Attorneys at Law, Lennar Corporation vs. Michael C. Morgan, 2007
- Bingham McCutchen LLP: Sharp Computer v. Dell Inc., 2010
- Maurice Blackburn Cashman Commercial (Australia), Biota Holdings Limited vs. GlaxoSmithKline re. Relenza, 2007-2008.
- Blanchard, Krasner & French, Consulting Re. Aerus, 2006-2007
- The Calorie Control Council vs. FTC re: the Saccharin case, 1979
- Covington and Burling:
  a) The Proprietary Association vs. FTC re: over-the-counter (antacids) drugs, 1979
  b) FTC Staff Report on cigarette advertising investigation 1981-1983 including appearance before congressional committee in hearing on H. R. 1824: "The Comprehensive Smoking Prevention Education Act"
  c) International Telecharge Inc. vs. AT&T, 1992-1994
  d) Dream Team Collectibles vs. NBA Properties (re: Dream Team), 1996
  e) G. A. Modefine S.A. v. Armani.com, 2003-2004
  f) Defence in Class Action Re: IBM REAP Educational Benefit, 2006-
  g) Spirits Int Nv vs. S.S. Taris Zeytin Vezeytinyagi Birliei, Re: Moskovskaya, 2006-2008
  h) Cunningham v. International Business Machines Corp., 2007
  i) QS Wholesale, Inc., v. World Marketing, Inc., 2013
- Cravath Swain and Moore:
  a) Amertech Corporation, *et. Al.* v. Lucent Technologies Corporation [Arbitration], 1997
  b) Louis Vuitton v. Dooney & Bourke, Inc., 2004
- Crude Oil Resellers vs. U.S. Department of Energy Economic Regulatory Administration re: the proposed crude oil reseller price regulations, 1979, including presentation at public hearing
- Darby and Darby. Proctor & Gamble vs. Colgate, Palmolive, and Y&R re: China advertising, 1997
- Davis Polk & Wardwell LLP
  a) P&G and Sanofi-Aventis US vs. Hoffman-La Roche Inc and GlaxoSmithKline, Inc. Re.Boniva, 2007
  b) Procter & Gamble Pharmaceuticals, Inc., and Sanofi-Aventis US LLC, v. Hoffman-La Roche Inc. and Glaxosmithkline, Inc., 2006
- Dechert Price & Rhoads:
  a) The Mutual Assurance Co. vs. American Council of Life Insurance and Health Insurance Association of America (re: The Green Tree), 1983-1984
  b) INC vs. Manhattan, Inc., 1985
  c) Tunis Brothers Co. vs. Ford Motor Credit Co., 1988
  d) Allerest vs. Alleract, 1988-1990
  e) Campbell Soup Co. vs. Conagra, Inc. (Various deceptive advertising cases) 1991-1996
- Department of Justice, Antitrust Division: Consulting in a number of cases since 1996, including Microsoft Network, ski resorts, Echostar's proposed acquisition of DirecTV, and dental supplies
- Dilworth, Paxson, Kalish, Levy and Kauffman: Prince Castle vs. Le-Jo Enterprises, 1977-1978
- Fitzpatrick, Cella, Harper & Scinto:
  a) The Gap, Inc. and Gap (Apparel) LLC v. G.A.P. Adventures, Inc., 2010
  b) American Beverage Corporation and Pouch Pac Innovations, LLC v. DiAgeo North America, Inc., and DiAgeo Americas Supply, Inc. t/d/b/a Captain Morgan Co., 2012
- Forrest, Hainline III, American Pasta Co. vs. New World Pasta Co. (re: "America's favorite pasta"), 2002
- Fulbright & Jahorski: Deere and Co. vs. MTD Holdings, 2003
- Gibson, Dunn, & Crutcher:
  a) Pfizer, Inc. vs. International Rectifier Corp., 1982-1983
  b) Thompson vs. General Nutrition Corp., 1985
  c) New Vector vs. Metro Mobile, 1986;1992
  d) Air Passenger CRS Antitrust Litigation vs. American Airlines, 1987-1990
  e) Quintons/Mahurkar vs. Shiley
  f) McCaffrey vs. Pfizer re: Plax, 1990
  g) The Travel Difference vs. The Time Mirror Co. (LA Times), 1992

- h) Toyota re: class action defense vs. Staples Stillwell on the "destination charge" on Monronery Stickers,1995-1996; 1999-
- i) Hewlett-Packard vs. Nu-Kote Int. Inc., Anti-trust, 1998-1999
- j) LA Cellular AT&T Wireless class action defense, 2002, 2004-
- k) Hewlett Packard defense vs. Staple Stilwell in class action suit re economy cartridge, 2003
- Gold, Farrel & Marks: Miramax Film Corp. vs. Columbia Pictures Entertainment, re: *I Know What You Did Last Summer* (1997)
- Goodwin Procter LLP:
  - a) FTC vs. New Balance re: "made in USA", 1995-1996 [FTC Hearing] and consulting, 1998
  - b) Public Media Center and People of the State of California vs. Tri-Union Seafoods, Delmonte Corp & Bumble Bee Seafoods. Re: Proposition 65 Mercury In Tuna, 2006
  - c) Environmental World Watch, Inc. v. The Procter & Gamble Distributing Co., Los Angeles Superior Court No. BC 338895; Council for Education & Research on Toxics v. McDonald's Corp., et al., Los Angeles Superior Court No. BC 280980; and People of the State of California v. Frito-Lay, et al., Los Angeles Superior Court No. BC 337618, 2007.
- Greenberg Traurig LLP
  - a) Chatham et al v. Sears Roebuk & Co. Re: Craftsman Made in USA, 2007-
  - b) Whirlpool Corp. vs. Sensata Technologies and Texas Instrument, Inc., 2011
  - c) Curt Schlesinger v. Ticketmaster, 2011
  - d) Santamarina , et. al. v. Sears Roebuck & Company, 2012
- Hapgood, Calimafole, Kalil, Blaustein & Judlowe: Merrill Lynch vs. Paine Webber (re: RMA), 1985
- Heller, Ehrman, White, and McAuliffe: Apple Computer Securities Litigation, 1985-1986.
- Herling, Lindeman, Goldstein and Siegal: Roli Boli vs. Pizza Hut, 1997
- Hill, Betts, and Nash: Fender Musical Instruments Inc. vs. E.S.P. Co., 1985
- Howrey, Simon, Arnold & White:
  - a) Sands, Taylor and Wood vs. The Quaker Oats Co. re: Thirst-Aid, 1987
  - b) Syntex, Inc. vs. Schering-Plough Healthcare Products, Inc. re: Femcare, 1992
  - c) Anheuser Busch (re Bud Dry commercials), 1993
  - d) Anheuser Busch vs. Labbatt (re: Ice Beer), 1994-1995
  - e) Anheuser Busch vs. Samuel Adams, 1995
  - f) Anheuser Busch vs. United Guiness Distillers (re: Red Label from Budweiser), 2002
  - g) Nissan North America vs. BMW (re: "Z"), 2002
  - h) Consulting Re: Schering Plough, 2007
- IT&T Continental Baking vs. FTC re. Fresh Horizons advertising, 1977-1978
- Jenner & Block:
  - a) General Dynamics vs. AT&T. re: Antitrust litigation, 1987-1990
  - b) AT&T vs. MCI re: Telemarketing Practices 1990
  - c) Recording Industry Association of America, Re: Adjustment of Rates & Terms for Satellite Digital Radio Services (Copyright Royalty Board), 2006-2008
  - d) In Re: Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services before the Copyright Royalty Board, 2007
- Kaye, Scholer, Fierman, Hays & Handler:
  - a) Automated Bread Dist. Corp. vs. General Foods Corp. (Re: Freihofer Baking Co.), 1991-1992
  - b) Zone Perfect Nutrition Co. vs. Hershey Foods Co., 2004
- Kenyon & Kenyon:
  - a) Mead Data Control, Inc. vs. Toyota Motor Sales, U.S. re: Lexis vs. Lexus, 1988
  - b) Hiram Walker and Sons vs. White Rock Distilleries re: Kapala-Kahlua
  - c) America Online vs. AT&T Corp. re: ATT&T's "You Have Mail", 1999
  - d) Twentieth Century Fox Film vs. Marvel Enterprises, Inc. (re: Mutant X), 2002
  - e) Petition for Cancellation of the Registration of the Gakic Mark, 2006
- Kirkland and Ellis
  - a) Kraft Foods Inc. and Capri Sun vs. Minute Maid, 1997
  - b) Time Inc. vs. Peterson Publishing Co. re: Teen vs. Teen People, 1997-1998
  - c) Brach and Brock vs. James River re: Royals candies, 1998-1999
  - d) Hermes vs. Lederer, re: the Kelly Handbag, 1998-2001
- Kirkpatrick and Lockhart: McPalland et al v. Keystone Health Plan Central, Inc. (re: class

certification   of SeniorBlue Customers, 2001-2002

- Kleinfeld, Kaplan and Becker: re: Iron-Kids Bread Package, 1991
- K&L Gates LLP:
  a) Quia Corp. v. Mattell Inc. and Fisher-Price Inc., 2010.
  b) Sara Lee Corporation v. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2011
  c) Sara Lee Corporation v. Kraft Foods, Inc. and Kraft Foods Global, Inc., 2012
- Kramer Levin LLP:  Finjan, Inc.  v. McAffe, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc., and Sophos, Inc., 2012
- Lee, Toomey, and Kent Pfizer Pharmaceuticals vs. the IRS, 1978-1979
- Lempres & Wulfsberg and Kutak, Rock, & Campbell: Evaluation of Expert Reports, re: International Pharmaceutical Products, Inc., 1985-1990
- Liddy, Sullivan, Galway, and Begler:
  a) Coopervision, Inc. vs. CTL, Inc. (re: Permatint), 1985
  b) Johnson & Johnson, Inc. vs. Oral-B Laboratories (re: Minute-Gel), 1987
  c) Soft Sheen's Care Free Curl vs. Revlon's I of Nature (Trademark), 1986-1987.
  d) Oral-B Laboratories, Inc. vs. Johnson & Johnson, Inc. (re: Reach Advertising), 1986-
- Locke Lord Bissell Liddell: The Gap, Inc. and Gap (Apparel) LLC v. G.A.P. Adventures, Inc., 2009.
- Lowenstein, Sandler: Princeton Economics Group vs. AT&T (re: class action defense of spirit), 1994-1995
- Maurice Blackburn Cashman Pty Ltd: Biota Holdings Ltd and Anor vs. Glaxo Group Ltd. & Ors. Re: Relenza, 2006-
- Mitchell, Silberberg & Knupp: Stella Foods Inc. vs. Cacique IC, re: Ranchero, 1997-1999
- Morgan, Lewis and Bockius: Scott paper defense in the Turnabout Marketing Case, 1983
- Morison, Cohen, Siner, and Weinstein, Hertz  v. Avis, 1994.
- Morrison & Foerster [and Bingham McCutchen; Arnold & Porter; Goodwin Procter; Greenberg Traurig]
  a) Prop 65 [Re Acrylanide in Potato Chips and French Fries]: Environment World Watch Inc. v. P&G Distributing Company
  b) Council for Education and --- on Toxins v. McDonald's Corp
  c) People of the State of California v. Frito-Lay Inc., 2007-2008.
- Moses & Singer: THOIP (A Chorion Limited Company) v. The Walt Disney Company, 2009-10
- Munger, Tolles and Olson:
  a) FTC vs. Polygram Holdings et al. re: Three Tenors Case 2001-2002
  b) Universal vs. MGM (re: Rollerball) 2002
- Odutola Law: Spirits Int. Nv. vs. Distilleries Melville Ltd. Re: Moskovskaya vs. Moskova, 2007-
- Pattishall, McAuliffe, Newbury, Hilliard, & Geraldson:
  a) S.C. Johnson and Son, Inc. vs. Carter Wallace ("Edge" vs. "Rise"), 1983
  b) Anheuser Busch vs. Stroh Brewery Co. and vs. Miller and Heillman, (re: LA beer), 1984-1985
  c) S. C. Johnson & Son Inc., re: L'envie, 1986-1987.
  d) Shelby Motor vs. Ford, 1988.
  e) GFA Brands Inc. and Fitness Foods Inc. vs. Canbra Foods Ltd. and Campbell Mithun/Esty, Inc. re Heartlight, 1990-1991.
  f) AT&T vs. MCI (various deceptive advertising cases) 1991-
  g) Walt. Disney vs. Good Times, 1993
  h) Car Freshener Corp. vs. S.C. Johnson and Son, Inc. (re:Glade Plug Ins Air Freshener Design), 1994
  i) International Telecharge, Inc. vs. AT&T, 1992-1994
  j) S.C. Johnson and Son, Inc. vs. Avon (re: Skin So Soft) 1996
  k) GTE Card Services Inc. vs. AT&T, 1996
  l) SunAmerica Corp. vs. Sun Life Assurance Co. of Canada 1993-1995, 1997-1998 [W.H. Covington and Burling]
  m) Blue Cross Blue Shield vs. American Medical Association, re: CPT, 1998
  n) Encyclopedia Britannica, Inc. vs. Britannica Home Fashions, Inc., 1999
  o) Simon Property Group, L.P. v. mySimon Inc., 2001-
  p) Montblanc – Simplo Gmblt v. Savonerie et Parfumerie Bernard, 2001
  q) Old World Industries, Inc. vs. AutoMeter Products, 2002

- r) JLJ Inc. v. Santa's Best Craft (Christmas tree lights), 2004
- s) Energy Brands Inc. (Glaceau) vs. Pespico Inc. + South Beach Beverage Co., Inc Re: Sobe Life Water, 2006
- t) Auto Meter Products Inc. v. Maxima Technologies & Systems LLC, 2007
- u) Dyson, Inc. v. BISSELL Homecare, Inc., 2012
- v) Select Comfort Corp. vs. The Sleep Better Store (2013)

- Paul, Weiss, Rifkin, Wheaton and Grasser:
  - a) Revlon vs. L'OREAL re: Colour Endure Commercials 1995
  - b) Revlon vs. Cover Girl self-renewing lipstick advertising, 1996 [NAD]
  - c) Castrol vs. Penzoil (re comparative advantage) 2008.
- Pepper, Hamilton and Scheetz:
  - a) Del Monte Corp. vs. Sunkist Growers, Inc. Arbitration, 1990-1991
  - b) Sun Oil Company defense against class action certification, 1996-1997
- Pennie & Edmonds IT&T Continental Baking (C&C Cola): defense against Coca Cola re: C&C Cola, 1978
- Pillsbury, Madison & Sutro: Consulting re:
  - a) Thrifty Rent-A-Car vs. Elder, 1991-1992
  - b) Green Giant American Mixtures, 1994
  - c) Chrysler Corp. vs. Replacement Sheet Metalparts Distributors, 1992-1993
- Pillsbury Winthrop LLP
  - a) Mulligan v. Pacific Bell Telephone Co. (inside wiring), 2004
  - b) State of California vs. Tri-Union Seafoods, et al. (Canned Tuna, Proposition 65)
- Quinn Emanuel:
  - a) Louis Vuitton Malletier, S.A. v. Hyundai Motor American, 2011
  - b) Moldex-Metric, Inc. v. McKeon Products, Inc., 2012
  - c) Apple, Inc. vs. Samsung Electronics Co. Ltd., 2012
- Rogers and Wells [and the Italian Trade Commission], re: Italian pasta dumping case, 1996
- Sidley and Austin:
  - a) Industrial Gas litigation, 1986
  - b) Land O'Lakes, Inc. vs. Bakers Franchise Ltd., 1987
  - c) Ultramar, Inc. vs. CITGO Petroleum Corporation, 1997
  - d) AT&T vs. US West Communications, re: US West advertising, 1998
- Sills, Cummis, Zuckerman, Radin, Tischman, Epstein and Gross: E.R. Squibb and Sons, Inc. vs. Stuart Pharmaceuticals, 1991.
- Skadden, Arps, Meagher, & Flom:
  - a) American Home Products vs. Beecham re: Delicare commercials, 1986
  - b) Tambrands, Inc. vs. Warner-Lambert Co. re: EPT commercials, 1986-1987
  - c) Beecham Inc. vs. Yankelovich, Clancy, Shulman and Saatchi & Saatchi Holdings, Inc., re: projections for Delicare, 1986-1988
  - d) American Express vs. MasterCard re: Goldcard, 1988
  - e) Challenge to the networks by Sterling Drug re: Bristol Myers Tribuffered Bufferin commercials, 1988
  - f) Challenge by Dow Brands, Inc. of the TV advertisement for Reynolds Metals Company's "SURE-SEAL" food storage bags, 1989
  - g) Anheuser-Busch Company vs. Coors Brewing Company (various deceptive advertising cases) 1991-1993
  - h) R.H. Donnelley vs. Sprint Publishing and Adv. Inc., re: Sprint Yellow Pages, 1996
  - i) Anheuser Busch vs. Boston Beer re: A-B advertising [NAD], 1997
- Spirits International BV: N.V. vs. S.S. Taris Zeytin, Opposition No. 91163779 before the Trademark Trial and Appeal Board, 2006
- Steptoe & Johnson LLP: DirectV Inc. and EchoStar Satellite LLC v. William W. Wilkins,Tax Commissioner of Ohio 2006-2007
- Sullivan & Cromwell: Remington Rand Corp. vs. Amsterdam-Rotterdam Bank N.V., 1991
- Van Hagey & Bogan, Ltd.: Consulting re: The Quaker Oats Co, 1991
- Vinson & Elkins LLP: Wal-Mart Stores, Inc. v. GFA Brands, Inc., 2009.
- Weil, Gotshal and Manges:
  - a) Johnson & Johnson vs. SmithKline Beecham, Re: Tums Advertising, 1991

- b) Schering-Plough Healthcare Products vs. Johnson and Johnson, Inc. re: Neutrogena Chemical-Free Sun Block, 1996
- c) Pharmacia Corp. vs. Glaxosmith Kline Consumer Healthcare (re: NicoDerm advertising), 2002-2003
- d) Priceline.com re: NAD, 2003
- White & Case:
  - a) Trovan Ltd. and Electronic Identification Devices vs. Pfizer Inc. re: Trovan's trademark, 1999
  - b) Frederick E. Bouchat vs. Baltimore Ravens, Inc. and NFL Properties Inc., (re: the Ravens Logo), 2001-2002
  - c) Oakland Raiders vs. TBB and NFL, 2003 [with Bingham McCutchen]
- Whiteman, Breed, Abbott & Morgan:
  - a) Pepsi Cola Company: Defense against Coca Cola Co. re: The Pepsi Challenge, 1978; 1981; 1995 [Mostly with the NAD]
  - b) Burger King Comparative Advertising Campaigns vs. McDonald's and Wendy's, 1982-1990
- Winston & Strawn, LLP
  - a) Verizon Directories Corp. vs. Yellow Book USA, Inc., 2004
  - b) Merix Pharmaceuticals vs. GlaxoSmithKline, Re: Releev, 2006
  - c) Dyson Technology Ltd. vs. Maytag Corp., 2006-2007
  - d) Procter & Gamble Co. vs. Ultero Inc. 2007
  - e) Dyson Technology Limited v. Hoover, Inc. and Maytag Corp., 2007
  - f) GlaxoSmithKline Consumer Healthcare LP v. Merix Pharmaceutical Corp, 2007
  - g) Doctor's Associates Inc. vs. QIP Holders LLC & iFilm Corp.: Subway vs. Quiznos, 2008
  - h) LG Electronics USA, Inc. v. Whirlpool Corp., 2009.
  - i) The Scotts Company LLC v. Central Garden & Pet Company and Gulfstream Home & Garden, Inc., 2009.
  - j) Dyson, Inc., v. Oreck Corporation, Oreck Holdings, LLC, Oreck Direct, LLC, Oreck Merchandising, LLC, Oreck Sales, LLC, Oreck Homecare, LLC, and Oreck@Home, LLC 2009.
  - k) LG Electronics USA Inc. v. Whirlpool Corporation, 2010.

## V. Illustrative Marketing Research Clients:

1. Air Canada (1973*)
2. American Cyanamid (1972-1973)*
3. Atlantic Richfield Company (1971-1972)*
4. Bankers Trust Company (1973-1974)*
5. BBD&O (1974-1982)
6. Bell Telephone Company of Pennsylvania (1974;1977)
7. Bissell, Inc. (1969-1971)*
8. Bristol Myers Squibb (1998-2005)
9. Brown & Williamson Tobacco Corp. (1978-1979)
10. Bureau of Newspaper Advertising (1974)*
11. Campbell Soup Company (1972-1973)*
12. CBS (1972)
13. Chrysler (via BBD&O) (1975-1978)
14. Clorox Company (1975-1976)
15. Colonial Penn Group, Inc. (1973-1979)
16. Commercial Union Assurance Companies (1974-1975)
17. Connecticut Bank and Trust Company (1972)*
18. Downe Publishing, Inc. (1972-1973)
19. Eastman Kodak Company (1973)*
20. Edward D. Jones (1985-1987)
21. E.F. Hutton (1981-1984)
22. First Pennsylvania Banking and Trust Company (1971-1972; 1974-1975)*
23. General Electric (via BBD&O 1977) (1982)
24. General Foods Corporation: the Jell-O and Kool-Aid divisions and various departments of the corporate product development division (1969-1972)*
25. Geometric Data (1981)

26. International Air Transport Association (1973-1975)*
27. International Harvester Company (1975)
28. International Harvester Credit Corporation (1973-1974)*
29. IT&T Continental Baking Company (1972-1978;1982)
30. Lever Brothers Company (1971-1973)*
31. Marriott Corp. (1982)
32. Modern Medicine (1970)*
33. MRCA (1975-1987)
34. Pacific Bell (1981-1982)
35. Pepsi Cola (1981)
36. Pfizer Pharmaceuticals, Inc. (1975-1990)
37. Pillsbury (1975)
38. Pioneer Electronics of America (1978)
39. RCA Computer Division (1972)*
40. Sears Roebuck & Company (1972-1973)*
41. SEI Investments (1988-present )
42. Singer (1973)
43. SmithKline and French (1971)*
44. Snelling and Snelling, Inc. (1973-1974)
45. Sterling Drugs (1985-1986; 1990-1992)
46. Stroh Brewery Company (1970)*
47. Sun Oil Company (1972)*
48. Syntex Laboratories, Inc., (1976-1977)
49. The Wool Bureau, Inc. (1975)
50. Twentieth Century Fox (via the Data Group, Inc.) (1972)
51. UNICOM (1973)
52. U.S. Dept. of Commerce, Office of Telecommunications (1972)
53. Western Airlines (via BBD&O) (1979)


The research projects designed and conducted for these firms covered variety of consumer and industrial marketing problems including product positioning and market segmentation, new product development, generation and evaluation of new products, and promotional concepts. Projects with * were conducted via Robinson Associates.

## VI.  Illustrative Marketing Research Program Evaluation and Redesign:

1. Bristol Meyer Squibb: Redesign of the Marketing Research function and various research and modeling procedures (1999-2002)
2. Brown and Williamson: copy and concept testing (1978-1979)
3. Colonial Penn: all aspects of research (1973-1980)
4. IT&T Continental Baking: copy and concept testing, segmentation studies (1972-1978)
5. Pfizer Pharmaceuticals: image studies, new product selection models, etc. (1975-1990)
6. R.J. Reynolds Tobacco: new product development system (1979-1980)

## VII. Illustrative Intra-Company Marketing Strategy (and Marketing Research) Workshops:

Estee Lauder (2012 to present)
SEI Corperation (1990 to present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. American Medical International (1978)
2. Amoco Fabrics Co. (1984; 1988)
3. ARA (1983)
4. Associacion Mexicana de Ejecutivos en Planeacion (1979)
5. AT&T (1972-1978)
6. Atlantic Richfield Company (1971)
7. Bank of East Asia (2005)
8. BBD&O (1974-1983)

9.   Bell Atlantic (1983)
10. Bell Canada (1980)
11. Black and Decker (1981)
12. Bristol Myers Squibb (1998)
13. Campbell Soup (1972)
14. Career Futures, Inc. (1975)
15. Certain-Teed Corporation (1983)
16. Colonial Penn Group (1975-1980)
17. Computer Science Corporation (1975)
18. Contel (1989)
19. Daymon (2004)
20. Deutsche Bank (2004)
21. Di Giorgio Corp (1980-1981)
22. Edward D. Jones & Co. (1983)
23. E.F. Hutton (1979-82)
24. Ethicon, Inc. (1979)
25. General Foods (1970)
26. Gray Advertising, Inc. (1977)
27. IBM – Applied Business Systems (1988)
28. Intermountain Health Care, Inc. (1978)
29. International Harvester (1974-1975)
30. ITT Water Technology Group (2004)
31. Li & Fung (2005)
32. Los Angeles Times (1993)
33. 3M's Marketing Council (1986)
34. Machinist Publishing Co., Ltd., Japan (1977)
35. Miles Laboratories Ltd., Canada (1973)
36. MRCA (1978)
37. New York Telephone Company (1976)
38. Pfizer Pharmaceutical, Inc. (1975-1987)
39. Phillips Petroleum Company (1992-1993)
40. The Pillsbury Company (1976)
41. Rhodia, Brazil (1979)
42. Schlachman Research, U.K. (1975)
43. SmithKline & French (1970)
44. Spectra-Physics (1983)
45. Standard & Poors (1998)
46. Syntex Laboratories, Inc. (1976)
47. Tektronix, Inc. (1978)
48. The Bunge Group (1982) Spectra-Physics (1983)
49. The Clorox Company (1975)
50. The Executive Forum (1979)
51. Unilever, U.K. (1975)
52. Union Mutual (1981)
53. Wyeth International Ltd. (1980)
54. Xerox (1981)

## VIII.  Selected International Consulting

Li & Fung, Hong Kong: Business Strategy (1998 to preent)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1.   UNIG, Singapore, Business Strategy (2000)
2.   Hakuhodo, Japan: Design of a 21st Century Advertising Agency (1993-1997)
3.   Wickes, plc., UK: Marketing and business consulting (1988-1996)
4.   McKinsey, Milan: New Developments in Marketing Strategy, Research, and Modeling (1988)
5.   Bunge Group, Brazil: Marketing planning (1982-1986)
6.   Meridian Group U.K.: Marketing and Business Strategy (1985-1986)
7.   Sunstar, Japan: Marketing and Business Strategy (1985)

8. P.E. Consulting Group, South Africa: Strategic planning & Marketing Consulting and Conducting Executive Seminars (1982)
9. Bell Canada, Canada: Market Segmentation Study (1979-1981)
10. Cooperative de Seguros de Vida, Puerto Rico: Design of a marketing planning system (1980)
11. Discount Bank, Israel: Marketing planning (1980)
12. Bank Leumi Ltd., Israel: Marketing planning (1978)
13. Fuji electric, Japan: Design of a management planning process (1977)
14. Koor Industries, Israel: Designing and organizing the marketing function for the corporation's 34 companies (1968-1969)

## IX. Consulting to Government Agencies

1. FinCen/BENS project on Terrorist Financing, 2003-2004
2. U.S. AIR FORCE: Evaluation of the Air Force resource allocation procedure (1980-1981)
3. CANADIAN GOVERNMENT: Industry, Trade & Commerce Design and execution of a study for evaluation of the U.S. market potential for selected Canadian medical diagnostic and therapeutic products (1980-1981)
4. U.S. PATENT AND TRADEMARK OFFICE: Designing a strategic planning system (1981)
5. NASA: Evaluation of NASA's IAC's 1976 advertising campaign and recommendations for its future advertising and marketing strategy (1977)
6. ISRAEL DEFENSE MINISTRY: Analyze and evaluate the marketing system of the Administered Areas (Arab territory prior to the 6-Day War). The findings and recommendations of this study were submitted in classified report to the Israeli Defense Ministry (1968-1969)

## X. Consulting/Advising to Research Organizations

1. Member of the advisory committee of the Diebold Institute study of the impact of public policy on entrepreneurial startup companies: the U.K. and U.S. in biotech and IT, (1998 -2000)
2. Institute of Business and Economic Research, University of California, Berkeley. Consultant on the Coping Behavior (an empirical study of the consumer-technology interface) project, sponsored by the National R&D Assessment Program, NSF. (1976-1981)
3. Pennsylvania Science and Engineering Foundation, Temple University/Applied Communication Research, Inc. Research consultant for design, analysis, and evaluation of an NSF (Office of Science Information Services) sponsored project concerning the design and evaluation of experiments for the marketing of scientific and technical information services. (1974-1977)
4. EDUCOM: Inter-university Communications Council, Inc. Participant in an interdisciplinary seminar to  identify and measure special interest audiences for public television. (1974)
5. The John and Mary R. Markle Foundation.
6. Participated in a workshop for design of "Quality Ratings of TV Programs." (1979)
7. Participated in the design of a study on special interest audiences. (1975)
8. Marketing Science Institute Consultant from February 1967 to December 1968. Conduct and plan research projects primarily in the areas of industrial buying behavior, advertising, and international marketing.
9. Marketing Science Institute U.S. Department of Agriculture Study Group on Marketing Performance Principle investigator, March-December 1968. Developed a model for the evaluation of the performance of the U.S. marketing system.
10. Management Science Center University of Pennsylvania Senior staff member September 1967 to July 1968. Engaged in the development of a marketing model for Anheuser-Busch.

53

# 4.   UNIVERSITY ACTIVITIES

I.University of Pennsylvania, The Wharton School

A.  **Program Development**

  1. The Wharton Fellows
     Master classes designed and directed included:
     - November 27-December 12, 2000: Philadelphia: Transformation Leadership
     - January 7-January 12, 2001: Silicon Valley: Transformation Leadership
     - February 18-February 24, 2001: Barcelona: Transformation Leadership
     - March 15-March 17, 2001: Philadelphia: Transformation Leadership
     - May 6-May 12, 2001: Philadelphia, Wharton: Transformation Leadership
     - June 3-June 9, 2001: Barcelona/Helsinki: Transformation Leadership
     - July 8-July 14, 2001: Silicon Valley: Transformation Leadership
     - March 17-March 22, 2002: CEO Forum: Transformation Leadership
     - April 21-April 25, 2002: Silicon Valley/San Francisco: Transformation Leadership
     - June 9-June 11, 2002; Munich
     - November 3-November 8, 2002: Foundations I: Philadelphia
     - January 5-January 9, 2003: Foundations II: San Francisco: Transformation Leadership
     - September 7-September 9, 2003: Top Line Growth in Turbulent Times: Philadelphia
     - January 7-January 9, 2004: Success: What's Next?: Seattle
     - April 25-April 28, 2004: Milken & the Media: Los Angeles
     - June 1-June 8, 2004: Leveraging Japan: Tokyo; China: Transformation from the Inside: Shanghai
     - November 12-November 14, 2004: Toward a New Europe: Prague, Czech Republic
     - December 12-December 14, 2004: Merger, Acquisition and Renewal: New York
     - March 6-March 9, 2005: Market & Sourcing Opportunities in India: Mumbai & Bangalore, India
     - June 26-June 28, 2005: Working with Government, Washington D.C.
     - November 22-November 27, 2005: Design, Innovation and Strategy: Copenhagen, Denmark/Milan, Italy
     - December 4-December 6, 2005: Opportunities in Latin America and the US Hispanic Markets: Miami
     - March 5-March 7: What's Next? Silicon Valley
     - June 4-June 6: Islam and the West: Istambul
     - February 25-February 27, 2007: Managing in an Evolving World, Philadelphia
     - May 21-May 23, 2007: Globalization Revisited, Shanghai
     - October 14-October 16, 2007: The Next Big Thing, Silicon Valley
     - January 9-11, 2008: Innovation, Customer Insights and Creative Growth Strategies, with David Reibstein, Las Vegas.
     - April 6-8, 2008: Creativity and Innovation, with Karl Ulrich, Philadelphia.
     - October 11-15, 2008: Islam and the West: Insights and Opportunities, with Bulent Gultekin, Dubai.
     - May 17-19, 2009: Philadelphia: Finding Opportunity in Times of Economic Crisis
     - October 25-27, 2009 Washington DC: Opportunities in Times of Crisis: The Changing Relationship between Business and Government
     - June 6-10, 2010: China: Insights and Opportunities, Shanghai, China.
     - October 8-12, 2010 Israel: The Holy Land of Innovation and Entrepreneurship
     - May 2-4: Lessons for profitable growth: New York
     - February 20-22, 2011 Philadelphia: What's Next in Management Disciplines and Business Transformation?
     - October 9-11, 2011 Buenos Aires: Argentina: Insights and Opportunities
     - October 13-15, 2011 São Paulo: Brazil: Insights and Opportunities
     - October 14-17, 2012 Philadelphia, PA:  Innovation and Growth
     - July 14-17, 2013  Silicon Valley, CA:  The Next Big Thing

2. The MBA X-Functional Integration Initiative (2003-2005)
3. A number of Executive Development Programs including :
   - Winning in the Next Millennium: Strategies for Driving Change: Initiator and Director, December 1998.
   - Wharton on the New Reality of Business: Co-Academic Director with Bob Mittlestaedt, December 2001.
   - IDC's MBA @ Wharton Program, 2003-2004; October 2007, 2008, 2009, 2010 (co-director with Ziv Katalan); 2011-2012 (co-director Jehoshua Eliashberg)
   - IESE / CEIBS Global CEO Program: A Transformational Journey (co-director David Heckman), 2012 and 2013
   - LinKS @Wharton, 2007, 2008, 2009, 2010, 2011, 2012 and 2013
4. The e-Curriculum R&D Initiatives. Initiator/Chair of the Committee that designed the new program platform and the e-Curriculum R&D Initiatives (1999-2000) and continued direction and reinvention of the program.
5. The Advanced Management Program (AMP) Design Team (1998).
6. Wharton's Information Management Initiatives (1998-1999). Founder and co-chair (with Paul Kleindorfer) of its faculty council.
7. The Revised MBA Curriculum (1990-1991). Chaired the committee that developed the new curriculum.
8. The SEI Center for Advanced Studies in Management, founding Director. Develop and direct all Center activities and chair its faculty council, 1988-.
9. The Joseph H. Lauder Institute of Management and International Studies, founding Director and chairman of its faculty council. Designed and directed all the Institute's programs, including the establishment of the Institute MBA/MA program which admitted its first class of 50 students in May 1984, February 1983-July 1988.
10. Wharton International Forum. Initiated and designed the original program and chairman of its faculty council, 1987-1998.
11. Wharton Ph.D. with M.A. in International Studies. Initiated the joint program, 1988.
12. Wharton Center for International Management Studies (renamed as the Wurster Center, 1988) founding director. Designed/directed all the Center's activities aimed at the stimulation of international research at Wharton and the internationalization of the faculty and programs, 1980-1983.
13. The Wharton/SIA (Security Industry Association) Marketing Program. Initiated and designed the program which held sessions on April 1982 and November 1982.
14. The Wharton Recanati Multinational Marketing and Management Program, Co-founder, 1978.
15. The Wharton Executive MBA (WEMBA) program, chaired the committee that developed the program, 1974.
16. Marketing Programs, participated in the redesign of the marketing MBA programs, 1970; Ph.D. 1971; and Undergraduate, 1973 and 1981; including the initiation of The Wharton Dual MBA Major in Marketing/Multinational Enterprise.

**B. Courses Developed and Taught**

a. Developed (courses developed by me are indicated by an *), modified and taught courses and seminars in:
   Advertising Management (MBA)
   Channel Management (MBA)
   Communication Processes in Marketing* (MBA)
   Consumer Behavior* (MBA and Ph.D.)
   Creating an e-Business (MBA)*[A binational e-course to Wharton and IDC students)
   Creativity* (MBA)
   Health Care Marketing* (MBA)
   Industrial Marketing* (MBA)
   Integrating Marketing and Operations* (MBA) [developed jointly with P. Kleindorfer]
   Interactive Marketing in the Age of the Empowered Consumer (MBA)*
   International Marketing* (MBA)

> Marketing Management (MBA)
> Marketing Methods and Applications for Business Consulting* (MBA) [with P. Green]
> Marketing Research (MBA and Evening School)
> Marketing Strategy (WEMBA*, MBA)
> Multinational Management
> Necessity and Experimentation: Lessons from Israeli Innovation: Global Modular Courses
> Planning Marketing Strategy Projects (MBA)
> Product Policy* (MBA)
> Promotion Policy (MBA)
> Research Seminar (MBA and Undergraduate)

b. Course head: MBA advanced study project (1967-1968, 1974-1979), Marketing Management for non-majors (1967-1968, 1970-1971), the MBA Core Marketing Management Course (1970-1971, 1971-1972), Marketing Strategy Seminar (1974-1975)

c. Guest lecturer in various departments of the Wharton School including the Multinational Enterprise Unit, the Leonard Davis Institute of Health Economics, the Management Department, Management of the Arts Program, Decision Science, Public Policy and Management.

## C. Executive Education Programs at the University of Pennsylvania – Illustrative Sessions

### 1) Creativity and Innovation

- "Creativity," Advanced Management Program, June 26, 2013.
- "Creating a Creative Organization," Master Class Wharton Alumni Forum, Tokyo, May 25, 2013
- "Lessons from Art and the Secrets of Creativity," Global CEO Program: A Transformational Journey, March 14, 2013
- Enhancing Your Personal Creativity and Challenging your Mental Models," Comcast Women in Leadership, February 21, 2013
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity," AMP,June 27, October 29, 2012
- "Lessons from Art and Guidelines for Creating a Creative Organization," Aresty IESE/CEIBS Global CEO Program, March 23, 2012.
- "Israel Innovation for Global Social Impact:  Accomplishments and Opportunities," Wharton Global Webinar, February 3, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Creativity," AMP, June 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," and "Competing in a Flat World in a Time of Crisis," FirstCaribbean Leadership Programme, December 8, 2008.
- "Creative Thinking and Action," Toyota Executive Development Program, July 21, 2008
- "Creative Thinking and Action," (3 Sessions) Toyota Executive Development Program, July 21, 2008.
- "The Innovation Challenge," (2 Sessions) Raytheon Executive Leadership Development Program, June 9, 2008..
- "Wharton Fellows Philadelphia Master Class: Innovation and Creativity," Wharton Fellows, April 6, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Thinking and Action," FirstCaribbean Leadership Programme, November 19, 2007.
- "Innovative Approaches to the Design of Strategy," LinKS @ Wharton, November 11, 2007.
- "Creative Thinking and Action," Toyota Executive Development Program, September 17, 2007.
- "Innovation Strategies for Profitable Growth," Wharton Fellows Philadelphia Master Class *Managing in an Evolving World*, February 27, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Innovation Management and New Product Innovation," LINKS @ Wharton, August 26, 2006.
- "Advances in Innovation Management and New Product Innovation," Quad-C Executive Session, July 10, 2006.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity – A Must for Marketing Success," back-to-class session at the 2005 Wharton Marketing Conference, October 28, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Enhancing Creativity and Innovation," The Wharton e-Fellows I Program, March 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creativity and Innovation," in Wharton Workshop on Creativity and Knowledge Creation, April 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and New Product and Business Development," CEO Circle, May 10, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## 2)   Challenging your Mental Models

- "Mental Models:  Power of Impossible Thinking," Global Leadership Fellows Program, July 8, 2013. "Challenging the Mental Models of Advertising and Marketing," Google Marketing Academy Module 2, June 6, 2013.
- "Challenging Your Mental Models," Global CEO Program, March 11, 2013
- "Challenging Your Mental Models," ," LinKS NEXT in Line Module 2:  Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging and Changing your Mental Models," IDC@Wharton W12, October 19, 2012
- "Challenging Your Mental Models of Innovation and Growth," Wharton Fellows Philadelphia Master Class, October 15, 2012
- "Challenging your Mental Models," Links: Winning the Right to Serve, Septermber 20, 2012
- "Challenging Your Mental Models," Cheil Worldwide Global Marketing Program, August 20, 2012
- "Mental Models: The Power of Impossible Thinking," Global Leadership Fellows Program World Economic Forum, July, 11, 2012
- "Challenging Your Mental Models," LinKS Next in Line Program, June 22, 2012.
- "Challenging Your Mental Models," Estee Lauder Companies, William P. Lauder Brand Equity & Business Symposium, May 1, 2012.
- "Challenging Your Mental Models," IESE/CEIBS Global CEO Program, March 19, 2012.
- "Challenging Your Mental Models," Estee Lauder Companies Finance Forum, March, 5, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Lesson From Art & Challenging Your Mental Models," Daimler Advanced Executive Program For Vice Presidents, December 6, 2011.
- "Challenging Your Mental Models," LinKS Next in Line @ Wharton, November 10, 2011.
- "Challenging your Mental Models," IDC @ Wharton, September 19, 2011.
- "Challenging Your Mental Models," LinKS@Wharton WWI, September 15, 2011.
- "Challenging your Mental Models," WEF Wharton Global Leadership Fellows Program: Personal Power and Influence, July 13, 2011.
- "Challenging Your Mental Models: The What, Why, How and Beyond," IBM Wharton Executive Forum, July 11, 2011.
- "Challenging your Mental Models,"  Wharton & Citi Asia: Leadership Program, June 21, 2011.
- "Challenging Your Mental Models," PMA BP CFO Executive Module 3, May 9, 2011.
- "Challenging Your Mental Models, Tyco Electronics Leadership Development Program, February 28, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models", Tyco Electronics Leadership at Wharton, November 16, 2010.
- "Challenging Your Mental Models," IDC at Wharton, October 18, 2010
- "Challenging your Mental Models," 10th LinKS Wharton Program, June 9, 2010.
- "Challenging your Mental Models," LA CEO Global Program, May 6, 2010.
- "Challenging your Mental Models," Tyco, February 4, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging your Mental Models," IDC/CEIBS@Wharton, October 15, 2009.
- "Challenging Your Mental Models," LinKS@Wharton, June 10, 2009.
- "New Mental Models for Capitalizing on Opportunities in Times of Crisis," LinKS@Wharton, June 10, 2009.

- "Challenging Your Mental Models," Latin America CEO Program, April 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," ConvaTec, December 16, 2008.
- "Challenging Your Mental Models," ConvaTec, November 12, 2008.
- "Challenging Your Mental Models," linKS @ Wharton, October 27, 2008.
- "Islam and the West: Challenging Your Mental Models," Wharton Fellows Dubai Master Class, October 12, 2008.
- "Challenging Your Mental Models," Wharton Fellows, April 6, 2008.
- "Philadelphia Master Class: The Power of Impossible Thinking," Wharton Connect, April 3, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Strategic Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Power of Impossible Thinking," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Challenging Your Mental Models," LinKS @ Wharton, November 12, 2007.
- "The Power of Impossible Thinking," Wharton Connect, November 1, 2007.
- "The Power of Impossible Thinking and Global Strategic Management," CEIBS @ Wharton, June 18, 2007.
- "Challenging Your Mental Models," Estée Lauder Companies General Management Program, January 28, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models," Wharton's Business Initiative re: Building Winning Profitable Organization in Professional Team Sports, March 19, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006
- "Creative Thinking and Action," Toyota Executive Development program, September 26, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking," A Wharton Fellows Dinner Event, Kuala Lumpur, March 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth Strategies and New Mental Models," Wharton Fellows, August 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Capturing Opportunities and Developing New Mental Models," Wharton on the New Business Reality, December 2001.

**3)  Transformation and Growth**

- "Profitable Growth Stratgies," Links: Winning the Right to Serve, September 20, 2012
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Business Models of the Future," 10th LinKS Wharton Program, June 9, 2010.
- "Creating a New Business Paradigm," LA CEO Global Program, May 10, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Opportunities In Times of Crisis," Wharton Fellows, May 17, 2009.
- "Opportunities In Times of Crisis and Recession," Knowledge@Wharton Advisory Board, May 14, 2009.
- "Opportunities In Times of Crisis and Recession," Knowledge@Wharton Advisory Board, May 14, 2009.
- "Progress, Problems, and Prospects," Wharton Fellows, May 12, 2009.
- "Creating a New Business Paradigm," Latin America CEO Program, April 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Stretch Objectives, Synthesis and Strategy," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Expand Customers, Value Creation and Diabetic Pathways," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "Integrating Strategies and Leveraging Synergies," Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- "The Evolving World," LinKS @ Wharton, November 12, 2007.

- "The Evolving World," Wharton Fellows Philadelphia Master Class, February 27, 2007.
- "Leadership Challenges in the Pharmaceutical Industry," TEVA Israel *Leading Your Business*, June 28, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A View from the Top: The Perspective of the Enlightened CEO," Wharton Executive Leadership Program for AICPCU, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Strategy Discussion with Telenet's Top Management, March 11, 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Organizational Change: Problems, Progress, and Prospect," Price-Waterhouse-Coopers Strategy Master Class, July 26, 2002.
- "Capturing Business Opportunities in a Changing World," SIA Institute, 50th Anniversary Program, March 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Winning in the Next Millennium, "Driving Change," 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Stennis Congressional Fellows Program at Wharton, "Driving Change: Creating Winning 21st Century Organizations," 1997.

- "Management in the 21st Century," Wharton AMP, September 1989, Philadelphia, PA.

## 4) Marketing and Branding

- "Global Branding Strategy," Brand Leadership: Strategies for Driving Growth in a Global Marketplace, June 5, 2013. Philadelphia, Pennsylvania.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a New Marketing Paradigm," IDC@Wharton November 25, 2012
- "Rethinking Your Marketing Strategy," Aresty IESE/CEIBS Global CEO Program, March 19, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing and Business Strategies in the Age of the Empowered Consumer," IDC @ Wharton, September 19, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Marketing Strategy," LA CEO Global Program, May 14, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reinventing Marketing," IDC/CEIBS@Wharton, October 21, 2009.
- "Opportunities in Reinventing Marketing," Wharton Fellows, May 18, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Is Marketing Driving Your Business Strategy?," The Conference Board 2008 Marketing Excellence Conference, November 13, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Destroy Your Brand, "Animas/Lifescan Senior Leadership Strategy Program, December 3, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Market-Driven Organization," AICPCU and IIA Advanced Executive Education, Wharton, September 10, 2003.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Impact of the e-Bus Revolution on the Marketing Discipline," Wharton Fellows in e-Business, The Impact on the Discipline, December 2000.
- "World Class Marketing: Implications for Spencer Stuart," The Wharton/Spencer Stuart Leadership Assessment Program, June 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy in the Global Information Age," AMP Program, October 1997.
- "Segmentation and Positioning for Sales Force Effectiveness," Sales Force Management, Wharton Executive Education, March 1997.
- Sales Force Management Program, "Segmentation and Positioning for Sales Force Effectiveness,"

1987, 1990, 1997.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," Keynote Address, Healthcare Marketing and Communications Council and Wharton Executive Education, Wharton School, April 8, 1996.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing 2000," AIMSE/Wharton Investment Institute, January 13, 1995.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Pharmaceutical Marketing: Emerging Challenges and Opportunities," Pharmaceutical Advertising Council and Wharton Executive Education Conference on Reengineering Pharmaceutical Marketing, February 25, 1994

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Strategy" in the J&J-Wharton Fellows Program in Management for Nurses, 1983, 1984, 1985, 1986.
- AMA International Conference Workshop, Philadelphia, June 1978.
- Marketing Strategy, AMP – Advanced Management Program, 1988-91; 1997-1998.

## 5)  The Network Challenge

- "Network Orchestration," Global CEO Program, March 13, 2013
- "Network Orchestration in a Flat World," "," LinKS NEXT in Line Module 2:  Achieving Global Lead & Global Projects- Listen Louder, January 31, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Governance and Orchestration in a Flat World," Links: Winning the Right to Serve, September 20, 2012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Orchestration in a Flat World," LinKS Next in Line @ Wharton, November 10, 2011.
- "Organizational Networks for Effective Competition in the Flat World, Leadership Development Program at Wharton, February 28, 2011.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Organizational Networks for Effective Competition in the Flat World", Tyco Electronics Leadership at Wharton, November 16, 2010.
- "The Network Challenge," SEI Executive Network, June 28, 2010.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Business Models of the Future: Orchestrating Alliances," LinKS@Wharton, June 10, 2009.
- "Global Economic Crisis," Latin America CEO Program, April 26, 2009.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Competing in a Flat World," Wharton Fellows, February 26, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.

## 6)  Future of Advertising Program

- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, June 17, 2013
- "Facebook Roundtable," Wharton Future of Advertising, January 18, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Challenging your Mental Models of Advertising,"  Havas University Leadership Excellence Program, September 20, 2012
- "The Future of Advertising," Cheil Worldwide Global Marketing Program, August 30, 2012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Future of Advertising," Havas/Euro University Leadership Excellence Program, October 4, 2011.
- "The Future of Advertising," Cheil Worldwide, Global Marketing Program, September 6, 2011.
- "Challenging Your Mental Models of Advertising," Austrian Executive "Future of Advertising" Program, March 7, 2011.
- "Insights from The Wharton Future of Advertising Project"  Wharton Fellows at the Conference



Board: Philadelphia Master Class, January 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising", Havas/Euro University Leadership Excellence Program, October 26, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising is NOW," Cheil Communications Project Based Learning in Marketing, August 19, 2008.

**D. Committee Responsibility:**

1. Marketing Department Committees:

- Computer Committee 2009-present.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Curriculum Committee 2008-2010.
- 5 Year Plan Committee (chair), 2004-2005.
- Initiator and Chair of a Committee to develop a marketing certification program, 2004-2005
- Recruiting/Personnel Committee, since 1971. Chairman Recruiting Committee, 1978-1979; 1981-1983; 1987-1988; Co-chair of the subcommittee for recruiting of STARS 2007- .
- Curriculum Committee, Member of Committee and Chairman of a number of its subcommittees 1967-1978, and 1996-1998. Chairman of the committee 1970-1971,1973-1975, 1976-1978, and 1980.
- Ph.D. Program Coordinator, 1972-75. Doctoral Committee, 1988-1989.
- External Boards/Affairs Committee, 1987/88; Chair 1988-1989.
- Member and Chairman of various departmental Committees, including all the department's advisory committees since 1971, Marketing Fund Committee since 1983, and its Long Range Planning Committee, 1970-1971.
- Senior Faculty Recruiting, Chairman 1995-1997

2. Wharton School Committees:

- Founder and Member, Wharton Fellows CEO Global Advisory Board, 2009 to present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Initiator and developer of *Wharton School Publishing* in conjunction with Pearson/FT, Founding Editor and member of the Faculty Editorial Board (2003-2008)
- Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010.
- Dean Advisory Council (since its inception in 1983 to 2000) and 2007/2008; 2008/2009.
- Initiator of a faculty group to generate creative curriculum options as input to the MBA Review Committee 2010.
- Co-Chair, Search Committee for the new Director of the Lauder Institute (2006)
- Member of the Alfred West, Jr. Learning Lab Faculty Committee (2001-2005)
- Chairman, Dean's Committee on Cross-Functional Integration (2002-2004)
- Member of the Executive Development Faculty Advisory Board (2002-2004)
- Chairman of a Faculty Committee to assure cross program dissemination of e-Curriculum Developments (2000)
- Member of the Strategic Planning Steering Committee, 1999-2000
- Member of the Committee to prepare the strategy for "Management, Leadership, and Organizational Priority" area of the University's Agenda for Excellence, 1998
- Senior Faculty Committee to Review the Global Presence strategy (Summer 1997)
- Member of the Advisory Committee on Faculty Personnel, 1976-1978; 1984-1985; 1987-1989; 1994-1995.
- Chairman of the Graduate Curriculum Committee focusing on a critical examination of the MBA program and its appropriateness for preparing the leaders of the 21st century enterprises. The Committee developed the new MBA curriculum which was tested in 1991/1992 and 1992/1993 and which was fully implemented starting in 1993/1994.
- Initiated and organized the Management Education Council – the vehicle for corporate support

61

and funding of the new MBA curriculum, 1992-1993
- The Wharton International Committee: Chairman, 1978-1981, 1982/1983, 1995-1997. [The 1995-1997 committee developed the Wharton globalization strategy.] Member: 1967-1968, 1983-1987, 1989-1991.
- Member of Boards of the following Wharton Centers:
  The SEI Center for Advanced Studies in Management (Founder), 1988 to present
  The Lauder Institute (Founder) (1983 to present)
  Knowledge@Wharton (2011 to present)
  - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - - - - - - - - - -
  The Alfred West, Jr. Learning Lab (Initiator of the Lab and Founder of the External Advisory Committee), 2001-2005
  Risk and Decision Process Center, 1984-1986
  The Manufacturing and Logistics Forum, 1992-2000
  The Wharton/PIMS Research Center (Co Founder), 1985-1998
  U.S. Japan Management Studies Center, 1989-1992
  Wharton Emerging Economics Program, 1992-1995
  The Wharton Center of International Management Studies (Founder), 1981-1983
  Wharton Public Policy Initiative, 2013-present
- Dean's Planning Task Force (1986).
- Member of the School's Executive Education Policy Committee, 1987-1989.
- Member or chairman of a number of Chair Search Committees, including seven chairs in Marketing (1985, 1987, 1988-1990, 1992, and 1997), Entrepreneurship (1984-1985, 1997-1998), International Management (1984-1985), Operations Management (1986), the chair and director of the US-Japan Center (1988-1991), the chair in Managerial Economics (1989), the chair in Information Technology (1996-1997), and the chair in Electronic Commerce (1999).
- Member of the (ad hoc) Committees to Review Various Units and Departments:
  The Snider Entrepreneurial Research Center, 2004-2005
  Finance Department, 2001-2002
  The Real Estate Center, 1988
  Social Systems Science, 1985-1987
  U.S. Japan Center, 1985-1986
  Multinational Enterprise Unit, 1977-1978
- Member of the School's Faculty Personnel Committees of:
  The Health Care Systems Unit, 1974-1975.
  The Multinational Enterprise Unit, 1978-1979.
- Member of the Committee on Academic Freedom, 1977-1978.
- Chairman of the Advisory Committee for the Wharton Executive MBA Program, 1974-1975.
- Chairman of the Wharton School Doctoral Admissions Committee, 1974-1975.
- Graduate Academic Standards Committee, 1969/1970 – 1971-1972. Chairman of its subcommittee for the evaluation and redesign of the school's grading system.
- A number of Ad Hoc Committees and task forces for the:
  development of a core Ph.D. Behavioral Science Course, 1972-1973,
  redesign of the International Business program, 1971,
  review of the Economic Offerings for Business and Applied Economic doctoral students, 1970-1971,
  development of a Continuing Education Program in Health Care Administration, November 1971October 1973.
- Evening School Committee, 1972-1973.
- Behavioral Lab Planning and Implementation Committee, 1989-1990.

## E. Doctoral Dissertations Supervised

Bent Stidsen (1972); Yehoshua Buch (1972); Kathy Villani (1973); Rene Y. Darmon (1973); Arun K. Maheshwari (1973); Chris Hetzel (1973) winner of the AMA Doctoral Dissertation Competition; Arun K. Jain Honorable mention at the AMA Doctoral Dissertation Competition; Joel Huber (1974); Irwin D. Reid (1975); Chris Buss (1979) winner of the AMA Doctoral Dissertation Competition; Robert J. Thomas (1980) Winner of the Academy of Marketing Doctoral Dissertation Competition; Cynthia Fraser (1980); Joel Steckel (1981) Honorable Mention AMA Doctoral Dissertation Competition; John

Deighton (1983); Rajeev Kohli (1984); Oliver Heil (1988); Kamel Jedidi (1988); Bari Harlam (1989); Kris Helsen (1990); Nino Buran (1991); Hoon Young Lee (1992); Rajeev K. Tyagi (1994); Amy Kallianpar (1998).

**F.  Addresses to Alumni Club and Other Groups Regarding:**

**1)  The Joseph H. Lauder Institute**

Illustrative addresses to alumni clubs and other groups on the changing needs for management education and the University's response -- The Joseph H. Lauder Institute.

1.  Alumni Clubs addressed include:
    - Toronto (August 1987)
    - Milan (October 1987)
    - Philadelphia (January 1984, January 1986)
    - Long Island (January 1984, March 1986)
    - Cleveland (April 1986)
    - Taipei (July 1985)
    - Tokyo (June 1985)
    - Hong Kong (July 1985)
    - Dallas (December 1984)
    - London (May 1984)
    - Paris (December 1983)
    - San Francisco (November 1983)
2.  University Groups:
    - Board of Directors of the Association of Alumnae, (March 1984)
    - The Vice Provost Advisory Board, (February 1984)
    - Wharton Board of Overseers, (January 1984, 1997)
    - Trustees (October 1983, January 1984)
3.  Other Groups (partial list):
    - University of Pennsylvania Trustee Committee on Academic Policy (January 1988).
    - 40th National Conference of the Council on International Education Exchange, San Francisco (November 1987)
    - Title VI Center Lauder conference on International Studies and Foreign Language for Management. Philadelphia (May 1986)
    - University of Pennsylvania Alumni (Alumni day, Philadelphia, May 1985)
    - Delaware Valley Faculty Exchange Program on International Business and Language Studies (December 1984)
    - AIESEC-Northeast regional conference (October 1984)
    - Deans of 50 schools in an AACSB seminar on Internationalizing the Business Curriculum (March 1984)

**2)  Management 2000 project, the SEI Center for Advanced Studies in Management, and the revised MBA curriculum**

- Wharton External Affairs, May 2009
- Wharton-Recanati Program, 1993
- International Forum, 1993
- Erasmus University – Faculty and Administration, 1993
- Marketing Advisory Board Meeting, 1993
- Board of Directors of the Wharton Alumni Association, September 1988; May, 1993
- College of Business Administration, University of Texas at Austin C Advisory Board and Faculty, February 1992
- INSEAD Faculty and Administration, February 1992
- Security Industry Institute, 40th Anniversary Program, Wharton, March 1992\
- Wharton Advanced Management Program Participants, 1990, 1991
- The Wharton Graduate Advisory Board 1990

- Wharton's European Advisory Board 1991
- Alumni attending the May 1991 Alumni Reunions
- The SEI Center Board of Directors 1990-1991
- The Joseph H. Lauder Institute Board of Governors 1991
- The Wharton Board of Overseers, April 1988

**3) Globalization Strategy**

- Dean's Advisory Board, February 1997
- Wharton Board of Overseers, March 1997
- Wharton Graduate Executive Board, March 1997
- Wharton Executive Education Advisory Board, May 1997
- European Advisory Board 1997
- Wharton Faculty 1997

**4) Wharton's Information Management Initiatives (WIMI)**

- All Wharton Departments 1998 – 2001
- The 1st Conference of the Wharton Alumni Club of Israel March 2001
- Dean's Faculty Lunch, April 1998

**5) Cross-Functional Integration of the MBA Curriculum**

- Ph.D. Proseminar (Fall 2003)
- CEO Panel for the entering 2004 class (August 2003)
- Graduate Executive Board (March 2003)
- Wharton Faculty (Feb 2003)

**6) Wharton Fellows Program**

- Wharton Executive Education Advisory Board (April 2004)
- Wharton Alumni Club of Atlanta (November 2001) and Israel (December 2001)

**7) Wharton School Publishing**

- Wharton Executive Education Group (January 2005; May 2006)
- Jay H. Baker Retailing Initiative Board (October 2005)
- Wharton School External Affairs group (February 2004)

**8) Illustrative presentations regarding The Power of Impossible Thinking**

- Alumni Leadership Conference, Hong Kong (May 2007)
- Wharton Connect: On Campus (March 2007)
- Wharton Connect (October 2006)
- Organizational Development Network of Greater NYC (October 2006)
- Wharton Staff Workshop (September 2006)
- The Wharton Club of New Jersey (July 2006)
- CEIBS @ Wharton (July 2006)
- Wharton Sports Business Initiative (May 2006)
- Microsoft's Latin America Financial Services CEO Roundtable (March 2006)
- LinKS@Wharton (November 2005; August 2006)
- Merrill Lynch, Investment Banking Institute at Wharton (August 2005)
- The Greater Glenside Chamber of Commerce Meeting (June 2005)
- Wharton Fellows Event, Singapore (March 2005)
- EMTM Alumni Council (February 2005)
- Miami Wharton Club (December 2004)

- Advertising Research Foundation Breakthrough Conference (November 2004)
- Washington, D.C. Clubs of Wharton and AFLSE (September 2004)
- Deutsch Bank External Insights, New York (September 2004)
- Executive Briefing to Federal Express (September 2004)

**9) Competing in a Flat World**

- Links @ Wharton, Philadelphia (October 2008)
- University of Monterrey, Monterrey, Mexico (October 2008)
- American Chamber of Commerce in Hong Kong, Hong Kong (July 2008)
- The Wharton Club of Spain, Madrid, Spain (June 2008)
- CASRO International Research Conference, New York (May 2008)
- Wharton Club of Southern California, Santa Monica, California (April 2008)
- Wharton Club of New York, New York, New York (February 2008)
- Wharton Fellows, New York, New York (February 2008)
- FirstCaribbean Leadership Programme, Philadelphia, Pennsylvania (November 2007)
- Wharton Marketing Conference: Back to Class Session (October 2007)
- Milken Institute Global Conference, (April 2006)


## II. University of Pennsylvania – University Committees:

- Integrated Product Design – Overseer, 2008-2012
- Chair, Penn Social Responsibility Advisory Committee, 2008-2009 and 2009-2010.
- Committee for generating new revenues by medical education initiatives, University of Pennsylvania Health System, 2007-2008.
- Member of the Institute for Strategic Threat Analysis & Response @ Penn (ISTAR) Advisory Board, 2007-
- Research Foundation Committee, Social Science and Management Review Panel, 1999-2006.
- Member of the Faculty Advisory Group to Campus Development Planning Committee, 2005-2006.
- Member of the Committee on International Programs, 2002-2006
- Member of The Ackoff Center Advisory Board, 2001-2006
- Member of the Provost Art and Culture Committee, 2002-2004
- Faculty Senate Committee on Administration, 1995-1998.
- Chair, Subcommittee of the Faculty Senate Committee on Faculty Teaching Evaluations, 1997-1998.
- Chairman of Special Presidential Committee on Borderless Education, 1997-1998.
- Provost's Task Force on the University of the Global Information Age, 1996-1997.
- Faculty Editorial Board, University of Pennsylvania Press, 1996-1997.
- Member of the Provost's Committee on Information Science and Technology, 1996-1997.
- Member of the Provost's Committee on Distance Learning, 1996-1997.
- Chairman of a new university committee focusing on innovative revenue generation, 1992/1993 and 1993/1994. Members include the President, Provost, Chairman of the Board of Trustees, 3 deans, 3 trustees, and 3 faculty members.
- Chairman of a Subcommittee for the Evaluation of the University Office of International Programs, 1990-1991 and of a Subcommittee to Evaluate the University's Off-Campus Programs, 1991-1992.
- Member of the Provost Task Force on International Programs (1992/1993; 1993/1994).
- Member of the Provost International Council, 1990-1992.
- Member of the Commission for the 250th Anniversary Celebration of University of Pennsylvania, 1987-1990
- Advisory Board of the PBS series on The Global Economy, 1990.
- University of Pennsylvania correspondent for PBS program on Geo-economy, moderated by Ted Koppel, May 1990.
- Chairman of the Faculty Council of the Joseph H. Lauder Institute, 1983-1988.
- Member of the Board of Directors of the Joseph H. Lauder Institute, 1983 to present.
- Member of the Advisory Board of the office of International Programs, 1980 to present.
- Chairman, the Wharton Dean Search Committee, (selected Russ Palmer)1982/1983.

- The Senate Committee on the Economic Status of the Faculty, 1978/1979 (member); 1979/1980 (chairman).
- Member of the University's Committee on Research, 1977/1978. Chairman of its subcommittee for evaluation of the University's Policy and Conduct of Research Programs.
- Member of the FAS – Wharton Committee, 1975-1977.
- Member of the subcommittee of the University's Academic Planning Committee for the Measurement of Academic Performance, 1972/1973.

## III.  The Interdisciplinary Center (IDC), Herzliya, Israel

- Chairman, Higher Academic Council 1999-present
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003-present
- Faculty Promotion and Appointment Committee: Chairman 1999-2005; Member 2005-present
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Founder of the American Friends of IDC 1998 and a Member of the Board, 2003
- Designed the week-long programs at Wharton for its visiting MBA class since 2002
- Chairman, International Academic Advisory Board, 1994-2000
- Delivered the first graduation address of the Wharton IDC Marketing Communication Program,March 1999
- Delivered the first Graduation Address, October, 1998
- Co-founder (1994)
- Delivered the first Zoltan Wind lecture, 1996
- Occasional lectures in various courses, faculty seminars, and public addresses since 1995

## IV.  Other Universities

### I. Courses Taught

- Erasmus University (The Netherlands) – A variety of courses on marketing strategy and marketing science (1993).
- University of Tokyo (Japan) – Marketing Science (1992).
- University of New South Wales (Australia) – Doctoral Seminar in Marketing (1977).
- University of California at Berkeley – Product Policy, Doctoral Seminar (1975).
- University of Tel Aviv (Israel) – Consumer Behavior, Marketing Seminar (1968).

### II. Faculty Promotion Review – Illustrative Universities

Columbia University, Harvard University, Massachusetts Institute of Technology, New York University, Pennsylvania State University, Stanford University, Tel Aviv University, University of California at Los Angeles and at Berkeley, University of Chicago, University of Georgia, University of Illinois, University of Pittsburgh, University of Rochester, University of Southern California, University of Texas, Yale, and others.

### III. Program/School Review

- Indian School of Business – Organization of the Wharton Planning Meeting, April 2002.
- Rice University – member of the external review committee, 1996.
- University of Santa Clara – member of a Site Review Team for the evaluation of the school's marketing department, 1981.
- University of Tel Aviv – Initiator and organizer of the school's faculty colloquium, working paper series, planned and organized a number of the school's executive development programs and various other activities, 1968/1969.
- The Technion, Israel Institute of Technology – Outside examiner at the Graduate Division of the Technion – The Israel Institute of Technology, Haifa, 1969.

## 5.  OTHER PROFESSIONAL ACTIVITIES

**I.  Development of Research Programs [Illustrative List]**

1. The Future of Advertising (2007 to present)*
2. Network-Based Strategies and Competencies (2007-present)
3. Creativity and Innovation (2006-present)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4. SEI Center project Toward a New Theory of the Firm (2004-2008)
5. SEI Center project with Business Executives for National Security and FINCEN using the Suspicious Activity Reporting System (SARS) for identifying terrorist financing (2003-2004)
6. SEI Center project, Assessing the True Value of the Firm, Co-Directed with David Larcker (2002-2003)
7. The Wharton Office of Homeland Security (OHS) Project, Economic Vulnerability to Terrorism: Assessment, Prioritization and Action Implications, Co-Directed with Paul Kleindorfer (2001-2002)
8. Digital Transformation Project in Collaboration with McKinsey, WeBI and the Fishman-Davidson Center for Service and Operations Management (2001-)
9. e-Curriculum R&D Initiatives (2000-2002) and Curriculum R&D for the Wharton Fellows Decision Support Network (2001-2004)
10. The SEI Center's research program on Creating a 21st Century Enterprise. (1990 to present)
11. Established the Value of Marketing program. (1993–1997)
12. Initiated (with Frank Bass) the Empirical Generalizations in Marketing program. (1993–1995)
13. Co-founded (with Greg Farrington) the Virtual University Lab program (1995–1997)
14. Initiated the Computers and Art program for the ENIAC at 50 celebration (1998–1999)
15. Co-developed (with Bob Holland) the SEI Center's George Harvey Program on Value Creation Through Diversity (1996-2000)
16. Co-founded (with Paul Kleindorfer) the Information Management Initiatives Research Program (1998-1999)

**II.  Editorial Activities**

1. Founding editor, <u>Wharton School Publishing,</u> 2003-2008 [published books are listed on pages 37-39]

2. Initiator and editor of *Advances in Marketing Research and Modeling: Progress and Prospects – A Tribute to Paul E. Green*, Kluwer Academic Publishers, 2002.

3. Initiator and editor of *The Wharton School Publishing Newsletter* (monthly July 2005-July 2008)

4. Initiator and Co-Editor of the *Wharton Fellows Newsletter* (quarterly 2003-4; monthly January-December 2005).

5. Initiator and editor of *Wharton Executive Library* (published by Oxford University Press), 1984-1987. The series was aimed at familiarizing top management with recent developments in the various management disciplines. Books published include:
   - Gerard Adams, *The Business Forecasting Revolution, Nation-Industry-Firm*, 1986.
   - Leonard M. Lodish, *The Advertising and Promotion Challenge, Vaguely Right or Precisely Wrong?*, 1986.
   - David Solomons, *Making Accounting Policy: The Quest for Credibility in Financial Reporting*, 1986
   - James C. Emery, *Management Information Systems: The Critical Strategic Resource*, 1987.

6. Initiator and editor of the Scientific Press *Computer Based Marketing Series.* 1984-90. The series offers short books on specialized marketing topics with accompanying PC software. Books published include:
   - Paul E. Green, *CAPPA Electronic Questionnaire Display and Analysis*, 1986
   - Gary Lilien, *Marketing Mix Analysis with Lotus 1-2-3*, 1987
   - John Hauser, *Applying Marketing Management: Four PC Simulations*, 1987
   - Darral G. Clarke, *Marketing Analysis and Decision Making: Text and Cases with Lotus 1-2-3*,

1987.
- Gary Lilien, *Marketing Management: Analytical Exercise with Lotus 1-2-3*, 1988.

7. Editor-in-Chief, *The Journal of Marketing* 1978-1981 (Vol. 43-45)

8. Area Editor, *Marketing Science*, 1981-83 (Vol. 1-2); occasional Area Editor (2002-)

9. Advisory Editor of the Addison-Wesley Marketing Series, 1974-1981. Books published under my editorship include:

- David Hughes, *Marketing Management*, 1978.
- James Bettman, *An Information Processing Theory of Consumer Choice*, 1979.
- Richard N. Cardozo, *Product Policy: Cases & Concepts*, 1979.
- F.E. Brown, *Marketing Research: A Structure for Decision Making*, 1980.

10. Member of the Editorial Boards of:
- Journal of Interactive Marketing, 1998-present
- Journal of Business to Business Marketing, 2004
- Journal of Global Marketing, 1986-1990
- Journal of Product Innovation Management, 1982-1990
- Annual Review of Marketing, 1980-1982
- Computer Operations, 1968-1970
- Journal of Business Research, 1974-1977
- Journal of Consumer Research, 1973-1984
- Journal of High Technology Management and Market Research, 1988
- Journal of Marketing Research, 1978-1981
- Journal of Marketing, 1971-1978
- Journal of Organizational Behavior and Statistics, 1983
- Journal of Pricing Management, 1989
- Journal of Segmentation in Marketing, 1997

11. Occasional reviewer for:
- Decision Sciences
- IEEE Transactions on Engineering Management
- Journal of Management Studies
- Journal of Marketing
- Management Science
- Marketing Science
- Operations Research
- Public Opinion Quarterly
- R&D Management
- The Journal of Economics and Business
- The Wharton Quarterly

12. Screening editor, *Journal of Consumer Research*, 1973-1974.

13. A judge of competitive research papers submitted to the National Conference of The AMA Academic (August) Conference in - Minnesota (1971), Houston (1972), Washington (1973), Portland (1974), Rochester (1975), Memphis (1976), Chicago (1980), Chicago (1984).

14. A judge of Ph.D. dissertations submitted to the AMA Doctoral Dissertation Competition, 1974, 1976, 1977, 1981, 1982, 1983. And the MSI Dissertation, and other award competitions 1984, 1985, 1990

15. Reviewer of papers submitted to the Market Measurement and Analysis Conference (renamed Marketing Science Conference) since 1981.

16. Occasional reviewer of applications for research grants for the Social Science Research Council

(London, England) since 1972; and the National Science Foundation, Division of Science Information and Advanced Productivity Research and Technology, since 1977.

17. Reviewer of manuscripts for a number of publishers and universities, including the MacMillan Company, the Center for Research of the College of Business Administration of Pennsylvania State University, the Graduate School of Business, Columbia University, Prentice Hall, Jose Bass and others.

## III.  Offices Held in Professional Associations

### AMA

1. Member of the Board of Directors, The Philadelphia Chapter of the AMA, 1979-1983.
2. Program Chairman of:
   a) The 1977 AMA Doctoral Consortium Philadelphia, August 1977.
   b) The 1975/1976 AMA Attitude Research Conference, Hilton Head, SC, February 1976.
   c) The National Educators AMA Conference, Washington, D.C., August 1973.
3. Member of a number of AMA councils including the Advisory Council of the National Marketing Honorary Society of the AMA - Alpha Mu Alpha, 1980/1981 and the Educational Policy Council, 1977/1978.

### TIMS

1. Chairman, 1974/1975; Chairman Elect, 1973/1974; and Vice Chairman, 1971/1972 of the Institute of Management Science College of Marketing.
2. Program Chairman of:
   a)  Marketing track on "Marketing Science for Increased Competitiveness of Firms and Countries," 1988 Washington, D.C., TIMS/ORSA Conference.
   b)  The 1981 Market Measurement and Analysis Conference (with Vijay Mahajan).
   c)  The Delaware Valley Chapter, 1967/1968.
3. Member of the Program Committees of the Market Measurement and Analysis Conference: University of Texas, 1980; New York University, 1981; and the Marketing Science Conference: University of Chicago, 1983; Vanderbilt University, 1985; University of Texas at Dallas, 1986; Centre HEC-ISA, Jouy-en-Josas, France, 1987; Washington University, 1988.
4. Member of the Advisory Board of Marketing Science, 1983-_____

### IAM – The International Academy of Management

1. Chancellor, 2000-2006.
2. Vice Chancellor for the Americas, 1995-2000.
3. Program chairman, the Americas Conference, 1994, 1998.

### MASB – Marketing Accountability Standards Board

1. Member of the Board of Directors since 2010.

### MSI – Marketing Science Institute

1. Chair of a task force on e-business evaluation (part of the Metrics program), 1999.
2. Academic Trustee (1989-1995).
3. Member of the Academic Advisory Council (1983-1987).
4. Member of a number of steering groups, including
   - Marketing Strategies Steering Group, 1983-1987.
   - The International Advisory Steering Committee (1985-1987).
   - Information Technology Steering Committee (1990-1992).

**Other**

1. The Diebold Institute Entrepreneurship and Public Policy Project, Committee of Advisors (1999-__ ).
2. World Management Council. Member of the Academic Advisory Board (1988–1989).
3. Member of the interdisciplinary task force (organized by AMA) for the design of the *Journal of Consumer Research*, (October 1971–July 1972). Founding member of the Policy Board of the *Journal of Consumer Research* (1972–1983); Chairman of the Board (1977–1978); Chairman of the 1976 and 1981 Editor Search Committees.
4. Member of the Philadelphia's International City Steering Committee (1983–1985, 1987–1988).
5. Member of the Publication Committee of AAPOR (1973-1974).
6. Member of Program Committee of 1979 ACR Conference.
7. Member of the Advertising Research Foundation 75th Anniversary Convention Program Committee (2010)

## IV.  Planning and Organizing Professional Programs at the University

1. Empirical Generalizations in Advertising, December 2008; and Empirical Generalizations in Advertising II, "What works in the New Age of Advertising and Marketing," May 2012, with the Ehrenberg-Bass Institute for Marketing Science, University of South Australia
2. Advertising Effectiveness, with the Wharton Customer Analytics Initiative, May 2013.
3. Gaps in Measuring Advertising Effectiveness, with the Advertising Research Foundation, 2012-2013.
4. Chair, "Network-Based Strategies and Competencies," a joint project with INSEAD co-directed with Paul Kleindorfer, Initial Workshop, May 3, 2007. Conference, November 2007.
5. Chair, "The Future of Advertising," a joint project with the ARF, Workshop, March 30, 2007. Conference, December 2008.
6. Initiated and chaired a task force to develop a Marketing Certification Program (2003-2004)
7. Co-Designed with Bob Mittelstaedt an executive education program on "Wharton on the New Reality of Business," December 2001 [including the design of the "Wharton Post 9/11 Business Scenario" (October 2001-)] and May 2002.
8. Designed and directed the executive programs, "Winning in the Next Millenium," December 1998.
9. Initiated "The Impact of Computers and Information Technology on Management: 1946, 1996, 2001," May 13-14, 1996 program for the ENIAC at 50 celebration (1994-1995).
10. Initiated the "Computers and Art" program for the ENIAC at 50 celebration (1994-1995).
11. Participated in the original design of the Wharton – AT&T Marketing Management Program. Taught in the 1973, 1975 -1980 programs.
12. Developed, organized and taught a Marketing Research Seminar for U.P. Clinical Scholars Group (February–May 1975 and February–April 1976).
13. Planned and taught the marketing management section of a number of advanced management programs of the University of Pennsylvania:
    - Dean Witter - Wharton Account Executive Program, 1986.
    - Securities Industry Association Program, annually since 1982.
    - Advanced Management Program for Overseas Bankers, 1975, 1976.
    - Program for Health Care Executives, 1973, 1975, 1982.
14. Participated in various executive development programs of the Marketing Department of the University of Pennsylvania:
    - Marketing for the Postal Service, 1983.
    - Marketing Strategy Seminar, since 1981 (January & May).
    - Pharmaceutical Advertising Council, 1980/1981.
    - Wharton Salesforce Management Seminar, since 1980 (January & May).
    - Dixie/Marathon (American Can Company), May 1977.
    - Marketing Research Seminar 1977-1983.
    - General Building Contracting Association, Inc., January 1977.
    - Center de Promotion du Commerce International, Chambre de Commerce et d'Industrie de Nantes, 1976, 1978-1980.
15. Planned and taught (with Thomas Robertson) a number of seminars on Health Care Marketing for:
    - The Virginia Hospital Association, February 1978.
    - The New York Management Center, September and November 1977.
    - The Wharton School's Lifelong Education Program, October 1976.

16. Co-founder, organizer of the Wharton teaching component, and frequent lecturer in the Wharton/Israel Binational Marketing Management Program [The Consulting Practicum] 1979-1995.

## V.  Award Committees

1. Member of the Sheth Award Committee to select the winning *Journal of Marketing* article that had the greatest long-term impact on the marketing discipline, 2009-2010

2. Member of the Parlin Board of Governors, 1978-1983, 1995-2008 ; Chairman of the Board, 1980/1981.

3. Member of the selection committee for MIT's Sloan Management Review/Price-Waterhouse Company, 2003 – Best Article Award.

4. Member of the "Global Marketing Scholar's Prize" Selection Committee, 2011, hosted by Korean Academy of Marketing Science

5. Nominator for the Marketing Communications Award of the World Technology Network, 2002-present

6. Initiator of the Lauder Institute Award for the Research Paper that Best Advances the Theory & Practice of International Management Science. Administered by TIMS and Chairman of the first award, 1989.

7. Member of the W. Arthur Cullman Executive Award Selection Committee (Ohio State University), 1985-1986

8. Member of a panel of judges for the evaluation of nominees for the Paul D. Converse Awards for Outstanding Contributions to the Development of Theory and Science in Marketing, 1974, 1977, 1981, and 1986.

## VI.  Planning and Organizing Professional Programs Outside the University

1. KMDC Program, Kuala Lumpur, The Power of Impossible Thinking and Its Implications for Marketing Innovations, March 15-16, 2005.

2. Co-director (with Hotaka Katahira) of the Marunouchi Global Center Management Program, 2002.

3. Planned and taught a number of two-day seminars on "Recent Developments in Marketing Research Methodology" for:
   - The Management Center, University of Bradford, February 1975 and May 1976.
   - The University of Laval, Canada, November 1973.
   - The University of Social Sciences at Grenoble, France with (Paul E. Green), May 1973.

4. Planned and taught various AT&T Executive Development Seminars on:
   - "Multivariate Analysis in Marketing," March and August 1975.
   - "Market Analysis," December 1974, and June 1975.
   - "Market Segmentation," September 1974, November 1975 and March 1976.
   - "How to get the Most Out of Your Marketing Research," Spring 1974.
   - "Consumer Behavior," October 1972, January 1978.

5. Planned and taught two one-day executive seminars on Conjoint Analysis and New Product Policy at the University of New South Wales (Australia), June 1977.

6. Planned and taught a number of executive seminars at the University of Tel Aviv: Marketing Strategy (1969); Product Policy (1977); Marketing and Corporate Strategy (1978, 1980); New Development in Product and Marketing Research (1980).

7. Planned and taught the marketing research section of the Bank Marketing Program of the Graduate School of Bank Marketing, April 1977.

8. Planned and taught a series of two-day seminars on Marketing Strategy for the New York Telephone Company, February and April 1976.

9. Initiated, planned and organized a number of two day workshops on:
   - Concept Testing, University of Pennsylvania, March 1972.
   - Industrial Buying Behavior (with Frederick E. Webster and Richard N. Cardozo), sponsored by the AMA & the University of California at Berkeley, April 1971.
   - Research Utilization, (with Steve Greyser and Randy Batsell), sponsored by the AMA and MSI, April 1979.
   - Advances and Applications in New Product Forecasting: Innovation Diffusion Models (with Vijay Mahajan) sponsored by MSI, October 1983.

10. Organizer and chairman of various sessions at annual conferences of various professional associations (illustrative list):
    - "Design Meets Marketing: Service Innovation by Design," <u>Marketing Science Institute and Corporate Design Foundation Conference</u>, Stanford University, October 17, 2007.
    - "Marketing science: Accomplishments and challenges in the global information age," plenary session at Informs, Philadelphia, November 1999.
    - "Consumer Labs," Marketing Science Conference, March 1997.
    - "Global Marketing Strategy," 1991 ORSA/TIMS Meeting
    - "Creation of Innovative Marketing Knowledge: An Interdisciplinary Perspective," 1989 AMA Marketing Educators Conference, August 1989.
    - Strategic Alliances," TIMS Osaka, Japan, July 1989.
    - "Industrial and New Technologies Marketing: Lessons from Industry," International Research Seminar in Marketing, La Londe les Maures, France, May 1989.
    - "New Product Development Models," ORSA/TIMS, San Diego, October 1982.
    - "Product/Market Portfolio Models," ORSA/TIMS, Colorado Springs, November 1980.
    - "The Role of Multivariate Analysis in Consumer Research," APA, Toronto, 1978.
    - "Applications of Management Science to Market Segmentation," TIMS, Miami, 1976.
    - "Recent Developments in Management Science Application in Marketing," TIMS, Las Vegas, 1975.
    - "Multidimensional Scaling and Conjoint Measurement in the Study of Multidimensional Psychophysics," ACR, Boston 1973.
    - "Implementation of Management Science in Marketing," TIMS, Houston 1972.
    - "On the Teaching of Consumer Behavior," AMA, Houston, 1972.
    - "Family and Industrial Buying Behavior," AMA, Minneapolis, 1971.
    - "Multidimensional Scaling in the Study of Consumer Behavior," ACR, 1970.

11. Planned, organized and taught a Marketing Management Program for the top executives of the Union of Cooperative Societies (Israel), April to July 1969.

12. Planned and taught marketing courses at a Graduate Program for Marketing Consultants at the Israel Institute of Productivity, September 1968 to January 1969.

13. Academic advisor to a number of organizations engaged in Management Training in Israel. Primarily the Israel Institute of Productivity, and the Technion Research and Development Foundation Ltds., January to August 1969.

## VII. Presentations*

### A. Presented papers at various national conferences of the American Marketing Association
December 1967; June and August 1968; August 1969; August 1970; June and August 1974; April

---

*Illustrative recent presentations are listed by topic starting on page 76

and August 1975; August 1976; August 1977; June and August 1978; June and August 1979; June and August 1980; August 1981-1990, March 1990, August 1991; August 1991, April 1993; February & August 1994, August 1995, August 1996, August 1997, February 1998, August 1999.

**B. Speaker in various conferences and workshops**

- Association for Consumer Research (ACR), 1968, 1970/1973, 1975, 1977, 1984.
- The Institute of Management Science (TIMS), 1969, 1972, 1974-1978, 1980- .
- American Institute of Decision Sciences (AIDS), 1974, 1976.
- American Association of Public Opinion Research (AAPOR), 1974/1975.
- American Psychological Association (APA) DIV 23, 1978.
- American Statistical Association (ASA), 1978.
- AMA Philadelphia Chapter, 1980/1981.
- Annual Conference of the Strategic Management Society, 1984.
- Annual Conference of the Pharmaceutical Marketing Research Group (PMRG), 1986, 1987.
- Annual Conference of the World Future Society Assembly, Washington, D.C., 1993.

**C. Speaker in a number of the AMA Attitude Research Conferences:**
1967, 1971, 1973, 1976, 1987.

**D. Member of the Faculty of the AMA Doctoral Consortiums**
- University of Colorado, 1996
- University of Santa Clara, 1994
- University of Southern California, 1991
- New York University, 1987
- University of Notre Dame, 1986
- University of Michigan, 1983
- University of Minnesota, 1982
- Pennsylvania State University, 1980
- University of Maryland, 1981
- University of Wisconsin, 1979
- University of Chicago, 1978
- University of Pennsylvania, August 1977
- University of Texas, August 1976
- University of Illinois, September 1971

**E.  Member of the Faculty of the First Indian Doctoral Consortium,  2012**

**F.  Member of the AMA Faculty Consortium, Chicago 1997**

**G.  Illustrative papers delivered in various professional workshops**

- Applications of Multidimensional Scaling to Marketing and Business, sponsored by the University of Pennsylvania and Bell Laboratories, June 1972.
- Planning Data for STI Managers, Sponsored by NSF office of Science and Information, December 1976.
- Synthesis of Knowledge of Consumer Behavior, sponsored by the RANN Program National Science Foundation, April 1975.
- Multinational Product Management, sponsored by the Marketing Science Institute and the AMA International Marketing Division, January 1976.
- Consumer and Industrial Buying Behavior, sponsored by the University of South Carolina, March 1976.
- Organizational Buying Behavior, sponsored by the University of Pittsburgh, April 1976.
- Consumer Research for Consumer Policy, sponsored by the MIT Center for Policy Alternatives, July 1977.
- Analytical Approach to Product-Marketing Planning, sponsored by the AMA and MSI, University of Pittsburgh, November 1977, October 1981.

- Interfaces Between Marketing and Economics, sponsored by the University of Rochester, 1978, 1983.
- Industrial Marketing, Penn State University, May 1982.
- Market Measurement and Analysis, renamed Marketing Science Conference sponsored by ORSA/TIMS:
  - Centre HEC-ISA, Jouy-en-Josas, France, 1987.
  - University of Texas at Dallas, 1986
  - Vanderbilt University, 1985
  - University of Chicago, 1984
  - University of Southern California, 1983
  - Wharton, March 1982
  - New York University, March 1981
  - University of Texas, Austin, March 1980
  - Stanford University, March 1979

## H. Illustrative addresses at various top management conferences and meetings

- Moderator of Key Issue Forum on Social Media and Brand Opportunities, ARF Re:think Conference, New York, NY, March 23, 2010
- "Moving From Me to We: The New Competitive Edge," Milken Global Conference, Los Angeles, April 28, 2008.
- "The Wisdom of Crowds in Today's Digital World: We vs. Me," Milken Global Conference, Los Angeles, April 23, 2007.
- "Innovation," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "The 1st Mover Advantage Challenge," Telenet Top Executive Strategic Workshop, June 19, 2006.
- "Getting More with Less," Telenet CEO Strategy Review, June 19-20, 2006.
- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.
- "New Frontiers in the Practice of Management" with Paul Kleindorfer, CEO Workshops at IDC Israel, January 2006.
- "Strategic Trends on the Global Marketplace," The Sixth Herzliya Conference on The Balance of Israel's National Security, January 2006.
- "Recent Developments in Marketing and Branding Strategies," presented to the Board and top management of IDT HK, August 2005.
- "Tapping Opportunity in the Developing World: Innovative Solutions for Companies and Communities," Milken Institute Global Conference, April 2005.
- "Return on Marketing Investment: Progress, Problem, and Prospects," Council of Marketing Executives, The Conference Board, October 6, 2004.
- "The Power of Impossible Thinking: A Prerequisite for Profitable Growth," Milken Institute Global Conference, April 27, 2004.
- "The Transformation Challenge," YPO at SEI, March 2004.
- "Technology for Profitable Growth: Progress, Problems, and Prosperity, eBRC Board of Directors meeting, Philadelphia, May 2003.
- "Business and the Pending Wars," a global senior executive Web conference, February 2003.
- "e-Business Revolution: R2R (Return to Reality)," World Leadership Forum of the Foreign Policy Association, New York, September 2000.
- "UNIG Top Executive Forum," Singapore, August 2000.
- "The Future of the Marketing Organization," MSI Board of Trustees Meeting, April 2000.
- "Preparing for 2002: Creating a Leading Global Medical Communication Company for the 21st Century," Top Management of Medius Group Int. Paris, May 1997.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise," The Hong Kong Management Association, January 1996.
- "Building the 21st Century Corporation Today: A Marketing Perspective," A one day session for CEOs who participate in the MASTERSHIP program (LA) January 1990.
- "Growth Outlook for Consumer Products and Services" to the policy committee of Anheuser-Busch Company, 1986.

- "Marketing Management in Securities Firms" SIA Regional conference, 1986.
- "Recent Developments in Marketing Strategy," to Dutch top executives by Horringa & DeKoning, October 1986.
- A number of 1-day Top Management Seminars organized by Studio Ambrosetti (Italy)
  - o Developing and Launching New Products (1986)
  - o Marketing and Corporate Strategy (1987)
  - o Marketing for Financial Institutions (1987)
  - o Domestic and International New Business Entry Strategies 1988)
  - o Strategic Marketing and New Product Development (1989)
  - o How to Develop Products More Often and Get Them to Market Faster (1991)
  - o The Consumer Goods Scenario: The Challenge (1992)
  - o Marketing Driven Bus Strategy in the Global Information Age (2000)
- "The Challenge of Marketing" Board of directors and top management of Grand Metropolitan, 1985.
- "Advances in marketing and Business Strategies" Top management group of the John Fluke Manufacture Co., 1985.
- "Global Marketing Strategies" YPO Chapter of Hong Kong, 1985.
- "Marketing for Hospitals" Hospital presidents program of the J&J Leonard Davis Institute program, 1985.
- "Global Marketing Strategies" Top executive group of MARS pet food business, 1984.
- "Marketing for the Evolving Company" Conference on "Financing & Managing the Evolving Company" sponsored by Arthur Andersen & Co. and the GSB University of Texas at Austin, April 1984.

**I.   Illustrative Other Top Management groups addressed**

- MSI Trustees, Cambridge, Massachusetts, October 1983.
- Securities Industry Association Fall Meeting, N.Y., October 1982, Spring Meeting, April 2000, Homestead, Virginia, May 1982: keynote speaker.
- Three sessions at the 1979 YPO Central Area Conference, Williamsburg, October 1979.
- Two sessions at the YPO International University, Rio de Janeiro, May 1979.
- Two sessions at the 1978 YPO, Eastern/Northeastern Area Conference, Sea Island, Georgia, November 1978.
- Eastern Pennsylvania Chapter of YPO, October 1978.
- Two-day seminars for top executives of Latin American countries sponsored by Expansion Publishing Group, Mexico City, June 1978, (Marketing Strategy); June 1979 (the Marketing Audit); and December 1980 (Marketing for Top Executives).
- Bell Laboratories (Applied Statistics Area), 1978

**J.   Guest lecturer at faculty research seminars and executive development programs of various universities and research institutes including:**

- Columbia University, 1974, 1976-1978
- Drexel University, 1977, 1984
- Erasmus University, The Netherlands, 1993
- Escola de Administrao de Empresas de Sao Paulo, Brazil, 1979
- European Institute for Advanced Studies in Management, Brussels 1981
- Florida Atlantic University, 1972
- Harvard University, 1981
- IESE Universidad de Navarra, 1999
- Indian Institute of Technology (IIT) Bombay, 1989
- INSEAD, France, 1992, 2000
- Institut Superieur des Sciences Economiques et Commerciales, Paris, 1981
- Interdisciplinary Center Herzliya, 1996, 1997, 1998, 1999, 2000
- Kōc University, Turkey, 2000
- Laval University, Canada, 1973
- Katholieke Universiteit, Leuven, 2001
- Monash University, Australia, 1977

- Nanzan University, Nagoya, Japan, 1977
- New York University, 1979, 1984
- Northwestern University, 1980
- Norwegian School of Management, Norway, 1993
- Pennsylvania State University, 1978
- Southern Methodist University, Texas, 1982, 1984, 1986
- Stanford University, 1976, 1982
- State University of New York at Buffalo, 1975
- University of Bradford, 1975-1976
- University of California at Berkeley, 1975
- University of California at Los Angeles, 1976, 1980, 1990
- University of Capetown, S.A., 1982
- University of Chicago, 1981
- University of Groningen, 1986
- University of Houston, 1977
- University of Illinois, 1985
- University of Iowa, 1971
- University of Minnesota, 1973
- University of New South Wales, Australia, 1977
- University of Ottawa, 1974
- University of Pittsburgh, 1988
- University of Social Sciences, Grenoble, France, 1973
- University of Southern California, 1979
- University of Tel Aviv, 1977-1980, 1982
- University of Texas at Austin, 1984, 1997
- University of Tokyo, Japan, 1992, 1993, 1995, 1997
- University of Washington, 1979
- Yale University, 1982

**K. Speaker at various local and regional meetings**
of the <u>American Marketing Association</u>, 1967 to present, and national meetings of other marketing associations such as the <u>National Account Marketing Association</u>, 1973; the <u>International Pharmaceutical Marketing Research Group</u>, 1973; <u>The National Association of Children's Hospitals and Related Institutions</u>, 1976; <u>American Management Association</u>'s advanced Marketing Research Seminars, 1967/1968; and the <u>Marketing Science Institute</u> conferences and management seminars, 1968-1994.

**L. Guest speaker at special seminars**

- The Australia and New Zealand Marketing Societies in Sydney and Melbourne, June 1977.
- "New Developments in Social Research," in the Symposium on Corporate Awareness, February 1977.
- The 11th Annual "New Horizons in Science," Conference of the Council for the Advancement of Science Writing, New York, November 1973.
- Various conferences of the Israel Advertisers' Association, The Technion Research and Development Foundation, Ltd., The Ministry of commerce and Industry, 1968/1969.
- Foreign market entry and import protection strategies, The Israel Institute of Management, October 1984.

**VIII. Presentations: Illustrative Topics**

**A. Creativity and Innovation**

- "Creativity & Innovation Problem, Prospects," SEI Growth Forum, May 25, 2013.
- "Enhancing Your Personal Creativity," The Academy of University of Pennsylvania, February 9, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The ROI of Creatives," Cannes Lions International Festival of Creativity, June 19, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Your Innovation and NPD Strategies," IDC's CEO Forum, May 24, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Personal Power and Influence, July 14, 2010.
- "Innovation in Retailing: Progress, Problems and Prospects", Discussion at the Jay H. Baker Retailing Center, October 28, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Innovation: Reinventing your Marketing and New Product Launch," Marketing Management Program, MA Industries, IDC, November 23, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Selling Scents: Innovative Approaches to the Age Old Selling Challenge in a Flat World of Empowered Consumers," The Fragrance Foundation Conference, March 12, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in New Product Development and Innovation," Mutual Art Lecture Series, November 2, 2007.
- "The Creative Economy: Art and Culture at Penn and in Philadelphia," Penn Arts Leadership Conference, May 9, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in the Management of Technological Innovation," Executive Briefing at Samsung Electronics, June 2, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and Change in the Turbo—Global Environment: Lessons from the Transformation of 'Old Economy' Firms [and Universities] and The Challenges to Congress," Stennis Congressional Staff Fellows Program on Leadership in e-Business Environments: What Congress Might Learn, Washington D.C., May 2000.
- "Innovation and Change in the Turbo-Global Environment: Lessons from the Transformation of 'Old Economy' Firms [and Universities] and the Challenges to Congress," Stennis Congressional Staff Fellows Program on Leadership in e-Business Environments: What Congress Might Learn, May 2000.
- "Customerization: The New Management Challenge," The President's Forum of the Interdisciplinary Center in Herzliya, Israel, September 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation Strategy," New Product Development and Launch, April 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Innovation and New Product Development," Tutorial at the 2nd International Workshop, Santiago, Chile, October 1996.
- "Innovative New Product and Service Development: Best Practice and Opportunities for Experimentation," The Israel-North America Business Conference, New York, October 1996.
- "Innovation in New Product Development: Best Practice in Research, Modeling and Applications," Presentation to the JMR Editorial Board on the Special issue, August 1996.
- "Creativity and Innovation: The Management Edge in the Technological Age," the First Wind Lecture at the Interdisciplinary University of Law, Management and Technology (ISRAEL), May 1996.
- "Product Launch," Software Development and Marketing for Competitive Advantage, IC$^2$, The University of Texas Conference, March 20, 1996.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "*JMR* Special Issue on Innovation in New Product Development: Best Practice in Research, Modeling and Applications," *JMR* Editorial Board Meeting, San Francisco, August 7, 1994.
- "A New Approach for Estimating the Demand for Interactive TV Products and Services, Interactive Industry 2000: Market Research for the Interactive Television Business," July 28-29, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Determinants of New Product Success: Lessons from the U.S. and Japan," Faculty and Ph.D. students seminar at Erasmus University, June 10, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Issues and Advances in New Product Development and Management: A U.S. Perspective," Advanced Industrial Marketing Strategy Seminar, September 18, 1992.

- "New Product Development: Problems, Advances and Prospects," Wharton's Advanced Industrial Marketing Strategy, March 19, 1992.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "How to Develop Products More Often and Get Them to Market Faster: Guidelines for Functional Management," Ambrosetti Group, Milan, Italy, May 9-10, 1991.
- "Inducing Creativity and Innovation in Large Bureaucracies: Lessons from Marketing," RGK 4th International Conference on Creativity and Innovative Management, August 8-10, 1991, Los Angeles, CA.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Globalization: Opportunities for Innovative Research and Modeling," UCLA, January 9, 1990, Los Angeles, CA.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Increasing the Effectiveness of Your New Product Development," Indian Institute of Technology, November 1989, Bombay, India.
- "Improving the Effectiveness of the Industrial New Product Development Process: Lessons from Industry – The AS 400 Case," 16th International Research Seminar in Marketing, La Londe les Maures, France, May 19, 1989.
- "Developing and Launching New Products: Costs, Risks, and Conditions for Success," Studio Ambrosetti, AF Marketing Group, May 16, 1989.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "What a Difference a Difference Can Make," Amoco Fabrics and Fibers Co-Leadership Council, May 1988.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- A Innovation Diffusion and New Product Forecasting," TIMS Conference, November 1984.
- "The contribution of Research to Product Management and New Product Development." The 1983 ESOMAR congress August 1983 at Barcelona.
- The First Delaware Valley Meeting of the Product Development and Management Association (PDMA), December 1980.

## B. Challenging your Mental Models

- "Challenging Your Mental Models," Estee Lauder, February 28, 2013
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenges and guidelines for building learning effectiveness," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012
- "Challenging your mental, business and revenue models," Wharton Alumni club – Beijing, July 25, 2012
- "Challenging your mental, business and revenue models," Wharton Alumni Club – HK, July 20, 2012
- "Challenging your Mental Models," SEI Trust Company Operations, July 16, 2012
- Challenging Your Mental Models," Israel Police Senior Management Program, June 11, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Your Mental Models in the Age of Empowered Consumers and Networks," SEI Executive Network, November 2, 2011.
- "Challenging Your Mental Models," Estee Lauder Companies Global Marketing Symposium, November 1, 2011.
- "Challenging Your B2B Mental Models," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "The Power of Impossible Thinking," Austria Connect, September 9, 2011.
- "Challenging Your Mental Models," NESS Executive Session and IDC, May 23, 2011.
- "Challenging Your Mental Models," Perry Ellis Session, May 17, 2011.
- Should We Challenge our Mental Models of Creative," FoA Future of Creatives and Creative Ideas in a Digital World, March 18, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging your Mental Models," Discount Bank, Israel, May 25, 2010.
- "Challenging your Mental Models," Mellanox Technologies, Israel, May 25, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Challenging Our Mental Models," Jay H Baker Advisory Board Meeting, November 30, 2009.

- "Challenging the Mental Models of Top Management," IDC's CEO Forum, November 19, 2009.
- "Challenging your Mental Models," Wharton Combined Boards Meetings, October 23, 2009.
- "Challenging Your Mental Models," Partner, June 2, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking," Alumni Leadership Conference, May 24, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking: Implications for OD," Organizational Development Network of Greater NYC, October 17, 2006.
- "Should the Alumni Leadership Challenge their Mental Models?" Alumni Leadership Conference, October 14, 2006.
- "The Power of Impossible Thinking," Wharton Staff Workshop, September 12, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Wharton School Publishing and the Power of Impossible Thinking," Presentation to the Board of the Jay H. Baker Retailing Initiative, October 6, 2005.
- "The Power of Impossible Thinking," Opening Session: Transform Your Business with New Thinking and New Models, The 51st Annual ARF Convention, Research Powered Marketing: New Models for Growth, April 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Power of Impossible Thinking in Meeting the Jim Stargel Challenge," ARF Breakthrough Conference, November 4, 2004.
- "Challenging Your Industry's Mental Models," KPMG Global Insurance Institute, December 2003 and November 2004.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Disruptive Technology—Rethinking Your Mental Models," Forbes Global CEO Conference, Singapore, September 2001.

## C.  Growth

- "Growth Rules:  Getting to $2.50," SEI Growth Forum, May 21, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- The Changing Business Environment: Key Trends & Growth Opportunities & Their Growth Implications for SEI," SEI Management Meeting, May 3, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Growth, Interactive Marketing and Business Strategies in the Age of the Empowered Consumer," Wharton Global Alumni Forum, June 24, 2011.
- "The Challenge of Ethical Leadership Lessons from 'Inside Job'," The Leadership in Film Series, April 20, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Perspectives on the Changing Economy," AMA Session, February 20, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Profitable Growth Opportunities in times of Crisis and Rebirth," Jay H Baker Advisory Board Meeting, November 30, 2009.
- "Opportunities in Times of Crisis," SEI Center Annual Board Meeting, October 9, 2009.
- "Opportunities in Times of Crisis," Baker Retailing Initiative, June 23, 2009.
- "Member Managed Relationship: Opportunities for Growth," AAA Management Meeting, June 11, 2009.
- "Innovation and Creativity in Time of Crisis," The Israeli Innovation Forum at IDC, May 31, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of the Corporation Survey Results," SEI Center Board Meeting, November 16, 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "How Should Directors Think About Directing?" The Governance Summit, October 27, 2005.
- "Barcelona 2020: Strategic Options and Action Plans," The Barcelona Group Philadelphia Meeting, July 18, 2005.
- "Decision Aiding Technologies and the New Theory of the Firm," with Paul Kleindorfer, Mack Center for Technological Innovation Conference on Using Technology to Improve Decision Making, May 27, 2005.
- The Silver Lining: Seeing Opportunities in Risk," Recent Advances in Operations and Risk



Management Conference in Honor of Paul Kleindorfer, May 2005.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Challenge of Corporate Governance," IAM Conference, Barcelona, Fall 2003.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Corporate Transformation: Lessons for Japan," Marunouchi Global Center First Executive Program, November 2002.
- "Leading Transformation Lessons for Mexico," TeleTech's Top Executive Program, October 2002.
- "Wharton on the New Reality of Business: Insights from Our Experience," presentation with Robert Mittelstaedt to the Wharton Combined Boards, March 8, 2002.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Capturing Opportunities in the Post 9/11 Reality," The Wharton Club of Israel, December 2001.
- "What Keeps Us Up At Night?: Post 9/11 Survey of US CEOs – Top Line Results," SEI Center Board, October 2001.
- "Capturing Internet Opportunities Above the Low-Hanging Fruit," Business Week "Rethinking the Internet," Conference, Chicago, October 2001.
- "Making Strategy Happen: Problems, Progress and Proposed Actions for Winning in the Changing Global Information Age," Li & Fung Distribution Annual Conference, Hong Kong, July 2001.
- "Globalization of Technology Startups," Wharton-Israel Global Alumni Conference on the Globalization of Technology Intensive Business, March 2001.
- "The e-Bus Challenge," the Top Executives of the Bank of East Asia, March 2001.
- "Developing a Strategy," ICA Board, March 2001.
- "e-Business: The Lessons to Date and Implication to Management Practice, Research and Education," opening lecture of the PriceWaterhouseCoopers Management Consultants e-Bus Chair at the Graduate School of Business Studies at Katholieke Universiteit Leuven, Belgium, February 2001.
- "Driving Change: New Business Models for the Global Digital Age," Opening Lecture of the PriceWaterhouse Coopers Management Consultants, e-Business Chair, Graduate School of Business Chair, Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "e-Transforming an 'Old Economy' Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Creating an e-Business," Wharton-Singapore Management University Conference: e-Business in the New Millennium, July 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Preparing for Leadership in the Changing e-Business Environment," CEO Circle, May 2000.
- "Building Communities," Virtual Communities and the Internet, April 2000.
- "Valuation: Valuable or Value Less," Entering the Virtual Millennium, Wharton North American Regional Forum, April 2000.
- "Customization Strategies for Financial Services in the Global Information Age," the Citigroup and Simon Graduate School conference on Electronic Banking Commerce, New York. February 17-18, 2000.
- "Emerging Trends in the Pharmaceutical Industry and the Expected Scenarios," Innovative Managed Care Contracting, January 2000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Winning the high Tech Wars: Strategies for Driving Change," NEC Management Team, Tokyo, April 1998.
- "The Challenge of Market Leadership," Bristol-Myers Squibb Medical Devices Group, January 1998

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -.

- "Driving Change: Preparing for the 21st Century," Business Writers=Seminar, December 1997.
- "Preemptive Strategies," Wharton Executive Education Competitive Marketing Strategies, June 1997.
- "Toward a New Corporate Governance Model: Lessons from the Japanese and U.S. Experience," With Masaru Yoshitomi, the Corporate Governance Workshop, March 1997.
- "Creating a Leading Global Medical Communication Company for the 21st Century," Medicus Group International, Inc., March 1997.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Challenge of Competitive Strategies in the Global Information Age," The Interdisciplinary Center, Herzliya, Israel, December 1996.
- The Technology Challenges for Family Business," Technology Day: The Web, The Future and You, the 1996 Family Firm Institute Conference, October 1996.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Business in the Global Information Age," The Interdisciplinary Center of Business, Law and Technology, December 3, 1995.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "AHP in Top Management Decisions," The Keynote address of The International Conference on AHP Washington, DC, July 11, 1994.
- "Creating a 21st Century Enterprise," Poon Kam Kai Institute of Management, The University of Hong Kong, June 16, 1994.
- "Market Driven Quality," at the Beyond Quality: Organizational Transformation to the 21st Century Enterprise, March 17-18, 1994.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Getting the Most out of Benchmarking," Board of Directors of Wharton's Alumni Association, May 14, 1993.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- Executive Development 1992, 1993.
- "The Market Driven 21st Century Enterprise: Implications for Law Departments," Presentation at the SmithKline Beecham U.S. Law Department Conference on Customer Focus Continuous Improvement, April 28, 1992.
- Preparing for the 21st Century Today," Securities Industry Institute, 40th Anniversary Program, March 1992.
- "The Successful 21st Century Enterprise as Customer Driven: Implications for Marketing and Management Science," University of Texas at Austin, Faculty Colloquium, February 1992.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Management in the 21st Century: Implications to the Fragrance Industry," Summit 2000 Conference of the Fragrance Association, April 8, 1991.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Research Priorities in the Information Technology Area," MSI, Information Technology Steering Group, January 18, 1990.
- "Building the 21st Century Corporation Today: A Marketing Perspective," MASTERSHIP, January 9, 1990, Los Angeles, CA.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Management in the 21st Century: Implications for Management Research and Education," University of California, Irvine, April 27, 1989.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Foreign Market Entry and Import Protection Strategies," Israel Institute of Management, October 1984.
- "The CEO and the Board," Strategic Management Conference, October 1984.

**D. Marketing and Branding**

- "Strategic Review," Estee Lauder North America Leadership Meeting, November 15, 2012
- "Perspectives on Marketing Strategy and Financial Performance," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 28, 2012
- "Assessing the ROI of Marketing Strategy," 2012 Inaugural AIM-AMA Doctoral Consortium, July 28, 2012
- "The Future of Retailing is Now," Li & Fung Retailing Holding Co., July 23, 2012
- "Client Experience and Engagement," SEI Global Wealth Services Executive Network, May 15, 2012.
- "The Future of Branding and Intellectual Property in Marketing: The Challenge" Brands and Branding in Law, Accounting and Marketing Conference at UNC, April 13, 2012.
- "Rethinking Marketing in the Age of the Empowered Consumer," Temple Fox School fo Business, March 16, 2012.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Conversations with MARS Catalyst & Marketing Lab, MARS, November 8, 2011.
- "Designing TV Commercials That Maximize Social Diffusion," MARS, November 8, 2011.
- "The Myth of the Four-Minute Mile and its Implication to B2B Marketing," Google's Think B2B: Deconstructing Today's B2B Customers, October 6, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," SEI Private Banking Executive Network, June 16, 2011.
- "Marketing and Business Strategy in the Age of the Empowered Consumer," Wharton Fellows @ The Conference Board:  Fellows Breakfast & Program, June 3, 2011.
- "MSI- The Philadelphia Story," MSI 50th Anniversary, April 26, 2011.
- "Marketing Communication in the Digital Era," MSI 50th Anniversary, April 26, 2011.
- "Marketing:  What's Next," Wharton Fellows at the Conference Board: Philadelphia Master Class, January 22, 2011.
- "Accelerating & Improving GTM Strategies Via Effective Experimentation,"  SEI Marketing Group Meeting, January 2011.
- "Marketing and Business Strategies in the Age of the Empowered Consumer," The Wharton Club of London, February 15, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Getting the Most Out of Your Interactive Marketing Dollars," Wharton Club of Southern California, November 18, 2010.
- "7 Advertising Myths," Wharton Alumni Webinar, April 22, 2010.
- "Revitalizing Brands and Reinventing Marketing," SEI, December 14, 2010.
- "Go To Market Strategies 10 Interrelated Questions" SEI Marketing Leaders Workshop,  November 9, 2010.
- "The Challenge of Customer Centricity", GSK Executive Leadership, November 9, 2010.
- "Marketing Careers," Wharton Marketing Conference, November 12, 2010.
- "Marketing of Israel," Gratz College, May 6, 2010
- "7 Advertising Myths," M Factor, May 5, 2010.
- "Global Business Branding," America-Israel Chamber of Commerce, April 14, 2010.
- "Marketing Implications of the Changing Economy," AMA Winter Marketing Conference, February 20, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Leveraging Social Media," The Fox Chase Cancer Center Leadership, December 15, 2009.
- "Leveraging the PMA's Marketing and Pricing Strategies," A Discussion on Reverse Marketing for the PMA, July 20, 2009.
- "The Challenge of Marketing Israel," Wharton Alumni Club of Pacific Palisades, July 8, 2009.
- "Marketing Strategy Discussion Guideline," PhD Seminar, March 27, 2009.
- "Some Observations on the Changing Retail Scene," The Wharton Retail Club Seminar on Industry Trends, March 18, 2009.
- "Can We Brand Our Customers and Not Our Products?" MPlanet, January 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Market Driven Strategy," and "Integrated Global Marketing Strategy," Newell Rubbermaid Marketing Excellence Program, September 17 and 19, and December 10 and 11, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rigor & Relevance: A Key Marketing Challenge," The Buck Weaver Award Presentation, September 7, 2007.
- "Global Branding & Marketing," TEVA Israel Leading Your Business, June 28, 2007.
- "The Wisdom of Crowds in Today's Digital World We vs. Me," Milken Global Conference, April 23, 2007.
- "Brand Names and Logos: Implications to Language Instruction," Penn's Language Faculty, March 22, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Customer Value: Strategies for the Long Term," Marketing Precision Conference: The Value of Marketing, September 27, 2006.
- "Does Korean Marketing Need Reform?" Korean Marketing Club, Seoul, June 5, 2006.
- "Redefining Marketing for the 21st Century," Wharton Club of Korea, Seoul, June 3, 2006.
- "Brand Names and Logos," Penn Humanities Forum on Word and Image, February 2006.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Recent Developments in Marketing and Branding Strategies," IDC Board of Directors Meeting, August 25, 2005.
- "Effective Marketing Planning: What It Is and How to Produce It," JCCA Conference, April 2005.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Strategic Shifts and the Balance of National Security: Summation," J. K. Herzliya Conference, Israel, December 2004.
- "Return on Marketing Investment: Progress, Problems and Prospects," Address to the CMO Group of the conference board, October 6, 2004.
- "Challenges of Identifying, Developing, and Capturing Opportunities: A Fresh Look at Marketing," SEI Center Board Meeting, October 1, 2004.
- "Challenging the Mental Models of Marketing," A State of Marketing Symposium, Does Marketing Need Reform? Boston, August 9, 2004.
- "Should We Challenge Our Mental Models for Building Better Brands?" Med Ad News Conference on Building Better Brands, Philadelphia, July 28, 2004.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "The Changing Nature of Marketing: Implications for Research, Teaching, and Practice," The Elsevier Science Distinguished Scholar Award Lecture at the Society for Marketing Advances, November 6, 2003, New Orleans.
- "The Interdisciplinary Challenge of Marketing," Ph.D. Proseminar, February 2003.
- "Convergence Marketing: Strategies for Reaching the New Hybrid Consumers," a Webcast of the University of Wisconsin Consortium for Global e-commerce, January 2003 and a Soundview Teleconference, May 2003.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Managing the Complexities of the Convergent and Multi-Channel Marketing," CMO Summit, October 30, 2002.
- "Marketing Driven Strategies for Today's Economy," presentation at Alumni Weekend, May 2002.
- "Pioneer and Late Entrants: Winning Strategies," Viagra, Cardura, Darifenacin WWT Meeting, April 9, 2002.
- "The Interdisciplinary Challenge of Convergence Marketing," Wharton Ph.D. Proseminar, March 8, 2002.
- "Marketing Driven Strategies in a Global Economy," IBM's Managing Director's Executive Development Program, February 13, 2002.
- "Should You Have a Chief Marketing Officer?" January 2002.
- "Convergence Marketing: The Challenge for the On-Demand Era," IBM's 2002 WW Summit for the On-Demand Era, 2002.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Target Audience, Public Opinion and Foreign Policy – A Marketing Perspective," Balance of National Strength and Security – The Herzliya Conference, December 2001.
- "The 5 Cs of Marketing: Capitalizing on the New Opportunities of Convergence Marketing," The Wharton Club-Atlanta, GA, November 2001.
- "Advances in Customer Focused Marketing and Business Strategy: The 5 Cs of Convergence Marketing," The International Academy of Management, Claremont Graduate University, November 2001.
- "Convergence Marketing: A New Marketing Strategy for the Global e-Business Environment," The Wharton European Forum, May 2001.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Whither System Thinking: Will Taking a Marketing Perspective be an Oxymoron?," Inaugural Conference of the Achoff Center for Advanced Systems Appraisal, September 2000.
- ""New Marketing Rules for e-Business Success," UNIG, Singapore, August 2000.
- "New Marketing Rules for the Global Information Age," IBM Global Services Academic Conference, August 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Managing Change in the New Millennium, Wharton-Singapore Management University Conference, July 2000.
- "A New Marketing Paradigm for the Global e-Business Environment: A Catalyst for Bridging the Gaps," Building Bridges & Broadening Perspectives: A Paradigm for the Next Millennium, 29[th] EMAC Conference, Rotterdam, May 2000.

- "Research Priorities in e-Commerce and Internet Marketing," Web Consortium, Pennsylvania State University's ISBM, March 2000.
- "Implications of the New e-Business Environment and Models for Management Research and Education," International Academy of Management, Barcelona Meeting, March 2000.
- "Marketing Driven Business Strategy in the Global Information Age," Studio Ambrosetti's top executive seminar in Padova and Milan, March 2000.
- "New Trends in Marketing Research," IDC, Herzliya, March 2000.
- "Digital Marketing: Towards a New Paradigm for the Global Information Age," Faculty Session-INSEAD, France, June 2000.
- "The Future of the Marketing Organization," The Future of the Marketing Organization, MSI Board of Trustees Meeting, Cambridge, Massachusetts, April 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Towards a Research Agenda in E-Commerce and Internet Marketing," AMA Educators' Conference, San Francisco, August 1999.
- "Digital Marketing: Implication for the Future of Marketing Management Research and Research in Marketing," plenary session presentation AMA Marketing in the 21st Century, San Francisco, August 1999.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," PhD. And Faculty Seminar IESE Universidad de Navarra, Barcelona, March 8, 1999.
- "Implementation and Feasibility Issues of New Forms of Organizations: A Marketing Perspective," Wharton Impact Conference, March 1999.
- "A Marketing Perspective on Communitarian Policies," The Communitarian Summit, Washington, D.C., February 28, 1999.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "An Extended Marketing Perspective on Corporate Architecture for the 21st Century," Japan Marketing Association, World Marketing Conference, Tokyo, April 1998.
- "The Challenge of Customer-Driven Product and Service Customization," Senior management of Convatec, March 1998.
- "Towards a New Marketing Paradigm," AMA Winter Marketing Educators' Conference, February 1998.
- Towards a New Marketing Paradigm," AMA Winter Marketing Educators=Conference, February 1998.
- "Positioning and Segmentation in the Global Information Age," IMS Marketing Management Meeting, January 1998.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Competitive Marketing Strategies, "Preemptive Strategies," 1997, 1998.
- "Positioning and Segmentation Opportunities for Synergy and Growth," Cognizant Group's Marketing Council, July 1997.
- "Integration of Marketing and other Business Functions: The Wharton Experience," AMA: 1997 Faculty Consortium B Chicago, August 1997.
- "Communicating and Marketing Your Excellence," Volunteer Committees of Art Museums - VCAM Conference, Philadelphia, April 1997.
- "The Challenge of Information Technology to Marketing and Retailing in the 21st Century," University of Tokyo, April 1997.
- "Marketing Strategy in the Global Information Age: Implications for Modeling and Research," Ph.D. Proseminar, March 1997.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing: The State of the Art," Conference of the 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Marketing Practice, Research and Education," Keynote Address, 2nd International Workshop on Economics and Management, Santiago, Chile, October 1996.
- "Marketing Strategy in the Global Information Age: Implications for Research and Modeling," AMA 1996 Doctoral Consortium, July 1996.
- Segmentation in the Global Information Age: Accomplishments, Problems and Challenges," The 1996 Converse Award Presentation, May 7, 1996.
- "Advances in Marketing," Janssen Pharmaceutica, April 18, 1996.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Issue in the Global Economy," Wharton Doctoral Consortium, August 11, 1995.
- "A View of Marketing Through the Prism of the 1977 and 1995 Doctoral Consortia," Wharton School, Doctoral Consortium, August 8, 1995.
- "Toward a New Marketing Paradigm," Ambrosetti Group's A.F. Meeting (Rome, Italy), March  8, 1995.
- "Toward a New Marketing Paradigm: Lessons From and Implications to the Marketing of Services," Ambrosetti Group's Chief Executive Seminar (Milan, Italy), March 7, 1995.
- "Marketing in the Pharmaceutical Industry: Emerging Challenges and Opportunities," P.A.C. Pharmaceutical Meeting: New Thinking, New Customers. February 28, 1995.
- "Beyond Brand Management," Wharton MBA Marketing Club, January 23, 1995.
- "The Value of Marketing Program," Janssen Pharmaceutica, January 9, 1995.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Research Priorities in Marketing as Derived From the SEI Center for Advanced Studies in Management Work on Creating Successful 21st Century Enterprises," Doctoral Proseminar, November 16, 1994.
- "Entering the U.S. Consumer Durable Markets," Nijenrode Executive MBA Program, August 4, 1994.
- "The Challenge of a New Marketing Paradigm," University of Texas at Austin, March 23, 1994.
- "Creating a Successful 21st Century Enterprise: Implications for Business and Marketing Theory, Practice, Research and Education," The University of Tokyo, November 4, 1994
- "The Marketing Challenges for the Philadelphia Orchestra," Presentation to the Board of Trustees of the Philadelphia Orchestra, March 1, 1994.
- Re Engineering Pharmaceutical Marketing, 1994.
- Is Your Marketing Obsolete? Implications of the New Marketing Paradigm for Business and Non-profit Organizations," YPO Philadelphia Chapter University, The Cloister, September 1994.
- "The Value of Marketing: A Research Agenda," Value of Marketing Conference, Stanford University, August 9, 1994.
- Determining the Value of Marketing: A New Challenge to the Discipline," San Francisco AMA Conference, August 8, 1994.
- "Electronic Commerce: Progress and Prospects," AMA Conference, San Francisco, August 8, 1994.
- "Advances in U.S. Marketing and Their Implications to China," Joint faculty seminar of the School of Economics and Management, Tsinghua University and the School of Management, Peking University, June 15, 1994.
- "Toward a New Marketing Paradigm," a faculty seminar at the Hong Kong University of Science and Technology, School of Business and Management, June 14, 1994.
- "Empirical Generalizations in Marketing: Opportunities for MSI Research Program," MSI Board of Trustees Meeting, April 29, 1994.
- "Empirical Generalizations in Marketing: Some Observations," Wharton Conference on Empirical Generalizations in Marketing, February 16-18, 1994.
- "Increasing Marketing Effectiveness," Executive Conference of Schering-Plough Int., January 18, 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Value of Pharmaceutical Advertising and Promotion," Coalition of Healthcare Communication Conference, Marketing Conference in an Era of Change, New York October 27, 1993.
- "Advances in Marketing Strategies," Nijenrode University Executive Program, August 6, 1993.
- "Global Consumer Brand Strategies: Problems and Prospects," Seminar for the Business Partners of the Norwegian School of Management, June 11, 1993.
- "Marketing Opportunities in Japan and East Asia," with Hotaka Katahira and the International Forum Participants, April 18, 1993.
- "Toward a New Marketing Paradigm: Implications for Marketing Departments," Advisory Board Meeting of the Wharton's Marketing Department, April 8, 1993.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Third Workshop on Marketing and Competitive Advantages with Ambrosetti Group, Milan on "The Customer Driven Company: From Concept to Reality," November 27-28, 1992.
- "The Strategic Impact of Market Driven Quality," with Paul R. Kleindorfer. ORSA/TIMS, San Francisco, Session on Customer Satisfaction and its Role in Global Competition. November 1992

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing Skills and Strategies for the 1990's," Pfizer International Marketing Managers, December 1989, Lambertville, NJ.
- "Competitive Advantage Through Strategic Marketing," Contel Corporation, October 1989, Lake of the Ozarks, MO.
- "The Contributions of Strategy and Other Business Functions to the Creation of Innovative Marketing Knowledge," AMA Marketing Educators Conference, Chicago, August 1989.
- Strategic Marketing," Studio Ambrosetti AP Milan Group, May 17, 1989.
- "The Marketing Challenge for Top Management:, Promises and Pitfalls of Expert Systems," University of California, Irvine, April 27, 1989.
- "A Contrarian Approach to Effective Pricing," The Pricing Institute, March 7, 1989, New York.
- "Achieving Competitive Advantage in Marketing," Securities Industry Association, March 6, 1989, Philadelphia, PA.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Courtyard by Marriott: Designing a Hotel Facility with Consumer Based Marketing Models," presented to the TIMS/AMA seminar Marketing Science: A Developmental Tool for Management Scientists, New York, November 16, 1988.
- "Technology and Marketing-Driven Global Portfolio of R&D Projects," with Robert DeLuccia presented at the ORSA/TIMS Joint National Meeting in Denver, Co, October 26, 1988.
- "Pitfalls and Challenges of Global Marketing," Second International Conference on Marketing and Development, Karl Marx University, Budapest, Hungary, July 12, 1988.
- "Information Technology and Marketing Strategy," with Eric Clemons, presented at IS, TC and Strategy Plenary Meeting, January 1988.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "A New Challenge for Human Resource Management: Incorporating a Marketing Perspective," The Lauder Institute: International Human Resource Conference, December 1987.
- "Advances in Marketing Strategy and Research," Wharton Alumni Club, Milan, October 1987.
- "Marketing and Corporate Strategy," Studio Ambrosetti, Milan, October 1987.
- "Marketing for Financial Institutions," Studio Ambrosetti, Milan, October 1987.
- "Proactive Marketing Research and Modeling: Pitfalls and Prospects," PMRG Fall 1987 meeting, Captiva Island, Florida, October 1987.
- "Turning Salespeople and Non-Marketing Executives into Marketing Strategists," AMA Marketing Educators' Conference, Toronto, August 1987.
- "International Marketing," Wharton Alumni Club, Toronto, August 1987.
- "Marketing and Technology: Progress, Problems, and Prospects," European-American Symposium, Enschede, The Netherlands, June 29-July 1, 1987.
- "Market Segmentation: Shortcomings and Opportunities," 1987 Attitude Research Conference, West Palm Beach, Florida, May 1987.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Advances in Management Strategy: A Marketing Perspective," The Institute of Management Consultants, March 1986.
- "Advances in Global Marketing Strategy: Concepts, Methods, and Applications," International Symposium on Recent Developments in Management Research, Helsinki, Finland, 1986.
- "The Marketplace of the Future: Global Consumers," Advertising Research Foundation 50th Anniversary Conference, March 1986.
- "A Marketing Perspective for Public Management: Research Implications," Wharton Department of Public Policy and Management Brown Bag Seminar, January 1986.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Marketing to the U.S." A special meeting of the Chinese Management Association and the Taiwan Ministry of Trade, (Taipei), July 1985.
- "Advances in Portfolio Analysis and Strategy," Chinese Management Association, Taipei, July 1985.
- "New Development in Marketing and Planning," WEFA/Lauder Seminar, June 1985, Tokyo, Japan. Sessions on Advances in Market Segmentation, Product Positioning and Portfolio Analysis and Strategy.
- "Advances in Portfolio Analysis and Strategy," University of Illinois, Theories of Marketing Practice Conference, May 1985
- "Micro Computers in Marketing," Marketing Science Conference, March 1985.

- "Global Marketing Strategies," New York University, 1985.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Diffusion Models: The State of the Art," ASA conference, 1984.
- "Generating and Evaluating Industrial Marketing Strategies Using the AHP," TIMS Conference, November 1984;
- MRCA Conference on "The Affluent Market: New Data and Methodologies in Financial Services Planning," November 1984.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Increasing Marketing Productivity," S.F. Chapter of the AMA, March 1982.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Segmentation," Philadelphia Chapter of the AMA, Conference on Market Segmentation, January 1981.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Strategy," Delaware Valley Hospital Strategic Planning Program, May 1980.
- National Agricultural Marketing Association, Philadelphia, March 1977 and February 1978.
- Marketing Planning Conference, The AMA Western Michigan Chapter, Grand Rapids, March 1976


**E.  The Network Challenge**

- "Surviving & Thriving in a Hyper-Connected World:  An Ideal Design," WEF Risk in a Hyper-connected World Project, November 13, 2011.
- "From Firm Centric to Network Orchestration," MARS, November 8, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Network Challenge," SEI Connections Conference, June 8, 2010.
- "Organizational Networks for Effective Competition," Tyco, February 4, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Network Challenge," SEI PB&T Management Team, November 9, 2009.
- "The Network Challenge," SEI Center Annual Board Meeting, October 9, 2009.
- "Wharton Combined Boards Meeting Spring 2009 Opening Plenary Session," Wharton Combined Boards Meeting, April 2, 2009.
- Competing in a World of Network Orchestration: Implications For Marketing," MPlanet, January 27, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network Orchestration and Open Innovation Models," SEI Center Board Meeting, November 7, 2008.
- "Making Your Way in the New Flat World Economy," CASRO International Research Conference, May 6, 2008.
- "Competing in a Flat World," Wharton Club of NY, February 5, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Network-Based Strategies and Competencies," SEI Center Board Meeting, November 16, 2007.
- "Network Orchestration: Core Competencies for a Borderless World," Wharton-INSEAD Impact Conference: Network-Based Strategies and Competencies, November 9, 2007
- "Network Orchestration," Network-Based Strategies & Competencies Workshop, May 3, 2007.
- "Succeeding in a Flat World," The Wharton Economic Summit, Philadelphia, April 12, 2007.
- "Web 2.0 & Social Networking: Implications for Management," The Worldwide J&J Diabetes Franchise Leadership Team, January 3, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Changing Nature of Corporations: Competing in a Flat World," organizer and chair of a panel at the Milken Institute Global Conference, April 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "An Extended Example of New Risks and their Management in Supply Chains," SEI Meeting, September 26, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Assessing Vulnerabilities," System Approaches to Terrorism Conference at George Washington University, July 15, 2002.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "State of the World: Trades, Problems and Prospects," YPO Philadelphia Chapter University, The Cloister, September 1994.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Selecting and Negotiating International Strategic Alliances: Applications of the AHP," TIMS Osaka, July 1989.

## F.  Future of Advertising

- "Advertising and Media 2020:  Implications for Action," Cannes Lions Young Media Academy, June 19, 2013
- "The New Frontiers of Retailing," Fung Group Idealized Workshop, May 29, 2013.
- "Creating an Agile and Innovative Organization: Lessons from the FoA Program," Strategic Agility & Innovation Workshop, IDC Herzliya, June 17, 2013.
- "Innovative Approaches to Measuring Advertising Effectiveness," Wharton Future of Advertising Program and Wharton Customer Analytics Initiative, May 16, 2013.
- "Insights from Advertising 2020," ARF Webinar, May 9, 2013.
- "Insights from Advertising 2020," ARF Re:think:  Unparalleled Knowledge, Unparalleled Networking, March 17, 2013.
- "Facebook Roundtable," Wharton Future of Advertising Program, January 18, 2013.
- "The Implications of Advertising 2020," ARF Rethink 2013. March 19 2013," Wharton Future of Advertising, January 18, 2013.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising Program; Global Insight Roundtables:  China," Beijing, July 25, 2012
- "What's Next for Empirical Generalizations in Advertising," Emirical Generalizations in Advertising II: Whar works in the New Age of Advertising and Marketing, June 1, 2012.
- "The Secrets of Viral Ads" Post-Advertising Summit Story Worldwide, March 29, 2012.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Rethinking Marketing and Advertising Research," Future of Advertising Global Advisory Board Meeting, December 9, 2011.
- "Toward a New Mental Model of Advertising:  Implications to Orchestration, Business & Revenue Models," FoA Orchestration Session, October 27, 2011.
- The Future of Brand Building and Brand Experience: Blurring Boundaries Between Advertising and Retailing," Workshop Session with the Jay H. Baker Retailing Initiative, April 21, 2011.
- "The Future of Sports Advertising," WSBI Alumni Advisory Committee Mtg, April 7, 2011.
- "The Future of Marketing & Advertising: An opportunity for Preeminence," Wharton External Affairs Director's Meeting, March 21, 2011.
- The Future of Sports Advertising, Innovations and Experiments with Multi Touch Point Portfolios," Leverage Sports Agency, March 16, 2011.
- "The Future of Advertising, The Wharton Club of London, February 18, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising is Now," IESE, May 17, 2010.
- "Future of Advertising," Future of Advertising Project Global Advisory Board Working Session, March 10, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Future of Advertising: Progress and Prospects," Board Meeting of Ehrenberg-Bass Institute, November 10, 2009.
- "The Future of Advertising Project and The New Marketing Challenges," SEI Center Annual Board Meeting, October 9, 2009.
- "The Future of Advertising Project (Project Update)," Future of Advertising Project Global Advisory Board Meeting, October 8, 2009.
- "What We Know about Advertising: Implications for Management and Measurement," Audience Measurement 4.0, June 24, 2009.
- "Empirical Generalizations in Advertising: What We Know, Don't Know, Can't Know, and Should Know," Rethink The ARF Annual Convention, March 31, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- "Taking Stock of Existing Advertising Empirical Generalizations," Wharton Impact Empirical Generalizations in Advertising Conference, December 4, 2008.
- "The Future of Advertising if NOW: Project Overview and Update," SEI Center Board Meeting, November 6, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Future of Advertising," SEI Center Board Meeting, November 16, 2007.


## G. Future of Management & Management Education

- "Israel Knowledge@Wharton: Implications," Israel Knowledge@Wharton Launch Event and Working Forum, October 12, 2012
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Managing Change in Higher Education: Challenges, Approaches & Action Plans," NACUBO Conference on Managing Change, September 30, 2011.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Management Education 2020", Wharton Combined Boards Meeting, October 15, 2010.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Reinventing Management Education," SEI Center Annual Board Meeting, October 9, 2009.
- Socially Responsible Capitalism Approaches to Improving Business and Government Relations," SEI Center Annual Board Meeting, October 9, 2009.
- "Future of Management and Management Education," SEI Center Annual Board Meeting, October 8, 2009.
- "The Financial Crisis and the Changing Relationship between Business and Government," Chiefs of Staff Meeting, September 15, 2009.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Approaches for Redesigning the Total Wharton Experience," The Wharton School, May 15, 2009.
- "Challenging the Current MBA," January 1, 2008.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Thought Leadership," The Wharton Economic Summit, April 12, 2007.
- "The Future of Management Education," International Academy of Management @ IMD, March 22, 2007.
- "The Future of Management Education," International Academy of Management @ IMD, March 16, 2007.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Perspectives on Research: Innovation, Impact, and Fun," The Joseph Wharton Scholars Senior Research Seminar, October 11, 2006.
- "Reinventing the MBA," Panelist at the MBA Roundtable Session on MBA 2020: Curricular Innovation for Tomorrow's Business School," October 6, 2006.
- "New Frontiers in the Practice of Management" with Paul Kleindorfer, CEO Workshops at IDC Israel, February 2006.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward a New Theory of the Firm," SEI Center Board Meeting, October 7, 2005.
- "The Lauder Institute: 1984-2005: A Reexamination," The Lauder Institute, July 12, 2005.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "e-Bus: The Curriculum and Research Challenge: A Discussion with Jerry Wind," Faculty Seminar, Graduate School of Business Studies, Katholieke Universiteit Leuven, Belgium, February 2001.
- "Reinventing Training for the Global Information Age," Delphi e-Learing Conference, January 2001.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating a University for the Global Information Age," The Inaugural Lecture of the Wharton-Singapore Management University, July 2000.
- "Reinventing the Business School for the Global Information Age," plenary session, The EFMD Deans and Directors Meeting 2000, Helsinki, Finland, January 2000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Information Revolution and the Emerging Management Education Paradigm," On Line Educa, Berlin, December 1998.
- "Towards a New Management Education Paradigm," IDC Faculty Workshop, June 1998.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Choices and Strategies for Universities in the Global Information Age," Provosts Seminar on Information, February 1997.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creating a 21st Century Enterprise," Universidad Adolfo Ibanez, Vina del Mar, Chile, October 1996.
- "Creating a 21st Century Enterprise: Implications for Boards of Directors," Enhance Board of Directors, September 1996.
- "The Stakeholder Challenge for Increased European Competitiveness," Wharton European Forum, (London, England), March 29, 1996.
- "The Next Enterprise: Creating a Successful 21st Century Enterprise Today," The Hong Kong Management Association, January 12, 1996.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Toward Virtual Management Education," International Academy of Management (Boston, MA), December 8, 1995.
- "The Virtual University: Research and Action Agenda," The Virtual University Conference, SEI Center, January 12, 1995.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A New Management Paradigm for the 21st Century Enterprise," Conference of the International Academy of Management, December 9, 1994.
- "Textbook of the Future: A Perspective From the Virtual University Lab," April 8, 1994.
- Neuhauf Lecture, "The Impact of Marketing Science on Industry and Academia: Applications, Results and Lessons," at Rice University, March 23, 1994.
- "Role of Marketing in the New MBA Curriculum: Lessons from the Wharton Experience," AMA Winter Conference, February 21, 1994.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The New Wharton MBA Curriculum," Faculty seminar at Erasmus University, March 10 and June 10, 1993.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Designing & Implementing an Innovative MBA Program: Lessons from the Wharton Experience," Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Globalization of Management Education: Options, Trade-Offs, and an Agenda for Implementation," AACSB Annual Meeting, April 18, 1989, Montreal.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Management Education in a Global Context," University of Pennsylvania Conference on Management Education and Foreign Languages, December 1984.

## H. Marketing Demand & Experimental Model SKAN

- "The Changing Role of Marketing Research," 2012 Inaugural AIM-AMA Sheth Foundation Doctoral Consortium, July 29, 2012
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Research in Times of Crisis," Navigating a New World Conference hosted by Greater NY and Phila Marketing Research Association, April 16, 2009.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Online Panels: Where We Are Today and in the Future," CASRO, June 22, 2007.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Adaptive Experimentation"  The Sammy Ofer School of Communications and Information," IDC Herzliya, September 9, 2005.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Research Challenges in the Management of Extreme Events: The Case of the Office Homeland Security," with Paul Kleindorfer, Advisory Board Meeting of the Wharton Managing and Financing Extreme Event Project, December 2001.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Science: Accomplishments and Challenges in the Global Information Age," Informs, November 1999.

- "Marketing Research in the Global Information Age: Practice, Problems, and Prospects," Wharton-IDC Marketing Communications Program, March 1999.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Creative Joint Ventures and the Potential Role of the University," Philadelphia-Israeli Chamber of Commerce, June 1997.
- "The Use of Conjoint Analysis-Based Survey to Determine Consumer Price Elasticities," Debriefing Session for the Anti-Trust Division, Washington, D.C., February 1997.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Address on Issues in Marketing Research for Legal Cases: Necessity of Using controls and the Propriety and Risk of Repetitive Probes," Marketing and Public Policy Conference, Washington, D.C., May 1996.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Science at a Crossroad," Inaugural Presentation as the first holder of the Unilever-Erasmus Marketing Professorship, Erasmus University, February 18, 1993.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Time Based Competition: Implications for Marketing Science," INSEAD Faculty Presentation, January 1992.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Marketing Research and Modeling for the 21st Century Enterprise: The Emerging Crisis and its Challenges," Management Science Roundtable, February 17, 1991, Redington Beach, FL.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Concept Testing for Generating and Evaluating Positioning Strategies," PDMA Positioning Conference, March 6, 1990, New York, NY.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Second Generation Expert Systems: Incorporating Enhanced Explanation and Learning," Marketing Science Conference, Jouy-en-Josas, France, June 24-26, 1987.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "Advances in Marketing Research and Modeling," Studio Ambrosetti, Milan, December 1986.
- "Expert Systems in Marketing," TIMS October 1986 Conference, Miami.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Contribution of Consulting to the Consumer Research Discipline," ACR conference, October 1984.

I.  **Israel**

- "Getting the Most from your Israel Visit," 2012 Faculty International Seminar to Israel/Turkey, April 25, 2012.
- "Israel:  Insights and Opportunities:  Background Discussion for GIP Israel Program," GIP Israel Program, November 16, 2010.
- "Making the Case for Israel," IDC Panel Discussion, Israel, May 26, 2010.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "The Challenge of Marketing Israel," Israeli MBA Conference, April 19, 2009.
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- "A New Management Paradigm for Israel's Schools of Management: Lessons from the New Wharton MBA Curriculum," Conference on the Future of Management Education in Israel, Jerusalem, Israel, October 16, 1991.

# 6.  PROFESSIONAL AFFILIATIONS AND AWARDS

## I. Professional Affiliations

1. Fellow of the International Academy of Management (since 1989), Chancellor 2000- , Vice Chancellor for the Americas, 1996-2000
2. Academy of International Business
3. American Marketing Associations
4. American Association for Public Opinion Research
5. American Psychological Association, Division of Consumer Psychology (Div. 23)
6. Association for Consumer Research
7. International Communication Association
8. Product Development and Management Association
9. Psychometric Society
10. Strategic Management Society
11. INFORMS – The Institute of Management Sciences
12. The Market Research Society (London)

## II.Professional Awards

### 1.  Honorary Degrees

M.A. Honors, University of Pennsylvania, 1971

### 2.  Awards

- One of the 10 **Legends of Marketing**, *2009.*  An 8-volume set of anthologized work forthcoming from Sage, 2013.
- **Buck Weaver Award**, Massachusetts Institute of Technology, 2007.
- **Honorary Fellow of the Decade**, Interdisciplinary Center, Herzliya (Israel), May 2004.
- The **2003 Elsevier Science Distinguished Scholar Award** of the Society for Marketing Advances
- One of the **10 Grand Auteurs** in Marketing. [Alain Jolbert, EMS Management and Societe, 2000]
- One of 18 *JAR* articles in the Special Classics Issue **of articles that have withstood the test of time**. Nov./Dec. 2000.
- **The Paul D. Converse Award**, 1996.
- **American Marketing Association/Irwin Distinguished Educator Award**, 1993.
- **First Faculty Impact Award**, Wharton Alumni Association, 1993.
- First Runner-Up in the **1988 Franz Edelman Award for Management Science/Achieveme**nt.
- **The 1985 Charles Coolidge Parlin Award.**
- Elected as the 1984 member of the **Attitude Research Hall of Fame.**
- Delivered the 13th (1981) **Albert Wesley Frey Lecture**, University of Pittsburgh.
- My *Product Policy* book won the **1979 Book of the Year Award** given by the editors of Expansion (Mexico).
- Winner of two **Alpha Kappa Psi Foundation Awards** for the best article published in the *Journal of Marketing* in 1973 and 1976.
- Runner up of the 1983 **William O'Dell Award** for "the article published 5 years earlier in JMR which stood the test of time and made the most significant long run contribution to Marketing Theory, methodology and practice".
- **Winning paper** (with Paul E. Green) of American Psychological Association Division of Consumer Psychology, 1972 Research Design Co mpetition.
- A finalist (top 5) for the 1980 Wharton Award for teaching excellence.

### 3.  Illustrative Citations

- Third highest ranked Marketing Scholar in the University of Maryland's Kirkpatrick and Locke Faculty Scholarship Study, 1985 (based on number of publications, citations, and peer ratings).
- 10th highest ranked marketing Scholar in the Cote, Leong and Cote "Assessing the Dissemination

and Utilization of Marketing Research in the Social Sciences: A Citation Analysis Approach," 1990.

**4. Illustrative Research Grants**

- National Science Foundation: U.P. Research Grant (Summer 1970);
- General Foods, the Jell-0 Division (1971);
- N.W. Ayer (1972) - (with Paul E. Green);
- Downe Communication, Inc. (1972);
- Lever Brothers (1972) - (with Paul E. Green);
- Thomas Jefferson University Hospital (1973);
- AT&T (1973);
- The Robert Wood Johnson Foundation Clinical Scholar Fund (1974);
- The John and Mary R. Markle Foundation with R.E. Frank (1975-1976);
- National Science Foundation (Grant No. 51575-12928) (1975);
- The National Health Care Management Center of the Leonard Davis Institute with Thomas Robertson (1977).
- Wharton Global Initiatives Research Program (2010)
- Wharton Sports Business Initiative Program (2010)

**5. Fellowships**

- Hebrew University Awards 1959/1960; 1964/1965; 1965/1966;
- Ford Foundation Fellowship 1963/1964;
- Owen D. Young: General Electric Fellowship in Marketing 1964/1965; 1965/1966;
- Bankendorf Fellowship 1964/1965;
- Stanford University Fellowship 1964/1965; 1965/1966.

**6. Illustrative Recent Media Coverage**

- Knowledge@Wharton:
  - The U.S. Demographic Shift: A 'Tipping Point' for Marketers [May 22, 2012] http://knowledgetoday.wharton.upenn.edu/2012/05/the-u-s-demographic-shift-a-tipping-point-for-marketers/
  - Putting the Squeeze on Consumer Choice [September, 23, 2011] http://knowledgetoday.wharton.upenn.edu/2011/09/putting-the-squeeze-on-consumer-choice/
  - Harnessing Networks to Create Value and Identify New Opportunities [July 15, 2009] http://knowledge.wharton.upenn.edu/article.cfm?articleid=2289&specialid=88#
  - What Does it Take to Compete in a Flat World? [October 31, 2007] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1836
  - Can't Run, Can't Hide: New Rules of Engagement for Crisis Management [September 19, 2007] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1807
  - Will a New Theory Help Firms to Manage in a 'Flat' World? [October 25, 2006] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1588
  - Business Books for the Beach, The Power of Impossible Thinking [March 22, 2006] http://knowledge.wharton.upenn.edu/special_section.cfm?specialID=22
  - Farewell, Peter Drucker: A Tribute to an Intellectual Giant [November 30, 2005] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1326
  - Should Your Next CEO Be a Philosopher? [interview, February 9, 2005] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1125
  - What's the Buzz About Buzz Marketing? [interview, January 12, 2005], reprinted in *Wharton Alumni Magazine*, Winter 2005 http://knowledge.wharton.upenn.edu/article.cfm?articleid=1105
  - Amazon's Multiple Personalities [interview, January 14, 2005] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1088
  - Back to the Drawing Board: Is the Traditional Theory of the Firm Obsolete? [interview, October 6, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1047
  - The Power of Impossible Thinking [book, August 25, 2004]

http://knowledge.wharton.upenn.edu/article.cfm?articleid=1022
- What's Behind the 4-Minute Mile, Starbucks, and Moonlanding? The Power of Impossible Thinking [book, July 14, 2004] http://knowledge.wharton.upenn.edu/article.cfm?articleid=1007
- A Lofty Take on Leadership: Mountain Climbing and Managing Companies [book, September 24, 2003] http://knowledge.wharton.upenn.edu/article.cfm?articleid=858
- How Business Can Prepare for War [conference, February 9, 2003]
- Could a Cyber-Terrorist Take Down Your Company? Don't Wait to Find Out [conference, August 28, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=615
- The New Business Reality [conference, January 30, 2002] http://knowledge.wharton.upenn.edu/article.cfm?articleid=509
- What Webvan Could Have Learned from Tesco [interview, October 10, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=448
- What's in Store for Capital Markets and the Economy? [interview, September 26, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=436
- Did Terrorists Blow Up the Recovery? [interview, September 13, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=425
- Dotcom Bomb Hits the Publications that Covered It [interview, August 29, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=418
- Can Priceline Remain Profitable? [interview, August 15, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=412
- Good vs. Great Leaders: The Difference is Humility, Doubt, and Drive [conference, June 20, 2001] http://knowledge.wharton.upenn.edu/article.cfm?articleid=377
- It's Not Easy Being Paul Green [interview, November 8, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=262
- Three Marketing Lessons from the Love Bug [interview, May 24, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=184
- Just-in-Time Education: Learning in the Global Information Age [paper, August 30, 2000] http://knowledge.wharton.upenn.edu/article.cfm?articleid=236
- New Rules of Digital Marketing [interview, October 13, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=79
- Who's Buying on the Internet? [paper, September 1, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=63
- Marketing Strategy in the Global Information Age [lecture, July 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=36
- The Knowledge Edge [conference, June 23, 1999] http://knowledge.wharton.upenn.edu/article.cfm?articleid=34
- Knowledge @ Wharton, High School Edition [glossary of various marketing terms]
- "Has Johnson & Johnson lost its way?" Leader, August 1, 2012 http://www.leader.co.za/article.aspx?s=1&f=1&a=3843
- "Facing Up to Change: The Executive Challenge," iedp.com, July 13, 2012 http://www.iedp.com/Blog/Wharton_Fellows_Keep-Up_Deal_with_Change
- "6 Steps to Achieving Creativity in Business, Personal Life," US News and World Report, January 3, 2011. http://health.usnews.com/health-news/family-health/brain-and-behavior/articles/2011/01/03/6-steps-to-achieving-creativity-in-business-personal-life.html
- "Wharton's Jerry Wind Predicts the Future of Advertising," IESE Insight, May 19, 2010. http://www.iese.edu/aplicaciones/news/view.asp?id=2333&lang=en
- Interviewed in report on the *Future of Advertising Project,* VMarketing China Magazine, April 2010.
- Listing of *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World* in "KYW News Radio 1060 AM's 10 Books to Read by Marc Kramer." November 1, 2009.
- "World Series a marketing windfall for Philadelphia," Philly.Com, October 27, 2009. http://www.philly.com/philly/business/66284122.html
- Media coverage of Fast.Forward (http://www.youtube.com/user/FastForward), the Marketing Channel on YouTube co-founded with Google:
  - "Truth in Advertising," Penn Gazette, September, 2009. http://www.upenn.edu/gazette/0909/gaz07.html
  - "YouTube's FastForward Biz Site Off to Slow Start," ReadWriteWeb Blog, September 23, 2009.

http://www.readwriteweb.com/archives/youtubes_fastforward_biz_site_off_to_slow_start.php
- o "Fast.Forward. Connecting marketers with innovative ideas (and other marketers)," YouTube Biz Blog, September 23, 2009. http://ytbizblog.blogspot.com/2009/09/fastforward-connecting-marketers-with.html
- o "Will the Future of Advertising Be a Blend of Old and New Media?" Knowledge@Wharton, September 30, 2009. http://knowledge.wharton.upenn.edu/article.cfm?articleid=2344
- o "What's the future of advertising?" InternetNews.com, October 2, 2009. http://blog.internetnews.com/dneedle/2009/10/whats-the-future-of-advertisin.html
- o "New Year, New Look for Google for Advertisers," Google Agency Ad Solutions Blog, January 13, 2010. http://adwordsagency.blogspot.com/2010/01/new-year-new-look-for-google-for.html
- "Interview: Yoram (Jerry) Wind," First Friday Synopsis, July 26, 2009. http://ffbsccn.wordpress.com/2009/07/26/interview-yoram-jerry-wind/. Also published on Examiner.com, July 26, 2009. http://www.examiner.com/x-14678-Dallas-Business-Commentary-Examiner~y2009m7d26-Interview-Yoram-Jerry-Wind
- "Tips for Better Networking Skills," FOX Business News, July 17, 2009. http://www.foxbusiness.com/search-results/m/25340846/tips-for-better-networking-skills.htm
- Featured book in Wharton Alumni Newsletter: *The Network Challenge: Strategy, Profit, and Risk in an Interlinked World*, July 2009. http://www.wharton.upenn.edu/alumni/newsletter/2009/july/
- "Future of Advertising? Print, TV, Online Ads," Ad Age, June 1, 2009. http://adage.com/article?article_id=136993
- "Wondering What to Do? We Asked the Experts," Ad Age, April 6, 2009. http://adage.com/article?article_id=135772
- "An Interview with Wharton Professor Jerry Wind at MPlanet 2009" on Marketing Shift Online Marketing Blog, January 28, 2009. http://www.marketingshift.com/2009/1/an-interview-wharton-school-professor.cfm.
- Interview with LA Times on the financial crisis: Mindful Strategy, October 1, 2008.
- Interview with Sally Herships regarding Asia's demand for large jewels, "A Glimmer in Hong Kong's Eye." Marketplace, NPR. February 20, 2008.
- "The Power of Impossible Thinking," Podcast interview with LadyAdvisor.com, February 2008.
- Wharton@Work Report on the Las Vegas Fellows Master Class, January 2008.
- Interview on "Managing Creative People," Joel Kurtzman (ed), Creating Value Through People. Wiley 2008.
- Research Conference Report Summary of CASRO Technology Conference Speech "Online Panels: Where We Are Today and Where We Are Headed in the Future," August 2007.
- "The Power of Impossible Thinking," Ocean City Public Library, BUSINESS BOOK CLUB, Book of the Week, October 07, 2007.
- Wharton media coverage of Competing in a Flat World:

| | | | |
|---|---|---|---|
| Wharton Alumni Magazine | Winter | 2008 | Featured book |
| Wharton Alumni Magazine | December | 2007 | Featured article |
| Wharton Alumni Newsletter | August | 2007 | Featured book |
| Wharton Alumni Newsletter | December | 2007 | Featured book |
| Wharton Executive Education - - featured on home page | September | 2007 | Featured book |
| Wharton Faculty / Staff newsletter | September | 2007 | Featured book |
| Wharton Faculty / Staff newsletter | December | 2007 | Competing in a Flat World Competition Announcement |
| Knowledge at Wharton | October | 2007 | Interview with audio download |
| Competing in a Flat World website | October | 2007 | Website went live in October |

- Goh, Dr. Sunny T.H. "How to Make the Impossible Possible." *The Star Online*. July 10, 2006. thestar.com.my/news/story.asp?file=/2006/7/10/business/14512212&sec=business.
- A link has been placed for the book *The Power of Impossible Thinking* on the website,

www.worksavvy.ws/organization.htm#yourself as a recommendation to entrepreneurs and the diagram from page xxiv of the book is shown in the section of the website, "Organizing Yourself: Your Mind, Your Attitude, Time and Planning."

- "How Business Ideas are Born," MoneyControl.com, June 2, 2006.
- "Think You Know More Than Your Boss? You Just Might," Beepcentral.com, April 24, 2006.
- "New Model: Divide and Govern." *Directorship.* April 2006.
- "Creativity Comes to B-Schools," *Business Week Online*, March 26, 2006.
- Thomas Group Review. *The Power of Impossible Thinking*: A conversation with Yoram (Jerry) Wind and Jim Taylor. Also appeared at Knowledge Leadership @ Thomas Group, Winter 2006.
- *The Power of Impossible Thinking* selected as one of the five outstanding books on "Thinking Outside the Box" by the Swiss Journal *CASH* on March 16, 2006.
- "Marketing Prof. Gives Crash Course in Brand Image," *Daily Pennsylvanian*, February 9, 2006.
- "Churning Out Books for the Bigwigs," *Daily Pennsylvanian*, November 10, 2005.
- Inaugural Thought Leader interview, *The Brand Strategy Roundtable Journal,* November 2005.
- A number of radio interviews re *The Power of Impossible Thinking*, including:
  - *Something You Should Know with Mike Carruthers*, March 2006.
  - Mix 92.9 Morning Show, Nashville, March 2006.
  - KRMB Radio, Strategies for Living, Shrevesport, LA, August 11, 2004.
  - WKCT Radio, Drive Time, Bowling Green, KY, August 20, 2004.
  - WABJ Radio, John Sabastian Morning Show, Detroit, MI, August 18, 2004.
  - WKNO Radio, Smart Copy, Memphis, TN, August 17, 2004.
  - KIKK Radio, Salt Lake City, UT, November 6, 2004.
- "Winds of Change," *The Economic Times, Brand Equity*, June 1, 2005, front page.
- "From Ink to Implementation: New Press Wharton School Publishing Co-Editors Say They Aim for Sound Management Titles that You Can Do Something With," *BusinessWeek Online,* April 11, 2005.
- "Power of Mental Models," *Asia Inc.* April 2005, pp. F14-15.
- "Challenge Your Mental Models," *The Edge Malaysia*, March 21, 2005.
- "Meet the Master-Minds: Jerry Wind Reveals the Power of Impossible Thinking," *Management Consulting News*, March 3, 2005.
- "Mental Power Tool," *Automotive Design and Production*, 2004.
- "Read All About It: Q&A with Jerry Wind about Wharton School Publishing," *Wharton Alumni Magazine*, Spring 2004.
- "Comment s'addresser au consummateur "Post-bull"? D'apres *Convergence Marketing Strategies for Reaching the Hybrid Consumer, Business Digest* 127 (February 2003), pp. 19-20.
- "Wealth is Created During Periods of Uncertainty," *Fast Company*, April 2002, pp. 87-88.
- "Thought Leaders: Convergence Marketing: Preview an excerpt from the book by Wharton Professor Jerry Wind and Professor Vijay Mahajan of the University of Texas," Wharton's E-Buzz, October 2001; and Knowledge@Wharton, October 2001.
- "Wind of Change," *The Peak*, Volume 17, Number 1, 2001.
- "Conversation with Jerry Wind," Singapore, October 2000; abstract reproduced in http://can.mediacorpnews.com/analysis_prog/incon/incon_wind1.htm.
- "You Can't Be An Extremist," Globs March 8, 2001 (Hebrew).
- Wind, Yoram (Jerry). "Managing in the Year 2000" Executive Issues. August 1991.

# 7. PERSONAL DATA

**Office:** The Wharton School
   University of Pennsylvania
   Philadelphia, PA 19104
   Tel:  (215) 898-8267
   Fax: (215) 898-1703
   E-mail: windj@wharton.upenn.edu

**Marital Status:** Married to Vardina Wind, Artist, (BA in Sociology, MA in Communications); Two children.

**Illustrative Pro Bono Activities**

The Interdisciplinary Center, Herzliya (Israel), all planning activities and other involvement (as outlined on p. 43), since 1994.

American Friends of IDC – Founding President (1998-2002); Member (2003-present).

Government of Catalonia, International Advisory Board (2007-present)

Lauder Institute Alumni Association, Advisory Board (2005-present)

The Philadelphia Museum of Art. Trustee (1992-present); Member of the Digital Age Committee (2009-present); Member of the Corporate Executive board of the Museum (1996-present); Led a trustee committee and the management and curatorial staff of the museum in the development of a market driven strategy, (1990); Member of the Nominating Committee (1999-2002); Member of Trustee Committees for Development (1993-1997); Special Exhibitions (1993-1995); and Strategy (1997-1998); Chairman, Audience Building Committee (2004-  );

Business for Diplomatic Actions, Member, Advisory Board and Coordinator of the Wharton research efforts in this area (2005-2010)

The Fox Chase Cancer Center, Member, Advisory Board (2009-2012)

Institute of Contemporary Art (ICA).  Help guide a strategic planning process (2001).

The Jewish Federation of Greater Philadelphia: Member of the Financial Resource Development Committee, 1990-1992.

National Constitution Center, Member, Strategic Planning Steering Committee (2005)

Operation Independence, Israeli Management School Oversight Committee, 1991-1992.

The Philadelphia Orchestra: Advisor regarding the development of Marketing Strategy (1994-1997).

University of Pennsylvania Museum of Archeology and Anthropology. Help establish a vision and revenue generation strategies (1999).

**Affiliations:**

The Philadelphia Museum of Art – Trustee (Philadelphia)
The Barnes Foundation (Philadelphia)
The Institute of Contemporary Art of the University of Pennsylvania (Philadelphia)
Pennsylvania Academy of the Fine Arts (Philadelphia)
The Museum of Modern Art (New York)
Museum of Art and Design (New York)
The New Museum (New York)
Whitney Museum of American Art (New York)
The Jewish Museum (New York)
Guggenheim Museum (New York)
U.S. Holocaust Memorial Museum (Washington D.C.)

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

# APPENDIX B

APPENDIX B

# YORAM (JERRY) WIND
## TRIAL AND/OR DEPOSITION TESTIMONY 2007 – 2013

**2007**
- GlaxoSmithKline Consumer Healthcare LP v. **Merix Pharmaceutical Corp.**
  [Winston & Strawn]
  *Deposition*
- Cunningham v. **IBM**, No. 421,453 (19th Judicial District Court, East Baton Rouge, Louisiana)
  [Covington & Burling LLP]
  *Deposition*
- Dyson Technology Limited v. **Hoover, Inc. and Maytag Corp.**
  [Winston & Strawn]
  *Deposition*
- In Re: Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services before the Copyright Royalty Board docket no. 2006-1 CRB DSTRA
  [Jenner & Block]
  *Deposition, Trial*
- Environmental World Watch, Inc. v. **The Procter & Gamble Distributing Co.**, Los Angeles Superior Court No. BC 338895; Council for Education & Research on Toxics v. **McDonald's Corp., et al.**, Los Angeles Superior Court No. BC 280980; and People of the State of California v. **Frito-Lay, et al.**, Los Angeles Superior Court No. BC 337618
  [Goodwin Procter LLP]
  *Deposition*
- **Auto Meter Products, Inc.**, v. Maxima Technologies & Systems, LLC (Northern District of Illinois Eastern Division, Civil Action No. 05cv4587
  [Pattishall, McAuliffe, Newbury, Hilliard & Geraldson]
  *Deposition*

**2008**
- Doctor's Associates v. **QIP Holders LLC and Ifilm, Inc.**
  [Winston & Strawn]

**2009**
- **LG Electronics USA, Inc.** v. Whirlpool Corp.
  [Winston & Strawn]
  *Deposition*
- The Gap, Inc. and Gap (Apparel) LLC v. **G.A.P. Adventures, Inc.** 07 CV. 9614 (AKH)
  [Locke Lord Bissell Liddell]
  *Deposition*
- The Scotts Company LLC v. **Central Garden & Pet Company and Gulfstream Home & Garden, Inc.**
  [Winston & Strawn]
  *Deposition*

# APPENDIX B

- Dyson, Inc., v. **Oreck Corporation; Oreck Holdings, LLC; Oreck Direct, LLC; Oreck Merchandising, LLC; Oreck Sales, LLC; Oreck Homecare, LLC; and Oreck@Home, LLC**: Civil Action No. 07-9633 (Eastern District of Louisiana)
  [Winston & Strawn]
  *Deposition*
- **THOIP (A Chorion Limited Company)** v. The Walt Disney Company, Civil Action No.:08 cv 6823 (SAS)
  [Moses & Singer]
  *Deposition*
- Wal-Mart Stores, Inc., vs. **GFA Brands, Inc.,** Report #5032, NAD/CARU Case Reports
  [Vinson & Elkins LLP]

**2010**
- **Quia Corp.** v. Mattell Inc. and Fisher-Price Inc. Con N. C 10-1902 JF (HRL) (Re IXL vs. iXL)
  [K&L Gates LLP]
  *Deposition*
- **Sharp Computer** v. Dell Inc. Case No. 2:08 CV-05088-PGS-ES
  [Bingham McCutchen LLP]
  *Deposition*
- **LG Electronics USA Inc.** v. Whirlpool Corporation Civil Action No. 08 C 242 Northern District of Illinois Eastern Division
  [Winston & Strawn]
  *Trial*
- The Gap, Inc. and Gap (Apparel) LLC v. **G.A.P. Adventures, Inc.** 07 CV. 9614 (AKH)
  [Fitzpatrick, Cella, Harper & Scinto]
  *Deposition, Trial*
- **THOIP (A Chorion Limited Company)** v. The Walt Disney Company, Civil Action No.:08 cv 6823 (SAS)
  [Moses & Singer]
  *Deposition, Trial*

**2011**
- *Sara Lee Corporation v.* **Kraft Foods, Inc. and Kraft Foods Global, Inc.,** Case No. 1:09-cv-03039, USDC for the Northern District of Illinois, Eastern Division
  [K&L Gates LLP]
  *Deposition & Trial*
- Louis Vuitton Malletier, S.A. v. **Hyundai Motor America,** 10 Civ.1611 (PKC), Southern District of New York
  [Quinn Emanuel Urquart & Sullivan, LLP]
  *Deposition*

- Whirlpool Corp. vs **Sensata Technologies and Texas Instruments, Inc.,** No. 09 L 1022 Circuit Court of Cook County, Illinois
  [Greenburg Traurig]
  *Deposition*

## APPENDIX B

**2012**

- Santamarina , et. al. v. **Sears Roebuck & Company**, Case # BC326946, Superior Court of California, Los Angeles
  [Greenberg Traurig]
  *Deposition*
- **Finjan, Inc.**  v. McAffe, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc., and Sophos, Inc., CA no. 10-593-GMS, US District Court for the District of Delaware
  [Kramer Levin]
  *Deposition*
- American Beverage Corporation and Pouch Pac Innovations, LLC v. **DiAgeo North America, Inc.**, and DiAgeo Americas Supply, Inc. t/d/b/a Captain Morgan Co., CA no. 12:12-cv-00601-JFC, US District Court for the Western District of Pennsylvania
  [Fitzpatrick, Cella, Harper & Scinto]
  *Trial*
- **Moldex-Metric, Inc.** v. McKeon Products, Inc., CA no. CV11-01742 GHK (AGRx), US District Court for the Central District of California Western Division
  [Quinn Emanuel Urquart & Sullivan, LLP]
  *Deposition*
- Dyson, Inc. v. **BISSELL Homecare, Inc.**
  [Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP]
  *Deposition*
- Apple, Inc. vs. **Samsung Electronics Co. Ltd.**
  [Quinn Emanuel Urquart & Sullivan, LLP]
  *Deposition*


**2013**

- QS Wholesale, Inc. v. World Marketing, Inc., Case # 8:12-cv-00451-DOC-RNB, United States District Court for the Central District of California Southern Division
  [Covington & Burling]
  *Deposition, Trial*
- Rembrandt Social Media v. Facebook, Inc., et al. United States District Court – VAED (Alexandria) – C.A. No. 1:13 cv 158
  [Fish & Richardson]
  *Deposition*

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

# APPENDIX C

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

APPENDIX C

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

| Bates Range | | |
|---|---|---|
| APL7940000082356 | – | APL7940000082378 |
| APL7940000102312 | – | APL7940000102332 |
| | | |
| APL-ITC796-0000508285 | – | APL-ITC796-0000508544 |
| | | |
| APLNDC0000036172 | – | APLNDC0000036265 |
| APLNDC0000036266 | – | APLNDC0000036348 |
| APLNDC0000036349 | – | APLNDC0000036570 |
| APLNDC00004618 | – | APLNDC00004736 |
| APLNDC0001867475 | – | APLNDC0001867477 |
| APLNDC0002007608 | – | APLNDC0002007704 |
| APLNDC0002831037 | – | APLNDC0002831088 |
| | | |
| APLNDC-X0000006548 | – | APLNDC-X0000006647 |
| | | |
| APLNDC-Y0000023361 | – | APLNDC-Y0000023907 |
| APLNDC-Y0000024130 | – | APLNDC-Y0000024333 |
| APLNDC-Y0000025460 | – | APLNDC-Y0000025574 |
| APLNDC-Y0000026687 | – | APLNDC-Y0000026807 |
| APLNDC-Y0000027136 | – | APLNDC-Y0000027422 |
| | | |
| SAMNDCA00190144 | – | SAMNDCA00190243 |
| SAMNDCA00237743 | – | SAMNDCA00237772 |
| SAMNDCA00237973 | | |
| SAMNDCA00250503 | – | SAMNDCA00250557 |
| SAMNDCA00250682 | – | SAMNDCA00250709 |
| SAMNDCA00252685 | – | SAMNDCA00252775 |
| SAMNDCA11039743 | – | SAMNDCA11039807 |
| SAMNDCA11053867 | – | SAMNDCA11053901 |

Legal Documents:

Amended Jury Verdict, August 24, 2012.

Appeal from the United States District Court for the Northern District of California in No. 11-CV-1846.

Apple Inc.'s Renewed Motion for a Permanent Injunction, December 26, 2013.

Apple's Motion for a Permanent Injunction and for Damages Enhancements, September 21, 2012.

Declaration of Andries Van Dam, Ph.D. In Support Of Samsung's Opposition To Apple's Motion For A Permanent Injunction And For Damages Enhancements Regarding U.S. Patent No. 7,469,381, October 18, 2012.

Declaration of Marylee Robinson in Support of Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and Prejudgment Interest with Exhibits 9, 29, and 31, September 21, 2012.

Declaration of Stephen Gray In Support Of Samsung's Opposition To Apple's Motion For A Permanent Injunction And Damages Enhancement, October 18, 2012.

Declaration of Terry Musika in Support of Apple's Motion for Permanent Injunction with Exhibit 51, 53, 54, 56, 58-61, and 66-68, August 29, 2012.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

## APPENDIX C

## DOCUMENTS REVIEWED AND/OR RELIED UPON

Legal Documents (cont'd):
Defendant Exhibits 30, 48, 49, 52, 62, and 63.
Joint Pretrial Statement and Proposed Order, July 24, 2012.
Order Denying Motion for Permanent Injunction, December 17, 2012.
Reply Declaration of John R. Hauser in Support of Apple's Motion for a Permanent Injunction, November 9, 2012.
Trial Tr. vol. 6, 1638-1988, Aug. 10, 2012.

Depositions:
Deposition of John Hauser, April 27, 2012.
Deposition of Ramamirtham Sukumar, Ph.D., April 24, 2012.
Deposition of Yoram (Jerry) Wind, November 7, 2012.

Expert Reports:
Corrected Expert Report of Michael J. Wagner, April 20, 2012.
Expert Report of John R. Hauser with Supporting Documents, March 22, 2012.
Expert Report of Peter Rossi, April 16, 2012.
Expert Report of R. Sukumar Regarding the Amount Samsung Customers Would Be Willing to Pay for the Features Associated with Patent Nos. U.S. 7,844,915, U.S. 7,469,381, U.S. 7,864,163, and U.S. 7,663,607, April 16, 2012.

Video Animations Produced as Backup to the Expert Report of John Hauser:
Phone Camera A.swf
Phone Camera B.swf
Phone Camera C.swf
Phone Camera D.swf
Phone Connectivity A.swf
Phone Connectivity B.swf
Phone Connectivity C.swf
Phone Connectivity D.swf
Phone Touchscreen A.swf
Phone Touchscreen B.swf
Phone Touchscreen C.swf
Phone Touchscreen D.swf
Tablet Camera A.swf
Tablet Camera B.swf
Tablet Camera C.swf
Tablet Camera D.swf
Tablet Connectivity A.swf
Tablet Connectivity B.swf
Tablet Connectivity C.swf
Tablet Connectivity D.swf
Tablet Touchscreen A.swf
Tablet Touchscreen B.swf
Tablet Touchscreen C.swf
Tablet Touchscreen D.swf

Screen Shots Produced as Backup to the Expert Report of John Hauser:
Coinjoint.jpg
Conjoint.jpg
QATTR1.jpg
QATTR2.jpg
QATTR3.1.jpg

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**APPENDIX C**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

Screen Shots Produced as Backup to the Expert Report of John Hauser (cont'd):
QATTR3.2.jpg
QATTR3.jpg
QATTR4.jpg
QATTR5.1.jpg
QATTR5.2.jpg
QATTR5.jpg
QATTR6.jpg
QATTR7.jpg
QINTRO1.jpg
QINTRO2.jpg
QINTRO3.jpg
QS1.jpg
QS2.jpg
QS3.jpg
QS4.jpg
QS5.jpg
QS6.jpg
QS7.jpg
QS7A.jpg
QS7D.jpg
QS8.jpg
Welcome.jpg

Patents:
U.S. Patent No. 7,469,381 B2.
U.S. Patent No. 7,844,915 B2.
U.S. Patent No. 7,864,163 B2.

Analyst Reports, News Articles and Books:
"North American Smartphones Market," Frost & Sullivan report number N81F-65, December 2010.
Allenby, Greg M. and Brazell, Jeff and Howell, John R. and Rossi, Peter E., "Valuation of Patented Product Features" (November 2013). Available at SSRN: http://ssrn.com/abstract=2359003.
Allenby, Greg M. and Brazell, Jeffrey P. and Howell, John R. and Rossi, Peter E., "Economic Valuation of Product Features" (October 9, 2013). Available at SSRN: http://ssrn.com/abstract=2338154.
Arthur, Charles, "Apple v Samsung: the questions the jury has to answer," *The Guardian*, August 22, 2012, available at http://www.guardian.co.uk/technology/2012/aug/22/jurors-samsung-apple-questions (viewed October 9, 2012).
Bell, Donald "Tablet Buying Guide," *CNET*, March 28, 2012, available at http://reviews.cnet.com/tablet-buying-guide/?tag=auxPromo (viewed October 16, 2012).
Bennett, Brian. "New iPad first tablet with Bluetooth 4.0: Should you care?" *CNET*, March 9, 2012, available at http://news.cnet.com/8301-1035_3-57394350-94/new-ipad-first-tablet-with-bluetooth-4.0-should-you-care/ (viewed October 18, 2012).
Besanko, David and Ronald Braeutigam, *Microeconomics*, 2nd Edition, Hoboken: John Wiley & Sons, 2005.
Brazell, Jeff D., Christopher G. Diener, Ekaterina Karniouchina, William L. Moore, Válerie Séverin and Pierre-Francois Uldry, "The no-choice option and dual response choice designs," *Marketing Letters*, Vol. 17, No. 4 (Dec., 2006), pp. 255-268.
Browning, Edgar and Mark Zupan, *Microeconomic Theory & Applications*, 6th Edition, Reading: Addison-Wesley, 1999
Dorf. Boca Raton, FL: CRC Press, 1998. 12-66–12-72, available at http://dl.dropbox.com/u/9686940/windj/9903_Conjoint_Analysis_Methods_and_Applications.pdf.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**APPENDIX C**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

Analyst Reports, News Articles and Books (cont'd):

Goldberg, Stephen M., Paul E. Green, and Yoram Wind. "Conjoint Analysis of Price Premiums for Hotel Amenities." *Journal of Business* 57.1.2 (1984): S111-S132, available at http://dl.dropbox.com/u/9686940/ windj/8403_Conjoint_Analysis_of_Price_Premiums.pdf.

Green, Paul E. and V. Srinivasan, "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," *Journal of Marketing*, Vol. 54, No. 4 (Oct., 1990).

Green, Paul E. and Yoram Wind. "New Way to Measure Consumers' Judgments." *Harvard Business Review* 53 (July - Aug. 1975): 107-117, available at http://dl.dropbox.com/u/9686940/windj/7509_New_Way_to_ Measure_Consumers'.pdf.

Green, Paul E., "Hybrid Models for Conjoint Analysis: An Expository Review," *Journal of Marketing Research*, Vol. 21, No. 2 (May 1984).

Green, Paul E., Abba M. Krieger, and Yoram (Jerry) Wind. "Thirty Years of Conjoint Analysis: Reflections and Prospects." *Interfaces* 31.3.2 (May - June  2001): S56-S73, available at http://dl.dropbox.com/u/9686940/ windj/0102_Thirty_Years_of_Conjoint_Analysis.pdf.

Green, Paul E., Frank J. Carmone, and Yoram Wind. "Subjective Evaluation Models and Conjoint Measurement." *Behavioral Science* 17.3 (May 1972): 288- 299, available at http://dl.dropbox.com/u/9686940/windj/ 7205_Subjective_Evaluation_Models_and_Conjoint.pdf.

Green, Paul E., Jerry Wind, and Vithala R. Rao. "Conjoint Analysis: Methods and Applications." The Technology Management Handbook. Ed. Richard C.

Green, Paul E., Yoram Wind, and Arun K. Jain. "Consumer Menu Preference: An Application of Additive Conjoint Measurement." *Proceedings of the Third Annual Conference of the Association for Consumer Research*. Ed. M. Venkatesan. Chicago: Association for Consumer Research, 1972. 304-315, available at http://dl.dropbox.com/u/9686940/windj/7208_Consumer_Menu_Preferences_An_Application.pdf.

Harrison, Glenn W. and Elisabet E. Rustrom. 2008. "Experimental Evidence on the Existence of Hypothetical Bias in Value Elicitation Methods." In Charles R. Plott and Vernon L. Smith (eds.), Handbook of Experimental Economics Results. New York: Elsevier B.V.

Hauser, J., and V. Rao, "Conjoint Analysis, Related Modeling, and Applications," in Wind, J. and P. Green (eds.), *Advances in Market Research and Modeling: Progress and Prospects* (Boston, MA: Kluwer Academic Publishers, 2004):18 available at http://web.mit.edu/hauser/www/Papers/Hauser_Rao%20Conjoint%20Analysi s%20Green%20Festschrift%202002.pdf (viewed July 1, 2013).

Huber, Joel. "What We Have Learned from 20 Years of Conjoint Research: When to Use Self-Explicated, Graded Pairs, Full Profiles or Choice Experiments," *Proceedings of the Sawtooth Software Conference*, August 1997.

Johnson, Rich and Bryan Orme: "Getting the Most from CBC," *Sawtooth Software Research Paper Series*, 1997.

Kidron, Ittai and George Iwanyc, "2012 Handset Guidebook," Oppenheimer Equity Research, November 13, 2011.

Kotler, Philip and Kevin Lane Keller, *Marketing Management*, 14th Edition, Boston: Prentice Hall  Publishing, 2012.

Krieger, Abba M., Paul E. Green and Yoram (Jerry) Wind. Adventures in Conjoint Analysis: A Practitioner's Guide to Trade-Off Modeling and Applications. Philadelphia: The Wharton School, 2004, available at https://marketing.wharton.upenn.edu/faculty/green/monograph/.

McFadden, Daniel. "The Choice Theory Approach to Market Research," *Marketing Science*, Vol. 5, No. 4, Special Issue on Consumer Choice Models (Autumn, 1986).

Miller, Matthew. "ACCELL MHL adapter turns the HTC Flyer into a portable media server (review)." *The Mobile Gadgeteer*, September 8, 2011, available at http://www.zdnet.com/blog/mobile-gadgeteer/accell-mhl-adapter- turns-the-htc-flyer-into-a-portable-media-server-review/5095 (viewed October 17, 2012).

N. Gregory Mankiw, *Principles of Economics*, 6th Edition, Mason: South-Western  Cengage Learning, 2012.

Orme, Bryan K., Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research, Research Publishers, Madison, WI, 2010.

Orme, Bryan, "Formulating Attributes and Levels in Conjoint Analysis," Sawtooth Software, Inc., 2002.

Pogue, David, "Just How Many Android Tablet Apps Are There?", *The New York Times*, July 1, 2011, available at http://pogue.blogs.nytimes.com/2011/07/01/mystery-how-many-android-tablet-apps/, (viewed October 18, 2012).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**APPENDIX C**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

Analyst Reports, News Articles and Books (cont'd):

Pride, William M. and O.C. Ferrell, Marketing, South-Western College Publishing, 2012.

Purewal, Sarah Jacobsson. "The ultimate Android tethering guide." *PC World*, September 5, 2012, available at http://www.pcworld.com/article/261928/the_ultimate_android_tethering_guide.html (viewed October 17, 2012).

Reed, Brad, "Apple vs. Samsung: The gory details," *BGR*, August 24, 2012, available at http://www.bgr.com/2012/08/24/apple-samsung-trial-verdict-samsung-loses-big/ (viewed October 9, 2012).

S. Payne, *The Art of Asking Questions* (Princeton: Princeton University Press, 1951): 235.

Samuelson, Paul A, and William D Nordhaus. Economics. 19th Edition, 2009.

Vascellaro, Jessica E., "Apple Wins Big in Patent Case," *The Wall Street Journal*, August 25, 2012, available at online.wsj.com/article/SB10000872396390444435840457760981065808289 8.html (viewed October 9, 2012).

Wind, Yoram (Jerry), Abba M. Krieger, and Paul E. Green. "Applying Conjoint Analysis to Legal Disputes: A Case Study." Wharton School Working Paper, 2002, available at http://dl.dropbox.com/u/9686940/windj/0601_Applying_Conjoint_Analysis_to_Legal.pdf.

Wind, Yoram (Jerry). "New Developments in Conjoint Analysis." Paper presented at the *25th Annual Midwest Conference of the American Statistical Association on What's New in Statistical Techniques for Marketing Research*, Mar. 1978.

Wind, Yoram, Paul E. Green, and J. Douglas Carroll. Multi-Attribute Decisions in Marketing: A Measurement Approach. Hinsdale: The Dryden Press, 1973.

Ziegler, Chris. "Why Is Verizon's iPhone 5 Unlocked? Don't Thank Google or the FCC." *The Verge*. September 25, 2012, available at http://www.theverge.com/2012/9/25/3405610/verizon-iphone-5-unlocked-open-access-fcc. (viewed October 17, 2012).

Ziegler, Chris. "AT&T adding an extra 2GB to phone tethering plans, launching Mobile Hotspot app February 13th." *Engadget*, February 2, 2011, available at www.engadget.com/2011/02/02/atandt-adding-an-extra-2gb-to-phone-tethering-plans-launching-mob/ (viewed October 17, 2012).


Websites:

"How to Buy a Cell Phone," PC World, November 29, 2011, available at http://www.pcworld.com/article/125653/cell_phone_guide.html (viewed October 16, 2012).

"Motorola Droid Razr Maxx review (Verizon Wireless)." *CNET*, October 17, 2012, available at http://reviews.cnet.com/smartphones/motorola-droid-razr-maxx/4505-6452_7-35128051-2.html (viewed October 17, 2012).

"Tablet Buying Guide," *Consumer Reports*, May 2012, available at http://www.consumerreports.org/cro/tablets/buying-guide.htm (viewed October 16, 2012).

http://cell-phones.toptenreviews.com/smartphones/ (viewed October 12, 2012).

http://marketing.wharton.upenn.edu/profile/196/cv.

http://radioshackwireless.com/mobile/?r=radioshack&refcode1=RSK_0000_000_CELLTOP (viewed on January 9, 2014).

http://shop.sprint.com/mysprint/shop/phone_wall.jsp?filterString=smartphone&isDeeplinked=true&INTNAV=ATG:HE:Smartphones (viewed October 18,2012).

http://shop.sprint.com/mysprint/shop/phone_wall.jsp?filterString=smartphone&INTNAV=ATG:HE:Smartphones (viewed on January 9, 2014).

http://shop.sprint.com/mysprint/shop/phone_wall.jsp?flow=&tabId=dvcTab1820005&INTNAV=ATG:HE:Tablets (viewed on January 9, 2014).

http://store.apple.com/us/buy-iphone/iphone5s (viewed January 9, 2014).

http://tablets-review.toptenreviews.com/ (viewed October 12, 2012).

http://www.amazon.com/SanDisk-SDSDU-064G-A11-Ultra-UHS-I-Class/dp/B007B5RJA6/ref=sr_1_94?s=pc&ie=UTF8&qid=1350430546&sr=1-94&keywords=sandisk+64  (viewed October 10, 2012).

http://www.apple.com/iphone/from-the-app-store/ (viewed October 18, 2012).

http://www.att.com/shop/wireless/devices/smartphones.html (viewed on January 9, 2014).

http://www.att.com/shop/wireless/devices/tablets.html?source=IC00WWTAB0000000L&wtExtndSource=Tablets.html (viewed on January 9, 2014).

http://www.bestbuy.com/site/ipad-tablets-ereaders/tablets/pcmcat209000050008.c?id=pcmcat209000050008 (viewed on January 9, 2014).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

APPENDIX C

DOCUMENTS REVIEWED AND/OR RELIED UPON

Websites (cont'd):
http://www.bestbuy.com/site/mobile-cell-phones/mobile-phones-with-plans/pcmcat209400050001.c?id=pcmcat
    209400050001 (viewed on January 9, 2014).
http://www.radioshack.com/family/index.jsp?categoryId=2032359 (viewed on January 9, 2014).
http://www.samsung.com/galaxyace/ace_overview.html (viewed January 9, 2014).
http://www.samsung.com/global/microsite/galaxytab/10.1/feature.html (all viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SCH-I400ZKAVZW-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAVZW-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SCH-I510RAAVZW-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SCH-R930DSAUSC-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-features (viewed October 17, 2012).
http://www.samsung.com/us/mobile/cell-phones/SGH-I897ZKAATT-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SGH-T759ZKBTMB-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SGH-T959HABTMB-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SGH-T989ZKBTMB-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SPH-D700ZKASPR-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones/SPH-M820ZKABST-features (viewed January 9, 2014).
http://www.samsung.com/us/mobile/cell-phones-accessories#container (viewed October 8, 2012).
http://www.verizonwireless.com/b2c/device/smartphone (viewed on January 9, 2014).
http://www.verizonwireless.com/b2c/device/tablet (viewed on January 9, 2014).
Tablet Computer Definition, PC Magazine, available at http://www.pcmag.com/encyclopedia_term/0,2542,t=
    tablet+computer&i=52520,00.asp (viewed October 16, 2012).
www.samsung.com/us/mobile/cell-phones/SCH-I100ZKAXAR-features (viewed January 9, 2014).
www.samsung.com/us/mobile/cell-phones/SCH-I500RKAUSC-features (viewed January 9, 2014).
www.samsung.com/us/mobile/cell-phones/SCH-R910ZKAMTR-features (viewed January 9, 2014).
www.samsung.com/us/mobile/cell-phones/SGH-I997ZKAATT-features (viewed January 9, 2014).
www.samsung.com/us/mobile/cell-phones/SGH-T959ZKATMB-features (viewed January 9, 2014).
www.samsung.com/us/mobile/cell-phones/SPH-M580ZKASPR-features (viewed January 9, 2014).
www.samsung.com/us/mobile/galaxy-tab/SGH-I987ZKAATT-features (viewed January 9, 2014).

Other:
Exh. 32 - Time to Tab - Samsung Galaxy Tab 10.1 Global TV Commercial - YouTube.mp4
Transcript of Proceedings Volume 2, Apple Inc. v. Samsung Electronics Co., Ltd, et al., C-11-01846 LHK,
    November 13, 2013.

**EXHIBIT 1**

**SAMSUNG GALAXY S II (AT&T) FEATURES AND SPECIFICATIONS**



Home > Cell Phones > Features >

Samsung Galaxy S™ II, available at AT&T

SGH-I777   ★★★★★ 706 REVIEWS

| Tweet | 178 | | +1 | 25 | Pin it | 4 | **BUY NOW ›**

OVERVIEW | **FEATURES** | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

## Features

### The brightest, most colorful screen
The Galaxy S™ II has an amazing 4.27" Super AMOLED™ Plus screen. This superb display has razor sharp clarity and breathtaking color. See every detail of videos and pictures. See the full range of hues in all their subtlety and brilliance. And with its superior wide viewing angle, you don't have to be directly in front of the screen to see a perfect image. Truth is, you really have to see it to believe it.

Watch Video >>



### Entertaining with movies and TV shows
Choose from thousands of premium movies and TV shows on Media Hub, and begin watching them in seconds thanks to progressive download optimized for mobile phones.

The Galaxy S™ II utilizes Adobe® Flash® Technology with ease, so you'll have better access to millions more web pages and videos.





### Green guides show you the way
In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-I777 Galaxy S II Virtual User Guide - ENGLISH

### Shoot super sharp photos and videos
Sure, the Galaxy S™ II has a huge screen, but it's a mere 8.89 mm at its thinnest from front to back. That's only .35 of an inch. For such a large phone, you'll be amazed how easily it slips in and out of your pocket.

When you want to shoot your own videos and photos, you'll have an 8MP 1080p camera at your fingertips. You can even output videos from your phone to watch on an HDTV with an optional Samsung HDTV Smart Adapter.



For video chat, there's a 2 MP front facing camera. With Google Talk, you can video chat with all of your Google Talk contacts, whether they are on a mobile phone or a computer.

Check out our camera tips and tricks and start enjoying dazzling, detail-rich photos in a snap.

## Specifications

**Carrier**
- AT&T

**Form Factor**
- Touchscreen

**Size**
- Product Dimensions: 4.96" (L) x 2.60" (W) x .35" (D)
- Weight: 4.3 oz.

**Color**
- Black

**Battery**
- Standby Time: Up to 400 Hrs*
- Continuous Usage Time: Up to 8 Hrs Talk*

**Network**
- Frequencies and Data Type: GSM Quadband:850/900/1800/1900MHz UMTS Triband:850/1900/2100MHz
- Data Speed: GPRS/EDGE/HSPA+
- SAR Value: Head 0.36 W/kg
- SAR Value: Body 0.90 W/kg

**Platform**
- Android™ 4.0, Ice Cream Sandwich

**CPU / Processor**
- Processor Speed, Type: 1.2 GHz, Dual Core (Samsung Exynos C210)

**Display**
- Display Resolution: 480x800 Pixel
- Display Size: 4.3"
- Display Technology: Super AMOLED Plus
- Has Touchscreen

**User Interface**
- User Interface Features: Widgets; TouchWiz; Social Hub; Smart Unlock; Accelerometer

**Camera**
- Rear-facing Camera Resolution: 8.0 MP
- Front-facing Camera Resolution: 2.0 MP
- Digital Optical Zoom: 4x
- Camera Features: Auto Focus; Shot Modes, ISO, Shooting Mode, SceneMode, White Balance; Smile Shot; Camcorder; DivX®; HD Recording; HD Playback; TVOut; Online Image Uploading

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 1**

**SAMSUNG GALAXY S II (AT&T) FEATURES AND SPECIFICATIONS**

### A faster phone for speedier web browsing

Inside the Galaxy S™ II, there's a dual core processor tirelessly keeping things moving. You'll have a full 1.2 GHz of computing power. The Galaxy S™ II keeps your movies moving. Games and apps run smoothly. Websites load almost instantly. And jaws drop even faster. As for network capability, it's specifically engineered to run on AT&T's state-of-the-art 4G network.

### Sync and share digital content with AllShare™

Transform your digital living experience by enjoying your content on multiple screens, anytime, anywhere. You can wirelessly stream your movies, music and photos from your smartphone, or tablet to your Smart TV, PC and to other DLNA Certified® devices. Samsung AllShare™ seamlessly puts your music, memories and videos in harmony.

Watch Video >>

### Optimized for business

Galaxy S II supports Exchange ActiveSync® for push email, contacts, and calendars, along with features like global address lookup (GAL), and the ability to create and respond to meeting requests. And if you need to send or request documents while you're out of the office, Galaxy S II lets you view, edit, and create Microsoft®-compatible documents, spreadsheets, and presentations. This device also offers Security and IT departmental control via device management, on-device encryption and remote lock and wipe.

Learn more about The S.A.F.E.™ Solution: Samsung Approved For Enterprise™.

¹Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.

Playback on the Galaxy S II in HD-like quality.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. Android and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

**Audio**
- Audio Features: Music Player; Compatible Music Files, 3GP, AAC, MP4, M4A, MP3, OGG, WAV, WMA; Audio, Streaming; Ringtones, Polyphonic 40levels; MP3/Music Tones

**Video**
- Video Features: Video Player; Compatible Video Files, 3GP, AAC, AAC+, AMRNB,AVI,eAAC+,H.263, H.264, MP4,MPEG4, QCIF, WMV; Video, Streaming

**Fun and Entertainment**
- Fun and Entertainment Features: Downloadable Content; Wallpapers, Animated; Samsung Widget Gallery; Samsung Media Hub

**Business & Office**
- Business & Office Features: Microsoft® OfficeCompatible; vCard/vCalendar; Voice Memo

**Messaging Options**
- Messaging Options: Email; Corporate Email; Picture Messaging; Text Messaging; Instant Messaging; Threaded/ChatStyle; Video Messaging; Swype™; Predictive Text (XT9®)

**Connectivity**
- Connectivity: Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HFP, OPP, PBAP; WiFi; WiFi-Hotspot; HTML Browser; Flash®; Java™; GPS

**Memory**
- Internal Memory: 16GB/1024MB RAM (4GLPDDR*2)
- External Memory: Supports up to 32GB microSD™ card

**Calling Functions**
- Calling Functions: Speakerphone; Voice Recognition; Voicemail; Speech-to-text; Text-to-speech; Etiquette/Gesture Mode; Picture Caller ID; Multitasking; Hearing Aid Compatible (HAC); TTY; Airline Mode

Features and specifications are subject to change without prior notification

Notes & Sources:
Highlights represent specifications that may be related to the patented features.
From http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-features (viewed on October 17, 2012).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 2**

**HOVER-OVER DESCRIPTIONS FOR SPECIFICATIONS LISTED ON SAMSUNG GALAXY S II FEATURE PAGE**

| Category | Specification | Hover-Over Description |
|---|---|---|
| Carrier | AT&T | Provides who the cell phone carrier is for this model of phone. |
| Size | Product Dimensions: 4.96" (L) x 2.60" (W) x .35" (D)<br>Weight: 4.3 oz. | Height, width and depth of the phone, measured in inches (in.).<br>Weight of the phone, measured in ounces (oz.). |
| Color | Black | Choice of colors (exterior design) that a cellphone model is currently available in. |
| Battery | Standby Time: Up to 400 Hrs*<br>Continuous Usage Time: Up to 8 Hrs Talk* | Amount of time available in Sleep mode in which a phone's display is inactive to save power, but not totally shut down.<br>Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns. |
| Network | SAR Value: Head 0.36 W/kg<br><br>SAR Value: Body 0.90 W/kg | SAR stands for Specific Absorption Rate which is the unit of measurement for the amount of RF energy absorbed by the head when using a mobile phone.<br>SAR stands for Specific Absorption Rate which is the unit of measurement for the amount of RF energy absorbed by the body when using a mobile phone. |
| Display | Has Touchscreen | Technology that enables users to interact with a phone by touching images, words, or icons on the display. |
| Camera | Rear-facing Camera Resolution: 8.0 MP | Number of pixels across and down that are used to capture an image. More pixels, the sharper the photo. |
| Memory | External Memory: Supports up to 32GB microSD™ card☐ | Hardware device or memory card that connects to a phone for the purpose of receiving and storing data. |

Notes & Sources:
From http://www.samsung.com/us/mobile/cell-phones/SGH-I777ZKAATT-features (viewed on October 17, 2012).
Descriptions shown for specifications for which detailed descriptions pop-up when the cursor hovers over them.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 3**

**SUMMARY OF FEATURES AND OPTIONS
CONSIDERED BY PROFESSOR HAUSER IN HIS SMARTPHONE CONJOINT ANALYSIS**

| Feature | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| Touchscreen | Reliable Touch | Reliable Touch, Rubberband, Tap to Re-center after Zoom | Less Reliable Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | Reliable Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom |
| Connectivity | Cellular, WiFi | Cellular, WiFi, Tethering | Cellular, WiFi, Tethering, MicroUSB | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 3 MP Rear Camera, Standard Video Recording, Autofocus | 8 MP Rear Camera, HD Video Recording, Autofocus | 8 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 8 GB (2,000 songs or 3,000 photos) | 16 GB (4,000 songs or 6,000 photos) | 32 GB (8,000 songs or 12,000 photos) | 64 GB (16,000 songs or 23,000 photos) |
| Apps Available | 150,000 | 300,000 | 450,000 | 600,000 |
| Size and Weight | 3.5 inches, 4 oz. | 4 inches, 5 oz. | 4.3 inches, 5.3 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | Free ($0) | $99 | $199 | $299 |

Notes & Sources:
From Hauser Report, Exhibit D, pp. 15-16. Level orders may not be equal to the system used in Professor Hauser's survey.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 4**

**SUMMARY OF FEATURES AND OPTIONS**
**CONSIDERED BY PROFESSOR HAUSER IN HIS TABLET CONJOINT ANALYSIS**

| Feature | Level | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Touchscreen | Full Multi-Touch | Full Multi-Touch, Rubberband, Tap to Recenter after Zoom | Very Limited Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom |
| Connectivity | WiFi | WiFi, Bluetooth | WiFi, Bluetooth, MicroUSB | WiFi, Bluetooth, MicroUSB, HDMI |
| Camera | 3 MP Rear Camera, Standard Video Recording, Autofocus | 8 MP Rear Camera, HD Video Recording, Autofocus | 8 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 8 GB (2,000 songs or 3,000 photos) | 16 GB (4,000 songs or 6,000 photos) | 32 GB (8,000 songs or 12,000 photos) | 64 GB (16,000 songs or 23,000 photos) |
| Apps Available | 150,000 | 300,000 | 450,000 | 600,000 |
| Size and Weight | 7 inches, 1 lb. | 8.5 inches, 1.5 lbs. | 9 inches, 1.75 lbs. | 10 inches, 2 lbs. |
| Price (with Contract) | $199 | $359 | $499 | $659 |

Notes & Sources:
From Hauser Report, Exhibit E, pp. 14-15. Level orders may not be equal to the system used in Professor Hauser's survey.

*HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY*

**EXHIBIT 5**

**SMARTPHONE CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM
FOR THE AUTOSWITCH FEATURE ('915 PATENT)
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

**Step 1**     **Compare a smartphone with the feature to one without the feature (all else equal)**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$199"

**Calculating the WTP for Autoswitch**

| Features | Phone A - with the feature | Phone B - without the feature |
|---|---|---|
| **Touchscreen** | Reliable Touch, **Autoswitch**, Rubberband, Tap to Re-center after Zoom | Reliable Touch, Rubberband, Tap to Re-center after Zoom |
| Connectivity | Cellular, WiFi, Tethering, MicroUSB, HDMI | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | **$199** | **$199** |

| **RFC Simulated Choice Share** | **67%** | **33%** |
|---|---|---|

**Step 2**     **Modify the price and reestimate market share iteratively until market shares are equal for both products**

| **Price (with Contract)** | **$219** | **$199** |
|---|---|---|
| RFC Simulated Choice Share | 58% | 42% |

⋮                    ⋮                    ⋮

| **Price (with Contract)** | **$238** | **$199** |
|---|---|---|
| RFC Simulated Choice Share | 50% | 50% |

**Step 3**     **The difference between the two prices is the implied WTP for the feature (in this case Autoswitch):**               **$39**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 6**

**SMARTPHONE CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM
FOR THE AUTOSWITCH, RUBBERBAND, AND TAP TO RE-CENTER FEATURES ('915, '381 AND '163 PATENTS)
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

**Step 1**    **Compare a smartphone with the feature to one without the feature (all else equal)**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$199"

**Calculating the WTP for Autoswitch, Rubberband, and Tap to Re-center after Zoom**

| Features | Phone A - with the features | Phone B - without the features |
|---|---|---|
| **Touchscreen** | Reliable Touch, **Autoswitch, Rubberband, Tap to Re-center after Zoom** | Reliable Touch |
| Connectivity | Cellular, WiFi, Tethering, MicroUSB, HDMI | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | **$199** | **$199** |

| | RFC Simulated Choice Share | 84% | 16% |
|---|---|---|---|

**Step 2**    **Modify the price and reestimate market share iteratively until market shares are equal for both products**

| Price (with Contract) | **$219** | **$199** |
|---|---|---|

| RFC Simulated Choice Share | 80% | 20% |
|---|---|---|

| Price (with Contract) | **$299** | **$199** |
|---|---|---|

| RFC Simulated Choice Share | 54% | 46% |
|---|---|---|

**Step 3**    **Even with a price difference of $100, the smartphone with the three patented features is still associated with a slightly larger market share, meaning that the implied WTP for the three features is at least $100.[1]**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat).

[1] The RFC Simulation tool is constrained to considering only prices within the range considered by Professor Hauser (i.e., between $0 and $299).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 7**

**TABLET CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM
FOR THE AUTOSWITCH FEATURE ('915 PATENT)
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

**Step 1    Compare a tablet with the feature to one without the feature (all else equal)**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$499"

**Calculating the WTP for Autoswitch**

| Features | Tablet A - with the feature | Tablet B - without the feature |
|---|---|---|
| **Touchscreen** | Full Multi-Touch, **Autoswitch (1 to 2 Fingers)**, Rubberband, Tap to Re-center after Zoom | Full Multi-Touch, Rubberband, Tap to Re-center after Zoom |
| Connectivity | WiFi, Bluetooth, MicroUSB, HDMI | WiFi, Bluetooth, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 10 inches, 2 lbs. | 10 inches, 2 lbs. |
| Price | **$499** | **$499** |

**RFC Simulated Choice Share**          **65%**          **35%**

**Step 2    Modify the price and reestimate market share iteratively until market shares are equal for both products**

| Price | **$531** | **$499** |
|---|---|---|

RFC Simulated Choice Share          54%          46%

⋮          ⋮          ⋮

| Price | **$544** | **$499** |
|---|---|---|

RFC Simulated Choice Share          50%          50%

**Step 3    The difference between the two prices is the implied WTP for the feature (in this case Autoswitch):**          **$45**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 8**

**TABLET CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM
FOR THE AUTOSWITCH, RUBBERBAND, AND TAP TO RE-CENTER FEATURES ('915, '381 AND '163 PATENTS)
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

**Step 1**   **Compare a tablet with the feature to one without the feature (all else equal)**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$499"

**Calculating the WTP for Autoswitch, Rubberband, and Tap to Re-center after Zoom**

| Features | Tablet A - with the features | Tablet B - without the features |
|---|---|---|
| Touchscreen | Full Multi-Touch, **Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom** | Full Multi-Touch |
| Connectivity | WiFi, Bluetooth, MicroUSB, HDMI | WiFi, Bluetooth, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 10 inches, 2 lbs. | 10 inches, 2 lbs. |
| Price | **$499** | **$499** |

|  | | |
|---|---|---|
| **RFC Simulated Choice Share** | **76%** | **24%** |

**Step 2**   **Modify the price and reestimate market share iteratively until market shares are equal for both products**

| | | |
|---|---|---|
| **Price** | **$531** | **$499** |
| RFC Simulated Choice Share | 67% | 33% |
| Price | **$589** | **$499** |
| RFC Simulated Choice Share | 50% | 50% |

**Step 3**   **The difference between the two prices is the implied WTP for the features:**   **$90**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 9**

**RESPONDENT CHOICE PREDICTIONS FOR DIFFERENTLY PRICED "BENCHMARK" SMARTPHONES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

Comparing two identical smartphones with different prices

Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$0"

**Calculating Market Shares for Identical Smartphones with Different Prices**

| Features | Phone A - more expensive | Phone B - less expensive |
|---|---|---|
| Touchscreen | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom |
| Connectivity | Cellular, WiFi, Tethering, MicroUSB, HDMI | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | $99 | $0 |

| | RFC Simulated Choice Share | |
|---|---|---|
| | 43% | 57% |

When two identical smartphones are offered, one for free and the other for $99, 43% of respondents choose the
more expensive ($99) smartphone

The starting level for the price affects the results but the conclusion holds that too high a percentage choose the more
expensive smartphone

| Price (with Contract) | $199 | $0 |
|---|---|---|
| RFC Simulated Choice Share | 31% | 69% |
| Price (with Contract) | $299 | $0 |
| RFC Simulated Choice Share | 16% | 84% |
| Price (with Contract) | $199 | $99 |
| RFC Simulated Choice Share | 32% | 68% |
| Price (with Contract) | $299 | $99 |
| RFC Simulated Choice Share | 16% | 84% |
| Price (with Contract) | $299 | $199 |
| RFC Simulated Choice Share | 19% | 81% |

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying
simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat). Except for price, the features' levels
were set the same as those for the benchmark smartphone employed to create Table 4 of the Hauser Report. The price levels ($0,
$99, $199, and $299) are the four price levels that appear in Professor Hauser's survey.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 10**

**RESPONDENT CHOICE PREDICTIONS FOR DIFFERENTLY PRICED "BENCHMARK" TABLETS
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

**Comparing two identical tablets with different prices**

Choose level at which the other features are set - in this case at their "best"

Choose level for price - in this case "$199"

**Calculating Market Shares for Identical Tablets with Different Prices**

| Features | Tablet A - more expensive | Tablet B - less expensive |
|---|---|---|
| Touchscreen | Full Multi-Touch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | Full Multi-Touch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom |
| Connectivity | WiFi, Bluetooth, MicroUSB, HDMI | WiFi, Bluetooth, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 10 inches, 2 lbs. | 10 inches, 2 lbs. |
| **Price** | **$359** | **$199** |

| | Tablet A | Tablet B |
|---|---|---|
| **RFC Simulated Choice Share** | **41%** | **59%** |

> **When two identical tablets are offered, one for $199 and the other for $359, 41% of respondents choose the more expensive ($359) tablet**

**The starting level for the price affects the results but the conclusion holds that too high a percentage choose the more expensive tablet**

| | Tablet A | Tablet B |
|---|---|---|
| **Price** | **$499** | **$199** |
| **RFC Simulated Choice Share** | **32%** | **68%** |
| **Price** | **$659** | **$199** |
| **RFC Simulated Choice Share** | **15%** | **85%** |
| **Price** | **$499** | **$359** |
| **RFC Simulated Choice Share** | **35%** | **65%** |
| **Price** | **$659** | **$359** |
| **RFC Simulated Choice Share** | **15%** | **85%** |
| **Price** | **$659** | **$499** |
| **RFC Simulated Choice Share** | **17%** | **83%** |

Notes & Sources:

Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat). Except for price, the features' levels were set the same as those for the benchmark tablet employed to create Table 4 of the Hauser Report. The price levels ($199, $359, $499, and $659) are the four price levels that appear in Professor Hauser's survey.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT 11**

**RESPONDENT CHOICE PREDICTIONS FOR IDENTICALLY PRICED "BENCHMARK" SMARTPHONES THAT DIFFER ONLY IN STORAGE/MEMORY CAPACITY**

**Comparing a smartphone with maximum memory (64 GB) to one with minimum memory (8 GB) all else equal**

Choose level at which the other features are set - in this case at their "best"

Choose level for price - in this case "$199"

**Calculating the RFC Simulated Choice Share for an Additional 56 GB of Memory**

| Features | Phone A - with the feature | Phone B - without the feature |
|---|---|---|
| Touchscreen | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom |
| Connectivity | Cellular, WiFi, Tethering, MicroUSB, HDMI | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| **Storage/Memory** | **64 GB** | **8 GB** |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | **$199** | **$199** |

| | | |
|---|---|---|
| **RFC Simulated Choice Share** | **65%** | **35%** |

**When all other features (including price) are held constant, the smartphone with more storage clearly dominates the smartphone with lower storage. Still, according to the results, 35% of respondents would prefer the smartphone with lower storage.**

Notes & Sources:

Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat). Except for storage/memory, the features' levels were set the same as those for the benchmark smartphone employed to create Table 4 of the Hauser Report. Choice shares were then calculated.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 12**

**RESPONDENT CHOICE PREDICTIONS FOR IDENTICALLY PRICED "BENCHMARK" TABLETS THAT DIFFER ONLY IN STORAGE/MEMORY CAPACITY**

**Comparing a tablet with maximum memory (64 GB) to one with minimum memory (8 GB) all else equal**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$499"

**Calculating the RFC Simulated Choice Share for an Additional 56 GB of Memory**

| Features | Tablet A - with the feature | Tablet B - without the feature |
|---|---|---|
| Touchscreen | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom |
| Connectivity | WiFi, Bluetooth, MicroUSB, HDMI | WiFi, Bluetooth, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| **Storage/Memory** | **64 GB** | **8 GB** |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 10 inches, 2 lbs. | 10 inches, 2 lbs. |
| Price | **$499** | **$499** |

| **RFC Simulated Choice Share** | **69%** | **31%** |
|---|---|---|

> **When all other features (including price) are held constant, the tablet with more storage clearly dominates the tablet with lower storage. Still, according to the results, 31% of respondents would prefer the tablet with lower storage.**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat). Except for storage/memory, the features' levels were set the same as those for the benchmark tablet employed to create Table 4 of the Hauser Report. Choice shares were then calculated.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 13**

**RESPONDENT CHOICE PREDICTIONS FOR IDENTICALLY PRICED "BENCHMARK" SMARTPHONES
THAT DIFFER ONLY IN CONNECTIVITY OPTIONS**

**Comparing a smartphone with maximum connectivity options to one with minimum connectivity options all else equal**

Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$199"

**Calculating the RFC Simulated Choice Share for Tethering, MicroUSB and HDMI**

| Features | Phone A - with the features | Phone B - without the features |
|---|---|---|
| Touchscreen | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom |
| **Connectivity** | Cellular, WiFi, **Tethering, MicroUSB, HDMI** | Cellular, WiFi |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | **$199** | **$199** |

| | | |
|---|---|---|
| **RFC Simulated Choice Share** | **75%** | **25%** |

> **When all other features (including price) are held constant, the smartphone with more connectivity options clearly dominates the phone with less connectivity options. Still, according to the results, 25% of respondents would prefer the smartphone with less connectivity options.**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat).  Except for connectivity, the features' levels were set the same as those for the benchmark smartphone employed to create Table 4 of the Hauser Report. Choice shares were then calculated.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 14**

**RESPONDENT CHOICE PREDICTIONS FOR IDENTICALLY PRICED "BENCHMARK" TABLETS THAT DIFFER ONLY IN CONNECTIVITY OPTIONS**

**Comparing a tablet with maximum connectivity options to one with minimum connectivity options all else equal**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$199"

**Calculating the RFC Simulated Choice Share for Bluetooth, MicroUSB, HDMI**

| Features | Tablet A - with the features | Tablet B - without the features |
|---|---|---|
| Touchscreen | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom |
| **Connectivity** | **WiFi, Bluetooth, MicroUSB, HDMI** | WiFi |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 10 inches, 2 lbs. | 10 inches, 2 lbs. |
| Price | **$199** | **$199** |

| **RFC Simulated Choice Share** | **76%** | **24%** |
|---|---|---|

**When all other features (including price) are held constant, the tablet with more connectivity options clearly dominates the tablet with less connectivity options. Still, according to the results, 24% of respondents would prefer the tablet with less connectivity options.**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat). Except for connectivity, the features' levels were set the same as those for the benchmark tablet employed to create Table 4 of the Hauser Report. Choice shares were then calculated.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 15**

**RESPONDENT CHOICE PREDICTIONS FOR IDENTICALLY PRICED "BENCHMARK" SMARTPHONES THAT DIFFER ONLY IN THE NUMBER OF APPS AVAILABLE**

**Comparing a smartphone with 150,000 apps to one with 600,000 apps all else equal**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$199"

**Calculating the RFC Simulated Choice Share for an Additional 450,000 Apps**

| Features | Phone A - with the feature | Phone B - without the feature |
|---|---|---|
| Touchscreen | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom |
| Connectivity | Cellular, WiFi, Tethering, MicroUSB, HDMI | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 150,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | $199 | $199 |

| | Phone A | Phone B |
|---|---|---|
| **RFC Simulated Choice Share** | 57% | 43% |

> **When all other features (including price) are held constant, the smartphone with more apps clearly dominates the smartphone with less apps. Still, according to the results, 43% of respondents would prefer the smartphone with less apps.**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat).  Except for number of apps available, the features' levels were set the same as those for the benchmark smartphone employed to create Table 4 of the Hauser Report. Choice shares were then calculated.

**EXHIBIT 16**

**RESPONDENT CHOICE PREDICTIONS FOR IDENTICALLY PRICED "BENCHMARK" TABLETS THAT DIFFER ONLY IN NUMBER OF APPS AVAILABLE**

**Comparing a tablet with maximum number of apps (650,000) to one with the minimum number of apps (150,000) all else equal**

    Choose level at which the other features are set - in this case at their "best"
    Choose level for price - in this case "$199"

**Calculating the RFC Simulated Choice Share for an Additional 450,000 apps**

| Features | Tablet A - with the feature | Tablet B - without the feature |
|---|---|---|
| Touchscreen | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom |
| Connectivity | WiFi, Bluetooth, MicroUSB, HDMI | WiFi, Bluetooth, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | **600,000** | **150,000** |
| Size and Weight | 10 inches, 2 lbs. | 10 inches, 2 lbs. |
| Price | **$199** | **$199** |

| | | |
|---|---|---|
| **RFC Simulated Choice Share** | **56%** | **44%** |

**When all other features (including price) are held constant, the tablet with more apps clearly dominates the tablet with less apps. Still, according to the results, 44% of respondents would prefer the tablet with less apps.**

Notes & Sources:

Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat).  Except for number of apps available, the features' levels were set the same as those for the benchmark tablet employed to create Table 4 of the Hauser Report. Choice shares were then calculated.

# EXHIBIT 17

## TOTAL WILLINGNESS-TO-PAY ESTIMATES FOR INDIVIDUAL TOUCHSCREEN FEATURES BASED ON PROFESSOR HAUSER'S RFC SIMULATIONS

Notes:
Calculation based on premise that willingness-to-pay estimates are additive due to the additive nature of the underlying utility function. *See* Hauser Report, pp. 21-22, 36.



*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 18**

**SMARTPHONE CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM
FOR THE AUTOSWITCH FEATURE ('915 PATENT)
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
WHEN BASELINE PRICE IS $0**

**Step 1**   **Compare a smartphone with the feature to one without the feature (all else equal)**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$0"

**Calculating the WTP for Autoswitch**

| Features | Phone A - with the feature | Phone B - without the feature |
|---|---|---|
| **Touchscreen** | Reliable Touch, **Autoswitch**, Rubberband, Tap to Re-center after Zoom | Reliable Touch, Rubberband, Tap to Re-center after Zoom |
| Connectivity | Cellular, WiFi, Tethering, MicroUSB, HDMI | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | **$0** | **$0** |

|  | **RFC Simulated Choice Share** | **67%** | **33%** |

**Step 2**   **Modify the price and reestimate market share iteratively until market shares are equal for both products**

| **Price (with Contract)** | **$99** | **$0** |
|---|---|---|
| RFC Simulated Choice Share | 61% | 39% |
| ⋮ | ⋮ | ⋮ |
| **Price (with Contract)** | **$164** | **$0** |
| RFC Simulated Choice Share | 50% | 50% |

**Step 3**   **The difference between the two prices is the implied WTP for the feature
(in this case Autoswitch):**   **$164**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation
files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat). Employed procedure identical to that used to derive figures in
Table 4 of Hauser Report but started with a baseline price of $0 (with a two-year contract).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 19**

**SMARTPHONE CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM
FOR THE AUTOSWITCH, RUBBERBAND, AND TAP TO RE-CENTER FEATURES ('915, '381 AND '163 PATENTS)
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
WHEN BASELINE PRICE IS $0**

**Step 1**   **Compare a smartphone with the feature to one without the feature (all else equal)**
Choose level at which the other features are set - in this case at their "best"
Choose level for price - in this case "$0"

**Calculating the WTP for Autoswitch, Rubberband, and Tap to Re-center after Zoom**

| Features | Phone A - with the features | Phone B - without the features |
|---|---|---|
| **Touchscreen** | Reliable Touch, **Autoswitch, Rubberband, Tap to Re-center after Zoom** | Reliable Touch |
| Connectivity | Cellular, WiFi, Tethering, MicroUSB, HDMI | Cellular, WiFi, Tethering, MicroUSB, HDMI |
| Camera | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom |
| Storage/Memory | 64 GB | 64 GB |
| Apps Available | 600,000 | 600,000 |
| Size and Weight | 4.5 inches, 6 oz. | 4.5 inches, 6 oz. |
| Price (with Contract) | **$0** | **$0** |

| **RFC Simulated Choice Share** | **84%** | **16%** |
|---|---|---|

**Step 2**   **Modify the price and reestimate market share iteratively until market shares are equal for both products**



| **Price (with Contract)** | **$99** | **$0** |
|---|---|---|
| RFC Simulated Choice Share | 78% | 22% |
| **Price (with Contract)** | **$266** | **$0** |
| RFC Simulated Choice Share | 50% | 50% |

**Step 3**   **The difference between the two prices is the implied WTP for the features (in this case Autoswitch, Rubberband, and Tap to Re-center after Zoom):**

**$266**

Notes & Sources:
Simulated choice shares were calculated following Professor Hauser's methodology using Sawtooth SMRT and his accompanying simulation files (avss_final.srt, avss_final.hbu, avss_final.ucs, avss_final.att, avss_final.dat). Employed procedure identical to that used to derive figures in Table 4 of Hauser Report but started with a baseline price of $0 (with a two-year contract).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 20**

**SMARTPHONE CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM**
**FOR FEATURES NOT REPORTED BY PROFESSOR HAUSER**
**BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

| Level | Touchscreen | | Connectivity | | Camera | |
|---|---|---|---|---|---|---|
| 1 | Reliable Touch | - | Cellular, WiFi | - | 3 MP Rear Camera, Standard Video Recording, Autofocus | - |
| 2 | Reliable Touch, Rubberband, Tap to Re-center after Zoom | $75 | Cellular, WiFi, Tethering | $33 | 8 MP Rear Camera, HD Video Recording, Autofocus | $79 |
| 3 | Less Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom | $49 | Cellular, WiFi, Tethering, MicroUSB | $61 | 8 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera | >$100 |
| 4 | Reliable Touch, Autoswitch, Rubberband, Tap to Re-center after Zoom | >$100 | Cellular, WiFi, Tethering, MicroUSB, HDMI | $68 | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | >$100 |

| Level | Storage/Memory | | Number of Apps Available | | Size and Weight | |
|---|---|---|---|---|---|---|
| 1 | 8 GB | - | 150,000 | - | 3.5 inches, 4 oz. | - |
| 2 | 16 GB | $19 | 300,000 | $11 | 4 inches, 5 oz. | $28 |
| 3 | 32 GB | $27 | 450,000 | $12 | 4.3 inches, 5.3 oz. | $26 |
| 4 | 64 GB | $31 | 600,000 | $13 | 4.5 inches, 6 oz. | $31 |

Notes & Sources:

As in Professor Hauser's analysis, WTP is derived by calculating the price for which simulated market shares are 50%-50% between two products for which the attribute of interest differs while all other attributes are kept constant at their "best" levels. For size and weight, the largest size is  assumed to be "best." In this exhibit, WTP is calculated for each given attribute relative to the lowest level of that attribute (for a smartphone in which the other attributes are at the "best" levels). Blue color coding represents features that are added or improved compared to the reference level. Orange color coding represents features that are less attractive compared to the reference level.

The price for which the shares are equal (WTP) is obtained through a manual grid search, as in Professor Hauser's report, by starting with both products having prices set at $199 and increasing the price of the "better" alternative until the simulated shares are the same for both products. Because the maximum price considered in the survey is $299, the WTP is capped at $100.

Highlighted features are those in which animated descriptions were used. Level orders may not be equal to the system used in Professor Hauser's survey.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 21**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR SMARTPHONE FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES AND ALL LEVELS)**



<u>Notes & Sources</u>:
WTP is capped at $100. See Exhibit 20. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 22**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR SMARTPHONE FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES FOR LEVEL 1 TO 2)**



Notes & Sources:
From Exhibit 20. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 23**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR SMARTPHONE FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES FOR LEVEL 1 TO 3)**



Notes & Sources:
WTP is capped at $100. See Exhibit 20. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 24**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR SMARTPHONE FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES FOR LEVEL 1 TO 4)**



Notes & Sources:
WTP is capped at $100. See Exhibit 20. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 25**

**TABLE CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM**
**FOR FEATURES NOT REPORTED BY PROFESSOR HAUSER**
**BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER**

| Level | Touchscreen | | Connectivity | | Camera | |
|---|---|---|---|---|---|---|
| 1 | Full Multi-Touch | - | WiFi | - | 3 MP Rear Camera, Standard Video Recording, Autofocus | - |
| 2 | Full Multi-Touch, Rubberband, Tap to Recenter after Zoom | $46 | WiFi, Bluetooth | $37 | 8 MP Rear Camera, HD Video Recording, Autofocus | $59 |
| 3 | Very Limited Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | $32 | WiFi, Bluetooth, MicroUSB | $80 | 8 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera | $98 |
| 4 | Full Multi-Touch, Autoswitch (1 to 2 Fingers), Rubberband, Tap to Re-center after Zoom | $90 | WiFi, Bluetooth, MicroUSB, HDMI | $94 | 12 MP Rear Camera, HD Video Recording, Autofocus, 2 MP Front Camera, Zoom | $122 |

| Level | Storage/Memory | | Number of Apps Available | | Size and Weight | |
|---|---|---|---|---|---|---|
| 1 | 8 GB | - | 150,000 | - | 7 inches, 1 lb. | - |
| 2 | 16 GB | $32 | 300,000 | $10 | 8.5 inches, 1.5 lbs. | $21 |
| 3 | 32 GB | $51 | 450,000 | $13 | 9 inches, 1.75 lbs. | $35 |
| 4 | 64 GB | $56 | 600,000 | $16 | 10 inches, 2 lbs. | $46 |

Notes & Sources:

As in Professor Hauser's analysis, WTP is derived by calculating the price for which simulated market shares are 50%-50% between two products for which the feature of interest differs while all other features are kept constant at their "best" levels. For size and weight, the largest size is  assumed to be "best." In this exhibit, WTP is calculated for each given feature relative to the lowest level of that feature (for a tablet in which the other features are at the "best" levels). Blue color coding represents features that are added or improved compared to the reference level. Orange color coding represents features that are less attractive compared to the reference level.

The price for which the shares are equal (WTP) is obtained through a manual grid search, as in Professor Hauser's report, by starting with both products having prices set at $499 and increasing the price of the "better" alternative until the simulated shares are the same for both products. Because the maximum price considered in the survey is $659, the WTP is capped at $160.

Highlighted features are those in which animated descriptions were used. Level orders may not be equal to the system used in Professor Hauser's survey.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 26**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR TABLET FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES AND ALL LEVELS)**



Notes & Sources:
From Exhibit 25. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 27**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR TABLET FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES FOR LEVEL 1 TO 2)**



Notes & Sources:
From Exhibit 25. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 28**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR TABLET FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES FOR LEVEL 1 TO 3)**



Notes & Sources:
From Exhibit 25. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 29**

**CALCULATION OF ESTIMATED WILLINGNESS-TO-PAY PRICE PREMIUM FOR TABLET FEATURES
BASED ON RFC SIMULATION EMPLOYED BY PROFESSOR HAUSER
COMPARING FEATURES WITH AND WITHOUT ANIMATED DESCRIPTIONS
(ALL FEATURES FOR LEVEL 1 TO 4)**



Notes & Sources:
From Exhibit 25. Features displayed in red are those in which animated descriptions were used.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 30**

**WILLINGNESS-TO-PAY PRICE PREMIUMS**
**SMARTPHONES AND TABLETS**

| Smartphones | | Tablets | |
|---|---|---|---|
| **Patent Related Features** | | **Patent Related Features** | |
| Rubberband, Tap to Re-center After Zoom | $75 | Rubberband, Tap to Re-center After Zoom | $46 |
| Autoswitch | $39 | Autoswitch | $44 |
| | | | |
| **Other Features** | | **Other Features** | |
| Reliable Touch | $65 | Full Multi-Touch | $58 |
| 16 GB Memory | $19 | 16 GB Memory | $32 |
| 32 GB Memory (incremental 16GB) | $8 | 32 GB Memory (incremental 16GB) | $19 |
| 64 GB Memory (incremental 32GB) | $4 | 64 GB Memory (incremental 32GB) | $5 |
| 300,000 Apps | $11 | 300,000 Apps | $10 |
| 450,000 Apps (incremental 150,000 Apps) | $1 | 450,000 Apps | $3 |
| 600,000 Apps (incremental 150,000 Apps) | $1 | 600,000 Apps | $3 |
| Size and Weight (4.0", 5 oz. vs. 3.5", 4 oz.) | $28 | Size and Weight (8.5", 1.5 lbs. vs. 7.0", 1 lb.) | $21 |
| Size and Weight (4.3", 5.3 oz. vs. 4.0", 5 oz.) | ($2) | Size and Weight (9.0", 1.75 lbs. vs. 8.5", 1.5 lbs.) | $14 |
| Size and Weight (4.5", 6 oz. vs. 4.3", 5.3 oz.) | $5 | Size and Weight (10", 2 lbs. vs. 9.0", 1.75 lbs) | $11 |
| Tethering | $33 | Bluetooth | $37 |
| Micro USB (in addition to tethering) | $28 | Micro USB | $43 |
| HDMI (in addition to tethering and Micro USB) | $7 | HDMI | $14 |
| 8 MP Camera and HD Video Recording (incremental premium from 3MP Rear Camera with Standard Video with Autofocus) | $79 | 8 MP Camera and HD Video Recording (incremental premium from 3MP Rear Camera with Standard Video with Autofocus) | $59 |
| 2 MP Front Camera | > $21 | 2 MP Front Camera | $39 |
| Zoom | unknown | Zoom | $24 |
| **Sum of Modeled Price Premiums[1]** | **up to $422** | **Sum of Modeled Price Premiums[1]** | **up to $482** |

Notes & Sources:
[1] Calculations include all features.

Smartphone price premiums from Exhibit 17 and Exhibit 20.  Tablet price premiums from Exhibit 25.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 31**

