1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17
                   UNITED STATES DISTRICT COURT
18
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF KEVIN A. SMITH IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S RENEWED MOTION FOR A PERMANENT INJUNCTION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8, 4th Floor |
| Defendants. | |

1        I, Kevin A. Smith, declare as follows:

2        1.        I am a member of the Bar of the State of California and a partner at Quinn Emanuel

3   Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics

4   America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I

5   make this declaration of personal knowledge, and if called and sworn as a witness, I could and

6   would testify competently thereto.

7        2.        Attached hereto as Exhibit 1 is a true and correct copy of the October 18, 2012

8   "Declaration of Andries van Dam, Ph.D. in Support of Samsung's Opposition to Apple's Motion

9   for a Permanent Injunction and Damages Enhancement Regarding U.S. Patent No. 7,469,381."

10       3.        Attached hereto as Exhibit 2 is a true and correct copy of the October 18, 2012

11  "Declaration of Stephen Gray in Support of Samsung's Opposition to Apple's Motion for a

12  Permanent Injunction and Damages Enhancement."

13       4.        Attached hereto as Exhibit 3 is a true and correct copy of the October 19, 2012

14  "Declaration of R. Sukumar in Support of Samsung's Opposition to Apple's Motion for a

15  Permanent Injunction and Damages Enhancement."

16       5.        Attached hereto as Exhibit 4 is a true and correct copy of the October 19, 2012

17  "Declaration of Tulin Erdem in Support of Samsung's Opposition to Apple's Motion for a

18  Permanent Injunction."

19       6.        Attached hereto as Exhibit 5 is a true and correct copy of the October 19, 2012

20  "Declaration of Yoram (Jerry) Wind."

21       7.        Attached hereto as Exhibit 6 is a true and correct excerpt of the February 12, 2013

22  "Brief for Plaintiff-Appellant Apple Inc." filed in *Apple Inc. v. Samsung Elecs. Co.*, No. 2013-

23  1129 (Fed. Cir.).

24       8.        Attached hereto as Exhibit 7 is a true and correct excerpt of the July 26, 2011

25  deposition of Richard Lutton.

26       9.        Attached hereto as Exhibit 8 is a true and correct copy of statistical data for the

27  Patent Trial and Appeal Board, obtained from

28  http://www.uspto.gov/dashboards/patenttrialandappealboard/main.dashxml

02198.51855/5699455.1

-1-                                                Case No. 11-cv-01846-LHK

1     10.     Attached as Exhibit 9 is a presentation of statistical data from the USPTO's Central

2 Reexamination Unit (CRU), obtained from http://www.uspto.gov/patents/stats/crudatareport.pptx

3     11.     Attached hereto as Exhibit 10 is a true and accurate copy of a letter (with

4 enclosures), dated June 28, 2012, from Jonathan A. Patchen of Taylor & Company Law Offices,

5 LLP.

6     12.     Attached hereto as Exhibit 11 is a true and accurate copy of a letter (with

7 enclosures), dated June 28, 2012, from Jonathan A. Patchen of Taylor & Company Law Offices,

8 LLP.

9     13.     Attached hereto as Exhibit 12 is a true and accurate copy of a letter (with

10 enclosures), dated July 3, 2012, from Jonathan A. Patchen of Taylor & Company Law Offices,

11 LLP.

12     14.     Contemporaneous with this filing, Samsung has manually filed a disk containing

13 animations used by Dr. John Hauser when conducting his surveys, as described in paragraphs 64

14 and 65 of his Report and produced by Dr. Hauser to Samsung.  The videos in this exhibit may be

15 played by dragging them into an open Internet Explorer browser address line.

16

17     I declare under penalty of perjury under the laws of the United States of America that the

18 foregoing is true and correct.

19

20     Executed January 9, 2014, at San Francisco, California.

21

22

23     By:   /s/  Kevin A. Smith

24

25

26

27

28

1

**ATTESTATION**

2          I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file

3 this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kevin A.

4 Smith has concurred in this filing.

5

6

7                                          By:   */s/  Victoria F. Maroulis*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28