# SMITH EXHIBIT 8



**August 2013 Patent Trial and Appeal Board (PTAB) Data**

