1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar. No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 | APPLE INC., a California corporation,          | CASE NO. 11-cv-01846-LHK
21 |          Plaintiff,                            |
22 |     vs.                                        | **SAMSUNG'S MANUAL FILING NOTIFICATION**
23 | SAMSUNG ELECTRONICS CO., LTD., a               |
   | Korean business entity; SAMSUNG                |
24 | ELECTRONICS AMERICA, INC., a New               |
   | York corporation; SAMSUNG                      |
25 | TELECOMMUNICATIONS AMERICA,                    |
   | LLC, a Delaware limited liability company,     |
26 |                                                |
   |          Defendant.                            |
27

28

**MANUAL FILING NOTIFICATION**

Regarding: Video Animations Created by Dr. John Hauser and Used in Preparing His Expert Report

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, a physical copy of this exhibit will be served shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description):

__X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description): _____

DATED: January 9, 2014                    Respectfully submitted,

                                          QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP


                                          By  *Victoria F. Maroulis*
                                              Victoria F. Maroulis
                                              Attorneys for SAMSUNG ELECTRONICS CO.,
                                              LTD., SAMSUNG ELECTRONICS AMERICA,
                                              INC. and SAMSUNG
                                              TELECOMMUNICATIONS AMERICA, LLC