Daryl M. Crone (Bar No. 209610)
 daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Telephone: (310) 893-5150
Facsimile: (310) 893-5195

Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

{00063070.DOC - v1}

1. I am over the age of eighteen years and not a party to the within action; my business address is 10880 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90024.

On January 10, 2014, I served true copies of the document described as

1. The Declaration of Robert J. Becher in Support of Samsung's Administrative Motion to File Documents Under Seal [Dkt. No. 2915-1].

by emailing the aforementioned document to the interested parties as follows:

Counsel for HTC America, Inc.:

Scott R. Mosko, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Ave.
Palo Alto, CA 94304-1203
Email: scott.mosko@finnegan.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2014.

DATED: January 10, 2014

      /s/ Daryl M. Crone
      Daryl M. Crone

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Daryl M. Crone has concurred in this filing.

Dated: January 10, 2014          By: */s/ Victoria F. Maroulis*
                                      Victoria F. Maroulis

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195