1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
6 | Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
7 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
8 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
9 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
10 |
Susan R. Estrich (Cal. Bar No. 124009)
11 | susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
12 | michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
13 | Los Angeles, California 90017
Telephone: (213) 443-3000
14 | Facsimile: (213) 443-3100

15 | Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
16 | AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

17

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
| 21            Plaintiff, | |
| 22       vs. | **CERTIFICATE OF SERVICE** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26            Defendants. | |

27

28

1  I am employed in the County of Los Angeles, State of California. I am over the age of
2 eighteen years and not a party to the within action; my business address is 865 S. Figueroa St.,
3 10th Fl., Los Angeles, California, 90017.
4  On January 10, 2014, I served true and correct copies of documents and files described as
5  1. Unredacted version of Samsung's Opposition to Apple's Renewed Motion for
6    Permanent Injunction ("Samsung's Opposition");
7  2. Unredacted version of the Declaration of Kenneth Korea in Support of Samsung's
8    Opposition;
9  3. Unredacted version of the Declaration of Michael Wagner in Support of Samsung's
10   Opposition;
11  4. Unredacted versions of the Declaration of Stephen Gray in Support of Samsung's
12   Opposition, and Exhibits 2 and 4 thereto;
13  5. Unredacted version of Exhibit 32 to the Declaration of Yoram Wind in Support of
14   Samsung's Opposition;
15  6. Unredacted versions of Exhibits 2, 7, and 10-12 to the Declaration of Kevin Smith
16   in Support of Samsung's Opposition;
17  7. Video file identified as Exhibit 3 to the Declaration of Stephen Gray in Support of
18   Samsung's Opposition;
19  8. Video file identified as Exhibit 2 to the Declaration of Andreis van Dam in Support
20   of Samsung's Opposition; and
21  9. Animations and video files referenced in paragraph 14, and Exhibits 1 and 2 to the
22   Declaration of Kevin Smith in Support of Samsung's Opposition
23 by emailing an FTP link to a .zip file containing the aforementioned document to the list serves
24 identified below.
25 //
26 //
27 //
28 //

-2-   Case No. 11-cv-01846-LHK (PSG)
**CERTIFICATE OF SERVICE**

**Counsel for Apple Inc.**

**Wilmer Cutler Pickering Hale and Dorr, LLP**
WHAppleSamsungNDCalService@wilmerhale.com

**Morrison & Foerster, LLP**
AppleMoFo@mofo.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on January 10, 2013 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　　　___*/s/ Prashanth Chennakesavan*___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prashanth Chennakesavan

1                                               **ATTESTATION**

2       I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Prashanth Chennakesavan.

                                                                     /s/ Victoria F. Maroulis

                                                                         Victoria F. Maroulis