HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION TO SEAL REGARDING APPLE INC.'S REPLY IN SUPPORT OF POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST** |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple submits this motion for an
2  order to seal portions of Apple Inc.'s Reply in Support of Post-Trial Motion for JMOL,
3  Supplemental Damages, and Prejudgment Interest ("Apple's JMOL Reply").  Apple's JMOL
4  Reply contains information that Samsung requested Apple file under seal.

5  Apple does not maintain any claim of confidentiality with respect to Apple's JMOL Reply.
6  Apple expects that Samsung will file a declaration in support of sealing in accordance with Local
7  Rule 79-5.

Dated:  January 13, 2014

WILMER CUTLER PICKERING
HALE AND DORR LLP


By:  */s/ William F. Lee*
     WILLIAM F. LEE

     Attorneys for Plaintiff
     APPLE INC.