1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL REGARDING APPLE INC.'S REPLY IN SUPPORT OF POST-TRIAL MOTION FOR JMOL, SUPPLEMENTAL DAMAGES, AND PREJUDGMENT INTEREST** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to seal portions of its Reply in Support of Post-Trial Motion for JMOL, Supplemental Damages, and Prejudgment Interest ("Apple's JMOL Reply"), which contains information that Samsung designated confidential and requested Apple file under seal.

Having considered Apple's motion, and compelling reasons having been shown, the Court GRANTS Apple's motion and ORDERS sealed the documents listed below.

| Document | Sealable Portion |
|---|---|
| Apple's JMOL Reply | Proposed redactions filed by Apple. |

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Lucy H. Koh
United States District Judge