| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 11-cv-01846-LHK (PSG) |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 2915) in connection with Samsung's Opposition to Apple's Renewed Motion for a Permanent Injunction ("Samsung's Opposition"). Samsung requested that the Court seal the following documents on the grounds that they may contain Apple confidential information:

| Document | Portion to be Filed Under Seal |
| --- | --- |
| Samsung's Opposition (Dkt. Nos. 2915-3 and 2915-4) | 13:22-14:4 and 14:18-15:2 |
| Korea Declaration in Support of Samsung's Opposition ("Korea Declaration") (Dkt. No. 2915-12) | Paragraphs 4-7 |
| Wagner Declaration in Support of Samsung's Opposition ("Wagner Declaration") (Dkt. No. 2915-14) | 3:11-12 and 4:6 |
| Exhibit 7 to the Smith Declaration in Support of Samsung's Opposition ("Exhibit 7 to the Smith Declaration") (Dkt. No. 2915-35) | Document in its entirety |
| Exhibit 31 to the Wind Declaration in Support of Samsung's Opposition ("Exhibit 31 to the Wind Declaration") (Dkt. No. 2915-25) | Document in its entirety |

3. The portion of Samsung's Opposition that spans page 14, line 18 to page 15, line 2 purports to describe and summarize confidential licensing negotiations between Apple and Samsung. Apple considers the content of its licensing negotiations with any party highly confidential and the disclosure of such content could lead to significant competitive harm as it would provide insight into Apple's negotiation strategy. This information is highly confidential, and this Court has previously permitted licensing information to be filed under seal due to Apple's, Samsung's, and a third party's descriptions of "the harm that would befall each of them if the financial and licensing information at issue lost its confidential status." *Apple, Inc. v.*

Declaration of Peter J. Kolovos Regarding Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 121272676v.1

1  *Samsung Electronics Co., Ltd.*, Case No. 11-CV-01846, D.I. 2397 at 2-3.  Apple does not
2  maintain a claim of confidentiality over the portion of Samsung's Opposition that spans page 13,
3  line 22 to page 14, line 4 because of its generality.

4      4.       Paragraphs 6 and 7 of the Korea Declaration purport to describe and summarize
5  confidential licensing negotiations between Apple and Samsung.  Apple considers the content of
6  its licensing negotiations with any party highly confidential and the disclosure of such content
7  could lead to significant competitive harm as it would provide insight into Apple's negotiation
8  strategy.  This information is highly confidential, and this Court has previously permitted
9  licensing information to be filed under seal due to Apple's, Samsung's, and a third party's
10 descriptions of "the harm that would befall each of them if the financial and licensing information
11 at issue lost its confidential status."  *Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 11-
12 CV-01846, D.I. 2397 at 2-3.  Apple does not maintain a claim of confidentiality over paragraphs
13 4 and 5 of the Korea Declaration because of the generality.

14     5.       The portions of the Wagner Declaration redacted by Samsung contain confidential,
15 non-public details regarding the Apple/HTC license agreement.  Apple considers the content of
16 its licensing agreements with any party highly confidential and the disclosure of such information
17 could lead to significant competitive harm as it would provide insight into Apple's licensing
18 strategy.  This information is highly confidential, and this Court has previously permitted
19 licensing information to be filed under seal due to Apple's, Samsung's, and a third party's
20 descriptions of "the harm that would befall each of them if the financial and licensing information
21 at issue lost its confidential status."  *Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 11-
22 CV-01846, D.I. 2397 at 2-3.

23     6.       Apple does not maintain a claim of confidentiality over Exhibit 7 to the Smith
24 Declaration and Exhibit 31 to the Wind Declaration.

25     7.       The relief requested by Apple is necessary and narrowly tailored to protect its
26 confidential business information.

27     8.       For the foregoing reasons, Apple requests that Samsung's Administrative Motions
28 be granted.

1
2  I declare under penalty of perjury that the foregoing is true and correct.  Executed this
3  13th day of January, 2014.

4
              */s/* Peter J. Kolovos
5             Peter J. Kolovos

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Peter J. Kolovos Regarding Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 121272676v.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 13, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

>  */s/* Mark D. Selwyn
>  Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

>  */s/* Mark D. Selwyn
>  Mark D. Selwyn

Declaration of Peter J. Kolovos Regarding Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 121272676v.1