QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California St., 22nd Fl., San Francisco, California, 94111.

On January 13, 2014, I served true and correct copies of documents and files described as

1. Unredacted version of Samsung's Reply In Support of Motion For Judgment as a Matter of Law, New Trial and/or Remittitur ("Samsung's Reply");

by emailing the aforementioned document to the list serves identified below.

**Counsel for Apple Inc.**

**Wilmer Cutler Pickering Hale and Dorr, LLP**
WHAppleSamsungNDCalService@wilmerhale.com

**Morrison & Foerster, LLP**
AppleMoFo@mofo.com

I declare under penalty of perjury that the foregoing is true and correct.    Executed on January 13, 2014 at San Francisco, California.

             ___/s/ Joseph B. Martin_____
                Joseph B. Martin

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Joby Martin.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Victoria F. Maroulis*

　　　　　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis