1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
3  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  950 Page Mill Road
   Palo Alto, California 94304
9  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

   Attorneys for Plaintiff APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS RENEWED MOTION FOR A PERMANENT INJUNCTION** |

Declaration of Mark D. Selwyn in Support of Apple's Inc.'s
Reply In Support of its Renewed Motion for a Permanent Injunction
Case No. 11-cv-01846-LHK (PSG)

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Attached hereto as Exhibit A is a true and correct excerpt of the November 7, 2012 deposition of Yoram (Jerry) Wind.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of January, 2014 in Palo Alto, California.

*/s/* Mark D. Selwyn
Mark D. Selwyn

Declaration of Mark D. Selwyn in Support of Apple's Inc.'s
Reply In Support of its Renewed Motion for a Permanent Injunction
Case No. 11-cv-01846-LHK (PSG)

**ATTESTATION OF E-FILED SIGNATURE**

I, William Lee, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated: January 16, 2014

*/s/ William F. Lee*
William F. Lee

Attorneys for Plaintiff
APPLE INC.

Declaration of Mark D. Selwyn in Support of Apple's Inc.'s
Reply In Support of its Renewed Motion for a Permanent Injunction
Case No. 11-cv-01846-LHK (PSG)