HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF BRIAN B. HO IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS RENEWED MOTION FOR A PERMANENT INJUNCTION**<br><br>Date: January 30, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Place: Courtroom 8, 4th Floor |

I, Brian B. Ho, declare as follows:

1. I am a partner at Morrison & Foerster LLP, and counsel for Apple Inc. in the *ex parte* reexamination proceeding before the USPTO relating to U.S. Patent No. 7,844,915 ("the '915 patent"). I make this declaration based on personal knowledge in support of Apple's Reply in Support of Its Renewed Motion for Permanent Injunction.

2. I have reviewed Apple's Opposition to Samsung's Emergency Motion to Stay Trial Jury Deliberations, filed in this action on November 20, 2013, which described "requesting an interview" as one of the options available to Apple. (Dkt. 2816 at 1-2 ("Between now and December 26, 2013, Apple can take any action a patent-owner may properly take in response to a final Office Action, including (a) filing a response addressing the final Office Action (*i.e.*, supplemental response per MPEP 714.03(a)), (b) requesting an interview per MPEP 2281, or (c) filing a notice of appeal per MPEP 2273.").)

3. On December 19, 2013, on behalf of Apple, I sent the Examiner, via facsimile, a Request for Telephonic Interview and Proposed Interview Agenda ("Request for Interview"), which requested "a telephonic Examiner Interview to discuss the Advisory Action dated November 20, 2013." A true and correct copy of that Request is attached hereto as **Exhibit A**.

4. On January 13, 2014, the Examiner responded to Apple's request for an interview by scheduling an interview for January 16, 2014. Also on January 13, 2014, I filed with the USPTO a Proposed Interview Agenda for the scheduled interview, a true and correct copy of which is attached as **Exhibit B**.

5. Reexamination of the '915 patent before the USPTO is not yet complete. Although Apple filed a notice of appeal on December 25, 2013, the Examiner may still reopen prosecution even after notice of appeal has been filed, as illustrated in the flowcharts set forth in Section 2201 of the Manual of Patent Examining Procedure ("MPEP § 2201"). A true and correct copy of MPEP § 2201, which has been annotated to show the current position of the '915 reexamination, is attached as **Exhibit C**.

DECLARATION OF BRIAN B. HO ISO APPLE'S REPLY ISO RENEWED MOTION FOR PERMANENT INJUNCTION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3372565

1

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of January, 2014 at San Francisco, California.

_____
BRIAN B. HO

DECLARATION OF BRIAN B. HO ISO APPLE'S REPLY BRIEF ISO MOTION FOR PERMANENT INJUNCTION
Case No. 11-cv-01846-LHK (PSG)
sf-3372565

2