# EXHIBIT A

```
SENDING REPORT
                                                     Dec. 19 2013 11:12AM

                                      YOUR LOGO     : Mofo.30TH FL
                                      YOUR FAX NO.  : 4152687522

NO.  OTHER FACSIMILE    START TIME         USAGE TIME   MODE   PAGES   RESULT
01   915712733707       Dec.19 11:11AM     01'10        SND    03      OK


     TO TURN OFF REPORT, PRESS 'MENU' #04.
     THEN SELECT OFF BY USING '+' OR '-'.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).
```

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

**To:**

| NAME: | FACSIMILE: | TELEPHONE: |
|---|---|---|
| **Examiner M. J. Yigdall** | 571-273-3707 | |

| FROM: | DATE: |
|---|---|
| Brian B. Ho | December 19, 2013 |

| Number of pages with cover page: | 3 | |
|---|---|---|

**Comments:**

**Please see attached Request for Telephonic Interview and Proposed Interview Agenda for Control No. 90/012,332.**

*************************************************
To ensure compliance with requirements imposed by the United States Internal Revenue Service, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this facsimile (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*************************************************

**CAUTION - CONFIDENTIAL**

This facsimile contains confidential information that may also be privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not copy, use, or distribute it. If you have received it in error, please advise Morrison & Foerster LLP immediately by telephone or facsimile and return it promptly by mail.

EX PARTE REEXAMINATION                                          Docket No. 106842803600

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Ex Parte Re-Examination of:
U.S. Patent No. 7,844,915

Control No.: 90/012,332                          Confirmation No.: 5963

Filed: May 30, 2012                              Art Unit: 3992

For:  APPLICATION PROGRAMMING              Examiner: M. J. Yigdall
      INTERFACES FOR SCROLLING
      OPERATIONS

### REQUEST FOR TELEPHONIC INTERVIEW AND PROPOSED INTERVIEW AGENDA

MS Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Patent Owner requests the courtesy of a telephonic Examiner Interview to discuss the Advisory Action dated November 20, 2013.  If the request is granted, Patent Owner proposes scheduling the interview on a date preferably before the extended due date of December 26, 2013, for response to the outstanding final Office Action.

**Proposed Agenda**

In conjunction with the request, Patent Owner proposes the following agenda for the interview:

- Introduction of the Examiner(s)

- Introduction of attendees for Patent Owner:

    o  Jason Skinder, Senior Patent Counsel for Apple, Inc.

    o  Peter Yim, Partner at Morrison & Foerster LLP

    o  Brian Ho, Of Counsel at Morrison & Foerster LLP

sf-3366389

Control No.: 90/012,332                    2                    Docket No. 106842803600

- The significance of the Klemmer and Nieh declarations in the determination of the broadest reasonable construction of the distinguishing limitation

- Any differences in the views of the Examiners as expressed in the final Office Action, the interview of October 17, 2013, and the Advisory Action

**Request for Interview**

Patent Owner requests the courtesy of a personal interview to discuss the issues outlined above. Patent Owner believes that these issues are highly pertinent to the patentability of the claims under reexamination and disposal of the reexamination. Moreover, Patent Owner believes that these issues have not been fully discussed on the record. Accordingly, Patent Owner believes that the requested interview meets the guidelines set forth in MPEP 713.09 for interviews after final rejection.

Dated: December 19, 2013                  Respectfully submitted,

                                           By /Brian B. Ho/
                                           Brian B. Ho
                                              Registration No.: 60,199
                                           MORRISON & FOERSTER LLP
                                           425 Market Street
                                           San Francisco, California 94105-2482
                                           Attorneys for Apple Inc.

sf-3366389