# EXHIBIT B

PTO/SB/21 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| Field | Value |
|---|---|
| Application Number | 90/012,332 |
| Filing Date | May 30, 2012 |
| First Named Inventor | Andrew PLATZER |
| Art Unit | 3992 |
| Examiner Name | M. J. Yigdall |
| Total Number of Pages in This Submission | 5 |
| Attorney Docket Number | 106842803600 |

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____
  - [ ] Landscape Table on CD

Remarks

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please Identify below):

Proposed Interview Agenda For Scheduled Telephonic Interview (**2 Pages**)
Certificate of Service (**1 Page**)
Certificate of Electronic Filing under 37 CFR 1.8 (**1 Page**)

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | MORRISON & FOERSTER LLP (20872) |
| Signature | /Brian B. Ho/ |
| Printed name | Brian B. Ho |
| Date | January 13, 2014 |
| Reg. No. | 60,199 |

---

I hereby certify that this paper is being transmitted via the Office electronic filing system in accordance with § 1.6(a)(4).

Dated: January 13, 2014    Electronic Signature for Candida Rubalcaba-Rivera: /Candida Rubalcaba-Rivera/

sf-3372479

| | |
|---|---|
| I hereby certify that this paper is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).<br><br>Dated: January 13, 2014<br>Electronic Signature for Candida Rubalcaba-Rivera: /Candida Rubalcaba-Rivera/ | Docket No. 106842803600<br>(EX PARTE REEXAMINATION) |

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Ex Parte Reexamination of:
U.S. Patent No. 7,844,915

| | |
|---|---|
| Control No.: 90/012,332 | Confirmation No.: 5963 |
| Filed: May 30, 2012 | Art Unit: 3992 |
| For: APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS | Examiner: M. J. Yigdall |

## CERTIFICATE OF SERVICE

MS Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

    Pursuant to 37 C.F.R. § 1.248, the undersigned, on behalf of Patent Owner, hereby certifies that a copy of the following documents:

1. Transmittal **(1 page)**
2. Proposed Interview Agenda for Scheduled Interview **(2 page)**
3. Certificate of Electronic Filing under 37 CFR 1.8 **(1 page)**

were served on the Third Party Requester at the following address:

    Joseph J. Richetti
    BRYAN CAVE LLP
    1290 Avenue of the Americas
    New York, New York 10104

provided for in § 1.33(c) via first class mail on January 13, 2014.

    By /Brian B. Ho/
    Brian B. Ho
    Registration No. 60,199
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California  94105-2482
    Attorneys for Apple Inc.

sf-3372495

| Application No. (if known): 90/012,332 | Attorney Docket No.: 106842803600 |

# Certificate of Electronic Filing Under 37 C.F.R. § 1.8

I hereby certify that this correspondence is being transmitted via the Office electronic filing system in accordance with 37 C.F.R. § 1.6(a)(4):

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

on     January 13, 2014     .
              Date

_____/Candida Rubalcaba-Rivera/_____
Signature

_____Candida Rubalcaba-Rivera_____
Typed or printed name of person signing Certificate

| N/A | (415) 268-7000 |
| Registration Number, if applicable | Telephone Number |

Note:   Each paper must have its own certificate of mailing, or this certificate must identify each submitted paper.

- Transmittal (1 Page)
- Proposed Interview Agenda for Scheduled Interview (2 pages)
- Certificate of Service (1 page)

sf-3372494

| | |
|---|---|
| I hereby certify that this paper is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).<br><br>Dated: January 13, 2014<br>Electronic Signature for Candida Rubalcaba-Rivera: /Candida Rubalcaba-Rivera/ | Docket No. 106842803600<br>(EX PARTE REEXAMINATION) |

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Ex Parte Re-Examination of:<br>U.S. Patent No. 7,844,915 | |
| Control No.: 90/012,332 | Confirmation No.: 5963 |
| Filed: May 30, 2012 | Art Unit: 3992 |
| For:   APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS | Examiner: M. J. Yigdall |

### PROPOSED INTERVIEW AGENDA FOR SCHEDULED TELEPHONIC INTERVIEW

MS Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Patent Owner thanks the Examiners for agreeing to the telephonic interview scheduled for **Thursday, January 16, 2014, at 3:30 PM (EST)**.  As requested, Patent Owner's representatives will call SPE Pathak at (571) 272-5509.

Patent Owner proposes the following agenda for the interview.

**Proposed Agenda**

In conjunction with the request, Patent Owner proposes the following agenda for the interview:

- Introduction of the Examiners

- Introduction of attendees for Patent Owner:

    o  Jason Skinder, Senior Patent Counsel for Apple, Inc.

Control No.: 90/012,332                                   2                              Docket No. 106842803600

- o Peter Yim, Partner at Morrison & Foerster LLP

- o Brian Ho, Partner at Morrison & Foerster LLP

- <u>The significance of the Klemmer and Nieh declarations in the determination of the broadest reasonable construction of the distinguishing limitation</u>

- <u>Any differences in the views of the Examiners as expressed in the final Office Action, the interview of October 17, 2013, and the Advisory Action</u>

Dated:  January 13, 2014                     Respectfully submitted,

                                             By /Brian B. Ho/
                                             Brian B. Ho
                                                Registration No.: 60,199
                                             MORRISON & FOERSTER LLP
                                             425 Market Street
                                             San Francisco, California 94105-2482
                                             Attorneys for Apple Inc.

sf-3372452

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 17900598 |
| Application Number: | 90012332 |
| International Application Number: | |
| Confirmation Number: | 5963 |
| Title of Invention: | APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS |
| First Named Inventor/Applicant Name: | 7844915 |
| Customer Number: | 20872 |
| Filer: | Brian B. Ho/Candida Rubalcaba-Rivera |
| Filer Authorized By: | Brian B. Ho |
| Attorney Docket Number: | P4895USREX1/106842803600 |
| Receipt Date: | 13-JAN-2014 |
| Filing Date: | 30-MAY-2012 |
| Time Stamp: | 19:06:18 |
| Application Type: | Reexam (Patent Owner) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 106842803600_Transmittal_Request_for_Interview.pdf | 25650<br>efbb14a0392a1a460216d8fccbb84df6a0cf914c | no | 1 |

| | |
|---|---|
| Warnings: | |
| Information: | |

| 2 | Reexam Certificate of Service | 10684-2803600_Certificate_of_Service.pdf | 20090<br><br>4a24d5e07dcfdbbf594e5663fa63f8f35a398742 | no | 1 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Reexam Certificate of Mailing | 106842803600_Certificate_of_Electronic_Filing.pdf | 13173<br><br>b54b4a85d4cba694876155fb565a9fdeaa51db2e | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Reexam Miscellaneous Incoming Letter | 106842803600_Proposed_Interview_Agenda_for_Scheduled_Interview.pdf | 25396<br><br>d11eaa6d99056c3ec8ffe5591b5e2dd58649425b | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 84309 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.