# EXHIBIT C

**>

*Ex Parte* Reexamination - PROCEDURE PRIOR TO APPEAL
(applicable rule section)
Request for Reexamination filed (1.510)
Notice of request Published in O.G. (1.11(c))
Substantial New Question? (1.515(a))
No ; reexam is denied
Petition Filed Under 1.515(c)?
Yes
No
Yes
Reexamination Is Terminated
Reexamination ordered (1.525)
Petition Denied
Petition Granted
Requester petition to Director of the Office to review whether a substantial new question exists (1.515(c))
New examiner assigned
Patent owner statement?
Yes
Pat. owner statement (1.530(b) & (c))
No
Requester reply ?
No
Yes
Third party requester reply (1.535)
Panel review conducted at each stage of examination, other than for non-merits actions such as notices of informality or incomplete response. Appeal conference is panel review prior to Examiner's Answer
Examiner issues Office action (1.104)
All Claims Found Patentable
Patent owner responds to Office action ?
No Response
Notice of Intent to Issue Reexamination Certificate
Yes
Patent Owner response after non-final action (1.111)
Examiner issues action. Is it a final rejection ?
No
No Response To Final Rejection
Yes
Examiner issues final rejection (1.113)
Pat. Owner paper after final rejection (1.116)
No Amendment After Final
Examiner considers the paper (1.116)
Examiner reopens Prosecution?
Yes
No
Patent Owner files Notice of Appeal (41.31)



### *Ex Parte* Reexamination – PROCEDURE FROM TIME OF APPEAL
#### (applicable rule section)

