| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF BJ WATROUS IN SUPPORT OF APPLE'S RENEWED MOTION FOR A PERMANENT INJUNCTION** |

DECLARATION OF BJ WATROUS IN SUPPORT OF APPLE'S RENEWED MOTION FOR A PERMANENT INJUNCTION
Case No. 11-cv-01846-LHK (PSG)

I, BJ Watrous, hereby declare as follows:

1. I am currently employed by Apple Inc. as Vice President and Chief Intellectual Property Counsel. I have been employed by Apple continuously since June 2011.

2. I have responsibility for Apple's intellectual property strategy worldwide, including with respect to (a) development and management of Apple's portfolio of patents and other intellectual property, (b) due diligence for intellectual property aspects of potential business transactions, (c) non-litigation enforcement of Apple's intellectual property, (d) intellectual property issues arising out of Apple's involvement in standard-setting bodies, (e) patent acquisitions, and (f) patent licensing.

3. I submit this declaration in support of Apple's Renewed Motion for a Permanent Injunction and to respond to the Declaration of Kenneth Korea dated January 9, 2014.

4. I participated in each of the meetings discussed by Mr. Korea in his declaration, namely, meetings held on January 14, 2013 and on July 17 and 18, 2013. Mr. Korea states that Apple made license offers at these meetings that did not include an anti-cloning provision. Mr. Korea's description of Apple's offers is incorrect. These discussions with Samsung have consistently included limits to both the scope of any license and a prohibition against cloning Apple products.

I declare under the pain and penalty of perjury that the foregoing is true and correct.

_[signature]_

Dated: January 16, 2014

BJ Watrous

DECLARATION OF BJ WATROUS IN SUPPORT OF APPLE'S RENEWED MOTION FOR A PERMANENT INJUNCTION
Case No. 11-cv-01846-LHK (PSG)

1