HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS REGARDING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

1    I, Peter J. Kolovos, hereby declare as follows:

2    1.    I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

3    counsel for Apple Inc. ("Apple") in the above-captioned litigation.  I am licensed to practice law

4    in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action.  I am

5    familiar with the facts set forth herein, and, if called as a witness, I could and would testify

6    competently to those facts.

7    2.    Samsung filed Samsung's Administrative Motion to File Documents Under Seal

8    (Dkt. No. 2921) in connection with its Reply in Support of Samsung's Motion for Judgment as a

9    Matter of Law, New Trial and/or Remittitur Pursuant to Federal Rules of Civil Procedure 50 and

10   59 ("Samsung's Reply") (Dkt. No. 2921-4).  Samsung also filed a public version of Samsung's

11   Reply (Dkt. No. 2921-3).

12   3.    The following portions of Samsung's Reply disclose product line-specific financial

13   information:  Pages 16:21 and 16:23.  This information is proprietary to Apple, and the public

14   disclosure of this information would be harmful to Apple for similar reasons as stated in the

15   Declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1495-2 at

16   ¶ 7) (discussing the sensitivity and value of financial information specific to particular versions of

17   particular products).  The Federal Circuit ruled that Apple's interest in keeping secret its detailed,

18   product-specific financial information from these documents outweighs the public's interest in the

19   public disclosure of this information.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et*

20   *al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214, 1225-26 (Fed. Cir. Aug. 23,

21   2013) (approving sealing of detailed product-specific financial information).  The Court has

22   previously granted Apple's request to seal similar information reflecting average revenue per unit.

23   Trial Tr. vol. 4, 1003-04, Nov. 15, 2013; Trial Tr. vol. 5, 1140, Nov. 18, 2013; *see also* Dkt. No.

24   2789-1 at 4. (sealing Trial Exhibit No. DX952.010).

25   4.    The following portions of Samsung's Reply contain, discuss, or otherwise

26   implicate Apple's product sales capacity:  Pages 17:13-14, 17:20-21, 17:25, and 18:6-7.  The

27   Court has previously granted Apple's request to seal similar information reflecting capacity data.

28   Dkt. No. 1649 at 7 (Exhibits PX25D and PX25E).
Declaration of Peter J. Kolovos Regarding Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 121340458v.1

5.      Aside from the information discussed above, Apple does not maintain a claim of confidentiality over any other information sealed by Samsung in its Reply.

6.      The relief requested by Apple is necessary and narrowly tailored to protect its confidential business information.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of January, 2014.

*/s/* Peter J. Kolovos_____
Peter J. Kolovos

Declaration of Peter J. Kolovos Regarding Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 121340458v.1

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that a true and correct copy of the above and foregoing document has been

3 served on January 21, 2014 to all counsel of record who are deemed to have consented to

4 electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6
         /s/ Mark D. Selwyn
         Mark D. Selwyn

7

8

## **ATTESTATION OF E-FILED SIGNATURE**

9    I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this

10 Declaration.  In compliance with General Order 45, X.B., I hereby attest that Peter J. Kolovos has

11 concurred in this filing.

12

13
         /s/ Mark D. Selwyn
         Mark D. Selwyn

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Peter J. Kolovos Regarding Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)
ActiveUS 121340458v.1