# SCHEDULE 1

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "ᴡ" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Acclaim | Captivate | Continuum | Droid Charge | Epic 4G | Exhibit 4G |
|---|---|---|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | x | x | x | |
| iPhone 3G Trade Dress | | x | x | x | x | |
| iPhone 4 Trade Dress | | x | x | x | x | |
| iPad Trade Dress | | | | | | |
| iPad 2 Trade Dress | | | | | | |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | | |
| '983 | | x | x | x | x | |
| '218 | | x | x | x | x | |
| '327 | | x | x | x | x | |
| **Third Claim: Trademark Infringement (Federal)** | | | | | | |
| '196 | ᴡ | x | x | x | x | x |
| '642 | x | ᴡ | x | x | ᴡ | ᴡ |
| '200 | ᴡ | x | x | x | x | x |
| '685 | ᴡ | x | x | x | x | x |
| '169 | ᴡ | x | x | ᴡ | x | x |
| '197 | ᴡ | x | x | x | x | x |
| "Purple iTunes Store" TM | ᴡ | x | x | x | x | x |
| "iTunes Eighth Note and CD Design" TM | ᴡ | x | x | x | x | x |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | x | x | x | |
| iPhone 3G Trade Dress | | S | S | S | S | |
| iPhone 4 Trade Dress | | ᴡ | ᴡ | ᴡ | ᴡ | |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Fascinate | Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) |
|---|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | w | x | x |
| iPhone 3G Trade Dress | x | w | x | x |
| iPhone 4 Trade Dress | x | x | x | x |
| iPad Trade Dress | | | | |
| iPad 2 Trade Dress | | | | |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | |
| '983 | x | w | x | x |
| '218 | x | w | x | x |
| '327 | x | w | x | x |
| **Third Claim: Trademark Infringement (Federal)** | | | | |
| '196 | x | x | w | x |
| '642 | x | w | x | w |
| '200 | x | x | w | x |
| '685 | x | x | w | x |
| '169 | x | x | w | x |
| '197 | x | x | w | x |
| "Purple iTunes Store" TM | x | x | w | x |
| "iTunes Eighth Note and CD Design" TM | x | x | w | x |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | w | x | x |
| iPhone 3G Trade Dress | A | w | S | A |
| iPhone 4 Trade Dress | w | x | w | w |

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy S 4G | Galaxy S Showcase i500 | Showcase Galaxy S |
|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | x | w |
| iPhone 3G Trade Dress | x | x | w |
| iPhone 4 Trade Dress | x | x | w |
| iPad Trade Dress | | | |
| iPad 2 Trade Dress | | | |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | |
| '983 | x | x | w |
| '218 | x | x | w |
| '327 | x | x | w |
| **Third Claim: Trademark Infringement (Federal)** | | | |
| '196 | x | w | x |
| '642 | w | w | x |
| '200 | x | w | x |
| '685 | x | w | x |
| '169 | x | w | x |
| '197 | x | w | x |
| "Purple iTunes Store" TM | x | w | x |
| "iTunes Eighth Note and CD Design" TM | x | w | x |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | x | w |
| iPhone 3G Trade Dress | A | A | w |
| iPhone 4 Trade Dress | w | w | w |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy S II (AT&T) | Galaxy S II (i9100) | Galaxy S II (T-Mobile) | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) |
|---|---|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | x | x | x | x |
| iPhone 3G Trade Dress | x | x | x | x | x |
| iPhone 4 Trade Dress | x | x | x | x | x |
| iPad Trade Dress | | | | | |
| iPad 2 Trade Dress | | | | | |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | |
| '983 | x | x | x | x | x |
| '218 | x | x | x | x | x |
| '327 | x | x | x | x | x |
| **Third Claim: Trademark Infringement (Federal)** | | | | | |
| '196 | x | x | x | x | x |
| '642 | w | w | w | w | w |
| '200 | w | w | w | w | w |
| '685 | x | x | x | x | x |
| '169 | x | x | w | w | x |
| '197 | x | x | x | x | x |
| "Purple iTunes Store" TM | x | x | x | x | x |
| "iTunes Eighth Note and CD Design" TM | x | x | x | x | x |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | x | x | x | x |
| iPhone 3G Trade Dress | S | S | S | S | S |
| iPhone 4 Trade Dress | w | w | w | w | w |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy Tab | Galaxy Tab 7.0 Plus | Galaxy Tab 10.1 (wifi) |
|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | |
| iPhone 3G Trade Dress | | | |
| iPhone 4 Trade Dress | | | |
| iPad Trade Dress | x | x | x |
| iPad 2 Trade Dress | x | x | x |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | |
| '983 | | | |
| '218 | | | |
| '327 | | | |
| **Third Claim: Trademark Infringement (Federal)** | | | |
| '196 | w | w | w |
| '642 | x | w | w |
| '200 | x | w | w |
| '685 | x | x | x |
| '169 | x | w | w |
| '197 | x | x | x |
| "Purple iTunes Store" TM | x | x | x |
| "iTunes Eighth Note and CD Design" TM | x | x | x |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | |
| iPhone 3G Trade Dress | | | |
| iPhone 4 Trade Dress | | | |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w̶" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy Tab 10.1 (LTE) | Gem | Gravity | Gravity Smart | Indulge |
|---|---|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | | | |
| iPhone 3G Trade Dress | | | | | |
| iPhone 4 Trade Dress | | | | | |
| iPad Trade Dress | x | | | | |
| iPad 2 Trade Dress | x | | | | |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | |
| '983 | | | | | |
| '218 | | | | | |
| '327 | | | | | |
| **Third Claim: Trademark Infringement (Federal)** | | | | | |
| '196 | w̶ | x | x | x | |
| '642 | w̶ | x | w̶ | w̶ | |
| '200 | w̶ | x | x | x | |
| '685 | x | x | x | x | |
| '169 | w̶ | w̶ | x | x | |
| '197 | x | x | x | x | |
| "Purple iTunes Store" TM | x | x | x | x | |
| "iTunes Eighth Note and CD Design" TM | x | x | x | x | |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | | | |
| iPhone 3G Trade Dress | | | | | |
| iPhone 4 Trade Dress | | | | | |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Infuse 4G | Intercept | Mesmerize | Nexus S | Nexus S 4G | Replenish |
|---|---|---|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | | x | | | |
| iPhone 3G Trade Dress | x | | x | | | |
| iPhone 4 Trade Dress | x | | x | | | |
| iPad Trade Dress | | | | | | |
| iPad 2 Trade Dress | | | | | | |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | | |
| '983 | x | | x | | | |
| '218 | x | | x | | | |
| '327 | x | | x | | | |
| **Third Claim: Trademark Infringement (Federal)** | | | | | | |
| '196 | x | w | x | | | |
| '642 | w | x | x | x | x | x |
| '200 | x | x | x | | | |
| '685 | x | w | x | | | |
| '169 | x | w | x | | | |
| '197 | x | w | x | | | |
| "Purple iTunes Store" TM | x | w | x | | | |
| "iTunes Eighth Note and CD Design" TM | x | w | x | | | |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | x | | x | | | |
| iPhone 3G Trade Dress | S | | A | | | |
| iPhone 4 Trade Dress | w | | w | | | |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Sidekick | Transform | Vibrant |
|---|---|---|---|
| **First Claim: §43(a) False Designation and Unfair Competition** | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x |
| iPhone 3G Trade Dress | | | x |
| iPhone 4 Trade Dress | | | x |
| iPad Trade Dress | | | |
| iPad 2 Trade Dress | | | |
| **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | |
| '983 | | | x |
| '218 | | | x |
| '327 | | | x |
| **Third Claim: Trademark Infringement (Federal)** | | | |
| '196 | | | x |
| '642 | | x | w |
| '200 | x | | x |
| '685 | | | x |
| '169 | x | | x |
| '197 | | | x |
| "Purple iTunes Store" TM | | | x |
| "iTunes Eighth Note and CD Design" TM | | | x |
| **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x |
| iPhone 3G Trade Dress | | A | |
| iPhone 4 Trade Dress | | | w |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial

Shaded claims or products were dropped or withdrawn prior to trial

| | | Acclaim | Captivate | Continuum | Droid Charge | Epic 4G | Exhibit 4G |
|---|---|---|---|---|---|---|---|
| | iPad Trade Dress | | | | | | |
| | iPad 2 Trade Dress | | | | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | | | | |
| | '196 | w | x | x | x | x | x |
| | '642 | x | w | x | x | w | w |
| | '200 | w | x | x | x | x | x |
| | '685 | w | x | x | x | x | x |
| | '169 | w | x | x | w | x | x |
| | '197 | w | x | x | x | x | x |
| | "Purple iTunes Store" TM | w | x | x | x | x | x |
| | "iTunes Eighth Note and CD Design" TM | w | x | x | x | x | x |
| Trade Dress and Trademark | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | x | x | x | x | |
| | iPhone 3G Trade Dress | | x | x | x | x | |
| | iPhone 4 Trade Dress | | w | w | w | w | |
| | iPad Trade Dress | | | | | | |
| | iPad 2 Trade Dress | | | | | | |
| | '983 | | x | x | x | x | |
| | '218 | | x | x | x | x | |
| | '327 | | x | x | x | x | |
| | '196 | w | x | x | x | x | x |
| | '642 | x | w | x | x | w | w |
| | '200 | w | x | x | x | x | x |
| | '685 | w | x | x | x | x | x |
| | '169 | w | x | x | w | x | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial

Shaded claims or products were dropped or withdrawn prior to trial

| | | Fascinate | Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) |
|---|---|---|---|---|---|
| **Trade Dress and Trademark** | iPad Trade Dress | | | | |
| | iPad 2 Trade Dress | | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | | |
| | '196 | x | x | w | x |
| | '642 | x | w | x | w |
| | '200 | x | x | w | x |
| | '685 | x | x | w | x |
| | '169 | x | x | w | x |
| | '197 | x | x | w | x |
| | "Purple iTunes Store" TM | x | x | w | x |
| | "iTunes Eighth Note and CD Design" TM | x | x | w | x |
| | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | x | w | x | x |
| | iPhone 3G Trade Dress | x | w | x | x |
| | iPhone 4 Trade Dress | w | x | w | w |
| | iPad Trade Dress | | | | |
| | iPad 2 Trade Dress | | | | |
| | '983 | x | w | x | x |
| | '218 | x | w | x | x |
| | '327 | x | w | x | x |
| | '196 | x | x | w | x |
| | '642 | x | w | x | w |
| | '200 | x | x | w | x |
| | '685 | x | x | w | x |
| | '169 | x | x | w | x |

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial

Shaded claims or products were dropped or withdrawn prior to trial

| | | Galaxy S 4G | Galaxy S Showcase i500 | Showcase Galaxy S |
|---|---|---|---|---|
| | iPad Trade Dress | | | |
| | iPad 2 Trade Dress | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | |
| | '196 | x | w | x |
| | '642 | w | w | x |
| | '200 | x | w | x |
| | '685 | x | w | x |
| | '169 | x | w | x |
| | '197 | x | w | x |
| | "Purple iTunes Store" TM | x | w | x |
| | "iTunes Eighth Note and CD Design" TM | x | w | x |
| **Trade Dress and Trademark** | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | x | x | w |
| | iPhone 3G Trade Dress | x | x | w |
| | iPhone 4 Trade Dress | w | w | w |
| | iPad Trade Dress | | | |
| | iPad 2 Trade Dress | | | |
| | '983 | x | x | w |
| | '218 | x | x | w |
| | '327 | x | x | w |
| | '196 | x | w | x |
| | '642 | w | w | x |
| | '200 | x | w | x |
| | '685 | x | w | x |
| | '169 | x | w | x |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial

Shaded claims or products were dropped or withdrawn prior to trial

| | | Galaxy S II (AT&T) | Galaxy S II (i9100) | Galaxy S II (T-Mobile) | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) |
|---|---|---|---|---|---|---|
| **Trade Dress and Trademark** | iPad Trade Dress | | | | | |
| | iPad 2 Trade Dress | | | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | | | |
| | '196 | x | x | x | x | x |
| | '642 | w | w | w | w | w |
| | '200 | w | w | w | w | w |
| | '685 | x | x | x | x | x |
| | '169 | x | x | w | w | x |
| | '197 | x | x | x | x | x |
| | "Purple iTunes Store" TM | x | x | x | x | x |
| | "iTunes Eighth Note and CD Design" TM | x | x | x | x | x |
| | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | x | x | x | x | x |
| | iPhone 3G Trade Dress | x | x | x | x | x |
| | iPhone 4 Trade Dress | w | w | w | w | w |
| | iPad Trade Dress | | | | | |
| | iPad 2 Trade Dress | | | | | |
| | '983 | x | x | x | x | x |
| | '218 | x | x | x | x | x |
| | '327 | x | x | x | x | x |
| | '196 | x | x | x | x | x |
| | '642 | w | w | w | w | w |
| | '200 | w | w | w | w | w |
| | '685 | x | x | x | x | x |
| | '169 | x | x | w | w | x |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | | Galaxy Tab | Galaxy Tab 7.0 Plus | Galaxy Tab 10.1 (wifi) |
|---|---|---|---|---|
| **Trade Dress and Trademark** | iPad Trade Dress | x | x | S |
| | iPad 2 Trade Dress | x | x | S |
| | **Fifth Claim: Common Law Trademark Infringement** | | | |
| | '196 | w | w | w |
| | '642 | x | w | w |
| | '200 | x | w | w |
| | '685 | x | x | x |
| | '169 | x | w | w |
| | '197 | x | x | x |
| | "Purple iTunes Store" TM | x | x | x |
| | "iTunes Eighth Note and CD Design" TM | x | x | x |
| | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | | |
| | iPhone 3G Trade Dress | | | |
| | iPhone 4 Trade Dress | | | |
| | iPad Trade Dress | x | x | x |
| | iPad 2 Trade Dress | x | x | x |
| | '983 | | | |
| | '218 | | | |
| | '327 | | | |
| | '196 | w | w | w |
| | '642 | x | w | w |
| | '200 | x | w | w |
| | '685 | x | x | x |
| | '169 | x | w | w |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | | Galaxy Tab 10.1 (LTE) | Gem | Gravity | Gravity Smart | Indulge |
|---|---|---|---|---|---|---|
| | iPad Trade Dress | S | | | | |
| | iPad 2 Trade Dress | S | | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | | | |
| | '196 | w | x | x | x | |
| | '642 | w | x | w | w | |
| | '200 | w | x | x | x | |
| | '685 | x | x | x | x | |
| | '169 | w | w | x | x | |
| | '197 | x | x | x | x | |
| | "Purple iTunes Store" TM | x | x | x | x | |
| | "iTunes Eighth Note and CD Design" TM | x | x | x | x | |
| **Trade Dress and Trademark** | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | | | | |
| | iPhone 3G Trade Dress | | | | | |
| | iPhone 4 Trade Dress | | | | | |
| | iPad Trade Dress | x | | | | |
| | iPad 2 Trade Dress | x | | | | |
| | '983 | | | | | |
| | '218 | | | | | |
| | '327 | | | | | |
| | '196 | w | x | x | x | |
| | '642 | w | x | w | w | |
| | '200 | w | x | x | x | |
| | '685 | x | x | x | x | |
| | '169 | w | w | x | x | |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial

Shaded claims or products were dropped or withdrawn prior to trial

| | | Infuse 4G | Intercept | Mesmerize | Nexus S | Nexus S 4G | Replenish |
|---|---|---|---|---|---|---|---|
| **Trade Dress and Trademark** | iPad Trade Dress | | | | | | |
| | iPad 2 Trade Dress | | | | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | | | | |
| | '196 | x | w | x | | | |
| | '642 | w | x | x | x | x | x |
| | '200 | x | x | x | | | |
| | '685 | x | w | x | | | |
| | '169 | x | w | x | | | |
| | '197 | x | w | x | | | |
| | "Purple iTunes Store" TM | x | w | x | | | |
| | "iTunes Eighth Note and CD Design" TM | x | w | x | | | |
| | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | x | | x | | | |
| | iPhone 3G Trade Dress | x | | x | | | |
| | iPhone 4 Trade Dress | w | | w | | | |
| | iPad Trade Dress | | | | | | |
| | iPad 2 Trade Dress | | | | | | |
| | '983 | x | | x | | | |
| | '218 | x | | x | | | |
| | '327 | x | | x | | | |
| | '196 | x | w | x | | | |
| | '642 | w | x | x | x | x | x |
| | '200 | x | x | x | | | |
| | '685 | x | w | x | | | |
| | '169 | x | w | x | | | |

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial

Shaded claims or products were dropped or withdrawn prior to trial

| | | Sidekick | Transform | Vibrant |
|---|---|---|---|---|
| | iPad Trade Dress | | | |
| | iPad 2 Trade Dress | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | |
| | '196 | | | x |
| | '642 | | x | w |
| | '200 | x | | x |
| | '685 | | | x |
| | '169 | x | | x |
| | '197 | | | x |
| | "Purple iTunes Store" TM | | | x |
| | "iTunes Eighth Note and CD Design" TM | | | x |
| **Trade Dress and Trademark** | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | |
| | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | | x |
| | iPhone 3G Trade Dress | | | x |
| | iPhone 4 Trade Dress | | | w |
| | iPad Trade Dress | | | |
| | iPad 2 Trade Dress | | | |
| | '983 | | | x |
| | '218 | | | x |
| | '327 | | | x |
| | '196 | | | x |
| | '642 | | x | w |
| | '200 | x | | x |
| | '685 | | | x |
| | '169 | x | | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Acclaim | Captivate | Continuum | Droid Charge | Epic 4G | Exhibit 4G |
|---|---|---|---|---|---|---|
| '197 | w | x | x | x | x | x |
| Purple iTunes Store TM | w | x | x | x | x | x |
| "iTunes Eighth Note and CD Design" TM | w | x | x | x | x | x |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | x | x | x | x | |
| Infringement of Unregistered iPad/iPad 2 trade dress | | | | | | |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | S | S | S | |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | S | S | S | S | |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | x | x | x | x | |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | | x | x | x | x | |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | x | x | x | x | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | | | | | | |
| **Seventh Claim: Unjust Enrichment** | x | x | x | x | x | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Fascinate | Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) |
|---|---|---|---|---|
| '197 | x | x | w | x |
| Purple iTunes Store TM | x | x | w | x |
| "iTunes Eighth Note and CD Design" TM | x | x | w | x |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | x | w | x | x |
| Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | w | S | S |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | A | | S | A |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | x | | x | x |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | x | | x | x |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299,118" (iPhone 4)  [Asserted through Rog 5] | x | x | x | x |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | | | | |
| **Seventh Claim: Unjust Enrichment** | x | x | x | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy S 4G | Galaxy S Showcase i500 | Showcase Galaxy S |
|---|---|---|---|
| '197 | x | w | x |
| Purple iTunes Store TM | x | w | x |
| "iTunes Eighth Note and CD Design" TM | x | w | x |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | x | x | w |
| Infringement of Unregistered iPad/iPad 2 trade dress | | | |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | S | w |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | A | A | |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | x | x | |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | x | x | |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299,118" (iPhone 4)  [Asserted through Rog 5] | x | x | w |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | | | |
| **Seventh Claim: Unjust Enrichment** | x | x | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial

Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy S II (AT&T) | Galaxy S II (i9100) | Galaxy S II (T-Mobile) | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) |
|---|---|---|---|---|---|
| '197 | x | x | x | x | x |
| Purple iTunes Store TM | x | x | x | x | x |
| "iTunes Eighth Note and CD Design" TM | x | x | x | x | x |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5] [asserted in Rog 71] | x | x | x | x | x |
| Infringement of Unregistered iPad/iPad 2 trade dress | | | | | |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | S | S | S | S |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | S | S | S | S | S |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | x | x | x | x | x |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | x | x | x | x | x |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299,118" (iPhone 4) [Asserted through Rog 5] | x | x | x | x | x |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | | | | | |
| **Seventh Claim: Unjust Enrichment** | x | x | x | x | x |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy Tab | Galaxy Tab 7.0 Plus | Galaxy Tab 10.1 (wifi) |
|---|---|---|---|
| '197 | x | x | x |
| Purple iTunes Store TM | x | x | x |
| "iTunes Eighth Note and CD Design" TM | x | x | x |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | | |
| Infringement of Unregistered iPad/iPad 2 trade dress | | | S |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | | |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | x | x | x |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | x | x | x |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | x | x | x |
| **Seventh Claim: Unjust Enrichment** | x | x | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy Tab 10.1 (LTE) | Gem | Gravity | Gravity Smart | Indulge |
|---|---|---|---|---|---|
| '197 | x | x | | x | x |
| Purple iTunes Store TM | x | x | | x | x |
| "iTunes Eighth Note and CD Design" TM | x | x | | x | x |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | | | | |
| Infringement of Unregistered iPad/iPad 2 trade dress | S | | | | |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | | | |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | | | |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | | | | |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | x | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | x | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | x | | | | |
| **Seventh Claim: Unjust Enrichment** | x | x | x | x | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w̶" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Infuse 4G | Intercept | Mesmerize | Nexus S | Nexus S 4G | Replenish |
|---|---|---|---|---|---|---|
| '197 | x | w̶ | x | | | |
| Purple iTunes Store TM | x | w̶ | x | | | |
| "iTunes Eighth Note and CD Design" TM | x | w̶ | x | | | |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | x | | x | | | |
| Infringement of Unregistered iPad/iPad 2 trade dress | | | | | | |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | | S | | | |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | S | | A | | | |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | x | | x | | | |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | x | | x | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | x | | x | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | | | | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | | | | | | |
| **Seventh Claim: Unjust Enrichment** | x | x | x | x | x | x |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Sidekick | Transform | Vibrant |
|---|---|---|---|
| '197 | | | x |
| Purple iTunes Store TM | | | x |
| "iTunes Eighth Note and CD Design" TM | | | x |
| **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | | x |
| Infringement of Unregistered iPad/iPad 2 trade dress | | | |
| Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | S |
| Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | A |
| Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | | x |
| Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | | | x |
| Use of "the trade dress shown in U.S. Application Serial No. 85/299,118" (iPhone 4)  [Asserted through Rog 5] | | | x |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,838" (iPad) [Asserted through Rog 5] | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,829" (iPad) [Asserted through Rog 5] | | | |
| Use of "the trade dress shown in U.S. Application Serial No. 77/921,869" (iPad with 4x2, 1, 4x1 GUI screen) [Asserted through Rog 5] | | | |
| **Seventh Claim: Unjust Enrichment** | x | x | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

|  |  | Acclaim | Captivate | Continuum | Droid Charge | Epic 4G | Exhibit 4G |
|---|---|---|---|---|---|---|---|
| Utility Patents | Eighth Claim: '002 Patent Infringement | x | x | x | x | x | x |
|  | Ninth Claim: '381 Patent Infringement |  | A | A | A | A | A |
|  | Tenth Claim: '607 Patent Infringement |  |  |  |  |  |  |
|  | Eleventh Claim: '828 Patent Infringement | x | x | x | x | x | x |
|  | Twelfth Claim: '915 Patent Infringement | x | A | A | A | A | A |
|  | Thirteenth Claim: '891 Patent Infringement | x | x | x | x | x | x |
|  | Fourteenth Claim: '163 Patent Infringement | x | S | S | A | A | A |
|  | Fifteenth Claim: '129 Patent Infringement |  |  |  |  |  |  |
| Design Patents | Sixteenth Claim: D'790 Patent Infringement |  | x | x | x | x | w |
|  | Seventeenth Claim: D'334 Patent Infringement |  | x | x | x | x | w |
|  | Eighteenth Claim: D'305 Patent Infringement |  | A | A | A | A | w |
|  | Nineteenth Claim: D'677 Patent Infringement |  |  |  |  |  |  |
|  | Twentieth Claim: D'889 Patent Infringement |  |  |  |  |  |  |
|  | Twenty-First Claim: D'087 Patent Infringement |  |  |  |  |  |  |
|  | Twenty-Second Claim: D'270 Patent Infringement |  |  |  |  |  |  |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | | Fascinate | Galaxy Ace | Galaxy Prevail | Galaxy S (i9000) |
|---|---|---|---|---|---|
| Utility Patents | Eighth Claim: '002 Patent Infringement | x | x | x | x |
| | Ninth Claim: '381 Patent Infringement | A | A | A | A |
| | Tenth Claim: '607 Patent Infringement | | | | |
| | Eleventh Claim: '828 Patent Infringement | x | x | x | x |
| | Twelfth Claim: '915 Patent Infringement | A | S | A | A |
| | Thirteenth Claim: '891 Patent Infringement | x | x | x | x |
| | Fourteenth Claim: '163 Patent Infringement | A | A | A | A |
| | Fifteenth Claim: '129 Patent Infringement | | | | |
| Design Patents | Sixteenth Claim: D'790 Patent Infringement | x | w | | x |
| | Seventeenth Claim: D'334 Patent Infringement | x | w | | x |
| | Eighteenth Claim: D'305 Patent Infringement | A | w | | A |
| | Nineteenth Claim: D'677 Patent Infringement | A | S | w | A |
| | Twentieth Claim: D'889 Patent Infringement | | | | |
| | Twenty-First Claim: D'087 Patent Infringement | w | w | w | A |
| | Twenty-Second Claim: D'270 Patent Infringement | w | w | w | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | | Galaxy S 4G | Galaxy S Showcase i500 | Showcase Galaxy S |
|---|---|---|---|---|
| Utility Patents | Eighth Claim: '002 Patent Infringement | x | x | w |
| | Ninth Claim: '381 Patent Infringement | A | | w |
| | Tenth Claim: '607 Patent Infringement | | | |
| | Eleventh Claim: '828 Patent Infringement | x | x | w |
| | Twelfth Claim: '915 Patent Infringement | A | x | w |
| | Thirteenth Claim: '891 Patent Infringement | x | x | w |
| | Fourteenth Claim: '163 Patent Infringement | A | x | w |
| | Fifteenth Claim: '129 Patent Infringement | | | |
| Design Patents | Sixteenth Claim: D'790 Patent Infringement | x | x | x |
| | Seventeenth Claim: D'334 Patent Infringement | x | x | x |
| | Eighteenth Claim: D'305 Patent Infringement | A | A | x |
| | Nineteenth Claim: D'677 Patent Infringement | A | A | x |
| | Twentieth Claim: D'889 Patent Infringement | | | |
| | Twenty-First Claim: D'087 Patent Infringement | A | w | w |
| | Twenty-Second Claim: D'270 Patent Infringement | x | w | w |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | | Galaxy S II (AT&T) | Galaxy S II (i9100) | Galaxy S II (T-Mobile) | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) |
|---|---|---|---|---|---|---|
| Utility Patents | Eighth Claim: '002 Patent Infringement | x | x | x | x | x |
| | Ninth Claim: '381 Patent Infringement | A | A | | x | |
| | Tenth Claim: '607 Patent Infringement | | | | | |
| | Eleventh Claim: '828 Patent Infringement | x | x | x | x | x |
| | Twelfth Claim: '915 Patent Infringement | A | A | A | x | x |
| | Thirteenth Claim: '891 Patent Infringement | x | x | x | x | x |
| | Fourteenth Claim: '163 Patent Infringement | A | A | A | x | x |
| | Fifteenth Claim: '129 Patent Infringement | | | | | |
| Design Patents | Sixteenth Claim: D'790 Patent Infringement | | | | | |
| | Seventeenth Claim: D'334 Patent Infringement | | | | | |
| | Eighteenth Claim: D'305 Patent Infringement | | | | | |
| | Nineteenth Claim: D'677 Patent Infringement | A | A | A | A | A |
| | Twentieth Claim: D'889 Patent Infringement | | | | | |
| | Twenty-First Claim: D'087 Patent Infringement | S | S | w | S | S |
| | Twenty-Second Claim: D'270 Patent Infringement | w | w | w | w | w |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy Tab | Galaxy Tab 7.0 Plus | Galaxy Tab 10.1 (wifi) |
|---|---|---|---|
| **Utility Patents** | | | |
| Eighth Claim: '002 Patent Infringement | x | | x |
| Ninth Claim: '381 Patent Infringement | A | | A |
| Tenth Claim: '607 Patent Infringement | x | | x |
| Eleventh Claim: '828 Patent Infringement | x | | x |
| Twelfth Claim: '915 Patent Infringement | A | | A |
| Thirteenth Claim: '891 Patent Infringement | x | | x |
| Fourteenth Claim: '163 Patent Infringement | A | | A |
| Fifteenth Claim: '129 Patent Infringement | x | | x |
| **Design Patents** | | | |
| Sixteenth Claim: D'790 Patent Infringement | | | |
| Seventeenth Claim: D'334 Patent Infringement | | | |
| Eighteenth Claim: D'305 Patent Infringement | | | |
| Nineteenth Claim: D'677 Patent Infringement | | | |
| Twentieth Claim: D'889 Patent Infringement | | | S |
| Twenty-First Claim: D'087 Patent Infringement | | | |
| Twenty-Second Claim: D'270 Patent Infringement | | | |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | Galaxy Tab 10.1 (LTE) | Gem | Gravity | Gravity Smart | Indulge |
|---|---|---|---|---|---|
| **Utility Patents** | | | | | |
| Eighth Claim: '002 Patent Infringement | x | x | w | x | x |
| Ninth Claim: '381 Patent Infringement | x | A | w | x | A |
| Tenth Claim: '607 Patent Infringement | x | | | | |
| Eleventh Claim: '828 Patent Infringement | x | x | w | x | x |
| Twelfth Claim: '915 Patent Infringement | x | A | w | x | A |
| Thirteenth Claim: '891 Patent Infringement | x | x | w | x | x |
| Fourteenth Claim: '163 Patent Infringement | x | S | w | x | S |
| Fifteenth Claim: '129 Patent Infringement | x | | | | |
| **Design Patents** | | | | | |
| Sixteenth Claim: D'790 Patent Infringement | | x | | w | x |
| Seventeenth Claim: D'334 Patent Infringement | | x | | w | x |
| Eighteenth Claim: D'305 Patent Infringement | | A | | w | A |
| Nineteenth Claim: D'677 Patent Infringement | | | | | |
| Twentieth Claim: D'889 Patent Infringement | S | | | | |
| Twenty-First Claim: D'087 Patent Infringement | | | | | |
| Twenty-Second Claim: D'270 Patent Infringement | | | | | |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | | Infuse 4G | Intercept | Mesmerize | Nexus S | Nexus S 4G | Replenish |
|---|---|---|---|---|---|---|---|
| Utility Patents | Eighth Claim: '002 Patent Infringement | x | x | x | x | x | x |
| | Ninth Claim: '381 Patent Infringement | A | x | A | x | A | A |
| | Tenth Claim: '607 Patent Infringement | | | | | | |
| | Eleventh Claim: '828 Patent Infringement | x | x | x | x | x | x |
| | Twelfth Claim: '915 Patent Infringement | A | S | A | x | A | S |
| | Thirteenth Claim: '891 Patent Infringement | x | x | x | x | x | x |
| | Fourteenth Claim: '163 Patent Infringement | A | S | A | x | S | A |
| | Fifteenth Claim: '129 Patent Infringement | | | | | | |
| Design Patents | Sixteenth Claim: D'790 Patent Infringement | x | | x | | | |
| | Seventeenth Claim: D'334 Patent Infringement | x | | x | | | |
| | Eighteenth Claim: D'305 Patent Infringement | A | | A | | | |
| | Nineteenth Claim: D'677 Patent Infringement | A | | A | | | |
| | Twentieth Claim: D'889 Patent Infringement | | | | | | |
| | Twenty-First Claim: D'087 Patent Infringement | S | | w | | | |
| | Twenty-Second Claim: D'270 Patent Infringement | w | | w | | | |

**Disputed Issues of Liability for Apple Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

|  |  | Sidekick | Transform | Vibrant |
|---|---|---|---|---|
| Utility Patents | Eighth Claim: '002 Patent Infringement | x | x | x |
| | Ninth Claim: '381 Patent Infringement | x |  | A |
| | Tenth Claim: '607 Patent Infringement |  |  |  |
| | Eleventh Claim: '828 Patent Infringement | x | x | x |
| | Twelfth Claim: '915 Patent Infringement | x | A | A |
| | Thirteenth Claim: '891 Patent Infringement | x | x | x |
| | Fourteenth Claim: '163 Patent Infringement | x | S | S |
| | Fifteenth Claim: '129 Patent Infringement |  |  |  |
| Design Patents | Sixteenth Claim: D'790 Patent Infringement |  |  | x |
| | Seventeenth Claim: D'334 Patent Infringement |  |  | x |
| | Eighteenth Claim: D'305 Patent Infringement |  |  | A |
| | Nineteenth Claim: D'677 Patent Infringement |  |  | A |
| | Twentieth Claim: D'889 Patent Infringement |  |  |  |
| | Twenty-First Claim: D'087 Patent Infringement |  |  | A |
| | Twenty-Second Claim: D'270 Patent Infringement |  |  | x |

Schedule 1: Disputed Issues of Liability for Apple Intellectual Property Raised During Discovery

## Disputed Issues of Liability for Apple Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated
at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial
Shaded claims or products were dropped or withdrawn prior to trial

| | | Acclaim | Captivate | Continuum |
|---|---|---|---|---|
| **Samsung Affirmative Defenses and Counterclaims** | **Third Affirmative Defense: Patent Invalidity** | A ('381), A ('915), A ('163), A (D'677), A (D'087), A (D'305), A (D'889), x, x, x, x, x, x, x, x | | |
| | **Fourteenth Counterclaim: Declaration of Invalidity of the '828, '002, '381, '915, '891, '607, '163, '129, 'D790, 'D334, 'D305, 'D087, 'D677, 'D270, and 'D889 Patents** | | | |
| | **Fourth Affirmative Defense: No Valid Trademark or Trade Dress** | A (unregistered iPhone 3G trade dress), S (unregistered combination iPhone trade dress), S (unregistered iPad/iPad2 trade dress), x, x, x, x, x, x, x, x | | |
| | **Eighteenth Claim for Relief: Declaration of Invalidity of the '983, '218, '327, '196, '642, '200, '685, '169, '197, and '038 Registrations and the '463, '838, '829, '869, and '118 Applications** | A ('983), x, x, x, x, x, x, x, x, x, x, x, x, x | | |

| | |
|---|---|
| **TOTAL (unique disputed issues of liability for Apple IP asserted in complaint or interrogatories )** | **2512** |
| **Disputed Issues of Liability for Apple IP on which Apple Prevailed at Trial** | **107** |
| **Disputed Issues of Liability for Apple IP  on which Samsung Prevailed at Trial** | **66** |