# SCHEDULE 2

**Disputed Issues of Liability for Samsung Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" =
disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent
Shaded claims or Products were dropped or withdrawn prior to trial

| | | iPhone 3G | iPhone 3GS | iPhone 4 | iPad | iPad 3G |
|---|---|---|---|---|---|---|
| Samsung Patents | First Claim: Infringement of the '604 Patent | x | x | x | | x |
| | Second Claim: Infringement of '410 Patent | x | x | x | | x |
| | Third Claim: Infringement of '055 Patent | x | x | x | x | x |
| | Fourth Claim: Infringement of '871 Patent | x | x | x | x | x |
| | Fifth Claim: Infringement of '792 Patent | x | x | x | | x |
| | Sixth Claim: Infringement of the '867 Patent | x | x | x | | x |
| | Seventh Claim: Infringement of the '001 Patent | x | x | x | | x |
| | Eighth Claim: Infringment of the '516 Patent | | | | | |
| | Claim 15 | | | A | | |
| | Claim 16 | | | A | | |
| | Ninth Claim: Infringement of the '893 Patent | x | A | A | | |
| | Tenth Claim: Infringement of the '460 Patent | | | | | |
| | Claim 1, Literal Infringement | A | A | A | | |
| | Claim 1, Doctrine of Equivalents | | A | A | | |
| | Eleventh Claim: Infringement of the '941 Patent | x | x | | | x |
| | Claim 10 | | | A | | |
| | Claim 15 | | | A | | |
| | Twelfth Claim: Infringement of the '711 Patent | A | A | A | x | x |

**Disputed Issues of Liability for Samsung Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" =
disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent
Shaded claims or Products were dropped or withdrawn prior to trial

| | | iPad2 | iPad2 3G | iPod Touch | iPod Touch 4th Gen. |
|---|---|---|---|---|---|
| **Samsung Patents** | **First Claim: Infringement of the '604 Patent** | | x | | |
| | **Second Claim: Infringement of '410 Patent** | | x | | |
| | **Third Claim: Infringement of '055 Patent** | x | x | x | |
| | **Fourth Claim: Infringement of '871 Patent** | x | x | x | |
| | **Fifth Claim: Infringement of '792 Patent** | | x | | |
| | **Sixth Claim: Infringement of the '867 Patent** | | x | | |
| | **Seventh Claim: Infringement of the '001 Patent** | | x | | |
| | **Eighth Claim: Infringment of the '516 Patent** | | | | |
| | Claim 15 | | A | | |
| | Claim 16 | | A | | |
| | **Ninth Claim: Infringement of the '893 Patent** | x | A | | A |
| | **Tenth Claim: Infringement of the '460 Patent** | x | | | |
| | Claim 1, Literal Infringement | | | | A |
| | Claim 1, Doctrine of Equivalents | | A | | A |
| | **Eleventh Claim: Infringement of the '941 Patent** | | | | |
| | Claim 10 | | A | | |
| | Claim 15 | | A | | |
| | **Twelfth Claim: Infringement of the '711 Patent** | x | x | x | A |

**Disputed Issues of Liability for Samsung Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" =
disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent
Shaded claims or Products were dropped or withdrawn prior to trial

| | | | |
|---|---|---|---|
| **Apple Affirmative Defenses and Counterclaims** | Second Affirmative Defense: Patent Invalidity | | |
| | Second Counterclaim: Declaratory Judgment of Invalidity of the '604 | | x |
| | Fourth Counterclaim: Declaratory Judgment of Invalidity of the '410 | | x |
| | Sixth Counterclaim: Declaratory Judgment of Invalidity of the '055 | | x |
| | Eighth Counterclaim: Declaratory Judgment of Invalidity of the '871 | | x |
| | Tenth Counterclaim: Declaratory Judgment of Invalidity of the '792 | | x |
| | Twelfth Counterclaim: Declaratory Judgment of Invalidity of the '867 | | x |
| | Fourteenth Counterclaim: Declaratory Judgment of Invalidity of the '001 | | x |
| | Sixteenth Counterclaim: Declaratory Judgment of Invalidity of the '516 | | |
| | Claim 15 | | S |
| | Claim 16 | | S |
| | Eighteenth Counterclaim: Declaratory Judgment of Invalidity of the '893 | | S |
| | Twentieth Counterclaim: Declaratory Judgment of Invalidity of the '460 | | S |
| | Twenty-scond Counterclaim: Declaratory Judgment of Invalidity of the '941 | | |
| | Claim 10 | | S |
| | Claim 15 | | S |
| | Twenty-fourth Counterclaim: Declaratory Judgment of Invalidity of the '711 | | S |
| | Twenty-fifth Counterclaim: Breach of Contract (FRAND) | | S |
| | Twenty-seventh Counterclaim: Declaratory Judgment that Apple is Licensed to Samsung's Declared-Essentials Patents | | x |
| | Twenty-eight Counterclaim: Anti-Trust, Sherman Act | | S |
| | Twenty-ninth Counterclaim: Unfair Competition, § 17200 | | x |

**Disputed Issues of Liability for Samsung Intellectual Property**

"x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" =
disputed issue withdrawn in amended or subsequent interrogatories
"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent
Shaded claims or Products were dropped or withdrawn prior to trial

| Apple Affirmative Defenses and Counterclaims | Fourth Affirmative Defense: Patent Exhaustion | | S* ('516), A ('941), x, x, x, x, x, x, x, x, x, x |
|---|---|---|---|

| | |
|---|---|
| TOTAL (unique disputed issues of liability for Samsung IP asserted in complaint or interrogatories) | 106 |
| Disputed Issues of Liability for Samsung IP on which Samsung Prevailed at Trial or Post-Trial | 10 |
| Disputed Issues of Liability for Samsung IP on which Apple Prevailed at Trial | 25 |