# SCHEDULE 3

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Captivate | Continuum | Droid Charge | Epic 4G |
|---|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| | iPhone 3G Trade Dress | S | S | S | S |
| | iPad Trade Dress | | | | |
| | iPad 2 Trade Dress | | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | S | S | S |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | S | S | S | S |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | A | A | A | A |
| | **Twelfth Claim: '915 Patent Infringement** | A | A | A | A |
| | **Fourteenth Claim: '163 Patent Infringement** | S | S | A | A |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | A | A | A | A |
| | **Nineteenth Claim: D'677 Patent Infringement** | | | | |
| | **Twentieth Claim: D'889 Patent Infringement** | | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | | | |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Exhibit 4G | Fascinate | Galaxy Ace |
|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| | iPhone 3G Trade Dress | | A | |
| | iPad Trade Dress | | | |
| | iPad 2 Trade Dress | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | A | |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | A | A | A |
| | **Twelfth Claim: '915 Patent Infringement** | A | A | S |
| | **Fourteenth Claim: '163 Patent Infringement** | A | A | A |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | | A | |
| | **Nineteenth Claim: D'677 Patent Infringement** | | A | S |
| | **Twentieth Claim: D'889 Patent Infringement** | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | | |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Galaxy Prevail | Galaxy S (i9000) | Galaxy S 4G |
|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| | iPhone 3G Trade Dress | S | A | A |
| | iPad Trade Dress | | | |
| | iPad 2 Trade Dress | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | S | S |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | S | A | A |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | A | A | A |
| | **Twelfth Claim: '915 Patent Infringement** | A | A | A |
| | **Fourteenth Claim: '163 Patent Infringement** | A | A | A |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | | A | A |
| | **Nineteenth Claim: D'677 Patent Infringement** | | A | A |
| | **Twentieth Claim: D'889 Patent Infringement** | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | A | A |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Galaxy S Showcase i500 | Galaxy S II (AT&T) | Galaxy S II (i9100) |
|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| | iPhone 3G Trade Dress | A | S | S |
| | iPad Trade Dress | | | |
| | iPad 2 Trade Dress | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | S | S |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | A | S | S |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | | A | A |
| | **Twelfth Claim: '915 Patent Infringement** | | A | A |
| | **Fourteenth Claim: '163 Patent Infringement** | | A | A |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | A | | |
| | **Nineteenth Claim: D'677 Patent Infringement** | A | A | A |
| | **Twentieth Claim: D'889 Patent Infringement** | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | S | S |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Galaxy S II (T-Mobile) | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) | Galaxy Tab |
|---|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| | iPhone 3G Trade Dress | S | S | S | |
| | iPad Trade Dress | | | | |
| | iPad 2 Trade Dress | | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | S | S | S | |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | S | S | S | |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | | | | A |
| | **Twelfth Claim: '915 Patent Infringement** | A | | | A |
| | **Fourteenth Claim: '163 Patent Infringement** | A | | | A |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | | | | |
| | **Nineteenth Claim: D'677 Patent Infringement** | A | A | A | |
| | **Twentieth Claim: D'889 Patent Infringement** | | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | S | S | |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Galaxy Tab 10.1 (wifi) | Galaxy Tab 10.1 (LTE) | Gem |
|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| | iPhone 3G Trade Dress | | | |
| | iPad Trade Dress | S | S | |
| | iPad 2 Trade Dress | S | S | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | S | S | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | A | | A |
| | **Twelfth Claim: '915 Patent Infringement** | A | | A |
| | **Fourteenth Claim: '163 Patent Infringement** | A | | S |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | | | A |
| | **Nineteenth Claim: D'677 Patent Infringement** | | | |
| | **Twentieth Claim: D'889 Patent Infringement** | S | S | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | | |

**Disputed Issues of Liability Tried to a Jury**

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Indulge | Infuse 4G | Intercept | Mesmerize |
|---|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| | iPhone 3G Trade Dress | | S | | A |
| | iPad Trade Dress | | | | |
| | iPad 2 Trade Dress | | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | | S |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | S | | A |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | A | A | | A |
| | **Twelfth Claim: '915 Patent Infringement** | A | A | S | A |
| | **Fourteenth Claim: '163 Patent Infringement** | S | A | S | A |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | A | A | | A |
| | **Nineteenth Claim: D'677 Patent Infringement** | | A | | A |
| | **Twentieth Claim: D'889 Patent Infringement** | | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | S | | |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | Nexus S 4G | Replenish | Transform | Vibrant |
|---|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| | iPhone 3G Trade Dress | | | | A |
| | iPad Trade Dress | | | | |
| | iPad 2 Trade Dress | | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | | S |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | | A |
| **Apple Utility Patents** | **Ninth Claim: '381 Patent Infringement** | A | A | | A |
| | **Twelfth Claim: '915 Patent Infringement** | A | S | A | A |
| | **Fourteenth Claim: '163 Patent Infringement** | S | A | S | S |
| **Apple Design Patents** | **Eighteenth Claim: D'305 Patent Infringement** | | | | A |
| | **Nineteenth Claim: D'677 Patent Infringement** | | | | A |
| | **Twentieth Claim: D'889 Patent Infringement** | | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | | | A |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | |
|---|---|---|
| **Samsung Affirmative Defenses and Counterclaims** | **Third Affirmative Defense: Patent Invalidity** | A ('381), A ('915), A ('163), A (D'677), A (D'087), A (D'305), A (D'889) |
| | **Fourteenth Counterclaim: Declaration of Invalidity of the '828, '002, '381, '915, '891, '607, '163, '129, 'D790, 'D334, 'D305, 'D087, 'D677, 'D270, and 'D889 Patents** | |
| | **Fourth Affirmative Defense: No Valid Trademark or Trade Dress** | A (unregistered iPhone 3G trade dress), S (unregistered combination iPhone trade dress), S (unregistered iPad/iPad2 trade dress) |
| | **Eighteenth Claim for Relief: Declaration of Invalidity of the '983, '218, '327, '196, '642, '200, '685, '169, '197, and '038 Registrations and the '463, '838, '829, '869, and '118 Applications** | A ('983) |

**Disputed Issues of Liability Tried to a Jury**

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | iPhone 3G | iPhone 3GS | iPhone 4 | iPad2 3G |
|---|---|---|---|---|---|
| Samsung Patents | **Eighth Claim: Infringment of the '516 Patent** (Claims 15 and 16) | | | | |
| | Claim 15 | | | A | A |
| | Claim 16 | | | A | A |
| | **Ninth Claim: Infringement of the '893 Patent** | | A | A | A |
| | **Tenth Claim: Infringement of the '460 Patent** | | | | |
| | Claim 1, Literal Infringement | A | A | A | |
| | Claim 1, Doctrine of Equivalents | | A | A | A |
| | **Eleventh Claim: Infringement of the '941 Patent** | | | | |
| | Claim 10 | | | A | A |
| | Claim 15 | | | A | A |
| | **Twelfth Claim:  Infringement of the '711 Patent** | A | A | A | |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | iPod Touch 4th Gen. |
|---|---|---|
| **Samsung Patents** | **Eighth Claim: Infringment of the '516 Patent** (Claims 15 and 16) | |
| | Claim 15 | |
| | Claim 16 | |
| | **Ninth Claim: Infringement of the '893 Patent** | A |
| | **Tenth Claim: Infringement of the '460 Patent** | |
| | Claim 1, Literal Infringement | A |
| | Claim 1, Doctrine of Equivalents | A |
| | **Eleventh Claim: Infringement of the '941 Patent** | |
| | Claim 10 | |
| | Claim 15 | |
| | **Twelfth Claim:  Infringement of the '711 Patent** | A |

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;

"S" = Samsung prevailed on disputed issue at trial;

"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | |
|---|---|---|
| **Apple Affirmative Defenses and Counterclaims** | **Sixteenth Counterclaim: Declaratory Judgment of Invalidity of the '516** | |
| | Claim 15 | S |
| | Claim 16 | S |
| | **Eighteenth Counterclaim: Declaratory Judgment of Invalidity of the '893** | S |
| | **Twentieth Counterclaim: Declaratory Judgment of Invalidity of the '460** | S |
| | **Twenty-scond Counterclaim: Declaratory Judgment of Invalidity of the '941** | |
| | Claim 10 | S |
| | Claim 15 | S |
| | **Twenty-fourth Counterclaim: Declaratory Judgment of Invalidity of the '711** | S |
| | **Twenty-fifth Counterclaim: Breach of Contract (FRAND)** | S |
| | **Twenty-eight Counterclaim: Anti-Trust, Sherman Act** | S |
| | **Fourth Affirmative Defense: Patent Exhaustion** | S* ('516), A ('941) |

| | |
|---|---|
| **TOTAL (unique disputed issues of liability litigated at trial)** | **208** |
| **Disputed Issues of Liability on which Apple Prevailed at Trial** | **132** |
| **Disputed Issues of Liability on which Samsung Prevailed at Trial or Post-Trial** | **76** |