QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S PRE-ASSESSMENT OBJECTIONS TO APPLE'S BILL OF COSTS**<br><br>**Place**:  Courtroom 8, 4th Floor<br>**Judge**:  Hon. Lucy H. Koh |

I, Sara Jenkins, hereby declare as follows:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this Declaration in support of Samsung's Objections to Apple's Bill of Costs. I have knowledge of the facts set forth in this declaration, except as otherwise specified, and I could and would testify competently thereto if called to do so.

2. Counsel for Samsung and Apple met and conferred on January 22, 2014 in an attempt to resolve Samsung's objections to Apple's Bill of Costs. Those efforts did not resolve Samsung's objections.

3. In its Bill of Costs, Apple claims costs for the expedited processing of many of its deposition transcripts. (*See* Krevans Decl. ¶ 11, Schedule A-1 and Exhibit A-1 to the Krevans Declaration; Schedule D-1 and Exhibit D-1 to the Selwyn Declaration.) Attached hereto as Schedule 1 is a spreadsheet I prepared itemizing the costs that Apple has claimed for the expedited processing of deposition transcripts. The sum of expedited processing of deposition transcripts reflected on Apple's submitted invoices is $107,949.00.

4. In its Bill of Costs, Apple claims costs for the expedited shipping and handling of many of its claimed deposition transcripts. (*See* Exhibit A-1 to the Krevans Declaration; and Exhibit D-1 to the Selwyn Declaration). Attached hereto as Schedule 2 is a spreadsheet I prepared itemizing the costs that Apple has claimed for the expedited shipping of deposition transcripts. The sum of expedited shipping of deposition transcripts reflected on Apple's submitted invoices is $21,045.00.

5. In its Bill of Costs, Apple claims costs for "Realtime" in connection with its trial transcripts. (*See* Exhibit A-2 to the Krevans Declaration at Dkt. 2853-8 at 18, 20, and 31.) Attached hereto as Schedule 3 is a spreadsheet I prepared itemizing the costs that Apple has claimed for "Realtime" in connection to its trial transcripts. The sum of "Realtime" costs reflected on Apple's submitted invoices is $20,390.30.

6. Throughout discovery in this matter, both Apple and Samsung made their Highly Confidential Source Code available in secure rooms at the offices of each party's counsel. Samsung also made its Highly Confidential prototypes and model products available at a secure space at Samsung's counsel's office. Samsung's counsel did not charge Samsung for the use of this secure space.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on January 23, 2014.

        */s/ Sara Jenkins*
        Sara Jenkins

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Sara Jenkins.

   */s/ Victoria F. Maroulis*
   Victoria F. Maroulis

-3-   Case No. 11-cv-01846-LHK
JENKINS DECLARATION ISO SAMSUNG'S PRE-ASSESSMENT OBJS TO APPLE'S BILL OF COSTS