# SCHEDULE 2

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 8/12/2011 | 072611-52496 | TSG Reporting | Richard Lutton (7/26/2011) | |
| | | | (Shipping & Handling) | $70.00 |
| 8/12/2011 | 072611-52497 | TSG Reporting | Richard Lutton (7/26/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 8/12/2011 | 072711-52500 | TSG Reporting | Sissie Twiggs (7/27/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 8/12/2011 | 072711-52501 | TSG Reporting | Sissie Twiggs (7/27/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 8/24/2011 | 080311-52709 | TSG Reporting | Christopher Stringer (8/3/2011) | |
| | | | (Shipping & Handling) | $60.00 |
| 8/24/2011 | 080311-52710 | TSG Reporting | Christopher Stringer (8/3/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 8/24/2011 | 080511-52713 | TSG Reporting | Cooper Woodring (8/5/2011) | |
| | | | (Shipping & Handling) | $100.00 |
| 8/24/2011 | 080511-52714 | TSG Reporting | Cooper Woodring (8/5/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 8/24/2011 | 080911-52717 | TSG Reporting | Bas Ording (8/9/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 8/24/2011 | 080911-52718 | TSG Reporting | Bas Ording (8/9/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 8/31/2011 | 081611-53213 | TSG Reporting | Ravin Balakrishnan (8/16/2011) | |
| | | | (Shipping & Handling) | $60.00 |
| 8/31/2011 | 081611-53214 | TSG Reporting | Ravin Balakrishnan (8/16/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 090911-100306 | TSG Reporting | Nicholas Godici (9/9/2011) | |
| | | | (Shipping & Handling) | $60.00 |
| 9/30/2011 | 090911-100307 | TSG Reporting | Nicholas Godici (9/9/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 091411-100308 | TSG Reporting | Michael Wagner (9/14/2011) | |
| | | | (Shipping & Handling) | $100.00 |
| 9/30/2011 | 091411-100309 | TSG Reporting | Michael Wagner (9/14/2011) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 091411-100581 | TSG Reporting | Andres Van Dam (9/14/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 9/30/2011 | 091411-100582 | TSG Reporting | Andres Van Dam (9/14/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 091511-100312 | TSG Reporting | Itay Sherman (9/15/2011) | |
| | | | (Shipping & Handling) | $70.00 |
| 9/30/2011 | 091511-100313 | TSG Reporting | Itay Sherman (9/15/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 091711-100316 | TSG Reporting | Benjamin Bederson (9/17/2011) | |
| | | | (Shipping & Handling) | $110.00 |
| 9/30/2011 | 091711-100317 | TSG Reporting | Benjamin Bederson (9/17/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 092011-100585 | TSG Reporting | Omar Khan (9/20/2011) | |
| | | | (Shipping & Handling) | $110.00 |
| 9/30/2011 | 092011-100586 | TSG Reporting | Omar Khan (9/20/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 092111-100589 | TSG Reporting | Justin Denison (9/21/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 9/30/2011 | 092111-100590 | TSG Reporting | Justin Denison (9/21/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 9/30/2011 | 092311-100593 | TSG Reporting | Roger Fidler (9/23/2011) | |
| | | | (Shipping & Handling) | $110.00 |
| 9/30/2011 | 092311-100594 | TSG Reporting | Roger Fidler (9/23/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/17/2011 | 102011-99838 | TSG Reporting | Brian Land (10/20/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/17/2011 | 102011-99839 | TSG Reporting | Brian Land (10/20/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 10/19/2011 | 100511-101022 | TSG Reporting | Robert Beyers (10/5/2011) | |
| | | | (Shipping & Handling Pro-Rated) | $27.50 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 10/19/2011 | 100511-101023 | TSG Reporting | Robert Beyers (10/5/2011) | |
| | | | (Shipping & Handling Pro-Rated) | $10.00 |
| 10/19/2011 | 100511-101022 | TSG Reporting | Gary Williams (10/5/2011) | |
| | | | (Shipping & Handling Pro-Rated) | $27.50 |
| 10/19/2011 | 100511-101023 | TSG Reporting | Gary Williams (10/5/2011) | |
| | | | (Shipping & Handling Pro-Rated) | $10.00 |
| 10/19/2011 | 092611-101000 | TSG Reporting | Jeffrey Johnson (9/26/2011) | |
| | | | (Shipping & Handling) | $110.00 |
| 10/19/2011 | 092611-101001 | TSG Reporting | Jeffrey Johnson (9/26/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/19/2011 | 093011-101006 | TSG Reporting | Billy Allen (9/30/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/19/2011 | 093011-101007 | TSG Reporting | Billy Allen (9/30/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/19/2011 | 093011-101010 | TSG Reporting | Judith Szepesi (9/30/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/19/2011 | 093011-101011 | TSG Reporting | Judith Szepesi (9/30/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/19/2011 | 100311-101014 | TSG Reporting | Kenneth Xie (10/3/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/19/2011 | 100311-101015 | TSG Reporting | Kenneth Xie (10/3/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/19/2011 | 100311-101018 | TSG Reporting | Jeremy Schweigert (10/3/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/19/2011 | 100311-101019 | TSG Reporting | Jeremy Schweigert (10/3/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/19/2011 | 100711-101026 | TSG Reporting | Tatiana Rossin (10/7/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/19/2011 | 100711-101027 | TSG Reporting | Tatiana Rossin (10/7/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 10/31/2011 | 102011-101466 | TSG Reporting | Peter Russell-Clarke (10/20/2011) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 102011-101467 | TSG Reporting | Peter Russell-Clarke (10/20/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/31/2011 | 101811-101462 | TSG Reporting | Brian Huppi (10/18/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101811-101463 | TSG Reporting | Brian Huppi (10/18/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 10/31/2011 | 101811-101458 | TSG Reporting | Freddy Anzures (10/18/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101811-101459 | TSG Reporting | Freddy Anzures (10/18/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/31/2011 | 101411-101446 | TSG Reporting | Imran Chaudhri (10/14/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101411-101447 | TSG Reporting | Imran Chaudhri (10/14/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/31/2011 | 101411-101450 | TSG Reporting | Scott Herz (10/14/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101411-101451 | TSG Reporting | Scott Herz (10/14/2011) | |
| | | | (Shipping & Handling) | $15.00 |
| 10/31/2011 | 101811-101454 | TSG Reporting | Andrew Platzer (10/18/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101811-101455 | TSG Reporting | Andrew Platzer (10/18/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 10/31/2011 | 101211-101426 | TSG Reporting | Alex Chartove (10/12/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101211-101427 | TSG Reporting | Alex Chartove (10/12/2011) | |
| | | | (Shipping & Handling) | $15.00 |
| 10/31/2011 | 101211-101430 | TSG Reporting | Brian Mcknight (10/12/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101211-101431 | TSG Reporting | Brian Mcknight (10/12/2011) | |
| | | | (Shipping & Handling) | $40.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 10/31/2011 | 101311-101434 | TSG Reporting | John Elias (10/13/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101311-101435 | TSG Reporting | John Elias (10/13/2011) | |
| | | | (Shipping & Handling) | $15.00 |
| 10/31/2011 | 101411-101438 | TSG Reporting | Stephen Lemay (10/14/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101411-101439 | TSG Reporting | Stephen Lemay (10/14/2011) | |
| | | | (Shipping & Handling) | $15.00 |
| 10/31/2011 | 101411-101442 | TSG Reporting | Chris Blumenberg (10/14/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101411-101443 | TSG Reporting | Chris Blumenberg (10/14/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/31/2011 | 100711-101414 | TSG Reporting | Tracy-Gene Durkin (10/7/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 100711-101415 | TSG Reporting | Tracy-Gene Durkin (10/7/2011) | |
| | | | (Shipping & Handling) | $15.00 |
| 10/31/2011 | 101011-101418 | TSG Reporting | Gregory Weaver (10/10/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101011-101419 | TSG Reporting | Gregory Weaver (10/10/2011) | |
| | | | (Shipping & Handling) | $15.00 |
| 10/31/2011 | 101011-101422 | TSG Reporting | Glenn Kubota (10/10/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 101011-101423 | TSG Reporting | Glenn Kubota (10/10/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/31/2011 | 100511-101402 | TSG Reporting | Mark Peloquin (10/5/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 100511-101403 | TSG Reporting | Mark Peloquin (10/5/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 10/31/2011 | 100611-101406 | TSG Reporting | Michael Mallie (10/6/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 100611-101407 | TSG Reporting | Michael Mallie (10/6/2011) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $40.00 |
| 10/31/2011 | 100611-101410 | TSG Reporting | Erin Wong (10/6/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 100611-101411 | TSG Reporting | Erin Wong (10/6/2011) | |
| | | | (Shipping & Handling) | $15.00 |
| 10/31/2011 | 100411-101398 | TSG Reporting | James Scheller (10/4/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 10/31/2011 | 100411-101399 | TSG Reporting | James Scheller (10/4/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/17/2011 | 102111-99842 | TSG Reporting | Daniele De Luliis (10/21/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 102111-99843 | TSG Reporting | Daniele De Luliis (10/21/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/17/2011 | 101811-99834 | TSG Reporting | Greg Christie (10/18/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 101811-99835 | TSG Reporting | Greg Christie (10/18/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/17/2011 | 102111-99846 | TSG Reporting | Rico Zorkendorfer (10/21/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 102111-99847 | TSG Reporting | Rico Zorkendorfer (10/21/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/17/2011 | 102111-99850 | TSG Reporting | Steven Hotelling (10/21/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 102111-99851 | TSG Reporting | Steven Hotelling (10/21/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/17/2011 | 102411-99856 | TSG Reporting | Matthew Rohrbach (10/24/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 102411-99857 | TSG Reporting | Matthew Rohrbach (10/24/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/17/2011 | 102511-99860 | TSG Reporting | Quin Hoellwarth (10/25/2011) | |
| | | | (Shipping & Handling) | $55.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 11/17/2011 | 102511-99861 | TSG Reporting | Quin Hoellwarth (10/25/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/17/2011 | 102511-99864 | TSG Reporting | Bas Ording (10/25/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 102511-99865 | TSG Reporting | Bas Ording (10/25/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/17/2011 | 102611-99868 | TSG Reporting | Steven (Todd) Christensen (10/26/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 102611-99869 | TSG Reporting | Steven (Todd) Christensen (10/26/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/17/2011 | 102611-99872 | TSG Reporting | Duncan Kerr (10/26/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/17/2011 | 102611-99873 | TSG Reporting | Duncan Kerr (10/26/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/21/2011 | 102611-99878 | TSG Reporting | Bartley Andre (10/26/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 102611-99879 | TSG Reporting | Bartley Andre (10/26/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/21/2011 | 102611-99882 | TSG Reporting | Andre Boule (10/26/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 102611-99883 | TSG Reporting | Andre Boule (10/26/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/21/2011 | 102611-99886 | TSG Reporting | Marcel Van Os (10/26/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 102611-99887 | TSG Reporting | Marcel Van Os (10/26/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/21/2011 | 102711-99890 | TSG Reporting | Scott Forstall (10/27/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 102711-99891 | TSG Reporting | Scott Forstall (10/27/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/21/2011 | 102711-99894 | TSG Reporting | Daniel Coster (10/27/2011) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 102711-99895 | TSG Reporting | Daniel Coster (10/27/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/21/2011 | 102711-99898 | TSG Reporting | Eugene Whang (10/27/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 102711-99899 | TSG Reporting | Eugene Whang (10/27/2011) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/21/2011 | 102811-99902 | TSG Reporting | Richard Williamson (10/28/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 102811-99903 | TSG Reporting | Richard Williamson (10/28/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/21/2011 | 103111-99906 | TSG Reporting | Wayne Westerman (10/31/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 103111-99907 | TSG Reporting | Wayne Westerman (10/31/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/21/2011 | 103111-99910 | TSG Reporting | Richard Howarth (10/31/20111) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 103111-99911 | TSG Reporting | Richard Howarth (10/31/20111) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/21/2011 | 110411-99914 | TSG Reporting | Christopher Stringer (11/4/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 110411-99915 | TSG Reporting | Christopher Stringer (11/4/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/21/2011 | 110811-99918 | TSG Reporting | Douglas Satzger (11/8/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 11/21/2011 | 110811-99919 | TSG Reporting | Douglas Satzger (11/8/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 12/13/2011 | 102011-103603 | TSG Reporting | Joshua Strickton (10/20/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 12/13/2011 | 102011-103604 | TSG Reporting | Joshua Strickton (10/20/2011) | |
| | | | (Shipping & Handling) | $40.00 |

5717203_4.xlsx

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 12/28/2011 | 120111-104007 | TSG Reporting | Jonathan Ive (12/1/2011) | |
| | | | (Shipping & Handling) | $55.00 |
| 12/28/2011 | 120111-104008 | TSG Reporting | Jonathan Ive (12/1/2011) | |
| | | | (Shipping & Handling) | $40.00 |
| 1/25/2012 | 011112-105741 | TSG Reporting | Bo-Ra Kim (1/11/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 1/25/2012 | 011112-105742 | TSG Reporting | Bo-Ra Kim (1/11/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 1/25/2012 | 011112-105745 | TSG Reporting | Ahyoung Kim (1/11/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 1/25/2012 | 011112-105746 | TSG Reporting | Ahyoung Kim (1/11/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 1/25/2012 | 011212-105749 | TSG Reporting | Woo Kyun Kho (1/12/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 1/25/2012 | 011212-105750 | TSG Reporting | Woo Kyun Kho (1/12/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 1/31/2012 | 011412-105989 | TSG Reporting | Nara Cho (1/14/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 1/31/2012 | 011412-105990 | TSG Reporting | Nara Cho (1/14/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 1/31/2012 | 011412-105993 | TSG Reporting | Junho Park (1/14/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 1/31/2012 | 011412-105994 | TSG Reporting | Junho Park (1/14/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 1/31/2012 | 011912-105999 | TSG Reporting | Shawn Day (Synaptics) (1/19/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 1/31/2012 | 011912-106000 | TSG Reporting | Shawn Day (Synaptics) (1/19/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 1/31/2012 | 011912-106003 | TSG Reporting | Richard Woolley (Cirque) (1/19/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 1/31/2012 | 011912-106004 | TSG Reporting | Richard Woolley (Cirque) (1/19/2012) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $40.00 |
| 2/10/2012 | 012412-106755 | TSG Reporting | Timothy Sheppard (1/24/2012) | |
| | | | (Shipping & Handling) | $60.00 |
| 2/10/2012 | 012412-106756 | TSG Reporting | Timothy Sheppard (1/24/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/10/2012 | 012512-106759 | TSG Reporting | Justin Denison (1/25/2012) | |
| | | | (Shipping & Handling) | $85.00 |
| 2/10/2012 | 012512-106760 | TSG Reporting | Justin Denison (1/25/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/10/2012 | 012712-106763 | TSG Reporting | Brian Rosenberg (1/27/2012) | |
| | | | (Shipping & Handling) | $110.00 |
| 2/10/2012 | 012712-106764 | TSG Reporting | Brian Rosenberg (1/27/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/13/2012 | 012712-106983 | TSG Reporting | Jaegwan Shin (1/27/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 2/13/2012 | 012712-106984 | TSG Reporting | Jaegwan Shin (1/27/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/29/2012 | 020112-108359 | TSG Reporting | Qi Ling (2/1/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 2/29/2012 | 020112-108360 | TSG Reporting | Qi Ling (2/1/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/29/2012 | 020712-108416 | TSG Reporting | Jonathan Ive (Continuation) (2/7/2012) | |
| | | | (Shipping & Handling) | $15.00 |
| 2/29/2012 | 020712-108417 | TSG Reporting | Jonathan Ive (Continuation) (2/7/2012) | |
| | | | (Shipping & Handling) | $15.00 |
| 2/29/2012 | 021012-108365 | TSG Reporting | John Ternus (2/10/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 2/29/2012 | 021012-108366 | TSG Reporting | John Ternus (2/10/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/29/2012 | 021612-108372 | TSG Reporting | Richard Dinh (2/16/2012) | |
| | | | (Shipping & Handling) | $55.00 |

5717203_4.xlsx

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 2/29/2012 | 021612-108373 | TSG Reporting | Richard Dinh (2/16/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/29/2012 | 021712-108376 | TSG Reporting | Phillip Schiller (2/17/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 2/29/2012 | 021712-108377 | TSG Reporting | Phillip Schiller (2/17/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/29/2012 | 021712-108380 | TSG Reporting | Doo Ju Byun (2/17/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 2/29/2012 | 021712-108381 | TSG Reporting | Doo Ju Byun (2/17/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/29/2012 | 022112-108384 | TSG Reporting | Stanely Ng (2/21/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 2/29/2012 | 022112-108385 | TSG Reporting | Stanely Ng (2/21/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 2/29/2012 | 022212-108388 | TSG Reporting | Jared Golser (2/22/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 2/29/2012 | 022212-108389 | TSG Reporting | Jared Golser (2/22/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/8/2012 | CA117433 | Veritex | Owen Kwon (Iriver) (2/29/2012) | |
| | | | (Shipping & Handling) | $78.00 |
| 3/19/2012 | 20114857 | Merrill/Lega l Link | Arthur Lee Hill (Sony Ericsson) (3/2/2012) | |
| | | | (Shipping & Handling) | $60.00 |
| 3/19/2012 | 20114951 | Merrill/Lega l Link | Taichi Takayanagi (Sony) (3/8/2012) | |
| | | | (Shipping & Handling) | $60.00 |
| 3/19/2012 | CA119086 | Veritex | Owen Won (2/29/2012) | |
| | | | (Shipping & Handling) | $28.00 |
| 3/27/2012 | 20115021 | Merrill/Lega l Link | Katherine Fargo (Motorola) (3/8/2012) | |
| | | | (Shipping & Handling) | $30.00 |
| 3/27/2012 | 20115021 | Merrill/Lega l Link | Wyane Bantner (Motorola) (3/8/2012) | |
| | | | (Shipping & Handling) | $60.00 |
| 3/28/2012 | 022212-109315 | TSG Reporting | Timothy Benner (2/22/2012) | |

5717203_4.xlsx

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $165.00 |
| 3/28/2012 | 022212-109316 | TSG Reporting | Timothy Benner (2/22/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022112-109313 | TSG Reporting | Michael Tchao (2/21/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022112-109314 | TSG Reporting | Michael Tchao (2/21/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022312-109455 | TSG Reporting | Mark Buckley (2/23/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022312-109456 | TSG Reporting | Mark Buckley (2/23/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022412-109321 | TSG Reporting | Eric Jue (2/24/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022412-109322 | TSG Reporting | Eric Jue (2/24/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022812-109325 | TSG Reporting | Mark Lee (2/28/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022812-109326 | TSG Reporting | Mark Lee (2/28/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022812-109329 | TSG Reporting | Suzanne Lindberg (2/28/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022812-109330 | TSG Reporting | Suzanne Lindberg (2/28/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022812-109333 | TSG Reporting | Phil Hobson (2/28/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022812-109334 | TSG Reporting | Phil Hobson (2/28/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022812-109337 | TSG Reporting | Tamara Whiteside (2/28/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022812-109338 | TSG Reporting | Tamara Whiteside (2/28/2012) | |
| | | | (Shipping & Handling) | $40.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 3/28/2012 | 022912-109341 | TSG Reporting | Fletcher Rothkopf (2/29/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 022912-109342 | TSG Reporting | Fletcher Rothkopf (2/29/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022912-109343 | TSG Reporting | Corey Kerstetter (2/29/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 3/28/2012 | 022912-109344 | TSG Reporting | Corey Kerstetter (2/29/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022912-109347 | TSG Reporting | Dong Seok Ryu (2/29/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 3/28/2012 | 022912-109348 | TSG Reporting | Dong Seok Ryu (2/29/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 022912-109458 | TSG Reporting | Timothy Sheppard (2/29/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 3/28/2012 | 022912-109459 | TSG Reporting | Timothy Sheppard (2/29/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030112-109353 | TSG Reporting | Wei Chen (3/1/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030112-109354 | TSG Reporting | Wei Chen (3/1/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030112-109357 | TSG Reporting | Achim Pantfoerder (3/1/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030112-109358 | TSG Reporting | Achim Pantfoerder (3/1/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030112-109361 | TSG Reporting | Jason Skinder (3/1/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030112-109362 | TSG Reporting | Jason Skinder (3/1/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030112-109435 | TSG Reporting | Ken Park (Pantech) (3/1/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030112-109436 | TSG Reporting | Ken Park (Pantech) (3/1/2012) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030212-109365 | TSG Reporting | Arthur Rangel (3/2/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030212-109366 | TSG Reporting | Arthur Rangel (3/2/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030212-109369 | TSG Reporting | Tang Yew Tan (3/2/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030212-109370 | TSG Reporting | Tang Yew Tan (3/2/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030512-109373 | TSG Reporting | Geoff Shavey (Costco) (3/5/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030512-109374 | TSG Reporting | Geoff Shavey (Costco) (3/5/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030512-109377 | TSG Reporting | Stephen Zadesky (3/5/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030512-109378 | TSG Reporting | Stephen Zadesky (3/5/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030512-109381 | TSG Reporting | Anthony Wright (Dell) (3/5/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030512-109382 | TSG Reporting | Anthony Wright (Dell) (3/5/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030512-109385 | TSG Reporting | Lauren Ann Rogers (Kyocera) (3/5/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030512-109386 | TSG Reporting | Lauren Ann Rogers (Kyocera) (3/5/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030512-109389 | TSG Reporting | Robert Brunner (3/5/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030512-109390 | TSG Reporting | Robert Brunner (3/5/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030612-109393 | TSG Reporting | Creig Anderson (Radio Shack) (3/6/2012) | |
| | | | (Shipping & Handling) | $55.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 3/28/2012 | 030612-109394 | TSG Reporting | Creig Anderson (Radio Shack) (3/6/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030612-109397 | TSG Reporting | Christopher Harris (3/6/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030612-109398 | TSG Reporting | Christopher Harris (3/6/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030612-109401 | TSG Reporting | Christopher Hood (3/6/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030612-109402 | TSG Reporting | Christopher Hood (3/6/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030612-109440 | TSG Reporting | Lance Cornish (Zte) (3/6/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030612-109441 | TSG Reporting | Lance Cornish (Zte) (3/6/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030612-109445 | TSG Reporting | Amy Leslie (Olympus) (3/6/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030612-109446 | TSG Reporting | Amy Leslie (Olympus) (3/6/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030712-109405 | TSG Reporting | Richard Gioscia (Palm) (3/7/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030712-109406 | TSG Reporting | Richard Gioscia (Palm) (3/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030712-109450 | TSG Reporting | Sean Roarty (3/7/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030712-109451 | TSG Reporting | Sean Roarty (3/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030812-109407 | TSG Reporting | Loi Kim Lam (3/8/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 3/28/2012 | 030812-109408 | TSG Reporting | Loi Kim Lam (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030812-109413 | TSG Reporting | Steve Beyer (3/8/2012) | |

5717203_4.xlsx

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030812-109414 | TSG Reporting | Steve Beyer (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030812-109417 | TSG Reporting | Stephanie Chen (Tbwa/Mal) (3/8/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030812-109418 | TSG Reporting | Stephanie Chen (Tbwa/Mal) (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030812-109421 | TSG Reporting | Grant Yu (Fancymodels) (3/8/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030812-109422 | TSG Reporting | Grant Yu (Fancymodels) (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030812-109423 | TSG Reporting | Sang Hung (3/8/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 3/28/2012 | 030812-109424 | TSG Reporting | Sang Hung (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030812-109429 | TSG Reporting | Chris Prest (3/8/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030812-109430 | TSG Reporting | Chris Prest (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/28/2012 | 030812-109465 | TSG Reporting | Bj Watrous (3/8/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/28/2012 | 030812-109466 | TSG Reporting | Bj Watrous (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/30/2012 | 030712-110643 | TSG Reporting | Monica Karo (Omd) (3/7/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/30/2012 | 030712-110644 | TSG Reporting | Monica Karo (Omd) (3/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/30/2012 | 030712-109902 | TSG Reporting | Daniel Mauney (Human Centrics) (3/7/2012) | |
| | | | (Shipping & Handling) | $95.00 |
| 3/30/2012 | 030712-109903 | TSG Reporting | Daniel Mauney (Human Centrics) (3/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 3/30/2012 | 030212-110637 | TSG Reporting | Myra Haggerty (3/2/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/30/2012 | 030212-110638 | TSG Reporting | Myra Haggerty (3/2/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/30/2012 | 030812-109907 | TSG Reporting | Corrina Proctor (Human Centrics) (3/8/2012) | |
| | | | (Shipping & Handling Pro-Rated) | $62.50 |
| 3/30/2012 | 030812-109908 | TSG Reporting | Corrina Proctor (Human Centrics) (3/8/2012) | |
| | | | (Shipping & Handling) | $20.00 |
| 3/30/2012 | 030812-109907 | TSG Reporting | Barry Beith (Human Centrics) (3/8/2012) | |
| | | | (Shipping & Handling Pro-Rated) | $62.50 |
| 3/30/2012 | 030812-109908 | TSG Reporting | Barry Beith (Human Centrics) (3/8/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/30/2012 | 030812-110647 | TSG Reporting | Christine Roy (Casio) (3/8/2012) | |
| | | | (Shipping & Handling Pro-Rated) | $27.50 |
| 3/30/2012 | 030812-110648 | TSG Reporting | Christine Roy (Casio) (3/8/2012) | |
| | | | (Shipping & Handling) | $20.00 |
| 3/30/2012 | 030812-110647 | TSG Reporting | Grace Siller (Casio) (3/8/2012) | |
| | | | (Shipping & Handling Pro-Rated) | $27.50 |
| 3/30/2012 | 030812-110648 | TSG Reporting | Grace Siller (Casio) (3/8/2012) | |
| | | | (Shipping & Handling) | $20.00 |
| 3/30/2012 | 031512-110651 | TSG Reporting | Evans Hankey (3/15/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 3/30/2012 | 031512-110652 | TSG Reporting | Evans Hankey (3/15/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 3/30/2012 | 030612-110640 | TSG Reporting | Gwen Hsu (Asus) (3/6/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 4/23/2012 | 20114979 | Merrill/Lega l Link | Martin Simmons (Atmel) (3/6/2012) | |
| | | | (Shipping & Handling) | $10.00 |
| 4/25/2012 | 040412-111034 | TSG Reporting | Steven Sinclair (4/4/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 4/25/2012 | 040412-111035 | TSG Reporting | Steven Sinclair (4/4/2012) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $40.00 |
| 4/25/2012 | 032912-111021 | TSG Reporting | Corey Kerstetter (3/29/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 4/25/2012 | 032912-111022 | TSG Reporting | Corey Kerstetter (3/29/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/25/2012 | 033012-111025 | TSG Reporting | Timothy Benner (3/30/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 4/25/2012 | 033012-111026 | TSG Reporting | Timothy Benner (3/30/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 033012-111278 | TSG Reporting | Timothy Sheppard (3/30/2012) | |
| | | | (Shipping & Handling) | $95.00 |
| 4/30/2012 | 033012-111279 | TSG Reporting | Timothy Sheppard (3/30/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 041312-111282 | TSG Reporting | Cira Conley (Gravity Tank) (4/13/2012) | |
| | | | (Shipping & Handling) | $95.00 |
| 4/30/2012 | 041312-111283 | TSG Reporting | Cira Conley (Gravity Tank) (4/13/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 041912-111854 | TSG Reporting | Michael Maharbiz (Expert) (4/19/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 4/30/2012 | 041912-111855 | TSG Reporting | Michael Maharbiz (Expert) (4/19/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 041912-111858 | TSG Reporting | Hal Poret (Expert) (4/19/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 4/30/2012 | 041912-111859 | TSG Reporting | Hal Poret (Expert) (4/19/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 041912-111862 | TSG Reporting | Henry Urbach (Expert) (4/19/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 4/30/2012 | 041912-111863 | TSG Reporting | Henry Urbach (Expert) (4/19/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 042012-111866 | TSG Reporting | Sanjay Sood, Ph.D. (Expert) (4/20/2012) | |
| | | | (Shipping & Handling) | $55.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 4/30/2012 | 042012-111867 | TSG Reporting | Sanjay Sood, Ph.D. (Expert) (4/20/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 042012-112089 | TSG Reporting | Itay Sherman (Expert) (4/20/2012) | |
| | | | (Shipping & Handling) | $120.00 |
| 4/30/2012 | 042012-112090 | TSG Reporting | Itay Sherman (Expert) (4/20/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 4/30/2012 | 042012-112100 | TSG Reporting | Ravin Balkrishnan (Expert) 4/20/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 4/30/2012 | 042012-112101 | TSG Reporting | Ravin Balkrishnan (Expert) 4/20/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/16/2012 | NY460107 | Veritext | Karan Singh Vol. 1 (Expert) (4/26/2012) | |
| | | | (Shipping & Handling) | $45.00 |
| 5/21/2012 | 041812-112112 | TSG Reporting | Joseph Cheong (4/18/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 5/21/2012 | 041812-112113 | TSG Reporting | Joseph Cheong (4/18/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042012-112116 | TSG Reporting | Dae Ii "Dale" Sohn (4/20/2012) | |
| | | | (Shipping & Handling) | $85.00 |
| 5/21/2012 | 042012-112117 | TSG Reporting | Dae Ii "Dale" Sohn (4/20/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042412-112122 | TSG Reporting | Peter W. Bressler (4/24/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/21/2012 | 042412-112123 | TSG Reporting | Peter W. Bressler (Expert) (4/24/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042512-112124 | TSG Reporting | Christopher Mount (4/25/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 5/21/2012 | 042512-112125 | TSG Reporting | Christopher Mount (4/25/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042612-112132 | TSG Reporting | Christopher Mount Vol. 2 (Expert) (4/26/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 5/21/2012 | 042612-112133 | TSG Reporting | Christopher Mount Vol. 2 (Expert) (4/26/2012) | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042612-112128 | TSG Reporting | Dr. Jacob Jacoby (4/26/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 5/21/2012 | 042612-112129 | TSG Reporting | Dr. Jacob Jacoby (4/26/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042612-112138 | TSG Reporting | Kent D. Van Liere (Expert) (4/26/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/21/2012 | 042612-112139 | TSG Reporting | Kent D. Van Liere (4/26/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042612-112140 | TSG Reporting | Jeffrey Johnson (4/26/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 5/21/2012 | 042612-112141 | TSG Reporting | Jeffrey Johnson (4/26/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042612-112144 | TSG Reporting | Robert Anders (4/26/2012) | |
| | | | (Shipping & Handling) | $165.00 |
| 5/21/2012 | 042612-112145 | TSG Reporting | Robert Anders (4/26/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042712-112148 | TSG Reporting | Brian Von Herzen Ph.D (4/27/2012) | |
| | | | (Shipping & Handling) | $110.00 |
| 5/21/2012 | 042712-112149 | TSG Reporting | Brian Von Herzen Ph.D (4/27/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042712-112154 | TSG Reporting | Russell S. Winer (4/27/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/21/2012 | 042712-112155 | TSG Reporting | Russell S. Winer (4/27/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042712-112158 | TSG Reporting | Susan Kare Ph.D (4/27/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/21/2012 | 042712-112159 | TSG Reporting | Susan Kare Ph.D (4/27/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 042712-112162 | TSG Reporting | John R. Hauser Ph.D (Expert) (4/27/2012) | |
| | | | (Shipping & Handling) | $55.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 5/21/2012 | 042712-112163 | TSG Reporting | John R. Hauser Ph.D (Expert) (4/27/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 050112-112166 | TSG Reporting | Alex Snoeren (5/1/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/21/2012 | 050112-112167 | TSG Reporting | Alex Snoeren (5/1/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 050312-112168 | TSG Reporting | George Mantis (5/3/2012) | |
| | | | (Shipping & Handling) | $85.00 |
| 5/21/2012 | 050312-112169 | TSG Reporting | George Mantis (5/3/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 050412-112172 | TSG Reporting | Stephen Gray (5/4/2012) | |
| | | | (Shipping & Handling) | $95.00 |
| 5/21/2012 | 050412-112173 | TSG Reporting | Stephen Gray (5/4/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 050712-112176 | TSG Reporting | Michael Kamins Ph.D (Expert) (5/7/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 5/21/2012 | 050712-112177 | TSG Reporting | Michael Kamins Ph.D (Expert) (5/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 050712-112180 | TSG Reporting | Nicholas Godici (Expert) (5/7/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 5/21/2012 | 050712-112181 | TSG Reporting | Nicholas Godici (Expert) (5/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 050912-112184 | TSG Reporting | Sam Lucente (Expert) (5/9/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 5/21/2012 | 050912-112185 | TSG Reporting | Sam Lucente (Expert) (5/9/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/21/2012 | 051012-112190 | TSG Reporting | James T. Carmichael (Expert) (5/10/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/21/2012 | 051012-112191 | TSG Reporting | James T. Carmichael (Expert) (5/10/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/24/2012 | 437777 | Transperfect Legal | Bryan Agnetta (Microsoft) (5/16/2012) | |

5717203_4.xlsx

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $31.00 |
| 5/31/2012 | 042712-113141 | TSG Reporting | Michael Mazis (Expert) (4/27/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 5/31/2012 | 042712-113142 | TSG Reporting | Michael Mazis (Expert) (4/27/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/31/2012 | 050212-113147 | TSG Reporting | Jack C. Goldstein (Expert) (5/2/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/31/2012 | 050212-113148 | TSG Reporting | Jack C. Goldstein (Expert) (5/2/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/31/2012 | 050212-113149 | TSG Reporting | Dr. Andries Van Dam (Expert) (5/2/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 5/31/2012 | 050212-113150 | TSG Reporting | Dr. Andries Van Dam (Expert) (5/2/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/31/2012 | 051212-113153 | TSG Reporting | Michael J. Wagner (Expert) (5/12/2012) | |
| | | | (Shipping & Handling) | $175.00 |
| 5/31/2012 | 051212-113154 | TSG Reporting | Michael J. Wagner (Expert) (5/12/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 5/31/2012 | 051412-113159 | TSG Reporting | Terry L. Musika (Expert) (5/14/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 5/31/2012 | 051412-113160 | TSG Reporting | Terry L. Musika (Expert) (5/14/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 7/30/2012 | 20118251 | Merrill/Lega l Link | Ravin Balakrishnan (Expert) (7/12/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 7/31/2012 | 071612-115995 | TSG Reporting | Richard Howarth (7/16/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 7/31/2012 | 071612-115996 | TSG Reporting | Richard Howarth (7/16/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 7/31/2012 | 071712-115999 | TSG Reporting | Priya Balasubramaniam (7/17/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 7/31/2012 | 071712-116000 | TSG Reporting | Priya Balasubramaniam (7/17/2012) | |
| | | | (Shipping & Handling) | $40.00 |

5717203_4.xlsx

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 7/31/2012 | 071712-116003 | TSG Reporting | Dr. Andrew Bright (7/17/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 7/31/2012 | 071712-116004 | TSG Reporting | Dr. Andrew Bright (7/17/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 7/31/2012 | 071712-116005 | TSG Reporting | Stephen Gray (Expert) (7/17/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 7/31/2012 | 071712-116006 | TSG Reporting | Stephen Gray (Expert) (7/17/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 7/31/2012 | 071712-116325 | TSG Reporting | Michael J. Wagner (Expert) (7/17/2012) | |
| | | | (Shipping & Handling) | $110.00 |
| 7/31/2012 | 071712-116326 | TSG Reporting | Michael J. Wagner (Expert) (7/17/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/8/2012 | SF1606915 | Veritext | Phillip Schiller (11/2/2012) | |
| | | | (Shipping & Handling) | $30.00 |
| 11/8/2012 | SF1606951 | Veritext | Marylee Robinson (11/5/2012) | |
| | | | (Shipping & Handling) | $30.00 |
| 11/16/2012 | SF1613903 | Veritext | Russell S. Winer (11/6/2012) | |
| | | | (Shipping & Handling) | $20.00 |
| 11/26/2012 | SF1618427 | Veritext | Phillip Schiller (11/2/2012) | |
| | | | (Shipping & Handling) | $30.00 |
| 11/28/2012 | SF1620830 | Veritext | Marylee Robinson (11/5/2012) | |
| | | | (Shipping & Handling) | $30.00 |
| 11/28/2012 | 110612-118768 | TSG Reporting | Stephen Gray (Expert) (11/6/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 11/28/2012 | 110612-118769 | TSG Reporting | Stephen Gray (Expert) (11/6/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/28/2012 | 110612-118772 | TSG Reporting | Sam Lucente (Expert) (11/6/2012) | |
| | | | (Shipping & Handling) | $80.00 |
| 11/28/2012 | 110612-118773 | TSG Reporting | Sam Lucente (Expert) (11/6/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/28/2012 | 110712-118776 | TSG Reporting | Yoram (Jerry) Wind (11/7/2012) | |

5717203_4.xlsx

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $95.00 |
| 11/28/2012 | 110712-118777 | TSG Reporting | Yoram (Jerry) Wind (11/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/28/2012 | 110712-118780 | TSG Reporting | Tulin Erdem (11/7/2012) | |
| | | | (Shipping & Handling) | $135.00 |
| 11/28/2012 | 110712-118781 | TSG Reporting | Tulin Erdem (11/7/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 11/29/2012 | SF1622374 | Veritext | Russell S. Winer (11/6/2012) | |
| | | | (Shipping & Handling) | $20.00 |
| 12/12/2012 | SF1632187 | Veritext | John Hauser (11/29/2012) | |
| | | | (Shipping & Handling) | $20.00 |
| 12/20/2012 | SF1639829 | Veritext | John Hauser (11/29/2012) | |
| | | | (Shipping & Handling) | $20.00 |
| 12/27/2012 | 112912-119328 | TSG Reporting | Ramamirtham Sukumar (11/29/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 12/27/2012 | 112912-119329 | TSG Reporting | Ramamirtham Sukumar (11/29/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 12/31/2012 | 120312-119817 | TSG Reporting | Karansher Singh (12/3/2012) | |
| | | | (Shipping & Handling) | $55.00 |
| 12/31/2012 | 120312-119818 | TSG Reporting | Karansher Singh (12/3/2012) | |
| | | | (Shipping & Handling) | $40.00 |
| 8/31/2013 | 082613-409587 | TSG Reporting | Julie Davis (8/26/2013) | |
| | | | (Shipping & Handling) | $27.50 |
| 8/30/2013 | 082613-409588 | TSG Reporting | Julie Davis (8/26/2013) | |
| | | | (Shipping & Handling) | $27.50 |
| 12/30/2011 | 120611-104469 | TSG Reporting | Richard Gitlin | |
| | | | (Shipping & Handling) | $30.00 |
| 2/29/2012 | 021512-108369 | TSG Reporting | Morgan Grainger | |
| | | | (Shipping & Handling) | $30.00 |
| 2/29/2012 | 021712-108358 | TSG Reporting | James Miller | |
| | | | (Shipping & Handling) | $55.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 3/28/2012 | 022312-109457 | TSG Reporting | Mark Buckley | |
| | | | (Shipping & Handling) | $30.00 |
| 3/28/2012 | 022912-109573 | TSG Reporting | Richard Lutton | |
| | | | (Shipping & Handling) | $30.00 |
| 3/28/2012 | 022912-109462 | TSG Reporting | Timothy Sheppard | |
| | | | (Shipping & Handling) | $30.00 |
| 3/28/2012 | 030112-109470 | TSG Reporting | Jason Shi | |
| | | | (Shipping & Handling) | $30.00 |
| 3/28/2012 | 030712-109476 | TSG Reporting | Curt Rothert | |
| | | | (Shipping & Handling) | $30.00 |
| 3/28/2012 | 030712-109473 | TSG Reporting | Emilie Kim | |
| | | | (Shipping & Handling) | $30.00 |
| 3/28/2012 | 030712-109479 | TSG Reporting | George Dicker | |
| | | | (Shipping & Handling) | $30.00 |
| 4/30/2012 | 032012-111269 | TSG Reporting | Mack Paltian and Andre Zorn | |
| | | | (Shipping & Handling) | $30.00 |
| | | | (Shipping & Handling) | $30.00 |
| 4/30/2012 | 032312-111276 | TSG Reporting | Michael Janning | |
| | | | (Shipping & Handling) | $30.00 |
| 6/8/2012 | 12047476 | Merrill/LegalLink | Kenneth Korea | |
| 4/25/2012 | 032812-111020 | TSG Reporting | Benjamin Cheung | |
| | | | (Shipping & Handling) | $30.00 |
| 4/25/2012 | 040312-111031 | TSG Reporting | Tony Blevins | |
| | | | (Shipping & Handling) | $30.00 |
| 4/30/2012 | 042012-111870 | TSG Reporting | Hyong Kim, Ph.D. | |
| | | | (Shipping & Handling) | $30.00 |
| 4/20/2012 | 042012-111873 | TSG Reporting | Wayne Stark, Ph.D. | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 042312-112194 | TSG Reporting | William Griswold | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 042312-112200 | TSG Reporting | Venugopal Veeravalli | |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 042512-112206 | TSG Reporting | Jon Hamkins | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 042512-112203 | TSG Reporting | Dr. Edward W. Knightly | |
| | | | (Shipping & Handling) | $30.00 |
| 5/31/2012 | 042512-113164 | TSG Reporting | Mani Srivastava | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 042612-112209 | TSG Reporting | Osman Balci | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 042712-112215 | TSG Reporting | Janusz Ordover | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 042712-112212 | TSG Reporting | Peter Rossi | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 050212-112221 | TSG Reporting | Richard Donaldson | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 050212-112218 | TSG Reporting | Paul Dourish | |
| | | | (Shipping & Handling) | $30.00 |
| 5/21/2012 | 050412-112224 | TSG Reporting | Richard Gitlin | |
| | | | (Shipping & Handling) | $30.00 |
| 5/31/2012 | 050912-113167 | TSG Reporting | Martin Walker, Ph.D. | |
| | | | (Shipping & Handling) | $30.00 |
| 5/31/2012 | 051412-113161 | TSG Reporting | Terry Musika | |
| | | | (Shipping & Handling) | $30.00 |
| 7/24/2012 | SF139049 | Veritext | Emilie Kim | |
| | | | (Shipping & Handling) | $78.00 |
| 9/6/2013 | 55428 | Planet Depos | Michael Wagner * | |
| | | | (Shipping & Handling) | $120.00 |
| 9/6/2013 | 082613-409489 | TSG Reporting | Julie Davis * | |
| | | | (Shipping & Handling) | $30.00 |
| 11/6/2013 | 59115 | Planet Depos | Jaewan Chi * | |
| | | | (Shipping & Handling) | $240.00 |

**SCHEDULE 2**
**(Apple's Claimed Costs for Expedited Shipping of Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Witness | Apple's Claimed Charges for Expedited Shipping and Handling |
|---|---|---|---|---|
| 11/6/2013 | 59101 | Planet Depos | Seongwoo "Clayton" Kim * | |
| | | | (Shipping & Handling) | $75.00 |
| 11/6/2013 | 59119 | Planet Depos | Daniel Shim * | |
| | | | (Shipping & Handling) | $75.00 |
| 11/6/2013 | 59128 | Planet Depos | Kenneth Korea * | |
| | | | (Shipping & Handling) | $75.00 |
| 11/6/2013 | 59141 | Planet Depos | Seungho Ahn * | |
| | | | (Shipping & Handling) | $75.00 |
| 11/6/2013 | 59136 | Planet Depos | Jin Hwan Kwak * | |
| | | | (Shipping & Handling) | $75.00 |
| | | | | |
| | | | Total | $21,045.00 |