# SCHEDULE 3

## SCHEDULE 3
## (Apple's Claimed Costs for "Realtime" Reporting for Trial Transcripts)

| Invoice Date | Invoice No. | Vendor | Description | Apple's Claimed Amount for "Realtime" Reporting |
|---|---|---|---|---|
| 7/30/2012 | 20051295 | USDC ND CA | Reporter's Trial Transcripts 7/30/2012, 7/31/2012, 8/3/2012, 8/6/2012, 8/7/2012, 8/10/2012, 8/13/2012, 8/14/2012, 8/15/2012, 8/16/2012 and 8/17/2012 | $11,318.55 |
| 8/24/2012 | 20051329 | USDC ND CA | Reporter's Trial Transcript of Proceedings 8/20/2012, 8/21/2012, 8/24/2012 | $1,686.65 |
| 11/15/2013 | 20051634 | USDC ND CA | Reporter's Trial Transcripts 11/12/2013, 11/13/2013, | $7,385.10 |
| | | | Total | $20,390.30 |