1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                    UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
18 |          Plaintiff,                   | **NOTICE OF APPEARANCE**
19 |          vs.                          |
20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
21 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
22 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
23 |          Defendants.
24

Case No. 11-cv-01846-LHK
NOTICE OF APPEARANCE

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that William B. Adams of Quinn Emanuel Urquhart & Sullivan,

3  LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc. and Samsung Telecommunications America, LLC.

5  Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6  directed to:

7  William B. Adams (CA Bar No. 232969)
   williamadams@quinnemanuel.com
8  51 Madison Avenue, 22nd Floor
   New York, New York 10010
9  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

11  DATED: January 30, 2014          QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

14                                   By   /s/ William B. Adams
                                          William B. Adams
15                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
16                                        INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC

-1-

Case No. 11-cv-01846-LHK
NOTICE OF APPEARANCE