UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, | Case No. 5:11-cv-01846-LHK (PSG) |
| Plaintiff, | **ORDER RE: BRIEFING ON AMOUNT OF SANCTIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Last week, the court issued an order requiring that the Quinn Emanuel firm reimburse Apple and Nokia for certain attorneys fees and costs.[1]  At the risk of even suggesting that there should be a dispute, the undersigned is mindful of the possibility and the benefit to the presiding judge of a complete resolution of this matter before any further review may be requested.  To that end, no later than February 17, 2014 at 5:00 p.m., each party shall file a letter brief on the subject of up to five pages.  After those briefs are filed, if the court finds that further briefing or a hearing

---

[1] *See* Docket No. 2935.

1
Case No. 5:11-cv-01846-LHK (PSG)
ORDER RE: BRIEFING ON AMOUNT OF SANCTIONS

would be helpful, the court will set an appropriate schedule.  Otherwise, the court will resolve any disputes on the papers.

**IT IS SO ORDERED.**

Dated: February 6, 2014

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge