HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF APPLE'S AMENDED BILL OF COSTS WAIVING CERTAIN COSTS** |

1    In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this
2  motion for an order to seal portions of the confidential, unredacted versions of Amended
3  Exhibit B-5 to the Supplemental Declaration of Rachel Krevans in Support of Apple's Amended
4  Bill of Costs Waiving Certain Costs and Amended Exhibit E-3 to the Supplemental Declaration
5  of Mark Selwyn in Support of Apple's Amended Bill of Costs ("Amended Exhibits").
6    The Amended Exhibits contain information that is confidential as set out in the
7  Declaration of Esther Kim in Support of Apple's Administrative Motion to File Under Seal
8  ("Kim Declaration") and the previously filed Declaration of Cyndi Wheeler in Support of Apple's
9  Administrative Motion to File Under Seal ("Wheeler Declaration") (Dkt. No. 2855-1), which was
10 filed on December 5, 2013, with Apple's Bill of Costs.
11   As explained in the Kim Declaration, Amended Exhibit B-5 and Amended Exhibit E-3
12 contain the same information as Exhibit B-5 and Exhibit E-3, respectively, which were filed on
13 December 5, 2013, with Apple's Bill of Costs.  Further, as detailed in the Wheeler Declaration
14 with respect to the original exhibits (*i.e.*, Exhibit B-5 and Exhibit E-3 filed on December 5),
15 portions of Amended Exhibit B-5 and Amended Exhibit E-3 are invoices that contain sensitive
16 and confidential information regarding the costs Apple incurred in its patent infringement case
17 against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
18 Telecommunications America, LLC (collectively, "Samsung"), and in defending against
19 Samsung's counterclaims.  (Dkt. No. 2855-1 at ¶ 2.)  These invoices reveal sensitive and
20 confidential information regarding Apple's confidential financial relationship with its e-discovery
21 vendor.  This information is confidential and proprietary business information that could be used
22 by Apple's competitors to its disadvantage, as disclosure of the redacted information will reveal
23 confidential pricing strategy and Apple's financial relationship with its e-discovery vendor.  (*Id.*)
24   The Court (Judge Rogers) recently sealed the very same information in another case
25 involving Apple.  *See* Order Granting Apple's Administrative Motion to File under Seal, *Ancora*
26 *Techs., Inc. v. Apple Inc.*, No. CV 11-06357-YGR (N.D. Cal. June 21, 2013), ECF No. 134
27 (granting motion to seal redacted portions of Apple vendor invoices).  Other judges in this district
28 have also ordered such information sealed in other cases.  *See, e.g.*, Order Granting Motion to

Seal, *Oracle Am., Inc. v. Google Inc.*, No. C 10-03561-WHA (N.D. Cal. July 11, 2012), ECF No. 1218 (granting motion to seal e-discovery invoices in support of bill of costs); Order, *Augme Techs., Inc. v. Yahoo! Inc.*, No. C-09-5386-JCS (N.D. Cal. Dec. 21, 2012), ECF. No. 373 (granting motion to seal invoices in support of bill of costs). The relief requested in this motion is necessary and is narrowly tailored to protect only select excerpts of the confidential Amended Exhibits.

Further, pursuant to Magistrate Judge Grewal's January 29, 2014 Order Granting Motion for Sanctions (Case No. 11-cv-01846, Dkt. No. 2935), the confidential, unredacted version of the aforementioned documents will be served on counsel for Samsung so that Samsung's counsel may indicate what Samsung information Samsung believes should be redacted from the public version of Apple's filing. After receiving Samsung's proposed redactions, Apple will file a public, proposed redacted version of these documents.

Dated:  February 6, 2014                              MORRISON & FOERSTER LLP

                                                     By:    */s/ Rachel Krevans*
                                                            Rachel Krevans

                                                     Attorney for Plaintiff
                                                     APPLE INC.