| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF ESTHER KIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  I, ESTHER KIM, hereby declare as follows:

2  1. I am an attorney with the law firm of Morrison & Foerster LLP, which is counsel of record for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") in this case. I am admitted to practice law in the State of California and before this Court. I submit this declaration in support of Apple's Administrative Motion to File Under Seal creation portions of: (1) Amended Exhibit B-5 to the Supplemental Declaration of Rachel Krevans in Support of Apple's Amended Bill of Costs Waiving Certain Costs and (2) Amended Exhibit E-3 to the Supplemental Declaration of Mark Selwyn in Support of Apple's Amended Bill of Costs. I have personal knowledge of the matters set forth below, and I could and would testify competently thereto if called to do so.

2. On December 5, 2013, Apple filed an Administrative Motion to File Under Seal certain portions of: (1) Exhibit B-5 to the Declaration of Rachel Krevans in Support of Apple's Bill of Costs and (2) Exhibit E-3 to the Declaration of Mark Selwyn in Support of Apple's Bill of Costs. (Dkt. No. 2855.) In support of its Motion to Seal, Apple also filed the Declaration of Cyndi Wheeler in Support of Apple's Administration Motion to File Under Seal ("Wheeler Declaration"). (Dkt. No. 2855-1.)

3. Amended Exhibit B-5 consists of the same invoices that were included in Exhibit B-5 that was filed with Apple's Bill of Costs on December 5, but now marked to identify the charges on those invoices that are not included in Apple's requested costs. Likewise, Amended Exhibit E-3 consists of the same invoices that were included in Exhibit E-3 that was filed with Apple's Bill of Costs on December 5, but now marked to identify the charges on those invoices that are not included in Apple's requested costs.

4. Thus, Amended Exhibit B-5 and Amended Exhibit E-3 contain the same confidential information described in the earlier filed Wheeler Declaration (Dkt. No. 2855-1.) As set forth in the Wheeler Declaration, Apple previously supposed the sealing of this information.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  6th day of February 2014 at San Francisco, California.

*/s/ Esther Kim*
Esther Kim

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Esther Kim has concurred in this filing.

Dated: February 6, 2014                By:   */s/ Rachel Krevans*
                                             RACHEL KREVANS

DECLARATION OF ESTHER KIM ISO MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3381215