1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed its motion to seal portions of Amended Exhibit B-5 to the Supplemental Declaration of Rachel Krevans in Support of Apple's Amended Bill of Costs Waiving Certain Costs and Amended Exhibit E-3 to the Supplemental Declaration of Mark Selwyn in Support of Apple's Amended Bill of Costs.

The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the above documents may be filed partially under seal consistent with Apple's requests and proposed redacted versions:

| Document | Sealable Portion |
|---|---|
| Amended Exhibit B-5 to the Supplemental Declaration of Rachel Krevans in Support of Apple's Amended Bill of Costs Waiving Certain Costs | All information regarding pricing and quantity, as indicated in Apple's Proposed Redactions |
| Amended Exhibit E-3 to the Supplemental Declaration of Mark Selwyn in Support of Apple's Amended Bill of Costs | All information regarding pricing and quantity, as indicated in Apple's Proposed Redactions |

**IT IS SO ORDERED.**

Dated: _____    _____
HONORABLE LUCY H. KOH
United States District Judge