**AMENDED SCHEDULE B-5 (Electronic Discovery: Uploads and Production)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced (Including Consultation, Meetings, Searching, Analysis, Hosting, and License Fees) | Amended Amount Claimed (Changed Amounts in Red) |
|---|---|---|---|---|---|
| 6/30/2011 | 1139892 | Catalyst | e-Discovery Services (Amount Claimed consists of $20.00 data upload costs) | 1,021.20 | 20.00 |
| 7/31/2011 | 1140311 | Catalyst | e-Discovery Services (Amount Claimed consists of $671.80 data upload costs) | 13,741.86 | 671.80 |
| 8/31/2011 | 1140749 | Catalyst | e-Discovery Services (Amount Claimed consists of $3,822.20 data upload costs and $850.00 production costs) | 48,488.09 | 4,672.20 |
| 9/30/2011 | 1141173 | Catalyst | e-Discovery Services (Amount Claimed consists of $1,745.20 data upload costs) | 8,318.90 | 1,745.20 |
| 9/30/2011 | 1141177 | Catalyst | e-Discovery Services (Amount Claimed consists of $16,879.60 data upload costs and $2,387.42 production costs) | 88,282.29 | 18,919.60 |
| 10/31/2011 | 1141597 | Catalyst | e-Discovery Services (Amount Claimed consists of $8,784.40 data upload costs and $19,979.51 production costs) | 122,835.90 | 26,692.53 |
| 10/31/2011 | 1141606 | Catalyst | e-Discovery Services (Amount Claimed consists of $6,008.50 production costs) | 14,153.99 | 5,858.20 |
| 11/30/2011 | 1142038 | Catalyst | e-Discovery Services (Amount Claimed consists of $510.80 data upload costs and $7,771.46 production costs) | 81,975.09 | 1,307.20 |
| 11/30/2011 | 1142047 | Catalyst | e-Discovery Services (Amount Claimed consists of $5,267.90 data upload costs) | 23,191.99 | 3,367.20 |
| 12/31/2011 | 1142494 | Catalyst | e-Discovery Services (Amount Claimed consists of $10,580.20 data upload costs and $6,026.85 production costs) | 112,743.27 | 12,630.84 |
| 12/31/2011 | 1142503 | Catalyst | e-Discovery Services (Amount Claimed consists of $35,416.30 data upload costs) | 71,068.09 | 18,044.40 |
| 1/31/2012 | 1142962 | Catalyst | e-Discovery Services (Amount Claimed consists of $30,113.70 data upload costs) | 108,647.41 | 25,309.50 |
| 1/31/2012 | 1142965 | Catalyst | e-Discovery Services (Amount Claimed consists of $30,941.20 data upload costs and $7,618.91 production costs) | 189,666.24 | 37,121.10 |

**AMENDED SCHEDULE B-5 (Electronic Discovery: Uploads and Production)**

| Date | Vendor Invoice No. | Vendor | Description | Total Amount Invoiced (Including Consultation, Meetings, Searching, Analysis, Hosting, and License Fees) | Amended Amount Claimed (Changed Amounts in Red) |
|---|---|---|---|---|---|
| 2/29/2012 | 1143423 | Catalyst | e-Discovery Services (Amount Claimed consists of $8,111.90 data upload costs and $13,624.73 production costs) | 168,052.59 | 18,920.81 |
| 2/29/2012 | 1143425 | Catalyst | e-Discovery Services (Amount Claimed consists of $33,957.30 data upload costs and $6,156.50 production costs) | 143,266.68 | 38,949.80 |
| 3/31/2012 | 1143893 | Catalyst | e-Discovery Services (Amount Claimed consists of $4,035.90 data upload costs and $23,391.55 production costs) | 170,183.40 | 24,299.48 |
| 3/31/2012 | 1143897 | Catalyst | e-Discovery Services (Amount Claimed consists of $26,993.70 data upload costs and $1,537.50 production costs) | 138,506.98 | 23,022.10 |
| 4/30/2012 | 1144354 | Catalyst | e-Discovery Services (Amount Claimed consists of $408.60 data upload costs and $1,272.66 production costs) | 126,983.65 | 1,681.26 |
| 4/30/2012 | 1144359 | Catalyst | e-Discovery Services (Amount Claimed consists of $10,801.60 data upload costs) | 124,565.86 | 8,435.20 |
| 5/31/2012 | 1144819 | Catalyst | e-Discovery Services (Amount Claimed consists of $1,456.60 data upload costs and $637.50 production costs) | 118,180.51 | 1,669.10 |
| 5/31/2012 | 1144825 | Catalyst | e-Discovery Services (Amount Claimed consists of $3,022.60 data upload costs) | 114,806.39 | 2,968.60 |
| 6/30/2012 | 1145315 | Catalyst | e-Discovery Services (Amount Claimed consists of $27.60 data upload costs) | 109,045.33 | 27.60 |
| 6/30/2012 | 1145306 | Catalyst | e-Discovery Services (Amount Claimed consists of $306.25 data upload costs) | 119,617.09 | 0.00 |
| 7/31/2012 | 1145804 | Catalyst | e-Discovery Services (Amount Claimed consists of $323.40 data upload costs) | 83,080.21 | 323.40 |
| 7/31/2012 | 1145814 | Catalyst | e-Discovery Services (Amount Claimed consists of $1,093.80 data upload costs) | 110,336.42 | 534.00 |
| | | | **TOTAL** | **2,410,759.43** | **271,332.92** |