**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 12/29/2011 | 12046022 | Merrill/LegalLink | 11/2/2011 | **Himke Van Der Velde** | | $ 964.40 | $ 666.20 |
| | | | | (Transcript) | $ 621.60 | | |
| | | | | (Realtime) | $ 157.20 | | |
| | | | | (ASCII) | $ 131.00 | | |
| | | | | (Exhibits) | $ 44.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | Video | | | |
| 12/16/2011 | 12045965 | Merrill/LegalLink | 11/2/2011 | **Richard A. Wulff** | | $ 671.45 | $ 439.20 |
| | | | | (Transcript) | $ 369.60 | | |
| | | | | (Realtime) | $ 134.75 | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | $ 69.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | Video | | | |
| 12/30/2011 | 12046117 | Merrill/LegalLink | 11/3/2011 | **Brian Rupp** | | $ 639.30 | $ 394.40 |
| | | | | (Transcript) | $ 323.40 | | |
| | | | | (Realtime) | $ 80.40 | | |
| | | | | (ASCII) | $ 67.00 | | |
| | | | | (Exhibits) | $ 71.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 87.50 | | |
| | | | | Video | | | |
| 12/29/2011 | 12046068 | Merrill/LegalLink | 11/4/2011 | **Gert-Jan Van Lieshout** | | $ 1,917.00 | $ 1,315.20 |
| | | | | (Transcript) | $ 1,272.60 | | |
| | | | | (Realtime) | $ 322.80 | | |
| | | | | (ASCII) | $ 269.00 | | |
| | | | | (Exhibits) | $ 42.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | Video | | | |
| 12/29/2011 | 12046109 | Merrill/LegalLink | 11/8/2011 | **Frank Chau** | | $ 1,053.40 | $ 748.60 |
| | | | | (Transcript) | $ 634.20 | | |
| | | | | (Realtime) | $ 160.80 | | |
| | | | | (ASCII) | $ 134.00 | | |
| | | | | (Exhibits) | $ 114.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | Video | | | |
| 1/22/2012 | 12046232 | Merrill/LegalLink | 11/9/2011 | **Paul J. Farrell** | | $ 1,718.80 | $ 1,352.40 |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Transcript) | $ 768.60 | | |
| | | | | (Realtime) | $ 194.40 | | |
| | | | | (ASCII) | $ 162.00 | | |
| | | | | (Exhibits) | $ 583.80 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | Video | | | |
| 1/11/2012 | 12046191 | Merrill/LegalLink | 11/10/2011 | **Michael J Musella** | | $ 1,895.60 | $ 1,351.00 |
| | | | | (Transcript) | $ 919.80 | | |
| | | | | (Realtime) | $ 237.60 | | |
| | | | | (ASCII) | $ 297.00 | | |
| | | | | (Exhibits) | $ 431.20 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 1/20/2012 | 12046299 | Merrill/LegalLink | 11/10/2011 | (Conference Room) | | $ 3,234.86 | |
| 12/1/2011 | 12045742 | Merrill/LegalLink | 11/10/2011 | Video | | $ 867.50 | $ 867.50 |
| 1/22/2012 | 12046235 | Merrill/LegalLink | 11/10/2011 | **Daniel E Tierney** | | $ 797.40 | $ 613.60 |
| | | | | (Transcript) | $ 378.00 | | |
| | | | | (Realtime) | $ 94.80 | | |
| | | | | (ASCII) | $ 79.00 | | |
| | | | | (Exhibits) | $ 235.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 12/1/2011 | 12045753 | Merrill/LegalLink | 11/10/2011 | Video | | $ 485.00 | $ 485.00 |
| 1/20/2012 | 12046160 | Merrill/LegalLink | 11/11/2011 | **Rocco S. Barrese** | | $ 393.80 | $ 294.80 |
| | | | | (Transcript) | $ 218.40 | | |
| | | | | (Realtime) | $ 54.00 | | |
| | | | | (ASCII) | $ 45.00 | | |
| | | | | (Exhibits) | $ 76.40 | | |
| | | | | (Shipping & Handling) | | | |
| 12/1/2011 | 12045745 | Merrill/LegalLink | 11/11/2011 | Video | | $ 355.00 | $ 355.00 |
| 1/20/2012 | 12046160 | Merrill/LegalLink | 11/11/2011 | **Peter G. Dilworth** | | $ 582.20 | $ 422.60 |
| | | | | (Transcript) | $ 327.60 | | |
| | | | | (Realtime) | $ 81.60 | | |
| | | | | (ASCII) | $ 68.00 | | |
| | | | | (Exhibits) | $ 95.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 12/1/2011 | 12045745 | Merrill/LegalLink | 11/11/2011 | Video | | $ 355.00 | $ 355.00 |
| 1/19/2012 | 12045924 | Merrill/LegalLink | 11/11/2011 | **Soeng-Hun Kim** | | $ 3,810.19 | $ 1,044.80 |
| | | | | (Transcript) | $ 982.80 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Realtime) | $ 607.50 | | |
| | | | | (ASCII) | $ 337.50 | | |
| | | | | (Exhibits) | $ 62.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Conference Room) | $ 1,635.39 | | |
| | | | | (Attendance/Overtime) | $ 175.00 | | |
| 12/29/2011 | 12046093 | Merrill/LegalLink | 11/11/2011 | Video | $ 2,570.00 | $ 4,374.00 | $ 2,570.00 |
| | | | | (Travel) | $ 1,804.00 | | |
| 1/23/2012 | 12046236 | Merrill/LegalLink | 11/11/2011 | **Young Bum Kim** | | $ 1,037.10 | $ 603.60 |
| | | | | (Transcript) | $ 518.00 | | |
| | | | | (Realtime) | $ 302.50 | | |
| | | | | (ASCII) | $ 121.00 | | |
| | | | | (Exhibits) | $ 85.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 12/1/2011 | 12045741 | Merrill/LegalLink | 11/11/2011 | Video | | $ 1,272.50 | $ 1,272.50 |
| | | | | **Jeong Seok Oh** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 1/11/2012 | 12046192 | Merrill/LegalLink | 11/11/2011 | (Videoconference) | | $ 3,250.00 | $ 3,250.00 |
| 12/29/2011 | 12046091 | Merrill/LegalLink | 11/11/2011 | Video | $ 1,710.00 | $ 4,870.00 | $ 1,710.00 |
| | | | | (Travel) | $ 3,160.00 | | |
| 1/9/2012 | 12045982 | Merrill/LegalLink | 11/13/2011 | **Hyeon-Woo Lee, Ph.D** | | $ 2,737.93 | $ 1,005.70 |
| | | | | (Transcript) | $ 976.50 | | |
| | | | | (Realtime) | $ 399.00 | | |
| | | | | (ASCII) | $ 332.50 | | |
| | | | | (Exhibits) | $ 29.20 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Conference Room) | $ 815.73 | | |
| | | | | (Attendance/Overtime) | $ 175.00 | | |
| 12/29/2011 | 12046095 | Merrill/LegalLink | 11/13/2011 | Video | $ 2,565.00 | $ 4,771.00 | $ 2,565.00 |
| | | | | (Travel) | $ 2,206.00 | | |
| 1/14/2012 | 12046230 | Merrill/LegalLink | 11/15/2011 | **Simon George Booth** | | $ 532.60 | $ 383.00 |
| | | | | (Transcript) | $ 323.40 | | |
| | | | | (Realtime) | $ 81.60 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (ASCII) | $ 68.00 | | |
| | | | | (Exhibits) | $ 59.60 | | |
| | | | | (Shipping & Handling) | | | |
| 12/1/2011 | 12045748 | Merrill/LegalLink | 11/15/2011 | Video | | $ 513.00 | $ 513.00 |
| 1/23/2012 | 12046324 | Merrill/LegalLink | 11/15/2011 | **Hee Won Kong** | | $ 791.40 | $ 551.90 |
| | | | | (Transcript) | $ 432.90 | | |
| | | | | (Realtime) | $ 127.50 | | |
| | | | | (ASCII) | $ 102.00 | | |
| | | | | (Exhibits) | $ 119.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 12/9/2011 | 12045869 | Merrill/LegalLink | 11/15/2011 | Video | | $ 1,295.00 | $ 1,295.00 |
| 1/14/2012 | 12046230 | Merrill/LegalLink | 11/15/2011 | **Christian C Michel** | | $ 802.80 | $ 559.60 |
| | | | | (Transcript) | $ 499.80 | | |
| | | | | (Realtime) | $ 127.20 | | |
| | | | | (ASCII) | $ 106.00 | | |
| | | | | (Exhibits) | $ 59.80 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 12/1/2011 | 12045748 | Merrill/LegalLink | 11/15/2011 | Video | | $ 512.00 | |
| 1/10/2012 | 12045990 | Merrill/LegalLink | 11/16/2011 | **Soon-Jae Choi** | | $ 2,841.67 | $ 894.00 |
| | | | | (Transcript) | $ 869.40 | | |
| | | | | (Realtime) | $ 360.00 | | |
| | | | | (ASCII) | $ 300.00 | | |
| | | | | (Exhibits) | $ 24.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Conference Room) | $ 1,102.67 | | |
| | | | | (Attendance/Overtime) | $ 175.00 | | |
| 12/29/2022 | 12046097 | Merrill/LegalLink | 11/16/2011 | Video | $ 1,837.50 | $ 2,384.00 | $ 1,837.50 |
| | | | | (Travel) | $ 547.00 | | |
| 1/22/2012 | 12046305 | Merrill/LegalLink | 11/16/2011 | **Stacey Longanecker & Stanislov Torgovitsky** | | $ 1,367.20 | $ 963.40 |
| | | | | (Transcript) | $ 844.20 | | |
| | | | | (Realtime) | $ 214.80 | | |
| | | | | (ASCII) | $ 179.00 | | |
| | | | | (Exhibits) | $ 119.20 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 12/6/2011 | 12045822 | Merrill/LegalLink | 11/16/2011 | Video | | $ 935.00 | $ 935.00 |
| 1/23/2012 | 12046309 | Merrill/LegalLink | 11/17/2011 | **Michael A. Bush & John E. Holmes** | | $ 1,126.60 | $ 802.00 |
| | | | | (Transcript) | $ 688.80 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | | Total Invoice Amount | | Total Amount Claimed | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (Realtime) | $ | 171.60 | | | | |
| | | | | (ASCII) | $ | 143.00 | | | | |
| | | | | (Exhibits) | $ | 113.20 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| 12/6/2011 | 12045819 | Merrill/LegalLink | 11/17/2011 | Video | | | $ | 1,002.50 | $ | 1,002.50 |
| 1/12/2012 | 12045995 | Merrill/LegalLink | 11/17/2011 | **Moon-Sang Jeong** | | | $ | 2,846.06 | $ | 919.20 |
| | | | | (Transcript) | $ | 768.60 | | | | |
| | | | | (Realtime) | $ | 315.00 | | | | |
| | | | | (ASCII) | $ | 262.50 | | | | |
| | | | | (Exhibits) | $ | 150.60 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| | | | | (Conference Room) | $ | 1,164.36 | | | | |
| | | | | (Attendance/Overtime) | $ | 175.00 | | | | |
| 12/30/2011 | 12046120 | Merrill/LegalLink | 11/17/2011 | Video | $ | 1,732.00 | $ | 2,134.50 | $ | 1,732.00 |
| | | | | (Travel) | $ | 402.00 | | | | |
| 1/10/2012 | 12045997 | Merrill/LegalLink | 11/18/2012 | **Sung Ho Eun** | | | $ | 9,964.34 | $ | 693.30 |
| | | | | (Transcript) | $ | 636.30 | | | | |
| | | | | (Realtime) | $ | 264.00 | | | | |
| | | | | (ASCII) | $ | 220.00 | | | | |
| | | | | (Exhibits) | $ | 57.00 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| | | | | (Conference Room) | $ | 1,156.71 | | | | |
| | | | | (Attendance/Overtime) | $ | 175.00 | | | | |
| | | | | (Travel) | $ | 7,445.33 | | | | |
| 12/29/2011 | 1204099 | Merrill/LegalLink | 11/18/2011 | Video | $ | 1,732.50 | $ | 2,634.50 | $ | 1,732.50 |
| | | | | (Travel) | $ | 902.00 | | | | |
| | | | 11/18/2011 | **Jae Yoel Kim** | | | | | | |
| | | | | (Transcript) | | | | | | |
| | | | | (Realtime) | | | | | | |
| | | | | (ASCII) | | | | | | |
| | | | | (Exhibits) | | | | | | |
| | | | | (Shipping & Handling) | | | | | | |
| 12/9/2011 | 12045865 | Merrill/LegalLink | 11/18/2011 | Video | | | $ | 800.00 | $ | 800.00 |
| | | Merrill/LegalLink | 11/18/2011 | **Se Hyoung Kim** | | | | | | |
| | | | | (Transcript) | | | | | | |
| | | | | (Realtime) | | | | | | |
| | | | | (ASCII) | | | | | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 1/11/2012 | 12046193 | Merrill/LegalLink | 11/18/2011 | (Videoconference) | | $ 1,300.00 | $ 1,300.00 |
| 12/30/2011 | 12046101 | Merrill/LegalLink | 11/18/2011 | Video | $ 1,865.00 | $ 4,592.00 | $ 1,865.00 |
| | | | | (Travel) | $ 2,727.00 | | |
| 2/26/2012 | 12046653 | Merrill/LegalLink | 11/18/2011 | **Jun-Sung Lee** | | $ 6,654.40 | $ 796.40 |
| | | | | (Transcript) | $ 693.00 | | |
| | | | | (Realtime) | $ 150.00 | | |
| | | | | (ASCII) | $ 250.00 | | |
| | | | | (Exhibits) | $ 103.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 175.00 | | |
| | | | | (Travel) | $ 5,273.00 | | |
| 12/29/2011 | 12046103 | Merrill/LegalLink | 11/18/2011 | Video | $ 1,865.00 | $ 4,442.00 | $ 1,865.00 |
| | | | | (Travel) | $ 2,577.00 | | |
| 1/28/2012 | 12046396 | Merrill/LegalLink | 11/18/2011 | **Jungdong Ma** | | $ 356.20 | $ 240.60 |
| | | | | (Transcript) | $ 235.20 | | |
| | | | | (Realtime) | $ 57.60 | | |
| | | | | (ASCII) | $ 48.00 | | |
| | | | | (Exhibits) | $ 5.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 12/9/2011 | 12045867 | Merrill/LegalLink | 11/18/2011 | Video | | $ 462.50 | $ 462.50 |
| 1/26/2012 | 12046372 | Merrill/LegalLink | 11/18/2011 | **Sang Ryul Park** | | $ 521.30 | $ 265.30 |
| | | | | (Transcript) | $ 240.50 | | |
| | | | | (Realtime) | $ 140.00 | | |
| | | | | (ASCII) | $ 56.00 | | |
| | | | | (Exhibits) | $ 24.80 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Internet Connection) | $ 50.00 | | |
| 12/9/2011 | 12045863 | Merrill/LegalLink | 11/18/2011 | Video | | $ 710.00 | $ 710.00 |
| 12/19/2011 | 12045975 | Merrill/LegalLink | 11/20/2011 | **Ginkyu Choi, Ph.D** | | $ 1,204.20 | $ 689.40 |
| | | | | (Transcript) | $ 609.00 | | |
| | | | | (Realtime) | $ 304.80 | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | $ 80.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 200.00 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| 12/13/2011 | 12045901 | Merrill/LegalLink | 11/20/2011 | Video | | | $ 1,692.50 | $ 1,692.50 |
| 1/28/2012 | 12046398 | Merrill/LegalLink | 11/21/2011 | **Peter Kendall** | | | $ 331.00 | $ 219.80 |
| | | | | (Transcript) | $ | 214.20 | | |
| | | | | (Realtime) | $ | 55.20 | | |
| | | | | (ASCII) | $ | 46.00 | | |
| | | | | (Exhibits) | $ | 5.60 | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | |
| 12/22/2011 | 12046049 | Merrill/LegalLink | 11/21/2011 | Video | | | $ 440.00 | $ 440.00 |
| 12/19/2011 | 12045973 | Merrill/LegalLink | 11/23/2011 | **Yong Jun Kwak** | | | $ 781.20 | $ 630.80 |
| | | | | (Transcript) | $ | 567.00 | | |
| | | | | (Realtime) | $ | 140.40 | | |
| | | | | (ASCII) | | | | |
| | | | | (Exhibits) | $ | 63.80 | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | |
| 12/8/2011 | 12045856 | Merrill/LegalLink | 11/23/2011 | Video | | | $ 1,362.50 | $ 1,362.50 |
| 1/23/2012 | 12046312 | Merrill/LegalLink | 11/28/2011 | **Raymond B Persino** | | | $ 457.40 | $ 306.60 |
| | | | | (Transcript) | $ | 306.60 | | |
| | | | | (Realtime) | $ | 76.80 | | |
| | | | | (ASCII) | $ | 64.00 | | |
| | | | | (Exhibits) | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | |
| 2/16/2012 | 12046608 | Merrill/LegalLink | 11/28/2011 | Video | | | $ 462.50 | $ 462.50 |
| 1/28/2012 | 12046400 | Merrill/LegalLink | 11/29/2011 | **Maeng-Ho Michael Shin & Michael D. Stein** | | | $ 880.60 | $ 672.60 |
| | | | | (Transcript) | $ | 441.00 | | |
| | | | | (Realtime) | $ | 108.00 | | |
| | | | | (ASCII) | $ | 90.00 | | |
| | | | | (Exhibits) | $ | 231.60 | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | |
| 12/22/2011 | 12046047 | Merrill/LegalLink | 11/29/2011 | Video | | | $ 687.50 | $ 687.50 |
| 1/28/2012 | 12046378 | Merrill/LegalLink | 11/30/2011 | **Joon Young Cho** | | | $ 1,414.75 | $ 678.00 |
| | | | | (Transcript) | $ | 651.20 | | |
| | | | | (Realtime) | $ | 573.75 | | |
| | | | | (ASCII) | $ | 153.00 | | |
| | | | | (Exhibits) | $ | 26.80 | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | |
| 12/22/2011 | 12046050 | Merrill/LegalLink | 11/30/2011 | Video | | | $ 1,475.00 | $ 1,475.00 |
| 1/31/2012 | 12046411 | Merrill/LegalLink | 11/30/2011 | **George Eckert** | | | $ 1,006.60 | $ 717.20 |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | | Total Invoice Amount | | Total Amount Claimed | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (Transcript) | $ | 600.60 | | | | |
| | | | | (Realtime) | $ | 152.40 | | | | |
| | | | | (ASCII) | $ | 127.00 | | | | |
| | | | | (Exhibits) | $ | 116.60 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| 12/21/2011 | 12046029 | Merrill/LegalLink | 11/30/2011 | Video | | | $ | 777.50 | $ | 777.50 |
| | | | | **Hun Kee Kim** | | | | | | |
| | | | | (Transcript) | | | | | | |
| | | | | (Realtime) | | | | | | |
| | | | | (ASCII) | | | | | | |
| | | | | (Exhibits) | | | | | | |
| | | | | (Shipping & Handling) | | | | | | |
| 12/22/2011 | 12046048 | Merrill/LegalLink | 11/30/2011 | Video | | | $ | 1,497.50 | $ | 1,497.50 |
| | | | | **Yong-Suk Moon** | | | | | | |
| | | | | (Transcript) | | | | | | |
| | | | | (Realtime) | | | | | | |
| | | | | (ASCII) | | | | | | |
| | | | | (Exhibits) | | | | | | |
| | | | | (Shipping & Handling) | | | | | | |
| 12/30/2011 | 12046105 | Merrill/LegalLink | 11/30/2011 | Video | $ | 2,115.00 | $ | 4,917.00 | $ | 2,115.00 |
| | | | | (Travel) | $ | 2,802.00 | | | | |
| 1/31/2012 | 12046385 | Merrill/LegalLink | 11/30/2011 | **Chang Soo Park** | | | $ | 902.80 | $ | 567.30 |
| | | | | (Transcript) | $ | 395.90 | | | | |
| | | | | (Realtime) | $ | 232.50 | | | | |
| | | | | (ASCII) | $ | 93.00 | | | | |
| | | | | (Exhibits) | $ | 171.40 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| 12/22/2011 | 12046051 | Merrill/LegalLink | 11/30/2011 | Video | | | $ | 1,002.50 | $ | 1,002.50 |
| 2/8/2012 | 12046416 | Merrill/LegalLink | 12/2/2011 | **Min Goo Kim** | | | $ | 1,074.30 | $ | 586.30 |
| | | | | (Transcript) | $ | 543.90 | | | | |
| | | | | (Realtime) | $ | 320.00 | | | | |
| | | | | (ASCII) | $ | 128.00 | | | | |
| | | | | (Exhibits) | $ | 42.40 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| | | | | (Attendance/Overtime) | $ | 30.00 | | | | |
| 1/5/2012 | 12046167 | Merrill/LegalLink | 12/2/2011 | Video | | | $ | 1,572.50 | $ | 1,572.50 |
| | | | | **Noh-Sun Kim** | | | | | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 1/13/2012 | 12046214 | Merrill/LegalLink | 12/2/2011 | Video | $ 1,865.00 | $ 2,957.00 | $ 1,865.00 |
| | | | | (Travel) | | $ 1,092.00 | |
| 1/31/2012 | 12046384 | Merrill/LegalLink | 12/3/2011 | **Juho Lee** | | $ 1,571.70 | $ 708.70 |
| | | | | (Transcript) | $ 669.70 | | |
| | | | | (Realtime) | $ 395.00 | | |
| | | | | (ASCII) | $ 158.00 | | |
| | | | | (Exhibits) | $ 39.00 | | |
| | | | | (Attendance/Overtime) | $ 300.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 1/6/2012 | 12046169 | Merrill/LegalLink | 12/3/2011 | Video | | $ 1,852.50 | $ 1,852.50 |
| 2/23/2102 | 12046658 | Merrill/LegalLink | 12/3/2011 | **Jae-Seung Yoon** | | $ 1,855.50 | $ 875.00 |
| | | | | (Transcript) | $ 769.60 | | |
| | | | | (Realtime) | $ 457.50 | | |
| | | | | (ASCII) | $ 183.00 | | |
| | | | | (Exhibits) | $ 105.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 330.00 | | |
| 1/6/2012 | 12046171 | Merrill/LegalLink | 12/3/2011 | Video | | $ 2,175.00 | $ 2,175.00 |
| 12/30/2011 | 120611-104469 | TSG Reporting | 12/6/2011 | **Richard Gitlin** | | $ 1,489.90 | $ 516.15 |
| | | | | (Transcript) | $ 505.85 | | |
| | | | | (Immediate Delivery) | $ 551.15 | | |
| | | | | (Realtime) | $ 203.85 | | |
| | | | | (ASCII) | $ 188.75 | | |
| | | | | (Exhibits) | $ 10.30 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| 12/30/2011 | 120611-104470 | TSG Reporting | 12/6/2011 | Video | | $ 577.50 | $ 577.50 |
| | | | | **Richard A. Wulff** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 2/6/2012 | 4050 | Montana State University | 2/3/2012 | (Videoconference) | | $ 125.00 | $ 125.00 |
| | | | | Video | | | |
| 4/17/2012 | 12047292 | Merrill/LegalLink | 2/13/2012 | **Seong Woo Kim** | | $ 1,628.00 | $ 972.00 |
| | | | | (Transcript) | $ 924.00 | | |
| | | | | (Realtime) | $ 456.00 | | |
| | | | | (ASCII) | $ 190.00 | | |
| | | | | (Exhibits) | $ 48.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 3/20/2012 | 12046919 | Merrill/LegalLink | 2/13/2012 | Video | | $ 1,932.50 | $ 1,932.50 |
| 2/29/2012 | 021512-108369 | TSG Reporting | 2/15/2012 | **Morgan Grainger** | | $ 498.60 | $ 246.60 |
| | | | | (Transcript) | $ 240.50 | | |
| | | | | (Realtime) | $ 111.00 | | |
| | | | | (ASCII) | $ 111.00 | | |
| | | | | (Exhibits) | $ 6.10 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| | | | | **David Singer** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 7/31/2012 | 021612-116183 | TSG Reporting | 2/16/2012 | Video | | $ 190.00 | $ 190.00 |
| 2/29/2012 | 021712-108358 | TSG Reporting | 2/17/2012 | **James Miller** | | $ 793.75 | $ 387.75 |
| | | | | (Transcript) | $ 380.25 | | |
| | | | | (Realtime) | $ 175.50 | | |
| | | | | (ASCII) | $ 175.50 | | |
| | | | | (Exhibits) | $ 7.50 | | |
| | | | | (Shipping & Handling) | $ 55.00 | | |
| | | | | Video | | | |
| 06/08/212 | 12047536 | Merrill/LegalLink | 2/19/2012 | **Sung Ho Choi** | | $ 5,887.98 | $ 1,243.00 |
| | | | | (Transcript) | $ 1,209.60 | | |
| | | | | (Realtime) | $ 501.00 | | |
| | | | | (ASCII) | $ 417.50 | | |
| | | | | (Exhibits) | $ 33.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 860.00 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Meeting Room) | $ 2,856.48 | | |
| 3/22/2012 | 12047019 | Merrill/LegalLink | 2/19/2012 | Video | $ 3,442.50 | $ 3,872.40 | $ 3,442.50 |
| | | | | (Travel) | $ 429.90 | | |
| 3/28/2012 | 022312-109457 | TSG Reporting | 2/23/2012 | **Mark Buckley** | | $ 2,012.25 | $ 1,226.25 |
| | | | | (Transcript) | $ 837.75 | | |
| | | | | (Realtime) | $ 378.00 | | |
| | | | | (ASCII) | $ 378.00 | | |
| | | | | (Exhibits) | $ 388.50 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| | | | | **Boris Teksler** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 7/31/2012 | 021612-116183 | TSG Reporting | 2/24/2012 | Video | | $ 380.00 | $ 380.00 |
| 7/26/2012 | 12048263 | Merrill/LegalLink | 2/29/2012 | **GiSang Lee** | | $ 5,536.45 | $ 1,082.60 |
| | | | | (Transcript) | $ 945.00 | | |
| | | | | (Realtime) | $ 450.00 | | |
| | | | | (ASCII) | $ 375.00 | | |
| | | | | (Exhibits) | $ 137.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 250.00 | | |
| | | | | (Conference Room) | $ 3,368.85 | | |
| 4/20/2012 | 12047364 | Merrill/LegalLink | 2/29/2012 | Video | $ 2,292.50 | $ 4,953.91 | $ 2,292.50 |
| | | | | (Travel) | $ 2,661.41 | | |
| 3/28/2012 | 022912-109573 | TSG Reporting | 2/29/2012 | **Richard Lutton** | | $ 1,641.05 | $ 888.05 |
| | | | | (Transcript) | $ 783.25 | | |
| | | | | (Realtime) | $ 361.50 | | |
| | | | | (ASCII) | $ 361.50 | | |
| | | | | (Exhibits) | $ 104.80 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| 7/31/2012 | 021612-116183 | TSG Reporting | 2/29/2012 | Video | | $ 380.00 | $ 380.00 |
| 3/28/2012 | 022912-109462 | TSG Reporting | 2/29/2012 | **Timothy Sheppard** | | $ 955.55 | $ 658.55 |
| | | | | (Transcript) | $ 597.25 | | |
| | | | | (Realtime) | | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (ASCII) | $ 267.00 | | |
| | | | | (Exhibits) | $ 61.30 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 3/28/2012 | 030112-109470 | TSG Reporting | 3/1/2012 | **Jason Shi** | | $ 2,780.85 | $ 2,405.85 |
| | | | | (Transcript) | $ 373.75 | | |
| | | | | (Realtime) | $ 172.50 | | |
| | | | | (ASCII) | $ 172.50 | | |
| | | | | (Exhibits) | $ 2,032.10 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 5/18/2012 | 12047501 | Merrill/LegalLink | 3/5/2012 | **Jun Won Lee** | | $ 1,503.20 | $ 872.20 |
| | | | | (Transcript) | $ 793.80 | | |
| | | | | (Realtime) | $ 396.00 | | |
| | | | | (ASCII) | $ 165.00 | | |
| | | | | (Exhibits) | $ 78.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 60.00 | | |
| 3/22/2012 | 12047035 | Merrill/LegalLink | 3/5/2012 | Video | | $ 1,857.50 | $ 1,857.50 |
| 5/30/2012 | 12047498 | Merrill/LegalLink | 3/6/2012 | **Jun Won Lee, Vol. II** | | $ 344.60 | $ 202.00 |
| | | | | (Transcript) | $ 197.40 | | |
| | | | | (Realtime) | $ 93.60 | | |
| | | | | (ASCII) | $ 39.00 | | |
| | | | | (Exhibits) | $ 4.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 3/22/2012 | 12047038 | Merrill/LegalLink | 3/6/2012 | Video | | $ 440.00 | $ 440.00 |
| 8/23/2012 | 12048488 | Merrill/LegalLink | 3/6/2012 | **Joon Ho Park** | | $ 4,884.43 | $ - |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| | | | | (Attendance/Overtime) | $ 350.00 | | |
| | | | | (Travel) | $ 2,185.71 | | |
| | | | | (Conference Room) | $ 2,348.72 | | |
| 4/24/2012 | 12047368 | Merrill/LegalLink | 3/6/2012 | Video | $ 1,400.00 | $ 3,640.56 | $ - |
| | | | | (Travel) | $ 2,240.56 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 3/28/2012 | 030712-109476 | TSG Reporting | 3/7/2012 | **Curt Rothert** | | $ 1,159.35 | $ 994.35 |
| | | | | (Transcript) | $ 146.25 | | |
| | | | | (Realtime) | $ 67.50 | | |
| | | | | (ASCII) | $ 67.50 | | |
| | | | | (Exhibits) | $ 848.10 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 3/28/2012 | 030712-109473 | TSG Reporting | 3/7/2012 | **Emilie Kim** | | $ 458.90 | $ 224.90 |
| | | | | (Transcript) | $ 221.00 | | |
| | | | | (Realtime) | $ 102.00 | | |
| | | | | (ASCII) | $ 102.00 | | |
| | | | | (Exhibits) | $ 3.90 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 5/3/2012 | 12047593 | Merrill/LegalLink | 3/8/2012 | **Brian Blasius** | | $ 829.20 | $ 621.20 |
| | | | | (Transcript) | $ 436.80 | | |
| | | | | (Realtime) | $ 108.00 | | |
| | | | | (ASCII) | $ 90.00 | | |
| | | | | (Exhibits) | $ 184.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 4/20/2012 | 12047357 | Merrill/LegalLink | 3/8/2012 | Video | | $ 867.50 | $ 867.50 |
| 3/28/2012 | 030712-109479 | TSG Reporting | 3/8/2012 | **George Dicker** | | $ 325.55 | $ 154.55 |
| | | | | (Transcript) | $ 152.75 | | |
| | | | | (Realtime) | $ 70.50 | | |
| | | | | (ASCII) | $ 70.50 | | |
| | | | | (Exhibits) | $ 1.80 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| | | | | **Sung Yub Lee** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 4/24/2012 | 12047367 | Merrill/LegalLink | 3/8/2012 | Video | | $ 110.00 | $ 110.00 |
| 7/12/2012 | 030812-109467 | TSG Reporting | 3/8/2012 | **BJ Watrous** | | $ 172.50 | $ - |
| | | | | (Transcript) | | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Realtime) | $ 172.50 | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| | | | | Video | | | |
| 4/30/2012 | 032012-111269 | TSG Reporting | 3/20/2012 | **Mack Paltian and Andre Zorn** | | $ 3,019.80 | $ 1,300.55 |
| | | | | (Transcript) | $ 1,078.35 | | |
| | | | | (Immediate Delivery) | $ 51.25 | | |
| | | | | (Realtime) | $ 819.00 | | |
| | | | | (ASCII) | $ 819.00 | | |
| | | | | (Exhibits) | $ 222.20 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| 5/31/2012 | 032012-113274 | TSG Reporting | 3/20/2012 | Video | | $ 500.00 | $ 500.00 |
| 7/27/2012 | 12047557 | Merrill/LegalLink | 3/21/2012 | **Seung Gun Park** | | $ 4,733.68 | $ 989.80 |
| | | | | (Transcript) | $ 945.00 | | |
| | | | | (Realtime) | $ 450.00 | | |
| | | | | (ASCII) | $ 375.00 | | |
| | | | | (Exhibits) | $ 44.80 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 250.00 | | |
| | | | | (Travel) | $ 500.00 | | |
| | | | | Conference Room | $ 1,380.96 | | |
| | | | | Conference Room | $ 777.92 | | |
| 4/20/2012 | 12047377 | Merrill/LegalLink | 3/21/2012 | Video | | $ 1,865.00 | $ 1,865.00 |
| 4/30/2012 | 12047475 | Merrill/LegalLink | 3/21/2012 | **Todd Pendleton** | | $ 1,202.80 | $ 975.80 |
| | | | | (Transcript) | $ 932.40 | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | $ 217.00 | | |
| | | | | (Exhibits) | $ 43.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 4/20/2012 | 12047349 | Merrill/LegalLink | 3/21/2012 | Video | | $ 1,047.50 | $ 1,047.50 |
| 4/30/2012 | 032212-111273 | TSG Reporting | 3/22/2012 | **Maribel Gomez** | | $ 1,583.35 | $ 613.35 |
| | | | | (Transcript) | $ 612.25 | | |
| | | | | (Immediate Delivery) | $ 10.00 | | |
| | | | | (Realtime) | $ 465.00 | | |
| | | | | (ASCII) | $ 465.00 | | |
| | | | | (Exhibits) | $ 1.10 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Shipping & Handling) | $ 30.00 | | |
| 6/29/2012 | 032212-114489 | TSG Reporting | 3/22/2012 | Video | | $ 310.00 | $ 310.00 |
| 4/30/2012 | 032312-111276 | TSG Reporting | 3/23/2012 | **Michael Janning** | | $ 1,032.70 | $ 402.70 |
| | | | | (Transcript) | $ 395.00 | | |
| | | | | (Realtime) | $ 300.00 | | |
| | | | | (ASCII) | $ 300.00 | | |
| | | | | (Exhibits) | $ 7.70 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 6/8/2012 | 12047476 | Merrill/LegalLink | 3/23/2012 | **Kenneth Korea** | | $ 823.90 | $ 561.90 |
| | | | | (Transcript) | $ 477.30 | | |
| | | | | (Realtime) | $ 140.00 | | |
| | | | | (ASCII) | $ 112.00 | | |
| | | | | (Exhibits) | $ 84.60 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 4/20/2012 | 12047347 | Merrill/LegalLink | 3/23/2012 | Video | | $ 777.50 | $ 777.50 |
| 8/23/2012 | 12047563 | Merrill/LegalLink | 3/26/2012 | **Jun Won Lee, Vol. III** | | $ 10,793.38 | $ 686.40 |
| | | | | (Transcript) | $ 630.00 | | |
| | | | | (Realtime) | $ 300.00 | | |
| | | | | (ASCII) | $ 250.00 | | |
| | | | | (Exhibits) | $ 56.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 265.00 | | |
| | | | | (Travel) | $ 9,281.98 | | |
| 5/22/2012 | 12047864 | Merrill/LegalLink | 3/26/2012 | (Videoconference) | | $ 2,475.00 | $ 2,475.00 |
| 5/8/2012 | 12047672 | Merrill/LegalLink | 3/26/2012 | Video | $ 1,732.50 | $ 3,164.49 | $ 1,732.50 |
| | | | | (Travel) | $ 1,431.99 | | |
| 4/25/2012 | 032812-111020 | TSG Reporting | 3/28/2012 | **Benjamin Cheung** | | $ 698.75 | $ 365.85 |
| | | | | (Transcript) | $ 328.25 | | |
| | | | | (Realtime) | $ 151.50 | | |
| | | | | (ASCII) | $ 151.50 | | |
| | | | | (Exhibits) | $ 37.60 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| 7/25/2012 | 032812-115765 | TSG Reporting | 3/28/2012 | Video | | $ 190.00 | $ 190.00 |
| 4/25/2012 | 040312-111031 | TSG Reporting | 4/3/2012 | **Tony Blevins** | | $ 677.95 | $ 344.95 |
| | | | | (Transcript) | $ 328.25 | | |
| | | | | (Realtime) | $ 151.50 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (ASCII) | $ 151.50 | | |
| | | | | (Exhibits) | $ 16.70 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| 8/20/2012 | 040312-116829 | TSG Reporting | 4/3/2012 | (Video Synch) | | $ 190.00 | $ 190.00 |
| 7/31/2012 | 021612-116183 | TSG Reporting | 4/3/2012 | Video | | $ 285.00 | $ 285.00 |
| | | | | **Won Pyo Hong** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 5/31/2012 | 12047934 | Merrill/LegaLink | 4/19/2012 | Video | $ 1,710.00 | $ 4,429.02 | $ 1,710.00 |
| | | | | (Travel) | $ 2,719.02 | | |
| 6/28/2012 | 12048170 | Merrill/LegaLink | 4/19/2012 | **Rémy Libchaber , Ph.D.** | | $ 2,291.60 | $ 1,353.40 |
| | | | | (Transcript) | $ 1,310.40 | | |
| | | | | (Realtime) | $ 655.20 | | |
| | | | | (ASCII) | $ 273.00 | | |
| | | | | (Exhibits) | $ 43.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 5/8/2012 | 12047677 | Merrill/LegaLink | 4/19/2012 | Video | | $ 1,452.50 | $ 1,452.50 |
| 7/9/2012 | 12047761 | Merrill/LegaLink | 4/19/2012 | **David J Teece, Ph.D** | | $ 2,081.50 | $ 1,166.50 |
| | | | | (Transcript) | $ 1,069.30 | | |
| | | | | (Realtime) | $ 625.00 | | |
| | | | | (ASCII) | $ 250.00 | | |
| | | | | (Exhibits) | $ 97.20 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 30.00 | | |
| 5/9/2012 | 12047708 | Merrill/LegaLink | 4/19/2012 | Video | | $ 1,482.50 | $ 1,482.50 |
| 4/30/2012 | 042012-111870 | TSG Reporting | 4/20/2012 | **Hyong Kim, Ph.D.** | | $ 1,133.30 | $ 576.80 |
| | | | | (Transcript) | $ 526.50 | | |
| | | | | (Realtime) | $ 283.50 | | |
| | | | | (ASCII) | $ 243.00 | | |
| | | | | (Exhibits) | $ 50.30 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 7/9/2012 | 12047585 | Merrill/LegaLink | 4/20/2012 | **Vincent O'Brien** | | $ 1,696.80 | $ 1,180.80 |
| | | | | (Transcript) | $ 1,108.80 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Realtime) | $ 276.00 | | |
| | | | | (ASCII) | $ 230.00 | | |
| | | | | (Exhibits) | $ 72.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 5/9/2012 | 12047713 | Merrill/LegalLink | 4/20/2012 | Video | | $ 1,272.50 | $ 1,272.50 |
| 4/20/2012 | 042012-111873 | TSG Reporting | 4/20/2012 | **Wayne Stark, Ph.D.** | | $ 1,002.40 | $ 503.05 |
| | | | | (Transcript) | $ 484.25 | | |
| | | | | (Realtime) | $ 245.85 | | |
| | | | | (ASCII) | $ 223.50 | | |
| | | | | (Exhibits) | $ 18.80 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 7/9/2012 | 12047988 | Merrill/LegalLink | 4/20/2012 | **David Teece, Vol. 2** | | $ 1,546.80 | $ 1,028.30 |
| | | | | (Transcript) | $ 973.10 | | |
| | | | | (Realtime) | $ 282.50 | | |
| | | | | (ASCII) | $ 226.00 | | |
| | | | | (Exhibits) | $ 55.20 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 5/9/2012 | 12047721 | Merrill/LegalLink | 4/20/2012 | Video | | $ 1,272.50 | $ 1,272.50 |
| 5/21/2012 | 042312-112197 | TSG Reporting | 4/23/2012 | **Tony Givargis** | | $ 3,151.10 | $ 2,379.10 |
| | | | | (Transcript) | $ 808.00 | | |
| | | | | (Realtime) | $ 372.00 | | |
| | | | | (ASCII) | $ 372.00 | | |
| | | | | (Exhibits) | $ 1,571.10 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 5/21/2012 | 042312-112194 | TSG Reporting | 4/23/2012 | **William Griswold** | | $ 2,136.85 | $ 1,153.10 |
| | | | | (Transcript) | $ 1,007.50 | | |
| | | | | (Immediate Delivery) | $ 23.75 | | |
| | | | | (Realtime) | $ 465.00 | | |
| | | | | (ASCII) | $ 465.00 | | |
| | | | | (Exhibits) | $ 145.60 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 5/21/2012 | 042312-112200 | TSG Reporting | 4/23/2012 | **Venugopal Veeravalli** | | $ 1,525.15 | $ 912.40 |
| | | | | (Transcript) | $ 647.50 | | |
| | | | | (Realtime) | $ 305.25 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | | Total Invoice Amount | | Total Amount Claimed | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (ASCII) | $ | 277.50 | | | | |
| | | | | (Exhibits) | $ | 264.90 | | | | |
| | | | | (Shipping & Handling) | $ | 30.00 | | | | |
| | | | | Video | | | | | | |
| 5/30/2012 | 12047764 | Merrill/LegalLink | 4/23/2012 | **Richard D. Wesel, Ph.D.** | | | $ | 2,622.35 | $ | 1,348.40 |
| | | | | (Transcript) | $ | 1,150.80 | | | | |
| | | | | (Realtime) | $ | 926.80 | | | | |
| | | | | (ASCII) | $ | 238.00 | | | | |
| | | | | (Exhibits) | $ | 197.60 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| | | | | (Attendance/Overtime) | $ | 99.15 | | | | |
| 5/14/2012 | 12047768 | Merrill/LegalLink | 4/23/2012 | Video | | | $ | 1,625.00 | $ | 1,625.00 |
| 6/27/2012 | 12047613 | Merrill/LegalLink | 4/24/2012 | **Ramamirtham Sukumar, Ph.D** | | | $ | 2,087.00 | $ | 1,487.40 |
| | | | | (Transcript) | $ | 1,302.00 | | | | |
| | | | | (Realtime) | $ | 321.60 | | | | |
| | | | | (ASCII) | $ | 268.00 | | | | |
| | | | | (Exhibits) | $ | 185.40 | | | | |
| | | | | (Shipping & Handling) | $ | 10.00 | | | | |
| 5/10/2012 | 12047738 | Merrill/LegalLink | 4/24/2012 | Video | | | $ | 1,497.50 | $ | 1,497.50 |
| 5/21/2012 | 042512-112206 | TSG Reporting | 4/25/2012 | **Jon Hamkins** | | | $ | 4,342.45 | $ | 3,907.45 |
| | | | | (Transcript) | $ | 438.75 | | | | |
| | | | | (Realtime) | $ | 202.50 | | | | |
| | | | | (ASCII) | $ | 202.50 | | | | |
| | | | | (Exhibits) | $ | 3,468.70 | | | | |
| | | | | (Shipping & Handling) | $ | 30.00 | | | | |
| | | | | Video | | | | | | |
| 5/21/2012 | 042512-112203 | TSG Reporting | 4/25/2012 | **Dr. Edward W. Knightly** | | | $ | 1,292.95 | $ | 686.95 |
| | | | | (Transcript) | $ | 607.75 | | | | |
| | | | | (Immediate Delivery) | $ | 15.00 | | | | |
| | | | | (Realtime) | $ | 280.50 | | | | |
| | | | | (ASCII) | $ | 280.50 | | | | |
| | | | | (Exhibits) | $ | 79.20 | | | | |
| | | | | (Shipping & Handling) | $ | 30.00 | | | | |
| | | | | Video | | | | | | |
| 5/31/2012 | 042512-113164 | TSG Reporting | 4/25/2012 | **Mani Srivastava** | | | $ | 1,553.95 | $ | 884.95 |
| | | | | (Transcript) | $ | 692.25 | | | | |
| | | | | (Realtime) | $ | 319.50 | | | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (ASCII) | $ 319.50 | | |
| | | | | (Exhibits) | $ 192.70 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| 6/18/2012 | 042512-113886 | TSG Reporting | 4/25/2012 | Video | | $ 405.00 | $ 405.00 |
| 5/21/2012 | 042612-112209 | TSG Reporting | 4/26/2012 | **Osman Balci** | | $ 1,459.15 | $ 796.15 |
| | | | | (Transcript) | $ 685.75 | | |
| | | | | (Realtime) | $ 316.50 | | |
| | | | | (ASCII) | $ 316.50 | | |
| | | | | (Exhibits) | $ 110.40 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 7/13/2012 | 12048299 | Merrill/LegalLink | 4/27/2012 | **Jerry W. Mills** | | $ 501.40 | $ 411.40 |
| | | | | (Transcript) | $ 390.60 | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | $ 80.00 | | |
| | | | | (Exhibits) | $ 20.80 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 5/31/2012 | 12047938 | Merrill/LegalLink | 4/27/2012 | Video | | $ 485.00 | $ 485.00 |
| 5/21/2012 | 042712-112215 | TSG Reporting | 4/27/2012 | **Janusz Ordover** | | $ 1,786.60 | $ 922.60 |
| | | | | (Transcript) | $ 903.50 | | |
| | | | | (Realtime) | $ 417.00 | | |
| | | | | (ASCII) | $ 417.00 | | |
| | | | | (Exhibits) | $ 19.10 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 5/21/2012 | 042712-112212 | TSG Reporting | 4/27/2012 | **Peter Rossi** | | $ 1,734.55 | $ 951.55 |
| | | | | (Transcript) | $ 815.75 | | |
| | | | | (Realtime) | $ 376.50 | | |
| | | | | (ASCII) | $ 376.50 | | |
| | | | | (Exhibits) | $ 135.80 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| | | | | **Eric Stasik** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Shipping & Handling) | | | |
| 5/21/2012 | 12047845 | Merrill/LegalLink | 4/27/2012 | Video | | $ 1,182.50 | $ 1,182.50 |
| 5/21/2012 | 050212-112221 | TSG Reporting | 5/2/2012 | **Richard Donaldson** | | $ 1,440.70 | $ 730.30 |
| | | | | (Transcript) | $ 702.00 | | |
| | | | | (Realtime) | $ 356.40 | | |
| | | | | (ASCII) | $ 324.00 | | |
| | | | | (Exhibits) | $ 28.30 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 5/21/2012 | 050212-112218 | TSG Reporting | 5/2/2012 | **Paul Dourish** | | $ 1,374.95 | $ 765.95 |
| | | | | (Transcript) | $ 637.25 | | |
| | | | | (Realtime) | $ 289.50 | | |
| | | | | (ASCII) | $ 289.50 | | |
| | | | | (Exhibits) | $ 128.70 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| | | | | **Michael Walker** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 7/31/2012 | 021612-116183 | TSG Reporting | 5/2/2012 | Video | | $ 665.00 | $ 665.00 |
| 5/21/2012 | 050412-112224 | TSG Reporting | 5/4/2012 | **Richard Gitlin** | | $ 1,186.20 | $ 616.20 |
| | | | | (Transcript) | $ 585.00 | | |
| | | | | (Realtime) | $ 270.00 | | |
| | | | | (ASCII) | $ 270.00 | | |
| | | | | (Exhibits) | $ 31.20 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 6/28/2012 | 12047676 | Merrill/LegalLink | 5/4/2012 | **Paul S Min, Ph.D** | | $ 3,079.00 | $ 2,072.80 |
| | | | | (Transcript) | $ 1,394.40 | | |
| | | | | (Realtime) | $ 703.20 | | |
| | | | | (ASCII) | $ 293.00 | | |
| | | | | (Exhibits) | $ 678.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 5/21/2012 | 12047837 | Merrill/LegalLink | 5/4/2012 | Video | | $ 1,497.50 | $ 1,497.50 |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 7/9/2012 | 12048126 | Merrill/LegalLink | 5/4/2012 | **Tim Williams, Ph.D.** | | $ 2,030.35 | $ 1,374.60 |
| | | | | (Transcript) | $ 1,132.20 | | |
| | | | | (Realtime) | $ 333.75 | | |
| | | | | (ASCII) | $ 267.00 | | |
| | | | | (Exhibits) | $ 242.40 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 45.00 | | |
| 5/21/2012 | 12047835 | Merrill/LegalLink | 5/4/2012 | Video | | $ 1,647.50 | $ 1,647.50 |
| 7/13/2012 | 12048268 | Merrill/LegalLink | 5/8/2012 | **Gregory Abowd** | | $ 1,435.56 | $ - |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| | | | | (Attendance/Overtime) | $ 330.00 | | |
| | | | | (Conference Room) | $ 1,105.56 | | |
| 6/8/2012 | 12048018 | Merrill/LegalLink | 5/8/2012 | Video | | $ 250.00 | $ - |
| 6/5/2012 | 12047977 | Merrill/LegalLink | 5/8/2012 | **Woodward Yang, Ph.D., Vol. 1** | | $ 2,553.70 | $ 1,666.20 |
| | | | | (Transcript) | $ 1,411.20 | | |
| | | | | (Realtime) | $ 436.50 | | |
| | | | | (ASCII) | $ 291.00 | | |
| | | | | (Exhibits) | $ 255.00 | | |
| | | | | (Shipping & Handling) | $ 10.00 | | |
| | | | | (Attendance/Overtime) | $ 150.00 | | |
| 5/23/2012 | 12047878 | Merrill/LegalLink | 5/8/2012 | Video | | $ 1,737.50 | $ 1,737.50 |
| 5/31/2012 | 050912-113167 | TSG Reporting | 5/9/2012 | **Martin Walker, Ph.D.** | | $ 618.30 | $ 312.30 |
| | | | | (Transcript) | $ 299.00 | | |
| | | | | (Realtime) | $ 138.00 | | |
| | | | | (ASCII) | $ 138.00 | | |
| | | | | (Exhibits) | $ 13.30 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 6/18/2012 | 12048081 | Merrill/LegalLink | 5/9/2012 | **Woodward Yang, Ph.D., Vol. 2** | | $ 820.60 | $ 581.80 |
| | | | | (Transcript) | $ 512.40 | | |
| | | | | (Realtime) | $ 124.80 | | |
| | | | | (ASCII) | $ 104.00 | | |
| | | | | (Exhibits) | $ 69.40 | | |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | | | | (Shipping & Handling) | $ 10.00 | | |
| 6/1/2012 | 12047950 | Merrill/LegalLink | 5/9/2012 | Video | | $ 552.50 | $ 552.50 |
| 5/31/2012 | 051412-113161 | TSG Reporting | 5/14/2012 | **Terry Musika** | | $ 1,357.25 | $ 820.25 |
| | | | | (Transcript) | $ 549.25 | | |
| | | | | (Realtime) | $ 253.50 | | |
| | | | | (ASCII) | $ 253.50 | | |
| | | | | (Exhibits) | $ 271.00 | | |
| | | | | (Shipping & Handling) | $ 30.00 | | |
| | | | | Video | | | |
| 7/24/2012 | SF139049 | Veritext | 7/18/2012 | **Emilie Kim** | | $ 955.40 | $ 647.80 |
| | | | | (Transcript) | $ 541.20 | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | $ 229.60 | | |
| | | | | (Exhibits) | $ 106.60 | | |
| | | | | (Shipping & Handling) | $ 78.00 | | |
| 7/26/2012 | SF139499 | Veritext | 7/18/2012 | Video | | $ 346.75 | $ 346.75 |
| | | | | **Benjamin Cheung** | | | |
| | | | | (Transcript) | | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | | | |
| | | | | (Shipping & Handling) | | | |
| 7/25/2012 | 032712-201866 | TSG Reporting | 7/27/2012 | Video | | $ 190.00 | $ 190.00 |
| 8/1/2012 | SF140808 | Veritext | 7/27/2012 | **Boris Teksler** | | $ 761.05 | $ 672.00 |
| | | | | (Transcript) | $ 594.00 | | |
| | | | | (Realtime) | $ 89.05 | | |
| | | | | (ASCII) | | | |
| | | | | (Exhibits) | $ 78.00 | | |
| | | | | (Shipping & Handling) | | | |
| 8/14/2012 | SF142183 | Veritext | 7/27/2012 | Video | | $ 178.00 | $ 178.00 |
| 9/6/2013 | 55428 | Planet Depos | 8/20/2013 | **Michael Wagner** | | $ 3,107.00 | $ 2,435.00 |
| | | | | (Transcript) | $ 2,106.00 | | |
| | | | | (Realtime) | $ 276.00 | | |
| | | | | (ASCII) | $ 276.00 | | |
| | | | | (Exhibits) | $ 329.00 | | |
| | | | | (Shipping & Handling) | $ 120.00 | | |
| 9/6/2013 | 55639 | Planet Depos | 8/20/2013 | Video | | $ 1,037.50 | $ 1,037.50 |

**Amended Schedule D-1 (Deposition Transcripts)**

| Invoice Date | Invoice No. | Vendor | Deposition Date | Witness | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| 9/6/2013 | 082613-409489 | TSG Reporting | 8/26/2013 | **Julie Davis** | | $     2,451.00 | $      1,885.50 |
| | | | | (Transcript) | $      1,079.00 | | |
| | | | | (Immediate Delivery) | $        37.50 | | |
| | | | | (Realtime) | | | |
| | | | | (ASCII) | $        498.00 | | |
| | | | | (Exhibits) | $        806.50 | | |
| | | | | (Shipping & Handling) | $        30.00 | | |
| | | | | Video | | | |
| | | | | Total | | $      169,803.05 | |