**Amended Schedule E-3 (Electronic Discovery: Uploads and Production)**

| Invoice Date | Invoice No. | Vendor | Description | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 9/30/2011 | 1141171 | Catalyst | **E-Discovery Services** | | $ 37,869.30 | $ - |
| | | | Upload | $ - | | |
| | | | Production | $ - | | |
| 10/31/2011 | 1141604 | Catalyst | **E-Discovery Services** | | $ 63,741.01 | $ 637.50 |
| | | | Upload | $ - | | |
| | | | Production | $ 637.50 | | |
| 11/30/2011 | 1142045 | Catalyst | **E-Discovery Services** | | $ 108,149.32 | $ 39.40 |
| | | | Upload | $ 39.40 | | |
| | | | Production | $ - | | |
| 12/31/2011 | 1142501 | Catalyst | **E-Discovery Services** | | $ 100,807.59 | $ - |
| | | | Upload | $ - | | |
| | | | Production | $ - | | |
| 1/31/2012 | 1142958 | Catalyst | **E-Discovery Services** | | $ 147,097.35 | $ 4,475.28 |
| | | | Upload | $ 240.60 | | |
| | | | Production | $ 4,234.68 | | |
| 2/29/2012 | 1143424 | Catalyst | **E-Discovery Services** | | $ 149,834.43 | $ 3,137.50 |
| | | | Upload | $ - | | |
| | | | Production | $ 3,137.50 | | |
| 3/31/2012 | 1143895 | Catalyst | **E-Discovery Services** | | $ 96,467.17 | $ 3,542.85 |
| | | | Upload | $ - | | |
| | | | Production | $ 3,542.85 | | |
| 4/30/2012 | 1144357 | Catalyst | **E-Discovery Services** | | $ 87,357.93 | $ 1,562.50 |
| | | | Upload | $ - | | |
| | | | Production | $ 1,562.50 | | |
| 5/31/2012 | 1144823 | Catalyst | **E-Discovery Services** | | $ 85,802.80 | $ 1,487.50 |
| | | | Upload | $ - | | |
| | | | Production | $ 1,487.50 | | |
| 6/30/2012 | 1145313 | Catalyst | **E-Discovery Services** | | $ 74,685.55 | $ 1,350.00 |
| | | | Upload | $ - | | |
| | | | Production | $ 1,350.00 | | |
| | | | | **Total** | | $ 16,232.53 |