**Amended Schedule F (Interpreters)**

| Invoice Date | Invoice No. | Vendor | Description | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 1/19/2012 | 12046269 | Merrill/LegaLink | **Interpreter for Deposition of Seong Hun Kim on 11/11/2011** | | $ 18,914.94 | $ 4,000.00 |
| | | | (Interpreter Services) | $ 4,000.00 | | |
| | | | (Travel) | $ 14,914.94 | | |
| 1/19/2012 | 12046277 | Merrill/LegaLink | **Interpreter for Deposition of Chang Soo Park on 11/30/2011** | | $ 3,600.00 | $ 2,600.00 |
| | | | (Interpreter Services) | $ 2,600.00 | | |
| | | | (Travel) | $ 1,000.00 | | |
| 1/19/2012 | 12046279 | Merrill/LegaLink | **Interpreter for Deposition of Min Goo Kim on 12/03/2011** | | $ 4,400.00 | $ 3,800.00 |
| | | | (Interpreter Services) | $ 3,800.00 | | |
| | | | (Travel) | $ 600.00 | | |
| 1/19/2012 | 12046278 | Merrill/LegaLink | **Interpreter for Deposition of Min Goo Kim on 12/2/2011** | | $ 4,800.00 | $ 3,800.00 |
| | | | (Interpreter Services) | $ 3,800.00 | | |
| | | | (Travel) | $ 1,000.00 | | |
| 1/20/2012 | 12046276 | Merrill/LegaLink | **Interpreter for Deposition of Se Hyoung Kim on 11/18/2011** | | $ 16,978.21 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 13,778.21 | | |
| 1/21/2012 | 12046270 | Merrill/LegaLink | **Interpreter for Deposition of Hee Won Kong 11/15/2011** | | $ 4,400.00 | $ 3,400.00 |
| | | | (Interpreter Services) | $ 3,400.00 | | |
| | | | (Travel) | $ 1,000.00 | | |
| 2/8/2012 | 12046421 | Merrill/LegaLink | **Interpreter for Deposition of Jin-Kuy Choi 11/20/2011** | | $ 10,476.38 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 7,276.38 | | |
| 2/8/2012 | 12046427 | Merrill/LegaLink | **Interpreter for Deposition of Young Bum Kim on 11/11/2011** | | $ 8,143.33 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 4,943.33 | | |
| 2/8/2012 | 12046418 | Merrill/LegaLink | **Interpreter for Deposition of Sung Ho Eun 11/18/2011** | | $ 17,388.40 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 14,188.40 | | |
| 2/8/2012 | 12046420 | Merrill/LegaLink | **Interpreter for Deposition of Jae Yoel Kim 11/18/2011** | | $ 8,455.68 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 5,255.68 | | |
| 2/8/2012 | 12046422 | Merrill/LegaLink | **Interpreter for Deposition of Yong-Jun Kwak 11/23/2011** | | $ 11,086.10 | $ 3,600.00 |
| | | | (Interpreter Services) | $ 3,600.00 | | |
| | | | (Travel) | $ 7,486.10 | | |
| 2/8/2012 | 12046419 | Merrill/LegaLink | **Interpreter for Deposition of Joon Young Cho 11/30/2011** | | $ 9,182.84 | $ 3,600.00 |
| | | | (Interpreter Services) | $ 3,600.00 | | |
| | | | (Travel) | $ 5,582.84 | | |
| 2/9/2012 | 12046424 | Merrill/LegaLink | **Interpreter for Deposition of Hun Kee Kim 11/30/2011** | | $ 10,400.00 | $ 4,000.00 |
| | | | (Interpreter Services) | $ 4,000.00 | | |

**Amended Schedule F (Interpreters)**

| Invoice Date | Invoice No. | Vendor | Description | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|
| | | | (Travel) | $ 6,400.00 | | |
| 2/9/2012 | 12046426 | Merrill/LegaLink | **Interpreter for Deposition of Jae-Seung Yoon 12/03/2011** | | $ 9,491.25 | $ 4,000.00 |
| | | | (Interpreter Services) | $ 4,000.00 | | |
| | | | (Travel) | $ 5,491.25 | | |
| 2/10/2012 | 12046513 | Merrill/LegaLink | **Interpreter for Deposition of Hyun Woo Lee 11/13/2011** | | $ 9,600.00 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 6,400.00 | | |
| 2/10/2012 | 12046518 | Merrill/LegaLink | **Interpreter for Deposition of Ju Ho Lee 12/03/2011** | | $ 8,118.50 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 4,918.50 | | |
| 2/17/2012 | 12046438 | Merrill/LegaLink | **Interpreter for Deposition of Jeong Seok Oh 11/11/2011** | | $ 8,800.00 | $ 4,800.00 |
| | | | (Interpreter Services) | $ 4,800.00 | | |
| | | | (Travel) | $ 4,000.00 | | |
| 2/28/2012 | 12046748 | Merrill/LegaLink | **Interpreter for Deposition of Yong-Suk Moon 11/30/2011** | | $ 11,300.00 | $ 7,300.00 |
| | | | (Interpreter Services) | $ 7,300.00 | | |
| | | | (Travel) | $ 4,000.00 | | |
| 2/28/2012 | 12046747 | Merrill/LegaLink | **Interpreter for Deposition of Noh-Sun Kim 12/02/2011** | | $ 18,361.69 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 15,161.69 | | |
| 2/29/2012 | 12046765 | Merrill/LegaLink | **Interpreter for Deposition of Hyun Woo Lee 11/13/2011** | | $ 9,600.00 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 6,400.00 | | |
| 2/29/2012 | 12046767 | Merrill/LegaLink | **Interpreter for Deposition of Soon-Jae Choi 11/16/2011** | | $ 3,200.00 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| 2/29/2012 | 12046768 | Merrill/LegaLink | **Interpreter for Deposition of Moon-Sang Jeong 11/17/2011** | | $ 3,200.00 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| 2/29/2012 | 12046766 | Merrill/LegaLink | **Interpreter for Deposition of Jun-Sung Lee 11/18/2011** | | $ 14,859.66 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 11,659.66 | | |
| 7/9/2012 | 12046437 | Merrill/LegaLink | **Interpreter for Deposition of Sang Ryul Park 11/18/2011** | | $ 8,113.60 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 4,913.60 | | |
| 7/9/2012 | 12048161 | Merrill/LegaLink | **Interpreter for Deposition of Ju-Won Lee 3/5/2012** | | $ 6,200.00 | $ 4,400.00 |
| | | | (Interpreter Services) | $ 4,400.00 | | |
| | | | (Travel) | $ 1,800.00 | | |
| 7/9/2012 | 12048163 | Merrill/LegaLink | **Interpreter for Deposition of Jun Won Lee 3/26/2012** | | $ 3,425.00 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 225.00 | | |

**Amended Schedule F (Interpreters)**

| Invoice Date | Invoice No. | Vendor | Description | Total Charges by Category | Total Invoice Amount | Total Amount Claimed |
|---|---|---|---|---|---|---|
| 7/25/2012 | 12048350 | Merrill/LegaLink | **Interpreter for Deposition of Gi Sang Lee 2/29/2012** | | $ 4,100.00 | $ 4,000.00 |
| | | | (Interpreter Services) | $ 4,000.00 | | |
| | | | (Travel) | $ 100.00 | | |
| 7/25/2012 | 12048351 | Merrill/LegaLink | **Interpreter for Deposition of Jun Ho Park 3/6/2012** | | $ 3,300.00 | $ 3,200.00 |
| | | | (Interpreter Services) | $ 3,200.00 | | |
| | | | (Travel) | $ 100.00 | | |
| 7/25/2012 | 12048355 | Merrill/LegaLink | **Interpreter for Deposition of Seung Gun Park 3/21/2012** | | $ 3,700.00 | $ 3,600.00 |
| | | | (Interpreter Services) | $ 3,600.00 | | |
| | | | (Travel) | $ 100.00 | | |
| 9/17/2012 | 12048822 | Merrill/LegaLink | **German Interpreter Services 3/20/2012** | | $ 2,550.00 | $ 1,950.00 |
| | | | (Interpreter Services) | $ 1,950.00 | | |
| | | | (Travel) | $ 600.00 | | |
| 9/17/2012 | 12048829 | Merrill/LegaLink | **German Interpreter Services 3/23/2012** | | $ 2,000.00 | $ 1,400.00 |
| | | | (Interpreter Services) | $ 1,400.00 | | |
| | | | (Travel) | $ 600.00 | | |
| 9/17/2012 | 12048823 | Merrill/LegaLink | **Spanish Interpreter Services on 3/22/2012** | | $ 3,701.68 | $ 1,950.00 |
| | | | (Interpreter Services) | $ 1,950.00 | | |
| | | | (Travel) | $ 1,751.68 | | |
| 9/17/2012 | 12048833 | Merrill/LegaLink | **French Interpreter Services on 4/19/2012** | | $ 3,561.36 | $ 1,675.00 |
| | | | (Interpreter Services) | $ 1,675.00 | | |
| | | | (Travel) | $ 1,886.36 | | |
| 9/17/2012 | 12048832 | Merrill/LegaLink | **French Interpreter Services 4/10/2012** | | $ 2,225.00 | $ 2,225.00 |
| | | | (Interpreter Services) | $ 2,225.00 | | |
| 9/18/2012 | 12048875 | Merrill/LegaLink | **Interpreter for Deposition of Seong-Ho Choi 2/19/2012** | | $ 5,090.00 | $ 3,800.00 |
| | | | (Interpreter Services) | $ 3,800.00 | | |
| | | | (Travel) | $ 1,290.00 | | |
| 9/18/2012 | 12048860 | Merrill/LegaLink | **Interpreter for Deposition of Seungwoo "Clayton" Kim 2/13/2012** | | $ 7,800.00 | $ 4,400.00 |
| | | | (Interpreter Services) | $ 4,400.00 | | |
| | | | (Travel) | $ 3,400.00 | | |
| | | | Total | | | $ 122,300.00 |