| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3381916

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Fed. R. Civ. P. 5(b)]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 6, 2014, I served a copy of:

**1.     AMENDED EXHIBIT E-3 TO SUPPLEMENTAL DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE'S AMENDED BILL OF COSTS (SEALED VERSION)**

**2.     AMENDED EXHIBIT B-5 TO SUPPLEMENTAL DECLARATION OF RACHEL KREVANS IN SUPPORT OF APPLE'S AMENDED BILL OF COSTS WAIVING CERTAIN COSTS (SEALED VERSION)**

☒     BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

- Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP: SamsungDamagesTrialTeam@quinnemanuel.com

- Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP: WHAppleSamsungDamagesRetrial@wilmerhale.com

- margretcaruso@quinnemanuel.com

- SaraJenkins@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on February 7, 2014.

*/s/ Esther Kim*
Esther Kim

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3381916