# AMENDED
# EXHIBIT B-5 Part 2

# REDACTED VERSION OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL

# CATALYST
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 1 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**  Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/1/11-10/31/11 Base Monthly License Fee for Catalyst CR (Waived) | | | |
| --10/1/11-10/31/11  Variable License Fee | | | -36,024.72 |
| --10/1/11-10/31/11  Hibernated Subcollection Fee | | | 21,297.76 |
| --10/20/11..Fast Track upload of ■ GB for to the Samsung_Offensive site (217785) | | | 89.00 |
| --10/19/11..Fast Track upload of ■ GB for All.LoadFile.txt to the Samsung_Offensive site (217111) | | | 298.00 |
| --10/19/11..Upload of ■ production docs ■ GB for APLNDC Production (10/15/2011) to the Samsung Offensive site per TTrudnowski (216269) | | | 481.60 |
| --10/18/11..Fast Track upload of ■ GB for to the Samsung_Offensive site (217158) | | | 0.20 |
| --10/18/11..Fast Track upload of ■ GB for to the Samsung_Offensive site (217171) | | | 121.20 |
| --10/18/11..Fast Track upload of ■ GB for to the Samsung_Offensive site (217177) | | | 5.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/18/11..Fast Track upload of ▮ GB for  to the Samsung_Offensive site (217179) | | | 1.20 |
| --10/18/11..Fast Track upload of ▮ GB for  to the Samsung_Offensive site (217181) | | | 38.80 |
| --10/18/11..Fast Track upload of ▮ GB for  to the Samsung_Offensive site (217183) | | | 38.20 |
| --10/18/11..Upload of ▮ production docs ▮ GB for APLNDC Production (10/14/2011) to the Samsung Offensive site per TTrudnowski (216132) | | | 20.00 |
| --10/17/11..Upload of ▮ production docs ▮ GB for Prod_19_APLNDC to the Samsung Offensive site per ABarr (213132) | | | 2.80 |
| --10/17/11..Upload of ▮ production docs ▮ GB for APL-ITC796 Production (10/13/11) to the Samsung Offensive site per TTrudnowski (215595) | | | -41.00 |
| --10/15/11..Upload of ▮ production docs ▮ GB for 4827_xref.csv to the Samsung Offensive site per TTrudnowski..(213855) | | | 28.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| Client ID: | 00230.87 |
|---|---|
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| Invoice No: | 1141597 |
|---|---|
| Invoice Date: | Oct 31, 2011 |

**Catalyst Repository Tax ID #20-2205114**

| Payment Terms | 11/30/11 |
|---|---|
| Sales Rep: | |
| Page: | 3 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/14/11..Fast Track upload of ▮ GB for  to the Samsung_Offensive site (213381) | | | 0.20 |
| --10/14/11..Upload of ▮ production docs ▮ GB for 3855_xref.csv to the Samsung Offensive site per Apple.(215135)0 | | | 98.40 |
| --10/13/11..Upload of ▮ production docs ▮ GB GB for Production 3684 to the Samsung Offensive site per ABarr (215334) | | | 25.00 |
| --10/13/11..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (215590) | | | 482.00 |
| --10/13/11..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (215592) | | | 710.60 |
| --10/13/11..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (215609) | | | 337.80 |
| --10/13/11..Fast Track upload of ▮ GB for send.DB2.20111012.175702All.LoadFile.txt to the Samsung_Offensive site (215654) | | | 321.80 |
| --10/13/11..Fast Track upload of ▮ GB for  to the | | | 0.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 4 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (215765) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 2.80 |
| Samsung_Offensive site (215776) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 1.40 |
| Samsung_Offensive site (215786) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 0.20 |
| Samsung_Offensive site (215795) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 0.20 |
| Samsung_Offensive site (215801) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 5.20 |
| Samsung_Offensive site (215806) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 33.00 |
| Samsung_Offensive site (215810) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 0.80 |
| Samsung_Offensive site (215815) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 1.00 |
| Samsung_Offensive site (215828) | | | |
| --10/13/11..Fast Track upload of ▮ GB for to the | | | 10.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 5 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (215837) | | | |
| --10/13/11..Upload of █ docs █ GB for 3689 to the Samsung Offensive site per TTrudnowski (213383) | | | 73.80 |
| --10/12/11..Fast Track upload of █ GB for  to the Samsung_Offensive site (215301) | | | 9.20 |
| --10/12/11..Upload of █ production docs █ GB for Production 023 - NDC to the Samsung Offensive site per ABarr (214269) | | | 11.80 |
| --10/12/11..Upload of █ production docs █ GB for NDC Production 022 to the Samsung Offensive site per ABarr (214157) | | | 58.60 |
| --10/11/11..Fast Track upload of █ GB for  to the Samsung_Offensive site (214879) | | | 39.60 |
| --10/11/11..Fast Track upload of █ GB for  to the Samsung_Offensive site (214898) | | | 1.20 |
| --10/11/11..Fast Track upload of █ GB for  to the Samsung_Offensive site (214901) | | | 0.40 |
| --10/11/11..Fast Track upload of █ GB for  to the | | | 624.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



| | Client ID: | 00230.87 |
| --- | --- | --- |
| | Apple/Samsung | |
| | **Invoice No:** | 1141597 |
| | **Invoice Date:** | Oct 31, 2011 |
| | **Payment Terms** | 11/30/11 |
| | **Sales Rep:** | |
| | **Page:** | 6 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
| --- | --- | --- | --- |
| Samsung_Offensive site (215008) | | | |
| --10/11/11..Fast Track upload of ▮ GB for to the | | | 1.00 |
| Samsung_Offensive site (215044) | | | |
| --10/11/11..Fast Track upload of ▮ GB for to the | | | 0.80 |
| Samsung_Offensive site (215074) | | | |
| --10/11/11..Fast Track upload of ▮ GB for to the | | | 65.80 |
| Samsung_Offensive site (215094) | | | |
| --10/11/11..Fast Track upload of ▮ GB for to the | | | 136.00 |
| Samsung_Offensive site (215136) | | | |
| --10/11/11..Fast Track upload of ▮ GB for to the | | | 135.60 |
| Samsung_Offensive site (215141) | | | |
| --10/10/11..Fast Track upload of ▮ GB for to the | | | 0.20 |
| Samsung_Offensive site (214775) | | | |
| --10/10/11..Fast Track upload of ▮ GB for to the | | | 0.20 |
| Samsung_Offensive site (214785) | | | |
| --10/10/11..Fast Track upload of ▮ GB for to the | | | 32.80 |
| Samsung_Offensive site (214794) | | | |
| --10/10/11..Fast Track upload of ▮ GB for to the | | | 60.80 |

**Wire Instructions:**



| | |
| --- | --- |
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!


**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (214796) | | | |
| --10/10/11..Fast Track upload of ▇ GB for  to the | | | 3.60 |
| Samsung_Offensive site (214800) | | | |
| --10/10/11..Fast Track upload of ▇ GB for  to the | | | 150.60 |
| Samsung_Offensive site (214865) | | | |
| --10/10/11..Fast Track upload of ▇ GB for  to the | | | 55.20 |
| Samsung_Offensive site (214872) | | | |
| --10/10/11..Fast Track upload of ▇ GB for  to the | | | 2.80 |
| Samsung_Offensive site (214890) | | | |
| ~~-10/10/11..Copy data and files for ▇ gb from the~~ | | | |
| ~~applemotorola to the Samsung Offensive site per TTrudnowski~~ | | | |
| ~~(213318) N/C~~ | | | |
| RUSH..--10/09/11..Fast Track upload of ▇ GB for | | | 16.00 |
| 214577_Loadfile.mdb to the Samsung_Offensive site (214577) | | | |
| --10/08/11..Fast Track upload of ▇ GB for  to the | | | 302.80 |
| Samsung_Offensive site (214058) | | | |
| --10/08/11..Fast Track upload of ▇ GB for  to the | | | 319.60 |
| Samsung_Offensive site (214152) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |

**Catalyst Repository Tax ID #20-2205114**

**Sales Rep:**

| | |
|---|---|
| **Page:** | 8 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/08/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214343) | | | 0.20 |
| --10/08/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214348) | | | 24.00 |
| --10/08/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214355) | | | 3.60 |
| --10/08/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214362) | | | 59.00 |
| ~~--10/07/11..Document copy upload of ▮ GB for STCloned_Docs to the Samsung_Offensive site (213625) N/C~~ | | | |
| ~~--10/07/11..Document copy upload of ▮ GB for STCloned_Docs to the Samsung_Offensive site (213645) N/C~~ | | | |
| --10/07/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214044) | | | 5.40 |
| --10/07/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214057) | | | 292.00 |
| --10/07/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214067) | | | 38.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 0023087 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 9 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/07/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (214128) | | | 47.60 |
| --10/06/11..Fast Track upload of ▮ GB for the Samsung_Offensive site (213796) | | | 0.40 |
| --10/06/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213063) | | | 9.40 |
| --10/06/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213076) | | | 0.80 |
| ~~--10/06/11..Document copy upload of ▮ GB for STCloned_Docs to the Samsung_Offensive site (213646) N/C~~ | | | |
| --10/06/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213651) | | | 22.20 |
| --10/06/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213652) | | | 11.20 |
| --10/06/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213724) | | | 6.00 |
| --10/06/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213738) | | | 1.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213751) | | | 36.20 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213763) | | | 34.80 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213775) | | | 65.80 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213776) | | | 6.60 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213787) | | | 11.20 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213789) | | | 0.20 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213801) | | | 195.00 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213803) | | | 139.00 |
| --10/06/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213806) | | | 5.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 0023087 |
| | Apple/Samsung |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 11 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213336) | | | 27.80 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213337) | | | 29.80 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213346) | | | 22.60 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213395) | | | 39.60 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213396) | | | 0.20 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213411) | | | 8.20 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213412) | | | 46.00 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213423) | | | 64.20 |
| --10/05/11..Fast Track upload of ▇ GB for to the Samsung_Offensive site (213426) | | | 1.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/05/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213436) | | | 123.20 |
| --10/05/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213437) | | | 107.20 |
| --10/05/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site (213448) | | | 113.00 |
| --10/05/11..Upload of ▮ production docs ▮ GB for Production 18 to the Samsung Offensive site per Apple/Samsung (210550) | | | 4.20 |
| --10/05/11..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung Offensive site (210957) | | | 0.40 |
| --10/04/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site 213063 | | | 9.40 |
| --10/04/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site 213064 | | | 44.40 |
| --10/04/11..Fast Track upload of ▮ GB for to the Samsung_Offensive site 213075 | | | 0.20 |
| --10/04/11..Fast Track upload of ▮ GB for to the | | | 0.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Page:** | 13 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site 213085 | | | |
| --10/04/11..Fast Track upload of ▆ GB for  to the | | | 25.60 |
| Samsung_Offensive site 213121 | | | |
| --10/04/11..Fast Track upload of ▆ GB for  to the | | | 44.00 |
| Samsung_Offensive site 213129 | | | |
| --10/04/11..Fast Track upload of ▆ GB for  to the | | | 0.40 |
| Samsung_Offensive site 213158 | | | |
| --10/04/11..Fast Track upload of ▆ GB for  to the | | | 27.80 |
| Samsung_Offensive site 213160 | | | |
| --10/04/11..Fast Track upload of ▆ GB for  to the | | | 6.20 |
| Samsung_Offensive site 213167 | | | |
| --10/04/11..Fast Track upload of ▆ GB for  to the | | | 67.80 |
| Samsung_Offensive site 213169 | | | |
| --10/03/11..Fast Track upload of ▆ GB for All.LoadFile.txt to | | | 0.40 |
| the Samsung_Offensive site (210957) | | | |
| --10/01/11..Fast Track upload of ▆ GB for | | | 0.40 |
| \\fs06\\data47\\applesamsung\\docs\\20110930_211120\\load.txt | | | |
| to the Samsung_Offensive site (211120) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 14 |

**Client:**   Appie/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (211844) | | | 15.20 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (211851) | | | 27.00 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (211875) | | | 0.80 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (211879) | | | 69.40 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (211907) | | | 7.00 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (211912) | | | 59.20 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (210933) | | | 10.20 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (210944) | | | 0.20 |
| --10/01/11..Fast Track upload of ███ GB for  to the Samsung_Offensive site (210948) | | | 0.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 15 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (210953) | | | 2.20 |
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (210963) | | | 80.40 |
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (211152) | | | 3.00 |
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (211186) | | | 5.60 |
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (211222) | | | 26.80 |
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (211241) | | | 2.60 |
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (211452) | | | 4.60 |
| --10/01/11..Fast Track upload of ▉ GB for to the Samsung_Offensive site (211461) | | | 7.20 |
| --10/01/11..Document copy upload of ▉ GB for STCloned_Docs to the Samsung_Offensive site (208836) N/C | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Page:** | 16 |

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/01/11..Fast Track upload of ██ GB for to the Samsung_Offensive site (210336) | | | 0.20 |
| --10/01/11..Fast Track upload of ██ GB for to the Samsung_Offensive site (210371) | | | 0.60 |
| --10/01/11..Fast Track upload of ██ GB for to the Samsung_Offensive site (210375) | | | 95.00 |
| --10/01/11..Fast Track upload of ██ GB for to the Samsung_Offensive site (210457) | | | 152.60 |
| ~~--10/01/11..Upload of ████ production docs ████ GB for Apple ITC Production 2 to the Samsung Offensive site per Apple/Samsung (208997)~~ | | | ~~-304.00~~ |
| --10/01/11..Fast Track upload of ██ GB for All.LoadFile.txt to the Samsung Offensive site (209469) | | | 340.00 |
| ~~--10/01/11..Document copy upload of ████ GB for STCloned_Docs to the Samsung_Offensive site (208814) N/C~~ | | | |
| --10/01/11..Fast Track upload of ██ GB for to the Samsung_Offensive site (209355) | | | 4.60 |
| --10/01/11..Fast Track upload of ██ GB for to the Samsung_Offensive site (209355) | | | 6.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 17 |

**Client:**  Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (209362) | | | |
| --10/01/11..Fast Track upload of ▓ GB for to the | | | 62.80 |
| Samsung_Offensive site (209363) | | | |
| --10/01/11..Fast Track upload of ▓ GB for to the | | | 2.40 |
| Samsung_Offensive site (209484) | | | |
| --10/01/11..Fast Track upload of ▓ GB for to the | | | 1.00 |
| Samsung_Offensive site (209491) | | | |
| --10/01/11..Fast Track upload of ▓ GB for to the | | | 41.20 |
| Samsung_Offensive site (209493) | | | |
| --10/01/11..Fast Track upload of ▓ GB for to the | | | 113.20 |
| Samsung_Offensive site (209498) | | | |
| --10/01/11..Upload of ▓ production docs ▓ GB for | | | 171.60 |
| Production 15 (9/14/2011) to the Samsung Offensive site per | | | |
| TTrudnowski (205795) | | | |
| --10/01/11..Upload of ▓ GB for All.LoadFile.txt to the | | | 20.20 |
| Samsung_Offensive site (208674) | | | |
| --10/01/11..Fast Track upload of ▓ GB for to the | | | 16.00 |
| Samsung_Offensive site (209114) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!


### CATALYST
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 18 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/01/11..rga193..Upload of ▮production docs ▮ GB for Prod 017A to the Samsung Offensive site per TTrudnowski (208296) | | | 0.80 |
| --10/20/11..FSchadek..Production; Pages Converted/Endorsed: ▮; Range: APLNDC0001199952 - APLNDC0001202747; Total Volume: ▮ MB; (217424) (▮ minimum) | | | 212.50 |
| --10/18/11..ASchadek..Production; Pages Converted/Endorsed: ▮; Range: APLNDC0001199846 - APLNDC0001199951; Total Volume: ▮ MB; (216586) (▮ minimum) | | | 212.50 |
| --10\16\11..ASchadek..Prod; Pages Converted/Endorsed: ▮; Range: APLNDC0000177368 - APLNDC0001199845; Total Volume: ▮ GB per MMazza (216269) @ ▮ per | | | 15,337.17 |
| --10/14/11..RBayot..Production; Pages Converted/Endorsed: ▮; Range: APLNDC0000104509 - APLNDC0000177367; Total Volume: ▮ GB; (216132) | | | 728.59 |
| --10/14/11..ASchadek..Production; Pages Converted/Endorsed: ▮; Range: APL-ITC796-0000154991 - APL-ITC796-0000187670; Total Volume: ▮ GB; (215595) | | | 326.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 19 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/14/11..RBayot..Production; Pages Converted/Endorsed: ▮; Range: APLNDC0000103375 - APLNDC0000104488; Total Volume: ▮ MB; (216012) (▮ minimum) | | | 212.50 |
| ~~--10/11/11..Production Module..CATFAST10; Apple/Samsung Offensive - Production ITC 005; Pages: ▮ (▮ minimum)~~ | | | ~~-212.50~~ |
| --10/11/11..Production Module..ZTEKLE; Apple/SamsungOffensive - Prod_25_APLNDC (215135); Pages: ▮; Volume Pre-Endorsement: ▮ GB (▮ minimum) | | | 212.50 |
| --10/09/11..Production Module..CATFAST10; Apple/SamsungOffensive - NDC Production 022; Pages: ▮; Volume Pre-Endorsement: ▮ GB (▮ minimum) | | | 212.50 |
| --10/08/11..Production Module..ASCHADEK; 214157_Apple/Samsung Offensive - Prod_22_APLNDC; Pages: ▮; Volume Pre-Endorsement: ▮ GB | | | 235.88 |
| --10/07/11..FSchadek..Production; Pages Converted/Endorsed: ▮; Range: APLNDC0000039314 - APLNDC0000064382; | | | 250.69 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Page:** | 20 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Total Volume: ▨ GB; (213855) | | | |
| --10/05/11..Production Module..BRichardson; 213383 | | | 212.50 |
| Apple/Samsung Offensive Prod 20; Pages ▨; Volume | | | |
| Pre-Endorsement:▨ Gb (▨ minimum) | | | |
| ~~-10/05/11..Production Module>>CATFAST10; Apple/Sunsung~~ | | | ~~212.50~~ |
| ~~Production ITC 003-2; Pages ▨; Volume Pre-Endorsement:~~ | | | |
| ~~▨ GB (▨ minimum)~~ | | | |
| ~~-10/05/11..Production Module..CATFAST10; APL_ITC796-003~~ | | | ~~212.50~~ |
| ~~20111005; Pages ▨; Volume Pre-Endorsement: ▨ Gbs~~ | | | |
| ~~▨ minimum)~~ | | | |
| --10/04/11..Production Module..ZTekle; | | | 212.50 |
| Apple/SamsungOffensive - Prod 19 APLNDC (213132); Pages | | | |
| ▨; Volume Pre-Endorsement: ▨ GB (▨ minimum) | | | |
| --09/29/11..FSchadek..Production; Pages Converted/Endorsed: | | | 212.50 |
| ▨ Range: APLNDC0000036609 - APLNDC0000038187; | | | |
| Total Volume: ▨ MB; (210550) ▨ minimum) | | | |
| ~~--09/26/11..Production Module..ZTekle; Apple/Samsung~~ | | | ~~762.88~~ |
| ~~Offensive - Apple ITC Prod 02 (208997); Pages ▨; Volume~~ | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Sales Rep:** | |
| **Page:** | 21 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Pro-Endorsement: ▮▮ Gb | | | |
| ~ Catalyst Professional Consulting Services (See Addendum for details) | | | 29,093.75 |
| ~ 10/20/11..FSchadek..Custom Load File Creation (CSV); (217424) | | | 87.50 |
| ~ 10/20/11..FSchadek..Custom Load File Creation (LST); (217424) | | | 87.50 |
| ~ 10/20/11..FSchadek..Custom Work: TrueCrypt encryption (217424) | | | 43.75 |
| ~ 10/19/11..Custom work to move and upzip gpg file on the Samsung Offensive site per ABarr (217111) | | | 87.50 |
| ~ 10/19/11..FSchadek..Custom Work: TrueCrypt encryption (216586) | | | 43.75 |
| ~ 10/19/11..ZTekle..Custom Work: TrueCrypt encryption (217191) | | | 43.75 |
| ~ 10/18/11..Custom work to check site performance on the Samsung Offensive site per AHusain (216186) N/C | | | |
| ~ 10/18/11..ASchadek..Custom Load File Creation (CSV); (216586) | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 22 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --10/16/11. Custom work to complete dedupe process on the Samsung Offensive site per TTrudnowski (214058) | | | 43.75 |
| --10/16/11. KBauer. Created a NonHOV ETP site per request from ABarr. (216316) | | | 43.75 |
| --10/16/11. ASchadek. Custom Load file creation; (216269) | | | 87.50 |
| --10/14/11. RBayot. Custom Load File Creation (CSV); (216132) | | | 87.50 |
| --10/14/11. RBayot. Custom Load File Creation (LST); (216132) | | | 87.50 |
| --10/14/11. ASchadek. Custom Work: TrueCrypt encryption (216132) | | | 87.50 |
| --10/14/11. Custom work to delete documents on the Samsung Offensive site (214581) | | | 175.00 |
| --10/14/11. ASchadek. Custom Work: TrueCrypt encryption (215595) | | | 87.50 |
| --10/14/11. ASchadek. Custom Load File Creation (CSV); (215595) | | | 87.50 |
| --10/14/11. ASchadek. Custom Load File Creation (LST); (215595) | | | 87.50 |
| --10/14/11. RBayot. Custom Load File Creation (CSV); 9216012) | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 23 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 10/14/11 Custom work to create a loadfile and fire off automation on the Samsung Offensive site per TTrudnowski (213381) | | | 131.25 |
| 10/13/11 Custom work to Extract GPG file on the Samsung Offensive site per Apple (215590) | | | 43.75 |
| 10/13/11 Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (215590) | | | 43.75 |
| 10/13/11 Custom work to Extract GPG file on the Samsung Offensive site per Apple (215592) | | | 43.75 |
| 10/13/11 Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (215592) | | | 43.75 |
| 10/13/11 Custom work to Extract GPG file on the Samsung Offensive site per Apple (215609) | | | 43.75 |
| 10/13/11 Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (215609) | | | 43.75 |
| 10/13/11 Custom work to Extract GPG file on the Samsung Offensive site per ABarr (215448) | | | 43.75 |
| 10/13/11 Custom work to Prepare the loadfile on the | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Page:** | 24 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Offensive site per Apple (215654) | | | |
| --10/12/11..Custom work to complete deduping on the Samsung Offensive site per Apple (211844) | | | 43.75 |
| --10/12/11..Custom work to complete deduping on the Samsung Offensive site per Apple (211851) | | | 43.75 |
| --10/12/11..Custom work to complete deduping on the Samsung Offensive site per Apple (211879) | | | 43.75 |
| ---10/12/11..Custom work to complete deduping on the Samsung Offensive site per Apple (214907) | | | 43.75 |
| --10/12/11..ZTekle.Custom Work: TrueCrypt encryption (215135) | | | 43.75 |
| --10/07/11..Custom work to copy docs from applecore on the Samsung Offensive site per ABarr (213625) | | | 525.00 |
| --10/11/11..Custom work to complete deduping on the Samsung Offensive site per Apple (210336) | | | 43.75 |
| --10/11/11..Custom work to complete deduping on the Samsung Offensive site per Apple (210371) | | | 43.75 |
| ---10/11/11..Custom work to complete deduping on the Samsung Offensive site per Apple (210375) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 25 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 10/11/11. Custom work to complete deduping on the Samsung Offensive site per Apple (210457) | | | 43.75 |
| 10/11/11. Custom work to copy data and docs from HTO 797 on the Samsung Offensive site per ABarr (213645) | | | 262.50 |
| 10/10/11. Custom work to complete deduping on the Samsung Offensive site per Apple (210933) | | | 43.75 |
| 10/10/11. Custom work to complete deduping on the Samsung Offensive site per Apple (210963) | | | 43.75 |
| 10/10/11. Custom work to complete deduping on the Samsung Offensive site per Apple (211152) | | | 43.75 |
| 10/10/11. Custom work to complete deduping on the Samsung Offensive site per Apple (211186) | | | 43.75 |
| 10/10/11. Custom work to complete deduping on the Samsung Offensive site per Apple (211244) | | | 43.75 |
| 10/10/11. Add or modify 1 values in a lookup table on the Samsung Offensive site per Apple (214362) | | | 43.75 |
| 10/10/11. RBayot. Load File Conversion; (CSV to LFP); (214737) | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 26 |

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 10/09/11. Custom work to create loadfile and fire automation on the Samsung Offensive site per ABarr (214577) | | | 175.00 |
| 10/09/11. ZTekle Custom Work: TrueCrypt encryption (214269) | | | 43.75 |
| 10/08/11. Custom work to process deduping on the Samsung Offensive site per Apple (209363) | | | 43.75 |
| 10/08/11. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per TTrudnowski (214058) | | | 43.75 |
| 10/08/11. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per Apple (214152) | | | 43.75 |
| 10/08/11. Custom work to process deduping on the Samsung Offensive site per Apple (214152) | | | 43.75 |
| 10/07/11. FSchadek. Custom Load File Creation (CSV); (213855) | | | 87.50 |
| 10/07/11. Custom work to fire off automated decryption process on the Samsung Offensive site per TTrudnowsk (214057) | | | 43.75 |
| 10/07/11. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per TTrudnowski (214057) | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 27 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 10/07/11 Custom work to fire off automated decryption process on the Samsung Offensive site per TTrudnowski (214058) | | | 43.75 |
| 10/07/11 Custom work to fire off automated decryption process on the Samsung Offensive site per ABarr (214076) | | | 43.75 |
| 10/07/11 ZTekle Custom Work: TrueCrypt encryption (213855) | | | 43.75 |
| 10/04/11 KBauer Created new Non HOV FTP site per request from TTrudnowski (212946) | | | 43.75 |
| 10/01/11 Custom work to Dedup on the Samsung Offensive site per Apple (209355) | | | 43.75 |
| 10/01/11 Custom work to Dedup on the Samsung Offensive site per Apple (209362) | | | 43.75 |
| 10/01/11 FSchadek Custom Load File Creation (XREF) (210550) | | | 87.50 |
| 10/01/11 FSchadek Custom Load File Creation (LST) (210550) | | | 87.50 |
| 10/01/11 FSchadek Custom Work: TrueCrypt encryption | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 28 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| (210550) | | | |
| --10/01/11. Custom work to to modify and update ▮▮▮ records on the Samsung Offensive site per TTrudnowski (208814) | | | 306.25 |
| RUSH. --10/01/11. Upload of ▮▮▮ production docs ▮▮▮ GB for Production 15 (9/14/2011) to the Samsung Offensive site per TTrudnowski (205795) | | | 500.00 |
| --10/01/11. Custom work to Prepare Upload on the Samsung Offensive site per TTrudnowski (208674) | | | 87.50 |
| --10/01/11. aan142. Custom work to remove 9 UAP terms on the Samsung Offensive site per ABarr (208277) | | | 175.00 |
| --10/01/11. SYi. Export of produced docs; Total docs: ▮; Total volume: ▮▮ MB; (208266) (▮▮▮ minimum) | | | 212.50 |
| --10/01/11. SYi. Create custom load files; (208266) | | | 87.50 |
| --10/01/11. ZTekle. Media for Client; 320 GB HD: 4X; (208997) | | | 300.00 |
| --10/01/11. ZTekle. Shipping; 7952 2942 4458; (208997) | | | 36.21 |
| --10/12/11. User training on Samsung Offensive site per JRobinson (214992) | | | 175.00 |
| --10/01/11. Reviewer training on Samsung Offensive site per | | | 262.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1141597 |
| **Invoice Date:** | Oct 31, 2011 |
| **Payment Terms** | 11/30/11 |
| **Sales Rep:** | |
| **Page:** | 29 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| JRobinson (209382) | | | |
| --10/01/11..Reviewer training on Samsung Offensive site per | | | 175.00 |
| JRobinson (211131) | | | |
| --10/01/11..Cassie training on Samsung Offensive site per | | | 175.00 |
| JRobinson (203370) | | | |
| --10/01/11..Cassie training on Samsung Offensive site per | | | 175.00 |
| JRobinson (207978) | | | |
| --10/01/11..Cassie training on Samsung Offensive site per | | | 262.50 |
| JRobinson (208441) | | | |
| --10/01/11..ssh111..Reviewer training on Samsung Offensive | | | 175.00 |
| site per JRobinson (207266) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | 122,835.90 |
| Sales Tax | |
| Invoice Total | 122,835.90 |
| Payments/Credits Applied | 122,835.90 |
| **TOTAL** | 0.00 |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!