# AMENDED
# EXHIBIT B-5 Part 5

# REDACTED VERSION OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ~~01/01/12-01/31/12  Base Monthly License Fee for Catalyst CR (Waived)~~ | █ | | |
| ~~01/01/12-01/31/12  Variable License Fee~~ ████ | | | 68,636.84 |
| ~~01/01/12-01/31/12  Hibernated Subcollection Fee~~ ███ | | | 37,438.24 |
| 01/31/12..Upload of █ GB for to the Samsung_Offensive site (249628) | | | 60.00 |
| 01/31/12..Upload of █ GB for to the Samsung_Offensive site (249635) | | | 3.00 |
| 01/31/12..Upload of █ GB for to the Samsung_Offensive site (249636) | | | 0.60 |
| 01/31/12..Upload of █ GB for to the Samsung_Offensive site (249969) | | | 0.60 |
| 01/31/12..Fast Track upload of █ GB for All.LoadFile.txt to the Samsung_Offensive site (249995) | | | 1.60 |
| 01/30/12..Upload of █ GB for 249487loadfile.xls to the Samsung_Offensive site (249487) | | | 20.40 |
| 01/30/12..Fast Track upload of █ GB for to the | | | 0.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (249634) | | | |
| –01/30/12..Fast Track upload of 94982 docs ██ GB for send.DB2.20120125.233602.tar.gz.gpg to the Samsung Offensive site per Apple (248533) | | | 346.00 |
| –01/30/12..Upload of 307045 docs ██ GB for send.DB2.20120126.234146.tar.gz.gpg to the Samsung Offensive site per apple..jha178 (248629) | | | 1,694.00 |
| ~~–01/29/12..Document copy upload of ██ GB for STCloned_Docs to the Samsung_Offensive site (248568) N/C~~ | | | |
| ~~–01/29/12..Document copy upload of ██ GB for STCloned_Docs to the Samsung_Offensive site (248569) N/C~~ | | | |
| –01/29/12..Upload of ██ GB for All.LoadFile.txt to the Samsung_Offensive site (249269) | | | 684.20 |
| –01/29/12..Upload of ██ GB for All.LoadFile.txt to the Samsung_Offensive site (249270) | | | 1,774.80 |
| –01/29/12..Upload of ██ GB for All.LoadFile.txt to the Samsung_Offensive site (249271) | | | 1,953.60 |
| –01/29/12..Upload of ██ GB for All.LoadFile.txt to the | | | 1,972.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Client:**  Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (249272) | | | |
| –01/29/12..Upload of     GB for All.LoadFile.txt to the | | | 1,842.00 |
| Samsung_Offensive site (249273) | | | |
| –01/29/12..Upload of     GB for All.LoadFile.txt to the | | | 467.20 |
| Samsung_Offensive site (249308) | | | |
| –01/28/12..Upload of     GB for to the Samsung_Offensive | | | 15.60 |
| site (249047) | | | |
| –01/27/12..Fast Track upload of     GB for All.LoadFile.txt to | | | 346.00 |
| the Samsung_Offensive site (248533) | | | |
| –01/27/12..Document copy upload of    GB for | | | |
| STCloned_Docs to the Samsung_Offensive site (248566) N/C | | | |
| –01/27/12..Document copy upload of    GB for | | | |
| STCloned_Docs to the Samsung_Offensive site (248567) N/C | | | |
| –01/27/12..Document copy upload of    GB for | | | |
| STCloned_Docs to the Samsung_Offensive site (248570) N/C | | | |
| –01/27/12..Document copy upload of    GB for | | | |
| STCloned_Docs to the Samsung_Offensive site (248571) N/C. | | | |
| –01/27/12..Document copy upload of    GB for | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ~~STCloned_Docs to the Samsung_Offensive site (248572) N/C~~ | | | |
| --01/27/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (248573) | | | 177.80 |
| --01/27/12..Upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (248629) | | | 1,576.00 |
| --01/27/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (249043) | | | 80.60 |
| --01/27/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (249061) | | | 0.60 |
| --01/26/12..Upload of ▮ GB for to the Samsung_Offensive site (247929) | | | 396.00 |
| --01/26/12..Upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (248100) | | | 1,480.00 |
| --01/26/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (248264) | | | 1.00 |
| --01/26/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (248274) | | | 96.40 |
| --01/26/12..Upload of ▮ GB for to the Samsung_Offensive | | | 1,158.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| site (248326) | | | |
| –01/26/12..Fast Track upload of ▮ GB for  to the | | | 0.40 |
| Samsung_Offensive site (248436) | | | |
| –01/26/12..Fast Track upload of ▮ GB for  to the | | | 15.00 |
| Samsung_Offensive site (248496) | | | |
| –01/26/12..Fast Track upload of ▮ GB for  to the | | | 0.20 |
| Samsung_Offensive site (248531) | | | |
| –01/26/12..Fast Track upload of ▮ GB for  to the | | | 0.80 |
| Samsung_Offensive site (248534) | | | |
| –01/26/12..Fast Track upload of ▮ GB for  to the | | | 74.60 |
| Samsung_Offensive site (248535) | | | |
| –01/26/12..Fast Track upload of ▮ GB for  to the | | | 7.20 |
| Samsung_Offensive site (248536) | | | |
| –01/25/12..Fast Track upload of ▮ GB for  to the | | | 2.80 |
| Samsung_Offensive site (247711) | | | |
| –01/25/12..Fast Track upload of ▮ GB for All.LoadFile.txt to | | | 148.60 |
| the Samsung_Offensive site (247752) | | | |
| –01/25/12..Upload of 9.86 GB for | | | 394.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| Client ID: | 00230.87 |
| Apple/Samsung | |
| Invoice No: | 1142965 |
| Invoice Date: | Jan 31, 2012 |
| Payment Terms | 3/1/12 |
| Sales Rep: | |
| Page: | 6 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 223323.20120123.063300.db1.LoadFile.txt to the Samsung_Offensive site (247910) | | | |
| --01/25/12..Upload of ▮ GB for | | | 432.00 |
| 223323.20120123.072238.db1.LoadFile.txt to the Samsung_Offensive site (247911) | | | |
| --01/25/12..Upload of ▮ GB for | | | 432.00 |
| 223323.20120123.083231.db1.LoadFile.txt to the Samsung_Offensive site (247912)60 | | | |
| --01/25/12..Upload of ▮ GB for | | | 370.00 |
| 223323.20120123.091014.db1.LoadFile.txt to the Samsung_Offensive site (247913) | | | |
| --01/25/12..Upload of ▮ GB for All.LoadFile.txt to the | | | 370.40 |
| Samsung_Offensive site (247937) | | | |
| --01/25/12..Fast Track upload of ▮ GB for to the | | | 83.20 |
| Samsung_Offensive site (248002) | | | |
| --01/25/12..Upload of ▮ GB for | | | 444.00 |
| 223323.20120123.075504.db1.LoadFile.txt to the Samsung_Offensive site (248009) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**Powering Complex Legal Matters**

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**          Apple/Samsung

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| –01/24/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (247679) | | | 89.40 |
| –01/24/12..Fast Track upload of ▮ GB for the Samsung_Offensive site (247690) | | | 1.20 |
| –01/24/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (247697) | | | 34.80 |
| –01/24/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (247707) | | | 14.00 |
| –01/24/12..Upload of ▮ production docs ▮ GB for NDC Production 048 to the Samsung Offensive site per ABarr (245446) | | | 10.80 |
| –01/23/12..Upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (246625) | | | 1,290.40 |
| –01/23/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (247129) | | | 300.00 |
| –01/23/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (247131) | | | 0.20 |
| –01/23/12..Fast Track upload of ▮ GB for to the | | | 5.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (247161) | | | |
| --01/23/12..Fast Track upload of ▉ GB for  to the | | | 76.80 |
| Samsung_Offensive site (247198) | | | |
| --01/23/12..Upload of ▉ GB for All.LoadFile.txt to the | | | 1.40 |
| Samsung_Offensive site (247242) | | | |
| --01/23/12..Fast Track upload of ▉ GB for  to the | | | 303.60 |
| Samsung_Offensive site (247352) | | | |
| --01/21/12..Fast Track upload of ▉ GB for All.LoadFile.txt to the Samsung_Offensive site (245688) | | | 601.60 |
| --01/21/12..Fast Track upload of ▉ GB for  to the | | | 213.20 |
| Samsung_Offensive site (245881) | | | |
| --01/21/12..Fast Track upload of ▉ GB for All.LoadFile.txt to the Samsung_Offensive site (246094) | | | 361.00 |
| --01/21/12..Upload of ▉ production docs ▉ GB for NDC Production 050 to the Samsung Offensive site per ABarr (245845) | | | 10.60 |
| --01/20/12..Fast Track upload of ▉ GB for  to the | | | 210.60 |
| Samsung_Offensive site (245474) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!

# CATALYST
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

**Client:**        Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --01/20/12..Fast Track upload of ▮▮ GB for All.LoadFile.txt to the Samsung_Offensive site (245624) | ▮▮ | ▮▮ | 280.40 |
| --01/20/12..Upload of ▮▮ GB for All.LoadFile.txt to the Samsung_Offensive site (245684) | ▮▮ | ▮▮ | 740.00 |
| --01/20/12..Fast Track upload of ▮▮ GB for  to the Samsung_Offensive site (245689) | ▮▮ | ▮▮ | 0.20 |
| --01/20/12..Fast Track upload of ▮▮ GB for  to the Samsung_Offensive site (245731) | ▮▮ | ▮▮ | 155.40 |
| --01/20/12..Upload of ▮▮ production docs ▮▮ GB for NDC Production 049 V2 to the Samsung Offensive site per ABarr (245612) | ▮▮ | ▮▮ | 12.80 |
| --01/19/12..Fast Track upload of ▮▮ GB for  to the Samsung_Offensive site (245213) | ▮▮ | ▮▮ | 14.40 |
| --01/19/12..Fast Track upload of ▮▮ GB for  to the Samsung_Offensive site (245353) | ▮▮ | ▮▮ | 43.80 |
| --01/19/12..Fast Track upload of ▮▮ GB for  to the Samsung_Offensive site (245420) | ▮▮ | ▮▮ | 37.60 |
| --01/19/12..Fast Track upload of ▮▮ GB for  to the | ▮▮ | ▮▮ | 4.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Client:**       Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (245430) | | | |
| --01/19/12..Fast Track upload of ▇ GB for to the | | | 14.00 |
| Samsung_Offensive site (245439) | | | |
| --01/19/12..Fast Track upload of ▇ GB for to the | | | 61.60 |
| Samsung_Offensive site (245453) | | | |
| --01/19/12..Upload of ▇ production docs ▇ GB for | | | 20.00 |
| 20120118_Abhay Oswal Production to the Samsung Offensive | | | |
| site per JSchmitt (2450460 | | | |
| --01/18/12..Fast Track upload of ▇ GB for to the | | | 1.40 |
| Samsung_Offensive site (244673) | | | |
| --01/18/12..Fast Track upload of ▇ GB for to the | | | 0.60 |
| Samsung_Offensive site (244682) | | | |
| --01/18/12..Fast Track upload of ▇ GB for to the | | | 2.80 |
| Samsung_Offensive site (244729) | | | |
| --01/18/12..Upload of ▇ production docs ▇ GB for NDC | | | 0.80 |
| Production 045 to the Samsung Offensive site per ABarr | | | |
| (244159) | | | |
| --01/18/12..Upload of ▇ production docs ▇ GB for NDC | | | 13.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 11 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Production 048 to the Samsung Offensive site per ABarr (244162) | | | |
| --01/17/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (244383) | | | 0.20 |
| --01/17/12..Fast Track upload of ▮ GB for send.DB2.20120116.183553.tar.gz.txt to the Samsung Offensive site (244108) | | | 301.40 |
| --01/16/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (244053) | | | 6.20 |
| --01/16/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (244076) | | | 30.00 |
| --01/15/12..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung Offensive site (243552) | | | 410.00 |
| --01/13/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (243536) | | | 265.20 |
| --01/13/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (243569) | | | 11.00 |
| --01/13/12..Fast Track upload of ▮ GB for to the | | | 14.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (243571) | | | |
| –01/11/12..Non-Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (242580) | | | 1,276.00 |
| =01/13/12..Upload of ▮ production docs ▮ GB for APL-ITC_023 to the Samsung Offensive site per JSchmitt (242518) | | | 2.20 |
| –01/12/12..Upload of ▮ production docs ▮ GB for– APL-ITC796_022 Production to the Samsung Offensive site per JSchmitt (242078) | | | 207.60 |
| –01/11/12..Fast Track upload of ▮ GB for  to the Samsung_Offensive site (242294) | | | 329.80 |
| –01/10/12..Document copy upload of ▮ GB for STCloned_Docs to the Samsung_Offensive site (242154) N/C | | | |
| –01/10/12..Fast Track upload of ▮ production docs ▮ GB for APL-ITC_021.1 to the Samsung Offensive site per ABarr (241508) | | | 158.20 |
| =01/09/12..Fast track upload of ▮ production docs ▮ GB for APL-ITC_020 to the Samsung Offensive site per JSchmitt | | | 16.60 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | | |
|---|---|---|
| **Client ID:** | 00230.87 | |
| Apple/Samsung | | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 13 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| (241015) | | | |
| --01/08/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241133) | | | 3.80 |
| --01/08/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241134) | | | 5.40 |
| --01/07/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241153) | | | 27.40 |
| --01/07/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241155) | | | 27.40 |
| --01/07/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241157) | | | 22.20 |
| --01/06/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241135) | | | 1.20 |
| --01/06/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241137) | | | 2.20 |
| --01/06/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (241142) | | | 0.20 |
| --01/06/12..Fast Track upload of ▮ GB for to the | | | 0.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 14 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (241143) | | | |
| –01/06/12..Fast Track upload of ▮ GB for to the | | | 0.20 |
| Samsung_Offensive site (241144) | | | |
| –01/06/12..Fast Track upload of ▮ GB for to the | | | 0.20 |
| Samsung_Offensive site (241145) | | | |
| –01/06/12..Fast Track upload of ▮ GB for to the | | | 27.40 |
| Samsung_Offensive site (241147) | | | |
| –01/06/12..Fast Track upload of ▮ GB for to the | | | 27.40 |
| Samsung_Offensive site (241148) | | | |
| –01/06/12..Fast Track upload of ▮ GB for to the | | | 27.40 |
| Samsung_Offensive site (241151) | | | |
| –01/06/12..Fast Track upload of ▮ GB for to the | | | 23.80 |
| Samsung_Offensive site (241280) | | | |
| –01/06/12..Fast Track upload of ▮ GB for to the | | | 22.20 |
| Samsung_Offensive site (241457) | | | |
| –01/05/12..Fast Track upload of ▮ GB for All.LoadFile.txt to | | | 434.80 |
| the Samsung_Offensive site (240685) | | | |
| –01/04/12..Fast Track upload of ▮ GB for to the | | | 348.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| Client ID: | 00230.87 |
|---|---|
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 15 |

**Client:**        Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (240428) | | | |
| --01/04/12..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (240431) | | | 17.80 |
| --01/04/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (240438) | | | 315.40 |
| --01/04/12..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (240512) | | | 844.00 |
| --01/04/12..Fast Track upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (240517) | | | 1,591.20 |
| --01/04/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (240636) | | | 211.40 |
| --01/03/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (240363) | | | 9.00 |
| --01/03/12..Fast Track upload of ▮ GB for to the Samsung_Offensive site (240384) | | | 58.00 |
| --01/03/12..Fast Track upload of ▮ production docs ▮ GB for NDC Production 045 to the Samsung Offensive site per ABarr (239907) | | | 0.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



Powering Complex Legal Matters

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 16 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --01/02/12..Upload of ▮ production docs ▮ GB for 5302_xref.csv to the Samsung Offensive site per JSchmitt (239687) | ▮ | ▮ | 12.00 |
| --1/31/112..OCR Documents ▮ | | | 419.19 |
| --01/31/2012..Production Module..ABARR; NDC_Prod55A; ▮; Volume Pre-Endorsement: ▮ GB | | | 1,286.33 |
| --01/31/12..Production Module..ABARR; NDC_Prod54; ▮ ▮ Volume Pre-Endorsement: ▮ GB (▮ minimum) | | | 212.50 |
| --01/31/12..Production Module..JSCHMITT; NDC_Prod53; ▮ Volume Pre-Endorsement: 0.06 GB (▮ minimum) | | | 212.50 |
| --01/27/12..Production Module..ABARR; NDC_Prod052; ▮ ▮ Volume Pre-Endorsement: ▮ GB | | | 414.48 |
| --01/24/12..Production Module..ABARR; NDC_Prod051; ▮ Volume Pre-Endorsement: ▮ GB (▮ minimum) | | | 212.50 |
| --01/20/12..Production Module..ABARR; NDC_Prod50a; ▮ Volume Pre-Endorsement: ▮ GB ▮ ) | | | 212.50 |
| --01/19/12..Production Module..ABARR; NDC_Prod050; ▮ | | | 212.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| Client ID: | 00230.87 |
| Apple/Samsung | |
| Invoice No: | 1142965 |
| Invoice Date: | Jan 31, 2012 |
| Payment Terms | 3/1/12 |
| Sales Rep: | |
| Page: | 17 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |
| –01/19/12..Production Module..ABARR; NDC_049; ▮ | | | 212.50 |
| ▮; Volume Pre-Endorsement: ▮ GB ( ▮ minimum) | | | |
| –01/11/12..Production Module..ABARR; NDC_Prod048; ▮ | | | 212.50 |
| ▮; Volume Pre-Endorsement: ▮GB ( ▮ minimum) | | | |
| –01/09/12..Production Module..ABARR; NDC_Sketch6Rerun; | | | 212.50 |
| ▮ Volume Pre-Endorsement: ▮ GB ( minimum) | | | |
| –01/09/12..Production Module..ABARR; NDC_Sketch6; | | | 212.50 |
| ▮ Volume Pre-Endorsement: ▮ GB ( ▮ minimum) | | | |
| –01/01/12..Production Module..ABARR; NDC_Sketch5rerun; | | | 212.50 |
| ▮; Volume Pre-Endorsement: ▮ GB ( minimum) | | | |
| –01/01/12..Production Module..ABARR; NDC_Sketch4; ▮ | | | 212.50 |
| ▮; Volume Pre-Endorsement: ▮ GB ( ▮ minimum) | | | |
| –01/01/12..Production Module..ABARR; NDC_Sketch3; ▮: | | | 212.50 |
| ▮; Volume Pre-Endorsement: 0.05 GB ( ▮ minimum) | | | |
| –01/01/12..Production Module..ABARR; NDC_Sketch2; ▮: | | | 212.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 18 |

**Client:**       Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ▮; Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |
| --01/01/12..Production Module..ABARR; NDC_Sketch1; ▮ | | | 212.50 |
| ▮; Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |
| --01/01/12..Production Module..ABARR; NDC_Prod045; ▮ | | | 212.50 |
| ▮ Volume Pre-Endorsement ▮ GB ▮ minimum) | | | |
| --01/01/12..Production Module..ABARR; NDC_Prod044_rerun; | | | 212.50 |
| ▮; Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |
| --01/01/12..Production Module..ABARR; NDC_Prod044; ▮ | | | 212.50 |
| ▮; Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |
| --01/01/12..Production Module..ABARR; NDC_Prod043; ▮ | | | 212.50 |
| ▮ Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |
| --01/01/12..Production Module..ABARR; NDC_Prod42 V2; | | | 212.50 |
| ▮ Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |
| --01/01/12..Production Module..ABARR; NDC_Prod036Rerun2; | | | 212.50 |
| ▮ Volume Pre-Endorsement: ▮ GB ▮ minimum) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!

# CATALYST
Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 19 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**



| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --01/01/12..Production Module..ABARR; NDC_Prod036ReRun; ▮▮▮▮; Volume Pre-Endorsement: ▮ GB (▮▮▮ minimum) | ▮ | ▮ | 212.50 |
| --01/12/12..RBayot..Production; Pages Converted/Endorsed: 1532; Range: APL-ITC796-0000545546 - APL-ITC796-0000547077; Total Volume: ▮ MB; (242518) ▮▮ -mi- | | | 212.50 |
| =01/10/12..RBayot..Production; Range: APL-ITC796-0000510945 - APL-ITC796-0000545545; Pages Converted/Endorsed: ▮; ▮ GB; (242078) | | | 346.01 |
| --01/07/12..ASchadek..Production; Pages Converted/Endorsed: ▮; Range: APL-ITC796-0000487042 - APL-ITC796-0000510944; Total Volume: ▮ GB; (241508) | | | 239.03 |
| --01/05/12..RBayot..Production; Range: APL-ITC796-0000463155 - APL-ITC796-0000487041; Pages Converted/Endorsed ▮ Total volume: ▮ MB; (241015) | | | 238.87 |
| --01/30/12..Create 1 field on the Samsung Offensive site per ABarr (248570) | | | 42.50 |

**Wire Instructions:**

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 20 |

**Client:**        Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/10/12..Create 6 fields on the Samsung Offensive site per ABarr. (241096) | ▉ | ▉ | 255.00 |
| 01/24/12..Update data for ▉ records on the Samsung Offensive site per Apple (247283) | | | 350.00 |
| 01/22/12..Update data for ▉ records on the Samsung Offensive site per Apple (245709) | | | 262.50 |
| 01/19/12..Update data for ▉ records on the Samsung Offensive site per JSchmitt (243339) | | | 87.50 |
| 01/19/12..Update data for ▉ records on the Samsung Offensive site per JSchmitt (243383) | | | 87.50 |
| 01/19/12..Update data for ▉ records on the Samsung Offensive site per Apple (244058) | | | 262.50 |
| 01/14/12..Update data for ▉ records on the Samsung Offensive site per Apple. (243072) | | | 175.00 |
| 01/13/12..Fast Track overlay for APL-ITC_023.accdb on the Samsung_Offensive site (243339) | | | 80.00 |
| 01/13/12..Fast Track overlay for APL-ITC_023.accdb on the Samsung_Offensive site (243383) | | | 80.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 21 |

**Client:**       Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/10/12..Fast Track overlay for Overlay.accdb on the Samsung_Offensive site (242022) | | | 80.00 |
| Catalyst Professional Consulting Services (See Addendum for details). | | | 30,843.75 |
| 01/31/12..Custom work to overlay production values and upload █ produced documents on the Samsung Offensive site per ABarr (249949) | | | 43.75 |
| 01/30/12..Custom work to copy documents on the Samsung Offensive site per ABarr (248569) | | | 350.00 |
| 01/31/12..Custom work to edit load data and fire automation on the Samsung Offensive site per JSchmitt (249628) | | | 131.25 |
| 01/31/12..Custom work to edit load data and fire automation on the Samsung Offensive site per JSchmitt (249635) | | | 175.00 |
| 01/31/12..Custom work to edit load data and fire automation on the Samsung Offensive site per JSchmitt (249636) | | | 175.00 |
| 01/31/12..Custom work to edit load data and fire automation on the Samsung Offensive site per JSchmitt (249969) | | | 131.25 |
| 01/29/12..Custom work to copy documents on the Samsung | | | 262.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 22 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Offensive site per ABarr (248569) | | | |
| –01/30/12..Custom work to submit searches on the Samsung Offensive site per apple_era191 (249271) | | | 43.75 |
| –01/30/12..Custom work to submit searches on the Samsung Offensive site per Apple (249273) | | | 43.75 |
| –01/30/12..Custom work to Setup copy structure on the Samsung Offensive site per ABarr (248570) | | | 262.50 |
| –01/30/12..Custom work to Update UAPTerms and Subcollections on the Samsung Offensive site per ABarr (248570) | | | 87.50 |
| –01/30/12..Custom work to Upload production module docs for production ████ on the Samsung Offensive site per ABarr (249233) | | | 87.50 |
| –01/30/12..Create mapping for upload on the Samsung Offensive site per JSchmitt (249487) | | | 43.75 |
| –01/30/12..Custom work to create loadfile on the Samsung Offensive site per JSchmitt (249487) | | | 131.25 |
| –01/30/12..Custom work to present document for automation on | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 23 |

**Client:**       Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Offensive site per JSchmitt (249487) | | | |
| –01/29/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (249269) | | | 87.50 |
| –01/29/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (249270) | | | 87.50 |
| –01/29/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (249271) | | | 87.50 |
| –01/29/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (249272) | | | 87.50 |
| –01/29/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (249273) | | | 87.50 |
| –01/29/12..Custom work to move send.DB2.20120126.024040.tar.gz.gpg to the fileshare on the Samsung Offensive site per Apple (249308) | | | 87.50 |
| –01/29/12..Custom work to decrypt send.DB2.20120126.024040.tar.gz.gpg on the Samsung Offensive site per Apple (249308) | | | 87.50 |
| –01/29/12..Custom work to import data and fire automation on | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| Client ID: | 00230.87 |
|---|---|
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 24 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Offensive site per Apple (249308) | | | |
| ~01/28/12..Custom work to fix loadfile and fire off automation on the Samsung Offensive site per Apple (249047) | | | 87.50 |
| =01/28/12..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Offensive site per Apple (249120) | | | 43.75 |
| ~01/28/12..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Offensive site per Apple (249096) | | | 43.75 |
| ~01/27/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (248533) | | | 43.75 |
| ~01/27/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (248581) | | | 43.75 |
| ~01/27/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (248629) | | | 43.75 |
| ~01/27/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (248722) | | | 43.75 |
| ~01/27/12..Custom work to Extract GPG file on the Samsung | | | 43.75 |

**Wire Instructions:**

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| Client ID: | 00230.87 |
|---|---|
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 25 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Offensive site per Apple (248916) | | | |
| 01/27/12..Custom work to process deduping on the Samsung | | | 43.75 |
| Offensive site per Apple (247690) | | | |
| 01/27/12..Custom work to process deduping on the Samsung | | | 43.75 |
| Offensive site per Apple (247752) | | | |
| 01/26/12..Custom work to Move and unzip | | | 87.50 |
| 223323.20120123.063300.db1 on the Samsung Offensive site | | | |
| per ABarr (247910) | | | |
| 01/26/12..Custom work to Import Loadfile on the Samsung | | | 43.75 |
| Offensive site per ABarr (247910) | | | |
| 01/26/12..Custom work to Move and unzip | | | 87.50 |
| 223323.20120123.072238.db1 on the Samsung Offensive site | | | |
| per ABarr (247911) | | | |
| 01/26/12..Custom work to Import Loadfile on the Samsung | | | 43.75 |
| Offensive site per ABarr (247911) | | | |
| 01/26/12..Custom work to Move and unzip | | | 87.50 |
| 223323.20120123.083231.db1 on the Samsung Offensive site | | | |
| per ABarr (247912) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 26 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/26/12. Custom work to Import Loadfile on the Samsung Offensive site per ABarr (247912) | | | 43.75 |
| 01/26/12. Custom work to Move and unzip 223323.20120123.091014.db1 on the Samsung Offensive site. per ABarr (247913) | | | 131.25 |
| 01/26/12. Custom work to Import Loadfile on the Samsung Offensive site per ABarr (247913) | | | 43.75 |
| 01/26/12. Custom work to Move and unzip 223323.20120123.075504.db on the Samsung Offensive site per ABarr (248009) | | | 87.50 |
| 01/26/12. Create mapping for fast track ERS upload on the Samsung Offensive site per ABarr (248009) | | | 43.75 |
| 01/26/12. Custom work to Import loadfile on the Samsung Offensive site per ABarr (248009) | | | 43.75 |
| 01/25/12. Custom work to process deduping on the Samsung Offensive site per Apple (247711) | | | 218.75 |
| 01/26/12. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per Apple (248326) | | | 218.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| Client ID: | 00230.87 |
| Apple/Samsung | |
| Invoice No: | 1142965 |
| Invoice Date: | Jan 31, 2012 |
| Payment Terms | 3/1/12 |
| Sales Rep: | |
| Page: | 27 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/25/12..Custom work to overlay production values and upload 243 produced documents on the Samsung Offensive site per ABarr (247660) | | | 131.25 |
| 01/24/12..Custom work to move and decrypt send.DB1.20120105.193108.tar.gz.gpg on the Samsung Offensive site per Apple (247283) | | | 87.50 |
| 01/25/12..Custom work to submit searches on the Samsung Offensive site per Apple (247690) | | | 43.75 |
| 01/25/12..Custom work to edit the load data on the Samsung Offensive site per Apple (247724) | | | 87.50 |
| 01/25/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (247752) | | | 87.50 |
| 01/25/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (247685) | | | 43.75 |
| 01/25/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (247929) | | | 43.75 |
| 01/25/12..Cu)stom work to Extract GPG file on the Samsung Offensive site per Apple (247701) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!


**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 28 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/25/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (247937) | | | 43.75 |
| 01/25/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (247727) | | | 43.75 |
| 01/25/12..Custom work to process deduping on the Samsung Offensive site per Apple (247161) | | | 43.75 |
| 01/23/12..Custom work to investigate and fix docdate errors on the Samsung Offensive site per Apple (247162) | | | 131.25 |
| 01/23/12..Custom work to manually upload documents on the Samsung Offensive site per Apple (245684) | | | 350.00 |
| 01/23/12..Custom work to submit searches on the Samsung Offensive site per Apple (245684) | | | 43.75 |
| 01/23/12..Custom work to submit searches on the Samsung Offensive site per Apple (246625) | | | 87.50 |
| 01/23/12..Custom work to edit Date field and fire automation on the Samsung Offensive site per Apple (247242) | | | 175.00 |
| 01/22/12..Custom work to edit docdate in the loadfile on the Samsung Offensive site per Apple (246589) | | | 175.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | | |
|---|---|---|
| **Client ID:** | | 00230.87 |
| Apple/Samsung | | |
| **Invoice No:** | | 1142965 |
| **Invoice Date:** | | Jan 31, 2012 |
| **Payment Terms** | | 3/1/12 |
| **Sales Rep:** | | |
| **Page:** | | 29 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/22/12..Custom work to edit the docdate and fire automation on the Samsung Offensive site per Apple (246625) | | | 175.00 |
| 01/21/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (246094) | | | 43.75 |
| 01/21/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (245801) | | | 43.75 |
| 01/20/12..Custom work to Uncouple incorrect production links for ▇ produced docs on the Samsung Offensive site per JSchmitt (245046) | | | 131.25 |
| 01/20/12..Custom work to Repair Date Values on the Samsung Offensive site per Apple (245460) | | | 87.50 |
| 01/20/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (245624) | | | 43.75 |
| 01/20/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (245448) | | | 43.75 |
| 01/20/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (245684) | | | 43.75 |
| 01/20/12..Custom work to Extract GPG file on the Samsung | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 30 |

**Client:**  Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Offensive site per Apple (245463) | | | |
| 01/20/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (245688) | | | 43.75 |
| 01/20/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (245708) | | | 43.75 |
| 01/20/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (245709) | | | 43.75 |
| 01/20/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (245741) | | | 43.75 |
| 01/17/12..Custom work to QC the copying of ▮ from Samsung Defensive on the Samsung Offensive site per A Barr (242154) | | | 131.25 |
| 01/16/12..Custom work to submit searches on the Samsung Offensive site per Apple (243536) | | | 43.75 |
| 01/15/12..Custom work to prepare files for upload on the Samsung Offensive site per Apple (243552) | | | 175.00 |
| 01/13/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (243072) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 31 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/13/12..Custom work to Repair loadfile on the Samsung Offensive site per Apple (243072) | | | 87.50 |
| 01/13/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (243073) | | | 43.75 |
| 01/13/12..Custom work to process deduping on the Samsung Offensive site per Apple (242580) | | | 43.75 |
| 01/13/12..Custom work to process deduping on the Samsung Offensive site per apple..rel155 242294 | | | 43.75 |
| 01/12/12..Custom work to Production Upload on the Samsung Offensive site per JSchmitt (242078) | | | 131.25 |
| 01/12/12..RBayot..Custom Load File Creation (CSV); (242518) | | | 87.50 |
| 01/11/12..Custom work to move send.DB1.20120109.143346.tar.gz.gpg to the fileshare on the Samsung Offensive site per Apple (242273) | | | 87.50 |
| 01/11/12..Custom work to decrypt send.DB1.20120109.143346.tar.gz.gpg on the Samsung Offensive site per Apple. (242273) | | | 87.50 |
| 01/08/12..Custom work to edit load data and fire automation | | | 262.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 32 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**        Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| on the Samsung Offensive site per JSchmitt (241133) | | | |
| –01/08/12..Custom work to edit load data and fire automation | | | 431.25 |
| on the Samsung Offensive site per JSchmitt (241134) | | | |
| –01/07/12..ASchadek..Custom Load File Creation (CSV); | | | 87.50 |
| (241508) | | | |
| –01/07/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt | | | |
| (241153) | | | |
| –01/07/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt | | | |
| (241155) | | | |
| –01/07/12..Custom work to create a loadfile and fire off | | | 131.25 |
| automation on the Samsung Offensive site per JSchmitt | | | |
| (241157) | | | |
| –01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt | | | |
| (241135) | | | |
| –01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 33 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| automation on the Samsung Offensive site per JSchmitt (241137) | | | |
| 01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt (241142) | | | |
| 01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt (241143) | | | |
| 01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt (241144) | | | |
| 01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt (241145) | | | |
| 01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |
| automation on the Samsung Offensive site per JSchmitt (241147) | | | |
| 01/06/12..Custom work to create a loadfile and fire off | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 34 |

**Client:**        Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| automation on the Samsung Offensive site per JSchmitt (241148) | | | |
| –01/06/12..Custom work to create a loadfile and fire off automation on the Samsung Offensive site per JSchmitt (241151)– | | | 87.50 |
| –01/05/12..Custom work to Prepare the loadfile on the Samsung Offensive site per apple..pel166 240685 | | | 43.75 |
| –01/05/12..RBayot..Custom Load File Creation (CSV); (241015) | | | 87.50 |
| –01/04/12..Custom work to unzip .gpg on the Samsung Offensive site per Apple (240610) | | | 43.75 |
| –01/04/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (240431) | | | 87.50 |
| –01/04/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (240422) | | | 43.75 |
| –01/04/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (240512) | | | 43.75 |
| –01/04/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (240391) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 35 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/04/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (240517) | | | 43.75 |
| 01/03/12..Custom work to prepare files for upload on the Samsung Offensive site per ABarr (239907) | | | 175.00 |
| 01/22/12..Custom work to edit the docdate and fire automation on the Samsung Offensive site per Apple (246625) | | | 175.00 |
| 01/27/12..Review training on Samsung Offensive site per JSandler (247969) | | | 218.75 |
| 01/18/12..Reviewer training on Samsung Offensive site per EStherkim (243955) | | | 218.75 |
| 01/18/12..Coordinated training and entered users into log for Apple Samsung Production per EStherkim (243955) | | | 43.75 |
| 01/23/12..Reviewer training on Samsung Offensive site per THuannguyen (245706) | | | 218.75 |
| 1/23/12..Coordinated training and entered users into log for Apple Samsung Production per THuannguyen (245706) | | | 87.50 |
| 01/24/12..Review training on Samsung Offensive site per RSilverman (247243) | | | 175.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1142965 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 36 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/13/12..Review/Admin training on Samsung Offensive site per RSilverman (242965) | | | 350.00 |
| 01/17/12..Review training on Samsung Offensive site per JRobinson. (243953) | | | 350.00 |
| 01/12/12..Reviewer training on Samsung Offensive site per RSilverman (242204) | | | 175.00 |
| 01/10/12..Reviewer training on Samsung Offensive site per RSilverman (241709) | | | 175.00 |
| 01/11/12..Reviewer training on Samsung Offensive site per RSilverman (241740) | | | 175.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | 189,666.24 |
| Sales Tax | |
| Invoice Total | 189,666.24 |
| Payments/Credits Applied | 189,666.24 |
| **TOTAL** | 0.00 |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**