# AMENDED
# EXHIBIT B-5 Part 6

# REDACTED VERSION OF DOCUMENTS SOUGHT TO BE FILED UNDER SEAL



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/01/12-02/29/12  Base Monthly License Fee for Catalyst CR (Waived) | | | |
| --02/01/12-02/29/12  Variable License Fee (   gb) | | | 71,237.28 |
| --02/01/12-02/29/12  Hibernation Fee billed at | | | 40,455.84 |
| --02/29/12..Upload of    GB for  to the Samsung_Offensive site (260353) | | | 0.20 |
| --02/29/12..Upload of    GB for All.LoadFile.txt to the Samsung_Offensive site (260523) | | | 43.40 |
| --02/29/12..Upload of    GB for All.LoadFile.txt to the Samsung_Offensive site (260689) | | | 1.40 |
| --02/29/12..Fast Track upload of    GB for  to the Samsung_Offensive site (260766) | | | 0.20 |
| --02/29/12..Fast Track upload of    GB for  to the Samsung_Offensive site (260767) | | | 0.40 |
| --02/29/12..Fast Track upload of    GB for  to the Samsung_Offensive site (260910) | | | 8.40 |
| --02/29/12..Fast Track upload of    GB for  to the Samsung_Offensive site (260924) | | | 30.60 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/29/12..Fast Track upload of ▓ GB for to the Samsung_Offensive site (260943) | | | 30.60 |
| RUSH per Jkotas..--02/28/12..Upload of ▓ GB for 260255.txt to the Samsung_Offensive site (260255) | | | 62.10 |
| --02/28/12..Upload of ▓ GB for 2082.20120221.014945.db1.LoadFile.txt to the Samsung_Offensive site (260419) | | | 36.20 |
| --02/28/12..Upload of ▓ GB for 34691266.20120220.150635.db1.LoadFile.txt to the Samsung_Offensive site (260420) | | | 54.00 |
| ~~RUSH per Jkotas..--02/28/12..Upload of ▓ docs ▓ GB for Mobile Devices 4Q11 (Preliminary View).pdf.tc to the Samsung Offensive site per JSchmitt (260255)~~ | | | ~~62.10~~ |
| --02/27/12..Fast Track upload of ▓ GB for to the Samsung_Offensive site (260004) | | | 47.60 |
| --02/27/12..Fast Track upload of ▓ GB for to the Samsung_Offensive site (260161) | | | 1.20 |
| --02/25/12..Upload of ▓ GB for All.LoadFile.txt to the | | | 13.80 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



CATALYST
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 3 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (258386) | | | |
| RUSH per Jkotas..--02/25/12..Upload of ▮ GB for to the Samsung_Offensive site (258464) | | | 2.70 |
| RUSH per Jkoatas..--02/25/12..Upload of ▮ GB for to the Samsung_Offensive site (258465) | | | 2.70 |
| --02/25/12..Upload of ▮ GB for to the Samsung_Offensive site (259296) | | | 0.60 |
| RUSH per Jkatos..--02/25/12..Upload of ▮ GB for to the Samsung_Offensive site (259419) | | | 16.20 |
| RUSH per JKatos..--02/24/12..Upload of ▮ GB for to the Samsung_Offensive site (257699) | | | 36.00 |
| RUSH per Jkotas..--02/24/12..Upload of ▮ GB for to the Samsung_Offensive site (257703) | | | 44.10 |
| RUSH..--02/24/12..Upload of ▮ GB for to the Samsung_Offensive site (257704) | | | 0.90 |
| RUSH..--02/24/12..Upload of ▮ GB for to the Samsung_Offensive site (257705) | | | 0.90 |
| RUSH..--02/24/12..Upload of ▮ GB for to the | | | 18.90 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (257708) | | | |
| RUSH..--02/24/12..Upload of ▮ GB for to the | | | 3.60 |
| Samsung_Offensive site (257709) | | | |
| --02/24/12..Upload of ▮ GB for All.LoadFile.txt to the | | | 171.60 |
| Samsung_Offensive site (258377) | | | |
| --02/24/12..Upload of ▮ GB for All.LoadFile.txt to the | | | 1.60 |
| Samsung_Offensive site (258385) | | | |
| --02/24/12..Upload of ▮ GB for All.LoadFile.txt to the | | | 15.60 |
| Samsung_Offensive site (258393) | | | |
| --02/24/12..Fast Track upload of ▮ GB for to the | | | 1.60 |
| Samsung_Offensive site (259129) | | | |
| --02/24/12..Fast Track upload of ▮ GB for to the | | | 1.20 |
| Samsung_Offensive site (259131) | | | |
| --02/24/12..Fast Track upload of ▮ GB for to the | | | 0.20 |
| Samsung_Offensive site (259316) | | | |
| RUSH..--02/23/12..Upload of ▮ GB for to the | | | 0.90 |
| Samsung_Offensive site (257692) | | | |
| RUSH..--02/23/12..Upload of ▮ GB for to the | | | 210.60 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (257693) | | | |
| RUSH..--02/23/12..Upload of ▉ GB for to the | | | 0.90 |
| Samsung_Offensive site (257695) | | | |
| --02/23/12..Fast Track upload of ▉ GB for to the | | | 0.80 |
| Samsung_Offensive site (258396) | | | |
| --02/23/12..Fast Track upload of ▉ GB for to the | | | 0.20 |
| Samsung_Offensive site (258403) | | | |
| --02/23/12..Fast Track upload of ▉ 1 GB for to the | | | 0.20 |
| Samsung_Offensive site (258404) | | | |
| --02/23/12..Fast Track upload of ▉ GB for to the | | | 0.20 |
| Samsung_Offensive site (258415) | | | |
| --02/23/12..Fast Track upload of ▉ GB for to the | | | 9.20 |
| Samsung_Offensive site (258419) | | | |
| --02/18/12..Upload of ▉ GB for to the Samsung_Offensive | | | 146.80 |
| site (256282) | | | |
| --02/18/12..Upload of ▉ GB for to the Samsung_Offensive | | | 140.80 |
| site (256317) | | | |
| --02/18/12..Upload of ▉ GB for to the Samsung_Offensive | | | 38.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 6 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| site (256323) | | | |
| --02/18/12..Upload of ▮ GB for to the Samsung_Offensive site (256326) | | | 0.20 |
| --02/18/12..Upload of ▮ GB for to the Samsung_Offensive site (256327) | | | 0.20 |
| --02/18/12..Upload of ▮ GB for to the Samsung_Offensive site (256344) | | | 28.60 |
| --02/18/12..Upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (256404) | | | 93.80 |
| --02/16/12..Upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (254859) | | | 12.60 |
| --02/16/12..Upload of ▮ GB for All.LoadFile.txt to the Samsung_Offensive site (254868) | | | 2.80 |
| RUSH per Jkastos..--02/16/12..Upload of ▮ GB for All1.LoadFile.txt to the Samsung_Offensive site (254873) | | | 0.90 |
| --02/13/12..Upload of ▮ GB for 12034609.20120211.200047.db1.LoadFile.txt to the Samsung_Offensive site (253647) | | | 332.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/13/12..Upload of ▉ GB for 12034609.20120211.204826.db1.LoadFile.txt to the Samsung_Offensive site (253652) | | | 61.60 |
| --02/13/12..Upload of ▉ GB for 2523.20120212.014553.db1.LoadFile.txt to the Samsung_Offensive site (253679) | | | 42.00 |
| --02/13/12..Upload of ▉ GB for 2523.20120211.213527.db1.LoadFile.txt to the Samsung_Offensive site (253684) | | | 191.40 |
| --02/13/12..Fast Track upload of ▉ GB for  to the Samsung_Offensive site (254003) | | | 1.20 |
| --02/10/12..Upload of ▉ GB for All.LoadFile.txt to the Samsung_Offensive site (253318) | | | 161.00 |
| --02/09/12..Fast Track upload of ▉ GB for All.LoadFile.txt to the Samsung_Offensive site (252675) | | | 187.80 |
| --02/09/12..Fast Track upload of ▉ GB for All.LoadFile.txt to the Samsung_Offensive site (252685) | | | 16.80 |
| --02/09/12..Fast Track upload of ▉ GB for All.LoadFile.txt to | | | 9.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung_Offensive site (252696) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for All.LoadFile.txt to | | | 24.40 |
| the Samsung_Offensive site (252698) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for All.LoadFile.txt to | | | 24.40 |
| the Samsung_Offensive site (252698) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for All.LoadFile.txt to | | | 67.60 |
| the Samsung_Offensive site (252727) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for All.LoadFile.txt to | | | 185.80 |
| the Samsung_Offensive site (252728) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for All.LoadFile.txt to | | | 223.20 |
| the Samsung_Offensive site (252735) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for to the | | | 7.60 |
| Samsung_Offensive site (252889) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for to the | | | 13.20 |
| Samsung_Offensive site (252891) | | | |
| --02/09/12..Fast Track upload of ⬛ GB for to the | | | 0.20 |
| Samsung_Offensive site (252897) | | | |
| --02/08/12..Fast Track upload of ⬛ GB for to the | | | 24.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (252698) | | | |
| --02/07/12..Fast Track upload of ▓ GB for to the | | | 0.40 |
| Samsung_Offensive site (252337) | | | |
| --02/07/12..Fast Track upload of ▓ GB for to the | | | 0.20 |
| Samsung_Offensive site (252341) | | | |
| ~~--02/06/12..Document copy upload of ▓ GB for~~ | | | |
| ~~STCloned_Docs to the Samsung_Offensive site (251652) N/C~~ | | | |
| ~~--02/06/12..Document copy upload of ▓ GB for~~ | | | |
| ~~STCloned_Docs to the Samsung_Offensive site (251654) N/C~~ | | | |
| --02/05/12..Upload of ▓ GB for All.LoadFile.txt to the | | | 730.20 |
| Samsung_Offensive site (251614) | | | |
| ~~--02/05/12..Upload of ▓ production docs ▓ GB for ITC 796~~ | | | ~~-4.20~~ |
| ~~_924 to the Samsung Offensive site per ABarr (250538)~~ | | | |
| --02/03/12..Fast Track upload of ▓ GB for All.LoadFile.txt to | | | 24.60 |
| the Samsung_Offensive site 250894 | | | |
| --02/03/12..Fast Track upload of ▓ GB for to the | | | 109.80 |
| Samsung_Offensive site 251213 | | | |
| --02/03/12..Fast Track upload of ▓ GB for to the | | | 13.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Client:**        Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site 251235 | | | |
| --02/03/12..Fast Track upload of ▮ GB for  to the | | | 44.00 |
| Samsung_Offensive site 251251 | | | |
| --02/02/12..Upload of ▮ GB for All.LoadFile.txt to the | | | 1,210.00 |
| Samsung_Offensive site (250318) | | | |
| ~~--02/02/12..Document copy upload of ▮ GB for~~ | | | |
| ~~STCloned_Docs to the Samsung_Offensive site (250345)~~ | | | |
| ~~--02/02/12..Document copy upload of ▮ GB for~~ | | | |
| ~~STCloned_Docs to the Samsung_Offensive site (250350)~~ | | | |
| --02/02/12..Upload of ▮ GB for All.LoadFile.txt to the | | | 1.20 |
| Samsung_Offensive site (250544) | | | |
| --02/02/12..Fast Track upload of ▮ GB for  to the | | | 63.00 |
| Samsung_Offensive site (250808) | | | |
| --02/02/12..Fast Track upload of ▮ GB for  to the | | | 27.20 |
| Samsung_Offensive site (250812) | | | |
| --02/02/12..Fast Track upload of ▮ GB for  to the | | | 93.60 |
| Samsung_Offensive site (250833) | | | |
| --02/02/12..Fast Track upload of ▮ GB for  to the | | | 60.20 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



| | | |
|---|---|---|
| **Client ID:** | | 00230.87 |
| Apple/Samsung | | |
| | | |
| **Invoice No:** | | 1143423 |
| **Invoice Date:** | | Feb 29, 2012 |
| **Payment Terms** | | 3/30/12 |
| **Sales Rep:** | | |
| **Page:** | | 11 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**        Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Offensive site (250840) | | | |
| --02/02/12..Fast Track upload of ▇ GB for to the | | | 7.60 |
| Samsung_Offensive site (250843) | | | |
| --02/02/12..Fast Track upload of ▇ GB for to the | | | 58.20 |
| Samsung_Offensive site (250844) | | | |
| --02/01/12..Upload of ▇ GB for to the Samsung_Offensive | | | 0.20 |
| site (249875) | | | |
| ~~--02/01/12..Document copy upload of ▇ GB for~~ | | | |
| ~~STCloned_Docs to the Samsung_Offensive site (249979) N/C~~ | | | |
| --02/01/12..Upload of ▇ GB for All.LoadFile.txt to the | | | 1,340.00 |
| Samsung_Offensive site (249992) | | | |
| --02/01/12..Upload of ▇ GB for All.LoadFile.txt to the | | | 1,280.00 |
| Samsung_Offensive site (249993) | | | |
| --02/01/12..Upload of ▇ GB for | | | 18.20 |
| 12034609.20120130.212249.db1.LoadFile.txt to the | | | |
| Samsung_Offensive site (250114) | | | |
| ~~--02/01/12..Document copy upload of ▇ GB for~~ | | | |
| ~~STCloned_Docs to the Samsung_Defensive site (250140)  N/C~~ | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/01/12..Document copy upload of ▓ GB for STCloned_Docs to the Samsung_Offensive site (250450) | | | 46.60 |
| --02/01/12..Fast Track upload of ▓ GB for to the Samsung_Offensive site (250567) | | | 1.20 |
| --02/01/12..Fast Track upload of ▓ GB for to the Samsung_Offensive site (250574) | | | 5.80 |
| --2/29/12..OCR Documents for ▓ pages at ▓ per page | | | 1,156.83 |
| --02/29/12..Production Module..MMCKINLEY; NDC_Prod078; Pages: ▓ Native Volume: ▓ GB | | | 835.76 |
| --02/27/12..Production Module..ABARR; NDC_Prod077; Pages: ▓ Native Volume: ▓ GB ▓ minimum) | | | 0.01 |
| --02/27/12..Production Module..MMCKINLEY; NDC_Prod076; Pages: ▓ Native Volume: ▓ GB | | | 536.98 |
| --02/26/12..Production Module..MMCKINLEY; NDC_Prod075; Pages: ▓ Native Volume: ▓ GB (▓ minimum) | | | 212.50 |
| --02/24/12..Production Module..MMCKINLEY; NDC_Prod074; Pages: ▓ Native Volume: ▓ GB | | | 763.17 |
| --02/22/12..Production Module..JSCHMITT; NDC_Prod73; | | | 1,013.21 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

**For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!**



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 13 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Pages: ▮▮ Native Volume: ▮▮ GB | | | |
| --02/21/12..Production Module..ABARR; NDC_Prod72; Pages: ▮▮ Native Volume: ▮▮ GB (▮▮ minimum) | | | 212.50 |
| --02/20/12..Production Module..ABARR; NDC_Prod71; Pages: ▮▮ Native Volume: ▮▮ GB (▮▮ minimum) | | | 212.50 |
| --02/19/12..Production Module..JSCHMITT; NDC_Prod70; Pages: ▮▮ Native Volume: ▮▮ GB | | | 567.26 |
| ~~--02/18/12..ASchadek..Production; Pages Converted/Endorsed ▮▮ Range: APL-ITC796-0000550343 - APL-ITC796-0000550395; Total Volume: ▮▮ MB, (256292)~~ | | | ~~-212.50~~ |
| --02/17/12..Production Module..ABARR; NDC_Prod69; Pages: ▮▮ Native Volume: ▮▮ GB | | | 570.08 |
| --02/16/12..Production Module..ABARR; NDC_Prod67; Pages: ▮▮ Native Volume: ▮▮ GB | | | 751.38 |
| --02/15/12..Production Module..ABARR; NDC_Prod66; Pages: ▮▮ Native Volume: ▮▮ GB (▮▮ minimum) | | | 212.50 |
| --02/15/12..Production Module..ABARR; NDC_Prod65; Pages: ▮▮ Native Volume: ▮▮ GB | | | 252.41 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 14 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/14/12..Production Module..ABARR; NDC_Prod64; Pages: ▮ Native Volume: ▮ GB (▮ minimum) | | | 212.50 |
| --02/14/12..Production Module..ABARR; NDC_Prod63rerun; Pages: ▮ Native Volume: ▮ GB | | | ~~1,084.66~~ |
| --02/11/12..Production Module..ABARR; NDC_Prod62; Pages: ▮ Native Volume: ▮ GB (▮ minimum) | | | 212.50 |
| --02/10/12..Production Module..ABARR; NDC_Prod61; Pages: ▮ Native Volume: ▮ GB | | | 625.82 |
| --02/04/12..Production Module..JSCHMITT; NDC_Prod59; Pages: ▮ Native Volume: ▮ GB (▮ | | | 212.50 |
| --02/08/12..Production Module..JSCHMITT; NDC_Prod60; Pages: ▮ Native Volume: ▮ GB (▮ minimum) | | | 212.50 |
| --02/04/12..Production Module..JSCHMITT; NDC_Prod58; Pages: ▮ Native Volume: ▮ GB (▮ minimum) | | | 212.50 |
| --02/04/12..Production Module..JSCHMITT; NDC_Prod59; Pages: ▮ Native Volume: ▮ GB (▮ minimum) | | | 212.50 |
| --02/03/12..Production Module..JSCHMITT; NDC_Prod57; Pages: ▮ Native Volume: ▮ GB | | | 1,511.40 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 15 |

**Client:** Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/03/12..Production Module..JSCHMITT; NDC_Prod56_Redo(A B and C); Pages: ▮ Native Volume: ▮ GB | ▮ | | 523.29 |
| --02/02/12..Production Module..JSCHMITT; NDC_Prod55D_Redo; Pages: ▮ Native Volume: ▮ GB | | | 457.47 |
| --02/01/12..Production Module..ABARR; NDC_Prod55Bredo; Pages: ▮ Native Volume: ▮ GB ( ▮ minimum) | | | 212.50 |
| --02/01/12..Production Module..ABARR; NDC_Prod55C; Pages: ▮ Native Volume: ▮ GB ( ▮ minimum) | | | 212.50 |
| --02/01/12..RBayot..Production; Pages Converted/Endorsed: ▮ Range: APL-ITC796-0000547078 - APL-ITC796-0000550342; Total Volume: ▮ MB; (250538) min ▮ | | | 212.50 |
| --Catalyst Professional Consulting Services (See Addendum for details) | | | 20,037.50 |
| --02/29/12..Custom work to edit load date and fire automation on the Samsung Offensive site per JSchmitt (260353) | | | 262.50 |
| --02/29/12..Custom work to Replace Clawback produced docs | | | 131.25 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 16 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| on the Samsung Offensive site per JSchmitt (260354) | | | 131.25 |
| --02/29/12. Custom work to replace produced docs with redacted versions on the Samsung Offensive site per JSchmitt (260697) | | | |
| --02/29/12. Custom work to Dedup on the Samsung Offensive site per ABarr (248570) | | | 43.75 |
| --02/29/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (260523) | | | 43.75 |
| --02/29/12. Custom work to Prepare the loadfile on the Samsung Offensive site per JSchmitt (260689) | | | 131.25 |
| --02/28/12. Custom work to submit searches on the Samsung Offensive site per Apple (260161) | | | 43.75 |
| --02/28/12. Create mapping for upload on the Samsung Offensive site per JSchmitt (260170) | | | 43.75 |
| --02/28/12. Custom work to edit load data and fire automation on the Samsung Offensive site per JSchmitt (260170) | | | 87.50 |
| --02/28/12. Custom work to validate the loadfile on the Samsung Offensive site per Apple (260394) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| Client ID: | 00230.87 |
|---|---|
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| Invoice No: | 1143423 |
|---|---|
| Invoice Date: | Feb 29, 2012 |
| Payment Terms | 3/30/12 |
| Sales Rep: | |
| Page: | 17 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/28/12..Custom work to investigate duplicate text tickets on the Samsung Offensive site per Apple (260394) | | | 43.75 |
| --02/28/12..Custom work to validate the loadfile on the Samsung Offensive site per Apple (260408) | | | 43.75 |
| --02/28/12..Custom work to investigate duplicate text tickets on the Samsung Offensive site per Apple (260408) | | | 43.75 |
| --02/28/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (260419) | | | 43.75 |
| --02/28/12..Custom work to import data and fire automation on the Samsung Offensive site per Apple (260420) | | | 43.75 |
| --02/28/12..FSchadek..Staging (260255) | | | 175.00 |
| --02/22/12..Custom work to Decrypt GPG Prepare Loadfile Perform Overlay for Chen Wei ERS data on the Samsung Offensive site per Apple (257330) | | | 131.25 |
| --02/22/12..Custom work to Decrypt GPG Prepare Loadfile Perform Overlay for Chen Wei ERS data on the Samsung Offensive site per Apple (257331) | | | 131.25 |
| --02/22/12..Custom work to Decrypt GPG Prepare Loadfile | | | 131.25 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 18 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Perform Overlay for Chen Wei ERS data on the Samsung Offensive site per Apple (257332) | | | |
| --02/22/12..Custom work to Decrypt GPG Prepare Loadfile | | | 131.25 |
| Perform Overlay for Chen Wei ERS data on the Samsung Offensive site per Apple (257333) | | | |
| --02/22/12..Custom work to Decrypt GPG Prepare Loadfile | | | 131.25 |
| Perform Overlay for Chen Wei ERS data on the Samsung Offensive site per Apple (257716) | | | |
| --02/22/12..Custom work to Decrypt GPG Prepare Loadfile | | | 131.25 |
| Perform Overlay for Chen Wei ERS data on the Samsung Offensive site per Apple (257717) | | | |
| --02/28/12..Custom work to Upload production module docs for productionid (5631563255945595) on the Samsung Offensive site per MMckinley (260372) | | | 175.00 |
| --02/27/12..Custom work to investigate duplicate gpg files on the Samsung Offensive site per Apple (259301) | | | 43.75 |
| --02/27/12..Custom work to submit searches on the Samsung Offensive site per Apple (260004) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 19 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**       Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/27/12. Custom work to Upload production module docs for production id 5617 and 5616 on the Samsung Offensive site per MMckinley (259643) | | | 175.00 |
| --02/26/12. Custom work to submit searches on the Samsung Offensive site per Apple (259316) | | | 43.75 |
| --02/26/12. Custom work to submit searches on the Samsung Offensive site per Apple (258386) | | | 43.75 |
| --02/24/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (258386) | | | 43.75 |
| --02/25/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (259301) | | | 43.75 |
| --02/25/12. Custom work to Dup ticket on the Samsung Offensive site per Apple (259321) | | | 43.75 |
| --02/25/12. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per JSchmitt (258464) | | | 43.75 |
| --02/25/12. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per JSchmitt (258465) | | | 43.75 |
| --02/25/12. Custom work to fix loadfile and fire off automation on | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 20 |

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Offensive site per Apple (259296) | | | |
| --02/25/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per JSchmitt (259419) | | | 131.25 |
| --02/24/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (258377) | | | 43.75 |
| --02/24/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (258385) | | | 43.75 |
| --02/24/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (258393) | | | 43.75 |
| --02/24/12. Custom work to Dup ticket on the Samsung Offensive site per Apple (258395) | | | 43.75 |
| --02/24/12. Custom work to Dup ticket on the Samsung Offensive site per Apple (258406) | | | 43.75 |
| --02/24/12. Custom work to Dup ticket on the Samsung Offensive site per Apple (258417) | | | 43.75 |
| --02/24/12. Custom work to Dup ticket on the Samsung Offensive site per Apple (258422) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 21 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/24/12. RBayot. File Export. Total files: ███ Total volume: ██ GB. (258229) | | | 350.00 |
| --02/24/12. RBayot. Cusom Load File Creation (OPT LFP LST). (258229) | | | 87.50 |
| --02/24/12. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per JSchmitt (257699) | | | 87.50 |
| --02/24/12. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per JSchmitt (257704) | | | 87.50 |
| --02/24/12. Custom work to fix loadfile and fire off automation on the Samsung Offensive site per JSchmitt (257705) | | | 87.50 |
| --02/24/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per JSchmitt (257708) | | | 87.50 |
| --02/24/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per JSchmitt (257709) | | | 87.50 |
| --02/23/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per JSchmitt | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 22 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| (257692) | | | |
| --02/23/12..Create mapping for upload on the Samsung Offensive site per JSchmitt (257692) | | | 87.50 |
| --02/23/12..Custom work to fix loadfile and fire off automation on the Samsung Offensive site per JSchmitt (257693) | | | 131.25 |
| --02/23/12..Custom work to fix loadfile and fire off automation on the Samsung Offensive site per JSchmitt (257695) | | | 87.50 |
| --02/22/12..RBayot..File Export; Total docs: ▮ Total text: ▮ Total volume: ▮ GB; (257266) | | | 525.00 |
| --02/22/12..Custom work to process deduping on the Samsung Offensive site per Apple (256404) | | | 43.75 |
| --02/21/12..FSchadek..Custom Work: Repair PDF (256514) | | | 43.75 |
| --02/21/12..Custom work to prepare overlay loadfile for ers data on the Samsung Offensive site per JHannah (255243) | | | 131.25 |
| --02/21/12..Custom work to Upload production module docs for productionids 55815542554555505553564456572577 on the Samsung Offensive site per ABar (257034) | | | 612.50 |
| --02/20/12..Custom work to QC Upload on the Samsung | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 23 |

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Offensive site per JSchmitt (254873) | | | |
| --02/18/12. ASchadek. Custom Load File Creation (CSV); (256292) | | | 43.75 |
| --02/18/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (256404) | | | 43.75 |
| --,02/18/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per Apple (256282) | | | 131.25 |
| --02/18/12. Custom work to rename GPG and run automated unzip and decryption process on the Samsung Offensive site per Apple (256317) | | | 43.75 |
| --02/18/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per Apple (256317) | | | 87.50 |
| --02/18/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per Apple (256323) | | | 87.50 |
| --02/18/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per Apple (256326) | | | 87.50 |
| --02/18/12. Custom work to create a loadfile and fire off automation on the Samsung Offensive site per Apple (256327) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 24 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**       Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/18/12..Custom work to create a loadfile and fire off automation on the Samsung Offensive site per Apple (256344) | | | 87.50 |
| --02/17/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (256282) | | | 43.75 |
| --02/17/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (256323) | | | 43.75 |
| --02/17/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (256326) | | | 43.75 |
| --02/17/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (256327) | | | 43.75 |
| --02/17/12..Custom work to Extract GPG file on the Samsung Offensive site per Apple (256344) | | | 43.75 |
| --02/16/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (254859) | | | 43.75 |
| --02/16/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (254868) | | | 43.75 |
| --02/16/12..Custom work to Investigating on failed poochie map on the Samsung Offensive site per Apple (254869) | | | 43.75 |

**Wire Instructions:**

| | | |
|---|---|---|
| | Subtotal | Continued |
| | Sales Tax | Continued |
| | Invoice Total | Continued |
| | Payments/Credits Applied | 168,052.59 |
| | **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 25 |

**Client:**      Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/16/12. Custom work to Dup ticket on the Samsung Offensive site per Apple (254870) | | | 43.75 |
| --02/16/12. Custom work to Prepare the loadfile on the Samsung Offensive site per JSchmitt (254873) | | | 87.50 |
| --02/15/12. Custom work to rename GPG and run automated unzip and decryption process on the Samsung Offensive site per Apple (254828) | | | 43.75 |
| --02/15/12. Custom work to investigate duplicate BegControls on the Samsung Offensive site per Apple (254828) | | | 43.75 |
| --02/14/12. Custom work to cross load 132410 production documents on the Samsung Offensive site per ABarr (253583) | | | 350.00 |
| --02/14/12. Custom work to investigate duplicate requests on the Samsung Offensive site per Apple (254011) | | | 43.75 |
| --02/13/12. Custom work to decrypt 12034609_PackToSend-0.tar.gz on the Samsung Offensive site per Apple (253596) | | | 43.75 |
| --02/13/12. Custom work to investigate duplicate requests on the Samsung Offensive site per Apple (253596) | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 26 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/13/12. Custom work to decrypt 12034609_PackToSend-1.tar.gz on the Samsung Offensive site per Apple (253597) | | | 43.75 |
| --02/13/12. Custom work to investigate duplicate requests on the Samsung Offensive site per Apple (253597) | | | 43.75 |
| --02/13/12. Custom work to decrypt 2523_PackToSend-0.tar.gz on the Samsung Offensive site per Apple (253598) | | | 43.75 |
| --02/13/12. Custom work to investigate duplicate requests on the Samsung Offensive site per Apple (253598) | | | 43.75 |
| --02/13/12. Custom work to decrypt 2523_PackToSend-0.tar.gz on the Samsung Offensive site per Apple (253606) | | | 43.75 |
| --02/13/12. Custom work to investigate duplicate requests on the Samsung Offensive site per Apple (253606) | | | 43.75 |
| --02/13/12. Custom work to import data and fire automation on the Samsung Offensive site per Apple (253647) | | | 87.50 |
| --02/13/12. Custom work to submit searches on the Samsung Offensive site per Apple (253647) | | | 43.75 |
| --02/13/12. Custom work to import data and fire automation on | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 27 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| the Samsung Offensive site per Apple (253652) | | | |
| --02/13/12. Custom work to submit searches on the Samsung Offensive site per Apple (253652) | | | 43.75 |
| --02/13/12. Custom work to import data and fire automation on the Samsung Offensive site per Apple (253679) | | | 131.25 |
| --02/13/12. Custom work to submit searches on the Samsung Offensive site per Apple (253679) | | | 43.75 |
| --02/13/12. Custom work to import data and fire automation on the Samsung Offensive site per Apple (253684) | | | 131.25 |
| --02/13/12. Custom work to submit searches on the Samsung Offensive site per Apple (253684) | | | 43.75 |
| --02/13/12. Custom work to Replace Production Documents on the Samsung Offensive site per JSchmitt (253832) | | | 131.25 |
| --02/13/12. Add or modify 9 values in a lookup table on the Samsung Offensive site per Apple (249273) | | | 43.75 |
| --02/10/12. Custom work to Overlay Clawed back produced docs on the Samsung Offensive site per ERatterman (252580) | | | 175.00 |
| --02/10/12. Custom work to Extract GPG file on the Samsung | | | 131.25 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



## CATALYST
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 28 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Offensive site per Apple (252679) | | | 43.75 |
| --02/10/12..Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (253318) | | | 43.75 |
| --02/08/12..Custom work to complete deduping on the Samsung Offensive site per Apple (249269) | | | 43.75 |
| --02/08/12..Custom work to complete deduping on the Samsung Offensive site per Apple (249272) | | | 43.75 |
| --02/08/12..Custom work to complete deduping on the Samsung Offensive site per Apple (249308) | | | 43.75 |
| --02/08/12..Custom work to submit searches on the Samsung Offensive site per Apple (252337) | | | 43.75 |
| --02/08/12..Custom work to submit searches on the Samsung Offensive site per Apple (252341) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (248326) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (248496) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 29 |

**Client:**     Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| site per Apple (248534) | | | |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (248535) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (248536) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (248573) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (249043) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (249047) | | | 43.75 |
| --02/08/12..Custom work to Dedup on the Samsung Offensive site per Apple (249061) | | | 43.75 |
| --02/07/12..Custom work to rollback priv values on the Samsung Offensive site per ABarr (248567) | | | 43.75 |
| --02/06/12..Custom work to manually QC sensitive data on the Samsung Offensive site per ABarr (248571) | | | 87.50 |
| --02/06/12..Custom work to submit searches on the Samsung | | | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Sales Rep:** | |
| **Page:** | 30 |

**Client:**    Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Offensive site per apple (251614) | | | |
| --02/06/12. Custom work to Upload production module docs for productionid 5247 on the Samsung Offensive site per ABarr (251329) | | | 87.50 |
| --02/06/12. Custom work to Upload production module docs for productionid 5272 on the Samsung Offensive site per ABarr (251330) | | | 87.50 |
| --02/06/12. Custom work to Upload production module docs for productionid 5270 on the Samsung Offensive site per ABarr (251331) | | | 87.50 |
| --02/06/12. Custom work to Upload production module docs for productionid 5305 on the Samsung Offensive site per ABarr (251332) | | | 87.50 |
| --02/06/12. Custom work to Upload production module docs for productionid 5310 on the Samsung Offensive site per ABarr (251337) | | | 87.50 |
| --02/05/12. Custom work to copy documents on the Samsung Offensive site per ABarr (248571) | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 31 |

**Client:**       Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/05/12. Custom work to import data and fire automation on the Samsung Offensive site per apple (251614) | | | 87.50 |
| --02/04/12. Custom work to Extract GPG file on the Samsung Offensive site per apple (251325) | | | 43.75 |
| --02/02/12. Custom work to copy documents on the Samsung Offensive site per ABarr (248569) | | | 131.25 |
| --02/02/12. Custom work to copy documents on the Samsung Offensive site per ABarr (250345) | | | 218.75 |
| --02/02/12. Custom work to copy documents on the Samsung Offensive site per ABarr (250450) | | | 306.25 |
| --02/02/12. Custom work to Dedup on the Samsung Offensive site per Apple (247929) | | | 43.75 |
| --02/02/12. Custom work to Dedup on the Samsung Offensive site per Apple (248264) | | | 43.75 |
| --02/02/12. Custom work to Dedup on the Samsung Offensive site per Apple (248274) | | | 43.75 |
| --02/02/12. Custom work to Prepare the loadfile on the Samsung Offensive site per Apple (250544) | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 32 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/01/12. Custom work to copy ▮ documents on the Samsung Offensive site per ABarr (249979) | | | 175.00 |
| --02/01/12. Custom work to overlay production values and upload ▮ produced documents on the Samsung Offensive site per ABarr (250124) | | | 43.75 |
| --02/01/12. Custom work to copy documents on the Samsung Offensive site per ABarr (248569) | | | 306.25 |
| --02/01/12. Custom work to edit load data and fire automation on the Samsung Offensive site per JSchmitt (249875) | | | 175.00 |
| --02/01/12. Custom work to decrypt gpg send.DB2.20120125.221545.tar.gz.gpg on the Samsung Offensive site per ABarr (249992) | | | 87.50 |
| --02/01/12. Custom work to Import loadfile and fire off automation on the Samsung Offensive site per ABarr (249992) | | | 87.50 |
| --02/01/12. Custom work to decrypt send.DB2.20120123.192152.tar.gz.gpg on the Samsung Offensive site per ABarr (249993) | | | 87.50 |
| --02/01/12. Custom work to Import loadfile and fire off | | | 87.50 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| Apple/Samsung | |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 33 |

**Client:**   Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| automation on the Samsung Offensive site per ABarr (249993) | | | |
| --02/01/12..Custom work to Move docs manually to fileshare on the Samsung Offensive site per ABarr (249995) | | | 87.50 |
| --02/01/12..Custom work to decrypt.gpg send.DB2.20120126.213726.tar.gz.gpg on the Samsung Offensive site per apple (250318) | | | 87.50 |
| --02/01/12..Custom work to Import loadfile and fire-off automation on the Samsung Offensive site per apple (250318) | | | 87.50 |
| --02/01/12..Custom work to repair loadfile on the Samsung Offensive site per ABarr (250330) | | | 175.00 |
| --02/01/12..Custom work to Import loadfile and fire-off automation on the Samsung Offensive site per ABarr (250330) | | | 87.50 |
| --02/01/12..RBayot..Custom Load File Creation (CSV), (250538) | | | 87.50 |
| --02/22/12..RBayot..Media for Client; ███ GB HD: 1X; (257266) | | | 125.00 |
| --02/22/12..ZTekle..Shipping; 7932 5986 3559; (257266) | | | 84.68 |
| -02/01/12..JCWall..Shipping; 7931 7997 5304 (249581) | | | 25.66 |
| --02/17/12..Reviewer training on Samsung Offensive site per JErobinson (254693) | | | 218.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | Continued |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!

# CATALYST
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.87 |
| | Apple/Samsung |
| **Invoice No:** | 1143423 |
| **Invoice Date:** | Feb 29, 2012 |
| **Payment Terms** | 3/30/12 |
| **Sales Rep:** | |
| **Page:** | 34 |

**Client:**  Apple/Samsung

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| --02/24/12. Reviewer training on Samsung Offensive site per JSandler (257311) | | | 175.00 |
| --02/15/12. Review training on Samsung Offensive site per JRobinson (253889) | | | 262.50 |
| --02/8/12. Review training on Samsung Offensive site per JRobinson (251993) | | | 175.00 |
| --01/30/12. Review training on Samsung Offensive site per JErobinson (248848) | | | 350.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | 168,052.59 |
| Sales Tax | |
| Invoice Total | 168,052.59 |
| Payments/Credits Applied | 168,052.59 |
| **TOTAL** | 0.00 |

For billing related questions or concerns, please contact Toni Hilliker, Business Accounting Manager @ 303-824-0850. Thank you!