# EXHIBIT E-3

# Amended

# Part 2

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 11 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 11/10/11..Custom work to fix loadfile and fire off automation on the Samsung Defensive site per TTrudnowski (225029) | RE | ███ | 43.75 |
| 11/10/11..Custom work to rename GPG and run automated unzip and decryption process on the Samsung Defensive site per TTrudnowski (225030) | RE | ███ | 43.75 |
| 11/08/11..Custom work to move send.DB1.20111006.184219.tar.gz.gpg to fileshare on the Samsung Defensive site per TTrudnowski (214107) | RE | ███ | 87.50 |
| 11/08/11..Custom work to decrypt send.DB1.20111006.184219.tar.gz.gpg on the Samsung Defensive site per TTrudnowski (214107) | RE | ███ | 43.75 |
| 11/05/11..ASchadek..Custom Load File Creation (DAT); (221974) | RE | ███ | 87.50 |
| 11/05/11..ASchadek..Custom Work: TrueCrypt encryption (221974) | RE | ███ | 87.50 |
| 11/04/11..Add or modify 12 values in a lookup table on the Samsung Defensive site per Apple (213673) | RE | ███ | 43.75 |
| 11/04/11..Custom work to process dedup procedure on the | RE | ███ | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |



**Client ID:** 00230.95
Apple/Samsung ITC Defensive

**Invoice No:** 1142045

**Invoice Date:** Nov 30, 2011

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Payment Terms** 12/30/11
**Sales Rep:**

**Page:** 12

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung Defensive site per Apple (214739) | | | |
| 11/04/11..Custom work to process dedup procedure on the | RE | ▮ | 43.75 |
| Samsung Defensive site per Apple (214746) | | | |
| 11/04/11..Custom work to process dedup procedure on the | RE | ▮ | 43.75 |
| Samsung Defensive site per Apple (214791) | | | |
| 11/03/11..Custom work to copy 43403 docs from the \'Nokia - | RE | ▮00 | 218.75 |
| Delaware\' on the Samsung Defensive site per ABarr (221626) | | | |
| RUSH..–11/03/11..Custom work to start production upload of | RE | ▮ | 131.25 |
| 13086  docs  on the Samsung Defensive site per ABarr (219858) | | | |
| 11/01/11..Custom work to remove UAP terms on the Samsung | RE | ▮ | 175.00 |
| Defensive site per CSchwarz (219847) | | | |
| 11/01/11..Custom work to start production upload of 17848 | RE | ▮ | 131.25 |
| docs  on the Samsung Defensive site per ABarr (215477) | | | |
| 11/14/11..ZTekle..Media for Client; 500 GB: 1X; (224376) | RE | ▮ | 100.00 |
| 11/14/11..ZTekle..Shipping; 7954 0638 7465; (224376) | RE | ▮ | 31.33 |
| 11/05/11..ASchadek..Media for Client; HD: 1; (221974) | RE | ▮ | 75.00 |
| 11/04/11..Reviewer training on Samsung Defensive site per | RE | ▮ | 175.00 |
| TCcarlevale (221328) | | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | Continued |

REDACTED



Powering Complex Legal Matters

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142045 |
| **Invoice Date:** | Nov 30, 2011 |
| **Payment Terms** | 12/30/11 |
| **Sales Rep:** | |
| **Page:** | 13 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 11/01/11..Reviewer training on Samsung Defensive site per TCarlevale (216389) | RE | ▬ | 175.00 |
| 11/01/11..BRichardson..Shipping; <795351475486 >; (219858) | RE | ▬ | 31.46 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 108,149.32 |
| Sales Tax | |
| Invoice Total | 108,149.32 |
| Payments/Credits Applied | 108,149.32 |
| **TOTAL** | 0.00 |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 12/01/11-12/31/11 Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| REDAC | | | |
| 12/01/11-12/31/11 Variable License Fee REDACTED | REDAC | | 54,947.76 |
| 12/31/11..Fast Track upload of 6.55 GB for All.LoadFile.txt to the Samsung_Defensive site (239914) | RE | | 131.00 |
| 12/31/11..Upload of 6 production docs 0.02 GB for Production ITC 011 to the Samsung Defensive site per ABarr (238275) | RE | | 0.40 |
| 12/30/11..Fast Track upload of 4.26 GB for  to the Samsung_Defensive site (239720) | RE | | 85.20 |
| 12/30/11..Fast Track upload of 9.09 GB for  to the Samsung_Defensive site (239730) | RE | | 181.80 |
| 12/30/11..Fast Track upload of 1.07 GB for  to the Samsung_Defensive site (239749) | RE | | 21.40 |
| 12/30/11..Fast Track upload of 28.05 GB for All.LoadFile.txt to the Samsung_Defensive site (239756) | RED | | 561.00 |
| 12/30/11..Fast Track upload of 39.82 GB for All.LoadFile.txt to the Samsung_Defensive site (239760) | RED | | 796.40 |
| 12/29/11..Fast Track upload of 3.81 GB for  to the | RE | | 76.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**Client ID:** 00230.95

Apple/Samsung ITC Defensive

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (239402) | | | |
| 12/28/11..Fast Track upload of 3.55 GB for All.LoadFile.txt to the Samsung_Defensive site (238795) | RE ▮ | ▮ | 71.00 |
| 12/28/11..Fast Track upload of 1.15 GB for All.LoadFile.txt to the Samsung_Defensive site (238837) | RE ▮ | ▮ | 23.00 |
| 12/28/11..Fast Track upload of 0.08 GB for All.LoadFile.txt to the Samsung_Defensive site (238838) | RE ▮ | ▮ | 1.60 |
| 12/28/11..Fast Track upload of 0.38 GB for All.LoadFile.txt to the Samsung_Defensive site 238927 | RE ▮ | ▮ | 7.60 |
| 12/28/11..Fast Track upload of 3.65 GB for All.LoadFile.txt to the Samsung_Defensive site 238929 | RE ▮ | ▮ | 73.00 |
| 12/28/11..Fast Track upload of 32.95 GB for All.LoadFile.txt to the Samsung_Defensive site 238945 | RED ▮ | ▮ | 659.00 |
| 12/24/11..Upload of 37 production docs 0.08 GB for 5223_xref.csv to the Samsung Defensive site per ABarr (237713) | RE ▮ | ▮ | 1.60 |
| 12/22/11..Document copy upload of 1.06 GB for STCloned_Docs to the Samsung_Defensive site (237979) RE ▮ | RE ▮ | | |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**Catalyst Repository Systems, Inc.**
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:** Apple/Samsung ITC Defensive

| | | |
|---|---|---|
| **Client ID:** | | 00230.95 |
| Apple/Samsung ITC Defensive | | |
| **Invoice No:** | | 1142501 |
| **Invoice Date:** | | Dec 31, 2011 |
| **Payment Terms** | | 1/30/12 |
| **Sales Rep:** | | |
| **Page:** | | 3 |

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 12/22/11..Upload of 35420 production docs 55.45 GB for  to the Samsung Defensive site per Apple/Samsung ITC Defensive (233500) | RED | | 1,109.00 |
| 12/20/11..Fast Track upload of 0.01 GB for  to the Samsung_Defensive site (236866) | RE | | 0.20 |
| 12/20/11..Upload of 36906  production docs 25.7 GB for ITC Prod010 to the Samsung Defensive site per ABarr (235189) | RED | | 514.00 |
| 12/20/11..Fast Track upload of 0.01 GB for 20111220_237031_LoadFile.xlsx to the Samsung Defensive site (237031) | RE | | 0.20 |
| 12/19/11..Document copy upload of 0.05 GB for STCloned_Docs to the Samsung_Defensive site (236911) RE | RE | | |
| 12/17/11..Upload of 2 production docs 0.01 GB for APL794 Prod002F to the Samsung Defensive site per JSchmitt (234523) | RE | | 0.20 |
| 12/16/11..Fast Track upload of 0.01 GB for appleitcsamsung_236544.mdb to the Samsung_Defensive site (236544) | RE | | 0.20 |
| 12/16/11..Fast Track upload of 0.01 GB for | RE | | 0.20 |

**Wire Instructions:**

REDACTED

| | | |
|---|---|---|
| Subtotal | Continued | |
| Sales Tax | Continued | |
| Invoice Total | Continued | |
| Payments/Credits Applied | 100,807.59 | |
| **TOTAL** | Continued | |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| appleitcsamsung_236544.mdb to the Samsung_Defensive site (236544) | | | |
| ~~12/15/11..Fast Track upload of 6.70 GB for All.LoadFile.txt to the Samsung_Defensive site (236074)~~ | RE | ▬ | ~~134.00~~ |
| ~~12/15/11..Fast Track upload of 1.83 GB for to the Samsung_Defensive site (236091)~~ | RE | ▬ | ~~36.60~~ |
| ~~12/15/11..Fast Track upload of 35.38 GB for to the Samsung_Defensive site (236099)~~ | RED | ▬ | ~~707.60~~ |
| ~~12/15/11..Fast Track upload of 2.54 GB for to the Samsung_Defensive site (236111)~~ | RE | ▬ | ~~50.80~~ |
| ~~12/14/11..Upload of 6 production docs 0.20 GB for 663 to the Samsung Defensive site per JSchmitt (234519)~~ | RE | ▬ | ~~4.00~~ |
| ~~12/14/11..Upload of 35420 production docs 38.6 GB for Production ITC 008 to the Samsung Defensive site per Apple/Samsung ITC Defensive (233500)~~ | RED | ▬ | ~~772.00~~ |
| ~~12/01/11..Fast Track upload of 0.10 GB for to the Samsung_Defensive site (231694)~~ | RE | ▬ | ~~2.00~~ |
| ~~12/01/11..Fast Track upload of 0.30 GB for to the~~ | RE | ▬ | ~~6.00~~ |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 5 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (231775) | | | |
| 12/01/11..Fast Track upload of 66.83 GB for  to the | RED | ██ | 1,336.60 |
| Samsung_Defensive site (230670) | | | |
| 12/01/11..Upload of 29585 production docs 44.6 GB for | RED | ██ | 892.00 |
| 539_XREF.csv to the Samsung Defensive site per | | | |
| Apple/Samsung ITC Defensive (228119) | | | |
| 12/01/11..Fast Track upload of 0.35 GB for  to the | RE | ██ | 7.00 |
| Samsung_Defensive site (229716) | | | |
| 12/01/11..Fast Track upload of 0.23 GB for  to the | RE | ██ | 4.60 |
| Samsung_Defensive site (229728) | | | |
| 12/01/11 Fast Track upload of 0.44 GB for  to the | RE | ██ | 8.80 |
| Samsung_Defensive site (229733) | | | |
| 12/01/11..Fast Track upload of 0.35 GB for  to the | RE | ██ | 7.00 |
| Samsung_Defensive site (229741) | | | |
| 12/01/11..Fast Track upload of 7.42 GB for  to the | RE | ██ | 148.40 |
| Samsung_Defensive site (229786) | | | |
| 12/01/11..Fast Track upload of 1.23 GB for  to the | RE | ██ | 24.60 |
| Samsung_Defensive site (229856) | | | |

**Wire Instructions:**

REDACTED
██████████████
███████████
██████████████████
██████████
REDACTED ████████████████████████

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**Client ID:** 00230.95

Apple/Samsung ITC Defensive

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Invoice No:** 1142501

**Invoice Date:** Dec 31, 2011

**Payment Terms** 1/30/12

**Sales Rep:**

**Catalyst Repository Tax ID #20-2205114**

**Page:** 6

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 12/01/11..Fast Track upload of 0.03 GB for to the Samsung_Defensive site (228965) | RE | ■ | 0.60 |
| 12/01/11..Fast Track upload of 0.01 GB for to the Samsung_Defensive site (228968) | RE | ■ | 0.20 |
| 12/01/11..Fast Track upload of 17.81 GB for to the Samsung_Defensive site (228249) | RED | ■ | 356.20 |
| 12/01/11..Fast Track upload of 0.02 GB for to the Samsung_Defensive site (228339) | RE | ■ | 0.40 |
| 12/01/11..Fast Track upload of 0.28 GB for to the Samsung_Defensive site (228560) | RE | ■ | 5.60 |
| 12/01/11..Fast Track upload of 0.24 GB for to the Samsung_Defensive site (228582) | RE | ■ | 4.80 |
| 12/01/11..Fast Track upload of 6.86 GB for to the Samsung_Defensive site (228583) | RE | ■ | 137.20 |
| 12/01/11..Fast Track upload of 0.02 GB for to the Samsung_Defensive site (228586) | RE | ■ | 0.40 |
| 12/01/11..Fast Track upload of 0.08 GB for to the Samsung_Defensive site (228587) | RE | ■ | 1.60 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 12/01/11..Fast Track upload of 0.05 GB for  to the Samsung_Defensive site (228590) | RE | ▮ | 1.00 |
| 12/01/11..Fast Track upload of 2.72 GB for  to the Samsung_Defensive site (228591) | RE | ▮ | 54.40 |
| 12/01/11..Fast Track upload of 0.17 GB for  to the Samsung_Defensive site (228595) | RE | ▮ | 3.40 |
| 12/01/11..Fast Track upload of 0.10 GB for  to the Samsung_Defensive site (228596) | RE | ▮ | 2.00 |
| 12/13/11..Production Module..ABARR; Prod010; Pages: 745788; Volume Pre-Endorsement: 6.55 GB | REDACT | ▮ | 7,457.88 |
| 12/09/11..Production Module..ABARR; Prod002F; Pages: 15; Volume Pre-Endorsement: 0.00 GB REDACTED | RE | ▮ | 212.50 |
| 12/09/11..Production Module..ABARR; Prod009; Pages: 602; Volume Pre-Endorsement: 0.01 REDACTED | RE | ▮ | 212.50 |
| 12/07/11..Production Module..ABARR; Prod008; Pages: 1383654; Volume Pre-Endorsement: 9.71 GB | REDACTE | ▮ | 13,836.54 |
| 12/28/11..Create 6 new fields on the Samsung Defensive site per Apple (238795) | RE | ▮ | 255.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED          REDACTED



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**  Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ~~12/24/11..Update data for 37 records on the Samsung Defensive site per ABarr (237713)~~ | RE█ | ███ | ~~131.25~~ |
| ~~Catalyst Professional Consulting Services (See Addendum for details).~~ | RED█ | ███ | ~~9,231.25~~ |
| ~~12/31/11..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (239914)~~ | RE█ | ███ | ~~43.75~~ |
| ~~12/30/11..Custom work to Extract GPG file on the Samsung Defensive site per Apple (239630)~~ | RE█ | ███ | ~~43.75~~ |
| ~~12/30/11..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (239756)~~ | RE█ | ███ | ~~43.75~~ |
| ~~12/30/11..Custom work to Extract GPG file on the Samsung Defensive site per Apple (239569)~~ | RE█ | ███ | ~~43.75~~ |
| ~~12/30/11..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (239760)~~ | RE█ | ███ | ~~43.75~~ |
| ~~12/30/11..Custom work to process deduping on the Samsung Defensive site per Apple (239402)~~ | RE█ | ███ | ~~43.75~~ |
| ~~12/28/11..Custom work to complete deduping on the Samsung Defensive site per Apple (236074)~~ | RE█ | ███ | ~~43.75~~ |

**Wire Instructions:**

REDACTED
████████████
████████
██████████████
████████
REDACTED ████████████

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 9 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ~~12/28/11..Custom work to complete deduping on the Samsung~~ Defensive site per Apple (236099) | RE■ | ■ | ~~43.75~~ |
| ~~12/28/11..Custom work to complete deduping on the Samsung~~ Defensive site per Apple (236111) | RE■ | ■ | ~~43.75~~ |
| ~~12/28/11..Create mapping for upload on the Samsung~~ Defensive site per Apple (238795) | RE■ | ■ | ~~43.75~~ |
| ~~12/28/11..Custom work to validate loadfile and fire automation~~ on the Samsung Defensive site per Apple (238837) | RE■ | ■ | ~~43.75~~ |
| ~~12/28/11..Custom work to validate loadfile and fire automation~~ on the Samsung Defensive site per Apple (238838) | RE■ | ■ | ~~43.75~~ |
| ~~12/28/11..Custom work to process deduping on the Samsung~~ Defensive site per Apple (238795) | RE■ | ■ | ~~43.75~~ |
| ~~12/28/11..Custom work to process deduping on the Samsung~~ Defensive site per Apple (238837) | RE■ | ■ | ~~43.75~~ |
| ~~12/28/11..Custom work to process deduping on the Samsung~~ Defensive site per Apple (238838) | RE■ | ■ | ~~43.75~~ |
| ~~RUSH.. 12/22/11..Custom work to copy documents on the~~ Samsung Defensive site per ABarr (237979) | RE■ | ■ | ~~500.00~~ |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 10 |

**Client:**       Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 12/20/11..Custom work to create the loadfile and fire automation on the Samsung Defensive site per JSchmitt (236866) | RE | ▇ | 43.75 |
| 12/20/11..Custom work to prepare files for upload on the Samsung Defensive site per ABarr (235189) | RE | ▇ | 262.50 |
| 12/20/11..Custom work to prepare files for upload on the Samsung Defensive site per JSchmitt (237031) | RE | ▇ | 175.00 |
| 12/19/11..Custom work to unzip APL794-X PROD001.zip on the Samsung Defensive site per JSchmitt (236548) | dR | ▇ | 43.75 |
| 12/19/11..Create mapping for upload on the Samsung Defensive site per JSchmitt (236548) | RE | ▇ | 43.75 |
| 12/19/11..Custom work to prepare upload for automation on the Samsung Defensive site per JSchmitt. (236548) | RE | ▇ | 175.00 |
| 12/19/11..Custom work to present upload for automation on the Samsung Defensive site per JSchmitt (236548) | RE | ▇ | 43.75 |
| 12/16/11..Custom work to Create Loadfile on the Samsung Defensive site per JSchmitt (236544) | RE | ▇ | 262.50 |
| 12/14/11..Custom work to move and unzip APL794-F | RE | ▇ | 43.75 |

**Wire Instructions:**



REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**Client ID:** 00230.95
Apple/Samsung ITC Defensive

**Invoice No:** 1142501

**Invoice Date:** Dec 31, 2011

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Payment Terms** 1/30/12
**Sales Rep:**

**Catalyst Repository Tax ID #20-2205114**

**Page:** 11

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| PROD.zip on the Samsung Defensive site per JSchmitt (235009) | | | |
| 12/14/11..Custom work to edit load data and fire automation on the Samsung Defensive site per JSchmitt (235009) | RE | ■ | 87.50 |
| 12/14/11..Custom work to move and unzip Catalyst APL794-A Prod002.zip on the Samsung Defensive site per JSchmitt (235011) | RE | ■ | 43.75 |
| 12/14/11..Custom work to edit load data and fire automation on the Samsung Defensive site per JSchmitt (235011) | RE | ■ | 87.50 |
| 12/13/11..Custom work to prepare data for production on the Samsung Defensive site per JSchmitt (234519) | RE | ■ | 43.75 |
| 12/02/11..Custom work to remove data only for custodian Hamel BJ  on the Samsung Defensive site per ABarr (232097) | RE | ■ | 131.25 |
| 12/01/11..Custom work to fireoff automated unzipping & decrypting on the Samsung Defensive site per JSchmitt (229291) | RE | ■ | 43.75 |
| 12/01/11..Custom work to fire off automated text file split function  on the Samsung Defensive site per JSchmitt (229291) | RE | ■ | 43.75 |
| 12/01/11..Custom work to verify loadfile and fire off automation | RE | ■ | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 12 |

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| on the Samsung Defensive site per Apple (230670) | | | |
| 12/01/11..Custom work to upload and link 17 produced Images | RE | ▮ | 350.00 |
| and text files on the Samsung Defensive site per ABarr (224376) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (224712) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per ABarr (224713) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per TTrudnowski (225029) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per TTrudnowski (225030) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (225054) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per ABarr (225898) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |
| Defensive site per Apple (226834) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | ▮ | 43.75 |

**Wire Instructions:**



REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |

REDACTED



**Client ID:** 00230.95

Apple/Samsung ITC Defensive

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Invoice No:** 1142501

**Invoice Date:** Dec 31, 2011

**Payment Terms** 1/30/12

Catalyst Repository Tax ID #20-2205114

**Sales Rep:**

**Page:** 13

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (226969) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | | 43.75 |
| Defensive site per Apple (227001) | | | |
| 12/01/11..Custom work to complete deduping on the Samsung | RE | | 43.75 |
| Defensive site per Apple.(227004) | | | |
| 12/01/11..FSchadek..Custom Load File Creation (DAT); | RE | | 87.50 |
| (228119) | | | |
| 12/01/11..ZTekle..Custom Work: TrueCrypt encryption | RE | | 43.75 |
| (228119) | | | |
| 12/15/11..BRichardson..Media for Client; <HD500GB>: <1>; | RE | | 100.00 |
| (235189) | | | |
| 12/15/11..BRichardson..Shipping; <898690141432>; (235189) | RE | | 31.33 |
| 12/10/11..BRichardson..Media for Client; <HD 500GB>: <1>; | RE | | 100.00 |
| (233500) | | | |
| 12/10/11..BRichardson..Shipping; <797828727506>; (233500) | RE | | 31.33 |
| 12/01/11..FSchadek..Shipping; FedEx Priority Overnight | RE | | 31.33 |
| 795431842626 ; (228119) | | | |
| 12/01/11..ZTekle..Media for Client; 500 GB HD: 1X; (228119) | RE | | 100.00 |

**Wire Instructions:**



REDACTED

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142501 |
| **Invoice Date:** | Dec 31, 2011 |
| **Payment Terms** | 1/30/12 |
| **Sales Rep:** | |
| **Page:** | 14 |

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | | Unit Price | Extension |
|---|---|---|---|---|
| ~~12/01/11..Brichardson..Shipping 229750720000~~ | | RE | ▮▮ | ~~386.17~~ |
| RUSH..--12/22/11..Review (rush fees apply) training on Samsung Defensive site per MHoff (237974) | | RE | ▮▮ | 500.00 |
| ~~12/08/11..Review training on Samsung Defensive site per TCcarlevale (232921)~~ | | RE | ▮▮ | ~~175.00~~ |
| ~~12/01/11..R. Mcalhany T. Tatarka R.Russel Reviewer  training on Samsung Defensive site per AGulino (222859)~~ | | RE | ▮▮ | ~~175.00~~ |
| ~~12/01/11..Reviewer training on Samsung Defensive site per TCarlevale (229203)~~ | | RE | ▮▮ | ~~175.00~~ |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | 100,807.59 |
| Sales Tax | |
| Invoice Total | 100,807.59 |
| Payments/Credits Applied | 100,807.59 |
| **TOTAL** | 0.00 |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 1 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/01/12-01/31/12 Base Monthly License Fee for Catalyst CR REDAC | RE | | |
| 01/01/12-01/31/12 Variable License Fee REDACTED | REDAC | | 72,403.92 |
| 01/30/12 Document copy upload of 24.31 GB for STCloned_Docs to the Samsung_Defensive site (249253) | RED | | |
| 01/30/12 Document copy upload of 26.09 GB for STCloned_Docs to the Samsung_Defensive site (249254) | RED | | |
| 01/30/12 Upload of 0.01 GB for  to the Samsung_Defensive site (249464) | RE | | 0.60 |
| 01/30/12 Upload of 0.34 GB for loadfile.xls to the Samsung_Defensive site (249466) | RE | | 20.40 |
| 01/29/12 Document copy upload of 39.69 GB for STCloned_Docs to the Samsung_Defensive site (249255) | RED | | |
| 01/25/12 Upload of 0.01 GB for  to the Samsung_Defensive site (247723) | RE | | 0.60 |
| 01/21/12 Upload of 0.50 GB for  to the Samsung_Defensive site (245655) | RE | | 30.00 |
| 01/20/12 Upload of 180 production docs 0.57 GB for | RE | | 34.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 2 |

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Production ITC 016 to the Samsung Defensive site per ABarr (244883) | | | |
| –01/19/12..Upload of 21873 production docs 4.01 GB for Production NDC 003 to the Samsung Defensive site per ABarr (244153) | RE | ■ | 240.60 |
| –01/19/12..Fast Track upload of 156 production docs 1.60 GB for APL794 Prod15 to the Samsung Defensive site per JSchmitt (244472) | RE | ■ | 32.00 |
| –01/18/12..Fast Track upload of 1.88 GB for  to the Samsung_Defensive site (244869) | RE | ■ | 37.60 |
| –01/18/12..Fast Track upload of 10.53 GB for  to the Samsung_Defensive site (244903) | RED | ■ | 210.60 |
| –01/18/12..Upload of 6947 docs 26.69 GB for send.DB2.20120115.181523.tar.gz.gpg to the Samsung Defensive site per Apple (244378) | RED | ■ | 1,067.60 |
| –01/18/12..Upload of 41833 production docs 66.63 GB for Production ITC 014 to the Samsung Defensive site per JSchmitt (243328) | RED | ■ | 2,665.20 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



| | Client ID: | 00230.95 |
|---|---|---|
| | Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | | |
|---|---|---|
| **Invoice No:** | | 1142958 |
| **Invoice Date:** | | Jan 31, 2012 |
| **Payment Terms** | | 3/1/12 |
| **Sales Rep:** | | |
| **Page:** | | 3 |

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| RUSH per Elise Miller ..~01/17/12..Upload of 0.08 GB for  to the Samsung_Defensive site (244230) | RE | | 500.00 |
| ~01/17/12..Fast Track upload of 254 production docs 1.49 GB for Production ITC 013 to the Samsung Defensive site per ABarr (241783) | RE | | 29.80 |
| =01/16/12..Fast Track upload of 17.93 GB for  to the Samsung_Defensive site (244054) | RED | | 358.60 |
| ~01/14/12..Upload of 26.19 GB for All.LoadFile.txt to the Samsung_Defensive site (243623) | RED | | 523.80 |
| ~01/12/12..Fast Track upload of 0.21 GB for  to the Samsung_Defensive site (242887) | RE | | 4.20 |
| ~01/12/12..Fast Track upload of 7.41 GB for  to the Samsung_Defensive site (242894) | RE | | 148.20 |
| ~01/12/12..Fast Track upload of 1.66 GB for  to the Samsung_Defensive site (243084) | RE | | 33.20 |
| ~01/12/12..Fast Track upload of 1.04 GB for  to the Samsung_Defensive site (243085) | RE | | 20.80 |
| RUSH per Emiller & AGulino..=01/09/12..Fast Track upload of | RE | | 500.00 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Powering Complex Legal Matters**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 4 |

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 0.18 GB for 20110930_Nokia_FTP_Production_load.mdb to the Samsung_Defensive site (241532) | | | |
| 01/08/12. Document copy upload of 14.72 GB for STCloned_Docs to the Samsung_Defensive site (241433) RE | RED | | |
| 01/08/12. Fast Track upload of 41743 production docs 72.90 GB for Production ITC 012 to the Samsung Defensive site per Adam (240655) | RED | ▉ | 1,458.00 |
| 01/05/12. Fast Track upload of 20.15 GB for All.LoadFile.txt to the Samsung_Defensive site (240692) | RED | ▉ | 403.00 |
| 01/04/12. Fast Track upload of 13.42 GB for  to the Samsung_Defensive site (240647) | RED | ▉ | 268.40 |
| 01/10/12. Fast Track upload of 1.69 GB for  to the Samsung_Defensive site (242157) | RE | ▉ | 33.80 |
| 01/04/12. Fast Track upload of 0.02 GB for AdamanrTest.txt to the Samsung_Defensive site (240497) | RE | ▉ | 0.40 |
| 01/04/12. Fast Track upload of 13.90 GB for  to the Samsung_Defensive site (240579) | RED | ▉ | 278.00 |
| 01/04/12. Fast Track upload of 8.07 GB for  to the | RE | ▉ | 161.40 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED


**Powering Complex Legal Matters**

| | | |
|---|---|---|
| **Client ID:** | | 00230.95 |
| Apple/Samsung ITC Defensive | | |
| **Invoice No:** | | 1142958 |
| **Invoice Date:** | | Jan 31, 2012 |
| **Payment Terms** | | 3/1/12 |
| **Sales Rep:** | | |
| **Page:** | | 5 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO 80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**      Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Samsung_Defensive site (240632) | | | |
| 01/04/12..Fast Track upload of 2.61 GB for  to the | RE | | 52.20 |
| Samsung_Defensive site (240639) | | | |
| 01/04/12..Fast Track upload of 18.27 GB for  to the | RED | | 365.20 |
| Samsung_Defensive site (240646) | | | |
| 01/31/12..OCR for 9137 pages @ REDACTED | REDAC | | 274.11 |
| 01/28/12..Production Module..ABARR; Prod020; Pages: 1304; | RE | | 212.50 |
| Volume Pre-Endorsement: 0.04 GB REDACTED | | | |
| 01/26/12..Production Module..ABARR; Prod019retry; Pages: | REDACT | | 5,692.20 |
| 569220; Volume Pre-Endorsement: 3.75 GB | | | |
| 01/23/12..Production Module..ABARR; Prod018; Pages: 3698; | RE | | 212.50 |
| Volume Pre-Endorsement: 0.19 GB REDACTED | | | |
| 01/23/12..Production Module..ABARR; Prod016a; Pages: 82; | RE | | 212.50 |
| Volume Pre-Endorsement: 0.00 GB REDACTED | | | |
| 01/20/12..Production Module..ABARR; Prod017; Pages: | REDACT | | 494.65 |
| 49465; Volume Pre-Endorsement: 0.34 GB | | | |
| 01/18/12..Production Module..ABARR; Prod016; Pages: 1181; | RE | | 212.50 |
| Volume Pre-Endorsement: 0.02 GB REDACTED | | | |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Client ID:** 00230.95

Apple/Samsung ITC Defensive

**Invoice No:** 1142958

**Invoice Date:** Jan 31, 2012

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Payment Terms** 3/1/12

**Sales Rep:**

**Catalyst Repository Tax ID #20-2205114**

**Page:** 6

**Client:** Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/17/12..Production Module..JSCHMITT; Prod015; Pages: 18030; Volume Pre-Endorsement: 0.14 GB REDACTED | REDACT | ▮ | 180.30 |
| 01/14/12..Production Module..ABARR; Prod014Rerun; Pages: 1583867; Volume Pre-Endorsement: 15.74 GB | REDACTE | ▮ | 15,838.67 |
| 01/13/12..Production Module..ABARR; ProdNDC 003; Pages: 423468; Volume Pre-Endorsement: 4.08 GB | REDACT | ▮ | 4,234.68 |
| 01/09/12..Production Module..ABARR; Prod013; Pages: 28703; Volume Pre-Endorsement: 0.28 GB | REDACT | ▮ | 287.03 |
| 01/03/12..Production Module..ABARR; Prod012; Pages: 2278791; Volume Pre-Endorsement: 14.50 GB | REDACTE | ▮ | 22,787.91 |
| 01/01/12..Production Module..ABARR; Prod11Rerun; Pages: 629; Volume Pre-Endorsement: 0.01 GB REDACTED | RE | ▮ | 212.50 |
| 01/01/12..Production Module..ABARR; Prod011; Pages: 626; Volume Pre-Endorsement: 0.01 GB REDACTED | RE | ▮ | 212.50 |
| 01/01/12..Production Module..ABARR; Prod003F; Pages: 7927; Volume Pre-Endorsement: 0.03 GB REDACTED | RE | ▮ | 212.50 |
| 01/13/12..Create 4 fields on the Samsung Defensive site per ABar( 243435) | RE | ▮ | 170.00 |

**Wire Instructions:**

REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 7 |

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| ~~Catalyst Professional Consulting Services (See Addendum for details).~~ | RED | ■■■ | ~~9,406.25~~ |
| ~~01/29/12. Custom work to copy documents on the Samsung Defensive site per ABarr (249253)~~ | RE | ■■■ | ~~306.25~~ |
| ~~01/30/12. Custom work to copy documents on the Samsung Defensive site per ABarr (249254)~~ | RE | ■■■ | ~~175.00~~ |
| ~~01/30/12. Custom work to copy documents on the Samsung Defensive site per ABarr (249255)~~ | RE | ■■■ | ~~262.50~~ |
| ~~01/30/12. Custom work to edit load data and fire automation on the Samsung Defensive site per JSchmitt (249464)~~ | RE | ■■■ | ~~175.00~~ |
| ~~01/30/12. Custom work to Upload production module docs for production 1470 on the Samsung Defensive site per ABarr (248351)~~ | RE | ■■■ | ~~131.25~~ |
| ~~01/30/12. Custom work to Upload production module docs for production 1482 on the Samsung Defensive site per ABarr (249200)~~ | RE | ■■■ | ~~87.50~~ |
| ~~01/30/12. Custom work to Create upload map on the Samsung~~ | RE | ■■■ | ~~43.75~~ |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 8 |

**Client:**    Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per JSchmitt (249466) | | | |
| 01/30/12..Custom work to prepare documents for upload on the Samsung Defensive site per JSchmitt (249466) | RE | ▇ | 262.50 |
| 01/25/12..Custom work to overlay production values and upload 2520 produced documents on the Samsung Defensive site per ABarr (245876) | RE | ▇ | 131.25 |
| 01/25/12..Custom work to overlay production values and upload 4 produced documents on the Samsung Defensive site per ABarr (247083) | RE | ▇ | 87.50 |
| 01/25/12..Custom work to overlay production values and upload 203 produced documents on the Samsung Defensive site per ABarr (247088) | RE | ▇ | 175.00 |
| 01/25/12..Custom work to Extract GPG file on the Samsung Defensive site per Apple (247723) | RE | ▇ | 43.75 |
| 01/25/12..Custom work to check loadfile and fire off automation on the Samsung Defensive site per Apple (247723) | RE | ▇ | 43.75 |
| 01/20/12..Custom work to run automated directory dump on the Samsung Defensive site per JSchmitt (245655) | RE | ▇ | 43.75 |

**Wire Instructions:**



| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| Apple/Samsung ITC Defensive | |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

| | |
|---|---|
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |

**Catalyst Repository Tax ID #20-2205114**

| | |
|---|---|
| **Page:** | 9 |

**Client:**       Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| 01/21/12..Custom work to create a loadfile and fire off automation on the Samsung Defensive site per JSchmitt (245655) | RE█ | ██ | 87.50 |
| 01/17/12..Custom work to move send.DB2.20120115.181523.tar.gz.gpg to the fileshare on the Samsung Defensive site per Apple (244378) | RE█ | ██ | 87.50 |
| 01/17/12..Custom work to decrypt send.DB2.20120115.181523.tar.gz.gpg on the Samsung Defensive site per Apple (244378) | RE█ | ██ | 87.50 |
| 01/17/12..Custom work to import data and fire automation on the Samsung Defensive site per Apple (244378) | RE█ | ██ | 43.75 |
| 01/17/12..Custom work to Preparing Docs for Upload on the Samsung Defensive site per JSchmitt (244230) | RE█ | ██ | 131.25 |
| 01/16/12..Custom work to remove 18 values from 2 fields on the Samsung Defensive site per AGulino (243533) | RE█ | ██ | 87.50 |
| 01/14/12..Custom work to Prepare the loadfile on the Samsung Defensive site per Apple (243623) | RE█ | ██ | 43.75 |
| 01/13/12..Custom work to Extract GPG file on the Samsung | RE█ | ██ | 43.75 |

**Wire Instructions:**



REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**Client ID:**  00230.95

Apple/Samsung ITC Defensive

**Invoice No:**  1142958

**Invoice Date:**  Jan 31, 2012

**Payment Terms**  3/1/12

**Sales Rep:**

**Page:**  10

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**   Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (243144) | | | |
| 01/11/12..Custom work to process deduping on the Samsung | RE | ▬ | 43.75 |
| Defensive site per Apple (240692) | | | |
| 01/10/12..Custom work to continuation of QC 62 docs on the | RE | ▬ | 43.75 |
| Samsung Defensive site per JSchmitt (241532) | | | |
| 01/09/12..Custom work to prepare for upload and QC 62 docs | RE | ▬ | 131.25 |
| on the Samsung Defensive site per JSchmitt (241532) | | | |
| 01/08/12..Custom work to copy documents on the Samsung | RE | ▬ | 350.00 |
| Defensive site per ABarr (241433) | | | |
| 01/06/12..Custom work to prepare records for production on | RE | ▬ | 87.50 |
| the Samsung Defensive site per Adam (240655) | | | |
| 01/05/12..Custom work to Prepare the loadfile on the | RE | ▬ | 87.50 |
| Samsung Defensive site per Apple (240692) | | | |
| 01/04/12..Custom work to Extract GPG file on the Samsung | RE | ▬ | 43.75 |
| Defensive site per Apple (240603) | | | |
| 01/02/12..Custom work to complete deduping on the Samsung | RE | ▬ | 43.75 |
| Defensive site per Apple (239720) | | | |
| 01/03/12..Custom work to complete deduping on the Samsung | RE | ▬ | 43.75 |

**Wire Instructions:**



REDACTED

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Invoice Total | Continued |
| Payments/Credits Applied | |
| **TOTAL** | Continued |

REDACTED



**CATALYST**
*Powering Complex Legal Matters*

| | |
|---|---|
| **Client ID:** | 00230.95 |
| | Apple/Samsung ITC Defensive |
| **Invoice No:** | 1142958 |
| **Invoice Date:** | Jan 31, 2012 |
| **Payment Terms** | 3/1/12 |
| **Sales Rep:** | |
| **Page:** | 11 |

Catalyst Repository Systems, Inc.
1860 Blake Street, Ste 700
Denver, CO  80202
USA

**Catalyst Repository Tax ID #20-2205114**

**Client:**     Apple/Samsung ITC Defensive

**Attention:**

**Billing Email:**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| Defensive site per Apple (239756) | | | |
| 01/03/12..Custom work to complete deduping on the Samsung | RE█ | ██ | 43.75 |
| Defensive site per Apple (239760) | | | |
| 01/03/12..Custom work to complete deduping on the Samsung | RE█ | ██ | 43.75 |
| Defensive site per Apple (239914) | | | |
| 01/02/12..Custom work to complete deduping on the Samsung | RE█ | ██ | 43.75 |
| Defensive site per Apple (239730) | | | |
| 01/02/12..Custom work to complete deduping on the Samsung | RE█ | ██ | 43.75 |
| Defensive site per Apple (239749) | | | |
| 01/25/12..Reviewer training on Samsung Defensive site per | RE█ | ██ | 175.00 |
| TCarlevale (247595) | | | |
| 01/06/12..Reviewer training on Samsung Defensive site per | RE█ | ██ | 175.00 |
| TCarlevale (240614) | | | |
| 01/09/12..Reviewer training on Samsung Defensive site per | RE█ | ██ | 262.50 |
| TCarlevale (241241) | | | |
| 01/09/12..Review training on Samsung Defensive site per | RE█ | ██ | 87.50 |
| TCarlevale( 240743) | | | |
| 01/5/12..BRichardson..Shipping; <797918395030 >; (240655) | RE█ | ██ | 30.48 |

**Wire Instructions:**



REDACTED

| | |
|---|---|
| Subtotal | 147,097.35 |
| Sales Tax | |
| Invoice Total | 147,097.35 |
| Payments/Credits Applied | |
| **TOTAL** | 147,097.35 |

REDACTED