1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RE: POST-TRIAL SEALING MOTIONS |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties have filed various administrative motions to seal portions of their post-trial briefs. The Court has reviewed those motions and the declarations filed in support thereof and issues the following rulings:

- Samsung's administrative motion to file portions of its motion for judgment as a matter of law (Dkt. 2881) is DENIED as moot in light of Dkt. No. 2884.

- Samsung's administrative motion to file portions of its corrected motion for judgment as a matter of law (Dkt. 2884) is GRANTED-IN-PART and DENIED-IN-PART. Samsung does not maintain any claim of confidentiality over the portions of its motion sought to be sealed, *see* Dkt. 2884-1 ¶ 4, and Apple does not maintain any claim of confidentiality as to pages 20:12-14, 20:20-22, 20:25-26, and 22:8-11, *see* Dkt. 2895 ¶ 6. Accordingly, Samsung's motion is DENIED as to those portions. The remaining portions sought to be sealed discuss Apple's proprietary calculations as to average selling prices and product capacity information that, if publicly disclosed, could competitively harm Apple. *See* Dkt. 2895

1
Case No.: 11-CV-01846-LHK
ORDER GRANTING-IN-PART AND DENYING-IN-PART POST-TRIAL SEALING MOTIONS

¶¶ 4-5. Accordingly, Samsung's motion is GRANTED as to those portions.

- Apple's administrative motion to file portions of its opposition to Samsung's motion for judgment as a matter of law (Dkt. 2908) is GRANTED-IN-PART and DENIED-IN-PART. Apple seeks to maintain the confidentiality of its expert's market share allocation of the number of infringing sales of *Samsung* smartphones and tablets. Apple has not explained how it can logically maintain a claim of confidentiality over Samsung's sales data. Samsung does not claim that this information is confidential. Accordingly, Apple's request as to pages 14:4-5 and 21:4-5 is DENIED. The remaining information sought to be sealed relates to Apple's iPad2 capacity. Apple has adequately explained that the release of this information could put it at a competitive disadvantage. *See* Dkt. 2908-1 ¶ 3. Accordingly, Apple's request as to page 24:9, 24:16-18, and 24:20 is GRANTED.

- Samsung's administrative motion to file portions of its reply in support of its motion for judgment as a matter of law (Dkt. 2921) is GRANTED-IN-PART and DENIED-IN-PART. Samsung does not maintain any claim of confidentiality over the portions of its reply sought to be redacted, *see* Dkt. 2921-1 ¶ 4, and Apple does not maintain a claim of confidentiality as to pages 15:20-21 or 16:2-5, *see* Dkt. 2927 ¶ 5. Accordingly, Samsung's motion is DENIED as to those portions. The remaining portions sought to be sealed discuss Apple's proprietary calculations as to average selling prices and product capacity information that, if publicly disclosed, could competitively harm Apple. *See* Dkt. 2927 ¶¶ 3-4. Accordingly, Samsung's motion is GRANTED as to those portions.

- Apple's administrative motion to file portions of its reply in support of its motion for judgment as a matter of law (Dkt. 2919) is DENIED. Neither party maintains a claim of confidentiality as to any material contained in Apple's reply. *See* Dkt. 2919-1; 2926.

**IT IS SO ORDERED.**

Dated: February 7, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge