UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT BECHER IN SUPPORT OF STIPULATION SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)** |

02198.51855/5758185.1

Case No. 11-cv-01846-LHK
DECLARATION OF ROBERT BECHER IN SUPPORT OF STIPULATION SETTING DEADLINE TO OBJECT
TO MAGISTRATE JUDGE GREWAL'S JANUARY 29, 2014 ORDER (DKT. 2934)

I, Robert Becher, declare as follows:

1. I am a member of the State Bar of California and a partner with Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On January 29, 2014, the Court issued an Order Granting Motion for Sanctions (Dkt. 2934).

3. On February 6, 2014, the Court issued an Order Re: Briefing on Amount of Sanctions (Dkt. 2941), and ordered the Parties to submit letter briefs by no later than February 17, 2014 at 5:00 p.m. In that Order, the Court stated that, "At the risk of even suggesting that there should be a dispute, the undersigned is mindful of the possibility and the benefit to the presiding judge of a complete resolution of this matter before any further review may be requested."

4. Objections to the Order Granting Motion for Sanctions pursuant to Federal Rule of Civil Procedure 72(a) and Northern District of California Local Rule 72-3 are currently due on Wednesday, February 12, 2014.

5. Having met and conferred on this issue, the Parties wish to extend the deadline for filing any objections to the Order Granting Motion for Sanctions pursuant to Federal Rule of Civil Procedure 72(a) and Northern District of California Local Rule 72-3 to 14 days after the Court's issuance of an order regarding the amount of sanctions.

6. The Court has granted several motions filed by both parties to shorten time and to extend time on various matters. For example, Apple filed a motion to compel on December 8, 2011 and Samsung filed a motion to compel on December 12, 2011. In both cases, the moving party sought and was granted the requested Order shortening time. Similarly, on November 29, 2012, the Court granted the parties' stipulated extension of time to comply with a previous Order compelling depositions.

02198.51855/5758185.1

-1-   Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)

7. The requested time modification will not affect the overall schedule for the case. The parties agree that extending the deadline for seeking review of the January 29, 2014 Order would promote judicial efficiency and the orderly resolution of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 11, 2014, at Los Angeles, California.

/s/ Robert Becher
Robert Becher

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Robert Becher.

                               */s/ Victoria Maroulis*

02198.51855/5758185.1

-3-      Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that a true and correct copy of the above and foregoing

3  document has been served on February 11, 2014 to all counsel of record who are deemed to have

4  consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6  Dated:   February 11, 2014              By:   */s/ Victoria F. Maroulis*
                                                  Victoria F. Maroulis
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/5758185.1

-4-                           Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE
GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)