UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)** |

02198.51855/5752844.2

Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE
GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)

Pursuant to Local Rule 6-2, Apple Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC and Nokia Corporation (collectively the "Parties") file this Stipulation Setting Deadline to Object to Magistrate Judge Grewal's January 29, 2014 Order Granting Motion for Sanctions (Dkt. 2934);

WHEREAS, the Court issued its Order Granting Motion for Sanctions on January 29, 2014 (Dkt. 2934);

WHEREAS, the Court subsequently issued an Order Re: Briefing on Amount of Sanctions on February 6, 2014 (Dkt. 2941) and ordered the Parties to submit letter briefs by no later than February 17, 2014 at 5:00 p.m.;

WHEREAS; the Court stated in its Order Re: Briefing on Amount of Sanctions that, "At the risk of even suggesting that there should be a dispute, the undersigned is mindful of the possibility and the benefit to the presiding judge of a complete resolution of this matter before any further review may be requested";

WHEREAS, objections to the Order Granting Motion for Sanctions pursuant to Federal Rule of Civil Procedure 72(a) and Northern District of California Local Rule 72-3 are currently due on Wednesday, February 12, 2014;

WHEREAS, the Parties wish to extend the deadline for filing any objections to and requests for further review of the Order Granting Motion for Sanctions pursuant to Federal Rule of Civil Procedure 72(a) and Northern District of California Local Rule 72-3;

NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as follows, subject to the Court's approval under Northern District of California Local Rule 6-2:

1.  The parties may file any objections to the Court's Order Granting Motion for Sanctions (Dkt. 2934) up to 14 days after the Court's issuance of an order regarding the amount of sanctions.   The parties may include their objections to the Court's Order Granting Motion for Sanctions in a five page brief that is separate from any objections filed regarding the amount of sanctions.

IT IS SO STIPULATED.

02198.51855/5752844.2

-1-      Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)

| | | |
|---|---|---|
| 1 | DATED: February 11, 2014 | ALSTON & BIRD, LLP |

By  */s/ Ryan W. Koppelman*
　　Ryan W. Koppelman
　　Attorneys for NOKIA CORPORATION

DATED: February 11, 2014　　　WILMER CUTLER PICKERING HALE & DORR

By  */s/ Joseph J. Mueller*
　　Joseph J. Mueller
　　Attorneys for APPLE INC.

DATED: February 11, 2014　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
　　Victoria F. Maroulis
　　Attorneys for
　　SAMSUNG ELECTRONICS CO., LTD.,
　　SAMSUNG ELECTRONICS AMERICA, INC.,
　　and SAMSUNG TELECOMMUNICATIONS
　　AMERICA, LLC

02198.51855/5752844.2

-2-　　　　　　　　　　Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE
GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: 2/11/2014    *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

02198.51855/5752844.2

-3-    Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE
GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 11, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated: February 11, 2014     By: */s/ Victoria F. Maroulis*
                                  Victoria F. Maroulis

02198.51855/5752844.2

-4-     Case No. 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO OBJECT TO MAGISTRATE JUDGE GREWAL'S JANUARY 29, 2014 ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2934)