# EXHIBIT 2

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Phone Design Liability** | | | | | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at | | | | | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; | | | | | | | |
| 4 | Shaded claims or products were dropped or withdrawn prior to trial | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | Acclaim | Captivate | Continuum | Droid Charge | Epic 4G |
| 7 | | **First Claim: §43(a) False Designation and Unfair Competition** | | | | | | |
| 8 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x | x | x | x |
| 9 | | iPhone 3G Trade Dress | | | x | x | x | x |
| 10 | | iPhone 4 Trade Dress | | | x | x | x | x |
| 11 | | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | | |
| 12 | | '983 | | | x | x | x | x |
| 13 | | '218 | | | x | x | x | x |
| 14 | | '327 | | | x | x | x | x |
| 15 | | **Third Claim: Trademark Infringement (Federal)** | | | | | | |
| 16 | Trade Dress and Trademark | '196 | | ☒ | x | x | x | x |
| 17 | | '642 | | x | ☒ | x | x | ☒ |
| 18 | | '200 | | ☒ | x | x | x | x |
| 19 | | '685 | | ☒ | x | x | x | x |
| 20 | | '169 | | ☒ | x | x | ☒ | x |
| 21 | | '197 | | ☒ | x | x | x | x |
| 22 | | "Purple iTunes Store" TM | | ☒ | x | x | x | x |
| 23 | | "iTunes Eighth Note and CD Design" TM | | ☒ | x | x | x | x |
| 24 | | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | | |
| 25 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x | x | x | x |
| 26 | | iPhone 3G Trade Dress | | | S | S | S | S |
| 27 | | iPhone 4 Trade Dress | | | ☒ | ☒ | ☒ | ☒ |
| 28 | | **Fifth Claim: Common Law Trademark Infringement** | | | | | | |
| 29 | | '196 | | ☒ | x | x | x | x |
| 30 | | '642 | | x | ☒ | x | x | ☒ |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Phone Design Liability** | | | | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at | | | | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; | | | | | | |
| 4 | Shaded claims or products were dropped or withdrawn prior to trial | | | | | | |
| 5 | | | | | | | |
| 6 | | | | Exhibit 4G | Fascinate | Galaxy Ace | Galaxy Prevail |
| 7 | | **First Claim: §43(a) False Designation and Unfair Competition** | | | | | |
| 8 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x | w | x |
| 9 | | iPhone 3G Trade Dress | | | x | w | x |
| 10 | | iPhone 4 Trade Dress | | | x | x | x |
| 11 | | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | |
| 12 | | '983 | | | x | w | x |
| 13 | | '218 | | | x | w | x |
| 14 | | '327 | | | x | w | x |
| 15 | | **Third Claim: Trademark Infringement (Federal)** | | | | | |
| 16 | Trade Dress and Trademark | '196 | | x | x | x | w |
| 17 | | '642 | | w | x | w | x |
| 18 | | '200 | | x | x | x | w |
| 19 | | '685 | | x | x | x | w |
| 20 | | '169 | | x | x | x | w |
| 21 | | '197 | | x | x | x | w |
| 22 | | "Purple iTunes Store" TM | | x | x | x | w |
| 23 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | w |
| 24 | | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| 25 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x | w | x |
| 26 | | iPhone 3G Trade Dress | | | A | w | S |
| 27 | | iPhone 4 Trade Dress | | | w | x | w |
| 28 | | **Fifth Claim: Common Law Trademark Infringement** | | | | | |
| 29 | | '196 | | x | x | x | w |
| 30 | | '642 | | w | x | w | x |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

# Disputed Issues of Phone Design Liability

"x" = disputed issue asserted through complaint or interrogatories but not litigated at

"A" = Apple prevailed on disputed issue at trial;

Shaded claims or products were dropped or withdrawn prior to trial

| | | | Galaxy S (i9000) | Galaxy S 4G | Galaxy S Showcase i500 |
|---|---|---|---|---|---|
| | **First Claim: §43(a) False Designation and Unfair Competition** | | | | |
| | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | x | x |
| | iPhone 3G Trade Dress | | x | x | x |
| | iPhone 4 Trade Dress | | x | x | x |
| | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | |
| | '983 | | x | x | x |
| | '218 | | x | x | x |
| | '327 | | x | x | x |
| | **Third Claim: Trademark Infringement (Federal)** | | | | |
| | '196 | | x | x | w̶ |
| | '642 | | w̶ | w̶ | w̶ |
| | '200 | | x | x | w̶ |
| | '685 | | x | x | w̶ |
| | '169 | | x | x | w̶ |
| | '197 | | x | x | w̶ |
| | "Purple iTunes Store" TM | | x | x | w̶ |
| | "iTunes Eighth Note and CD Design" TM | | x | x | w̶ |
| | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | x | x |
| | iPhone 3G Trade Dress | | A | A | A |
| | iPhone 4 Trade Dress | | w̶ | w̶ | w̶ |
| | **Fifth Claim: Common Law Trademark Infringement** | | | | |
| | '196 | | x | x | w̶ |
| | '642 | | w̶ | w̶ | w̶ |

Trade Dress and Trademark

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | P | Q | R | S |
|---|---|---|---|---|---|---|---|
| | | | | | Galaxy S II (AT&T) | Galaxy S II (i9100) | Galaxy S II (T-Mobile) |
| 6 | | | | Showcase Galaxy S | | | |
| 1 | **Disputed Issues of Phone Design Liability** | | | | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at | | | | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; | | | | | | |
| 4 | Shaded claims or products were dropped or withdrawn prior to trial | | | | | | |
| 5 | | | | | | | |
| 7 | | **First Claim: §43(a) False Designation and Unfair Competition** | | | | | |
| 8 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x̶ | x | x | x |
| 9 | | iPhone 3G Trade Dress | | x̶ | x | x | x |
| 10 | | iPhone 4 Trade Dress | | x̶ | x | x | x |
| 11 | | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | |
| 12 | | '983 | | x̶ | x | x | x |
| 13 | | '218 | | x̶ | x | x | x |
| 14 | | '327 | | x̶ | x | x | x |
| 15 | | **Third Claim: Trademark Infringement (Federal)** | | | | | |
| 16 | Trade Dress and Trademark | '196 | | x | x | x | x |
| 17 | | '642 | | x | x̶ | x̶ | x̶ |
| 18 | | '200 | | x | x̶ | x̶ | x̶ |
| 19 | | '685 | | x | x | x | x |
| 20 | | '169 | | x | x | x | x̶ |
| 21 | | '197 | | x | x | x | x |
| 22 | | "Purple iTunes Store" TM | | x | x | x | x |
| 23 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | x |
| 24 | | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| 25 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x̶ | x | x | x |
| 26 | | iPhone 3G Trade Dress | | x̶ | S | S | S |
| 27 | | iPhone 4 Trade Dress | | x̶ | x̶ | x̶ | x̶ |
| 28 | | **Fifth Claim: Common Law Trademark Infringement** | | | | | |
| 29 | | '196 | | x | x | x | x |
| 30 | | '642 | | x | x̶ | x̶ | x̶ |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | T | U | V | W |
|---|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Phone Design Liability** | | | | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at | | | | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; | | | | | | |
| 4 | Shaded claims or products were dropped or withdrawn prior to trial | | | | | | |
| 5 | | | | | | | |
| 6 | | | | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) | Gem | Gravity |
| 7 | | **First Claim: §43(a) False Designation and Unfair Competition** | | | | | |
| 8 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | x | | |
| 9 | | iPhone 3G Trade Dress | | x | x | | |
| 10 | | iPhone 4 Trade Dress | | x | x | | |
| 11 | | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | |
| 12 | | '983 | | x | x | | |
| 13 | | '218 | | x | x | | |
| 14 | | '327 | | x | x | | |
| 15 | | **Third Claim: Trademark Infringement (Federal)** | | | | | |
| 16 | | '196 | | x | x | x | |
| 17 | Trade Dress | '642 | | ~~w~~ | ~~w~~ | x | |
| 18 | and Trademark | '200 | | ~~w~~ | ~~w~~ | x | |
| 19 | | '685 | | x | x | x | |
| 20 | | '169 | | ~~w~~ | x | ~~w~~ | |
| 21 | | '197 | | x | x | x | |
| 22 | | "Purple iTunes Store" TM | | x | x | x | |
| 23 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | |
| 24 | | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| 25 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | x | | |
| 26 | | iPhone 3G Trade Dress | | S | S | | |
| 27 | | iPhone 4 Trade Dress | | ~~w~~ | ~~w~~ | | |
| 28 | | **Fifth Claim: Common Law Trademark Infringement** | | | | | |
| 29 | | '196 | | x | x | x | |
| 30 | | '642 | | ~~w~~ | ~~w~~ | x | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

|   | A | B | C | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Phone Design Liability** | | | | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at | | | | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; | | | | | | |
| 4 | Shaded claims or products were dropped or withdrawn prior to trial | | | | | | |
| 5 | | | | | | | |
| 6 | | | | Gravity Smart | Indulge | Infuse 4G | Intercept |
| 7 | | **First Claim: §43(a) False Designation and Unfair Competition** | | | | | |
| 8 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | | x | |
| 9 | | iPhone 3G Trade Dress | | | | x | |
| 10 | | iPhone 4 Trade Dress | | | | x | |
| 11 | | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | |
| 12 | | '983 | | | | x | |
| 13 | | '218 | | | | x | |
| 14 | | '327 | | | | x | |
| 15 | | **Third Claim: Trademark Infringement (Federal)** | | | | | |
| 16 | Trade Dress and Trademark | '196 | | x | x | x | ⨂ |
| 17 | | '642 | | ⨂ | ⨂ | ⨂ | x |
| 18 | | '200 | | x | x | x | x |
| 19 | | '685 | | x | x | x | ⨂ |
| 20 | | '169 | | x | x | x | ⨂ |
| 21 | | '197 | | x | x | x | ⨂ |
| 22 | | "Purple iTunes Store" TM | | x | x | x | ⨂ |
| 23 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | ⨂ |
| 24 | | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| 25 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | | x | |
| 26 | | iPhone 3G Trade Dress | | | | S | |
| 27 | | iPhone 4 Trade Dress | | | | ⨂ | |
| 28 | | **Fifth Claim: Common Law Trademark Infringement** | | | | | |
| 29 | | '196 | | x | x | x | ⨂ |
| 30 | | '642 | | ⨂ | ⨂ | ⨂ | x |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

# Disputed Issues of Phone Design Liability

"x" = disputed issue asserted through complaint or interrogatories but not litigated at

"A" = Apple prevailed on disputed issue at trial;

Shaded claims or products were dropped or withdrawn prior to trial

| | | | Mesmerize | Nexus S | Nexus S 4G | Replenish | Sidekick |
|---|---|---|---|---|---|---|---|
| | **First Claim: §43(a) False Designation and Unfair Competition** | | | | | | |
| | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | | | | |
| | iPhone 3G Trade Dress | | x | | | | |
| | iPhone 4 Trade Dress | | x | | | | |
| | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | | | | |
| | '983 | | x | | | | |
| | '218 | | x | | | | |
| | '327 | | x | | | | |
| | **Third Claim: Trademark Infringement (Federal)** | | | | | | |
| | '196 | | x | | | | |
| Trade Dress and Trademark | '642 | | x | x | x | x | |
| | '200 | | x | | | | x |
| | '685 | | x | | | | |
| | '169 | | x | | | | x |
| | '197 | | x | | | | |
| | "Purple iTunes Store" TM | | x | | | | |
| | "iTunes Eighth Note and CD Design" TM | | x | | | | |
| | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | | |
| | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | x | | | | |
| | iPhone 3G Trade Dress | | A | | | | |
| | iPhone 4 Trade Dress | | ~~x~~ | | | | |
| | **Fifth Claim: Common Law Trademark Infringement** | | | | | | |
| | '196 | | x | | | | |
| | '642 | | x | x | x | x | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

|  | A | B | C | AG | AH |
|---|---|---|---|---|---|
| 1 | **Disputed Issues of Phone Design Liability** | | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at | | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; | | | | |
| 4 | Shaded claims or products were dropped or withdrawn prior to trial | | | | |
| 5 | | | | | |
| 6 | | | | Transform | Vibrant |
| 7 | Trade Dress and Trademark | **First Claim: §43(a) False Designation and Unfair Competition** | | | |
| 8 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x |
| 9 | | iPhone 3G Trade Dress | | | x |
| 10 | | iPhone 4 Trade Dress | | | x |
| 11 | | **Second Claim: Trade Dress Infringement of "Apple Registered Trade Dress" (Federal)** | | | |
| 12 | | '983 | | | x |
| 13 | | '218 | | | x |
| 14 | | '327 | | | x |
| 15 | | **Third Claim: Trademark Infringement (Federal)** | | | |
| 16 | | '196 | | | x |
| 17 | | '642 | | x | ₩ |
| 18 | | '200 | | | x |
| 19 | | '685 | | | x |
| 20 | | '169 | | | x |
| 21 | | '197 | | | x |
| 22 | | "Purple iTunes Store" TM | | | x |
| 23 | | "iTunes Eighth Note and CD Design" TM | | | x |
| 24 | | **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| 25 | | Original iPhone Trade Dress [called simply "iPhone trade dress" in Amended Complaint] | | | x |
| 26 | | iPhone 3G Trade Dress | | | A |
| 27 | | iPhone 4 Trade Dress | | | ₩ |
| 28 | | **Fifth Claim: Common Law Trademark Infringement** | | | |
| 29 | | '196 | | | x |
| 30 | | '642 | | x | ₩ |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | Acclaim | Captivate | Continuum | Droid Charge | Epic 4G |
| 31 | | '200 | | w | x | x | x | x |
| 32 | | '685 | | w | x | x | x | x |
| 33 | | '169 | | w | x | x | w | x |
| 34 | | '197 | | w | x | x | x | x |
| 35 | | "Purple iTunes Store" TM | | w | x | x | x | x |
| 36 | | "iTunes Eighth Note and CD Design" TM | | w | x | x | x | x |
| 37 | | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | | |
| 38 | | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | | x | x | x | x |
| 39 | | iPhone 3G Trade Dress | | | x | x | x | x |
| 40 | | iPhone 4 Trade Dress | | | w | w | w | w |
| 41 | | '983 | | | x | x | x | x |
| 42 | | '218 | | | x | x | x | x |
| 43 | | '327 | | | x | x | x | x |
| 44 | | '196 | | w | x | x | x | x |
| 45 | Trade Dress and Trademark | '642 | | x | w | x | x | w |
| 46 | | '200 | | w | x | x | x | x |
| 47 | | '685 | | w | x | x | x | x |
| 48 | | '169 | | w | x | x | w | x |
| 49 | | '197 | | w | x | x | x | x |
| 50 | | Purple iTunes Store TM | | w | x | x | x | x |
| 51 | | "iTunes Eighth Note and CD Design" TM | | w | x | x | x | x |
| 52 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | | |
| 53 | | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | | x | x | x | x |
| 54 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | S | S | S | S |
| 55 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | S | S | S | S |
| 56 | | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | | x | x | x | x |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 6 | | | | Exhibit 4G | Fascinate | Galaxy Ace | Galaxy Prevail |
| 31 | | '200 | | x | x | x | w |
| 32 | | '685 | | x | x | x | w |
| 33 | | '169 | | x | x | x | w |
| 34 | | '197 | | x | x | x | w |
| 35 | | "Purple iTunes Store" TM | | x | x | x | w |
| 36 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | w |
| 37 | | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | |
| 38 | | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | | x | w | x |
| 39 | | iPhone 3G Trade Dress | | | x | w | x |
| 40 | | iPhone 4 Trade Dress | | | w | x | w |
| 41 | | '983 | | | x | w | x |
| 42 | | '218 | | | x | w | x |
| 43 | | '327 | | | x | w | x |
| 44 | **Trade Dress and Trademark** | '196 | | x | x | x | w |
| 45 | | '642 | | w | x | w | x |
| 46 | | '200 | | x | x | x | w |
| 47 | | '685 | | x | x | x | w |
| 48 | | '169 | | x | x | x | w |
| 49 | | '197 | | x | x | x | w |
| 50 | | Purple iTunes Store TM | | x | x | x | w |
| 51 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | w |
| 52 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| 53 | | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | | x | w | x |
| 54 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | S | S | S |
| 55 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | A | | S |
| 56 | | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | | x | | x |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

|  | A | B | C | M | N | O |
|---|---|---|---|---|---|---|
| 6 |  |  |  | Galaxy S (i9000) | Galaxy S 4G | Galaxy S Showcase i500 |
| 31 |  | '200 |  | x | x | w |
| 32 |  | '685 |  | x | x | w |
| 33 |  | '169 |  | x | x | w |
| 34 |  | '197 |  | x | x | w |
| 35 |  | "Purple iTunes Store" TM |  | x | x | w |
| 36 |  | "iTunes Eighth Note and CD Design" TM |  | x | x | w |
| 37 |  | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** |  |  |  |  |
| 38 |  | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] |  | x | x | x |
| 39 |  | iPhone 3G Trade Dress |  | x | x | x |
| 40 |  | iPhone 4 Trade Dress |  | w | w | w |
| 41 |  | '983 |  | x | x | x |
| 42 |  | '218 |  | x | x | x |
| 43 |  | '327 |  | x | x | x |
| 44 |  | '196 |  | x | x | w |
| 45 | **Trade Dress and Trademark** | '642 |  | w | w | w |
| 46 |  | '200 |  | x | x | w |
| 47 |  | '685 |  | x | x | w |
| 48 |  | '169 |  | x | x | w |
| 49 |  | '197 |  | x | x | w |
| 50 |  | Purple iTunes Store TM |  | x | x | w |
| 51 |  | "iTunes Eighth Note and CD Design" TM |  | x | x | w |
| 52 |  | **Additional Apple IP Rights "Asserted" Through Interrogatory** |  |  |  |  |
| 53 |  | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] |  | x | x | x |
| 54 |  | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] |  | S | S | S |
| 55 |  | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] |  | A | A | A |
| 56 |  | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] |  | x | x | x |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | P | Q | R | S |
|---|---|---|---|---|---|---|---|
| | | | | | Galaxy S II (AT&T) | Galaxy S II (i9100) | Galaxy S II (T-Mobile) |
| 6 | | | | Showcase Galaxy S | | | |
| 31 | | '200 | | x | w | w | w |
| 32 | | '685 | | x | x | x | x |
| 33 | | '169 | | x | x | x | w |
| 34 | | '197 | | x | x | x | x |
| 35 | | "Purple iTunes Store" TM | | x | x | x | x |
| 36 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | x |
| 37 | | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | |
| 38 | | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | w | x | x | x |
| 39 | | iPhone 3G Trade Dress | | w | x | x | x |
| 40 | | iPhone 4 Trade Dress | | w | w | w | w |
| 41 | | '983 | | w | x | x | x |
| 42 | | '218 | | w | x | x | x |
| 43 | | '327 | | w | x | x | x |
| 44 | **Trade Dress and Trademark** | '196 | | x | x | x | x |
| 45 | | '642 | | x | w | w | w |
| 46 | | '200 | | x | w | w | w |
| 47 | | '685 | | x | x | x | x |
| 48 | | '169 | | x | x | x | w |
| 49 | | '197 | | x | x | x | x |
| 50 | | Purple iTunes Store TM | | x | x | x | x |
| 51 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | x |
| 52 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| 53 | | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | w | x | x | x |
| 54 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | w | S | S | S |
| 55 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | S | S | S |
| 56 | | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | | x | x | x |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | T | U | V | W |
|---|---|---|---|---|---|---|---|
| 6 | | | | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) | Gem | Gravity |
| 31 | | '200 | | w | w | x | |
| 32 | | '685 | | x | x | x | |
| 33 | | '169 | | w | x | w | |
| 34 | | '197 | | x | x | x | |
| 35 | | "Purple iTunes Store" TM | | x | x | x | |
| 36 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | |
| 37 | | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | |
| 38 | | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | x | x | | |
| 39 | | iPhone 3G Trade Dress | | x | x | | |
| 40 | | iPhone 4 Trade Dress | | w | w | | |
| 41 | | '983 | | x | x | | |
| 42 | | '218 | | x | x | | |
| 43 | | '327 | | x | x | | |
| 44 | Trade Dress and Trademark | '196 | | x | x | x | |
| 45 | | '642 | | w | w | x | |
| 46 | | '200 | | w | w | x | |
| 47 | | '685 | | x | x | x | |
| 48 | | '169 | | w | x | w | |
| 49 | | '197 | | x | x | x | |
| 50 | | Purple iTunes Store TM | | x | x | x | |
| 51 | | "iTunes Eighth Note and CD Design" TM | | x | x | x | |
| 52 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| 53 | | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | x | x | | |
| 54 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | s | s | | |
| 55 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | s | s | | |
| 56 | | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | x | x | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

|  | A | B | C | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 6 |  |  |  | Gravity Smart | Indulge | Infuse 4G | Intercept |
| 31 |  | '200 |  | x | x | x | x |
| 32 |  | '685 |  | x | x | x | w |
| 33 |  | '169 |  | x | x | x | w |
| 34 |  | '197 |  | x | x | x | w |
| 35 |  | "Purple iTunes Store" TM |  | x | x | x | w |
| 36 |  | "iTunes Eighth Note and CD Design" TM |  | x | x | x | w |
| 37 |  | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** |  |  |  |  |  |
| 38 | **Trade Dress and Trademark** | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] |  |  |  | x |  |
| 39 |  | iPhone 3G Trade Dress |  |  |  | x |  |
| 40 |  | iPhone 4 Trade Dress |  |  |  | w |  |
| 41 |  | '983 |  |  |  | x |  |
| 42 |  | '218 |  |  |  | x |  |
| 43 |  | '327 |  |  |  | x |  |
| 44 |  | '196 |  | x | x | x | w |
| 45 |  | '642 |  | w | w | w | x |
| 46 |  | '200 |  | x | x | x | x |
| 47 |  | '685 |  | x | x | x | w |
| 48 |  | '169 |  | x | x | x | w |
| 49 |  | '197 |  | x | x | x | w |
| 50 |  | Purple iTunes Store TM |  | x | x | x | w |
| 51 |  | "iTunes Eighth Note and CD Design" TM |  | x | x | x | w |
| 52 |  | **Additional Apple IP Rights "Asserted" Through Interrogatory** |  |  |  |  |  |
| 53 |  | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] |  |  |  | x |  |
| 54 |  | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] |  |  |  | S |  |
| 55 |  | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] |  |  |  | S |  |
| 56 |  | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] |  |  |  | x |  |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

|   | A | B | C | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | Mesmerize | Nexus S | Nexus S 4G | Replenish | Sidekick |
| 31 | | '200 | | x | | | | x |
| 32 | | '685 | | x | | | | |
| 33 | | '169 | | x | | | | x |
| 34 | | '197 | | x | | | | |
| 35 | | "Purple iTunes Store" TM | | x | | | | |
| 36 | | "iTunes Eighth Note and CD Design" TM | | x | | | | |
| 37 | | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | | | | |
| 38 | | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | x | | | | |
| 39 | | iPhone 3G Trade Dress | | x | | | | |
| 40 | | iPhone 4 Trade Dress | | ~~x~~ | | | | |
| 41 | | '983 | | x | | | | |
| 42 | | '218 | | x | | | | |
| 43 | | '327 | | x | | | | |
| 44 | | '196 | | x | | | | |
| 45 | | '642 | | x | x | x | x | |
| 46 | | '200 | | x | | | | x |
| 47 | | '685 | | x | | | | |
| 48 | | '169 | | x | | | | x |
| 49 | | '197 | | x | | | | |
| 50 | | Purple iTunes Store TM | | x | | | | |
| 51 | | "iTunes Eighth Note and CD Design" TM | | x | | | | |
| 52 | **Trade Dress and Trademark** | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | | |
| 53 | | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | x | | | | |
| 54 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | | | | |
| 55 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | A | | | | |
| 56 | | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | x | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | AG | AH |
|---|---|---|---|---|---|
| 6 | | | | **Transform** | **Vibrant** |
| 31 | | '200 | | | x |
| 32 | | '685 | | | x |
| 33 | | '169 | | | x |
| 34 | | '197 | | | x |
| 35 | | "Purple iTunes Store" TM | | | x |
| 36 | | "iTunes Eighth Note and CD Design" TM | | | x |
| 37 | | **Sixth Claim: §17200 (Cal.) Unfair Business Practices** | | | |
| 38 | | Original iPhone Trade Dress [identified in Amended Complaint as "iPhone trade dress"] | | | x |
| 39 | | iPhone 3G Trade Dress | | | x |
| 40 | | iPhone 4 Trade Dress | | | ~~x~~ |
| 41 | | '983 | | | x |
| 42 | | '218 | | | x |
| 43 | | '327 | | | x |
| 44 | | '196 | | | x |
| 45 | Trade Dress and Trademark | '642 | | x | ~~x~~ |
| 46 | | '200 | | | x |
| 47 | | '685 | | | x |
| 48 | | '169 | | | x |
| 49 | | '197 | | | x |
| 50 | | Purple iTunes Store TM | | | x |
| 51 | | "iTunes Eighth Note and CD Design" TM | | | x |
| 52 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| 53 | | Infringement of iPhone Trade Dress [combination IP right asserted in Rog 5]  [asserted in Rog 71] | | | x |
| 54 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | S |
| 55 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | A |
| 56 | | Dilution of U.S. Trademark Reg. No. 3,457,218 Trade Dress ('218) [asserted in Rog 70] | | | x |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | Acclaim | Captivate | Continuum | Droid Charge | Epic 4G |
| 57 | Trade Dress and Trademark | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327)  [asserted in Rog 70] | | | x | x | x | x |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | | x | x | x | x |
| 59 | | | | | | | | |
| 60 | | Seventh Claim: Unjust Enrichment | | x | x | x | x | x |
| 61 | | | | | | | | |
| 62 | Design Patents | Sixteenth Claim: D'790 Patent Infringement | | | x | x | x | x |
| 63 | | Seventeenth Claim: D'334 Patent Infringement | | | x | x | x | x |
| 64 | | Eighteenth Claim: D'305 Patent Infringement | | | A | A | A | A |
| 65 | | Nineteenth Claim: D'677 Patent Infringement | | | | | | |
| 66 | | Twenty-First Claim: D'087 Patent Infringement | | | | | | |
| 67 | | | | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | I | J | K | L |
|---|---|---|---|---|---|---|---|
| 6 | | | | Exhibit 4G | Fascinate | Galaxy Ace | Galaxy Prevail |
| 57 | Trade Dress and Trademark | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327)  [asserted in Rog 70] | | | x | | x |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | | x | x | x |
| 59 | | | | | | | |
| 60 | | **Seventh Claim: Unjust Enrichment** | | x | x | x | x |
| 61 | | | | | | | |
| 62 | Design Patents | **Sixteenth Claim: D'790 Patent Infringement** | | ₩ | x | ₩ | |
| 63 | | **Seventeenth Claim: D'334 Patent Infringement** | | ₩ | x | ₩ | |
| 64 | | **Eighteenth Claim: D'305 Patent Infringement** | | ₩ | A | ₩ | |
| 65 | | **Nineteenth Claim: D'677 Patent Infringement** | | | A | S | ₩ |
| 66 | | **Twenty-First Claim: D'087 Patent Infringement** | | | ₩ | ₩ | ₩ |
| 67 | | | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | M | N | O |
|---|---|---|---|---|---|---|
| 6 | | | | Galaxy S (i9000) | Galaxy S 4G | Galaxy S Showcase i500 |
| 57 | **Trade Dress and Trademark** | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327)  [asserted in Rog 70] | | x | x | x |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | x | x | x |
| 59 | | | | | | |
| 60 | | **Seventh Claim: Unjust Enrichment** | | x | x | x |
| 61 | | | | | | |
| 62 | Design Patents | **Sixteenth Claim: D'790 Patent Infringement** | | x | x | x |
| 63 | | **Seventeenth Claim: D'334 Patent Infringement** | | x | x | x |
| 64 | | **Eighteenth Claim: D'305 Patent Infringement** | | A | A | A |
| 65 | | **Nineteenth Claim: D'677 Patent Infringement** | | A | A | A |
| 66 | | **Twenty-First Claim: D'087 Patent Infringement** | | A | A | ₩ |
| 67 | | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | P | Q | R | S |
|---|---|---|---|---|---|---|---|
| 6 | | | | **Showcase Galaxy S** | Galaxy S II (AT&T) | Galaxy S II (i9100) | Galaxy S II (T-Mobile) |
| 57 | **Trade Dress and Trademark** | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327)  [asserted in Rog 70] | | | x | x | x |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | w | x | x | x |
| 59 | | | | | | | |
| 60 | | **Seventh Claim: Unjust Enrichment** | | x | x | x | x |
| 61 | | | | | | | |
| 62 | Design Patents | **Sixteenth Claim: D'790 Patent Infringement** | | x | | | |
| 63 | | **Seventeenth Claim: D'334 Patent Infringement** | | x | | | |
| 64 | | **Eighteenth Claim: D'305 Patent Infringement** | | x | | | |
| 65 | | **Nineteenth Claim: D'677 Patent Infringement** | | x | A | A | A |
| 66 | | **Twenty-First Claim: D'087 Patent Infringement** | | w | S | S | w |
| 67 | | | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | T | U | V | W |
|---|---|---|---|---|---|---|---|
| 6 | | | | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) | Gem | Gravity |
| 57 | **Trade Dress and Trademark** | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327)  [asserted in Rog 70] | | x | x | | |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | x | x | | |
| 59 | | | | | | | |
| 60 | | **Seventh Claim: Unjust Enrichment** | | x | x | x | x |
| 61 | | | | | | | |
| 62 | **Design Patents** | **Sixteenth Claim: D'790 Patent Infringement** | | | | | |
| 63 | | **Seventeenth Claim: D'334 Patent Infringement** | | | | | |
| 64 | | **Eighteenth Claim: D'305 Patent Infringement** | | | | A | |
| 65 | | **Nineteenth Claim: D'677 Patent Infringement** | | A | A | | |
| 66 | | **Twenty-First Claim: D'087 Patent Infringement** | | S | S | | |
| 67 | | | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 6 | | | | **Gravity Smart** | **Indulge** | **Infuse 4G** | **Intercept** |
| 57 | **Trade Dress and Trademark** | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327) [asserted in Rog 70] | | | | x | |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4) [Asserted through Rog 5] | | | | x | |
| 59 | | | | | | | |
| 60 | | **Seventh Claim: Unjust Enrichment** | | x | x | x | x |
| 61 | | | | | | | |
| 62 | Design Patents | **Sixteenth Claim: D'790 Patent Infringement** | | w | x | x | |
| 63 | | **Seventeenth Claim: D'334 Patent Infringement** | | w | x | x | |
| 64 | | **Eighteenth Claim: D'305 Patent Infringement** | | w | A | A | |
| 65 | | **Nineteenth Claim: D'677 Patent Infringement** | | | | A | |
| 66 | | **Twenty-First Claim: D'087 Patent Infringement** | | | | S | |
| 67 | | | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | Mesmerize | Nexus S | Nexus S 4G | Replenish | Sidekick |
| 57 | **Trade Dress and Trademark** | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327)  [asserted in Rog 70] | | x | | | | |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | x | | | | |
| 59 | | | | | | | | |
| 60 | | **Seventh Claim: Unjust Enrichment** | | x | x | x | x | x |
| 61 | | | | | | | | |
| 62 | **Design Patents** | **Sixteenth Claim: D'790 Patent Infringement** | | x | | | | |
| 63 | | **Seventeenth Claim: D'334 Patent Infringement** | | x | | | | |
| 64 | | **Eighteenth Claim: D'305 Patent Infringement** | | A | | | | |
| 65 | | **Nineteenth Claim: D'677 Patent Infringement** | | A | | | | |
| 66 | | **Twenty-First Claim: D'087 Patent Infringement** | | w | | | | |
| 67 | | | | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | AG | AH |
|---|---|---|---|---|---|
| 6 | | | | Transform | Vibrant |
| 57 | Trade Dress and Trademark | Dilution of U.S. Trademark Reg. No. 3,475,327 Trade Dress ('327)  [asserted in Rog 70] | | | x |
| 58 | | Use of "the trade dress shown in U.S. Application Serial No. 85/299, 118" (iPhone 4)  [Asserted through Rog 5] | | | x |
| 59 | | | | | |
| 60 | | Seventh Claim: Unjust Enrichment | | x | x |
| 61 | | | | | |
| 62 | Design Patents | Sixteenth Claim: D'790 Patent Infringement | | | x |
| 63 | | Seventeenth Claim: D'334 Patent Infringement | | | x |
| 64 | | Eighteenth Claim: D'305 Patent Infringement | | | A |
| 65 | | Nineteenth Claim: D'677 Patent Infringement | | | A |
| 66 | | Twenty-First Claim: D'087 Patent Infringement | | | A |
| 67 | | | | | |

Schedule 2: Disputed Issues of Phone Design Liability in Apple's Case

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 6 | | | | Acclaim | Captivate | Continuum |
| 68 | Samsung Affirmative Defenses and Counterclaims | Third Affirmative Defense: Patent Invalidity | | A (D'677), A (D'087), A (D'305), x, x, x | | |
| 69 | | Fourteenth Counterclaim: Declaration of Invalidity of the '828, '002, '381, '915, '891, '607, '163, '129, 'D790, 'D334, 'D305, 'D087, 'D677, 'D270, and 'D889 Patents | | | | |
| 70 | | Fourth Affirmative Defense: No Valid Trademark or Trade Dress | | A (unregistered iPhone 3G trade dress), S (unregistered | | |
| 71 | | Eighteenth Claim for Relief: Declaration of Invalidity of the '983, '218, '327, '196, '642, '200, '685, '169, '197, and '038 Registrations and the '463, '838, '829, '869, and '118 Applications | | A ('983), x, x, x, x, x, x, x, x | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | TOTAL (unique disputed issues of liability relating to phone design asserted through pleadings or discovery responses ) | 2019 | | | |
| 75 | | Disputed Issues of Liability relating to Phone Design on which Apple Prevailed at Trial | 45 | | | |
| 76 | | Disputed Issues of Liability relating to Phone Design on which Samsung Prevailed at Trial | 47 | | | |