# EXHIBIT 3

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|  | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 1 | Agnetta, Bryan | 5/16/2012 | 11-CV-1846 | | | | |
| 2 | Ahn, Seung-Ho | 3/15/2012 | 11-CV-1846 | | | | |
| 3 | Alameri, Hayden | 4/3/2012 | 337-TA-796 | | | | |
| 4 | Aldridge, Jeffrey | 12/9/2011 | 337-TA-796 | | | | |
| 5 | Allen, Billy | 9/30/2011 | 11-CV-1846 | | | | |
| 6 | Allison, Richard | 12/7/2011 | 337-TA-796 | | | | |
| 7 | Amini, Farzad | 12/9/2011 | 337-TA-796 | | | | |
| 8 | Anders, Robert | 4/26/2012 | 11-CV-1846 | | | | |
| 8 | Anders, Robert | 4/24/2012 | 337-TA-796 | | | | |
| 9 | Anderson, Creig | 3/6/2012 | 11-CV-1846 | | | | |
| 10 | Andre, Bartley | 10/26/2011 | 11-CV-1846 | | | | |
| 10 | Andre, Bartley | 2/29/2012 | 337-TA-796 | | | | |
| 11 | Anzures, Freddy | 10/18/2011 | 11-CV-1846 | | | | |
| 11 | Anzures, Freddy | 1/30/2012 | 337-TA-796 | | | | |
| 12 | Baek, Ji Hye | 2/10/2012 | 337-TA-796 | | | | |
| 13 | Balakrishnan, Ravin | 8/16/2011 | 11-CV-1846 | 4/20/2012 | 11-CV-1846 | 7/12/2012 | 11-CV-1846 |
| 13 | Balakrishnan, Ravin | 10/21/2011 | 337-TA-796 | 4/19/2014 | 337-TA-796 | | |
| 14 | Balasubramaniam, Priya | 7/17/2012 | 11-CV-1846 | | | | |
| 15 | Balci, Osman | 4/26/2012 | 11-CV-1846 | | | | |
| 16 | Bantner, Wayne | 3/8/2012 | 11-CV-1846 | | | | |
| 17 | Barrese, Rocco | 11/11/2011 | 11-CV-1846 | | | | |
| 18 | Bauerly, Kristi | 5/15/2012 | 337-TA-796 | | | | |
| 19 | Bederson, Benjamin | 9/17/2011 | 11-CV-1846 | | | | |
| 20 | Beith, Barry Hamilton | 3/8/2012 | 11-CV-1846 | | | | |
| 21 | Benner, Timothy | 2/22/2012 | 11-CV-1846 | 3/30/2012 | 11-CV-1846 | | |
| 22 | Beyer, Steven | 3/8/2012 | 11-CV-1846 | | | | |
| 23 | Beyers, Robert | 10/5/2011 | 11-CV-1846 | | | | |
| 23 | Beyers, Robert | 12/6/2011 | 337-TA-796 | | | | |
| 24 | Blasius, Brian | 3/8/2012 | 11-CV-1846 | | | | |
| 25 | Blevins, Tony | 4/3/2012 | 11-CV-1846 | | | | |
| 26 | Blumenberg, Christopher | 10/14/2011 | 11-CV-1846 | | | | |
| 26 | Blumenberg, Christopher | 2/3/2012 | 337-TA-796 | | | | |
| 27 | Boas, Ricardo Vilas | 3/16/2012 | 337-TA-796 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

| | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 28 | Borchers, Robert | 3/29/2012 | 337-TA-796 | | | | |
| 29 | Booth, Simon | 11/15/2011 | 11-CV-1846 | | | | |
| 30 | Boule, Andre | 10/26/2011 | 11-CV-1846 | | | | |
| | | 1/7/2012 | 337-TA-796 | | | | |
| 31 | Bressler, Peter | 4/24/2012 | 11-CV-1846 | | | | |
| | | 4/23/2012 | 337-TA-796 | | | | |
| 32 | Bright, Andrew | 7/17/2012 | 11-CV-1846 | | | | |
| 33 | Brucculeri, Louis | 12/13/2011 | 337-TA-796 | | | | |
| 34 | Brunet, Samuel | 3/7/2012 | 11-CV-1846 & 337-TA-796 | | | | |
| | | 2/24/2012 | 337-TA-796 | | | | |
| 35 | Brunner, Robert | 3/5/2012 | 11-CV-1846 | | | | |
| 36 | Buckley, Mark | 2/23/2012 | 11-CV-1846 | | | | |
| | | 12/23/2011 | 337-TA-796 | 2/24/2012 | 337-TA-796 | | |
| 37 | Bungo, David | 3/27/2012 | 337-TA-796 | | | | |
| 38 | Bush, Jeffrey | 1/17/2012 | 337-TA-796 | | | | |
| 39 | Bush, Michael | 11/17/2011 | 11-CV-1846 | | | | |
| 40 | Byun, Dooju | 2/17/2012 | 11-CV-1846 | | | | |
| | | 2/15/2012 | 337-TA-796 | 3/20/2012 | 337-TA-796 | | |
| 41 | Carmichael, James | 5/10/2012 | 11-CV-1846 | | | | |
| 42 | Chan, Lewis Chi Kit | 4/10/2012 | 337-TA-796 | | | | |
| 43 | Chang, Chi-Hsin | 12/22/2011 | 337-TA-796 | | | | |
| 44 | Chang, Dong Hoon | 3/7/2012 | 11-CV-1846 & 337-TA-796 | | | | |
| 45 | Chartove, Alex | 10/12/2011 | 11-CV-1846 | | | | |
| 46 | Chau, Frank | 11/8/2011 | 11-CV-1846 | | | | |
| 47 | Chaudhri, Imran | 10/14/2011 | 11-CV-1846 | | | | |
| | | 2/8/2012 | 337-TA-796 | | | | |
| 48 | Chen, Stephanie | 3/8/2012 | 11-CV-1846 | | | | |
| 49 | Chen, Wei | 3/1/2012 | 11-CV-1846 | | | | |
| 50 | Cheong, Joon Kyo "Joseph" | 4/18/2012 | 11-CV-1846 | | | | |
| 51 | Cheung, Benjamin | 3/28/2012 | 11-CV-1846 | | | | |
| 52 | Cho, Joonyoung | 11/30/2011 | 11-CV-1846 | | | | |
| 53 | Cho, Nara | 1/14/2012 | 11-CV-1846 | | | | |
| 54 | Cho, Se-Hyun | 2/20/2012 | 337-TA-796 | | | | |

Schedule 3: Witnesses Deposed in 11-CV-1846 and 337-TA-796

| | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 55 | Cho Seunghwan | 4/19/2012 | 11-CV-1846 | | | | |
| 56 | Choi, Geesung | 4/17/2012 | 11-CV-1846 | | | | |
| 57 | Choi, Gin-Kyu | 11/20/2011 | 11-CV-1846 | | | | |
| 58 | Choi, Hwan-Seok | 1/17/2012 | 337-TA-796 | | | | |
| 59 | Choi, Joon-Il | 3/8/2012 | 11-CV-1846 | | | | |
| 60 | Choi, Ku-Young | 2/23/2012 | 337-TA-796 | | | | |
| 61 | Choi, Soon-Jae | 11/16/2011 | 11-CV-1846 | | | | |
| 62 | Choi, Sung Ho | 2/19/2012 | 11-CV-1846 | | | | |
| 63 | Christensen, Steven | 10/26/2011 | 11-CV-1846 | | | | |
| 64 | Christie, Greg | 10/18/2011 | 11-CV-1846 | | | | |
| | | 2/2/2012 | 337-TA-796 | | | | |
| 65 | Chung, Eui-Suk | 4/4/2012 | 337-TA-796 | | | | |
| 66 | Chung, Minhyung | 3/16/2012 | 11-CV-1846 | | | | |
| 67 | Coffman, Patrick | 2/2/2012 | 337-TA-796 | | | | |
| 68 | Cole, Joe Tipton | 12/16/2011 | 11-CV-1846 | | | | |
| 69 | Conley, Cira | 4/13/2012 | 11-CV-1846 | | | | |
| 70 | Copeland, Randall | 2/24/2012 | 11-CV-1846 | | | | |
| 71 | Cornish, Lance | 3/6/2012 | 11-CV-1846 | | | | |
| 72 | Coster, Daniel | 10/27/2011 | 11-CV-1846 | | | | |
| | | 2/7/2012 | 337-TA-796 | | | | |
| 73 | Dammermann, Kurt | 3/23/2012 | 337-TA-796 | | | | |
| 74 | Day, Shawn | 1/19/2012 | 11-CV-1846 | | | | |
| 75 | De Iuliis, Daniele | 10/21/2011 | 11-CV-1846 | | | | |
| | | 2/22/2012 | 337-TA-796 | 3/27/2012 | 337-TA-796 | | |
| 76 | Deluca, Vincent | 12/13/2011 | 337-TA-796 | | | | |
| 77 | Denison, Justin | 9/21/2011 | 11-CV-1846 | 1/25/2012 | 11-CV-1846 | | |
| | | 12/16/2011 | 337-TA-796 | | | | |
| 78 | Dicker, George | 3/8/2012 | 11-CV-1846 | | | | |
| 79 | Dilworth, Peter | 11/11/2011 | 11-CV-1846 | | | | |
| 80 | Dinh, Richard | 2/16/2012 | 11-CV-1846 | | | | |
| 81 | Donaldson, Richard | 5/2/2012 | 11-CV-1846 | | | | |
| 82 | Dourish, Paul | 5/2/2012 | 11-CV-1846 | | | | |
| 83 | Druce, Tracy | 12/15/2011 | 337-TA-796 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|  | **Deponent** | **Date** | **Matter** | **Date** | **Matter** | **Date** | **Matter** |
|---|---|---|---|---|---|---|---|
| 84 | Durkin, Tracy-Gene | 10/7/2011 | 11-CV-1846 | | | | |
| | | 1/6/2012 | 337-TA-796 | | | | |
| 85 | Eckert, George | 11/30/2011 | 11-CV-1846 | | | | |
| 86 | Elias, John | 10/13/2011 | 11-CV-1846 | | | | |
| 87 | Erdem, Tulin | 11/7/2012 | 11-CV-1846 | | | | |
| 88 | Eun, Sung-Ho | 11/18/2011 | 11-CV-1846 | | | | |
| 89 | Evans, Paul | 3/13/2012 | 337-TA-796 | | | | |
| 90 | Fargo, Katherine | 3/8/2012 | 11-CV-1846 | | | | |
| | | 3/23/2012 | 337-TA-796 | | | | |
| 91 | Farrell, Paul | 11/9/2011 | 11-CV-1846 | | | | |
| 92 | Ferrazano, Michael | 12/6/2011 | 337-TA-796 | | | | |
| 93 | Fidler, Roger | 9/23/2011 | 11-CV-1846 | | | | |
| 94 | Fiennes, Hugo | 2/7/2012 | 337-TA-796 | | | | |
| 95 | Finnegan, Michael | 3/23/2012 | 337-TA-796 | | | | |
| | | 3/1/2012 | 337-TA-796 | | | | |
| 96 | Forstall, Scott | 10/27/2011 | 11-CV-1846 | | | | |
| | | 2/9/2012 | 337-TA-796 | 4/4/2012 | 337-TA-796 | | |
| 97 | Frank, Edward | 2/10/2012 | 337-TA-796 | | | | |
| 98 | Ganatra, Nitin | 2/10/2012 | 11-CV-1846 | | | | |
| | | 2/9/2012 | 337-TA-796 | | | | |
| 99 | Gaz, Angelo | 12/6/2011 | 337-TA-796 | | | | |
| 100 | Gioscia, Richard | 3/7/2012 | 11-CV-1846 | | | | |
| 101 | Gilley, Thomas | 3/20/2012 | 337-TA-796 | | | | |
| 102 | Gitlin, Richard | 12/6/2011 | 11-CV-1846 | 5/4/2012 | 11-CV-1846 | | |
| 103 | Givargis, Tony | 12/6/2011 | 11-CV-1846 | 4/23/2012 | 11-CV-1846 | | |
| 104 | Godici, Nicholas | 9/9/2011 | 11-CV-1846 | 5/7/2012 | 11-CV-1846 | | |
| 105 | Goldstein, Jack | 5/2/2012 | 11-CV-1846 | | | | |
| 106 | Gomez, Maribel | 3/22/2012 | 11-CV-1846 | | | | |
| 107 | Gosler, Jared | 2/22/2012 | 11-CV-1846 | | | | |
| 108 | Golsling, James | 1/18/2012 | 337-TA-796 | | | | |
| 109 | Gough, Michael | 3/20/2012 | 337-TA-796 | | | | |
| | | 3/21/2012 | 337-TA-796 | | | | |
| 110 | Grainger ,Morgan | 2/15/2012 | 11-CV-1846 | | | | |

|  | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 111 | Gray, Stephen | 5/4/2012 | 11-CV-1846 | 7/17/2012 | 11-CV-1846 | 11/16/2012 | 11-CV-1846 |
| 112 | Griswold, William | 4/23/2012 | 11-CV-1846 | | | | |
| 113 | Haggerty, Myra | 3/2/2012 | 11-CV-1846 | | | | |
| | | 3/2/2012 | 337-TA-796 | | | | |
| 114 | Hamel, Bradley | 1/31/2012 | 337-TA-796 | | | | |
| 115 | Hamkins, Jon | 4/25/2012 | 11-CV-1846 | | | | |
| 116 | Han, Jefferson | 3/8/2012 | 11-CV-1846 & 337-TA-796 | | | | |
| 117 | Hankey, Evans | 3/15/2012 | 11-CV-1846 | | | | |
| | | 3/15/2012 | 337-TA-796 | | | | |
| 118 | Hansen, Daniel | 3/16/2012 | 337-TA-796 | | | | |
| 119 | Harris, Christopher | 3/6/2012 | 11-CV-1846 | | | | |
| 120 | Hauser, John | 4/27/2012 | 11-CV-1846 | 11/29/2012 | 11-CV-1846 | | |
| 121 | Hedge, Alan | 4/30/2012 | 11-CV-1846 & 337-TA-796 | | | | |
| 122 | Herz, Scott | 10/14/2011 | 11-CV-1846 | | | | |
| | | 1/27/2012 | 337-TA-796 | | | | |
| 123 | Hieta, Saku | 7/13/2012 | 11-CV-1846 | | | | |
| 124 | Hill, Arthur Lee | 3/2/2012 | 11-CV-1846 | | | | |
| 125 | Hobson, Phil | 2/28/2012 | 11-CV-1846 | | | | |
| | | 4/11/2012 | 337-TA-796 | | | | |
| 126 | Hoellwarth, Quin | 10/25/2011 | 11-CV-1846 | | | | |
| | | 1/11/2012 | 337-TA-796 | 1/12/2012 | 337-TA-796 | | |
| 127 | Holmes, John | 11/17/2011 | 11-CV-1846 | | | | |
| 128 | Hong, Won-Pyo | 4/19/201 | 11-CV-1846 | | | | |
| 129 | Hood, Christopher | 3/6/2012 | 11-CV-1846 | | | | |
| 130 | Hotelling, Steven | 10/21/2011 | 11-CV-1846 | | | | |
| | | 3/6/2012 | 337-TA-796 | | | | |
| 131 | Howarth, Richard | 10/31/2011 | 11-CV-1846 | 7/16/2012 | 11-CV-1846 | | |
| | | 2/8/2012 | 337-TA-796 | | | | |
| 132 | Hsu, Gwen | 3/6/2012 | 11-CV-1846 | | | | |
| 133 | Hung, Sang | 3/8/2012 | 11-CV-1846 | | | | |
| 134 | Huppi, Brian | 10/18/2011 | 11-CV-1846 | | | | |
| 135 | Hwang, Hyekyong | 2/1/2012 | 337-TA-796 | | | | |
| 136 | Hwang, Seong Hee | 3/7/2012 | 11-CV-1846 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|     | **Deponent** | **Date** | **Matter** | **Date** | **Matter** | **Date** | **Matter** |
|---|---|---|---|---|---|---|---|
| 137 | Ive, Jonathan | 12/1/2011 | 11-CV-1846 | 2/7/2012 | 11-CV-1846 | | |
|     |               | 2/7/2012  | 337-TA-796 | 4/19/2012 | 337-TA-796 | | |
| 138 | Jacoby, Jacob | 4/26/2012 | 11-CV-1846 | | | | |
| 139 | Janning, Michael | 3/23/2012 | 11-CV-1846 | | | | |
| 140 | Jeong, Moon-Sang | 11/17/2011 | 11-CV-1846 | | | | |
| 141 | Johnson, Jeffrey | 9/26/2011 | 11-CV-1846 | 4/26/2012 | 11-CV-1846 | | |
| 142 | Johnson, Timothy | 1/24/2012 | 337-TA-796 | | | | |
| 143 | Joswiak, Greg | 2/23/2012 | 11-CV-1846 & 337-TA-796 | 2/24/2012 | 11-CV-1846 & 337-TA-796 | | |
| 144 | Juang, Ben | 2/24/2012 | 337-TA-796 | | | | |
| 145 | Jue, Eric | 2/24/2012 | 11-CV-1846 | | | | |
| 146 | Jung, Han-Soo | 3/8/2012 | 11-CV-1846 | | | | |
| 147 | Jung, Youngjun | 2/27/2012 | 337-TA-796 | | | | |
| 148 | Kamins, Michael | 5/7/2012 | 11-CV-1846 | | | | |
| 149 | Kang, Hee-Won | 11/15/2011 | 11-CV-1846 | | | | |
| 150 | Kang, Joohyuk | 2/6/2012 | 337-TA-796 | | | | |
| 151 | Kare, Susan | 4/27/2012 | 11-CV-1846 | | | | |
| 152 | Karo, Monica | 3/7/2012 | 11-CV-1846 | | | | |
| 153 | Kellermann, Beth | 2/23/2012 | 11-CV-1846 & 337-TA-796 | | | | |
| 154 | Kendall, Peter | 11/21/2011 | 11-CV-1846 | | | | |
| 155 | Kerr, Duncan | 10/26/2011 | 11-CV-1846 | | | | |
|     |              | 2/22/2012 | 337-TA-796 | | | | |
| 156 | Kerstetter, Corey | 2/29/2012 | 11-CV-1846 | 3/29/2012 | 11-CV-1846 | | |
| 157 | Khan, Omar | 9/20/2011 | 11-CV-1846 | | | | |
| 158 | Kho, Wookyun | 1/12/2012 | 11-CV-1846 | 3/4/2012 | 11-CV-1846 | | |
| 159 | Kim, Ahyoung | 1/11/2012 | 11-CV-1846 | | | | |
|     |               | 1/14/2012 | 337-TA-796 | | | | |
| 160 | Kim, Bo-Ra | 1/11/2012 | 11-CV-1846 | | | | |
|     |            | 1/14/2012 | 337-TA-796 | | | | |
| 161 | Kim, Byung Wook | 2/15/2012 | 11-CV-1846 | | | | |
| 162 | Kim, Changon | 3/22/2012 | 337-TA-796 | | | | |
| 163 | Kim, Do Hyoung | 1/10/2012 | 337-TA-796 | | | | |
| 164 | Kim, Dong-Sub | 2/28/2012 | 11-CV-1846 | | | | |
|     |               | 3/21/2012 | 337-TA-796 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|  | **Deponent** | **Date** | **Matter** | **Date** | **Matter** | **Date** | **Matter** |
|---|---|---|---|---|---|---|---|
| 165 | Kim, Emilie | 3/7/2012 | 11-CV-1846 | 7/18/2012 | 11-CV-1846 | | |
| 166 | Kim, Henry | 3/22/2012 | 337-TA-796 | | | | |
| 167 | Kim, Hunkee | 11/30/2011 | 11-CV-1846 | | | | |
| 168 | Kim, Hyong | 4/20/2012 | 11-CV-1846 | | | | |
| 169 | Kim, In Tae | 3/7/2012 | 11-CV-1846 | | | | |
| 170 | Kim, Jae Yoel | 11/18/2011 | 11-CV-1846 | | | | |
| 171 | Kim, Jinsoo | 2/2/2012 | 11-CV-1846 | | | | |
| 172 | Kim, Jiyeon | 2/7/2012 | 337-TA-796 | | | | |
| 173 | Kim, MinKyung | 2/10/2012 | 11-CV-1846 | | | | |
| 174 | Kim, Min Song | 3/21/2102 | 337-TA-796 | | | | |
| 175 | Kim, Min Suk | 3/7/2012 | 11-CV-1846 | | | | |
| 176 | Kim, Min-Goo | 12/2/2011 | 11-CV-1846 | | | | |
| 177 | Kim, Noh-Sun | 12/2/2011 | 11-CV-1846 | | | | |
| 178 | Kim, Se-Hyoung | 11/18/2011 | 11-CV-1846 | | | | |
| 179 | Kim, Sehyun | 3/3/2012 | 11-CV-1846 | | | | |
| 180 | Kim, Seoggeun | 2/29/2012 | 11-CV-1846 & 337-TA-796 | 3/2/2012 | 11-CV-1846 & 337-TA-796 | | |
| 181 | Kim, Seongwoo | 2/13/2012 | 11-CV-1846 | 3/19/2012 | 11-CV-1846 | | |
|  |  | 3/23/2012 | 337-TA-796 | | | | |
| 182 | Kim, Seong-Hun | 11/11/2011 | 11-CV-1846 | | | | |
| 183 | Kim, Young-Bum | 11/11/2011 | 11-CV-1846 | | | | |
| 184 | Knightly, Edward | 4/25/2012 | 11-CV-1846 | | | | |
| 185 | Ko, Byung-Yeol | 2/7/2012 | 337-TA-796 | | | | |
| 186 | Kocienda, Kenneth | 1/31/2012 | 337-TA-796 | | | | |
| 187 | Korea, Kenneth | 3/23/2012 | 11-CV-1846 | | | | |
| 188 | Kreitzberg, Charles | 10/24/2011 | 337-TA-796 | | | | |
| 189 | Kubota, Glenn | 10/10/2011 | 11-CV-1846 | | | | |
| 190 | Kunst, Benjamin | 4/4/2012 | 337-TA-796 | | | | |
| 191 | Kwak, Yong Jun | 11/23/2011 | 11-CV-1846 | | | | |
| 192 | Kwon, Oh Chae | 3/8/2012 | 11-CV-1846 | 3/30/2012 | 11-CV-1846 | | |
| 193 | Kwon, Owen | 2/29/2012 | 11-CV-1846 | | | | |
| 194 | Kwon, Wooup | 4/11/2012 | 337-TA-796 | | | | |
| 195 | Lam, Ioi | 3/8/2012 | 11-CV-1846 | | | | |
|  |  | 3/29/2012 | 337-TA-796 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|  | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 196 | Lamiraux, Henri | 2/1/2012 | 337-TA-796 | | | | |
| 197 | Land, Brian | 10/20/2011 | 11-CV-1846 | | | | |
| 198 | Lee, Don-Joo | 2/17/2012 | 11-CV-1846 & 337-TA-796 | | | | |
| 199 | Lee, Gi Young | 2/16/2012 | 11-CV-1846 | | | | |
| | | 2/16/2012 | 337-TA-796 | 2/23/2012 | 337-TA-796 | | |
| 200 | Lee, Gisang | 2/29/2012 | 11-CV-1846 | | | | |
| 201 | Lee, Heon-Seok | 2/29/2012 | 11-CV-1846 | | | | |
| 202 | Lee, Hye-Jung | 3/28/2012 | 11-CV-1846 | | | | |
| 203 | Lee, Hyeon-Woo | 11/13/2011 | 11-CV-1846 | | | | |
| 204 | Lee, Hyung-Geun | 1/18/2012 | 337-TA-796 | | | | |
| 205 | Lee, jae-Ryong | 1/9/2012 | 337-TA-796 | | | | |
| | | 2/14/2012 | 337-TA-796 | 3/22/2012 | 337-TA-796 | | |
| 206 | Lee, Juho | 12/3/2011 | 11-CV-1846 | | | | |
| 207 | Lee, Jun Won | 3/5/2012 | 11-CV-1846 | 3/6/2012 | 11-CV-1846 | 3/26/2012 | 11-CV-1846 |
| 208 | Lee, Jun-Sung | 11/18/2011 | 11-CV-1846 | | | | |
| 209 | Lee, Kanghyun | 2/3/2012 | 337-TA-796 | | | | |
| 210 | Lee, Kiwon | 3/8/2012 | 11-CV-1846 | | | | |
| 211 | Lee, Kyu Hyuk | 3/8/2012 | 11-CV-1846 | | | | |
| | | 2/10/2012 | 337-TA-796 | | | | |
| 212 | Lee, Mark | 2/28/2012 | 11-CV-1846 | | | | |
| 213 | Lee, MinHyouk | 3/2/2012 | 11-CV-1846 | | | | |
| | | 3/3/2012 | 337-TA-796 | | | | |
| 214 | Lee, Sang Eun | 2/24/2012 | 11-CV-1846 | | | | |
| 215 | Lee, Seok-Gyu | 1/16/2012 | 337-TA-796 | 2/16/2012 | 337-TA-796 | | |
| 216 | Lee, Seung Yun | 3/7/2012 | 11-CV-1846 | 3/28/2012 | 11-CV-1846 | | |
| 217 | Lee, Sungsik | 3/1/2012 | 11-CV-1846 | | | | |
| 218 | Lee, Sungyub | 3/8/2012 | 11-CV-1846 | | | | |
| 219 | Lee, Woochul | 1/13/2012 | 337-TA-796 | | | | |
| 220 | Lee, Yong Suk | 1/20/2012 | 337-TA-796 | | | | |
| 221 | Lee, Young Soon | 2/7/2012 | 11-CV-1846 | | | | |
| 222 | Lee, Yunjung | 2/23/2012 | 11-CV-1846 | | | | |
| | | 2/23/2012 | 337-TA-796 | | | | |
| 223 | Lehto, Mark | 4/28/2012 | 11-CV-1846 & 337-TA-796 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|     | Deponent | Date | Matter | Date | Matter | Date | Matter |
|-----|----------|------|--------|------|--------|------|--------|
| 224 | Lemay, Steve | 10/14/2011 | 11-CV-1846 | | | | |
|     |          | 2/3/2012 | 337-TA-796 | | | | |
| 225 | Leslie, Amy | 3/6/2012 | 11-CV-1846 | | | | |
| 226 | Libchaber, Remy | 4/19/2012 | 11-CV-1846 | | | | |
| 227 | Lindbergh, Suzanne | 2/28/2012 | 11-CV-1846 | | | | |
| 228 | Ling, Qi | 2/1/2012 | 11-CV-1846 | | | | |
| 229 | Longanecker, Stacey | 11/16/2011 | 11-CV-1846 | | | | |
| 230 | Lucente, Samuel | 5/9/2012 | 11-CV-1846 | 11/6/2012 | 11-CV-1846 | | |
| 231 | Lutsch, Kieth | 12/15/2011 | 337-TA-796 | | | | |
| 232 | Lutton, Richard | 7/26/2011 | 11-CV-1846 | | | | |
|     |          | 2/6/2012 | 337-TA-796 | | | | |
| 233 | Lynch, Brian | 4/12/2012 | 337-TA-796 | | | | |
| 234 | Ma, Jundong | 11/18/2011 | 11-CV-1846 | | | | |
| 235 | Maharbiz, Michel | 4/19/2012 | 11-CV-1846 | | | | |
| 236 | Mallie, Michael | 10/6/2011 | 11-CV-1846 | | | | |
| 237 | Mantis, George | 5/3/2012 | 11-CV-1846 | | | | |
| 238 | Marcos, Paul | 1/26/2012 | 337-TA-796 | | | | |
| 239 | Matas, Michael | 2/15/2012 | 337-TA-796 | | | | |
| 240 | Mauney, Daniel | 3/7/2012 | 11-CV-1846 | | | | |
| 241 | Mazis, Michael | 4/27/2012 | 11-CV-1846 | | | | |
| 242 | McKnight, Brian | 10/12/2011 | 11-CV-1846 | | | | |
|     |          | 12/22/2011 | 337-TA-796 | | | | |
| 243 | Merrill, Travis | 3/9/2012 | 337-TA-796 | | | | |
| 244 | Michel, Christian | 11/14/2011 | 11-CV-1846 | | | | |
| 245 | Mills, Jerry | 4/27/2012 | 11-CV-1846 | | | | |
| 246 | Min, Paul | 5/4/2012 | 11-CV-1846 | | | | |
| 247 | Molfessis, Nicolas | 4/10/2012 | 11-CV-1846 | | | | |
| 248 | Moon, Yong-Suk | 11/30/2011 | 11-CV-1846 | | | | |
| 249 | Mount, Christopher | 4/25/2012 | 11-CV-1846 | 4/26/2012 | 11-CV-1846 | | |
| 250 | Musella, Michael | 11/10/2011 | 11-CV-1846 | | | | |
| 251 | Musika, Terry | 5/14/2012 | 11-CV-1846 | | | | |
| 252 | Myoung, Daewoon | 2/29/2012 | 11-CV-1846 | | | | |
| 253 | Nam, Kihyung | 2/10/2012 | 11-CV-1846 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

| | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 254 | Naughton, Patrick | 2/15/2012 | 337-TA-796 | | | | |
| 255 | Ng, Stanley | 2/21/2012 | 11-CV-1846 | | | | |
| 256 | Nishibori, Shin | 5/2/2012 | 11-CV-1846 & 337-TA-796 | | | | |
| 257 | Novick, Gregory | 2/1/2012 | 337-TA-796 | | | | |
| 258 | O'Brien, Vincent | 4/20/2012 | 11-CV-1846 | | | | |
| 259 | Oh, Jeong-Seok | 11/11/2011 | 11-CV-1846 | | | | |
| 260 | Ording, Bas | 10/25/2011 | 11-CV-1846 | 8/9/2011 | 11-CV-1846 | | |
| | | 2/7/2012 | 337-TA-796 | | | | |
| 261 | Ordover, Janusz | 4/27/2012 | 11-CV-1846 | | | | |
| 262 | Os, Marcel Van | 1/24/2012 | 337-TA-796 | | | | |
| 263 | Oswal, Abhay | 1/18/2012 | 337-TA-796 | | | | |
| 264 | Paltian, Markus | 3/30/2012 | 11-CV-1846 | | | | |
| 265 | Pantfoerder, Achim | 3/1/2012 | 11-CV-1846 | | | | |
| | | 3/6/2012 | 337-TA-796 | | | | |
| 266 | Park, Chang-Soo | 11/30/2011 | 11-CV-1846 | | | | |
| 267 | Park, Hun "Hayden" | 2/24/2012 | 337-TA-796 | | | | |
| 268 | Park, Hyoung Shin | 2/29/2012 | 11-CV-1846 | | | | |
| 269 | Park, Jong Dae | 3/8/2012 | 11-CV-1846 | | | | |
| 270 | Park, Junho | 1/14/2012 | 11-CV-1846 | 3/30/2012 | 11-CV-1846 | | |
| 271 | Park, Ken | 3/1/2012 | 11-CV-1846 | | | | |
| 272 | Park, Sang-Ryul | 11/18/2011 | 11-CV-1846 | | | | |
| 273 | Park, Seong Gun | 3/21/2012 | 11-CV-1846 | | | | |
| 274 | Peloquin, Mark | 10/5/2011 | 11-CV-1846 | | | | |
| 275 | Pendleton, Todd | 3/21/2012 | 11-CV-1846 | | | | |
| 276 | Persino, Raymond | 11/28/2011 | 11-CV-1846 | | | | |
| 277 | Phinney, Joshua | 10/19/2011 | 337-TA-796 | 4/17/2012 | 337-TA-796 | | |
| 278 | Pisula, Charles | 1/27/2012 | 337-TA-796 | | | | |
| 279 | Platzer, Andrew | 10/18/2011 | 11-CV-1846 | | | | |
| | | 2/7/2012 | 337-TA-796 | | | | |
| 280 | Poret, Hal | 4/19/2012 | 11-CV-1846 | | | | |
| 281 | Prest, Chris | 3/8/2012 | 11-CV-1846 | | | | |
| | | 4/5/2012 | 337-TA-796 | | | | |
| 282 | Proctor, Corinna | 3/8/2012 | 11-CV-1846 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|  | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 283 | Prowse, Stephen | 4/22/2012 | 337-TA-796 | | | | |
| 284 | Rangel, Art | 3/2/2012 | 11-CV-1846 | | | | |
| 285 | Rhee, Youhee | 1/10/2012 | 337-TA-796 | | | | |
| 286 | Rice, James | 10/25/2011 | 337-TA-796 | | | | |
| 287 | Roarty, Sean | 3/7/2012 | 11-CV-1846 | | | | |
| 288 | Robinson, Marylee | 11/5/2011 | 11-CV-1846 | | | | |
| 289 | Rogers, Lauren Ann | 3/5/2012 | 11-CV-1846 | | | | |
| 290 | Rohrbach, Matthew | 10/24/2011 | 11-CV-1846 | | | | |
| | | 2/23/2012 | 337-TA-796 | | | | |
| 291 | Rosenberg, Brian | 1/27/2012 | 11-CV-1846 | | | | |
| 292 | Rosenbrock, Karl Heinz | 4/20/2012 | 11-CV-1846 | | | | |
| 293 | Rossi, Peter, Ph.D. | 4/27/2012 | 11-CV-1846 | | | | |
| 294 | Rossin, Tatiana | 10/7/2011 | 11-CV-1846 | | | | |
| 295 | Rothert, Curt | 3/7/2012 | 11-CV-1846 | | | | |
| 296 | Rothkopf, Fletcher | 2/29/2012 | 11-CV-1846 | | | | |
| | | 4/19/2012 | 337-TA-796 | | | | |
| 297 | Rowden, Tim | 12/13/2011 | 337-TA-796 | | | | |
| 298 | Roy, Christine | 3/8/2012 | 11-CV-1846 | | | | |
| 299 | Rupp, Brian | 11/3/2012 | 11-CV-1846 | | | | |
| 300 | Russ, Samuel | 4/26/2012 | 337-TA-796 | | | | |
| 301 | Russell-Clarke, Peter | 10/20/2011 | 11-CV-1846 | | | | |
| 302 | Ryu, Dongseok | 2/29/2012 | 11-CV-1846 | | | | |
| 303 | Sagong, Jin | 1/11/2012 | 337-TA-796 | | | | |
| 304 | Sandrowitz, Alyssa | 1/19/2012 | 337-TA-796 | | | | |
| 305 | Satzger, Douglas | 11/8/2011 | 11-CV-1846 | | | | |
| | | 2/9/2012 | 337-TA-796 | 2/22/2012 | 337-TA-796 | | |
| 306 | Scheller, James | 10/4/2011 | 11-CV-1846 | | | | |
| | | 12/14/2011 | 337-TA-796 | | | | |
| 307 | Schiller, Philip | 2/17/2012 | 11-CV-1846 | 11/2/2012 | 11-CV-1846 | | |
| 308 | Schin, MinCheol | 3/2/2012 | 11-CV-1846 | | | | |
| 309 | Schweigert, Jeremy | 10/3/2011 | 11-CV-1846 | | | | |
| 310 | Seo, Jaewon | 2/21/2012 | 337-TA-796 | | | | |
| 311 | Shavey, Geoff | 3/5/2012 | 11-CV-1846 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

|  | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 312 | Sheppard, Tim | 1/24/2012 | 11-CV-1846 | 3/30/2012 | 11-CV-1846 | 2/29/2012 | 11-CV-1846 |
|  |  | 12/22/2011 | 337-TA-796 |  |  |  |  |
| 313 | Sherman, Itay | 9/15/2011 | 11-CV-1846 | 4/20/2012 | 11-CV-1846 |  |  |
|  |  | 4/21/2012 | 337-TA-796 |  |  |  |  |
| 314 | Shi, Jason | 3/1/2012 | 11-CV-1846 |  |  |  |  |
|  |  | 2/24/2012 | 337-TA-796 |  |  |  |  |
| 315 | Shin, Jaegwan | 1/27/2012 | 11-CV-1846 |  |  |  |  |
|  |  | 4/5/2012 | 337-TA-796 |  |  |  |  |
| 316 | Shin, Maeng-Ho Michael | 11/29/2011 | 11-CV-1846 |  |  |  |  |
| 317 | Shin, Seok-In | 1/12/2012 | 337-TA-796 |  |  |  |  |
| 318 | Siller, Grace | 3/8/2012 | 11-CV-1846 |  |  |  |  |
| 319 | Sohn, Dale | 4/20/2012 | 11-CV-1846 |  |  |  |  |
| 320 | Sim, Jae Hwang | 3/10/2012 | 11-CV-1846 | 3/31/2012 | 11-CV-1846 |  |  |
| 321 | Simmons, Martin | 3/6/2012 | 11-CV-1846 |  |  |  |  |
| 322 | Sinclair, Steve | 4/4/2012 | 11-CV-1846 |  |  |  |  |
| 323 | Singh, Karan | 4/26/2012 | 11-CV-1846 | 4/27/2012 | 11-CV-1846 | 12/3/2012 | 11-CV-1846 |
|  |  | 10/25/2011 | 337-TA-796 |  |  |  |  |
| 324 | Skinder, Jason | 3/1/2012 | 11-CV-1846 | 3/13/2012 | 11-CV-1846 |  |  |
|  |  | 3/2/2012 | 337-TA-796 | 3/13/2012 | 337-TA-796 |  |  |
| 325 | Snoeren, Alex | 5/1/2012 | 11-CV-1846 |  |  |  |  |
| 326 | Sohn, Dae Il | 4/20/2012 | 11-CV-1846 |  |  |  |  |
| 327 | Song, Hangil | 2/8/2012 | 11-CV-1846 |  |  |  |  |
|  |  | 2/9/2012 | 337-TA-796 |  |  |  |  |
| 328 | Sood, Sanjay | 4/20/2012 | 11-CV-1846 |  |  |  |  |
| 329 | Srivastava, Mani | 4/25/2012 | 11-CV-1846 |  |  |  |  |
| 330 | Stark, Wayne | 4/20/2012 | 11-CV-1846 |  |  |  |  |
| 331 | Stasik, Eric Lloyd | 4/27/2012 | 11-CV-1846 |  |  |  |  |
| 332 | Stein, Michael | 11/20/2011 | 11-CV-1846 |  |  |  |  |
| 333 | Strickon, Josh | 10/20/2011 | 11-CV-1846 |  |  |  |  |
| 334 | Stringer, Chris | 8/3/2011 | 11-CV-1846 | 11/4/2011 | 11-CV-1846 |  |  |
|  |  | 2/15/2012 | 337-TA-796 |  |  |  |  |
| 335 | Sukumar, Ramamirham | 11/29/2011 | 11-CV-1846 | 4/24/2011 | 11-CV-1846 |  |  |
| 336 | Szepesi, Judith | 9/30/2011 | 11-CV-1846 |  |  |  |  |

Schedule 3: Witnesses Deposed in 11-CV-1846 and 337-TA-796

|  | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 337 | Takayanagi, Taichi | 3/8/2011 | 11-CV-1846 | | | | |
| 338 | Tan, Tang | 3/2/2012 | 11-CV-1846 | | | | |
| | | 3/5/2012 | 337-TA-796 | | | | |
| 339 | Tchao, Michael | 2/21/2012 | 11-CV-1846 | | | | |
| | | 1/10/2012 | 337-TA-796 | | | | |
| 340 | Teece, David | 4/19/2012 | 11-CV-1846 | 4/20/2012 | 11-CV-1846 | | |
| 341 | Teksler, Boris | 7/27/2012 | 11-CV-1846 | | | | |
| | | 3/16/2012 | 337-TA-796 | | | | |
| 342 | Ternus, John | 2/10/2012 | 11-CV-1846 | | | | |
| | | 4/6/2012 | 337-TA-796 | | | | |
| 343 | Tierney, Daniel | 11/10/2011 | 11-CV-1846 | | | | |
| 344 | Tomalsky, Francisco | 1/25/2012 | 337-TA-796 | | | | |
| 345 | Torgovitsky, Stanislav | 11/16/2011 | 11-CV-1846 | | | | |
| 346 | Twiggs, Sissie | 7/27/2011 | 11-CV-1846 | | | | |
| 347 | Urbach, Henry | 4/19/2007 | 11-CV-1846 | | | | |
| 348 | Van Court, Andrew | 12/6/2011 | 337-TA-796 | | | | |
| 349 | Van Dam, Andries | 9/14/2011 | 11-CV-1846 | 5/2/2012 | 11-CV-1846 | | |
| | | 4/20/2012 | 337-TA-796 | | | | |
| 350 | Van Der Velde, Himke | 11/2/2011 | 11-CV-1846 | | | | |
| 351 | Vander Veen, Thomas | 4/27/2012 | 337-TA-796 | | | | |
| 352 | Van Liere, Kent | 4/26/2012 | 11-CV-1846 | | | | |
| 353 | Van Lie Shout, Gert-Jan | 11/4/2011 | 11-CV-1846 | | | | |
| 354 | Van Os, Marcel | | 11-CV-1846 | | | | |
| 355 | Veeravalli, Venugopal | 4/23/2012 | 11-CV-1846 | | | | |
| 356 | Venolia, Gina | 1/16/2012 | 337-TA-796 | | | | |
| 357 | Von Herzan, Brian | 4/27/2012 | 11-CV-1846 | | | | |
| 358 | Voron, Vincent | 3/20/2012 | 337-TA-796 | | | | |
| 359 | Wagner, Michael | 9/14/2011 | 11-CV-1846 | 7/17/2012 | 11-CV-1846 | 5/12/2012 | 11-CV-1846 |
| 360 | Walker, Martin | 5/9/2012 | 11-CV-1846 | 5/2/2012 | 11-CV-1846 | | |
| 361 | Wang, Erik | 2/3/2012 | 337-TA-796 | | | | |
| 362 | Wang, Jeeyeun | 2/2/2012 | 11-CV-1846 | | | | |
| 363 | Watrous, BJ | 3/8/2012 | 11-CV-1846 | | | | |
| 364 | Weaver, Gregory | 10/10/2012 | 11-CV-1846 | | | | |

|  | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 365 | Wesel, Richard | 12/15/2011 | 11-CV-1846 | 4/23/2012 | 11-CV-1846 | | |
| 366 | Westerman, Wayne | 10/31/2012 | 11-CV-1846 | | | | |
| | | 1/26/2012 | 337-TA-796 | | | | |
| 367 | Whang, Eugene | 10/27/2011 | 11-CV-1846 | | | | |
| | | 2/17/2012 | 337-TA-796 | 4/30/2012 | 337-TA-796 | | |
| 368 | Wheeler, Cyndi | 12/21/2011 | 337-TA-796 | | | | |
| 369 | White, Justin | 12/27/2011 | 337-TA-796 | | | | |
| 370 | Whiteside, Tamar | 2/28/2012 | 11-CV-1846 | | | | |
| 371 | Williams, Gary | 10/5/2011 | 11-CV-1846 | | | | |
| | | 12/7/2011 | 337-TA-796 | | | | |
| 372 | Williams, Tim | 5/4/2012 | 11-CV-1846 | | | | |
| 373 | Williamson, Richard | 10/28/2011 | 11-CV-1846 | | | | |
| | | 1/31/2012 | 337-TA-796 | | | | |
| 374 | Wind, Yoram | 11/8/2012 | 11-CV-1846 | | | | |
| 375 | Winer, Russell | 4/27/2012 | 11-CV-1846 | 11/6/2012 | 11-CV-1846 | | |
| 376 | Won, Jong-Ik | 1/13/2012 | 337-TA-796 | | | | |
| 377 | Wong, Erin | 10/6/2011 | 11-CV-1846 | | | | |
| | | 1/4/2012 | 337-TA-796 | | | | |
| 378 | Woo, Hyun Goo | 3/6/2012 | 11-CV-1846 | 4/3/2012 | 11-CV-1846 | | |
| 379 | Woodring, Cooper | 8/5/2011 | 11-CV-1846 | | | | |
| 380 | Woolley, Richard | 1/19/2012 | 11-CV-1846 | | | | |
| 381 | Wright, Anthony | 3/5/2012 | 11-CV-1846 | | | | |
| 382 | Wulff, Richard | 11/2/2011 | 11-CV-1846 | | | | |
| 383 | Wyld, Jeremy | 1/10/2012 | 337-TA-796 | | | | |
| 384 | Wysocki, Christopher | 2/24/2012 | 337-TA-796 | | | | |
| 385 | Xie, Kenneith | 10/3/2011 | 11-CV-1846 | | | | |
| 386 | Yang, Woodward | 5/9/2012 | 11-CV-1846 | 5/8/2012 | 11-CV-1846 | | |
| 387 | Yeo, Jungmin | 2/2/2012 | 11-CV-1846 | | | | |
| 388 | Yi, Young Sun | 2/8/2012 | 11-CV-1846 | | | | |
| 389 | Yim, Saemee | 2/8/2012 | 337-TA-796 | | | | |
| 390 | Yoo, Jae-Wook | 3/21/2012 | 337-TA-796 | | | | |
| 391 | Yoo, Seung Hun | 2/28/2012 | 11-CV-1846 | | | | |
| 392 | Yoon, Chul-Hyo | 2/17/2012 | 337-TA-796 | | | | |

Schedule 3:  Witnesses Deposed in 11-CV-1846 and 337-TA-796

| | Deponent | Date | Matter | Date | Matter | Date | Matter |
|---|---|---|---|---|---|---|---|
| 393 | Yoon, Jae-Seung | 12/3/2011 | 11-CV-1846 | | | | |
| 394 | Yoon, Yeo-Moon | 2/22/2012 | 337-TA-796 | | | | |
| 395 | Yu, Grant | 3/8/2011 | 11-CV-1846 | | | | |
| 396 | Zadesky, Stephen | 3/5/2012 | 11-CV-1846 | | | | |
| | | 4/12/2012 | 337-TA-796 | | | | |
| 397 | Zorkendorfer, Rico | 10/21/2011 | 11-CV-1846 | | | | |
| | | 2/10/2012 | 337-TA-796 | | | | |
| 398 | Zorn, Andre | 3/20/2012 | 11-CV-1846 | | | | |