# EXHIBIT 4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4   APPLE INC., a California
    corporation,
5

6            Plaintiff,

7   vs.                          Case No. 11-CV-01846-LHK

8   SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
9   SAMSUNG ELECTRONICS AMERICA,
    INC., a New York corporation;
10  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, a Delaware
11  limited liability company,

12           Defendants.
    ----------------------------------/
13

14

15

16

17       CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19     VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
              Redwood Shores, California
20             Friday, October 21, 2011

21

22  Reported by:
    LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23  JOB NO. 43000

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

 1          Friday, October 21, 2011

 2              10:13 a.m.

 3

 4   Videotaped Deposition of DANIELE De

 5   IULIIS, held at the offices of Quinn

 6   Emanuel Urqhart & Sullivan, LLP, 555

 7   Twin Dolphin Drive, Suite 560, Redwood

 8   Shores, California, before Lorrie L.

 9   Marchant, a Certified Shorthand

10   Reporter, Registered Professional

11   Reporter, Certified Realtime Reporter,

12   California Certified Realtime Reporter

13   and Certified LiveNote Reporter.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

```
 1                A P P E A R A N C E S:

 2   FOR THE PLAINTIFF APPLE INC.:

 3        MORRISON & FOERSTER
          BY:  ANDREW E. MONACH, ESQ.
 4        425 Market Street
          San Francisco, California 94105
 5        Phone:  (415) 268-7588
          Fax:  (415) 268-7522
 6        e-mail:  amonach@mofo.com

 7   FOR THE DEFENDANTS SAMSUNG:

 8        QUINN EMANUEL URQUHART & SULLIVAN
          BY:  MARGRET CARUSO, ESQ.
 9             SCOTT HALL, ESQ.
          555 Twin Dolphin Drive
10        Redwood Shores, California 94065
          Phone:  (650) 801-5000
11        Fax:  (650) 801-5100
          e-mail:  margretcaruso@quinnemanuel.com
12                 scotthall@quinnemanuel.com

13   ALSO PRESENT:

14        Lisa Olle, Apple Senior Corporate Counsel, Litigation

15        Jason Kocol, Videographer

16                       ---oOo---

17

18

19

20

21

22

23

24

25
```