# EXHIBIT 5

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

Page 1

1     UNITED STATES INTERNATIONAL TRADE COMMISSION
2                   WASHINGTON, D.C.
3
4   In the Matter of:
                                    Investigation No.
5   CERTAIN ELECTRONIC DIGITAL
    MEDIA DEVICES AND COMPONENTS    337-TA-796
6   THEREOF
7
8
9
10         CONFIDENTIAL ATTORNEYS' EYES ONLY
11         PURSUANT TO THE PROTECTIVE ORDER
12
13
14     VIDEOTAPED DEPOSITION OF DANIELE DE IULIIS
15              San Francisco, California
16           Wednesday, February 22, 2012
17
18
19
20
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 45581

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

Page 2

1        February 22,
2         9:52 a.m.
3
4
5        Deposition of DANIELE DE IULIIS, taken
6  on behalf of the Samsung Respondents, at 555
7  California Street, 3rd Floor, San Francisco,
8  California, before Cynthia Manning, Certified
9  Shorthand Reporter No. 7645, Certified LiveNote
10 Reporter, California Certified Realtime Reporter.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

Page 3

1  APPEARANCES:
2
3  FOR COMPLAINANT APPLE INC.:
4
         MORRISON & FOERSTER
5        BY:   HAROLD J. McELHINNY, ESQ.
         425 Market Street
6        San Francisco, California 94105
7
8
9
10 FOR RESPONDENTS SAMSUNG ELECTRONICS COMPANY,
   LTD., SAMSUNG ELECTRONICS AMERICA, INC., and
11 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:
12       QUINN EMANUEL URQUHART & SULLIVAN
         BY:  SCOTT B. KIDMAN, ESQ.
13       865 South Figueroa Street
         Los Angeles, California 90017
14
15
16
17 ALSO PRESENT:
18       Danielle Coleman, Esq., Apple Inc.
19       Lisa Olle, Esq., Apple Inc.
20       Pete Sais, Videographer
21
22
23
24
25