# EXHIBIT 7

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1          UNITED STATES INTERNATIONAL TRADE COMMISSION

2                       Washington, D.C.

3             Before the Honorable Charles E. Bullock

4             Acting Chief Administrative Law Judge

5

6    In the Matter of:              )

7    CERTAIN ELECTRONIC DIGITAL     )

8    MEDIA DEVICES AND COMPONENTS ) Inv. No. 337-TA-796

9    THEREOF                        )

10                                  )

11

12

13

14           CONFIDENTIAL BUSINESS INFORMATION

15             SUBJECT TO PROTECTIVE ORDER

16

17           DEPOSITION OF BORIS TEKSLER

18             FRIDAY, MARCH 16, 2012

19

20

21

22

23   JOB NUMBER: 47583

24   REPORTED BY:

25   JANIS JENNINGS, CSR 3942, CLR, CCRR

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 2

1

2

3

4

5

6

7        DEPOSITION OF BORIS TEKSLER, taken on

8   behalf of the Respondent, at QUINN EMANUEL

9   URQUHART OLIVER & HEDGES LLP, 555 Twin Dolphin

10  Drive, Redwood Shores, California, commencing

11  at 10:11 a.m., Friday, March 16, 2012, before

12  Janis Jennings, Certified Shorthand Reporter

13  No. 3942, CLR, CCRR.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 3

1    APPEARANCES OF COUNSEL:

2

3        FOR THE COMPLAINANT:

4              MORRISON & FOERSTER

5              BY:  ERIK J. OLSON, ESQ.

6              755 Page Mill Road

7              Palo Alto, California 94304

8

9

10

11       FOR THE RESPONDENT:

12             QUINN EMANUEL URQUHART OLIVER & HEDGES

13             BY:  PATRICK M. SHIELDS, ESQ.

14             51 Madison Avenue

15             New York, New York 10010

16

17

18

19

20       ALSO PRESENT:

21             CYNDI WHEELER, ESQ., Apple Inc.

22             TIM ZEROFF, Videographer

23

24

25