# EXHIBIT 8

```
                                                              Page 1
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
              Plaintiff,              Case No.
 6
       vs.                            11-CV-01846-LHK
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 9   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     Limited liability company,
11
              Defendants.
12
13
14
15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16          PURSUANT TO THE PROTECTIVE ORDER
17
18    VIDEOTAPED DEPOSITION OF CHRISTOPHER D. PREST
19             Redwood Shores, California
20                Thursday, March 8, 2012
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 46063
```

Highly Confidential - Attorneys' Eyes Only

Page 2

1              March 8, 2012

2               9:06 a.m.

3

4

5        Deposition of CHRISTOPHER D. PREST,

6   taken on behalf of the Defendants, at 555 Twin

7   Dolphin Drive, Fifth Floor, Redwood Shores,

8   California, before Cynthia Manning, Certified

9   Shorthand Reporter No. 7645, Certified LiveNote

10  Reporter, California Certified Realtime Reporter.

Page 3

1  APPEARANCES:
2
3  FOR PLAINTIFF:
4       MORRISON & FOERSTER, LLP
        BY:  MARK W. DANIS, ESQ.
5       425 Market Street
        San Francisco, California 94105-2482
6       415.268.6538
        mdanis@mofo.com
7
8
9  FOR DEFENDANTS:
10      QUINN EMANUEL URQUHART & SULLIVAN, LLP
        BY:  SCOTT B. KIDMAN, ESQ.
11      865 S. Figueroa Street
        10th Floor
12      Los Angeles, California 90017
        213.443.3000
13      scottkidman@quinnemanuel.com
14
15 ALSO PRESENT:
16      Steve Patatoff, Videographer
17
18
19
20
21
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 96

1      DECLARATION UNDER PENALTY OF PERJURY

2

3      I, CHRISTOPHER D. PREST, do hereby certify
4  under penalty of perjury that I have read the
5  foregoing transcript of my deposition taken on
6  March 8, 2012; that I have made such corrections
7  as appear noted herein in ink, initialed by me;
8  that my testimony as contained herein, as
9  corrected, is true and correct.

10

11      DATED this _____ day of
12  _____ 2012, at _____, California.

13

14

15

16

17                  CHRISTOPHER D. PREST

18

19

20

21

22

23

24

25

Page 97

1  IN THE MATTER OF:  Apple Inc.
                    v.
2                   Samsung Electronics
3  DATE:  March 8, 2012
4  WITNESS:  CHRISTOPHER D. PREST
5  Reason codes:
6        1.   To clarify the record.
         2.   To conform to the facts.
7        3.   To correct transcription errors.
8
   Page          Line              Reason
9
10 From                            to
11
   Page          Line              Reason
12
13 From                            to
14
   Page          Line              Reason
15
16 From                            to
17
   Page          Line              Reason
18
19 From                            to
20
21
22
23                    CHRISTOPHER D. PREST
24
25