# EXHIBIT 9

Highly Confidential - Attorneys' Eyes Only

Page 1

1    UNITED STATES INTERNATIONAL TRADE COMMMISSION
2                    WASHINGTON, D.C.
3
4
5
     IN THE MATTER OF:
6
7
     CERTAIN ELECTRONIC DIGITAL      INVESTIGATION NO.
8
     MEDIA DEVICES and COMPONENTS    337-TA-796
9
     THEREOF
10
11
12
13        VIDEOTAPED DEPOSITION OF CHRISTOPHER PREST
14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15              REDWOOD SHORES, CALIFORNIA
16                THURSDAY, APRIL 5, 2012
17
18
19
20
21
22
23   Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575
24            Certified LiveNote Reporter
25   JOB NO. 48347

Highly Confidential - Attorneys' Eyes Only

Page 2

1

2         THURSDAY, APRIL 5, 2012

3              2:00 p.m.

4

5

6

7    Deposition of CHRISTOPHER PREST,

8  held at the offices of Quinn Emanuel, 555 Twin Dolphin

9  Drive, Redwood Shores, California, before Louise Marie

10 Sousoures, a Certified Shorthand Reporter and a

11 Certified LiveNote Reporter

Highly Confidential - Attorneys' Eyes Only

Page 3

1           A P P E A R A N C E S
2
3   FOR HTC:
4          QUINN EMANUEL URQUHART & SULLIVAN, LLP
5          865 SOUTH FIGUEROA STREET, 10TH FLOOR
6          LOS ANGELES, CA  90017
7          BY:  SCOTT B. KIDMAN,
8             ATTORNEY AT LAW
9          scottkidman@quinnemanuel.com
10
11
12
13  FOR APPLE:
14         MORRISON & FOERSTER LLP
15         425 MARKET STREET
16         SAN FRANCISCO, CA 94105
17         BY:  BROOKS M. BEARD,
18            ATTORNEY AT LAW
19         bbeard@mofo.com
20
21  THE VIDEOGRAPHER:
22         NICK KASIMATIS
23
24  ALSO PRESENT:
25         JACKIE HARLOW, IP LITIGATION COUNSEL