# EXHIBIT 6

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
    _____
 4  APPLE INC., a California        )
 5  corporation,                    )
 6          Plaintiff,              )
            vs.                     ) No. 11-CV-01846-LHK
 7  SAMSUNG ELECTRONICS CO.,        )
 8  LTD., a Korean business         )
 9  entity, SAMSUNG ELECTRONICS     )
10  AMERICA, INC., a New York       )
11  corporation, et al.,            )
12          Defendants.             )
    _____)
13
14     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
15
16       VIDEOTAPED DEPOSITION OF BORIS TEKSLER
17               Palo Alto, California
18              Friday, July 27, 2012
19                     Volume I
20
21  Reported by:
    ELAINE A. DELLINGES, RPR
22  CSR No. 5049
23  Job No. 153083
24
25  PAGES 1 - 76
```

Page 1

Veritext National Deposition & Litigation Services
866 299-5127

Confidential - Pursuant to Protective Order

```
 1             UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
     _____
 4   APPLE INC., a California      )
 5   corporation,                  )
 6          Plaintiff,             )
            vs.                    )  No. 11-CV-01846-LHK
 7   SAMSUNG ELECTRONICS CO.,      )
 8   LTD., a Korean business       )
 9   entity, SAMSUNG ELECTRONICS   )
10   AMERICA, INC., a New York     )
11   corporation; SAMSUNG          )
12   TELECOMMUNICATIONS AMERICA,   )
13   LLC, a Delaware limited       )
14   liability company,            )
15          Defendants.            )
     _____)
16
17
18          Confidential Videotaped Deposition of
19   BORIS TEKSLER, Volume I, taken on behalf of
20   Defendants, at 950 Page Mill Road, Palo Alto,
21   California, beginning at 1:04 p.m. and ending at
22   3:06 p.m., on Friday, July 27, 2012 before
23   ELAINE A. DELLINGES, Certified Shorthand Reporter
24   No. 5049.
25
```

Page 2

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4
 5     WILMER HALE
 6     BY:   MARK SELWYN
 7     Attorney at Law
 8     950 Page Mill Road
 9     Palo Alto, California 94304
10     650.858.6099
11     mark.selwyn@wilmerhale.com
12
13     APPLE
14     BY:   ERICA TIERNEY
15     Attorney at Law
16     1 Infinite Loop
17     Cupertino, California 95014
18     408.974.5332
19     etierney@apple.com
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES (Continued):
 2
 3   For Defendants:
 4
 5      QUINN EMANUEL
 6      BY:  ERIC E. WALL
 7      Attorney at Law
 8      50 California Street, 22nd Floor
 9      San Francisco, California 94111
10      415.875.6375
11      ericwall@quinnemanuel.com
12
13   Also Present:
14
15      NATHAN GREENSTEIN, Videographer
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```