1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK  (PSG) |
|---|---|
| Plaintiff and Counterclaim-Defendant, | **[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THE COURT'S ORDER DENYING-IN-PART THE PARTIES' POST-TRIAL SEALING MOTIONS (DKT. NO. 2948)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaim-Plaintiffs. | |

1    Apple has moved for an order staying the Court's Order granting-in-part and denying-in-part the parties' post-trial sealing motions (Dkt. 2948) ("Order Denying Post-Trial Sealing Motions") until the later of: (1) a ruling on Apple's Motion for Reconsideration, or (2) in the event that the Court denies Apple leave to file its Motion for Reconsideration, or grants leave but denies the Motion for Reconsideration, pending resolution of any appeal to the Federal Circuit.

The limited stay requested is warranted and there is no substantial countervailing public or private interest in immediate disclosure of these documents.

Accordingly, the Court GRANTS Apple's Motion for Stay of the Court's Order Denying-in-Part the Parties Post-Trial Sealing Motions.

IT IS HEREBY ORDERED that the Court's Order Denying Post-Trial Sealing Motions (Dkt. 2948) is stayed until the later of: (1) the Court's ruling on Apple's Motion for Reconsideration, or (2) in the event that the Court denies Apple leave to file its Motion for Reconsideration, or grants leave but denies the Motion for Reconsideration, pending resolution of any appeal to the Federal Circuit.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                    Hon. Lucy H. Koh
                                    United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY
-1-     CASE NO. 11-CV-01846-LHK (PSG)