1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2 has moved to file under seal a portion of the Declaration of Mark Buckley in Support of Apple
3 Inc.'s Motion for Reconsideration of Order Denying-in-Part the Parties' Post-Trial Sealing
4 Motions (Dkt. No. 2948) ("Buckley Declaration").

In support of its motion, Apple has filed the Declaration of Mark D. Selwyn in Support of Apple's Administrative Motion to File Documents Under Seal.  For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned documents as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Buckley Declaration | Page 1, lines 16-28. |

**IT IS SO ORDERED.**

Dated: _____  By: _____
                                    Hon. Lucy H. Koh
                                    United States District Judge

-1-  [PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK (PSG)