HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants and Counterclaim-Plaintiffs. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**APPLE INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART THE PARTIES' POST-TRIAL SEALING MOTIONS (DKT. NO. 2948)** |

1    Pursuant to Civil Local Rule 7-9, Apple Inc. ("Apple") respectfully moves for leave to file Apple Inc.'s Motion for Reconsideration of the Court's February 7, 2014 Sealing Order ("Motion for Reconsideration"), filed herewith as Exhibit A.

On February 7, 2014, the Court entered an Order Granting-in-Part and Denying-in-Part the Parties' Motions to Seal their post-trial briefs. (Dkt. 2948.) In its Order, the Court denied Apple's request to seal portions of Apple's opposition to Samsung's motion for judgment as a matter of law because "Apple seeks to maintain the confidentiality of its expert's market share allocation of the number of infringing sales of *Samsung* smartphones and tablets" but "has not explained how it can logically maintain a claim of confidentiality over Samsung's sales data." (Dkt. 2948 at 2.)

Apple's Motion for Reconsideration sets forth the reasons for Apple's request to seal this data, including that, in combination with publicly available information, this data allows calculation of Apple's profit-per-phone and profit-per-tablet data numbers. The Court has previously granted Apple's motion to seal this same information during the damages retrial. (*See* Trial Tr. vol. 3, 646:1-14 (sealing Apple exhibit 25G1).) When Apple disclosed this information to the jury during the damages retrial, it did so in a way designed to avoid disclosure to the general public in the courtroom or mention in the transcript. Additionally the Federal Circuit has held that parties have a significant interest in keeping detailed product-specific financial information secret because they could suffer competitive harm if this information is made public. *See Apple Inc. v. Samsung Elecs Co., Ltd., et al.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013) ([I]f Apple's and Samsung's suppliers have access to their profit, cost, and margin data, it could give the suppliers an advantage in contract negotiations, which they could use to extract price increases for components.). Accordingly, Apple's request for leave to file its Motion for Reconsideration should be granted.

-1-    CASE NO. 11-CV-01846-LHK (PSG)
MOTION FOR LEAVE

ACTIVEUS 123199756v.1

| | |
|---|---|
| Dated:  February 14, 2014 | WILMER CUTLER PICKERING HALE AND DORR |
| | By:  */s/ Mark D. Selwyn* |
| | Mark D. Selwyn |
| | Attorneys for APPLE, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically, and will be served via the Court's ECF system upon all counsel of record who have consented to electronic service in accordance with Civil Local Rule 5.1.

Dated: February 14, 2014             */s/   Mark D. Selwyn*
                                                         Mark D. Selwyn

-2-               CASE NO. 11-CV-01846-LHK (PSG)
                         MOTION FOR LEAVE

ACTIVEUS 123199756v.1