1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants and Counterclaim-Plaintiffs. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART THE PARTIES' POST-TRIAL SEALING MOTIONS (DKT. NO. 2948)** |

Pursuant to Civil Local Rule 7-9, Apple has moved for leave to file a motion for reconsideration of the Court's Order denying-in-part the parties' post-trial sealing motions. (Dkt. 2948).

Accordingly, the Court GRANTS the Motion for Leave to File a Motion for Reconsideration of the Court's Order denying-in-part the parties post-trial sealing motions.

IT IS HEREBY ORDERED that Apple may file a motion for reconsideration of the Court's Order denying-in-part the parties post-trial sealing motions (Dkt. 2948).

**IT IS SO ORDERED.**

Dated: _____    By: _____
Hon. Lucy H. Koh
United States District Court Judge