HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants and Counterclaim-Plaintiffs. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART THE PARTIES' POST-TRIAL SEALING MOTIONS (DKT. NO. 2948)** |

APPLE'S MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART THE
PARTIES' POST-TRIAL SEALING MOTIONS (DKT. NO. 2948)
CASE NO. 11-CV-01846-LHK (PSG)

ActiveUS 123199483v.1

1    Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for reconsideration
2    of the Court's February 7, 2014 Order granting-in-part and denying-in-part the parties' post-trial
3    sealing motions (Dkt. 2948), and for an order to seal the market share allocation of the number of
4    infringing sales of Samsung smartphones and tablets.  Apple has filed a supporting declaration for the
5    above information it seeks to have sealed.  *See* Declaration of Mark Buckley in Support of Apple
6    Inc.'s Motion for Reconsideration of Order Denying in-Part the Parties' Post-Trial Sealing Motions
7    (Dkt. No. 2948) ("Buckley Declaration").

8    Apple moves to seal the market share allocation of the number of infringing sales of Samsung
9    smartphones and tablets disclosed in Apple's Opposition to Samsung Motion of Judgment as a Matter
10   of Law because the disclosure of this information in combination with Apple's damages claim will
11   reveal Apple's product-specific financial information.  The Court has previously granted Apple's
12   motion to seal this product-specific financial information—Apple's profit-per-phone and profit-per-
13   tablet—during the damages retrial.  (*See* Trial Tr. vol. 3, 646:1-14 (sealing Apple exhibit 25G1).)
14   When Apple disclosed this information to the jury during the damages retrial, it did so in a way
15   designed to avoid disclosure to the general public in the courtroom or mention in the transcript.

16   Apple has established compelling reasons to permit the filing of this information under seal
17   through the Buckley Declaration.  Furthermore, the Federal Circuit has recognized that parties have a
18   significant interest in keeping detailed product-specific financial information secret because they
19   could suffer competitive harm if this information is made public.  *Apple Inc. v. Samsung Elecs Co.,*
20   *Ltd., et al.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013) ([I]f Apple's and Samsung's suppliers have access
21   to their profit, cost, and margin data, it could give the suppliers an advantage in contract negotiations,
22   which they could use to extract price increases for components.).

23   For the reasons set forth above, Apple moves to file the market share allocation of the number
24   of infringing sales of Samsung smartphones and tablets under seal.

APPLE'S MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART THE
PARTIES' POST-TRIAL SEALING MOTIONS (DKT. NO. 2948)
-1-            CASE NO. 11-CV-01846-LHK (PSG)

ACTIVEUS 123199483v.1

| | |
|---|---|
| Date: February 14, 2014 | By:  */s/ Mark D. Selwyn* |

                                  Mark D. Selwyn (CA SBN 244180)
                                  mark.selwyn@wilmerhale.com
                                  WILMER CUTLER PICKERING
                                   HALE AND DORR LLP
                                  950 Page Mill Road
                                  Palo Alto, CA 94304
                                  Telephone: (650) 858-6000
                                  Facsimile: (650) 858-6100

                                  Attorney for Plaintiff and Counterclaim-
                                  Defendant APPLE INC.

ACTIVEUS 123199483v.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 14, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

 */s/* Mark D. Selwyn
 Mark D. Selwyn

ACTIVEUS 123199483v.1