1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants and Counterclaim-Plaintiffs. | **[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART THE PARTIES' POST-TRIAL SEALING MOTIONS (DKT. NO. 2948)** |

1   Apple Inc. ("Apple") has moved for reconsideration of the Court's order granting-in-part
2   and denying-in-part the parties' post-trial sealing motions (Dkt. 2948) ("Order Denying Post-
3   Trial Sealing Motions").
4   Having considered Apple's motion, and compelling reasons having been shown, the
5   Court hereby GRANTS Apple's Motion for Reconsideration and ORDERS sealed pages 14:4-5
6   and 21:4-5 of Apple's Opposition to Samsung's Motion for Judgment as a Matter of Law.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                         Hon. Lucy H. Koh
                                         United States District Court Judge