**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal a portion of the February 17, 2014 Letter Brief in Response to the Court's February 6, 2014 Order (Docket No. 2941) ("Lee Letter") and the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Document Under Seal ("Kolovos Declaration").

In support of its motion, Apple has filed the Kolovos Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned documents as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Lee Letter | Highlighted (yellow and blue) portions of unredacted version filed under seal |
| Kolovos Declaration | All |

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                      Hon. Lucy H. Koh
                                      United States District Judge