1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.:  5:11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NOKIA CORPORATION'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

1  The Court has considered Nokia Corporation's Motion for Attorneys' Fees and Costs and
2  supporting declarations.  Good cause being shown, Nokia's Motion is hereby **GRANTED**.  The Court
3  orders that Quinn Emanuel reimburse Nokia's fees in the amount of $1,114,288.40, and costs in the
4  amount of $82,274.86.  The Court further orders that Quinn Emanuel shall pay further reasonable Nokia
5  fees and costs as incurred in any further litigation of the matter.

**IT IS SO ORDERED.**

Dated: _____, 2014.

_____
Hon. Paul S. Grewal
United States Magistrate Judge