1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17

18                  UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal portions of Samsung's Letter Brief Regarding Fees and Costs (the "Letter Brief").

### RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file to file under seal the documents listed below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Letter Brief Regarding Fees and Costs | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Declaration of Robert J. Becher in Support | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Exhibits 1-28 to the Declaration of Robert J. Becher | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Declaration of Bill Trac in Support | Apple and Nokia | See highlighted version to be filed within 7 days. |

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal relating to Samsung's Letter Brief Regarding Fees and Costs as a procedural mechanism for filing portions of Samsung's Letter Brief Regarding Fees and Costs and supporting documents under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of the motion and exhibits thereto identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Pursuant to the Court's January 29, 2014 Order, the confidential, unredacted version of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may

1  indicate what Apple information Apple believes should be redacted from the public version of
2  Samsung's filing.   After receiving Apple's proposed redactions, Samsung will file a public,
3  proposed redacted version of these documents.
4
5  DATED: February 17, 2014                Respectfully submitted,
6                                          QUINN EMANUEL URQUHART &
7                                          SULLIVAN, LLP
8                                             By */s/ Victoria F. Maroulis*
                                                 Charles K. Verhoeven
9                                                Kathleen M. Sullivan
                                                 Kevin P.B. Johnson
10                                               Victoria F. Maroulis
                                                 William C. Price
11                                               Michael T. Zeller
12
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
13                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC. and SAMSUNG
14                                          TELECOMMUNICATIONS AMERICA, LLC
15
16
17
18
19
20
21
22
23
24
25
26
27
28