1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16
17                    UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,           CASE NO. 11-cv-01846-LHK

21              Plaintiff,                         **DECLARATION OF ROBERT J.**
                                                   **BECHER IN SUPPORT OF SAMSUNG'S**
22         vs.                                     **ADMINISTRATIVE MOTION TO FILE**
                                                   **DOCUMENTS UNDER SEAL**
23 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
24 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
26
                Defendants.
27

28

02198.51855/5768556.1

1    I, Robert J. Becher, declare:

2    1.    I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung

3    Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications

4    America, LLC (collectively "Samsung").    I have personal knowledge of the facts set forth in this

5    declaration, except as otherwise noted, and, if called as a witness, could and would testify to those

6    facts under oath.

7    2.    I submit this declaration in support of Samsung's Administrative Motion to File

8    Documents Under Seal in connection with Samsung's Letter Brief Regarding Fees and Costs

9    (the "Letter Brief").

10    3.    Samsung does not maintain a claim of confidentiality over the Letter Brief and

11    supporting documents.

12    4.    The Letter Brief, the Declaration of Robert J. Becher in Support of the Letter Brief

13    ("Becher Declaration"), Exhibits 1-28 to the Becher Declaration, and the Declaration of Bill Trac

14    in Support of the Letter Brief ("Trac Declaration") include information Apple and/or Nokia may

15    consider confidential.

16    5.    Pursuant to the Court's January 29, 2014 Order, the confidential, unredacted

17    version of the aforementioned documents will be served on counsel for Apple so that Apple's

18    counsel may indicate what Apple information Apple believes should be redacted from the public

19    version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a

20    public, proposed redacted version of these documents.

21

22    I declare under penalty of perjury of the laws of the United States that the foregoing is true

23    and correct.    Executed in Los Angeles, California on February 17, 2014.

24

25    _____/s/ Robert J. Becher_____
     Robert J. Becher
26

27

28

02198.51855/5768556.1

-1-                                                Case No. 11-cv-01846-LHK
DECLARATION OF ROBERT J. BECHER

1

**ATTESTATION**

2          I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file

3   this Declaration.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J.

4   Becher has concurred in this filing.

5

6   Dated:   February 17, 2014                    By:   */s/ Victoria F. Maroulis*
                                                         Victoria F. Maroulis
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28