UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal in connection with Samsung's Letter Brief Regarding Fees and Costs (the "Motion").

    Having considered Samsung's Motion, and good cause having been shown, the Court GRANTS Samsung's Motion and ORDERS sealed the documents listed below.

//

//

//

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Letter Brief Regarding Fees and Costs | See public redacted version. |
| Declaration of Robert J. Becher in Support | See public redacted version. |
| Exhibits 1-28 to the Declaration of Robert J. Becher | See public redacted version. |
| Declaration of Bill Trac in Support | See public redacted version. |

**IT IS SO ORDERED.**

DATED:   _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge