1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Cal. Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kathleen M. Sullivan (Cal. Bar No. 242261)
6  kathleensullivan@quinnemanuel.com
   Kevin P.B. Johnson (Cal. Bar No. 177129)
7  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Cal. Bar No. 202603)
8  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive 5th Floor
9  Redwood Shores, California 94065
   Telephone: (650) 801-5000
10 Facsimile: (650) 801-5100

11 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
12 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
13 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
14 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
15
   Attorneys for SAMSUNG ELECTRONICS
16 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
17 TELECOMMUNICATIONS AMERICA, LLC

18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in Washington D.C. I am over the age of eighteen years and not a party to the within action; my business address is 777 6th Street, NW, 11th Floor, Washington, D.C. 20001.

On February 17, 2014, I served true and correct copies of unredacted versions of:

1. Samsung's Letter Brief Regarding Fees and Costs
2. Declaration of Robert J. Becher in Support of Samsung's February 17, 2014 Letter Brief Regarding Fees and Costs ("Becher Declaration");
3. Exhibits 1-28 to the Becher Declaration; and
4. Declaration of Bill Trac in Support of Samsung's Letter Brief Regarding Fees and Costs

by emailing the aforementioned document to the mailings lists of the parties in this action as follows:

### Counsel for Apple Inc.

**Morrison & Foerster LLP**
AppleMoFo@mofo.com

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalService@wilmerhale.com

### Counsel for Nokia

**Parker Miller**
parker.miller@alston.com

**Ryan Koppelman**
ryan.koppelman@alston.com

**Randall Allen**
randall.allen@alston.com

Executed on February 17, 2014 at Washington, D.C.

_/s/ Bill Trac_
Bill Trac

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Bill Trac.

                    */s/ Victoria F. Maroulis*

Victoria F. Maroulis