UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. 5:11-cv-01846-LHK (PSG) |
| Plaintiff, | **ORDER SETTING HEARING REGARDING FEES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket Nos. 2941, 2958, 2959, 2964)** |
| Defendants. | |

On February 6, 2014, the court invited the parties to submit letter briefs on any disputes regarding the amount of fees and costs to be awarded in connection with the recently-decided motion for sanctions. Based on the information provided, the court now believes that a hearing is required. The parties shall appear before the undersigned at 2:00 p.m. on Thursday, February 27, 2014 to further discuss these issues.

1

Case No. 5:11-cv-01846-LHK (PSG)
ORDER SETTING HEARING REGARDING FEES

**IT IS SO ORDERED.**

Dated: February 18, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge