1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,           CASE NO. 11-cv-01846-LHK

13                 Plaintiff,            **STIPULATION AND [PROPOSED]**
                                         **ORDER MOVING START TIME FOR**
14          vs.                          **FEBRUARY 27, 2014 HEARING (DKT.**
                                         **2967)**
15   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
17   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
18
                   Defendants.
19

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 6-2, Apple Inc., Samsung Electronics Co., Ltd., Samsung

2   Electronics America, Inc., and Samsung Telecommunications America, LLC and Nokia

3   Corporation (collectively the "Parties") file this Stipulation Moving Start Time for February 27,

4   2014 Hearing;

5    WHEREAS, on February 18, 2014, the Court issued its Order Setting Hearing Regarding

6   Fees and set a hearing for 2:00 p.m. on February 27, 2014 (Dkt. 2967);

7    WHEREAS, Samsung's lead counsel John B. Quinn has a pre-existing commitment that

8   conflicts with this start time;

9    WHEREAS, Samsung has asked Apple and Nokia to agree to move the start time to 3:00

10   p.m. and they have agreed;

11    NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as

12   follows, subject to the Court's approval under Northern District of California Local Rule 6-2:

13    1.    The start time for the February 27, 2014 hearing shall be moved to 3:00 p.m.

14   instead of 2:00 p.m.

15    IT IS SO STIPULATED.

16

17   DATED: February 20, 2014            ALSTON & BIRD, LLP

18

19                                       By   /s/ Ryan W. Koppelman
20                                          Ryan W. Koppelman
                                            Attorneys for NOKIA CORPORATION
21

22   DATED: February 20, 2014            WILMER CUTLER PICKERING HALE & DORR

23

24                                       By   /s/ Mark Selwyn
25                                          Mark Selwyn
                                            Attorneys for APPLE INC.
26

27

28

1   DATED: February 20, 2014          QUINN EMANUEL URQUHART &
2                                     SULLIVAN, LLP

3

4                                     By   /s/ Victoria F. Maroulis
                                          Victoria F. Maroulis
5                                         Attorneys for
                                          SAMSUNG ELECTRONICS CO., LTD.,
6                                         SAMSUNG ELECTRONICS AMERICA, INC.,
                                          and SAMSUNG TELECOMMUNICATIONS
7                                         AMERICA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

3          Based on the foregoing stipulation, and for good cause shown,

4          **IT IS SO ORDERED.**

5

6    DATED: _____          _____

7                                            The Honorable Paul S. Grewal
                                             United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28