# EXHIBIT 2
# SCHEDULE 2

Schedule 2: Disputed Issues of Liability for Samsung Intellectual Property Raised During Discovery

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Liability for Samsung Intellectual Property** | | | | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories | | | | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; "S" = Samsung prevailed on disputed issue at trial; "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | | | | |
| 4 | Shaded claims or Products were dropped or withdrawn prior to trial | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | iPhone 3G | iPhone 3GS | iPhone 4 | iPad |
| 8 | Samsung Patents | **First Claim: Infringement of the '604 Patent** | | x | x | x | |
| 9 | | **Second Claim: Infringement of '410 Patent** | | x | x | x | |
| 10 | | **Third Claim: Infringement of '055 Patent** | | x | x | x | x |
| 11 | | **Fourth Claim: Infringement of '871 Patent** | | x | x | x | x |
| 12 | | **Fifth Claim: Infringement of '792 Patent** | | x | x | x | |
| 13 | | **Sixth Claim: Infringement of the '867 Patent** | | x | x | x | |
| 14 | | **Seventh Claim: Infringement of the '001 Patent** | | x | x | x | |
| 15 | | **Eighth Claim: Infringment of the '516 Patent** | | | | | |
| 16 | | Claim 15 | | | | A | |
| 17 | | Claim 16 | | | | A | |
| 18 | | **Ninth Claim: Infringement of the '893 Patent** | | x | A | A | |
| 19 | | **Tenth Claim: Infringement of the '460 Patent** | | | | | |
| 20 | | Claim 1, Literal Infringement | | A | A | A | |
| 21 | | Claim 1, Doctrine of Equivalents | | | A | A | |
| 22 | | **Eleventh Claim: Infringement of the '941 Patent** | | x | x | | |
| 23 | | Claim 10 | | | | A | |
| 24 | | Claim 15 | | | | A | |
| 25 | | **Twelfth Claim: Infringement of the '711 Patent** | | A | A | A | x |
| 26 | | | | | | | |

Schedule 2: Disputed Issues of Liability for Samsung Intellectual Property Raised During Discovery

# Disputed Issues of Liability for Samsung Intellectual Property

"x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories

"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

Shaded claims or Products were dropped or withdrawn prior to trial

| | | | iPad 3G | iPad2 | iPad2 3G | iPod Touch |
|---|---|---|---|---|---|---|
| Samsung Patents | | First Claim: Infringement of the '604 Patent | x | | x | |
| | | Second Claim: Infringement of '410 Patent | x | | x | |
| | | Third Claim: Infringement of '055 Patent | x | x | x | x |
| | | Fourth Claim: Infringement of '871 Patent | x | x | x | x |
| | | Fifth Claim: Infringement of '792 Patent | x | | x | |
| | | Sixth Claim: Infringement of the '867 Patent | x | | x | |
| | | Seventh Claim: Infringement of the '001 Patent | x | | x | |
| | | Eighth Claim: Infringment of the '516 Patent | | | | |
| | | Claim 15 | | | A | |
| | | Claim 16 | | | A | |
| | | Ninth Claim: Infringement of the '893 Patent | | x | A | |
| | | Tenth Claim: Infringement of the '460 Patent | | x | | |
| | | Claim 1, Literal Infringement | | | | |
| | | Claim 1, Doctrine of Equivalents | | | A | |
| | | Eleventh Claim: Infringement of the '941 Patent | x | | | |
| | | Claim 10 | | | A | |
| | | Claim 15 | | | A | |
| | | Twelfth Claim: Infringement of the '711 Patent | x | x | x | x |

Schedule 2: Disputed Issues of Liability for Samsung Intellectual Property Raised During Discovery

|   | A | B | C | L |
|---|---|---|---|---|
| 1 | **Disputed Issues of Liability for Samsung Intellectual Property** | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; "S" = Samsung prevailed on disputed issue at trial; "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | |
| 4 | Shaded claims or Products were dropped or withdrawn prior to trial | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | iPod Touch 4th Gen. |
| 8 | Samsung Patents | **First Claim: Infringement of the '604 Patent** | | |
| 9 | | **Second Claim: Infringement of '410 Patent** | | |
| 10 | | **Third Claim: Infringement of '055 Patent** | | |
| 11 | | **Fourth Claim: Infringement of '871 Patent** | | |
| 12 | | **Fifth Claim: Infringement of '792 Patent** | | |
| 13 | | **Sixth Claim: Infringement of the '867 Patent** | | |
| 14 | | **Seventh Claim: Infringement of the '001 Patent** | | |
| 15 | | **Eighth Claim: Infringment of the '516 Patent** | | |
| 16 | | Claim 15 | | |
| 17 | | Claim 16 | | |
| 18 | | **Ninth Claim: Infringement of the '893 Patent** | | A |
| 19 | | **Tenth Claim: Infringement of the '460 Patent** | | |
| 20 | | Claim 1, Literal Infringement | | A |
| 21 | | Claim 1, Doctrine of Equivalents | | A |
| 22 | | **Eleventh Claim: Infringement of the '941 Patent** | | |
| 23 | | Claim 10 | | |
| 24 | | Claim 15 | | |
| 25 | | **Twelfth Claim: Infringement of the '711 Patent** | | A |
| 26 | | | | |

Schedule 2: Disputed Issues of Liability for Samsung Intellectual Property Raised During Discovery

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **Disputed Issues of Liability for Samsung Intellectual Property** | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w̶" = disputed issue withdrawn in amended or subsequent interrogatories | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; "S" = Samsung prevailed on disputed issue at trial; "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | |
| 4 | Shaded claims or Products were dropped or withdrawn prior to trial | | | |
| 5 | | | | |
| 6 | | | | |
| 27 | | | | |
| 28 | Apple Affirmative Defenses and Counterclaims | Second Affirmative Defense: Patent Invalidity | | |
| 29 | | Second Counterclaim: Declaratory Judgment of Invalidity of the '604 | | x |
| 30 | | Fourth Counterclaim: Declaratory Judgment of Invalidity of the '410 | | x |
| 31 | | Sixth Counterclaim: Declaratory Judgment of Invalidity of the '055 | | x |
| 32 | | Eighth Counterclaim: Declaratory Judgment of Invalidity of the '871 | | x |
| 33 | | Tenth Counterclaim: Declaratory Judgment of Invalidity of the '792 | | x |
| 34 | | Twelfth Counterclaim: Declaratory Judgment of Invalidity of the '867 | | x |
| 35 | | Fourteenth Counterclaim: Declaratory Judgment of Invalidity of the '001 | | x |
| 36 | | Sixteenth Counterclaim: Declaratory Judgment of Invalidity of the '516 | | |
| 37 | | Claim 15 | | S |
| 38 | | Claim 16 | | S |
| 39 | | Eighteenth Counterclaim: Declaratory Judgment of Invalidity of the '893 | | S |
| 40 | | Twentieth Counterclaim: Declaratory Judgment of Invalidity of the '460 | | S |
| 41 | | Twenty-scond Counterclaim: Declaratory Judgment of Invalidity of the '941 | | |
| 42 | | Claim 10 | | S |
| 43 | | Claim 15 | | S |

Schedule 2: Disputed Issues of Liability for Samsung Intellectual Property Raised During Discovery

|  | A | B | C | D |
|---|---|---|---|---|
| 1 | **Disputed Issues of Liability for Samsung Intellectual Property** | | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories | | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; "S" = Samsung prevailed on disputed issue at trial; "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | |
| 4 | Shaded claims or Products were dropped or withdrawn prior to trial | | | |
| 5 | | | | |
| 6 | | | | |
| 44 | **Apple Affirmative Defenses and Counterclaims** | **Twenty-fourth Counterclaim: Declaratory Judgment of Invalidity of the '711** | | S |
| 45 | | **Twenty-fifth Counterclaim: Breach of Contract (FRAND)** | | S |
| 46 | | **Twenty-seventh Counterclaim: Declaratory Judgment that Apple is Licensed to Samsung's Declared-Essentials Patents** | | x |
| 47 | | **Twenty-eight Counterclaim: Anti-Trust, Sherman Act** | | S |
| 48 | | **Twenty-ninth Counterclaim: Unfair Competition, § 17200** | | x |
| 49 | | **Fourth Affirmative Defense: Patent Exhaustion** | | S* ('516), A ('941), x, x, x, x, x, x, x, x, x, x |
| 50 | | | | |

Schedule 2: Disputed Issues of Liability for Samsung Intellectual Property Raised During Discovery

|  | A | B | C |
|---|---|---|---|
| 1 | **Disputed Issues of Liability for Samsung Intellectual Property** | | |
| 2 | "x" = disputed issue asserted through complaint or interrogatories but not litigated at trial; "w" = disputed issue withdrawn in amended or subsequent interrogatories | | |
| 3 | "A" = Apple prevailed on disputed issue at trial; "S" = Samsung prevailed on disputed issue at trial; "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | |
| 4 | Shaded claims or Products were dropped or withdrawn prior to trial | | |
| 5 | | | |
| 6 | | | |
| 52 | TOTAL (unique disputed issues of liability for Samsung IP asserted in complaint or interrogatories) | | 106 |
| 53 | Disputed Issues of Liability for Samsung IP on which Samsung Prevailed at Trial or Post-Trial | | 10 |
| 54 | Disputed Issues of Liability for Samsung IP on which Apple Prevailed at Trial | | 25 |