# EXHIBIT 3
# CORRECTED SCHEDULE 3

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

# Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| Category | Claim | | Captivate | Continuum | Droid Charge | Epic 4G |
|---|---|---|---|---|---|---|
| **Apple Trademark and Trade Dress** | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| | iPhone 3G Trade Dress | | S | S | S | S |
| | iPad Trade Dress | | | | | |
| | iPad 2 Trade Dress | | | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | S | S | S |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | S | S | S | S |
| | | | | | | |
| **Apple Utility Patents** | Ninth Claim: '381 Patent Infringement | | A | A | A | A |
| | Twelfth Claim: '915 Patent Infringement | | A | A | A | A |
| | Fourteenth Claim: '163 Patent Infringement | | S | S | A | A |
| | | | | | | |
| **Apple Design Patents** | Eighteenth Claim: D'305 Patent Infringement | | A | A | A | A |
| | Nineteenth Claim: D'677 Patent Infringement | | | | | |
| | Twentieth Claim: D'889 Patent Infringement | | | | | |
| | Twenty-First Claim: D'087 Patent Infringement | | | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

|   | A | B | C | H | I | J |
|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Liability Tried to a Jury** | | | | | |
| 2 | "A" = Apple prevailed on disputed issue at trial; <br> "S" = Samsung prevailed on disputed issue at trial; <br> "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | | | |
| 3 | | | | | | |
| 4 | | | | Exhibit 4G | Fascinate | Galaxy Ace |
| 5 | Apple Trademark and Trade Dress | Fourth Claim: Trade Dress Dilution (Federal) | | | | |
| 6 | | iPhone 3G Trade Dress | | | A | |
| 7 | | iPad Trade Dress | | | | |
| 8 | | iPad 2 Trade Dress | | | | |
| 9 | | Additional Apple IP Rights "Asserted" Through Interrogatory | | | | |
| 10 | | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| 11 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | S | S |
| 12 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | A | |
| 13 | | | | | | |
| 14 | Apple Utility Patents | Ninth Claim: '381 Patent Infringement | | A | A | A |
| 15 | | Twelfth Claim: '915 Patent Infringement | | A | A | S |
| 16 | | Fourteenth Claim: '163 Patent Infringement | | A | A | A |
| 17 | | | | | | |
| 18 | Apple Design Patents | Eighteenth Claim: D'305 Patent Infringement | | | A | |
| 19 | | Nineteenth Claim: D'677 Patent Infringement | | | A | S |
| 20 | | Twentieth Claim: D'889 Patent Infringement | | | | |
| 21 | | Twenty-First Claim: D'087 Patent Infringement | | | | |
| 22 | | | | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

## Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | A | B | C | Galaxy Prevail | Galaxy S (i9000) | Galaxy S 4G |
|---|---|---|---|---|---|---|
| 5 | Apple Trademark and Trade Dress | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| 6 | | iPhone 3G Trade Dress | | S | A | A |
| 7 | | iPad Trade Dress | | | | |
| 8 | | iPad 2 Trade Dress | | | | |
| 9 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| 10 | | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| 11 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | S | S |
| 12 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | S | A | A |
| 13 | | | | | | |
| 14 | Apple Utility Patents | **Ninth Claim: '381 Patent Infringement** | | A | A | A |
| 15 | | **Twelfth Claim: '915 Patent Infringement** | | A | A | A |
| 16 | | **Fourteenth Claim: '163 Patent Infringement** | | A | A | A |
| 17 | | | | | | |
| 18 | Apple Design Patents | **Eighteenth Claim: D'305 Patent Infringement** | | | A | A |
| 19 | | **Nineteenth Claim: D'677 Patent Infringement** | | | A | A |
| 20 | | **Twentieth Claim: D'889 Patent Infringement** | | | | |
| 21 | | **Twenty-First Claim: D'087 Patent Infringement** | | | A | A |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

|   | A | B | C | N | O | P |
|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Liability Tried to a Jury** | | | | | |
| 2 | "A" = Apple prevailed on disputed issue at trial; "S" = Samsung prevailed on disputed issue at trial; "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | | | |
| 3 | | | | | | |
| 4 | | | | Galaxy S Showcase i500 | Galaxy S II (AT&T) | Galaxy S II (i9100) |
| 5 | Apple Trademark and Trade Dress | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| 6 | | iPhone 3G Trade Dress | | A | S | S |
| 7 | | iPad Trade Dress | | | | |
| 8 | | iPad 2 Trade Dress | | | | |
| 9 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| 10 | | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| 11 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | S | S |
| 12 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | A | S | S |
| 13 | | | | | | |
| 14 | Apple Utility Patents | **Ninth Claim: '381 Patent Infringement** | | | A | A |
| 15 | | **Twelfth Claim: '915 Patent Infringement** | | | A | A |
| 16 | | **Fourteenth Claim: '163 Patent Infringement** | | | A | A |
| 17 | | | | | | |
| 18 | Apple Design Patents | **Eighteenth Claim: D'305 Patent Infringement** | | A | | |
| 19 | | **Nineteenth Claim: D'677 Patent Infringement** | | A | A | A |
| 20 | | **Twentieth Claim: D'889 Patent Infringement** | | | | |
| 21 | | **Twenty-First Claim: D'087 Patent Infringement** | | | S | S |
| 22 | | | | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

# Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | | | Galaxy S II (T-Mobile) | Galaxy S II (Epic 4G Touch) | Galaxy S II (Skyrocket) |
|---|---|---|---|---|---|
| Apple Trademark and Trade Dress | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | |
| | iPhone 3G Trade Dress | | S | S | S |
| | iPad Trade Dress | | | | |
| | iPad 2 Trade Dress | | | | |
| | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | |
| | Infringement of Unregistered iPad/iPad 2 trade dress | | | | |
| | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | S | S | S |
| | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | S | S | S |
| Apple Utility Patents | **Ninth Claim: '381 Patent Infringement** | | | | |
| | **Twelfth Claim: '915 Patent Infringement** | | A | | |
| | **Fourteenth Claim: '163 Patent Infringement** | | A | | |
| Apple Design Patents | **Eighteenth Claim: D'305 Patent Infringement** | | | | |
| | **Nineteenth Claim: D'677 Patent Infringement** | | A | A | A |
| | **Twentieth Claim: D'889 Patent Infringement** | | | | |
| | **Twenty-First Claim: D'087 Patent Infringement** | | | S | S |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

# Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | A | B | T | U |
|---|---|---|---|---|
| | | | Galaxy Tab | Galaxy Tab 10.1 (wifi) |
| 5 | Apple Trademark and Trade Dress | **Fourth Claim: Trade Dress Dilution (Federal)** | | |
| 6 | | iPhone 3G Trade Dress | | |
| 7 | | iPad Trade Dress | | S |
| 8 | | iPad 2 Trade Dress | | S |
| 9 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | |
| 10 | | Infringement of Unregistered iPad/iPad 2 trade dress | | S |
| 11 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | |
| 12 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | |
| 14 | Apple Utility Patents | **Ninth Claim: '381 Patent Infringement** | A | A |
| 15 | | **Twelfth Claim: '915 Patent Infringement** | A | A |
| 16 | | **Fourteenth Claim: '163 Patent Infringement** | A | A |
| 18 | Apple Design Patents | **Eighteenth Claim: D'305 Patent Infringement** | | |
| 19 | | **Nineteenth Claim: D'677 Patent Infringement** | | |
| 20 | | **Twentieth Claim: D'889 Patent Infringement** | | S |
| 21 | | **Twenty-First Claim: D'087 Patent Infringement** | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

|   | A | B | C | V | W | X | Y |
|---|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Liability Tried to a Jury** | | | | | | |
| 2 | "A" = Apple prevailed on disputed issue at trial;<br>"S" = Samsung prevailed on disputed issue at trial;<br>"S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | | | | |
| 3 | | | | | | | |
| 4 | | | | Galaxy Tab 10.1 (LTE) | Gem | Indulge | Infuse 4G |
| 5 | | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| 6 | | iPhone 3G Trade Dress | | | | | S |
| 7 | Apple Trademark and Trade Dress | iPad Trade Dress | | S | | | |
| 8 | | iPad 2 Trade Dress | | S | | | |
| 9 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| 10 | | Infringement of Unregistered iPad/iPad 2 trade dress | | S | | | |
| 11 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | | | S |
| 12 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | | | S |
| 13 | | | | | | | |
| 14 | Apple Utility Patents | **Ninth Claim: '381 Patent Infringement** | | | A | A | A |
| 15 | | **Twelfth Claim: '915 Patent Infringement** | | | A | A | A |
| 16 | | **Fourteenth Claim: '163 Patent Infringement** | | | S | S | A |
| 17 | | | | | | | |
| 18 | Apple Design Patents | **Eighteenth Claim: D'305 Patent Infringement** | | | A | A | A |
| 19 | | **Nineteenth Claim: D'677 Patent Infringement** | | | | | A |
| 20 | | **Twentieth Claim: D'889 Patent Infringement** | | S | | | |
| 21 | | **Twenty-First Claim: D'087 Patent Infringement** | | | | | S |
| 22 | | | | | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

| | A | B | C | Z | AA | AB | AC |
|---|---|---|---|---|---|---|---|
| 1 | **Disputed Issues of Liability Tried to a Jury** | | | | | | |
| 2 | "A" = Apple prevailed on disputed issue at trial;<br>"S" = Samsung prevailed on disputed issue at trial;<br>"S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | | | | |
| 3 | | | | | | | |
| 4 | | | | Intercept | Mesmerize | Nexus S 4G | Replenish |
| 5 | Apple Trademark and Trade Dress | **Fourth Claim: Trade Dress Dilution (Federal)** | | | | | |
| 6 | | iPhone 3G Trade Dress | | | A | | |
| 7 | | iPad Trade Dress | | | | | |
| 8 | | iPad 2 Trade Dress | | | | | |
| 9 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | | | |
| 10 | | Infringement of Unregistered iPad/iPad 2 trade dress | | | | | |
| 11 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | S | | |
| 12 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | A | | |
| 13 | | | | | | | |
| 14 | Apple Utility Patents | **Ninth Claim: '381 Patent Infringement** | | | A | A | A |
| 15 | | **Twelfth Claim: '915 Patent Infringement** | | S | A | A | S |
| 16 | | **Fourteenth Claim: '163 Patent Infringement** | | S | A | S | A |
| 17 | | | | | | | |
| 18 | Apple Design Patents | **Eighteenth Claim: D'305 Patent Infringement** | | | A | | |
| 19 | | **Nineteenth Claim: D'677 Patent Infringement** | | | A | | |
| 20 | | **Twentieth Claim: D'889 Patent Infringement** | | | | | |
| 21 | | **Twenty-First Claim: D'087 Patent Infringement** | | | | | |
| 22 | | | | | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

| | A | B | C | AD | AE |
|---|---|---|---|---|---|
| 1 | **Disputed Issues of Liability Tried to a Jury** | | | | |
| 2 | "A" = Apple prevailed on disputed issue at trial; "S" = Samsung prevailed on disputed issue at trial; "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | | |
| 3 | | | | | |
| 4 | | | | Transform | Vibrant |
| 5 | Apple Trademark and Trade Dress | **Fourth Claim: Trade Dress Dilution (Federal)** | | | |
| 6 | | iPhone 3G Trade Dress | | | A |
| 7 | | iPad Trade Dress | | | |
| 8 | | iPad 2 Trade Dress | | | |
| 9 | | **Additional Apple IP Rights "Asserted" Through Interrogatory** | | | |
| 10 | | Infringement of Unregistered iPad/iPad 2 trade dress | | | |
| 11 | | Dilution of iPhone Trade Dress [combination IP right asserted in rog 5] [asserted in Rog 70] | | | S |
| 12 | | Dilution of U.S. Trademark Reg. No. 3,470,983 Trade Dress ('983) [asserted in Rog 70] | | | A |
| 13 | | | | | |
| 14 | Apple Utility Patents | **Ninth Claim: '381 Patent Infringement** | | | A |
| 15 | | **Twelfth Claim: '915 Patent Infringement** | | A | A |
| 16 | | **Fourteenth Claim: '163 Patent Infringement** | | S | S |
| 17 | | | | | |
| 18 | Apple Design Patents | **Eighteenth Claim: D'305 Patent Infringement** | | | A |
| 19 | | **Nineteenth Claim: D'677 Patent Infringement** | | | A |
| 20 | | **Twentieth Claim: D'889 Patent Infringement** | | | |
| 21 | | **Twenty-First Claim: D'087 Patent Infringement** | | | A |
| 22 | | | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

# Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | A | B | D |
|---|---|---|---|
| 23 | Samsung Affirmative Defenses and Counterclaims | Third Affirmative Defense: Patent Invalidity | A ('381), A ('915), A ('163), A (D'677), A (D'087), A (D'305), A (D'889) |
| 24 | | Fourteenth Counterclaim: Declaration of Invalidity of the '828, '002, '381, '915, '891, '607, '163, '129, 'D790, 'D334, 'D305, 'D087, 'D677, 'D270, and 'D889 Patents | |
| 25 | | Fourth Affirmative Defense: No Valid Trademark or Trade Dress | A (unregistered iPhone 3G trade dress), S (unregistered combination iPhone trade dress), S (unregistered iPad/iPad2 trade dress) |
| 26 | | Eighteenth Claim for Relief: Declaration of Invalidity of the '983, '218, '327, '196, '642, '200, '685, '169, '197, and '038 Registrations and the '463, '838, '829, '869, and '118 Applications | A ('983) |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

# Disputed Issues of Liability Tried to a Jury

"A" = Apple prevailed on disputed issue at trial;
"S" = Samsung prevailed on disputed issue at trial;
"S*" = The Court granted JMOL of no exhaustion as to the '516 patent

| | Category | Claim | | iPhone 3G | iPhone 3GS | iPhone 4 | iPad2 3G |
|---|---|---|---|---|---|---|---|
| 29 | Samsung Patents | **Eighth Claim: Infringment of the '516 Patent** (Claims 15 and 16) | | | | | |
| 30 | | Claim 15 | | | | A | A |
| 31 | | Claim 16 | | | | A | A |
| 32 | | **Ninth Claim: Infringement of the '893 Patent** | | | A | A | A |
| 33 | | **Tenth Claim: Infringement of the '460 Patent** | | | | | |
| 34 | | Claim 1, Literal Infringement | | A | A | A | |
| 35 | | Claim 1, Doctrine of Equivalents | | | A | A | A |
| 36 | | **Eleventh Claim: Infringement of the '941 Patent** | | | | | |
| 37 | | Claim 10 | | | | A | A |
| 38 | | Claim 15 | | | | A | A |
| 39 | | **Twelfth Claim:  Infringement of the '711 Patent** | | A | A | A | |
| 40 | | | | | | | |
| 41 | Apple Affirmative Defenses and Counterclaims | **Sixteenth Counterclaim: Declaratory Judgment of Invalidity of the '516** | | | | | |
| 42 | | Claim 15 | | S | | | |
| 43 | | Claim 16 | | S | | | |
| 44 | | **Eighteenth Counterclaim: Declaratory Judgment of Invalidity of the '893** | | S | | | |
| 45 | | **Twentieth Counterclaim: Declaratory Judgment of Invalidity of the '460** | | S | | | |
| 46 | | **Twenty-scond Counterclaim: Declaratory Judgment of Invalidity of the '941** | | | | | |
| 47 | | Claim 10 | | S | | | |
| 48 | | Claim 15 | | S | | | |
| 49 | | **Twenty-fourth Counterclaim: Declaratory Judgment of Invalidity of the '711** | | S | | | |
| 50 | | **Twenty-fifth Counterclaim: Breach of Contract (FRAND)** | | S | | | |
| 51 | | **Twenty-eight Counterclaim: Anti-Trust, Sherman Act** | | S | | | |
| 52 | | **Fourth Affirmative Defense: Patent Exhaustion** | | S* ('516), A ('941) | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

| | A | B | C | H | I |
|---|---|---|---|---|---|
| 1 | **Disputed Issues of Liability Tried to a Jury** | | | | |
| 2 | "A" = Apple prevailed on disputed issue at trial; <br> "S" = Samsung prevailed on disputed issue at trial; <br> "S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | | | |
| 3 | | | | | |
| 28 | | | | **iPod Touch 4th Gen.** | |
| 29 | **Samsung Patents** | **Eighth Claim: Infringment of the '516 Patent** (Claims 15 and 16) | | | |
| 30 | | Claim 15 | | | |
| 31 | | Claim 16 | | | |
| 32 | | **Ninth Claim: Infringement of the '893 Patent** | | A | |
| 33 | | **Tenth Claim: Infringement of the '460 Patent** | | | |
| 34 | | Claim 1, Literal Infringement | | A | |
| 35 | | Claim 1, Doctrine of Equivalents | | A | |
| 36 | | **Eleventh Claim: Infringement of the '941 Patent** | | | |
| 37 | | Claim 10 | | | |
| 38 | | Claim 15 | | | |
| 39 | | **Twelfth Claim:  Infringement of the '711 Patent** | | A | |
| 40 | | | | | |
| 41 | **Apple Affirmative Defenses and Counterclaims** | **Sixteenth Counterclaim: Declaratory Judgment of Invalidity of the '516** | | | |
| 42 | | Claim 15 | | | |
| 43 | | Claim 16 | | | |
| 44 | | **Eighteenth Counterclaim: Declaratory Judgment of Invalidity of the '893** | | | |
| 45 | | **Twentieth Counterclaim: Declaratory Judgment of Invalidity of the '460** | | | |
| 46 | | **Twenty-scond Counterclaim: Declaratory Judgment of Invalidity of the '941** | | | |
| 47 | | Claim 10 | | | |
| 48 | | Claim 15 | | | |
| 49 | | **Twenty-fourth Counterclaim: Declaratory Judgment of Invalidity of the '711** | | | |
| 50 | | **Twenty-fifth Counterclaim: Breach of Contract (FRAND)** | | | |
| 51 | | **Twenty-eight Counterclaim: Anti-Trust, Sherman Act** | | | |
| 52 | | **Fourth Affirmative Defense: Patent Exhaustion** | | | |

Corrected Schedule 3: Disputed Issues of Liability Tried To A Jury

|   | A | B | C |
|---|---|---|---|
| 1 | **Disputed Issues of Liability Tried to a Jury** | | |
| 2 | "A" = Apple prevailed on disputed issue at trial;<br>"S" = Samsung prevailed on disputed issue at trial;<br>"S*" = The Court granted JMOL of no exhaustion as to the '516 patent | | |
| 3 | | | |
| 53 | | | |
| 54 | | | |
| 55 | **TOTAL (unique disputed issues of liability litigated at trial)** | | **209** |
| 56 | **Disputed Issues of Liability on which Apple Prevailed at Trial** | | **132** |
| 57 | **Disputed Issues of Liability on which Samsung Prevailed at Trial or Post-Trial** | | **77** |