QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SUPPLEMENTAL DECLARATION OF SARA JENKINS IN SUPPORT OF SAMSUNG'S RESPONSE TO  APPLE'S AMENDED BILL OF COSTS**<br><br>**Place**:  Courtroom 8, 4th Floor<br>**Judge**:  Hon. Lucy H. Koh |

1      I, Sara Jenkins, hereby declare as follows:

2      1.     I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this supplemental Declaration in support of Samsung's Response to Apple's Amended Bill of Costs.  I have knowledge of the facts set forth in this declaration, except as otherwise specified, and I could and would testify competently thereto if called to do so.

3      2.     Counsel for Samsung and Apple met and conferred on February 19, 2014 in an attempt to resolve Samsung's objections to Apple's Amended Bill of Costs.  Those efforts did not resolve Samsung's objections.

4      3.     In its Bill of Costs and Amended Bill of Costs, Apple claims costs for the expedited processing for the transcription of many of its deposition transcripts.  (*See* Krevans Decl. ¶ 11, Schedule A-1; Exhibit A-1 to the Krevans Declaration and Amended Schedule A-1 to the Supp. Krevans Decl.)  Apple's Amended Schedule A-1 amended the descriptions of Apple's costs related to the expedited processing for transcription of some of its deposition transcripts.  (*See* Krevans Decl. ¶ 11, Amended Schedule A-1.)  Attached hereto as Schedule 4 is a spreadsheet I prepared itemizing the costs that Apple has claimed for the expedited processing of transcription of deposition transcripts in its Amended Schedule A-1.  Apple's Amended Schedule A-1 describes certain costs for depositions as "pro-rated" where the original invoices contained costs for more than one deponent and Apple has split and attributed those costs across multiple deponents.  For consistency, the attached Schedule 4 refers to those same charges as "pro-rated."  The sum of expedited processing of transcription of deposition transcripts reflected on Apple's Amended Schedule A-1 is $122,931.20.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on February 20, 2014.

*/s/ Sara Jenkins*
Sara Jenkins

-1-        Case No. 11-cv-01846-LHK
SUPPLEMENTAL JENKINS DECLARATION ISO SAMSUNG'S RESPONSE TO APPLE'S AMENDED BILL OF COSTS

1 | **GENERAL ORDER ATTESTATION**

2

3    I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

4 foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the

5 electronic filing of this document has been obtained from Sara Jenkins.

6

7

8                                                      */s/ Victoria F. Maroulis*
                                                       Victoria F. Maroulis