# SCHEDULE 4

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 8/12/2011 | 072611-52496 | TSG Reporting | RICHARD LUTTON (7/26/2011) | |
| | | | (Expedited Transcript) | 1,207.50 |
| 8/12/2011 | 072711-52500 | TSG Reporting | SISSIE TWIGGS (7/27/2011) | |
| | | | (Expedited Transcript) | 763.00 |
| 8/24/2011 | 080311-52709 | TSG Reporting | CHRISTOPHER STRINGER (8/3/2011) | |
| | | | (Expedited Transcript) | 1,204.50 |
| 8/24/2011 | 080511-52713 | TSG Reporting | COOPER WOODRING (8/5/2011) | |
| | | | (Expedited Transcript) | 1,116.90 |
| 8/24/2011 | 080911-52717 | TSG Reporting | BAS ORDING (8/9/2011) | |
| | | | (Expedited Transcript) | 616.00 |
| 8/31/2011 | 081611-53213 | TSG Reporting | RAVIN BALAKRISHNAN (8/16/2011) | |
| | | | (Expedited Transcript) | 1,244.65 |
| 9/30/2011 | 090911-100306 | TSG Reporting | NICHOLAS GODICI (9/9/2011) | |
| | | | (Expedited Transcript) | 693.50 |
| 9/30/2011 | 091411-100308 | TSG Reporting | MICHAEL WAGNER (9/14/2011) | |
| | | | (Expedited Transcript) | 927.10 |
| 9/30/2011 | 091411-100581 | TSG Reporting | ANDRES VAN DAM (9/14/2011) | |
| | | | (Expedited Transcript) | 854.10 |
| 9/30/2011 | 091511-100312 | TSG Reporting | ITAY SHERMAN (9/15/2011) | |
| | | | (Expedited Transcript) | 1,200.85 |
| 9/30/2011 | 091711-100316 | TSG Reporting | BENJAMIN BEDERSON (9/17/2011) | |
| | | | (Expedited Transcript) | 824.90 |
| 9/30/2011 | 092011-100585 | TSG Reporting | OMAR KHAN (9/20/2011) | |
| | | | (Expedited Transcript) | 879.65 |
| 9/30/2011 | 092111-100589 | TSG Reporting | JUSTIN DENISON (9/21/2011) | |
| | | | (Expedited Transcript) | 1,266.55 |
| 9/30/2011 | 092311-100593 | TSG Reporting | ROGER FIDLER (9/23/2011) | |
| | | | (Expedited Transcript) | 1,262.90 |
| 10/17/2011 | 102011-99838 | TSG Reporting | BRIAN LAND (10/20/2011) | |
| | | | (Expedited Transcript) | 554.80 |

SCHEDULE 4

Apple's Claimed Costs For the Expediting of Deposition Transcripts

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 10/19/2011 | 100511-101022 | TSG Reporting | ROBERT BEYERS (10/5/2011) | |
| | | | (Expedited Transcript Pro-Rated) | 423.40 |
| 10/19/2011 | 100511-101022 | TSG Reporting | GARY WILLIAMS (10/5/2011) | |
| | | | (Expedited Transcript Pro-Rated) | 423.40 |
| 10/19/2011 | 092611-101000 | TSG Reporting | JEFFREY JOHNSON (9/26/2011) | |
| | | | (Expedited Transcript) | 565.75 |
| 10/19/2011 | 093011-101006 | TSG Reporting | BILLY ALLEN (9/30/2011) | |
| | | | (Expedited Transcript) | 445.30 |
| 10/19/2011 | 093011-101010 | TSG Reporting | JUDITH SZEPESI (9/30/2011) | |
| | | | (Expedited Transcript) | 383.25 |
| 10/19/2011 | 100311-101014 | TSG Reporting | KENNETH XIE (10/3/2011) | |
| | | | (Expedited Transcript) | 357.70 |
| 10/19/2011 | 100311-101018 | TSG Reporting | JEREMY SCHWEIGERT (10/3/2011) | |
| | | | (Expedited Transcript) | 321.20 |
| 10/19/2011 | 100711-101026 | TSG Reporting | TATIANA ROSSIN (10/7/2011) | |
| | | | (Expedited Transcript) | 481.80 |
| 10/31/2011 | 102011-101466 | TSG Reporting | PETER RUSSELL-CLARKE (10/20/2011) | |
| | | | (Expedited Transcript) | 532.90 |
| 10/31/2011 | 101811-101462 | TSG Reporting | BRIAN HUPPI (10/18/2011) | |
| | | | (Expedited Transcript) | 722.70 |
| 10/31/2011 | 101811-101458 | TSG Reporting | FREDDY ANZURES (10/18/2011) | |
| | | | (Expedited Transcript) | 766.50 |
| 10/31/2011 | 101411-101446 | TSG Reporting | IMRAN CHAUDHRI (10/14/2011) | |
| | | | (Expedited Transcript) | 938.05 |
| 10/31/2011 | 101411-101450 | TSG Reporting | SCOTT HERZ (10/14/2011) | |
| | | | (Expedited Transcript) | 649.70 |
| 10/31/2011 | 101811-101454 | TSG Reporting | ANDREW PLATZER (10/18/2011) | |
| | | | (Expedited Transcript) | 525.60 |
| 10/31/2011 | 101211-101426 | TSG Reporting | ALEX CHARTOVE (10/12/2011) | |
| | | | (Expedited Transcript) | 372.30 |

SCHEDULE 4

Apple's Claimed Costs For the Expediting of Deposition Transcripts

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 10/31/2011 | 101211-101430 | TSG Reporting | BRIAN McKNIGHT (10/12/2011) | |
| | | | (Expedited Transcript) | 438.00 |
| 10/31/2011 | 101311-101434 | TSG Reporting | JOHN ELIAS (10/13/2011) | |
| | | | (Expedited Transcript) | 719.05 |
| 10/31/2011 | 101411-101438 | TSG Reporting | STEPHEN LEMAY (10/14/2011) | |
| | | | (Expedited Transcript) | 664.30 |
| 10/31/2011 | 101411-101442 | TSG Reporting | CHRIS BLUMENBERG (10/14/2011) | |
| | | | (Expedited Transcript) | 693.50 |
| 10/31/2011 | 100711-101414 | TSG Reporting | TRACY-GENE DURKIN (10/7/2011) | |
| | | | (Expedited Transcript) | 1,394.30 |
| 10/31/2011 | 101011-101418 | TSG Reporting | GREGORY WEAVER (10/10/2011) | |
| | | | (Expedited Transcript) | 474.50 |
| 10/31/2011 | 101011-101422 | TSG Reporting | GLENN KUBOTA (10/10/2011) | |
| | | | (Expedited Transcript) | 452.60 |
| 10/31/2011 | 100511-101402 | TSG Reporting | MARK PELOQUIN (10/5/2011) | |
| | | | (Expedited Transcript) | 259.15 |
| 10/31/2011 | 100611-101406 | TSG Reporting | MICHAEL MALLIE (10/6/2011) | |
| | | | (Expedited Transcript) | 295.65 |
| 10/31/2011 | 100611-101410 | TSG Reporting | ERIN WONG (10/6/2011) | |
| | | | (Expedited Transcript) | 671.60 |
| 10/31/2011 | 100411-101398 | TSG Reporting | JAMES SCHELLER (10/4/2011) | |
| | | | (Expedited Transcript) | 452.60 |
| 11/17/2011 | 102111-99842 | TSG Reporting | DANIELE De LULIIS (10/21/2011) | |
| | | | (Expedited Transcript) | 730.00 |
| 11/17/2011 | 101811-99834 | TSG Reporting | GREG CHRISTIE (10/18/2011) | |
| | | | (Expedited Transcript) | 868.70 |
| 11/17/2011 | 102111-99846 | TSG Reporting | RICO ZORKENDORFER (10/21/2011) | |
| | | | (Expedited Transcript) | 419.75 |
| 11/17/2011 | 102111-99850 | TSG Reporting | STEVEN HOTELLING (10/21/2011) | |
| | | | (Expedited Transcript) | 861.40 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 11/17/2011 | 102411-99856 | TSG Reporting | MATTHEW ROHRBACH (10/24/2011) | |
| | | | (Expedited Transcript) | 580.35 |
| 11/17/2011 | 102511-99860 | TSG Reporting | QUIN HOELLWARTH (10/25/2011) | |
| | | | (Expedited Transcript) | 1,295.75 |
| 11/17/2011 | 102511-99864 | TSG Reporting | BAS ORDING (10/25/2011) | |
| | | | (Expedited Transcript) | 602.25 |
| 11/17/2011 | 102611-99868 | TSG Reporting | STEVEN (TODD) CHRISTENSEN (10/26/2011) | |
| | | | (Expedited Transcript) | 722.70 |
| 11/17/2011 | 102611-99872 | TSG Reporting | DUNCAN KERR (10/26/2011) | |
| | | | (Expedited Transcript) | 299.30 |
| 11/21/2011 | 102611-99878 | TSG Reporting | BARTLEY ANDRE (10/26/2011) | |
| | | | (Expedited Transcript) | 124.10 |
| 11/21/2011 | 102611-99882 | TSG Reporting | ANDRE BOULE (10/26/2011) | |
| | | | (Expedited Transcript) | 485.45 |
| 11/21/2011 | 102611-99886 | TSG Reporting | MARCEL VAN OS (10/26/2011) | |
| | | | (Expedited Transcript) | 500.05 |
| 11/21/2011 | 102711-99890 | TSG Reporting | SCOTT FORSTALL (10/27/2011) | |
| | | | (Expedited Transcript) | 832.20 |
| 11/21/2011 | 102711-99894 | TSG Reporting | DANIEL COSTER (10/27/2011) | |
| | | | (Expedited Transcript) | 233.60 |
| 11/21/2011 | 102711-99898 | TSG Reporting | EUGENE WHANG (10/27/2011) | |
| | | | (Expedited Transcript) | 375.95 |
| 11/21/2011 | 102811-99902 | TSG Reporting | RICHARD WILLIAMSON (10/28/2011) | |
| | | | (Expedited Transcript) | 627.80 |
| 11/21/2011 | 103111-99906 | TSG Reporting | WAYNE WESTERMAN (10/31/2011) | |
| | | | (Expedited Transcript) | 711.75 |
| 11/21/2011 | 103111-99910 | TSG Reporting | RICHARD HOWARTH (10/31/20111) | |
| | | | (Expedited Transcript) | 1,113.25 |
| 11/21/2011 | 110411-99914 | TSG Reporting | CHRISTOPHER STRINGER (11/4/2011) | |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| | | | (Expedited Transcript) | 467.20 |
| 11/21/2011 | 110811-99918 | TSG Reporting | DOUGLAS SATZGER (11/8/2011) | |
| | | | (Expedited Transcript) | 383.25 |
| 12/13/2011 | 102011-103603 | TSG Reporting | JOSHUA STRICKTON (10/20/2011) | |
| | | | (Expedited Transcript) | 1,007.40 |
| 12/28/2011 | 120111-104007 | TSG Reporting | JONATHAN IVE (12/1/2011) | |
| | | | (Expedited Transcript) | 945.35 |
| 1/25/2012 | 011112-105741 | TSG Reporting | BO-RA KIM (1/11/2012) | |
| | | | (Expedited Transcript) | 438.00 |
| 1/25/2012 | 011112-105745 | TSG Reporting | AHYOUNG KIM (1/11/2012) | |
| | | | (Expedited Transcript) | 456.25 |
| 1/25/2012 | 011212-105749 | TSG Reporting | WOO KYUN KHO (1/12/2012) | |
| | | | (Expedited Transcript) | 511.00 |
| 1/31/2012 | 011412-105989 | TSG Reporting | NARA CHO (1/14/2012) | |
| | | | (Expedited Transcript) | 361.35 |
| 1/31/2012 | 011412-105993 | TSG Reporting | JUNHO PARK (1/14/2012) | |
| | | | (Expedited Transcript) | 343.10 |
| 1/31/2012 | 011912-105999 | TSG Reporting | SHAWN DAY (Synaptics) (1/19/2012) | |
| | | | (Expedited Transcript) | 478.15 |
| 1/31/2012 | 011912-106003 | TSG Reporting | RICHARD WOOLLEY (Cirque) (1/19/2012) | |
| | | | (Expedited Transcript) | 762.85 |
| 2/10/2012 | 012412-106755 | TSG Reporting | TIMOTHY SHEPPARD (1/24/2012) | |
| | | | (Expedited Transcript) | 664.30 |
| 2/10/2012 | 012512-106759 | TSG Reporting | JUSTIN DENISON (1/25/2012) | |
| | | | (Expedited Transcript) | 795.70 |
| 2/10/2012 | 012712-106763 | TSG Reporting | BRIAN ROSENBERG (1/27/2012) | |
| | | | (Expedited Transcript) | 434.35 |
| 2/13/2012 | 012712-106983 | TSG Reporting | JAEGWAN SHIN (1/27/2012) | |
| | | | (Expedited Transcript) | 438.00 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 2/15/2012 | 2698 | American Realtime | JIN SOO KIM [Korea] (2/2/2012) | |
| | | | (Expedited Transcript) | 436.00 |
| 2/16/2012 | 2703 | American Realtime | JUNG MIN YEO [Korea] (2/2/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 336.00 |
| 2/16/2012 | 2703 | American Realtime | YOUNG SOON LEE [Korea] (2/7/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 336.00 |
| 2/16/2012 | 2703 | American Realtime | HAN GIL SONG [Korea] (2/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 336.00 |
| 2/16/2012 | 2703 | American Realtime | MIN KYUNG KIM [Korea] (2/10/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 336.00 |
| 2/16/2012 | 2705 | American Realtime | JEE YEUN WANG [Korea] (2/2/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 425.33 |
| 2/16/2012 | 2705 | American Realtime | SUN YOUNG YI [Korea] (2/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 425.33 |
| 2/16/2012 | 2705 | American Realtime | KIHYUNG NAM [Korea] (2/10/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 425.34 |
| 2/27/2012 | 2720 | American Realtime | GI YOUNG LEE [Korea] (2/16/2012) | |
| | | | (Expedited Transcript) | 248.00 |
| 2/27/2012 | 2725 | American Realtime | BYUNGWOOK KIM [Korea] (2/15/2012) | |
| | | | (Expedited Transcript) | 212.00 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 2/27/2012 | 2728 | American Realtime | DON JOO LEE [Korea] (2/17/2012) | |
| | | | (Expedited Transcript) | 808.00 |
| 2/29/2012 | 020112-108359 | TSG Reporting | QI LING (2/1/2012) | |
| | | | (Expedited Transcript) | 281.05 |
| 2/29/2012 | 020712-108416 | TSG Reporting | JONATHAN IVE (Continuation) (2/7/2012) | |
| | | | (Expedited Transcript) | 277.40 |
| 2/29/2012 | 021012-108365 | TSG Reporting | JOHN TERNUS (2/10/2012) | |
| | | | (Expedited Transcript) | 233.60 |
| 2/29/2012 | 021612-108372 | TSG Reporting | RICHARD DINH (2/16/2012) | |
| | | | (Expedited Transcript) | 905.20 |
| 2/29/2012 | 021712-108376 | TSG Reporting | PHILLIP SCHILLER (2/17/2012) | |
| | | | (Expedited Transcript) | 1,470.95 |
| 2/29/2012 | 021712-108380 | TSG Reporting | DOO JU BYUN (2/17/2012) | |
| | | | (Expedited Transcript) | 135.05 |
| 2/29/2012 | 022112-108384 | TSG Reporting | STANELY NG (2/21/2012) | |
| | | | (Expedited Transcript) | 565.75 |
| 2/29/2012 | 022212-108388 | TSG Reporting | JARED GOLSER (2/22/2012) | |
| | | | (Expedited Transcript) | 773.80 |
| 3/4/2012 | 2741 | American Realtime | SANGUEN LEE [Korea] (2/24/2012) | |
| | | | (Expedited Transcript) | 336.00 |
| 3/4/2012 | 2744 | American Realtime | YUN JUNG LEE [Korea] (2/23/2012) | |
| | | | (Expedited Transcript) | 168.00 |
| 3/16/2012 | 2781 | American Realtime | DONG SUB KIM [Korea] (2/28/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/16/2012 | 2781 | American Realtime | HEON SEOK LEE [Korea] (2/29/2012) | |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/16/2012 | 2781 | American Realtime | SUNG SIK LEE [Korea] (3/1/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/16/2012 | 2781 | American Realtime | MINCHEOL SCHIN [Korea] (3/2/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/16/2012 | 2782 | American Realtime | SEUNG HUN YOO [Korea] (2/28/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 265.00 |
| 3/16/2012 | 2782 | American Realtime | HYOUNG SHIN PARK [Korea] (2/29/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 265.00 |
| 3/16/2012 | 2782 | American Realtime | DAEWOON MYOUNG [Korea] (2/29/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 265.00 |
| 3/16/2012 | 2782 | American Realtime | SEOG GUEN KIM Vol. 2 [Korea] (3/2/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 265.00 |
| 3/16/2012 | 2784 | American | SEOG GUEN KIM Vol. 1 [Korea] (2/29/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 480.00 |
| 3/16/2012 | 2784 | American Realtime | MIN HYOUK LEE [Korea] (3/2/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 480.00 |
| 3/17/2012 | 2810 | American Realtime | SEHYUN KIM [Korea] (3/3/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 98.66 |
| 3/17/2012 | 2810 | American Realtime | HANSOO JUNG [Korea] (3/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 98.67 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 3/17/2012 | 2810 | American Realtime | KIWON LEE [Korea] (3/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 98.67 |
| 3/17/2012 | 2812 | American Realtime | WOO KYUN KHO [Korea] (3/4/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/17/2012 | 2812 | American Realtime | DONG HOON CHANG [Korea] (3/7/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/17/2012 | 2812 | American Realtime | JOON-II CHOI [Korea] (3/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/17/2012 | 2812 | American Realtime | KYU HYUK LEE [Korea] (3/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 389.00 |
| 3/17/2012 | 2815 | American Realtime | HYE JUNG LEE [Korea] (3/6/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 359.20 |
| 3/17/2012 | 2815 | American Realtime | SEUNG YUN LEE [Korea] (3/7/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 359.20 |
| 3/17/2012 | 2815 | American Realtime | SEONG HEE HWANG [Korea] (3/7/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 359.20 |
| 3/17/2012 | 2815 | American Realtime | OH CHAE KWON [Korea] (3/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 359.20 |
| 3/17/2012 | 2815 | American Realtime | JAEH WANG SIM [Korea] (3/10/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 359.20 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 3/17/2012 | 2817 | American Realtime | HYUN GOO WOO [Korea] (3/6/2012) | |
| | | | (Expedited Transcript) | 244.00 |
| 3/17/2012 | 2819 | American Realtime | MIN SUK KIM [Korea] (3/7/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 272.00 |
| 3/17/2012 | 2819 | American Realtime | IN TAE KIM [Korea] (InfraWare) (3/7/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 272.00 |
| 3/17/2012 | 2819 | American Realtime | JONG DAE PARK [Korea] (3/8/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 272.00 |
| 3/28/2012 | 022212-109315 | TSG Reporting | TIMOTHY BENNER (2/22/2012) | |
| | | | (Expedited Transcript) | 627.80 |
| 3/28/2012 | 022112-109313 | TSG Reporting | MICHAEL TCHAO (2/21/2012) | |
| | | | (Expedited Transcript) | 817.60 |
| 3/28/2012 | 022312-109455 | TSG Reporting | MARK BUCKLEY (2/23/2012) | |
| | | | (Expedited Transcript) | 718.20 |
| 3/28/2012 | 022412-109321 | TSG Reporting | ERIC JUE (2/24/2012) | |
| | | | (Expedited Transcript) | 865.05 |
| 3/28/2012 | 022812-109325 | TSG Reporting | MARK LEE (2/28/2012) | |
| | | | (Expedited Transcript) | 543.85 |
| 3/28/2012 | 022812-109329 | TSG Reporting | SUZANNE LINDBERG (2/28/2012) | |
| | | | (Expedited Transcript) | 427.05 |
| 3/28/2012 | 022812-109333 | TSG Reporting | PHIL HOBSON (2/28/2012) | |
| | | | (Expedited Transcript) | 799.35 |
| 3/28/2012 | 022812-109337 | TSG Reporting | TAMARA WHITESIDE (2/28/2012) | |
| | | | (Expedited Transcript) | 1,065.80 |
| 3/28/2012 | 022912-109341 | TSG Reporting | FLETCHER ROTHKOPF (2/29/2012) | |
| | | | (Expedited Transcript) | 846.80 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---:|
| 3/28/2012 | 022912-109343 | TSG Reporting | COREY KERSTETTER (2/29/2012) | |
| | | | (Expedited Transcript) | 160.60 |
| 3/28/2012 | 022912-109347 | TSG Reporting | DONG SEOK RYU (2/29/2012) | |
| | | | (Expedited Transcript) | 343.10 |
| 3/28/2012 | 022912-109458 | TSG Reporting | TIMOTHY SHEPPARD (2/29/2012) | |
| | | | (Expedited Transcript) | 649.70 |
| 3/28/2012 | 030112-109353 | TSG Reporting | WEI CHEN (3/1/2012) | |
| | | | (Expedited Transcript) | 208.05 |
| 3/28/2012 | 030112-109357 | TSG Reporting | ACHIM PANTFOERDER (3/1/2012) | |
| | | | (Expedited Transcript) | 383.25 |
| 3/28/2012 | 030112-109361 | TSG Reporting | JASON SKINDER (3/1/2012) | |
| | | | (Expedited Transcript) | 365.00 |
| 3/28/2012 | 030112-109435 | TSG Reporting | KEN PARK (PanTech) (3/1/2012) | |
| | | | (Expedited Transcript) | 216.60 |
| 3/28/2012 | 030212-109365 | TSG Reporting | ARTHUR RANGEL (3/2/2012) | |
| | | | (Expedited Transcript) | 700.80 |
| 3/28/2012 | 030212-109369 | TSG Reporting | TANG YEW TAN (3/2/2012) | |
| | | | (Expedited Transcript) | 386.90 |
| 3/28/2012 | 030512-109373 | TSG Reporting | GEOFF SHAVEY (CostCo) (3/5/2012) | |
| | | | (Expedited Transcript) | 156.95 |
| 3/28/2012 | 030512-109377 | TSG Reporting | STEPHEN ZADESKY (3/5/2012) | |
| | | | (Expedited Transcript) | 529.25 |
| 3/28/2012 | 030512-109381 | TSG Reporting | ANTHONY WRIGHT (Dell) (3/5/2012) | |
| | | | (Expedited Transcript) | 302.95 |
| 3/28/2012 | 030512-109385 | TSG Reporting | LAUREN ANN ROGERS (Kyocera) (3/5/2012) | |
| | | | (Expedited Transcript) | 211.70 |
| 3/28/2012 | 030512-109389 | TSG Reporting | ROBERT BRUNNER (3/5/2012) | |
| | | | (Expedited Transcript) | 394.20 |
| 3/28/2012 | 030612-109393 | TSG Reporting | CREIG ANDERSON (Radio Shack) (3/6/2012) | |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| | | | (Expedited Transcript) | 397.85 |
| 3/28/2012 | 030612-109397 | TSG Reporting | CHRISTOPHER HARRIS (3/6/2012) | |
| | | | (Expedited Transcript) | 175.20 |
| 3/28/2012 | 030612-109401 | TSG Reporting | CHRISTOPHER HOOD (3/6/2012) | |
| | | | (Expedited Transcript) | 313.90 |
| 3/28/2012 | 030612-109440 | TSG Reporting | LANCE CORNISH (ZTE) (3/6/2012) | |
| | | | (Expedited Transcript) | 165.30 |
| 3/28/2012 | 030612-109445 | TSG Reporting | AMY LESLIE (Olympus) (3/6/2012) | |
| | | | (Expedited Transcript) | 102.60 |
| 3/28/2012 | 030712-109405 | TSG Reporting | RICHARD GIOSCIA (Palm) (3/7/2012) | |
| | | | (Expedited Transcript) | 361.35 |
| 3/28/2012 | 030712-109450 | TSG Reporting | SEAN ROARTY (3/7/2012) | |
| | | | (Expedited Transcript) | 464.55 |
| 3/28/2012 | 030812-109407 | TSG Reporting | LOI KIM LAM (3/8/2012) | |
| | | | (Expedited Transcript) | 481.80 |
| 3/28/2012 | 030812-109413 | TSG Reporting | STEVE BEYER (3/8/2012) | |
| | | | (Expedited Transcript) | 646.05 |
| 3/28/2012 | 030812-109417 | TSG Reporting | STEPHANIE CHEN (TBWA/MAL) (3/8/2012) | |
| | | | (Expedited Transcript) | 974.55 |
| 3/28/2012 | 030812-109421 | TSG Reporting | GRANT YU (FancyModels) (3/8/2012) | |
| | | | (Expedited Transcript) | 525.60 |
| 3/28/2012 | 030812-109423 | TSG Reporting | SANG HUNG (3/8/2012) | |
| | | | (Expedited Transcript) | 412.45 |
| 3/28/2012 | 030812-109429 | TSG Reporting | CHRIS PREST (3/8/2012) | |
| | | | (Expedited Transcript) | 368.65 |
| 3/28/2012 | 030812-109465 | TSG Reporting | BJ WATROUS (3/8/2012) | |
| | | | (Expedited Transcript) | 327.75 |
| 3/30/2012 | 030712-110643 | TSG Reporting | MONICA KARO (OMD) (3/7/2012) | |
| | | | (Expedited Transcript) | 602.25 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 3/30/2012 | 030712-109902 | TSG Reporting | DANIEL MAUNEY (Human Centrics) (3/7/2012) | |
| | | | (Expedited Transcript) | 513.00 |
| 3/30/2012 | 030212-110637 | TSG Reporting | MYRA HAGGERTY (3/2/2012) | |
| | | | (Expedited Transcript) | 281.05 |
| 3/30/2012 | 030812-109907 | TSG Reporting | CORRINA PROCTOR (Human Centrics) (3/8/2012) | |
| | | | (Expedited Transcript -Pro-Rated) | 252.23 |
| 3/30/2012 | 030812-109907 | TSG Reporting | BARRY BEITH (Human Centrics) (3/8/2012) | |
| | | | (Expedited Transcript -Pro-Rated) | 252.22 |
| 3/30/2012 | 030812-110647 | TSG Reporting | CHRISTINE ROY (Casio) (3/8/2012) | |
| | | | (Expedited Transcript -Pro-Rated) | 189.80 |
| 3/30/2012 | 030812-110647 | TSG Reporting | GRACE SILLER (Casio) (3/8/2012) | |
| | | | (Expedited Transcript -Pro-Rated) | 189.80 |
| 3/30/2012 | 031512-110651 | TSG Reporting | EVANS HANKEY (3/15/2012) | |
| | | | (Expedited Transcript) | 383.25 |
| 3/30/2012 | 030612-110640 | TSG Reporting | GWEN HSU (ASUS) (3/6/2012) | |
| | | | (Expedited Transcript) | 313.90 |
| 4/12/2012 | 2895 | American Realtime | HYE JUNG LEE [Korea] (3/28/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 476.00 |
| 4/12/2012 | 2895 | American Realtime | OH CHAE KWON [Korea] (3/30/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 476.00 |
| 4/12/2012 | 2895 | American Realtime | JAEH WANG SIM [Korea] (3/31/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 476.00 |
| 4/12/2012 | 2899 | American Realtime | SEUNG YUN LEE [Korea] (3/28/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 366.00 |
| 4/12/2012 | 2899 | American Realtime | JUNHO PARK [Korea] (3/30/2012) | |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| | | | (Expedited Transcript Pro-Rated) | 366.00 |
| 4/12/2012 | 2903 | American Realtime | HYUN GOO WOO [Korea] (4/3/2012) | |
| | | | (Expedited Transcript) | 308.00 |
| 4/24/2012 | 2944 | American Realtime | GEE-SUNG CHOI [Korea] (4/17/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 560.00 |
| 4/24/2012 | 2944 | American Realtime | SEUNGHWAN CHO [Korea] (4/19/2012) | |
| | | | (Expedited Transcript Pro-Rated) | 560.00 |
| 4/25/2012 | 040412-111034 | TSG Reporting | STEVEN SINCLAIR (4/4/2012) | |
| | | | (Expedited Transcript) | 601.35 |
| 4/25/2012 | 032912-111021 | TSG Reporting | COREY KERSTETTER (3/29/2012) | |
| | | | (Expedited Transcript) | 262.80 |
| 4/25/2012 | 033012-111025 | TSG Reporting | TIMOTHY BENNER (3/30/2012) | |
| | | | (Expedited Transcript) | 386.90 |
| 4/30/2012 | 033012-111278 | TSG Reporting | TIMOTHY SHEPPARD (3/30/2012) | |
| | | | (Expedited Transcript) | 653.35 |
| 4/30/2012 | 041312-111282 | TSG Reporting | CIRA CONLEY (Gravity Tank) (4/13/2012) | |
| | | | (Expedited Transcript) | 354.05 |
| 4/30/2012 | 041912-111854 | TSG Reporting | MICHAEL MAHARBIZ (Expert) (4/19/2012) | |
| | | | (Expedited Transcript) | 1,054.85 |
| 4/30/2012 | 041912-111858 | TSG Reporting | HAL PORET (Expert) (4/19/2012) | |
| | | | (Expedited Transcript) | 901.55 |
| 4/30/2012 | 041912-111862 | TSG Reporting | HENRY URBACH (Expert) (4/19/2012) | |
| | | | (Expedited Transcript) | 678.90 |
| 4/30/2012 | 042012-111866 | TSG Reporting | SANJAY SOOD, Ph.D. (Expert) (4/20/2012) | |
| | | | (Expedited Transcript) | 897.90 |
| 4/30/2012 | 042012-112089 | TSG Reporting | ITAY SHERMAN (Expert) (4/20/2012) | |
| | | | (Expedited Transcript) | 901.55 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 4/30/2012 | 042012-112100 | TSG Reporting | RAVIN BALKRISHNAN (Expert) 4/20/2012) | |
| | | | (Expedited Transcript) | 970.90 |
| 5/21/2012 | 041812-112112 | TSG Reporting | JOSEPH CHEONG (4/18/2012) | |
| | | | (Expedited Transcript) | 500.05 |
| 5/21/2012 | 042012-112116 | TSG Reporting | DAE II "DALE" SOHN (4/20/2012) | |
| | | | (Expedited Transcript) | 459.90 |
| 5/21/2012 | 042412-112122 | TSG Reporting | PETER W. BRESSLER (4/24/2012) | |
| | | | (Expedited Transcript) | 1,032.95 |
| 5/21/2012 | 042512-112124 | TSG Reporting | CHRISTOPHER MOUNT (4/25/2012) | |
| | | | (Expedited Transcript) | 521.95 |
| 5/21/2012 | 042612-112132 | TSG Reporting | CHRISTOPHER MOUNT VOL. 2 (Expert) (4/26/2012) | |
| | | | (Expedited Transcript) | 160.60 |
| 5/21/2012 | 042612-112128 | TSG Reporting | DR. JACOB JACOBY (4/26/2012) | |
| | | | (Expedited Transcript) | 361.35 |
| 5/21/2012 | 042612-112138 | TSG Reporting | KENT D. VAN LIERE (Expert) (4/26/2012) | |
| | | | (Expedited Transcript) | 1,087.70 |
| 5/21/2012 | 042612-112140 | TSG Reporting | JEFFREY JOHNSON (4/26/2012) | |
| | | | (Expedited Transcript) | 949.00 |
| 5/21/2012 | 042612-112144 | TSG Reporting | ROBERT ANDERS (4/26/2012) | |
| | | | (Expedited Transcript) | 872.35 |
| 5/21/2012 | 042712-112148 | TSG Reporting | BRIAN VON HERZEN Ph.D (4/27/2012) | |
| | | | (Expedited Transcript) | 726.35 |
| 5/21/2012 | 042712-112154 | TSG Reporting | RUSSELL S. WINER (4/27/2012) | |
| | | | (Expedited Transcript) | 1,284.80 |
| 5/21/2012 | 042712-112158 | TSG Reporting | SUSAN KARE Ph.D (4/27/2012) | |
| | | | (Expedited Transcript) | 781.10 |
| 5/21/2012 | 042712-112162 | TSG Reporting | JOHN R. HAUSER Ph.D (Expert) (4/27/2012) | |
| | | | (Expedited Transcript) | 996.45 |
| 5/21/2012 | 050112-112166 | TSG Reporting | ALEX SNOEREN (5/1/2012) | |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| | | | (Expedited Transcript) | 1,109.60 |
| 5/21/2012 | 050312-112168 | TSG Reporting | GEORGE MANTIS (5/3/2012) | |
| | | | (Expedited Transcript) | 740.95 |
| 5/21/2012 | 050412-112172 | TSG Reporting | STEPHEN GRAY (5/4/2012) | |
| | | | (Expedited Transcript) | 861.40 |
| 5/21/2012 | 050712-112176 | TSG Reporting | MICHAEL KAMINS Ph.D (Expert) (5/7/2012) | |
| | | | (Expedited Transcript) | 1,054.85 |
| 5/21/2012 | 050712-112180 | TSG Reporting | NICHOLAS GODICI (Expert) (5/7/2012) | |
| | | | (Expedited Transcript) | 865.05 |
| 5/21/2012 | 050912-112184 | TSG Reporting | SAM LUCENTE (Expert) (5/9/2012) | |
| | | | (Expedited Transcript) | 770.15 |
| 5/21/2012 | 051012-112190 | TSG Reporting | JAMES T. CARMICHAEL (Expert) (5/10/2012) | |
| | | | (Expedited Transcript) | 532.90 |
| 5/24/2012 | 437777 | Transperfect Legal | BRYAN AGNETTA (Microsoft) (5/16/2012) | |
| | | | (Expedited Transcript) | 52.50 |
| 5/31/2012 | 042712-113141 | TSG Reporting | MICHAEL MAZIS (Expert) (4/27/2012) | |
| | | | (Expedited Transcript) | 368.65 |
| 5/31/2012 | 050212-113147 | TSG Reporting | JACK C. GOLDSTEIN (Expert) (5/2/2012) | |
| | | | (Expedited Transcript) | 667.95 |
| 5/31/2012 | 050212-113149 | TSG Reporting | DR. ANDRIES VAN DAM (Expert) (5/2/2012) | |
| | | | (Expedited Transcript) | 372.30 |
| 5/31/2012 | 051212-113153 | TSG Reporting | MICHAEL J. WAGNER (Expert) (5/12/2012) | |
| | | | (Expedited Transcript) | 1,116.90 |
| 5/31/2012 | 051412-113159 | TSG Reporting | TERRY L. MUSIKA (Expert) (5/14/2012) | |
| | | | (Expedited Transcript) | 481.65 |
| 7/30/2012 | 20118251 | Merrill/LegalLink | RAVIN BALAKRISHNAN (Expert) (7/12/2012) | |
| | | | (Expedited Transcript) | 297.00 |
| 7/31/2012 | 071612-115995 | TSG Reporting | RICHARD HOWARTH (7/16/2012) | |
| | | | (Expedited Transcript) | 321.20 |

**SCHEDULE 4**

**Apple's Claimed Costs For the Expediting of Deposition Transcripts**

| Invoice Date | Invoice No. | Vendor | Witness/Date of Deposition | Apple's Claimed Costs for the Expediting of Transcripts |
|---|---|---|---|---|
| 7/31/2012 | 071712-115999 | TSG Reporting | PRIYA BALASUBRAMANIAM (7/17/2012) | |
| | | | (Expedited Transcript) | 116.80 |
| 7/31/2012 | 071712-116003 | TSG Reporting | DR. ANDREW BRIGHT (7/17/2012) | |
| | | | (Expedited Transcript) | 288.35 |
| 7/31/2012 | 071712-116005 | TSG Reporting | STEPHEN GRAY (Expert) (7/17/2012) | |
| | | | (Expedited Transcript) | 375.95 |
| 7/31/2012 | 071712-116325 | TSG Reporting | MICHAEL J. WAGNER (Expert) (7/17/2012) | |
| | | | (Expedited Transcript) | 463.55 |
| 11/28/2012 | 110612-118768 | TSG Reporting | STEPHEN GRAY (Expert) (11/6/2012) | |
| | | | (Expedited Transcript) | 313.90 |
| 11/28/2012 | 110612-118772 | TSG Reporting | SAM LUCENTE (Expert) (11/6/2012) | |
| | | | (Expedited Transcript) | 445.30 |
| 11/28/2012 | 110712-118776 | TSG Reporting | YORAM (JERRY) WIND (11/7/2012) | |
| | | | (Expedited Transcript) | 532.90 |
| 11/28/2012 | 110712-118780 | TSG Reporting | TULIN ERDEM (11/7/2012) | |
| | | | (Expedited Transcript) | 620.50 |
| 12/12/2012 | SF1632187 | Veritext | JOHN HAUSER (11/29/2012) | |
| 12/27/2012 | 112912-119328 | TSG Reporting | RAMAMIRTHAM SUKUMAR (11/29/2012) | |
| | | | (Expedited Transcript) | 627.80 |
| 12/31/2012 | 120312-119817 | TSG Reporting | KARANSHER SINGH (12/3/2012) | |
| | | | (Expedited Transcript) | 517.50 |
| 8/31/2013 | 082613-409587 | TSG Reporting | JULIE DAVIS (8/26/2013) | |
| | | | (Expedited Transcript) | 946.20 |
| | | | **Total** | 122,931.20 |