1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Cal. Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19
   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK
20
              Plaintiff,
21
        vs.                                       **CERTIFICATE OF SERVICE**
22
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26            Defendants.

27

28

1   I am employed in the City of Redwood City and County of San Mateo, State of California.
2  I am over the age of eighteen years and not a party to the within action; my business address is
3  555 Twin Dolphin Dr., 5th Flr., Redwood City, California, 94065.
4   On February 20, 2014, I served true and correct copies of documents and files described as
5   1.   Unredacted version of Samsung's Response to Apple's Amended Bill of Costs
6  by emailing the aforementioned document to the electronic mailing lists identified below.

7   **Counsel for Apple Inc.**

8   **Wilmer Cutler Pickering Hale and Dorr, LLP**
    WHAppleSamsungNDCalService@wilmerhale.com
9
    **Morrison & Foerster, LLP**
10   AppleMoFo@mofo.com

11

12   I declare under penalty of perjury that the foregoing is true and correct.   Executed on
13  February 20, 2014 at Redwood City, California.

14

15               */s/ Sara Jenkins*
                 Sara Jenkins
16

17

18

19

20

21

22

23

24

25

26

27

28

-1-   Case No. 11-cv-01846-LHK
CERTIFICATE OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Sara Jenkins.

/s/ *Victoria F. Maroulis*

Victoria F. Maroulis