RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, non-party Nokia Corporation ("Nokia") hereby moves for an order sealing the "Declaration of Ryan Koppelman in Support of Apple's and Samsung's Administrative Motions to Seal [Dkt. Nos 2958, 2964]" ("Koppelman Declaration"), being filed concurrently under seal.

The Koppelman Declaration should be sealed for the reasons set forth therein, as well as the reasons stated in the Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal and in the Declaration of Robert J. Becher in Support of Samsung's Administrative Motion to File Documents Under Seal, both of which were filed on February 17, 2014.

Therefore, for the foregoing reasons, Nokia respectfully requests that the Court grant Nokia's Motion to Seal the Koppelman Declaration.

DATED: February 21, 2014          Respectfully submitted,

                                  ALSTON & BIRD, LLP

                                  */s/ Ryan W. Koppelman*
                                  RANDALL L. ALLEN
                                  RYAN W. KOPPELMAN
                                  XAVIER M. BRANDWAJN

                                  Attorneys for Non-Party Nokia Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 21st day of February 2014.

 _/s/ Ryan W. Koppelman_
Ryan W. Koppelman