| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | MARK D. SELWYN (CA SBN 244180) |
| Telephone:  (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**NOTICE OF APPLE'S FILING OF REVISED HIGHLIGHTED VERSION AND OF PUBLIC REDACTED VERSION OF FEBRUARY 17, 2014 LETTER BRIEF IN RESPONSE TO THE COURT'S FEBRUARY 6, 2014 ORDER (DOCKET NO. 2941)** |

Notice of Apple's Filing of Revised Highlighted
and Public Redacted Versions of Documents
Case No. 11-cv-01846-LHK (PSG)

1  PLEASE TAKE NOTICE THAT pursuant to the parties' agreement to file a highlighted
2  version of the Apple's February 17, 2014 Letter Brief in Response to the Court's February 6,
3  2014 Order  ("Lee Letter")  (*See* Dkt. No. 2958 at 2:8-15), Apple files a revised highlighted
4  version of the Lee Letter.  As the redactions to the Kolovos Sealing Declaration have not
5  changed, Apple is not filing a revised highlighted version of that Declaration.
6  The highlighted version of the Lee Letter identifies the information Apple and any third
7  parties have supported sealing in their declarations.
8  Apple is also filing a public redacted version of the Lee Letter.

Dated:  February 21, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

Notice of Apple's Filing of Revised Highlighted
and Public Redacted Versions of Documents
1                        Case No. 11-cv-01846-LHK (PSG)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                */s/* Mark D. Selwyn
                                                Mark D. Selwyn

Notice of Apple's Filing of Revised Highlighted
and Public Redacted Versions of Documents
2                     Case No. 11-cv-01846-LHK (PSG)