HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following:

   1.   Declaration of Ms. Nishino Regarding Apple's Administrative Motion to File Documents Under Seal filed herewith ("Nishino Declaration ISO of Apple's Motion")

   2.   Declaration of Ms. Nishino Regarding Samsung's Administrative Motion to File Documents Under Seal filed herewith ("Nishino Declaration ISO of Samsung's Motion")

   The Nishino Declaration ISO of Apple's Motion and the Nishino Declaration ISO of Samsung's Motion (submitted on behalf of a third party) should be sealed for the reasons set forth in those Declarations.

   In order to minimize the inconvenience to this third party, Apple is filing this motion to seal on the third party's behalf.

   Pursuant to Civil L.R. 7-11, Apple's counsel requested Samsung's counsel meet and confer regarding this motion but did not hear back from Samsung.  For other similar motions, Samsung has not opposed Apple's motion as a procedural mechanism for filing portions of its documents under seal, but has reserved the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

Dated:  February 21, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark D. Selwyn
　　　　　　　　　　　　　　　　　　　　　　Mark D. Selwyn