**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants. | |

By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

1. Declaration of Ms. Nishino Regarding Apple's Administrative Motion to File Documents Under Seal ("Nishino Declaration ISO Apple's Motion")

2. Declaration of Ms. Nishino Regarding Samsung's Administrative Motion to File Documents Under Seal ("Nishino Declaration ISO Samsung's Motion")

In support of its motion, Apple has filed the Nishino Declaration ISO Apple's Motion and the Nishino Declaration ISO Samsung's Motion. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned documents as indicated below:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Nishino Declaration ISO Apple's Motion | Entire document. |
| Nishino Declaration ISO Samsung's Motion | Entire document. |

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                      Hon. Paul S. Grewal
                                      United States Magistrate Judge