| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) | WILLIAM F. LEE (*pro hac vice*) |
| jkrevitt@gibsondunn.com | william.lee@wilmerhale.com |
| H. MARK LYON (CA SBN 162061) | WILMER CUTLER PICKERING |
| mlyon@gibsondunn.com |    HALE AND DORR LLP |
| GIBSON, DUNN & CRUTCHER LLP | 60 State Street |
| 1881 Page Mill Road | Boston, Massachusetts  02109 |
| Palo Alto, California  94304-1211 | Telephone:  (617) 526-6000 |
| Telephone:  (650) 849-5300 | Facsimile:  (617) 526-5000 |
| Facsimile:  (650) 849-5333 | |
| | |
| Harold J. McElhinny (CA SBN 66781) | MARK D. SELWYN (CA SBN 244180) |
| hmcelhinny@mofo.com | mark.selwyn@wilmerhale.com |
| Jack W. Londen (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com |    HALE AND DORR LLP |
| Rachel Krevans (CA SBN 116421) | 950 Page Mill Road |
| rkrevans@mofo.com | Palo Alto, California  94304 |
| Ruth N. Borenstein (CA SBN 133797) | Telephone:  (650) 858-6000 |
| rborenstein@mofo.com | Facsimile:  (650) 858-6100 |
| Erik J. Olson (CA SBN 175815) | |
| ejolson@mofo.com | |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following:

   1.   Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal filed herewith ("Kolovos Sealing Declaration")

   The Kolovos Sealing Declaration should be sealed for the reasons set forth in the Kolovos Sealing Declaration.

   Pursuant to Civil L.R. 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion.  Samsung does not oppose Apple's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing the Kolovos Sealing Declaration under seal.  Samsung reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.  Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of the Kolovos Sealing Declaration identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Dated:  February 21, 2014          WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                   */s/* Mark D. Selwyn
                                   Mark D. Selwyn (SBN 244180)
                                   (mark.selwyn@wilmerhale.com)
                                   950 Page Mill Road
                                   Palo Alto, CA  94304
                                   Telephone:  (650) 858-6000
                                   Facsimile:  (650) 858-6100

                                   *Attorneys for Plaintiff and*
                                   *Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                */s/* Mark D. Selwyn
                                                Mark D. Selwyn