1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. 12-cv-00630-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2  has moved to file under seal:
3      1.    Declaration of Peter J. Kolovos in Support of Samsung's Administrative Motion
4  to File Documents Under Seal ("Kolovos Sealing Declaration")
5      In support of its motion, Apple has filed the Kolovos Sealing Declaration. For good
6  cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the
7  aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Kolovos Sealing Declaration | Portion highlighted in yellow |

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                                            Hon. Paul S. Grewal
                                                            United States Magistrate Judge