UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Samsung's Opposition to Administrative Motion to Seal (Dkt. 2958) the Kolovos Declaration (Dkt. 2958-1) and Apple's February 17, 2014 Letter Brief (Dkt. 2958-3) and Opposition to Administrative Motion to Seal (Dkt. 2964) Samsung's February 17, 2014 Letter Brief (Dkt. 2964-3), the Becher Declaration (Dkt. 2964-4), and the Trac Declaration (Dkt. 2964-5) ("Samsung's Opposition").

Having considered Samsung's Motion the Court DENIES Samsung's Administrative Motion and ORDERS that Samsung's Opposition be filed on the Court's public docket.

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge

02198.5185