| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| | hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| 3 | mjacobs@mofo.com |   HALE AND DORR LLP |
| | RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| 4 | rkrevans@mofo.com | Boston, Massachusetts  02109 |
| | ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| 5 | ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| 6 | MORRISON & FOERSTER LLP | |
| | 425 Market Street | MARK D. SELWYN (CA SBN 244180) |
| 7 | San Francisco, California  94105-2482 | mark.selwyn@wilmerhale.com |
| | Telephone:  (415) 268-7000 | WILMER CUTLER PICKERING |
| 8 | Facsimile:  (415) 268-7522 |   HALE AND DORR LLP |
| 9 | | 950 Page Mill Road |
| | Attorneys for Plaintiff and | Palo Alto, California  94304 |
| 10 | Counterclaim-Defendant APPLE INC. | Telephone:  (650) 858-6000 |
| | | Facsimile:  (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

I, Andrew Liao, declare as follows:

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party of the within-entitled action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On February 21, 2014, I served the following document(s):

1. **DECLARATIONS OF THIRD PARTY**

BY ELECTRONIC SERVICE:  I caused all documents to be sent by E-Mail to the Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

Samsungv.Apple@quinnemanuel.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 21, 2014, at Palo Alto, California.

/s/ Andrew Liao
Andrew Liao

CERTIFICATE OF SERVICE
Case No. 11-cv-01846 (LHK)

2

ActiveUS 124347296v.1