1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3  San Francisco, California 94111
Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
8  Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9
William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,          | CASE NO. 11-CV-01846-LHK (PSG)
   |                                                |
19 |          Plaintiff,                            |
   |                                                |
20 |     vs.                                        | **CERTIFICATE OF SERVICE**
   |                                                |
21 | SAMSUNG ELECTRONICS CO., LTD., a               |
   | Korean business entity; SAMSUNG                |
22 | ELECTRONICS AMERICA, INC., a New               |
   | York corporation; SAMSUNG                      |
23 | TELECOMMUNICATIONS AMERICA,                    |
   | LLC, a Delaware limited liability company,     |
24 |                                                |
   |          Defendants.                           |
25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
On February 21, 2014, I served true and correct copies of unredacted versions of:

3
    1.  SAMSUNG'S OPPOSITION TO ADMINISTRATIVE MOTION TO SEAL
4
(DKT. 2958) THE KOLOVOS DECLARATION (DKT. 2958-1) AND APPLE'S
FEBRUARY 17, 2014 LETTER BRIEF (DKT. 2958-3) AND OPPOSITION TO
5
ADMINISTRATIVE MOTION TO SEAL (DKT. 2964) SAMSUNG'S
FEBRUARY 17, 2014 LETTER BRIEF (DKT. 2964-3), THE BECHER
6
DECLARATION (DKT. 2964-4), AND THE TRAC DECLARATION (DKT.
2964-5)

7

8
by emailing the aforementioned documents to the mailing lists of the parties in this action as

9
follows:

10
    **Counsel for Apple Inc.**

11
    **Wilmer Cutler Pickering Hale and Dorr LLP**
    WHAppleSamsungNDCalService@wilmerhale.com
12

13
    **Gibson, Dunn & Crutcher LLP**
    Apple/Samsung@gibsondunn.com
14

    **Morrison Foerster**
15
    AvSSDamagesTrial@mofo.com
16
    **Counsel for Non-Party Nokia Corp.**
17

    **Alston & Bird LLP**
18
    Randall L. Allen
    randall.allen@alston.com
19
    Ryan W. Koppelman
    ryan.koppelman@alston.com
20

21

22
    I declare under penalty of perjury that the foregoing is true and correct.   Executed on
February 21, 2014, in Los Angeles, CA.
23

24
                       */s/ Ian S. Shelton*
                       Ian S. Shelton

25

26

27

28

-2-          Case No. 11-cv-01846-LHK (PSG)
CERTIFICATE OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ian S. Shelton has concurred in this filing.


Dated:    February 21, 2014             */s/ Victoria Maroulis*
                                        Victoria Maroulis

1