| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF ERICA ATWELL IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, ERICA ATWELL, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Under Seal certain portions of Samsung's Response to Apple's Amended Bill of Costs ("Samsung's Response") (Dkt. 2971). I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Apple previously submitted a declaration confirming that the details of Apple's financial relationship with Catalyst, Apple's e-discovery vendor, are highly confidential. (Dkt. 2855-1.) Samsung's Response refers to similar information, including confidential and sensitive information regarding Apple's pricing agreements with Catalyst. This information is confidential and proprietary business information that could be used by Apple's competitors to its disadvantage. Publishing this data would reveal confidential pricing strategy and cause harm to Apple and its relationship with Catalyst.

3. The redactions that Samsung proposed are sufficient to protect Apple's confidential information. The first and last sentence of the paragraph that Samsung highlighted on page 7 of Samsung's Response, which refer only generally to alleged invoice inconsistencies, do not need to be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of February 2014 at Sunnyvale, California.

*/s/ Erica Atwell*
Erica Atwell

DECLARATION OF ERICA ATWELL ISO MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3387211

1

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erica Atwell has concurred in this filing.

Dated: February 24, 2014        */s/ Rachel Krevans*
                                Rachel Krevans