UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MOVING START TIME FOR FEBRUARY 27, 2014 HEARING (DKT. 2967)** |

1    Pursuant to Local Rule 6-2, Apple Inc., Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC and Nokia
3 Corporation (collectively the "Parties") file this Stipulation Moving Start Time for February 27,
4 2014 Hearing;
5    WHEREAS, on February 18, 2014, the Court issued its Order Setting Hearing Regarding
6 Fees and set a hearing for 2:00 p.m. on February 27, 2014 (Dkt. 2967);
7    WHEREAS, Samsung's lead counsel John B. Quinn has a pre-existing commitment that
8 conflicts with this start time;
9    WHEREAS, Samsung has asked Apple and Nokia to agree to move the start time to 3:00
10 p.m. and they have agreed;
11    NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as
12 follows, subject to the Court's approval under Northern District of California Local Rule 6-2:
13    1.    The start time for the February 27, 2014 hearing shall be moved to 3:00 p.m.
14 instead of 2:00 p.m.
15    IT IS SO STIPULATED.

17 DATED: February 20, 2014            ALSTON & BIRD, LLP

19                      By   */s/ Ryan W. Koppelman*
20                         Ryan W. Koppelman
                          Attorneys for NOKIA CORPORATION

22 DATED: February 20, 2014            WILMER CUTLER PICKERING HALE & DORR

24                      By   */s/ Mark Selwyn*
25                         Mark Selwyn
                          Attorneys for APPLE INC.

-1-
STIPULATION AND [PROPOSED] ORDER MOVING START TIME FOR FEBRUARY 27, 2014 HEARING
(DKT. 2967)

| | | |
|---|---|---|
| 1 | DATED: February 20, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ Victoria F. Maroulis |
| 5 | | Victoria F. Maroulis<br>Attorneys for |
| 6 | | SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC., |
| 7 | | and SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC |

# ORDER

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: February 25, 2014

*Paul S. Grewal*
The Honorable Paul S. Grewal
United States Magistrate Judge