**[Counsel Listed on Signature Page]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JANUARY 29, 2014 ORDER (DKT. NO. 2935)** |

1  WHEREAS, on January 29, 2014, the Court ordered that, "[f]or the remainder of the 11-1846 and 12-0630 cases, before distributing or filing redacted documents, Quinn Emanuel and any other firm representing Samsung, shall send the redacted versions to Apple's counsel for their review and approval. Apple and its counsel shall adopt a similar practice" (Dkt. No. 2935 at 19);

WHEREAS, the parties have met and conferred to establish procedures for the exchange of redacted documents called for by the Court's January 29 Order.

WHEREAS, the parties agree that, where they seek to file documents, or portions thereof, under seal pursuant to Local Rule 79-5 and the Court's Order, the parties shall prepare unredacted and redacted versions of such documents for such filing, file the unredacted versions of such documents under seal and serve both the unredacted and redacted versions upon counsel for the other party.  Within one court day, the other party will review and verify the redactions made, or that may need to be made, in such redacted versions.  The redacted versions of the documents, or portions thereof, shall be filed within two court days of the filing of the unredacted versions of such documents unless additional time is needed to afford a third party whose confidential information may be found in the document sufficient opportunity to review the public redacted version prior to filing.

WHEREAS, the parties agree that before distributing final versions of expert reports, discovery responses, court filings, confidential documents produced by the other party, letters or any other document that contains the other party's confidential information, the parties will exchange redacted versions with counsel for the other party for their review and approval. Provided, however, and for the avoidance of doubt, the parties understand and agree that the requirement to exchange redacted copies of documents prior to distribution does not apply to draft expert reports, discovery responses or court filings, or other documents subject to a claim of attorney-client privilege or work product protection.

STIPULATION AND [PROPOSED] ORDER]
REGARDING JANUARY 29, 2014 ORDER
1  Case No. 5:11-cv-01846-LHK (PSG)

ActiveUS 124100324v.1

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that
2 they will implement the foregoing procedures for the exchange of redacted documents in
3 accordance with the Court's January 29 Order.
4    IT IS SO STIPULATED.

Dated: February 19, 2014

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:   */s/ Mark D. Selwyn*<br>         Mark D. Selwyn<br><br>Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>By:   */s/ Victoria Maroulis*<br>         Victoria F. Maroulis<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

STIPULATION AND [PROPOSED ORDER] REGARDING JANUARY 29, 2014 ORDER
Case No. 5:11-cv-01846-LHK (PSG)

3

ActiveUS 124100324v.1

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 25, 2014          By: _____
                                        Hon. Paul S. Grewal
                                        United States Magistrate Judge