RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

In accordance with Civil L.R. 7-11 and 79-5, non-party Nokia Corporation ("Nokia") hereby moves for an order sealing the "Declaration of Ryan Koppelman in Support of Samsung's Administrative Motion to File Document Under Seal [Dkt. No. 2977]" ("Koppelman Declaration"), being filed concurrently under seal. The Koppelman Declaration should be sealed for the reasons set forth therein.

Therefore, for the foregoing reasons, Nokia respectfully requests that the Court grant Nokia's Motion to Seal the Koppelman Declaration.

DATED: February 25, 2014

Respectfully submitted,

ALSTON & BIRD, LLP

*/s/ Ryan W. Koppelman*
RANDALL L. ALLEN
RYAN W. KOPPELMAN
XAVIER M. BRANDWAJN

Attorneys for Non-Party Nokia Corporation

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 25th day of February 2014.

Additionally, on February 25, 2014, I caused to be served the document(s) described as:

**SEALED DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL [DKT. NO. 2977]**

on the interested parties in this action as follows:

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:
Samsungv.Apple@quinnemanuel.com

Service E-mail Distribution List for Wilmer Cutler Pickering Hale and Dorr LLP:
WHAppleSamsungNDCalService@wilmerhale.com

Service E-mail Distribution List for Gibson, Dunn & Crutcher:
Apple/Samsung@gibsondunn.com

☒ BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Alston & Bird LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2014 at Menlo Park, California.

          */s/ Ryan W. Koppelman*
          Ryan W. Koppelman