RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Having considered the papers submitted in connection with non-party Nokia Corporation's Administrative Motion to File Document Under Seal, filed on February 25, 2014, and good cause appearing, the Court hereby GRANTS Nokia's motion to seal the confidential, unredacted version of the "Declaration of Ryan W. Koppelman in Support of Samsung's Administrative Motion to File Document Under Seal [Dkt. No. 2977]," filed on February 25, 2014. |

IT IS SO ORDERED.

Dated: _____     _____

Hon. Paul S. Grewal
United States Magistrate Judge