RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S MOTION TO COMPEL INFORMATION FOR REMEDIATION**<br><br>Date:　　　April 1, 2014<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Paul S. Grewal<br>Ctrm:　　　5, 4th Floor |

I, Ryan W. Koppelman, declare as follows:

1.	I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2.	Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated February 6, 2014, from Alston and Bird attorney Parker Miller to Quinn Emanuel attorney Robert Becher.

3.	Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated January 31, 2014, from Quinn Emanuel attorney Robert Becher to me and various counsel for Nokia and Apple proposing remediation efforts based upon Quinn Emmanuel deleting all copies of the Teece Report and ITC brief from Samsung's workstations and servers.

4.	Attached hereto as **Exhibit 3** is a true and correct copy of an email I sent on February 18, 2014 to Quinn Emanuel attorney Robert Becher stating that Nokia agreed that Quinn Emanuel and Samsung may remediate the documents they have proposed.

5.	Nokia's counsel met and conferred with counsel for Samsung by telephone on February 11, 2014. During this call, Nokia's counsel requested that Quinn Emanuel represent that Nokia's confidential business information is not contained in any documents other than the Teece report or the ITC brief.  Counsel for Samsung refused to make this representation.

6.	Pursuant to Federal Rule of Civil Procedure 26(c)(1) and Northern District of California Local Rule 37-1(a), Nokia's counsel met and conferred in good faith with Samsung's counsel in an effort to resolve the dispute without court involvement, but the parties were unable to reach an agreement. Nokia's counsel met and conferred with counsel for Samsung by telephone and through email on February 6, 11, and 18, 2014.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S MOTION TO COMPEL INFORMATION FOR REMEDIATION

2

CASE NO.: 5:11-CV-01846-LHK (PSG)

Executed this 25th day of February, 2014, in Menlo Park, California.

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman (Ca. Bar No. 290704)
Ryan.Koppeman@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:      650-838-2001

*Attorneys for NOKIA CORPORATION*

| | | |
|---|---|---|
| DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S MOTION TO COMPEL INFORMATION FOR REMEDIATION | 3 | CASE NO.: 5:11-CV-01846-LHK (PSG) |

I hereby certify that on February 25, 2014, I electronically filed the foregoing **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S MOTION TO COMPEL INFORMATION FOR REMEDIATION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the parties and counsel of record.

This 25th day of February, 2014.

> */s/Ryan W Koppelman*
> RANDALL L. ALLEN (Ca. Bar No. 264067)
> randall.allen@alston.com
> RYAN W. KOPPELMAN (Ca. Bar No. 290704)
> ryan.koppelman@alston.com
> XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
> Xavier.brandwajn@alston.com
> ALSTON & BIRD LLP
> 275 Middlefield Road, Suite 150
> Menlo Park, CA 94025
> Telephone:   650-838-2000
> Facsimile:   650-838-2001
>
> *Attorneys for NOKIA CORPORATION*