UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 5:11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NOKIA CORPORATION'S MOTION TO COMPEL INFORMATION FOR REMEDIATION** |

The Court has considered NOKIA CORPORATION'S MOTION TO COMPEL INFORMATION FOR REMEDIATION. Good cause being shown, Nokia's Motion is hereby **GRANTED**.

The Court hereby orders Samsung and Quinn Emmanuel to produce to Nokia the following categories of documents, in unredacted form, no later than 24 hours from the date of this Order:

1. All the documents cited in its January 29, 2014 Order Granting Motion for Sanctions for which the court has held privilege was waived;
2. All the documents the Court ordered produced in October 2013 (Dkt. No. 2483 at 5; 630 Dkt. No. 785 at 3-4), including the independent Stroz Friedberg log.

**IT IS SO ORDERED.**

Dated: _____, 2014.

_____
Hon. Paul Singh Grewal
United States Magistrate Judge