1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has moved to file under seal:

  1.  Declaration of Peter J. Kolovos in Support of Apple's and Samsung's Administrative Motions to File Documents Under Seal ("Kolovos Sealing Declaration")

  In support of its motion, Apple has filed the Kolovos Sealing Declaration. For good cause shown, the Court grants Apple's motion to seal the confidential, unredacted versions of the aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Kolovos Sealing Declaration | Portion highlighted in yellow |

**IT IS SO ORDERED.**

Dated: _____    By: _____
                              Hon. Paul S. Grewal
                              United States Magistrate Judge