| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |    HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (CA SBN 244180) |
| San Francisco, California  94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone:  (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile:  (415) 268-7522 |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| Attorneys for Plaintiff and | Palo Alto, California  94304 |
| Counterclaim-Defendant APPLE INC. | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|           Plaintiff, | |
|     vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|           Defendants. | |

ActiveUS 124557474v.1

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party of the within-entitled action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On February 25, 2014, I served the following document(s):

1. **DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

BY ELECTRONIC SERVICE:  I caused all documents to be sent by E-Mail to the Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

Samsungv.Apple@quinnemanuel.com

I caused all documents to be sent by E-Mail to counsel for Nokia:

Ryan.Koppelman@alston.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2014, at Palo Alto, California.

_____
Liv Herriot

CERTIFICATE OF SERVICE
Case No. 11-cv-01846 (LHK)

ActiveUS 124557474v.1