1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16
                    UNITED STATES DISTRICT COURT
17
             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

19
   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK
20
                  Plaintiff,                      **SAMSUNG'S ADMINISTRATIVE**
21                                                **MOTION TO FILE DOCUMENT UNDER**
          vs.                                     **SEAL**
22
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26                Defendants.

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3 "Samsung") bring this Administrative Motion to File Under Seal Samsung's Opposition to
4 Administrative Motion to Seal Dkt. 2977-3 ("Samsung's Opposition").
5    Apple Inc. and third-party Nokia Corporation have claimed confidentiality over the
6 information included in Samsung's Opposition.   Samsung does not maintain a claim of
7 confidentiality over Samsung's Opposition, does not believe that the document includes any
8 confidential information, and requests that this Administrative Motion be denied.
9    Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel.
10 Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a
11 procedural mechanism for filing portions of Samsung's Opposition under seal.   Apple reserves
12 the right to challenge any proposed redactions to the extent it believes those redactions improperly
13 seal non-confidential information.   Within 7 days of Apple filing its declaration in support of
14 sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of
15 the motion and exhibits thereto identifying what information Apple and third parties have
16 supported sealing in their declarations.
17    Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the
18 confidential, unredacted versions of the aforementioned documents will be served on counsel for
19 Apple so that Apple's counsel may indicate what information Apple believes should be redacted
20 from the public version of Samsung's filing.   After receiving Apple's proposed redactions,
21 Samsung will file public, proposed redacted versions of these documents.

| | | |
|---|---|---|
| 1 | DATED: February 25, 2014 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | By  */s/ Victoria F. Maroulis* |
| 5 | | Charles K. Verhoeven<br>Kevin P.B. Johnson |
| 6 | | Victoria F. Maroulis<br>Michael T. Zeller |
| 7 | | |
| 8 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 9 | | TELECOMMUNICATIONS AMERICA, LLC |

02198.51855/5784230.1

-2-  Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL