| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|  | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|  | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|  | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|  | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
|  | Redwood Shores, California 94065-2139 |
| 8 | Telephone:   (650) 801-5000 |
|  | Facsimile:    (650) 801-5100 |
| 9 | |
|  | William C. Price (Bar No. 108542) |
| 10 | williamprice@quinnemanuel.com |
|  | Michael T. Zeller (Bar No. 196417) |
| 11 | michaelzeller@quinnemanuel.com |
|  | 865 S. Figueroa St., 10th Floor |
| 12 | Los Angeles, California 90017 |
|  | Telephone: (213) 443-3000 |
| 13 | Facsimile: (213) 443-3100 |
| 14 | Attorneys for SAMSUNG ELECTRONICS |
|  | CO., LTD., SAMSUNG ELECTRONICS |
| 15 | AMERICA, INC. and SAMSUNG |
|  | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | | **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| vs. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendants. | | |

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Administrative Motion to File Under Seal Samsung's Opposition to Administrative Motion to Seal Dkt. 2977-3 ("Samsung's Opposition").

3. Samsung does not maintain a claim of confidentiality over Samsung's Opposition.

4. Samsung's Opposition includes information Apple Inc. and third-party Nokia Corporation have claimed is confidential.

5. Pursuant to the Court's January 29, 2014 Order in Case No. 11-cv-01846, *Apple v. Samsung*, the confidential, unredacted versions of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.   Executed in Los Angeles, California on February 25, 2014.

*/s/ Robert J. Becher*
Robert J. Becher

**ATTESTATION**

I, Michael L. Fazio, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated: February 25, 2014          By: /s/ *Michael L. Fazio*
                                       Michael L. Fazio