1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Cal. Bar No. 108542)
10 williamprice@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG)
19 |         Plaintiff,                     |
20 |         vs.                            | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a       |
   | Korean business entity; SAMSUNG        |
22 | ELECTRONICS AMERICA, INC., a New       |
   | York corporation; SAMSUNG              |
23 | TELECOMMUNICATIONS AMERICA,            |
   | LLC, a Delaware limited liability company, |
24 |                                        |
   |         Defendants.                    |
25

26
27
28

**CERTIFICATE OF SERVICE**

On February 25, 2014, I served true and correct copies of unredacted versions of:

1. SAMSUNG'S OPPOSITION TO ADMINISTRATIVE MOTION TO SEAL DKT. 2977-3

by emailing the aforementioned documents to the mailing lists of the parties in this action as follows:

**Counsel for Apple Inc.**

**Wilmer Cutler Pickering Hale and Dorr LLP**
WHAppleSamsungNDCalService@wilmerhale.com

**Gibson, Dunn & Crutcher LLP**
Apple/Samsung@gibsondunn.com

**Morrison Foerster**
AvSSDamagesTrial@mofo.com

**Counsel for Non-Party Nokia Corp.**

**Alston & Bird LLP**
Randall L. Allen
randall.allen@alston.com
Ryan W. Koppelman
ryan.koppelman@alston.com

I declare under penalty of perjury that the foregoing is true and correct.   Executed on February 25, 2014, in Los Angeles, CA.

                                                */s/ Ian S. Shelton*
                                                Ian S. Shelton

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael L. Fazio, am the ECF user whose ID and password are being used to file this Certificate of Service.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ian S. Shelton has concurred in this filing.

Dated:   February 25, 2014

*/s/ Michael L. Fazio*
Michael L. Fazio

-3-   Case No. 11-cv-01846-LHK (PSG)
CERTIFICATE OF SERVICE