| | |
|---|---|
| JOSH A. KREVITT (CA SBN 208552) <br> jkrevitt@gibsondunn.com <br> H. MARK LYON (CA SBN 162061) <br> mlyon@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, California  94304-1211 <br> Telephone:  (650) 849-5300 <br> Facsimile:  (650) 849-5333 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 |
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> JACK W. LONDEN (CA SBN 85776) <br> jlonden@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>           Plaintiff, <br><br>   vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>           Defendants. | Case No. 12-cv-00630-LHK (PSG) <br><br> **DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

Declaration of Peter J. Kolovos
Case No. 12-cv-00630-LHK (PSG)

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. On February 17, 2014, Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. 2964) regarding Samsung's Letter Brief Regarding Fees and Costs ("Samsung's Letter Brief"), the Declaration of Robert J. Becher in Support ("Becher Declaration"), the Declaration of Bill Trac in Support ("Trac Declaration"), and Exhibits 1-28 to the Becher Declaration.



4. Portions of Exhibit 9 contain confidential information regarding WilmerHale's negotiated billing rates with Apple. The billing rates that WilmerHale has negotiated with its clients are generally not revealed to the public. This information could provide insight into WilmerHale's confidential financial relationship (including negotiated discounts) with Apple. This information is competitively sensitive. For similar reasons, Exhibits 10, 21, 23, and 25 should be sealed in their entirety.

5. Apple is serving on Samsung highlighted versions of Samsung's Letter Brief, the Becher Declaration, the Trac Declaration and Exhibit 9 identifying the portions of those

1  documents which Apple is supporting sealing.   Apple understands that Samsung will file a
2  conformed copy of these documents with the Court identifying what information Apple,
3  Samsung and any third parties have supported sealing in their declarations. (*See* Dkt. 2964 at
4  2:17-28.)

5      6.   For avoidance of doubt, Apple does not maintain a claim of confidentiality with
6  respect to Exhibits 1-8, 11, 12, 22, 24, or 26-28 to the Becher Declaration.

7      7.   The relief requested by Apple is necessary and narrowly tailored to protect
8  confidential Apple and third party information.

9      I declare under the penalty of perjury under the laws of the United States of America that
10 the forgoing is true and correct to the best of my knowledge and that this Declaration was
11 executed this 21st day of February, 2014, in Boston, Massachusetts.

Dated:  February 21, 2014             */s/ Peter J. Kolovos*
                                       Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: February 21, 2014               */s/ Mark D. Selwyn*
                                       Mark D. Selwyn