QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") bring this Administrative Motion to File Under Seal Samsung's Notice of Motion and
4  Motion to Compel Apple to Provide Information regarding Its Public Disclosures of Confidential
5  Information ("Samsung's Motion to Compel"), the Declaration of Robert J. Becher in support
6  thereof ("Becher Declaration"), and Exhibits 1-9 of the Becher Declaration ("Exhibits").
7  Apple Inc. and third-party Nokia Corporation have claimed confidentiality over the
8  information included in Samsung's Motion to Compel, the Becher Declaration, and the Exhibits.
9  Samsung does not maintain a claim of confidentiality over Samsung's Motion to Compel, the
10 Becher Declaration, and the Exhibits, does not believe that the documents include any confidential
11 information, and requests that this Administrative Motion be denied.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Notice of Motion and Motion to Compel Apple to Provide Information Regarding Its Public Disclosures of Confidential Information | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Declaration of Robert J. Becher in Support of Samsung's Notice of Motion and Motion to Compel Apple to Provide Information Regarding Its Public Disclosures of Confidential Information | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Exhibit 1-9 to the Declaration of Robert J. Becher | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Proposed Order Granting Samsung's Notice of Motion and Motion to Compel Apple to Provide Information Regarding Its Public Disclosures of Confidential Information | Apple and Nokia | See highlighted version to be filed within 7 days. |

1
2        Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel.
3  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a
4  procedural mechanism for filing Samsung's Motion to Compel, the Becher Declaration, the
5  Exhibits, and the Proposed Order under seal.  Apple reserves the right to challenge any proposed
6  redactions to the extent it believes those redactions improperly seal non-confidential
7  information.  Within 7 days of Apple filing its declaration in support of sealing, the parties will
8  prepare and Samsung will file a final consolidated and conformed copy of the motion and exhibits
9  thereto identifying what information Apple and third parties have supported sealing in their
10 declarations.
11       Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the
12 confidential, unredacted versions of the aforementioned documents will be served on counsel for
13 Apple so that Apple's counsel may indicate what information Apple believes should be redacted
14 from the public version of Samsung's filing.  After receiving Apple's proposed redactions,
15 Samsung will file public, proposed redacted versions of these documents.
16
17 DATED: February 27, 2014          Respectfully submitted,
18
                                    QUINN EMANUEL URQUHART &
19                                  SULLIVAN, LLP
20                                  By */s/ Victoria F. Maroulis*
                                       Charles K. Verhoeven
21                                     Kevin P.B. Johnson
                                       Victoria F. Maroulis
22                                     Michael T. Zeller
23
                                    Attorneys for SAMSUNG ELECTRONICS CO.,
24                                  LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC. and SAMSUNG
25                                  TELECOMMUNICATIONS AMERICA, LLC
26
27
28