UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Samsung's Notice of Motion and Motion to Compel Apple to Provide Information regarding Its Public Disclosures of Confidential Information ("Samsung's Motion to Compel"), the Declaration of Robert J. Becher in support thereof ("Becher Declaration"), Exhibits 1-9 of the Becher Declaration ("Exhibits"), and Proposed Order granting Samsung's Motion to Compel.

Having considered Samsung's Motion the Court DENIES Samsung's Administrative Motion and ORDERS that Samsung's Motion to Compel, the Becher Declaration, the Exhibits, and the Proposed Order granting Samsung's Motion to Compel be filed on the Court's public docket.

**IT IS SO ORDERED.**

1
2    DATED: _____, 2014
3
4                                                    _____
                                                     Honorable Paul S. Grewal
5                                                    United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28