UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: February 27, 2014                              Time in Court: 1 hour and 5 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Bill Lee, Mark Selwyn & Brian Buroker
Defendant Attorney(s) present: John Quinn, Michael Zeller & Susan Estrich
Nokia Attorney(s) present: Randall Allen & Ryan Koppelman

**PROCEEDINGS:**
**Hearing Re: Fees (Dkt. 2967)**

Letters submitted 2/17/2014 by Apple, Nokia and Samsung shall be filed on the public docket.
The court denies any administrative motions to file letters under seal.
The court takes matter under submission; written order to be issued.

///