QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S LETTER BRIEF REGARDING FEES AND COSTS** |

I, Bill Trac, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. After Apple notified the Court on February 11, 2014 that it had filed the claimed confidential terms of the Apple-Nokia license in a document on the public court docket and that the clerk had locked the docket entry so it was no longer available for download, I investigated whether the document, Dkt. 806-6, remained available through other websites. I discovered that the document was available on LexisNexis CourtLink (courtlink.lexisnexis.com), a service provided by LexisNexis. Although the document could no longer be obtained on ECF, on February 13, 2014, I was able to obtain a copy of Dkt. 806-6, that included the terms of the Apple Nokia license agreement in unredacted form. After viewing the document, I was able to email it to myself from LexisNexis. Furthermore, I was able to again view the document on CourtLink as of today, February 17, 2014. To avoid placing another copy on the docket, I am not attaching it.

3. In addition, I investigated whether Dkt. 806-6 was available on other third party websites. I was able to view the docket for Case No. 12-cv-00630 on multiple third party websites, including Westlaw, PacerMonitor.com, RFC Express, and PlainSite.org. Each of these websites included a link to Dkt. 806-6. When I attempted to download or purchase Dkt. 806-6 on each of these websites by selecting the link, I was informed that the document could not be retrieved because it had been sealed by the Court and/or was no longer available. However, users of such third party websites would have been able to access Dkt. 806-6 until the Court locked the document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2014, at Washington, DC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Bill Trac*
Bill Trac

## ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Bill Trac has concurred in this filing.

Dated: February 17, 2014

*/s/ Victoria Maroulis*
Victoria Maroulis