# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

February 8, 2014

<u>VIA EMAIL</u>

| | |
|---|---|
| Mark D. Selwyn, Esq.<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA 94304 | Joseph J. Mueller, Esq.<br>WilmerHale<br>60 State Street<br>Boston, MA  02109 |
| Randall Allen, Esq.<br>Alston & Bird LLP<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, CA 94025-4008 | Ryan Koppelman, Esq.<br>Alston & Bird LLP<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, CA 94025-4008 |

Re:     <u>February 6, 2014 Court Order</u>

Dear Counsel:

As you know, Judge Grewal ordered each party to file a five-page letter brief no later than February 17, 2014 at 5 p.m. regarding his "order requiring that the Quinn Emanuel firm reimburse Apple and Nokia for certain attorneys fees and costs."  Dkt. 2941.  The purpose of this filing is to "resolve any disputes" and come to "a complete resolution of this matter."  *Id.*

Since the time that Judge Grewal issued his January 29 Order, Apple and Nokia have furnished no information regarding their fee requests.  To meaningfully identify and address any disputes between the parties and submit a brief at the time contemplated by Judge Grewal's order, Samsung needs to know what amounts Apple and Nokia intend to request and to review the basis and support for such amounts.  Please immediately provide this information, including the supporting materials required by Local Rules 37-4 and 54-5.  After Nokia and Apple provide this information, Samsung requests a meet and confer "for the purpose of attempting to resolve any disputes" pursuant to Local Rule 54-5(b)(1).

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG

Please provide the requested information as well as any other information that Apple or Nokia intends to rely upon no later than noon on Monday, February 10.  We are available to meet and confer regarding any disputes on Tuesday at 1 p.m.  I look forward to hearing from you.

Sincerely,

Robert J. Becher

RJB