# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

February 11, 2014

<u>VIA EMAIL</u>

| | |
|---|---|
| Mark D. Selwyn, Esq.<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA 94304 | Joseph J. Mueller, Esq.<br>WilmerHale<br>60 State Street<br>Boston, MA 02109 |
| Randall Allen, Esq.<br>Alston & Bird LLP<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, CA 94025-4008 | Ryan Koppelman, Esq.<br>Alston & Bird LLP<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, CA 94025-4008 |

Re:  <u>February 6, 2014 Court Order</u>

Dear Counsel:

As you know, we wrote to you on February 8, 2014 regarding Judge Grewal's February 6, 2014 Order re: Briefing on Amount of Sanctions.  Dkt. 2941.  In that letter, we asked you to identify the amount of attorneys' fees and costs Apple and Nokia intend to request as sanctions by no later than noon on Monday, February 10.  We also asked you to provide us with the supporting materials required by Local Rules 37-4 and 54-5 by no later than noon on Monday, February 10.  And we requested a meet and confer on Tuesday, February 11 at 1 p.m. "for the purpose of attempting to resolve any disputes" pursuant to Local Rule 54-5(b)(1).

It is now Tuesday morning and Apple and Nokia have not responded to our letter or provided any of the requested information.  We need the requested information to identify disputes over the fees and costs being claimed and to prepare our letter to the Court that is due on February 17, 2014.  Given the Court's order awarding sanctions issued on January 29, 2014, Apple and Nokia surely have already gathered the requested information.  Please immediately confirm that you will be providing all of the requested information by noon today.  If we do not receive

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG

confirmation, we will have no choice but to ask Judge Grewal to order Apple and Nokia to provide this information.  We look forward to hearing from you.

Sincerely,

Robert J. Becher

RJB