# EXHIBIT 3

WILMERHALE

February 11, 2014

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

**Via E-Mail**
**Highly Confidential**

Robert Becher, Esq.
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:   *Apple Inc. v. Samsung Elecs. Co.*, Case No. 11-CV-01846-LHK (PSG)

Dear Rob:

In its January 29, 2014 Order Granting Motion for Sanctions (Dkt. No. 2935), the Court ordered that Quinn Emanuel "reimburse Apple, Nokia, and their counsel for any and all costs and fees incurred in litigating [the sanctions motion] and the discovery associated with it." (Dkt. 2935.)  Pursuant to the Court's Order and Local Rules 37-4 and 54-5, this letter sets forth the costs and fees incurred by Apple and its counsel in litigating the sanctions motion and the associated discovery.

## Costs

Apple incurred at least $58,388.95 in costs as a result of litigating the sanctions motion and associated discovery.  These costs represent the following:

- $39,811.45 for deposition transcripts and $18,577.50 for interpreters for the depositions of Jaewan Chi, Seongwoo Kim, Daniel Shim, Kenneth Korea, Seongho Ahn, and Jin Hwan Kwak.
- $1,436.50 for transcripts for the October 1, 2013 and October 22, 2013 hearings before Judge Grewal.
- $19,411.92 for attorney air travel and lodging for travel associated with depositions and hearings.

## Fees

Twenty-three WilmerHale timekeepers billed fees for work related to the discovery, briefing, and argument of Apple's sanctions motion.  Although the Court's Order grants "any and all" fees incurred in connection with the sanctions motion, Apple does not seek reimbursement of fees for those timekeepers who billed less than $5,000.  WilmerHale also does not seek reimbursement for any of its attorneys' travel time.

WILMERHALE

February 11, 2014
Page 2


Apple requests reimbursement of fees for the work of thirteen WilmerHale attorneys with extensive involvement in litigating the sanctions motion and associated discovery: Michael D. Esch, Omari French, Derek Gosma, Gregory H. Lantier, William F. Lee, Andrew Liao, Leah Litman, Joseph Mueller, Richard W. O'Neill, James Quarles, Mark D. Selwyn, Timothy D. Syrett, Nina S. Tallon.  The total fees for the work these attorneys did in relation to Apple's sanction motion and related discovery are $864,479.00.  The attached schedule is a summary of the time spent by each attorney by month from August through December 2013.

Detail regarding the experience of these attorneys is available on their respective bio pages on the WilmerHale website (www.wilmerhale.com).  A brief description of the services each performed in litigating the sanction motion and associated discovery is below.

**Michael D. Esch (Partner)**
Mr. Esch helped oversee litigation strategy related to breach of the protective order and motion for sanctions.  He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions.  He conducted factual investigation, including review of documents.  He participated in creating detailed chronologies of sanctions documents.  He prepared deposition outlines and participated in deposition preparation.  He also participated in briefing related to Samsung's motion for relief from Order of Magistrate.  He participated in briefing regarding proposed sanctions. He reviewed deposition transcripts.

**Omari French (Senior Associate)**
Mr. French participated in legal research and prepared memoranda related to the sanctions motion.  He also participated in drafting and editing the Apple's motion to compel and for sanctions.  He also conducted factual investigation, including review of documents.

**Derek Gosma (Senior Associate)**
Mr. Gosma conducted factual investigation, including review of documents.  He prepared deposition outline and participated in deposition preparation.  He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions.  He participated in briefing related to Samsung's motion for relief from Order of Magistrate.  He participated in briefing related to order to show cause.  He reviewed Samsung's privilege log and identified deficiencies.  He prepared materials for sanctions hearing.  He participated in preparing filings for sealing confidential information.

**Gregory H. Lantier (Partner)**

# WILMERHALE

February 11, 2014
Page 3

Mr. Lantier helped oversee litigation strategy related to breach of the protective order and motion for sanctions. He oversaw the drafting and editing of Apple's motion to compel and for sanctions. He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. He participated in briefing related to Samsung's motion for relief from Order of Magistrate. He participated in briefing regarding proposed sanction. He prepared for and took the deposition of Mr. Kwak. He prepared for and attended the depositions of Mr. Melin and Ms. Hakoranta. He prepared materials for sanctions hearing.

**William F. Lee (Partner)**
Mr. Lee oversaw litigation strategy related to breach of the protective order and motion for sanctions. He oversaw the drafting and editing of Apple's motion to compel and for sanctions. He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. He participated in briefing related to Samsung's motion for relief from Order of Magistrate. He participated in briefing regarding proposed sanction. He prepared for and argued the sanctions motion before the Court.

**Andrew Liao (Senior Associate)**
Mr. Liao participated in the drafting and editing of Apple's motion to compel and for sanctions. He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. He participated in briefing related to Samsung's motion for relief from Order of Magistrate. He participated in briefing regarding proposed sanction. Mr. Liao participated in preparation for the deposition of Samsung witnesses. He also conducted factual investigation, including review of documents. He prepared materials for sanctions hearing. He participated in preparing filings for sealing confidential information. He reviewed Samsung's privilege log and identified deficiencies.

**Leah Litman (Senior Associate)**
Ms. Litman participated in legal research related to the sanctions motion. She also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. She participated in briefing related to Samsung's motion for relief from Order of Magistrate. She participated in briefing regarding proposed sanction. Ms. Litman participated in preparation for the depositions of Samsung witnesses. She prepared materials for sanctions hearing. She also conducted factual investigation, including review of documents.

**Joseph Mueller (Partner)**

WILMERHALE

February 11, 2014
Page 4

Mr. Mueller helped oversee litigation strategy related to breach of the protective order and motion for sanctions. He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. He participated in briefing related to Samsung's motion for relief from Order of Magistrate. He participated in briefing regarding proposed sanction. Mr. Mueller conducted depositions of Samsung witnesses. He also conducted factual investigation, including review of documents. He prepared materials for sanctions hearing.

**Richard O'Neill (Partner)**
Mr. O'Neill helped oversee litigation strategy related to breach of the protective order and motion for sanctions. He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. He participated in briefing related to Samsung's motion for relief from Order of Magistrate. He participated in briefing regarding proposed sanctions. He prepared for and participated in the deposition of Mr. Kim.

**James Quarles (Partner)**
Mr. Quarles helped oversee litigation strategy related to breach of the protective order and motion for sanctions. He oversaw the drafting and editing of Apple's motion to compel and for sanctions. He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. He participated in briefing related to Samsung's motion for relief from Order of Magistrate. He participated in briefing regarding proposed sanctions.

**Mark D. Selwyn (Partner)**
Mr. Selwyn helped oversee litigation strategy related to breach of the protective order and motion for sanctions. He oversaw the drafting and editing of Apple's motion to compel and for sanctions. He also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. He participated in briefing related to Samsung's motion for relief from Order of Magistrate. He participated in briefing regarding proposed sanctions. He prepared for and conducted the depositions of Mr. Ahn and Mr. Korea. He prepared for and argued the sanctions motion before the Court.

**Timothy D. Syrett (Counsel)**
Mr. Syrett prepared for and conducted the deposition of Mr. Chi. He also participated in factual investigation, including review of documents. He participated in briefing regarding proposed sanction.

**Nina S. Tallon (Partner)**

WILMERHALE

February 11, 2014
Page 5


Ms. Tallon helped oversee litigation strategy related to breach of the protective order and motion for sanctions. She oversaw the drafting and editing of Apple's motion to compel and for sanctions. She also participated in drafting and editing supplemental briefing related to Apple's motion to compel and for sanctions. She participated in briefing related to Samsung's motion for relief from Order of Magistrate. She participated in briefing regarding proposed sanctions. She also conducted factual investigation, including review of documents.

WilmerHale attorneys track time billed to Apple based on individual tasks. This made it possible to isolate efforts spent in litigating the sanctions motion and the associated discovery. The median billing rate for the partners and counsel who worked on this motion briefing and discovery is $650.25. The median billing rate for the associates who worked on this motion and discovery is $446.25. These rates are comparable to those of other firms in the field. For example, a bankruptcy court filing showed that in 2009, "hourly rates for partners and of counsel of Quinn Emanuel range from $970 to $580," and "hourly rates for U.S. associates range from $390 to $820." (Decl. of Andrew J. Rossman ISO Debtors' Appl. for Order Pursuant to 11 U.S.C. §§ 327(e) and 328(a) Approving the Emp., Retention, & Subst. of Quinn Emanuel Urquhart Oliver & Hedges as Special Litig. Counsel ¶ 17, *In re G-I Holdings Inc.*, Case Nos 01-30135 and 01-38790 (Bankr. D. N.J. Nov. 19, 2009).)

Sincerely yours,

/s/ Mark D. Selwyn


Mark D. Selwyn

| Timekeeper | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|
| Michael Esch | $0 | $0 | $29,131 | $12,095 | $29,456 | $70,682 |
| Omari French | $22,402 | $0 | $0 | $0 | $0 | $22,402 |
| Derek Gosma | $0 | $0 | $30,613 | $0 | $12,004 | $42,617 |
| Gregory Lantier | $0 | $14,956 | $48,964 | $35,309 | $33,748 | $132,976 |
| William Lee | $0 | $9,138 | $32,381 | $8,394 | $13,706 | $63,619 |
| Andrew Liao | $6,337 | $3,793 | $21,242 | $13,388 | $27,043 | $71,802 |
| Leah Litman | $89 | $11,513 | $6,694 | $7,943 | $10,933 | $37,173 |
| Joseph Mueller | $1,006 | $16,983 | $47,112 | $16,417 | $9,435 | $90,953 |
| Richard O'Neill | $0 | $0 | $74,588 | $0 | $5,437 | $80,024 |
| James Quarles | $287 | $6,980 | $8,798 | $2,773 | $7,718 | $26,556 |
| Mark Selwyn | $12,299 | $4,950 | $73,405 | $24,907 | $27,073 | $142,633 |
| Timothy Syrett | $0 | $0 | $25,756 | $0 | $177 | $25,933 |
| Nina Tallon | $0 | $812 | $37,485 | $0 | $812 | $39,109 |
| Total | $42,420 | $69,125 | $436,168 | $121,224 | $177,542 | **$846,479** |