# EXHIBIT 4

-----Original Message-----
**From:** Robert Becher [robertbecher@quinnemanuel.com]
**Received:** Wednesday, 12 Feb 2014, 1:17PM
**To:** Selwyn, Mark [Mark.Selwyn@wilmerhale.com]
**CC:** Mueller, Joseph [Joseph.Mueller@wilmerhale.com]
**Subject:** RE: Letter

Dear Mark:

We are in receipt of your letter, dated February 11, 2014 regarding the fees and costs that Apple intends to request from the Court.  The information you have provided is inadequate for us to meet and confer with Apple to try to resolve any disputes and it also does not comply with the Local Rules.  Local Rule 37-4 requires Apple to "itemize with particularity" the fees and costs it is seeking to recover.  Apple has not done so.  As you know, the Court has previously found the level of detail Apple provided to Samsung yesterday to be inadequate. Dkt. 1924, 1935, 2123.

Due to the impending deadline for our letter to the Court, we request that Apple provide Samsung today with the level of detail we previously requested in our February 8, 2014 letter.  In particular, please provide us with the invoices for all costs being requested. Please also provide the individual time entries corresponding to all of the attorneys' fees Apple is seeking so we can see how much time each timekeeper billed each day to individual tasks.  It is not acceptable to simply list the total time a timekeeper spent on a wide range of different tasks over the course of months.  Given your statement that Wilmer Hale tracks time billed to Apple "based on individual tasks" and that you presumably reviewed all pertinent time entries to develop the chart attached to your February 11, 2014 letter, this information should be readily available to Apple.  If you refuse to provide the requested information, please confirm that Apple does not intend to submit any additional information to the Court to support its request for fees and costs and solely intends to rely on the information it has provided to Samsung.

We are available to meet and confer with you today to discuss this request.  Please let us know a time that works.  We look forward to your response.

Regards, Rob

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Tuesday, February 11, 2014 7:56 AM
**To:** Robert Becher
**Cc:** Mueller, Joseph; 'Koppelman, Ryan'; 'Allen, Randall'
**Subject:** RE: Letter

1

Rob:  We expect to send you fees and costs information today, but it will not be by noon.

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Tuesday, February 11, 2014 7:43 AM
**To:** Robert Becher; Selwyn, Mark; Mueller, Joseph; 'Koppelman, Ryan'; 'Allen, Randall'
**Subject:** RE: Letter

Please see attached.

**From:** Robert Becher
**Sent:** Saturday, February 08, 2014 10:07 AM
**To:** 'Selwyn, Mark (Mark.Selwyn@wilmerhale.com)'; ''Joseph.Mueller@wilmerhale.com' (Joseph.Mueller@wilmerhale.com)'; 'Koppelman, Ryan'; 'Allen, Randall'
**Subject:** Letter

Please see attached.

2