# EXHIBIT 6

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59115 | 11/6/2013 | 46315 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Jaewan Chi | 185.00 | Pages | 1,082.25 |
| Realtime | 160.00 | Pages | 160.00 |
| Rough ASCII | 160.00 | Pages | 160.00 |
| Exhibits | 81.00 | Pages | 20.25 |
| LEF/SBF/XMEF | | | 75.00 |
| Overnight/Messenger Delivery | | | 165.00 |

**TOTAL DUE >>>** **$1,662.50**
AFTER 12/7/2013 PAY $1,745.63

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

2 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46315          BU ID : 43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59115          Invoice Date : 11/6/2013
**Total Due : $ 1,662.50**
AFTER 12/7/2013 PAY $1,745.63

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**PLANET DEPOS**
We make it >>happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60138 | 11/6/2013 | 46319 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF: | | |
|---|---|---|
| Jaewan Chi | | |
| Videographer Hourly Rate | 9.50 | 712.50 |
| Synchronization | 6.00 Hours | 300.00 |
| | **TOTAL DUE >>>** | **$1,012.50** |
| | AFTER 12/7/2013 PAY | $1,063.13 |

Ordered By    : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
              Wilmer Cutler Pickering Hale and Dorr LLP
              950 Page Mill Road
              Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No.      : 46319          BU ID      :44-SoCal-V
Case No.     : 11-CV-01846-LHK
Case Name  : Apple -v- Samsung; Samsung -v- Apple (Dual
               Caption - 11-CV-01846-LHK)

Invoice No.  : 60138          Invoice Date  :11/6/2013
**Total Due : $ 1,012.50**
AFTER 12/7/2013 PAY $1,063.13

Remit To: **Planet Depos**
          **405 East Gude Drive**
          **Suite 209**
          **Rockville, MD 20850**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone #: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59101 | 11/6/2013 | 46314 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Seongwoo (Clayton) Kim | 232.00 Pages | 1,357.20 |
| Realtime | 201.00 Pages | 201.00 |
| Rough ASCII | 201.00 Pages | 201.00 |
| Evening Attendance | | 175.00 |
| Exhibits | 121.00 Pages | 30.25 |
| LEF/SBF/XMEF | | 75.00 |
| **TOTAL DUE >>>** | | **$2,039.45** |
| AFTER 12/7/2013 PAY | | $2,141.42 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

2 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | | |
|---|---|---|---|
| Job No. | : 46314 | BU ID | :43-SoCal-R |
| Case No. | : 11-CV-01846-LHK | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| Invoice No. | : 59101 | Invoice Date | :11/6/2013 |

**Total Due : $ 2,039.45**
AFTER 12/7/2013 PAY $2,141.42

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60150 | 11/6/2013 | 46318 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple –v– Samsung; Samsung –v– Apple (Dual Caption – 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Seongwoo (Clayton) Kim

| | | |
|---|---|---|
| Videographer Hourly Rate | 11.50 | 862.50 |
| Synchronization | 7.50 Hours | 375.00 |
| | **TOTAL DUE >>>** | **$1,237.50** |
| | AFTER 12/7/2013 PAY | $1,299.38 |

Ordered By : APPLE –V– SAMSUNG (Other Dual) – (USDC 01846) – (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No.     : 46318        BU ID        :44-SoCal-V
Case No.    : 11-CV-01846-LHK
Case Name   : Apple –v– Samsung; Samsung –v– Apple (Dual
              Caption – 11-CV-01846-LHK)

Invoice No. : 60150        Invoice Date :11/6/2013
**Total Due : $ 1,237.50**
AFTER 12/7/2013 PAY $1,299.38

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE



**PLANET DEPOS**
We make it happen
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59119 | 11/6/2013 | 46316 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Daniel Shim | 310.00 | Pages | 1,813.50 |
| Realtime | 266.00 | Pages | 266.00 |
| Rough ASCII | 266.00 | Pages | 266.00 |
| Evening Attendance | | | 175.00 |
| Exhibits | 124.00 | Pages | 31.00 |
| LEF/SBF/XMEF | | | 75.00 |
| | **TOTAL DUE  >>>** | | **$2,626.50** |
| | AFTER 12/7/2013  PAY | | $2,757.83 |

Ordered By    : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
                    Wilmer Cutler Pickering Hale and Dorr LLP
                    950 Page Mill Road
                    Palo Alto, CA  94304

2 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.    : 46316          BU ID        :43-SoCal-R
Case No.   : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual
                  Caption - 11-CV-01846-LHK)

Invoice No. : 59119          Invoice Date  :11/6/2013
**Total Due  : $ 2,626.50**
AFTER 12/7/2013 PAY  $2,757.83

Remit To:  **Planet Depos**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

| **PAYMENT WITH CREDIT CARD** | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |



## PLANET DEPOS
We make it happen
888.433.3767 · WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60161 | 11/6/2013 | 46320 |
| **Job Date** | **Case No.** | |
| 10/15/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Daniel Shim

| | | |
|---|---|---|
| Videographer Hourly Rate | 10.50 | 787.50 |
| Synchronization | 7.50  Hours | 375.00 |
| | **TOTAL DUE >>>** | **$1,162.50** |
| | AFTER 12/7/2013  PAY | $1,220.63 |

Ordered By    : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
              Wilmer Cutler Pickering Hale and Dorr LLP
              950 Page Mill Road
              Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | | | |
|---|---|---|---|---|
| Job No. | : 46320 | | BU ID | : 44-SoCal-V |
| Case No. | : 11-CV-01846-LHK | | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | | |
| Invoice No. | : 60161 | | Invoice Date | : 11/6/2013 |

**Total Due  :  $ 1,162.50**
AFTER 12/7/2013  PAY  $1,220.63

Remit To:  **Planet Depos**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

### PAYMENT WITH CREDIT CARD   AMEX  [card]  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:



PLANET DEPOS
We make it happen.
888.433.3767 • WWW.PLANETDEPOS.COM

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59128 | 11/6/2013 | 46317 |
| **Job Date** | **Case No.** | |
| 10/16/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | | |
|---|---|---|---|
| Kenneth S. Korea - FULL/REDACTED/EXCERPT | 341.00 | Pages | 2,216.50 |
| Realtime | 293.00 | Pages | 293.00 |
| Rough ASCII | 293.00 | Pages | 293.00 |
| Evening Attendance | | | 175.00 |
| Exhibits | 474.00 | Pages | 118.50 |
| LEF/SBF/XMEF | | | 75.00 |
| | **TOTAL DUE >>>** | | **$3,171.00** |
| | AFTER 12/7/2013 PAY | | $3,329.55 |

Ordered By    : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No.       : 46317          BU ID       : 43-SoCal-R
Case No.      : 11-CV-01846-LHK
Case Name  : Apple -v- Samsung; Samsung -v- Apple (Dual
              Caption - 11-CV-01846-LHK)

Invoice No.  : 59128          Invoice Date : 11/6/2013
**Total Due : $ 3,171.00**
AFTER 12/7/2013 PAY $3,329.55

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE



**PLANET DEPOS**
*We make it happen.*
888.433.3767 : WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60170 | 11/6/2013 | 46321 |
| **Job Date** | **Case No.** | |
| 10/16/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    Kenneth Korea

| | | |
|---|---|---|
| Videographer Hourly Rate | 12.00 | 900.00 |
| Synchronization | 8.00 Hours | 400.00 |
| | **TOTAL DUE >>>** | **$1,300.00** |
| | AFTER 12/7/2013 PAY | $1,365.00 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
    Wilmer Cutler Pickering Hale and Dorr LLP
    950 Page Mill Road
    Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46321      BU ID : 44-SoCal-V
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 60170      Invoice Date : 11/6/2013
**Total Due : $ 1,300.00**
AFTER 12/7/2013 PAY $1,365.00

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767 · WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59141 | 11/6/2013 | 46380 |
| **Job Date** | | **Case No.** |
| 10/17/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

---

EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Seungho Ahn | 216.00 | Pages | 1,404.00 |
| Realtime | 183.00 | Pages | 183.00 |
| Rough ASCII | 183.00 | Pages | 183.00 |
| Exhibits | 49.00 | Pages | 12.25 |
| LEF/SBF/XMEF | | | 75.00 |

|  | |
|---|---|
| **TOTAL DUE >>>** | **$1,857.25** |
| AFTER 12/7/2013 PAY | $1,950.11 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46380   BU ID : 43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59141   Invoice Date : 11/6/2013
**Total Due : $ 1,857.25**
AFTER 12/7/2013 PAY $1,950.11

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| PAYMENT WITH CREDIT CARD | AMEX · MasterCard · VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



**PLANET DEPOS**
We make it happen
888.433.3767 | WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60214 | 11/6/2013 | 46381 |
| **Job Date** | **Case No.** | |
| 10/17/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Seungho Ahn

| | | |
|---|---|---|
| Videographer Hourly Rate | 10.00 | 750.00 |
| Synchronization | 7.00  Hours | 350.00 |
| | **TOTAL DUE >>>** | **$1,100.00** |
| | AFTER 12/7/2013  PAY | $1,155.00 |

Ordered By  :  APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| | | | |
|---|---|---|---|
| Job No. | : 46381 | **BU ID** | :44-SoCal-V |
| Case No. | : 11-CV-01846-LHK | | |
| Case Name | : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| Invoice No. | : 60214 | Invoice Date | :11/6/2013 |

**Total Due :  $ 1,100.00**
AFTER 12/7/2013  PAY  $1,155.00

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                      Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767 WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59136 | 11/6/2013 | 46617 |
| **Job Date** | **Case No.** | |
| 10/18/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

| EXPEDITED ORIGINAL TRANSCRIPT WITH INDEX OF: | | |
|---|---|---|
| Jin Hwan Kwak - FULL/REDACTED/EXCERPT for Wilmer & Quinn only | 227.00 Pages | 1,475.50 |
| Realtime | 196.00 Pages | 196.00 |
| Rough ASCII | 196.00 Pages | 196.00 |
| Evening Attendance | | 175.00 |
| Exhibits | 31.00 Pages | 7.75 |
| LEF/SBF/XMEF | | 75.00 |
| | **TOTAL DUE >>>** | **$2,125.25** |
| | AFTER 12/7/2013 PAY | $2,231.51 |

Ordered By : APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Daily Expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Job No. : 46617  BU ID : 43-SoCal-R
Case No. : 11-CV-01846-LHK
Case Name : Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Invoice No. : 59136   Invoice Date : 11/6/2013
**Total Due : $ 2,125.25**
AFTER 12/7/2013 PAY $2,231.51

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



**PLANET DEPOS**
We make it happen.
888.433.3767  WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60222 | 11/6/2013 | 46618 |
| **Job Date** | **Case No.** | |
| 10/18/2013 | 11-CV-01846-LHK | |
| **Case Name** | | |
| Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Jin Hwan Kwak

| | | |
|---|---|---|
| Videographer Hourly Rate | 11.00 | 825.00 |
| Synchronization | 7.50  Hours | 375.00 |
| | **TOTAL DUE >>>** | **$1,200.00** |
| | AFTER 12/7/2013  PAY | $1,260.00 |

Ordered By    :  APPLE -V- SAMSUNG (Other Dual) - (USDC 01846) - (Wilmer Hale)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Ernest L. Aglipay
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Job No.      :  46618            BU ID      :44-SoCal-V
Case No.     :  11-CV-01846-LHK
Case Name  :  Apple -v- Samsung; Samsung -v- Apple (Dual
                   Caption - 11-CV-01846-LHK)

Invoice No.  :  60222          Invoice Date  :11/6/2013
**Total Due  : $ 1,200.00**
AFTER 12/7/2013  PAY  $1,260.00

| PAYMENT WITH CREDIT CARD | AMEX MC VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **Planet Depos**
                **405 East Gude Drive**
                **Suite 209**
                **Rockville, MD  20850**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO: 20081379

**MAKE CHECKS PAYABLE TO:**

Mark Selwyn
Wilmer Hale, Palo Alto
950 Page Mill Road
Palo Alto, CA 94304

Phone: (650) 858-6031

mark.selwyn@wilmerhale.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone: (408) 288-6150

summer_fisher@cand.uscourts.gov

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 10-02-2013 | DATE DELIVERED: 10-02-2013 |

Case Style: CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

10/1/13 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 75 | 7.25 | 543.75 | 75 | 1.20 | 90.00 | | | | 633.75 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 633.75 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $633.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 10-03-2013 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN CALIFORNIA

INVOICE NO: 20081397

**MAKE CHECKS PAYABLE TO:**

Mark Selwyn
Wilmer Hale, Palo Alto
950 Page Mill Road
Palo Alto, CA 94304

Phone: (650) 858-6031

mark.selwyn@wilmerhale.com

SUMMER FISHER
Official Court Reporter
280 S. First Street
Room 2112
San Jose, CA 95113

Phone: (408) 288-6150

summer_fisher@cand.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 10-23-2013 | DATE DELIVERED: 10-23-2013 |

Case Style: CV-11-1846-LHK, Apple v Samsung
INV. due upon receipt of transcript.

10/22/13 Judge Grewal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 95 | 7.25 | 688.75 | 95 | 1.20 | 114.00 | | | | 802.75 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 802.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $802.75 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:        DATE: 10-23-2013

(All previous editions of this form are cancelled and should be destroyed)

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #    888-569-4949

# Invoice

| | |
|---|---|
| **Invoice #:** | 13286 |
| **Invoice Date:** | 10/23/2013 |
| **Due Date:** | 11/22/2013 |
| **Case / Matter:** | Apple vs. Samsung NDC... |
| **Case No.** | 11-CV-11846-LHK |
| **File No.** | 1033300-00137 |

**Bill To:**

Wilmer Cutler Picker Hale & Dorr, LLP
Mr. Mark D. Selwyn, Esq.
950 Page Mill Road
Palo Alto, CA 94304

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Services as performed by Henry E. Chon: Transit on Oct. 14, 2013 from SFO to LAX. | 4 | 350.00 | 1,400.00 |
| Depo: Clayton Seong-Woo Kim, VP, Tuesday, October 15, 2013 | 12.5 | 350.00 | 4,375.00 |
| Date: Tuesday, October 15, 2013 | | | |
| Hours: 12.5 Hours (@ MoFo/ Los Angeles) | | | |
| Time: 9:00 am - 7:30 p.m. | | | |
| Case: AvSS NDCA II (11-CV-01846-LHK) | | | |
| C/M No.: 1033300-00137 | | | |
| Taking: Chip O'Neill of Wilmer Hale for Apple | | | |
| Also: Parker Miller [sic] of Alston & Bird for Nokia | | | |
| Defending: Robert Stone of Quinn Emanuel for Samsung | | | |
| Main Interpreter: Henry E. Chon | | | |
| Check Interpreter: Alex N. Jo | | | |
| Also Present: James Shin, Esq. Samsung In-House | | | |
| Reporter: Lisa Michaels of Planet Depo | | | |
| Video: Trevor Asfall, Planet Depo | | | |
| Services as performed by Henry E. Chon: Transit on Oct. 15, 2013 from LAX to SFO. | 4 | 350.00 | 1,400.00 |
| Expenses for Henry Chon per Expensify. | | 897.02 | 897.02 |
| Credit to client for missing receipt per Mr. Albert S. Kim's instruction | | -17.00 | -17.00 |

| | |
|---|---|
| **Total** | $8,055.02 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,055.02 |

Please make your check payable to "AccessLink, LLC." (EIN:26-3919936). Thank you.

# AccessLink, LLC.

440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #   888-569-4949

**Invoice**

| | |
|---|---|
| Invoice #: | 13287 |
| Invoice Date: | 10/23/2013 |
| Due Date: | 11/22/2013 |
| Case / Matter: | Apple vs. Samsung NDC... |
| Case No. | 11-CV-11846-LHK |
| File No. | 1033300-00137 |

**Bill To:**
Wilmer Cutler Picker Hale & Dorr, LLP
Mr. Mark D. Selwyn, Esq.
950 Page Mill Road
Palo Alto, CA 94304

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| **Depo:** Jae Wan Chi, EVP, Tuesday, October 15, 2013 | 8.5 | 350.00 | 2,975.00 |
| **Hours:** 8.5 Hours (@ Quinn Emanuel / Los Angeles) | | | |
| **Time:** 9:00 am - 5:22 p.m. (charging through 5:30 p.m.) | | | |
| **Taking:** Greg Lantier, Derek Gossler of Wilmer Hale for Apple | | | |
| **Also:** Ryan Koppelman of Alston & Bird for Nokia | | | |
| **Defending:** Michael Zeller, John Gordon of Quinn Emanuel | | | |
| **Main Interpreter:** Albert S. Kim | | | |
| **Check Interpreter:** Ann S. Park | | | |
| **Also Present:** James Minjae Shin, Esq. Samsung In-House | | | |
| **Reporter:** Clayton Frazier of Planet Depo | | | |
| **Video:** Trevor Asfall, Planet Depo | | | |
| | | | |
| **Desc:** Seung-Ho Ahn, Ph.D./EVP, Thursday, October 17, 2013 | 9.5 | 350.00 | 3,325.00 |
| **Hours:** 9.5 Hours (@ Quinn Emanuel / Los Angeles) | | | |
| **Time:** 9:00 am - 6:15 p.m. (charging through 6:30 p.m.) | | | |
| **Taking:** Mark Selwyn of Wilmer Hale for Apple | | | |
| **Also:** Patrick Flinn; Ryan Koppelman and Randall Allen (via teleconference) of Alston & Bird for Nokia | | | |
| **Defending:** John Quinn; Michael Zeller of Quinn Emanuel | | | |
| **Main Interpreter:** Albert S. Kim | | | |
| **Check Interpreter:** Ann S. Park | | | |
| **Also Present:** Brian Kim, Esq. Samsung In-House | | | |
| **Reporter:** Candace of Planet Depo | | | |
| **Video:** Trevor Asfall, Planet Depo | | | |

Total

Payments/Credits

Balance Due

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936). Thank you.*

# AccessLink, LLC.



440 Louisiana Street
Suite 900
Houston, TX 77002

Phone / Fax #    888-569-4949

**Bill To:**
Wilmer Cutler Picker Hale & Dorr, LLP
Mr. Mark D. Selwyn, Esq.
950 Page Mill Road
Palo Alto, CA 94304

Invoice #: 13287
Invoice Date: 10/23/2013
Due Date: 11/22/2013
Case / Matter: Apple vs. Samsung NDC...
Case No. 11-CV-11846-LHK
File No. 1033300-00137

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Depo:     Jin Hwan Kwak, VP, Friday, October 18, 2013 | 12 | 350.00 | 4,200.00 |
| Hours:    12.0  Hours (@ Quinn Emanuel / Los Angeles) | | | |
| Time:     9:00 am - 6:48 p.m. (charging through 7:00 p.m.) | | | |
| Taking:   Greg Lantier; Derek Gossler of Wilmer Hale for Apple | | | |
| Also:     Ryan Koppelman of Alston & Bird for Nokia | | | |
| Defending:   Michael Zeller; John Gordon of Quinn Emanuel | | | |
| Main Interpreter:   Albert S. Kim | | | |
| Check Interpreter:   Alex N. Jo | | | |
| Also Present:   James Minjae Shin, Esq. Samsung In-House | | | |
| Reporter:   Clayton Frazier of Planet Depo | | | |
| Video:    Trevor Asfall, Planet Depo | | | |
| | | | |
| Parking on October 17, 2013 at Quinn Emanuel Los Angeles. | | 22.50 | 22.50 |

| | | |
|---|---|---|
| Total | | $10,522.50 |
| Payments/Credits | | $0.00 |
| Balance Due | | $10,522.50 |

*Please make your check payable to "AccessLink, LLC." (EIN:26-3919936).  Thank you.*



| | | PNR: | HZQQVB |
|---|---|---|---|
| | | Passenger: | WILLIAM LEE |
| | | Invoice: | 54139 |
| | | Date: | Sep 13 2013 |

| Date | City | Airport | Time | Carrier | Flight | Class |
|---|---|---|---|---|---|---|
| 09/30/2013 | LV BOS | BOSTON | 08:50A | VIRGIN AMERICA | 351 | Business(J) |
| | AR SFO | SAN FRANCISCO | 12:20P | | | |

| Type | Ticket # | Amount | Credit Card |
|---|---|---|---|
| Service Fee | 0594201329 | $35.00 | ██████████ |
| Ticket | 7305599135 | $2,205.90 | |

*Coach = 812.90*

*partial credit to come*

*charge return to United*

**WILMERHALE** ⊞

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| **PNR:** | SEUUAG |
| **Passenger:** | WILLIAM LEE |
| **Invoice:** | 54132 |
| **Date:** | Sep 13 2013 |

| Date | | City | Airport | Time | Carrier | Flight | Class |
|---|---|---|---|---|---|---|---|
| 10/01/2013 | LV | SFO | SAN FRANCISCO | 04:09P | UNITED AIRLINES INC. | 444 | First(F) |
| | AR | BOS | BOSTON | 12:52A | | | |

| Type | Ticket # | Amount | Credit Card |
|---|---|---|---|
| Ticket | 7305599130 | $1,935.90 | ████████ |

*Coach = $1638.90*

# GARDENCOURT
## H O T E L

Mr William F Lee
60 State Street 29 Floor
Boston MA 02109
United States

INFORMATION INVOICE
A/R Number          :
Group Code          :
Company Name     :   Wilmer Hale

| | | | |
|---|---|---|---|
| Room No. | : | 327 | |
| Arrival | : | 09-30-13 | |
| Departure | : | 10-01-13 | |
| Page No. | : | 1 of 1 | |
| Folio No. | : | 56594 | |
| Conf. No. | : | 889056 | |
| Cashier Id. | : | DSM | |
| | | | 10-01-13 |

| Date | Text | | Charges | Credits |
|---|---|---|---|---|
| 09-30-13 | Accommodation | | 329.00 | |
| 09-30-13 | Occupancy Tax | | 39.48 | |
| 09-30-13 | California Tourism Tax | | 0.23 | |
| 10-01-13 | Private Bar | Caramel Popcorn | 4.95 | |
| 10-01-13 | Sales Tax | | 0.43 | |
| 10-01-13 | American Express | XX/XX | | 380.16 |
| 10-01-13 | Long Distance Call | Room | 6.07 | |

$368.71

|  | | 380.16 | 380.16 |
|---|---|---|---|
| Balance | | | 0.00 |

Guest Signature : _____

Mr Joseph J Mueller
60 State Street
Boston MA 02109
United States

| | |
|---|---|
| Room No. | : 410 |
| Arrival | : 09-30-13 |
| Departure | : 10-01-13 |
| Page No. | : 1 of 1 |

INVOICE

| | | | |
|---|---|---|---|
| A/R Number | : | Folio No. | : 56593 |
| Group Code | : | Conf. No. | : 890278 |
| Company Name | : Wilmer Hale | Cashier Id. | : EGO |
| | | | 10-01-13 |

| Date | Text | Charges | Credits |
|---|---|---|---|
| 09-30-13 | Accommodation | 329.00 | |
| 09-30-13 | Occupancy Tax | 39.48 | |
| 09-30-13 | California Tourism Tax | 0.23 | |
| 09-30-13 | Convention & Visitor Bureau Tax | 0.90 | |
| 10-01-13 | Mastercard | | 369.61 |
| | | 369.61 | 369.61 |
| | Balance | | 0.00 |

Guest Signature : _____



**Ultramar Travel Management at WilmerHale**
*<-- the smartest travel between points -->*
**Phone: WH Internal: 777-1600, US & Canada: 1-888-681-0909.**
whtravelofficeus@ultramartravel.com

# Electronic Invoice

**Prepared For:**
## SELWYN/MARK

| | |
|---|---|
| SALES PERSON | TC |
| INVOICE NUMBER | 0056099 |
| INVOICE ISSUE DATE | 14 Oct 2013 |
| RECORD LOCATOR | IIQJSO |
| CUSTOMER NUMBER | ██████████ |

Client Address

MARK SELWYN
WILMER CUTLER PICKERING HALE AND DORR LLP
950 PAGE MILL ROAD
PALO ALTO CA 94304 US

Delivery Address

ETKT

Notes
RECONFIRMATION FOR UNITED AIRLINES CALL 800 241 6522.

## DATE: Tue, Oct 15

**Flight: UNITED AIRLINES 1246**

| | | | |
|---|---|---|---|
| From | SAN FRANCISCO, CA | Departs | 8:50pm |
| To | LOS ANGELES, CA | Arrives | 10:25pm |
| Departure Terminal | 3 | Arrival Terminal | 7 |
| Duration | 01hr(s) :35min(s) | Class | United Economy |
| Type | BOEING 737-800 JET | Meal | Refreshment - Complimentary |
| Stop(s) | Non Stop | | |
| Seat(s) Details | SELWYN/MARK | Seat(s) - 11F | ████████ |

## DATE: Thu, Oct 17

**Flight: UNITED AIRLINES 195**

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 8:59pm |
| To | SAN FRANCISCO, CA | Arrives | 10:20pm |
| Departure Terminal | 7 | Arrival Terminal | 3 |
| Duration | 01hr(s) :21min(s) | Class | United Economy |
| Type | BOEING 737-800 JET | Meal | Refreshment - Complimentary |
| Stop(s) | Non Stop | | |
| Seat(s) Details | SELWYN/MARK | Seat(s) - 12D | ████████ |

## DATE: Tue, Apr 15

Others

HAVE A SAFE
AND PLEASANT
TRIP

## Ticket Information

| Ticket Number | UA 7312498086 | Passenger | SELWYN MARK | | | |
|---|---|---|---|---|---|---|
| | | Billed to: | ███████████ | USD | * 409.40 |
| Service Fee | XD 0595290092 | Passenger | SELWYN MARK | | | |
| | | Billed to: | ███████████ | USD | * 10.00 |

SubTotal USD 419.40

Net Credit Card Billing * USD 419.40

Total Amount Due USD 0.00

--------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 888.681.0909
INTERNAL EXTENSION FROM ANY WH OFFICE 777.1600
--------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888.681.0909
--------------------------------------------------
CLIQUSER-MARK.SELWYNÂ≡WILMERHALE.COM

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.



| | | | | PNR: | EKWAUQ |
|---|---|---|---|---|---|
| | | | | Passenger: | JOSEPH MUELLER |
| | | | | Invoice: | 56324 |
| | | | | Date: | Oct 16 2013 |

| Date | City | Airport | Time | Carrier | Flight | Class |
|---|---|---|---|---|---|---|
| 10/21/2013 | LV BOS | BOSTON | 06:55P | VIRGIN AMERICA | 357 | Economy(W) |
| | AR SFO | SAN FRANCISCO | 10:40P | | | |

| Type | Ticket # | Amount | Credit Card |
|---|---|---|---|
| Service Fee | 0595393863 | $35.00 | |
| Ticket | 7312498230 | $929.90 | |

## WILMERHALE WH

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| PNR: | QWUHEH |
| Passenger: | JOSEPH MUELLER |
| Invoice: | 56441 |
| Date: | Oct 18 2013 |

| Date | City | Airport | Time | Carrier | Flight | Class |
|---|---|---|---|---|---|---|
| 10/21/2013 | LV BOS | BOSTON | 06:55P | VIRGIN AMERICA | 357 | Business(J) |
| | AR SFO | SAN FRANCISCO | 10:40P | | | |

| Type | Ticket # | Orig. Ticket # | Amount | Credit Card |
|---|---|---|---|---|
| Exchange | 7313777062 | 7312498230 | $1,276.00 | ██████████ |



Andaz West Hollywood
8401 Sunset Boulevard
West Hollywood, CA 90069
Tel: 323.656.1234
Fax: 323.650.7024
www.westhollywood.andaz.com

**INVOICE**

Payee ███████████████

|  |  |
|---|---|
| Room No. | 0914 |
| Arrival | 10-15-13 |
| Departure | 10-16-13 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 207110 |

Confirmation No. ████████████

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-15-13 | Guest Room | 309.00 | |
| 10-15-13 | Occupancy Tax 14.0% | 43.26 | |
| 10-15-13 | CA Assessment Fee | 0.31 | |
| 10-16-13 | American Express ███████████ | | 352.57 |

| | | Charges | Credits |
|---|---|---|---|
| **Total** | | 352.57 | 352.57 |
| **Balance** | | 0.00 | |

Guest Signature _____

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

Membership: ████████████

Bonus Codes:

Qualifying Nights: 1

Eligible Spend: 309.00

Redemption Eligible: 0.00

Summary Invoice, please see front desk
for eligibility details.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

We hope you enjoyed your stay at the Andaz West Hollywood. Our goal is to provide
each guest with an exceptional stay and we are interested in hearing your feedback
regarding your visit. Please contact us at qualitylaxss@hyatt.com.

For inquiries concerning your bill please call 888-588-4384 or e-mail
NA.CustomerService@Hyatt.com

Please remit invoice payments to:
Andaz West Hollywood
PO Box 842108
Dallas, TX 75284-2108



The L.A. Hotel Downtown
333 South Figueroa Street
Los Angeles, CA 90071
Tel: 213-617-1133
Fax: 213-621-1505
www.losangelesdowntown.hyatt.com

## INFORMATION INVOICE

Payee ███████████████████

| | |
|---|---|
| Room No. | 0701 |
| Arrival | 10-16-13 |
| Departure | 10-17-13 |
| Page No. | 1 of 1 |

Confirmation No. ███████████

Folio Window 1

Group Name

Folio No.

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 10-16-13 | Back Porch Restaurant Breakfast | Room# 0701 : ████████ | 24.47 | |
| 10-16-13 | Package Room | | 329.00 | |
| 10-16-13 | Transient Occupancy Tax 14% | | 45.36 | $379.43 |
| 10-16-13 | Los Angeles TMD Assessment 1.5% | | 4.86 | |
| 10-16-13 | CA Tourism Assessment | | 0.21 | |
| 10-17-13 | American Express | | | 403.90 |

| | | |
|---|---|---|
| **Total** | 403.90 | 403.90 |
| **Balance** | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## Hyatt Gold Passport Summary

Membership: ████████████████
Bonus Codes:
Qualifying Nights:   1
Eligible Spend:   351.45
Redemption Eligible:   24.47

Summary Invoice, please see front desk
for eligibility details.

Thank you for choosing the LA Hotel Downtown.

Please remit payment to:
The LA Hotel Downtown
333 South Figueroa Street
Los Angeles, CA 90071



# GARDEN COURT
## H O T E L

Mr William F Lee
60 State Street 29 Floor
Boston MA 02109
United States

| | |
|---|---|
| Room No. | : 326 |
| Arrival | : 10-21-13 |
| Departure | : 10-22-13 |
| Page No. | : 1 of 1 |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| A/R Number | : | Folio No. : 57417 |
| Group Code | : | Conf. No. : 891010 |
| Company Name | : Wilmer Hale | Cashier Id. : JSA |
| | | 10-23-13 |

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-21-13 | Accommodation | 429.00 | |
| 10-21-13 | Occupancy Tax | 51.48 | |
| 10-21-13 | California Tourism Tax | 0.30 | |
| 10-21-13 | Convention & Visitor Bureau Tax | 0.90 | |
| 10-22-13 | American Express ▮▮▮▮ XX/XX | | 481.68 |
| 10-22-13 | Private Bar    VOSS Still | 3.65 | |
| 10-22-13 | Sales Tax | 0.35 | |
| 10-22-13 | American Express ▮▮▮▮ XX/XX | | 4.00 |
| | | 485.98 | 485.98 |
| | Balance | | 0.00 |

Guest Signature : _____

Westin Palo Alto
675 El Camino Real
Palo Alto, CA 94301
650.321.4422
http://www.starwood.com/



WESTIN®

HOTELS & RESORTS

| | | | | |
|---|---|---|---|---|
| Page Number | 1 | | | |
| Guest Number | ▮▮▮▮ | Arrive Date | 10-21-2013 |
| Folio ID | A | Depart Date | 10-22-2013 |
| No. Of Guest | 1 | Agent | ROBENA |
| Room Number | 218 | | |
| Time | 10-22-2013 08:50 | | |

### Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 10-21-2013 | RT218 | Negotiated Rate | $329.00 | |
| 10-21-2013 | RT218 | Room Tax | $39.48 | |
| 10-21-2013 | RT218 | California Tourism Tax | $0.23 | |
| 10-21-2013 | RT218 | CV Assessment Fee | $0.84 | |
| 10-21-2013 | 1 | Internet | $9.95 | |
| 10-22-2013 | MC | Master Card | | $-379.50 |
| | | ** Total | $379.50 | $-379.50 |
| | | ** Balance | $0.00 | |

*$369.55* (handwritten)

### ***For Authorization Purpose Only***
#### JOSEPH MUELLER

| Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 10-21-2013 | ▮▮▮▮ | ▮▮▮▮ | 460.60 |

Your SPG Account ▮▮▮▮ earned at least 660 Starpoints. Get
10,000 more with the SPG Credit Card.  spg.com/axpcard

Thank you for choosing Starwood Hotels We look forward to welcoming
you back soon!



| | PNR: | PHXOWL |
|---|---|---|
| | Passenger: | GREGORY LANTIER |
| | Invoice: | 56307 |
| | Date: | Oct 16 2013 |

| Date | City | Airport | Time | Carrier | Flight | Class |
|---|---|---|---|---|---|---|
| 10/17/2013 LV | SYR | SYRACUSE | 03:15P | USAIRWAYS | 2815 | Economy(N) |
| AR | CLT | CHARLOTTE | 05:17P | | | |
| 10/17/2013 LV | CLT | CHARLOTTE | 06:04P | USAIRWAYS | 721 | Economy(N) |
| AR | LAX | LOS ANGELES | 08:15P | | | |

| Type | Ticket # | Amount | Credit Card |
|---|---|---|---|
| Service Fee | 0595393854 | $35.00 | |
| Ticket | 7312498219 | $489.02 | |



| | | PNR: | PHXOWL |
| | | Passenger: | GREGORY LANTIER |
| | | Invoice: | 56311 |
| | | Date: | Oct 16 2013 |

| Date | | City | Airport | Time | Carrier | Flight | Class |
|------|----|------|---------|------|---------|--------|-------|
| 10/18/2013 | LV | LAX | LOS ANGELES | 11:30P | UNITED AIRLINES INC. | 660 | First(A) |
| | AR | ORD | CHICAGO/OHARE INTL ARPT | 05:20A | | | |
| 10/19/2013 | LV | ORD | CHICAGO/OHARE INTL ARPT | 06:33A | UNITED AIRLINES INC. | 5872 | Economy (Y) |
| | AR | SYR | SYRACUSE | 09:14A | | | |

| Type | Ticket # | Amount | Credit Card |
|------|----------|--------|-------------|
| Ticket | 7312498221 | $807.45 | ██████████ |



Ultramar Travel Management
*Smart Technology. Superior Experience.*
Phone: 888-681-8799
mis.operations@ultramartravel.com

## Electronic Invoice

**Prepared For:**

# LANTIER/GREGORY H

| | | |
|---|---|---|
| SALES PERSON | JK | |
| INVOICE NUMBER | 58585 | |
| INVOICE ISSUE DATE | Wednesday, 20 Nov 2013 | **ERWYRG** |
| RECORD LOCATOR | ERWYRG | |
| CUSTOMER NUMBER | WLHL | |

Client Address
GREGORY LANTIER
WILMERHALE
1875 PENNSYLVANIA AVENUE
WASHINGTON DC 20006

**DATE: Sunday, 24 Nov 2013**

| **Flight: JET BLUE 1515** | | | |
|---|---|---|---|
| From | SYRACUSE | Departs | 01:44P |
| To | NEW YORK-KENNEDY | Arrives | 02:59P |
| Class | Economy (L) | | |
| Type | Embraer 190 | | |
| Stop(s) | Non Stop | | |

## Ticket Information

| Service Fee | XD 0614768800 | Passenger Billed to | LANTIER/GREGORY H | * USD 35.90 |
|---|---|---|---|---|
| Ticket | B6 7362825329 | Passenger Billed to | LANTIER/GREGORY H | * USD 399.90 |

SubTotal USD 434.90

Net Credit Card Billing * USD 434.90

Total Amount Due USD 0.00

 

WILMER CUTLER PICKERING HALE AND DORR LLP

Ultramar Travel Management
*Smart Technology. Superior Experience.*
Phone: 888-681-8799
mis.operations@ultramartravel.com

## Electronic Invoice

Prepared For:

## LANTIER/GREGORY H

| | |
|---|---|
| SALES PERSON | JK |
| INVOICE NUMBER | 58587 |
| INVOICE ISSUE DATE | Wednesday, 20 Nov 2013 |
| RECORD LOCATOR | ERWYRG |
| CUSTOMER NUMBER | WLHL |

**ERWYRG**

Client Address
GREGORY LANTIER
WILMERHALE
1875 PENNSYLVANIA AVENUE
WASHINGTON DC 20006

### DATE: Tuesday, 26 Nov 2013

| Flight: DELTA AIR LINES INC. 2965 | | | |
|---|---|---|---|
| From | NEW YORK-KENNEDY | Departs | 07:05P |
| To | SYRACUSE | Arrives | 08:33P |
| Class | Economy (B) | | |
| Type | Embraer RJ135 / RJ140 / RJ145 | | |
| Stop(s) | Non Stop | | |
| Seat(s) - 03A | DL - 2581157084 | | |

## Ticket Information

| Ticket | DL 7362825332 | Passenger | LANTIER/GREGORY H | |
|---|---|---|---|---|
| | | Billed to | ███████████ | * USD 399.90 |

| | |
|---|---|
| SubTotal | USD 399.90 |
| Net Credit Card Billing | * USD 399.90 |
| Total Amount Due | USD 0.00 |

 

WILMER CUTLER PICKERING HALE AND DORR LLP

Ultramar Travel Management
*Smart Technology. Superior Experience.*
Phone: 888-681-8799
mis.operations@ultramartravel.com

## Electronic Invoice

**Prepared For:**

# LANTIER/GREGORY H

| | |
|---|---|
| SALES PERSON | JK |
| INVOICE NUMBER | 58586 |
| INVOICE ISSUE DATE | Wednesday, 20 Nov 2013 |
| RECORD LOCATOR | ERWYRG |
| CUSTOMER NUMBER | WLHL |

**ERWYRG**

Client Address
GREGORY LANTIER
WILMERHALE
1875 PENNSYLVANIA AVENUE
WASHINGTON DC 20006

**DATE: Sunday, 24 Nov 2013**

| Flight: FINNAIR 6 | | | |
|---|---|---|---|
| From | NEW YORK-KENNEDY | Departs | 05:45P |
| To | HELSINKI-VANTAA | Arrives | 08:50A |
| Class | Business (C) | | |
| Type | Airbus A330-300 | | |
| Stop(s) | Non Stop | | |

**DATE: Sunday, 24 Nov 2013**

| Flight: JET BLUE 1515 | | | |
|---|---|---|---|
| From | SYRACUSE | Departs | 01:44P |
| To | NEW YORK-KENNEDY | Arrives | 02:59P |
| Class | Economy (L) | | |
| Type | Embraer 190 | | |
| Stop(s) | Non Stop | | |

**DATE: Tuesday, 26 Nov 2013**

| Flight: DELTA AIR LINES INC. 2965 | | | |
|---|---|---|---|
| From | NEW YORK-KENNEDY | Departs | 07:05P |
| To | SYRACUSE | Arrives | 08:33P |
| Class | Economy (B) | | |
| Type | Embraer RJ135 / RJ140 / RJ145 | | |
| Stop(s) | Non Stop | | |
| Seat(s) - 03A | DL - 2581157084 | | |

**DATE: Tuesday, 26 Nov 2013**

| Flight: FINNAIR 5 | | | |
|---|---|---|---|
| From | HELSINKI-VANTAA | Departs | 02:10P |
| To | NEW YORK-KENNEDY | Arrives | 03:55P |
| Class | Business (C) | | |
| Type | Airbus A330-300 | | |

| Stop(s) | Non Stop |

## Ticket Information

| Ticket | AY 7362825331 | Passenger Billed to | LANTIER/GREGORY H | * USD 9,141.70 |

| | SubTotal | USD 9,141.70 |
| | Net Credit Card Billing | * USD 9,141.70 |
| | Total Amount Due | USD 0.00 |

# OMNI ❧ HOTELS & RESORTS

## los angeles

251 South Olive Street
Los Angeles, CA 90012
Phone: 213-617-3300 • Fax: 213-617-3399
Reservations: 800-843-6664

LANTIER, GREGORY H
ULTRAMAR TRAVEL MANAGEMENT

Room Number: 1527
Daily Rate: 153.00
Room Type: KN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 10/17/13 | 10/19/13 | ▮▮▮▮▮▮ | ULTMAR | CONS | ▮▮▮▮▮▮ |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 10/17/13 | 1527 | ROOM CHARGE | #1527 LANTIER, GREGORY H | $153.00 |
| 10/17/13 | 1527 | OCCUPANCY TAX 14% | OCCUPANCY TAX 14% | $21.42 |
| 10/17/13 | 1527 | CITY TOURISM ASSESSMENT 1.50% | CITY TOURISM ASSESSMENT 1.50% | $2.30 |
| 10/17/13 | 1527 | STATE TOURISM ASSESSMENT 0.08% | STATE TOURISM ASSESSMENT 0.08% | $0.12 |
| 10/18/13 | 1527 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($176.84) |
| 10/18/13 | 1527 | WIFI INTERNET ACCESS | 1527/1/06:20/WIFI INTERNET ACCESS | $9.95 |
| 10/18/13 | 1527 | GRAND CAFE | 1527/2131/08:16/GRAND CAFE | $27.98 |
| 10/18/13 | 1527 | ROOM CHARGE | #1527 LANTIER, GREGORY H | $153.00 |
| 10/18/13 | 1527 | OCCUPANCY TAX 14% | OCCUPANCY TAX 14% | $21.42 |
| 10/18/13 | 1527 | CITY TOURISM ASSESSMENT 1.50% | CITY TOURISM ASSESSMENT 1.50% | $2.30 |
| 10/18/13 | 1527 | STATE TOURISM ASSESSMENT 0.08% | STATE TOURISM ASSESSMENT 0.08% | $0.12 |
| 10/19/13 | 1527 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($214.77) |

$353.68



TOTAL DUE:  $0.00

TERMS:  DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# Scandic

## ORIGINAL RECEIPT

Mr Gregory h Lantier

United States

| | |
|---|---|
| Guest Name | : Gregory h Lantier |
| Room No | : 720 |
| Arrival | : 25.11.13 |
| Departure | : 26.11.13 |
| Confirmation No | : 169155133 |
| PNR | : ERWYRG |
| Cashier | : 415 |
| Page | : 1 av 1 |
| Folio No | : 605133287 |

**Scandic Marski, Helsinki**

| Date | Description | | Sum |
|---|---|---|---|
| 25.11.13 | Accommodation | : | 159,00 |
| | 24.11 | | |
| 25.11.13 | Restaurant | | 48.00 |
| | Room# 720 : CHECK# 0055915 | | |
| 25.11.13 | Accommodation | | 159.00 |
| 26.11.13 | American Express | | -366.00 |
| | **Due Amount** | | 0.00 |

| | | |
|---|---|---|
| Total incl. Vat | : 366.00 EUR | |
| Total excl. Vat. | : 329.61 EUR | |
| Total Vat | : 36.39 EUR | |
| VAT 24% | : 3.77 EUR ( | 19.50) |
| VAT 14% | : 4.29 EUR ( | 34.95) |
| VAT 10% | : 28.32 EUR ( | 311.55) |

*Accommodation includes breakfast 6.45 EUR/person (Vat 14%)

496.77

$431.62 us

Scandic Hotels Oy
Registered in Helsinki
VAT No FI14479147
IBAN FI8I2800015705823354
Swift code DABAFIHH

Scandic Marski
Mannerheimintie 10
FI- 00100 Helsinki, Finland
Tel. +358 9 68061
Fax: +358 9 6806 2111
marski@scandichotels.com
scandichotels.com
Reservations: +358 9 68061

