# EXHIBIT 9

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Sunday, February 16, 2014 2:10 PM
**To:** Robert Becher
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Rob:

Attached is the Excel spreadsheet, which is highly confidential.

The fee total is $845,863.  We removed a small number of line items before sending you the PDF on 2/14/14 at 2:30pm, and there was also a calculation error we have corrected.  The blue on the summary tab reflects the numbers that have been revised.

Please let us know if you believe there are any calculation errors.  We should at least be able to agree on the math.

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Sunday, February 16, 2014 12:17 PM
**To:** Selwyn, Mark
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Mark--So we can ensure we are on the same page about amounts being requested, please provide us right away with the chart you previously gave us with billing entries and hours supplemented to include hourly rates, the total amount being requested for each billing entry and the overall total.  When we apply the rates to your time entries, our figures are not matching up with yours.  Did you use excel?  Thanks, Rob

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Sunday, February 16, 2014 9:34 AM
**To:** Robert Becher
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Highly Confidential

| Timekeeper | Rate |
|---|---|
| Michael Esch | 650.25 |
| Omari French | 446.25 |

1

| | |
|---|---|
| Derek Gosma | 446.25 |
| Gregory Lantier | 650.25 |
| William Lee | 1,062.50 |
| Andrew Liao | 446.25 |
| Leah Litman | 446.25 |
| Joseph Mueller | 629.00 |
| Richard O'Neill | 663 |
| James Quarles | 956.25 |
| Mark Selwyn | 773.50 |
| Timothy Syrett | 590.75 |
| Nina Tallon | 624.75 |

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Friday, February 14, 2014 2:48 PM
**To:** Selwyn, Mark
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Also, please provide the hourly rates by biller.

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Friday, February 14, 2014 2:30 PM
**To:** Robert Becher
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Rob:

We disagree that my February 11, 2014 letter does not provide you with a sufficient level of detail to substantiate the fees and costs incurred by Apple in litigating the sanctions motion and the discovery associated with it.

Nonetheless, because we see no reason to burden the Court with a dispute over this aspect of the Court's January 29, 2014 Order, we have attached a copy of the line items for the time charges described in my February 11, 2014 letter; we have redacted a small number of entries in view of your unwillingness to agree to my request below. The attachment has been designated Highly Confidential.

To the extent you intend to contest the amount of Apple's fees and costs, please let us know the full basis of your disagreement so that we may meet and confer on a timely basis and prepare any necessary submission for Monday.

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Thursday, February 13, 2014 11:10 AM
**To:** Selwyn, Mark
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Mark,

Thanks for your response.  Samsung is not asking for information beyond what is required by the Local Rules and has previously been ordered by the Court and produced by Apple in connection with the parties' prior fee requests under Rule 37.  Judge Grewal's prior order to produce this same information was unconditional and did not include a non-waiver provision (Dkt. 1935), and Apple complied with it (Dkt. 1948-1).  While Samsung maintains that Apple's prior submission contained an inadequate level of detail, it still provided more information than currently offered by Apple to substantiate its much larger fee request here.  If Apple wants to recover its fees, it is required to provide the requested information.  We see no reason to modify the existing law that governs Apple's disclosure of information in connection with its fee request.  With our brief due Monday, Apple's failure to furnish this information is prejudicing us so we once again request that you provide it immediately.

Regards, Rob

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Thursday, February 13, 2014 12:10 AM
**To:** Robert Becher
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Rob:

Attached are the non-travel invoices corresponding to the costs requested in my letter of yesterday; I will send you the travel invoices in the morning.  Also, we identified a calculation error in the costs and fees computation.  The correct numbers are below:

|  | **Letter** | **Corrected Amount** |
|---|---|---|
| **Total costs** | $58,388.95 | $59,920.39 |
| **Costs by category** | | |
| Depositions | $39,811.45 | $20,494.45 |
| Hearing Transcripts | $1,436.50 | $1,436.50 |
| Interpreters | $18,577.52 | $18,577.52 |
| Travel And lodging | $19,411.92 | $19,411.92 |
| **Fees** | $864,497 | $864,385 |

We are prepared to provide you line items for the time entries corresponding to the summaries in my letter, provided that Samsung agrees that (1) in providing line items for the time entries, Apple has not waived attorney-client or any other privilege or protection and (2) Samsung will only use the information for purposes of evaluating Apple's fee request pursuant to the Court's January 29, 2014 Order.

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Wednesday, February 12, 2014 1:17 PM
**To:** Selwyn, Mark
**Cc:** Mueller, Joseph
**Subject:** RE: Letter

Dear Mark:

3

We are in receipt of your letter, dated February 11, 2014 regarding the fees and costs that Apple intends to request from the Court.  The information you have provided is inadequate for us to meet and confer with Apple to try to resolve any disputes and it also does not comply with the Local Rules.  Local Rule 37-4 requires Apple to "itemize with particularity" the fees and costs it is seeking to recover.  Apple has not done so.  As you know, the Court has previously found the level of detail Apple provided to Samsung yesterday to be inadequate. Dkt. 1924, 1935, 2123.

Due to the impending deadline for our letter to the Court, we request that Apple provide Samsung today with the level of detail we previously requested in our February 8, 2014 letter.  In particular, please provide us with the invoices for all costs being requested. Please also provide the individual time entries corresponding to all of the attorneys' fees Apple is seeking so we can see how much time each timekeeper billed each day to individual tasks.  It is not acceptable to simply list the total time a timekeeper spent on a wide range of different tasks over the course of months.  Given your statement that Wilmer Hale tracks time billed to Apple "based on individual tasks" and that you presumably reviewed all pertinent time entries to develop the chart attached to your February 11, 2014 letter, this information should be readily available to Apple.  If you refuse to provide the requested information, please confirm that Apple does not intend to submit any additional information to the Court to support its request for fees and costs and solely intends to rely on the information it has provided to Samsung.

We are available to meet and confer with you today to discuss this request.  Please let us know a time that works.  We look forward to your response.

Regards, Rob

---

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Tuesday, February 11, 2014 7:56 AM
**To:** Robert Becher
**Cc:** Mueller, Joseph; 'Koppelman, Ryan'; 'Allen, Randall'
**Subject:** RE: Letter

Rob:  We expect to send you fees and costs information today, but it will not be by noon.

Mark

---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Tuesday, February 11, 2014 7:43 AM
**To:** Robert Becher; Selwyn, Mark; Mueller, Joseph; 'Koppelman, Ryan'; 'Allen, Randall'
**Subject:** RE: Letter

Please see attached.

---

**From:** Robert Becher
**Sent:** Saturday, February 08, 2014 10:07 AM
**To:** 'Selwyn, Mark (Mark.Selwyn@wilmerhale.com)'; ''Joseph.Mueller@wilmerhale.com' (Joseph.Mueller@wilmerhale.com)'; 'Koppelman, Ryan'; 'Allen, Randall'
**Subject:** Letter

Please see attached.