# EXHIBIT 11

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8750
www.alston.com

B. Parker Miller          Direct Dial: 404-881-4970          Email: parker.miller@alston.com

February 11, 2014

VIA EMAIL

Robert J. Becher
Quinn Emanuel
865 South Figueroa Street, 10th Floor,
Los Angeles, California 90017-2543

Re:   *Apple Inc. v. Samsung Elecs. Co. Ltd.,* No. 11-cv-1846 LHK and
      No. 12-cv-0630 LHK

Dear Rob:

I write in regards to Judge Grewal's Order Granting Sanctions and Order re: Briefing on Amount of Sanctions. Nokia submits the expected fee request for Quinn Emanuel's consideration and to aid the parties' efforts to resolve Nokia's fee request prior to the briefing schedule ordered by Judge Grewal.

Nokia expects that it will request that Quinn Emmanuel pay Nokia's fees in the amount of $1,113,006.40 and costs in the amount of $45,001.77, which represents Nokia's fees and costs through January 31, 2014. Nokia also reserves the right to submit an additional request depending on any additional litigation related to the Order Granting Sanctions. We would note that the combined costs and fees are a fraction of the fees and costs which Quinn Emanuel previously represented to the Court that it had incurred in connection with the relevant issues.

Please let us know if you have any objection to the amount of Nokia's Fee and Cost Submission. If Quinn Emanuel maintains that it needs additional information in light of Nokia's fee and costs requests, Nokia expects that it will be able to provide additional materials, in accordance with the local rules including tasks performed, time spent and fee charged by Noon tomorrow.

February 11, 2014
Page 2

Please let us know if you require the additional information.

Sincerely,

ALSTON & BIRD LLP

/s/ Parker Miller

B. Parker Miller

BPM