# EXHIBIT 13

WILMERHALE

**William F. Lee**

+1 617 526 6556 (t)
+1 617 526 5000 (f)
william.lee@wilmerhale.com

February 11, 2014

**SUBMITTED UNDER SEAL**

VIA ELECTRONIC FILING

Hon. Paul S. Grewal
United States District Court for the
 Northern District of California
San Jose Division, Courtroom 5, 4th Floor
280 South 1st Street
San Jose, CA  95113

Re:     Apple Inc. v. Samsung Electronics et al., Case No. 11-cv-01846-LHK (PSG)

Your Honor:

I write to inform the Court that yesterday afternoon Apple and its counsel learned that on October 10, 2013, an improperly-redacted copy of Exhibit 69 to the Expert Report of Judith Chevalier (Docket No. 806-6) was filed.  More specifically, page 11 of the exhibit, which contains a summary of Apple's licenses with Nokia and NEC, was left unredacted.  The attached letter from Josh Krevitt provides more detail about the circumstances behind this error and its discovery.

Apple had the document immediately locked from the public upon discovery of this filing error.  Apple is not aware of any public distribution of the improperly-redacted copy of this document.

Apple will be filing a motion to remove the incorrectly filed document as soon as possible.


Sincerely yours,

/s/ William F. Lee

William F. Lee