# EXHIBIT 14

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

<u>**CONTAINS INFORMATION FILED UNDER SEAL**</u>

February 12, 2014

Bill Lee, Esq.  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, Massachusetts  02109

Josh Krevitt, Esq.  
Gibson, Dunn & Crutcher LLP  
1881 Page Mill Road  
Palo Alto, California  94304-1211

Re:   <u>Apple v. Samsung</u>

Counsel:

We are in receipt of your February 11, 2014 letters from Josh Krevitt to Judge Grewal and from William F. Lee to Judge Grewal regarding Apple's public filing of a document containing the financial terms of the Apple-Nokia and Apple-NEC license agreements.  We ask that you authorize us to share both letters with Samsung or, in the alternative, provide us by no later than noon on February 12, 2014 with redacted versions of both letters that we may share with Samsung.  Please also confirm that we may tell Samsung that Apple has notified the Court that it filed the financial terms of the Apple-Nokia and Apple-NEC licenses on the public court docket and they remained available on the public court docket for four months.  We do not believe that this statement contains any confidential information and it is highly relevant to the ongoing sanctions proceedings.  We look forward to your response.

Sincerely,

Robert J. Becher

RJB
02198.00010/5759902.1

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG