# EXHIBIT 15

# WILMERHALE

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

February 12, 2014

**By E-mail**

Robert Becher, Esq.
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:   <u>Apple Inc. v. Samsung Electronics et al., Case No. 5:12-cv-630-LHK</u>

Dear Rob:

I am writing to respond to your February 12, 2014 letter to Bill Lee and Josh Krevitt.

You may share the attached redacted versions of the February 11, 2014 letters with Samsung. These will provide you the information you request to convey to Samsung.

Please let us know whether Samsung received a copy of the improperly redacted document filed at the October 2013 docket number noted in the February 11, 2014 letters to the Court.  If so, we ask that you recall all copies from Samsung

Sincerely yours,

Mark D. Selwyn

MDS:le

Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

William F. Lee

+1 617 526 6556 (t)
+1 617 526 5000 (f)
william.lee@wilmerhale.com

February 11, 2014

**SUBMITTED UNDER SEAL**

<u>VIA ELECTRONIC FILING</u>

Hon. Paul S. Grewal
United States District Court for the
 Northern District of California
San Jose Division, Courtroom 5, 4th Floor
280 South 1st Street
San Jose, CA  95113

Re:     <u>Apple Inc. v. Samsung Electronics et al., Case No. 11-cv-01846-LHK (PSG)</u>

Your Honor:

I write to inform the Court that yesterday afternoon Apple and its counsel learned that on October   , 2013, an improperly-redacted copy of Exhibit     to the Expert Report of Judith Chevalier (Docket No.        ) was filed.  More specifically, page     of the exhibit, which contains a summary of Apple's licenses with Nokia and NEC, was left unredacted.  The attached letter from Josh Krevitt provides more detail about the circumstances behind this error and its discovery.

Apple had the document immediately locked from the public upon discovery of this filing error.  Apple is not aware of any public distribution of the improperly-redacted copy of this document.

Apple will be filing a motion to remove the incorrectly filed document as soon as possible.


Sincerely yours,

/s/ William F. Lee

William F. Lee

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Josh Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

Client: 03290-00026

February 11, 2014

**SUBMITTED UNDER SEAL**

VIA ELECTRONIC FILING

The Honorable Paul S. Grewal
United States District of Northern California
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Re:   *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Judge Grewal:

Yesterday afternoon, in the process of reviewing Apple's filings in connection with sealing issues related to third parties, we discovered that one page of the proposed public version of an exhibit to Apple's Motion                                                  filed on October 2013, was inadvertently filed without the redactions that we indicated in the under-seal version of the same exhibit. Specifically, page       of Docket        was filed in unredacted form even though we moved to seal information on that page and intended to file a redacted version of that page of the exhibit. Apple has moved to seal the information in question because that page contains highly confidential terms of license agreements between Apple and two parties: Nokia Corporation and NEC Corporation. *See*                .

Upon making this discovery, we immediately contacted Ms. Diane Miyashiro, Judge Koh's docket clerk, by telephone to request that the document be locked on the docket, to prevent public access. Per Ms. Miyashiro's request, we also sent an email to her to ask that it be locked. She kindly locked the document yesterday afternoon. To date, we have no information that the document was distributed on the Internet or otherwise used.

We are in the process of notifying the appropriate parties, NEC Corporation and Nokia Corporation, and will be promptly moving the Court to withdraw the document in question

---

[1]   The document filed as Docket       was the public proposed version of         o the         in support of Apple's Motion                                                                                          "), and omitted certain pages contained in the highlighted version of Exhibit         dged with the Court on October       , 2013 and later e-filed under seal with the Court. *See* Docket       . Accordingly, page       of the Docket        is equivalent to page       of the under-seal version of Exhibit     .

GIBSON DUNN

The Honorable Paul S. Grewal
February 11, 2014
Page 2

from the docket to be replaced by a version of Exhibit     to the
that contains an appropriately redacted version of page    of Docket         after conferring
with the third parties in question.

Please do not hesitate to let us know if further information is required.

Sincerely,


/s/ Josh Krevitt