# EXHIBIT 16

**From:** Robert Becher
**Sent:** Wednesday, February 12, 2014 7:23 PM
**To:** 'Selwyn, Mark'; 'Lee, William'
**Subject:** Apple v. Samsung

Dear Mark:

We are in receipt of letters, dated February 11, 2014 from Josh Krevitt to Judge Grewal and from Bill Lee to Judge Grewal regarding Apple's public filing on October 10, 2013 of a document containing the financial terms of the Apple-Nokia and Apple-NEC license agreements.  Apple filed both letters under seal.  Because these two letters do not meet the standard for sealing, we request that Apple agree to file public versions of the letters immediately.  There is nothing confidential about the fact that Apple filed the financial terms of the Apple-Nokia and Apple-NEC licenses on the public court docket and they remained on the public court docket for four months.  Indeed, Apple's only justification for filing the two letters under seal is its claim in the Declaration of Peter J. Kolovos that the letters would provide information regarding where confidential information could be located relating to two Apple license agreements.  Even if this were true, this issue could be easily addressed by simply redacting the references to the title and docket number of the pleading that contains the license information and it would in no way justify sealing the letters in their entirety.  Please let us know by 10 a.m. on February 13, 2014 if Apple will agree to file a public version of the letters with the Court.

Apple's letters are also highly relevant to the motion for sanctions Apple has filed with the International Trade Commission in Investigation 337-TA-794.  Please confirm by 10 a.m. on February 13, 2014 that we may provide the ITC with these letters and the version of page 11 of docket 806-06 that Apple filed publicly.

Given the parties are required to submit further briefing to the Court on Monday and Apple has a pending motion for sanctions before the ITC, these issues need to be resolved expeditiously.  If you do not agree to our requests, please let us know when you are available tomorrow to meet and confer so we can file a motion for relief with the Court.  We look forward to hearing from you.

Regards, Rob