# EXHIBIT 17

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

<u>**CONTAINS INFORMATION FILED UNDER SEAL BY APPLE**</u>

February 13, 2014

Mark Selwyn, Esq.                              Josh Krevitt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP      Gibson, Dunn & Crutcher LLP
950 Page Mill Road                             1881 Page Mill Road
Palo Alto, California 94304                    Palo Alto, California  94304-1211

Re:     <u>Apple v. Samsung</u>

Mark and Josh:

We write to follow up regarding the letters you sent to the Court last night regarding Apple's public filing of information regarding the Apple-Nokia and the Apple-NEC license in October 2013 (the "Filing") and to request additional information.  We ask that you respond by the end of the business day given this information is directly relevant both to the letter briefs that must be filed on February 17, 2014 and to Samsung's protection of its own confidential information that is in Apple's possession.

Please fully disclose the circumstances surrounding the Filing and Apple's discovery that the Filing contained information Apple considers confidential, what procedures were in place to prevent the filing of confidential information at the time of the Filing, and what Apple has done to investigate whether the Filing was accessed or distributed.  Please also let us know when Apple notified Nokia and NEC about the Filing and fully disclose how both companies have responded to Apple's notice.

We look forward to your response.

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG

Sincerely,

*[signature]*

Robert J. Becher

RJB
02198.51855/5762344.2
02198.51855/5762344.2