# EXHIBIT 18

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Josh Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

Client: 03290-00026

February 13, 2014


<u>HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY</u>

<u>VIA ELECTRONIC MAIL</u>

Robert Becher
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:     <u>*Apple Inc. v. Samsung Electronics Co. et al.*</u>, No. 12-cv-0630

Dear Rob:

As we explained to the Court, in the afternoon of February 10, 2014, in the process of reviewing Apple's filings in connection with sealing issues related to third parties, we discovered that one page of the proposed public version of an exhibit to Apple's Motion to Exclude Samsung's Expert Testimony, filed on October 10, 2013, was inadvertently filed without the redactions that we indicated in the under-seal version of the same exhibit. Specifically, page 11 of Docket 806-06 was filed in unredacted form even though we moved to seal information on that page and intended to file a redacted version of that page of the exhibit. As reflected in Apple's Motion to Seal its Motion to Exclude Samsung's Expert Testimony, filed concurrently with the Motion to Exclude and supporting exhibits, Apple has moved to seal the information in question because that page contains highly confidential terms of license agreements between Apple and two parties: Nokia and NEC.[1]  *See* D.I. 806-0.

Upon making this discovery, we immediately contacted Ms. Diane Miyashiro, Judge Koh's docket clerk, by telephone to request that the document be locked on the docket, to prevent public access.  Per Ms. Miyashiro's request, we also sent an email to her to ask that it be locked.  She locked the document accordingly.

---

[1]  The document filed as Docket 806-06 was the public proposed version of Exhibit A-1 to the McCracken Declaration in support of Apple's Motion to Exclude Samsung's Expert Testimony ("Exhibit A-1"), and omitted certain pages contained in the highlighted version of Exhibit A-1 lodged with the Court on October 11, 2013 and later e-filed under seal with the Court.  *See* Docket 831-03.  Accordingly, page 11 of the Docket 806-06 is equivalent to page 79 of the under-seal version of Exhibit A-1.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

**GIBSON DUNN**

Robert Becher
February 13, 2014
Page 2

We also notified both Nokia and NEC about the situation within a day of making the discovery.

Counsel for Apple also immediately engaged in an investigation to determine whether the document in question, or the information contained within, had become available on the Internet or otherwise used. To date, we have no information that the document was distributed on the Internet or otherwise used.

The filing of page 11 of Docket 806-06 in unredacted form was inadvertent, as Apple's counsel engages in a multi-level review process, involving multiple individuals, of any document to be filed publicly.

Regards,

*/s/ Josh Krevitt*