# EXHIBIT 19

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

**CONTAINS INFORMATION FILED UNDER SEAL BY APPLE AND DESIGNATED
BY APPLE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

February 14, 2014

Mark Selwyn, Esq.                          Josh Krevitt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP  Gibson, Dunn & Crutcher LLP
950 Page Mill Road                         1881 Page Mill Road
Palo Alto, California 94304                Palo Alto, California  94304-1211

Re:     Apple v. Samsung

Mark and Josh:

We write in response to Mr. Krevitt's February 13, 2014 letter.  The response does not provide us
with sufficient detail regarding the events in question.  You state that Apple discovered its
October public filing contained the terms of the Apple-Nokia license "in the process of
reviewing Apple's filings in connection with sealing issues related to third parties."  Please
provide further detail about what was being reviewed, why it was being reviewed and whether
Nokia is one of the "third parties" you reference.  Please also provide us with complete
information regarding what Nokia and NEC have said in response to Apple's revelation that the
terms of their licenses with Apple were publicly filed in October 2013 and remained on the
public docket for four months.  Please also let us know if there was a "multi-level review
process, involving multiple individuals" for this particular filing and, if so, the names and titles
of the persons involved and what each of them did as part of the "multi-level review process."

You state in your February 13, 2014 letter to me and in the letters to the Court that you "have no
information that the document was distributed on the Internet or otherwise used."  This is
inaccurate.  The document reflecting the claimed confidential terms of the Apple-Nokia license
(as well as the NEC license) is readily available for download on LexisNexis CourtLink.  Please
explain what investigation Apple performed before it informed the Court and Samsung that it
had no information "the document was distributed on the Internet or otherwise used."

**quinn emanuel urquhart & sullivan, llp**
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS |
MUNICH | SYDNEY | HONG KONG

Sincerely,

Robert J. Becher

RJB

02198.51855/5762344.2