# EXHIBIT 27

| APPLE'S COSTS SUBMISSION | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEPOSITION INVOICES | | | | | | | |
| Invoice No. | Date | Job No. | Amount | RealTime (included in Amount) | Videographer | Adjusted Total (Amount minus RealTime and Videographer) | Total Deducted for RealTime and Videographer |
| 59115 | 11/6/2013 | 46315 | $ 1,662.50 | $ 160.00 | | | |
| 60138 | 11/6/2013 | 46319 | $ 1,012.50 | | $ 1,012.50 | | |
| 59101 | 11/6/2013 | 46314 | $ 2,039.45 | $ 201.00 | | | |
| 60150 | 11/6/2013 | 46318 | $ 1,237.50 | | $ 1,237.50 | | |
| 59119 | 11/6/2013 | 46316 | $ 2,626.50 | $ 266.00 | | | |
| 60161 | 11/6/2013 | 46320 | $ 1,162.50 | | $ 1,162.50 | | |
| 59128 | 11/6/2013 | 46317 | $ 3,171.00 | $ 293.00 | | | |
| 60170 | 11/6/2013 | 46321 | $ 1,300.00 | | $ 1,300.00 | | |
| 59141 | 11/6/2013 | 46380 | $ 1,857.25 | $ 183.00 | | | |
| 60214 | 11/6/2013 | 46381 | $ 1,100.00 | | $ 1,100.00 | | |
| 59136 | 11/6/2013 | 46617 | $ 2,125.25 | $ 196.00 | | | |
| 60222 | 11/6/2013 | 46618 | $ 1,200.00 | | $ 1,200.00 | | |
| TOTALS | | | $ 20,494.45 | $ 1,299.00 | $ 7,012.50 | $ 12,182.95 | $ 8,311.50 |
| | | | | | | | |
| INTERPRETER INVOICES | | | | | | | |
| Invoice No. | Date | | Amount | | | | |
| 13286 | 10/23/2013 | | $ 8,055.02 | | | | |
| 13287 | 10/23/2013 | | $ 10,522.50 | | | | |
| TOTAL | | | $ 18,577.52 | | | | |
| | | | | | | | |
| TRANSCRIPT INVOICES | | | | | | | |
| Invoice No. | Date | | Amount | | | | |
| 20081379 | 10/2/2013 | | $ 633.75 | | | | |
| 20081397 | 10/23/2013 | | $ 802.75 | | | | |
| TOTAL | | | $ 1,436.50 | | | | |

| TRAVEL-LODGING INVOICES | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Date | | Amount | Description | | Name |
| 54139 | 9/13/2013 | | $ 812.90 | Virgin Am 351 (coach) | | Wm Lee |
| 54132 | 9/13/2013 | | $ 1,638.90 | United Air 444 (coach) | | Wm Lee |
| 56594 | 9/30/2013 | | $ 368.71 | GardenCourt Hotel (9/30-10/1) | | Wm Lee |
| 56593 | 9/30/2013 | | $ 369.61 | GardenCourt Hotel (9/30-10/1) | | Jos Mueller |
| 0056099 | 10/14/2013 | | $ 409.40 | United Air 1246 (10/15) (economy) | | Mark Selwyn |
| 56324 | 10/16/2013 | | $ 929.90 | Virgin Am 357 (10/21) (economy) | | Jos Mueller |
| 56441 | 10/18/2013 | | $ 1,276.00 | Virgin Am 357 (10/21) (business) | | Jos Mueller |
| 207110 | 10/15/2013 | | $ 352.57 | Andaz West Hollywood (10/15-10/16) | | Redacted |
| LA Hotel | 10/16/2013 | | $ 379.43 | The LA Hotel (10/16-10/17) | | Redacted |
| 891010 | 10/21/2013 | | $ 481.68 | GardenCourt Hotel (10/21-10/22) | | Wm Lee |
| Westin | 10/21/2013 | | $ 369.55 | Westin Hotel (10/21-10/22) | | Jos Mueller |
| 56307 | 10/16/2013 | | $ 489.02 | US Air 2815 (economy) | | Greg Lantier |
| 56311 | 10/16/2013 | | $ 807.45 | United Air 660 (first) | | Greg Lantier |
| JetBlue 1515 | 11/24/2013 | | $ 399.90 | Jet Blue 1515 (economy) | | Greg Lantier |
| Delta 2965 | 11/26/2013 | | $ 399.90 | Delta 2965 (economy) | | Greg Lantier |
| | 11/24/2013 | | $ 9,141.70 | Finnair 6 (11/24/13) (business) | | Greg Lantier |
| | 10/17-10/19 | | $ 353.68 | Omni Hotel (10/17-10/19) | | Greg Lantier |
| | 11/25-11/26 | | $ 431.62 | Scandic (11/25-11/26) | | Greg Lantier |
| TOTAL | | | $ 19,411.92 | | | |
| | | | | | | |
| GRAND TOTAL | | | $ 59,920.39 | | | |
| | | | | | | |
| | | | | | $ 11,225.15 | Total costs for business/first class airfare |
| | | | | | $ 10,373.12 | Total costs associated with Finland depositions |