# EXHIBIT 28

Nokia Cost Submission

| NAME | TITLE | WORK DATE | QUANTITY | RATE | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|---|
| ALLEN, RANDALL | PARTNER | 7/25/2013 | 2,381.00 | $0.05 | $119.05 | Document Production Charges |
| ALLEN, RANDALL | PARTNER | 8/27/2013 | 1 | $33.03 | $33.03 | Georgia Messenger Service JOB# 275 REQ BY-MELISSA LE TO-GSU |
| ALLEN, RANDALL | PARTNER | 9/2/2013 | 1 | $67.49 | $67.49 | RANDALL ALLEN - 2013-08-25 Travel to San Francisco, CA for Meeting regarding Protective Order Violation - 08/26/2013 - Dinner, Meals: Other |
| ALLEN, RANDALL | PARTNER | 9/2/2013 | 1 | $1,764.80 | $1,764.80 | RANDALL ALLEN - 2013-08-25 Travel to San Francisco, CA for Meeting regarding Protective Order Violation - 08/25/2013 to 08/28/2013 - Coach/Economy Class Airfare, Car Service, Hotel Room |
| KOPPELMAN, RYAN | PARTNER | 9/3/2013 | 1 | $3,666.20 | $3,666.20 | RYAN KOPPELMAN - KOREA TRIP - 09/09/2013 to 09/13/2013 - Breakfast, Dinner, Lunch, Meals: Other |
| KOPPELMAN, RYAN | PARTNER | 9/3/2013 | 1 | $11,613.52 | $11,613.52 | RYAN KOPPELMAN - KOREA TRIP - 09/05/2013 to 09/19/2013 - Business Class Airfare, Car Service, Hotel Room, Taxi, Travel Agency Fee |
| ALLEN, RANDALL | PARTNER | 9/19/2013 | 1 | $327.86 | $327.86 | RANDALL ALLEN - 2013-08-25 Travel to San Francisco, CA for Meeting regarding Protective Order Violation - 08/27/2013 - Hotel Room |
| ALLEN, RANDALL | PARTNER | 9/19/2013 | 1 | $27.00 | $27.00 | RANDALL ALLEN - 2013-08-25 Travel to San Francisco, CA for Meeting with regarding Protective Order Violation - 08/27/2013 - Meals: Other |
| KOPPELMAN, RYAN | PARTNER | 10/14/2013 | 1 | $7.00 | $7.00 | RYAN KOPPELMAN - ATTEND HEARING RE PROTECTIVE ORDER - 10/01/2013 - Parking |
| ALLEN, RANDALL | PARTNER | 10/15/2013 | 1 | $35.00 | $35.00 | AP - Filing Fees - State Bar of Georgia -Letter of Good Standing for Parker Miller. |
| ALLEN, RANDALL | PARTNER | 10/15/2013 | 1 | $33.03 | $33.03 | Georgia Messenger Service JOB# 86 REQ BY-SCOTT BOBO TO-STATE BAR |
| ALLEN, RANDALL | PARTNER | 10/16/2013 | 1 | $2,241.13 | $2,241.13 | RANDALL ALLEN - 2013-09-18 Travel to San Francisco, CA for PO Violation Hearing - 09/18/2013 to 09/20/2013 - Coach/Economy Class Airfare, Car Rental, Gas, Parking, Hotel Room |
| ALLEN, RANDALL | PARTNER | 10/16/2013 | 1 | $5.78 | $5.78 | RANDALL ALLEN - 2013-09-18 Travel to San Francisco, CA for PO Violation Hearing - 09/20/2013 - Meals: Other |
| WATSON, TIM | ASSOCIATE | 10/16/2013 | 1 | $7.00 | $7.00 | TIM WATSON - PARKING AT COURT - 10/10/2013 - Parking |
| BONAPFEL, ED | ASSOCIATE | 10/21/2013 | 1 | $305.00 | $305.00 | ED BONAPFEL - Admission Pro Hac Vice for Parker Miller - 10/15/2013 - Dues, Licenses & Admission Fees |
| MILLER, PARKER | PARTNER | 10/25/2013 | 1 | $132.82 | $132.82 | PARKER MILLER - Trip on 10/14 to Los Angeles for depositons - 10/14/2013 to 10/18/2013 - Breakfast, Lunch, Meals: Other |
| MILLER, PARKER | PARTNER | 10/25/2013 | 1 | $2,679.20 | $2,679.20 | PARKER MILLER - Trip on 10/14 to Los Angeles for depositons - 10/14/2013 to 10/18/2013 - Coach/Economy Class Airfare, Hotel Room, Taxi |
| KOPPELMAN, RYAN | PARTNER | 10/25/2013 | 1 | $1,460.88 | $1,460.88 | RYAN KOPPELMAN - TRAVEL TO LAX FOR DEPOSITIONS - 10/11/2013 to 10/22/2013 - Coach/Economy Class Airfare, Hotel Room, Taxi, Travel Agency Fee |
| KOPPELMAN, RYAN | PARTNER | 10/25/2013 | 1 | $783.84 | $783.84 | RYAN KOPPELMAN - TRAVEL TO LAX FOR DEPOSITIONS - 10/14/2013 to 10/18/2013 - Breakfast, Dinner, Lunch |
| KOPPELMAN, RYAN | PARTNER | 10/28/2013 | 1 | $71.50 | $71.50 | RYAN KOPPELMAN - 2ND ADDITIONAL TO TRAVEL TO LAX FOR DEPOSITIONS - 10/19/2013 - Taxi Service |
| KOPPELMAN, RYAN | PARTNER | 10/28/2013 | 1 | $396.66 | $396.66 | RYAN KOPPELMAN - ADDITIONAL TO TRAVEL TO LAX FOR DEPOSITIONS - 10/17/2013 to 10/19/2013 - Hotel Room, Travel Agency Fee 1413 |
| ALLEN, RANDALL | PARTNER | 10/30/2013 | 1 | $173.37 | $173.37 | AP - Transportation Charges - - Carey International Inc - Inv# 75791882 dated 10/22/13; car service for Patrick Flinn from LAX depostions. |
| ALLEN, RANDALL | PARTNER | 10/30/2013 | 1 | $121.88 | $121.88 | AP - Transportation Charges - - Carey International Inc - Inv# S0599185 dated 10/21/13; car service for Pat Flinn from Atlanta GA to the Atlanta Airport on 10/14/13. |
| ALLEN, RANDALL | PARTNER | 11/1/2013 | 1 | $1,681.48 | $1,681.48 | RANDALL ALLEN - 2013-09-29 Travel to San Francisco, CA to Attend Hearing Relating to PO Violation Issues - 09/20/2013 to 10/01/2013 - Coach/Economy Class Airfare, Car Service, Gas, Rail, Hotel Room |
| ALLEN, RANDALL | PARTNER | 11/1/2013 | 1 | $80.72 | $80.72 | RANDALL ALLEN - 2013-09-29 Travel to San Francisco, CA to Attend Hearing Relating to PO Violation Issues - 09/30/2013 to 10/01/2013 - Breakfast, Lunch, Meals: Other |
| ALLEN, RANDALL | PARTNER | 11/1/2013 | 1 | $2,340.53 | $2,340.53 | RANDALL ALLEN - 2013-10-21 Travel to San Francisco, CA for Hearing on PO Violation - 10/21/2013 to 10/23/2013 - Coach/Economy Class Airfare, Car Rental, Parking, Hotel Room |
| ALLEN, RANDALL | PARTNER | 11/1/2013 | 1 | $263.71 | $263.71 | RANDALL ALLEN - 2013-10-21 Travel to San Francisco, CA for Hearing on PO Violation - 10/21/2013 to 10/23/2013 - Dinner,Meals: Other |
| FLINN, PATRICK | PARTNER | 11/6/2013 | 1 | $3,127.44 | $3,127.44 | PATRICK FLINN - Nokia - Samsung Depositions (PO Violations) 10/14- 10/18/13 - 10/14/2013 to 10/18/2013 - Coach/Economy Class Airfare, Hotel Room, Taxi |

| Name | Title | Date | Qty | Amount | Total | Description |
|---|---|---|---|---|---|---|
| FLINN, PATRICK | PARTNER | 11/6/2013 | 1 | $119.61 | $119.61 | PATRICK FLINN - Nokia -- Samsung Depositions (PO Violations) 10/14- 10/18/13 - 10/15/2013 to 10/17/2013 - Dinner |
| FLINN, PATRICK | PARTNER | 11/11/2013 | 1 | $80.00 | $80.00 | PATRICK FLINN - Parking charges for September and October 2013 travel - 10/20/2013 - Parking |
| ALLEN, RANDALL | PARTNER | 11/26/2013 | 1 | $28.87 | $28.87 | AP - Courier Service - - Ace Attorney Service Inc - Delivery to Pat Flinn Ryan Koppelman at Quinn Emmanuel in Los Angeles on 10/17/13. |
| ALLEN, RANDALL | PARTNER | 12/2/2013 | 1 | $114.00 | $114.00 | AP - Court Reporting - - Summer Fisher - Inv # 20081400 dated 10/28/13; Transcript Fee |
| HONS, KELLY | ADMINISTRATIVE | 12/3/2013 | 1 | $216.00 | $216.00 | KELLY HONS - Transportation Charges for Visiting Attorneys - Parker Miller, Pat Ryan and Pat Flinn - 11/01/2013 - Car Service |
| ALLEN, RANDALL | PARTNER | 12/9/2013 | 1 | $6.30 | $6.30 | Pacer Service Center - November 2013 Billing Period |
| MILLER, PARKER | PARTNER | 12/17/2013 | 1 | $9,959.31 | $9,959.31 | PARKER MILLER - Trip 11/22/2013 to Finland for PO Violation Depositions - 11/12/2013 to 11/26/2013 - Business Class Airfare, Hotel Room, Parking, Taxi, Travel Agency Fee |
| MILLER, PARKER | PARTNER | 12/17/2013 | 1 | $910.76 | $910.76 | PARKER MILLER - Trip 11/22/2013 to Finland for PO Violation Depositions - 11/23/2013 to 11/26/2013 - Dinner,Meals: Other |
| ALLEN, RANDALL | PARTNER | 12/17/2013 | 1 | $9,883.54 | $9,883.54 | RANDALL ALLEN - 2013-11-22 Travel to Helsinki, Finland to Prep and Attend Depositions of Paul Melin and Eeva Hakoranta - 11/22/2013 to 11/26/2013 - Business Class Airfare, Parking, Hotel Room |
| ALLEN, RANDALL | PARTNER | 12/17/2013 | 1 | $325.74 | $325.74 | RANDALL ALLEN - 2013-11-22 Travel to Helsinki, Finland to Prep and Attend Depositions of Paul Melin and Eeva Hakoranta - 11/23/2013 to 11/26/2013 - Breakfast, Dinner, Lunch, Meals: Other |
| ALLEN, RANDALL | PARTNER | 12/17/2013 | 1 | $141.48 | $141.48 | RANDALL ALLEN - 2013-12-01 Travel to Washington, DC for Nokia Meetings - 12/02/2013 to 12/05/2013 - Dinner, Lunch, Meals: Other |
| ALLEN, RANDALL | PARTNER | 12/17/2013 | 1 | $150.31 | $150.31 | RANDALL ALLEN - 2013-12-08 Travel to San Francisco, CA for Hearing on Sanctions Issues - 12/08/2013 to 12/09/2013 - Dinner, Meals: Other |
| ALLEN, RANDALL | PARTNER | 12/17/2013 | 1 | $1,546.34 | $1,546.34 | RANDALL ALLEN - 2013-12-08 Travel to San Francisco, CA for Hearing on Sanctions Issues - 12/08/2013 to 12/11/2013 - Coach/Economy Class Airfare, Parking, Hotel Room |
| WUESTE, ALEX | ASSOCIATE | 12/18/2013 | 1 | $7.00 | $7.00 | ALEX WUESTE - Hearing in San Jose - 12/09/2013 - Parking |
| MILLER, PARKER | PARTNER | 1/7/2014 | 1 | $22,140.16 | $22,140.16 | PARKER MILLER - Planet Depo transcript order for Kim, Chi, Shim and others. |
| MILLER, PARKER | PARTNER | 1/2/2014 | 1 | $3,220.00 | $3,220.00 | PARKER MILLER -Merrill Corporation transcript order for Melin and Hakoranta. |
| | | | | Total: | $82,416.34 | |
| | | | | Total Depos: | $25,360.16 | |
| | | | | Total Meals and Limos: | $6,967.39 | |
| | | | | Total Finland Costs: | $24,299.35 | |
| | | | | Total September trip to Korea: | $15,279.72 | |