QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**SAMSUNG'S OPPOSITION TO ADMINISTRATIVE MOTION TO SEAL (DKT. 2958) THE KOLOVOS DECLARATION (DKT. 2958-1) AND APPLE'S FEBRUARY 17, 2014 LETTER BRIEF (DKT. 2958-3) AND OPPOSITION TO ADMINISTRATIVE MOTION TO SEAL (DKT. 2964) SAMSUNG'S FEBRUARY 17, 2014 LETTER BRIEF (DKT. 2964-3), THE BECHER DECLARATION (DKT. 2964-4), AND THE TRAC DECLARATION (DKT. 2964-5)** |

02198.51855/5779039.1

Case No. 11-CV-01846-LHK (PSG)
SAMSUNG'S OPPOSITION TO MOTION TO SEAL DOCKET ENTRIES 2958-1. 2958-3. 2964-3. 2964-4. 2964-5

**Argument**

Apple has filed an administrative motion to seal (Dkt. 2958) portions of its February 17, 2014 letter brief regarding fees and costs (Dkt. 2958-3) and the Kolovos Declaration in support of sealing (Dkt. 2958-1) for the same reasons it seeks to seal its two February 11, 2014 letters to Judge Grewal (Case No. 12-630, Dkts. 1258-2 and 1258-3).  Samsung opposes sealing of the February 17, 2014 letter brief and Kolovos Declaration on the same grounds it opposes sealing of the two February 11, 2014 letters.  *See* Case No. 12-630, Dkt. 1280 (Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3).  As explained in Samsung's prior opposition, there is nothing in Apple's letter brief or the Kolovos Declaration that merits sealing.

Samsung was forced to file an administrative motion to seal (Dkt. 2964) portions of its February 17, 2014 letter brief regarding fees and costs (Dkt. 2964-3) and the Becher Declaration (Dkt. 2964-4) and Trac Declaration (Dkt. 2964-5) in support thereof, because Apple and Nokia informed Samsung that they will file declarations claiming those filings contain information that should be sealed.  Samsung opposes sealing of its own February 17, 2014 letter brief and the Becher and Trac Declarations in support thereof on the same grounds it opposes sealing of Apple's February 11, 2014 letters.  *See* Case No. 12-630, Dkt. 1280 (Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3).  As explained in Samsung's prior opposition, there is nothing in Samsung's letter brief or the Becher and Trac Declarations that merits sealing.

On February 21, 2014, Nokia filed the Declaration of Ryan W. Koppelman in support of Apple's and Samsung's administrative motions to seal.  Dkt. 2973.  Although Samsung has already responded to many of the arguments raised in Nokia's declaration in its prior opposition, a few comments are in order.

*First*, Nokia incorrectly suggests that Samsung seeks to seal its February 17 letter brief and supporting declarations regarding fees and costs.  That is incorrect.  As explained in Samsung's motion to seal, Samsung filed that motion because Apple and Nokia insisted the information should be sealed, not Samsung.  As such, Samsung was required to file the motion to seal its letter

02198.51855/5779039.1

-1-                              Case No. 11-CV-01846-LHK (PSG)
SAMSUNG'S OPPOSITION TO MOTION TO SEAL DOCKET ENTRIES 2958-1. 2958-3. 2964-3. 2964-4. 2964-5

brief and supporting declarations despite its disagreement with Apple's and Nokia's position on sealing.

*Second*, Nokia has adopted Apple's untenable position that someone in possession of briefs and declarations at issue could attempt to determine the docket number of the filing because there is a notation on the docket entry that indicates it was recently locked.  But because the document at that docket entry is locked, no one can access the filing or the license terms contained in Apple's filing.  Rather than attempting to protect its confidential information, Nokia is attempting to shield from public view Apple's and Nokia's unjustifiable conduct in connection with the licensing terms at issue.

During public hearings regarding their request for sanctions and in public briefs, Nokia and Apple repeatedly accused Samsung of wrongdoing and assured the Court the terms of the Apple-Nokia license had been kept confidential.  Now, through their requests to seal, Apple and Nokia are attempting to hide the fact that Apple has disseminated even more detailed financial information about the Apple-Nokia license more widely and publicly than Samsung inadvertently did.  Given that Apple and Nokia have repeatedly placed information regarding Samsung's inadvertent disclosure of the Apple-Nokia license terms on the public record, Apple's own disclosure of the terms of the Apple-Nokia license, and Nokia's failure to notice, should not be hidden from the public.

The fact that Nokia is attempting to shield Apple's disclosure from the public—rather than seeking sanctions against Apple like it did against Samsung—shows that Nokia has no interest in protecting its supposedly confidential information.  Instead, Nokia is simply parroting Apple's discredited arguments in an effort to hide its own lax oversight and inconsistent treatment of Apple and Samsung.

## Conclusion

Samsung respectfully requests that the Court deny the administrative motion to file under (Dkt. 2958) the Kolovos Declaration (Dkt. 2958-1) and Apple's February 17, 2014 letter brief (Dkt. 2958-3).  Samsung also requests that the Court deny the administrative motion to file under

02198.51855/5779039.1

-2-   Case No. 11-CV-01846-LHK (PSG)
SAMSUNG'S OPPOSITION TO MOTION TO SEAL DOCKET ENTRIES 2958-1. 2958-3. 2964-3. 2964-4. 2964-5

1  seal (Dkt. 2964) Samsung's February 17, 2014 letter brief (Dkt. 2964-3), and the Becher

2  Declaration (Dkt. 2964-4) and Trac Declaration (Dkt. 2964-5) in support thereof.

3

4  DATED:  February 21, 2014     QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP
5

6
                                 By */s/ Victoria F. Maroulis*
7                                    Charles K. Verhoeven
                                     Kevin P.B. Johnson
8                                    Victoria F. Maroulis
                                     William C. Price
9                                    Michael T. Zeller

10
                                     Attorneys for
11                                   SAMSUNG ELECTRONICS CO., LTD.,
                                     SAMSUNG ELECTRONICS AMERICA, INC.,
12                                   and SAMSUNG TELECOMMUNICATIONS
                                     AMERICA, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/5779039.1

-3-   Case No. 11-CV-01846-LHK (PSG)
SAMSUNG'S OPPOSITION TO MOTION TO SEAL DOCKET ENTRIES 2958-1. 2958-3. 2964-3. 2964-4. 2964-5