1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                     UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| 20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL APPLE TO PROVIDE INFORMATION REGARDING ITS PUBLIC DISCLOSURES OF THE APPLE-NOKIA AND APPLE-NEC LICENSES** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's administrative motion to compel Apple to provide information regarding its public disclosures of the Apple-Nokia and Apple-NEC licenses ("Administrative Motion")

3. Certain correspondence cited in Samsung's Administrative Motion is attached to my prior declarations filed in the 11-1846 action and/or the 12-630 action and not reattached to the present declaration. *See* Dkt. 2964-4, Exs. 13-20 (Declaration of Robert J. Becher in Support of Samsung's February 17, 2014 Letter Brief Regarding Fees and Costs); Dkt. 1280-4, Ex. 1 (Case No. 12-630) (Declaration of Robert J. Becher in Support of Samsung's Opposition to Apple's Motion to Seal Docket Entries 1258-2 and 1258-3).

4. On February 18, 2014, Apple sent me a letter that did not provide sufficient detail in response to my questions regarding Apple's October 10 public filing of the Apple-Nokia and Apple-NEC licenses. A true and correct copy of Apple's February 18 letter to me is attached as Exhibit 1.

5. On February 19, 2014, I sent a letter to Apple explaining that it had failed to adequately respond to Samsung's requests for additional information regarding Apple's October 10 public filing of the Apple-Nokia and Apple-NEC licenses. A true and correct copy of my February 19 letter to Apple is attached as Exhibit 2.

6. On February 22, 2014, I sent another letter to Apple explaining that it had failed to respond to my February 19 letter requesting additional information regarding Apple's October 10 public filing of the Apple-Nokia and Apple-NEC licenses. I further requested to meet and confer regarding a motion to compel Apple to provide the requested information. A true and correct copy of my February 22 letter to Apple is attached as Exhibit 3.

7. On February 23, 2014, Apple sent me a letter that refused to acknowledge my request to meet and confer and refused to provide several categories of additional information regarding Apple's October 10 public filing of the Apple-Nokia and Apple-NEC licenses. A true and correct copy of Apple's February 23 letter to me is attached as Exhibit 4.

8. On February 24, 2014, I sent a letter to Apple again requesting a meet and confer. A true and correct copy of my February 24 letter to Apple is attached as Exhibit 5.

9. On February 25, 2014, Apple sent me a letter refusing to meet and confer on February 25 as Samsung proposed but offering to meet and confer on February 26. A true and correct copy of Apple's February 25 letter to me is attached as Exhibit 6.

10. On February 25, 2014, I sent a letter to Apple explaining that Apple was unreasonably delaying the meet and confer, but nevertheless requested that Apple provide the requested information at the meet and confer on February 26. A true and correct copy of my February 25 letter to Apple is attached as Exhibit 7.

11. On February 25, I sent an email to Apple asking whether Samsung could share Apple's February 23 letter with the ITC in connection with the 794 Investigation, and on the same day, Apple refused consent. A true and correct copy of the email chain reflecting that exchange is attached as Exhibit 8.

12. The parties held a telephonic meet and confer on February 26, which was attended by my colleagues Rachel Kassabian and Ian Shelton on behalf of Samsung. I am informed that Apple refused to provide the information Samsung is seeking during the call, or to commit to providing it at any point in the future.

//
//
//
//
//
//
//

13. On February 26, I sent a letter to Nokia asking it to describe or produce all communications between Apple and Nokia regarding the subject of Apple's October 10 public filing of the Apple-Nokia license terms. I requested that they provide the information to Samsung before the February 27 hearing and be prepared to discuss those communications at the hearing. As of the time of filing the present declaration, I had received no response from Nokia. A true and correct copy of my February 26 letter to Nokia is attached as Exhibit 9.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California on February 27, 2014.

        */s/ Robert J. Becher*
        Robert J. Becher

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:   February 27, 2014                         By:  */s/ Victoria Maroulis*
                                                                        Victoria Maroulis