# EXHIBIT 1

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian M. Buroker
Direct: +1 202.955.8541
Fax: +1 202.530.4200
BBuroker@gibsondunn.com

February 18, 2014

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIA ELECTRONIC MAIL

Robert Becher
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:   *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Rob:

As we explained before, we were evaluating third party issues in our Daubert briefings. We were doing so in connection with the parties' mutual agreement to provide the Court with consolidated, conformed copies of their Daubert briefing to aid the Court's evaluation of the motions to seal the same.

Regarding your information about LexisNexis, upon receipt of your letter, we immediately contacted LexisNexis in order to determine how to have the document in question removed and begin that process. Regardless, our earlier statement remains true - LexisNexis is a subscription-based service that one must pay to access. It is not the publicly-available Internet.

Moreover, when we filed our Letters with the Court last week, we were not aware of the presence of the document in question on LexisNexis's CourtLink service.

Sincerely,

/s/ Brian M. Buroker

BMB/lrm