# EXHIBIT 2

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3182

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

**CONTAINS INFORMATION FILED UNDER SEAL BY APPLE AND DESIGNATED BY APPLE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

February 19, 2014

Brian M. Buroker, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5036

Re:     Apple v. Samsung

Brian:

We write in response to your February 18, 2014 letter. You did not respond to several of the specific questions we posed in our February 14, 2014 letter. Because the answers are relevant to ongoing motions before the Court, we ask that you provide complete responses today. For your convenience, the questions from my prior letter that you did not respond to follow:

> *Please also provide us with complete information regarding what Nokia and NEC have said in response to Apple's revelation that the terms of their licenses with Apple were publicly filed in October 2013 and remained on the public docket for four months.*
>
> *Please also let us know if there was a "multi-level review process, involving multiple individuals" for this particular filing and, if so, the names and titles of the persons involved and what each of them did as part of the "multi-level review process."*
>
> *Please explain what investigation Apple performed before it informed the Court and Samsung that it had no information "the document was distributed on the Internet or otherwise used."*

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG

2

We look forward to your response.

Sincerely,

Robert J. Becher

cc: Mark Selwyn, Esq.
RJB

02198.51855/5773516.1