# EXHIBIT 3

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

<u>**CONTAINS INFORMATION FILED UNDER SEAL BY APPLE AND DESIGNATED BY APPLE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**</u>

February 22, 2014

Brian M. Buroker, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5036

Re:     <u>Apple v. Samsung</u>

Brian:

We wrote you on February 14, 2014 and posed very specific questions regarding Apple's filing of a public document containing the terms of the Apple-Nokia and Apple-NEC license. When you failed to respond to several of our questions in your February 18, 2014 response letter, we wrote you again on February 19, 2014 and requested answers. In our letter, we pointed out that Apple's responses are relevant to motions pending before the Court.

You have still not responded to our questions even though one week has passed since we first asked them. Because the answers are relevant to the upcoming hearing on February 27, 2014 regarding Apple's and Nokia's request for attorneys' fees and costs as well as pending motions to seal various pleadings discussing Apple's public filing of the Apple-Nokia and Apple-NEC license terms, we require a response. Please let us know when you are available this weekend or Monday morning to meet and confer regarding a motion to compel Apple to provide the requested information.

Sincerely,

*[signature]*

Robert J. Becher

cc:     Mark Selwyn, Esq.