# EXHIBIT 5

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3182

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

**CONTAINS INFORMATION FILED UNDER SEAL BY APPLE AND DESIGNATED BY APPLE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

February 24, 2014

Brian M. Buroker, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5036

Re:     Apple v. Samsung

Dear Brian:

I write in response to your February 23 letter.  My February 22 letter unambiguously asked "when you are available this weekend or Monday morning to meet and confer regarding a motion to compel Apple to provide the requested information."  Your February 23 letter did not respond to or otherwise acknowledge my meet and confer request.  Are you refusing to meet and confer?  If not, please confirm your availability for a meet and confer call tomorrow morning.  We propose 11 a.m.

Sincerely,

Robert J. Becher

cc: Mark Selwyn, Esq.
RJB

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG