# EXHIBIT 9

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3182

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

<u>CONTAINS INFORMATION FILED UNDER SEAL BY NOKIA</u>

<u>VIA EMAIL</u>

February 26, 2014

Ryan W. Koppelman
Randall L. Allen
Alston & Bird, LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Ryan.Koppelman@alston.com
Randall.Allen@alston.com

Re:    <u>Apple v. Samsung</u>

Ryan:

Apple has refused to describe or provide the communications between Apple and Nokia regarding Apple's October 10, 2013 public filing of the terms of the Apple-Nokia license, which remained available for download by the public while Apple and Nokia were seeking punitive sanctions against Samsung for inadvertently disseminating the same information within Samsung.  Samsung contends that those communications are highly relevant to the propriety and amount of the fee award currently being considered by the Court under Rule 37, and set for hearing tomorrow.  In light of Apple's refusal to describe or provide those communications, Samsung requests that Nokia describe or provide those communications to Samsung immediately, and in no event later than the 3 p.m. PT hearing tomorrow.  Furthermore, please be prepared to discuss the substance of those communications during the hearing.  We look forward to hearing from you.

Sincerely,

Robert J. Becher
RJB

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG