1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Cal. Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17
                        UNITED STATES DISTRICT COURT
18
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO PROVIDE INFORMATION REGARDING ITS PUBLIC DISCLOSURES OF CONFIDENTIAL INFORMATION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Compel
3 Apple to Provide Information Regarding Its Public Disclosures of Confidential Information.
4    Having considered the arguments of the parties and the papers submitted, and good cause
5 having been shown, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Court hereby
6 GRANTS Samsung's Motion to Compel Apple to Provide Information Regarding Its Public
7 Disclosures of Confidential Information.
8    IT IS HEREBY ORDERED THAT:    Within five (5) days of the date of this Order, Apple
9 shall provide Samsung with a sworn declaration describing in substantive detail:

1. Complete information regarding what Nokia and NEC have said in response to Apple's revelation that certain terms of their licenses with Apple were publicly filed in October 2013 and remained on the public docket for four months, and attaching copies of such correspondence;
2. Complete information regarding the investigation Apple performed before it informed the Court and Samsung that it had no information that "the document was distributed on the Internet or otherwise used;" and
3. The names and titles of the persons involved in the inadvertent disclosure and what each of them did as part of Apple's "multi-level review process" for the particular filing at issue on October 10, 2013.

**IT IS SO ORDERED.**

DATED:    _____, 2014

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

-2-   Case No. 11-cv-01846-LHK-PSG
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO COMPEL APPLE TO PROVIDE
INFORMATION REGARDING ITS PUBLIC DISCLOSURES OF CONFIDENTIAL INFORMATION