UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REQUESTING STATEMENT REGARDING PRELIMINARY INJUNCTION BOND |

On October 1, 2012, this Court dissolved the preliminary injunction against the Galaxy Tab 10.1 following the jury's noninfringement finding. *See* Dkt. 2011. By **March 7, 2014**, the parties are hereby requested to submit a joint statement on whether the Court may release in its entirety Apple's bond in support of the preliminary injunction. *See* Dkt. 1145.

**IT IS SO ORDERED.**

Dated: March 4, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge