# EXHIBIT 4

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian M. Buroker
Direct: +1 202.955.8541
Fax: +1 202.530.4200
BBuroker@gibsondunn.com

03290-00026

February 23, 2014

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY


VIA ELECTRONIC MAIL

Robert Becher
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street
Los Angeles, CA  90017

Re:     *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Robert:

I write in response to your letters dated February 19 and 22, 2014.

Your letters provide no basis for your requests, or explanation of how the additional information you seek is relevant to any issue before the Court.

Nonetheless, we provide you with the following responses:

1.      We confirm that Apple's counsel engaged in a multi-level review process, involving multiple individuals, in connection with the Daubert filing in which the inadvertently unredacted document was filed.  On October 10, 2013, Apple filed approximately 20 electronic files comprising more than 30 individual documents.  The one page that was not filed in redacted form fell in the middle of a 76-page document.  We decline to provide you "names and titles" of those involved in the multi-level review, as we are under no obligation to do so.

2.      Before informing the Court and Samsung on February 11, 2014 that we had no information that "the document was distributed on the Internet or otherwise used," we conducted extensive searching of the public Internet.  We located no copy of the document. We have since conducted further searching of the public Internet, and still have located no copy of the document.

3.      We decline to provide you with our communications with Nokia and NEC regarding the filing of the inadvertently unredacted document, as we are under no obligation to do so. We understand that Nokia and NEC will both be filing declarations on Monday supporting Apple's motion to remove the improperly-redacted document from the docket.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

**GIBSON DUNN**

Robert Becher
February 23, 2014
Page 2

Sincerely,

*/s/ Brian M. Buroker*

**GIBSON DUNN**