# EXHIBIT 6

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian M. Buroker
Direct: +1 202.955.8541
Fax: +1 202.530.4200
BBuroker@gibsondunn.com

03290-00026

February 25, 2014

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

VIA ELECTRONIC MAIL

Robert Becher
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street
Los Angeles, CA  90017

Re:   *Apple Inc. v. Samsung Electronics Co. et al.*, No. 12-cv-0630

Dear Robert:

I write in response to your February 24 letter.  We did not "refuse" to meet and confer.  Our February 22 letter responded to your questions, and you have provided no specificity about what you want to meet and confer, much less the basis for whatever you seek.  Nonetheless, we will be available to speak with you on Wednesday, February 26, at 11:30 am PT.

Sincerely,


*/s/ Brian M. Buroker*

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.