# EXHIBIT 7

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

**CONTAINS INFORMATION FILED UNDER SEAL BY APPLE AND DESIGNATED BY APPLE AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

February 25, 2014

Brian M. Buroker, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5036

Re:     <u>Apple v. Samsung</u>

Brian:

You have provided no basis for your refusal to meet and confer today, and we see no reason to delay discussion of these important issues. But since you have insisted on deferring this matter until tomorrow, please use the time to fully prepare for our call, so that you can provide answers to the questions we have been asking you in our correspondence since Apple first revealed this disclosure.

Please use the following dial in for tomorrow's 11:30 a.m. PST call:

(866) 499-9580

Code 6252828


Sincerely,

*/s/ Robert J. Becher*

Robert J. Becher

cc:     Mark Selwyn, Esq.
02198.51855/5783723.1

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG