# EXHIBIT 8

**From:** Robert Becher
**Sent:** Wednesday, February 26, 2014 11:38 AM
**To:** 'Rho, Jennifer'; Ian Shelton
**Cc:** 'Buroker, Brian M.'; 'Mark Selwyn (Mark.Selwyn@wilmerhale.com)'; 'Krevitt, Josh'; ''William F. Lee' (william.lee@wilmerhale.com) (william.lee@wilmerhale.com)'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al. - Correspondence

Jennifer--The correspondence regarding this issue is equally relevant to the ITC proceeding as it is to the proceeding before Judge Grewal.  We intend to also seek permission from the Court to file Gibson Dunn's correspondence with Quinn Emanuel regarding the public filing of the terms of the Apple-Nokia and Apple-NEC licenses with the ITC.  Please be prepared to discuss this issue during our meet and confer tomorrow.

Regards, Rob

---

**From:** Rho, Jennifer [mailto:JRho@gibsondunn.com]
**Sent:** Wednesday, February 26, 2014 9:04 AM
**To:** Robert Becher; Ian Shelton
**Cc:** Buroker, Brian M.; 'Mark Selwyn (Mark.Selwyn@wilmerhale.com)'; Krevitt, Josh; ''William F. Lee' (william.lee@wilmerhale.com) (william.lee@wilmerhale.com)'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al. - Correspondence

Robert,

We see no reason that the letter is relevant to the 794 Investigation, and therefore we do not consent.

Best regards,
Jennifer


**Jennifer J. Rho**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com

---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Tuesday, February 25, 2014 12:56 AM
**To:** Rho, Jennifer; Ian Shelton
**Cc:** Buroker, Brian M.; 'Mark Selwyn (Mark.Selwyn@wilmerhale.com)'; Krevitt, Josh; ''William F. Lee' (william.lee@wilmerhale.com) (william.lee@wilmerhale.com)'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al. - Correspondence

Jennifer--May we share this with the ITC in the 794 investigation?  Regards, Rob

**From:** Rho, Jennifer [mailto:JRho@gibsondunn.com]
**Sent:** Monday, February 24, 2014 4:25 AM
**To:** Ian Shelton; Robert Becher
**Cc:** Buroker, Brian M.; Mark Selwyn (Mark.Selwyn@wilmerhale.com); Krevitt, Josh; 'William F. Lee'
(william.lee@wilmerhale.com) (william.lee@wilmerhale.com)
**Subject:** Apple Inc. v. Samsung Elecs. Co., Ltd. et al. - Correspondence

Counsel,

Please see the attached correspondence from Brian Buroker.

Thank you,
Jennifer

**Jennifer J. Rho**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7103 • Fax +1 213.229.6103
JRho@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

2