# EXHIBIT 10

| | |
|---|---|
| From: | Herriot, Liv [Liv.Herriot@wilmerhale.com] |
| Sent: | Saturday, March 01, 2014 2:25 PM |
| To: | Ian Shelton; Samsung Damages TrialTeam; Samsung v. Apple |
| Cc: | 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael; 'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com' |
| Subject: | RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK |

Ian,

We have made clear our position, and there is no point to continuing this back and forth. Your accusations are unfounded and inappropriate. You are also misinterpreting and/or ignoring the Local Rule. And we will state now a third time that Apple does not object for itself to Samsung's proposed public filings.

Thank you,
Liv

---

**From:** Ian Shelton [mailto:ianshelton@quinnemanuel.com]
**Sent:** Saturday, March 01, 2014 11:20 AM
**To:** Herriot, Liv; Samsung Damages TrialTeam; Samsung v. Apple
**Cc:** 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael; 'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK

Counsel:

The cited Local Rule is inapplicable because the Court did not merely deny Administrative Motions to File Under Seal. Instead, the Court issued an Order stating: "Letters submitted 2/17/2014 by Apple, Nokia and Samsung shall be filed on the public docket." Dkt. 2997. Samsung is aware of no Local Rule that stays an Order specifically instructing parties to file documents on the public docket, or extends the time for compliance. Furthermore, particularly given the Court's stated disappointment with these meritless sealing requests at the hearing, Samsung does not believe that the Court will accept another seven-day delay from Apple and Nokia in making this information public. The unredacted documents are in your possession and available for immediate filing. This is a mere continuation of the strategy of hiding Apple's and Nokia's unjustifiable conduct from public view, which was rejected by the Court at the hearing.

As you stated in your email, Apple does not object to Samsung's public filing. If NEC and Nokia have objections to Samsung's public filing that were not rejected by the Court, or intend to seek further relief, they should provide that information to Samsung by 5 pm PT today, as I previously explained.

**Ian Shelton**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3624 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ianshelton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Herriot, Liv [mailto:Liv.Herriot@wilmerhale.com]
**Sent:** Friday, February 28, 2014 11:21 PM
**To:** Ian Shelton; Samsung Damages TrialTeam; Samsung v. Apple
**Cc:** 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael; 'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK

Ian,
You are incorrect that Apple is "not in compliance" with the Court's order. Nor is Apple doing anything to cause Samsung "to be out of compliance."

The deadline to comply with a Court order regarding sealing is not immediate. Under the Local Rules, the submitting party has 7 days to file an unredacted version of the document after a motion to seal is denied. *See* 79-5(f)(2). Judge Grewal did not indicate that the Local Rules would not apply to his order. Accordingly, the deadline for compliance is Wednesday, March 5.

We did not respond to your e-mail with "delay tactics and attempts to rehash what the Court already rejected." We wrote: "Apple does not object for itself."

Apple also did not enter an appearance on behalf of NEC as you suggest. Apple filed declarations for NEC as a courtesy. Apple also notified NEC about the Court's order before we received your e-mail.

Apple reiterates that, as a matter of fairness, NEC should be given an opportunity to determine whether it wishes to object or seek any relief.

Thank you,
Liv


**From:** Ian Shelton [mailto:ianshelton@quinnemanuel.com]
**Sent:** Friday, February 28, 2014 5:58 PM
**To:** Herriot, Liv; Samsung Damages TrialTeam; Samsung v. Apple
**Cc:** 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael; 'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK

Counsel:

At the hearing yesterday, the Court orally denied all sealing motions and then ordered that the documents "shall be filed on the public docket." Dkt. 2997. The deadline for compliance with a court order is immediately, absent some other deadline set forth in the order. Samsung intends to comply and will not allow Apple's and Nokia's delay to cause Samsung to be out of compliance. Apple and Nokia are not in compliance with the Court's order, and Samsung reserves all rights.

Apple states that Samsung should not comply with the Court's order because NEC should be given notice and an opportunity to provide any objections. However, Apple's counsel entered an appearance and filed declarations on behalf of NEC. If NEC was not properly notified about the substance of the hearing or the Court's order yesterday, it was Apple's fault for failing to inform NEC.

Samsung provided notice of its public filing to ensure that Apple and Nokia do not have other legitimate grounds for sealing that were not rejected by the Court.  Yet in response to Samsung's notification, neither Apple nor Nokia provide any other legitimate grounds for sealing.  Samsung notes that its filings are related and not voluminous, and the highlighted sealing papers are already publicly filed.  In any event, the number of filings was caused by Apple's and Nokia's voluminous sealing requests.  Apple and Nokia are well aware of the content of those filings.  Their continued delay in the face of a court order is troubling.

Samsung intends to comply with the Court's order on and after 5 pm PT tomorrow unless Apple, NEC, or Nokia either provide some legitimate basis for not complying with the Court's order or seek other relief.

**Ian Shelton**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3624 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ianshelton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Herriot, Liv [mailto:Liv.Herriot@wilmerhale.com]
**Sent:** Friday, February 28, 2014 4:34 PM
**To:** Ian Shelton; Samsung Damages TrialTeam; Samsung v. Apple
**Cc:** 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael; 'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK

Ian,
While Apple does not object for itself, we believe that NEC should be given notice and an opportunity to provide any objections.  Accordingly, we believe it would be appropriate for Samsung to wait until at least Monday before proceeding to make public filings.

Please confirm with Apple before you proceed to file publicly.

Thank you,
Liv

---

**From:** Ian Shelton [mailto:ianshelton@quinnemanuel.com]
**Sent:** Friday, February 28, 2014 3:20 PM
**To:** Ian Shelton; Herriot, Liv; Samsung Damages TrialTeam; Samsung v. Apple
**Cc:** 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael; 'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com'
**Subject:** RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK

Counsel:

Pursuant to the Court's sealing order (Dkt. 2997), all filings related to Apple's and Nokia's fees and costs requests should immediately be filed publicly.  Apple's and Nokia's sealing papers identified no grounds for sealing other than those grounds that were specifically overruled by the Court at the February 27 hearing.  However, in an abundance of caution, Samsung is confirming that Apple and Nokia have no further objections to public filing.

Samsung will publicly file all of its own documents highlighted below, including all exhibits to its February 17 letter brief, on or after 5 pm PT today unless Samsung hears particularized objections from Apple or Nokia before then.

For the remaining documents listed below that were filed by Apple or Nokia, please confirm when Apple and Nokia intend to publicly file them in compliance with the Court's Order.

Regards,

**Ian Shelton**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3624 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ianshelton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

| Date | Filed By: | Case No. 11-1846 Docket |
|---|---|---|
| 02/17/2014 | Apple | **2958** - Administrative Motion to File Under Seal *Apple's Letter Brief in Response to the Courts February 6, 2014 Order (Docket No. 2941 )* filed by Apple Inc.. (Attachments: # 1 Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to Seal, # 2 Proposed Order Granting Apple's Administrative Motion to File Documents Under Seal, # 3 Letter Brief in Response to Court's February 6, 2014 Order)(Selwyn, Mark) (Filed on 2/17/2014) (Entered: 02/17/2014) |
| 02/17/2014 | Samsung | **2964** - Administrative Motion to File Under Seal *Samsung's Letter Brief re Fees and Costs* filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Becher Declaration re Motion to Seal, # 2 Proposed Order, # 3 Samsung's Letter Brief, # 4 Becher Declaration, # 5 Trac Declaration)(Maroulis, Victoria) (Filed on 2/17/2014) (Entered: 02/17/2014) |
| 02/17/2014 | Samsung | **2965** - EXHIBITS re 2964 Administrative Motion to File Under Seal *Samsung's Letter Brief re Fees and Costs Becher Declaration Exhibit 1* [2/6/14 Letter from Becher to Apple and Nokia requesting expenses documentation] to filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Exhibit 2 [2/11/14 Letter from Becher following up and requesting expenses documentation], # 2 Exhibit 3 [2/11/14 Expenses Letter from Apple], # 3 Exhibit 4 [2/12/14 Samsung to Apple Letter requesting more detail], # 4 Exhibit 5 [2/13/14 Apple Expenses Letter], # 5 Exhibit 6 [Apple Invoices], # 6 Exhibit 7 [2/13/14 Samsung to Apple Expenses Letter], # 7 Exhibit 8 [2/14/14 Apple Letter attaching billing chart], # 8 Exhibit 9 [2/16/14 Apple Letter containing individual billing rates], # 9 Exhibit 10 [2/16/14 Apple Expenses Chart], # 10 Exhibit 11 [2/11/14 Nokia Expenses Letter], # 11 Exhibit 12 [2/12/14 Nokia Revised Expenses Letter], # 12 Exhibit 13 [2/11/14 Apple two disclosure letters], # 13 Exhibit 14 [2/12/14 Samsung to Apple Letter requesting redacted copies of Apple's two disclosure letters], # 14 Exhibit 15 [2/12/14 Apple Letter attaching proposed redactions of two disclosure letters], # 15 Exhibit 16 [2/12/14 Samsung to Apple letter requesting public filing of disclosure letters], # 16 Exhibit 17 [2/13/14 Samsung to Apple Letter requesting additional info], # 17 Exhibit 18 [2/13/14 Apple to Samsung Letter providing limited info], # 18 Exhibit 19 [2/14/14 Samsung to Apple Letter demanding more info], # 19 Exhibit 20 [2/15/14 Apple to Samsung Letter re disclosures], # 20 |

| | | |
|---|---|---|
| | | Exhibit 21 [Apple block billing spreadsheet], # 21 Exhibit 22 [Nokia block billing spreadsheet], # 22 Exhibit 23 [Apple post-Oct. 10 fees spreadsheet], # 23 Exhibit 24 [Nokia post-Oct. 10 fees spreadsheet], # 24 Exhibit 25 [Apple total fees spreadsheet], # 25 Exhibit 26 [Nokia total fees spreadsheet], # 26 Exhibit 27 [Apple costs spreadsheet], # 27 Exhibit 28 [Nokia costs spreadsheet])(Related document(s) 2964 ) (Maroulis, Victoria) (Filed on 2/17/2014) (Entered: 02/17/2014) |
| 02/21/2014 | Nokia | **2973** - Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1 Declaration REDACTED VERSION OF Declaration of Ryan W. Koppelman In Support of Apple's and Samsung's Administrative Motions to Seal [Dkt. Nos. 2958, 2964], # 2 Declaration UNREDACTED VERSION OF Declaration of Ryan W. Koppelman In Support of Apple's and Samsung's Administrative Motions to Seal [Dkt. Nos. 2958, 2964], # 3 Proposed Order, # 4 Certificate/Proof of Service)(Koppelman, Ryan) (Filed on 2/21/2014) (Entered: 02/21/2014) |
| 02/21/2014 | Apple | **2974** - Administrative Motion to File Under Seal *Notice of Apple's Filing of Revised Highlighted Version and of Public Redacted Version of Apples February 17, 2014 Letter Brief in Response to the Courts February 6, 2014 Order (see Dkt. 2958 )* filed by Apple Inc.. (Attachments: # 1 Conformed Highlighted Version of Apples February 17, 2014 Letter Brief in Response to the Courts February 6, 2014 Order, # 2 Redacted Version of Apples February 17, 2014 Letter Brief in Response to the Courts February 6, 2014 Order)(Selwyn, Mark) (Filed on 2/21/2014) (Entered: 02/21/2014) |
| 02/21/2014 | Apple | **2975** - Administrative Motion to File Under Seal *Declaration of Non-Party* filed by Apple Inc.. (Attachments: # 1 Declaration [Nishino (NEC) Dec re Apple's Admin Mtn to File Docs Under Seal], # 2 Declaration [Nishino (NEC) Dec re Samsung's Admin Mtn to File Docs Under Seal], # 3 Proposed Order)(Selwyn, Mark) (Filed on 2/21/2014) (Entered: 02/21/2014) |
| 02/21/2014 | Apple | **2976** - Administrative Motion to File Under Seal filed by Apple Inc.. (Attachments: # 1 Unredacted Version of Declaration of Peter J. Kolovos In Support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. 2964 ), # 2 Proposed Order)(Selwyn, Mark) (Filed on 2/21/2014) (Entered: 02/21/2014) |
| 02/21/2014 | Samsung | **2977** - Administrative Motion to File Under Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Declaration of Robert J. Becher, # 2 Proposed Order, # 3 Samsung's Opposition to Administrative Motion to Seal (Dkt. 2958 ) the Kolovos Declaration (Dkt. 2958-1) and Apple's February 17, 2014 Letter Brief (Dkt. 2958-3) and Opposition to Administrative Motion to Seal (Dkt. 2964 ) Samsung's February 17, 2014 Letter Brief (Dkt. 2964-3), the Becher Declaration (Dkt. 2964-4), and the Trac Declaration (Dkt. 2964-5))(Maroulis, Victoria) (Filed on 2/21/2014) Modified text on 2/24/2014 (dhmS, COURT STAFF). (Entered: 02/21/2014) |
| 02/25/2014 | Nokia | **2985** - Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1 Proposed Order, # 2 Redacted Version of the Declaration of Ryan Koppelman in Support of Samsungs Administrative Motion to File Document Under Seal [Dkt. No. 2977], # 3 Unredacted Version of the Declaration of Ryan Koppelman in Support of Samsungs Administrative Motion to File Document Under Seal [Dkt. No. 2977])(Koppelman, Ryan) (Filed on 2/25/2014) (Entered: 02/25/2014) |
| 02/25/2014 | Apple | **2991** - Administrative Motion to File Under Seal *Declaration of Peter J. Kolovos in Support of Samsung's and Apple's Administrative Motions to File Documents Under Seal 2977* filed by Apple Inc.. (Attachments: # 1 Unredacted Version of Declaration of Peter J. Kolovos in Support of Apple's and Samsung's Administrative Motions to File Document Under Seal, # 2 Proposed Order)(Selwyn, Mark) (Filed on 2/25/2014) (Entered: 02/25/2014) |
| 02/25/2014 | Samsung | **2993** - Administrative Motion to File Under Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Declaration of Robert J. Becher in Support of Motion to Seal, # 2 Proposed Order Denying Administrative Motion to File under Seal, # 3 Unredacted Version of Samsung's Opposition to Administrative Motion to Seal Dkt. 2977-3)(Fazio, Michael) (Filed on 2/25/2014) (Entered: 02/25/2014) |

| 02/27/2014 | Samsung | **2996 -** Administrative Motion to File Under Seal *Samsung's Motion to Compel Apple to Provide Information Regarding its Public Disclosures of Confidential Information* filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1 Becher Declaration re Sealing, # 2 Proposed Order DENYING Motion to Seal, # 3 Samsung's Motion to Compel, # 4 Becher Declaration re Motion to Compel, # 5 Exhibit 1 [2/18/14 Apple to Samsung Letter re disclosures], # 6 Exhibit 2 [2/19/14 Samsung to Apple Letter re disclosures], # 7 Exhibit 3 [2/22/14 Samsung to Apple Letter demanding meet and confer], # 8 Exhibit 4 [2/23/14 Apple to Samsung Letter refusal to provide info re disclosures], # 9 Exhibit 5 [2/24/14 Samsung to Apple again demanding meet and confer], # 10 Exhibit 6 [2/25/14 Apple to Samsung Letter delaying meet and confer], # 11 Exhibit 7 [2/25/14 Samsung to Apple Letter requesting info re disclosures], # 12 Exhibit 8 [2/25/14 Samsung to Apple re permission to share Apple's 2/23 letter with ITC], # 13 Exhibit 9 [2/26/14 Samsung to Nokia Letter re Apple's disclosures], # 14 Proposed Order Granting Motion to Compel)(Maroulis, Victoria) (Filed on 2/27/2014) (Entered: 02/27/2014) |

| Date | Filed By: | Case No. 12-630 Docket |
|---|---|---|
| 02/11/2014 | Apple | **1258 -** Administrative Motion to File Under Seal *Letters to the Court* filed by Apple Inc.(a California corporation). (Attachments: # 1 Declaration [Unredacted Version of Document Sought to be Sealed] Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal, # 2 [Unredacted Version of Document Sought to Be Sealed] Letter from Josh Krevitt to Judge Grewal, # 3 [Unredacted Version of Document Sought to Be Sealed] Letter from William F. Lee to Judge Grewal, # 4 Proposed Order)(Selwyn, Mark) (Filed on 2/11/2014) (Entered: 02/11/2014) |
| 02/18/2014 | Nokia | **1276 -** Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1 Declaration REDACTED VERSION OF DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLES ADMINISTRATIVE MOTION TO SEAL, # 2 Declaration UNDER SEAL VERSION OF DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLES ADMINISTRATIVE MOTION TO SEAL, # 3 Proposed Order, # 4 Certificate/Proof of Service)(Koppelman, Ryan) (Filed on 2/18/2014) (Entered: 02/18/2014) |
| 02/18/2014 | Apple | **1278 -** Administrative Motion to File Under Seal *Motion to Remove Incorrectly Filed Document* filed by Apple Inc.(a California corporation). (Attachments: # 1 Proposed Order Granting Motion to Seal, # 2 Declaration of Jennifer Rho in support of Motion to Seal, # 3 Motion to Remove, # 4 Declaration of Jennifer Rho in support of Motion to Remove, # 5 Proposed Order Granting Motion to Remove)(Lyon, Hervey) (Filed on 2/18/2014) (Entered: 02/18/2014) |
| 02/18/2014 | Samsung | **1280 -** Administrative Motion to File Under Seal filed by Samsung Electronics America, Inc.(a New York corporation), Samsung Electronics Co., Ltd.(a Korean corporation), Samsung Telecommunications America, LLC(a Delaware limited liability company). (Attachments: # 1 Declaration of Robert Becher in Support of Motion to Seal, # 2 Proposed Order Granting Administrative Motion to File Under Seal, # 3 Unredacted Version of Samsung's Opposition to Apple's Motion to Seal [Docket Entries 1258-2 and 1258-3], # 4 Declaration Unredacted Version of Becher Decl. In Support Of Samsung's Opposition to Apple's Motion to Seal [Docket Entries 1258-2 and 1258-3], # 5 Exhibit Unredacted Version of Exhibit 1 to Becher Decl.)(Maroulis, Victoria) (Filed on 2/18/2014) (Entered: 02/18/2014) |
| 02/18/2014 | Apple | **1282 -** Administrative Motion to File Under Seal *Declaration of Non-Party* filed by Apple Inc.(a California corporation). (Attachments: # 1 Proposed Order, # 2 Declaration of Non-Party [Ayumi Nishino Regarding Apple's Motion to Seal Dkts. 1258 and 1278])(Lyon, Hervey) (Filed on 2/18/2014) (Entered: 02/18/2014) |
| 02/19/2014 | Apple | **1289 -** Administrative Motion to File Under Seal *Letter from Josh Krevitt to the Court* filed by Apple Inc.(a California corporation). (Attachments: # 1 Proposed Order, # 2 Declaration of Jennifer Rho [ISO Apple's motion to seal Docket 1289], # 3 Letter from Josh Krevitt)(Lyon, Hervey) (Filed on 2/19/2014) (Entered: 02/19/2014) |

| | | |
|---|---|---|
| 02/24/2014 | Nokia | **1315 -** Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1 Proposed Order, # 2 Declaration Redacted Version of Declaration of Ryan Koppelman, # 3 Declaration Unredacted Version of Declaration of Ryan Koppelman)(Koppelman, Ryan) (Filed on 2/24/2014) (Entered: 02/24/2014) |
| 02/24/2014 | Apple | **1320** - Administrative Motion to File Under Seal Amended Declaration of Non-Party Ms. Ayumi Nishino ( D.I. 1282 ) filed by Apple Inc.(a California corporation). (Attachments: # 1 Proposed Order, # 2 Amended Declaration of Non-Party)(Lyon, Hervey) (Filed on 2/24/2014) Modified text on 2/25/2014 (dhmS, COURT STAFF). (Entered: 02/24/2014) |
| 02/24/2014 | Apple | **1322 -** Administrative Motion to File Under Seal *Declaration of Non-Party* filed by Apple Inc.(a California corporation). (Attachments: # 1 Proposed Order, # 2 Declaration of Non-Party [Amended Declaration of Ayumi Nishino Regarding Apple's Motion to Seal Dockets 1258 and 1278])(Lyon, Hervey) (Filed on 2/24/2014) (Entered: 02/24/2014) |
| 02/24/2014 | Apple | **1323 -** Administrative Motion to File Under Seal *Declaration of Peter J. Kolovos in Support of Samsung's and Apple's Administrative Motions to File Documents Under Seal 1280* filed by Apple Inc.(a California corporation). (Attachments: # 1 Declaration of Peter J. Kolovos in Support of Samsung's and Apple's Administrative Motions to File Documents Under Seal, # 2 Proposed Order Granting Apple's Administrative Motion to File Documents Under Seal)(Selwyn, Mark) (Filed on 2/24/2014) (Entered: 02/24/2014) |

| | |
|---|---|
| From: | Ian Shelton |
| Sent: | Friday, February 28, 2014 7:19 PM |
| To: | 'Koppelman, Ryan'; 'Liv.Herriot@wilmerhale.com'; Samsung Damages TrialTeam; Samsung v. Apple |
| Cc: | 'AvSSDamagesTrial@mofo.com'; 'WHAppleSamsungNDCalService@wilmerhale.com'; 'Michael.Silhasek@wilmerhale.com'; 'Apple/Samsung@gibsondunn.com'; 'Allen, Randall' |
| Subject: | RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK |

Counsel:

The only ones here acting at their peril are Nokia and Apple, for their obstruction of and failure to comply with the Court's order of yesterday. We gave you advance notice of our intention to file these materials consistent with the Court's ruling as a courtesy in the event that Nokia or Apple intended to seek further relief. Rather than reasonably respond, Nokia and Apple have responded with delay tactics and attempts to rehash what the Court already rejected. In any event, most importantly, we have not been informed that any further relief will be sought. Please let us know by 5 p.m. tomorrow Pacific time if Nokia or Apple change their positions and decide to notify us that they are challenging the Court's order. Otherwise, we will proceed to comply with the Court's directive and expect you to do the same.

**Ian Shelton**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3624 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ianshelton@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

```
-----Original Message-----
From: Koppelman, Ryan [mailto:Ryan.Koppelman@alston.com]
Sent: Friday, February 28, 2014 6:31 PM
To: Liv.Herriot@wilmerhale.com; Samsung Damages TrialTeam; Samsung v. Apple; Ian Shelton
Cc: AvSSDamagesTrial@mofo.com; WHAppleSamsungNDCalService@wilmerhale.com;
Michael.Silhasek@wilmerhale.com; Apple/Samsung@gibsondunn.com; Allen, Randall
Subject: RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK

Ian,

If Samsung prefers to act unilaterally with this filing, Samsung will do so at its own peril.
If Samsung prefers to first get Nokia's consent as it just requested from us late on a
Friday, then it will need to wait until Monday as I indicated. Have a good weekend.

Regards,
Ryan

Ryan W. Koppelman - Partner, IP Litigation Alston & Bird LLP -  (650) 838-2009

-----Original Message-----
From: Ian Shelton [ianshelton@quinnemanuel.com]
```

1

Received: Friday, 28 Feb 2014, 5:58PM
To: Herriot, Liv [Liv.Herriot@wilmerhale.com]; Samsung Damages TrialTeam [SamsungDamagesTrialTeam@quinnemanuel.com]; Samsung v. Apple [Samsungv.Apple@quinnemanuel.com]
CC: 'AvSSDamagesTrial@mofo.com' [AvSSDamagesTrial@mofo.com]; WH Apple Samsung NDCal Service [WHAppleSamsungNDCalService@wilmerhale.com]; Silhasek, Michael [Michael.Silhasek@wilmerhale.com]; 'Apple/Samsung@gibsondunn.com' [Apple/Samsung@gibsondunn.com]; Koppelman, Ryan [Ryan.Koppelman@alston.com]; Allen, Randall [Randall.Allen@alston.com]
Subject: RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK

Counsel:

At the hearing yesterday, the Court orally denied all sealing motions and then ordered that the documents "shall be filed on the public docket." Dkt. 2997. The deadline for compliance with a court order is immediately, absent some other deadline set forth in the order. Samsung intends to comply and will not allow Apple's and Nokia's delay to cause Samsung to be out of compliance. Apple and Nokia are not in compliance with the Court's order, and Samsung reserves all rights.

Apple states that Samsung should not comply with the Court's order because NEC should be given notice and an opportunity to provide any objections. However, Apple's counsel entered an appearance and filed declarations on behalf of NEC. If NEC was not properly notified about the substance of the hearing or the Court's order yesterday, it was Apple's fault for failing to inform NEC.

Samsung provided notice of its public filing to ensure that Apple and Nokia do not have other legitimate grounds for sealing that were not rejected by the Court. Yet in response to Samsung's notification, neither Apple nor Nokia provide any other legitimate grounds for sealing. Samsung notes that its filings are related and not voluminous, and the highlighted sealing papers are already publicly filed. In any event, the number of filings was caused by Apple's and Nokia's voluminous sealing requests. Apple and Nokia are well aware of the content of those filings. Their continued delay in the face of a court order is troubling.

Samsung intends to comply with the Court's order on and after 5 pm PT tomorrow unless Apple, NEC, or Nokia either provide some legitimate basis for not complying with the Court's order or seek other relief.

Ian Shelton
Associate
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3624 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ianshelton@quinnemanuel.com<mailto:ianshelton@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

```
From: Herriot, Liv [mailto:Liv.Herriot@wilmerhale.com]
Sent: Friday, February 28, 2014 4:34 PM
To: Ian Shelton; Samsung Damages TrialTeam; Samsung v. Apple
Cc: 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael;
'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com'
Subject: RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK
```

Ian,
While Apple does not object for itself, we believe that NEC should be given notice and an opportunity to provide any objections.  Accordingly, we believe it would be appropriate for Samsung to wait until at least Monday before proceeding to make public filings.

Please confirm with Apple before you proceed to file publicly.

Thank you,
Liv

```
From: Ian Shelton [mailto:ianshelton@quinnemanuel.com]
Sent: Friday, February 28, 2014 3:20 PM
To: Ian Shelton; Herriot, Liv; Samsung Damages TrialTeam; Samsung v. Apple
Cc: 'AvSSDamagesTrial@mofo.com'; WH Apple Samsung NDCal Service; Silhasek, Michael;
'Apple/Samsung@gibsondunn.com'; 'ryan.koppelman@alston.com'; 'randall.allen@alston.com'
Subject: RE: Apple Inc. v. Samsung Elecs. Co., Ltd. et al., Case No. 11-cv-01846-LHK
```

Counsel:

Pursuant to the Court's sealing order (Dkt. 2997), all filings related to Apple's and Nokia's fees and costs requests should immediately be filed publicly.  Apple's and Nokia's sealing papers identified no grounds for sealing other than those grounds that were specifically overruled by the Court at the February 27 hearing.  However, in an abundance of caution, Samsung is confirming that Apple and Nokia have no further objections to public filing.

Samsung will publicly file all of its own documents highlighted below, including all exhibits to its February 17 letter brief, on or after 5 pm PT today unless Samsung hears particularized objections from Apple or Nokia before then.

For the remaining documents listed below that were filed by Apple or Nokia, please confirm when Apple and Nokia intend to publicly file them in compliance with the Court's Order.

Regards,

Ian Shelton
Associate
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3624 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ianshelton@quinnemanuel.com<mailto:ianshelton@quinnemanuel.com>
www.quinnemanuel.com<http://www.quinnemanuel.com>
NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and

that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Date

Filed By:

Case No. 11-1846 Docket

02/17/2014

Apple

2958 - Administrative Motion to File Under Seal Apple's Letter Brief in Response to the Courts February 6, 2014 Order (Docket No. 2941<https://ecf.cand.uscourts.gov/doc1/035111436681> ) filed by Apple Inc.. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111469098> Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111469099> Proposed Order Granting Apple's Administrative Motion to File Documents Under Seal, # 3<https://ecf.cand.uscourts.gov/doc1/035111469100> Letter Brief in Response to Court's February 6, 2014 Order)(Selwyn, Mark) (Filed on 2/17/2014) (Entered: 02/17/2014)

02/17/2014

Samsung

2964 - Administrative Motion to File Under Seal Samsung's Letter Brief re Fees and Costs filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111469123> Becher Declaration re Motion to Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111469124> Proposed Order, # 3<https://ecf.cand.uscourts.gov/doc1/035111469125> Samsung's Letter Brief, # 4<https://ecf.cand.uscourts.gov/doc1/035111469126> Becher Declaration, # 5<https://ecf.cand.uscourts.gov/doc1/035111469127> Trac Declaration)(Maroulis, Victoria) (Filed on 2/17/2014) (Entered: 02/17/2014)

02/17/2014

Samsung

2965 - EXHIBITS re 2964<https://ecf.cand.uscourts.gov/doc1/035011469122> Administrative Motion to File Under Seal Samsung's Letter Brief re Fees and Costs Becher Declaration Exhibit 1 [2/6/14 Letter from Becher to Apple and Nokia requesting expenses documentation] to filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111469134> Exhibit 2 [2/11/14 Letter from Becher following up and requesting expenses documentation], # 2<https://ecf.cand.uscourts.gov/doc1/035111469135> Exhibit 3 [2/11/14 Expenses Letter from Apple], # 3<https://ecf.cand.uscourts.gov/doc1/035111469136> Exhibit 4 [2/12/14 Samsung to Apple Letter requesting more detail], # 4<https://ecf.cand.uscourts.gov/doc1/035111469137> Exhibit 5 [2/13/14 Apple Expenses Letter], # 5<https://ecf.cand.uscourts.gov/doc1/035111469138> Exhibit 6 [Apple Invoices], # 6<https://ecf.cand.uscourts.gov/doc1/035111469139> Exhibit 7 [2/13/14 Samsung to Apple Expenses Letter], # 7<https://ecf.cand.uscourts.gov/doc1/035111469140> Exhibit 8 [2/14/14

Apple Letter attaching billing chart], # 8<https://ecf.cand.uscourts.gov/doc1/035111469141> Exhibit 9 [2/16/14 Apple Letter containing individual billing rates], # 9<https://ecf.cand.uscourts.gov/doc1/035111469142> Exhibit 10 [2/16/14 Apple Expenses Chart], # 10<https://ecf.cand.uscourts.gov/doc1/035111469143> Exhibit 11 [2/11/14 Nokia Expenses Letter], # 11<https://ecf.cand.uscourts.gov/doc1/035111469144> Exhibit 12 [2/12/14 Nokia Revised Expenses Letter], # 12<https://ecf.cand.uscourts.gov/doc1/035111469145> Exhibit 13 [2/11/14 Apple two disclosure letters], # 13<https://ecf.cand.uscourts.gov/doc1/035111469146> Exhibit 14 [2/12/14 Samsung to Apple Letter requesting redacted copies of Apple's two disclosure letters], # 14<https://ecf.cand.uscourts.gov/doc1/035111469147> Exhibit 15 [2/12/14 Apple Letter attaching proposed redactions of two disclosure letters], # 15<https://ecf.cand.uscourts.gov/doc1/035111469148> Exhibit 16 [2/12/14 Samsung to Apple letter requesting public filing of disclosure letters], # 16<https://ecf.cand.uscourts.gov/doc1/035111469149> Exhibit 17 [2/13/14 Samsung to Apple Letter requesting additional info], # 17<https://ecf.cand.uscourts.gov/doc1/035111469150> Exhibit 18 [2/13/14 Apple to Samsung Letter providing limited info], # 18<https://ecf.cand.uscourts.gov/doc1/035111469151> Exhibit 19 [2/14/14 Samsung to Apple Letter demanding more info], # 19<https://ecf.cand.uscourts.gov/doc1/035111469152> Exhibit 20 [2/15/14 Apple to Samsung Letter re disclosures], # 20<https://ecf.cand.uscourts.gov/doc1/035111469153> Exhibit 21 [Apple block billing spreadsheet], # 21<https://ecf.cand.uscourts.gov/doc1/035111469154> Exhibit 22 [Nokia block billing spreadsheet], # 22<https://ecf.cand.uscourts.gov/doc1/035111469155> Exhibit 23 [Apple post-Oct. 10 fees spreadsheet], # 23<https://ecf.cand.uscourts.gov/doc1/035111469156> Exhibit 24 [Nokia post-Oct. 10 fees spreadsheet], # 24<https://ecf.cand.uscourts.gov/doc1/035111469157> Exhibit 25 [Apple total fees spreadsheet], # 25<https://ecf.cand.uscourts.gov/doc1/035111469158> Exhibit 26 [Nokia total fees spreadsheet], # 26<https://ecf.cand.uscourts.gov/doc1/035111469159> Exhibit 27 [Apple costs spreadsheet], # 27<https://ecf.cand.uscourts.gov/doc1/035111469160> Exhibit 28 [Nokia costs spreadsheet])(Related document(s) 2964<https://ecf.cand.uscourts.gov/doc1/035011469122>) (Maroulis, Victoria) (Filed on 2/17/2014) (Entered: 02/17/2014)

02/21/2014

Nokia

2973 - Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111487254> Declaration REDACTED VERSION OF Declaration of Ryan W. Koppelman In Support of Apple's and Samsung's Administrative Motions to Seal [Dkt. Nos. 2958, 2964], # 2<https://ecf.cand.uscourts.gov/doc1/035111487255> Declaration UNREDACTED VERSION OF Declaration of Ryan W. Koppelman In Support of Apple's and Samsung's Administrative Motions to Seal [Dkt. Nos. 2958, 2964], # 3<https://ecf.cand.uscourts.gov/doc1/035111487256> Proposed Order, # 4<https://ecf.cand.uscourts.gov/doc1/035111487257> Certificate/Proof of Service)(Koppelman, Ryan) (Filed on 2/21/2014) (Entered: 02/21/2014)

02/21/2014

Apple

2974 - Administrative Motion to File Under Seal Notice of Apple's Filing of Revised Highlighted Version and of Public Redacted Version of Apples February 17, 2014 Letter Brief in Response to the Courts February 6, 2014 Order (see Dkt. 2958<https://ecf.cand.uscourts.gov/doc1/035011469097> ) filed by Apple Inc.. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111489738> Conformed Highlighted Version of Apples February 17, 2014 Letter Brief in Response to the Courts February 6, 2014 Order, # 2<https://ecf.cand.uscourts.gov/doc1/035111489739> Redacted Version of Apples February 17, 2014 Letter Brief in Response to the Courts February 6, 2014 Order)(Selwyn, Mark) (Filed on 2/21/2014) (Entered: 02/21/2014)

02/21/2014

Apple

2975 - Administrative Motion to File Under Seal Declaration of Non-Party filed by Apple Inc.. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111490020> Declaration [Nishino (NEC) Dec re Apple's Admin Mtn to File Docs Under Seal], # 2<https://ecf.cand.uscourts.gov/doc1/035111490021> Declaration [Nishino (NEC) Dec re Samsung's Admin Mtn to File Docs Under Seal], # 3<https://ecf.cand.uscourts.gov/doc1/035111490022> Proposed Order)(Selwyn, Mark) (Filed on 2/21/2014) (Entered: 02/21/2014)

02/21/2014

Apple

2976 - Administrative Motion to File Under Seal filed by Apple Inc.. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111490083> Unredacted Version of Declaration of Peter J. Kolovos In Support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. 2964<https://ecf.cand.uscourts.gov/doc1/035011469122> ), # 2<https://ecf.cand.uscourts.gov/doc1/035111490084> Proposed Order)(Selwyn, Mark) (Filed on 2/21/2014) (Entered: 02/21/2014)

02/21/2014

Samsung

2977 - Administrative Motion to File Under Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111490104> Declaration of Robert J. Becher, # 2<https://ecf.cand.uscourts.gov/doc1/035111490105> Proposed Order, # 3<https://ecf.cand.uscourts.gov/doc1/035111490106> Samsung's Opposition to Administrative Motion to Seal (Dkt. 2958<https://ecf.cand.uscourts.gov/doc1/035011469097> ) the Kolovos Declaration (Dkt. 2958-1) and Apple's February 17, 2014 Letter Brief (Dkt. 2958-3) and Opposition to Administrative Motion to Seal (Dkt. 2964<https://ecf.cand.uscourts.gov/doc1/035011469122> ) Samsung's February 17, 2014 Letter Brief (Dkt. 2964-3), the Becher Declaration (Dkt. 2964-4), and the Trac Declaration (Dkt. 2964-5))(Maroulis, Victoria) (Filed on 2/21/2014) Modified text on 2/24/2014 (dhmS, COURT STAFF). (Entered: 02/21/2014)

02/25/2014

Nokia

2985 - Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111498530> Proposed Order, # 2<https://ecf.cand.uscourts.gov/doc1/035111498531> Redacted Version of the Declaration of Ryan Koppelman in Support of Samsungs Administrative Motion to File Document Under Seal [Dkt. No. 2977], # 3<https://ecf.cand.uscourts.gov/doc1/035111498532> Unredacted Version of the Declaration of Ryan Koppelman in Support of Samsungs Administrative Motion to File Document Under Seal [Dkt. No. 2977])(Koppelman, Ryan) (Filed on 2/25/2014) (Entered: 02/25/2014)

02/25/2014

Apple

2991 - Administrative Motion to File Under Seal Declaration of Peter J. Kolovos in Support of Samsung's and Apple's Administrative Motions to File Documents Under Seal 2977<https://ecf.cand.uscourts.gov/doc1/035011490103> filed by Apple Inc.. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111499740> Unredacted Version of Declaration of Peter J. Kolovos in Support of Apple's and Samsung's Administrative Motions to File Document Under Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111499741> Proposed Order)(Selwyn, Mark) (Filed on 2/25/2014) (Entered: 02/25/2014)

02/25/2014

Samsung

2993 - Administrative Motion to File Under Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111499953> Declaration of Robert J. Becher in Support of Motion to Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111499954> Proposed Order Denying Administrative Motion to File under Seal, # 3<https://ecf.cand.uscourts.gov/doc1/035111499955> Unredacted Version of Samsung's Opposition to Administrative Motion to Seal Dkt. 2977-3)(Fazio, Michael) (Filed on 2/25/2014) (Entered: 02/25/2014)

02/27/2014

Samsung

2996 - Administrative Motion to File Under Seal Samsung's Motion to Compel Apple to Provide Information Regarding its Public Disclosures of Confidential Information filed by Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., Samsung Telecommunications America, LLC. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111506706> Becher Declaration re Sealing, # 2<https://ecf.cand.uscourts.gov/doc1/035111506707> Proposed Order DENYING Motion to Seal, # 3<https://ecf.cand.uscourts.gov/doc1/035111506708> Samsung's Motion to Compel, # 4<https://ecf.cand.uscourts.gov/doc1/035111506709> Becher Declaration re Motion to Compel, # 5<https://ecf.cand.uscourts.gov/doc1/035111506710> Exhibit 1 [2/18/14 Apple to Samsung Letter re disclosures], # 6<https://ecf.cand.uscourts.gov/doc1/035111506712> Exhibit 2 [2/19/14 Samsung to Apple Letter re disclosures], # 7<https://ecf.cand.uscourts.gov/doc1/035111506713> Exhibit 3 [2/22/14 Samsung to Apple Letter demanding meet and confer], # 8<https://ecf.cand.uscourts.gov/doc1/035111506714> Exhibit 4 [2/23/14 Apple to Samsung Letter refusal to provide info re disclosures], # 9<https://ecf.cand.uscourts.gov/doc1/035111506715> Exhibit 5 [2/24/14 Samsung to Apple again demanding meet and confer], # 10<https://ecf.cand.uscourts.gov/doc1/035111506716> Exhibit 6 [2/25/14 Apple to Samsung Letter delaying meet and confer], # 11<https://ecf.cand.uscourts.gov/doc1/035111506717> Exhibit 7 [2/25/14 Samsung to Apple Letter requesting info re disclosures], # 12<https://ecf.cand.uscourts.gov/doc1/035111506718> Exhibit 8 [2/25/14 Samsung to Apple re permission to share Apple's 2/23 letter with ITC], # 13<https://ecf.cand.uscourts.gov/doc1/035111506719> Exhibit 9 [2/26/14 Samsung to Nokia Letter re Apple's disclosures], # 14<https://ecf.cand.uscourts.gov/doc1/035111506720> Proposed Order Granting Motion to Compel)(Maroulis, Victoria) (Filed on 2/27/2014) (Entered: 02/27/2014)

Date

Filed By:

Case No. 12-630 Docket

02/11/2014

Apple

1258 - Administrative Motion to File Under Seal Letters to the Court filed by Apple Inc.(a California corporation). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111454716> Declaration [Unredacted Version of Document Sought to be Sealed] Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111454717> [Unredacted Version of Document Sought to Be Sealed] Letter from Josh Krevitt to Judge Grewal, # 3<https://ecf.cand.uscourts.gov/doc1/035111454718> [Unredacted Version of Document Sought to Be Sealed] Letter from William F. Lee to Judge Grewal, # 4<https://ecf.cand.uscourts.gov/doc1/035111454719> Proposed Order)(Selwyn, Mark) (Filed on 2/11/2014) (Entered: 02/11/2014)

02/18/2014

Nokia

1276 - Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111473330> Declaration REDACTED VERSION OF DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLES ADMINISTRATIVE MOTION TO SEAL, # 2<https://ecf.cand.uscourts.gov/doc1/035111473331> Declaration UNDER SEAL VERSION OF DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF APPLES ADMINISTRATIVE MOTION TO SEAL, # 3<https://ecf.cand.uscourts.gov/doc1/035111473332> Proposed Order, # 4<https://ecf.cand.uscourts.gov/doc1/035111473333> Certificate/Proof of Service)(Koppelman, Ryan) (Filed on 2/18/2014) (Entered: 02/18/2014)

02/18/2014

Apple

1278 - Administrative Motion to File Under Seal Motion to Remove Incorrectly Filed Document filed by Apple Inc.(a California corporation). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111474014> Proposed Order Granting Motion to Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111474015> Declaration of Jennifer Rho in support of Motion to Seal, # 3<https://ecf.cand.uscourts.gov/doc1/035111474016> Motion to Remove, # 4<https://ecf.cand.uscourts.gov/doc1/035111474017> Declaration of Jennifer Rho in support of Motion to Remove, # 5<https://ecf.cand.uscourts.gov/doc1/035111474018> Proposed Order Granting Motion to Remove)(Lyon, Hervey) (Filed on 2/18/2014) (Entered: 02/18/2014)

02/18/2014

Samsung

1280 - Administrative Motion to File Under Seal filed by Samsung Electronics America, Inc.(a New York corporation), Samsung Electronics Co., Ltd.(a Korean corporation), Samsung Telecommunications America, LLC(a Delaware limited liability company). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111474297> Declaration of Robert Becher in Support of Motion to Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111474298> Proposed Order Granting Administrative Motion to File Under Seal, # 3<https://ecf.cand.uscourts.gov/doc1/035111474299> Unredacted Version of Samsung's Opposition to Apple's Motion to Seal [Docket Entries 1258-2 and 1258-3], # 4<https://ecf.cand.uscourts.gov/doc1/035111474300> Declaration Unredacted Version of Becher Decl. In Support Of Samsung's Opposition to Apple's Motion to Seal [Docket Entries 1258-2 and

1258-3], # 5<https://ecf.cand.uscourts.gov/doc1/035111474301> Exhibit Unredacted Version of Exhibit 1 to Becher Decl.)(Maroulis, Victoria) (Filed on 2/18/2014) (Entered: 02/18/2014)

02/18/2014

Apple

1282 - Administrative Motion to File Under Seal Declaration of Non-Party filed by Apple Inc.(a California corporation). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111474359> Proposed Order, # 2<https://ecf.cand.uscourts.gov/doc1/035111474360> Declaration of Non-Party [Ayumi Nishino Regarding Apple's Motion to Seal Dkts. 1258 and 1278])(Lyon, Hervey) (Filed on 2/18/2014) (Entered: 02/18/2014)

02/19/2014

Apple

1289 - Administrative Motion to File Under Seal Letter from Josh Krevitt to the Court filed by Apple Inc.(a California corporation). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111476441> Proposed Order, # 2<https://ecf.cand.uscourts.gov/doc1/035111476442> Declaration of Jennifer Rho [ISO Apple's motion to seal Docket 1289], # 3<https://ecf.cand.uscourts.gov/doc1/035111476443> Letter from Josh Krevitt)(Lyon, Hervey) (Filed on 2/19/2014) (Entered: 02/19/2014)

02/24/2014

Nokia

1315 - Administrative Motion to File Under Seal filed by Nokia Corporation. (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111493635> Proposed Order, # 2<https://ecf.cand.uscourts.gov/doc1/035111493636> Declaration Redacted Version of Declaration of Ryan Koppelman, # 3<https://ecf.cand.uscourts.gov/doc1/035111493637> Declaration Unredacted Version of Declaration of Ryan Koppelman)(Koppelman, Ryan) (Filed on 2/24/2014) (Entered: 02/24/2014)

02/24/2014

Apple

1320 - Administrative Motion to File Under Seal Amended Declaration of Non-Party Ms. Ayumi Nishino ( D.I. 1282<https://ecf.cand.uscourts.gov/doc1/035011474358> ) filed by Apple Inc.(a California corporation). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111494310> Proposed Order, # 2<https://ecf.cand.uscourts.gov/doc1/035111494311> Amended Declaration of Non-Party)(Lyon, Hervey) (Filed on 2/24/2014) Modified text on 2/25/2014 (dhmS, COURT STAFF). (Entered: 02/24/2014)

02/24/2014

Apple

1322 - Administrative Motion to File Under Seal Declaration of Non-Party filed by Apple Inc.(a California corporation). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111494318> Proposed Order, # 2<https://ecf.cand.uscourts.gov/doc1/035111494319> Declaration of Non-Party [Amended Declaration of Ayumi Nishino Regarding Apple's Motion to Seal Dockets 1258 and 1278])(Lyon, Hervey) (Filed on 2/24/2014) (Entered: 02/24/2014)

02/24/2014

Apple

1323 - Administrative Motion to File Under Seal Declaration of Peter J. Kolovos in Support of Samsung's and Apple's Administrative Motions to File Documents Under Seal 1280<https://ecf.cand.uscourts.gov/doc1/035011474296> filed by Apple Inc.(a California corporation). (Attachments: # 1<https://ecf.cand.uscourts.gov/doc1/035111494397> Declaration of Peter J. Kolovos in Support of Samsung's and Apple's Administrative Motions to File Documents Under Seal, # 2<https://ecf.cand.uscourts.gov/doc1/035111494398> Proposed Order Granting Apple's Administrative Motion to File Documents Under Seal)(Selwyn, Mark) (Filed on 2/24/2014) (Entered: 02/24/2014)


_____
NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.