QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S AMENDED MOTION TO COMPEL APPLE TO PROVIDE INFORMATION REGARDING ITS PUBLIC DISCLOSURES OF CONFIDENTIAL INFORMATION** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Amended Motion to Compel Apple to Provide Information Regarding Its Public Disclosures of Confidential Information.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Court hereby GRANTS Samsung's Amended Motion to Compel Apple to Provide Information Regarding Its Public Disclosures of Confidential Information.

IT IS HEREBY ORDERED THAT:   Within five (5) days of the date of this Order, Apple shall provide Samsung with a sworn declaration describing in substantive detail:

1. Apple's system for protecting CBI in compliance with the protective order, including the names and titles of the persons involved in the October 2013 inadvertent disclosure and what each of them did as part of Apple's "multi-level review process" for the particular filing at issue, and whether that system allowed competitors' CBI to be distributed within Apple and/or publicly in October 2013 and thereafter;

2. Whether Apple undertook an investigation of possible earlier disclosures of CBI (such as the October 2013 disclosure) after it learned of its November 2013 disclosures, and whether Apple's knowledge of those November 2013 disclosures caused Apple to modify its system to avoid such disclosures in the future;

3. The investigation Apple performed in February 2014, after it claims to have learned of the October 2013 disclosure, including (a) whether Apple or other persons not authorized by the protective order received, disseminated or used the CBI, (b) whether Samsung was promptly informed of this and other disclosures, (c) whether Apple took prompt remedial action and complied with all provisions of the protective order, and (d) what searches Apple had done and what Apple knew before it informed the Court and Samsung that it had no information that "the [improperly redacted October 2013] document was distributed on the Internet or otherwise used;" and

4. Nokia's and NEC's responses to Apple's revelation that certain terms of their licenses with Apple were publicly filed in October 2013 and remained on the public docket for four months (including copies of such correspondence).

Apple is further ORDERED to produce a Rule 30(b)(6) witness to testify regarding the same topics within 14 days of the date of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

-3-    Case No. 11-cv-01846-LHK-PSG
[PROPOSED] ORDER GRANTING SAMSUNG'S AMENDED MOTION TO COMPEL APPLE TO PROVIDE INFORMATION REGARDING ITS PUBLIC DISCLOSURES OF CONFIDENTIAL INFORMATION