RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTIONS TO SEAL [DKT. NOS. 2973, 2985]** |

/ / /

/ / /

/ / /

/ / /

/ / /

---

NOTICE OF WITHDRAWAL OF NOKIA'S ADMINISTRATIVE
MOTIONS TO SEAL

CASE NO.: 11-CV-01846-LHK (PSG)

1  TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5(f)(2) and Magistrate Judge
3  Grewal's ruling on February 27, 2014 (Dkt. No. 2997), non-party Nokia Corporation hereby
4  withdraws its following pending administrative motions to seal as moot: Docket Numbers 2973 and
5  2985. The documents that were previously lodged under seal pursuant to those administrative
6  motions to seal are being filed herewith.

7  DATED: March 5, 2014          Respectfully submitted,

   ALSTON & BIRD, LLP

   /s/ Ryan W. Koppelman
   RANDALL L. ALLEN
   RYAN W. KOPPELMAN
   XAVIER M. BRANDWAJN
   **ALSTON & BIRD LLP**
   275 Middlefield Road, Suite 150
   Menlo Park, CA 94025
   Telephone:    650-838-2000
   Facsimile:     650-838-2001

   Attorneys for Non-Party Nokia Corporation

DECLARATION OF RYAN KOPPELMAN ISO SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL     - 1 -     CASE NO.: 11-CV-01846-LHK (PSG)