RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL [DKT. NO. 2977]** |

/ / /

/ / /

/ / /

/ / /

/ / /

---

DECLARATION OF RYAN KOPPELMAN ISO SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

CASE NO.: 11-CV-01846-LHK (PSG)

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Rule 79-5(e) and the "Stipulation and Order Regarding January 29, 2014 Order (Dkt. No. 2935)" entered on February 25, 2014 as Docket Number 2984 in this action, I am filing this declaration on behalf of Nokia in support of "Samsung's Administrative Motion to File Document Under Seal" filed on February 21, 2014 (Dkt. No. 2977) ("Samsung's Motion to Seal").

3. I received unredacted copies of Samsung's Motion to Seal papers by email on February 22, 2014.

4. In its Motion to Seal, Samsung indicates that Apple and Nokia may claim confidentiality over the information contained in the document that is the subject of the motion. Specifically, Samsung's Motion to Seal addresses the sealing of "Samsung's Opposition to Administrative Motion to Seal (Dkt. 2958) the Kolovos Declaration (Dkt. 2958-1) and Apple's February 17, 2014 Letter Brief (Dkt. 2958-3) and Opposition to Administrative Motion to Seal (Dkt. 2964) February 17, 2014 Letter Brief (Dkt. 2964-3), the Becher Declaration (Dkt. 2964-4) and the Trac Declaration (Dkt. 2964-5)" filed under seal on February 21, 2014.

5. Nokia does claim confidentiality in the information contained in Samsung's opposition brief that is the subject of Samsung's Motion to Seal. Indeed, Samsung's opposition is to Apple's motions to seal (Dkt. Nos. 2958, 2964) recent submissions to the Court addressing in part the parties' arguments related to the removal from the public docket of Apple and Nokia confidential information that was contained in an improperly redacted document (*Apple v. Samsung*, Case No. 12-CV-00630-LHK(PSG), Dkt. No. 806-06, at page 11) (the "Improperly Redacted Document") that has now been locked and that Apple has separately moved to withdraw from the docket. Information about that Improperly Redacted Document, if made public, would inform the public where confidential information could be located relating to Apple-Nokia licensing terms particularly for

any members of the public who happened to download that information while it was available on the docket. Nokia has already supported Apple's motions to seal that Samsung now opposes (and which opposition is the subject of Samsung's present Motion to Seal) with a declaration in my name filed under seal on February 21, 2014 (*see* Dkt. No. 2973). Samsung's opposition to those motions to seal by Apple, to the extent it discusses the Improperly Redacted Document, should thus likewise be sealed, and Samsung's Motion to Seal granted, for the reasons stated in my declaration filed on February 21.

6. For the foregoing reasons, Nokia requests that Samsung's Motion to Seal be granted.

7. Pursuant to the "Stipulation and Order Regarding January 29, 2014 Order (Dkt. No. 2935)" entered on February 25, 2014 (Dkt. No. 2984), Nokia's counsel is currently working with counsel for Apple and Samsung to agree on redactions to Samsung's opposition that is the subject of Samsung's Motion to Seal so that redacted versions of that sealed document may be timely filed in the public docket. Nokia reserves its rights to file its own motion to seal additional portions of that opposition if Nokia and the parties are not able to reach agreement on the appropriate redactions.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 25th day of February, 2014, in Menlo Park, California.

      */s/ Ryan W. Koppelman*
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

*Attorneys for Non-Party NOKIA CORPORATION*