HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S AND SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENT UNDER SEAL**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

Declaration of Peter J. Kolovos
Case No. 11-cv-1846-LHK (PSG)

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. On February 21, 2014, Samsung filed a Motion to Seal (Dkt. 2977) its Opposition to Administrative Motion To Seal (Dkt. 2958) The Kolovos Declaration (Dkt. 2958-1) And Apple's February 17, 2014 Letter Brief (Dkt. 2958-3) And Opposition To Administrative Motion To Seal (Dkt. 2964) Samsung's February 17, 2014 Letter Brief (Dkt. 2964-3), The Becher Declaration (Dkt. 2964-4), And The Trac Declaration (Dkt. 2964-5) ("Samsung's Opposition").

3. Apple supports sealing lines 3-23 on page 2 of Samsung's Opposition because those portions, if made public, would potentially provide information regarding where confidential information could be located relating to two Apple license agreements. This confidential information was contained in an improperly redacted document that has now been locked and that Apple has separately moved to withdraw from the docket. Thus, the information could provide notice to the public as to where to locate highly confidential licensing information of Apple and the two third parties with whom Apple made such licensing agreements. I understand that both Apple and the third parties in question deem the information at issue in this document to be highly confidential, and maintain a claim of confidentiality over such licensing information. *See, e.g.*, D.I. 1282, 1315; *see also* D.I. 824 (Declaration of Casey McCracken supporting sealing of the information contained within the document at issue). Since the docket clearly identifies which document was recently locked, Apple supports sealing this paragraph of this declaration for the same reasons.

4. Apple is serving on Samsung a highlighted version of Samsung's Opposition identifying the portions of that document which Apple is supporting sealing. Apple understands

1  that Samsung will file a conformed copy of this document with the Court identifying what
2  information Apple, Samsung and any third parties have supported sealing in their declarations.
3  (*See* Dkt. 2977 at 2:17-20.)
4      5.   The relief requested by Apple is necessary and narrowly tailored to protect
5  confidential Apple and third party information.
6      I declare under the penalty of perjury under the laws of the United States of America that
7  the forgoing is true and correct to the best of my knowledge and that this Declaration was
8  executed this 25th day of February, 2014, in Boston, Massachusetts.

Dated:  February 25, 2014                 */s/ Peter J. Kolovos*
                                          Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: February 25, 2014            */s/ Mark D. Selwyn*
                                    Mark D. Selwyn