AYUMI NISHINO
a-nishino@ap.jp.nec.com
NEC CORPORATION
Intellectual Property Management Div.,
Licensing Dept.
7-1, Shiba 5-chome, Minato-ku, Tokyo 108-8001 Japan
Phone: +81 3 3798 6989
Fax: +81 3 3798 6394

Attorney for Non-Party
NEC CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF AYUMI NISHINO REGARDING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Ayumi Nishino, hereby declare as follows:

1. I am an attorney for non-party NEC Corporation ("NEC"). I am licensed to practice law in the State of New York. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Civil Rule 79-5(e), I am filing this declaration in support of sealing the following documents on behalf of NEC:

- Declaration of Peter J. Kolovos in Support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 2958-1) ("Kolovos Declaration")
- Letter Brief in Response to the Court's February 6, 2014 Order (Dkt. No. 2958-3) ("Letter Brief")

3. On February 17, 2014, Apple filed an "Administrative Motion to File Documents Under Seal" (Dkt. No. 2958). I understand that concurrently with this motion, Apple filed the Kolovos Declaration and the Letter Brief. I further understand that each of these documents refers to the inadvertent disclosure of confidential information regarding a license agreement between NEC and Apple ("NEC-Apple License Agreement"). For reasons discussed below, NEC maintains a claim of confidentiality over information related to the NEC-Apple License Agreement. Furthermore, NEC supports sealing these documents to the extent they provide notice to the public where to locate highly confidential NEC information that was inadvertently filed publicly.

4. Since the docket clearly identifies which document was recently locked, NEC supports sealing this declaration for the same reasons.

5. NEC understands that Apple inadvertently filed a document that disclosed specific, confidential terms of the NEC-Apple License Agreement. NEC considers its licensing terms, especially the licensing terms in the NEC-Apple License Agreement, highly confidential because this information is not disclosed to the public or to any third party except under strict confidentiality agreements. Public knowledge of NEC's licensing terms would cause serious harm to NEC in future licensing negotiations with other parties. Therefore, withdrawing this

1 information from the public record is necessary to avoid causing serious harm to NEC. The
2 Court, moreover, has previously found that non-public licensing terms are sealable. (*See* 11-cv-
3 01846-LHK, Dkt. No. 1649 at 7, 10-11).
4      6.    For the foregoing reasons, NEC requests that Apple's Administrative Motion be
5 granted with respect to the above cited documents.

7 I declare under the penalty of perjury under the laws of the United States of America that
8 the foregoing is true and correct to the best of my knowledge and that this Declaration was
9 executed this 21st day of February, 2014, in Tokyo Japan.

11 Dated: February 21, 2014             */s/ Ayumi Nishino*
                                             Ayumi Nishino

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Ayumi Nishino has concurred in this filing.

Dated: February 21, 2014                    /s/ Mark D. Selwyn
                                            Mark D. Selwyn