**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  | APPLE, INC., a California corporation, ) Case No.: 11-CV-01846-LHK
12  |                    Plaintiff,          ) JUDGMENT
13  | v.                                     )
14  | SAMSUNG ELECTRONICS CO., LTD., A       )
    | Korean corporation; SAMSUNG            )
    | ELECTRONICS AMERICA, INC., a New York  )
15  | corporation; SAMSUNG                   )
    | TELECOMMUNICATIONS AMERICA, LLC,       )
16  | a Delaware limited liability company,  )
17  |                    Defendants.         )
18

19   Judgment is entered against Samsung and in favor of Apple in the amount of $929,780,039.

20   The Clerk shall close the case file.

21   **IT IS SO ORDERED.**

22
23   Dated: March 6, 2014                    _____
                                             *Lucy H. Koh*
24                                           LUCY H. KOH
                                             United States District Judge
25
26
27
28

                                       1

Case No.: 11-CV-01846-LHK
JUDGMENT