| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com | HALE AND DORR LLP |
| RUTH N. BORENSTEIN (CA SBN 133797) | 60 State Street |
| rborenstein@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (SBN 244180) |
| San Francisco, California 94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF RUTH N. BORENSTEIN IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: May 1, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1   I, RUTH N. BORENSTEIN, hereby declare as follows:

2   1.   I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I make this declaration in support of Apple's Reply in Support of its Motion for Attorneys' Fees. Unless otherwise stated, I have personal knowledge of the matters stated herein, and I could and would testify competently thereto if called to do so.

2.   Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Boris Teksler taken in ITC Investigation No. 796 (*In re Certain Electronic Digital Media Devices and Components Thereof*), dated March 16, 2012, reflecting that Erik Olson defended Mr. Teksler.

3.   Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Christopher Prest taken in ITC Investigation No. 796 (*In re Certain Electronic Digital Media Devices and Components Thereof*), dated April 5, 2012, reflecting that Brooks Beard defended Mr. Prest.

4.   The time spent by Harold McElhinny, Erik Olson, and Brooks Beard defending the ITC depositions of respectively, Daniele De Iuliis, Boris Teksler, and Christopher Prest, was billed to the ITC case, and not to this matter.

5.   On January 22, 2014, starting at 3:00 p.m., I met and conferred with Sara Jenkins and Margaret Caruso of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). During this call, Samsung for the first time raised objections to the bill of costs that Apple had filed on December 5, 2013. (Dkt. Nos. 2852-2855.)

6.   Samsung's objections to Apple's bill of costs were due on January 23, 2014, the day after the meet and confer. Apple did not see Samsung's extensive, detailed objections until Samsung filed its objections bill of costs. (Dkt. Nos. 2930-2932.)

7.   After reviewing Samsung's objections and supporting declarations and exhibits and in an effort to minimize the disputes between the parties, Apple filed an amended bill of

1 | costs, which waived and withdrew certain costs included in the December 5 filing.  (See Dkt.
2 | Nos. 2942-2944.)

4 | I declare under penalty of perjury that the foregoing is true and correct.  Executed this
5 | 6th day of March, 2014, at San Francisco, California.

*/s/ Ruth N. Borenstein*
Ruth N. Borenstein


**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ruth Borenstein has concurred in this filing.

Dated: March 6, 2014         */s/ Rachel Krevans*
                                                  Rachel Krevans