# EXHIBIT A

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1  UNITED STATES INTERNATIONAL TRADE COMMISSION

2  Washington, D.C.

3  Before the Honorable Charles E. Bullock

4  Acting Chief Administrative Law Judge

5

6  In the Matter of:              )

7  CERTAIN ELECTRONIC DIGITAL     )

8  MEDIA DEVICES AND COMPONENTS ) Inv. No. 337-TA-796

9  THEREOF                        )

10                                )

11

12

13

14  CONFIDENTIAL BUSINESS INFORMATION

15  SUBJECT TO PROTECTIVE ORDER

16

17  DEPOSITION OF BORIS TEKSLER

18  FRIDAY, MARCH 16, 2012

19

20

21

22

23  JOB NUMBER: 47583

24  REPORTED BY:

25  JANIS JENNINGS, CSR 3942, CLR, CCRR

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 2

1

2

3

4

5

6

7          DEPOSITION OF BORIS TEKSLER, taken on

8     behalf of the Respondent, at QUINN EMANUEL

9     URQUHART OLIVER & HEDGES LLP, 555 Twin Dolphin

10    Drive, Redwood Shores, California, commencing

11    at 10:11 a.m., Friday, March 16, 2012, before

12    Janis Jennings, Certified Shorthand Reporter

13    No. 3942, CLR, CCRR.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 3

1    APPEARANCES OF COUNSEL:

2

3        FOR THE COMPLAINANT:

4            MORRISON & FOERSTER

5            BY:  ERIK J. OLSON, ESQ.

6            755 Page Mill Road

7            Palo Alto, California 94304

8

9

10

11       FOR THE RESPONDENT:

12           QUINN EMANUEL URQUHART OLIVER & HEDGES

13           BY:  PATRICK M. SHIELDS, ESQ.

14           51 Madison Avenue

15           New York, New York 10010

16

17

18

19

20       ALSO PRESENT:

21           CYNDI WHEELER, ESQ., Apple Inc.

22           TIM ZEROFF, Videographer

23

24

25

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 4

1   REDWOOD SHORES, CALIFORNIA; FRIDAY, MARCH 16, 2012;

2                        10:11 A.M.

3

4           THE VIDEOGRAPHER:  This is the start of

5   disk No. 1 of the videotaped deposition of Boris

6   Teksler, in the Matter of Certain Electronic Digital

7   Media Devices and Components Thereof, in the US

8   International Trade Commission, No. 337-TA-796.

9           This deposition is being held at 555 Twin

10  Dolphin Drive on March 16th, 2012, at approximately

11  10:11 a.m.

12          My name is Tim Zeroff.  I'm the legal

13  video specialist from TSG Reporting headquartered at

14  747 Third Avenue, New York, New York.  The court

15  reporter is Janis Jennings in association with TSG

16  Reporting.

17          Will counsel please introduce yourself.

18          MR. OLSON:  Eric Olson of Morrison &

19  Foerster on behalf of Apple and the witness.

20          MS. WHEELER:  Cyndi Wheeler from Apple.

21          MR. SHIELDS:  Patrick Shields from Quinn

22  Emanuel, representing Samsung.

23          THE VIDEOGRAPHER:  Will the court reporter

24  please swear in the witness.

25  / / /

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

Page 121

```
1                    CERTIFICATE OF REPORTER

2

3          I, JANIS JENNINGS, a Certified Shorthand

4   Reporter of the State of California, do hereby

5   certify:

6              That the foregoing proceedings were taken

7   before me at the time and place herein set forth;

8   that any witnesses in the foregoing proceedings,

9   prior to testifying, were placed under oath; that a

10  verbatim record of the proceedings was made by me

11  using machine shorthand which was thereafter

12  transcribed under my direction; further, that the

13  foregoing is an accurate transcription thereof.

14             I further certify that I am neither

15  financially interested in the action nor a relative

16  or employee of any attorney of any of the parties.

17             IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19

20  Dated:  March 16, 2012

21

22

23                    JANIS JENNINGS

24                    CSR NO. 3942, CLR, CCRR

25
```