# EXHIBIT B

```
                                                              Page 1
 1       UNITED STATES INTERNATIONAL TRADE COMMMISSION
 2                    WASHINGTON, D.C.
 3
 4
 5
     IN THE MATTER OF:
 6
 7
     CERTAIN ELECTRONIC DIGITAL     INVESTIGATION NO.
 8
     MEDIA DEVICES and COMPONENTS   337-TA-796
 9
     THEREOF
10
11
12
13       VIDEOTAPED DEPOSITION OF CHRISTOPHER PREST
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15              REDWOOD SHORES, CALIFORNIA
16                THURSDAY, APRIL 5, 2012
17
18
19
20
21
22
23  Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575
24              Certified LiveNote Reporter
25  JOB NO. 48347
```

Highly Confidential - Attorneys' Eyes Only

Page 2

1

2      THURSDAY, APRIL 5, 2012

3           2:00 p.m.

4

5

6

7    Deposition of CHRISTOPHER PREST,

8  held at the offices of Quinn Emanuel, 555 Twin Dolphin

9  Drive, Redwood Shores, California, before Louise Marie

10 Sousoures, a Certified Shorthand Reporter and a

11 Certified LiveNote Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 3

1       A P P E A R A N C E S
2
3   FOR HTC:
4        QUINN EMANUEL URQUHART & SULLIVAN, LLP
5        865 SOUTH FIGUEROA STREET, 10TH FLOOR
6        LOS ANGELES, CA  90017
7        BY:  SCOTT B. KIDMAN,
8             ATTORNEY AT LAW
9        scottkidman@quinnemanuel.com
10
11
12
13  FOR APPLE:
14       MORRISON & FOERSTER LLP
15       425 MARKET STREET
16       SAN FRANCISCO, CA 94105
17       BY:  BROOKS M. BEARD,
18            ATTORNEY AT LAW
19       bbeard@mofo.com
20
21  THE VIDEOGRAPHER:
22       NICK KASIMATIS
23
24  ALSO PRESENT:
25       JACKIE HARLOW, IP LITIGATION COUNSEL

Highly Confidential - Attorneys' Eyes Only

Page 4

1

2          IT IS HEREBY STIPULATED AND AGREED

3  by and between the attorneys for the

4  respective parties herein, that filing and

5  sealing be and the same are hereby waived.

6          IT IS FURTHER STIPULATED AND AGREED

7  that all objections, except as to the form

8  of the question, shall be reserved to the

9  time of the trial.

10         IT IS FURTHER STIPULATED AND AGREED

11 that the within deposition may be sworn to

12 and signed before any officer authorized

13 to administer an oath, with the same

14 force and effect as if signed and sworn

15 to before the Court.

16

17

18

19                     - oOo -

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 5

1              P R O C E E D I N G S

2

3                      -oOo-

4

5        THE VIDEOGRAPHER:  This is the start of tape
6   labeled number 1 of the videotaped deposition of Chris
7   Prest In the Matter of Certain Electronic Digital
8   Media Devices in the United States International Trade
9   Commission, case 337-TA-796.
10       This deposition is being held at Quinn
11   Emanuel, 555 Twin Dolphin Drive in Redwood Shores,
12   California, on April 5, 2012 at approximately 2 p.m.
13       My name is Nick Kasimatis, the legal video
14   specialist from TSG Reporting headquartered at Third
15   Avenue, New York, New York.  The court reporter is
16   Louise Sousoures in association with TSG Reporting.
17       Will counsel please introduce yourselves.
18       MR. KIDMAN:  Scott Kidman from Quinn Emanuel
19   for Samsung.
20       MR. BEARD:  Brooks Beard with Morrison &
21   Foerster for Apple.
22       MS. HARLOWS:  Jackie Harlow of Apple.
23       THE VIDEOGRAPHER:  Thank you.  Will the court
24   reporter please swear in the witness.
25                      --oOo--

Highly Confidential - Attorneys' Eyes Only

Page 112

1    I, LOUISE MARIE SOUSOURES, duly
2    authorized to administer oaths pursuant to Section
3    2093(b) of the California Code of Civil Procedure, do
4    hereby certify: That the witness in the foregoing
5    deposition was by me duly sworn to testify the truth
6    in the within-entitled cause; that said deposition was
7    taken at the time and place therein cited; that the
8    testimony of the said witness was reported by me and
9    was hereafter transcribed under my direction into
10   typewriting; that the foregoing is a complete and
11   accurate record of said testimony; and that the
12   witness was given an opportunity to read and correct
13   said deposition and to subscribe the same.
14      Should the signature of the witness not be affixed
15   to the deposition, the witness shall not have availed
16   himself or herself of the opportunity to sign or the
17   signature has been waived.
18      I further certify that I am not of counsel, nor
19   attorney for any of the parties in the foregoing
20   deposition and caption named, nor in any way
21   interested in the outcome of the cause named in said
22   caption.
23   DATE: 4-5-12
24              LOUISE MARIE SOUSOURES, CSR. #3575
25