1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLYING WITH ORDER RE MOTION FOR SANCTIONS (DKT. 2935)** |

1  Pursuant to Local Rule 6-2, Apple Inc., Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC, and Nokia
3  Corporation (collectively the "Parties") file this Stipulation regarding the deadline for complying
4  with the final paragraph of the Court's Order Granting Motion for Sanctions ("Order") (Dkt.
5  2935);
6  WHEREAS, on January 29, 2014, the Court stated in the final paragraph of the Order:
7  "Finally, with Apple and Nokia's consent, Quinn Emanuel shall be responsible for ensuring that
8  all copies of the Teece report containing confidential information are deleted, erased, wiped, or
9  otherwise permanently removed from Samsung's control within fourteen days of this order.";
10 WHEREAS, by February 18, 2014, Apple and Nokia both had granted Samsung the
11 consent to proceed as required under the final paragraph of the Order;
12 WHEREAS, Samsung has requested additional time to comply with the final paragraph of
13 the Order because of technical issues relating to a server in New Jersey, and Apple and Nokia have
14 agreed to stipulate to extend this deadline;
15 WHEREAS, this stipulation will not impact any other deadlines in this case;
16 NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as
17 follows, subject to the Court's approval under Northern District of California Local Rule 6-2:
18 1.  Samsung shall have until March 10, 2014 to comply with the final paragraph of the
19 Order.
20 IT IS SO STIPULATED.

DATED: March 7, 2014                    ALSTON & BIRD, LLP


                                        By  /s/ Ryan W. Koppelman
                                            Ryan W. Koppelman
                                            Attorneys for NOKIA CORPORATION

1  DATED: March 7, 2014                WILMER CUTLER PICKERING HALE & DORR

2

3
                                        By  /s/ Mark Selwyn
4                                           Mark Selwyn
                                            Attorneys for APPLE INC.
5

6  DATED: March 7, 2014                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
7

8

9                                       By  /s/ Victoria F. Maroulis
                                            Victoria F. Maroulis
10                                          Attorneys for
                                            SAMSUNG ELECTRONICS CO., LTD.,
11                                          SAMSUNG ELECTRONICS AMERICA, INC.,
                                            and SAMSUNG TELECOMMUNICATIONS
12                                          AMERICA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLYING
WITH ORDER RE MOTION FOR SANCTIONS (DKT. 2935)

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge