UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ORDER REQUESTING STATEMENT REGARDING PRELIMINARY INJUNCTION BOND (DKT. 3008)** |

1    Pursuant to Local Rule 6-2, Apple Inc., Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC file this Stipulation
3 to extend the deadline set forth in the Order Requesting Statement Regarding Preliminary
4 Injunction Bond ("Order")(Dkt. 3008);
5    WHEREAS, on March 4, 2014, the Court entered the Order and required the parties to
6 submit a joint statement on whether the Court may release in its entirety Apple's bond in support
7 of the preliminary injunction;
8    WHEREAS, Samsung is still diligently reviewing this issue and has requested additional
9 time to determine whether or not it will agree to release the bond in its entirety;
10    WHEREAS, Apple has agreed to extend the deadline for submitting the joint statement
11 required by the Order;
12    WHEREAS, this stipulation will not impact any other deadlines in the case;
13    NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as
14 follows, subject to the Court's approval under Northern District of California Local Rule 6-2:
15    1.    Samsung and Apple shall have until March 11, 2014 to submit the joint statement
16 required by the Order.
17    IT IS SO STIPULATED.

18  DATED: March 7, 2014            WILMER CUTLER PICKERING
                                                      HALE & DORR LLP
19
                                                  By   /s/ Mark Selwyn
20                                                     Mark Selwyn
                                                       Attorneys for APPLE INC.
21

22  DATED: March 7, 2014            QUINN EMANUEL URQUHART &
                                                      SULLIVAN, LLP
23
                                                  By   /s/ Victoria F. Maroulis
24                                                     Victoria F. Maroulis
                                                       Attorneys for
25                                                     SAMSUNG ELECTRONICS CO., LTD.,
                                                       SAMSUNG ELECTRONICS AMERICA, INC.,
26                                                     and SAMSUNG TELECOMMUNICATIONS
27                                                     AMERICA, LLC

28

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark Selwyn has concurred in this filing.

Dated:   March 7, 2014

*/s/ Victoria Maroulis*
Victoria Maroulis