1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK

13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLYING WITH ORDER RE MOTION FOR SANCTIONS (DKT. 2935)**

14 | vs.

15 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

18 | Defendants.

19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rule 6-2, Apple Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, and Nokia Corporation (collectively the "Parties") file this Stipulation regarding the deadline for complying with the final paragraph of the Court's Order Granting Motion for Sanctions ("Order") (Dkt. 2935);

WHEREAS, on January 29, 2014, the Court stated in the final paragraph of the Order: "Finally, with Apple and Nokia's consent, Quinn Emanuel shall be responsible for ensuring that all copies of the Teece report containing confidential information are deleted, erased, wiped, or otherwise permanently removed from Samsung's control within fourteen days of this order.";

WHEREAS, by February 18, 2014, Apple and Nokia both had granted Samsung the consent to proceed as required under the final paragraph of the Order;

WHEREAS, Samsung has requested additional time to comply with the final paragraph of the Order because of technical issues relating to a server in New Jersey, and Apple and Nokia have agreed to stipulate to extend this deadline;

WHEREAS, this stipulation will not impact any other deadlines in this case;

NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as follows, subject to the Court's approval under Northern District of California Local Rule 6-2:

1. Samsung shall have until March 10, 2014 to comply with the final paragraph of the Order.

IT IS SO STIPULATED.

DATED: March 7, 2014                ALSTON & BIRD, LLP


                                    By   */s/ Ryan W. Koppelman*
                                        Ryan W. Koppelman
                                        Attorneys for NOKIA CORPORATION

-2-

1  DATED: March 7, 2014                        WILMER CUTLER PICKERING HALE & DORR

2

3                                                              By  */s/ Mark Selwyn*
4                                                                  Mark Selwyn
                                                                   Attorneys for APPLE INC.
5

6  DATED: March 7, 2014                        QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
7

8

9                                                              By  */s/ Victoria F. Maroulis*
                                                                   Victoria F. Maroulis
10                                                                 Attorneys for
                                                                   SAMSUNG ELECTRONICS CO., LTD.,
11                                                                 SAMSUNG ELECTRONICS AMERICA, INC.,
                                                                   and SAMSUNG TELECOMMUNICATIONS
12                                                                 AMERICA, LLC

# ORDER

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: March 10, 2014

_____
The Honorable Paul S. Grewal
United States Magistrate Judge