1
2
3
4
5
6
7
8

9                   UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK

13 |            Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ORDER REQUESTING STATEMENT REGARDING PRELIMINARY INJUNCTION BOND (DKT. 3008)**

14 |      vs. |

15 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG

16 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG

17 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

18

19 |            Defendants.

20
21
22
23
24
25
26
27
28

1    Pursuant to Local Rule 6-2, Apple Inc., Samsung Electronics Co., Ltd., Samsung
2    Electronics America, Inc., and Samsung Telecommunications America, LLC file this Stipulation
3    to extend the deadline set forth in the Order Requesting Statement Regarding Preliminary
4    Injunction Bond ("Order")(Dkt. 3008);
5    WHEREAS, on March 4, 2014, the Court entered the Order and required the parties to
6    submit a joint statement on whether the Court may release in its entirety Apple's bond in support
7    of the preliminary injunction;
8    WHEREAS, Samsung is still diligently reviewing this issue and has requested additional
9    time to determine whether or not it will agree to release the bond in its entirety;
10   WHEREAS, Apple has agreed to extend the deadline for submitting the joint statement
11   required by the Order;
12   WHEREAS, this stipulation will not impact any other deadlines in the case;
13   NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as
14   follows, subject to the Court's approval under Northern District of California Local Rule 6-2:
15   1.    Samsung and Apple shall have until March 11, 2014 to submit the joint statement
16   required by the Order.
17   IT IS SO STIPULATED.

18   DATED: March 7, 2014              WILMER CUTLER PICKERING
                                         HALE & DORR LLP
19
                                       By  /s/ Mark Selwyn
20                                       Mark Selwyn
                                         Attorneys for APPLE INC.
21

22   DATED: March 7, 2014              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
23
                                       By  /s/ Victoria F. Maroulis
24                                       Victoria F. Maroulis
                                         Attorneys for
25                                       SAMSUNG ELECTRONICS CO., LTD.,
                                         SAMSUNG ELECTRONICS AMERICA, INC.,
26                                       and SAMSUNG TELECOMMUNICATIONS
                                         AMERICA, LLC
27

28

1 **ORDER**

2     Based on the foregoing stipulation, and for good cause shown,

3     **IT IS SO ORDERED.**

5 DATED: 3/10/2014     *Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge