| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com |    HALE AND DORR LLP |
| RUTH N. BORENSTEIN (CA SBN 133797) | 60 State Street |
| rborenstein@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (CA SBN 244180) |
| San Francisco, California  94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone:  (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile:  (415) 268-7522 |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| Attorneys for Plaintiff and | Telephone:  (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile:  (650) 858-6100 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE INC.'S NOTICE OF CROSS APPEAL** |
| Defendants. | |

1   Notice is hereby given that Plaintiff Apple Inc. appeals the judgment dated March 6,
2  2014 (Dkt. No. 3017), including all interlocutory decisions and orders subsidiary thereto or
3  subsumed therein, including but not limited to, the August 24, 2012 Judgment (Dkt. No. 1933),
4  the March 1, 2013 Order re: Damages (Dkt. No. 2271), and the November 21, 2013 Judgment
5  (Dkt. No. 2823), as well as the March 6, 2014 Order Denying Apple's Renewed Motion for
6  Permanent Injunction (Dkt. No. 3015), to the United States Court of Appeals for the Federal
7  Circuit.

Dated:  March 11, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn _____
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*