UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 62(d) and Local Rule 65.1, plaintiff Apple Inc. and defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") stipulate as follows:

WHEREAS, on March 6, 2014 judgment (the "Judgment") was entered in this action against Samsung and in favor of Apple in the amount of $929,780,039;

WHEREAS, on March 6, 2014 Samsung filed a notice of appeal from the Judgment;

WHEREAS, Samsung has a right to obtain a stay pending appeal upon posting of a supersedeas bond in an appropriate amount and form;

WHEREAS, counsel for Apple and Samsung have conferred concerning the amount and form of a supersedeas bond;

NOW THEREFORE, the parties to this stipulation, through their undersigned counsel of record and subject to the Court's approval, agree:

1. Samsung has secured a supersedeas bond in an amount equal to $1 billion, a true and correct copy of which is attached hereto as Exhibit A (the "Bond").

2. The sureties for the Bond are qualified to issue the Bond in the amounts specified because each surety is authorized by the Secretary of the Treasury of the United States to act as surety on official bonds under 31 U.S.C. §§ 9301-9306 and under the laws of the State of California.

3. Apple approves both the amount of the Bond and the form of the Bond.

4. The parties to this stipulation request that the Court approve the Bond by executing the proposed order that follows the signature of counsel.

IT IS SO STIPULATED.

DATED: March 11, 2014                   WILMER CUTLER PICKERING HALE & DORR


                                        By  /s/ Mark Selwyn
                                            Mark Selwyn
                                            Attorneys for APPLE INC.

-1-
STIPULATION AND [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND

DATED: March 11, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Victoria F. Maroulis
Victoria F. Maroulis
Attorneys for
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## ORDER

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge

## ATTESTATION

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark Selwyn has concurred in this filing.

Dated:   March 11, 2014

/s/ Victoria Maroulis
Victoria Maroulis